# EXHIBIT L

1


School of Medicine

In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)

Opinion of Frank W. Smart, MD, FACC, FACP
October 14, 2016

Background and Qualifications:

I am a cardiologist currently serving as Professor of Medicine and the Chief of Cardiology at the Louisiana State University School of Medicine in New Orleans. I am board certified in general cardiology and the specialty of heart failure, mechanical circulatory support, and cardiac transplantation. My certification is through the American Board of Internal Medicine and expires in 2020. My Curriculum Vitae is included for review and attached as Appendix A.

I have been in practice since 1991 and I routinely see and care for patients with a multitude of cardiac abnormalities including atrial fibrillation. I am active in clinical and translational research in cardiovascular medicine, and teach medical students, residents, and cardiology fellows as part of my responsibility as a Professor of Medicine at LSU School of Medicine.

I am a lecturer on cardiovascular topics nationally and internationally and I have consulted with biopharmaceutical companies on the development of drugs to treat congestive heart failure.

Methodology:

In forming my opinion set forth within, I reviewed multiple publications on new oral anticoagulants (NOACs) and their use in atrial fibrillation and other indicated and non-indicated conditions. These papers were generated as part of multiple PubMed searches of the scientific literature. My opinion is also based on personal experience with prescribing Xarelto and other NOACs, as well as warfarin to my patients with non-valvular atrial fibrillation, deep vein thrombosis, (DVT); and pulmonary embolus, (PE). Additionally, I have reviewed internal company documents that were provided to me as part of the Rivaroxaban product liability litigation. The list of materials considered is listed in Appendix B. Also attached to this report is a list of prior testimony and fee schedule in this matter as Appendix C. All of the opinions set forth in my report are stated to a reasonable degree of medical certainty. I reserve the right to supplement my opinions in the event that new information becomes available.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

theoretically "normal" renal function and GFR greater than 50 are supposed to be given 20mg of Xarelto daily. Those with moderately impaired renal function and GFR between 15 and 49 are supposed to be given 15mg Xarelto daily; and those with severely impaired renal function and a GFR less than 15 are advised to not receive Xarelto. Based on the current FDA labeling a patient with a GFR of 14 should not get Xarelto because of excessive bleeding risk, but a patient with a GFR of 20, (a very small difference in renal function) should receive 15mg daily. In order to maintain an anticoagulated state at hour 24 a very high level of anticoagulation is required at hour 2 (whether on the 20 mg dose for normal renal function or the 15 mg dose for reduced renal function). It is unreasonable to assume that all people in this group of older individuals with a number of comorbid illnesses take the full 15 mg per day dose of Xarelto and not have significant exposure to increased bleeding risk. The same can be said for those patients who take the 20 mg dose. This is particularly true when they are taking other medications that even minimally alter the breakdown of Xarelto.

4. Xarelto because of the above-mentioned issues is the worst in its class of new oral anticoagulants with respect to bleeding risk, and it is also the worst in its class with respect to thromboembolic stroke prevention when compared to warfarin. In their Phase 3 clinical trial programs for SPAF, both Pradaxa and Eliquis were able to achieve superiority with respect to stroke prevention. In addition, Eliquis was able to establish superiority with respect to major bleeding events. Xarelto, on the other hand, was unable to beat poorly controlled warfarin with respect to either endpoint. This observation has been confirmed in numerous real-world epidemiology studies. (Graham, et al. 2016; Lip, et al. 2016; Yao, et al. 2016; Larsen, et al. 2016; Lip, et al. 2012; Schneeweiss, et al. 2012; Miller, et al. 2012; Granger, et al. 2011; Patel, et al. 2011; Connolly, et al. 2009)

Even Xarelto's manufacturer acknowledged internal correspondence noting that the principal investigator of ROCKET, now the Commissioner of the FDA, Dr. Robert Califf's "interpretation is that Rivaroxaban appears to be the least favored option." (XARELTO_JANSSEN_00207793)

5. *Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared With Vitamin K Antagonist for Prevention of Stroke and Embolism Trial in Atrial Fibrillation* (ROCKET–AF) is the study that compared Xarelto to warfarin in non-valvular atrial fibrillation, and was the pivotal study for the approval of Xarelto in the treatment of these patients. Patients were anticoagulated with Coumadin/warfarin and their dose was adjusted using a home INR device to obtain the best possible INR control. However, information that was made available after the trial was published and the FDA had approved the drug labeling, showed that the INR device used in the ROCKET–AF trial was faulty. This mistake made the warfarin patients in ROCKET-AF have worse control over their warfarin dose than they should have. The faulty device would make warfarin treated patients look worse than they actually were. So that the ROCKET-AF comparison between Xarelto treated patients and warfarin treated patients which suggested the two patient groups had equal risk of stroke reduction and an improved bleeding risk with Xarelto was inappropriate; and likely incorrect.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

daily dose. This dose is excessive and results in very high plasma concentrations of Xarelto in everyone and in a broad spectrum of patients, particularly those with advancing age and declining renal function, exposes them to excessive bleeding risk.

