# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2592<br><br>Judge Eldon E. Fallon |

# Expert Report of B. Burt Gerstman, Ph.D.

By: _____  Date: 10/13/16
B. Burt Gerstman, Ph.D.

## EXECUTIVE SUMMARY POINTS

- The ROCKET AF clinical trial has several flaws that bias its results against warfarin, making rivaroxaban appear to be relatively safe and effective by comparisons. Study design flaws include use of an enriched study population (e.g., with high prevalence of prior stroke/TIA), inadequate warfarin management, and censoring rules that were too harsh in truncating follow-up in study subjects.
- Achieving the non-inferiority margin established for the trial has meaning only if warfarin has been well-managed (the constancy assumption).
- Warfarin was too-often poorly managed in ROCKET AF. The reported mean TTR in ROCKET AF was 55%. This compares unfavorably with SPORTIF III (66%), SPORTIF V (68%), RE-LY (64%), ARISTOTLE (62%), and ENGAGE AF (65%). The TTR for U.S. and Canadian ROCKET AF sites was 64%.
- The TTRs in ROCKET may actually be lower than has been reported because the devices used to measure INRs in the trial have since been proven to be unreliable. The cross-sectional proportion in the therapeutic range (PTR) for samples taken at week 12 and 24 of follow-up was only about 43%.
- After considering different types of follow-up rules, specific types of stroke, and the effect of warfarin management, rivaroxaban did not meet the non-inferiority margin for well-managed warfarin (TTR ≥ 65) with a last dose plus 30-day data scope (HR 1.10, 95% CI 0.75 – 1.64). The product label for rivaroxaban acknowledges this when it states "There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled."
- The pre-specified primary safety objective of ROCKET AF (superior safety for major bleeds and clinically relevant non-major bleeds) was *not* met even when considering region in which warfarin was used poorly. Major bleeding also occurred more frequently with rivaroxaban than with warfarin (1.04, 95% CI 0.90 – 1.12), and occurred significantly more frequently among centers with well-managed warfarin (HR 1.23, 95% CI 1.08 – 1.40).
- In the U.S., major bleeding occurred significantly more frequently with rivaroxaban than with warfarin (e.g., HR 1.50, 95% CI 1.14 – 1.98). In U.S. clinics with well-managed warfarin, major