# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Judge Eldon E. Fallon |

# Expert Report of Henry I. Bussey, Pharm.D., FCCP

By: _____  Date: Oct. 6, 2016
Henry I. Bussey, Pharm.D., FCCP

Assessment of Xarelto Safety Based on the ROCKET AF Study Results

Henry I. Bussey, Pharm.D., FCCP

October 6, 2016

My opinions are based upon a combination of materials, including those that have been provided to me by counsel, as well as materials that I have obtained during the course of my own literature search and review. The materials I have reviewed include clinical study reports and addenda, deposition testimony, internal company documents, other relevant papers and general pharmaceutical references, the product labeling for Xarelto, and where applicable, labeling for other drug reports. References to these documents are referenced within my report, as well as a listing attached as Appendix A.

In addition, I rely upon my own education, background, training and research in the relevant fields of science and pharmacology. A copy of my curriculum vitae outlining my education, training and experience, as well as publications authored by me, is attached as Appendix B. My hourly fee schedule is attached as Appendix C and my list of previous testimony is attached as Appendix D.

All of the opinions contained in this report are made within a reasonable degree of pharmacologic and scientific certainty. In formulating the opinions stated herein, I have employed the same analysis and level of scientific rigor that I apply in my daily clinical work and in drafting my publications. I reserve the right to supplement my opinions as new information becomes available.

## Summary of Opinions

1. Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided.

2. With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin).

3. Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial.

4. The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding.

5. The lack of a safe and effective antidote for rivaroxaban remains a concern.

1

on how rivaroxaban compared to warfarin in approximately 2,000 U.S. patients in the ROCKET AF trial. A backup set of 500 slides that Janssen reportedly prepared for an FDA Advisory Committee meeting [24] reveals the following information:

- Slide **IN-530** shows that the major bleeding rate was statistically higher with rivaroxaban than with warfarin in the U.S.
- Slide **IN-203** indicates that this high major bleeding rate with rivaroxaban in the U.S. was statistically **50% higher** than with warfarin.
- Slides **IN-200** and **IN-203**, by comparing U.S. event rates for rivaroxaban and warfarin, indicate that rivaroxaban produced 10 fewer strokes (a difference that failed to achieve statistical significance) at a cost of 36 more major bleeds (which was statistically significant). In other words, from a statistical perspective, rivaroxaban was not significantly more effective, but it was significantly more dangerous.

When one considers the above data, one has to question why the rivaroxaban package insert (PI) does *not* contain a black box warning about its bleeding risk as was required for warfarin (with its *lower* bleeding risk) in 2006.[25] In fact, the higher U.S. major bleeding rate with rivaroxaban is not discussed at all in the PI and was only added to a data table after requested by the FDA.[26] This difference in PI content is misleading in terms of relative safety. Similarly, if one reviews the rivaroxaban PI, the risk of major bleeding is not presented up front as a warning, but rather is mainly addressed further back in the data section. Such PI placement and lack of emphasis on the *greater* bleeding risk with rivaroxaban in the U.S. can mislead U.S. clinicians and patients to conclude that rivaroxaban has a lower (not higher) bleeding rate than warfarin. Such misperception is further perpetuated in direct to consumer advertisements that do not identify the rivaroxaban bleeding risk as being greater than that of warfarin. These factors combined have contributed to the use of the drug that is not recognized by many clinicians and patients to carry a higher major bleeding risk than does warfarin in the U.S.

2. **Anticoagulation control was consistently better in North America than other regions and most patients were enrolled in regions with poor anticoagulation control and management. Because 65% of study patients were enrolled from regions where warfarin management was very poor, this skewed the data in favor of rivaroxaban and made the overall data not applicable to use in the U.S.**

   Note: In some cases, data were available by country while in other instances, the data were grouped by geographic region. North America (NA) included Canada and the U.S. with approximately 75% of NA patients enrolled from the U.S.

   The safety and efficacy of warfarin is closely linked to how well the warfarin dosing is managed as discussed above and illustrated in the attached Slides 1 – 3. Slide 3 indicates that the risk of a major event is quite low when patients with atrial fibrillation have an INR within the target range of 2 to 3, but that risk can rise exponentially as one's INR moves toward more "extreme" values. This relationship between INR

8

**Summary:** Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided. With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin). Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial. The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding. The lack of a safe and effective antidote for rivaroxaban remains a concern. Lastly, the rivaroxaban package insert and promotional materials (including television advertisements) fail to adequately warn patients or clinicians in the U.S. of the bleeding risk of this drug and the study limitations.