# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2592 <br><br> Judge Eldon E. Fallon |

# Expert Report of Phillip S. Cuculich, MD

By: *[signature]*  
Phillip S. Cuculich, MD

Date: 10/14/2016

3) Rivaroxaban (Xarelto) was approved by the US FDA in November 2011 to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation. It was marketed as a once-daily blood thinner that did not require blood testing because the effect was very predicable across all populations and the medication had a large therapeutic window (range of blood concentration that was both safe and effective). Moreover, prescribers were told there were no approved ways to measure the effect of the drug because testing was not necessary.

4) To help my patients make the best decisions about the appropriateness and safety of rivaroxaban, I counsel them using information from published clinical trials, the package insert, and information received from Bayer/Janssen representatives. Unfortunately, all three of these avenues of information offered misleading information.

   a. CLINICAL TRIAL: The pivotal trial for the use of rivaroxaban for the prevention of stroke in patients with atrial fibrillation **(ROCKET-AF) was inadequate in the following important ways**: A) the control arm using warfarin was managed in a historically poor way (very low time in therapeutic range (TTR) for patients taking warfarin); and B) the warfarin testing device (point-of-care INR monitor from Alere) produced inaccurate INR levels. Therefore, ROCKET-AF does not provide a reliable comparison between the use of rivaroxaban and well-controlled warfarin, especially in the US.

   b. PACKAGE INSERT: **The product label for rivaroxaban was inadequate at product launch.** The rivaroxaban product insert should have contained: A) a black box warning for bleeding risk, like warfarin; B) for US FDA approval, data using US-only centers should be shared; C) available pharmacokinetic data, ideally with ranges (5/95 percentiles) for treating physicians to assess the inter-patient variability of this medication; D) advice regarding methods to test drug concentration or bleeding effect, particularly with prothrombin (PT), which in pharmacokinetic and pharmacodynamic studies demonstrated a significant number of "super-responders" who are at risk for bleeding; E) clinically actionable data recommendations regarding bleeding events while on this medication.

   c. BAYER/JANSSEN REPRESENTATIVES: Information shared from Bayer/Janssen representatives with prescribers, including me, reinforced the notion that blood testing was not needed for safe administration of rivaroxaban. In contradiction to what was told to prescribers like me, **rivaroxaban has a narrow therapeutic window.** That is, the difference between the amount of rivaroxaban necessary to properly anticoagulate, and the amount that would put a patient at increased risk of significant bleeding, is fairly small. Also, **rivaroxaban actually has a higher inter-patient variability than prescribers like me were led to believe.** In short, a single dose does not safely treat all patients.

Table 1: TSIINR23ZYa: Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001: Safety Analysis Set)

Visit Name: WEEK 12

|  | --- Lab INR --- | | | | |
| --- | --- | --- | --- | --- | --- |
|  | <2 n (%) | 2 - 3 n (%) | >3 - 4 n (%) | >4 n (%) | Total n (%) |
| Device INR | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 - 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 - 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

(EMA CHMP Assessment Report, Feb. 5, 2016)

Such misclassification of INR values in warfarin treated patients would unwittingly result in improper overdosage and resulting bleeds. Therefore, it is my opinion that the bleed rate of the warfarin patients, and therefore any comparison with the bleeding rate of rivaroxaban patients, is flawed. (EMA CHMP Assessment Report, Feb. 5, 2016; FDA ROCKET AF Reanalysis, Sept. 26, 2016; Patel, et al., Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Powell, Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Patel, et al., Author's Reply to Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016)

### B) The Product Label

The rivaroxaban product label failed to properly inform physicians regarding the risk of major and non-major clinically relevant bleeding.

#### No "black box warning" for bleeding risk

Warfarin carries a "black box" warning on its product label for risk of severe bleeding since 2007. Rivaroxaban, which carries similar risks, does not have a similar warning in its product label. This incorrectly implies to prescribers and patients that rivaroxaban is safer to use than warfarin.

#### US FDA should highlight US data from ROCKET-AF, when available

Because the ROCKET-AF trial compared rivaroxaban to poorly-managed warfarin, it should not be assumed that similar effects would be seen when rivaroxaban was used in the US. Because US-specific data was available, where warfarin use was better regulated, the product label should include specific mention of how rivaroxaban compares to US-warfarin use. In this light, rivaroxaban would perform statistically worse in terms of safety endpoints, which would be a very important statement for prescribers like me to share with patients. This information was not added to the US label until 2015, after being requested to do so by the FDA. (XARELTO_JANSSEN_00000344).