# EXHIBIT R

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION          MDL No. 2592
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~        SECTION L

THIS DOCUMENT RELATES TO ALL           Judge Eldon E. Fallon
CASES                                  Mag. Judge North

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

THURSDAY, DECEMBER 8, 2016

SUZANNE PARISIAN, M.D.

        Videotaped deposition of SUZANNE PARISIAN,
M.D., held at the law offices of Burg Simpson, 2398
East Camelback Road, Suite 1010, Phoenix, Arizona,
commencing at 9:13 a.m., on the above date, before
Sommer E. Greene, a Certified Court Reporter and
Certified Realtime Reporter.

Protected - Subject to Further Protective Review

Page 2

1  APPEARANCES OF COUNSEL
2
3      For Plaintiffs:
4
           LEVIN, FISHBEIN, SEDRAN & BERMAN
5          MICHAEL M. WEINKOWITZ, ESQ.
           510 Walnut Street, Suite 500
6          Philadelphia, Pennsylvania 19106
           215.592.1500
7          Mweinkowitz@lfsblaw.com
8
           SCHLICHTER, BOGARD & DENTON
9          ASHLEY BRITTAIN-LANDERS, ESQ.
           100 South Fourth Street, Suite 1200
10         St. Louis, Missouri 63102
           314.621.6115
11         Abrittain@uselaws.com
12
13     For Janssen Defendants:
14         BARNES & THORNBURG, LLP
           JAMES F. MURDICA, ESQ.
15         One North Wacker Drive, Suite 4400
           Chicago, Illinois 60606
16         312.357.1313
           Jmurdica@btlaw.com
17
18         BARNES & THORNBURG LLP
           SARAH E. JOHNSTON, ESQ.
19         2029 Century Park East, Suite 300
           Los Angeles, California 90067
20         310.284.3880
           Sjohnston@btlaw.com
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 3

```
 1    APPEARANCES CONTINUED
 2
 3         For Janssen Defendants:
 4
                DRINKER BIDDLE & REATH, LLP
 5              JULIE L. TERSIGNI, ESQ.
                600 Campus Drive
 6              Florham Park, NJ 07392
                973.549.7106
 7              Julie.tersigni@dbr.com
 8
           For Bayer Defendants:
 9
                BARTLIT, BECK, HERMAN, PALENCHAR
10              & SCOTT
                STEVEN E. DERRINGER, ESQ.
11              54 West Hubbard Street, Suite 300
                Chicago, Illinois 60654
12              312.494.4415
                Steven.derringer@bartlit-beck.com
13
14
           Also Present:
15
                Videographer, Cody Warren
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 57

```
 1      A.    Yes, sir.
 2      Q.    All right.  Now, in this area, we see first a
 3   black-box warning.  Is that right?
 4      A.    Yes, sir.
 5      Q.    All right.  And we have agreement that this
 6   cannot be changed without a prior approval supplement.
 7   Correct?
 8      A.    It has -- that's correct.
 9      Q.    Okay.
10      A.    Because the company actually has to remove
11   this, and FDA said no, it has to stay in.  So it has
12   to -- FDA has to pass on this --
13      Q.    Okay.
14      A.    -- to remove it or put a new black-box warning.
15      Q.    Section number 1, which is also on page 3, you
16   see it says indications in usage, Dr. Parisian?
17      A.    Yes, sir.
18      Q.    I believe you testified earlier that to change
19   this section you also need prior approval.  Correct?
20      A.    Right, because this is what you can market the
21   drug for.
22      Q.    Okay.  Section number 2, dosage and
23   administration, another one that requires prior approval.
24   Correct?
25      A.    Yes.
```

Protected - Subject to Further Protective Review

Page 369

1         CERTIFICATE OF REPORTER
2  STATE OF ARIZONA     )
                        )
3  COUNTY OF MARICOPA   )
4
5         I, Sommer E. Greene, a Certified Reporter in the
   State of Arizona, do hereby certify that the foregoing
6  deposition was taken before me in the County of Maricopa,
   State of Arizona; that an oath or affirmation was duly
7  administered to the witness, SUZANNE PARISIAN, M.D.,
   pursuant to A.R.S. 41-324(B); that the questions
8  propounded to the witness and the answers of the witness
   thereto were taken down by me in shorthand and thereafter
9  reduced to typewriting; that the transcript is a full,
   true and accurate record of the proceeding, all done to
10 the best of my skill and ability; and that the
   preparation, production and distribution of the
11 transcript and copies of the transcript comply with the
   Arizona Revised Statutes and ACJA 7-206(j)(1)(g)(1) and
12 (2).
          The witness herein, SUZANNE PARISIAN, M.D.,
13 has requested signature.
          I FURTHER CERTIFY that I am in no way related
14 to any of the parties nor am I in any way interested in
   the outcome hereof.
15
16        IN WITNESS WHEREOF, I have set my hand in my
   office in the County of Maricopa, State of Arizona, this
17 11th of December, 2016.
18
19
                          _____
20                        Sommer E. Greene, RPR, CRR
                          Certified Reporter 50622
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS