# Exhibit 26

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 202439Orig1s000

## <u>MEDICAL REVIEW(S)</u>

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

# CLINICAL REVIEW

| | |
|---|---|
| Application Type | NDA Type 1 -- (505(b)(1)) |
| Application Number(s) | 202439 |
| Priority or Standard | Standard |
| | |
| Submit Date(s) | 4 January 2011 |
| Received Date(s) | 5 January 2011 |
| PDUFA Goal Date | 5 November 2011 |
| Division / Office | DCRP/ODE 1 |
| | |
| Reviewer Name(s) | Nhi Beasley, Preston Dunnmon (safety); Martin Rose (efficacy) |
| Review Completion Date | 10 August 2011 |
| | |
| Established Name | Rivaroxaban |
| Trade Name | Xarelto® |
| Therapeutic Class | Anticoagulant (factor Xa inhibitor) |
| Applicant | Johnson & Johnson Pharmaceutical Research & Development, LLC |
| Formulation(s) | Oral tablets – 15 & 20 mg |
| Dosing Regimen | 15 or 20 mg once daily, based on renal function |
| Indication(s) | Prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation |
| Intended Population(s) | Adults |

Template Version:  March 6, 2009

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

# Note to Readers

In this review, a high level summary of the efficacy, safety and risk-benefit data is found in Section 1.2  Individual summaries of the efficacy and safety data are found at the beginning of Section 6 and Section 7, respectively.  Internal hyperlinks to other parts of the review are in blue font.   The Tables of Contents, Tables, and Figures are also hyperlinked to their targets.

## Table of Contents

NOTE TO READERS ......................................................................................... 2

TABLE OF CONTENTS .................................................................................... 2

1   RECOMMENDATIONS/RISK BENEFIT ASSESSMENT ..................................... 10

1.1   Recommendation on Regulatory Action ........................................................ 10
1.2   Risk Benefit Assessment ............................................................................. 11
1.3   Recommendations for Postmarket Risk Evaluation and Mitigation Strategies . 20
1.4   Recommendations for Postmarket Requirements and Commitments ............. 20

2   INTRODUCTION AND REGULATORY BACKGROUND ...................................... 20

2.1   Product Information ..................................................................................... 20
2.2   Tables of Currently Available Treatments for Proposed Indication .................. 21
  2.2.1   Overview of Atrial Fibrillation and Stroke .................................................. 21
  2.2.2   Currently Available Treatments ................................................................. 22
2.3   Availability of Proposed Active Ingredient in the United States ...................... 24
2.4   Important Issues with Consideration to Related Drugs.................................. 26
2.5   Summary of Presubmission Regulatory Activity Related to Submission ......... 26
2.6   Other Relevant Background Information ....................................................... 29
  2.6.1   Foreign Approvals .................................................................................... 29

3   ETHICS AND GOOD CLINICAL PRACTICES.................................................... 29

3.1   Submission Quality and Integrity .................................................................. 29
3.2   Compliance with Good Clinical Practices ..................................................... 30
3.3   Financial Disclosures................................................................................... 30

4   SIGNIFICANT EFFICACY/SAFETY ISSUES RELATED TO OTHER REVIEW
    DISCIPLINES ............................................................................................... 31

4.1   Chemistry, Manufacturing and Controls ....................................................... 31
4.2   Clinical Microbiology.................................................................................... 31
4.3   Preclinical Pharmacology/Toxicology ........................................................... 31
4.4   Clinical Pharmacology ................................................................................. 33
  4.4.1   Mechanism of Action ................................................................................ 33
  4.4.2   Pharmacodynamics.................................................................................. 33

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

    4.4.3    Pharmacokinetics ............................................................................. 35
5    SOURCES OF CLINICAL DATA ............................................................. 47
  5.1    Tables of Studies/Clinical Trials .................................................... 47
  5.2    Review Strategy ............................................................................. 48
  5.3    Discussion of Individual Studies/Clinical Trials ............................ 48
    5.3.1    ROCKET ................................................................................ 49
      5.3.1.1    Study Design and Objectives ......................................... 49
      5.3.1.2    Geographic Scope ......................................................... 49
      5.3.1.3    Study Duration/Dates .................................................... 49
      5.3.1.4    Patients ......................................................................... 50
      5.3.1.5    Treatments .................................................................... 52
      5.3.1.6    Randomization and Blinding ......................................... 58
      5.3.1.7    Study Plan and Procedures .......................................... 58
      5.3.1.8    Efficacy Endpoints ........................................................ 64
      5.3.1.9    Safety Endpoints and Procedures ................................ 66
      5.3.1.10    Adjudication of Endpoints by the Clinical Endpoint Committee ... 69
      5.3.1.11    Statistical Plan ........................................................... 72
      5.3.1.12    Study Committees ...................................................... 79
      5.3.1.13    Protocol Amendments ................................................ 80
    5.3.2    Supporting Study:  J ROCKET ............................................. 81
      5.3.2.1    Design of J ROCKET and contrasts with ROCKET ....... 81
      5.3.2.2    Efficacy Results of J ROCKET ..................................... 83
6    REVIEW OF EFFICACY .......................................................................... 95
EFFICACY SUMMARY ................................................................................. 95
    6.1.1    Indication .............................................................................. 101
    6.1.2    Methods ................................................................................ 101
    6.1.3    Demographics ....................................................................... 102
    6.1.4    Subject Disposition and Compliance with Study Drug ............ 106
      6.1.4.1    Disposition .................................................................. 106
      6.1.4.2    Compliance with Study Drug ....................................... 111
    6.1.5    Analysis of Primary Endpoint ............................................... 112
      6.1.5.1    Effect of Time after Randomization .............................. 117
    6.1.6    Other Efficacy Endpoints ...................................................... 123
    6.1.7    Subpopulations .................................................................... 125
      6.1.7.1    Subpopulations of the global study population ............. 125
      6.1.7.2    US patients only ......................................................... 129
    6.1.8    Analysis of Clinical Information Relevant to Dosing Recommendations .. 135
    6.1.9    Discussion of Persistence of Efficacy and/or Tolerance Effects .... 144
    6.1.10    Additional Efficacy Issues/Analyses ................................... 144
      6.1.10.1    Constancy assumption issues .................................. 144
      6.1.10.2    Adequacy of comparator ........................................... 146
      6.1.10.3    Events Occurring After Discontinuation of Study Drug ... 165
      6.1.10.4    Data Regarding Adjudication of the Primary Endpoint ... 186
7    REVIEW OF SAFETY ............................................................................ 189

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**SAFETY SUMMARY** ...................................................................................... **189**

    7.1    Methods ........................................................................................... 197
        7.1.1   Studies/Clinical Trials Used to Evaluate Safety .......................... 197
        7.1.2   Categorization of Adverse Events ............................................... 198
        7.1.3   Pooling of Data Across Studies/Clinical Trials to Estimate and Compare
               Incidence ................................................................................... 198
    7.2    Adequacy of Safety Assessments ................................................. 198
        7.2.1   Overall Exposure at Appropriate Doses/Durations and Demographics of
               Target Populations ..................................................................... 198
        7.2.2   Explorations for Dose Response .................................................. 199
        7.2.3   Special Animal and/or In Vitro Testing ........................................ 199
        7.2.4   Routine Clinical Testing .............................................................. 200
        7.2.5   Metabolic, Clearance, and Interaction Workup ........................... 200
        7.2.6   Evaluation for Potential Adverse Events for Similar Drugs in Drug Class 201
    7.3    Major Safety Results ...................................................................... 201
        7.3.1   Deaths ........................................................................................ 201
        7.3.2   Nonfatal Serious Adverse Events ............................................... 206
        7.3.3   Dropouts and/or Discontinuations .............................................. 207
        7.3.4   Significant Adverse Events - Bleeding ........................................ 211
        7.3.5   Submission Specific Primary Safety Concerns ........................... 243
    7.4    Supportive Safety Results .............................................................. 245
        7.4.1   Common Non-Bleeding Adverse Events ..................................... 245
        7.4.2   Laboratory Findings .................................................................... 246
        7.4.3   Vital Signs .................................................................................. 246
        7.4.4   Electrocardiograms (ECGs) ........................................................ 246
        7.4.5   Special Safety Studies/Clinical Trials ......................................... 248
        7.4.6   Immunogenicity .......................................................................... 248
    7.5    Other Safety Explorations .............................................................. 248
        7.5.1   Dose Dependency for Adverse Events ....................................... 248
        7.5.2   Time Dependency for Adverse Events ........................................ 248
        7.5.3   Drug-Demographic Interactions .................................................. 248
        7.5.4   Drug-Disease Interactions .......................................................... 248
        7.5.5   Drug-Drug Interactions ............................................................... 249
    7.6    Additional Safety Evaluations ........................................................ 250
        7.6.1   Human Carcinogenicity ............................................................... 250
        7.6.2   Human Reproduction and Pregnancy Data ................................. 251
        7.6.3   Pediatrics and Assessment of Effects on Growth ...................... 252
        7.6.4   Overdose, Drug Abuse Potential, Withdrawal and Rebound ...... 252
    7.7    Additional Submissions / Safety Issues ......................................... 253

**8**       **POSTMARKETING EXPERIENCE** ..................................................... **255**

**9**       **APPENDICES** .................................................................................... **256**

    9.1    Literature Review/References ......................................................... 256
    9.2    Labeling Recommendations ........................................................... 256

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

9.3    Advisory Committee Meeting.................................................................................256

**REFERENCE LIST** ...........................................................................................................**257**

**ATTACHMENT 1** .............................................................................................................**259**

**ATTACHMENT 2** .............................................................................................................**280**

**ATTACHMENT 3** .............................................................................................................**281**

**ATTACHMENT 4** .............................................................................................................**297**

**ATTACHMENT 5** .............................................................................................................**300**

**ATTACHMENT 6** .............................................................................................................**301**

# Table of Tables

Table 1.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – Global Safety
Population On-Treatment ......................................................................................................19
Table 2.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – US (LD+2).......19
Table 3.  Rivaroxaban product information...............................................................................21
Table 4.  Overall Primary Endpoint Results of RE-LY ............................................................22
Table 5.  Relative Risk of Stroke/SE by Center-Level INR Control in RE-LY .........................23
Table 6.  ROCKET ISTH Major Bleeding Type vs. PT ............................................................41
Table 7.  Comparisons of Week 12 vs. Week 24 Pt Values In ROCKET .................................43
Table 8.  ROCKET -- Schedule For Brief And Full Clinic Visits ...............................................61
Table 9.  ROCKET – Early Termination And End Of Study Procedures....................................63
Table 10.  ROCKET – History Of The Sponsor's SAP With Other Relevant Events ................77
Table 11.  Features of ROCKET And J ROCKET .....................................................................81
Table 12.  J ROCKET – Baseline Medical History ...................................................................84
Table 13.  J ROCKET - Reasons For Failure To Complete Double-Blind Treatment...............87
Table 14.  J ROCKET - Reasons For Failure To Complete 30 Day Follow-Up Visit ................87
Table 15.  J ROCKET -- Analysis Populations ........................................................................88
Table 16.  J ROCKET – Primary Efficacy Endpoint Results.....................................................89
Table 17.  J ROCKET – Rates Of Secondary Efficacy Endpoints ...........................................92
Table 18.  J ROCKET -- Subgroup Analyses For The Primary Efficacy Endpoint....................93
Table 19.  J ROCKET – Percentage Of Warfarin Arm INR Values In The Target Range.........94
Table 20.  ROCKET – Efficacy Analysis Populations .............................................................102
Table 21.  ROCKET – Baseline Demographics And Disease-Related Parameters ...............103
Table 22.  ROCKET – Medications Received Prior To Baseline.............................................105
Table 23.  ROCKET -- Reasons For Early Discontinuation Of Study Drug ............................108
Table 24.  ROCKET -- Reasons For Early Discontinuation Of Follow-Up .............................109
Table 25.  ROCKET -- Reasons For Lack Of 30-Day Follow-Up Visit (ITT Population) .........111
Table 26.  Compliance By Region And Treatment .................................................................112
Table 27.  ROCKET -- Primary Efficacy Endpoint Results ....................................................113
Table 28.  ROCKET – Additional Analyses Of The Primary Efficacy Endpoint Results .........115

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 29.  Sensitivity Analyses Of Non-Inferiority And Superiority Of Rivaroxaban ..............116
Table 30:  Primary Event Rates In Various Time Periods ..........................................................118
Table 31.  Mean INR Over The Course Of ROCKET ................................................................119
Table 32.  Mean Time In Specified Ranges Of INR During Intervals Of Treatment .................120
Table 33.  Mean Time In Specified Ranges Of INR During Intervals Of Treatment .................120
Table 34.  Mean Time In Specified Ranges Of INR During Intervals Of Treatment .................121
Table 35.  Primary Efficacy Endpoint Events By Baseline VKA Status And Time Period.......122
Table 36.  ROCKET – Secondary Endpoint Data.....................................................................123
Table 37.  ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ................128
Table 38.  ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ................128
Table 39.  ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ................129
Table 40.  ROCKET – US Patients – Key Baseline Demographics And Disease-Related
Parameters................................................................................................................130
Table 41.  ROCKET – US Patients - Reasons For Early Discontinuation Of Study Drug.......132
Table 42.  ROCKET – US Patients - Reasons For Early Discontinuation  Of Follow-Up.........133
Table 43.  US Patients – Efficacy Results For Primary Endpoint .............................................134
Table 44.  US Patients – Efficacy Results For Secondary Endpoints.......................................135
Table 45.  DVT Treatment Study 11223 – Efficacy Results ....................................................138
Table 46.  DVT Treatment Study 11223 – Safety Results .......................................................138
Table 47.  DVT Treatment Study 11528 – Efficacy Results .....................................................139
Table 48.  ATLAS-ACS TIMI 46 – Rates Of MACE [1] ...........................................................141
Table 49.  ATLAS ACS TIMI 46 – Rates Of MACE .................................................................142
Table 50.  ATLAS ACS TIMI 46 – Rates Of Clinically Significant Bleeding ............................143
Table 51.  ROCKET vs.  6 Placebo-Controlled Warfarin Trials ...............................................145
Table 52.  ROCKET – Percent Time In INR Range In Warfarin Arm .......................................147
Table 53: Ischemic Stroke Risk For INR < 2.0 .......................................................................149
Table 54.  ROCKET – Mean Percentage Time In INR Categories By Region ........................150
Table 55.  ROCKET vs. Modern Warfarin-Controlled Trials ....................................................151
Table 56.  ROCKET – Sponsor's Analysis Of Primary Endpoint Results By Center TTR
Quartile,....................................................................................................................155
Table 57.  ROCKET – FDA's Analysis Of Primary Endpoint Results By Center TTR Quartile156
Table 58.  ROCKET – FDA's Analysis Of Primary Endpoint Results By Center TTR Quartile157
Table 59.  ROCKET – FDA's Analysis Of Primary Endpoint Results By Site TTR .................158
Table 60.  ROCKET – Primary Endpoint Results By Site Mean Time Below Therapeutic
Range Quartile .........................................................................................................162
Table 61.  Primary Endpoint Results In Various Event Windows .............................................166
Table 62.  ROCKET - Efficacy Endpoint Events From Day 3 To Day 30.................................168
Table 63.  ROCKET - Primary Efficacy Endpoint Events From Day 3 To Day 30 ..................170
Table 64.  ROCKET - Efficacy Endpoint Events From Day 3 To Day 30 After Last Dose Of
Study Drug In Completers .......................................................................................172
Table 65.  ROCKET – Primary Efficacy Events From Day 3 To Day 30..................................173
Table 66.  ROCKET – Primary Endpoint Events Day 3-30......................................................173
Table 67.  Characteristics Of Completing Patients With Primary Endpoint Events 3 To 30
Days...........................................................................................................................174

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 68.  ROCKET – Time To First Dose Of VKA Within 30 Days After Last Dose Of Study Drug – Early Discontinuation Patients .................................................................................175
Table 69.  ROCKET – Time To First Dose Of VKA Within 30 Days After Last Dose Of Study Drug – Completing Patients ..........................................................................................176
Table 70.  ROCKET – Last Observed INR Between Day 1 After Last Dose Of Study Drug And Either The First Primary Efficacy Endpoint (Day 3 To Day 30) Or Day 30, Completing Patients ..............................................................................................................177
Table 71.  Comparison Of Primary Efficacy Endpoint Event Rates In "VKA Naïve" Patients .178
Table 72.  ROCKET - Interruptions Of Treatment  ≥ 3 Days In Duration.................................180
Table 73.  Adjudicated Primary Endpoint Events During Treatment Interruptions ≥ 3 Days...180
Table 74.  J ROCKET – Summary Of Primary Endpoint Events On Treatment And After Discontinuation Of Study Drug .................................................................................182
Table 75.  ROCKET - Discordance In Adjudication Of The Primary Endpoint........................187
Table 76.  CEC adjudicated bleeding in ROCKET .................................................................191
Table 77.  ROCKET ICH Occurrence (LD+2, safety pop) ......................................................192
Table 78.  Time To First Fatal Bleed (ROCKET To Follow Up Visit ) ....................................193
Table 79  ROCKET CEC Adjudicated Bleeds – US – (LD+2, Safety Pop)............................194
Table 80.  Rivaroxaban Exposure In ROCKET .....................................................................199
Table 81.  ROCKET Schedule Of Safety Procedures ...........................................................200
Table 82.  ROCKET + J-ROCKET Death (LD+2, Safety Pop) ...............................................201
Table 83.  ROCKET + J-ROCKET Causes Of Death (Regardless Of Exp, Safety Pop) ........202
Table 84.  ROCKET Death Cause And Subclass (LD+30, Safety Pop) .................................204
Table 85.  ROCKET 15 Most Frequent AEs Leading To Death (Safety Pop).........................205
Table 86.  ROCKET Most Common TESAEs..........................................................................207
Table 87.   AEs Leading To EDSM By PT (Safety Pop).........................................................208
Table 88.  Bleeding In Patients With NMCR Bleed 30d Before ESMD...................................209
Table 89.  Bleeding In Patients With NMCR Bleed Any Time Before ESMD..........................209
Table 90.  ROCKET TE Acute Renal Failure (SMQ, Safety Pop) ..........................................210
Table 91.  ROCKET CEC Adjudicated Bleeding (LD+2, Safety Pop)....................................213
Table 92.  ROCKET ICH Incidence (LD+2, Safety Pop) ........................................................219
Table 93.  ROCKET ICH Incidence (LD+30, Safety Pop) ......................................................220
Table 94.  ROCKET Time To ICH (LD+30, Safety Pop)..........................................................220
Table 95.  ROCKET Time To Fatal Bleed (LD+30, Safety Pop)..............................................224
Table 96.  Major Bleeding Definitions, ROCKET vs. RE-LY...................................................224
Table 97.  ROCKET vs. RE-LY Major Bleeding .....................................................................225
Table 98.  ROCKET Enrollment by Region ...........................................................................227
Table 99.  ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop) ...................228
Table 100. Comparative Completion - ROCKET (Safety Pop).................................................230
Table 101.  Comparative Demographics - ROCKET US vs. Global (ITT) ................................230
Table 102.  ROCKET Percent Compliance By Region............................................................231
Table 103.  ROCKET US Major Bleeds By Site TTR Quartile (LD+2, Safety Pop) .................232
Table 104.  ROCKET Global Major Bleeds By Site TTR Quartile (LL+2, Safety Pop)............232
Table 105.  ROCKET – Incidence Of The Most Common TEAEs...........................................246
Table 106.  TQT Study Results .............................................................................................247
Table 107.  Neoplasms In ROCKET And J-ROCKET ............................................................250

7

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 108.  Pancreatitis In ROCKET.......................................................................................253
Table 109.  Thrombocytopenia In ROCKET.............................................................................254
Table 110.  Hypersensitivity (SMQ) In ROCKET .....................................................................255
Table 111.  ROCKET -- Dosing For Subjects Having An Invasive Procedure.......................281
Table 112.  ROCKET -- Study Time And Event Schedule.......................................................284
Table 113.   ROCKET -- PK/PD Data Time And Event Schedule ............................................285
Table 114.  Overall TTR Calculations Using Different Methods in Warfarin-Treated Subjects
in the ROCKET AF Study.........................................................................................................302
Table 115.  Center-based TTR Quartile Upper Limits – Contrast of FDA and Sponsor
Results .....................................................................................................................................302

## Table of Figures

Figure 1.  Chemical structure of  rivaroxaban......................................................................21
Figure 2.  Incomplete and transient reversal in non-human primates......................................32
Figure 3.  Simulation - 20 Mg QD vs. 10 Mg BID ................................................................34
Figure 4.  Rivaroxaban plasma concentration vs. PT............................................................37
Figure 5.  Rivaroxaban plasma concentration vs. FXa-activity...............................................37
Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration .........................38
Figure 7.  ROCKET ischemic stroke vs. PT (LD+2, pp pop)...................................................39
Figure 8.  ROCKET ISTH major bleeds vs. PT (LD+2, pp pop)...............................................40
Figure 9.  ROCKET TIMI Major Bleeds (LD+2, Pp Pop) ......................................................40
Figure 10.  ROCKET ISTH major bleeding vs. PT by ASA use ..............................................41
Figure 11.  ROCKET Warfarin Patients - stroke / TIMI major bleeds vs. INR..........................42
Figure 12.  ROCKET – Timing of INR Blood Draws After Dosing ...........................................44
Figure 13. ROCKET INR distributions....................................................................................45
Figure 14.  ROCKET ischemic stroke vs. last observed INR...................................................46
Figure 15.  ROCKET TIMI major bleeds vs. last observed INR...............................................46
Figure 16.   Study flow diagram ...........................................................................................59
Figure 17.  J ROCKET patient disposition ............................................................................86
Figure 18.  J ROCKET -- Time To First Primary Endpoint Event ...........................................90
Figure 19.  J ROCKET -- Time To First Primary Endpoint Event ...........................................90
Figure 20:  Hazard Ratio For The Primary Efficacy Endpoint Analysis As A Function Of
Center TTR .............................................................................................................................98
Figure 21.  Modeling of Once vs. Twice Daily Dosing with Rivaroxaban...............................101
Figure 22.  ROCKET – Subject Disposition.........................................................................107
Figure 23.  ROCKET -- Time To Discontinuation Of Study Drug..........................................109
Figure 24.  ROCKET -- Kaplan-Meier Plots Of Primary Efficacy Endpoint Results ...............114
Figure 25. Estimated Hazard Functions over Time since Randomization .............................117
Figure 26.  ROCKET -- Primary Endpoint Results by Patient Subgroup ...............................126
Figure 27.  DVT Treatment Study 11528 – Safety Results....................................................140
Figure 28.  INR vs. Risks Of Ischemic And Hemorrhagic Stroke..........................................149
Figure 29.  TTR vs. Hazard Ratio Estimate from ACTIVE-W ...............................................153

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Figure 30.  Hazard Ratio and 95% CI for the Primary Efficacy Endpoint Analysis as a Function of Center TTR ................................................................................................159
Figure 31.  Hazard Ratio And 95% CI For The Primary Efficacy Endpoint Analysis As A Function Of Center TTR ................................................................................................160
Figure 32.  ROCKET - Moving Average of HR vs. TTR...........................................................161
Figure 33.  Survival Curve Of Primary Efficacy Endpoint Events From Day 3  To Day 30 .....169
Figure 34.  Survival Curve Of Primary Efficacy Endpoint Events From Day 3  To Day 30 .....171
Figure 35.  ROCKET All CEC Adjudicated Deaths...................................................................203
Figure 36.  ROCKET All Cause Death (Regardless, ITT).........................................................206
Figure 37.  Creatinine Percentile Change From Baseline, Week 24 .......................................211
Figure 38.  ROCKET Any Bleeding Events (LD+2, Safety Pop)...............................................214
Figure 39.  ROCKET Principal Safety Endpoint (LD+2, Safety Pop)........................................214
Figure 40.  ROCKET Major Bleeds (LD+2, Safety Pop)...........................................................215
Figure 41.  ROCKET Major Bleeds (LD+30, Safety Pop).........................................................216
Figure 42.  ROCKET + J-ROCKET TIMI Major Bleeds (LD+2, Safety Pop).............................216
Figure 43.  ROCKET + J-ROCKET ISTH Major Bleeds (LD+30, Safety Pop).........................217
Figure 44.  ROCKET + J-ROCKET TIMI Major Bleeds (LD+30, Safety Pop)...........................217
Figure 45.  ROCKET Non-Major CR Bleeds (LD+2, Safety Pop).............................................218
Figure 46.  ROCKET Investigator NMCR Bleeds (LD+2, Safety Pop).....................................218
Figure 47.  ROCKET Hemorrhagic Stroke (LD+2, Safety Pop)...............................................221
Figure 48.  ROCKET Hemorrhagic Stroke (LD+14, Safety Pop).............................................222
Figure 49.  ROCKET Hemorrhagic Stroke (LD+30, Safety Pop).............................................223
Figure 50.  ROCKET Hemorrhagic Stroke (Regardless, ITT)..................................................223
Figure 51.  ROCKET Observed INRs (Region Means of Subject Mean INRs).......................226
Figure 52.  ROCKET K-M Safety Endpoint - US Alone (LD+2, Safety Pop)............................229
Figure 53.  ROCKET K-M Major Bleeds - US Alone (LD+2, Safety Pop) ...............................229
Figure 54.  ROCKET Principal Safety Endpoint (Post 3-30, Safety Pop) ...............................235
Figure 55.  ROCKET Major Bleeds (Post 3-30, Safety Pop) ...................................................236
Figure 56.  ROCKET Hemorrhagic Stroke (Post 3-30, Safety Pop) ........................................237
Figure 57.  ROCKET Hemorrhagic Stroke (3-End, Safety Pop) ..............................................237
Figure 58.  ROCKET ISTH Non-Major CR Bleeds (Post 3-30, Safety Pop) ...........................238
Figure 59.  Time To Non-Major Clinically Relevant Bleeding .................................................239
Figure 60.  Time To Major Bleeding ......................................................................................240
Figure 61. Hazard Ration For Principal Safety Endpoint By Post-Baseline Concomitant Medications ...........................................................................................................242
Figure 62 ROCKET - Plot of Transaminase and Bilirubin Elevations ....................................244
Figure 63.  Plots of Transaminase and Bilirubin Elevations in J-ROCKET, EINSTEIN Phase 2, EINSTEIN DVT, EINSTEIN PE, EINSTEIN Extension, ODIXa DVT Phase 2, ATLAS ACS TIMI 46, & MAGELLAN ...............................................................................................245
Figure 64.  Time Course Of QT Changes...............................................................................247

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Pharm-Tox Conclusion:

- NDA 202439 is approvable with appropriate labeling regarding bleeding during pregnancy and delivery.

## 4.4   Clinical Pharmacology

### 4.4.1  Mechanism of Action

Activation of Factor X is the initial step in the final common coagulation pathway.  FXa cleaves prothrombin to generate thrombin, which triggers the conversion of fibrinogen to fibrin, the fibrous protein that polymerizes to form a clot in conjunction with platelets. The activity of FXa is greatly increased when it is complexed with activated co-factor V in the prothrombinase complex.  By inhibiting FXa, rivaroxaban inhibits the formation of thrombin from prothrombin and the downstream formation of fibrin and blood clots. Because of the functional location of FXa at the top of the final common coagulation pathway, rivaroxaban affects clotting induced through both the intrinsic and extrinsic clotting cascades.  Studies of the FXa inhibitory action of rivaroxaban are discussed in Section. 4.4.3.

### 4.4.2  Pharmacodynamics

The recently approved labeling for rivaroxaban for use in DVT prevention indicates that, "Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established."

> *Reviewer Comment:  Data relating the relationship of coagulation parameters to efficacy and bleeding events in the ROCKET trial are discussed below. Information on the choice of dose for the ROCKET trial is discussed in Section 6.1.8.*

Incorporated into ROCKET was a PK-PD sub-study in which approximately 161 patients were assessed with a Rivaroxaban level, prothrombin time, FXa activity, and PiCT at weeks 12 and 24.  The PD data from that sub-study was utilized to construct a comparison between a simulated 10-mg BID regimen versus the observed PK-PD relationship for the 20-mg QD regimen that was observed in ROCKET.  This simulation

33

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

demonstrates the expected lower fluctuation for the BID regimen as compared to the
QD regimen, as seen in Figure 3.

Figure 3.  Simulation - 20 Mg QD vs. 10 Mg BID



Because neither a BID regimen nor a lower total daily rivaroxaban dose was tested in
ROCKET, the implications of these two different PD profiles with respect to efficacy
and/or bleeding cannot be assessed.  Specifically, the increase in non-major clinically
relevant bleeding in comparison to warfarin that was seen in ROCKET could be a result
of the higher Cmax of the daily dosing regimen that was tested in ROCKET.
Alternatively, a BID dosing schedule with its higher trough values might exacerbate this
bleeding proclivity if the same total daily dose is used.

See Section 4.4.3 for a thorough discussion of the PK-PD-Clinical outcomes
relationships.

34

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### 4.4.3  **Pharmacokinetics**

The approved labeling includes the following information about the PK of rivaroxaban:

Absorption

- The absolute bioavailability of rivaroxaban is estimated to be 80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations (Cmax) appearing 2 to 4 hours after tablet intake.
- Bioavailability of a 20 mg dose is reduced somewhat, but is increased when rivaroxaban is given with food.
- Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady-state after multiple doses. Intake with food does not affect rivaroxaban AUC or Cmax at the 10 mg dose.
- The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH.
- Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and Cmax compared to tablet was reported when rivaroxaban granulate is released in proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon.

Distribution

- Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component.
- The steady-state volume of distribution in healthy subjects is approximately 50 L.

Metabolism

- Approximately 51% of an orally administered [14C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%).
- Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation.
- Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

Excretion

- Following oral administration of a [14C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug).
- Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio).

35

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

- Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated BCRP). Rivaroxaban's affinity for influx transporter proteins is unknown.
- Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following IV administration.
- The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Special Populations

- Gender did not influence the pharmacokinetics or pharmacodynamics of rivaroxaban.
- Healthy Japanese subjects were found to have 50% higher exposures compared to other ethnicities including Chinese.
- In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly.

Body Weight

- Extremes in body weight (<50 kg or >120 kg) did not influence rivaroxaban exposure.

Drug Interactions

- In vitro studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.
- In vitro data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.
- There were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

PK – PD Relationships

With respect to the PK-PD relationship, there is a direct linear relationship between serum concentrations of Rivaroxaban expected in human use at the doses used in ROCKET, as demonstrated by the results of PK study 10847 (PPK03-002), as seen in Figure 4 below:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 4.  Rivaroxaban plasma concentration vs. PT**



Similarly, this study also demonstrated an inverse curvilinear relationship between rivaroxaban concentrations in this range and FXa activity, as seen in Figure 5 below:

**Figure 5.  Rivaroxaban plasma concentration vs. FXa-activity**



37

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Incorporated into ROCKET was a PK-PD substudy in which approximately 161 patients were assessed with a Rivaroxaban level, prothrombin time, FXa activity, and PiCT.  In addition, all subjects had samples drawn for PD assessment at weeks 12 and 24.  Based on these data, the four key questions of interest to the agency were as follows:

1.  Can Prothrombin Time (PT) be used as a surrogate for PK?  The PK data from 161 ROCKET patients confirms the linear relationship between the plasma concentration of rivaroxaban, and the PT, as demonstrated in Figure 6 below:

**Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration**



2.  Is there a PT-ischemic stroke relationship?  PT data from 7008 patients in the ROCKET per protocol analysis dataset demonstrates that the occurrence of ischemic strokes was independent of PT over the range of 10 to 30 sec, as can be seen from Figure 7 below:

38

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Figure 7. ROCKET ischemic stroke vs. PT (LD+2, pp pop)



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 150 |
| PT-outcome subset | 6193 (88%) | 124 (83%) |

3. <u>Is there a PT-Bleeding relationship</u>?  PT data from the 7008 patients in the ROCKET per protocol analysis dataset demonstrates that the risk of major bleeds increases with PT, regardless of whether major bleeding defined as ISTH major bleeding per the ROCKET protocol, or as TIMI major bleeding, as can be seen from Figure 8  and Figure 10 , respectively, below:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## Figure 8.  ROCKET ISTH major bleeds vs. PT (LD+2, pp pop)



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 392 |
| PT-outcome subset | 6172 (88%) | 306 (78%) |

## Figure 9.  ROCKET TIMI Major Bleeds (LD+2, Pp Pop)



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 245 |
| PT-outcome subset | 6183 (88%) | 185 (76%) |

40

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

It is reassuring that for the overall population, there does not appear to be a shift from lesser severities of ISTH major bleeding (i.e. hemoglobin drops and transfusions) to the more severe forms (i.e. critical organ bleeding and fatal bleeding) as a function of PT prolongation with rivaroxaban, as can be seen in the FDA analysis in Table 6:

**Table 6. ROCKET ISTH Major Bleeding Type vs. PT**

| PT Quartiles | Rivaroxaban (PT-Major bleeding subset) N  6172 | | | |
|---|---|---|---|---|
| | Hemoglobin drop, n (%) | 2U blood transfusion, n (%) | Critical organ bleed, n (%) | Bleed result in death, n (%) |
| Q1 (<14.2 sec) | 35/1573 (2.23) | 16/1573 (1.02) | 15/1573 (0.95) | 1/1573 (0.06) |
| Q2 (14.2-<16.6 sec) | 49/1543 (3.18) | 24/1543 (1.56) | 20/1543 (1.30) | 8/1543 (0.52) |
| Q3 (16.6-<19.8 sec) | 58/1501 (3.86) | 33/1501 (2.20) | 25/1501 (1.67) | 6/1501 (0.40) |
| Q3 (≥19.8 sec) | 88/1555 (5.66) | 61/1555 (3.92) | 19/1555 (1.22) | 7/1555 (0.45) |

The relationship between PT prolongation and major bleeding is exacerbated in patients taking concomitant ASA at least 50% of the time, and attenuated in patients not taking ASA (FDA analysis, Figure 10 below).

**Figure 10. ROCKET ISTH major bleeding vs. PT by ASA use**



| PT Quartiles | Rivaroxaban (PT-Major bleeding subset) N  6172 | |
|---|---|---|
| | Incidence n (%) | Event Rate (100 pt-yrs) |
| Q1 (<14.2 sec) | 49/1573 (3.12) | 1.88 |
| Q2 (14.2-<16.6 sec) | 68/1543 (4.41) | 2.54 |
| Q3 (16.6-<19.8 sec) | 78/1501 (5.20) | 2.95 |
| Q4 (≥19.8 sec) | 111/1555 (7.14) | 4.29 |

41

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

It is important to acknowledge that a similar relationship between ASA co-therapy with warfarin and major bleeding is demonstrated, as would be expected (FDA analysis, Figure 11 below).  As was seen with rivaroxaban, aspirin co-therapy with warfarin increases the risk of major bleeding.  Aspirin increased the 100 p-y event rate for major bleeding in rivaroxaban-treated patients from 3.02 to 5.82.  However, ASA similarly increased the 100 p-y event rate of major bleeding in patients taking warfarin from 3.03 to 4.76.

In this circumstance where 20-mg rivaroxaban demonstrates PT independent occurrence of ischemic stroke events, while simultaneously demonstrating a linear (or curvilinear) increase in the risk of major bleeding with increasing coagulation PD parameters (regardless of which definition of major bleeding is used, or which coagulation PD parameter is assessed, FXa-activity and PiCT data not show) dose optimization can only be performed for decreasing the risk of major bleeding.  This is unlike the situation with warfarin, in that the ROCKET warfarin data demonstrates the expected balance of benefit and risk with respect to ischemic strokes and TIMI major bleeding between an INR of 2.0 to 3.0, as calculated from the last observed PT, as shown below in Figure 11:

**Figure 11.  ROCKET Warfarin Patients - stroke / TIMI major bleeds vs. INR**



Of note, approximately 10% of PT measurements from ROCKET patients at week 12 shift to extreme quartiles by week 24, as shown in Table 7 below:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Table 7.  Comparisons of Week 12 vs. Week 24 Pt Values In ROCKET**

| | | Week 24 | | | |
|---|---|---|---|---|---|
| | PT sec (n = 5280) | Q1 9.4-14.1s | Q2 14.2-16.4s | Q3 16.5-19.6s | Q4 ≥19.7s |
| **Week 12** | Q1 8.2-14.1 | **56%** | 22% | 13% | **9%** |
| | Q2 14.2-16.3 | 26% | **37%** | 26% | **10%** |
| | Q3 16.4-19.5 | **13%** | 24% | **37%** | 26% |
| | Q4 ≥ 19.6 | 7% | 14% | 25% | **54%** |

4.  <u>How does QD compare to BID regimen</u>?  See Section 4.4.2

## *Reviewers' Conclusions:  PK-PD-Clinical Outcomes Relationships*

- *PT can be used as a surrogate for PK in the range of plasma rivaroxaban concentrations demonstrated from this sample of patients in ROCKET.*

- *No PT-dependent reduction in ischemic stroke is demonstrated over the range of PT data*

- *The risk for Major Bleeding is dependent on PT (both sponsor-fined and TIMI Major Bleeding*

- *Similar safety and efficacy relationships are demonstrated for quartiles of PiCT and/or FXa inhibition (data not shown)*

- *BID dosing provides less PT fluctuation compared to QD in simulation modeling but the impact on efficacy and/or bleeding cannot be assessed due to lack of multiple dosing strategies in ROCKET*

- *10% of PT values in rivaroxaban treated patients shift to extreme quartiles between weeks 12 and 24.  The implication of this finding is that a single PT (or*

43

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

*INR) measurement will not consistently predict future bleeding risk in approximately 10% of patients, as this value may importantly shift with time.*

- *Monitoring rivaroxaban therapy with sequential prothrombin times to optimize safety outcomes cannot be recommended due to a lack of information regarding:*
  - *within-patient variability of PT measurements on this drug in the setting of a short half-life and rapidly changing PD effects over each 24 hour period, and*
  - *What action to recommend to the medical provider based on PT results, given that only a single dose was tested in ROCKET*

- *Stroke reduction and bleeding risk for warfarin are dependent upon the last observed INR, and demonstrate the expected optimization in the INR range of 2.0 to 3.0.*

For a thorough discussion of the PK-PD-Clinical outcomes relationships observed in ROCKET, see section 7.3.4, sub-section titled, "Bleeding Occurrences in ROCKET Subgroups: The PK-PD Relationship, and the PD Relationship to Major Bleeding."

<u>The INR-Clinical Outcome Relationship with Rivaroxaban</u>

The ROCKET protocol stipulated that rivaroxaban should be taken in the evening, and that all INRs were to be obtained by the point of care device at their investigator's sites. Given the realities of this timing, the majority of the INRs from ROCKET were likely measured between 12 and 18 hours post dosing.  Indeed, at weeks 12 and 24 when all patients were to have a PT drawn, most of the samples were obtained between 13 and 15 hours post dose, as seen in the distribution in Figure 12 below:

**Figure 12.  ROCKET – Timing of INR Blood Draws After Dosing**



44

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Over the course of ROCKET, there were 175,881 INR measurements performed on patients taking rivaroxaban (as opposed to 190, 663 INR measurements performed on patients taking warfarin).  A distribution analysis of those INR results in the two patient arms is demonstrated in Figure 13. below:

**Figure 13. ROCKET INR distributions**

| INR | Rivaroxaban n (%) | Warfarin n (%) |
|---|---|---|
| ≥ 3 | 1239 (0.70) | 39,796 (20.9) |
| ≥ 4 | 757  (0.43) | 10,891 (5.71) |
| ≥ 5 | 570  (0.32) | 4,088 (2.14) |
| ≥ 6 | 458  (0.26) | 1,961 (1.03) |





While the rivaroxaban INRs were tightly clustered around a mean value of 1.376, there existed a demonstrable right skew in the rivaroxaban INR distribution, raising the question as to whether this tail represented just those patients who happened to have their INRs drawn relatively close to when they took their drug (e.g., they may have taken the drug in the morning before coming to the site for an INR), or, given the PT-Major bleeding relationship that has already been demonstrated, that a similar PT-Major bleeding relationship could be demonstrated for the entire rivaroxaban-treated arm in ROCKET.  Accordingly, a similar PD-Major bleeding analysis was performed based on the rivaroxaban INRs, which demonstrated almost identical results to the weeks 12 and 24 coagulation PD parameter analysis above.  Specifically, the risk for ischemic stroke was not dependent on the last observed INR for rivaroxaban, as demonstrated in Figure 14 below:

45

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 14.  ROCKET ischemic stroke vs. last observed INR**



Events: 145/6870

INR measured using point of care device at study centers

In contrast, the occurrence of TIMI major bleeds increased with the last observed INR for rivaroxaban, as shown in Figure 15 below:

**Figure 15.  ROCKET TIMI major bleeds vs. last observed INR**



Events: 241/6966

INR measured using point of care device at study centers

46

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

### *Reviewers' Conclusions:  INR-Clinical Outcomes Relationship*

- *There is no INR dependent reduction in ischemic stroke over the range of data*
- *The risk for TIMI major bleeding is dependent on INR.*

## 5   Sources of Clinical Data

### 5.1   Tables of Studies/Clinical Trials

The sponsor's tabular listing of clinical trials and studies of rivaroxaban includes 73 trials and studies.  To date, Bayer or the development partnership (Bayer + Johnson & Johnson) has completed 65 clinical trials, including:

1 absolute BA trial in healthy volunteers (HV)
19 comparative BA/BE trials in HV
1 PK/tolerability trials in CHF patients
3 PK/tolerability trials in HV
12 "intrinsic factor" PK trials (i.e., trials to observe the effect of various demographic and organ function related factors on PK)
15 "extrinsic factor" PK trials (i.e., DDI trials) in HV
4 PD or PK/PD trials in health volunteers
2 Phase 3 stroke and SEE prevention trials in AFib patients (i.e., ROCKET-AFib and J ROCKET-AFib)
7 other trials in various patient populations (VTE (4 trials), ACS (1 trial) and AFib (3 safety trials).

A total of an additional 7 prospective clinical trials were ongoing at the time of the NDA submission, including:

- 2 trials in HV
- 1 VTE prevention trial in at-risk patients
- 1 trial in patients with acute PE
- 1 3-month trial in patients with acute proximal VTE or PE who are receiving a strong CYP 3A4 inducer for the duration of the trial.
- 1 ACS trial
- 1 VTE prevention trial in orthopedic patients examining transition to rivaroxaban from LMWH

There is also one additional, ongoing, observational cohort study of the prevention of VTE in patients with elective hip and knee arthroplasty (rivaroxaban vs. "current standard of care" for VTE prevention).

Reference ID: 2998874