# Exhibit 31

1

FOOD AND DRUG ADMINISTRATION (FDA)

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH (CDRH)

IN VITRO DIAGNOSTIC TESTING

FOR DIRECT ORAL ANTICOAGULANTS

Monday, October 26, 2015

FDA White Oak Campus

10903 New Hampshire Avenue

Bldg. 31, Great Room A (W031)

Silver Spring, MD 20993

Reported by:   Michael Farkas

Capital Reporting Company

Capital Reporting Company
In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)

2

APPEARANCES

Dorothy Adcock-Funk, M.D.,

    Colorado Coagulation

Robert Califf, M.D.,

    Food and Drug Administration

Leonthena Carrington,

    Center for Devices and Radiological Health, FDA

Adam Cuker, M.D.,

    University of Pennsylvania

Francois Depasse, Ph.D.,

    Diagnostica Stago

Claudia Dollins, Ph.D.,

    Center for Devices and Radiological Health, FDA

Marc Doubleday,

    Haemonetics

Iwona Fijalkowska, Ph.D.,

    Center for Devices and Radiological Health, FDA

Jeffry Florian, Ph.D.,

    Center for Drug Evaluation and Research, FDA

Robert Gosselin, CLS,

    University of California, Davis

Capital Reporting Company
In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)

3

Niquiche Guity,

    Center for Devices and Radiological Health, FDA

Maureane Hoffman, M.D., Ph.D.,

    Duke University Medical Center

Daniel Kaczor, Ph.D.,

    Diagnostica Stago

Marina Kondratovich, Ph.D.,

    Center for Devices and Radiological Health, FDA

Frederick Korley, M.D., Ph.D.,

    Johns Hopkins University

Bryan Laulicht, Ph.D.,

    Perosphere

Stephan Moll, M.D.,

    University of North Carolina, Chapel Hill

Gabriel Raviv, Ph.D.,

    Coramed

Paul Reilly, Ph.D.,

    Boehringer Ingelheim

Martin Rose, M.D., J.D.

    Center for Drug Evaluation and Research, FDA

Sharmila Shrestha,

    Center for Devices and Radiological Health, FDA

Mark Triscott, Ph.D.,

    Instrumentation Laboratory

Abraham Tzou, M.D.,

    Center for Devices and Radiological Health, FDA

**Capital Reporting Company**
**In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)**

5

## TABLE OF CONTENTS

| AGENDA ITEM | PAGE |
|---|---|
| Welcome and Introduction | |
|     Claudia Dollins, FDA | 7 |
|     Lea Carrington, FDA | 8 |
| Laboratory and Clinical Perspectives | |
|     Overview of DOACs and Their Clinical Indications | |
|         Robert Califf, FDA | 11 |
|     Challenging Cases Involving Emergency Department Patients on Novel Oral Anticoagulants | |
|         Frederick Korley, Johns Hopkins | 17 |
|     Measurement of the DOACs:  Basic Principles and Attributes | |
|         Adam Cuker, University of Pennsylvania | 27 |
|     Methods for Measuring DOACs | |
|         Dorothy Adcock-Funk, Colorado Coagulation | 32 |
|     The Clinical Laboratory Establishing and Offering a DOAC Measurement Test:  What's Important? | |
|         Robert Gosselin, University of California, Davis | 40 |
| Questions for Speakers | 51 |
| When are Tests for DOAC Measurement Clinically Needed and How to Interpret and Use the Results | |
|         Stephan Moll, University of North Carolina, Chapel Hill | 56 |
| Measurement of the DOACs: Suggestions and Guidance Statements | |

**Capital Reporting Company**
**In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)**

6

| | |
|---|---|
| Adam Cuker, University of Pennsylvania | 67 |
| NOACs Pharmacokinetics, Pharmacodynamics and Exposure-Response | |
| Martin Rose and Jeffry Florian, CDER, FDA | 72 |
| Questions for Speakers | 83 |
| **Commercial Development** | |
| In Vitro Diagnostic Testing for DOACs | |
| Bryan Laulicht, Perosphere | 84 |
| Development of Assays for the Testing of DOACs | |
| Mark Triscott, Instrumentation Laboratory | 89 |
| DOAC Detection on TEG 6s | |
| Marc Doubleday, Haemonetics | 97 |
| Testing for DOACs: An IVD Perspective | |
| Francois Depasse, Daniel Kaczor, Stago | 100 |
| Questions for Speakers | 110 |
| **CDRH Perspective** | |
| Test Outputs and Interpretation | |
| Marina Kondratovich, CDRH, FDA | 115 |
| Regulatory Considerations | |
| Abraham Tzou, CDRH, FDA | 125 |
| Questions for Speakers | 136 |
| **Panel Discussion** | 140 |
| **Meeting Wrap-up and Adjourn** | |
| Lea Carrington, CDRH, FDA | 160 |

**Capital Reporting Company**
**In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)**

9

the afternoon.

The review of premarket notifications and subsequent determination of substantial equivalence is performed in the context of the proposed intended use. The intended use specifies what the test measures, why the test is being performed and the testing population and setting for the testing. Listed are some of the elements to be addressed in the intended use. Typically, the intended use and the indication for use are combined for in vitro diagnostics and sets the foundation for the validation studies to be performed to support the crafted intended use.

So what are some of the studies necessary to evaluate the performance characteristics of the devices' intended use? We need to review the analytical performance characteristics and also we'd like to see method comparison utilizing clinical samples and that is compared to a predicate or a reference method, sometimes both. The performance data needed for the review is based on the device output and the interpretation of that result. So the premise of today's workshop is based on the preliminary information we have reviewed for measurement of or assessment of DOACs, some of the submissions we've seen thus far. And that is the reason that we are conducting this workshop, to get more input and feedback on those approaches.

Importantly, the DOAC drugs were approved without a requirement for monitoring. So currently, manufacturers are developing devices to assess the effect or concentration of direct oral anticoagulants. There are currently no cleared or approved devices that measure that. And the goal is we want to ensure that we enable timely access to safe, effective and high-quality medical devices. The objectives that we're going over today are designed to optimize and improve patient outcomes. That's the mission of the agency.

10

So during this workshop, we will identify clinical circumstances and conditions for testing of DOACs, anticoagulant activity or concentration would be relevant, [and] the clinically meaningful interpretation of coagulation testing results for patients who are receiving DOACs. And we would also like to have an overview of the regulatory requirements for clearance of IVDs intended for coagulation testing in patients who are receiving DOACs. So we'll talk a little bit now about FDA outreach to aid in shaping our regulatory process. We would like to solicit the feedback and, in particular, we have an interest in who should be tested and how the device output is to be clinically interpreted. What clinical evidence is going to be needed? The analytical performance requirements that would be acceptable and the considerations for future development of these types of devices?

So this is my final slide to conclude. And this is something that we encourage manufacturers in particular to do and that is interact with the FDA early and often. And you can do that through our pre-submission process. It is free of charge and we are happy to provide you with feedback on your clinical study design and any studies that you're proposing, including giving you feedback on your intended use. We want to make sure that your proposed study supports the claim that you plan to pursue. And we are happy to discuss any regulatory strategy and your study design.

So with that, we anticipate a productive and informative meeting today and hopefully there will be plenty of fruitful discussion so that we can ensure access to safe and effective tools for treatment and measurement of DOACs. Thank you. Enjoy the conference today.

[Applause.]

DR. DOLLINS: Okay. Now, I want to introduce our first -- our next speaker. Our