# Exhibit 16
# FILED UNDER SEAL

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    IN RE:  XARELTO          )     MDL NO. 2593
      (RIVAROXABAN)            )
 6    PRODUCTS LIABILITY       )
      LITIGATION               )     SECTION: L
 7                             )
                               )
 8                             )     JUDGE ELDON E. FALLON
      THIS DOCUMENT            )
 9    RELATES TO ALL           )
      CASES                    )     MAG. JUDGE NORTH
10                             )
11
12
          PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
                              - - -
14
                         November 10, 2016
15
                              - - -
16
            Oral videotaped deposition of HENRY I.
17    BUSSEY, PHARM.D., FCCP, held at the Lambert Law
      Firm, 701 Magazine Street, New Orleans, Louisiana,
18    70130, commencing at 9:02 a.m., on the above date,
      before Kari J. Behan, Certified Court Reporter
19    (#97019), Registered Professional Reporter,
      Certified Realtime Reporter.
20
                              - - -
21
22
23
24
                    GOLKOW TECHNOLOGIES, INC.
25            877.370.3377 ph - 917.591.5672
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFFS:
 3      LEVIN PAPANTONIO
        316 S. BAYLEN STREET
 4      SUITE 600
        PENSACOLA, FLORIDA  32502
 5      (BY:  NEIL E. "NED" MCWILLIAMS, JR., ESQ.)
        E-mail:  nmcwilliams@levinlaw.com
 6      Phone:  (850) 435-7000
 7
        DOUGLAS & LONDON
 8      59 MAIDEN LANE, 6TH FLOOR
        NEW YORK, NEW YORK  10038
 9      (BY:  LARA J. SAY, ESQ.)
        E-mail:  lsay@douglasandlondon.com
10      Phone:  (212) 566-7500 x203
11
        SCHLICHTER, BOGARD & DENTON
12      100 S. 4TH STREET
        SUITE 1200
13      ST. LOUIS, MISSOURI  63102
        (BY:  ROGER C. DENTON, ESQ.)
14      E-mail:  rdenton@uselaws.com
        Phone:  (314) 621-6115
15
16
17   COUNSEL FOR THE JANSSEN DEFENDANTS:
18      DRINKER BIDDLE & REATH
        600 CAMPUS DRIVE
19      FLORHAM PARK, NEW JERSEY  07932-1047
        (BY:  SEAN A. KENNEDY, ESQ.)
20      E-mail:  sean.kennedy@dbr.com
        Phone:  (973) 549-7017
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   APPEARANCES (CONTINUED):
 2   COUNSEL FOR THE JANSSEN DEFENDANTS:
 3      SEDGWICK, LLP
         BROOKFIELD PLACE
 4       225 LIBERTY STREET, 28TH FLOOR
         NEW YORK, NEW YORK 10281-1008
 5       (BY:  DAVID M. COVEY, ESQ.)
         E-mail:  david.covey@sedgwicklaw.com
 6       Phone:  (212) 422-0202
 7
 8   COUNSEL FOR THE BAYER DEFENDANTS:
 9      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
         COURTHOUSE PLACE
10       54 WEST HUBBARD STREET
         SUITE 300
11       CHICAGO, ILLINOIS  60654
         (BY:  KASPAR J. STOFFELMAYR, ESQ.)
12       E-mail:  kaspar.stoffelmayr@bartlit-beck.com
         Phone:  (212) 494-4434
13
14
15   THE VIDEOGRAPHER:
16      DARREN GUSTELLA, VIDEOGRAPHER
            GOLKOW TECHNOLOGIES, INC.
17
18
19
20
21
22
23
24
25
```

```
 1        Q.   Would you agree with that, that it's an
 2   unanswered question what the role is for
 3   laboratory monitoring with new -- excuse me --
 4   anticoagulants?
 5        A.   Yes.
 6        Q.   And in the view of NHLBI, it's also an
 7   unanswered question whether new technologies can
 8   help better define those at risk of bleeding or
 9   thrombosis with the use of new oral
10   anticoagulants.  Do you see that?
11        A.   Yes.
12        Q.   Would you agree with NHLBI that that is an
13   unanswered question?
14        A.   Yes.
15        Q.   You can go ahead and put that aside if you
16   want.
17             All right.  Let's mark this as Exhibit 12.
18             (Exhibit 12 was marked for
19             identification.)
20   BY MR. STOFFELMAYR:
21        Q.   And, sir, Exhibit 12, is a 2014 article by
22   Dr. Lippi and some co-authors, correct?
23        A.   Yes.
24        Q.   And you recall this is another one of the
25   articles that you cite and rely on --
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1      A.   I'm sorry.  Can we take a --
 2      Q.   Sure, of course.
 3      A.   -- quick break?
 4      Q.   Yeah, absolutely.
 5           MR. COVEY:
 6               Absolutely.
 7           THE VIDEOGRAPHER:
 8               We are off the record.  Time is 2:25
 9           p.m.
10           (Brief recess taken.)
11           THE VIDEOGRAPHER:
12               This begins Tape No. 5.  We are now
13           back on the record.  The time is 2:28 p.m.
14   BY MR. STOFFELMAYR:
15      Q.   Picking up where we left off, there's no
16   government agency, at least in the United States,
17   who's ever recommended to physicians using a PT
18   test to help them care for rivaroxaban patients,
19   is there?
20      A.   Not that I'm aware of.
21      Q.   And the American Heart Association, the
22   National Stroke Association, they've also never
23   made a recommendation to physicians to use a PT
24   test in the care of rivaroxaban patients?
25      A.   Not that I'm aware of.
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    Q.  So the American College of Chest
2  Physicians has never given any guidance to doctors
3  that they should use a PT test in the care -- in
4  their care of rivaroxaban patients?
5    A.  I don't know.
6    Q.  And the American College of Cardiology has
7  never made a recommendation to physicians to use a
8  PT test in the care of rivaroxaban patients?
9    A.  I don't know.
10   Q.  Do you know of any medical professional
11 organization that has recommended using a PT test
12 with rivaroxaban patients?
13   A.  No.
14   Q.  You still have page 4 of your report in
15 front of you?
16   A.  Okay.
17   Q.  So we read a couple sentences.  If you go
18 down a -- a few sentences, there's a sentence that
19 begins, "Such findings would suggest..."
20   A.  Okay.  Can you show me where you -- where
21 it is?  That may help.
22        MR. MCWILLIAMS:
23           Right here (indicating).
24 BY MR. STOFFELMAYR:
25   Q.  If you don't mind, Mr. McWilliams will

1                    REPORTER'S CERTIFICATE

2

3          I, KARI J. BEHAN, CCR, RPR, CRR, Certified

4    Court Reporter (LA Certificate #97019), as the

5    officer before whom this testimony was taken, do

6    hereby certify that HENRY I. BUSSEY, PHARM.D.,

7    FCCP, after having been duly sworn by me upon

8    authority of R.S. 37:2554, did testify as

9    hereinbefore set forth in the foregoing 338 pages;

10         That this testimony was reported by me in

11   stenotype reporting method, was prepared and

12   transcribed by me or under my person direction and

13   supervision, and is a true and correct transcript

14   to the best of my ability and understanding;

15         That the transcript has been prepared in

16   compliance with transcript format guidelines

17   required by the complete arrangement, financial or

18   otherwise, with the person or entity making

19   arrangements for deposition services;

20         That I have acted in compliance with the

21   prohibition on contractual relationships, as

22   defined by Louisiana Code of Civil Procedure

23   Article 1434 and in rules and advisory opinions of

24   the board;

25         That I have no actual knowledge of any

```
 1   prohibited employment or contractual relationship,
 2   direct or indirect, between a court reporting firm
 3   and any party litigant in this matter nor is there
 4   any such relationship between myself and a party
 5   litigant in this matter.  I am not related to
 6   counsel or to the parties herein, nor am I
 7   otherwise interested in the outcome of this
 8   matter.
 9           Signed this day, the November 17, 2016.
10
11
12
                 _____
13               KARI J. BEHAN, CCR, RPR, CRR
                 Certified Court Reporter
14               LA Certificate #97019
15
16
17
18
19
20
21
22
23
24
25
```