# Exhibit 17
# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN) : MDL 2592
PRODUCTS LIABILITY LITIGATION :
                               : SECTION L
THIS DOCUMENT RELATES TO       :
ALL CASES                      : JUDGE ELDON E. FALLON
                               : MAG. JUDGE NORTH

- - -

NOVEMBER 22, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of ROBERT C. GOSSELIN, held at The Fairmont Hotel, 170 South Market Street, San Jose, California, on the above date, beginning at approximately 6:23 a.m., before Diane S. Martin, Certified Shorthand Reporter and Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

```
                                                           Page 2
 1              A P P E A R A N C E S:
 2
 3   For the Plaintiffs:
 4        FERRER POIROT WANSBROUGH
          BY:  RUSS ABNEY, ESQ.
 5        2603 Oak Lawn, Suite 300
          Dallas, Texas 75219
 6        866-589-0257
          rabney@lawyerworks.com
 7
 8        LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY &
          PROCTOR, P.A.
 9        BY:  NED McWILLIAMS, ESQ.
          316 S. Baylen Street, Suite 600
10        Pensacola, Florida  32502
          850-435-7000
11        nmcwilliams@levinlaw.com
12
13
     For the Bayer defendants:
14
          NELSON MULLINS RILEY & SCARBOROUGH LLP
15        BY:  JANE T. DAVIS, ESQ.
          151 Meeting Street, Suite 600
16        Charleston, South Carolina  29401
          843-534-4317
17        jane.davis@nelsonmullins.com
18
     For the Janssen defendants:
19
          IRWIN FRITCHIE URQUHART & MOORE LLC
20        BY:  KIM E. MOORE, ESQ.
               CARLOS A. BENACH, ESQ.
21        400 Poydras Street, Suite 2700
          New Orleans, Louisiana  70130
22        kmoore@irwinllc.com
          cbenach@irwinllc.com
23
24
25   The Videographer:       Joseph Mourgos
```

Protected - Subject to Further Protective Review

Page 117

1   A.   There have been a couple of published
2   papers by Europeans attempting to standardize
3   rivaroxaban in the same context.  But that's all I
4   know.  It's been published.
5       Q.   Do you agree that for Xarelto and other
6   DOACs, that standardization of PT results has not
7   been achieved?
8       A.   I would agree with that statement.
9       Q.   And without standardization or
10  harmonization, the results of the same PT test
11  performed the same way on the same sample can -- as
12  concerns Xarelto, can vary from lab -- laboratory
13  to laboratory; correct?
14      A.   True, but the INR has not mitigated that
15  bias as well.  It's helped, but it's still there.
16      Q.   So what you're saying is that even with
17  standardization, the INR is not a perfect test.
18  There can still be some variation; correct?
19      A.   Yes.
20      Q.   But the INR has been standardized or
21  harmonized to an extent such that it has been
22  generally accepted as being standardized or
23  harmonized between laboratories; correct?
24      A.   If you understand the background of why the
25  INR was developed, it had more to do with

Protected - Subject to Further Protective Review

Page 119

1    Q.  So you'd agree that with PT testing in a
2  Xarelto patient, you could have the same sample
3  using the same reagent but tested in a different
4  laboratory and the results could be different?
5    A.  Oh, absolutely.
6    Q.  Oops.  Sorry.  I don't know where I put
7  this exhibit.  I just stuck it somewhere.
8        It's here.
9        MS. DAVIS:  Let's just go off the record
10  for just a second.
11       THE VIDEOGRAPHER:  We are off the record at
12  9:26 a.m.
13       (Recess taken.)
14       THE VIDEOGRAPHER:  We are back on the
15  record.  The time is 9:38 a.m.
16  BY MS. DAVIS:
17    Q.  Mr. Gosselin, we just took a brief break.
18  Are you ready to proceed or --
19    A.  Yes.
20    Q.  Okay.  Before the break, one of the things
21  that we were discussing was INR testing.
22        Do you recall that?
23    A.  Yes.
24    Q.  And I asked you if you agreed that INR was
25  not used for evaluating the anticoagulant effect of

Protected - Subject to Further Protective Review

Page 122

```
 1   the 2015 article in Thrombosis Research on which
 2   you're an author.  And I'd like to refer you to the
 3   second page of that article, under the title,
 4   "Laboratory Assays and DOACs, an Overview."
 5           Do you see that?
 6      A.   Yes.
 7      Q.   And do you see the beginning of the second
 8   paragraph there that begins, "Routine coagulation
 9   screening assays"?
10      A.   Yes.
11      Q.   And do you see the sentence that reads,
12   "Routine coagulation screening assays, including
13   the prothrombin time, PT, activated partial
14   thromboplastin time, APTT, and thrombin clotting
15   time, TCT, are widely available on a routine and
16   emergence -- emergent basis in most clinical
17   laboratories.  These assays are not a reliable
18   measure of DOAC anticoagulant effect"?
19           Did I read that correctly?
20      A.   Yes.
21      Q.   And do you agree with that sentence?
22      A.   Yes.
23      Q.   And the -- the article goes on to state,
24   and I'm quoting, and I'm right after where I just
25   read, "This is because the sensitivity of the PT
```

Protected - Subject to Further Protective Review

Page 123

1  and APT varies considerably based on reagents used,
2  as well as the specific DOAC being measured.  Given
3  this," and -- and I'm leaving out the reference
4  numbers, but -- "Given this, PT or APTT results in
5  seconds in the presence of a given concentration of
6  DOAC cannot be standardized across laboratories."
7       Did I read that correctly?
8  A.  Yes.
9  Q.  And you agree with that statement?
10 A.  We cited references to support that
11 statement because it didn't come from our work.
12 Q.  And again, we -- we -- can we just agree
13 that generally that when you cite references and
14 write something in a medical article, that -- that
15 you're doing that because you believe that that
16 statement is correct as supported by those
17 references?
18      MR. ABNEY:  Object to the form.
19      THE WITNESS:  We put the statement in the
20 article if it's been published in peer-reviewed
21 journals.  I don't know necessarily every statement
22 I put into a -- a journal or in a paper that's been
23 referenced I agree with.  It's just putting the
24 information out there succinctly for somebody to
25 look at one article versus 30.  So I think that's

Protected - Subject to Further Protective Review

Page 124

1   the intent of citing references and claims or -- or
2   sentences that we as the authors of this have not
3   personally performed.
4   BY MS. DAVIS:
5       Q.   But as an author, and in citing references,
6   you're synthesizing material and presenting that in
7   a -- in a referenced sentence.  And -- and when you
8   present that referenced -- referenced sentence in
9   the peer-review published medical literature, you
10  believe that you're providing accurate information?
11      A.   Well, you're --
12           MR. ABNEY:  Objection.  Asked and answered.
13           Go ahead.
14           THE WITNESS:  We are providing information
15  that's been published by others.  The accuracy of
16  that information -- again, if we had not done it
17  personally, this is why we cite references versus
18  our own work.  Whether it's true or not true,
19  again, is up to a reader of those references.
20  BY MS. DAVIS:
21      Q.   But the sentence that I just read that had
22  references, you believe that that -- that the
23  summary information that you provided in this
24  article reflected the appropriate interpretation of
25  those references?

Protected - Subject to Further Protective Review

Page 125

1      A.   I would say that these sentences and the
2   references, yes.
3      Q.   And you would agree that in these -- in
4   this paragraph that we've just read from, when you
5   refer to DOACs, that would include Xarelto?
6      A.   Yes.
7      Q.   And if you turn over to page 11, which is
8   the last page in this article, in the conclusion
9   section -- and this sentence starts about six lines
10  down -- do you see the sentence that begins,
11  "Differences in the sensitivity"?
12     A.   Yes.
13     Q.   And this sentence reads, "Differences in
14  the sensitivity of routine coagulation screening
15  tests to DOACs prevent their use in reliably
16  determining drug concentration."
17          Do you agree with that sentence?
18     A.   Yes.
19     Q.   And that would include Xarelto?
20     A.   Yes.
21     Q.   And in your expert report in this
22  litigation, you address some of these differences
23  in sensitivity of the routine coagulation screening
24  tests for DOACs; right?
25     A.   Yes.

Protected - Subject to Further Protective Review

Page 127

1    A.   Based on our published studies, yes.
2    Q.   And you agree that laboratories across the
3 United States use a number of different reagents to
4 perform PT testing?
5    A.   Yes.
6    Q.   And I believe you covered this in appendix
7 A to your report, but you reported that Innovin was
8 used by about 35 percent of laboratories?
9    A.   Roughly, yes.
10   Q.   And Neo -- Neoplastine CI Plus by about 33
11 percent of laboratories?
12   A.   Sounds about right.
13   Q.   And RecombiPlasTin 2G by about 25 percent
14 of laboratories?
15   A.   Sounds about right.
16   Q.   And I added that all up and got 93 percent.
17 So that would mean about seven percent or so use a
18 number of other different reagents?
19   A.   Yes.
20   Q.   So you'd agree that -- just to sort of wrap
21 up this area -- that many different PT reagents are
22 used by laboratories across the country?
23        MR. ABNEY:  Object to form.
24        THE WITNESS:  Yes.
25 BY MS. DAVIS:

Protected - Subject to Further Protective Review

Page 133

1  different question.
2  BY MS. DAVIS:
3      Q.  And the answer to that question, in looking
4  at them together, is no?
5      A.  It -- they would be unreliable to make a
6  global statement about the use for quantifying.
7      Q.  And if you look over on page 1682, which is
8  the third page of this article, do you see the
9  section entitled "Comment"?
10     A.  Yes.
11     Q.  And looking at the last sentence in that
12 paragraph that begins, "Overall," do you see that?
13     A.  Yes.
14     Q.  And do you agree that this article says,
15 "Overall, those studies showed the use of routine
16 activated partial thromboplastin time and
17 prothrombin time reagents is limited by the
18 variability and responsiveness to rivaroxaban among
19 reagents, and because those global assays cannot
20 reliably provide drug concentration, especially
21 throughout the expected broad range of
22 concentrations observed when collected at peak or
23 trough times"?
24         Did I read that correctly?
25     A.  You did.

Protected - Subject to Further Protective Review

Page 134

1  Q. And you agree with that statement?
2  A. Based on the studies we're citing, yes.
3     (DEFENDANTS' EXHIBIT 8 WAS MARKED.)
4  BY MS. DAVIS:
5  Q. Mr. Gosselin, I'd like to hand you what
6  I've marked as Exhibit 8 to your deposition.
7     And do you recognize this as an article on
8  which you are the first author that was published
9  in the International Journal of Laboratory
10 Hematology in 2016, so just this year, that's
11 titled, "A comparison of the effect of the anti-Xa
12 direct oral anticoagulant apixaban, edoxaban and
13 rivaroxaban on coagulation assays"?
14 A. Yes.
15 Q. And if you look over to the second page of
16 that article under the introduction, there's a
17 sentence about three-quarters of the way down on
18 the left-hand column that begins, "With so few
19 laboratories."
20    Do you see that?
21 A. Three quarters. Three quarters.
22    Oh, yes. Okay.
23 Q. So do you see the sentence that reads,
24 "With so few laboratories executing methods to
25 quantitate DOACs, there appears to be a false sense

Protected - Subject to Further Protective Review

Page 137

```
 1                Oh, okay.
 2        Q.      Other side of the page, I meant.
 3        A.      Okay.
 4        Q.      Do you see the sentence that -- that
 5   reads -- that begins, "PT"?
 6                You with me?  The -- it's the very last
 7   line there on the abstract side.
 8        A.      Got it.
 9        Q.      Okay.
10        A.      Okay.
11        Q.      And it reads, "PT, A" -- comma, "APTT, and
12   activated clotting time, ACT, were insensitive to
13   trough rivaroxaban.  59 percent, 62 percent and 80
14   percent of samples had a normal result
15   respectively."
16                You see that?
17        A.      Yes.
18        Q.      And did I read that correctly?
19        A.      Yes.
20        Q.      And do you agree with that?
21        A.      It's what the data demonstrated, yes.
22        Q.      And that was data from a study that you
23   were involved in?
24        A.      Yes.
25        Q.      And if you look over to page 1138 of this
```

1          Sort of the last paragraph in 1139 page,
2     there is a -- a paragraph that begins, "In
3     conclusion."
4          Do you see that?
5      A.   Yes.
6      Q.   So this article states, "In -- in
7     conclusion, this study evaluating the performance
8     of a large variety of coagulation tests in patients
9     on therapeutic doses of rivaroxaban shows that A,
10    the PT, APTT and ACT are often normal in spite of,"
11    quote, "on-therapy," close quote, "rivaroxaban
12    plasma levels, but normal values do not rule out
13    that a patient is taking therapeutic doses of
14    rivaroxaban and do not prove the absence of
15    circulating drug."
16         Did I read that correctly?
17     A.   Yes.
18     Q.   And do you agree with that?
19     A.   Yes.
20     Q.   And if you look down at subsection C,
21    another part of this conclusion reads, "The -- the
22    PT and ACT are often prolonged at peak on-therapy
23    rivaroxaban levels but correlate poorly with drug
24    levels.  Thus they can provide a rough estimate
25    that rivaroxaban is circulating but not provide

Protected - Subject to Further Protective Review

Page 141

```
 1   meaningful -- meaningful information on absolute
 2   drug levels."
 3           And then, D, "PT and APT measured from
 4   whole blood" -- oh, never mind about that.  We'll
 5   just stop with C.
 6       A.  Okay.
 7       Q.  So the subsection C that I read, do you
 8   agree with that?
 9       A.  Yes.
10       Q.  So am I correct that what subsection C of
11   that sentence is saying is that what an elevated PT
12   in a rivaroxaban patient would tell you is that at
13   the time the blood is drawn, there is rivaroxaban
14   circulating in the blood?
15           MR. ABNEY:  Object to form.
16           THE WITNESS:  The way I read it is that
17   when we're talking specifically about the peak
18   sample collection on these patients, and what was
19   defined as "on therapy," it's prolonged in these
20   patients.  Often prolonged.
21   BY MS. DAVIS:
22       Q.  And -- and that information can provide you
23   a rough estimate that rivaroxaban is circulating
24   but does not provide meaning -- meaningful
25   information as to drug levels; correct?
```

Protected - Subject to Further Protective Review

Page 153

1  medication history, the answer is yes.
2      Q.   And if you go over to the next page, page
3  890, do you see the section that's entitled, "How
4  much anti-factor Xa DOAC is present"?
5      A.   Yes.
6      Q.   And looking at the first sentence in that
7  section, do you see where this article that you
8  wrote states, "Although the PT may be relatively
9  sensitive," open paren, "as compared with the
10 APTT," close paren, "to anti-factor Xa DOACs, this
11 test should not be used to quantify or estimate
12 drug con -- drug concentration"?
13          Do you agree with that?
14     A.   Yes.
15     Q.   And do you agree that that sentence, in
16 other words, the fact that PT should not be used to
17 quantify or estimate drug concentration of Xarelto,
18 applies to each and every PT reagent?
19     A.   I would not agree with that statement.
20          What I would agree with, when we say "PT,"
21 we're collectively pooling all the data together.
22 Because physicians, to my knowledge, don't really
23 know what method they have in the laboratory.  And
24 so to say something as generic as the PT may be yes
25 or no, we have to take the lowest common

Protected - Subject to Further Protective Review

Page 154

1  denominator and use that as the -- the yardstick,
2  as opposed to a -- a global application saying all
3  the protimes are sensitive or insensitive.
4      So I think it's -- we -- we caveat some of
5  our things when we're not specific.  If we were
6  being specific, we would say so.
7      Q.  You'd agree that in your experience -- or
8  that it's your belief that physicians are generally
9  not aware of what PT reagent is being used by a
10  laboratory?
11     A.  I would agree with that statement.
12     Q.  And you'd agree that as concerns Xarelto,
13  that PT should not be used to quantify or estimate
14  drug concentration; correct?
15         MR. ABNEY:  Object to form.
16         THE WITNESS:  I would say as a global
17  statement, that is correct.
18  BY MS. DAVIS:
19     Q.  Let's turn back to your report for a
20  minute, and back to page 10.
21         If you look at the bottom of page 10, do
22  you see the sentence that begins, "Factitious
23  causes"?
24     A.  Mm-hm.
25     Q.  And you --

Protected - Subject to Further Protective Review

Page 374

```
 1                  REPORTER'S CERTIFICATE
 2          The undersigned Certified Shorthand Reporter
 3   licensed in the State of California does hereby
 4   certify:
 5          I am authorized to administer oaths or
 6   affirmations pursuant to Code of Civil Procedure,
 7   Section 2093(b), and prior to being examined, the
 8   witness was duly administered an oath by me.
 9          I am not a relative or employee or attorney or
10   counsel of any of the parties, nor am I a relative or
11   employee of such attorney or counsel, nor am I
     financially interested in the outcome of this action.
12          I am the deposition officer who
13   stenographically recorded the testimony in the
14   foregoing deposition, and the foregoing transcript is a
15   true record of the testimony given by the witness.
16          Before completion of the deposition, review of
17   the transcript [X] was [ ] was not requested.  If
18   requested, any changes made by the deponent (and
19   provided to the reporter) during the period allowed are
20   appended hereto.
21          In witness whereof, I have subscribed my name
22   this ____ day of _____, 2016.
23
24                          _____
25                          DIANE S. MARTIN, CSR No. 6464
```