# Exhibit 18

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

--------------------------------- §
IN RE:  XARELTO (RIVAROXABAN)    §MDL 2592
PRODUCTS LIABILITY LITIGATION    §
                                 §
                                 §SECTION L
                                 §
THIS DOCUMENT RELATES TO ALL     §
CASES                            §
                                 §
                                 §JUDGE ELDON E. FALLON
                                 §
                                 §MAG. JUDGE NORTH
                                 §
                                 §
--------------------------------

- - -

DECEMBER 9, 2016

- - -

PROTECTED -- SUBJECT TO FURTHER PROTECTIVE REVIEW

          Deposition of JAN ROSING, PH.D., held at
Simmons & Simmons, Claude Debussylaan 247, 1082 MC
Amsterdam, Netherlands, commencing at 9:04 a.m., on
the above date, before Trina B. Wellslager,
Registered Professional Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

```
                                                          Page 2
 1    APPEARANCES:
 2        LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY,
             PROCTOR, P.A.
 3        BY:  NED McWILLIAMS, ESQUIRE
          316 South Baylen Street, Suite 600
 4        Pensacola, Florida  32502
          (800) 277-1193
 5        nmcwilliams@levinlaw.com
 6        DOUGLAS & LONDON
          BY:  LARA J. SAY, ESQUIRE
 7        59 Maiden Lane, 6th Floor
          New York, New York  10038
 8        (800) 963-4444
 9        THE LAMBERT FIRM, PLC
          BY:  EMILY C. JEFFCOTT, ESQUIRE
10        701 Magazine Street
          New Orleans, Louisiana  70130
11        (800) 521-1750
          ejeffcott@thelambertfirm.com
12        Representing Plaintiffs
13
          BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP
14        BY:  MARK S. OUWELEEN, ESQUIRE
          JEANNIE K. TINKHAM, ESQUIRE
15        Courthouse Place
          54 West Hubbard Street, Suite 300
16        Chicago, Illinois  60654
          (312) 494-4435
17        mark.ouweleen@bartlit-beck.com
          jean.tinkham@bartlit-beck.com
18        Representing Defendants Bayer HealthCare
          Pharmaceuticals, Inc., and Bayer Pharma AG
19
20
          VENABLE, LLP
21        BY:  JOHN A, McCAULEY, ESQUIRE
          700 East Pratt Street, Suite 900
22        Baltimore, Maryland  21202
          (410) 244-7400
23        jmccauley@venable.com
          Representing Defendant Janssen Pharmaceuticals,
24        Inc., Janssen Research & Development, LLC, Janssen
          Ortho, LLC, and Johnson and Johnson
25
```

Protected - Subject to Further Protective Review

Page 33

1    which is -- yes.

2         Q.    Are you with me?

3              You say:  It is possible that lower doses might

4    be effective -- as effective as the doses that were

5    tested.

6         A.    That is stated in these papers that I referred

7    to.

8         Q.    Right.  Now, it might be possible but we do not

9    know whether lower doses of rivaroxaban are as effective

10   as the doses that were tested, do we?

11        A.    Well, this is a problem actually with Xarelto

12   and in the treatment of stroke in atrial fibrillation

13   patients.  There has not been the dose-ranging studies.

14   So this is the problem here that, let's say, to

15   establish or conclude about a minimum effective dose,

16   you have to do dose-ranging studies for the particular

17   disease that you'd like to prevent and there are no

18   Phase II dose-ranging studies in atrial fibrillation

19   patients, treatment for stroke risk.

20        Q.    So we do not know whether there are lower doses

21   that are as effective for atrial fibrillation because

22   the study was not done, correct?

23        A.    The study is not done, and I think that studies

24   should have been done.

25        Q.    But because the study has not been done, we do

Protected - Subject to Further Protective Review

Page 40

1  rivaroxaban must be discontinued."

2        When you say "rivaroxaban must be

3  discontinued," do you mean it must be replaced with

4  another therapy?

5        A.    Yes.

6        Q.    Such as warfarin, correct?

7        A.    Or dabigatran or another drug, apixaban.

8        Q.    You're not offering any opinion on how much the

9  dose of rivaroxaban would need to be reduced to lower

10  bleeding risk while maintaining stroke protection, are

11  you?

12        A.    Unless -- until you do a dose-finding study, it

13  is difficult to draw a definite conclusion what would be

14  the minimal dose that is effective.  But I, myself, have

15  a feeling that a considerably lower dose of Xarelto will

16  be effective in preventing stroke.

17        Q.    My question, Dr. Rosing, is:  Are you offering

18  any opinion on what the alternative dose of rivaroxaban

19  should be?

20        A.    Not in numbers.

21        Q.    Your opinion is that it should be lower, but

22  you are not offering an opinion about how much lower,

23  correct?

24        A.    We can start a kind of discussion about what I

25  think I would try in a dose-finding trial, but this is,

Protected - Subject to Further Protective Review

Page 41

1    let's say, my personal opinion.

2         Q.    It's not based on scientific evidence?

3         A.    It is not based on scientific evidence.

4         Q.    Would you agree that if you --

5         A.    Well, it is based on -- well, not based on

6    scientific evidence.  Let's say my opinion about this is

7    based on my knowledge of how Xarelto inhibits -- or

8    rivaroxaban -- let's call it rivaroxaban -- inhibits

9    coagulation.

10            And let's say a drug that, in a considerable

11   number of patients, is constantly at a level at which

12   all Factor Xa that is generated can be inhibited, I

13   think is a dangerous drug because, let's say, it stops

14   all clotting; and that means that you are -- it's very

15   nice for preventing stroke; but at the same time, you're

16   at a high bleeding risk.

17            So let's say looking as a coagulation expert at

18   doses of rivaroxaban given and looking at the

19   pharmacokinetic data and the levels of rivaroxaban to

20   which a certain number of patients are exposed during

21   24 hours, I think this is -- and I use my own words and

22   tones, that is a killing dose for Factor Xa.

23            So let's say, for me, this is a very dangerous

24   dose.  So I would half it or probably take a quarter of

25   that amount, which is, in my opinion, from a coagulation

Protected - Subject to Further Protective Review

Page 48

1    rephrase my answer.

2        Q.    It has not been tested whether patient outcomes

3    would, in fact, be improved through individualized

4    dosing of rivaroxaban, has it?

5        A.    I'm not aware of studies.

6        Q.    And you understand that fixed dosing of

7    rivaroxaban without individualized dosing based on blood

8    tests has been approved by the FDA, correct?

9        A.    I think it has been approved by the FDA, yes,

10    because they approved probably the drug for

11    20 milligrams dosing in the majority of the patients

12    without monitor- -- without dosing or monitoring.

13        Q.    And you think it's possible that more

14    individualized dosing than 20 milligrams for everyone

15    might make rivaroxaban safer, right?

16        A.    Yes.

17        Q.    But you would agree that even without that

18    individualized dosing, the fixed dose has been approved

19    as safe and efficacious by the FDA, right?

20        A.    I don't know, to be honest, whether it's

21    approved to be safe and effic- -- efficacious, yeah,

22    that are words -- it's approved for treatment, yeah, for

23    treatment of atrial fibrillation patients, 20-milligram

24    dose.  And I think they approved it because they

25    believed it is safe and efficacious to a certain extent,

Protected - Subject to Further Protective Review

Page 49

1   yes, because otherwise you would not approve it, I

2   think, when you think it's not safe and not effective.

3        Q.   There have been no clinical trials in which

4   patients had their dose of Xarelto adjusted based on the

5   results of a PT test or other monitor- --

6        A.   I'm not aware of that.  I think I answered that

7   already.

8        Q.   To establish scientifically that patient

9   outcomes would be improved through individualized dosing

10  based on blood tests, you would need to do a study,

11  correct?

12       A.   Can you repeat that?

13       Q.   To determine scientifically that patient

14  outcomes would be improved through individualized dosing

15  based on blood tests, you would need to do a clinical

16  study, right?

17       A.   You have to do a clinical study and I wonder

18  whether the ROCKET is already the clinical study because

19  there you see that when you measure the prothrombin

20  time -- and that's what we are discussing here -- in a

21  population of patients treated with rivaroxaban, you see

22  that individuals with a high PT have a higher risk of

23  bleeding than individuals with a low PT.

24            So I think, let's say, that already indicates

25  that there is a particular part of the population of the

Protected - Subject to Further Protective Review

Page 109

1    quartile.

2         Q.   You wouldn't like -- you'd rather be in the

3    first quartile than the third quartile, wouldn't you?

4         A.   I think so, yes.

5         Q.   And you'd rather be in the first quartile than

6    the second quartile, wouldn't you?

7         A.   If I have a choice, yes.

8         Q.   So why did you not recommend a dose reduction

9    for people in the third quartile or the second quartile?

10        A.   Well, I said I take a conservative -- well,

11   adaptation of the dose or change of -- of anticoagulant

12   drug.  And I took a safe quartile because that is 25

13   percent of the patients that are at a higher risk than

14   the other 75 percent.

15             It is my opinion also that with respect to

16   bleeding, all patients that are treated with rivaroxaban

17   are exposed to an excessive bleed, to a high bleeding

18   risk.  Yes.  So it's always causing bleeding, and with

19   respect to bleeding, you should reduce the dose as much

20   as you can.

21             But, of course, at a certain point you come at

22   a dose, and I don't know this dose, where you've lost

23   your efficacy with respect to stroke prevention.  And

24   that is actually the meaning of why you give a patient

25   this drug.  You want to protect strokes.

Protected - Subject to Further Protective Review

Page 111

1      Q.   Did you mean scientific --

2      A.   That is probably a translation from Dutch to

3   English.  We say to underscore or support.

4      Q.   Scientific support.

5      A.   Yeah.  I say underbuilding because that is

6   Dutch.

7      Q.   All right.  So you're saying you do not have

8   scientific support to identify an alternative dose that

9   would be safer without being less efficacious?

10      A.   Yeah.  You use the words "safe" and

11   "efficacious" in the same sentence.  I think there is --

12   with respect to the first law of blood coagulation or

13   hemostasis, the lowest dose is the best dose with

14   respect to safety.  So for safety, you should have a

15   low -- or you should not use an anticoagulant at all

16   when it concerns safety in bleeding.

17           What we have here is, of course, the efficacy

18   of treatment.  That's another part of the story.  And as

19   long as there is not a dose-finding study in atrial

20   fibrillation patients, and there is no minimal dose and

21   a minimal effective dose established, well, I cannot

22   tell you what dose -- how low the dose can be to get

23   optimal protection of stroke.  I can tell you, when it

24   concerns risk of bleeding, the dose should be zero or as

25   low as possible.

Protected - Subject to Further Protective Review

Page 174

1  in patients with rivaroxaban?

2      A.   Well, I -- I'm not recommending that.  When I

3  myself would be prescribed rivaroxaban, I probably would

4  also want it lighter for myself.  But I think this is a

5  sufficient first set of dose, knowing there is a

6  relatively small intraindividual variability sufficient

7  to do one or two assays at the beginning of therapy,

8  then determine the dose required or shift -- when there

9  is overdoses, shift to another anticoagulant, and that's

10 it.  I don't think I use the word "monitoring" too

11 often.  But anyway, this is my answer.

12     Q.   On Page 21 of your report, you state -- at the

13 last paragraph in the middle, you say, "FDA reviewers of

14 the sponsor briefing document, as well as members of the

15 Cardiovascular and Renal Drugs Advisory Committee, noted

16 that twice-daily dosing might have been more safe and

17 effective than a once-daily dosing regimen."

18          Do you see that?

19     A.   Yes.

20     Q.   They were stating an unproven hypothesis,

21 correct?

22     A.   Huh?

23     Q.   They were stating a hypothesis that has not

24 been proven, correct?

25     A.   This has not been proven.  This is a suggestion

Protected - Subject to Further Protective Review

Page 175

 1   made by FDA reviewers and also members of a committee --

 2   I don't know who were the members of the Cardiovascular

 3   and Renal Drugs Advisory Committee -- noted that.  And

 4   there are also several scientific papers and literature

 5   where people also suggest that twice-daily dosing -- and

 6   I would also reduce the total daily dose at the same

 7   time, yeah -- would be more advantageous to both

 8   protection and bleeding risk.

 9       Q.   And one of those papers that you refer to is

10   the Graham that you cite in your study, correct?

11       A.   Yes.  That is a recent paper in a respected

12   journal, I think.

13       Q.   The Graham authors, you say, quote,

14   "hypothesized that the more pronounced anticoagulant

15   effects observed during treatment with rivaroxaban may

16   be due to the fact that a higher rivaroxaban dose is

17   required for once-daily dosing compared with

18   dabigatran."  Right?

19       A.   Yeah.

20       Q.   And, again, the Graham authors were stating an

21   unproven hypothesis?

22       A.   Yes.  When they use the word "hypothesized,"

23   then it's a hypothesis, yes.  But the results of the

24   study were clear, I think.

25       Q.   Well, the Graham paper did not provide data

Protected - Subject to Further Protective Review

Page 193

1      Q.    And the PT was measured at some point after two
2   weeks after the start of treatment, right?
3      A.    Yes.
4      Q.    And so like in ROCKET, the timing of the PT
5   sample was independent of when the bleeding occurred?
6      A.    We discussed that before.
7      Q.    But it's true in Nakano, too, correct?
8      A.    It's almost impossible to have a plasma sample
9   the day before bleeding because you never know when it
10  occurs.
11     Q.    Right.
12     A.    So that is not a surprise that, let's say, the
13  coagulation data are not on the day of the incident or
14  the bleeding.
15     Q.    Would you agree that prothrombin times can
16  differ depending on which thromboplastin reagent you
17  use?
18     A.    Yes.
19     Q.    And even with one type of reagent like
20  Neoplastin, there's variation from batch to batch,
21  right?
22     A.    Well, let's say when you compare different
23  batches of Neoplastin, there can be batch-to-batch
24  variation, yes.
25     Q.    And you suggest in your report that these

Protected - Subject to Further Protective Review

Page 197

1   Xa is in the path of intrinsic pathway, yes.

2           So the intrinsic pathway starts with a number

3   of other coagulation factor activations.  And then

4   finally you get Xa and you get thrombin.  The extrinsic

5   pathway comes from another side issue factor, VIIa, X,

6   Xa.

7           So there are two pathways to make Xa.  So

8   strictly spoken, Xa is an intermediate coagulation

9   factor in both pathways.  I have to think about that

10  for --

11      Q.   Yeah.

12      A.   -- for definition, yeah, because Xa is at a

13  point where the two pathways meet.  So I think by

14  definition, it's a component in both pathways.

15      Q.   So now that you've gone through that, do you

16  agree that Factor Xa inhibition affects both the

17  extrinsic and the intrinsic coagulation pathway?

18      A.   When you measure the intrinsic coagulation

19  pathway in the intrinsic clotting assay like the aPTT,

20  Xa is there.  Inhibitors of Xa you can pick up also with

21  the aPTT with the intrinsic pathway, yes.

22      Q.   You're agreeing with me?

23      A.   I agree fully.

24      Q.   PT assays lack sensitivity at low rivaroxaban

25  concentration levels, correct?

Protected - Subject to Further Protective Review

Page 198

1     A.   Yes.

2     Q.   For example, Neoplastin can only measure plasma
3   levels down to approximately 50 micrograms per liter.

4     A.   Well, I don't know the exact number, but let's
5   say it is inherent to the test when you do that with
6   undiluted tissue factor, undiluted PT, as is used in the
7   INR determination, well, the test is insensitive to low
8   levels of rivaroxaban, yes.

9     Q.   Do you have any idea how widely available the
10   Neoplastin reagent is?

11     A.   I have no idea.  I think when I would like to
12   order Neoplastin, that's not a problem.  I go to the
13   company and I say, "Please send me Neoplastin," and they
14   will be very happy to send me Neoplastin.

15     Q.   Do you know if it would be feasible for all
16   laboratories testing PT in patients on rivaroxaban all
17   to use Neoplastin?  Do you know if there's enough
18   Neoplastin produced for all the laboratories testing PT
19   to use Neoplastin?

20     A.   I think that the company produces Neoplastin as
21   much as they need for their -- for their clients, and
22   when they've got more clients they probably will -- very
23   likely will make more Neoplastin.

24     Q.   Do you have any idea how much Neoplastin they
25   can make?

Protected - Subject to Further Protective Review

Page 230

1    the patient in the fourth quartile, let's say their

2    prothrombin time comes back at 21 seconds.

3         So what -- what do you do with the dose at that

4    level?  What do you do?  Do you give them 10?

5         A.   Can you repeat?

6         Q.   Yeah.  You've gotten your patient to a steady

7    state.  He's taken 20 milligrams a day at steady state

8    and you test his prothrombin time using Neoplastin, and

9    the prothrombin time is 21 seconds.  He's in the fourth

10   quartile.  Now what?

11        What do you do with the dose?

12        What dose do you give him when you get that

13   result?

14        Do you give him 5 or 10 or 15 or 20 or some

15   other dose?

16        A.   Well, when you look at Figure 9B.

17        Q.   All right.  9B.  And tell me what page of your

18   report that's on.

19        A.   Huh?

20        Q.   Remind me what page that's on, please.

21        A.   Okay.  This is 019.

22        Q.   Okay.  I'm with you on Figure 9A and B.

23        All right?

24        A.   Yes.  So there, you'll see, let's say, the

25   bleeding risk in the four quartiles.

Protected - Subject to Further Protective Review

Page 231

1      Q.    Yes.

2      A.    Going from the first to the second to the third

3   to the fourth.

4      Q.    I do, I see that.

5      A.    But we are talking about fourth quartile.

6      Q.    Yep.  Fourth quartile, right.

7      A.    So strictly looking at this figure, and you

8   say, well, the bleeding risk of someone in the fourth

9   quartile of prothrombin time is 7.

10     Q.    Let's say that.

11     A.    If you would like to bring down this person to

12  a bleeding risk of 3 to 4, you should bring him to the

13  second quartile.

14     Q.    All right.  How do you do that?

15     A.    Well, you can calculate and -- and -- that the

16  rivaroxaban level is 270 average in the fourth quartile.

17     Q.    Okay.

18     A.    It is 90 in the second quartile.

19           When you aim at the second quartile where the

20  rivaroxaban level is three times lower, I would reduce

21  the daily dose with a factor of 3.  This is, let's say,

22  a start in thinking.

23     Q.    Reduce the daily dose by a factor of 3.

24           Are you saying you would then give him

25  one third the dose?

Protected - Subject to Further Protective Review

Page 232

1      A.    Yes, because I think that, let's say, in that

2   particular patient when there is a strict correlation

3   between exposure, prothrombin time, and rivaroxaban

4   level, yeah, this paper -- this figure suggests when you

5   would like to bring him back to the second quartile.

6      Q.    Yes.

7      A.    Well, on the average, you have to reduce the

8   level by a factor of 3.  So that would mean that you

9   reduce the daily dose from 20 to 7 or 8 or something

10  like that when you want to bring him back to the risk

11  level of the second or third quartile, you --

12     Q.    So let's say we have -- I don't think we have

13  5-milligram tablets, but maybe we do.

14     A.    We have them, I think.

15     Q.    Would you give him five and a half tablets or

16  five -- or what would you do?

17     A.    I would probably half the dose.

18     Q.    Half the dose.

19     A.    Yes.

20     Q.    Give him 10 milligrams?

21     A.    A day.

22     Q.    A day?

23     A.    Yes.

24     Q.    And how do you know that -- if this person's in

25  the fourth quartile -- we know that.

Protected - Subject to Further Protective Review

Page 240

1   when you are in the fourth quartile, your prothrombin

2   time is higher than 20 seconds, then you have a higher

3   risk of bleeding than those with a lower prothrombin

4   time.

5        Q.   I totally get it.

6             And I don't want that high risk of bleeding,

7   but I do want to prevent a stroke.  So can you tell me,

8   is there any evidence that you can show me, Doctor, that

9   if I take 10 milligrams, that's going to be enough?

10       A.   Well, as long as it is not tested in atrial

11  fibrillation patients, there is no scientific evidence.

12       Q.   All right.

13       A.   You have to do a dose finding; and conclusions

14  here are based on, let's say, the correlation or the

15  association between prothrombin time and rivaroxaban

16  level.

17       Q.   Doctor, if you would look, please, at Page 18

18  of your report.  I'm looking at Table 3, Doctor.

19            You've got this table of the quartiles from the

20  FDA with some added data of your own, right?

21            You put in the median for the PT?

22       A.   Well, they put in the median in the figure.

23       Q.   All right.  You derived it from the figure.

24       A.   Yes.

25       Q.   They didn't put in any concentration level?

Protected - Subject to Further Protective Review

Page 291

1                    C E R T I F I C A T E

2

3            I, TRINA B. WELLSLAGER, Registered Professional

4    Reporter and Notary Public, do hereby certify that,

5    pursuant to notice, the deposition of JAN ROSING, PH.D.,

6    was duly taken on December 9, 2016, at 9:04 a.m. before

7    me.

8            The said JAN ROSING, PH.D., was duly sworn by

9    me according to law to tell the truth, the whole truth

10   and nothing but the truth and thereupon did testify as

11   set forth in the above transcript of testimony.  The

12   testimony was taken down stenographically by me.  I do

13   further certify that the above deposition is full,

14   complete, and a true record of all the testimony given

15   by the said witness.

16

17            _____

18            Trina B. Wellslager, RPR

19

20            (The foregoing certification of this transcript

21   does not apply to any reproduction of the same by any

22   means, unless under the direct control and/or

23   supervision of the certifying reporter.)

24

25