# Exhibit 19

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL No. 2592 |
| (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | |
| | ) | JUDGE ELDON E. |
| | ) | FALLON |
| THIS DOCUMENT RELATES | ) | |
| TO ALL CASES | ) | MAG. JUDGE NORTH |

FRIDAY, DECEMBER 2, 2016

- - -

      Videotaped deposition of Phillip Cuculich, M.D., held at the offices of SCHLICHTER, BOGARD & DENTON, L.L.P., 100 South Fourth Street, Suite 1200, St. Louis, Missouri, commencing at 9:03 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 2

```
 1              A P P E A R A N C E S :
 2
        SCHLICHTER, BOGARD & DENTON, L.L.P.
 3      BY:  KRISTINE KRAFT, ESQUIRE
                 kkraft@uselaws.com
 4      100 South Fourth Street, Suite 1200
        St. Louis, Missouri 63102
 5      (314) 621-6115
 6
 7      LEVIN PAPANTONIO THOMAS MITCHELL
        RAFFERTY & PROCTOR, P.A.
 8      BY:  NED MCWILLIAMS, ESQUIRE
                 nmcwilliams@levinlaw.com
 9      316 South Baylen Street, Suite 600
        Pensacola, Florida  32502
10      (850) 435-7000
        Counsel for Plaintiffs
11
12
        KAYE SCHOLER, LLP
13      BY: JULIE B. DU PONT, ESQUIRE
                 Julie.dupont@kayescholer.com
14      250 West 55th Street
        New York, New York 10019
15      (212) 836-8000
        Counsel for Defendants Bayer
16      HealthCare Pharmaceuticals and Bayer
        Pharma AG
17
18
        SEDGWICK, LLP
19      BY:  DAVID M. COVEY, ESQUIRE
                 david.covey@sedgwicklaw.com
20      225 Liberty Street, 28th Floor
        New York, New York  10281
21      (212) 422-0202
        Counsel for Janssen Pharmaceuticals
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

```
                                                          Page 3
 1        DRINKER BIDDLE & REATH, LLP
          BY:   SEAN A. KENNEDY, ESQUIRE
 2              sean.kennedy@dbr.com
          600 Campus Drive
 3        Florham Park, New Jersey  07932
          (973) 549-7000
 4        Counsel for Janssen Pharmaceuticals
 5
      V I D E O G R A P H E R :
 6        ED FOPPE, CLVS,
          Golkow Technologies, Inc.
 7
                          - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  reasons.  They have a mother who had been on
2  warfarin, they saw how difficult it was for
3  her to manage it, and they don't want to go
4  down that road.  Or they don't like the
5  testing that's associated with warfarin.
6            So these are all very
7  individualized decisions with regards to
8  which medication and how to take it.
9       Q.   But for those patients that say
10 to you, "I'm going to choose Xarelto over
11 warfarin," do you recommend against taking
12 Xarelto?
13      A.   No.  If we go through the
14 choices and that's the choice that they would
15 like to have, I'm comfortable with that.
16      Q.   You're still comfortable
17 prescribing Xarelto to particular patients,
18 correct?
19           MR. MCWILLIAMS:  Object to
20      form.
21           THE WITNESS:  We have
22      discussions about the risks and the
23      benefits of each of these
24      anticoagulants.  And when I talk to my
25      patients and counsel my patients in

```
 1         clinic, when we get to choosing the
 2         novel anticoagulants, several patients
 3         want to know, "Well, which one is
 4         better or which one is more risky or
 5         which one would you recommend?"  These
 6         are the questions that do come up.
 7                 So, you know, in those
 8         situations I don't recommend Xarelto
 9         as a first-line option.  I think I've
10         made that clear.
11                 When patients come to me after
12         having those discussions and hearing
13         all of the risks and benefits and they
14         still say, "I want something that's
15         once a day, that works better for my
16         personality," you know, then they've
17         thought about the risks and benefits,
18         and I'm comfortable with giving them
19         that medicine.
20    QUESTIONS BY MS. DU PONT:
21         Q.    And that medicine is Xarelto?
22         A.    Correct.
23         Q.    You say in your report that at
24    trial you may refer to examples of personal
25    experience of patients who have asked you
```

Protected - Subject to Further Protective Review

Page 136

```
 1         any effect, because we don't have that
 2         data.
 3                But we do know that when this
 4         medication was brought -- was being
 5         brought to market, it was studied as a
 6         twice-a-day drug.  When it is brought
 7         to -- very important times when we
 8         need to have excellent coverage,
 9         consistent coverage across 24 hours,
10         such as for treatment of pulmonary
11         embolism, high-stakes-type situations,
12         this is dosed as a twice-a-day drug.
13                So it is available as
14         twice-a-day dosing.
15  QUESTIONS BY MS. DU PONT:
16         Q.    But there's no evidence in a
17  randomized clinical trial that once daily
18  versus twice daily has any effect, correct?
19         A.    Again, let's be specific about
20  for atrial fibrillation, because we do have
21  twice-daily dosing for other indications.
22                For the indication of stroke
23  prevention in atrial fibrillation, we have no
24  data on twice-daily versus once-daily dosing
25  at this point.
```

Protected - Subject to Further Protective Review

Page 196

1              MR. MCWILLIAMS:  Do you mean to
2       say "reagent" or "region"?
3              MS. DU PONT:  Reagent, sorry.
4   QUESTIONS BY MS. DU PONT:
5       Q.     Different reagents that can
6   affect the length of time it takes for blood
7   to clot?
8       A.     That's my understanding as
9   well.
10      Q.     And the same blood sample
11  tested with different reagents can have
12  different PT times, right?
13      A.     That's my understanding.  That
14  forms the basis for warfarin use in a
15  standardized INR, the normalized ratio.
16      Q.     But INR is specific to
17  warfarin, right?
18      A.     Correct.
19      Q.     It doesn't work properly when
20  you try to apply it to the NOACs?
21      A.     That's my understanding, but I
22  think that has to do with particular use of
23  one PT that seems to be best and most
24  specific for this.
25             The INR helps bring in multiple

Protected - Subject to Further Protective Review

Page 197

```
 1   different kinds of PTs through different
 2   reagents and apply it to a more universal
 3   result.
 4              We don't have that kind of
 5   universal result with rivaroxaban.  The
 6   closest thing we have is -- from my reading
 7   of this is the Neoplastin PT.
 8        Q.    That's just one specific
 9   reagent?
10        A.    That's correct.
11        Q.    That your hospital does not
12   use?
13        A.    That's correct.
14        Q.    Now, you say that rivaroxaban
15   seems to have at least moderate interpatient
16   variability, right?
17        A.    Yes.
18        Q.    You also say that it has wide
19   interpatient variability, right?
20        A.    Show me where that was said.
21        Q.    Page 18.
22        A.    Just so I can understand the
23   context behind it.
24        Q.    It's on the first -- or the
25   second paragraph on page 18.
```

Protected - Subject to Further Protective Review

Page 227

1        previously how we've been able to
2        correlate the high concentrations of
3        rivaroxaban in the blood with higher
4        rates of PT.
5              As I show in Figure 6 on
6        page 20 of my report that -- we've
7        looked at this before.  And it's
8        fairly clear, I think, that you can
9        connect all of those things to say
10       elevated PTs equal elevated risks of
11       bleeding.
12  QUESTIONS BY MS. DU PONT:
13       Q.    The opinion that you have that
14  PT is a reliable test for identifying Xarelto
15  patients at the highest risk of bleeding, you
16  haven't published that opinion, correct?
17       A.    No, that's correct.  Of all of
18  the tests that had been looked at or had been
19  studied, the one that seems to be closest in
20  terms of its ability to predict levels of
21  rivaroxaban in the blood or seems to be most
22  closely correlated, as we've talked about, is
23  the Neoplastin PT.  It's the one that is
24  particularly mentioned in publications as
25  well as in FDA product labels.  So that would

Page 230

1   asked.
2               I'm asking: Does the FDA
3   currently recommend or require PT testing for
4   Xarelto?
5               MR. MCWILLIAMS: Object to
6          form.
7               THE WITNESS: Right.
8               It does not require it, and it
9          has -- you know, it has mentioned in
10         the internal discussions with the
11         FDA -- again, I'm not sure if you
12         shared it with me on Exhibit 6.
13              Let me see. One moment.
14              No. I don't think you gave it
15         to me.
16              The medical review does talk
17         about the use of PT as a potential way
18         to understand the effect.
19  QUESTIONS BY MS. DU PONT:
20       Q.   The FDA medical review does
21  not, however, recommend the use of PT for
22  Xarelto, correct?
23       A.   That's what I said, and I agree
24  to that portion of the statement, yes.
25       Q.   No professional medical

Protected - Subject to Further Protective Review

Page 231

1  societies have issued medical practice
2  guidelines that recommend or require PT
3  testing for Xarelto, correct?
4      A.   That's correct.  None that I
5  know of.
6      Q.   And you're not aware of any
7  regulatory authority that has concluded that
8  PT is reliable to measure the degree of
9  Xarelto anticoagulation, are you?
10          MR. MCWILLIAMS:  Object to
11      form.  Asked and answered.  Misstates
12      the evidence.
13          THE WITNESS:  Well, I do think
14      that it is reliable, but it's not
15      recommended in other advisory councils
16      and things like that.
17  QUESTIONS BY MS. DU PONT:
18      Q.   So you're aware of no
19  regulatory authority that has recommended the
20  use of Xarelto as a monitoring agent --
21  sorry.  Let me withdraw that.
22          You're not aware of any
23  regulatory authority that has recommended the
24  use of PT to monitor Xarelto, correct?
25      A.   Correct.

Protected - Subject to Further Protective Review

Page 349

```
 1                        CERTIFICATE
 2
 3              I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Phillip Cuculich, M.D.
     was duly sworn by me to testify to the truth,
 6   the whole truth and nothing but the truth.
 7              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
                I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
              _____
17            CARRIE A. CAMPBELL,
              NCRA Registered Diplomate Reporter
18            Certified Realtime Reporter
              California Certified Shorthand
19            Reporter #13921
              Missouri Certified Court Reporter #859
20            Illinois Certified Shorthand Reporter
              #084-004229
21            Texas Certified Shorthand Reporter #9328
              Kansas Certified Court Reporter #1715
22            Notary Public
23            Dated:  December 6, 2016
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS