# Exhibit 20

# FILED UNDER SEAL

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  XARELTO (RIVAROXABAN)   MDL No. 2592
     PRODUCTS LIABILITY LITIGATION
 5                                        SECTION L
 6   _____     JUDGE FALLON
 7   THIS DOCUMENT RELATES TO:       MAG. JUDGE NORTH
 8   JOSEPH ORR, JR., AS LAWFUL
     SURVIVING SPOUSE OF SHARYN ORR
 9
     Case No. 2:15-CV-03708
10
11
12     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
14                   NOVEMBER 28, 2016
15
16                         - - -
17          Videotaped deposition of GIANLUCA CERRI,
     M.D., FACEP, FAAEM, held at Perry Dampf Dispute
18   Solutions, 721 Government Street, Baton Rouge,
     Louisiana, commencing at 9:58 a.m., on the above
19   date, before Leslie B. Doyle, Certified Court
     Reporter (#93096), Registered Professional Reporter,
20   Certified Realtime Reporter.
21
22                         - - -
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph|917.591.5672 fax
25                  deps@golkow.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4       EMILY C. JEFFCOTT, ESQ.
             Email:  Ejeffcott@thelambertfirm.com
 5           Phone:  (504) 581-1750
         THE LAMBERT FIRM
 6       701 MAGAZINE STREET
         NEW ORLEANS, LOUISIANA  70130
 7
 8   - AND -
 9       ROGER C. DENTON, ESQ.
             Email:  Rdenton@uselaws.com
10           Phone:  (314) 621-6115
         SCHLICHTER, BOGARD & DENTON, LLP
11       100 S. 4TH STREET, SUITE 900
         ST. LOUIS, MISSOURI  63102
12
13   COUNSEL FOR THE JANSSEN DEFENDANTS:
14       JAMES B. IRWIN, ESQ.
             Email:  Jirwin@irwinllc.com
15       MEERA U. SOSSAMON, ESQ.
             Email:  Msossamon@irwinllc.com
16           Phone:  (504) 310-2100
         IRWIN, FRITCHIE, URQUHART & MOORE, LLC
17       400 POYDRAS STREET, SUITE 2700
         NEW ORLEANS, LOUISIANA  70130
18
19   COUNSEL FOR THE BAYER DEFENDANTS:
20       JEREMY S. BARBER, ESQ.
             Jbarber@wilkinsonwalsh.com
21       KIM CHANNICK, ESQ.
             Kchannick@wilkinsonwalsh.com
22           Phone:  (202) 847-4000
         1900 M STREET, NW, SUITE 800
23       WASHINGTON, D.C.  20036
24
25   ALSO PRESENT:  MELISSA BARDWELL, VIDEOGRAPHER
```

PROTECTED – SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   questions?  Do you understand that?
 2        A.   Yes, sir.
 3        Q.   Then my question is simple.  Why didn't
 4   you include this list in your expert report?
 5        A.   I wasn't aware -- I wasn't aware that
 6   that's the protocol.  But to be fair, this is
 7   literature that I've been reading which substantiate
 8   my personal findings.  I work in the emergency
 9   department 20 days a month.  Okay?  When I have a
10   patient with a brain bleed due to Xarelto, or a GI
11   bleed, or whatever have you, secondary to Xarelto,
12   there's not a power plan I can trigger.  There's not
13   an order I can enter which allows me to measure,
14   monitor and evaluate the coagulation status for the
15   patient.  That's just the way it is.
16             This is beyond reading all these articles.
17   The issue is -- you're asking me what my opinion is,
18   and my opinion is, to date, I cannot order a test
19   that allows me to monitor, measure, evaluate the
20   drug, and there's not an antidote which fully
21   reverse the medication.  That is my expert medical
22   opinion.
23             This is what I've been reading since I was
24   asked if I would render my medical expert opinion.
25   My medical expert opinion is 100 percent independent
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  know, yes, your wife takes Xarelto, but might have
2  skipped a dose because the level is zero, we can
3  proceed with the operation; or, yes, your wife took
4  Xarelto, your level is high, but we have an antidote
5  which is going to slow down the progression of the
6  bleed and give her a chance to live.  Those are the
7  things that -- those are the things that we need in
8  order for this drug to meet its full potential.
9             Again, it's a great drug, yes.  If you
10 don't have an adverse reaction, it's fantastic, but,
11 unfortunately, when you do, there's nothing you can
12 do.  And I hate to say it again.  There's no lab
13 assay that tells me when the patient took the
14 medication, how much of the medication is in the
15 system, how the kidney dysfunction is affecting the
16 level of the medication in the blood.  These are all
17 serious consideration that, as human beings, we need
18 to come to grasp with and do something about.
19      Q.   Here's my question:  Please listen to it
20 carefully.  What do the medical records that you
21 reviewed say about the last time that Mrs. Orr took
22 a Xarelto pill?
23      A.   I don't recall.
24      Q.   I want you to go down for a few sentences
25 that starts off with the word "meanwhile" on that

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            R E P O R T E R ' S   C E R T I F I C A T E

 2              This transcript is valid only for a

 3   transcript accompanied by my original signature and

 4   original required seal on this page.

 5              I, Leslie B. Doyle, Certified Court

 6   Reporter (LA Certificate #93096), in and for the

 7   State of Louisiana, as the officer before whom this

 8   testimony was taken, do hereby certify that GIANLUCA

 9   CERRI, M.D., FACEP, FAAEM, after having been duly

10   sworn by me upon authority of R.S. 37:2554, did

11   testify as herein before set forth in the foregoing

12   314 pages; that this testimony was reported by me in

13   the stenotype reporting method, was prepared and

14   transcribed by me or under my personal direction and

15   supervision, and is a true and correct transcript to

16   the best of my ability and understanding; that the

17   transcript has been prepared in compliance with

18   transcript format guidelines required by statute or

19   by rules of the board, that I have acted in

20   compliance with the prohibition on contractual

21   relationships, as defined by Louisiana Code of Civil

22   Procedure Article 1434 and in rules and advisory

23   opinions of the board.

24              I further certify that I am not related to

25   counsel or to the parties herein, nor am I otherwise
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   interested in the outcome of this matter.
2           Signed this ___ day of _____, 2016.
3
4
5           _____
6           LESLIE B. DOYLE, RPR, RMR, RDR
            Certified Court Reporter
7           LA Certificate #93096
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25