# Exhibit 27

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 372

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION        MDL No. 2592
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~        SECTION L

THIS DOCUMENT RELATES TO ALL         Judge Eldon E. Fallon
CASES                                Mag. Judge North

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

FRIDAY, DECEMBER 9, 2016

SUZANNE PARISIAN, M.D.

VOLUME II

        Videotaped deposition of SUZANNE PARISIAN,
M.D., held at the law offices of Burg Simpson, 2398
East Camelback Road, Suite 1010, Phoenix, Arizona,
commencing at 8:48 a.m., on the above date, before
Sommer E. Greene, a Certified Court Reporter and

Certified Realtime Reporter.

Protected - Subject to Further Protective Review

Page 373

1   APPEARANCES OF COUNSEL
2
3        For Plaintiffs:
4
             LEVIN, FISHBEIN, SEDRAN & BERMAN
5            MICHAEL M. WEINKOWITZ, ESQ.
             510 Walnut Street, Suite 500
6            Philadelphia, Pennsylvania 19106
             215.592.1500
7            Mweinkowitz@lfsblaw.com
8
             SCHLICHTER, BOGARD & DENTON
9            ASHLEY BRITTAIN-LANDERS, ESQ.
             100 South Fourth Street, Suite 1200
10           St. Louis, Missouri 63102
             314.621.6115
11           Abrittain@uselaws.com
12
13       For Janssen Defendants:
14           BARNES & THORNBURG, LLP
             JAMES F. MURDICA, ESQ.
15           One North Wacker Drive, Suite 4400
             Chicago, Illinois 60606
16           312.357.1313
             Jmurdica@btlaw.com
17
18           BARNES & THORNBURG LLP
             SARAH E. JOHNSTON, ESQ.
19           2029 Century Park East, Suite 300
             Los Angeles, California 90067
20           310.284.3880
             Sjohnston@btlaw.com
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

2bd5e421-a4d8-4bf8-9f99-411a9ba55314

Protected - Subject to Further Protective Review

Page 374

1    APPEARANCES CONTINUED
2
3         For Janssen Defendants:
4
              DRINKER BIDDLE & REATH, LLP
5             JULIE L. TERSIGNI, ESQ.
              600 Campus Drive
6             Florham Park, New Jersey 07932
              973.549.7106
7             Julie.tersigni@dbr.com
8
          For Bayer Defendants:
9
              BARTLIT, BECK, HERMAN, PALENCHAR
10            & SCOTT, LLP
              STEVEN E. DERRINGER, ESQ.
11            54 West Hubbard Street, Suite 300
              Chicago, Illinois 60654
12            312.494.4415
              Steven.derringer@bartlit-beck.com
13
14
          Also Present:
15
              Videographer, Samantha Elliot
16
17
18
19
20
21
22
23
24
25

2bd5e421-a4d8-4bf8-9f99-411a9ba55314

Page 580

1    Q.    Am I right that everything you learned about
2  the dosing of Xarelto you learned after you had been
3  retained by the plaintiffs in this litigation?
4              MR. WEINKOWITZ:  Objection to form.
5              MS. BRITTAIN-LANDERS:  Objection.
6              THE WITNESS:  About the dosing, yes, sir.
7  And based on the information I'm reading in Bayer's
8  documents by their pharmacokinetics people.
9    Q.    BY MR. DERRINGER:  And everything you learned
10 about the dosing of Xarelto you learned for the purpose
11 of submitting a report on behalf of the plaintiffs in
12 this litigation.  Correct?
13             MR. WEINKOWITZ:  Objection to the form.
14             THE WITNESS:  Actually, the things I learned
15 about Xarelto were being able to create opinions to
16 summarize the information reviewed and to create
17 regulatory opinions and know what applicable regulations
18 are.  The report -- the plaintiffs could have taken my
19 opinions or not taken my opinions.  But these are my
20 opinions and that's why I'm defending them to you as to
21 what I see from the information.
22   Q.    BY MR. DERRINGER:  Let's see if we can do it in
23 a similar way we did just before with PK and PD.  Am I
24 right that you knew that you were going to be submitting
25 a report on behalf of plaintiffs in this litigation

Protected - Subject to Further Protective Review

Page 617

1  Q. Do you know of any medical organization that
2  agrees with your criticism of the Xarelto label and
3  believes that PT information should be in the Xarelto
4  label?
5  A. I don't know that anyone focused on the label.
6  I think medical organizations are trying to develop some
7  kind of information about monitoring. And I know there's
8  been meetings where FDA's been trying to get monitoring
9  information. But in terms of PT, no, sir, I don't.
10  Q. Okay. Let's go to the Xarelto approvals.
11  Xarelto is indicated in the United States to reduce the
12  risk of stroke and systemic embolism in patients with
13  nonvalvular atrial fibrillation. Correct?
14  A. Yes, sir.
15  Q. Xarelto is indicated in the United States for
16  the treatment of DVT, PE and for the reduction in the
17  risk of recurrence of DVT and PE. Is that correct?
18  A. Yes, sir.
19  Q. And Xarelto is indicated in the United States
20  for the prophylaxis of DVT which may lead to pulmonary
21  embolism in patients undergoing knee or hip replacement
22  surgery. Is that correct?
23  A. Yes, sir.
24  Q. Do you agree, ma'am, that the FDA conducted a
25  thorough review of each of those NDAs or SNDAs before

Protected - Subject to Further Protective Review

```
                                                            Page 756
 1                      CERTIFICATE OF REPORTER
 2    STATE OF ARIZONA       )
                             )
 3    COUNTY OF MARICOPA     )
 4
 5           I, Sommer E. Greene, a Certified Reporter in the
      State of Arizona, do hereby certify that the foregoing
 6    deposition was taken before me in the County of Maricopa,
      State of Arizona; that an oath or affirmation was duly
 7    administered to the witness, SUZANNE PARISIAN, M.D.,
      pursuant to A.R.S. 41-324(B); that the questions
 8    propounded to the witness and the answers of the witness
      thereto were taken down by me in shorthand and thereafter
 9    reduced to typewriting; that the transcript is a full,
      true and accurate record of the proceeding, all done to
10    the best of my skill and ability; and that the
      preparation, production and distribution of the
11    transcript and copies of the transcript comply with the
      Arizona Revised Statutes and ACJA 7-206(j)(1)(g)(1) and
12    (2).
             The witness herein, SUZANNE PARISIAN, M.D.,
13    has requested signature.
             I FURTHER CERTIFY that I am in no way related
14    to any of the parties nor am I in any way interested in
      the outcome hereof.
15
16           IN WITNESS WHEREOF, I have set my hand in my
      office in the County of Maricopa, State of Arizona, this
17    10th of December, 2016.
18
19
                            _____
20                          Sommer E. Greene, RPR, CRR
                            Certified Reporter 50622
21
22
23
24
25
```

2bd5e421-a4d8-4bf8-9f99-411a9ba55314