# Exhibit 28
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL 2592
PRODUCTS LIABILITY LITIGATION ) SECTION L
                              )
THIS DOCUMENT RELATES TO ALL  ) JUDGE ELDON E. FALLON
CASES                         )
                              ) MAG. JUDGE NORTH
_____)

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

VIDEOTAPED DEPOSITION OF JOACHIM H. IX, M.D., MAS

LA JOLLA, CALIFORNIA
DECEMBER 6, 2016

REPORTED BY: AUDREY L. RICKS,
CSR No. 12098, CCR, RPR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
     PRODUCTS LIABILITY LITIGATION  ) SECTION L
 5                                  )
     THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
 6   CASES                          )
                                    ) MAG. JUDGE NORTH
 7   _____)
 8
 9
10
11
12       VIDEOTAPED DEPOSITION OF JOACHIM H. IX, MD,
13   MAS, taken on behalf of the Defendants, at 3299
14   Holiday Court, La Jolla, California, commencing at
15   9:03 a.m. and ending at 5:24 p.m., Tuesday, December
16   6, 2016, before Audrey L. Ricks, RPR, CCR, CLR,
17   Certified Shorthand Reporter, No. 12098.
18
19
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 3

```
 1  APPEARANCES:
 2
 3  For Plaintiff:
 4          LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
             & PROCTOR, P.A.
 5          BY:  NED McWILLIAMS, ESQ.
 6          316 South Baylen Street, Suite 600
 7          Pensacola, Florida 32502
 8          850-435-7000
 9          nmcwilliams@levinlaw.com
10
11  For Plaintiff:
12          GOZA & HONNOLD, L.L.C.
13          BY:  BRADLEY D. HONNOLD, ESQ.
14          11181 Overbrook Road, Suite 200
15          Leawood, Kansas 66211
16          913-451-3433
17          bhonnold@gohonlaw.com
18
19  For Defendant Janssen Pharmaceuticals:
20          THOMPSON & KNIGHT LLP
21          BY: TIMOTHY E. HUDSON, ESQ.
22          1722 Routh Street, Suite 1500
23          Dallas, Texas 75201
24          214-969-1540
25          tim.hudson@tklaw.com
```

Golkow Technologies, Inc. - 1.877.370.DEPS

```
                                                              Page 4
 1   APPEARANCES: (Continued)
 2
 3   For Defendant Bayer:
 4           NELSON MULLINS
 5           BY: ERIC A. PAINE, ESQ.
 6           -AND-
 7           BY: WESLEY T. MORAN, ESQ.
 8           1320 Main Street, 17th Floor
 9           Columbia, South Carolina 29201
10           803-255-9585
11           eric.paine@nelsonmullins.com
12           wes.moran@nelsonmullins.com
13
14   Also Present:
15           Craig Ellingson - Legal Video Specialist
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 296

1   range, I would wonder why that's the case, and I
2   would begin to ask colleagues in the laboratory or
3   in hematology about, you know, what the possible
4   etiologies of that are.
5           So I -- putting that aside, if PT is
6   normal at all ranges of kidney function, it would be
7   my opinion that rivaroxaban blood concentrations are
8   likely to be low.
9       Q   Now, in your own clinical practice, have
10  you had patients who experienced elevated PT while
11  taking rivaroxaban?
12      A   I don't know.  I will tell you that I
13  first learned about the relationship of rivaroxaban
14  blood concentrations in PT through my work in
15  reviewing literature for this -- for this deposition
16  or this MDL.
17          So I did not appreciate the relationship
18  of rivaroxaban with PT levels prior to this review;
19  and so therefore, I don't know that I knew to look
20  in patients I had before then.
21      Q   And I know I'm sure we touched on this
22  earlier today, but since you were approached about
23  being an expert in this litigation, back in, I
24  think, it was August; is that right?
25      A   I think it was.

Protected - Subject to Further Protective Review

Page 299

1  them and saying, "Hey, you know, this might be
2  something we want to do going forward.  We should
3  keep an eye on PT while we're looking at, you know,
4  patients' renal function"?
5       A    No.
6       Q    You haven't done that?
7       A    I have not, although I do would that,
8  again, in my own private practice or my -- the care
9  of my own patients.
10      Q    Now, is any medical society that you're
11 aware of endorsed a monitoring plan or protocol for
12 patients taking Xarelto who have decreased renal
13 function?
14      A    No.  Not that I'm aware of.
15      Q    Are you aware of any statement by the FDA
16 to the effect that patients with declining renal
17 function or impaired renal function who take
18 rivaroxaban should be monitored in any particular
19 way or at any particular time?
20      A    Yes.
21      Q    And where did that come from?
22      A    Just the packaging for rivaroxaban.
23 There's been changes over time that suggest
24 monitoring of kidney function serially as clinically
25 indicated is not recommended.

Protected - Subject to Further Protective Review

Page 316

1  BY MR. PAINE:
2      Q   Are you aware of whether FDA has approved
3  any test or laboratory procedure specifically to
4  monitor or evaluate the anticoagulant effects of
5  rivaroxaban?
6      A   I am not.
7      Q   We talked about this a little bit earlier
8  today, and I think we got a little sidetracked.
9  Entirely my fault.  But you had told us a little bit
10 about your special status or special government
11 employee status with respect to FDA.
12        I don't want to revisit that again, but I
13 think I failed to ask you:  Have you served on any
14 FDA advisory committees in the past?
15     A   No.
16     Q   Have you ever served in any kind of an
17 advisory capacity or consulting capacity for FDA?
18     A   No.
19     Q   Have you ever had any occasion to
20 contribute comments or suggestions or drafts
21 regarding a pharmaceutical drug label?
22     A   You asked -- have I had the opportunity.
23     Q   Or have you done that?
24     A   No.
25     Q   Have you had any other roles with the FDA

Protected - Subject to Further Protective Review

Page 322

```
 1              REPORTER'S CERTIFICATION
 2         I, Audrey L. Ricks, Certified Shorthand
 3   Reporter, Certified Shorthand Reporter Number 12098,
 4   in and for the State of California, do hereby
 5   certify:
 6           That the foregoing witness was by me duly
 7   sworn to testify to the truth, the whole truth, and
 8   nothing but the truth in the within-entitled cause;
 9           That said deposition was taken at the time
10   and place herein set forth;
11            That the deposition is a true record of the
12   witness's testimony as reported to the best of my
13   ability by me, a duly certified shorthand reporter
     and a disinterested person, and was thereafter
14   transcribed under my direction into typewriting by
15   computer;
16           That request [ X ] was [  ] was not made to
17   read and correct said deposition.
18             IN WITNESS WHEREOF, I have subscribed my
19   name on this __7th__ day of _December__, 2016.
20
21
22
23                     _____
24                     Audrey L. Ricks, CSR 12098
25                     CCR, RPR, CLR
```