TED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION L

THIS DOCUMENT RELATES TO:　　　　　JUDGE ELDON E. FALLON

Joseph J. Boudreaux, Jr., et al. v. Janssen et al.　　　MAGISTRATE NORTH
Case No. 2:14-cv-02720

Joseph Orr, Jr., et al. v. Janssen et al.
Case No. 2:15-cv-03708


DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR
JOINT *DAUBERT* MOTION TO EXCLUDE OPINIONS AND TESTIMONY
REGARDING THE EXPERTS' 20-SECOND PT CUT-OFF GUIDELINE
IN THE ORR AND BOUDREAUX CASES


# FILED UNDER SEAL

2845221-1