# Exhibit 3

# FILED UNDER SEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) Judge Eldon E. Fallon ) |

# Expert Report of Phillip S. Cuculich, MD

By: _____     Date: 10/14/2016

**Phillip S. Cuculich, MD**

**Expert Report of Phillip S. Cuculich, MD**

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)**
**October 14, 2016**

## Introduction

I have been asked to offer general opinions regarding the risks related to the clinical use of rivaroxaban (Xarelto), specifically as it relates to stroke risk reduction related to the heart rhythm disorder known as atrial fibrillation (AF). In preparation of this report, I have reviewed numerous materials, which are outlined in a separate attachment to this report (Appendix A).

In addition to the above-described materials, I also rely on my background, education, training and clinical experience as described below, as well as the relevant published literature. Please note that all of the following statements and opinions, unless otherwise stated, are made with a reasonable degree of medical and scientific certainty. I have applied the same method of review and analysis as I use in my clinical and academic practice.  I also reserve the right to amend these opinions as new information becomes available to me.

## Background and Qualifications

Attached to this report is my *curriculum vitae* that more fully describes my background, education and training (Appendix B).  Briefly, I am a licensed physician practicing in the state of Missouri. I attended medical school at the Vanderbilt University School of Medicine (Nashville, TN), receiving my degree in 2001. I completed my training in Internal Medicine at Northwestern University at the McGraw Medical Center (Chicago, IL), where I was invited to be the Chief Medical Resident. I completed advanced fellowships in Cardiovascular Diseases and Clinical Cardiac Electrophysiology, both at Washington University at Barnes-Jewish Hospital (St. Louis, MO). I have been an attending physician at Barnes-Jewish Hospital since 2009 where I currently practice Cardiovascular Medicine and Cardiac Electrophysiology (heart rhythm disorders). In clinical care, I treat patients in both the outpatient and inpatient settings, including Cardiac ICU care. A major component of my daily practice involves the treatment of patients with atrial fibrillation. I am routinely asked to evaluate patients' candidacy for oral anticoagulation or cardiac procedures to prevent AF-related strokes. I perform catheter ablations to treat atrial fibrillation, which involves inserting long thin catheters into the heart and meticulously heating precise areas of the heart that harbor AF electrical circuits. I also have performed invasive cardiac procedures to close the left atrial appendage, the area of the heart thought to be the source for many blood clots that cause strokes.

Over the course of my career, I have cared for many patients who have suffered from AF-related complications, including strokes and severe bleeding as a consequence of the blood thinner medications to reduce stroke risk; both the acute effects and the longer-term consequences. In collaboration with the Stroke Team at Barnes-Jewish Hospital, I have created a Clinical Carepath to facilitate methods for rapid and accurate identification of AF in patients who have suffered from cryptogenic strokes through the means of a tiny injectable heart monitor. In this document, I may call upon personal examples of patients who have asked me my opinions regarding blood-thinner use, which can only be addressed in a patient-specific manner.

My research at the Washington University School of Medicine is far-reaching and largely revolves around better understanding heart rhythm diseases and consequences of these disorders. I am currently an Associate Professor of Medicine at the Washington University School of Medicine. For additional background regarding my clinical and research activities, and publications authored by me in the last ten or more years, please refer to my *curriculum vitae* that is attached to this report (Appendix B). Besides research and clinical practice, I teach Cardiovascular Medicine and Electrophysiology to medical students, residents, and fellows throughout Washington University affiliated training programs. I have won various teaching and research awards in this capacity.

I have written multiple textbook chapters on cardiovascular medicine and electrocardiography, and I am an editor of two editions of popular textbooks in cardiovascular medicine, "Washington Manual Cardiovascular Medicine Subspecialty Consult." Several chapters in these books are devoted to mechanisms, treatment, and prevention of cardiovascular diseases, atrial fibrillation, strokes and bleeding risks.

My prior testimony for the past four years and my fee schedule for this litigation are attached to this report (Appendix C & D).

## Summary of Opinions

1) Anticoagulants (blood thinners) reduce the risk of thromboembolism (traveling blood clots that cause strokes) in patients with atrial fibrillation (AF). However, in doing so, they increase risks of bleeding events, which can be life threatening. The gold standard of blood thinners is warfarin. Because of the serious risks, there is a system-wide obligation to provide the safest methods of administration of blood thinners.

2) "Precision Medicine" is a popular term that defines the current direction of human medical care. A main tenet of precision medicine is that individuals have unique, patient-specific risks for diseases, and unique, patient-specific effects to treatments. Decisions to use blood thinners take into account a number of clinical factors. Safe, appropriate, responsible ways to administer the blood thinners recognize the individual patient's risk of variability of a drug metabolism and effect.

2

3) Rivaroxaban (Xarelto) was approved by the US FDA in November 2011 to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation. It was marketed as a once-daily blood thinner that did not require blood testing because the effect was very predicable across all populations and the medication had a large therapeutic window (range of blood concentration that was both safe and effective). Moreover, prescribers were told there were no approved ways to measure the effect of the drug because testing was not necessary.

4) To help my patients make the best decisions about the appropriateness and safety of rivaroxaban, I counsel them using information from published clinical trials, the package insert, and information received from Bayer/Janssen representatives. Unfortunately, all three of these avenues of information offered misleading information.

a.    CLINICAL TRIAL: The pivotal trial for the use of rivaroxaban for the prevention of stroke in patients with atrial fibrillation **(ROCKET-AF) was inadequate in the following important ways**: A) the control arm using warfarin was managed in a historically poor way (very low time in therapeutic range (TTR) for patients taking warfarin); and B) the warfarin testing device (point-of-care INR monitor from Alere) produced inaccurate INR levels. Therefore, ROCKET-AF does not provide a reliable comparison between the use of rivaroxaban and well-controlled warfarin, especially in the US.

b.    PACKAGE INSERT: **The product label for rivaroxaban was inadequate at product launch**. The rivaroxaban product insert should have contained: A) a black box warning for bleeding risk, like warfarin; B) for US FDA approval, data using US-only centers should be shared; C) available pharmacokinetic data, ideally with ranges (5/95 percentiles) for treating physicians to assess the inter-patient variability of this medication; D) advice regarding methods to test drug concentration or bleeding effect, particularly with prothrombin (PT), which in pharmacokinetic and pharmacodynamic studies demonstrated a significant number of "super-responders" who are at risk for bleeding; E) clinically actionable data recommendations regarding bleeding events while on this medication.

c.    BAYER/JANSSEN REPRESENTATIVES: Information shared from Bayer/Janssen representatives with prescribers, including me, reinforced the notion that blood testing was not needed for safe administration of rivaroxaban. In contradiction to what was told to prescribers like me, **rivaroxaban has a narrow therapeutic window.** That is, the difference between the amount of rivaroxaban necessary to properly anticoagulate, and the amount that would put a patient at increased risk of significant bleeding, is fairly small. Also, **rivaroxaban actually has a higher inter-patient variability than prescribers like me were led to believe.** In short, a single dose does not safely treat all patients.

3

5) To maximize the safety for our patients taking blood thinners using precision medicine principles, prescribers would welcome: A) **a way to measure the plasma concentration or anticoagulant effect of the medication** in a patient-specific way with; B) **dosing adjustment to tailor the perfect amount of anticoagulant effect while avoiding unnecessary bleeding; C) an antidote to rapidly reverse bleeding effect** in case of a life-threatening bleeding event**.** Bayer & Janssen failed to provide this critical blood testing, advice on dosing adjustments, and reversal agents to prescribers, routinely citing that such testing, dosing adjustments and reversal agents were not necessary. In short, **patient safety could be significantly improved,** but patient safety was not a first priority. A single blood test (PT with Neoplastin reagent) is an effective way to screen for "super-responders" who are unwittingly exposed to significantly increased bleeding risk. According to the FDA advisory committee, this population may represent up to 25% of patients in the ROCKET-AF study.

## BACKGROUND: EPIDEMIOLOGY AND STROKE PREVENTION IN ATRIAL FIBRILLATION

Atrial fibrillation is the single most common heart rhythm disorder. Recent evidence suggests that in 2010, AF affected 33.5 million people worldwide, and its prevalence continues to grow. In the United States alone, roughly 4 million people have AF. Prevalence increases with advancing age. For Americans of European descent who are 40 years old, the lifetime chance of developing AF is ~ 25%.

Patients with AF have widely variable symptoms, ranging from being completely unaware of the heart rhythm disorder to being nearly incapacitated by the symptoms. Decisions regarding the intensity of treatment are tailored to each patient, largely guided by the severity of symptoms. Similarly, stroke risks related to AF range widely, and decisions regarding stroke-reduction therapies are tailored to each patient. The treatments to reduce stroke risk are almost always oral anticoagulation (blood thinners). Decisions to use oral anticoagulation are based on competing increased risks of bleeding with reduction of risk of stroke. Recent guidelines published from the American College of Cardiology/ American Heart Association/ Heart Rhythm Society support the regular use of a scoring system ($CHA_2DS_2$-VASc) to identify patient characteristics that suggest higher risk for stroke (Figure 1). In general, the more high-risk features, or the more points on the scoring system, the higher the annual risk of stroke. Guidelines support the use of oral anticoagulation in most patients with a yearly risk of a stroke that exceeds 2% (red line).

Figure 1. CHADS-VASC Scoring System



(Adapted from Lip G, et al. Chest, 2010)

The main drawback to oral anticoagulation is the increased risk of bleeding. Several scoring systems have been developed and validated, highlighting particular patient-specific factors that increase the risk of bleeding (Figure 2). Of note, the HAS-BLED scoring system identified patients who were at increased risk of bleeding based on clinical risk factors and monitoring the levels/effects of blood thinners medication. Variations or extremes of blood thinner effect, measured with widely-available monitoring, carry bleeding risk.

Figure 2. HAS-BLED Scoring System

## HAS-BLED

| Letter | Clinical Characteristic | Points |
|--------|------------------------|--------|
| H | Hypertension | 1 |
| A | Abnormal Liver or Renal Function | 1 or 2 |
| S | Stroke | 1 |
| B | Bleeding | 1 |
| L | Labile INR | 1 |
| E | Elderly (age > 65) | 1 |
| D | Drugs or Alcohol | 1 or 2 |
| Maximum Score | | 9 |

(Adapted from Pisters R, et al. Chest 2010)

Decisions by treating physicians to use oral anticoagulation for patients with AF are tailored toward patient-specific conditions and preferences, which attempt to balance the potential benefits with the known bleeding risks.

## THE STANDARD: ORAL ANTICOAGULATION WITH WARFARIN

From 1954 to 2010, the only oral anticoagulant that was available to reduce stroke risks in patients with atrial fibrillation was warfarin. This medication has been the gold standard for oral anticoagulation for decades. The development of warfarin began in 1920, with an outbreak of bleeding-related deaths among cattle near the US-Canada border. Two decades later, testing linked these deaths to spoiled sweet clover that was ingested by the animals. The responsible compound was purified and tested at the Wisconsin Alumni Research Foundation (WARF) and eventually marketed as a rodenticide in 1948. In 1954, it was approved by the US Food & Drug Association for medical use. It was not until 1978 that the mechanism of the drug was discovered (vitamin K-epoxide reductase inhibitor).

Because of the high degree of inter-patient and intra-patient variability related to the pharmacokinetics of the drug, dose variability is affected by age, race, body weight, gender, concomitant medications, comorbid conditions, genetic factors and dietary vitamin K. It is a drug with a narrow therapeutic range, and anticoagulation must be carefully monitored to avoid life-threatening situations. This is accomplished through frequent blood plasma measurements of prothrombin time (PT), standardized to an international ratio (INR). Regular monitoring is indicated for all patients who start and maintain on this medication. Dosing is adjusted based on the results of the PT/INR blood test. Because of the frequent dose adjustments and blood draws, patient compliance with warfarin can be limited.

The most obvious and common concern with warfarin is major or fatal bleeding. This is most common within the first month of initiation. There are a number of factors that have been associated with bleeding risk (see package insert), with the most predictive being elevated levels of anticoagulant effect (INR>4.0). In various randomized clinical trials with warfarin to prevent AF-related strokes, the overall risk of major bleeding ranged from 0.6% to 2.7% over the course of the study. A "black-box warning" was added to warfarin's product label in 2006 due to life-threatening bleeding. Fortunately, there are relatively fewer deaths linked to warfarin-related bleeding because warfarin has several reversal agents. For less urgent reversal, oral or intravenous vitamin K can be administered. For more urgent reversal, fresh frozen plasma is commonly used. Moreover, vigilant monitoring of the bleeding effect with periodic blood tests drastically reduces risks of bleeding with warfarin and is currently the standard of care for the use of this medication.

Warfarin has repeatedly been shown to reduce the rates of AF-related strokes in multiple clinical trials (Figure 3). The relative effect of stroke reduction ranges from 45% to 76% compared to placebo.

Figure 3. Clinical Trials Supporting Warfarin Use for Stroke Risk Reduction



(Adapted from Petersen P, et al Lancet 1989; EAFT Lancet 1993; Cohen et al, Circulation 1991; Blackshear L, et al Lancet 1996)

- 64% mean relative risk reduction (RRR)
- 2.7% absolute risk reduction (ARR) per year
- Number of patients needed to treat (NNT) each year to prevent one stroke is 37.
- NNT of patients who had a prior stroke or TIA each year to prevent one stroke is 12.

As such, warfarin receives the strongest recommendation for prevention of AF-related stroke in patients with elevated risk and is the comparator gold standard drug to which other blood thinners are compared. Warfarin is also a medication that embodies the very important contemporary concept of "precision medicine." This direction of clinical practice has gained tremendous momentum rover the past several decades and recognizes that people are fundamentally different from each other. As such, treatment options and doses should be tailored to each individual to maximize the effect and minimize the risk. In the example of warfarin, patients are evaluated regularly for blood thinner effect and the dose of the medication is adjusted. If the blood test is too low, patients are at higher risk of for ischemic (clot-related) events. If the blood test is too high, patient are at risk for bleeding events. The "therapeutic window" is the ideal effect of the medication, maximizing the effect while minimizing the risk. In the case of warfarin, the "therapeutic index" is identified with the blood test (INR) result between 2.0 and 3.0 (see Figure 4).

Figure 4. Warfarin Therapeutic Index: Incidence Rates of Ischemic Stroke and Intracranial Hemorrhage Among Patients with Nonvalvular Atrial Fibrillation Taking Warfarin.



(Adapted from 2006 ACC/AHA/ESC Guidelines for Management of Patients with Atrial Fibrillation)

Using this patient-tailored method, patients are treated in the safest and most effective ways. Unfortunately, warfarin exhibits significant **intra-patient variability**; that is, in the same patient using the same dose of medication, there may be a wide range of effect at any point in time. Also, warfarin exhibits wide **inter-patient variability**; that is, between patients on the same dose of medication across a population, there may be significant differences in the effect of the medication. Simply put, in the case of blood thinners like warfarin, the practice of precision medicine requires the ability to test the effect or plasma level of a medication.

## HOW RIVAROXABAN (XARELTO) WAS DEVELOPED AND APPROVED FOR USE

Rivaroxaban (Xarelto) was developed and manufactured by Bayer, and is marketed in the United States through a joint partnership between Bayer and Janssen. It is a direct Factor-Xa inhibitor and a member of the class commonly referred to as the new oral anticoagulants (NOACs), comprised of Xarelto (rivaroxaban), Pradaxa (dabigatran), Eliquis (apixaban), and Savaysa (edoxaban), which were developed to offer an alternative to warfarin, the gold standard in oral anticoagulation. Based upon submission by Janssen and Bayer, the Food and Drug Administration (FDA) approved Xarelto for three indications: 1) the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgeries (approved July 1, 2011); 2) to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (approved November 4, 2011); and 3) the treatment of DVT and/or PE and the reduction in recurrence of DVT and/or PE (approved November 2, 2012). Xarelto is available in doses of 20mg, 15mg, and 10mg.

This report will focus mainly on the atrial fibrillation indication, which relied on the pivotal Phase III clinical trial, Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation (ROCKET AF). In short, the ROCKET trial found that Xarelto was non-inferior to warfarin for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, with similar rates of major bleeding and non-clinically significant major bleeding*).*

## HOW RIVAROXABAN WAS MARKETED TO PRESCRIBERS LIKE ME

Bayer/Janssen marketed rivaroxaban with the premise of low inter-patient an intra-patient variability. One drug dose (20mg PO daily) would safely treat all users with normal kidney function to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation. If kidney function was reduced, a lower dose was recommended (15mg PO daily). No additional blood testing would be necessary over time. Moreover, a blood test to assess the effect of the medication was not even available. There was great excitement surrounding this class of medication, because if the drug dosing and effects were indeed as predictable as it was marketed, it would address important limitations to warfarin use and inconvenience of frequent blood testing for patients.

While the concept is appealing, to a skeptical practicing clinician it defied medical logic to think that one dose of a medication could provide the same effect for all ages, all sizes, and all confounding characteristics that make each patient unique. As opposed to "precision medicine," using a blood thinner without the ability to assess its effect felt like "flying blind," trying something new without guidance or instruction.

- When it was tested in a large clinical trial (ROCKET-AF), the dosages of rivaroxaban were fixed and there were no additional clinical testing for effect of blood thinner or any dose-modification for rivaroxaban, suggesting indirectly "one

dose fit all." No further studies were reported regarding blood concentrations of rivaroxaban or blood thinner effect prior to US FDA approval.

- When approved for use by the US FDA, the sales force from Bayer/Janssen with whom I interacted would cite ROCKET-AF as evidence that **clinical testing (effect of the blood thinner) was not needed** and that **rivaroxaban had a large therapeutic window**.

- When I asked for the dose-finding data that supported the ROCKET-AF dose, or for evidence of blood thinner effects across populations of people, I was told that the **medication dosing was "internally validated" but not published or publicly available**.

- When I was managing patients in particularly difficult situations, such as patients taking rivaroxaban awaiting emergent surgery or patients who developed blood clots despite taking rivaroxaban, and I asked for help/advice for testing anticoagulant effect, I was told that **no approved testing was available** to help me guide my decision.

## THE DATA AVAILABLE TO HELP ME COUNSEL MY PATIENTS WAS INCOMPLETE

With a strong marketing push from Bayer and Janssen, rivaroxaban quickly became a popular topic of conversation in my clinic, where I treat many patients with atrial fibrillation. I would use the available sources of information to help educate my patients, namely the published clinical trial (ROCKET-AF), the rivaroxaban product insert, and my local Bayer/Janssen representatives. However, over time, each of these proved to be incomplete and misleading.

**A) The Clinical Trial—**

### The control arm of ROCKET-AF using warfarin underperformed

In the ROCKET-AF trial, rivaroxaban was compared against warfarin in a randomized fashion. It is very important to note, however, that the clinical management of warfarin (quality of the INR blood tests, frequency of the INR blood tests, decisions regarding dose adjustment) directly influences the effectiveness and safety of warfarin. In short, a "warfarin" control group is both the drug and the management.

The standard way to describe warfarin management is "Time in Therapeutic Range ("TTR"). Higher TTR has been associated with better outcomes (*i.e.*, fewer strokes and bleeds). The therapeutic range for INR of atrial fibrillation patients on warfarin is universally accepted to be 2-3. It is also nearly universally recognized by applicable authorities and guidelines that an INR greater than 4 necessitates a dose reduction in a warfarin treated patient. In previous warfarin vs. NOAC trials, the TTR were 62% (ARISTOTLE) and 64% (RE-LY). In previous warfarin vs. aspirin trials, the TTR were 70% (SPAF), 74% (AFASAK) an 83% (BAATAF).

ROCKET-AF had the lowest TTR for any warfarin trial (55%). Because of such poor warfarin management, the results of ROCKET-AF are inherently biased in favor of rivaroxaban. This was specifically noted in the FDA Summary Review Memorandum, specifically the two reviewers who recommended against approval of Xarelto for the atrial fibrillation indication based in part on the low TTR in ROCKET-AF. This was addressed in the Xarelto labeling with the following language: "There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled."

### US-only centers had better results with warfarin than rivaroxaban

One oft-cited reason for substandard warfarin management in ROCKET-AF is the heavy use of sites in developing countries. The FDA had the opportunity to review country-specific results for ROCKET-AF, and predictably, for sites where warfarin TTR was better, the clinical outcomes of rivaroxaban were less favorable when compared to warfarin.

In ROCKET-AF subjects in the US, where the TTR was 64%, there was a 28% increased risk of the primary safety endpoint for rivaroxaban as compared to warfarin, a 50% increased risk of major bleeding, and a 61% increased risk of transfusion, all of which were statistically significant. However, despite these alarming and certainly relevant results, the US label did not relay this information to prescribers until September 2015. (November 2011 Xarelto Approval Label; September 2015 Xarelto Label)

### The warfarin point-of care testing device used in ROCKET-AF was flawed

The ROCKET-AF clinical trial compared Xarelto to the active comparator, warfarin. The safety and efficacy of warfarin is dependent upon appropriate monitoring and dose adjustments. The warfarin arm of ROCKET was monitored using a defective point-of-care (POC) INRatio device.

The defective POC INRatio device underreported true INR values, which resulted in the overanticoagulation of warfarin patients and therefore caused additional bleeds. The device used in ROCKET has been removed from the market as unfit for use. At two timepoints during the ROCKET trial, INR values were analyzed using two methods. One sample was analyzed using the defective POC INRatio device, while the second sample (collected in the same patient, at the same time) was analyzed by a central laboratory. A comparison of these two values reveals that the POC device malfunctioned in a large portion of warfarin patients, to a degree of clinical significance. For example, in the table below, one can see that 28.5% of the patients identified by the central laboratory as having an INR greater than 4 were misclassified by the POC device as being below therapeutic range or within therapeutic range.

**Table 1: TSIINR23ZYa:** Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001:   Safety Analysis Set)

Visit Name: WEEK 12

| | --- Lab INR --- | | | | |
| | <2 | 2 - 3 | >3 - 4 | >4 | Total |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 – 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 – 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

(EMA CHMP Assessment Report, Feb. 5, 2016)

Such misclassification of INR values in warfarin treated patients would unwittingly result in improper overdosage and resulting bleeds. Therefore, it is my opinion that the bleed rate of the warfarin patients, and therefore any comparison with the bleeding rate of rivaroxaban patients, is flawed. (EMA CHMP Assessment Report, Feb. 5, 2016; FDA ROCKET AF Reanalysis, Sept. 26, 2016; Patel, et al., Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Powell, Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Patel, et al., Author's Reply to Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016)

**B) The Product Label**
The rivaroxaban product label failed to properly inform physicians regarding the risk of major and non-major clinically relevant bleeding.

### No "black box warning" for bleeding risk

Warfarin carries a "black box" warning on its product label for risk of severe bleeding since 2007. Rivaroxaban, which carries similar risks, does not have a similar warning in its product label. This incorrectly implies to prescribers and patients that rivaroxaban is safer to use than warfarin.

### US FDA should highlight US data from ROCKET-AF, when available

Because the ROCKET-AF trial compared rivaroxaban to poorly-managed warfarin, it should not be assumed that similar effects would be seen when rivaroxaban was used in the US. Because US-specific data was available, where warfarin use was better regulated, the product label should include specific mention of how rivaroxaban compares to US-warfarin use. In this light, rivaroxaban would perform statistically worse in terms of safety endpoints, which would be a very important statement for prescribers like me to share with patients. This information was not added to the US label until 2015, after being requested to do so by the FDA. (XARELTO_JANSSEN_00000344.)

**No pharmacokinetic data**

The rivaroxaban label fails to present patient variability data (especially 5-95th percentiles of plasma concentrations or drug effect). Disclosing the following information would certainly help a prescriber, like me, make an informed decision about whether rivaroxaban is indeed safe to administer to all patients without monitoring: variability in drug concentration per patient over time (pharmacokinetics); variability in effect of the medication, as measured by prothrombin time (PT); correlation between high PT levels and increased risks of bleeding; that a commercially-available blood test (PT, with specific reagents) correlated closely with drug concentration and bleeding effect; or that "super-responders" exist, with very high blood thinning effect compared with the general population taking this medication (see below).

**No advice on how to test, even if I wanted to do so. No advice on clinically actionable recommendations regarding bleeding events.**

The rivaroxaban label fails to include the proper instructions for use of the drug, in that it does not state how to test and interpret blood test results for the anticoagulant effect. If we could identify patients who have very high concentrations or strong blood-thinning effects of the drug, we could discontinue the drug or choose a lower dose so as to avoid unnecessary risk of harm. I have been involved in several critical clinical situations where a blood test result of anticoagulant effect would be the key factor in deciding whether a patient is deemed safe to go to the operating room for emergent surgery, if such testing and guidance were available. Undoubtedly, patients have suffered because of the lack of ability to test and interpret the anticoagulant effect of rivaroxaban.

**C) The Bayer/Janssen Sales Representatives—**

As described above, when rivaroxaban was approved, the marketing focused on once-daily dosing, no need for blood testing (because of consistent intra-patient variability), and a broad therapeutic window (resulting in consistent inter-patient variability across populations of patients).

**Rivaroxaban is a better twice-daily dose**

With a half-life of 5-13 hours, conventional pharmacologic strategies would suggest that rivaroxaban would be best suited as a twice-daily rather than once-daily dose regimen. In fact, rivaroxaban is used as twice-daily regimen for other indications (treatment of venous thromboembolism or pulmonary embolism). Benefits of once-daily dosing over twice-daily dosing would be better patient compliance and strategic marketing advantages against other twice-daily dosed oral anticoagulants. For my patients, however, I want the safest and best dose possible. For drugs with such a short half-life, a twice-daily dosing strategy intuitively provides a more consistent drug effect without risks of "overshoot." The FDA has supported this position as well. (FDA Summary Review Memorandum, NDA 202439)

13

Figure 5. Once-daily vs. Twice-daily dosing: simulated plasma concentration of an anticoagulant drug with ~12 hour half life using either once-daily (green) or twice-daily (red) dosing strategy. (Vrijens and Heidbuchel, *Europace*, 2015)



Compared to a twice-daily smaller dose, a once-daily larger dose of rivaroxaban will result in periods of time whereby patients are at increased risk of bleeding effect. Moreover, the continuity of drug effect is greater with twice-daily dosing.

### Narrow therapeutic window

It is incorrect and misleading to market that rivaroxaban has a broad therapeutic index. Rivaroxaban, as with all oral anticoagulants, has an intrinsically narrow therapeutic index. This is largely due to the severity of the outcomes that can occur if too little effect is present (stroke or systemic embolism) or if too much on an effect is present (severe bleeding). Careful dose selection is needed to achieve optimal benefit/risk balance. The US FDA shares similar opinions regarding anticoagulants intrinsically having a narrow therapeutic index by declaring that all anticoagulants "are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamics activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive inhibition of physiologic clotting and excessive bleeding." (FDA Summary Review Memorandum, NDA 202439)

### Inter-patient variability

Unlike the message that is shared by the sales team, rivaroxaban seems to have at least a moderate inter-patient variability. There were no phase 2 dose-finding studies for patients with AF; rather, the phase 2 dose-finding studies were performed in patients undergoing treatment for the prevention of deep venous thrombosis (DVT) for only a few weeks at a time. From these studies, the dose of 20mg once-daily was estimated based on computer modeling from patients in these studies. However, in these studies,

the exposure to the medication is short (only during the post-operative time period). In AF, the exposure to medication is life-long, and the risks related to bleeding may not be fully appreciated in such a short-exposure time course. In short, it is not appropriate to use the short duration DVT studies to ascertain lifetime risks for patients with AF taking rivaroxaban.  As described by Dr. Mueck, a chief scientist in rivaroxaban development, the "**inter-individual variability in pharmacokinetics was moderate (30–40%) and was consistent over the 12-week duration of the studies.**" (Mueck, *Clinical Pharmacokinetics*, 2014)

Computer modeling of human dose response makes for graphs that visually appear that there is little inter-patient variability. For example, here is a graph that was shared with me when I asked Janssen/Bayer representatives for evidence of plasma concentrations in users of rivaroxaban:

Figure 6. Population-based computer modeling of rivaroxaban concentration



(Mueck, *Clinical Pharmacokinetics*, 2014)

However, in healthy subjects who took 20mg doses and had blood concentrations of rivaroxaban checked periodically, the half-life of the medication ranged from 4.79 to 36.43 hours (Figure 7), which is an enormous range.

Figure 7. Pharmacokinetic parameters of rivaroxaban in healthy subjects after escalating doses

| Parameter | Fasted | | | Fed | | |
|---|---|---|---|---|---|---|
| | 2.5 mg tablet | 5 mg tablet | 10 mg tablet | 10 mg tablet | 15 mg tablet | 20 mg tablet |
| AUC (µg · h/L) | 321 (28.8) | 626 (18.8) | 1,114 (25.2) | 1,201 (21.3) | 1,801 (22.2) | 2,294 (19.0) |
| | [165.4–551.9] | [422.6–851.4] | [685.3–1,842] | [621.5–1,798] | [952.1–2,870] | [1,464–3,227] |
| $C_{max}$ (µg/L) | 52.0 (28.1) | 90.6 (24.0) | 138.4 (29.7) | 161.7 (17.2) | 234.2 (17.4) | 294.4 (15.0) |
| | [28.6–103.0] | [56.2–145.0] | [77.4–251.0] | [127.3–235.4] | [170.8–347.1] | [225.4–360.6] |
| $t_{max}$ (h)[a] | 2.00 | 1.50 | 2.50 | 3.00 | 3.50 | 3.00 |
| | [0.75–4.00] | [0.75–6.00] | [1.00–4.00] | [0.50–6.00] | [1.00–6.00] | [0.50–6.00] |
| $t_{1/2}$ (h) | 4.99 (28.8) | 6.79 (33.4) | 10.77 (28.3) | 10.98 (44.7) | 11.10 (62.1) | 12.08 (60.8) |
| | [2.33–7.39] | [3.62–13.34] | [5.63–17.34] | [4.72–21.75] | [5.11–33.76] | [4.79–36.43] |

Values are geometric mean (% coefficient of variation), [range]

[a] Data are median (range)

*AUC* area under the plasma concentration–time curve after a single dose, $C_{max}$ maximum drug concentration in plasma after a single dose, $t_{1/2}$ half-life associated with the terminal slope, $t_{max}$ time to maximum concentration in plasma after a single dose

(Mueck, *Clinical Pharmacokinetics*, 2014)

Clinically speaking, if rivaroxaban were taken at this dose, over time patients at the extremes of the plasma half-lives will either have inadequate levels or supratherapeutic levels of rivaroxaban in their blood, leaving them at increased risk of stroke or bleeding events, respectively.

Computer simulations can demonstrate very predictable and reproducible curves for many different populations of patients, as it represents each patient <u>population</u> as a single line (patient-population-level). In truth, at a patient-level, the distribution of concentrations in the blood is considerably more scattered. This is shown in the two figures below (Mueck, *Clinical Pharmacokinetics*, 2011, online supplement) where individual patient plasma concentration levels are represented as a point and computer modeling predicted a range within 90% of patients' plasma concentrations.

Figure 8. Plasma concentrations for patients taking rivaroxaban at escalating doses at various time points during day 1 and day 21 (note the points at very high concentrations, [red arrows] corresponding to "super-responders.").



**Figure S-2a.** Visual predictive check of the final pharmacokinetic model for the 10, 20, 30 and 40 mg doses on days 1 and 21, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.

Figure 9. Plasma concentrations for patients taking rivaroxaban at three different doses on day 1 (2-4 hours post-dose), day 43 (20-24 hours post-dose) and day 84 (2-8 hours post-dose).



**Figure S-2b.** Visual predictive check of the final pharmacokinetic model for the 20, 30 and 40 mg doses on days 1, 43 and 84, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.

(Mueck, *Clinical Pharmacokinetics*, 2011, online supplement)

17

**Most importantly, across each dose that was tested (10, 20, 30, 40 mg doses) and across every time point tested (day 1, 21, 43, 84) there were "outliers" that demonstrated very high plasma concentrations or very low plasma concentrations. These patients are at risk for bleeding events and stroke or systemic embolism, respectively.**

This wide inter-patient variability is further confirmed in a small subset of patients from the ROCKET-AF study (161 patients) in whom blood tests were drawn (Girgis, *Journal of Clinical Pharmacology*, 2014). Blood plasma levels for patients taking rivaroxaban was measured and compared to computer modeling for expected populations. While the authors concluded that the computer modeling was largely accurate, again seen were significantly wide ranges of plasma concentrations and bleeding effect among patients taking the same dose of rivaroxaban.

Figure 10. Plasma concentrations for patients taking rivaroxaban in ROCKET-AF.



(Girgis, *Journal of Clinical Pharmacology*, 2014)

Each blue dot represents a single patient, showing the blood plasma concentration at timepoints after a 20mg dose of rivaroxaban. At each time point, there are wide ranges of plasma concentrations of rivaroxaban, demonstrating a large inter-patient variability. Most importantly, 24 hours after drug exposure, when patients are preparing to take their next pill, some patients still have very high levels of rivaroxaban in their blood (at risk for bleeding). Also, some patients have very low levels of rivaroxaban in their blood throughout the day (at risk for stroke).

Notably, these important rivaroxaban variability data in ROCKET-AF are not in the label.

**How Could We Deliver Rivaroxaban to Our Patients in the Safest and Best Way?**

Using a patient-specific concentration graph as an example (Figure 11), one can see that just three hours after the first dose of 20mg rivaroxaban, some patients have an exaggerated response (concentration in excess of 500 mcg/L) and others have essentially no response to the medication (<50 mcg/L).

Figure 11. Rivaroxaban plasma concentration variation after a single 20mg dose



(Mueck, *Clinical Pharmacokinetics*, 2011, online supplement)

**A single blood test at this time point would identify the "outliers" who are at excess risk for bleeding or stroke.** This excess risk related to rivaroxaban use is largely preventable.

**Therapeutic Drug Monitoring**

Having the ability to accurately monitor the anticoagulant effect and level is a necessary tool to safely administer oral anticoagulants across different patient populations, especially with medications that have widely variable plasma concentrations between patients.

However, mitigating this excess risk comes with a clear cost: excess complexity for starting a medication is an impediment, and doctors would be less likely to prescribe this medication, especially if other similar blood thinners did not require this additional testing step. While additional testing would clearly improve the safety and efficacy for patients, it would cost Bayer/Janssen in market share and drug sales. Per the FDA advisory committee, up to 25% of patients enrolled into ROCKET-AF were exposed to very high levels of rivaroxaban, as evidenced by PT values > 20 seconds. If a similar number or rivaroxaban users were identified in the real world populations to be at high risk for bleeding, one might easily conclude that these patients would switch blood thinners to other more predictable and less potent anticoagulants, which could be a very large loss of market share for Bayer/Janssen.

Xarelto is a highly effective drug; however, it confers common serious side effects in the form of bleeding events. According to data contained in the Xarelto clinical trial experience, and as confirmed in real-world observational studies, Xarelto is responsible for tens of thousands of major bleeding events requiring hospitalization, and even some resulting in death. In light of this backdrop, any means to improve the safety profile of Xarelto should be aggressively pursued. (Patel, *NEJM*, 2011; Graham, *JAMA*, 2016; Halvorsen, *European Heart Journal*, 2016)

There is a near linear correlation between rivaroxaban drug concentration and Prothrombin Time (PT), thus indicating that PT could be used as a surrogate marker for exposure. This opinion is shared with the FDA, who compiled the below figure in their review of the atrial fibrillation indication for rivaroxban:



(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

Furthermore, there is no evidence of increasing efficacy with increasing exposure to rivaroxaban. The FDA again corroborates this opinion.



(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

Notably, the FDA concluded that "the risk of major bleeds increases with PT," thereby confirming the relationship between PT and bleeding.



(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

In sum, there is no evidence of additional benefit with highest anticoagulant effect with rivaroxaban. However, there is evidence of additional bleed risk with higher anticoagulant effect.

Accordingly, it is my opinion that the PT lab test, with the appropriate reagent, collected at the appropriate time, is a helpful and necessary method of identifying my patients at the highest risk of suffering a Xarelto-related bleeding event. In fact, my opinion was echoed by the FDA:

> The clinical pharmacology and clinical reviewers demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time (PT). They also demonstrated that there is also a correlation between PT and risk of bleeding. This applicant has not chosen to utilize this information… However, infrequent monitoring… to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients.
>
> (FDA Summary Review Memorandum, NDA 202439)

Thus, while the FDA took the position that additional blood testing (PT) can be used to evaluate exposure to improve outcomes, Bayer/Janssen have failed to include such information in the label.