# Exhibit 13

# FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| _____ ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN)          ) | |
| PRODUCTS LIABILITY LITIGATION      ) | Judge Eldon E. Fallon |
| _____ ) | |

# Expert Report of Jan Rosing, Ph.D.

By: _____                  Date:  October 09, 2016

      **Jan Rosing, Ph.D.**

# XARELTO REPORT

**Prof. Dr. J. Rosing**

**October 9, 2016**

I have been asked to review multiple materials; amongst others, clinical study reports, internal and external correspondence and communications between Bayer and others, papers published in literature, regulatory documents, and other materials and documents (Appendix A) relevant to Xarelto (rivaroxaban), a direct factor Xa inhibitor, which is the drug at issue in this litigation. More specifically, I have been requested to render a report detailing the pharmacokinetics and pharmacodynamics of rivaroxaban and comment upon the impact of rivaroxaban on the clotting system, as well as on clotting assays and the associated benefits (stroke protection) and adverse side effects (major bleeding). The opinions expressed within this review, which are based on my education, experience and training in the fields of biochemistry and of thrombosis and haemostasis, are with a reasonable degree of scientific certainty. I reserve the right to supplement my opinions and this report, subject to ongoing medical and scientific study and the continuing review of additional information produced from this litigation.

## BASIC BACKGROUND AND QUALIFICATIONS

I was born on May 12, 1946 in Egmond aan den Hoef, The Netherlands. I studied chemistry at the University of Amsterdam, and graduated in 1970, with a specialty in biochemistry. In 1974 I presented a PhD thesis at the same university, entitled 'Studies on thermodynamics and mechanism of oxidative phosphorylation', supervised by Professor E.C. Slater. Subsequently, I worked as a post-doctoral research fellow in the laboratory of the Nobel Prize winner Professor P.D. Boyer at the University of California, Los Angeles. In 1976, I was appointed research associate at the Maastricht University where I became involved in research focused on biochemical aspects of blood coagulation. In 1995, I was appointed as chairman of the Department of Biochemistry of the university and in 1997 became Professor of Enzymology of Thrombosis and Haemostasis. In 2002, I was appointed as Professor of Biochemistry at the Medical Faculty of Maastricht University. I retired in 2011 and then became Emeritus Professor of Biochemistry at the same university.

I have been an editor of the Journal Pathophysiology of Haemostasis and Thrombosis, member of the editorial boards of Computers in Biology and Medicine, and of The Journal of Thrombosis and Haemostasis. In 2000, I was elected to the Council of the International Society on Thrombosis and Haemostasis and became a member of the Daily Board of the Cardiovascular Research Institute Maastricht (CARIM).

In the beginning of my research career in thrombosis and haemostasis, which started in 1976, I studied the basic biochemical mechanisms of coagulation factor activation. Later I became involved in research on the mechanism of regulation of thrombin formation by anticoagulant proteins and developed particular interest in the effects of female sex steroid hormones, *e.g.*, oral contraceptives on blood coagulation. Our research on the effect of hormones on coagulation led to the development of assays which gave insight into the molecular basis of both thrombotic and bleeding disorders and which enabled us to study the mode of action of drugs on blood coagulation. I am currently still active in research projects that concern: 1) the development of assays to measure functional activities of coagulation proteins in plasma; and 2) studying mechanisms by which anticoagulant peptides inhibit blood coagulation and affect the individual reactions of the blood coagulation cascade.

3

I have published more than 200 papers in peer-reviewed journals and 40 review papers. My qualifications and publication history are further set forth in my curriculum vitae which is annexed hereto as Appendix B. A list of prior testimony is attached as Appendix C and my fee schedule is attached as Appendix D.

4

## SUMMARY AND CONCLUSIONS

1. Rivaroxaban (trade name Xarelto) is a direct factor Xa (FXa) inhibitor that is used for the prevention of stroke in patients with atrial fibrillation (AF), for the treatment of deep venous thrombosis (DVT), and the prophylaxis of DVT in patients undergoing knee or hip replacement surgery.

2. Rivaroxaban is a potent FXa inhibitor that binds with a high affinity to FXa, and after binding inhibits FXa-catalyzed thrombin formation. The reduced thrombin generation subsequently prevents unwanted clot formation.

3. Like for all other anticoagulant drugs, the most serious side effect of treatment with rivaroxaban is bleeding. Bleeding during anticoagulant treatment particularly occurs in patients receiving an overdose of drug.

4. Rivaroxaban, which is absorbed in the gastro-intestinal tract, has a high bioavailability (80-100%), meaning that a major fraction of rivaroxaban present in the Xarelto tablets taken by patients enters the blood.

5. Up to 35% of rivaroxaban that enters the circulation is cleared by the kidneys. As a result patients with an impaired renal function are exposed to high rivaroxaban levels and are treated with lower doses of rivaroxaban.

6. The half-life of rivaroxaban, *i.e.*, the time required to eliminate 50% of the rivaroxaban that entered the blood stream after dosing, is 7-11 hours in average patients (60 yrs.) and 11-13 hours in elderly people.

7. Pharmacokinetic studies indicate that rivaroxaban treatment results in a rather wide inter-individual plasma concentration range and in a more than 5-fold across-day variation in plasma rivaroxaban levels in an individual patient treated with 20 mg od.

8. The wide variation of rivaroxaban levels is shown in the ROCKET study in which 5% of the patients treated with 20 mg rivaroxaban OD had a rivaroxaban level at trough below 12 µg/L and 5% had a rivaroxaban trough level higher than 137 µg/L.

9. Rivaroxaban plasma levels higher than 65 µg/L (150 nM) exceed the plasma FX concentration. Considering the potency of FXa inhibition by rivaroxaban, such rivaroxaban levels can rapidly inhibit every FXa molecule that can be generated in plasma, and as a consequence can fully inhibit clot formation.

10. Plasma rivaroxaban levels can be determined with high performance liquid chromatography tandem mass spectrometry (HPLC-MS/MS), a physico-chemical technique that is not available in every hospital laboratory.

11. Anti-FXa assays like BIOPHEN DiXa-I®, BIOPHEN Heparin LRT® and STA®-Liquid Anti-Xa can be used to measure plasma rivaroxaban concentrations and result in levels that correlate very well with HPLC-MS-MS quantification.

12. Measurement of the prothrombin time (PT) of plasma from patients treated with rivaroxaban shows a linear relationship between the PT and the plasma rivaroxaban level.

13. Bleeding risks of patients treated with rivaroxaban increase at increasing PT values while the stroke risk is constant at increasing PT values.

14. Rivaroxaban-treated patients with PT values > 20 sec determined with the PT assay used in the ROCKET at ~14 hours after the last rivaroxaban dose will be exposed to a higher risk of major bleeding than patients with PT values < 20 sec while their stroke risk is not further decreased.

15. The manufacturers of rivaroxaban have not sufficiently identified the lowest effective dose of rivaroxaban in all approved indications.

16. Considering the large variations of peak and trough rivaroxaban levels between patients and the large across-day variation in individual patients, dose-finding before treatment and twice daily dosing (BID) with a reduction of the total daily dose instead of a once daily dosing regimen (OD), will reduce major bleeding while maintaining ischemic stroke protection.

**INTRODUCTION TO NOVEL DIRECT ORAL ANTICOAGULANTS (DOACs)**

Atrial fibrillation (AF) is worldwide the most common heart rhythm disorder. In AF, the lack of an organized atrial contraction can result in the stagnation of blood flow in the left atrium or the left atrial appendage which may subsequently lead to the clotting of blood and the formation of a blood clot (thrombus).

Blood clots formed in the heart during AF may become mobile and be carried away into the blood circulation. When the blood clot travels to the brain, and blocks the blood flow to parts of the brain, a so-called ischaemic stroke occurs which, depending on the extent of brain tissue damage, may be more or less serious and even lead to death.

In patients with AF, the risk of stroke is increased *2 to 17-fold* depending on other patient characteristics like age, hypertension and diabetes. To decrease the risk of stroke, AF patients are treated with so-called anticoagulants, which are drugs that inhibit the clotting of blood. Historically so-called vitamin K antagonists, *e.g.*, warfarin are recommended to reduce the risk of stroke in patients with AF. One of the disadvantages of vitamin K antagonists is that they have multiple interactions with food and other drugs and that patients treated with vitamin K antagonists require frequent laboratory monitoring.

Unwanted clot formation may also occur in veins. When clots are formed in deep veins of the body (often in legs) one speaks of deep vein thrombosis or deep venous thrombosis (DVT), a condition that may become particularly serious when the blood clot gets loose (embolises) and travels to the lungs where it may cause pulmonary embolism (PE). Traditionally, venous thrombosis (VT) is treated with vitamin K antagonists or with heparin or heparin-like molecules.

Recently, a new class of anticoagulant drugs has entered the market. These so-called new oral anticoagulants (NOACs), nowadays also called direct oral anticoagulants (DOACs), directly and specifically target activated clotting factors, thereby inhibiting clot formation. Currently, there are several DOACs which can be distinguished on the basis of the activated clotting factor they inhibit. Rivaroxaban (trade name Xarelto) and apixaban (trade name Eliquis) target activated factor X (FXa), and dabigatran (trade name Pradaxa) is a direct thrombin inhibitor (DTI). Rivaroxaban, apixaban and dabigatran are approved by the FDA for use as anticoagulants in the treatment of AF patients and of patients undergoing hip/knee replacement surgery and those who have suffered an acute DVT/PE or require prevention of recurrent DVT/PE.

For all anticoagulant drugs the most serious side effect is bleeding. An overdose of drug prevents the clotting of blood and substantially increases the bleeding risk. For all anticoagulant drugs it also applies that treatment with too low of a dose results in suboptimal stroke protection. Hence, like for almost all drugs, there is also a treatment regimen for anticoagulants which yields drug levels in the blood, the so-called therapeutic range, that has an optimal risk-benefit ratio, *i.e.*, provides optimal stroke protection and a low bleeding risk.

Because vitamin K antagonists have multiple interactions with food and other drugs, their activities have to be frequently monitored by blood testing to ensure that adequate and safe

doses are taken. In contrast, the companies that market DOACs state that these anticoagulants have a wide therapeutic range, which enables fixed dosing without the need for laboratory monitoring or dose adjustments.[1-6] However, since the introduction of the DOACs, it became clear that major bleeding is a serious side effect of DOAC treatment and hence, a substantial number of patients treated with DOACs will benefit from monitoring and dose adjustments.[7-11]

## RIVAROXABAN (XARELTO) MOLECULAR PROPERTIES

*Compound Characteristics*[12]*:* Rivaroxaban (5-chloro-N-[[(5S)-2-oxo-3-[4-(3-oxomorpholin-4-yl)phenyl]-1,3-oxazolidin-5-yl]methyl]thiophene-2-carboxamide) is a low-molecular weight inhibitor (Mr= 436 g/mol) of the activated form of blood coagulation factor X (factor Xa). By inhibiting factor Xa (FXa), rivaroxaban inhibits the FXa-catalyzed conversion of prothrombin to thrombin and by blocking thrombin generation, rivaroxaban indirectly prevents the formation of fibrin and unwanted blood clots. Rivaroxaban is practically insoluble in water. In humans 92%–95% of the circulating rivaroxaban is bound to plasma proteins of which albumin is the main binding component.

## PHARMACOKINETICS OF RIVAROXABAN

The dosing of rivaroxaban varies between patients.[13] AF patients with stroke risk are treated with 20 mg OD (creatinine clearance (CrCl) ≥ 50 mL/min) or 15 mg OD (CrCl < 50 mL/min). DVT and PE patients are treated with 15 mg BID in the first 21 days after the occurrence of thrombosis and 20 mg OD afterwards. For the prophylaxis of DVT following hip- or knee replacement surgery, patients are treated with 10 mg OD.

An excellent overview of the pharmacokinetics of rivaroxaban is given in a review paper of Mueck et al.[14] Studies in healthy individuals showed that rivaroxaban is rapidly absorbed and that maximum concentrations in plasma are reached 2-4 hours after tablet intake. Oral bioavailability for the 20-mg dose is high (80%–100%) when rivaroxaban tablets are taken together with food. The elimination of rivaroxaban from plasma is rapid with a half-life of 7-11 hours after dosing in typical patients (60 years, 80 kg), and 11-13 hours in elderly people.[14] Clearance from plasma occurred via renal and fecal/biliary routes. Approximately 60% of the administered dose is metabolized to inactive metabolites, of which half is subsequently eliminated renally and the other half via the fecal route. The remaining one-third of the administered dose undergoes direct renal excretion as unchanged active substance in the urine.[15] Since rivaroxaban is metabolized by a number of independent metabolic pathways which involve different classes of enzymes, rivaroxaban should be less prone to drug-drug interactions.

Mueck et al.[14] summarized pharmacokinetic data (plasma concentrations) of rivaroxaban in different patient populations. With respect to AF patients the pharmacokinetic data were obtained from the ROCKET AF study[16,17] which shows that in patients with a CrCl >50 mL/min the mean rivaroxaban concentration at trough (20-28 hours after dosing) is 44 µg/L (5th-95th percentile = 12-137 µg/L), while the C max, that is the peak value of the rivaroxaban concentration in plasma (2-4 hours after dosing), was 249 µg/L (5th-95th percentile 184-342 µg/L).

Using the molecular weight of rivaroxaban (436 g/mol), this equals 44/436 = 0.101 µM = 101 nM rivaroxaban at trough and 249/436 = 0.571 µM = 571 nM rivaroxaban at peak. Considering the 5th-95th percentiles given by Mueck et al.,[14] 5% of the patients had a rivaroxaban concentration higher than 137 µg/L (314 nM) at trough and higher than 343

μg/L (787 nM) at peak.

From the 5th-95th percentiles reported by Mueck et al.,[14] one can also calculate that 95% of patients had a rivaroxaban concentration at peak >184 μg/L (422 nM), which is 3 times above the maximal FXa concentration (140 nM) that can be formed in blood.

**The data discussed above, which is summarized in Table 1, indicate that in a considerable number of patients during a considerable period of time the rivaroxaban concentration is higher than the maximal FXa concentration that can be generated in plasma. Thus, in these patients there is sufficient rivaroxaban circulating in plasma to inhibit every FXa molecule that is formed, which creates a condition where the patient is exposed to a high bleeding risk.**

**Table 1. Rivaroxaban plasma levels in AF patients**

| Patient population | Rivaroxaban dose | $C_{trough}$ (μg/L) | $C_{max}$ (μg/L) | $C_{trough}$ (nM) | $C_{max}$ (nM) |
|---|---|---|---|---|---|
| AF patients | 20 mg od | 44 μg/L[a] (12-137)[b] | 249 μg/L[a] (184-343)[b] | 101 nM[a] (28-314)[b] | 571 nM[a] (422-787)[b] |
| 5% of AF patients | 20 mg od | ≥ 137 μg/L | ≥ 343 μg/L | ≥ 314 nM | ≥ 787 nM |
| 95% of AF patients | 20 mg od | ≥ 12 μg/L | ≥ 184 μg/L | ≥ 28 nM | ≥ 422 nM |

*Data from Mueck et al.[14] for patients with a creatinine clearance ($CL_{Cr}$) ≥50 mL/min. $C_{trough}$: samples collected 20–28 h after dosing. $C_{max}$: samples collected 2–4 h after dosing. [a]geometric means; [b]5th–95th percentile range.*

## PHARMACODYNAMICS OF RIVAROXABAN

Pharmacodynamics involves the study of the biochemical and physiological effects of drugs in the body, including the relationship between their chemical structure and their mode of action.

***Inhibition of FXa:*** Rivaroxaban (BAY 59-7939 in older papers[18]) is a potent FXa inhibitor which rapidly (association rate constant [$k_{on}$], $1.7*10^7$ mol/L[-1] s[-1]) and reversibly (dissociation rate constant [$k_{off}$], $5*10^{-3}$ s[-1]) inhibits human FXa[19] with a $K_i$[1] of 0.4 nM.[18] Detailed kinetic analyses showed that it is a competitive inhibitor of the amidolytic activity of FXa. Rivaroxaban concentrations as high as 20 μM did not affect other serine proteases involved in haemostasis indicating that the selectivity of rivaroxaban for FXa is more than 10,000-fold greater than that for the other serine proteases tested.[18] Rivaroxaban inhibited FXa-catalyzed prothrombin activation by the prothrombinase complex (FXa-FVa-$Ca^{2+}$-platelets) with an $IC_{50}$ of 2.1 ± 0.4 nM.[18]

---

[1] $K_i$ is the concentration inhibitor required to obtain 50% inhibition.

The $K_i$ of inhibition of FXa by rivaroxaban (0.4 nM) and the association rate constant of binding of rivaroxaban to FXa ($k_{on}$=$1.7*10^7$ mol/L$^{-1}$ s$^{-1}$) are important parameters to appreciate the efficacy by which rivaroxaban inhibits FXa. Using basic kinetic equations, it can be calculated that at 400 nM rivaroxaban, a concentration that is lower than that reached at peak in 95% of patients treated with rivaroxaban [see above and ref. 14], more than 99% of the FXa present or formed in blood will be inhibited within 1 second[2].

***Inhibition of Thrombin Generation:*** *In vitro* studies in platelet-rich plasma demonstrated that rivaroxaban prolonged the initiation phase of thrombin generation and reduced the thrombin burst produced in the propagation phase,[20] and that thrombin generation is almost completely inhibited at a plasma rivaroxaban concentration of 100 nM (43.6 µg/L), which is close to the FX concentration present in plasma (100-140 nM [21,22]). In the section on pharmacokinetics of rivaroxaban presented in this report (p. 8, 9), it is described that 95 % of AF patients treated with 20 mg rivaroxaban OD had a peak value (2-4 hours after dosing) > 422 nM (184 µg/L) rivaroxaban in plasma. Comparison with the *in vitro* thrombin generation data of Gerotziafas et al.[20] suggests that 95% of the patients receiving 20 mg rivaroxaban are 2-4 hours later exposed to rivaroxaban levels that completely inhibit thrombin generation.

However, it should be mentioned that in other papers thrombin generation followed with the calibrated automated thrombogram (CAT) assay was less susceptible to inhibition by rivaroxaban.[23-25] Wong et al.[24] showed that thrombin generation was fully inhibited by 3000 nM rivaroxaban and Kremers et al.[25] observed that 400 nM rivaroxaban was required to prolong the lag time of thrombin generation 5-fold and to reduce the thrombin peak and the endogenous thrombin potential with 80% and 55%, respectively.

The differences in sensitivity of thrombin generation for rivaroxaban reported in literature are likely explained by different conditions at which the CAT assay is performed, *i.e.*, at a low tissue factor concentration with blood platelets as procoagulant surface[20] or a high tissue factor concentration and artificial phospholipid vesicles as procoagulant surface.[23-25] It appears that the efficacy with which rivaroxaban inhibits thrombin generation is dependent on the strength of the coagulation trigger (tissue factor concentration and quality of procoagulant phospholipid surface). This is illustrated in the modeling study of Jourdi et al.[23] which showed that a fixed rivaroxaban concentration (430 nM) thrombin generation is more sensitive for rivaroxaban at low than at high tissue factor concentration.

The importance of the procoagulant surface (blood platelets *vs.* artificial phospholipid surfaces) and the tissue factor concentration in thrombin generation experiments is also demonstrated by Graf et al.[26,27] Graf et al. studied the effect of rivaroxaban on thrombin generation in healthy male subjects who were given a placebo, or single doses of 5 mg rivaroxaban or 30 mg rivaroxaban. Coagulation parameters (*e.g.*, thrombin generation, Fig. 1AB) and rivaroxaban concentrations (HPLC-MS-MS quantification, see p. 12) were determined in blood samples taken at various times after dosing. Of particular interest is Fig. 1B, which shows that in several subjects thrombin generation was (almost) fully inhibited at plasma rivaroxaban concentrations above 50 µg/L.

---

[2] $t_{1/2}$ = (ln 2)/k = 0.69/k = 0.69/$1.7*10^7$ * $400*10^{-9}$ = 0.69/680 *$10^{-2}$ = 0.69/6.8 = 0.1 sec at 400 nM.

The data presented in Fig. 1B strongly suggest that plasma rivaroxaban concentrations above 100 µg/L will not result in further stroke protection but will increase the bleeding risk of patients.



*Fig. 1. (A) Effect of placebo, 5 mg rivaroxaban and 30 mg rivaroxaban on thrombin generation (peak endogenous thrombin potential, ETP-peak) after platelet activation with collagen (5 $\mu$ g/mL) in plasma samples taken from volunteers at various times after a single dose of rivaroxaban. Data are mean relative change from baseline ± SD. (B) Correlation between rivaroxaban plasma concentrations and thrombin generation (ETP-peak, change from baseline).[26,27]*

***Effect of rivaroxaban on clotting tests:*** Rivaroxaban inhibits all clotting tests that depend on FXa or on the generation of FXa, *e.g.*, the prothrombin time (PT), Russell viper venom time (RVVT)-based assays, the activated partial thromboplastin time (aPTT) and anti-FXa chromogenic assays.[28-32] In one of the first papers in which the inhibitory properties of rivaroxaban (BAY 59-7939) were described[18] it was reported that the rivaroxaban concentrations required to double the PT and the aPTT were 230 nM and 690 nM, respectively. These concentrations were considerably higher than the $K_i$ of rivaroxaban for FXa inhibition (0.4 nM) or prothrombinase inhibition (2.1 nM). This is likely explained by the formation of an excessive amount of FXa within a very short time period as a result of the high concentration of trigger that is used to start the clotting of plasma in the PT and the aPTT. For instance the amount of tissue factor (thromboplastin) used in the PT assay is 10 nM[23] which is some 1000-fold higher than the tissue factor concentration commonly used in the thrombin generation assay.[33,34] The effects of rivaroxaban on routine clotting tests can be  used to determine the rivaroxaban level in plasma of patients during treatment (see below).

## MONITORING/DETERMINING RIVAROXABAN LEVELS IN PLASMA OF PATIENTS

***Laboratory measurement of rivaroxaban in plasma samples:*** The development of DOACs by the pharmaceutical industry was driven by the need to produce an anticoagulant for the treatment of thrombotic disorders that has a wide therapeutic range in combination with predictable pharmacokinetics and pharmacodynamics, the plasma levels of which are not affected by other drugs or diet and hence do not require regular monitoring of treated patients.

Although it is stated in documentation provided by the pharmaceutical company that markets rivaroxaban (Xarelto)[2] as well as in several scientific publications[35-40] that routine laboratory monitoring of coagulation is not required when patients are treated with rivaroxaban, there are several situations in which patients will benefit from monitoring. It is generally accepted that clinical conditions that require monitoring of DOACs like rivaroxaban include patients with bleeding or thrombosis,[41-44] patients requiring emergency surgery while using DOACs,[35,41-44] or to confirm overdosage and intoxication.[35,41-44]

However, there are scientists who go further and challenge the "one dose fits all" concept for treatment with DOACs.[7-11] Considering the large variability in plasma concentrations of DOACs in combination with an intrinsic narrow therapeutic index, it has been proposed that individualized DOAC dosing may be beneficial and improve patient safety. Thus, dose finding based on rivaroxaban exposure in individual patients is a promising approach to reduce major bleeding events while maintaining stroke protection.

Dosing or monitoring of rivaroxaban requires the availability of tests to determine the plasma level of rivaroxaban in patients. Currently, rivaroxaban concentrations in plasma can be measured with a wide variety of laboratory methods. High performance liquid chromatography in combination with tandem mass spectrometry (HPLC-MS/MS) is the golden standard to determine the rivaroxaban level in plasma with excellent accuracy and precision over a wide concentration range[45,46]. However, this technology is not widely available in routine clinical laboratories and hence, several more accessible clotting-based tests were developed to quantify rivaroxaban in plasma of patients.

With respect to measuring the plasma rivaroxaban concentration one should distinguish:
a) tests that quantify rivaroxaban in diluted patient plasma, *e.g.*, anti-FXa assays like STA®-Liquid Anti-Xa,[30,47,49,51] BIOPHEN DiXa-I®[30,48-51] and BIOPHEN Heparin LRT®[49]
b) tests that measure the effect of rivaroxaban on the clotting of undiluted plasma of the patient, *e.g.*, the widely available routine clotting assays like the prothrombin time (PT)[28-30,32, 51,52] and the activated partial thromboplastin time (aPTT )[28-30, 32] and more specialized assays like the Russell viper venom time (RVVT),[28, 53] the prothrombinase induced clotting time (PiCT)[28, 30] and the thrombin generation assay.[24,26,28,30,47]

Anti-FXa assays give an accurate number for the rivaroxaban concentration in plasma that correlates well with quantification of rivaroxaban with HPLC-MS/MS[30,47-51] (Fig. 2), but do not provide information on the effect that that rivaroxaban level has on the clotting of blood of that particular patient. The reason for this is that the effect of a given amount of rivaroxaban on the clotting of blood may vary between patients.

Routine laboratory assays that can be used to determine the effect of rivaroxaban on the clotting of undiluted plasma include the prothrombin time (PT)[28-30,32,51] and the activated partial thromboplastin time (aPTT).[28-30,32]

When a control plasma is spiked with known amounts of rivaroxaban, there appears to be a good linear dose-response relationship between the rivaroxaban concentration in plasma and the clotting time measured with the PT (Fig. 3A)[28,30] and a dose-dependent prolongation

of the aPTT  (Fig. 3B).[28,30] However, when the same clotting assays are performed in full plasma of patients receiving rivaroxaban, the correlation between clotting times and rivaroxaban levels determined with HPLC-MS/MS is much less [compare Fig. 3A and Fig. 4]. The reason for this is that the clotting time of a given plasma sample is not only determined by the rivaroxaban concentration but also by the basal activity of the coagulation pathway. Since the basal activity of the coagulation pathway differs between individuals this will in a population result in different clotting times for a given rivaroxaban concentration [Fig. 4][54]. However, the fact that the outcome of rivaroxaban testing in full plasma of patients is modulated by the basal activity of the coagulation cascade can be used to determine the degree of anticoagulation[52,55]  and help to estimate the risk of bleeding and stroke of an individual patient (see below p. 15-22)



*Fig. 2. Correlation between rivaroxaban levels in plasma from patients determined with HPLC-MS/MS and the STA-Liquid Anti-FX assay. (Rathbun et al. Comparison of methods to determine rivaroxaban anti-factor Xa activity. Thromb Res. 2015;135(2):39).*



*Fig. 3AB. Correlation between the PT (A) and the aPTT (B) and rivaroxaban levels in normal-pooled plasma spiked with known amounts of rivaroxaban. (Samama et al. Assessment of laboratory assays to measure rivaroxaban – an oral, direct Factor Xa inhibitor. Thromb Haemost 2010, 103: 815-825 (Fig. 1 and Fig. 3)).*



*Fig. 4 Effect of rivaroxaban concentrations determined with HPLC-MS/MS on the PT (n = 1592) of healthy male subjects treated with rivaroxaban. PT was determined with rabbit brain thromboplastin with an international sensitivity index (ISI) of 1.2 (Neoplastin Plus; Roche Diagnostics, Mannheim, Germany). (Kubitza et al. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939--an oral, direct Factor Xa inhibitor--after multiple dosing in healthy male subjects. Eur J Clin Pharmacol. 2005;61(12):873-80)[54]. (BAY 59-7939 = rivaroxaban).*

From the data presented in Fig. 4 an equation can be derived that describes the relation between the plasma rivaroxaban concentration and the prothrombin time (PT). According to the author of this report (JR) the PT value without rivaroxaban is 12.5 sec and the slope of the line is 0.0492 yielding the following equation:

Rivaroxaban ($\mu$g/L)= [(PT -12.5)/0.0492]                                            Equation 1

## DOSE-RANGING STUDIES TO EXPLORE EFFICACY AND SAFETY OF RIVAROXABAN IN THE TREATMENT AND PREVENTION OF VENOUS THROMBOSIS AND STROKE

Five dose-ranging studies were performed to evaluate the efficacy and safety of rivaroxaban in the treatment of acute asymptomatic thrombosis,[56] proximal DVT,[57] and in the thrombophylaxis,[58] and prevention[59,60] of VTE after total hip[58,59] and total knee[60] replacement. The rivaroxaban doses tested were 20, 30, 40 mg OD in acute asymptomatic thrombosis[56] and 10, 20, or 30 mg BID or 40 mg OD in the Phase II trial in patients with proximal DVT.[57] In both studies there were no significant differences in the primary efficacy outcome (venous thromboembolic complications and/or asymptomatic deterioration in thrombotic burden) between the different doses. Hence, it was stated in both papers[56,57] that it is possible that lower doses might be as effective as the doses that were tested (20 mg OD/10 mg BID).

Much lower rivaroxaban doses were tested in the thrombophylaxis of VTE after total hip replacement[58] (5, 10, 20, 30, or 40 mg OD) and for the prevention of VTE after total hip[59] or total knee replacement[60] (2.5, 5, 10, 20, or 30 mg bid). Also in these trials there were no significant differences in efficacy between the different doses, but in all studies there was a significant increase of major postoperative bleeding at increasing doses.

On the basis of these studies, Phase III clinical trials were organized in which the efficacy and

safety of rivaroxaban were compared with other anticoagulants.[61-64] In these trials, fixed-dose regimens were chosen, *i.e.*, 15 mg twice daily for 3 weeks, followed by 20 mg once daily in patients with symptomatic PE[61] and symptomatic VTE[62] and 10 mg of oral rivaroxaban once daily for thromboprophylaxis after hip arthroplasty[63] and after total knee arthroplasty.[64] Considering the Phase II dose ranging studies,[56-60] the treatment regimen in the Phase III studies, which are currently approved by regulatory authorities,[65,66] were not necessarily the lowest effective doses.

In 2010, the protocol of the ROCKET AF study, the aim of which was to compare the efficacy and safety of rivaroxaban and warfarin for the prevention of thromboembolic disorders (*e.g.,* stroke in patients with AF), was published.[67] The results of the ROCKET AF study were presented one year later in the *New England Journal of Medicine*.[16] In the case of stroke prevention in AF patients no Phase II dose-ranging study was performed and the choice of rivaroxaban in the ROCKET study (20 mg OD or 15 mg OD in patients with a CrCl of 30-49 ml/min) was based on the two Phase II studies in which the efficacy and safety of different rivaroxaban doses for the treatment of VTE was determined.[56,57]

## STROKE PROTECTION, BLEEDING RATES, PROTHROMBIN TIME VALUES AND RIVAROXABAN PLASMA LEVELS

The Advisory Committee Briefing Document "Rivaroxaban for the Prevention of Stroke and Non-Central Nervous System (CNS) Systemic Embolism in Patients With Atrial Fibrillation, JNJ39039039; BAY 59-7939 (Rivaroxaban)" prepared by the sponsor[68] provides important information on the effect of rivaroxaban exposure on the PT. On p. 36 of this document it is reported that:

> *Results obtained from the population PK/PD analyses in a subset of AF patients with matched PK/PD rich sampling (n=161) in the Phase 3 ROCKET AF trial, showed that rivaroxaban plasma concentrations exhibited a close-to-linear relationship with PT (Figure 4-1). At steady-state, the baseline PT was estimated to be 11.4 seconds and the slope of the correlation between PT and rivaroxaban plasma concentrations was 4.26 seconds/100 µg/L. The residual variability was low (12.85%).*

From the information presented above (baseline PT = 11.4 sec; slope = 4.26 sec/100 µg/L Rivaroxaban = 0.0426 sec/1 µg/L Rivaroxaban) one can obtain an equation that describes the relationship between the plasma rivaroxaban level and the prothrombin time (PT):
PT = 11.4 + 0.0426 * [Rivaroxaban].
----> Rivaroxaban (µg/L)= [(PT -11.4)/0.0426]                                    Equation 2

This equation closely resembles the equation between rivaroxaban levels and PT (Eq. 1 p. 14, Rivaroxaban (µg/L)= [(PT -12.5)/0.0492]) that was obtained from a pharmacokinetic and pharmacodynamic study performed in healthy male subjects.[54]



*Fig. 5. Rocket PT time vs. Rivaroxaban plasma concentration (ug/L). PT was measured with Neoplastin®. (Xarelto AdComm Sep 8 2011 Sponsor Briefing Doc UCM270797.pdf, p. 36).*[68]

On p. 38 of the FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf),[69] a similar dose-response relationship (Fig. 6) is presented which presumably contains the same data but with reduced figure axes.

**Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration**



*Fig. 6. Rocket PT as a function of the rivaroxaban plasma concentration. (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf, p. 38[69] and 202439Orig1s000ClinPharmR-1.pdf, p. 27).*[70]

On p. 39 (pdf p. 40) of the same document,[69] a figure is presented which shows the percentage of patients with ischemic stroke as a function of the PT (data from 7008 patients from the ROCKET study), and which demonstrates that the occurrence of stroke was independent of the PT (Fig. 7).



*Fig. 7. Rocket patients with ischemic stroke as a function of the prothrombin time (PT). (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf, p. 39).[69]*

In this figure the ROCKET population is divided in quartiles [cf. p.41[69]] with PT values < 14.2 sec, 14.2-16.6 sec, 16.6-19.8 sec and ≥ 19.8 sec, respectively. The data points (yellow diamonds) in this figure represent the percentage of ischaemic stroke as a function of the median PT of the different quartiles. The median PT values of these quartiles and corresponding stroke percentages can be calculated from the figure (Fig. 7) and the median PT values can be subsequently converted to median rivaroxaban concentrations using Equation 2 given at p. 13. The results of these calculations are summarized in Table 2.

**Table 2.**

| PT range quartile | PT (median) | Stroke | Plasma rivaroxaban |
|---|---|---|---|
| Q1 < 14.2 sec | 13 sec | 2.0 % | 37.6 µg/L |
| Q2 =14.2-16.6 sec | 15.3 sec | 1.8 % | 91.5 µg/L |
| Q3 =16.6-19.8 sec | 18.0 sec | 2.2 % | 154.9 µg/L |
| Q4 ≥ 19.8 sec | 23.0 sec | 1.95 % | 272.3 µg/L |

*Median and percent with ischaemic stroke (%) calculated from data points in Fig. 7.*

On p. 40 (pdf p. 41) of the FDA Ad Comm Briefing Document,[69] a similar figure is presented which shows the percentage of ROCKET patients with major bleeds as a function of the PT and which demonstrates that the occurrence of major bleeding increased with increasing PT (Fig. 8).



Fig. 8. ROCKET patients with major bleeds as a function of the prothrombin time (PT). Taken from: p. 40 Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf.[69]

In this figure the ROCKET population is divided in the same quartiles as in Fig. 7, but the data points (yellow diamonds) in Fig. 8 represent the percentage of major bleeding as a function of the median PT of the patients in the different quartiles. The medians of the different quartiles and corresponding stroke percentages were calculated from this figure and the median PT values were converted to median rivaroxaban concentrations using Equation 2 given at p. 13. The results of these calculations are summarized in Table 3.

**Table 3**

| PT range quartile | PT (median) | Major Bleeding | Plasma rivaroxaban |
|---|---|---|---|
| Q1 < 14.2 sec | 13 sec | 3.05 % | ~38 μg/L |
| Q2 =14.2-16.6 sec | 15.3 sec | 4.36 % | ~92 μg/L |
| Q3 =16.6-19.8 sec | 18.0 sec | 5.2 % | ~155 μg/L |
| Q4 ≥ 19.8 sec | 23.0 sec | 7.1 % | ~272 μg/L |

Median and percent with major bleeds (%) calculated from data points in Fig. 8.

The data presented in Table 2 and Table 3 are summarized in the figures presented below which show a line figure (Fig 9A) and a bar diagram (Fig. 9B) of the stroke and major bleeding incidence (both in %) as a function of the median plasma rivaroxaban concentrations in patients in the ROCKET study.



*Fig. 9AB. Stroke and major bleeding (both in %) in the ROCKET patient population at different plasma rivaroxaban concentrations calculated from PT values. Figures were prepared using data presented in Table 2 and Table 3.*

Fig. 9AB indicates that rather low plasma rivaroxaban concentrations (< 100 µg/L) are sufficient for stroke protection and that higher rivaroxaban concentrations do not further protect against stroke, but substantially increase the major bleeding risk.

The question is whether these data are indicative of a therapeutic range and support monitoring or dose-finding and a twice daily dosing regimen of AF patients that are prescribed rivaroxaban for stroke protection. With respect to this it is important to emphasize that rivaroxaban has a rather short half-life of 5–9 hours in healthy young subjects and 11–13 hours in elderly subjects,[14] and that peak plasma rivaroxaban concentrations are ~6 times higher than trough concentrations[14] (Table 1, p. 9). Hence, it is important to know at which time after dosing with rivaroxaban the blood samples for PT analysis in ROCKET were to be obtained. In the FDA Ad Comm Briefing Document[69] it is described on p. 44 that plasma samples were taken at the Week 12 and Week 24 visits and were collected mostly 12-24 hours post rivaroxaban dose (Fig. 10). This figure shows that the majority of PT values (~70%) of patients presented in Figs. 7-9 were obtained at ~ 14 hours (12-16 hours) after dosing which is close to the half-life value ($t_{1/2}$) of rivaroxaban elimination from plasma, that is the time at which plasma rivaroxaban levels are ~ 50% of the peak value.



*Fig. 10. Distribution of PT sampling times in PT-Ischemic stroke subset (n 6193). Majority of the PT samples were collected during the 12-24 hours post dose window. (p. 27 (Figure 4) of REF 70. A similar figure is presented on p. 44 (Figure 12) of REF 69).*

Fig. 9AB suggests that rivaroxaban at concentrations of 100 µg/mL, present in blood at ~14 hours after receiving the last dose, provides optimal protection against stroke in AF patients and minimizes bleeding risk. Higher rivaroxaban concentrations offer no further advantage for stroke protection but are associated with substantially higher rates of major bleeding. Thus, AF patients will likely benefit from dosing to rivaroxaban levels below 100 µg/L in plasma (~ 14 hours post rivaroxaban dose).

The data and propositions presented above are supported by the pharmacokinetic and pharmacodynamic study of Graf et al.[26,27] in which it was demonstrated that in healthy male volunteers who received a single dose of rivaroxaban, thrombin generation was fully or almost fully inhibited at plasma rivaroxaban concentrations exceeding 100µg/L (see Fig. 1 on p. 11).

Dosing on the basis of rivaroxaban levels present in the plasma of a patient can be done with HPLC/MS-MS or with anti-FXa assays carried out with diluted patient plasma. Although both techniques accurately determine the plasma concentration of rivaroxaban, they carry two disadvantages. In the first place, the performance of both assays requires special expertise and the methodologies are only available in a limited number of routine clinical laboratories. In addition, knowledge of the absolute plasma rivaroxaban concentration in blood of a patient does not provide information on the effect that that rivaroxaban concentration has on the clotting of blood of the patient.

Since a particular rivaroxaban concentration may differentially affect the clotting systems of different individuals, *i.e.*, result in different intensities of inhibition of clot formation[52,55], dosing/monitoring of an anticoagulant drug should be preferentially guided by a functional assay, the outcome of which predicts stroke as well as bleeding risk of the individual patient. Although several routine clotting assays are sensitive for the presence of rivaroxaban[28-30,32,51-53] and measure the effect of circulating rivaroxaban on the clotting of plasma from an

individual patient, the classical PT assay is generally considered to be the best full plasma-clotting test to quantify the activity of rivaroxaban in patient plasma.[28-30,32, 51,52] The data presented in the FDA Ad Comm Briefing Document[69] and shown as Fig. 7 and Fig. 8 in this report can be used to guide PT-based dosing in patients treated with rivaroxaban. A conservative cut-off would be the lowest PT value of the last quartile (19.8 sec) which would mean that in patients with PT values > 19.8 sec, determined ~14 hours after rivaroxaban administration, either the dose of rivaroxaban has to be reduced to attain a PT value in the range of that observed in patient quartiles with lower bleeding risks (*e.g.*, a PT of 15.3 sec which is the median PT of the second quartile), or the rivaroxaban must be discontinued. In short, the PT cut-off value allows a clinician to make appropriate adjustments in therapy and protect patients from being exposed to an excessive bleeding risk.

The applicability of the PT assay to screen patients for bleeding risk during rivaroxaban treatment is also supported by "real-life observations" of Nakano et al.[71] who related PT values with outcome events (stroke, embolism and bleeding) in a group of AF patients treated with rivaroxaban. They observed that patients who had peak PTs ≥20 sec experienced significantly more bleeding events than patients with PT < 20 sec.

It should be emphasized that the cut-off PT proposed above, which is based on major bleeding and stroke incidence in ROCKET patients, only holds for a PT assay performed with a thromboplastin preparation as was used in the ROCKET study (Neoplastin®).  Although the PT linearly correlates with rivaroxaban plasma concentrations for thromboplastin preparations from different manufacturers,[28, 30, 52,72,73] the dependency of the PT as function of the plasma rivaroxaban concentration, *i.e.*, the slope of the rivaroxaban *vs.* PT plot, depends on the thromboplastin preparation that is used in the PT assay.[28, 30, 52,72,73]

Considering the day-to-day variation of the PT assay and batch-to-batch variations of the reagents, *e.g.*, the type of thromboplastin reagent used in the assay, it is to be expected that an even more reliable identification of patients exposed to an excessive anticoagulant effect of rivaroxaban will be obtained on the basis of an INR value using an ISI for the thromboplastin preparation that is specifically determined for rivaroxaban.[73,74]

Finally, the pharmacokinetic and pharmacodynamic properties of rivaroxaban suggest that a twice daily regimen will result in lower peak to trough ratios in PT and lower rivaroxaban levels compared to once daily dosing (Fig. 11 taken from REF 69,70). Hence, a combination of twice daily dosing and a reduction in the total daily dose will likely result in a lower bleeding risk without affecting the stroke risk. Indeed FDA reviewers[70,75] of the sponsor briefing document[68] as well as members of the Cardiovascular & Renal Drugs Advisory Committee[75] noted that twice daily dosing might have been more safe and effective than a once daily dosing regimen. In this respect it is also important to mention that for two other DOACs (dabigatran and apixaban) that are prescribed for stroke protection in AF patients, and which have a similar or longer half-life ($t_{1/2}$) as rivaroxaban[76], a twice daily dosing regimen was chosen.[77,78]

In a recent paper Graham and coworkers[79] reported that treatment of patients with nonvalvular AF with rivaroxaban 20 mg OD was associated with a significant increase in

bleeding compared with dabigatran 150 mg administered twice daily.

The authors hypothesized that the more pronounced anticoagulant effect observed during treatment with rivaroxaban may be due to the fact that a higher rivaroxaban dose is required for once-daily dosing compared with dabigatran which has a similar half-life[76], but which is dosed twice daily. They further suggested that a reduction of the daily rivaroxaban dose or a twice-daily dosing regimen might reduce the bleeding risk.



*Figure 11. Simulated PT-time course for the PK-PD subset in ROCKET-AF for a total daily dose of 20 mg rivaroxaban, given as once daily (red-dashed line) or as twice daily (blue-solid line). The simulations were based on rivaroxaban PK model and rivaroxaban PK-PT relationship presented in Figure 6, on p.16 of this report. This figure is presented as Figure 1 at pdf page 25 of REF 70 and as Figure 3 at p. 34 of REF 69.*

REFERENCES

1. https://www.pradaxa.com/what-is-pradaxa/pradaxa-vs-warfarin.html Assessed 12 August 2016
2. http://www.xarelto-info.co.uk/static/new/site-resources/pdfs/prescribing-information.pdf Assessed 12 August 2016
3. https://www.eliquis.co.uk/hcp/eliquis-in-nvaf Assessed 12 August 2016
4. Bauer KA. Pros and cons of new oral anticoagulants. Hematology Am Soc Hematol Educ Program. 2013;2013:464-70.
5. Turpie AG. Rivaroxaban as an oral anticoagulant for stroke prevention in atrial fibrillation. Ther Clin Risk Manag. 2014;10:197-205.
6. Schulman S. Advantages and limitations of the New anticoagulants J. Int. Med. 2014;275:1-11
7. Posner J. Optimizing the dose of dabigatran etexilate. Br J Clin Pharmacol. 2012;74(5):741-3.
8. Ten Cate H. New oral anticoagulants: discussion on monitoring and adherence should start now! Thromb J. 2013;11(1):8.
9. Freyburger G, Macouillard G, Labrouche S, Sztark F. Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: Two observational studies in patients undergoing total hip or total knee replacement. Thrombosis Research 2011;127:457–465.
10. Powell JR. Are new oral anticoagulant dosing recommendations optimal for all patients? JAMA. 2015;313(10):1013-4.
11. Mismetti P, Laporte S. New oral antithrombotics: a need for laboratory monitoring. For. J Thromb Haemost 2010; 8: 621–6.
12. Perzborn E, Roehrig S, Straub A, Kubitza D, Mueck W, Laux V. Rivaroxaban: a new oral factor Xa inhibitor. Arterioscler Thromb Vasc Biol. 2010;30(3):376-81.

13. https://www.xarelto-us.com/shared/product/xarelto/prescribing-information.pdf. Assessed 5 October 2016.

14. Mueck W, Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban. Clin. Pharmacokinet. 2014;53:1–16.

15. Weinz C, Schwarz T, Kubitza D, Mueck W, Lang D. Metabolism and excretion of rivaroxaban, an oral, direct Factor Xa inhibitor, in rats, dogs and humans. Drug Metab Dispos. 2009;37:1056 – 1064.

16. Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, Breithardt G, Halperin JL, Hankey GJ, Piccini JP, Becker RC, Nessel CC, Paolini JF, Berkowitz SD, Fox KA, Califf RM; ROCKET AF Investigators. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011;365(10):883-91.

17. Girgis IG, Patel MR, Peters GR, Moore KT, Mahaffey KW, Nessel CC, Halperin JL, Califf RM, Fox KA, Becker RC. Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: results from ROCKET AF. J Clin Pharmacol. 2014;54(8):917-27.

18. Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer K-H, Straub A. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939—an oral, direct Factor Xa inhibitor. J Thromb Haemost 2005; 3: 514–21.

19. Tersteegen A, Schmidt S, Burkhardt N. Rivaroxaban—an oral, direct Factor Xa inhibitor— binds rapidly to Factor Xa. J Thromb Haemost. 2007;5(Suppl 2):Abstract P-W-651.

20. Gerotziafas GT, Elalamy I, Depasse F, Perzborn E, Samama MM. In vitro inhibition of thrombin generation, after tissue factor pathway activation, by the oral, direct Factor Xa inhibitor rivaroxaban. J Thromb Haemost. 2007;5:886–888.

21. Neuenschwander PF, Bianco-Fisher E, Rezaie AR, Morrissey JH. Phosphatidylethanolamine augments factor VIIa-tissue factor activity: enhancement of sensitivity to phosphatidylserine. Biochemistry. 1995 Oct 31;34(43):13988-93.

22. Kerschbaumer RJ, Riedrich K, Kral M, Varadi K, Dorner F, Rosing J, Scheiflinger F. An antibody specific for coagulation factor IX enhances the activity of the intrinsic factor X-activating complex. J Biol Chem. 2004;279(39):40445-50.

23. Jourdi G, Siguret V, Martin AC, Golmard JL, Godier A, Samama CM, Gaussem P, Gouin-Thibault I, Le Bonniec B. Association rate constants rationalise the pharmacodynamics of apixaban and rivaroxaban. Thromb Haemost. 2015;114(1):78-86.

24. Wong PC, White A, Luettgen J. Inhibitory effect of apixaban compared with rivaroxaban and dabigatran on thrombin generation assay. Hosp Pract 2013; 41: 19–25.

25. Kremers RMW, Peters TC, Wagenvoord RJ, Hemker HC. The balance of pro- and anticoagulant processes underlying thrombin generation. J Thromb Haemost 2015; 13: 437–47.

26. Graff J, von Hentig N, Misselwitz F, Kubitza D, Becka M, Breddin HK, Harder S. Effects of the oral, direct factor xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity. J Clin Pharmacol. 2007;47(11):1398-407.

27. Graff J, von Hentig N, Misselwitz F, Kubitza D, Becka M, Breddin HK, Harder S. Effects of the oral, direct factor Xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity: Errata. J Clin Pharmacol. 2008;48(11):1368.

28. Samama MM, Martinoli JL, Le Flem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban – an oral, direct Factor Xa inhibitor. Thromb Haemost 2010;103: 815-825.

29. Hillarp A, Baghaei F, Fagerberg Blixter I, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, Lindahl TL. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. J Thromb Haemost 2011; 9: 133–9.

30. Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res. 2012;130(6):956-66.

31. Francart SJ, Hawes EM, Deal AM, Adcock DM, Gosselin R, Jeanneret C, Friedman KD, Moll S. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. Thromb Haemost. 2014;111(6):1133-40.

32. Van Blerk M, Bailleul E, Chatelain B, Demulder A, Devreese K, Douxfils J, Jochmans K, Mullier F, Wijns W, Soumali MR, Coucke W, Vernelen K, Van de Walle P. Influence of dabigatran and rivaroxaban on routine coagulation assays. A nationwide Belgian survey. Thromb Haemost. 2015;113(1):154-64.

33. Gerotziafas GT, Depasse F, Busson J, Leflem L, Elalamy I, Samama MM. Towards a standardization of thrombin generation assessment: the influence of tissue factor, platelets and phospholipids concentration on the normal values of Thrombogram-Thrombinoscope assay. Thromb J. 2005;3:16-26

34. Pike GN, Cumming AM, Hay CR, Bolton-Maggs PH, Burthem J. Sample conditions determine the ability of thrombin generation parameters to identify bleeding phenotype in FXI deficiency. Blood. 2015;126(3):397-405.

35. Bounameaux H, Reber G. New oral antithrombotics: a need for laboratory monitoring. Against. J Thromb Haemost. 2010;8(4):627-30.

36. Bauer KA. Recent progress in anticoagulant therapy: oral direct inhibitors of thrombin and factor Xa. J Thromb Haemost. 2011;9 Suppl 1:12-9.

37. Sobieraj-Teague M, O'Donnell M, Eikelboom. J.New anticoagulants for atrial fibrillation. Semin Thromb Hemost. 2009;35(5):515-24.

38. Becattini C, Agnelli G. Treatment of Venous Thromboembolism With New Anticoagulant Agents. J Am Coll Cardiol. 2016;67(16):1941-55.

39. Yeh CH, Hogg K, Weitz JI. Overview of the new oral anticoagulants: opportunities and challenges. Arterioscler Thromb Vasc Biol. 2015;35(5):1056-65.

40. Spencer RJ, Amerena JV. Rivaroxaban in the Prevention of Stroke and Systemic Embolism in Patients with Non-Valvular Atrial Fibrillation: Clinical Implications of the ROCKET AF Trial and Its Subanalyses. Am J Cardiovasc Drugs. 2015;15(6):395-401.

41. Lippi G, Favaloro EJ. Recent guidelines and recommendations for laboratory assessment of the direct oral anticoagulants (DOACs): is there consensus? Clin Chem Lab Med. 2015;53(2):185-97.

42. Samama MM, Amiral J, Guinet C, Le Flem L, Seghatchian J. Monitoring plasma levels of factor Xa inhibitors: how, why and when? Expert Rev Hematol. 2013;6(2):155-64.

43. Lindhoff-Last E1, Ansell J, Spiro T, Samama MM. Laboratory testing of rivaroxaban in routine clinical practice: when, how, and which assays. Ann Med. 2013;45(5-6):423-9.

44. Pollack CV Jr. Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 2016;33(6):423-30.

45. Rohde G. Determination of rivaroxaban--a novel, oral, direct Factor Xa inhibitor--in human plasma by high-performance liquid chromatography-tandem mass spectrometry. J Chromatogr B Analyt Technol Biomed Life Sci. 2008;872(1-2):43-50.

46. Iqbal M, Khalil NY, Imam F, Khalid Anwer M. A validated high-throughput UHPLC-MS/MS assay for accurate determination of rivaroxaban in plasma sample. J Thromb Thrombolysis. 2015;39(1):79-88.

47. Rathbun S, Tafur A, Grant R, Esmon N, Mauer K, Marlar RA. Comparison of methods to determine rivaroxaban anti-factor Xa activity. Thromb Res. 2015;135(2):394-7.

48. Königsbrügge O, Quehenberger P, Belik S, Weigel G, Seger C, Griesmacher A, Pabinger I, Ay C. Anti-coagulation assessment with prothrombin time and anti-Xa assays in real-world patients on treatment with rivaroxaban. Ann Hematol. 2015;94(9):1463-71.

49. Schmitz EM, Boonen K, van den Heuvel DJ, van Dongen JL, Schellings MW, Emmen JM, van der Graaf F, Brunsveld L, van de Kerkhof D. Determination of dabigatran, rivaroxaban and apixaban by ultra-performance liquid chromatography - tandem mass spectrometry (UPLC-MS/MS) and

coagulation assays for therapy monitoring of novel direct oral anticoagulants. J Thromb Haemost. 2014;12(10):1636-46.

50. Douxfils J, Tamigniau A, Chatelain B, Chatelain C, Wallemacq P, Dogné JM, Mullier F.Comparison of calibrated chromogenic anti-Xa assay and PT tests with LC-MS/MS for the therapeutic monitoring of patients treated with rivaroxaban. Thromb Haemost. 2013;110(4):723-31.

51. Francart SJ, Hawes EM, Deal AM, Adcock DM, Gosselin R, Jeanneret C, Friedman KD, Moll S. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. Thromb Haemost. 2014;111(6):1133-40.

52. Tripodi A. Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test. J Thromb Haemost. 2013;11:576–8.

53. Exner T, Ellwood L, Rubie J, Barancewicz A. Testing for new oral anticoagulants with LA resistant russells viper venom reagents. an in vitro study. Thromb Haemost. 2013;109:762–5.

54. Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939--an oral, direct Factor Xa inhibitor--after multiple dosing in healthy male subjects. Eur J Clin Pharmacol. 2005;61(12):873-80.

55. Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring oral direct inhibitors of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. J Thromb Haemost 2013;11:756–60.

56. Buller HR, Lensing AW, Prins MH, Agnelli G, Cohen A, Gallus AS, Misselwitz F, Raskob G, Schellong S, Segers A, Einstein-DVT Dose-Ranging Study investigators. A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study. Blood. 2008;112(6):2242-7.

57. Agnelli G, Gallus A, Goldhaber SZ, Haas S, Huisman MV, Hull RD, Kakkar AK, Misselwitz F, Schellong S; ODIXa-DVT Study Investigators. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-7.

58. Eriksson BI, Borris LC, Dahl OE, Haas S, Huisman MV, Kakkar AK, Muehlhofer E, Dierig C, Misselwitz F, Kälebo P; ODIXa-HIP Study Investigators. A once-daily, oral, direct Factor Xa inhibitor, rivaroxaban (BAY 59-7939), for thromboprophylaxis after total hip replacement. Circulation 2006;114(22):2374-81.

59. Eriksson BI, Borris L, Dahl OE, Haas S, Huisman MV, Kakkar AK, Misselwitz F, Kälebo P; ODIXa-HIP Study Investigators. Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. J Thromb Haemost. 2006;4(1):121-8.

60. Turpie AG, Fisher WD, Bauer KA, Kwong LM, Irwin MW, Kälebo P, Misselwitz F, Gent M; OdiXa-Knee Study Group. BAY 59-7939: an oral, direct factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study. J Thromb Haemost. 2005;3(11):2479-86.

61. EINSTEIN–PE Investigators, Büller HR, Prins MH, Lensin AW, Decousus H, Jacobson BF, Minar E, Chlumsky J, Verhamme P, Wells P, Agnelli G, Cohen A, Berkowitz SD, Bounameaux H, Davidson BL, Misselwitz F, Gallus AS, Raskob GE, Schellong S, Segers A. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012;366(14):1287-97.

62. EINSTEIN Investigators, Bauersachs R, Berkowitz SD, Brenner B, Buller HR, Decousus H, Gallus AS, Lensing AW, Misselwitz F, Prins MH, Raskob GE, Segers A, Verhamme P, Wells P, Agnelli G, Bounameaux H, Cohen A, Davidson BL, Piovella F, Schellong S. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010;363(26):2499-510.

63. Eriksson BI, Borris LC, Friedman RJ, Haas S, Huisman MV, Kakkar AK, Bandel TJ, Beckmann H, Muehlhofer E, Misselwitz F, Geerts W; RECORD1 Study Group.Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med. 2008;358(26):2765-75.

64. Lassen MR, Ageno W, Borris LC, Lieberman JR, Rosencher N, Bandel TJ, Misselwitz F, Turpie AG; RECORD3 Investigators. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008;358(26):2776-86.

65. http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s015lbl.pdf. Assessed October 8, 2016.

66. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Summary_for_the_public/human/000944/WC500057109.pdf Assessed October 8, 2016.

67. ROCKET AF Study Investigators. Rivaroxaban-once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation: rationale and design of the ROCKET AF study. Am Heart J. 2010;159(3):340-347.

68. Xarelto AdComm Sep 8 2011 Sponsor Briefing Doc UCM270797.pdf.

69. Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf.

70. 202439Orig1s000ClinPharmR-1.pdf.

71. Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H, Ajioka M, Sakai K, Inden Y, Murohara T. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol. 2015;65(3):185-90.

72. Lippi G, Ardissino D, Quintavalla R, Cervellin G. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. J Thromb Thrombolysis. 2014;38(2):269-74.

73. Tripodi A, Chantarangkul V, Guinet C, Samama MM. The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients. results of an in vitro study. J Thromb Haemost 2011;9:226–8.

74. Harenberg J, Marx S, Krämer R, Giese C, Weiss C. Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as calibrator for plasma spiked with rivaroxaban. Blood Coagul Fibrinolysis. 2011;22(8):637-41.

75. Xarelto AdComm Sep 8 2011 Transcript UCM277588.pdf p. 189, (reviewer) p. 291, 415

76. Gong IY, Kim RB. Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. Can J Cardiol. 2013;29(7 Suppl):S24-33.

77. http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022512s009lbl.pdf (assessed October 8, 2016).

78. http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/202155s000lbl.pdf (assessed October 8, 2016).

79. Graham DJ, Reichman ME, Wernecke M, Hsueh YH, Izem R, Southworth MR, Wei Y, Liao J, Goulding MR, Mott K, Chillarige Y, MaCurdy TE, Worrall C, Kelman JA. Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med. 2016 Oct 3. doi: 10.1001/jamainternmed.2016.5954.