# Exhibit 14
# FILED UNDER SEAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE:  XARELTO | : | MDL NO. 2592 |
| (RIVAROXABAN) PRODUCTS | : | |
| LITIGATION | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES | : | JUDGE ELDON |
| TO ALL CASES | : | E. FALLON |
| | : | |
| | : | |
| | : | MAG. JUDGE |
| | : | NORTH |

- - -

December 15, 2016

- - -

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

          Videotaped deposition of
DAVID A. KESSLER, M.D., taken pursuant to
notice, was held at the law offices of
Douglas & London, 59 Maiden Lane, New
York, New York, beginning at 8:39 a.m.,
on the above date, before Michelle L.
Gray, a Registered Professional Reporter,
Certified Shorthand Reporter,  Certified
Realtime Reporter and Notary Public.

- - -

       GOLKOW TECHNOLOGIES, INC.
   877.370.3377 ph | 917.591.5672 fax
           deps@golkow.com

Protected - Subject to Further Protective Review

Page 2

```
 1    APPEARANCES:
 2
 3        THE LAMBERT FIRM
          BY:  EMILY C. JEFFCOTT, ESQ.
 4        701 Magazine Street
          New Orleans, Louisiana 70130
 5        (504) 581-1750
          ejeffcott@thelambertfirm.com
 6
              - and -
 7
          SCHLICHTER, BOGARD & DENTON, LLP
 8        BY:  ROGER C. DENTON, ESQ.
          100 South Fourth Street
 9        Suite 1200
          St. Louis, Missouri 63102
10        (314) 621-6115
          rdenton@uselaws.com
11
              - and -
12
          DOUGLAS & LONDON, PC
13        BY:  LARA J. SAY, ESQ.
          59 Maiden Lane, 6th Floor
14        New York, New York 10038
          (212) 566-7500
15        lsay@douglasandlondon.com
16            - and -
17        LEVIN PAPANTONIO THOMAS
          MITCHELL RAFFERTY & PROCTOR, PA
18        BY:  NED McWILLIAMS, ESQ.
          (Via telephone)
19        316 South Baylen Street, Suite 600
          Pensacola, Florida 32502
20        (888) 435-7001
          nmcwilliams@levinlaw.com
21        Representing the Plaintiffs
22
23
24
```

b30dc95e-c57c-465e-8288-f72c84de6554

Protected - Subject to Further Protective Review

Page 3

```
 1        APPEARANCES:  (Cont'd.)
 2
 3        TUCKER ELLIS, LLP
          BY:  MICHAEL C. ZELLERS, ESQ.
 4        515 South Flower Street, 42nd Floor
          Los Angeles, California 90071
 5        (213) 430-3301
          Michael.zellers@tuckerellis.com
 6
              - and -
 7
          BARRASSO, USDIN, KUPPERMAN, FREEMAN
 8        & SARVER, LLC
          BY:  CELESTE COCO-EWING, ESQ.
 9        909 Poydras Street, Suite 2400
          New Orleans, Louisiana 70112
10        (504) 589-9700
          Ccoco-ewing@barrassousdin.com
11
              - and -
12
          DRINKER, BIDDLE & REATH, LLP
13        BY:  SEAN KENNEDY, ESQ.
          600 Campus Drive
14        Florham Park, New Jersey 07932
          (973) 549-7000
15        sean.kennedy@dbr.com
          Representing Janssen entities
16
17
18
19
20
21
22
23
24
```

b30dc95e-c57c-465e-8288-f72c84de6554

Protected - Subject to Further Protective Review

Page 4

1       APPEARANCES: (Cont'd.)
2
3       KAYE SCHOLER, LLP
        BY: JEFFREY H. HOROWITZ, ESQ.
        250 West 55th Street
4       New York, New York 10019
        (212) 836-7740
5       jeffrey.horowitz@kayescholer.com
6          - and -
7       BRADLEY ARANT BOULT CUMMINGS, LLP
        BY: LINDSEY C. BONEY, IV, ESQ.
8       One Federal Place
        1819 Fifth Avenue North
9       Birmingham, Alabama 35203
        (205) 521-8303
10      Lboney@bradley.com
        Representing Bayer Pharmaceuticals
11
12
13
        VIDEOTAPE TECHNICIAN:
14         Darnell Brown
15
16
17
18
19
20
21
22
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

b30dc95e-c57c-465e-8288-f72c84de6554

1   there's a -- there's a linear
2   relationship between drug exposure and
3   PT.  That there is a relationship between
4   PT levels and major bleeds.
5              I'd probably put in --
6   again, I think this is -- all these
7   labels are negotiations to some extent.
8              I would put in Table 583 of
9   the pharmacodynamic analysis, or one of
10  the other tables that showed statistical
11  significance at -- certainly at Week 24,
12  showed this.
13             And lastly I would say that
14  probably the fourth quartile based on
15  ROCKET, the PT greater than 20 was
16  associated with a -- again -- I think
17  it's fair to say between a two and
18  threefold high bleed risk.
19       Q.    Is there anything else in
20  your opinion that needs to be done to the
21  Xarelto label for it to be adequate under
22  the regulations?
23       A.    That's what I'm -- that --
24  those are my opinions.  I'm not -- I'm

1      A.   I cite it in my report.
2      Q.   Okay.  So you agree that the
3  medical review states, "Monitoring
4  rivaroxaban therapy with sequential
5  prothrombin times to optimize safety
6  outcomes cannot be recommended due to the
7  lack of information regarding, one,
8  within patient variability of prothrombin
9  time measurements on this drug in the
10 setting of a short half-life and rapidly
11 changing pharmacodynamic effects over
12 each 24-hour period; and two, what action
13 to recommend to the medical provider
14 based on prothrombin time results given
15 that only a single dose was tested in
16 ROCKET."
17          Did I read it correctly?
18     A.   Yeah, you cite this.  So
19 this is -- if I'm correct, this -- this
20 actually was written on August 10.  We
21 can go back in 2011.  When you look at
22 the data.  It's cited in Paragraph 45.
23 And -- and I cite that.  And I agree
24 that, you know, while measuring a PT

1   level in a Xarelto-treated patient can be
2   helpful in identifying patients at risk
3   for serious bleeding, based on a
4   patient's response to Xarelto, it does
5   not allow a physician to titrate the dose
6   in sequential the way that warfarin is
7   used in sequential doses.
8            But it does allow a
9   physician and a patient to decide whether
10  the patient should continue on Xarelto, I
11  would argue.
12           Now, what's interesting is
13  if you look at the date of this -- and
14  I -- I want to go back and confirm
15  this -- it's the same date as the
16  clinical pharm that is written.
17           This is being put
18  together -- so my understanding is both
19  are coming out with results on this.  And
20  I would agree.  We talked earlier.  I
21  don't think you can use it to titrate or
22  do sequential PT.  But you can do to see
23  what the -- not sequential.  But you can
24  certainly determine whether you're in the

```
 1    fourth quartile.
 2                And, again, the -- just for
 3    the record, I think it's important to put
 4    on page -- Paragraph 48, that on
 5    November 4, 2011, that the -- that -- it
 6    says the clinical -- the deputy director
 7    wrote, "The clinical pharmacology and
 8    clinical reviewers demonstrate that there
 9    is a linear correlation between riva
10    levels and prothrombin time.  They also
11    demonstrated that there is also a
12    correlation between PT and risk of
13    bleeding.".
14                This applicant has not
15    chosen to utilize this information.
16    Infrequent monitoring" -- they use the
17    word "monitoring" -- "perhaps at
18    initiation and yearly thereafter to
19    assure appropriate dosing in drugs that
20    prevent stroke and cause bleeding may
21    improve outcomes and be acceptable to
22    patients."
23         Q.    Doctor, doctor, I have your
24    report.  I've read your report.
```

Protected - Subject to Further Protective Review

Page 437

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, DAVID A. KESSLER, M.D., have the opportunity to read and sign the deposition transcript.

_____
MICHELLE L. GRAY,
A Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public
Dated: December 19, 2016

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)