# Exhibit 15
# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    IN RE:  XARELTO            )
 4  (RIVAROXABAN) PRODUCTS     )
    LIABILITY LITIGATION       )   MDL No.:  2592
 5                             )   Section:  L
                               )   Judge Eldon E. Fallon
 6                             )   Mag. Judge North
                               )
 7  THIS DOCUMENT RELATES      )
    TO ALL CASES               )
 8

 9

10

11  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12                      VOLUME I
13

14     Videotaped Deposition of LAURA M. PLUNKETT,
15  Ph.D., taken on Tuesday, December 6, 2016, in the
16  office of The Lambert Firm, A.P.L.C., 701 Magazine
17  Street, New Orleans, Louisiana 70130, commencing
18  at 8:02 a.m.
19

20

21

22

23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
 1                A P P E A R A N C E S
 2   REPRESENTING PLAINTIFFS:
 3         SCHLICHTER, BOGARD & DENTON, L.L.P.
           BY:  ROGER DENTON, ESQ.
 4         100 South 4th Street, Suite 1200
           St. Louis, Missouri 63102
 5         314.621.6115
           Rdenton@uselaws.com
 6
           GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 7         WARSHAUER, L.L.C., at times noted
           BY:  GERALD E. MEUNIER, ESQ.
 8         1100 Poydras Street, Suite 2800
           New Orleans, Louisiana 70163-2800
 9         504.522.2304
           Gmeunier@gainsben.com
10
11
     REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
12   INC., and BAYER PHARMA AG:
13         KAYE SCHOLER, L.L.P.
           BY:  JEFFREY H. HOROWITZ, ESQ.
14         250 West 55th Street
           New York, New York 10019-9710
15         212.836.7572
           Jeffrey.horowitz@kayescholer.com
16
           BRADLEY, ARANT, BOULT, CUMMINGS, L.L.P.
17         BY:  LINDSEY C. BONEY, IV, ESQ.
           1819 Fifth Avenue North
18         Birmingham, Alabama 35203-2119
           205.521.8914
19         Lboney@bradley.com
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3        IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
          BY:  JAMES B. IRWIN, ESQ.
 4        400 Poydras Street, Suite 2700
          New Orleans, Louisiana 70130-3280
 5        504.310.2106
          Jirwin@irwinllc.com
 6
          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 7        BY:  MEERA U. SOSSAMON, ESQ.
          400 Poydras Street, Suite 2700
 8        New Orleans, Louisiana 70130-3280
          504.310.2106
 9        Msossamon@irwinllc.com
10
11   ALSO PRESENT:
12        MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  the hospital or a doctor's office with an issue
2  that could affect exposure, then the -- that
3  monitoring would make sense.
4      Q.  Well, let's focus on that start of Xarelto
5  therapy, which was my question.  Okay?
6          MR. DENTON:
7              Which was half of that sentence.
8          MR. HOROWITZ:
9              Right.
10 BY MR. HOROWITZ:
11     Q.  You say, "at the start of Xarelto
12 therapy," which is what I want to talk about.  I
13 want to understand what data specifically points
14 to the -- to your -- or what data are you pointing
15 to to support your opinion that this should be
16 done at the start of therapy?  What specifically
17 are you talking about?
18     A.  I'm talking about the fact that within the
19 ROCKET data it shows that there are people that
20 respond with predict -- a predictable linear
21 relationship between prothrombin time and -- and
22 concentration in the plasma.
23         So we understand that if someone is taking
24 the drug -- it's the issue of if somebody takes
25 the drug and doesn't reach a range of prothrombin

1 time that indicates benefit, that that's important
2 information too, as well as understanding that
3 they're beyond that level. They're a high --
4 they're a superabsorber or they're a -- they're a
5 person that doesn't metabolize properly and that
6 even at the start of therapy, this person has a
7 prothrombin time above say 20 seconds. And so we
8 need to realize they're at increased risk of a
9 bleed and maybe we need to either to decrease
10 their dose -- so it's the idea of optimizing dose
11 for the patient. Maybe they weren't an elderly
12 person with compromised renal function such that
13 you would have -- have decreased them to 15
14 milligrams. Maybe you need to based on that
15 response after they start taking the drug.
16     Q. What data are you relying upon to support
17 your opinion that a doctor should do an initial
18 measurement of PT and then dose adjust or make an
19 adjustment to that patient's dose based on that
20 measurement?
21     A. So that's their own data they collected
22 showing that, for example, as renal function
23 changes, exposure changes. So it's the
24 understanding that they -- they have a
25 recommendation in the label that 15 milligrams is

1   better for some people.
2           It's also looking across their clinical
3   data and showing that they get effective
4   anticoagulation in people at 10 milligrams in
5   other patient populations.  And yet in ROCKET they
6   never tested more than one dose.
7           So it's the idea that dose adjustment
8   could make sense and would be a patient safety
9   issue but also makes sense on the issue of -- of
10  making sure that the patient is exposed to a
11  minimally effective dose, in other words a dose
12  that is effective but also then will bring more
13  safety because it's a lower dose.
14      Q.  Where does your proposed 20 seconds that
15  you just put out there come from?
16      A.  In the literature you see discussions of
17  greater than 20 seconds as cutoffs.  I think the
18  FDA uses that in their quartiles as well, 19.8, I
19  believe, or something like that.  So it's --
20  there's discussions in the literature.  There's --
21  it's not the ultimate threshold.  But certainly I
22  believe there is some understanding that
23  20 seconds was a threshold that was used at least
24  in the regulatory context.
25      Q.  And then for times after initiation of

Protected - Subject to Further Protective Review

```
 1                    C E R T I F I C A T E
 2        This certification is valid only for
 3     a transcript accompanied by my original signature
 4     and original seal on this page.
 5        I, AURORA M. PERRIEN, Registered Professional
 6     Reporter, Certified Court Reporter, in and for the
 7     State of Louisiana, as the officer before whom
 8     this testimony was taken, do hereby certify that
 9     LAURA M. PLUNKETT, PH.D., after having been duly
10     sworn by me upon the authority of R.S. 37:2554,
11     did testify as hereinbefore set forth in the
12     foregoing 543 pages; that this testimony was
13     reported by me in the stenotype reporting method,
14     was prepared and transcribed by me or under my
15     personal direction and supervision, and is a true
16     and correct transcript to the best of my ability
17     and understanding; that the transcript has been
18     prepared in compliance with transcript format
19     guidelines required by statute or by rules of the
20     board; and that I am informed about the complete
21     arrangement, financial or otherwise, with the
22     person or entity making arrangements for
23     deposition services; that I have acted in
24     compliance with the prohibition on contractual
25     relationships, as defined by Louisiana Code of
```

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.

15              AURORA M. PERRIEN, CCR, RPR