# Exhibit 16

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

                    -   -   -

IN RE:  XARELTO         :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION             :  SECTION L
                       :
THIS DOCUMENT RELATES  :  JUDGE ELDON
TO ALL CASES           :  E. FALLON
                       :
                       :
                       :  MAG. JUDGE
                       :  NORTH


            -   -   -

        December 14, 2016

            -   -   -

        - PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -


            Videotaped deposition of
HENRY MICHAEL RINDER, M.D., taken
pursuant to notice, was held at the law
offices of Douglas & London, 59 Maiden
Lane, New York, New York, beginning at
8:09 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter,  Certified Realtime
Reporter and Notary Public.

            -   -   -

        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

c6738c46-b635-449f-aefb-d244b4dcdc5f

Protected - Subject to Further Protective Review

Page 2

1    APPEARANCES:

2

3        SCHLICHTER, BOGARD & DENTON, LLP
         BY:  ROGER C. DENTON, ESQ.
4        100 South Fourth Street
         Suite 1200
5        St. Louis, Missouri 63102
         (314) 621-6115
6        rdenton@uselaws.com
7           - and -
8        HERMAN HERMAN & KATZ
         BY: ANNE (BESS) E. DeVAUGHN, ESQ.
9        820 O'Keefe Avenue
         New Orleans, Louisiana 70113
10       (504) 581-4892
         bdevaughn@hhklawfirm.com
11

            - and -
12

         DOUGLAS & LONDON, PC
13       BY:  LARA J. SAY, ESQ.
         59 Maiden Lane, 6th Floor
14       New York, New York 10038
         (212) 566-7500
15       lsay@douglasandlondon.com
         Representing the Plaintiffs
16

17

18

19

20

21

22

23

24

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 3

1      APPEARANCES:  (Cont'd.)

2

3      WILKINSON WALSH & ESKOVITZ
       BY:   BRIAN L. STEKLOFF, ESQ.
4      MEG LOFTUS, ESQ.
       1900 M Street, NW, Suite 800
5      Washington, D.C. 20036
       (202) 847-4030
6      bstekloff@wilkinsonwalsh.com
       mloftus@wilkinsonwalsh.com
7      Representing Bayer Pharmaceuticals

8

9      BARRASSO, USDIN, KUPPERMAN, FREEMAN
       & SARVER, LLC
       BY:   RICHARD E. SARVER, ESQ.
10     MADISON A. SHARKO, ESQ.
       909 Poydras Street, Suite 2400
11     New Orleans, Louisiana 70112
       (504) 589-9700
12     rsarver@barrassousdin.com
       msharko@barrassousdin.com
13     Representing Janssen entities

14

15     VIDEOTAPE TECHNICIAN:

16        Henry Marte

17

18

19

20

21

22

23

24

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

1        Q.    This is the report that you
2    prepared in this litigation dated --
3    dated October 14, 2016?
4        A.    Yes, that's correct.
5        Q.    And one of your opinions,
6    and I'll point you to Page 14, if you
7    want to look at it, is that patients who
8    are taking Xarelto who have a PT of
9    greater than 20 seconds should be
10   discontinued from taking Xarelto; is that
11   right?
12       A.    With the caveat that this PT
13   ideally should be using the Neoplastine
14   reagent for that laboratory test and
15   collected in the 13 to 15-hour window
16   after dosing.
17       Q.    But with that caveat, you
18   believe the patients taking Xarelto who
19   have a PT of greater than 20 seconds
20   should be discontinued from their Xarelto
21   use, right?
22            MR. DENTON:  Objection to
23        form.  Asked and answered.
24            THE WITNESS:  I think that a

c6738c46-b635-449f-aefb-d244b4dcdc5f

Protected - Subject to Further Protective Review

Page 437

1

2                    CERTIFICATE

3

4

5           I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.

7

            It was requested before
8   completion of the deposition that the
    witness, HENRY MICHAEL RINDER, M.D., have
9   the opportunity to read and sign the
    deposition transcript.

10

11

            _____
12          MICHELLE L. GRAY,
            A Registered Professional
13          Reporter, Certified Shorthand
            Reporter, Certified Realtime
14          Reporter and Notary Public
            Dated:  December 15, 2016

15

16

17          (The foregoing certification
18  of this transcript does not apply to any
19  reproduction of the same by any means,
20  unless under the direct control and/or
21  supervision of the certifying reporter.)

22

23

24