# Exhibit 17

# FILED UNDER SEAL

Case 2:14-md-02592-EEF-MBN   Document 5114-23   Filed 01/20/17   Page 2 of 2

| STAH EMERGENCY DEPARTMENT | BOUDREAUX,JOSEPH J JR. |
|---|---|
| 4608 Highway 1 | MRN: 2639232 |
| Raceland LA 70394-2623 | DOB: 2/8/1942, Sex: M |
| Inpatient Record | Acct #: 71000017649 |
| | Adm: 2/3/2014 |

## Procedure Notes (continued)

Procedures filed by Historical Provider, MD at 2/5/2014 11:35 AM (continued)

---

02/03/2014  19:02    985-537-8287        ST ANNE LAB        PAGE  01/01

**OCHSNER ST. ANNE GENERAL HOSPITAL**
4608 Hwy. 1, Raceland, La. 70394

#71000017649
2763306

### COAGULATION REPORT

Patient: Boudreaux Jr, Joseph J   DOB: 2/8/1942   ID #: 2639232   Room #: ER
Date Drawn:   Time Drawn:   Drawn By:   Physician: Wolfort

___ Routine         CHECK TEST DESIRED:   X PT with INR
___ STAT                                   X PTT
                                           ___ Fibrinogen
                                           ___ D-Dimer

| TEST | RESULTS | UNITS | NORMAL RANGE |
|---|---|---|---|
| Prothrombin Time | 13.6 | seconds | 10.1 – 12.9 |
| INR | 1.37 | | 0.8 – 1.3 |
| PTT | 24.3 | seconds | 24.3 – 35.0 |
| Fibrinogen | | mg/dL | 172 – 539 |
| D-Dimer | | ng/mL | 0 – 231 |

COMMENT:

DATE: 2-3-14    TIME: 1802    TECH: KGA

Electronically signed by Transcription Incoming Interface on 2/5/2014 11:35 AM

---

## All Other Notes

No notes of this type exist for this encounter.