# Exhibit 18
# FILED UNDER SEAL

| | |
|---|---|
| NOMH NEUROSCIENCE CRITICAL CARE | ORR,SHARYN |
| 1516 Jefferson Hwy | MRN: 2499666 |
| New Orleans LA 70121-2429 | DOB: ███████ Sex: F |
| Inpatient Record | Acct #: ███████ |
| | Adm: 4/24/2015 |

## Lab Results (04/26/15 - 04/24/15) (continued)

**ISTAT PROCEDURE [157782351] (Abnormal) (continued)**    Resulted: 04/25/15 0544, Result status: Final result

| | | |
|---|---|---|
| DelSys | Adult Vent | - |
| Mode | AC/PRVC | - |
| Vt | 450 | - |
| PEEP | 5 | - |
| PiP | 26 | - |
| FiO2 | 40 | - |
| Min Vol | 7.49 | - |
| Sp02 | 100 | - |

**POCT glucose [157782343] (Abnormal)**    Resulted: 04/25/15 0353, Result status: Final result

Ordering provider:  Jill F. Lehrmann, MD  04/25/15 0352    Resulting lab: PWEB

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| | Blood | 04/25/15 0352 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| POCT Glucose | 375 | 70 - 110 mg/dL | H | - | |

**ISTAT PROCEDURE [157768040] (Abnormal)**    Resulted: 04/25/15 0146, Result status: Final result

Ordering provider:  Jill F. Lehrmann, MD  04/25/15 0143    Resulting lab: PWEB

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| | Blood | 04/25/15 0143 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| POC PH | 7.543 | 7.35 - 7.45 | H | - | |
| POC PCO2 | 41.7 | 35 - 45 mmHg | | - | |
| POC PO2 | 249 | 80 - 100 mmHg | H | - | |
| POC HCO3 | 35.9 | 24 - 28 mmol/L | H | - | |
| POC BE | 13 | -2 to 2 mmol/L | | - | |
| POC SATURATED O2 | 100 | 95 - 100 % | | - | |
| POC TCO2 | 37 | 23 - 27 mmol/L | H | - | |
| Rate | 16 | | | - | |
| Sample | ARTERIAL | | | - | |
| Site | LR | | | - | |
| Allens Test | Pass | | | - | |
| DelSys | Adult Vent | | | - | |
| Mode | AC/PRVC | | | - | |
| Vt | 450 | | | - | |
| PEEP | 5 | | | - | |
| PiP | 27 | | | - | |
| FiO2 | 50 | | | - | |
| Min Vol | 7.6 | | | - | |

**Magnesium [157768021]**    Resulted: 04/25/15 0021, Result status: Final result

Ordering provider:  Ann M. Azcuy, MD  04/24/15 2336    Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|

USCA5 3570

SOrr-OMC-MD-000459

NOMH NEUROSCIENCE CRITICAL CARE  
1516 Jefferson Hwy  
New Orleans LA 70121-2429  
Inpatient Record  

ORR,SHARYN  
MRN: 2499666  
DOB: ▮▮▮▮▮▮▮▮ Sex: F  
Acct #: ▮▮▮▮▮▮▮  
Adm: 4/24/2015  

## Lab Results (04/26/15 - 04/24/15) (continued)

**Magnesium [157768021] (continued)**  Resulted: 04/25/15 0021, Result status: Final result

Blood  Blood  Dawn M Taverna, RN 04/24/15 2316

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Magnesium | 1.8 | 1.6-2.6 mg/dL | | - | BALB |

**Phosphorus [157768022]**  Resulted: 04/25/15 0021, Result status: Final result

Ordering provider: Ann M. Azcuy, MD 04/24/15 2336  Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Phosphorus | 3.3 | 2.7-4.5 mg/dL | | - | BALB |

**Comprehensive metabolic panel [157767997] (Abnormal)**  Resulted: 04/25/15 0018, Result status: Final result

Ordering provider: Ann M. Azcuy, MD 04/24/15 2300  Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Melissa K. Schmidt, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 140 | 136-145 mmol/L | | - | BALB |
| Potassium | 3.1 | 3.5-5.1 mmol/L | L | - | BALB |
| Chloride | 95 | 95-110 mmol/L | | - | BALB |
| CO2 | 30 | 23-29 mmol/L | H | - | BALB |
| Glucose | 305 | 70-110 mg/dL | H | - | BALB |
| BUN, Bld | 51 | 8-23 mg/dL | H | - | BALB |
| Creatinine | 1.7 | 0.5-1.4 mg/dL | H | - | BALB |
| Calcium | 9.6 | 8.7-10.5 mg/dL | | - | BALB |
| Total Protein | 7.1 | 6.0-8.4 g/dL | | - | BALB |
| Albumin | 2.6 | 3.5-5.2 g/dL | L | - | BALB |
| Total Bilirubin | 0.2 | 0.1-1.0 mg/dL | | | BALB |
| Comment | For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations. Premature Infant recommended reference ranges: Up to 24 hours.............<8.0 mg/dL Up to 48 hours...........<12.0 mg/dL 3-5 days.................<15.0 mg/dL 6-29 days................<15.0 mg/dL | | | | |
| Alkaline Phosphatase | 208 | 55-135 U/L | H | - | BALB |
| AST | 30 | 10-40 U/L | | - | BALB |
| ALT | 35 | 10-44 U/L | | - | BALB |
| Anion Gap | 15 | 8-16 mmol/L | | - | BALB |
| eGFR if African American | 35 | >60 mL/min/1.73 m^2 | A | - | BALB |
| eGFR if non African | 31 | >60 mL/min/1.73 | A | | BALB |

USCA5 3571  
SOrr-OMC-MD-000460

| | |
|---|---|
| NOMH NEUROSCIENCE CRITICAL CARE<br>1516 Jefferson Hwy<br>New Orleans LA 70121-2429<br>Inpatient Record | ORR,SHARYN<br>MRN: 2499666<br>DOB: ▮▮▮▮▮▮ Sex: F<br>Acct #: ▮▮▮▮▮▮<br>Adm: 4/24/2015 |

## Lab Results (04/26/15 - 04/24/15) (continued)

**Comprehensive metabolic panel [157767997] (Abnormal) (continued)**     Resulted: 04/25/15 0018, Result status: Final result

    American                                                                                   m^2
    Comment       Calculation used to obtain the estimated glomerular filtration
                         rate (eGFR) is the CKD-EPI equation. Since race is unknown
                         in our information system, the eGFR values for
                         African-American and Non-African-American patients are given
                         for each creatinine result.

**Troponin I [157768004] (Abnormal)**     Resulted: 04/25/15 0018, Result status: Final result

Ordering provider: Ann M. Azcuy, MD  04/24/15 2302     Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Melissa K. Schmidt, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Troponin I | 0.071 | 0.000-0.026 ng/mL | H | | BALB |
| Comment | The reference interval for Troponin I represents the 99th percentile cutoff<br>for our facility and is consistent with 3rd generation assay performance. | | | | |

**Lipase [157768006] (Abnormal)**     Resulted: 04/25/15 0018, Result status: Final result

Ordering provider: Ann M. Azcuy, MD  04/24/15 2302     Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Melissa K. Schmidt, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Lipase | 86 | 4-60 U/L | H | - | BALB |

**Protime-INR [157768018]**     Resulted: 04/25/15 0002, Result status: Final result

Ordering provider: Ann M. Azcuy, MD  04/24/15 2336     Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 11.4 | 9.0-12.5 sec | | - | BALB |
| INR | 1.1 | 0.8-1.2 | | | BALB |
| Comment | Coumadin Therapy:<br>2.0 - 3.0 for INR for all indicators except mechanical heart valves<br>and antiphospholipid syndromes which should use 2.5 - 3.5. | | | | |

**APTT [157768019]**     Resulted: 04/25/15 0002, Result status: Final result

USCA5 3572

SOrr-OMC-MD-000461

NOMH NEUROSCIENCE CRITICAL CARE  
1516 Jefferson Hwy  
New Orleans LA 70121-2429  
Inpatient Record

ORR,SHARYN  
MRN: 2499666  
DOB:       Sex: F  
Acct #:  
Adm: 4/24/2015

## Lab Results (04/26/15 - 04/24/15) (continued)

**APTT [157768019] (continued)**     Resulted: 04/25/15 0002, Result status: Final result

Ordering provider: Ann M. Azcuy, MD 04/24/15 2336     Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| aPTT | 26.6 | 21.0-32.0 sec | | aPTT therapeutic range = 39-69 seconds | BALB |

**POCT glucose [157768000] (Abnormal)**     Resulted: 04/24/15 2349, Result status: Final result

Ordering provider: Ann M. Azcuy, MD 04/24/15 2300

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| | | TAVERNA, DAWN 04/24/15 2349 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| POC Glucose | 308 | 70 - 110 mg/dL | A | - | |

**CBC auto differential [157767999] (Abnormal)**     Resulted: 04/24/15 2345, Result status: Final result

Ordering provider: Ann M. Azcuy, MD 04/24/15 2300     Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Melissa K. Schmidt, RN 04/24/15 2316 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 16.62 | 3.90-12.70 K/uL | H | - | BALB |
| RBC | 4.34 | 4.00-5.40 M/uL | | - | BALB |
| Hemoglobin | 10.7 | 12.0-16.0 g/dL | L | - | BALB |
| Hematocrit | 35.3 | 37.0-48.5 % | L | - | BALB |
| MCV | 81 | 82-98 fL | L | - | BALB |
| MCH | 24.7 | 27.0-31.0 pg | L | - | BALB |
| MCHC | 30.3 | 32.0-36.0 % | L | - | BALB |
| RDW | 19.7 | 11.5-14.5 % | H | - | BALB |
| Platelets | 467 | 150-350 K/uL | H | - | BALB |
| MPV | 9.3 | 9.2-12.9 fL | | - | BALB |
| Gran # | 14.4 | 1.8-7.7 K/uL | H | - | BALB |
| Lymph # | 1.4 | 1.0-4.8 K/uL | | - | BALB |
| Mono # | 0.7 | 0.3-1.0 K/uL | | - | BALB |
| Eos # | 0.0 | 0.0-0.5 K/uL | | - | BALB |
| Baso # | 0.03 | 0.00-0.20 K/uL | | - | BALB |
| Gran% | 86.8 | 38.0-73.0 % | H | - | BALB |
| Lymph% | 8.5 | 18.0-48.0 % | L | - | BALB |
| Mono% | 4.3 | 4.0-15.0 % | | - | BALB |
| Eosinophil% | 0.2 | 0.0-8.0 % | | - | BALB |
| Basophil% | 0.2 | 0.0-1.9 % | | - | BALB |
| Differential Method | Automated | | | - | BALB |

USCA5 3573  
SOrr-OMC-MD-000462

NOMH NEUROSCIENCE CRITICAL CARE  ORR,SHARYN
1516 Jefferson Hwy  MRN: 2499666
New Orleans LA 70121-2429  DOB: ▮▮▮▮▮▮▮▮ Sex: F
Inpatient Record  Acct #: ▮▮▮▮▮▮
  Adm: 4/24/2015

## Lab Results (04/26/15 - 04/24/15) (continued)

**CBC auto differential [157768016]**  Resulted: 04/24/15 2343, Result status: In process

| Ordering provider: | Ann M. Azcuy, MD  04/24/15 2336 | Discontinued by: | Soft Lab Interface Edi 04/24/15 2354 [Other (CBC with differential was cancelled on 04/24/2015 at 23:53 by TJS; Duplicate order)] |
| Resulting lab: | OCHSNER BAPTIST MEDICAL CENTER | | |

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Basic metabolic panel [157768017]**  Resulted: 04/24/15 2343, Result status: In process

| Ordering provider: | Ann M. Azcuy, MD  04/24/15 2336 | Discontinued by: | Soft Lab Interface Edi 04/24/15 2354 [Other (Basic Metabolic Panel was cancelled on 04/24/2015 at 23:53 by TJS; Duplicate order, test included in another profile.)] |
| Resulting lab: | OCHSNER BAPTIST MEDICAL CENTER | | |

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 207 - PWEB | PWEB | N/A | N/A | 04/10/15 1111 - Present |
| 216 - MAYO | MAYO MEDICAL LABORATORY | Unknown | 200 First St, SW ROCHESTER MN 55901 | 06/21/13 1546 - Present |
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - Present |
| 379 - BALB | OCHSNER BAPTIST MEDICAL CENTER | Barry F. Faust, MD | 2700 Napoleon Avenue New Orleans LA 70115 | 04/15/15 1006 - Present |

## Radiology Results (04/25/15 - 05/04/15)

**CT Head Without Contrast [157768008] (Abnormal)**  Resulted: 04/25/15 0008, Result status: Final result

| Ordering provider: | Ann M. Azcuy, MD 04/24/15 2334 | Resulted by: | Brian A. Ogden, MD |
| Performed: | 04/24/15 2336 - 04/24/15 2343 | Resulting lab: | OCHS TALK TECHNOLOGY |
| Narrative: | COMPARISON: None | | |

FINDINGS: There is slightly heterogeneous hyperattenuation material noted throughout the right ventricle and third ventricle consistent with acute intraventricular hemorrhage. There is associated dilatation of the right greater than left lateral
ventricles with otherwise normal caliber of the third ventricle and fourth ventricle. There is associated regional mass-effect upon the right cerebral hemisphere with cortical sulcal effacement, as well as 1.6-cm right to left subfalcine midline shift.
 There is mild effacement of the basilar cistern concerning for early uncal herniation. No cerebellar tonsillar herniation.

No definite parenchymal hemorrhage seen. No acute cortical infarct seen. No extra-axial mass or hemorrhage along the convexities or within the posterior fossa. Atherosclerotic calcifications of the bilateral

USCA5 3574

SOrr-OMC-MD-000463

| NOMH NEUROSCIENCE CRITICAL CARE | ORR, SHARYN |
|---|---|
| 1516 Jefferson Hwy | MRN: 2499666 |
| New Orleans LA 70121-2429 | DOB: ▓▓▓▓▓▓▓ Sex: F |
| Inpatient Record | Acct #: ▓▓▓▓▓▓ |
| | Adm: 4/24/2015 |

## Radiology Results (04/25/15 - 05/04/15) (continued)

**CT Head Without Contrast [157768008] (Abnormal) (continued)**  Resulted: 04/25/15 0008, Result status: Final result

cavernous ICAs.

The extracranial structures are unremarkable. No displaced calvarial fractures. Visualized portions of the paranasal sinuses and mastoid air cells are clear.

Impression:

1. Extensive right lateral ventricular acute hemorrhage with extension to the third ventricle without identifiable cause seen, suggesting primary interventricular hemorrhage. There is associated hydrocephalus with significant regional mass-effect upon
the overlying right cerebral hemisphere, significant right to left subfalcine midline shift, and probable early right sided uncal herniation. Differential considerations could include underlying right ventricular vascular lesion or
intraventricular/solid mass. Further evaluation/follow up as warranted. Neurosurgical consultation advised.

Critical results. EPIC Notification system activated.

Findings were initially observed and immediately discussed with physician assistant Frankie taking care of patient in the ER at 2352 hours on 4/24/15 by Dr. Ogden.

Electronically signed by:  BRIAN OGDEN   MD MD
Date:                              04/25/15
Time:                             00:08

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|

**CT Head Without Contrast [157782340]**  Resulted: 04/25/15 0823, Result status: Final result

| Ordering provider: | Faraz Khursheed, MD  04/25/15 0341 | Resulted by: | Erica M. Broussard, MD |
|---|---|---|---|
| | | | Garrett Bennett, MD |
| Performed: | 04/25/15 0425 - 04/25/15 0429 | Resulting lab: | OCHS TALK TECHNOLOGY |
| Narrative: | Comparison: CT 4/24/15 | | |

Technique: Noncontrast head CT with sagittal and coronal reformats.

Findings: There is redemonstration of acute blood products occupying the majority of the right lateral ventricle extending into the suprasellar cistern and possibly into the posterior sella. The left lateral ventricle is persistently prominent. There
may be mild right uncal herniation. There is a 1.3 cm of leftward subfalcine herniation. There is cortical edema and sulcal effacement in the right cerebral hemisphere adjacent to the lateral ventricle. The visualized mastoid air cells and paranasal
sinuses are clear. There is no fracture.

Impression:

Stable right lateral ventricular hemorrhage with similar leftward midline shift and possible mild right uncal herniation.

Electronically signed by:  ERICA BROUSSARD MD
Date:                              04/25/15
Time:                             08:23

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|