# Exhibit 19

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LITIGATION | MDL NO. 2592 SECTION L |
| THIS DOCUMENT RELATES JOSEPH J. BOUDREAUX Case No. 2:14-CV-0270 | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

- - -

December 15, 2016

- - -

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of HENRY MICHAEL RINDER, M.D., held at the law office of Douglas & London, 59 Maiden Lane, New York, New York, commencing at 8:12 a.m., on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

Deps@golkow.com

Protected - Subject to Further Protective Review

Page 2

1  A P P E A R A N C E S:
2
3
4  SCHLICHTER, BOGARD & DENTON, LLP
5  BY: ROGER C. DENTON, ESQUIRE
6     100 South Fourth Street
7     Suite 1200
8     St. Louis, Missouri  63102
9     314.621.6115
10    rdenton@uselaws.com
11
12              - and -
13
14    HERMAN, HERMAN & KATZ
15    BY: ANNE (BESS) E. DeVAUGHN, ESQUIRE
16       820 O'Keefe Avenue
17       New Orleans, Louisiana  70113
18       504.581.4892
19       bdevaughn@hhklawfirm.com
20       Representing the Plaintiff
21
22
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

c75aa4e4-eea1-4886-a947-c27d4667cd09

Protected - Subject to Further Protective Review

Page 3

1  A P P E A R A N C E S: (Cont.)
2  WILKINSON WALSH & ESKOVITZ
3  BY: BRIAN L. STEKLOFF, ESQUIRE
4      MEG LOFTUS, ESQUIRE
5      1900 M Street, NW, Suite 800
6      Washington, DC  20036
7      202.847.4030
8      bstekloff@wilkinsonwalsh.com
9      mloftus@wilkinsonwalsh.com
10     Representing Bayer Pharmaceuticals
11
12 BARRASSO, USDIN, KUPPERMAN,
13 FREEMAN & SARVER, LLC
14 BY: RICHARD E. SARVER, ESQUIRE
15     MADISON A. SHARKO, ESQUIRE
16     909 Poydras Street, Suite 2400
17     New Orleans Louisiana  70112
18     504.589.9700
19     rsarver@barrassousdin.com
20     msharko@barrassousdin.com
21     Representing Janssen entities
22
23 ALSO PRESENT:
24     Henry Marte, videographer

Protected - Subject to Further Protective Review

Page 160

1    your calculations with respect to
2    Neoplastine?
3        A.    In my calculations, the
4    prothrombin time with the Innovin of 13.6
5    corresponded to a prothrombin time between
6    21 and 25 with different Neoplastine
7    reagents.
8        Q.    And have you -- did you write
9    those calculations out?
10       A.    I did not.
11       Q.    How -- did you make any notes?
12             It's not in your report.
13             Where can we find your
14   calculations?
15       A.    They're -- they're in my head.
16   I looked at the -- I looked at the data
17   and I examined the figure and that's where
18   it looks like those -- again, I said it's
19   an indirect comparison, but from the
20   graphs that I looked at, I think that the
21   prothrombin time would fall in that range
22   with different Neoplastine reagents.
23       Q.    And tell us the source of these
24   graphs.

Protected - Subject to Further Protective Review

Page 161

1     A.    I believe -- I believe that is
2  the Douxfils manuscript.
3     Q.    Douxfils, and spell that for us.
4     A.    D-O-U-X-F-I-L-S.
5     Q.    Okay.  Did you cite that in your
6  references for your general report?
7     A.    I'm pretty sure it's in my
8  general report.
9     Q.    And did you use any other
10 references other than Douxfils?
11    A.    I thought Douxfils' report had
12 the most comprehensive data that I could
13 find for comparing a large number of
14 prothrombin time reagents for Xarelto.
15    Q.    My question is did you use any
16 other reference other than Douxfils to
17 make this comparison?
18    A.    I looked at other references,
19 but that seemed to me to be the best
20 graphing to be able to make that
21 comparison.
22    Q.    Okay.  And did you call the
23 Terrebonne Hospital to determine what
24 reagent was used on later tests of Mr.

1  C E R T I F I C A T E

2  STATE OF NEW YORK

3  COUNTY OF NEW YORK

4

5  I, Marie Foley, RMR, CRR, a

6  Certified Realtime Reporter and Notary

7  Public within and for the State of New

8  York, do hereby certify:

9  That HENRY MICHAEL RINDER, M.D.,

10  the witness whose deposition is

11  hereinbefore set forth, was duly sworn by

12  me and that such deposition is a true

13  record of the testimony given by the

14  witness.

15  I further certify that I am not

16  related to any of the parties to this

17  action by blood or marriage, and that I am

18  in no way interested in the outcome of

19  this matter.

20  IN WITNESS WHEREOF, I have

21  hereunto set my hand this 15th day of

22  December, 2016.

23

24  _____
   MARIE FOLEY, RMR, CRR