# Exhibit 21

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN):MDL 2592
PRODUCTS LIABILITY LITIGATION:
                              :SECTION L
THIS DOCUMENT RELATES TO      :
ALL CASES                     :JUDGE ELDON E. FALLON
                              :MAG. JUDGE NORTH

- - -

NOVEMBER 22, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of ROBERT C. GOSSELIN, held at The Fairmont Hotel, 170 South Market Street, San Jose, California, on the above date, beginning at approximately 6:23 a.m., before Diane S. Martin, Certified Shorthand Reporter and Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

```
                                                          Page 2

 1              A P P E A R A N C E S:
 2
 3    For the Plaintiffs:
 4          FERRER POIROT WANSBROUGH
            BY:  RUSS ABNEY, ESQ.
 5          2603 Oak Lawn, Suite 300
            Dallas, Texas 75219
 6          866-589-0257
            rabney@lawyerworks.com
 7
 8          LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY &
            PROCTOR, P.A.
 9          BY:  NED McWILLIAMS, ESQ.
            316 S. Baylen Street, Suite 600
10          Pensacola, Florida  32502
            850-435-7000
11          nmcwilliams@levinlaw.com
12
13
      For the Bayer defendants:
14
            NELSON MULLINS RILEY & SCARBOROUGH LLP
15          BY:  JANE T. DAVIS, ESQ.
            151 Meeting Street, Suite 600
16          Charleston, South Carolina  29401
            843-534-4317
17          jane.davis@nelsonmullins.com
18
      For the Janssen defendants:
19
            IRWIN FRITCHIE URQUHART & MOORE LLC
20          BY:  KIM E. MOORE, ESQ.
                 CARLOS A. BENACH, ESQ.
21          400 Poydras Street, Suite 2700
            New Orleans, Louisiana  70130
22          kmoore@irwinllc.com
            cbenach@irwinllc.com
23
24
25    The Videographer:        Joseph Mourgos
```

Protected - Subject to Further Protective Review

Page 176

1  be optimal for or mimic patient samples.
2  BY MS. DAVIS:
3      Q.  So will you agree that another sort of issue
4  in doing coagulation testing regarding Xarelto,
5  rivaroxaban, is that there may be differences
6  between results in spike samples versus patient
7  samples?
8      A.  Yes.  We published that findings, yes.
9      Q.  So that then presents a difficulty in
10 knowing or being able to say that results in a
11 spiked sample are -- can be correlated to results
12 in a human sample; right?
13     A.  I think that we've demonstrated that it's
14 not always the case where they can be mimicked
15 between a contrived sample or a drug-enriched
16 sample, as I like, versus "spiked," versus a series
17 of clinical samples.
18     Q.  Going back to this statement in the Hillarp
19 article, and just sort of narrowing it down a bit, the
20 Hillarp -- Hillarp authors state in part that "PT is
21 not useful for measuring the plasma concentration of
22 rivaroxaban and can merely be used to obtain a crude
23 estimate."
24         Do you agree with that?
25     A.  I'd have to read --

Protected - Subject to Further Protective Review

Page 374

1      REPORTER'S CERTIFICATE

2          The undersigned Certified Shorthand Reporter
3   licensed in the State of California does hereby
4   certify:
5          I am authorized to administer oaths or
6   affirmations pursuant to Code of Civil Procedure,
7   Section 2093(b), and prior to being examined, the
8   witness was duly administered an oath by me.
9          I am not a relative or employee or attorney or
10  counsel of any of the parties, nor am I a relative or
11  employee of such attorney or counsel, nor am I
    financially interested in the outcome of this action.
12         I am the deposition officer who
13  stenographically recorded the testimony in the
14  foregoing deposition, and the foregoing transcript is a
15  true record of the testimony given by the witness.
16         Before completion of the deposition, review of
17  the transcript [X] was [ ] was not requested.  If
18  requested, any changes made by the deponent (and
19  provided to the reporter) during the period allowed are
20  appended hereto.
21         In witness whereof, I have subscribed my name
22  this ____ day of _____, 2016.
23
24                           _____
25                           DIANE S. MARTIN, CSR No. 6464