# Exhibit 22

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


 IN RE:  XARELTO        ) MDL No.:  2593
 (RIVAROXABAN) PRODUCTS ) Section:  L
 LIABILITY LITIGATION   ) Judge Eldon E. Fallon
                        ) Mag. Judge North
                        )
                        )
                        )
                        )
 JOSEPH J. BOUDREAUX,   ) Case No.:  14-cv-2720
 JR., ET AL             )
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

   Videotaped Deposition of CINDY A. LEISSINGER,

M.D., taken on Thursday, December 8, 2016, in the

office of The Lambert Firm, A.P.L.C., 701 Magazine

Street, New Orleans, Louisiana 70130, commencing

at 2:10 p.m.

Reported by:
AURORA M. PERRIEN
CERTIFIED COURT REPORTER
REGISTERED PROFESSIONAL REPORTER

Golkow Technologies, Inc - 877.370.3377

6546a0f0-4133-4b01-b977-d857a82888b3

Protected - Subject to Further Protective Review

Page 4

```
 1                A P P E A R A N C E S
 2   REPRESENTING JOSEPH J. BOUDREAUX, JR. AND
     LORETTA BOUDREAUX:
 3
             SCHLICHTER, BOGARD & DENTON, L.L.P.
 4           BY:  ROGER DENTON, ESQ.
             100 South 4th Street, Suite 1200
 5           St. Louis, Missouri 63102
             314.621.6115
 6           Rdenton@uselaws.com
 7           BARRIOS, KINGSDORF & CASTEIX, L.L.P.
             BY:  EMMA E. KINGSDORF, ESQ.
 8           701 Poydras Street, Suite 3650
             New Orleans, Louisiana 70139-3650
 9           504.524.3300
             Ekingsdorf@bkc-law.com
10
11
12   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
13   ORTHO, L.L.C.:
14           IRWIN, FRITCHIE, URQUHART & MOORE,
             L.L.C.
15           BY:  KIM E. MOORE, ESQ.
             400 Poydras Street, Suite 2700
16           New Orleans, Louisiana 70130-3280
             504.310.2108
17           Kmoore@irwinllc.com
18           IRWIN, FRITCHIE, URQUHART & MOORE,
             L.L.C.
19           BY:  JEANETTE F. MILLS, ESQ.
             400 Convention Street, Suite 1001
20           Baton Rouge, Louisiana 70802
             504.310.2100
21           Jmills@irwinllc.com
22           BARRASSO, USDIN, KUPPERMAN, FREEMAN &
             SARVER, L.L.C
23           BY:  ANDREA M. PRICE, ESQ.
             909 Poydras Street, 24th Floor
24           New Orleans, Louisiana 70112
             504.589.9700
25           Aprice@barrassousdin.com
```

```
                                                          Page 5
 1    REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
      INC., and BAYER PHARMA AG:
 2
            KAYE SCHOLER, L.L.P.
 3          BY:  JULIE B. duPONT, ESQ.
            250 West 55th Street
 4          New York, New York 10019-9710
            212.836.8572
 5          Julie.dupont@kayescholer.com
 6
 7
      ALSO PRESENT:
 8
            MELISSA BARDWELL, VIDEOGRAPHER
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 148

```
 1        A.   -- 3rd 2014.
 2        Q.   It's on Page 4, your --
 3        A.   Okay.
 4        Q.   -- PT opinions.  You --
 5        A.   Okay.
 6        Q.   -- begin with "Upon admission."
 7        A.   Okay.
 8        Q.   And you note his PT, 13.6 seconds;
 9   INR, 1.4; PTT, 24.3 seconds?
10        A.   Correct.  Yes.
11        Q.   You would agree that these results don't
12   indicate that Mr. Boudreaux was
13   overanticoagulated; correct?
14             MR. DENTON:
15                  Object to the form.
16             THE WITNESS:
17                  They -- they're not going to indicate
18             any degree of anti -- they -- they don't
19             indicate a degree of anticoagulation.  But
20             they do suggest that he has anticoagulant
21             -- an anticoagulant in his system.
22   BY MS. MOORE:
23        Q.   Okay.  But they -- they don't give you any
24   clinical significance with respect to the amount
25   of coagulation?
```

Protected - Subject to Further Protective Review

Page 192

1  Q. There's no evidence that Mr. Boudreaux was
2  overanticoagulated; correct?
3       MR. DENTON:
4          Object to the form of the question.
5       THE WITNESS:
6          We have no way of testing. We have no
7       way to monitor. We have no way to test.
8       We have no way to know whether he was anti
9       -- overanticoagulated or -- or precisely
10      anticoagulated or not, which is the
11      problem with Xarelto.
12 BY MS. MOORE:
13  Q. Have you formed an opinion about why he
14 continues to be anemic two years after his GI
15 bleed and the discontinuation of anticoagulation
16 with Xarelto?
17      MR. DENTON:
18         Object to the form.
19      THE WITNESS:
20         So there are many causes for anemia.
21      And as one ages, there are a variety of --
22      of reasons why someone -- someone can
23      become more anemic. So, you know, again,
24      I -- you know, we -- we could go over that
25      in detail and I could render an opinion.

6546a0f0-4133-4b01-b977-d857a82888b3

Protected - Subject to Further Protective Review

Page 236

1                C E R T I F I C A T E
2        This certification is valid only for
3    a transcript accompanied by my original signature
4    and original seal on this page.
5        I, AURORA M. PERRIEN, Registered Professional
6    Reporter, Certified Court Reporter, in and for the
7    State of Louisiana, as the officer before whom
8    this testimony was taken, do hereby certify that
9    CINDY A. LEISSINGER, M.D., after having been duly
10   sworn by me upon the authority of R.S. 37:2554,
11   did testify as hereinbefore set forth in the
12   foregoing 235 pages; that this testimony was
13   reported by me in the stenotype reporting method,
14   was prepared and transcribed by me or under my
15   personal direction and supervision, and is a true
16   and correct transcript to the best of my ability
17   and understanding; that the transcript has been
18   prepared in compliance with transcript format
19   guidelines required by statute or by rules of the
20   board; and that I am informed about the complete
21   arrangement, financial or otherwise, with the
22   person or entity making arrangements for
23   deposition services; that I have acted in
24   compliance with the prohibition on contractual
25   relationships, as defined by Louisiana Code of

Protected - Subject to Further Protective Review

Page 237

Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter.  I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

AURORA M. PERRIEN, CCR, RPR