# EXHIBIT B

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

    *****************************
 3

    IN RE:  XARELTO              MDL No. 2592
 4  (RIVAROXABAN)                Section L
    PRODUCTS LIABILITY           Judge Eldon Fallon
 5  LITIGATION                   Mag. Judge North

 6  THIS DOCUMENT RELATES TO:
    JOSEPH J. BOUDREAUX
 7  Case no. 2:14-CV-0270

 8  *****************************

 9
    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
10

11

12           VIDEOTAPED DEPOSITION OF
13           NATHANIEL S. WINSTEAD, MD

14

15           Monday, December 12th, 2016
16                  8:55 a.m.

17

18      Held At:
19           The Lambert Law Firm
20           701 Magazine Street
21           New Orleans, Louisiana

22

23

24  REPORTED BY:

25  Maureen O'Connor Pollard, RMR, LA Cert #2011025
```

Golkow Technologies, Inc.                                Page 1

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3        KIRK J. GOZA, ESQ.

 4            GOZA & HONNOLD, LLC

 5            11181 Overbrook Road, Suite 200

 6            Leawood, Kansas 66211

 7            913-451-3433

 8            kgoza@gohonlaw.com

 9                -and-

10        EMMA E. KINGSDORF, ESQ.

11            BARRIOS KINGSDORF & CASTEIX, LLP

12            701 Poydras Street

13            New Orleans, Louisiana 70139

14            504-524-3300

15            ekingsdorf@bkc-law.com

16

17   FOR THE BAYER DEFENDANTS:

18        BRIAN L. STEKLOFF, ESQ.

19        KIERAN GOSTIN, ESQ.

20            WILKINSON WALSH & ESKOVITZ

21            1900 M Street, NW, Suite 800

22            Washington, DC 20036

23            202-847-4030

24            bstekloff@wilkinsonwalsh.com

25            kgostin@wilkinsonwalsh.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE JANSSEN DEFENDANTS:

 4        MARGARET HOFFMANN, ESQ.

 5             SCHWABE, WILLIAMSON & WYATT

 6             1211 SW 5th Ave., Suite 1900

 7             Portland, Oregon 97204

 8             503-222-9981

 9             mhoffmann@schwabe.com

10                -and-

11        SHAUN P. McFALL, ESQ.

12             BARRASSO USDIN KUPPERMAN FREEMAN

13             & SARVER, LLC

14             909 Poydras Street, 24th Floor

15             New Orleans, Louisiana 70112

16             504-589-9764

17             smcfall@barrassousdin.com

18

19   Videographer:  Melissa Bardwell

20

21

22

23

24

25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                         INDEX
 2      EXAMINATION                                    PAGE
 3      NATHANIEL S. WINSTEAD, MD
 4        BY MR. STEKLOFF                                 7
 5        BY MS. HOFFMANN                               173
 6        BY MR. GOZA                                   201
 7        BY MR. STEKLOFF                               206
 8        BY MS. HOFFMANN                               224
 9
10
11                     E X H I B I T S
12      NO.            DESCRIPTION                     PAGE
13      1      Expert Report of Nathaniel S.
               Winstead, MD........................ 13
14
        2      Responses and Objections to
15             Defendants' Notice with Subpoena
               Duces Tecum of Oral Videotaped
16             Deposition.......................... 20
17      3      August, 2013 Xarelto label.......... 95
18      4      Graham, et al study titled Stroke,
               Bleeding, and Mortality Risks in
19             Elderly Medicare Beneficiaries
               Treated With Dabigatran or
20             Rivaroxaban for Nonvalvular Atrial
               Fibrillation........................135
21
        5      Lip, et al paper titled Real-world
22             comparison of major bleeding risk
               among non-valvular atrial
23             fibrillation patients initiated on
               apixaban, dabigatran, rivaroxaban,
24             or warfarin.........................135
25
```

| | | |
|---|---|---|
| | 6 | Lip, et al paper titled Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation....135 |
| | 7 | Yao, et al paper titled Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation......136 |
| | 8 | Medical record, Bates JBoudreaux-OStAGH-MD-000056..........158 |
| | 9 | Medical record, Bates JBoudreaux-PPR-001664 through 1673...163 |

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  P R O C E E D I N G S
 2
 3            THE VIDEOGRAPHER:  We are now on the
 4   record.  My name is Melissa Bardwell,
 5   videographer for Golkow Technologies.  Date
 6   today is December 12, 2016.  Time is
 7   approximately 8:55 a.m.
 8            This videotaped deposition is being
 9   held in New Orleans, Louisiana in reference to
10   the Xarelto (Rivaroxaban) Products Liability
11   Litigation.
12            The deponent today is Dr. Nathaniel
13   Scott Winstead.
14            Will counsel present please introduce
15   themselves and state their affiliations for the
16   record.
17            MR. GOZA:  Kirk Goza on behalf of
18   Plaintiffs.
19            MS. KINGSDORF:  Emma Kingsdorf on
20   behalf of Plaintiffs.
21            MR. STEKLOFF:  Brian Stekloff on
22   behalf of Bayer.
23            MR. GOSTIN:  Kieran Gostin on behalf
24   of Bayer.
25            MS. HOFFMANN:  Margaret Hoffmann on
```

```
 1    behalf of Janssen.
 2             MR. MCFALL:  Shaun McFall on behalf of
 3    Janssen.
 4             THE VIDEOGRAPHER:  The court reporter
 5    today is Maureen Pollard, and she will now swear
 6    in the witness.
 7
 8             NATHANIEL S. WINSTEAD, MD,
 9    having been first duly sworn, was examined and
10    testified as follows:
11                    EXAMINATION
12    BY MR. STEKLOFF:
13       Q.    Good morning, Dr. Winstead.
14       A.    Good morning.
15       Q.    Have you ever been deposed before?
16       A.    Yes.
17       Q.    How many times?
18       A.    Once.
19       Q.    What was the context in which you were
20    deposed?
21       A.    That was a medical review panel for a
22    malpractice issue.
23       Q.    And was that litigation in court, or
24    was that Louisiana medical review process?
25       A.    That was a Louisiana medical review
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  restate the question, and let's see if we can
2  get an answer.
3       MR. STEKLOFF: Sure.
4  BY MR. STEKLOFF:
5    Q.  I understand that everything you're
6  doing is sort of looking backwards because you
7  can only review the medical records.
8       So my question -- I mean, I think all
9  of your opinions, I'm not trying -- just so
10 we're on the same page, fall into that category.
11 So like every other opinion that you are
12 offering, I want to understand.
13      Based on your review of the medical
14 records, isn't it fair to say that an antidote
15 would have served no purpose in treating
16 Mr. Boudreaux, even if it existed?
17      MR. GOZA: Object to the form.
18   A.  I would say yes.
19      MS. HOFFMANN: Are you saying you
20 agree with what he said?
21   A.  I agree that in this particular case
22 that an antidote would have served no purpose.
23      MS. HOFFMANN: Thank you.
24      MR. GOZA: What time did we pick back
25 up?

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1            MR. GOZA:  Object.  Misstates his
2   testimony.  He's already offered opinions to a
3   reasonable degree of medical certainty.
4            MR. STEKLOFF:  I'm allowed that.
5            MR. GOZA:  I mean, I know you're
6   allowed.  I'm not fussing about asking, but I
7   can make objections.  It's misstating his
8   testimony.
9      A.    Hit me with the question again --
10  BY MR. STEKLOFF:
11     Q.    Sure.
12     A.    -- so I remember to get it correctly.
13     Q.    Isn't it just speculation to say
14  whether or not another anticoagulant other than
15  Xarelto would or would not have caused a bleed
16  in Mr. Boudreaux?
17           MR. GOZA:  Same objection.
18     A.    Yeah, I mean it's -- yes, I would
19  agree it's speculation.
20  BY MR. STEKLOFF:
21     Q.    And at the end of the day, to the
22  extent you do have the opinion that he would not
23  have bled on another anticoagulation, that's
24  really just based on the relative risk that
25  we're talking about?

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1        REPORTER'S CERTIFICATE

2

3        This transcript is valid only for a

4   transcript accompanied by my original signature

5   and original required seal on this page.

6        I, MAUREEN O'CONNOR POLLARD, Certified

7   Court Reporter (LA Certificate #2011025), in and

8   for the State of Louisiana, as the officer

9   before whom this testimony was taken, do hereby

10  certify that NATHANIEL S. WINSTEAD, MD, after

11  having been duly sworn by me upon authority of

12  R.S. 37:2554, did testify as hereinbefore set

13  forth in the foregoing pages; that this

14  testimony was reported by me in the stenotype

15  reporting method, was prepared and transcribed

16  by me or under my personal direction and

17  supervision, and is a true and correct

18  transcript to the best of my ability and

19  understanding; that the transcript has been

20  prepared in compliance with transcript format

21  guidelines required by the statute or by rules

22  of the board, that I have acted in compliance

23  with the prohibition on contractual

24  relationships, as defined by Louisiana Code of

25  Civil Procedure Article 1434 and in rules and

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  advisory opinions of the board.
2      That I am not related to counsel or to the
3  parties herein, nor am I otherwise interested in
4  the outcome of this matter.
5
6      Signed this the 12th day of December, 2016.
7
8
9
10  _____
11  MAUREEN O'CONNOR POLLARD, CCR, RMR, CLR
12  Realtime Systems Administrator
13  LA Certificate #2011025
14
15
16
17
18
19
20
21
22
23
24
25