# EXHIBIT C

Protected - Subject to Further Protective Review

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3
      IN RE:  XARELTO          )   MDL No.:  2592
 4    (RIVAROXABAN) PRODUCTS    )   Section:  L
      LIABILITY LITIGATION      )   Judge Eldon E. Fallon
 5                              )   Mag. Judge North
                                )
 6                              )
                                )
 7    JOSEPH ORR, JR., as       )
      lawful surviving          )   2:15-cv-03708
 8    spouse of SHARYN ORR      )
 9
10
11    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12
13
14       Videotaped Deposition of PETER G. LIECHTY, M.D.,
15    taken on Saturday, December 3, 2016, in the office
16    of The Lambert Firm, A.P.L.C., 701 Magazine
17    Street, New Orleans, Louisiana 70130, commencing
18    at 9:05 a.m.
19
20
21
22
23
      Reported by:
24    AURORA M. PERRIEN
      CERTIFIED COURT REPORTER
25    REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
 1                    I N D E X
                                            Page
 2
             Caption............................1
 3
             Appearances........................5
 4
             Agreement of Counsel...............7
 5
             Reporter's Certificate...........418
 6

 7
                    E X A M I N A T I O N
 8
             MR. PAINE..........................9
 9
             MR. IRWIN........................390
10

11

12               E X H I B I T S
13       Exhibit No. 1.......................12
         Appendix D
14
         Exhibit No. 2.......................13
15       Case Specific Expert Report of
         Peter G. Liechty, MD, FAANS, FACS
16
         Exhibit No. 3.......................14
17       Defendant's Notice with Subpoena Duces
         Tecum of Oral Videotaped Deposition...
18
         Exhibit No. 4.......................18
19       Supplemental List of Materials Relied
         On, Reviewed, and/or Considered...
20
         Exhibit No. 5.......................25
21       (Curriculum Vitae)
22       Exhibit No. 6.......................27
         P.G. Liechty, M.D. Invoice Nos. 1357
23       and 1358
24       Exhibit No. 7......................116
         (Xarelto prescribing information/label)
25
```

```
 1          Exhibit No. 8......................144
            NOMH Neuroscience Critical Care, Lab
 2          Results (4/26/15 - 4/24/15),
            SOrr-OMC-MD-000463 - 000464
 3
            Exhibit No. 9......................154
 4          "Spontaneous Primary Intraventricular
            Hemorrhage in Adults:  Clinical Data,
 5          Etiology and Outcome"
 6          Exhibit No. 10.....................167
            (UpToDate website printout),
 7          "Intraventricular hemorrhage
 8          Exhibit No. 11.....................189
            Atlas of Human Anatomy (excerpt)
 9
            Exhibit No. 12.....................222
10          "Prognostic Indicators in Patients with
            Primary Intraventricular Haemorrhage"
11
            Exhibit No. 13.....................264
12          NOMH Neuroscience Critical Care, Lab
            Results (4/26/15 - 4/24/15),
13          SOrr-OMC-MD-000459 - 000462
14          Exhibit No. 14.....................291
            NOMH Neuroscience Critical Care,
15          Physician Query,
            SOrr-OMC-MD-000232 - 000235
16
            Exhibit No. 15.....................318
17          "Spontaneous Primary Intraventricular
            Hemorrhage:  Clinical Features and
18          Early Outcome"
19          Exhibit No. 16.....................344
            "Guidelines for the Management of
20          Spontaneous Intracerebral Hemorrhage..."
21          Exhibit No. 17.....................363
            "Stroke, Bleeding, and Mortality Risks
22          in Elderly Medicare Beneficiaries
            Treated with Dabigatran or Rivaroxaban..."
23
            Exhibit No. 18.....................373
24          "Indirect Comparisons of New Oral
            Anticoagulant Drugs for Efficacy and
25          Safety When Used for Stroke..."
```

1          Exhibit No. 19......................386
           "Thirty-Day Mortality After Ischemic
2          Stroke and Intracranial Hemorrhage in
           Patients with Atrial Fibrillation..."
3
           Exhibit No. 20......................387
4          "Volume and functional outcome of
           intracerebral hemorrhage according to
5          oral anticoagulant type"
6          Exhibit No. 21......................415
           Medical Chronology of Sharyn Orr...

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  A P P E A R A N C E S
 2    REPRESENTING JOSEPH ORR, JR., AS LAWFUL SURVIVING
      SPOUSE OF SHARYN ORR:
 3
 4           THE LAMBERT FIRM, A.P.L.C.
             BY:  EMILY C. JEFFCOTT, ESQ.
 5           701 Magazine Street
             New Orleans, Louisiana 70130
 6           504.581.1750
             Ejeffcott@thelambertfirm.com
 7
             CAPITELLI & WICKER, INC.
 8           BY:  VINCENT E. ODOM, ESQ.
             1100 Poydras Street, Suite 2950
 9           New Orleans, Louisiana 70163-2950
             504.582.2425
10           Vincent@capitelliandwicker.com
11           GOZA & HONNOLD, L.L.C.
             BY:  BRADLEY D. HONNOLD, ESQ.
12           11181 Overbrook Road, Suite 200
             Leawood, Kansas 66211
13           913.451.3433
             Bhonnold@gohonlaw.com
14
15
16    REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
      INC., and BAYER PHARMA AG:
17
             NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
18           BY:  ERIC A. PAINE, ESQ.
             1320 Main Street, 17th Floor
19           Columbia, South Carolina 29201
             803.255.5518
20           Eric.paine@nelsonmullins.com
21           NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
             BY:  WESLEY T. MORAN, ESQ.
22           1320 Main Street, 17th Floor
             Columbia, South Carolina 29201
23           803.255.5518
             Wes.moran@nelsonmullins.com
24
25
```

Protected - Subject to Further Protective Review

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3
          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 4        BY:  JAMES B. IRWIN, ESQ.
          400 Poydras Street, Suite 2700
 5        New Orleans, Louisiana 70130-3280
          504.310.2106
 6        Jirwin@irwinllc.com
 7        IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
          BY:  MEERA U. SOSSAMON, ESQ.
 8        400 Poydras Street, Suite 2700
          New Orleans, Louisiana 70130-3280
 9        504.310.2106
          Msossamon@irwinllc.com
10
11
     ALSO PRESENT:
12
          MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                   S T I P U L A T I O N
 2       It is stipulated by and among Counsel that
 3    the videotaped deposition of PETER G. LIECHTY,
 4    M.D., is being taken under the Federal Rules of
 5    Civil Procedure for all purposes permitted under
 6    the law.
 7       The formalities of reading and signing are
 8    waived.
 9       The formalities of sealing, certification
10    and filing are hereby waived.  The party
11    responsible for services of the discovery material
12    shall retain the original.
13       All objections, except those as to the
14    form of the questions and/or the responsiveness of
15    the answers, are reserved until the time of the
16    trial of this cause.
17                     *   *   *   *   *
18           Aurora M. Perrien, Certified Court
19    Reporter, Registered Professional Reporter, in and
20    for the State of Louisiana, officiated in
21    administering the oath to the witness.
22
23
24
25
```

Protected - Subject to Further Protective Review

1    Q.  So even if Mrs. Orr had been on Eliquis or
2    Pradaxa, she could have had the same hemorrhage,
3    couldn't she?
4    A.  Yeah, she could have had the same
5    hemorrhage.  She -- you know, these -- these
6    studies just give some -- some background, but
7    they're not -- they're not perfectly designed, and
8    they're not, you know, Level 1 data.  So yeah.
9    Q.  So you could not say to a reasonable
10   degree of medical certainty that Mrs. Orr's
11   hemorrhage would have been avoided or that her
12   outcome would have been any different on Pradaxa
13   or Eliquis rather than Xarelto, could you?
14   A.  I could not.  No.
15   Q.  In your report, you've talked about
16   testing for the anticoagulant effects of -- of
17   Xarelto and a reversal agent not being available.
18   Those same criticisms would apply equally to
19   Pradaxa and Eliquis at the time of Mrs. Orr's
20   intracerebral hemorrhage, wouldn't it?
21   A.  Correct.
22   Q.  Doctor, on Page 9 of your report, you
23   talked about -- and I'll paraphrase here or kind
24   of summarize here, that Mrs. Orr would have had
25   a -- a different or better outcome if she had been

Protected - Subject to Further Protective Review

```
 1   taking warfarin rather than Xarelto.
 2          Do I have that right?
 3      A.  Let's see.  I don't think that's exactly
 4   what I said.
 5      Q.  Well, summarize it for me then.
 6          What's -- what's your opinion about
 7   whether she would have had a -- either avoided her
 8   hemorrhage or had a better outcome had she been
 9   taking warfarin rather than Xarelto?
10      A.  Well, I think -- I think what I was
11   getting at, the -- what I was getting at is the --
12   the ability to reverse -- I think, you know, she's
13   this -- she's a fairly high risk patient.  The
14   ability to reverse the anticoagulant would
15   probably be something to consider at least.  And
16   -- and that -- and that's why I say that.  Just
17   for increased treatment options in case her
18   increased risks play out.
19      Q.  One of the articles that you mentioned in
20   your report is Laliberté 2014.
21          And just to go through that very quickly,
22   that's also an observational study like Graham and
23   Lip; right?
24      A.  Right.
25      Q.  And to the extent it found a result that
```

Protected - Subject to Further Protective Review

```
 1      Q.   And she was a diabetic for many years and
 2   was taking diabetic medications but was, again,
 3   poorly controlled for her diabetes; right?
 4      A.   Correct.
 5      Q.   So do you have a reason to think she would
 6   have faired better with warfarin and the control
 7   of warfarin within therapeutic range?
 8      A.   Well, I mean, the --
 9           MR. HONNOLD:
10                Object to the form.
11           THE WITNESS:
12                Arguably, it would be easier to
13           respond to -- potentially easier to
14           respond to warfarin than the other
15           medications with -- with recalcitrant
16           hypertension, poorly controlled diabetes.
17   BY MR. PAINE:
18      Q.   Doctor, even when warfarin, which is --
19   sorry.
20           Warfarin has a known reversal agent or a
21   specific reversal agent.  That's Vitamin K; right?
22      A.   Uh-huh.
23      Q.   And even with the availability of
24   Vitamin K, warfarin has an extremely high
25   mortality rate for warfarin-associated --
```

Protected - Subject to Further Protective Review

```
 1      A.   Well, really --
 2      Q.   -- head bleeds?
 3      A.   Well, Vitamin K isn't much of a reversal
 4   agent.  It's just -- it's given and it really
 5   works -- works a week out.  I mean, we're talking
 6   about factor replacement prothrombin complex
 7   concentrate, those things.  That's -- that's
 8   really more of the quote/unquote reversal agent --
 9      Q.   In fact --
10      A.   -- in my -- in my mind.
11      Q.   -- even with the reversal agent, the
12   mortality rate for warfarin-associated
13   intracranial hemorrhage is nearly 60 percent at
14   30 days.  Do you have -- would you dispute that?
15      A.   Well, I mean, some -- some papers --
16           MR. HONNOLD:
17                Object to the form.
18           THE WITNESS:
19                Some papers say that, and then other
20           papers say it's no different.
21   BY MR. PAINE:
22      Q.   No different than what?
23      A.   Intracranial hemorrhage is -- incidence
24   between the two.
25      Q.   But survival, even though warfarin has a
```

Protected - Subject to Further Protective Review

```
 1   hemorrhages are bigger or --
 2       A.  No.
 3       Q.  -- have worse outcomes than
 4   warfarin-related intracranial hemorrhages?
 5       A.  No.  I was just -- I was just pointing out
 6   some of the weaknesses here.  But no.  There --
 7   there's -- I'm not aware of any other paper.
 8       Q.  So do you have any other -- any basis for
 9   your opinion to say that Mrs. Orr would have had a
10   better outcome on warfarin compared to Xarelto?
11       A.  Well, my basis is is that I -- I think --
12   I think that she would have had things in place so
13   CJ could have intervened sooner, potentially.
14       Q.  A reversal agent, namely?
15       A.  A PCC.
16       Q.  Okay.  Do you remember --
17       A.  Vitamin K is of no use in an acute
18   setting.  I mean, it -- it's -- it's -- it's an
19   adjunct.  But it's --
20       Q.  It just takes too long?
21       A.  Well, a week.
22       Q.  Yeah.  So --
23       A.  She didn't have a week.
24       Q.  Do you recall reviewing the medical
25   records in Mrs. Orr's case and seeing that PCC and
```

Protected - Subject to Further Protective Review

 1   FFP were discussed as potential reversal options
 2   for her?
 3        A.   I do recall seeing that.  Yes.  I -- I
 4   don't -- I don't remember if she received them.  I
 5   don't . . .
 6        Q.   Those are the same reversal agents or same
 7   potential reversal agents you just identified for
 8   me as options for warfarin-related ICH, if that's
 9   what Mrs. Orr had been taking; right?
10        A.   Right.
11        Q.   So the same options would have been under
12   consideration with warfarin as they were for
13   Xarelto; correct?
14             MR. HONNOLD:
15                  Object to the form.
16             THE WITNESS:
17                  Just -- well, the main difference was
18             they would have been able to initiate
19             treatment at the initial hospital.  And
20             so --
21   BY MR. PAINE:
22        Q.   But as we know, if there's no additional
23   bleeding, there's no need for a reversal agent;
24   right?
25        A.   Well, the -- the need for the reversal

Protected - Subject to Further Protective Review

```
 1   agent is to be able to proceed with the
 2   ventriculostomies.
 3       Q.  But as we know, there's --
 4       A.  There was no additional bleeding, but it
 5   would have potentially opened the door for him to
 6   intervene sooner.  That -- that's all.
 7           MR. PAINE:
 8               I think I'm going pass the witness at
 9           this point.  Doctor, if I don't get back
10           on the record to -- to say this:  I
11           appreciate your time and your patience
12           answering my questions today.
13           THE WITNESS:
14               Thank you.
15           MR. PAINE:
16               I'll turn you over to my -- my
17           colleague, Mr. -- Mr. . . .
18           MR. IRWIN:
19               Thank you.
20           MR. PAINE:
21               I'll get out of your way.  Sorry.
22           MR. IRWIN:
23               Not a problem.  I won't be long.
24   BY MR. IRWIN:
25       Q.  Doctor, my name's Jim Irwin.
```

Protected - Subject to Further Protective Review

```
 1                    C E R T I F I C A T E
 2       This certification is valid only for
 3    a transcript accompanied by my original signature
 4    and original seal on this page.
 5       I, AURORA M. PERRIEN, Registered Professional
 6    Reporter, Certified Court Reporter, in and for the
 7    State of Louisiana, as the officer before whom
 8    this testimony was taken, do hereby certify that
 9    PETER G. LIECHTY, M.D., after having been duly
10    sworn by me upon the authority of R.S. 37:2554,
11    did testify as hereinbefore set forth in the
12    foregoing 417 pages; that this testimony was
13    reported by me in the stenotype reporting method,
14    was prepared and transcribed by me or under my
15    personal direction and supervision, and is a true
16    and correct transcript to the best of my ability
17    and understanding; that the transcript has been
18    prepared in compliance with transcript format
19    guidelines required by statute or by rules of the
20    board; and that I am informed about the complete
21    arrangement, financial or otherwise, with the
22    person or entity making arrangements for
23    deposition services; that I have acted in
24    compliance with the prohibition on contractual
25    relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25