# EXHIBIT E

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
---------------------------------  §
IN RE:  XARELTO (RIVAROXABAN)      §MDL 2592
PRODUCTS LIABILITY LITIGATION      §
                                   §
                                   §SECTION L
THIS DOCUMENT RELATES TO ALL       §
CASES                              §
                                   §
                                   §JUDGE ELDON E. FALLON
                                   §
                                   §MAG. JUDGE NORTH
                                   §
                                   §
---------------------------------
```

- - -

DECEMBER 9, 2016

- - -

PROTECTED -- SUBJECT TO FURTHER PROTECTIVE REVIEW

Deposition of JAN ROSING, PH.D., held at Simmons & Simmons, Claude Debussylaan 247, 1082 MC Amsterdam, Netherlands, commencing at 9:04 a.m., on the above date, before Trina B. Wellslager, Registered Professional Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 2

```
 1    APPEARANCES:
 2        LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY,
             PROCTOR, P.A.
 3        BY:  NED McWILLIAMS, ESQUIRE
          316 South Baylen Street, Suite 600
 4        Pensacola, Florida  32502
          (800) 277-1193
 5        nmcwilliams@levinlaw.com
 6        DOUGLAS & LONDON
          BY:  LARA J. SAY, ESQUIRE
 7        59 Maiden Lane, 6th Floor
          New York, New York  10038
 8        (800) 963-4444
 9        THE LAMBERT FIRM, PLC
          BY:  EMILY C. JEFFCOTT, ESQUIRE
10        701 Magazine Street
          New Orleans, Louisiana  70130
11        (800) 521-1750
          ejeffcott@thelambertfirm.com
12        Representing Plaintiffs
13
          BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP
14        BY:  MARK S. OUWELEEN, ESQUIRE
          JEANNIE K. TINKHAM, ESQUIRE
15        Courthouse Place
          54 West Hubbard Street, Suite 300
16        Chicago, Illinois  60654
          (312) 494-4435
17        mark.ouweleen@bartlit-beck.com
          jean.tinkham@bartlit-beck.com
18        Representing Defendants Bayer HealthCare
          Pharmaceuticals, Inc., and Bayer Pharma AG
19
20
          VENABLE, LLP
21        BY:  JOHN A, McCAULEY, ESQUIRE
          700 East Pratt Street, Suite 900
22        Baltimore, Maryland  21202
          (410) 244-7400
23        jmccauley@venable.com
          Representing Defendant Janssen Pharmaceuticals,
24        Inc., Janssen Research & Development, LLC, Janssen
          Ortho, LLC, and Johnson and Johnson
25
```

Protected - Subject to Further Protective Review

Page 3

```
 1                         - - -
                         I N D E X
 2                         - - -
 3   Testimony of:  JAN ROSING, PH.D.                    PAGE
 4    DIRECT EXAMINATION BY MR. OUWELEEN                    7
      CROSS-EXAMINATION BY MR. McCAULEY                   204
 5
     CERTIFICATE                                          291
 6   LAWYERS' NOTES                                       292
 7
 8
 9                      E X H I B I T S
                     (Attached to Transcript)
10
         EXHIBITS                                        PAGE
11
     Rosing 1     Expert Report of Jan Rosing, Ph.D.,
12                October 9, 2016, Rosing 001-065          13
13   Rosing 2     Defendants' Notice with Subpoena
                  Duces Tecum of Oral Deposition of Jan
14                Rosing, Ph.D., Pages 1-5                  9
15   Rosing 3     Johnson & Johnson Pharmaceutical
                  Research & Development, LLC, Clinical
16                Summary, 2.7.2 Summary of Clinical
                  Pharmacology Studies, Rivaroxaban,
17                Issue/Report Date 30 December, 2010,
                  Document No. EDMS-PSDB-11431556:3.0,
18                Pages 1-395                              74
19   Rosing 4     "Effects of the Oral, Direct Factor
                  Xa Inhibitor Rivaroxaban on
20                Platelet-Induced Thrombin Generation
                  and Prothrombinase Activity," Pages
21                1398-1407                                81
22   Rosing 5     Errata Sheet to the article "Effects
                  of the Oral, Direct Factor Xa
23                Inhibitor Rivaroxaban on Platelet-
                  Induced Thrombin Generation and
24                Prothrombinase Activity," Page 1368      87
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 4

INDEX TO EXHIBITS (Continued)

| Exhibit | Description | Page |
|---|---|---|
| Rosing 6 | Jan Rosing, Ph.D., Invoice, Xarelto, October 23, 2014 | 135 |
| Rosing 7 | FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), BB 001-388, Reference ID: 2979595 | 157 |
| Rosing 8 | The Wall Street Journal Article, "Analytical Trend Troubles Scientists," Pages 1-7 | 181 |
| Rosing 9 | Journal of Cardiology Article, "Clinical Usefulness of Measuring Prothrombin Time and Soluble Fibrin Levels in Japanese Patients with Atrial Fibrillation Receiving Rivaroxaban," Pages 185-190 | 186 |
| Rosing 10 | Highlights of Prescribing Information for Coumadin, Reference ID: 383949 | 269 |

Protected - Subject to Further Protective Review

Page 5

1      JAN ROSING, PH.D., called as a witness by the
2  Plaintiff, having been first duly sworn, testified as
3  follows:
4          THE WITNESS:  (No response.)
5          MR. OUWELEEN:  You have to say "yes."
6          THE WITNESS:  Sorry, I didn't know what to do.
7          Yes.
8          Is that okay?
9          MR. OUWELEEN:  That's the right answer.
10         THE WITNESS:  I thought I might have to repeat
11    it.
12         MR. OUWELEEN:  I see.
13         MR. McCAULEY:  Mark, I have a statement to make
14    on the record.
15         MR. OUWELEEN:  Sure.
16         Should we state our appearances?
17         THE REPORTER:  Sure.
18         MR. OUWELEEN:  Mark Ouweleen on behalf of
19    Bayer.
20         MR. McCAULEY:  John McCauley on behalf of
21    Janssen.
22         MR. McWILLIAMS:  Ned McWilliams on behalf of
23    the plaintiff.
24         MS. JEFFCOTT:  Emily Jeffcott on behalf of the
25    plaintiffs.

Protected - Subject to Further Protective Review

Page 33

1  which is -- yes.
2     Q.   Are you with me?
3          You say:  It is possible that lower doses might
4  be effective -- as effective as the doses that were
5  tested.
6     A.   That is stated in these papers that I referred
7  to.
8     Q.   Right.  Now, it might be possible but we do not
9  know whether lower doses of rivaroxaban are as effective
10 as the doses that were tested, do we?
11    A.   Well, this is a problem actually with Xarelto
12 and in the treatment of stroke in atrial fibrillation
13 patients.  There has not been the dose-ranging studies.
14 So this is the problem here that, let's say, to
15 establish or conclude about a minimum effective dose,
16 you have to do dose-ranging studies for the particular
17 disease that you'd like to prevent and there are no
18 Phase II dose-ranging studies in atrial fibrillation
19 patients, treatment for stroke risk.
20    Q.   So we do not know whether there are lower doses
21 that are as effective for atrial fibrillation because
22 the study was not done, correct?
23    A.   The study is not done, and I think that studies
24 should have been done.
25    Q.   But because the study has not been done, we do

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 34

1  not know, do we, whether lower doses are as effective?
2       A.   No, not from a study, from a dose-ranging
3  study.
4       Q.   It's impossible to know how the risk benefit
5  profile of a different dosing regimen would compare to
6  the approved doses without conducting a trial, correct?
7       A.   Well, I think the analysis of the FDA with the
8  prothrombin outcome in the Xarelto -- in the Rocket
9  Phase III trial strongly indicates that the lower dose
10 would have been effective, yeah.
11      Q.   Is it your opinion that that prothrombin time
12 analysis proves to a reasonable degree of scientific
13 certainty that a different dose would be as safe and as
14 effective as the approved dose?
15      A.   Well, when you look, let's say, at a figure in
16 my report -- and I copied that from the FDA report --
17 and that's the figure at Page 17 where the FDA analyzed,
18 let's say, the prothrombin data from the Rocket with
19 respect to prothrombin values and percent of stroke and
20 also percent of bleeding and it saw the prothrombin time
21 that was measured in the patients, let's say, when they
22 divided up the patients in quartiles, they saw that low
23 prothrombin times had no advantage with respect to the
24 prevention of stroke compared to high prothrombin times.
25           Yes, that is what this figure tells you.

Protected - Subject to Further Protective Review

Page 36

1 would be as effective but it does not prove to a
2 reasonable degree of scientific certainty --
3     A.    Proof, you only get --
4     Q.    -- that it's effective; is that correct?
5     A.    Proof, you only get, I think, from a
6 dose-ranging study.
7     Q.    Okay.  And there is --
8     A.    Definite proof.
9     Q.    And there is no scientific proof, is there,
10 that a different dose of rivaroxaban would have been as
11 safe and as effective as the approved doses, correct?
12     A.    Since they did not test lower doses of
13 rivaroxaban in atrial fibrillation patients, well, there
14 is no proof because they didn't test it.
15     Q.    Okay.  In your report on Page 5, Paragraph 16,
16 states that -- are you there?  Are you with me?
17 Paragraph 16?
18     A.    Comment 16 on Page 5 --
19     Q.    Uh-hum.
20     A.    -- Statement 16?
21     Q.    Correct.  It says that, quote, "Dose finding
22 before treatment and twice-daily dosing, BID, with a
23 reduction of the total daily dose instead of a
24 once-daily dosing regimen, OD, will reduce major
25 bleeding while maintaining ischemic stroke protection."

Protected - Subject to Further Protective Review

Page 38

1     analysis.
2     A.   Can you repeat the question?
3  BY MR. OUWELEEN:
4     Q.   Yeah.
5         Mr. McWilliams has to state certain objections
6  to maintain his rights to object to testimony at a later
7  time. But unless he tells you not to answer, you should
8  answer the question. Do you understand that?
9     A.   I have to answer the question?
10    Q.   You do have to answer the question.
11    A.   Can you repeat, then, the question?
12    Q.   Sure.
13    A.   Sorry, yeah.
14    Q.   The question is: You do not have clinical
15  evidence or other data that establishes, to a reasonable
16  degree of scientific certainty, that twice daily instead
17  of once-daily rivaroxaban reduces major bleeding while
18  maintaining ischemic stroke prevention?
19        MR. McWILLIAMS: Object to form. You misstated
20    his opinion. You said with a reduction in the total
21    daily dose.
22    Q.   Is that correct?
23    A.   Well, there is not a dose-finding study. So I
24  think 100 percent scientific proof, you only get when
25  you do a dose-finding study for rivaroxaban in atrial

Protected - Subject to Further Protective Review

Page 39

 1   fibrillation patients.
 2         Let's say, similar drugs that work via a
 3   similar mode of action like apixaban and which have a,
 4   let's say, similar kinetic, pharmacokinetic behavior are
 5   dosed twice a day; and there are papers in literature
 6   who say that this is the best thing to do, is
 7   twice-daily dosing.  So why did they choose it for
 8   dabigatran, why did they use it for apixaban, which are
 9   highly similar drugs with a similar pharmacokinetic
10   behavior?  And apixaban is even, also, targeting
11   Factor Xa.  There, they choose for twice-daily dosing.
12         And there are colleagues who argue that this
13   example actually underscores the use of twice-daily
14   dosing in the case of Xarelto.
15         But definite proof, I agree; scientific proof,
16   you need to do a dose-finding study, which was not done.
17      Q.  On Page 21, you write that -- let's see, where
18   is it.
19         In the sixth line down, you say:  "In patients
20   with PT values greater than 19.8 seconds determined
21   approximately 14 hours after rivaroxaban administration,
22   either the dose of rivaroxaban has to be reduced to
23   attain a PT value in the range of that observed in
24   patient quartiles with lower bleeding risks -- and then
25   you have a parenthetical, and then you say, or the

Protected - Subject to Further Protective Review

Page 40

1  rivaroxaban must be discontinued."
2      When you say "rivaroxaban must be
3  discontinued," do you mean it must be replaced with
4  another therapy?
5      A.   Yes.
6      Q.   Such as warfarin, correct?
7      A.   Or dabigatran or another drug, apixaban.
8      Q.   You're not offering any opinion on how much the
9  dose of rivaroxaban would need to be reduced to lower
10 bleeding risk while maintaining stroke protection, are
11 you?
12     A.   Unless -- until you do a dose-finding study, it
13 is difficult to draw a definite conclusion what would be
14 the minimal dose that is effective.  But I, myself, have
15 a feeling that a considerably lower dose of Xarelto will
16 be effective in preventing stroke.
17     Q.   My question, Dr. Rosing, is:  Are you offering
18 any opinion on what the alternative dose of rivaroxaban
19 should be?
20     A.   Not in numbers.
21     Q.   Your opinion is that it should be lower, but
22 you are not offering an opinion about how much lower,
23 correct?
24     A.   We can start a kind of discussion about what I
25 think I would try in a dose-finding trial, but this is,

Protected - Subject to Further Protective Review

Page 41

1  let's say, my personal opinion.
2      Q.   It's not based on scientific evidence?
3      A.   It is not based on scientific evidence.
4      Q.   Would you agree that if you --
5      A.   Well, it is based on -- well, not based on
6  scientific evidence.  Let's say my opinion about this is
7  based on my knowledge of how Xarelto inhibits -- or
8  rivaroxaban -- let's call it rivaroxaban -- inhibits
9  coagulation.
10          And let's say a drug that, in a considerable
11 number of patients, is constantly at a level at which
12 all Factor Xa that is generated can be inhibited, I
13 think is a dangerous drug because, let's say, it stops
14 all clotting; and that means that you are -- it's very
15 nice for preventing stroke; but at the same time, you're
16 at a high bleeding risk.
17          So let's say looking as a coagulation expert at
18 doses of rivaroxaban given and looking at the
19 pharmacokinetic data and the levels of rivaroxaban to
20 which a certain number of patients are exposed during
21 24 hours, I think this is -- and I use my own words and
22 tones, that is a killing dose for Factor Xa.
23          So let's say, for me, this is a very dangerous
24 dose.  So I would half it or probably take a quarter of
25 that amount, which is, in my opinion, from a coagulation

Protected - Subject to Further Protective Review

Page 52

1  direct relation between the exposure to an anticoagulant
2  drug and the risk of bleeding.
3      Q.   You don't have any evidence of what the risk of
4  bleeding would have been at any given alternative dose,
5  correct?
6          MR. McWILLIAMS:  Object to the form.  Asked and
7      answered.
8      A.   Yeah, I think this is -- I tried to answer that
9  on the basis of the prothrombin measurement in the
10 ROCKET where the prothrombin measurement is
11 proportionate to the dose and to the exposure, and I
12 think exposure is proportional to dosing:  When you give
13 a higher dose, you get a higher exposure.
14     Q.   Do you have any evidence about any patients'
15 bleeding outcome on a different dose than the doses
16 given in ROCKET?
17     A.   There is no evidence because I think, let's
18 say, there are no patients in ROCKET where they changed
19 the dose and looked, as a result of that dose, changing
20 the dose on bleeding.
21     Q.   So there is no --
22     A.   Because there is no dose-ranging study and not
23 at all in individual patients.
24     Q.   Is it true that for any drug -- well, I'll
25 withdraw the question.

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 291

```
 1                   C E R T I F I C A T E
 2
 3          I, TRINA B. WELLSLAGER, Registered Professional
 4   Reporter and Notary Public, do hereby certify that,
 5   pursuant to notice, the deposition of JAN ROSING, PH.D.,
 6   was duly taken on December 9, 2016, at 9:04 a.m. before
 7   me.
 8          The said JAN ROSING, PH.D., was duly sworn by
 9   me according to law to tell the truth, the whole truth
10   and nothing but the truth and thereupon did testify as
11   set forth in the above transcript of testimony.  The
12   testimony was taken down stenographically by me.  I do
13   further certify that the above deposition is full,
14   complete, and a true record of all the testimony given
15   by the said witness.
16
17                  _____
18          Trina B. Wellslager, RPR
19
20          (The foregoing certification of this transcript
21   does not apply to any reproduction of the same by any
22   means, unless under the direct control and/or
23   supervision of the certifying reporter.)
24
25
```