# EXHIBIT K

Protected - Subject to Further Protective Review

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO                )
(RIVAROXABAN) PRODUCTS         )
LIABILITY LITIGATION           )  MDL No.:  2592
                               )  Section:  L
                               )  Judge Eldon E. Fallon
                               )  Mag. Judge North
                               )
THIS DOCUMENT RELATES          )
TO ALL CASES                   )



PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
VOLUME I

     Videotaped Deposition of LAURA M. PLUNKETT,
Ph.D., taken on Tuesday, December 6, 2016, in the
office of The Lambert Firm, A.P.L.C., 701 Magazine
Street, New Orleans, Louisiana 70130, commencing
at 8:02 a.m.




Reported by:
AURORA M. PERRIEN
CERTIFIED COURT REPORTER
REGISTERED PROFESSIONAL REPORTER

Protected - Subject to Further Protective Review

Page 2

1                    I N D E X

                                    Page

2

    Caption............................1

3

    Appearances........................4

4

    Agreement of Counsel...............6

5

    Witness' Certificate.............543

6

    Reporter's Certificate...........544

7
8

            E X A M I N A T I O N

9

    MR. IRWIN..........................9

10

    MR. HOROWITZ.....................109

11
12
13              E X H I B I T S
14      Exhibit No. 1......................19
        Full Prescribing Information

15

        Exhibit No. 2......................19
16      Highlights of Prescribing Information
17      Exhibit No. 3......................20
        Medication Guide, Xarelto tablets

18

        Exhibit No. 4
19      List of Testimony for Dr. Laura M.
        Plunkett, Ph.d. DABT

20

        Exhibit No. 5......................25
21      Defendants' Notice with Subpoena Duces
        Tecum of Oral Videotaped Deposition...

22

        Exhibit No. 6......................26
23      Integrative Biostrategies (invoices)
24      Exhibit No. 7......................35
        Expert Report of Laura M. Plunkett,
25      Ph.D., D.A.B.T

Protected - Subject to Further Protective Review

1       Exhibit No. 8......................230
        2.7.2 Summary of Clinical Pharmacology
2       Studies, Rivaroxaban
3       Exhibit No. 9......................296
        Approaches to Demonstrate Bioequivalence
4       of Narrow Therapeutic Drug Index Drugs
5       Exhibit No. 10.....................306
        "Therapeutic Equivalence of Generic
6       Drugs - Response to National Association
        of Boards of Pharmacy"
7
        Exhibit No. 11.....................314
8       "A novel, rapid method to compare the
        therapeutic windows of oral
9       Anticoagulants using the Hill coefficient"
10      Exhibit No. 12.....................405
        In Vitro Diagnostic Testing for Direct
11      Oral Anticoagulants, dated 10/26/15
12      Exhibit No. 13.....................410
        Extract of the FDA Feedback STA -
13      Rivaroxaban Calibrator & Control
14      Exhibit No. 14.....................415
        FDA Draft Briefing Document for the
15      Cardiovascular and Renal Drugs Advisory
        Committee (CRDAC)
16
        Exhibit No. 15.....................442
17      "Laboratory assessment of rivaroxaban:
        a review"
18
        Exhibit No. 16
19      "Clinical Pharmacokinetic and
        Pharmacodynamic Profile of Rivaroxaban"
20
21
22
23
24
    **Reporter's Note:  Exhibit Nos. 4 and 16 were
25  marked but not identified on the record.

Golkow Technologies,  Inc - 877.370.3377

Protected - Subject to Further Protective Review

Page 4

```
 1              A P P E A R A N C E S
 2    REPRESENTING PLAINTIFFS:
 3           SCHLICHTER, BOGARD & DENTON, L.L.P.
             BY:  ROGER DENTON, ESQ.
 4           100 South 4th Street, Suite 1200
             St. Louis, Missouri 63102
 5           314.621.6115
             Rdenton@uselaws.com
 6
             GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 7           WARSHAUER, L.L.C., at times noted
             BY:  GERALD E. MEUNIER, ESQ.
 8           1100 Poydras Street, Suite 2800
             New Orleans, Louisiana 70163-2800
 9           504.522.2304
             Gmeunier@gainsben.com
10
11
      REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
12    INC., and BAYER PHARMA AG:
13           KAYE SCHOLER, L.L.P.
             BY:  JEFFREY H. HOROWITZ, ESQ.
14           250 West 55th Street
             New York, New York 10019-9710
15           212.836.7572
             Jeffrey.horowitz@kayescholer.com
16
             BRADLEY, ARANT, BOULT, CUMMINGS, L.L.P.
17           BY:  LINDSEY C. BONEY, IV, ESQ.
             1819 Fifth Avenue North
18           Birmingham, Alabama 35203-2119
             205.521.8914
19           Lboney@bradley.com
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

```
                                                      Page 5
 1    REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
      JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2    ORTHO, L.L.C.:
 3            IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
              BY:  JAMES B. IRWIN, ESQ.
 4            400 Poydras Street, Suite 2700
              New Orleans, Louisiana 70130-3280
 5            504.310.2106
              Jirwin@irwinllc.com
 6
              IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 7            BY:  MEERA U. SOSSAMON, ESQ.
              400 Poydras Street, Suite 2700
 8            New Orleans, Louisiana 70130-3280
              504.310.2106
 9            Msossamon@irwinllc.com
10
11    ALSO PRESENT:
12            MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 6

1                    S T I P U L A T I O N

2        It is stipulated by and among Counsel that

3    the videotaped deposition of LAURA M. PLUNKETT,

4    Ph.D., is being taken under the Federal Rules of

5    Civil Procedure for all purposes permitted under

6    the law.

7        The formalities of reading and signing are

8    not waived.

9        The formalities of sealing, certification

10   and filing are not hereby waived.  The party

11   responsible for services of the discovery material

12   shall retain the original.

13       All objections, except those as to the

14   form of the questions and/or the responsiveness of

15   the answers, are reserved until the time of the

16   trial of this cause.

17                    *   *   *   *   *

18            Aurora M. Perrien, Certified Court

19   Reporter, Registered Professional Reporter, in and

20   for the State of Louisiana, officiated in

21   administering the oath to the witness.

22

23

24

25

Page 342

 1    for Xarelto?

 2            MR. DENTON:

 3                Object to the form.

 4            THE WITNESS:

 5                I believe it would be appropriate

 6            based upon the data.  And I believe that's

 7            consistent with -- with what FDA says when

 8            they talk about the use of monitoring as a

 9            way to protect patient health.

10    BY MR. HOROWITZ:

11        Q.  Well, we -- you -- you understand that the

12    drug was approved without monitoring; right?

13        A.  I already answered that for you.  I said

14    yes, I am aware.

15        Q.  Okay.  Is it your view that Xarelto is

16    currently unsafe without monitoring?

17        A.  I don't think I formed an opinion that

18    it's absolutely unsafe.  But I have certainly

19    formed the opinion that patient safety is at risk

20    without monitoring.

21                So the idea that we -- because we -- we

22    have a tool that could indeed be used at certain

23    times -- not necessarily has to be done on a

24    monthly basis, but if there's changes in the

25    patient status over the initiation of the therapy,

Protected - Subject to Further Protective Review

Page 343

1   certainly at the beginning, to understand whether

2   the 20-milligram dose is -- is -- is appropriate

3   for everyone -- this is all information that was

4   missing as described by FDA in the -- in their

5   analysis.  Their -- the minimal effective dose was

6   not identified in the -- in the clinical trial.

7            And you're right.  They approved it.  But

8   they also pointed out that that information was

9   lacking.

10           So do I -- yes.  I do believe that -- that

11   monitoring will improve patient safety and that it

12   should be implemented.  I do believe it should be

13   implemented for this drug and could be done based

14   on the information and the tests we already have

15   available.

16      Q.  Is it your view that Xarelto is currently

17   safe and effective but that monitoring might

18   increase the safety?

19           MR. DENTON:

20               Object to the form.

21           THE WITNESS:

22               I believe that -- I don't disagree

23               that the clinical trial data show that the

24               drug had -- could be used safely -- safely

25               and effectively in certain populations,

Protected - Subject to Further Protective Review

Page 544

```
 1              C E R T I F I C A T E
 2      This certification is valid only for
 3   a transcript accompanied by my original signature
 4   and original seal on this page.
 5      I, AURORA M. PERRIEN, Registered Professional
 6   Reporter, Certified Court Reporter, in and for the
 7   State of Louisiana, as the officer before whom
 8   this testimony was taken, do hereby certify that
 9   LAURA M. PLUNKETT, PH.D., after having been duly
10   sworn by me upon the authority of R.S. 37:2554,
11   did testify as hereinbefore set forth in the
12   foregoing 543 pages; that this testimony was
13   reported by me in the stenotype reporting method,
14   was prepared and transcribed by me or under my
15   personal direction and supervision, and is a true
16   and correct transcript to the best of my ability
17   and understanding; that the transcript has been
18   prepared in compliance with transcript format
19   guidelines required by statute or by rules of the
20   board; and that I am informed about the complete
21   arrangement, financial or otherwise, with the
22   person or entity making arrangements for
23   deposition services; that I have acted in
24   compliance with the prohibition on contractual
25   relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

Page 545

1   Civil Procedure Article 1434 and in rules and

2   advisory opinions of the board; that I have no

3   actual knowledge of any prohibited employment or

4   contractual relationship, direct or indirect,

5   between a court reporting firm and any party

6   litigant in this matter nor is there any such

7   relationship between myself and a party litigant

8   in this matter.  I am not related to counsel or to

9   the parties herein, nor am I otherwise interested

10  in the outcome of this matter.

11

12

13

14

15              AURORA M. PERRIEN, CCR, RPR

16

17

18

19

20

21

22

23

24

25

Protected - Subject to Further Protective Review

Page 546

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO            )
(RIVAROXABAN) PRODUCTS     )
LIABILITY LITIGATION       )   MDL No.:  2592
                           )   Section:  L
                           )   Judge Eldon E. Fallon
                           )   Mag. Judge North
                           )
THIS DOCUMENT RELATES      )
TO ALL CASES               )


PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
VOLUME II


   Videotaped Deposition of LAURA M. PLUNKETT,
Ph.D., taken on Wednesday, December 7, 2016, in
the office of The Lambert Firm, A.P.L.C., 701
Magazine Street, New Orleans, Louisiana 70130,
commencing at 8:34 a.m.


Reported by:
AURORA M. PERRIEN
CERTIFIED COURT REPORTER
REGISTERED PROFESSIONAL REPORTER

Protected - Subject to Further Protective Review

Page 547

1                        I N D E X
                                              Page
2
        Caption...........................546
3
        Appearances.......................550
4
        Agreement of Counsel..............552
5
        Witness' Certificate..............713
6
        Reporter's Certificate............714
7
8
                    E X A M I N A T I O N
9
        MR. HOROWITZ......................553
10
        MR. IRWIN........................633
11
12
13                      E X H I B I T S
14      Exhibit No. 17....................554
        "New oral anticoagulants:  clinical
15      indications, monitoring and treatment
        of acute bleeding complications"
16
        Exhibit No. 18....................559
17      "Practical guidance for using rivaroxaban
        in patients with atrial fibrillation:
18      balancing benefit and risk"
19      Exhibit No. 19....................565
        "Urgent monitoring of direct oral
20      anticoagulants in patients with atrial
        fibrillation:  a tentative approach
21      based on routine laboratory tests"
22      Exhibit No. 20....................571
        "Clinical usefulness of measuring
23      prothrombin time and soluble fibrin
        levels in Japanese patient with atrial
24      fibrillation receiving rivaroxaban"
25

Protected - Subject to Further Protective Review

Page 548

 1        Exhibit No. 21....................579
          "Population Pharmacokinetics and
 2        Pharmacodynamics of Rivaroxaban
          in Patients with No-valvular Atrial
 3        Fibrillation:  Results from ROCKET AF"
 4        Exhibit No. 22....................602
          "Lack of significant bleeding despite
 5        large acute rivaroxaban overdose
          confirmed with whole blood concentrations"
 6
          Exhibit No. 23....................602
 7        "Massive human rivaroxaban overdose"
 8        Exhibit No. 24....................602
          "Monitoring the anticoagulant effect
 9        after a massive rivaroxaban overdose"
10        Exhibit No. 25....................614
          "Safety, pharmacodynamics, and
11        pharmacokinetics of single doses of
          BAY 59-7939, an oral, direct factor Xa
12        inhibitor"
13        Exhibit No. 26....................621
          "Rivaroxaban and other novel oral
14        anticoagulants:  Pharmacokinetics in
          healthy subjects, specific patient
15        populations and relevance of
          coagulation monitoring"
16
          Exhibit No. 27....................650
17        "Rivaroxaban versus Warfarin in
          Nonvalvular Atrial Fibrillation"
18
          Exhibit No. 28....................651
19        Center for Drug Evaluation and Research,
          Summary Review
20
          Exhibit No. 29....................656
21        Memorandum of Meeting Minutes, Meeting
          Date:  7/25/03
22
          Exhibit No. 30....................660
23        Center for Drug Evaluation and Research,
          Cross Discipline Team Leader Review
24
25

Protected - Subject to Further Protective Review

Page 549

1          Exhibit No. 31....................668
           Expert Report of Laura M. Plunkett,
2          Ph.D., D.A.B.T. (color version)
3          Exhibit No. 32....................686
           Highlights of Prescribing Information
4          [A1], (red-lined/in-edit version),
           XARELTO_JANSSEN_00000176
5
           Exhibit No. 33....................696
6          Highlights of Prescribing Information
7          Exhibit No. 34
           (Articles brought by the witness,
8          in-globo)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
     **Reporter's Note:  Counsel marked Exhibit No. 34
25   after the proceedings concluded.

Protected - Subject to Further Protective Review

Page 550

```
 1            A P P E A R A N C E S
 2   REPRESENTING PLAINTIFFS:
 3        GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
          WARSHAUER, L.L.C.
 4        BY:  GERALD E. MEUNIER, ESQ.
          1100 Poydras Street, Suite 2800
 5        New Orleans, Louisiana 70163-2800
          504.522.2304
 6        Gmeunier@gainsben.com
 7
 8   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
     INC., and BAYER PHARMA AG:
 9
          KAYE SCHOLER, L.L.P.
10        BY:  JEFFREY H. HOROWITZ, ESQ.
          250 West 55th Street
11        New York, New York 10019-9710
          212.836.7572
12        Jeffrey.horowitz@kayescholer.com
13        BRADLEY, ARANT, BOULT, CUMMINGS, L.L.P.
          BY:  LINDSEY C. BONEY, IV, ESQ.
14        1819 Fifth Avenue North
          Birmingham, Alabama 35203-2119
15        205.521.8914
          Lboney@bradley.com
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 551

1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
    JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
2   ORTHO, L.L.C.:
3           IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
            BY:  JAMES B. IRWIN, ESQ.
4           400 Poydras Street, Suite 2700
            New Orleans, Louisiana 70130-3280
5           504.310.2106
            Jirwin@irwinllc.com
6
            IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
7           BY:  MEERA U. SOSSAMON, ESQ.
            400 Poydras Street, Suite 2700
8           New Orleans, Louisiana 70130-3280
            504.310.2106
9           Msossamon@irwinllc.com
10
11  ALSO PRESENT:
12          MARK ANCALADE, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25

Protected - Subject to Further Protective Review

Page 552

1                    S T I P U L A T I O N

2      It is stipulated by and among Counsel that

3    the videotaped deposition of LAURA M. PLUNKETT,

4    Ph.D., is being taken under the Federal Rules of

5    Civil Procedure for all purposes permitted under

6    the law.

7       The formalities of reading and signing are

8    not waived.

9       The formalities of sealing, certification

10   and filing are not hereby waived.  The party

11   responsible for services of the discovery material

12   shall retain the original.

13      All objections, except those as to the

14   form of the questions and/or the responsiveness of

15   the answers, are reserved until the time of the

16   trial of this cause.

17                   *   *   *   *   *

18             Aurora M. Perrien, Certified Court

19   Reporter, Registered Professional Reporter, in and

20   for the State of Louisiana, officiated in

21   administering the oath to the witness.

22

23

24

25

Protected - Subject to Further Protective Review

Page 595

1           And then it says -- the medical officer

2    reviewers go on to say, but "Alternatively, a BID

3    dosing schedule" within "its higher" -- "with" --

4    "with its higher trough values might exacerbate

5    this bleeding proclivity if the same total daily

6    dose is used."

7           Did I read that correctly?

8       A.  You read it correctly.

9       Q.  And what the FDA reviewers are saying here

10   is it's also possible that bleeding is correlated

11   with higher trough values; correct?

12      A.  They're raising a possibility.  Yes.

13   That's what they're -- that's what they're

14   discussing.

15      Q.  Right.  In which case, if it's higher

16   trough values, then a twice-daily regimen would

17   actually cause more bleeding than a once-daily

18   regimen; correct?

19      A.  Of the same daily dose, yes.  It's -- in

20   other words, you -- it depends on -- it depends on

21   whether or not the peaks and troughs would fit

22   exactly as the simulation.  But it -- it -- it's a

23   possibility they're raising it based on the

24   simulation.

25      Q.  That if it's the trough values that'll

Protected - Subject to Further Protective Review

Page 714

1                    C E R T I F I C A T E

2       This certification is valid only for

3    a transcript accompanied by my original signature

4    and original seal on this page.

5       I, AURORA M. PERRIEN, Registered Professional

6    Reporter, Certified Court Reporter, in and for the

7    State of Louisiana, as the officer before whom

8    this testimony was taken, do hereby certify that

9    LAURA M. PLUNKETT, PH.D., after having been duly

10   sworn by me upon the authority of R.S. 37:2554,

11   did testify as hereinbefore set forth in the

12   foregoing 168 pages; that this testimony was

13   reported by me in the stenotype reporting method,

14   was prepared and transcribed by me or under my

15   personal direction and supervision, and is a true

16   and correct transcript to the best of my ability

17   and understanding; that the transcript has been

18   prepared in compliance with transcript format

19   guidelines required by statute or by rules of the

20   board; and that I am informed about the complete

21   arrangement, financial or otherwise, with the

22   person or entity making arrangements for

23   deposition services; that I have acted in

24   compliance with the prohibition on contractual

25   relationships, as defined by Louisiana Code of

Protected - Subject to Further Protective Review

Page 715

1    Civil Procedure Article 1434 and in rules and

2    advisory opinions of the board; that I have no

3    actual knowledge of any prohibited employment or

4    contractual relationship, direct or indirect,

5    between a court reporting firm and any party

6    litigant in this matter nor is there any such

7    relationship between myself and a party litigant

8    in this matter.  I am not related to counsel or to

9    the parties herein, nor am I otherwise interested

10   in the outcome of this matter.

11

12

13

14

15                  AURORA M. PERRIEN, CCR, RPR

16

17

18

19

20

21

22

23

24

25