# EXHIBIT L

Protected - Subject To Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    * * * * * * * * * * * * * * * * * * * * * *
                                         MDL 2592
 5                                       Section L
      IN RE: XARELTO                     JUDGE ELDON E.
 6    (Rivaroxaban) PRODUCTS             FALLON
      LIABILITY LITIGATION               MAG. JUDGE
 7                                       MICHAEL B. NORTH
 8
 9    * * * * * * * * * * * * * * * * * * * * * *
10
11    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12
13
                  VIDEOTAPED EXPERT DEPOSITION
14
                              OF
15
                  CINDY A. LEISSINGER, M.D.
16
             Taken on Tuesday, November 15, 2016
17
                    Commencing at 9:09 a.m.
18
                              At
19
                    THE LAMBERT LAW FIRM
20
                      701 Magazine Street
21
                     New Orleans, Louisiana
22
23
24
25
```

Protected - Subject To Further Protective Review

```
 1   APPEARANCES:
 2
 3   ATTORNEYS FOR PLAINTIFFS
 4
 5   LEVIN PAPANTONIO THOMAS MITCHELL
     RAFFERTY PROCTOR, P.A.
 6   316 South Baylen Street, Suite 600
     Pensacola, Florida  32502
 7   850.435.7000
     nmcwilliams@levinlaw.com
 8   BY:  NED MCWILLIAMS, ESQ.
 9
10   THE LAMBERT FIRM
     701 Magazine Street
11   New Orleans, Louisiana 70130
     504.581.1750
12   ejeffcott@thelambertfirm.com
     BY: EMILY C. JEFFCOTT, ESQ.
13
14   DOUGLAS & LONDON
     59 Maiden Lane, Sixth Floor
15   New York, New York  10038
     212.566-7500
16   lsay@douglasandlondon.com
     BY:  LARA J. SAY, ESQ.
17
18   ATTORNEYS FOR DEFENDANT BAYER
19
20   KAYE SCHOLER, LLP
     1999 Avenue of the Stars,
21   Suite 1600
     Los Angeles, California  90067-6048
22   310.788.1278
     pamela.yates@kayescholer.com
23   bert.slonim@kayescholer.com
     BY: PAMELA J. YATES, ESQ.
24       BERT L. SLONIM, ESQ.
25
```

Protected - Subject To Further Protective Review

```
 1   APPEARANCES (CONTINUED):
 2
 3   ATTORNEYS FOR DEFENDANT JANSSEN
 4
 5   VENABLE LLP
     750 East Pratt Street
 6   Suite 900
     Baltimore, Maryland 21202
 7   410.244.7655
     jmccauley@venable.com
 8   BY: JOHN A. MCCAULEY, ESQ.
 9
10   ATTORNEYS FOR DEFENDANT JANSSEN
11
12   BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
     909 Poydras Street
13   24th Floor
     New Orleans, Louisiana 70112
14   504.589.9733
     rsarver@barrassousdin.com
15   msharko@barrassousdin.com
     BY: RICHARD E. SARVER, ESQ.
16       MADISON A. SHARKO, ESQ.
17
18   VIDEOTAPED BY:
         MARK ANCALADE
19
20   REPORTED BY:
         Marybeth E. Muir, CCR, RPR
21       Certified Court Reporter
         In and for the State of
22       Louisiana and Registered
         Professional Reporter
23
24
25
```

Protected - Subject To Further Protective Review

```
 1      * * * * * * * * * * * * * * * * * * * * * * * *
 2
                            I N D E X
 3                                                         Page
        Caption                                             1
 4
        Appearances                                         2-3
 5
        Stipulation                                         7
 6
        Examination
 7          Ms. Yates                                       9
            Mr. McCauley                                    324
 8          Mr. McWilliams                                  351
 9
        Reporter's Certificate                              354
10
11
                           EXHIBITS
12
        Exhibit No. 1    Defendants' Notice with
13                       Subpoena Duces Tecum of
                         Oral Videotaped Deposition
14                       of Cindy A. Leissinger, MD         15
15      Exhibit No. 2    Defendants' Amended Notice
                         with Subpoena Duces Tecum
16                       of Oral Videotaped Deposition
                         of Cindy A. Leissinger, MD         18
17
        Exhibit No. 3    Invoices, 10/31/16, 9/30/16        19
18                       and 8/31/16
        Exhibit No. 4    Curriculum Vitae                   21
19
        Exhibit No. 5    Expert Report of Cindy A.
20                       Leissinger, M.D., 10/14/16         35
21      Exhibit No. 6    List of additional materials
                         relied upon                        36
22
        Exhibit No. 7    Heparin-Calibrated
23                       Chromogenic Anti-Xa Activity
                         Measurements in Patients
24                       Receiving Rivaroxaban: Can
                         This Test Be Used to Quantify
25                       Drug Level?                        150
```

```
 1                        EXHIBITS
     Exhibit No. 8    Dabigatran With or Without
 2                    Concomitant Aspirin Compared
                      With Warfarin Alone in
 3                    Patients With Nonvalvular
                      Atrial Fibrillation
 4                    (PETRO study)                   199
 5   Exhibit No. 9    Apixaban Exposure and Anti-Xa
                      Activity in Nonvalvular Atrial
 6                    Fibrillation Patients: An
                      Application of Population
 7                    PK/PD Analysis                  202
 8   Exhibit No. 10   Randomised, parallel-group,
                      multicentre, multinational
 9                    phase 2 study comparing
                      edoxaban, an oral factor Xa
10                    inhibitor, with warfarin for
                      stroke prevention in patients
11                    with atrial fibrillation        204
12   Exhibit No. 11   Clinical pharmacokinetic and
                      pharmacodynamic profile of
13                    rivaroxaban                     212
14   Exhibit No. 12   Clinical Pharmacology Review,
                      1/5/11                          246
15
     Exhibit No. 13   EMA concludes defective device
16                    in ROCKET study does not impact
                      Xarelto's safety, 5/2/16        271
17
     Exhibit No. 14   FDA analyses conclude that
18                    Xarelto clinical trial results
                      were not affected by faulty
19                    monitoring device, 10/11/2016   272
20   Exhibit No. 15   New analyses of point-of-care
                      monitoring in ROCKET AF trial
21                    published                       275
22   Exhibit No. 16   Xarelto Prescribing
                      Information                     297
23
     Exhibit No. 17   Center for Drug Evaluation
24                    and Research, Application
                      Number: 202439Orig1s000
25                    Medical Review(s)               308
```

Protected - Subject To Further Protective Review

```
 1
                         EXHIBITS
 2
     Exhibit No. 18   Collaborative Development
 3                    and License Agreement by
                      and between Bayer
 4                    Healthcare AG and
                      Ortho-McNeil
 5                    Pharmaceutical, Inc.,
                      dated as of October 1, 2005    325
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject To Further Protective Review

```
 1                    S T I P U L A T I O N
 2            It is stipulated and agreed by and between
 3    Counsel that the testimony of the witness, CINDY
 4    A. LEISSINGER, M.D., is hereby being taken pursuant
 5    to Notice under the Federal Rules of Civil Procedure
 6    for all purposes permitted under law.
 7            The witness waives the right to read and
 8    sign the deposition. The original is to be delivered
 9    to and retained by PAMELA J. YATES, ESQUIRE, for
10    proper filing with the Clerk of Court.
11            All objections, except those as to the form
12    of the questions and/or responsiveness of the
13    answers, are reserved until the time of the trial of
14    this cause.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A.   Oh, it surely would be.
 2        Q.   Right, because that would actually tell you
 3   if the patients, at the high end or low end, are
 4   experiencing either a lack of efficacy or a bleeding
 5   risk, right?
 6        A.   Yes.
 7        Q.   Do you have that data?
 8        A.   No.  Does anybody have that data?
 9        Q.   I'm not here to answer questions, Doctor.
10   I'm only here to ask them.  I apologize.
11        A.   I would love to see that data.  And
12   actually, on Page 8 and 9, we actually include
13   graphs of that very -- those -- that very issue with
14   edoxaban and with dabigatran where -- where trough
15   levels are correlated to the probability of stroke
16   and probabil- -- and -- and, indeed, until we are
17   able to look at that kind of data, we are not really
18   able to understand what these minimally effective
19   doses are, et cetera.
20        Q.   Right.
21             And so the only way for you to have an
22   opinion to a reasonable degree of medical certainty
23   that BID dosing in an atrial fibrillation patient
24   versus OD dosing is safer and more effective would
25   be to actually have that data and make the
```

Protected - Subject To Further Protective Review

```
 1   comparison?
 2        A.   That's correct.
 3        Q.   And you're saying that you don't have that
 4   data, correct?
 5        A.   I'm saying that.
 6        Q.   Are there any corrections that you would
 7   like to make to your report as we sit here today?
 8        A.   I think I found a couple of typos, but other
 9   than that, I don't -- let me see.
10        Q.   Typos I'm fine with.
11        A.   Yeah.
12        Q.   Unless it's missing a "not" or a "does not"
13   or --
14             MR. MCWILLIAMS:  She said typo.
15        A.   There was one thing.  Hold on one second.  I
16   think it's misstated.  Let's see.  I cannot remember
17   exactly what it was.  I'm sorry, I can't -- there
18   was a place where -- where I was looking back at
19   some of the -- the -- either the PK or PD data and
20   saying that this was higher than a peak or trough.
21   Anyway, I think -- I think it was confused.  I think
22   it should have been the other, where I said it was
23   higher than the trough, and it should have been
24   higher than a peak.  But anyway, I can't find it
25   right now, I mean --
```

Protected - Subject To Further Protective Review

```
 1                    C E R T I F I C A T E

 2

 3            Certification is valid only for a transcript

 4    accompanied by my original signature and

 5    Original required seal on this page.

 6

 7            I, Marybeth E. Muir, Certified Court

 8    Reporter in and for the State of Louisiana, and

 9    Registered Professional Reporter, as the officer

10    before whom this testimony was taken, do hereby

11    certify that CINDY A. LEISSINGER, M.D., after

12    having been duly sworn by me upon authority of R.S.

13    37:2554, did testify as hereinbefore set forth in

14    the foregoing 353 pages; that this testimony was

15    reported by me in the stenotype reporting method,

16    was prepared and transcribed by me or under my

17    personal direction and supervision, and is a true

18    and correct transcript to the best of my ability and

19    understanding; that the transcript has been prepared

20    in compliance with transcript format guidelines

21    required by statute or by rules of the board, and

22    that I am informed about the complete arrangement,

23    financial or otherwise, with the person or entity

24    making arrangements for deposition services; that I

25    have acted in compliance with the prohibition on
```

Protected - Subject To Further Protective Review

```
 1   contractual relationships, as defined by Louisiana
 2   Code of Civil Procedure Article 1434 and in rules
 3   and advisory opinions of the board; that I have no
 4   actual knowledge of any prohibited employment or
 5   contractual relationship, direct or indirect,
 6   between a court reporting firm and any party
 7   litigant in this matter nor is there any such
 8   relationship between myself and a party litigant in
 9   this matter.  I am not related to counsel or to the
10   parties herein, nor am I otherwise interested in the
11   outcome of this matter.
12
13
         This 16th day of November, 2016.
14
15
16
17
18                              _____
                                MARYBETH E. MUIR, CCR, RPR
19
20
21
22
23
24
25
```