# EXHIBIT M

1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF LOUISIANA
3                          -   -   -
4

   IN RE:  XARELTO           :   MDL NO. 2592
5  (RIVAROXABAN) PRODUCTS :
   LITIGATION                :   SECTION L
6                            :
   THIS DOCUMENT RELATES  :   JUDGE ELDON
7  TO ALL CASES              :   E. FALLON
                             :
8                            :
                             :   MAG. JUDGE
9                            :   NORTH
10

                          -   -   -
11

                  December 14, 2016
12

                          -   -   -
13

                     - PROTECTED -
14

   - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15

16            Videotaped deposition of
   HENRY MICHAEL RINDER, M.D., taken
17  pursuant to notice, was held at the law
   offices of Douglas & London, 59 Maiden
18  Lane, New York, New York, beginning at
   8:09 a.m., on the above date, before
19  Michelle L. Gray, a Registered
   Professional Reporter, Certified
20  Shorthand Reporter,  Certified Realtime
   Reporter and Notary Public.
21

                          -   -   -
22

            GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24

Protected - Subject to Further Protective Review

```
 1    APPEARANCES:
 2
 3       SCHLICHTER, BOGARD & DENTON, LLP
         BY:  ROGER C. DENTON, ESQ.
 4       100 South Fourth Street
         Suite 1200
 5       St. Louis, Missouri 63102
         (314) 621-6115
 6       rdenton@uselaws.com
 7          - and -
 8       HERMAN HERMAN & KATZ
         BY: ANNE (BESS) E. DeVAUGHN, ESQ.
 9       820 O'Keefe Avenue
         New Orleans, Louisiana 70113
10       (504) 581-4892
         bdevaughn@hhklawfirm.com
11
            - and -
12
         DOUGLAS & LONDON, PC
13       BY:  LARA J. SAY, ESQ.
         59 Maiden Lane, 6th Floor
14       New York, New York 10038
         (212) 566-7500
15       lsay@douglasandlondon.com
         Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Protected - Subject to Further Protective Review

```
 1      APPEARANCES:  (Cont'd.)

 2

 3      WILKINSON WALSH & ESKOVITZ
        BY:  BRIAN L. STEKLOFF, ESQ.
 4      MEG LOFTUS, ESQ.
        1900 M Street, NW, Suite 800
 5      Washington, D.C. 20036
        (202) 847-4030
 6      bstekloff@wilkinsonwalsh.com
        mloftus@wilkinsonwalsh.com
 7      Representing Bayer Pharmaceuticals

 8

        BARRASSO, USDIN, KUPPERMAN, FREEMAN
 9      & SARVER, LLC
        BY:  RICHARD E. SARVER, ESQ.
10      MADISON A. SHARKO, ESQ.
        909 Poydras Street, Suite 2400
11      New Orleans, Louisiana 70112
        (504) 589-9700
12      rsarver@barrassousdin.com
        msharko@barrassousdin.com
13      Representing Janssen entities

14

15      VIDEOTAPE TECHNICIAN:
16         Henry Marte

17

18

19

20

21

22

23

24
```

Protected - Subject to Further Protective Review

```
1                         -   -   -
2                      I N D E X
3                         -   -   -
4

    Testimony of:
5
                    HENRY MICHAEL RINDER, M.D.
6
    By Mr. Stekloff                        9
7
8
9

                          -   -   -
10
                    E X H I B I T S
11
                          -   -   -
12
13    NO.            DESCRIPTION            PAGE
14    Rinder-1       Expert Report of       9
                     Henry Michael Rinder, MD
15
      Rinder-2       Clinical Usefulness    35
16                   Of Measuring Prothrombin
                     Time and Soluble
17                   Fibrin Levels in Japanese
                     Patients with Atrial
18                   Fibrillation
                     (Nakano)
19
      Rinder-3       Curriculum Vitae       105
20
      Rinder-4       Direct Oral            186
21                   Anticoagulants (DOACs)
                     In the Laboratory:
22                   2015 Review
                     (Adcock & Gosselin)
23
24
```

Protected - Subject to Further Protective Review

```
1                      -   -   -
2              E X H I B I T S   (Cont'd.)
3                      -   -   -
4
5     NO.              DESCRIPTION              PAGE
6     Rinder-5         FDA Briefing             260
                       Document, Excerpt
7                      9/8/11
8     Rinder-6         Full FDA Briefing        262
                       Document, 9/8/11
9
      Rinder-7         Expert Report            294
10                     Of David R. Taft, Ph.D.
11    Rinder-8         Measurement of           306
                       Non-Coumadin
12                     Anticoagulants and
                       Their Effects on Tests
13                     Of Hemostasis
                       (Kitchen)
14
      Rinder-9         Poor Compatibility       318
15                     Of Coagulation
                       Screening Test
16                     (Testa)
17    Rinder-10        Summary Review           338
18    Rinder-11        Comparative              345
                       Efficacy and Safety
19                     of New Oral Anticoagulants
                       (Schneeweiss)
20
      Rinder-12        Meta-Analysis of         350
21                     Efficacy and Safety
                       Of New Oral Anticoagulants
22                     (Miller)
23
24
```

Protected - Subject to Further Protective Review

```
 1                      -   -   -
 2            E X H I B I T S  (Cont'd.)
 3                      -   -   -
 4
 5     NO.               DESCRIPTION              PAGE
 6     Rinder-13     Invoices of               379
                     Dr. Rinder
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Protected - Subject to Further Protective Review

```
 1                    -   -   -

 2           DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

 5    Direction to Witness Not to Answer

 6    PAGE    LINE

      57      1

 7    295     18

      296     5

 8    297     14

      298     17

 9

10    Request for Production of Documents

11    PAGE    LINE

      None.

12

13    Stipulations

14    PAGE    LINE

      None.

15

16    Questions Marked

17    PAGE    LINE

      None.

18

19

20

21

22

23

24
```

Protected - Subject to Further Protective Review

```
 1                      -  -  -
 2               THE VIDEOGRAPHER:  We are
 3         now on the record.
 4               My name is Henry Marte.  I'm
 5         a videographer for Golkow
 6         Technologies.
 7               Today's date is December 14,
 8         2016, and the time is 8:09 a.m.
 9               This videotaped deposition
10         is being held at 59 Maiden Lane,
11         New York, New York, taken in the
12         matter of In Re Xarelto Products
13         Liability Litigation, filed in the
14         United States District Court,
15         Eastern District of Louisiana.
16               The deponent today is
17         Dr. Henry Rinder.
18               Counsel will be noted on the
19         stenographic record.
20               The court reporter is
21         Michelle Gray and will now
22         administer the oath to the
23         witness.
24                      -  -  -
```

Protected - Subject to Further Protective Review

1   BY MR. STEKLOFF:

2        Q.    Including the risk of

3   stroke?

4              MR. DENTON:  Object to the

5        form.

6              THE WITNESS:  Certainly I

7        would include everything in my

8        assessment of overall mortality

9        and risk.

10  BY MR. STEKLOFF:

11       Q.    Do you believe to a

12  reasonable degree of medical certainty

13  that as a Xarelto patient's PT increases,

14  he or she is at a greater risk of a fatal

15  bleed?

16             MR. DENTON:  Object to the

17       form and context.

18             THE WITNESS:  So I -- I have

19       not seen data developed that would

20       be able to inform me to make a

21       knowledgeable decision about that

22       aspect.

23  BY MR. STEKLOFF:

24       Q.    And is that true if I asked

Protected - Subject to Further Protective Review

1

2                       CERTIFICATE

3

4

5            I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.

7

             It was requested before
8   completion of the deposition that the
    witness, HENRY MICHAEL RINDER, M.D., have
9   the opportunity to read and sign the
    deposition transcript.

10

11

             _____
12           MICHELLE L. GRAY,
             A Registered Professional
13           Reporter, Certified Shorthand
             Reporter, Certified Realtime
14           Reporter and Notary Public
             Dated:  December 15, 2016

15

16

17            (The foregoing certification
18   of this transcript does not apply to any
19   reproduction of the same by any means,
20   unless under the direct control and/or
21   supervision of the certifying reporter.)

22

23

24