# EXHIBIT N

Protected - Subject To Further Protective Review

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

     ****************************************************
 3
                                         MDL No. 2592
 4   IN RE: XARELTO (RIVAROXABAN)        SECTION L
     PRODUCTS LIABILITY LITIGATION       JUDGE FALLON
 5                                       MAG. JUDGE NORTH
 6
     THIS DOCUMENT RELATES TO:
 7   JOSEPH BOUDREAUX
     Case No. Case No. 2:14-cv-02720
 8
     ****************************************************
 9
10
11     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12          VIDEOTAPED DEPOSITION OF NAJY MASRI, MD
13
                 Taken on Monday, July 18, 2016
14                   At the Law Offices of
                 IRWIN FRITCHIE URQUHART & MOORE
15                 400 Poydras Street, Suite 2700
                   New Orleans, Louisiana  70130
16
17
18       REPORTED BY:  LORI COBB, CCR, RPR, RSA
19
20
21   ****************************************************
22              GOLKOW TECHNOLOGIES, INC.
23          877.370.3377 ph|917.591.5672 fax
24                 deps@golkow.com
25
```

Protected - Subject To Further Protective Review

```
 1   APPEARANCES:
 2
 3   REPRESENTING THE PLAINTIFF:
 4       ANDY D. BIRCHFIELD, ESQUIRE
            Email:  Andy.birchfield@beasleyallen.com
 5          Phone:  800-898-2034
         BEASLEY ALLEN
 6       218 Commerce Street
         Montgomery, Alabama  36104
 7
 8
 9   REPRESENTING JANSSEN PHARMACEUTICALS, INC., JANSSEN
     RESEARCH & DEVELOPMENT, LLC & JANSSEN ORTHO LLC:
10
         JOHN A. McCAULEY, ESQUIRE
11          Email:  Jmccauley@venable.com
            Phone:  (410) 244-7655
12       VENABLE
         750 Pratt Street, Suite 900
13       Baltimore, Maryland  21202
14
15
     REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS INC.
16   & BAYER PHARMA:
17       JULIE B. DU PONT, ESQUIRE
            Email:  Julie.dupont@kayscholer.com
18          Phone:  (212) 836-8572
         KAYE SCHOLER
19       250 West 55th Street
         New York, New York 10019-9710
20
21
22
23   ALSO PRESENT:  MARK ANCALADE, VIDEOGRAPHER
24                      * * *
25
```

Protected - Subject To Further Protective Review

```
 1                D E P O S I T I O N     I N D E X
 2                                                            PAGE
 3    APPEARANCES ......................................4
 4    STIPULATION ......................................6
 5    EXAMINATION
 6         BY MR. MCCAULEY   ...........................3
 7         BY MR. BIRCHFIELD  .......................169
 8    FURTHER EXAMINATION
 9         BY MR. MCCAULEY   .........................173
10    REPORTER'S PAGE   ..............................183
11    REPORTER'S CERTIFICATE .........................184
12                           * * *
13
14
15                E X H I B I T     I N D E X
16                                                            PAGE
17    N. MASRI #1A    Notice of Issuance of ..........12
                      Subpoena to Testify at
18                    Deposition to Najy Masri,
                      M.D.; 7 pages
19
      N. MASRI #1B    Notice of Deposition of Najy ....12
20                    Masri, M.D.; 5 pages
21    N. MASRI #1C    Cross-Notice of Deposition of ...12
                      Najy Masri, M.D.; 3 pages
22
      N. MASRI #2     Curriculum Vitae of Najy ........15
23                    Masri, M.D.; 5 pages
24    N. MASRI #3     Medical records presented at ....17
                      deposition by Dr. Masri;
25                    66 pages
```

```
 1                     EXHIBIT INDEX CONTINUED
 2                                                         PAGE
 3   N. MASRI #4     Information printed from ........25
                     Xeralto website by Dr. Masri;
 4                   8 pages
 5   N. MASRI #5     Rivaroxaban: Drug information ...26
                     from Wolters Kluwer -
 6                   UpToDate.com printed on
                     7/14/2016 by Dr. Masri;
 7                   15 pages
 8   N. MASRI #6     The New England Journal of ......27
                     Medicine article entitled
 9                   Rivaroxaban versus warfarin in
                     Nonvalvular Atrial
10                   Fibrillation; 9 pages
11   N. MASRI #7     The New England Journal of ......28
                     Medicine April 5, 2012 article
12                   entitled Oral Rivaroxaban for
                     the Treatment of Symptomatic
13                   Pulmonary Embolism by The
                     EINSTEIN-PE Investigators;
14                   11 pages
15   N. MASRI #8     The New England Journal of ......29
                     Medicine December 23, 2010
16                   article entitled Oral
                     Rivaroxaban for Symptomatic
17                   Venous Thromboembolism by The
                     EINSTEIN Investigators;
18                   12 pages
19   N. MASRI #9     Thrombosis Journal 2013 ........29
                     article entitled Oral
20                   Rivaroxaban Versus Standard
                     Therapy for the Treatment of
21                   Symptomatic Venous
                     Thromboembolism: a Pooled
22                   Analysis of the Einstein DVT
                     and PE Randomized Studies by
23                   Martin H. Prins, et al; 10
                     pages
24
25
```

```
 1                    EXHIBIT INDEX CONTINUED
 2                                                         PAGE
 3   N. MASRI #10    Privileged and Highly ...........75
                     Confidential Information -
 4                   Medical Records of Joseph J.
                     Boudreaux from Ochsner Medical
 5                   Center - Kenner; 532 pages
                     (stamped JBoudreaux-OMC-K-MD-
 6                   000001 through 000531)
 7   N. MASRI #11    Aldactone Prescribing ..........107
                     Information; 12 pages
 8
     N. MASRI #12    No document was marked; ........170
 9                   exhibit number skipped
10   N. MASRI #13    Xeralto CarePath Trial Offer ...171
                     brochure with information
11                   contained inside pocket;
                     2 pages
12
     N. MASRI #14    Xeralto CarePath Savings Card ..172
13                   brochure with information
                     contained inside pocket;
14                   2 pages
15   N. MASRI #15    "Xeralto was the right move ....172
                     for us." brochure with
16                   information contained inside
                     pocket; 2 pages
17
     N. MASRI #16    Xarelto DVT/PE Discharge Kit ...172
18                   for patients with Patient
                     Brochure, Trial Offer, Dosing
19                   Diary and Video Offer
                     (original unopened); 2 pages
20
     N. MASRI #17    Xarelto My AFib Kit for ........172
21                   patients with Patient
                     Brochure, Trial Offer, Dosing
22                   Diary and Video Offer
                     (original unopened); 2 pages
23
24                           * * *
25
```

Protected - Subject To Further Protective Review

```
 1                    S T I P U L A T I O N

 2

 3              It is stipulated and agreed by and

 4   between all Counsel that the VIDEOTAPED DEPOSITION

 5   OF NAJY MASRI, MD, on Monday, July 18, 2016, is

 6   hereby being taken pursuant to Notice under the

 7   Rules 30 and 34 of the Federal Rules of Civil

 8   Procedure, for all purposes permitted under law.

 9              The witness waives the right to read and

10   sign the deposition.  The original is to be

11   delivered to and retained by KAYE SCHOLER for

12   proper filing with the Clerk of Court.

13              All objections, except those as to the

14   form of the question and/or the responsiveness of

15   the answer, are hereby reserved until the time of

16   the trial of this cause.

17                        *   *   *

18              Lori Cobb, Certified Court Reporter in

19   and for the State of Louisiana, (CCR #87248),

20   Registered Professional Reporter (RPR #815782), and

21   Realtime Systems Administrator, officiated in

22   administering the oath to the witness.

23

24

25
```

1 Q Well, other than the pill capsule --

2 A Right.

3 Q -- record that you have --

4 A That's correct.

5 Q -- from March?

6 And there, as we've described, from
7 beginning to the end of the digestive tract, there
8 was no active source of bleeding?

9 A That's correct.

10 Q Okay.

11 With respect to that -- with respect to
12 the PCC that we talked about --

13 A Uh-huh.

14 Q -- I think you've described that as not
15 really an antidote to Xarelto, but something that
16 could stop anticoagulation or put a halt to
17 anticoagulation?

18 A Yes.

19 Q Had there been a specific antidote,
20 would -- your analysis, I assume, would have been
21 the same, that there was no need for a specific
22 antidote, there was no need for PCC, there was no
23 need for a specific antidote in this case?

24 MR. BIRCHFIELD:

25 Object to form.

Protected - Subject To Further Protective Review

```
 1        THE WITNESS:
 2        A    It's easier to quantify, for instance, if
 3   it was Coumadin.  So if he came in with the same
 4   amount of bleeding and his INR, for instance, was
 5   extremely elevated, then I probably would have gone
 6   with fresh frozen plasma and possibly vitamin K.
 7             In the situation of Xarelto or Eliquis,
 8   or the newer ones, you cannot use the INRs to
 9   gauge, so you go by clinical symptoms and the
10   setting in which they're having the bleeding.
11             In his situation, he was responsive to
12   resuscitation measures, his blood counts were
13   fairly stable, he wasn't actively bleeding.  And,
14   so, at no point during his hospitalization did he
15   need the PCC.
16        Q    Or if one had been available, a reversal
17   agent or an antidote, as we put it?
18        A    No.
19        MR. McCAULEY:
20             Doctor, I really appreciate your time.
21        Thank you very much.  It's been enjoyable
22        talking with you, and Mr. Birchfield may have
23        a few questions.
24        THE WITNESS:
25             Okay.
```

Protected - Subject To Further Protective Review

```
 1                REPORTER'S CERTIFICATE
 2
 3            This certification is valid only for a
 4    transcript accompanied by my original signature and
 5    original required seal on this page.
 6            I, Lori Cobb, Certified Court Reporter in
 7    and for the State of Louisiana, (CCR #87248),
 8    Registered Professional Reporter (RPR #815782), do
 9    hereby certify that on Monday, July 18, 2016, the
10    VIDEOTAPED DEPOSITION OF NAJY MASRI, MD was
11    reported by me in stenographic shorthand, prepared
12    and transcribed under my personal direction and
13    supervision, and is a true and correct transcript
14    to the best of my ability and understanding; that
15    after having been duly sworn by me upon authority
16    of R.S. 37:2554, the named witness did testify as
17    hereinbefore set forth in the foregoing 183 pages;
18    and that the transcript has been prepared in
19    compliance with transcript format guidelines
20    required by statute or by Rules of the Board;
21            That I am informed about the complete
22    arrangement, financial or otherwise, with the
23    person or entity making arrangements for deposition
24    services and I have acted in compliance with the
25    prohibition on contractual relationships, as
```

Protected - Subject To Further Protective Review

1  defined by Louisiana Code of Civil Procedure
2  Article 1434 and in Rules and Advisory Opinions of
3  the Board; and that I have no actual knowledge of
4  any prohibited employment or contractual
5  relationship, direct or indirect, between a court
6  reporting firm and any party litigant in this
7  matter, nor is there any such relationship between
8  myself and a party litigant in this matter;
9         That I am not related to counsel or to
10 the parties herein, nor am I otherwise interested
11 in the outcome of this matter.
12         SIGNED THIS THE 19TH DAY OF JULY, 2016.
13
14
15                         LORI COBB, CCR, RPR, RSA
16
17
18
19
20
21
22
23
24
25