# EXHIBIT P

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL No. 2592 |
| (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY | ) | SECTION:  L |
| LITIGATION | ) | |
| | ) | JUDGE ELDON E. |
| | ) | FALLON |
| THIS DOCUMENT RELATES | ) | |
| TO ALL CASES | ) | MAG. JUDGE NORTH |

FRIDAY, DECEMBER 2, 2016

- - -

Videotaped deposition of Phillip Cuculich, M.D., held at the offices of SCHLICHTER, BOGARD & DENTON, L.L.P., 100 South Fourth Street, Suite 1200, St. Louis, Missouri, commencing at 9:03 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 2

```
 1            A P P E A R A N C E S :
 2
        SCHLICHTER, BOGARD & DENTON, L.L.P.
 3      BY:  KRISTINE KRAFT, ESQUIRE
                kkraft@uselaws.com
 4      100 South Fourth Street, Suite 1200
        St. Louis, Missouri 63102
 5      (314) 621-6115
 6
 7      LEVIN PAPANTONIO THOMAS MITCHELL
        RAFFERTY & PROCTOR, P.A.
 8      BY:  NED MCWILLIAMS, ESQUIRE
                nmcwilliams@levinlaw.com
 9      316 South Baylen Street, Suite 600
        Pensacola, Florida  32502
10      (850) 435-7000
        Counsel for Plaintiffs
11
12
        KAYE SCHOLER, LLP
13      BY: JULIE B. DU PONT, ESQUIRE
                Julie.dupont@kayescholer.com
14      250 West 55th Street
        New York, New York 10019
15      (212) 836-8000
        Counsel for Defendants Bayer
16      HealthCare Pharmaceuticals and Bayer
        Pharma AG
17
18
        SEDGWICK, LLP
19      BY:  DAVID M. COVEY, ESQUIRE
                david.covey@sedgwicklaw.com
20      225 Liberty Street, 28th Floor
        New York, New York  10281
21      (212) 422-0202
        Counsel for Janssen Pharmaceuticals
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

```
                                                         Page 3

 1        DRINKER BIDDLE & REATH, LLP
          BY:   SEAN A. KENNEDY, ESQUIRE
 2              sean.kennedy@dbr.com
          600 Campus Drive
 3        Florham Park, New Jersey  07932
          (973) 549-7000
 4        Counsel for Janssen Pharmaceuticals
 5
    V I D E O G R A P H E R :
 6      ED FOPPE, CLVS,
        Golkow Technologies, Inc.
 7
                          - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

```
                                                        Page 4
 1                          INDEX
 2                                                   PAGE
 3   APPEARANCES...................................    2
 4   EXAMINATIONS
 5     BY MS. DU PONT.............................    9
 6     BY MR. COVEY...............................  252
 7
 8                         EXHIBITS
 9    No.   Description                              Page
10    1     Defendants' Amended Notice with           11
            Subpoena Duces Tecum of Oral
11          Videotaped Deposition of Phillip
            S. Cuculich, MD
12
      2     Phillip Cuculich billing sheet            12
13
      3     Expert Report of Phillip S.               14
14          Cuculich, MD
15    4     2014 American Heart Association,          62
            American College of Cardiology and
16          the Heart Rhythm Society Guideline
            for the Management of Patients
17          with Atrial Fibrillation
18    5     "Non-vitamin K antagonist                128
            anticoagulants:  Considerations on
19          once- versus twice-daily regimens
            and their potential impact on
20          medication adherence"
21    6     FDA Center for Drug Evaluation and       146
            Research, Application Number:
22          202439Orig1s000, medical review(s)
23    7     eCFR - Code of Federal                   169
            Regulations, Title 21, Chapter 1,
24          Subchapter D, Part 320, Subpart B,
            §320.33
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

```
                                                      Page 5
 1    8        "Heparin-Calibrated Chromogenic
               Anti-Xa Activity Measurements in       178
 2             Patients Receiving Rivaroxaban:
               Can This Test Be Used to Quantify
 3             Drug Level?"
      9        "Direct Oral Anticoagulants in the     178
 4             Laboratory:  2015 Review."
 5    10       "Population Pharmacokinetics and       204
               Pharmacodynamics of Rivaroxaban in
 6             Patients with Nonvalvular Atrial
               Fibrillation:  Results from
 7             ROCKET-AF"
 8
 9
      CERTIFICATE................................. 349
10    ERRATA...................................... 351
      ACKNOWLEDGMENT OF DEPONENT.................... 352
11    LAWYER'S NOTES.............................. 353
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 6

1           MR. KENNEDY:  Defendants are in
2      receipt of plaintiff's cross-notice
3      for the deposition for Dr. Cuculich
4      who has issued an expert report in the
5      federal MDL proceeding and is being
6      deposed in connection with that
7      report.
8           Plaintiff's cross-notice for
9      the Pennsylvania consolidated
10     proceedings is premature because
11     case-specific discovery for the
12     bellwether cases has not yet commenced
13     in Pennsylvania, nor have the expert
14     reports been served.  And
15     specifically, the Pennsylvania
16     plaintiffs have not served the expert
17     reports for this witness.
18          Plaintiff's cross-notice also
19     fails to take into account the expert
20     protocol that was agreed to among the
21     parties in the MDL proceeding and
22     entered as an order by the Court.
23          Among other things, the
24     protocol limits the deposition of
25     generic experts to seven hours total.

Protected - Subject to Further Protective Review

Page 7

1         In the spirit of cooperation
2    between the federal MDL proceedings
3    and Pennsylvania consolidated
4    proceeding, however, defendants will
5    not object to plaintiff's cross-notice
6    for the deposition.  This is being
7    done with a full reservation of rights
8    and objections pending notice of a
9    mutually acceptable process for expert
10   discovery in the Pennsylvania cases.
11            VIDEOGRAPHER:  We are now on
12   the record.
13            My name is Ed Foppe.  I'm a
14   certified legal video specialist with
15   Golkow Technologies.
16            Today's date is December 2,
17   2016.  The time is 9:03 a.m. Central
18   Standard Time.
19            This video deposition is being
20   held in St. Louis, Missouri, in
21   reference to Xarelto Products
22   Liability Litigation MDL 2592.  This
23   case is pending in the United States
24   District Court for the Eastern
25   District of Louisiana.

Protected - Subject to Further Protective Review

Page 8

1              The deponent is Dr. Phillip
2         Cuculich.
3              Counselors, will you please
4         identify yourselves?
5              MR. MCWILLIAMS:  Ned McWilliams
6         on behalf of the plaintiffs.
7              MS. KRAFT:  Kristine Kraft on
8         behalf of the plaintiffs.
9              MS. DU PONT:  Julie du Pont on
10        behalf of the Bayer defendants.
11             MR. COVEY:  David Covey on
12        behalf of Janssen and related
13        companies.
14             MR. KENNEDY:  Sean Kennedy on
15        behalf of Janssen.
16             VIDEOGRAPHER:  The court
17        reporter is Carrie Campbell, and she
18        will now swear in the witness.
19
20        PHILLIP CUCULICH, M.D.,
21   of lawful age, having been first duly sworn
22   to tell the truth, the whole truth and
23   nothing but the truth, deposes and says on
24   behalf of the Defendants, as follows:
25             DIRECT EXAMINATION

Protected - Subject to Further Protective Review

Page 219

1 Figure 10. With or without aspirin,
2 the slopes are up. So there's a
3 higher risk of bleeding.
4 And if I had a way to be able
5 to test what that prothrombin time
6 would be on any of my patients, I
7 could help try to mitigate that risk.
8 It should come as no surprise
9 to me or to others that being on two
10 medicines that cause bleeding
11 increases the risk.
12 QUESTIONS BY MS. DU PONT:
13 Q. Have you asked your hospital to
14 get the PT Neoplastin test?
15 A. No. I've asked them if we
16 carry it, and they say we don't carry it.
17 Q. If you think that PT Neoplastin
18 should be used in a patient, why haven't
19 asked your hospital to get it?
20 A. There's many reasons that go
21 into that. Asking the hospital to spend more
22 money on these sorts of tests that are
23 unlikely to be covered by insurance anyway
24 puts my patients at risk for unnecessary
25 cost.

Protected - Subject to Further Protective Review

Page 220

1          You know, I could ask the
2   hospital to do it; they may or may not choose
3   to do it.  They may not be able to bill for
4   those -- for the patients.  The patients may
5   be stuck with 300, 400, $500 bills.
6          It would be nice to do that.
7   It would be nice to have that.  It would be
8   nice if that was widely available, but it's
9   just not realistic at this point.
10      Q.    Have you looked into how the
11  hospital could get it?
12      A.    It would certainly be easier
13  for me to ask the hospital to get this if
14  Neoplastin was in the product label of
15  Xarelto.  If that was there, I could point to
16  something and say, "This is the product
17  labeling, this is available, and this is what
18  to do with it."
19          But because it's not
20  recommended within the product label makes it
21  very difficult for me to ask the hospital to
22  spend more money.
23          MS. DU PONT:  Why don't we take
24      a break for lunch?
25          VIDEOGRAPHER:  We are going off

Protected - Subject to Further Protective Review

Page 349

1                         CERTIFICATE
2
3              I, CARRIE A. CAMPBELL, Registered
   Diplomate Reporter, Certified Realtime
4  Reporter and Certified Shorthand Reporter, do
   hereby certify that prior to the commencement
5  of the examination, Phillip Cuculich, M.D.
   was duly sworn by me to testify to the truth,
6  the whole truth and nothing but the truth.
7              I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
   before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
   ability.
10
               I DO FURTHER CERTIFY that I am
11 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
12 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
13 that I am not financially interested in the
   action.
14
15
16
         _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         California Certified Shorthand
19       Reporter #13921
         Missouri Certified Court Reporter #859
20       Illinois Certified Shorthand Reporter
         #084-004229
21       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
22       Notary Public
23       Dated:  December 6, 2016
24
25