UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Preclude James A. Reiffel, Md (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection From Anticoagulant-Related Bleeds. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** Dr. Reiffel and all other Defendants' experts shall be precluded from testifying about: (1) whether the bleeding caused by Xarelto can be beneficial; or (2) whether some patients were injured because attorney advertising caused them to stop taking Xarelto without first consulting with their physicians.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**