UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on **March 23, 2017, at 9:00** o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's testimony) About Attorney Advertising and Earlier Cancer Detection From Anticoagulant-Related Bleeds, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  January 20, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)  
***G*AINSBURGH *B*ENJAMIN *D*AVID *M*EUNIER**  
***& W*ARSHAUER, LLC**  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA  70163-2800  
Phone:  (504) 522-2304  
Fax: (504) 528-9973  
Email:  gmeunier@gainsben.com  

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*  
**LEONARD A. DAVIS**