My opinion that the dose is too high is shared by Dr. Califf, who stated: "My main concern after seeing the rest of the data is that our dose is too high. I don't want to upset people, but feel that we need more contingency planning." (XARELTO_JANSSEN_03927493) Dr. Califf further stated: "This is corporate BS. Every single person involved has told me that privately they agree that there is probably a better dose!!!!!" (DCRI0005328 - DiBattiste 40). (See also XARELTO_JANSSEN_01296748; XARELTO_JANSSEN_00206990; XARELTO_JANSSEN_08583165; XARELTO_JANSSEN_01330113; XARELTO_JANSSEN_00208030; XARELTO_JANSSEN_00208031; XARELTO_JANSSEN_02531744; XARELTO_JANSSEN_01207639). Moreover, documents I've been provided indicate Dr. Califf voiced a similar opinion, stating "don't put my mom on 20 mg!" (DCRI0002794).

7. The Xarelto labeling in the package insert is inadequate and does not contain a black box warning for bleeding. Because of the abnormalities/mistakes noted in ROCKET–AF with the INR measurement, no good comparison of bleeding risk between Xarelto and warfarin exists. Since warfarin has a black box warning for bleeding, so should Xarelto. Physicians have been inadequately informed as to the overall risk of Xarelto in patients. Further, at launch, the Xarelto label inappropriately did not include important safety data for US patients. When one looks at the table below, Xarelto has a statistically significant (50%) increase in major bleeding events in comparison to warfarin.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

Table 99. ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop)

| | Rivaroxaban | | Warfarin | | R vs. W HR (95% CI) | p (diff) |
|---|---|---|---|---|---|---|
| | N=962 n (%) | ER per 100 p-y | N=964 n (%) | ER per 100 p-y | | |
| **Safety Endpoint** | 322 (33.47) | 25.24 | 275 (28.53) | 19.54 | 1.28 (1.09, 1.50) | 0.003 |
| Major Bleeding | 123 (12.79) | 8.06 | 87 (9.02) | 5.35 | 1.50 (1.14, 1.98) | 0.004 |
| Hb drop | 99 (10.29) | 6.42 | 64 (6.64) | 3.92 | 1.64 (1.19, 2.24) | 0.002 |
| Transfusion | 72 (7.48) | 4.62 | 47 (4.88) | 2.87 | 1.61 (1.12, 2.33) | 0.011 |
| Critical site | 18 (1.87) | 1.13 | 22 (2.28) | 1.33 | 0.85 (0.46, 1.59) | 0.614 |
| Death | 6 (0.62) | 0.38 | 10 (1.04) | 0.60 | 0.63 (0.23, 1.72) | 0.365 |
| Non-major | 237 (24.64) | 17.86 | 211 (21.89) | 14.72 | 1.20 (1.00, 1.45) | 0.049 |
| Minimal | 48 (4.99) | 3.10 | 42 (4.36) | 2.58 | 1.20 (0.79, 1.81) | 0.395 |

(FDA Briefing Document for the September 2011 Advisory Committee Meeting regarding SPAF Indication, Table 99)

This information was inappropriately left out of the Xarelto package insert until September 2015, when required to do so by the FDA. (XARELTO_JANSSEN_00000344; XARELTO_BPAG_00040364; XARELTO_JANSSEN_15440090; XARELTO_JANSSEN_15440093; XARELTO_JANSSEN_15440094; Xarelto Label, Sept. 2015) In fact, marketing by the pharmaceutical sales representatives to physicians emphasizes the once daily dosing, and ignores the fact that such a dosing schedule exposes patients to higher plasma concentrations of the drug and the unnecessary risk of over anticoagulation.

In summary, it is my opinion that using Xarelto in patients with non-valvular atrial fibrillation, when prescribed in the manner suggested by the package insert, exposes patients to an excessive bleeding risk. Furthermore, this risk is increased in older patients, patients who are small and weigh less than 130 pounds, or patients with reduced kidney function. After seeing multiple patients with life-threatening gastrointestinal bleeding due to Xarelto and my review of the literature and the materials provided for my consideration, I have completely abandoned the use of Xarelto in my own practice. It is my opinion that the use of Xarelto in patients with non-valvular atrial fibrillation is not reasonably safe for the reasons set forth in this report. Additionally, I continue to advise students, residents, and other

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu