# EXHIBIT A

USCA5 4080

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| _____ | ) | **MDL No. 2592** |
| **IN RE: XARELTO (RIVAROXABAN)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **Judge Eldon E. Fallon** |
| | ) | |
| _____ | ) | |

## Expert Report of James A. Reiffel, M.D.

By: _____     Date: __11/15/16__
    James A. Reiffel, M.D.

USCA5 4081

## I.     Background and Qualifications:

I, James A. Reiffel, M.D., am currently Professor Emeritus of Medicine and Special Lecturer at Columbia University College of Physicians and Surgeons (Department of Medicine, Division of Cardiology, Section of Electrophysiology); and, Attending Physician [Emeritus] at Presbyterian Hospital in New York City.

I am a Fellow of the American Heart Association, Fellow of the American College of Cardiology, Fellow of the American College of Physicians, and Fellow of the Heart Rhythm Society.  I am also a member of the European Society of Cardiology.  I am Board Certified in both Medicine and in Clinical Cardiology, and have been similarly Board Certified in Clinical Cardiac Electrophysiology.

I graduated Duke University with my B.A. degree in 1965 and Columbia University with my M.D. degree in 1969.  I was an intern and resident in Medicine at the New York Presbyterian Hospital from 1969-1972, and a cardiology fellow at the same institution from 1972-1974.  I then joined the

1

USCA5 4082

faculty of Columbia University College of Physicians & Surgeons and the New York Presbyterian Hospital in 1974. I have remained a faculty member since then, having reached the rank of Professor of Medicine, and having served as Director of the Electrocardiographic Laboratory, Director of the Electrophysiology Laboratory, and the Director of the Cardiac Electrophysiology fellowship program, and co-Director of the cardiac intensive care unit during my tenure.

I have been actively involved in teaching, research, and clinical practice for over 4 decades. I have regularly instructed medical students, postgraduate house staff, fellows, and other faculty, and have had an active practice in consultative clinical cardiology and cardiac arrhythmic disorders. Outside of Columbia, I have taught regionally, nationally, and internationally -- having given over 1000 presentations at most major medical institutions in the country and at several lay programs as well. I have been first author or co-author of over 400 medical publications and over 200 published abstracts. I have been a member of the editorial board of several peer-reviewed publications and have been a reviewer for many more (see CV for details, attached as Appendix A).

2

Over the past two decades, my focus has been predominately on antiarrhythmic and anticoagulant therapies. I have received numerous honors for the quality of my teaching. Additionally, I have served in advisory capacities re: the FDA and have been on the planning committee for the Cardiac Safety Research Consortium, for which I have presented at several of their "Think Tanks", including at the February 2015 meeting concerning the new oral anticoagulants (NOACs).

Specifically, regarding cardiac arrhythmias, I have been involved in developmental/research studies of electrophysiological techniques, antiarrhythmic pharmaceuticals and devices, new anticoagulants, and multiple major multicenter trials. Current research interests include the optimum management of patients with atrial fibrillation and flutter, development of new antiarrhythmic and antithrombotic pharmaceuticals, and the use of implanted cardiac devices for arrhythmia detection. I am currently on the Steering Committee for both the ongoing CABANA trial and the ORBIT AF Registries; I am the Principle Investigator (PI) for the ongoing REVEAL AF trial; I was co-PI for the recently reported HARMONY trial; and I was an investigator in the RE-LY trial, among many others.

3

I have testified as an expert at trial or by deposition once in the previous four years.  My hourly rate is $675.

## II.    Basis of Opinions:

My opinions are based on my education, training, and experience and fall within my areas of expertise.  A current copy of my CV is attached as Appendix A.  In preparing this report, I considered the documents listed in Appendix B, in addition to those referenced throughout my report.  I have testified once in the last four years, and my hourly rate is $675.  All of my opinions expressed in this report are to a reasonable degree of medical certainty, and I reserve the right to supplement my opinions in the event that new information becomes available.

## III.    My Opinions:

### History/Overview of Anticoagulation

Summary of disease states that require anticoagulation therapy, including AF:

The most common conditions requiring anticoagulation are atrial fibrillation (AF) for the prevention of stroke and systemic embolism (SSE) and venous thromboembolism (VTE) which includes deep vein thrombosis (DVT) treatment and prevention and pulmonary embolism [a blood clot

4

obstructing vessels in the lungs] (PE) treatment and prevention.  Most often PE is a consequence of DVT, though not always. Both stroke and PE can be fatal, and hence their prevention can be life-saving.

Atrial fibrillation is a cardiac rhythm disorder that makes the pulse irregular and usually rapid (which can produce symptoms and heart failure and secondarily, death).  It is an abnormality of the smaller chambers of the heart (the atria) in which the electrical activity that controls the rhythm and rate is chaotic.  It also impairs the mechanical (contractile) function of the heart and often causes atrial enlargement.   Large atria with impaired contraction, especially in association with cellular and endothelial secretory abnormalities that can result from both the AF itself as well as from the commonly associated co-morbid cardiovascular diseases, can become prone to blood clot formation.  Such blood clots, if they form in the left atrium, can break free and travel to other parts of the body (an embolism) where they obstruct blood flow and cause consequences.  When they go to the head, the most common site of embolization, they result in a stroke.  Common comorbidities, such as hypertension (HTN) (the most frequent), diabetes, pulmonary disease, and heart failure (HF), as well as several less frequent

5

USCA5 4086

systemic multisystem disorders not only increase the risk for embolization but complicate the treatment of AF, including anticoagulation (see below). Importantly, the prevalence of AF also increases with age, as does stroke.[1]

In the U.S., stroke[2-6] is the number 3 cause of death (behind heart disease and cancer) – about 1 in every 16 deaths. Stroke affects almost 800,000 individuals/yr in the U.S. (1 every 40 sec) with someone dying every 3-4 minutes. About 87% are ischemic strokes and 15% or more of all strokes are embolic from AF --with a fatality rate around 20%. Stroke is the leading cause of disability among adults in the U.S., and 4 out of every 5 families will somehow be affected by stroke over the course of a lifetime. Strokes with AF are more likely to be fatal, to be debilitating, to prolong hospitalization, and to be costlier than strokes without AF. [2-6]

Anticoagulants are medications that can impair clot formation and thus reduce the likelihood of embolization and stroke in patients (pts) with AF. Consideration of anticoagulation is now a uniform part of the management strategies for AF.[1] Nonetheless, not all pts with AF require anticoagulation, since in pts without specific associated co-morbidities the risk of SSE is quite

6

USCA5 4087

low despite AF. However, in pts with several common specifically defined co-morbidities, which exist in the majority of pts with AF, the risk increases progressively with their number and severity such that anticoagulation is warranted despite the increased risk that a bleeding event will occur in pts taking an anticoagulant as compared to pts who are not anticoagulated. Notably, the risk of SSE as well as bleeding increases as age increases, so it is especially the younger patient (pt) with AF but no associated cardiovascular disorders who does not require anticoagulation as a routine component of treatment.[1,7]

Very notably, the constellation of pts with AF is increasing. The likelihood of AF increases with age and increases in association with almost all cardiovascular (CV) conditions – including HTN and all disorders that cause heart failure. Given the steady increase in life-expectancy of our population and the steadily improving survival of pts with CV disorders in modern medicine, it has been estimated that while we had an estimated 5 million Americans living with AF in the mid-2000s, by 2050 that number will triple (figure 1).[8] Thus, our concerns about the prevention of SSE in AF are growing in importance and magnitude.

7

Figure 1:



There have been several approaches to developing risk-marker scoring systems to define those AF pts for whom anticoagulation is not warranted and those for whom the risk of SSE in the absence of anticoagulation exceeds the bleeding risks from anticoagulation **(in consequence, not just numerically)** and therefore require anticoagulation.[1,7] For example: in AF pts with risk-markers, the case fatality for GI bleeding on an anticoagulant is much lower than that of ischemic stroke off anticoagulants. Of anticoagulated patients with a major GI bleed, about 5% die. Of non-anticoagulated patients with an ischemic stroke, about 20% die.

8

*Importantly, one cannot approach this risk simply numerically, since the likelihood of fatality, chronic disability, prolonged hospitalization, and costs are substantially greater with a stroke than with a bleed* (assuming an intracerebral hemorrhage to be counted as a stroke). When I ask during educational programs and seminars, virtually all physicians and pts respond that they do not want to have a stroke in their lifetime, or suffer a bleeding episode. But, when told that they would have to choose one if they were a pt with AF and risk-markers, they all pick a bleed. Neither is not a real-life option for them. The background for this question is that the at-risk AF pt can suffer a SSE if not anticoagulated, or a bleed if anticoagulated, but the choice of neither is not a reality. A small bleeding risk is the "cost" of the stroke prevention treatment of an anticoagulant. Consider the risk of a bleed in a similar light to an air bag going off in a car. One does not wish to ever have a crash and have the air bag inflate and hit them, but one would not buy a car (and cannot buy a new car) these days without them.

In the decade of the 2000s, the most widely used risk scoring system [1, 7, 9, 10] worldwide for AF pts for assessing the contributory co-morbidities and their importance was the CHADS$_2$ score. C = congestive heart failure, 1 point; H =

9

hypertension (high blood pressure), 1 point; A = age 75 years or older, 1 point; D = diabetes, 1 point; $S_2$ = a prior stroke or transient ischemic attack, 2 points (figure 2). The greater the score a pt has, the greater the risk for a SSE event.  In the various treatment guidelines promulgated by associations of experts (e.g., the American Heart Association, the American College of Cardiology, the American College of Chest Physicians, the Heart Rhythm Society, the European Society of Cardiology), a score of 2 or higher indicated a need to utilize anticoagulation.  In some of the systems, a score of 1 either indicated a need for anticoagulation or at least consideration of it. [1, 7, 9, 10] As single markers of risk, a prior stroke/transient ischemic attack and age (especially if over 75 yrs) are the strongest.

In the current decade, it was appreciated that there were additional markers that should also be considered, as well as the fact that risk began at an age < 75 yrs.  Accordingly, additional risk-marker scoring systems were developed, such as $CHA_2DS_2$-VASc and ATRIA.  The most widely recommended current risk scoring system is $CHA_2DS_2$-VASc, in which age of 75 years or more is now given 2 points and age 65-74 is given 1 point; and, both vascular disease (1 point) and female gender (1 point) are added (figure 2). [1, 7, 9, 10]

USCA5 4091

Figure 2:



As with the CHADS$_2$ system, a score of 2 points or higher is an indication for anticoagulation, and a score of 1 point is borderline, in which individual patient and circumstance considerations should also be considered. Notably, some of these individual circumstances include renal dysfunction (used in ATRIA),[11] ethnicities, specific biomarkers, as well as atrial anatomy and function by echocardiogram, in which specific alterations have also been associated with increased risk for SSE. Most recently, one study suggested that in Asians, the age for a 1-point score should start at 50 yrs.[12]

11

The major reasons for expanding the risk-scoring systems are: (1) they identify more individuals at risk; *(2) the growing appreciation that stroke is a more serious concern than is non-fatal bleeding and as such, stroke should be prevented even if some pts will suffer a bleeding consequence;* and (3) our preventative treatments have recently improved (see material on NOACs below). Use of the new risk-scoring systems and anticoagulating so-identified pts accordingly is now the standard of care and the recommendation in all major AF guidelines, such as those of the American Heart Association/ American College of Cardiology/ Heart Rhythm Society and of the European Society of Cardiology. [1,7]

There have also been put forth some risk-marker systems to recognize pts in whom bleeding risk may be increased (such as HAS-BLED, HEMORR$_2$HAGES, and ATRIA as well as CHADS$_2$ itself).[13, 14] Importantly, many of the same conditions that increase risk for SSE also increase risk for bleeding on an anticoagulant. Clinically, the bleeding risk-scores are utilized less often for decision making than are the SSE scores – again recognizing that if one had to suffer either a stroke or a bleed, the former would almost always be considered the worst and its prevention would outweigh concerns about

12

USCA5 4093

bleeding in most patients. That is, net clinical benefit would favor anticoagulation. However, they are used as a guide to identify factors that may be modified in an anticoagulated patient so as to reduce their risk of bleeding. Some of the additional considerations that are included in the bleeding scores include drugs and alcohol abuse, renal and liver function, prior bleeding history, labile INRs in pts taking warfarin.

*Importantly, bleeding while on an anticoagulant should not be taken as an indication that anticoagulation was not warranted or that the physician's decision to prescribe it was wrong*. *Equally important to recognize, anticoagulants do not cause a bleeding source* [excluding consideration of gastritis from aspirin]. Supportive of this is an observation reported by Dr. Paul Burton [14a] during a deposition that blood concentrations of the anticoagulant, rivaroxaban (see below) were no higher in patients who had a bleeding event in the ROCKET AF trial (see below) than in those who did not. Rather, if there is a bleeding source and a pt is taking an anticoagulant, bleeding is likely to be more severe or prolonged than in the absence of the anticoagulant. *We all know that bleeding can and does occur in individuals who are not anticoagulated.* Such bleeding can occur from many conditions,

13

USCA5 4094

such as ulcers, hemorrhoids, GI polyps, gastritis, kidney stones, cystitis, nosebleeds, vascular disease, trauma, and more. [To put this in greater perspective, between 1992 and 2001, nosebleeds led to 4,503,000 emergency room visits in the U.S. Similarly, hemorrhoids (whose most frequent presenting symptom is bleeding) have been estimated to have a prevalence of 4.4% in the U.S., and 13-36% in the U.K.[15-17]] Bleeding is just more likely to become clinically apparent or prolonged if an anticoagulant is present. Interestingly and clinically important, there have been multiple reports of lives saved by bleeding as a consequence of earlier detection of a small cancer in which it was the increased bleeding consequent to an anticoagulant that brought the lesion to clinical attention. Accordingly, anticoagulation (using NOACs or warfarin) is recommended in all major guidelines related to AF (AHA/ACC/HRS; ESC; ACCP, etc.)[1, 7, 18] in at-risk pts as defined above in the absence of active pathological bleeding or excessive major bleeding risk.

**Risks and benefits of anticoagulation therapy**

As noted above, the risk of anticoagulant therapy is primarily bleeding. In general, these risks are overshadowed by the benefits of SSE prevention in

14

AF, or fatal PE prevention in VTE pts when anticoagulation is used according to guideline indications. Individual anticoagulant agents may have additional side effects, but they are generally infrequent, rare, and mild and/or a nuisance rather than severe or life-endangering.

**History of various anticoagulation therapies, including:**

**Development of warfarin:**

The first oral anticoagulant to be used for SSE prevention and VTE treatment was warfarin – a vitamin K antagonist (VKA) that initially came to the physician's treatment armamentarium in 1954.  Warfarin (Coumadin) and similar congeners (e.g., dicoumerol, acenocoumerol), known collectively as vitamin K antagonists, act by impairing the liver's production of specific vitamin K dependent proteins necessary for normal coagulation that require the actions of vitamin K for their production.  Prior to the approval of warfarin for human use, it came to the market for rodent control (rat poison) because rats given very large (*supratherapeutic*) doses will bleed to death.

By the 1980s, it was known that patients with AF and rheumatic heart disease with  mitral  valve  involvement  (particularly  mitral  stenosis)  had  an

15

exceedingly high risk for SSE, and that the use of warfarin in such pts could significantly reduce that risk. Similarly, pts with artificial, mechanical heart valves had a high risk of thrombosis unless anticoagulated. Warfarin became standard treatment in both of these groups, and remains so today. In the absence of a contraindication (such as active pathological bleeding) it is unethical to not anticoagulate such pts. However, subsequently, physicians became aware of an unacceptable rate of SSE in other pts with AF and a series of randomized, double-blind, placebo-controlled trials were performed in which such pts were given either warfarin or placebo (AFASAK, SPAF, BAATAF, CAFA, SPINAF, EAFT) (figure 3).[19] These trials, taken together, clearly showed a dramatic benefit of anticoagulation in such pts, despite an increased risk for bleeding, such that there was a relative risk reduction of all-cause mortality of 26% and a relative risk reduction of stroke by an astounding 62%.[19]

16

USCA5 4097

Figure 3



It is subsequent to such data that the above described risk-guided treatment of AF with anticoagulation became and has remained the standard of care. Moreover, in other trials in which aspirin (or aspirin plus clopidogrel) was tested against dose-adjusted warfarin, warfarin proved to be superior in all of them.

For oral, out-patient anticoagulation, warfarin and its congeners, such as dicoumerol (primarily used in Europe) became the standard therapy for stroke prevention in at-risk AF pts. In fact, no alternative oral anticoagulant

17

USCA5 4098

reached the clinical market until 2010 (about 5 ½ decades after the introduction of warfarin).

**Major limitations of warfarin:**

Unfortunately, warfarin is a difficult drug to use. The anticoagulant effect of warfarin can be measured by a laboratory blood test called the prothrombin time (protime, PT). For this test, blood is drawn from the patient and the time it takes to form a clot when mixed with certain chemicals under specific circumstances is the protime. In an attempt to standardize the test from laboratory to laboratory, reagent to reagent, and country to country, an international normalized ratio of the measured PT to the clotting time of un-anticoagulated blood was developed, the International Normalized Ratio, INR. From the above-noted warfarin-placebo comparison trials, it became clear that the risk for SSE became progressively lower as the INR increased from a value of 1.0 to a value above 2.0, while the risk of bleeding began to increase most notably at an INR value above 3.0-3.5. Thus, the target of therapy with the use of warfarin became the establishment and maintenance of an INR between 2.0 and 3.0 when blood is tested in a pt taking warfarin (figure 4a).[20-22]

18

USCA5 4099

Figure 4a:



Whether the slopes of the two curves in figure 4a would be the same now as they were at the time of the above-noted warfarin-placebo trials if they were assessed in the same patients or whether they would be less steep as a possible consequence in improvements in overall medical care is not known with certainty. However, in an analysis provided by the FDA based upon the warfarin arms in three of the trials in which new oral anticoagulants (see section on NOACs below) were compared (figure 4b) the relationships still appear to hold.[22a] More specifically, their 2.0-3.0 intercept range and behavior in the INR regions nearby does not appear to have changed.

Figure 4b:



Unfortunately, attaining and maintaining the INR in this range over the long

course of treatment (years) needed in pts with a chronic condition (e.g., AF,

some VTE) is dramatically difficult. Figure 5 (obtained from the

anticoagulation clinic at the University of Washington) shows the course in a

single patient as an example.

USCA5 4101

Figure 5:



There are genetic and ethnic differences in how warfarin is handled by different pts. For example, African-Americans require almost twice the weekly dose of warfarin compared with Asians to maintain a stable INR (with Hispanics and Caucasian in between).[22b] There is an almost endless list of drug interactions (both prescription and over-the-counter agents) with warfarin that alter its effect on the INR (both increases and decreases) and hence its dosing. Drugs.com, for example, notes 825 agents (5651 branded

21

agents and generics) that interact with warfarin. Listed are many drugs that are commonly used in pts with AF, including rate-control agents, antiarrhythmics, antihypertensives, heart failure drugs, drugs for diabetes, antibiotics, and more. Beyond prescription drugs, many over-the-counter agents also can interact with warfarin. Important to note, multi-morbidity, defined as two or more chronic conditions, affects more than two-thirds of Americans 65 years of age and older; the prevalence exceeds 80% among Americans at least 75 years old; and half of adults age 75 or older have 4 or more chronic conditions with 20% having six or more.[22c] Multi-morbidity greatly increases therapeutic complexity and polypharmacy, and is an especially difficult problem in patients taking warfarin; and, polypharmacy has been associated with increased risk for bleeding on anticoagulants.[23] The multiple co-morbidities commonly associated with AF, including HTN, diabetes, HF, lung disease, thyroid disease, and more result in most AF pts taking multiple medications daily; in ROCKET AF, the mean was **nine!**[23, 23a] Additionally, in many if not most pts, the choice of such agents and/or their doses (and hence their interaction potential) change repeatedly over time. In my practice, each time a warfarin pt begins or discontinues a prescription

22

USCA5 4103

medication or an over-the-counter agent, I have them recheck their anticoagulation status (blood test and follow-up contact with me).

There are also a large number of dietary interactions with warfarin – such that all foods that supply vitamin K can alter the stability of warfarin therapy and hence its dosing – including a long list of fruits and vegetables (as well as liver).  Common ones include: lettuce, cabbage, broccoli, spinach, kale, Brussel sprouts, parsley, endive, chard, other green leafy vegetables, green tea, soy beans, kiwi, cranberry products, some margarines and mayonnaises, and more. To maintain a stable INR in the desired range, pts need to be almost rigid in their dietary intake of these foods week to week – which for most pts is not consistently realistic.  Similarly, conditions that can affect the absorption of food from the gut will cause the PT to vary – things as simple and common as diarrhea from a virus, or food poisoning, or common over-the-counter medications such as Advil or Motrin.

Moreover, access to medical care for testing varies by geography, employment, socio-economic, and other factors that can affect patient education, patient compliance, travel to, and frequency of testing.

23

Accordingly, the average time that the INR remains in the target (therapeutic) range of 2.0 to 3.0 (TTR) in the typical pt in community-based practices has varied markedly across pts and practices in clinical reports, such as from around 25% to 65%, with an average somewhere in the 50% range,[24] even in the current era.[24a] [Importantly, for some ethnicities (such as older Japanese subjects), the target INR has been below 2.0-3.0. Thus, the TTR being considered out of range if <2.0 could be an erroneous assumption if a community or geographical region has many Asian patients and physicians.[24b, 24c]]

In addition to the above factors contributing to this conundrum, so can the comorbid disorders contributing to the AF itself, such as HF. HF has been recognized as being associated with unstable TTRs. HF via hepatic congestion can affect coagulation protein synthesis, appetite, and gut flora – all of which would affect warfarin dosing and all of which vary in each HF pt over time. In addition, HF pts also typically take multiple medications whose type and dose also typically vary over time. Thus, a warfarin pt may require frequent laboratory assessments and dose adjustments based on their varying INR levels (and likely will have lower than average percent time in the target 2.0-

24

3.0 INR range during their time on warfarin). Moreover, because stability of anticoagulation in individual patients treated with warfarin is notoriously unstable in many/most patients, given warfarin's management hurdles, comparisons of INRs across trials with different representation of complex patients, such as those with heart failure and/or on poly-pharmacy may be impossible to accurately interpret.

Finally, warfarin requires a larger number of dosing options than almost any other medication I know. There are 9 different dosing sizes and tablet colors just of branded Coumadin, and multiple different manufacturers of generic warfarin as well. The potential for confusion and dosing errors is high, and represents a major cause of emergency room visits in the U.S. In 2011, the New England Journal of Medicine reported 99,628 emergency *hospitalizations* in a 2-year period for adverse drug events in U.S. adults 65 years of age or older, with warfarin accounting for one third of them (three times as many as the next highest agents).[25] Consequently, physicians and pts alike find warfarin difficult to use and often find excuses not to utilize it. Accordingly, in multiple reports in the medical literature, some ***40% to 60% of AF pts in whom anticoagulation with warfarin has been indicated*** have in

USCA5 4106

fact **not been** anticoagulated.[26] And in the ones who have been, stability of the INR in the target range of 2.0-3.0 has been poor about half of the time (see time in therapeutic range, TTR, below). Moreover, the underuse of warfarin has been greatest in the elderly[27, 28] – the very patients with the highest risk of SSE. Not surprisingly, then, it has been estimated that Americans suffer more than 125,000 embolic strokes per year due to AF, with a mortality of about 20%. These would be preventable if anticoagulation was more widely and appropriately used. Thus, accordingly, there has been a long-felt unmet need for safer, easier to use, and potentially even more effective alternatives to anticoagulation with warfarin (figure 6).

Figure 6:



USCA5 4107

Finally, with the advent of the current decade, such alternatives have become a reality.[29-40] In 2010, dabigatran (Pradaxa), the first new oral anticoagulant, was released. It was quickly followed by the release sequentially of rivaroxaban (Xarelto), apixaban (Eliquis), and edoxaban (Savaysa). These new oral anticoagulants, with novel and more precise mechanisms of action, have become known as the NOACs. Since their release, the use of NOACs has grown and the use of warfarin has declined. Thus, today, warfarin has been increasingly replaced by newer oral anticoagulants for prevention of stroke in patients with non-valvular AF (NVAF) [as well as in the treatment of VTE].[40,41] In the 2014 AHA/ACC/HRS guidelines for the management of AF, the NOACs are listed as alternatives to warfarin; and, in the most recent 2016 ESC (multinational) guidelines, the text states: "When oral anticoagulation is initiated in a patient with AF who is eligible for a NOAC (apixaban, dabigatran, edoxaban, or rivaroxaban), *a NOAC is recommended in preference to a Vitamin K antagonist*" (warfarin or dicoumerol).[7]

USCA5 4108

**Development of NOACs:**

Introduction of four new medications (collectively referred to as NOACs) over the past decade to provide oral anticoagulation for stroke prevention and treatment of VTE:

The NOACs are oral anticoagulants that work somewhat differently than warfarin to accomplish the same goal. Warfarin, as noted earlier, impairs the body's hepatic utilization of vitamin K, which is required for the formation of multiple proteins that are needed sequentially in the chemical process that results in coagulation. Each NOAC, in contrast, works by inhibiting a single one of these necessary proteins, so that the sequential steps required in the chemical process leading to coagulation cannot be completed. Dabigatran inhibits thrombin while Xarelto, apixaban, and edoxaban inhibit factor Xa. Nonetheless, the end result of their use is anticoagulation.

However, unlike warfarin, the NOACs have much simpler dosing regimens (mostly only two dose choices in pts with AF); far fewer drug interactions; no dietary interactions; and, currently, based upon their clinical trials versus "standard" anticoagulation regimens, no need for regular blood tests, such

28

USCA5 4109

as the INR. Only five commonly used cardiac drugs are listed in any of the current NOAC package inserts regarding possible pharmacokinetic drug interactions: amiodarone, quinidine, diltiazem, dronedarone, verapamil (the latter three are noted in the Xarelto package insert). Notably, these five drugs also interact with warfarin. Thus, the NOACs are substantially easier to use and to be compliant with. Moreover, large, randomized, prospective, blinded clinical trials in which each NOAC was tested directly against warfarin, with standard INR-guided dosing for warfarin but no blood test monitoring for NOAC dosing, both for the prevention of SSE in high-risk AF pts [excluding pts with rheumatic mitral valve stenosis and pts with mechanical heart valves] and for the management of VTE, have shown that the *NOACs, as a class, are non-inferior to (substantially maintain the efficacy of) or more effective than (superior to) warfarin* (or warfarin following a heparinoid in some of the VTE studies) in the prevention of these thromboembolic endpoints with similar overall bleeding risk but *lower rates of fatal bleeding and of bleeding into the head/brain.*[29-41] *Consequently, as a class, the NOACs have multiple advantages over warfarin*. Importantly, while each NOAC has been tested against warfarin, none have been tested directly against each other; and, because the populations in which they were tested

29

USCA5 4110

differ from each other in important clinical characteristics, we cannot presume to accurately state or even truly estimate their relative efficacy or safety, one versus the next.

Nonetheless, despite having freedom from significant dietary interactions and only a limited number of drug interactions, there are specific considerations that do come into play regarding NOAC dosing. Specifically, dosing of each of the NOACs is guided by the status of renal function (+/- possible confounding drug interactions).[41a] And, as all except dabigatran have a significant component of elimination via hepatic metabolism, such that conditions affecting the liver may alter NOAC pharmacokinetics, and possibly safety. In this respect, HF again becomes an important issue, as HF can adversely and variably affect both renal and hepatic function.

Accordingly, comorbid conditions and their treatment have the potential to not only affect both NOAC safety and warfarin safety in a given pt but also to inhibit inter-trial comparisons of NOACs as studied in nonidentical populations. Importantly, it is not just the frequency of heart failure that is different among the NOAC vs warfarin trials, as one example of a complex

30

USCA5 4111

co-morbidity, but likely its severity and the number and doses of medications patients with AF and heart failure take (some of which interact with the NOACs – generally to increase their concentrations in the body). Hence, any attempt to compare these agents across trials has to be inaccurate at best. Furthermore, because propensity-matching (a commonly used approach to try to compare across trials or subgroups within trials) cannot "drill down" to the level of co-morbidity severity and treatment, even this "correction technique" will not suffice when trying to compare NOACs across trials, or subgroups within a NOAC trial.

**Brief discussion of various NOACs and indications:**

Dabigatran (Pradaxa) was the first NOAC released for clinical use. In pts with AF, dabigatran was evaluated directly against warfarin in the RE-LY trial.[29] In RE-LY, dabigatran at 150 mg bid was *superior* to warfarin for reducing SSE -- both ischemic strokes and hemorrhagic strokes. Dabigatran had overall major bleeding rates similar to warfarin; and although dabigatran had more total GI bleeding, it had less life-threatening or fatal bleeding, less intracranial bleeding, and lower overall mortality. It was also tested at a dose of 110 mg bid, which proved non-inferior to warfarin for SSE prevention with

31

USCA5 4112

a lower risk of bleeding. [The 110 mg bid dose is available outside of the U.S. for AF, but has not yet been approved by the FDA for AF in the U.S.] For VTE dabigatran was compared to standard therapy (parenteral enoxaparin, for rapid onset, followed by oral warfarin) in the RECOVER trials.[34-36] Again, when considering the efficacy and safety outcomes, dabigatran proved better than warfarin.

Subsequent to dabigatran, the three factor Xa inhibitors, rivaroxaban (Xarelto), apixaban (Eliquis), and edoxaban (Savaysa) were approved for clinical use – again after pivotal trials against warfarin in high-risk AF and VTE pts. For AF, Xarelto was studied in the ROCKET AF trial; [30,31] apixaban was studied in the ARISTOTLE trial;[32] and edoxaban was studied in the ENGAGE AF trial.[33] For VTE, Xarelto was studied in the EINSTEIN trials[34,37,38] (and short-term for prevention of VTE after hip and knee surgery in the RECORD trials[38a-d]); apixaban was studied in the AMPLIFY trial;[34,39] and edoxaban was studied in the HOKUSAI trial[34,40]. In these trials, the NOACs were consistently non-inferior or superior to warfarin (or the alternative standard of care regimen) in reducing SSE and VTE events with similar or less major bleeding and with less fatal and less intracranial bleeding despite more GI bleeding. As with

USCA5 4113

dabigatran in RE-LY, ARISTOTLE revealed a lower mortality rate in pts treated with apixaban than with warfarin.  With this background on the NOACs, let's turn more specifically to the study of Xarelto in particular.

**Overview of ROCKET AF:**

Purpose and Design:

The **XaRelto** Once Daily **O**ral Direct Factor Xa Inhibition **C**ompared with Vitamin **K** Antagonism for Prevention of Stroke and **E**mbolism **T**rial in **A**trial **F**ibrillation (ROCKET AF)[30, 31] was designed as a prospective, randomized, multi-national, double-dummy study to compare once-daily oral Xarelto with dose-adjusted warfarin for the prevention of SSE in patients with nonvalvular AF who were at moderate-to-high risk for stroke. Elevated risk was indicated by a history of stroke, transient ischemic attack, or systemic embolism or at least two of the following risk factors: heart failure or a left ventricular ejection fraction of 35% or less, hypertension, an age of 75 years or more, or the presence of diabetes mellitus.  According to the protocol, the proportion of patients who had not had a previous ischemic stroke, transient ischemic attack, or systemic embolism and who had no more than two risk factors was limited to 10% of the cohort for each region; the remainder of patients were

USCA5 4114

required to have had either previous thromboembolism or three or more risk factors. As stated in the trial report in the New England Journal of Medicine[30], the primary hypothesis was that Xarelto would be noninferior to warfarin for the prevention of stroke or systemic embolism. The principal safety end point was a composite of major and nonmajor clinically relevant bleeding events. The population studied in ROCKET AF was higher risk than those in RE-LY, ARISTOTLE, or ENGAGE AF. They were older with more relevant comorbidities that affect both the risk of SSE, the risk for bleeding, the risks of specific sites of bleeding, mortality, and the TTR during warfarin treatment (table 1).

Table 1:   Selected Demographics in the NOAC vs Warfarin AF Trials

|  | ROCKET AF | RE-LY | ARISTOTLE | ENGAGE AF |
|---|---|---|---|---|
| Average Age (years) | **73** | 71.5 | 70 | 72 |
| Heart Failure | **62%** | 32% | 35% | 57% |
| Diabetes Mellitus | **40%** | 23% | 25% | 36% |
| Hypertension | **90%** | 79% | 87% | 93% |
| Prior SSE/TIA | **55%** | 20% | 19% | 28% |

34

[Notably, renal function was not comparably reported in the above four trials, so comparisons of this important demographic characteristic, which directly affects the pk characteristics of each of the NOACs, cannot be assessed.]

Patients were randomly assigned to receive fixed-dose Xarelto of 20 mg once daily with the evening meal (or 15 mg daily in patients with a creatinine clearance of 30 to 49 ml per minute) or adjusted-dose warfarin (target INR 2.0 to 3.0). Patients in each group also received a placebo tablet in order to maintain blinding.  So, Xarelto pts took placebo warfarin and warfarin pts took placebo Xarelto each day. A point-of-care device (Alere INRatio) was used to generate encrypted PT values that were sent to an independent study monitor, who provided sites with either real INR values (for patients in the warfarin group in order to adjust the dose) or sham values (for patients in the Xarelto group receiving placebo warfarin) during the course of the trial. In the warfarin group, the method of Rosendaal et al.[43] to calculate the overall time that INR values fell within the TTR was used.  A point-of-care method to measure the protimes was chosen rather than primarily using a

35

USCA5 4116

central lab for processing, so as to allow physicians to make real-time decisions concerning warfarin dosing while he/she was present with the patient.

The primary efficacy end point was the composite of stroke (ischemic or hemorrhagic) and systemic embolism. Secondary efficacy end points included a composite of stroke, systemic embolism, or death from cardiovascular causes; a composite of stroke, systemic embolism, death from cardiovascular causes, or myocardial infarction; and individual components of the composite end points. Secondary efficacy end points also included a composite of stroke, systemic embolism, or death from cardiovascular causes; a composite of stroke, systemic embolism, death from cardiovascular causes, or myocardial infarction; and individual components of the composite end points. An independent clinical end-point committee applied protocol definitions to adjudicate all suspected cases of stroke, systemic embolism, myocardial infarction, death, and bleeding events that contributed to the prespecified end points.

USCA5 4117

**Results of the ROCKET AF trial[30, 31]:**

A total of 14,264 patients underwent randomization.  The proportions of patients who permanently stopped their assigned therapy before an endpoint event and before the termination date were 23.7% in the Xarelto group and 22.2% in the warfarin group. The median duration of treatment exposure was 590 days; the median follow-up period was 707 days.  Only 32 patients were lost to follow-up.

The median age was 73 years (*a quarter of the patients were 78 years of age or older*), and 39.7% of the patients were women.  Hypertension was present in 90.5% while 62.5% had HF, and 40.0% had diabetes; *54.8% of the patients had had a previous stroke, systemic embolism, or transient ischemic attack*. The mean and median $CHADS_2$ scores were 3.5 and 3.0, respectively.  More pts in ROCKET AF had prior stroke/TIA and more had HF than in any other NOAC trial for AF.  Among patients in the warfarin group, INR values were within the therapeutic range (2.0 to 3.0) a mean of 55% of the time (median, 58%; interquartile range, 43 to 71).  The mean $CHADS_2$ score of 3.5 with 43% having a score of 4 or higher (largely due to prior SSE/TIA) makes this the highest risk population enrolled in any of the NOAC vs warfarin AF trials.

37

USCA5 4118

Among all randomized patients in the intention-to-treat analysis, primary events (SSE) occurred in 269 patients in the Xarelto group (3.8% per year) and in 306 patients in the warfarin group (4.3% per year) (hazard ratio, 0.88; 95% CI, 0.74 to 1.03; P<0.001 for noninferiority; P= 0.12 for superiority). The components of these totals are listed below (table 2).

Table 2: "Efficacy" Outcomes in ROCKET AF

|  | Xarelto | Warfarin |
| --- | --- | --- |
| Total SSE: | 3.8% | 4.3% |
| Total Stroke | 3.6% | 4.0% |
| Hemorrhagic Stroke | 0.5% | 0.8% |
| Ischemic Stroke | 2.9% | 2.9% |
| Stroke of Unknown Type | 0.3% | 0.3% |
| Systemic Embolism | 0.3% | 0.4% |

Thus, noninferiority was seen across all the components of the primary endpoint. Additionally, there were no significant differences in the rate of SSE across multiple prespecified subgroups, including: prior warfarin use (yes

USCA5 4119

or no), age, gender, weight, prior stroke or TIA, diabetes, $CHADS_2$ score, creatinine clearance, geographic region, or the use of low dose aspirin at baseline. Also, the efficacy of Xarelto as compared with warfarin was as favorable in centers with the best INR control as in those with poorer control. In quartiles of center TTR, going from the lowest TTR to the highest, the hazard ratios for Xarelto vs warfarin were 0.70, 0.89, 0.89, and 0.74 respectively, with no statistical difference in any quartile although event rates on Xarelto were lower than on warfarin in each of them.

Among patients who stopped taking the assigned study drug before the end of the study, during a median of 117 days of follow-up after discontinuation, primary events occurred in 81 patients in the Xarelto group (4.7% per year) and in 66 patients in the warfarin group (4.3% per year) (P= 0.58). However, during the first 28 days after the end of the study, there were 22 strokes in the Xarelto pts vs 6 in the warfarin pts.[44] Importantly, the ROCKET AF protocol did not stipulate anticoagulation after study drug discontinuation. Warfarin pts who completed the trial (in which INRs determined during the trial were real, not sham) were generally switched to open-label warfarin. Xarelto pts were generally switched to open-label warfarin without any

39

bridging strategy.   As such the Xarelto patients were not adequately anticoagulated after stopping Xarelto until attaining a therapeutic INR – which takes an average of 2 weeks or more, since the elimination time of Xarelto after dosing is stopped is only a couple of days. The higher event rate in the Xarelto group is essentially entirely explainable by the double-blind, double-dummy nature of the trial, the $CHADS_2$ score of the population, the half-life of Xarelto, and the time it takes to achieve steady INRs above 2.0 with new start warfarin.   Prolonged interruptions in anticoagulation of high-risk AF patients have been shown in other AF databases to be associated with an increased risk of stroke.[44a]  While one may ask why physicians were not told to bridge their pts upon completion of the trial, ROCKET AF was designed as a "real-world" study in which physicians were free to dose warfarin as they saw fit, to modify doses as they saw fit (rather than by a prescribed algorithm), and to treat pts as they saw fit whenever their anticoagulation was held.  Moreover, because of this, I believe that the better way to assess the rivaroxaban vs warfarin events in ROCKET AF that occurred at the end of the trial is by the on-therapy, per-protocol approach (as was used in the NEJM manuscript) rather than by the intention-to-treat approach.

USCA5 4121

In the intention-to-treat analysis,[31] rates of major bleeding were similar in the Xarelto and warfarin groups (3.6% and 3.5%, respectively; no significant difference). Decreases in hemoglobin levels of 2 g per deciliter or more and transfusions were more common among patients in the Xarelto group, predominately due to a higher rate of major GI bleeding (2.0% vs 1.2%), *whereas fatal bleeding (0.2% vs 0.5%) and bleeding at critical anatomical sites were less frequent in the Xarelto group as compared to the warfarin group. Rates of intracranial hemorrhage were significantly lower in the Xarelto group than in the warfarin group (0.5% vs 0.7%).* Importantly, I believe that to keep analyses in perspective, whenever bleeding is discussed, the discussion must include the risk of fatal bleeding. Recall the material above where I stated that one cannot simply count strokes and bleeds numerically but rather, they must be considered functionally. I cannot imagine that a pt would equate having a stroke as being no worse than having a non-fatal bleed.

In sum, the ROCKET AF trial[30], by intention-to-treat analysis revealed that Xarelto, given without blood test monitoring to guide dosing, was noninferior to warfarin in reducing SSE, and in overall risk for major bleeding,

41

USCA5 4122

but was better than warfarin in regards to the risk of a fatal or intracranial bleed, as a cost of higher (but nonfatal) GI bleeding (and transfusion requirements). While each of these findings may have been non-identical across the multiple geographical areas that took part in the trial, analysis by such subgroups was not designed as part of the overall trial assessment, just as it was not in the other major NOAC vs warfarin trials; nor was the trial powered to do such analyses; nor would retrospective propensity-matching provide a sufficiently accurate means of attempting such comparisons in this high-risk, complex co-morbidity, poly-pharmacy (mean of 9 medications/day) population. It is vitally important to recognize that post hoc, and/or retrospective, and/or subgroup analyses provide information that at best may be hypothesis-generating but cannot be taken as factual certainty. The results may be real, may be biased by the non-randomized groups, or simply a play of chance. Often, when tested in a subsequent prospective, randomized, double-blind, placebo-control or active-control trial, such hypothesis-generating observations are proven misleading, wrong, or even diametrically opposite of the truth. One only has to look at the MPIP followed by the CAST trial, or the ATHENA followed by the PALLAS trial to demonstrate the truth of this statement. [44b, 44c, 44d, 44e]

USCA5 4123

Additionally, while some may ask as to whether a blood test guidance of Xarelto dosing (as by PT or anti-factor Xa levels) might have provided different, and perhaps even better results with rivaroxaban, that was not part of the ROCKET AF trial (nor of the other factor Xa inhibitor vs warfarin trials). It is a reasonable question to ask theoretically, but it cannot be presumed to be factually true without a prospective blinded trial to test it. There are many circumstances in my clinical trial experience of over 4 decades, in which assumptions that appear quite logical have been proven to be entirely false and misleading when tested prospectively in a properly designed study as is noted above. Similarly, none of the NOAC trials had any analyses planned to assess the relationship of either efficacy or safety outcomes to the PK curves of the drugs studied. Accordingly, we have not proven, for example, if stroke reduction or bleeding is related to the peak level achieved with a dose, the trough level achieved with a dose, or the mean concentration present during a dosing interval during these NOAC trials, other than perhaps bleeding risk and trough levels with dabigatran.

43

**Comparison with other NOAC clinical studies:**

Practitioners often have the luxury of several different therapeutic options for the same indication that may work by similar or identical mechanisms. Consider beta blockers, ACE inhibitors, or statins, for example. A more recent development is the emergence of an array of new oral anticoagulants (dabigatran, Xarelto, apixaban, and edoxaban) designed to replace warfarin in the management of AF.

Although these four new agents share indications for use, these agents are not freely interchangeable. Each of these new anticoagulants was studied against warfarin in one major phase 3 trial rather than in multiple trials, but, none of these new agents were studied head to head in the same trial. And, none were studied against placebo. Moreover, the populations studied in each of the major pivotal trials (RE-LY, ROCKET AF, ARISTOTLE, and ENGAGE AF) were different, one from the next, in important ways, such as CHADS$_2$ score, mean age, percent with prior stroke or TIA, percent with HF, and other factors that can affect the rates of SSE (see table 1 above) as well as the TTR. Accordingly, direct comparisons of the results of Xarelto in ROCKET AF to those of the other new agents in their pivotal trials is not possible. The same

44

USCA5 4125

may be said for the VTE trials. The geographical distribution of sources of pts also differed across the studies (see below).

Geography can play important roles in access to hospitals and to physicians (distance to, speed of access), likelihood of seeking care, severity of events likely to lead to medical care, severity of events by the time medical care is accessed, types of diagnostic and treatment capabilities used, socioeconomic status and its related levels of education, diet, and disease severity, and more. Accordingly, while counts for strokes, fatal bleeds, intracranial bleeds, life-threatening bleeds, and deaths (all "hard" events) are likely to be accurate across different geographical regions, the accuracy and interpretation of numbers of "softer" events, such as any bleeding, hemoglobin drop and transfusion decisions, and other adverse events, is likely to be less certain.

Nonetheless, there are notable commonalities across the trials. In each of the pivotal AF trials, the NOAC studied was noninferior or superior to warfarin in reducing the rate of SSE and the components of this primary endpoint. Similarly, the NOACs studied were all noninferior or superior in

45

their risk of major +/- clinically relevant non-major bleeding, fatal bleeding, and overall mortality.  In each trial, the NOAC was superior to warfarin in the risk for intracranial hemorrhage.  For example, for *major bleeding on warfarin* the rates in ROCKET AF, RE-LY, ARISTOTLE, and ENGAGE AF respectively were: 3.4%, 3.6%, 3.09%, 3.7%.  These appear remarkably compatible especially when one recalls that the respective $CHADS_2$ scores were 3.5, 2.1, 2.1, and 2.8 and that bleeding rates are expectedly higher in pts with higher $CHADS_2$ scores. Of important note, these commonalities in results were present despite the absence of any coagulation test monitoring in the NOAC arms of the trials, different geographies, different percentage of pts with prior anticoagulation experience, different mean TTR values, different ways to calculate the TTR, and different methods for measuring the protimes use to calculate both INR and TTR values.

In ROCKET AF, the method of Rosendaal et al.[43] was used to calculate the TTR.  The same method was used in ARISTOTLE.  In RE-LY the time that the INR was within the therapeutic range was calculated using the method of Rosendaal et al. but excluded INRs from the first week and during/after discontinuation(s) of the study drug.  This should result in slightly higher TTR

46

USCA5 4127

values than would have been determined using the original Rosendaal method. In ENGAGE, the TTR in the warfarin group was calculated by means of linear interpolation with INR values rounded to the nearest 0.1. Moreover, in ROCKET AF, a point of care (POC) device (Alere INRatio) was used to measure the PT at patient visits; additionally, blood was drawn at weeks 12 and 24 for assessment at a central lab for additional analyses to be done later. Post-hoc it was decided to determine PTs as part of these later analyses. In contrast, ARISTOTLE and ENGAGE used a different point of care device and RE-LY only used a central laboratory.

Beyond the above, other factors can result in TTR differences or in differences in interpretation of similar TTRs. The numbers used to calculate the TTR can be different from trial to trial. That is, TTR might represent just the numerical average of the INRs that were in range divided by the total number of INR determinations. However, this does not give credit to how long a pt was in the trial and followed. That is, one might attempt to consider the total period of anticoagulation as well; i.e., consider the frequency with which the INR is tested and how the time between tests is handled. If TTR simply is the number of all the individually tested INRs in the 2.0-3.0 range

47

USCA5 4128

divided by the total number of tests, the calculated result will be different than if total time on warfarin is also considered.  Meaning, if an INR is low (or high) and the time to the next test is long, and each day between testing is considered to have the same result as the day of the prior test (or of the subsequent test) or to change linearly between tests [integrated or linear results, as is used in the Rosendaal method], then if TTR is calculated by the number of days in range over the total number of days, the determined TTR will be quite different than and lower or higher than the simple average as calculated above.  Importantly, the number of actual tested INRs and the frequency of testing (which is not defined by the Rosendaal method not rigidly controlled in any of the NOAC vs warfarin pivotal trials but can significantly affect the results) thus also comes into play in the calculation (see more below).

Additionally, and accordingly, for trials among which different geographic regional representation results in different access to care and frequencies of INR testing, then TTRs cannot be directly or reasonably compared. Geographical differences in likelihood of maintaining an INR within the target range do exist [44f] and geographical differences did exist in the NOAC vs

48

warfarin AF trials. For example, in ROCKET AF, a smaller percentage of pts were enrolled from North America (19%) than were in RE-LY, ARISTOTLE, and ENGAGE AF (22% to 36%), while there were more from Europe (western plus eastern) (53% vs 40% to 48%). Likewise, the percent from Latin America in ROCKET AF (13%) differed from the other three trials (6% to 19%) whereas the percent from Asia-Pacific regions did not (all 15%-16%). Unknown to me is whether the geographical distribution within the U.S. from study to study also differed. One might expect that a greater or lesser representation of Pacific coast sites would alter the ethnicity profiles within the trials (and hence the percentage of patients of Japanese and other Asian extraction), and with it both altered drug pharmacokinetics and possibly the willingness to use the target INR range of 2.0 to 3.0. While U.S. subjects on Xarelto by subgroup examination had higher reported bleeding rates on Xarelto in ROCKET AF than did pts from other locations, they did not have more fatal or intracranial bleeds. As noted above, differences in access to care reflected by differences in geography, especially on "softer" event rates, and possible biases associated with post-hoc subgroup analysis likely account for this finding in my opinion. Moreover, differences among trials in comorbidities that are known to affect the TTR, such as the percent of pts with HF,

49

spectrum of renal dysfunction, etc., also make inter-trial comparisons hazardous.

Finally, an INR can be out of range because it is <2.0 or >3.0. Either will result in reduced TTR but implications will be different. Since INR <2.0 increases stroke risk and INR >3.0 increases bleeding risk, the same TTR but from different values can have different inter-trial results. In ROCKET AF 30% of the INRs were <2.0 and 15% were >3.0. Notably, these numbers do not tell us how far below or above the target range the individual results were or what the responses to them were. Importantly, to me, the similarities in efficacy and safety results across the trials despite these differences in assessing the level of warfarin anticoagulation has to suggest that the differences in PT methods and moderate differences in TTR values were of relatively small impact with respect to the commonalities of the outcomes seen in the trials, including those of ROCKET AF. The same conclusion is supported by the consistency of the results across quartiles of TTR or across centers with different mean TTRs within ROCKET AF (see below).

50

USCA5 4131

**Additional Clinical Trials and Post-Market Data on Xarelto:**

Although there has been no second prospective, randomized pivotal trial of Xarelto vs warfarin in predominately non-Asian high-risk AF pts, there is substantial and growing data from other clinical trials as well as "real-world" post-market experience with Xarelto in both AF and VTE populations that is highly consistent with and supportive of the Xarelto data from ROCKET AF. This data both: (1) corroborates and bolsters the conclusions of ROCKET; and, (2) confirms that Xarelto is safe and effective as compared to warfarin. Supporting these conclusions are the reviews and decisions by many regulatory agencies around the world. These sources include data from randomized clinical trials, observational studies, and post marketing safety and pharmacovigilance activities. [45-48, 48a, 48b]

**Randomized Clinical Trials**

**The EINSTEIN program (the EINSTEIN DVT and EINSTEIN PE studies)**[37,38] were prospective, randomized, multinational, open-label studies comparing Xarelto to a combination of short-term low molecular weight heparin followed by long-term vitamin K antagonist (warfarin or acenocoumeral) therapy in 8,282 patients with either DVT or PE. *The POC device was not*

51

USCA5 4132

*utilized to monitor INR in these studies*. In a planned pooled analysis of the EINSTEIN-DVT and PE studies, the primary efficacy outcome occurred in 86 (2.1%) Xarelto treated patients compared with 95 (2.3%) standard-therapy-treated patients (HR, 0.89; 95% CI, 0.66 - 1.19; P for noninferiority p<0.00I). Major bleeding was observed in 40 (1.0%) and 72 (1.7%) patients in the Xarelto and standard-therapy groups, respectively (HR, 0.54; 95% CI, 0.37 - 0.79; p = 0.002). According to the authors, "The single-drug approach with Xarelto resulted in similar efficacy to standard-therapy and was associated with a significantly lower rate of major bleeding. Efficacy and safety results were consistent among key patient subgroups". Data from the EINSTEIN program presents an additional perspective on the comparison of Xarelto to warfarin therapy. Here again, Xarelto was shown to be both safe and efficacious, findings that are consistent with those from the ROCKET AF program as well as from multiple other sources as described below. The post orthopedic surgery RECORD studies data[38a-d] are likewise supportive, but will not be detailed further here as the focus of this report is atrial fibrillation.

**J-ROCKET AF**[48c] was a prospective, double-blind, randomized trial, similar to ROCKET AF, performed in Japan, that compared rivaroxaban versus warfarin

52

USCA5 4133

in Japanese patients with nonvalvular atrial fibrillation.  The INR target was slightly lower than in ROCKET AF, as per the Japanese custom, for older pts and rivaroxaban doses were also slightly lower (10, 15 mg bid) as appropriate for the Japanese metabolic profile.  In J-ROCKET, there were no significant differences between rivaroxaban and warfarin in major bleeding (3.0% vs 3.59%) or major plus clinically relevant non-major bleeding.  Intracranial hemorrhage was significantly lower on rivaroxaban.

**Observational Studies**

**XANTUS** was a "real-world", ***prospective,*** observational study of atrial fibrillation patients [mean $CHADS_2$ score 2.0] treated with Xarelto for stroke prevention.[46,48] There were 6,784 patients treated with Xarelto at 31 1 centers. The mean treatment duration was 329 days. The incidence rate of treatment-emergent major bleeding was 2.1/ 100 patients-years (95% Cl 1.8 - 2.5). The incidence rate of all-cause death was 1.9/100 patients-years (95% CI 1.6-2.3), consistent with the age and underlying conditions of this population. The authors state that, "With the distribution of stroke risk scores in XANTUS, real world stroke incidence was low in patients receiving anticoagulation, with an annual stroke rate of 0.7% (vs. 1.7 events per 100

53

USCA5 4134

patient-years in the ROCKET AF on-treatment population). The incidence rate of major bleeding was 2.1 events per 100 patient-years, which is lower than in the sicker pts [mean CHADS$_2$ score 3.5] in ROCKET AF (3.6 events per 100 patient years)".

In **a matched-cohort study** performed independently of JRD/Bayer with information from French health-care databases,[48] data were extracted for adults with nonvalvular atrial fibrillation who received their first prescription for a vitamin K antagonist between Jan 1, 2011 and Nov 30, 2012 and who were either switched to a NOAC (dabigatran or Xarelto) or maintained on the vitamin K antagonist.  Of 17,410 participants, 6,705 switched to a NOAC (switchers) and 10,705 remained on vitamin K- antagonist therapy (non-switchers).   After a median follow-up of 10.0 months, no significant difference was noted between groups for bleeding events (99 [1%] in switchers vs 193 [2%] in non-switchers, p=0.54) *although numerically bleeding events were lower on the NOAC*. In adjusted multivariate analyses, the risk of bleeding in switchers was not statistically different from that in non-switchers (HR, 0.87; 95% CI 0.67 - 1.13). Additionally, no differences were noted when the risk of bleeding was compared among switchers from

54

USCA5 4135

a vitamin K antagonist to dabigatran (HR, 0.78; 95% CI 0.54 - 1.09), switchers from a vitamin K antagonist to Xarelto (HR, 1.04; 95% CI 0.68 - 1.58) and non-switchers.  The authors concluded that the "findings suggest that patients with nonvalvular atrial fibrillation *who switch their oral anticoagulant treatment from a vitamin K antagonist to a non-vitamin K antagonist are not at increased risk of bleeding*. Future studies with longer follow-up [or larger numbers] might be needed."  In some respects, (certainly fatal bleeding and intracranial bleeding), they would appear to be at lower risk on a NOAC.

**A replication of the FDA Mini-Sentinel** observational study in atrial fibrillation patients conducted by Janssen and an ongoing Mini-Sentinel observational study conducted by the FDA.[22a, 48] The Janssen study replicated the analysis proposed in the FDA Mini-Sentinel protocol and executed the analysis against the Truven Market Scan Medicare Supplemental Beneficiaries Database (MDCR).   There were 22,152 Xarelto new users who met inclusion criteria in the database. In this analysis, there was no difference between Xarelto and warfarin users in the occurrence of ischemic stroke (HR, 0.86; CI 0.65 - 1.12). For the occurrence of intracranial hemorrhage, there was a statistically significant decreased risk in Xarelto

USCA5 4136

new users relative to warfarin new users (HR, 0.54; CI 0.34 - 0.83). For gastrointestinal bleeding, there was a statistically significant increased risk in Xarelto new users relative to warfarin new users (HR, 1.35; 1.13 - 1.62). These results were largely consistent with the reported results from the ROCKET-AF study. In the FDA study that assessed 41,648 new users of rivaroxaban and 89,080 new users of warfarin that were then propensity matched, the hazard ratios for GI bleeding and intracranial hemorrhage were directionally similar to those observed in ROCKET AF.   In contrast to ROCKET AF, a reduction in risk of ischemic stroke for rivaroxaban vs warfarin was observed. These analyses "do not raise safety signals regarding bleeding risks for rivaroxaban." [22a]

**A Post-Marketing Safety and Pharmacovigilance program  (PMSS).** PMSS is a **prospective** post-marketing pharmacovigilance study for the detection and evaluation of major bleeding events in Xarelto users with atrial fibrillation.[45,48] The cumulative report from January 1, 2013 to June 30, 2015 included 44,793 atrial fibrillation patients taking Xarelto.   1,293 patients experienced at least one major bleeding event. The major bleeding incidence rate within the NVAF cohort was 2.84 [95% CI 2.69-3.00] per 100 person-

USCA5 4137

years. The mean $CHADS_2$ score was higher (3.0) in pts with a major bleed than in those without (2.2). To provide context, the reported rates of major bleeding were 3.6% (per person-year) for Xarelto and 3.5% (per person-year) for warfarin in patients with NVAF in the ROCKET-AF study. The most common bleeding site in the NVAF cohort was gastrointestinal, representing 86.3% of the bleeds (l,116/1,293), followed by intracranial representing 8.1% (105/1,293). Forty-one (41) of the 1,293 NVAF patients died during their hospitalization for the major bleeding event (a case fatality rate of 3.2%), reflecting an overall fatal bleeding rate of 0.09 [95% CI 0.07, 0. 12] per 100 person-years in this cumulative reporting period. Of those who died, 29 (70.7%, [29/41]) experienced ICH whereas 12 (29.3%, [12/41]) had GI bleeding, resulting in case fatality rates of 27.6% (29/105) for ICH and 1.1% (]2/1,116) for GI bleeding.

**XALIA** was a real world, international, observational study performed in 4768 pts with VTE in which Xarelto results were compared with those of standard-therapy (mainly a heparinoid followed by warfarin).[47,48] Recurrent VTE was lower on Xarelto (1.4% vs 2.3%) as was major bleeding (0.8% vs 2.1%). These results are directionally consistent with those of the EINSTEIN program.

USCA5 4138

**13th PBRER/PSUR for Xarelto**.[48] The cumulative worldwide exposure to Xarelto during the 6 years of marketing (since September 2008) is estimated at approximately 5.5 million patient years. The above post marketing data gathered subsequent to the pivotal trials does not change the favorable benefit-risk assessment of Xarelto in the approved indications. This additional report covers the interval from September 16, 2014 to March 15, 2015 and concluded that no new information has emerged during the reporting interval that would change the overall evaluation of benefit-risk for Xarelto in the approved indications.

**Retrospective National Insurance Database Assessments:** In 2016, two manuscripts were published that examined large insurance databases with respect to specific NOACs versus warfarin, including rivaroxaban. One examined the Taiwan National Health Insurance Research Database.[48a] It reported that, as compared with warfarin, rivaroxaban significantly reduced the risk for ischemic stroke or systemic embolism, all-cause mortality, and intracranial hemorrhage. With respect to hospitalization for major bleeding, the rates per 100 person-years were 3.45 for rivaroxaban versus 4.33 for warfarin (hazard ratio 0.77, p=ns). The second reviewed a large US insurance

USCA5 4139

database that included both private insurance and Medicare.[48b] It reported on rivaroxaban vs warfarin (n=32,350), dabigatran vs warfarin(n=28,614) and apixaban vs warfarin (n=15,390) using propensity score matching. For rivaroxaban versus warfarin, there was no significant difference in either stroke/systemic embolism or in major bleeding rates, although rivaroxaban had a statistically significant lower rate of intracranial hemorrhage. I mention these two trials here because, despite their retrospective design, and the major issue of selection-bias that is an issue in all such studies which cannot truly be overcome by propensity-matching, their observations are consistent with the rest of the rivaroxaban versus warfarin literature. And, when results are identical or strongly similar across many multiple studies, despite differences in design, they become important supporting observations.[48d]

Of note, selection-bias is particularly relevant to studies of older patients with multiple comorbidities and complex concomitant medications where agents, doses, metabolism/elimination, and interaction potentials can vary tremendously. Moreover, a physician's reasons for selecting particular treatments in particular patients are never known or documented in

USCA5 4140

observational studies, registries, and the like, although they certainly can affect, positively or negatively, the outcomes and are a major component of selection-bias. With respect to AF in particular, stroke risk, bleeding risk, and therapeutic complications are greatest in older and sicker patients and specific treatment of the concomitant disorders may affect outcomes independent of the anticoagulant selected.[48e, 48f, 48g]

**Additional retrospective studies:**

Beyond the above, there are still more additional retrospective database analyses, meta-analyses, and the like that have attempted to further assess either rivaroxaban vs warfarin or NOAC vs warfarin or NOAC vs NOAC efficacy and/or safety.[48h-48ff] The largest was reported by Peacock et al[48ff] in which nearly 10 million electronic medical records were reviewed to identify major bleeding related hospitalizations among rivaroxaban users with AF as part of an ongoing 5-year pharmacovigilance study. This report found that "The rates and pattern of major bleeding among rivaroxaban users with non-valvular atrial fibrillation in this study are low and similar to that of the registration trial." I will not belabor the others in similar detail. Suffice it to say, given all the limitations I noted above about retrospective and

60

propensity-matched evaluations: (1) their findings are best used as hypothesis-generating rather than as proofs; (2) *in none of them was the bleeding risk of Xarelto (given without any blood test monitoring) statistically higher than that of warfarin*; and (3) in the NOAC versus NOAC reports, due to the differences in study design, dosing selection, follow-up times, patient populations, definitions of safety or efficacy outcomes, data collection methods, and overlap of datasets included, no consistent or definitive conclusions can be reached – especially when honest and fair-balanced assessment prevents me from "cherry-picking" amongst them in an attempt to biasedly show favoritism of one NOAC versus another.

Thus, based upon this constellation of additional data, across a wide database of AF and non-AF patients alike in which no point-of-care prothrombin time device results were an issue, Xarelto has demonstrated a clinically useful profile with no excess bleeding in comparison to warfarin-based treatment regimens (see table 3 below), *regardless of how protime tests may have been measured,* how often, or by whom. The absolute numbers from trial to trial are dependent upon the population specifics and the length of follow-up.

USCA5 4142

Table 3: Major Bleeding in Multiple Xarelto vs Warfarin Study Databases:

|                | Xarelto        | Warfarin regimen |
|----------------|----------------|------------------|
| ROCKET AF      | 3.6%           | 3.5%             |
| J-ROCKET AF    | 3.0%           | 3.59%            |
| EINSTEIN       | 1.0%           | 1.7%             |
| XANTUS         | 2.1/100 pt-yrs | ---------        |
| XALIA          | 0.8%           | 2.1%             |
| PMSS           | 2.86/100 pt-yrs |                 |
| Matched Cohort | 1.0%           | 2.0%             |

**Responses to Anticipated ROCKET Criticisms:**

Alere INRatio Recall:[49]

Background Information: On September 9, 2015, [50,51] Janssen (JRD) became aware of the potential applicability of a recall notice initiated on December 5, 2014[49] regarding the POC devices used in the ROCKET AF trial program.  As noted on the FDA website, the devices were being recalled in patients with certain disorders as they "may provide an INR result that is lower than expected result obtained using a laboratory INR method".  According to the voluntary urgent correction notice issued by Alere,[52, 53] the device should not

62

be used for patients with certain medical conditions, such as anemia with hematocrit < 30%, a hematocrit > 55%, conditions associated with elevated fibrinogen levels including acute inflammatory conditions, (e.g., pneumonia), chronic inflammatory conditions (e.g., rheumatoid arthritis), severe infection, advanced stage cancer, severe renal disease, any bleeding or unusual bruising noted by the patient.   In these circumstances the INRatio generated INR results have overall been lower than simultaneously acquired INR results processed in a lab. Importantly, the device continued to be marketed and supported by Alere for use when such disorders are absent, although more recently the FDA announced its recall.

The INRatio device was approved by U.S. FDA in 2002 "for use by healthcare professionals in monitoring patients who are on warfarin type anticoagulation therapy". The INRatio device, currently marketed by Alere San Diego, Inc., was previously marketed by HemoSense, Inc., (San Jose, CA). In 2006, the HemoSense INRatio was selected as the POC device that would be used in the conduct of the ROCKET AF trial program. Between 2006 and 2008, JRD purchased over 3,000 POC devices for use by enrolling sites. On September 24, 2015, JRD received written confirmation from Alere that the

63

USCA5 4144

INRatio devices used in the ROCKET AF study were in fact included in the recall. [53]

Response to the recall notice: To better understand the potential effect of the recall on the results of the ROCKET AF study several sensitivity analyses were planned and performed by the Executive Committee for the trial at the Duke Clinical Research Institute (DCRI) and by the sponsor (see below).[53-57] More specifically, a subset of patients with conditions listed in the recall notice was to be identified. The impact on the primary efficacy and principal safety endpoints was evaluated in the population excluding the subsets with these conditions. The premise of the sensitivity analyses is that the INRatio device malfunction was only in patients with the recall-related conditions. Notably, nearly 90% of the warfarin treated subjects in the ROCKET AF trial had no discrepancy observed between the lab based INR value and device based INR value when they were compared. The likelihood of discordant results in only a small proportion of the overall population (<15% in 2 of the 3 sensitivity analyses, see below) having a significant effect on the overall trial results would seem unlikely. Moreover, in the 161 samples sent for analysis in the Covance recheck option[51,51a] that was available to

64

investigators during ROCKET AF, where the Alere sample was compared to another sample taken at the same time (split sample) and analyzed centrally in the Covance recheck lab, only 16 were inconsistent with each other. This 89% concordance is essentially the same as the nearly 90% noted above.

The following were the sources for detection of the potential relevant conditions re: POC device inaccuracy:

Baseline medical history - these data were entered at the time of randomization by the investigator in the "Relevant Medical History" field on the eCRF.

Treatment-Emergent Adverse Events - these events were reported by the investigator as having occurred while the patient was taking study medication.

Treatment-Emergent Serious Adverse Events - these events were reported by the investigator as having occurred while the patient was taking study medication. However, they are distinct from Treatment-Emergent Adverse Events as they met seriousness criteria.

USCA5 4146

Note: if the POC determined INRs were falsely low *to a degree of clinical relevance* (the definition of which might be dependent upon the patient's status, physician responsiveness, the use of local laboratory retesting of the INR outside of the ROCKET AF protocol, etc.), the result most likely would have been an increase in the warfarin dose to a higher-than-really-needed warfarin dose – with an expected higher incidence of bleeding than was reported in the earlier-performed warfarin vs placebo control AF trials (on which the power calculations and noninferiority margins for ROCKET AF were based). Such excess bleeding is not the case when the data is examined in ROCKET-AF. Of course, other changes could have been made by the treating physician, such as adjusting diet or concomitant medications that might have accounted for a low INR. Alternatively, if the POC determined INRs were falsely high *to a degree of clinical relevance*, the most likely result would have been a warfarin dose reduction to a lower-than-really-needed warfarin dose – with an expectedly higher incidence of strokes than would have been expected. Again, this is not the case when the data is examined. And, as above, other changes, such as dietary or concomitant medications might have been made by the treating physician rather than or in association with a warfarin dose adjustment.

USCA5 4147

**Analyses Performed:**

Focus was placed on capturing the populations for the *sensitivity analyses* by review of the medical conditions which could be reliably identified from the patient history [case report form (CRF) pages] and adverse event (AE) or serious AE (SAE) reporting. *Relevant medical condition*, for these analyses, denotes the disorders listed above that can affect the POC device accuracy. *Recall-related time of observation* denotes a censoring method used to precisely define the interval during which the Alere INRatio Monitoring System performance issue may have exerted an effect on the INR values on a given pt in the ROCKET AF trial. Recall-related time of observation considers not only the presence of relevant medical conditions and AEs/SAEs stop and start dates but also the timing of INRs performed with the device in association with these intervals. In brief, the mere presence of a relevant medical condition was not deemed sufficient to warrant exclusion from observation since it is the performance of an INR in association with this condition that is of probative value. For example, if a pt developed a *relevant but transient* medical condition but an INR was not performed during that interval, the device recall would not be relevant. Conversely, since INRs performed during a relevant medical condition may exert an effect even

67

after the AE/SAE stop date, exclusion continued until a subsequent (i.e., unaffected) INR was performed.

The categorization related to the relevant medical conditions was applied to the population for efficacy and safety analyses regardless of whether pts received Xarelto or warfarin. For all analyses, the comparison was between Xarelto and warfarin based upon the ROCKET AF study. *Sensitivity analysis #1* included all available times of observation that were considered not impacted by the recall – that is, all pts, but excluded specific recall-related times of observation. The emphasis was to separate out and remove recall-related time of observation when comparing the treatments. *Sensitivity analysis #2* is the most conservative analysis. It included only those patients *without any* recall-related time of observation ahead of any endpoint event or censoring/end of study occurrence. In other words, it excludes any subject who had a recall-related condition at any time in the trial. The emphasis was to separate out and remove from analysis all subjects who were impacted by a recall-related condition at any time during the trial. *Sensitivity analysis #3* used the same time to event or censoring as in the original intention to treat (ITT) analysis, but a pt was included if an event or

68

censoring occurred outside of a recall-related time of observation. Thus, sensitivity analysis #1 did not use all data after randomization as in the original ITT analysis. It depended more than the other two sensitivity analyses on the definition of recall-related time of observation. Sensitivity analysis #2 excluded the most subjects and data. Sensitivity analysis #3 involved a population that is a subgroup of the original ITT population. Despite the fact that these sensitivity analyses excluded some pts or periods of observation, the number of pts included and total time of observation in pt-yrs was still considerable.

**For the Efficacy Analyses:** The number of subjects (Xarelto/warfarin) and total time of observation (Xarelto/warfarin) were: 7,081/7,090 and 12,689/12,645 in the original ROCKET AF report. For sensitivity analysis #1 they were: 7,081/7,090 (100%/100%) and 11,019/10,978 (86.6%/86.8%). For sensitivity analysis #2 they were: 4,674/4,672 (66.0%/65.9%) and 8,079/7,993 (63.7%/63.2%). For sensitivity analysis #3 they were: 6,226/6,221 (87.9%/87.7%) and 11,070/11,029 (87.2%/87.2%).

69

USCA5 4150

**For the Safety Analyses:** The number of subjects (Xarelto/warfarin) and total time of observation (Xarelto/warfarin) were: 7,111/7,125 and 9,893/9,979 in the original ROCKET AF report. For sensitivity analysis #1 they were: 7,111/7,125 (100%/100%) and 8,466/8,554 (85.6%/85.7%). For sensitivity analysis #2 they were: 4,926/4,909 (69.3%/68.9%) and 6,411/6,489 (64.8%/65.0%). For sensitivity analysis #3 they were: 5,889/5,893 (82.8%/82.7%) and 8,130/8,246 (82.2%/82.6%).

*Sensitivity Analysis #1-Efficacy*

For this analysis, the outcome was the Primary Efficacy Endpoint (composite of all stroke and non-CNS systemic embolism). The trial population used was the intent-to-treat (excluding site 042012) (ITT] population and the data scope was from randomization to the time of site notification (i.e., end of the trial). Patients who had a relevant chronic medical condition reported at baseline (i.e., in Relevant Medical History on the eCRF at the screening visit) were censored after the performance of the first INR of the study. For the remaining patients, the analysis also excluded specific time intervals if they had a relevant medical condition, with censoring as defined in the recall-related time of observation".

USCA5 4151

*Sensitivity analysis #1-Safety*

For this analysis, the outcome was the Principal Safety Endpoint (composite of major and non-clinically relevant bleeding). The trial population used was the safety population and the data scope was on-treatment. Patients who had a relevant chronic medical condition reported at baseline [i.e., in Relevant Medical History on the electronic CRF(eCRF) at the screening visit] were censored after the performance of their first INR of the study. For the remaining patients, the analysis also excluded specific time intervals if they time intervals if they had a relevant medical condition, with censoring as defined in "Recall-related time of observation" above.

*Sensitivity analysis #2 -Efficacy*

For this analysis, the outcome was the Primary Efficacy Endpoint. The trial population used was the ITT population and the data scope was from randomization to the time of site notification. This analysis completely excluded patients who had recall-related time of observation before the endpoint event or censoring. In other words, the only patients included in this analysis were those who did not have any recall-related time of observation before the endpoint event or censoring.

71

USCA5 4152

*Sensitivity analysis #2 – safety*

For this analysis, the outcome was the Principal Safety Endpoint. The trial population used was the Safety population, and the data scope was on-treatment. This analysis completely excluded patients who had recall-related time of observation before the endpoint event or censoring. In other words, the only patients included in this analysis were those who did not have any recall- related time of observation before the endpoint event or censoring.

*Sensitivity Analysis #3-Efficacy*

For this analysis, the outcome was the Primary Efficacy Endpoint. The trial population used was the ITT population and the data scope was from randomization to the time of site notification. One can think of this analysis in terms of the occurrence of a primary efficacy event or a censoring event (i.e., reaching the end of the trial). For this analysis, if the primary efficacy event occurred or was the end of the trial was reached outside of a recall-related time of observation, the patient was included.  What occurred before the event was not considered, provided the event occurred outside of a period of recall-related time of observation. As such, this cohort of the ITT

72

USCA5 4153

population is larger than that contemplated by Sensitivity Analysis #2 since it included some patients who had recall-related time of observation.

*Sensitivity Analysis #3-Safety*

For this analysis, the outcome was the Principal Safety Endpoint. The trial population used was the safety population, and the data scope was on-treatment. As above, one can think of this analysis in terms of the occurrence of a principal safety endpoint or a censoring event (i.e., reaching the end of the treatment with study drug). For this analysis, if the principal safety endpoint occurred or the end of the treatment with study drug was reached outside of a recall-related time of observation, the patient was included. What occurred before the event was not deemed relevant, provided the event occurred outside of a period of recall-related time of observation. As above, this cohort of the selected population was larger than that contemplated by Sensitivity Analysis #2 since it included some patients who had recall-related time of observation.

In sum, three sensitivity analyses were designed to obtain a more thorough understanding of the potential effect of the recall on the results of the

USCA5 4154

ROCKET AF study, each having its own strengths and limitations. Although they are labelled as Sensitivity Analysis 1, 2 and 3, they are viewed as having equal importance and provide complementary perspectives. Sensitivity Analysis #1 included all patients but excluded specific recall-related times of observation; its focus was on exposure periods. The other 2 analyses focused on patients included or excluded from the excluded from the analysis. Sensitivity Analysis #2 is the most conservative as it includes only those patients without any recall-related time of observation ahead of any endpoint event or censoring. Sensitivity Analysis #3 is less restrictive: a patient was included if an event or censoring occurred outside of a recall-related time of observation.

**Analysis of Available Data:**

The results of the sensitivity analyses are summarized in the next three tables (tables 4, 5, 6). Of the total safety population of 14,236 pts, 63% had no recall condition while 37% did. Both types of pts were equally distributed between Xarelto and warfarin treated groups. Table 4 provides a summary of the subjects with recall-related time of observation while on treatment. Approximately 1/3 in each treatment group had any recall-related time of

74

USCA5 4155

observation.  Total adverse events occurred in approximately ¼ with around

5% SAEs.  Only 2.6%-2.8% of subjects had a hematocrit measured to be <33%

or >55%.  Those with a chronic medical condition reported in the correction

notice/recall made up just over 10%.

Table 4:

**Summary of Subjects With Recall-Related Time of Observation While on Treatment (up to Last Dose Plus 2 Days)**

(Study 39039039AFL3001:   Safety Analysis Set)

| | Rivaroxaban (N=7111) n (%) | Warfarin (N=7125) n (%) | Total (N=14236) n (%) |
|---|---|---|---|
| **Total Number of Subjects With** | | | |
| **Any Recall-Related Time of Observation** | 2449 (34.4) | 2458 (34.5) | 4907 (34.5) |
| Adverse Events | 1785 (25.1) | 1822 (25.6) | 3607 (25.3) |
| Serious Adverse Events | 368 ( 5.2) | 385 ( 5.4) | 753 ( 5.3) |
| Hematocrit (%) <0.3 or >0.55 | 201 ( 2.8) | 187 ( 2.6) | 388 ( 2.7) |
| Chronic Medical History | 741 (10.4) | 751 (10.5) | 1492 (10.5) |

Note: Percentages calculated with the number of subjects in each group as denominator.

Table 5 provides the output of the original ROCKET AF Efficacy analysis and

the 3 sensitivity analyses performed. In the ITT population, Xarelto remained

non-inferior to warfarin for the primary efficacy outcome of composite of

stroke and non-CNS systemic embolism in all three analyses. In the three

sensitivity analyses performed, no meaningful shifts in the respective hazard

ratios for Xarelto versus warfarin are observed, and the upper bound of the

USCA5 4156

confidence interval did not change meaningfully. The upper limit of the 2-sided 95% confidence interval for each of the 3 sensitivity analyses remains well below the non-inferiority margin pre- specified in the original trial analysis of 1.46 in terms of risk (hazard) ratio, so that non- inferiority of the study drug is still secured and declared. Of the three sensitivity analyses, the largest difference in both event rate and hazard ratio was observed in Sensitivity Analysis 2, which included only those patients without any recall-related time of observation ahead of any endpoint event or censoring. Here the event rates per 100 patient-years increased slightly in both treatments compared to the original analysis (2.29 as opposed to 2.12/100 patient-years Xarelto, and 2.74 vs 2.42/100 patient-years warfarin), but the hazard ratio decreased modestly compared with the original hazard ratio, and the upper bound of the 95% CI remained well below the non-inferiority margin.

USCA5 4157

Table 5:

**Primary Efficacy: Treatment Comparisons of Rivaroxaban Versus Warfarin for the Primary Efficacy Endpoint (Adjudicated by CEC) (up to the Notification to the Site That the Required Primary Efficacy Endpoint Events Have Been Reached)**

(Study 39039039AFL3001: Intent-to-Treat (Excluding SITE=042012) Analysis Set)

| | -------- Rivaroxaban -------- | | ---------- Warfarin --------- | | Rivaroxaban vs. Warfarin | |
|---|---|---|---|---|---|---|
| | N= 7081 | Event Rate | N= 7090 | Event Rate | Hazard Ratio | p-value |
| Analyses | n/J | (100 Pt-yr) | n/J | (100 Pt-yr) | (95% CI) (a) | (b) |
| Original Trial Result | 269/7081 | 2.12 | 306/7090 | 2.42 | 0.88 (0.74, 1.03) | <0.001 |
| Sensitivity Analysis 1 | 238/11019 | 2.16 | 268/10978 | 2.44 | 0.88 (0.74, 1.05) | <0.001 |
| Sensitivity Analysis 2 | 185/4674 | 2.29 | 219/4672 | 2.74 | 0.84 (0.69, 1.02) | <0.001 |
| Sensitivity Analysis 3 | 238/6226 | 2.15 | 268/6221 | 2.43 | 0.89 (0.74, 1.05) | <0.001 |

Note: Primary Efficacy Endpoint is the composite of Stroke and Non-CNS Systemic Embolism.

Note: Event rate 100 pt-yr: number of events per 100 patient years of follow up.

Note: n = number of subjects with events, and J = number of subjects in each subgroup except for Sensitivity Analysis 1 where J= time of observation not related to the recall (in patient years).

Note: (a) For all analyses except Sensitivity Analysis 1, Hazard Ratio (95% CI) from the Cox proportional hazard model with treatment as a covariate. For Sensitivity Analysis 1, Hazard Ratio (95% CI) from the Cox proportional hazard model with treatment as a covariate, recall-related time of observation as a time-dependent covariate, and their interaction.

Note: (b) p-value (one-sided) for non-inferiority of rivaroxaban versus warfarin by a non-inferiority margin of 1.46 in hazard ratio

Table 6 provides the event rates and hazard ratios for the time to the first occurrence of bleeding events while on treatment in the Safety population for the original ROCKET AF Safety analysis, as well as for the three sensitivity analyses performed. Evaluation in the Safety population of the event rates and hazard ratios for the three sensitivity analyses showed that the bleeding event rates with Xarelto and warfarin for the principal safety endpoint remained comparable and little changed from the original analysis, with no statistically significant differences observed between treatment groups. In Sensitivity Analysis 2, which included only those patients without any recall-related time of observation ahead of any endpoint event or censoring, event

77

USCA5 4158

rates increased somewhat on both Xarelto and warfarin compared to the original analysis (16.55 as opposed to 14.91/100 patient-years Xarelto, 15.38 as opposed to 14.52/100 patient-years warfarin) but the hazard ratio was only slightly higher, and the lower bound of the 95% CI in this comparison did not reach or cross the line of unity.

Table 6:

**Principal Safety: Treatment** Comparisons of Rivaroxaban Versus Warfarin for the Principal Safety Endpoint (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days)

(Study 39039039AFL3001: Safety Analysis Set)

| | -------- Rivaroxaban -------- | | ---------- Warfarin ---------- | | Rivaroxaban vs. Warfarin | |
|---|---|---|---|---|---|---|
| | N= 7111 | Event Rate | N= 7125 | Event Rate | Hazard Ratio | p-value |
| Analyses | n/J | (100 Pt-yr) | n/J | (100 Pt-yr) | (95% CI) (a) | (b) |
| **Original Trial Result** | 1475/7111 | 14.91 | 1449/7125 | 14.52 | 1.03 (0.96, 1.11) | 0.442 |
| **Sensitivity Analysis 1** | 1222/8466 | 14.43 | 1175/8554 | 13.74 | 1.05 (0.97, 1.14) | 0.214 |
| **Sensitivity Analysis 2** | 1061/4926 | 16.55 | 998/4909 | 15.38 | 1.08 (0.99, 1.17) | 0.092 |
| **Sensitivity Analysis 3** | 1222/5889 | 15.03 | 1175/5893 | 14.25 | 1.05 (0.97, 1.14) | 0.191 |

Note: Principal Safety Endpoint is the composite of Major and Non-Major clinically relevant bleeding event.
Note: Event rate 100 pt-yr: number of events per 100 patient years of follow up.
Note: n = number of subjects with events. and J = number of subjects in each subgroup except for Sensitivity Analysis 1 where J= time of observation not related to the recall (in patient years).
Note: (a) For all analyses except Sensitivity Analysis 1, Hazard Ratio (95% CI) from the Cox proportional hazard model with treatment as a covariate. For Sensitivity Analysis 1, Hazard Ratio (95% CI) from the Cox proportional hazard model with treatment as a covariate, recall-related time of observation as a time-dependent covariate, and their interaction.
Note: (b) p-value (two-sided) for superiority of rivaroxaban versus warfarin in hazard ratio.

Interpretation: Each of the three sensitivity analyses support the original results from the efficacy and safety analyses of the ROCKET AF trial and confirm the positive benefit/risk profile of Xarelto in this population. The upper limit of the 2-sided 95% confidence interval for each of the 3 sensitivity analyses remains well below the non-inferiority margin pre-specified in the

USCA5 4159

original trial analysis, allowing the conclusion of non-inferiority of Xarelto to warfarin to remain unchanged. In regard to the principal safety outcome of the composite of major and non-major clinically relevant bleeding, evaluation of the event rates and hazard ratios for the three sensitivity analyses, which in various ways took into consideration that the lNRatio® Monitor System was used to assess PT INR values in the trial, shows little change from the original analysis for Xarelto versus warfarin. Furthermore, as reported in the New England Journal of Medicine (NEJM),[55, 56] among pts with any recall condition, there was a trend towards a greater relative risk for major bleeding on Xarelto vs warfarin that was not seen among pts with no recall condition.  This finding does not support the hypothesis that device malfunction led to a greater bleeding risk in the warfarin group in ROCKET AF. Thus, the effect of potentially discrepant INR readings does not alter the conclusions of the ROCKET AF trial.  Lastly, not considered in the above is the existence of some data that when performing a PT on a specimen that has been frozen (as was the case with the bloods used for the 12 and 24 week INR assessments), the value obtained may be falsely elevated.[58, 58a] Thus, when comparing the INRatio device INR numbers which were felt to be falsely low by 13% to the central lab numbers, some of which could be falsely

USCA5 4160

high (to an unknown degree), the real difference may be less than what seems apparent on first glance.

**Additional supporting observations:**[22a, 59-62]

During the conduct of ROCKET AF, blood samples for pharmacodynamic analysis were scheduled to be obtained from all pts at week 12 and week 24. For determination of PT and INR, these samples were run on a laboratory-based auto analyzer in one central laboratory. Because discrepancies in the sensitivity analyses were noted with similar frequency in pts with and without the recall-related conditions, additional analyses were performed using these 12 and 24 week stored samples. Specifically, the INRs from these samples run centrally were compared with those obtained via the POC device if the samples were obtained on the same calendar day. Comparisons were made for both *warfarin-impacted subjects* [those with recall-related time of observation during the testing interval] and *warfarin not impacted subjects* [subjects without recall-related time of observation during the testing interval].

USCA5 4161

INR results obtained at 12 and 24 weeks revealed that there was a linear correlation for the lab-based INR value to the device-based INR value at week 12 and week 24 in the vast majority of subjects with or without any recall-related time of observation. Nearly 90% of the warfarin treated subjects in the ROCKET AF trial had no discrepancy observed between the lab based INR value and the device based INR value at week 12 or week 24. It would seem unlikely that results in the remaining 10% would substantially alter the results seen in the overall trial. And, discrepancies present at week 12 or week 24 were often not present at both weeks 12 and 24. The concordance of the POC and lab INR data obtained at 12 and 24 weeks and inconsistency of discordance in the minority of subjects who had any discordance supports the efficacy and safety outcomes of the overall ROCKET AF conclusions.

Moreover, while both the median and mean difference between the INRs by the two methods show that the POC device INR was about 13% lower than the lab INR, the efficacy and safety event rates in the study did not always reflect what one might presume would be the consequent effects of this difference in INRs.

81

Subsequently, several additional exploratory analyses were performed to further assess if the Alere INRatio device values had any significant impact on the interpretation of ROCKET AF. Four were based upon various cut points for discrepancy (a device based INR being outside of the lab based INR by particular amounts) and concordance (device based INR and lab based INR being in the same categories of below, within, or above the 2.0-3.0 target).[22a, 61] Discrepancy (inconsistency criterion) was defined as device based INR being outside of lab based INR +/- 0.5 if lab based INR <2 or +/- 30% if lab based INR is 2 or higher [adapted from the 2007 ISO 17593 guidance document]. Concordance (consistency criterion) was defined as having the device and lab based INRs in the same INR categories of <2, 2-3, 3-4, and >4. Inconsistency analyses were performed both when the device based INR was lower than the lab based INR by at least 1 category, and when lower by at least two categories. Higher bleeding rates for the warfarin subgroup with discrepancy or without concordance occurred as compared to those without discrepancy or with concordance. However, bleeding rates in warfarin pts without consistency relative to the almost 90% subgroup with consistency in INRs were not matched by lower efficacy rates as one would hypothesize if INR values and responses to them drove the observed event rates. Within

82

the subgroups defined by concordance/non-concordance, the efficacy and safety event rated did not consistently reflect the most likely expected effects on efficacy and safety outcomes. For example, when there was an observed increase in the bleeding risk for subjects with a lower POC device INR, which could potentially have led to a higher warfarin dose, it might be expected that the efficacy event rates would be better. However, this was not consistently observed. Higher bleeding rates for warfarin subgroups with or without concordance were not matched by lower efficacy rates as one would hypothesize if INR values, bleeding, and the response thereto would be driving the observed event rates. Furthermore, in the same analyses, inconsistencies in sham INR measurements (and presumably the responses thereto) were associated with differences in Xarelto event rates as well as warfarin response rates. *Since the dose of Xarelto was not modified in the trial*, the results could conceivably represent a play of chance, but more likely, were consequent to the underlying disorder(s) that led to the device recall notice, [or periods that they were present] +/- interactions between rivaroxaban and the drugs used to treat these conditions. Thus: primary efficacy and safety outcomes in subgroups with and without INR discrepancies were consistent with those of the overall trial population

83

(demonstrated in these analyses as done for the EMA analysis). Overall, the trial efficacy and safety hazard ratios were not significantly different in discordant vs concordant groups. Additionally, the results in the pts with concordance and with no discrepancy between the Alere device INRs and the central lab INRs at 12 or 24 weeks, in whom a deviation between the INRs and a speculated possible resultant change in warfarin dose is no longer a relevant concern, support the results and conclusions of the overall trial (tables 7, 8, 9, and 10). *This is a strong finding since if the device based INRs and lab based INRs are similar, then neither outcome differences, if any, nor outcome similarities can be blamed on falsely low results for the device based INRs.*

Table 7: Efficacy data in patients without discrepancy

Table TEFF741WBTON: Hazard Ratio and 95% Confidence Interval for Time to the First Occurrence of All Efficacy Endpoints (Adjudicated by CEC) (up to the Notification to the Site That the Required Primary Efficacy Endpoint Events Have Been Reached) for Subjects Without Discrepancy at Both Week 12 and Week 24
(Study 39039039AFL3001:   Intent-To-Treat (Excluding SITE=042012) Analysis Set)

| Endpoints | ------ Rivaroxaban ----- | | ------- Warfarin ------ | | ---- Rivaroxaban vs. Warfarin ---- | |
|---|---|---|---|---|---|---|
| | N= 4068 n (%) | Event Rate (100 Pt-yr) | N= 4827 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) | p-value |
| Primary Efficacy Endpoint | 128 (3.15) | 1.68 | 142 (2.94) | 1.57 | 1.07 (0.84,1.36) | 0.589 |
| Major Secondary Efficacy Endpoint 1 | 238 (5.85) | 3.12 | 295 (6.11) | 3.27 | 0.96 (0.81,1.13) | 0.605 |
| Major Secondary Efficacy Endpoint 2 | 275 (6.76) | 3.63 | 356 (7.38) | 3.97 | 0.91 (0.78,1.07) | 0.264 |
| Other Efficacy Endpoints | | | | | | |
| Stroke | 122 (3.00) | 1.60 | 131 (2.71) | 1.45 | 1.10 (0.86,1.41) | 0.428 |
| Primary Hemorrhagic Stroke | 16 (0.39) | 0.21 | 25 (0.52) | 0.27 | 0.76 (0.40,1.42) | 0.383 |
| Primary Ischemic Stroke | 98 (2.41) | 1.28 | 97 (2.01) | 1.07 | 1.20 (0.90,1.59) | 0.208 |
| Unknown Stroke Type | 10 (0.25) | 0.13 | 10 (0.21) | 0.11 | 1.18 (0.49,2.84) | 0.711 |
| Non-CNS Systemic Embolism | 6 (0.15) | 0.08 | 11 (0.23) | 0.12 | 0.64 (0.24,1.74) | 0.383 |
| All Cause Mortality | 231 (5.68) | 3.00 | 328 (6.80) | 3.60 | 0.83 (0.70,0.99) | 0.034* |

Note: Primary efficacy endpoint is the composite of stroke and non-CNS systemic embolism.
Note: Event rate 100 pt-yr: number of events per 100 patient years of follow up.
Note: Hazard ratio (95% CI) and p-value from Cox model with treatment group as a covariate.
Note: p-value (two-sided) for superiority of rivaroxaban versus warfarin in hazard ratio.
Note: * Statistically significant at nominal 0.05 (two-sided).
Note: Discrepancy is defined as Device based INR is outside of LAB based INR +/- 0.5 if LAB based INR < 2, and Device based INR is outside of LAB based INR +/- 30% of LAB based INR if LAB based INR ≥ 2.
teff741wbton.rtf generated by teff741ow12.sas, 08DEC2015 17:49

84

USCA5 4165

## Table 8: Efficacy data in patients with concordance

**Table TEFF402WBTCI:** Hazard Ratio and 95% Confidence Interval for Time to the First Occurrence of All Efficacy Endpoints (Adjudicated by CEC) (up to the Notification to the Site That the Required Primary Efficacy Endpoint Events Have Been Reached) for Subjects With Concordant Device INR and Lab INR at Both Week 12 and Week 24
(Study 39039039AFL3001: Intent-To-Treat (Excluding SITE=042012) Analysis Set)

| Endpoints | ------ Rivaroxaban ----- | | ------- Warfarin ------- | | ---- Rivaroxaban vs. Warfarin ---- | |
|---|---|---|---|---|---|---|
| | N= 2960 n (%) | Event Rate (100 Pt-yr) | N= 2067 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) | p-value |
| Primary Efficacy Endpoint | 91 (3.07) | 1.64 | 66 (3.19) | 1.73 | 0.94 (0.68,1.29) | 0.689 |
| Major Secondary Efficacy Endpoint 1 | 169 (5.71) | 3.04 | 128 (6.19) | 3.36 | 0.90 (0.71,1.13) | 0.361 |
| Major Secondary Efficacy Endpoint 2 | 196 (6.62) | 3.54 | 153 (7.40) | 4.05 | 0.87 (0.70,1.07) | 0.197 |
| Other Efficacy Endpoints | | | | | | |
| Stroke | 88 (2.97) | 1.58 | 62 (3.00) | 1.63 | 0.97 (0.70,1.34) | 0.839 |
| Primary Hemorrhagic Stroke | 11 (0.37) | 0.20 | 15 (0.73) | 0.39 | 0.50 (0.23,1.09) | 0.080 |
| Primary Ischemic Stroke | 71 (2.40) | 1.28 | 43 (2.08) | 1.13 | 1.12 (0.77,1.64) | 0.546 |
| Unknown Stroke Type | 7 (0.24) | 0.12 | 5 (0.24) | 0.13 | 0.95 (0.30,2.99) | 0.928 |
| Non-CNS Systemic Embolism | 3 (0.10) | 0.05 | 4 (0.19) | 0.10 | 0.50 (0.11,2.24) | 0.367 |
| All Cause Mortality | 161 (5.44) | 2.87 | 133 (6.43) | 3.46 | 0.82 (0.65,1.03) | 0.095 |

Note: Primary efficacy endpoint is the composite of stroke and non-CNS systemic embolism.
Note: Event rate 100 pt-yr: number of events per 100 patient years of follow up.
Note: Hazard ratio (95% CI) and p-value from Cox model with treatment group as a covariate.
Note: p-value (two-sided) for superiority of rivaroxaban versus warfarin in hazard ratio.
Note: * Statistically significant at nominal 0.05 (two-sided).
teff402wbtci.rtf generated by teff402cwbt.sas, 05DEC2015 20:11

## Table 9: Safety data in patients without discrepancy

**TSIBL741WBTON:** Hazard Ratio and 95% Confidence Interval for Time to the First Occurrence of Bleeding Events (Adjudicated by CEC) While On Treatment (up to Last Dose Plus 2 Days) for Subjects Without Discrepancy at Both Week 12 and Week 24
(Study 39039039AFL3001: Safety Analysis Set)

| Parameter | ------ Rivaroxaban ------ | | ------- Warfarin ------- | | ---- Rivaroxaban vs. Warfarin ---- | |
|---|---|---|---|---|---|---|
| | N= 4093 n (%) | Event Rate (100 Pt-yr) | N= 4860 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) | p-value |
| Principal Safety Endpoint(a) | 786 (19.20) | 11.96 | 952 (19.59) | 12.32 | 0.97 (0.88,1.07) | 0.556 |
| Major | 180 ( 4.40) | 2.48 | 212 ( 4.36) | 2.46 | 1.00 (0.82,1.22) | 0.968 |
| Hemoglobin Hematocrit Drop | 132 ( 3.23) | 1.81 | 148 ( 3.05) | 1.71 | 1.05 (0.83,1.33) | 0.662 |
| Transfusion | 78 ( 1.91) | 1.06 | 82 ( 1.69) | 0.95 | 1.12 (0.82,1.53) | 0.462 |
| Critical Organ Bleeding(b) | 48 ( 1.17) | 0.65 | 66 ( 1.36) | 0.76 | 0.86 (0.59,1.24) | 0.415 |
| Death | 13 ( 0.32) | 0.18 | 24 ( 0.49) | 0.28 | 0.64 (0.32,1.25) | 0.190 |
| Non-major Clinically Relevant | 656 (16.03) | 9.85 | 797 (16.40) | 10.20 | 0.97 (0.87,1.07) | 0.537 |
| Major Bleeding Event with ICH | 25 ( 0.61) | 0.34 | 40 ( 0.82) | 0.46 | 0.74 (0.45,1.21) | 0.228 |
| Major Gastrointestinal Bleeding | 89 ( 2.17) | 1.21 | 80 ( 1.65) | 0.92 | 1.32 (0.97,1.78) | 0.074 |

Note: (a) Principal Safety Endpoint is the composite of Major and Non-Major clinically relevant bleeding event.
Note: (b) Critical organ bleeding are cases where CEC bleeding site=intracranial, intraspinal, intraocular, pericardial, intra-articular, intramuscular with compartment syndrome or retroperitoneal.
Note: Minimal events are not included in the principal safety endpoint.
Note: Hazard ratio (95% CI) and p-value from Cox proportional hazard model with treatment group as a covariate.
Note: p-value (two-sided) for superiority of Rivaroxaban versus Warfarin in hazard ratio.
Note: All analysis are based on the time to the first event.
Note: Hemoglobin hematocrit drop = a fall in hemoglobin of 2 g/dL or more.
Note: Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.
Note: * Statistically significant at nominal 0.05 (two-sided).
Note: Discrepancy is defined as Device based INR is outside of LAB based INR +/- 0.5 if LAB based INR < 2, and Device based INR is outside of LAB based INR +/- 30% of LAB based INR if LAB based INR $\geq$ 2.
tsibl741wbton.rtf generated by tsibl741ow12.sas, 08DEC2015 17:53

85

USCA5 4166

Table 10: Safety data in patients with concordance

**TSIBL402WBTCI:** Hazard Ratio and 95% Confidence Interval for Time to the First Occurrence of Bleeding Events
(Adjudicated by CEC) While On Treatment (up to Last Dose Plus 2 Days) for Subjects
With Concordant Device INR and Lab INR at Both Week 12 and Week 24
(Study 39039039AFL3001:   Safety Analysis Set)

| Parameter | ------ Rivaroxaban ------ | | -------- Warfarin ------- | | ---- Rivaroxaban vs. Warfarin ---- | |
|---|---|---|---|---|---|---|
| | N= 2975 n (%) | Event Rate (100 Pt-yr) | N= 2083 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) | p-value |
| Principal Safety Endpoint(a) | 535 (17.98) | 11.03 | 396 (19.01) | 12.20 | 0.91 (0.80,1.04) | 0.154 |
| Major | 114 ( 3.83) | 2.14 | 86 ( 4.13) | 2.38 | 0.90 (0.68,1.19) | 0.447 |
| Hemoglobin Hematocrit Drop | 82 ( 2.76) | 1.53 | 54 ( 2.59) | 1.49 | 1.03 (0.73,1.45) | 0.878 |
| Transfusion | 45 ( 1.51) | 0.84 | 26 ( 1.25) | 0.71 | 1.18 (0.73,1.91) | 0.511 |
| Critical Organ Bleeding(b) | 34 ( 1.14) | 0.63 | 33 ( 1.58) | 0.90 | 0.69 (0.43,1.12) | 0.135 |
| Death | 7 ( 0.24) | 0.13 | 10 ( 0.48) | 0.27 | 0.47 (0.18,1.23) | 0.125 |
| Non-major Clinically Relevant | 456 (15.33) | 9.30 | 329 (15.79) | 10.01 | 0.94 (0.81,1.08) | 0.359 |
| Major Bleeding Event with ICH | 17 ( 0.57) | 0.31 | 21 ( 1.01) | 0.57 | 0.54 (0.29,1.03) | 0.061 |
| Major Gastrointestinal Bleeding | 50 ( 1.68) | 0.93 | 33 ( 1.58) | 0.91 | 1.03 (0.66,1.59) | 0.912 |

Note: (a) Principal Safety Endpoint is the composite of Major and Non-Major clinically relevant bleeding event.
Note: (b) Critical organ bleeding are cases where CEC bleeding site=intracranial, intraspinal, intraocular, pericardial, intra-articular,
intramuscular with compartment syndrome or retroperitoneal.
Note: Minimal events are not included in the principal safety endpoint.
Note: Hazard ratio (95% CI) and p-value from Cox proportional hazard model with treatment group as a covariate.
Note: p-value (two-sided) for superiority of Rivaroxaban versus Warfarin in hazard ratio.
Note: All analysis are based on the time to the first event.
Note: Hemoglobin hematocrit drop = a fall in hemoglobin of 2 g/dL or more.
Note: Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.
Note: * Statistically significant at nominal 0.05 (two-sided).
tsibl402wbtci.rtf generated by tsibl402cwbt.sas, 05DEC2015 18:06

Furthermore, and interestingly, in a post hoc analysis done by the executive committee, the INR discrepancies, when present, appeared unrelated to the conditions listed in the recall notice.   This analysis demonstrated no significant interactions between patients with any recall condition vs no recall condition, and, a trend was observed in patients with a recall condition: higher risk of major bleeding with Xarelto than with warfarin. Figure 7 summarizes these above findings.

86

USCA5 4167

Figure 7: Sensitivity and Subsequent Additional Analyses Conclusions



Finally, several more additional analyses were also performed.[22a, 58a] Both Janssen and the FDA used mathematical modeling approaches (six in total) to estimate the clinical outcome results that might have occurred in ROCKET AF if a more accurate INR assay had been used to guide the warfarin dosing; that is, a point-of-care device whose results were similar to those of the central lab assay. These analyses have been considered as modified-warfarin analyses, and take into consideration the dose-response/dose-risk curves seen in figure 4b above and other possible responses to or calculated adjustments or the reported INRs and recommended warfarin dose adjustments based upon INR values such as those by the American College of Chest Physicians.[61a] "Each of these analyses predicted a small decrease in the expected rate of major bleeding in the warfarin arm compared to the

87

observed rate…reductions in the range of 7% to 10%. In each analysis the hazard ratio or rate ratio for major bleeding for rivaroxaban vs warfarin was reciprocally increased. Estimated rates of other types of bleeding in the warfarin arm were also reduced to a small extent. Overall, these estimated reductions in the rates of bleeding events in the warfarin arm were small enough so that the benefits of rivaroxaban would still outweigh its risks if efficacy were not affected. Notably, two of the analyses also estimated the rate of ischemic stroke and one estimated the rate of the primary efficacy endpoint of total stroke plus systemic embolism. Both predicted that the rate of ischemic stroke would be increased in the warfarin arm, resulting in an expected improvement of the efficacy of rivaroxaban relative to warfarin" and an increase in the rate of the primary endpoint in the warfarin arm. "A fortiori, compared to warfarin, the benefits of rivaroxaban would still outweigh its risks."[22a] "The information summarized above indicates that it is quite likely that patients in the warfarin arm of ROCKET unintentionally received higher doses of warfarin than they would have received if the INRatio device had provide results similar to those provided by the laboratory-based device at Duke. However, the effects of this increased intensity of anticoagulation on clinical outcomes were likely to have been

88

USCA5 4169

quite modest. It seems very unlikely that if the device had performed similarly to the INR assessment device at Duke, the benefit/risk profile of rivaroxaban compared to warfarin would have been notably different from the profile based on the observed results of ROCKET. Accordingly, the conclusion we made in 2011 that the benefits of rivaroxaban in patients with non-valvular atrial fibrillation outweigh its risks should not be changed."[22a] Similarly, "the additional sensitivity analyses provided by the MAH in response to the FDA request results in minor or only modest differences in the hazard ratios for the major efficacy and safety outcome as compared to the originally reported results. This is in accordance with the sensitivity analyses performed and assessed in the previous EMA reports related to FUN 37…Thus, the conclusions made in the previous CHMP reports in relation to LEG 37 remain. There is sufficient evidence to conclude that the benefit/risk balance remains unchanged and favourable for treatment with rivaroxaban in the prevention of thromboembolism in non-valvular atrial fibrillation." [58a]

The risk of embolic stroke in nonanticoagulated AF can be roughly estimated by doubling the $CHADS_2$ score – though with higher scores the event rate is slightly higher than this estimate (see figure 2 in the section above regarding

89

USCA5 4170

risk-scoring systems) – especially in pts with a history of a prior stroke/TIA. Using this information, one could estimate what the stroke event rate would have been in RE-LY, ROCKET AF, ARTISTOTLE, and ENGAGE AF, in the warfarin arm, had placebo been used instead of warfarin (using the $CHADS_2$ score as the basis for this estimate). In RE-LY, ROCKET AF, ARISTOTLE, and ENGAGE AF respectively, the mean $CHADS_2$ score was 2.1, 3.5, 2.1, 2.8. In ROCKET AF, most of the pts had a prior stroke or TIA (a particularly high risk population). To me this would suggest the untreated stroke rates would be approximately: RE-LY: 4-4.5%, ROCKET AF: 6.5-8.0%, ARISTOTLE: 4-4.5%, ENGAGE AF: 5.5-6.5%. A 62% reduction with warfarin would yield expected rates of: RE-LY: 1.3-2.79%, ROCKET AF: 4.03-4.96 %, ARISTOTLE: 1.3- 2.79%, ENGAGE AF: 3.41-4.03%. The actual rates observed in the warfarin arms were: RE-LY: 3.4%, ROCKET AF: 2.42%, ARISTOTLE: 1.60%, ENGAGE AF: 1.80%. Thus, despite TTRs less than 70% in each of the trials (determined by some variant of the Rosendaal method but not calculated in a consistent manner among the trials), and despite using point-of-care protime testing devices in ROCKET AF (with questions raised about the accuracy of the devices used in ROCKET AF), the event rates were lower than would be expected (in all trials except RE-LY), and were especially so in ROCKET AF,

90

where the event rates would be expected to be particularly high due to the high percentage of pts enrolled with a prior history of stroke/TIA. The above constellation of information would also suggest that the results in ROCKET AF could not have been significantly affected by the accuracy of the point-of-care device. If the point-of-care determined INRs were falsely low and did affect the ROCKET results significantly, the result most likely would have been the use of a higher-than-really-needed warfarin dose – with an expected higher incidence of bleeding than was reported in the above-noted warfarin vs placebo trials. Such is not the case when the data is examined in ROCKET-AF. As stated earlier, when the POC and lab INRs were compared in the 12 and 24 week samples, the mean device-determined INRs were more often lower than the lab measured INRs *when the two values were nonconcordant*. Based upon this, some more detailed hypotheses might be made (including that the TTR calculations were erroneous):

If the POC INR was < 2.0 (or so), the warfarin dose was potentially then increased. If the actual INR were in range, this could result in a consequent increase in the lab INR with an increased risk of bleeding.

USCA5 4172

If the POC INR were in range, then the lab INR was likely in range or elevated. If it were elevated, but no change in warfarin dose was made, this could also increase the risk of bleeding.

If the POC INR were elevated, then the lab INR could have been even more elevated. The warfarin dose could have been decreased, but may not have been reduced as much if it was based on the POC value, and thus, again, could result in a higher risk of bleeding.

Therefore, one could ask whether the non-inferior results of Xarelto vs warfarin in ROCKET AF with respect to bleeding were valid. If in fact, the bleeding risk on warfarin in the trial was falsely elevated due to the above POC INR issues, then in fact the Xarelto bleeds would be in truth higher than what the true bleeds on warfarin would have been if the lab INR's had been used. However, several findings strongly point against this conclusion:

As noted above, only about 10% of the pts in ROCKET AF were so affected, and thus likely did not sway the overall results significantly.

If the above were true, then the fact that *both* fatal bleeds and ICH on Xarelto were lower than on warfarin in ROCKET AF (the main study and the sub analyses above) becomes even more impressive.

92

Moreover, if the above were true, then one would expect the bleeding rates, and especially fatal outcomes to be higher on warfarin in ROCKET AF than in the other AF NOAC trials (beyond that explained by it higher $CHADS_2$ score population). However, this is not the case (table 11) when one looks at the data from ROCKET AF, RE-LY, ARISTOTLE, and ENGAGE AF (although comparisons are somewhat limited by different reporting methods).

Table 11: Mortality, Fatal Bleeding, and Intracranial Hemorrhage
Rates in the NOAC vs warfarin pivotal AF trials.

| | Mortality on warfarin | Fatal bleeding on warfarin | Intracranial hemorrhage |
|---|---|---|---|
| ROCKET AF | 4.91 (ITT) 2.21 (safety)%/yr | 0.4%/yr / 0.8/100 pt-yrs | 0.74%/yr (safety) |
| RE-LY | 4.13 %/yr | 1.80%/yr (life-threatening) | 0.74%/yr |
| ARISTOTLE | 3.94 %/yr | 1.13 %/yr (severe) | 0.80 %/yr |
| | | 55/172 fatal (0.36%/yr) | |
| ENGAGE AF | 3.17%/yr | 0.38%/yr | 0.85%/yr |

Furthermore, if the results in ROCKET AF were flawed, due to the POC INRs, then it would be unlikely that ROCKET AF bleeding rates would be similar to the results in other Xarelto studies, such as XANTUS, PMSS, etc. However, the ROCKET AF results are quite similar to the bleeding rates in these other databases. Therefore, using a variety of sources of assessment, in addition to the three sensitivity analyses that were performed post hoc to assess the POC vs lab INR issue, the POC INRs did not appear to affect the ROCKET AF

93

USCA5 4174

interpretation to any significant degree and thus should not affect decisions made in clinical practice when a decision to treat a patient with Xarelto is made.

Fifth, the ROCKET AF investigators performed a sub-study to assess the relative effects of Xarelto vs warfarin based outcomes using TTR obtained in individual trial centers (cTTR).[23] The investigators verified that the treatment effect of Xarelto versus warfarin on the primary endpoint was consistent across a wide range of cTTRs (as noted above).  If TTR in ROCKET AF were a significant factor with respect to the non-inferiority of Xarelto vs warfarin for SSE, then one would not expect the consistency observed across the cTTR quartiles -- Xarelto always being numerically lower in events than warfarin (listed as events per 100 pt-yrs): 1.77 vs 2.53, 1.94 vs 2.18, 1.90 vs 2.14, 1.33 vs 1.80 for the lowest to the highest cTTR quartile.

**Time in therapeutic range (TTR) limitations:**

Finally, I want to return to the issue of TTR determinations for a moment.  I believe that they do not accurately reflect "real-life" circumstances, and their serious limitations in application to interpretation of trial results, drug

94

dosing, and the like need to be recognized.  As stated earlier, the Rosendaal method assumes the INR to change linearly from the time it is checked until the time of the next check and total day counts use these integrated numbers.  If it is low (or high), and the time between checks is not short (days), this will falsely lower the TTR as calculated.  In "real-life", when an INR is measured and is found to be out of range, a response is made as soon as the physician learns about it – such as altering the warfarin dose up or down as needed.  Thus, within a few days, were the INR to be measured again, it could not be the same as the prior one.  If this fact is considered, the true relationship between the last INR and the next would not be linear if the inter-check interval was long (weeks) although the Rosendaal method assumes it is. See Figure 8 for a schematic demonstration.

USCA5 4176

Figure 8:   Schematic of time outside the therapeutic range following a warfarin dose adjustment:



Accordingly, the TTRs discussed above and the assumed responses to them – especially when times between INRs vary within the same trial and between different trials – must be taken with a "large grain of salt."  If, for example, an INR were 1.7, and the warfarin dose were changed by the physician the day he/she learned of this value, but the INR was not checked again for three weeks, then the real value of the INR would be different within a few days but by the Rosendaal calculation, it would be treated as out of range for 21 days.

96

Moreover, I know from my own clinical trial experience now spanning five decades, that in "real-life", patients in trials are likely to be cared for not only by the physicians in the trial but by other doctors as well – such as family physicians and other primary care doctors and medical assistants. Trial physicians may not know (or will usually not know until the patient's next visit) if the alternate care-giver made any change in concomitant medications and/or diet, and/or checked the INR on his/her own and altered a warfarin dose accordingly. This again, would affect the true INR between visits that would be missed by the Rosendaal approach to TTR calculation – and would make the calculated TTR falsely low. To me, this issue reduces the importance of assumptions made about TTRs and trial outcomes and makes the similarities of results noted – especially bleeding – across the Xarelto trials even more striking and important!

**Conclusions:**

The INRatio device had *no clinically meaningful impact* on the results of ROCKET AF, and the findings in ROCKET AF as reported are definitely applicable to clinical practice. All the analyses above are consistent with this

USCA5 4178

conclusion and the post marketing data above corroborate this impression. This interpretation is also consistent with findings of Regulatory Bodies (EMA/FDA). The EMA reviewed the data, and the conclusion of this review complemented the results of ROCKET. All analyses were also submitted to the FDA. Knowing this information, the FDA has not recalled or changed the prescribing instructions of Xarelto. Moreover, at the advisory committee hearing to consider approval of Xarelto by the FDA,[23] the issues concerning the method of measuring the PT and the calculations used to determine the mean TTR were aired in detail, as were many subgroup analyses regarding the efficacy and safety data of ROCKET AF. None were not felt to adversely affect the results of the trial or the determination to approve the drug. In addition, in my clinical experience, Xarelto is safe and efficacious for treatment of AF. In fact, I now prescribe NOACs, including Xarelto, in preference to warfarin (except in pts with mechanical heart valves or rheumatic mitral stenosis) and have done so since 2010. When Xarelto was released, it was the only approved NOAC other than Pradaxa. For those patients who could not tolerate Pradaxa (about 20%, due to its GI adverse effects), or for those who are unable or unwilling to take medications more than once a day, Xarelto was the only feasible NOAC choice; and, with

98

USCA5 4179

greater convenience, fewer drug interactions, and lesser fatal bleeding or intracranial hemorrhage yet nonionferiority to warfarin with respect to stroke and systemic embolism and overall major bleeding, Xarelto offered patients substantial benefit regarding a therapeutic anticoagulant option with greater likelihood of regimen adherence.[63] Although patients on a NOAC, including Xarelto, may bleed, they do so at less risk of fatal or vital organ bleeding than they would on warfarin, and at less risk of fatality or severe chronic disability than would occur from a stroke if an at-risk AF pt avoided anticoagulation out of a fear of bleeding, which has been a consequence I and others have seen and written about in this era of misleading attorney advertising.[64,65] Conversely, if the 3.6%/yr major bleeding risk on Xarelto as was seen in ROCKET AF is felt to result in an unacceptable number of hospitalizations when applied to millions of potential users, as has been raised by some attorneys,[58] one must remember the bleeding rate on warfarin in ROCKET AF, 3.5%/yr, was the same as on Xarelto, and would have the same implications – but that fatal bleeds and intracranial bleeds **would be greater on warfarin** than on Xarelto. When you are the patient this difference would be enormously important if they were informed about it. Similarly, SSE resulting from a patient's refusal to take an

99

USCA5 4180

anticoagulant in response to the TV adds they have heard would have an even greater adverse impact on hospitalization utilization, costs, and quality of life.[63] Thus, again, the bleeding concerns have not been presented by such attorneys to the public in a fair and balanced fashion. And, as I noted earlier:

*Importantly, bleeding while on an anticoagulant should not be taken as an indication that anticoagulation was not warranted or that the physician's decision to prescribe it was wrong.* Equally important to recognize, anticoagulants do not cause a bleeding source. Rather, if there is a bleeding source and a pt is taking an anticoagulant, bleeding is likely to be more severe or prolonged than in the absence of the anticoagulant. But, as stroke prevention is paramount, the use of an anticoagulant in an at-risk subject is the standard of care, even considering the risk that an anticoagulated pt may suffer a bleeding event. Given this background, the advent of NOACs, including Xarelto, has been a great medical advance, since they are non-inferior or superior to the vitamin K antagonists in preventing SSE and have, at the same time, a lower risk of intracranial or fatal hemorrhage, fewer drug and dietary interactions, and greater pt convenience – all of which should result in increased pt compliance and improved clinical outcomes in the broad context of clinical practice. These issues and conclusions have been

100

appreciated by the medical experts in cardiology, vascular disease, hematology, and neurology and have led to the now preference of NOACs over warfarin in the latest 2016 AF guidelines. Finally, in my opinion, all of the above is correct to a reasonable degree of medical certainty, but I reserve the right to review and comment upon new information, testimony of plaintiffs' experts, and evidence presented at trial.

USCA5 4182

**REFERENCES:**

1.   January CT et al. 2014 AHA/ACC/HRS Guideline for the management of patients with atrial fibrillation: Executive Summary: A Report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Circulation 2014; 129: http://circ.ahajournals.org/content/early/2014/03/26/CIR.00000000000 00040.citation

2.   Kannel WB, Benjamin EJ.  Status of the epidemiology of atrial fibrillation. Med Clin NA 2008; 2:17-40.

3.   Hart RG. Stroke prevention in atrial fibrillation. Curr Cardiol Reports 2000; 2:51-55.

4.   Hart RG, et al. Cardioembolic vs. noncardioembolic strokes in atrial fibrillation: frequency and effect of antithrombotic agents in the stroke prevention in atrial fibrillation studies. Cerebrovasc Dis 2000; 10:39-43.

5.  The New Jersey Comprehensive Stroke Center at University Hospital. Stroke Statistics. Retrieved on November 5, 2016 from http://www.uhnj.org/stroke/stats.htm

6.   Go AS, et al. Executive summary: heart disease and stroke statistics--2014 update: a report from the American Heart Association. Circulation 2014; 129:399-410.

7.   Kirchoff, P et al. 2016 ESC Guidelines for the management of atrial fibrillation. European Heart J 2016; doi:10.1093/eurheartj/ehw210

8.   Miyasaka Y, et al. Secular trends in incidence of atrial fibrillation in Olmsted County, Minnesota, 1980 to 2000, and implications on the projections for future prevalence. Circulation 2006; 114:119-25.

9.   Lip GY, et al. Identifying patients at high risk for stroke despite anticoagulation: a comparison of contemporary stroke risk stratification

USCA5 4183

schemes in an anticoagulated atrial fibrillation cohort. Stroke 2010; 41:2731-8.

10. Lip GY and Halperin JL. Improving stroke risk stratification in atrial fibrillation. Am J Med 2010; 123:484-8.

11. Fang MC, et al (ATRIA Study Group). Comparison of risk stratification schemes to predict thromboembolism in people with nonvalvular atrial fibrillation. J Am Coll Cardiol 2008; 51:810-15.

12. Chao TF, et al. Validation of a modified $CHA_2DS_2$-VASc risk score for stroke risk stratification in Asian patients with atrial fibrillation: A nationwide cohort study. J Am Coll Cardiol 2016; Sept 13 [epub ahead of print]

13. Caldeira D, et al. Performance of the HAS-BLED high bleeding-risk category, compared to ATRIA and HEMORR2HAGES in patients with atrial fibrillation: a systematic review and meta-analysis. J Interventional Cardiac Electrophysiology 2014; 40:277-84.

14. Quinn GR, et al. How well do stroke risk scores predict hemorrhage in patients with atrial fibrillation? Am J Cardiol 2016; 118:697-99.

14a. Deposition of Dr. Paul Burton, June 17, 2016.

15. Pallin DJ, et al. Epidemiology of epistaxis in US emergency departments, 1992 to 2001. Ann Emerg Med 2005; 46:77-81.

16. Mounsey *A*L et al. Hemorrhoids. Am Fam Phys 2011; 84:204-10.

17. Lohsiriwat V. Hemorrhoids: from basic pathophysiology to clinical management. World J Gastroent 2012. 18:2009-17.

18. You JJ, et al. Antithrombotic therapy for atrial fibrillation: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest 2012; 141 (2 suppl):e531S-75S.

USCA5 4184

19.   Hart RG, et al. Antithrombotic therapy to prevent stroke in patients with atrial fibrillation: a meta-analysis.  Annals of Internal Medicine 1999; 131:492-501.

20.   Hylek EM, Singer DE. Risk factors for intracranial hemorrhage in outpatients taking warfarin. Ann Intern Med 1994; 120:897-902.

21.   Hylek EM, et al. An analysis of the lowest effective intensity of prophylactic anticoagulation for patients with nonrheumatic atrial fibrillation.N Engl J Med 1996; 335:540-6.

22.   Singer DE, et al. Should patient characteristics influence target anticoagulation intensity for stroke prevention in nonvalvular atrial fibrillation?: the ATRIA study. Circ CV Qual & Outcomes 2009; 2:297-304.

22a.   Center for Drug Evaluation and Research, Application # 202439Orig1s000: ROCKET AF reanalysis Reviews:  CDTL Review dated 9/26/16. Retrieved November 4, 2016, from http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202439Orig1s000RocketAFReanalysis.pdf

22b.   Dang MT, et al. The influence of ethnicity on warfarin dosage requirements.  Ann Pharmacother 2005; 39:1008-12.

22c. Rich MW. Multimorbidity in older adults with cardiovascular disease. American College of Cardiology. Sept 19, 2016 Expert Analysis. Retrieved November 4, 2016, from https://www.acc.org/latest-in-cardiology/articles/2016/09/16/10/01/multimorbidity-in-older-adults-with-cardiovascular-disease?w_nav=LC

23.   Piccini JP, et al.  Polypharmacy and the efficacy and safety of rivaroxaban versus warfarin in the prevention of stroke in patients with nonvalvular atrial fibrillation.  Circulation 2016; 133:352-60.

23a.   FDA Draft Briefing Document for the Cardiovascular and renal Drugs Advisory Committee, dated 8 Sept. 2008.

USCA5 4185

http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeet
ingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/U
CM381154.pdf

24.     Baker WL et al. Meta-analysis to assess the quality of warfarin
control in atrial fibrillation patients in the United States. J Manag Care
Pharm. 2009; 15:244-252.

24a.     Pokorney SD, et al.  Patients' time in therapeutic range on
warfarin among US patients with atrial fibrillation: Results from ORBIT-
AF registry.  Am Heart J 2015; 170:141-48.

24b.     Japanese Circulation Society Joint Working Group. Guidelines for
pharmacotherapy of atrial fibrillation (JCS 2008): Digest version.
Circ J 2010; 74: 2479 – 2500.

24c.     Atarashi H, Inoue H, Okumura K, Yamashita T, Kumagai N, Origasa
H. Present status of anticoagulation treatment in Japanese patients
with atrial fibrillation. Circ J 2011; 75: 1328 – 1333.

25.     Budnitz DS, et al. Emergency hospitalizations for adverse drug
events in older Americans. N Engl J Med 2011; 365:2002-12.

26.     Ogilvie IM, et al. Underuse of oral anticoagulants in atrial
fibrillation: a systematic review. Am J Med 2010; 123:638-645.

27.     White RH, et al. Oral anticoagulation in patients with atrial
fibrillation: adherence with guidelines in an elderly cohort. Am J Med
1999; 106:165-71.

28.     Wolf PA, et al. Atrial fibrillation: a major contributor to stroke in
the elderly. The Framingham Study. Arch Intern Med 1987; 147:1561-4.

29.     Connolly SJ Dabigatran versus warfarin in patients with atrial
fibrillation. N Engl J Med 2009; 361:1139-51.

30.     Patel MR et al. Rivaroxaban versus warfarin in nonvalvular atrial

USCA5 4186

fibrillation.  N Engl J Med 2011; 365:883-91.

31.     Xarelto package insert

32.     Granger CB et al. Apixaban versus warfarin in patients with atrial fibrillation. N Engl J Med 2011; 365:981-92.

33.     Giugliano RP et al. Edoxaban versus warfarin in patients with atrial fibrillation. N Engl J Med 2013; 369:2093-2104.

34.     Van ES N, et al. Direct oral anticoagulants compared with vitamin K antagonists for acute venous thromboembolism: evidence from phase 3 trials. Blood 2014; 124:1968-75.

35.     Schulman S, et al. RE-COVER Study Group. Dabigatran versus warfarin in the treatment of acute venous thromboembolism. N Engl J Med 2009; 361:2342-2352.

36.     Schulman S, et al.  RE-COVER II Trial Investigators. Treatment of acute venous thromboembolism with dabigatran or warfarin and pooled analysis. Circulation 2014; 129:764-772.

37.     Bauersachs R, et al. EINSTEIN Investigators. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med 2010; 363: 2499-2510.

38.     Büller HR, et al. EINSTEIN–PE Investigators. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med 2012; 366:1287-1297.

38a.     Eriksson BI, et al; for the RECORD1 Study Group. Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med. 2008;358(26):2765-2775

38b.    Kakkar AK, et al; for the RECORD2 Investigators. Extended duration rivaroxaban versus short-term enoxaparin for the prevention of

venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. Lancet. 2008;372(9632):31-39.

38c.   Lassen MR, et al; for the RECORD3 Investigators. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008;358(26):2776-2786.

38d.   Turpie AG, et al.  Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD4): a randomised trial. Lancet. 2009;373(9676):1673-1680.

39.    Agnelli G, et al. AMPLIFY Investigators. Oral apixaban for the treatment of acute venous thromboembolism. N Engl J Med 2013; 369:799-808.

40.    Büller HR, et al.  Hokusai-VTE Investigators. Edoxaban versus warfarin for the treatment of symptomatic venous thromboembolism. N Engl J Med 2013; 369:1406-1415.

41.   Global Industry Analysts. (2015). Anticoagulants Market Trends. Retrieved from http://www.strategyr.com/MarketResearch/Anticoagulants_Market_Trends.asp

41a.    Gong IY, et al.  Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban.  Canadian J Cardiol 2013; 29:S24-S33.

42.    Barnes GD, et al. National trends in ambulatory oral anticoagulant use. Am J Med 2015; 128:1300-1305.

43.    Rosendaal FR, Cannegieter SC, van der Meer FJ, Bri.t E. A method to determine the optimal intensity of oral anticoagulant therapy. Thromb Haemost 1993; 69:236-9.

44.    Patel MR, et al.  Outcomes of discontinuing rivaroxaban compared

USCA5 4188

with warfarin in patients with nonvalvular atrial fibrillation: analysis from the ROCKET AF trial. J Am Coll Cardiol 2013; 61:651-58.

44a.   Ewen E, et al.  Patterns of warfarin use and subsequent outcomes in atrial fibrillation in primary care practices.  Vascular Health & Risk Management 2012; 8:587-98.

44b.   The Multicenter Postinfarction Research Group.  Risk stratification and survival after myocardial infarction.  N Engl J Med 1983; 309:331-36.

44c.   The CAST Investigators.  The cardiac arrhythmia suppression trial. N Engl J Med 1989; 321:406-12.

44d.   Hohnlosser SH, et al.  N Engl J Med 2009; 360:668-78.

44e.  Connolly SJ, et al.  Dronedarone in high-risk permanent atrial fibrillation. N Engl J Med 2011; 365:2268-2276 DOI: 10.1056/NEJMoa1109867

44f.    Cotte FE, et al.  Vitamin K antagonist treatment in patients with atrial fibrillation and time in therapeutic range in four European countries. Clin Therapeutics 2014; 36:1160-68.

45.    Tamayo S, et al. Characterizing major bleeding in patients with nonvalvular atrial fibrillation: a pharmacovigilance study of 27,467 patients taking rivaroxaban. Clin Cardiol 2015; 38:63-68.

46.    Camm AJ, et al. XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. Eur Heart J 2016; 37:1145-53.

47.    Ageno W, et al. Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): an international, prospective, non-interventional study. Lancer Haematol 2016; 3:e12-e21.

USCA5 4189

48.     Janssen Research & Development, LLC. Document dated 29 Sept. 2015.  (XARELTO_JANSSEN_16378494)

48a.   Chan Y-H, et al.  Thromboembolic, bleeding, and mortality risks of rivaroxaban and dabigatran in Asians with nonvalvular atrial fibrillation. J Am Coll Cardiol 2016; 68:1389-1401.

48b.   Xiuoxi Y et al.  Effectiveness and safety of dabigatran, rivaroxaban, and apixaban versus warfarin in nonvalvular atrial fibrillation. JAHA 2016; 5:e003725.

48c.   Hori M, et al.  Rivaroxaban versus warfarin in Japanese patients with atrial fibrillation: The J-ROCKET AF study. Circ J 2012; 76:2104-2111.

48d.    Iyer V, Wang DY, Reiffel JA. Cross-trial comparisons: a source of confusion, use, or both in the management of patients with atrial fibrillation. Am Heart J 2013; 165:882-92.

48e.    Halperin JL, et al.  Efficacy and safety or rivaroxaban compared with warfarin among elderly patients with nonvalvular atrial fibrillation in the rivaroxaban once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation (ROCKET-AF).  Circulation 2014; 130:138-46.

48f.   Kim D, et al.  Novel oral anticoagulants for stroke prevention in the geriatric population.  Am J Cardiovasc Drugs 2014; 14:15-29.

48g.    Pokorney SD, et al.  Cause of death and predictors of all-cause mortality in anticoagulated patients with nonvalvular atrial fibrillation: data from ROCKET AF.  J. Am Heart Assoc 2016; 5:e002197. DOI: 10.1161/JAHA.115.002197,

48h.    Laliberte F, et al.  Real-world comparative effectiveness and safety of rivaroxaban and warfarin in non-valvular atrial fibrillation patients.  Current Med Res & Opinion 2014; 30:1317-25.

USCA5 4190

48i.    Abraham NS, et al. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ 2015; 350:h1857. doi: 10.1136/bmj.h1857.

48j.    Maura G, et al.  Comparison of the short-term risk of bleeding and arterial thromboembolic events in nonvalvular atrial fibrillation patients newly treated with dabigatran or rivaroxaban versus vitamin K antagonists: a French nationwide propensity-matched cohort study. Circulation 2015; 132:125-60.

48k.    Chang HY, et al.  Risk of gastrointestinal bleeding associated with oral anticoagulants: populatin based retrospective cohort study.  BMJ 2015; 350:h1585, doi:10.1036/bmj,h1585.

48l.    Gorst-Rasmussen A, et al.  Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care.  Pharmacoepidemiology and drug safety 2016; Aug 27,  doi:10.1002/pds.4034.

48m.    Lip GY, et al.  Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: a propensity score matched analysis. Thrombosis and Haemostasis 2016. Aug 19:116(5) epub ahead of print.

48n.    Larsen TB, et al.  Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort.  BMJ 2016; 353: i3189.

48o.    Halvorsen S, et al.  A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants.  Eur Heart J 2016. Sept 27.  epub ahead of print.

48p.    Graham DJ, et al.  Stroke, bleeding, and mortality risks in elderly Medicare beneficiaries treated with dabigatran or rivaroxaban for

110

USCA5 4191

nonvalvular atrial fibrillation.  JAMA Intern Med 2016; 176:1662-71. (epub ahead of print Oct 3.)

48q.  Fontaine GV, et al.  Major bleeding with dabigatran and rivaroxaban in patients with atrial fibrillation: a real-world setting.  Clin & Applied Thrombosis/Hemostasis 2014; 20:665-72.

48r.  Yao X, et al.  Effectiveness and safety of dabigatran, rivaroxaban, and apixaban versus warfarin in nonvalvular atrial fibrillation.  JAHA 2016; 5:June online.

48s.  Noseworthy PA, et al.  Direct comparison of dabigatran, rivaroxaban, and apixaban for effectiveness and safety in non-valvular atrial fibrillation.  Chest 2016; epub ahead of print, doi:10.1016/j.chest.2016.07.013.

48t.    Deitelzweig S, et al.  An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. Curr Med Res Opin. 2106; 32(3), 573-82.

48u.   Lip GY, et al.  Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. International Journal of Clinical Practice 2016; 70(9), 752-763.

48v.   Staerk L, et al. Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. Eur Heart J 2016; 0:1–9. Epub ahead of print Oct 14. Doi:10.1093/eurheartj/ehw496.

48w.   Coleman CI, et al. Real-world evidence of stroke prevention in patients with nonvalvular atrial fibrillation in the United States: the REVISIT-US study. Current Medical Research and Opinion 2016; DOI: 10.1080/03007995.2016.1237937.

USCA5 4192

48x.   Schneeweiss S, et al.  Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. Circ Cardiovasc Qual Outcomes 2012; 5:480-486.

48y.   Miller CS, et al. Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. Am J Cardiol 2012; 110:453– 460.

48z.   Lip GYH, et al.  Indirect comparisons of new oral anticoagulant drugs for efficacy and safety when used for stroke prevention in atrial fibrillation. J Am Coll Cardiol 2012; 60:738-746.

48aa.  Ruff CT, et al. Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. Lancet 2014; 383:955-62. doi:10.1016/S0140-6736(13)62343-0.

48bb.    Tamayo S, et al. Evaluation of the Incidence of Major Bleeding in a Heterogeneous Population of 51,842 Rivaroxaban Users With Nonvalvular Atrial Fibrillation.  American Heart Assoc. Ann Sci Sessions 2016; abstract M2185.

48cc.    Sjogren V, et al.  Non-Vitamin K Oral Anticoagulants Are Non-Inferior for Stroke Prevention but Cause Fewer Major Bleedings Than Well-Managed Warfarin With Time in Therapeutic Range 70% or Higher in Sweden.  American Heart Assoc. Ann Sci Sessions 2016; abstract 651.

48dd.    Lin I, et al. Real World Bleeding Risks in Non-valvular Atrial Fibrillation Patients With Heart Failure: Contemporary EHR Results Among Prescribed Apixaban, Dabigatran, Rivaroxaban and Warfarin. American Heart Assoc. Ann Sci Sessions 2016; abstract 649.

48ee.    Amin A, et al.  Real-World Comparisons of Major Bleeding Risk for Commercially Insured Non-Valvular Atrial Fibrillation Patients

USCA5 4193

Initiating Apixaban, Dabigatran, Rivaroxaban, or Warfarin. American Heart Assoc. Ann Sci Sessions 2016; abstract M2183.

48ff.     Peacock WF, et al. Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban. Eur Heart J 2015; 36 (suppl), abstract P4066.

49.     FDA (20 January 2015). Alere INRatio2 PT/INR Professional Test Strips: Recall – Higher INR when Performed by Central Laboratory. Retrieved from www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm396324.htm

50.     September 23, 2015 letter from Bayer Healthcare to the EMA (XARELTO_BPAG_25625338)

51.     February 16, 2016 deposition of Christopher C. Nessel, M.D.

51a.    Letter from Purve Patel, Director, Global Regulatory Affairs to Dr. Norman Stockbridge at the FDA, dated 07 March 2016. (XARELTO_JANSSEN_23524303)

52.     Urgent Medical Device Correction/Dear Healthcare Professional Letter dated Dec. 5, 2014 issued by Alere Inc.
Retrieved from http://www.fdanews.com/ext/resources/files/01-15/01-20-15-AlereRecall.pdf?1421445973

53.     Janssen Research & Development, LLC. Document dated 15 Oct. 2015 Sensitivity analysis to assess the potential impact of the INRatio monitor system recall on the ROCKET AF study. (XARELTO_JANSSEN_18700909)

54.     Janssen Research & Development, LLC. Document dated 5 Oct. 2015 Xarelto (Rivaroxaban) Tablets. (XARELTO_JANSSEN_18700909)

55.     Patel M, et al. Point-of-care warfarin monitoring in the ROCKET AF

113

USCA5 4194

trial. N Engl J Med 2016; published online Feb. 3, 2016. DOI: 10.1056/NEJMc1515842.

56.    Jan 11, 2016 letter from Manesh R. Patel, M.D. to John A. Jarcho, M.D., Deputy Editor, New England Journal of Medicine. (XARELTO_JANSSEN_18700909)

57.    European Medicines Agency Assessment Report, dated 5 Feb 2016.  Procedure No. EMEA/H/C/000944/LEG-037. Retrieved November 5, 2016, from http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Assessment_Report_-_Variation/human/000944/WC500201726.pdf

58.    April 12, 2016 deposition of Peter M DiBattiste, M.D.

58a.    Assessment report for the post-authorization measure LEG 037.3 dated 2016-07-15 (XARELTO_BPAG_39519273-XARELTO_BPAG_39519283)

59.    Janssen Research & Development LLC. Document dated 13 Nov 2015: FDA Communication: Analysis comparing the INR values obtained from the Hemosense point of cate device to the INR values obtained from the central lab in the ROCKET AF study. (XARELTO_JANSSEN_18700973)

60.    Janssen Research & Development LLC. Document dated 14 Dec 2015: FDA Communication: Additional analysis comparing the INR values obtained from the Hemosense point of cate device to the INR values obtained from the central lab in the ROCKET AF study. (XARELTO_JANSSEN_18701018)

61.    Janssen Research & Development Health Authority Communication dated 23 Dec 2015: Additional exploratory analyses related to the Alere INRatio monitor system recall. (XARELTO_JANSSEN_18701033-XARELTO_JANSSEN_18701035)

USCA5 4195

61a.   Ansell J, et al. American College of Chest Physicians: Pharmacology and management of the vitamin K antagonists: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). Chest 2008; 133 (6 Suppl):160S–198S

62.    Janssen Research & Development Health Authority Communication dated 21 Jan 2016. (XARELTO_JANSSEN_19388970-XARELTO_JANSSEN_19388979)

63.    Yao X, et al.  Effect of adherence to oral anticoagulants on risk of stroke and major bleeding among patients with atrial fibrillation.  J Am Heart Assoc 2016; 5:e003074.

64.     Reiffel, JA.  Misleading advertising by attorneys concerning NOACs is adversely costly to our patients and our society.  JAFIB 2016; 8(5).  No page numbers are listed in this online journal.

65.     Burton P, and Peacock WP.  A Medwatch review of reported events in patients who discontinued rivaroxaban (Xarelto) therapy in response to legal advertising.  Heart Rhythm Case Reports 2016; 2:248-49.

USCA5 4196

# APPENDIX A

**JAMES A. REIFFEL, M.D.**                                    **CURRICULUM VITAE**

## VITAL STATISTICS

Name: James A. Reiffel

Address: █████████████████████████████████

     Business phone: (914) 472-2233    Business fax: (914) 725-5961

E-mail:████████████████████████

Medicare provider # ██████████
UPIN #██████
NPI#██████████
License:  NYS ███████  Florida (█████████
Florida Medical Assoc ID#████████

Birthdate:████████████  New York, N.Y.
Citizenship: USA

Marital Status: ██████

## EDUCATION

Duke University, Durham, N.C.
     B.A. 1965
     Honors: Phi Beta Kappa, Order of Hippocrates

College of Physicians & Surgeons, Columbia University, N.Y.C., N.Y.
     M.D., 1969
     Honors: Alpha Omega Alpha

## TRAINING

Medical Internship, The Presbyterian Hospital, N.Y., N.Y.,7/1/69-6/30/70

Internal Medicine Residency, The Presbyterian Hospital, N.Y.,N.Y.,7/1/70-6/30/72

Fellowship in Cardiology, The Presbyterian Hospital, N.Y.,N.Y.
     7/1/72-6/30/74

1

USCA5 4197

## CERTIFICATION

National Board of Medical Examiners, 1970, #104089

American Board of Internal Medicine, 1972, #37502

Subspecialty Board of Cardiovascular Disease, 1975

Subspecialty Board of Clinical Cardiac Electrophysiology, 1992

Examination of Special Competency in Pacing (NASPExAM) 1986
International Board of Heart Rhythm Examiners (IBHRE) Testamur

Completion, CITI Collaborative Institutional Training Initiative: Human Research Curriculum 3/10/11

## PROFESSIONAL SOCIETIES

American College of Physicians - Fellow

New York Heart Association

New York Heart Association Council on Professional Education (1989-1991)

American Heart Association Council on Clinical Cardiology - Fellow

Medical Society of the County of New York

Medical Society of the State of New York

American College of Cardiology - Fellow

New York Cardiological Society - Fellow

American Federation for Clinical Research

Cardiac Electrophysiolgic Society

European Society of Cardiology (#~~734177~~ 112656)

Heart Rhythm Society (previously North American Society of Pacing & Electrophysiology) – Fellow, and CCDS (Certified Cardiac Device Specialist)

Eastern Cardiac Arrhythmia and Clinical Electrophysiologic Society – Coordinating Committee

International Platform Association

American Sports Development Institute - Board of Advisors

Scarsdale Union Free School District Health Advisory Council

Vascular Biology Working Group – University of Florida

2

USCA5 4198

## ACADEMIC APPOINTMENTS

Associate in Clinical Medicine, College of P&S, Columbia University, New York, NY.,7/1/74-6/30/76

Assistant Professor of Clinical Medicine, College of P&S, Columbia University, New York ,NY, 7/1/76- 3/31/80

Associate Professor of Clinical Medicine, College of P&S, Columbia University, New York, NY,4/1/80-6/30/88

Professor of Clinical Medicine, College of P&S, Columbia University, New York, NY, 7/1/88-6/30/13

Professor of Medicine (at CUMC), College of P&S, Columbia University, New York, NY, 7/1/13 – 6/30/15

Professor (Emeritus) of Medicine and Special Lecturer, Columbia University, New York, NY 7/1/15 - present

## HOSPITAL APPOINTMENTS

 Assistant Physician, Presbyterian Hospital, New York, N.Y.,7/1/74-6/30/76

Assistant Attending Physician, Presbyterian Hospital, New York, N.Y.,7/1/76-6/30/80

Associate Attending Physician, Presbyterian Hospital, New York, N.Y.,4/1/80-6/30/88

Attending Physician, Presbyterian Hospital, New York, N.Y.,7/1/88-6/30/15

Associate Director Cardiac Intensive Care Unit, Presbyterian Hospital, New York, N.Y.,7/1/74-6/30/86

Associate Director Clinical Electrophysiology and Pacemaker Laboratory, Presbyterian Hospital, New York, N.Y., 1979-1993

Director, Clinical Electrophysiology Programs, Columbia Presbyterian Medical Center campus, New York Presbyterian Hospital, 1/1/94-6/30/99

Director, Electrocardiography Laboratory Columbia Presbyterian Medical Center campus, New York Presbyterian Hospital, 7/1/99-7/1/11

Co-Director, Electrocardiography Laboratory Columbia Presbyterian Medical Center campus, New York Presbyterian Hospital, 7/1/11- 6/30/15

Emeritus Attending Physician, New York Presbyterian Hospital, 7/1/15-present

## MILITARY SERVICE

U.S. Army Reserves 1970-December 1976
        Rank: Major
            Title: Chief of Medicine
                307th Gen. Hosp. USAR
                1972-1976

3

USCA5 4199

**OTHER PROFESSIONAL ACTIVITIES AND HONORS**

1) PEER REVIEWER FOR SUBMITTED MANUSCRIPTS TO:

Advances in Therapy, 2013

Am J Cardiol 1980, 1981, 1982, 1983, 1984,1985, 1986, 1988, 1989, 1990, 1991, 1992, 1993, 1995, 1996, 1999, 2000, 2003, 2007, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016

Am J Cardiovasc Drugs 2013

American Heart J 1981, 1982, 1983, 1984, 1985, 1986, 1988, 1989, 1990, 1991, 1992, 1994, 1996, 1999, 2000, 2002, 2004, 2009, 2010, 2011, 2012, 2013, 2016

Annals of Int Med 1976, 1978,1979,1980,1982,1983,1990,1993, 2010

Annals of the New York Academy of Sciences 2014

Archives of Int Med 1992, 1993, 1995, 1997, 1998, 1999

Chest 1978, 1986

Circulation 1976, 1978, 1979, 1980, 1981, 1982, 1983, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1999, 2000, 2001, 2003, 2011, 2014, 2015

Circulation Arrhythmia & Electrophysiology 2013, 2014

Clinical Therapeutics 2012

Drug Safety 2002

European Heart Journal 1997, 2006, 2007, 2008, 2013, 2014, 2016

Europace 2015, 2016

European Journal of Clinical Pharmacology 2014

Hospital Physician 2008

International Journal of Cardiology 1983, 1992

J. Am Med Assoc 2011, 2012, 2013, 2014

J. Afib 2008, 2009, 2010, 2011, 2013, 2014

J Am Coll Cardiol 1983, 1984, 1985,1986,1987,1988,1989,1995,1996, 1997, 1998, 1999, 2000, 2002, 2003, 2005, 2006, 2010, 2013, 2015.

J Cardiovasc Electrophysiol 1991

J Cardiovasc Pharmacology 1979, 2005

J Cardiovasc Pharmacology & Therapeutics 1999, 2001

4

USCA5 4200

J Clinical Outcomes Management 2012

J Critical Illness 1999

J Electrocardiology 1983, 1992, 1994, 2001, 2008, 2011

J Electrophysiology 1987, 1988, 1989

J Interventional Cardiac Electrophysiology 2009, 2010, 2012, 2013, 2104, 2015, 2016

Nature Reviews Cardiology 2009

New England J. Med 2010

New York Academy of Sciences 2014

PACE 1986, 1997, 1988, 1989, 1990, 1993, 1994, 1996, 2001, 2011, 2013, 2015, 2016

Patient Care 1989, 1990, 1996

Pharmacist's Letter 2009

Physician's Letter 2009

Texas Heart Journal 2014


2) ABSTRACT GRADER

 Am Coll Cardiol 1985, 1986, 2014

Am Heart Assoc 1985, 1986, 1987, 1988, 1992, 1993, 1996, 2004, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014

NASPE 1987, 1991, 1992, 1993, 1997

Iternational Academy of Cardiology – World Congress on Heart Disease 2011, 2013, 2014, 2015

3)    EDITORIAL BOARD

Advances in Arrhythmias

J Innovations in Cardiac Rhythm Management

J Electrophysiology

J Atrial Fibrillation

Rhythm: Contemporary Perspectives in Arrhythmia

Cardiac Arrhythmias: Index and Reviews

Progress in Cardiovascular Diseases (Guest Editor, two part special edition)

5

Cardiology Special Edition

Cardiovascular Risk Reduction Strategies

The Medical Roundtable – Cardiovascular Edition

4)  YOUNG INVESTIGATORS AWARD COMMITTEE - NASPE: 1992-1994

5)  NASPE Board Review Course in Cardiac Electrophysiology. Associate Course Director 1992, 1994.

6)  International Review Committee, World Symposium on Cardiac Pacing and Electrophysiology, October 22-26, 1995.

7)  Scientific Executive Committ of the International Academy of Cardiology, World Congress on Heart Disease 2006, 2007, 2011, 2013, 2014.

8)  Scientific Executive Committee World Congress of Cardiology 2007

9)  Principal Investigator, Participating Investigator, Steering Committee member, and/or Data Safety Monitoring Board member in:

a) pre-release studies with:
tocainide, mexiletine, encainide, flecainide, propafenone,
amiodarone, d,l-sotalol, d-sotalol, sematilide, verapamil, tedisamil,
diltiazem, ethmozine, pirmenol, bidisomide, CVT510 (techadenoson),
adenosine, ibutilide, NE-10064, antitachycardia pacemakers, AICD, rate-adaptive pacemakers, dronedarone, RSD1235 (vernakalant), piboserod, azimilide, dabigatran, odiparcil (steering committee), mesopram, rivaroxaban.

b) post-release multicenter studies with:
isradipine (DATA study), disopyramide, quinidine, sotalol,
procainamide, mexiletine, imipramine, encainide, flecainide,
propafenone, amiodarone, Omacor/Lovaza.

c) CAPS, CAST, MDPIT, MPIP, ESVEM, AVID, AFFIRM, MUSTT, AFFECTS (Chairman of the Steering Committee), OM-8 (Omacor AF Trial - co-PI, and Scientific Advisory Committee), RECORD-AF, ORBIT-AF (Steering Committee), DETECT-AF (Steering Committee), HARMONY (Steering Committee), CABANA ( Steering/Executive Committee)

10) INVITED PARTICIPANT IN:

American Heart Association Annual Scientific Sessions (Co-Chairman multiple Abstract Presentations sessions; Invited Lecturer multiple years)

American College of Cardiology Annual Scientific Sessions (Co-Chairman multiple Abstract Presentations sessions: Invited Lecturer multiple years)

American College of Chest Physicians Annual Scientific (Invited Lecturer, October 31, 1995)

Canadian Cardiovascular Society Annual Scientific Sessions (Invited Lecturer, October 29, 1993)

NASPE/Heart Rhythm Society Annual Scientific Sessions (Co-Chairman multiple   Abstract Presentations sessions, invited lecturer multiple years)

6

PriMed and PharMed regional meetings: facuty at multiple meetings from 2000 to present.

AFCR (Co-Chairman, Abstract Presentations session)

VII World Congress of Cardiac Pacing, Vienna, Austria, 1982 (Invited Lecturer)

European Cardiac Arrhythmia Society (invited lecturer 2006)

FDA-associated Symposium on Amiodarone: Basic concepts and clinical applications: Bethesda, Maryland, May 9-10, 1983. Am Heart J 106:788-969, 1983

International Symposium on Progress in Clinical Pacing, Rome, Italy, 1984 (invited lecturer)

TelePace 88: Advances in Pacing and Arrhythmia Conversion. @ Hospital Satellite Network, 11/13/88

Author, Teaching Poster entitled: Clinical Electrophysiologic Studies, Distributed nationally to cardiologists and catheterization laboratories by Pfizer Laboratories, 1988

A Symposium: controlling cardiac arrhythmias with sotalol a broad-spectrum antiarrhythmia with beta-blocking effects and class III activity, (published in: Am J Cardiol 1990 ;65:88A).

Critical decisions in arrhythmia management, a closed symposium Ft. Myers, Florida, January 1990. (Published in: PACE 1990;13:1477-1555)

External CME Advisory Board Telectronics Cordis Pacing Systems 1987-1988

Annual National Symposium on Pacing and Arrhythmia Control (Invited Lecturer, 1985-1993)

Wyeth Ayerst EP Fellowship Program - Invited Lecturer 1991, 1992, and Chairman, 1991

Faculty member, NASPE Board Review Course in Cardiac Electrophysiology, Sept 20-23, 1992, Oct. 1-5, 1994

Faculty member, NASPE and American College of Cardiology combined Board Review Course in Cardiac Electrophysiology, Oct 12-16, 1996

Faculty member, Harvard Univ. board review course in electrophysiology, Sept. 1994

Faculty member, Harvard Univ./Columbia Univ. board review course in medicine, Aug 2000-2003, 2006-2008

Cardiostim, 1994 (invited lecturer)

Faculty member: national telecast: New directions in the treatment of ventricular arrhythmias. An Educational Video conference. Miami, 3/2/93

Faculty member: New directions in the treatment of ventricular arrhythmias: a closed symposium. Laguna Beach, CA; Aug 27-29, 1993

State of the Art Conference on Atrial Arrhythmias American Heart Association, Dallas, TX October 4-5, 1993

Invited author, American Board of Internal Medicine, Electrophysiology Self Assessment Program

7

(EPSAP), chapter on Pharmacologic Therapy of Arrhythmias, 1996, 2000

Mortality Review Committee -- Telectronics Pacemaker=s Guardian ICD development program

Data Safety Monitoring Board -- Berlex Laboratories= Sotalol vs Placebo in ICD patients trial; Berlex Laboratories' Mesopram  Trials.

Invited faculty, closed symposium on atrial fibrillation.  American Academy of Family Practice, San Francisco, 1998

Guidant Corp Fellowship Program - invited lecturer 2002.

Guest Editor: The American Journal of Cardiology: A symposium: atrial fibrillation: mechanisms and management. Am J Cardiol 10/16/98, vol 82(8A)

ABIM Reviewer, Examination in Clinical Cardiac Electrophysiology, 1999

American Heart Association/American College Cardiology/European Society Cardiology Peer Reviewer of: Guidelines for the management of patients with atrial fibrillation, 2001

Advisory Board: Atrial Fibrillation Foundation Education and Research in Atrial Fibrillation; www.affacts.org.

Advisory Board: HeartHealthWomen.org, a gender-based website for the diagnosis and treatment of heart disease in women supported by the Cardiac Research Foundation and the Dept.of Health and Human Services.

Invited faculty, 13th World Congress in Cardiac Pacing and Electrophysiology, Rome Italy, Dec 2007

Invited Lecturer - over 1000 presentations - multiple academic and non-academic organizations (1974-present).  Major academic institutions and organizations include: Harvard  Univ., Boston Univ., University of  Mass., Hahnemann Univ., Loyola Univ. of  Chicago, Wayne State Univ., Univ. of Pennsylvania, Penn State College of Medicine, The Medical Center of Delaware, Univ. of  Virginia, Duke Univ., Univ. of Miami, Univ. of Vermont, Univ. of Alabama, Baylor Univ., Univ. of Texas, Univ. of  Oklahoma, Univ. of  Michigan, Univ. of Indiana, Mt. Sinai School of  Medicine, Albert  Einstein College of Medicine, New York Medical College, New York  Univ., Cornell Univ., Univ. of British Columbia, Univ. of Iowa.  State Univ. of New York (Downstate Stony Brook), Rutgers Univ., Robert Woods Johnson Medical School, Albany Medical College, Jefferson Univ., Univ. of Florida, Univ. of Colorado, Case Western Reserve, Vanderbilt Univ. Univ. of California Los Angeles, Univ. of California San Francisco, Univ. of Southern California, Univ. of California, San Diego, Georgetown Univ., George Washington Univ., Yale Univ., Dartmouth School of  Medicine,  Cleveland Clinic, Mid-American Cardiology, Mayo Clinic, Philadelphia area EP Society, San Francisco EP Society, Houston EP Society, Univ. of Rochester, Western NY EP Society, Dallas EP Society, Washington DC EP Society, Philadelphia EP Society, San Diego EP Society, Bay State Medical Center, Cedars Sinai Medical Center, Lankanau Medical Center, St Louis Univ., Univ. of Kentucky, Univ. of Louisville, Univ. of Tennessee, Univ of Texas, Baylor, Cleveland Univ.

Elected for citation in: The Best Doctors in America (Woodward/ White, Inc.) 1994 & 2002; in:  The Best Doctors in New York (New  York Magazine, May 1996); in: the Castle, Connolly Guide: The Best Doctors -- New York Metro Area -- 1996,1997,and 1998, 2003,2004,2005; 2006; 2007, 2009; in: the Castle, Connolly Guide: America's Top Doctors 2010; in several iterations of the Best Doctors in America by the Consumers research Council (2000-present);  in several versions of the Who's Who directories; Best Doctors for 2001-2002, 2003-2004 Best Doctors, Inc.; Top Doctor listing in multiple years (2000 to 2015) in the New York Times annual listing.  The Leading

8

Physicians of the World (2016) – the International Association of Cardiologists.

Participant in the American Venous Forum 2004, Univ. of South Florida 2005
Member, The New York County Health Services Review Organization 1976

11. Multiple appearances as invited medical expert on ABC, CBS, NBC, and FOX news (New York City), on "Straight Talk" (channel 9 New York City, once), on the "Today Show" (4 times), and on the Early Show (CBS). (1980-2000)  Multiple radio interviews on cardiology/cardiac electrophysiology topics in over 30 "markets" in the U.S.

12. Multiple appearances as featured speaker on broadcast and webcast educational medical programs for the pharmaceutical industry, and for WebMD/Medscape.

13). Scientific Executive Committee: The Journal of Heart Failure, 2002

14. Cited in: Encyclopedia Rythmologica, History of the Disorders of Cardiac Rhythm, Third Edition, B. Luderitz, M.D.  Editor Futura Publishing Co Inc, Armonk, NY; 2002, pg 259

15. Teacher of the Year, Cardiology, Columbia University Medical Center 2003-2004, 2009-2010.

15a.Nominated as International Health Professional of the Year, 2005, byt the International Biographic Center, Cambridge, England.

16. Heart Rhythm Society, Education Committee 2003-2007.

17. Invited participant, DCRI, FDA, NIH, academic and industry think tank: Antithrombotic Drug Development, Washington DC, July 25-27, 2007

18. Listed in: New York Times "New York Super Doctors". April 27, 2008; April 2009; April 25, 2010; May 22, 2011; May 20, 2012; May 19, 2013; May 18, 2014;

19. Invited faculty: HRS, ACC, FDA, NIH, DCRI Atrial Fibrillation Think Tank, FDA Campus, SIlver Springs, MD, 4/27-28/09

20. Executive Committee, CABANA Trial (NIH), Innovative Drug Therapy committee, CABANA

21. AF Patient Materials Working Group, Heart Rhythm Society 2009-2010

22. Member, Independent Data Safety Monitoring Committee, multiple trials with the CCR1 antagonist ZK-811752 (mesopram) for Berlex and Schering AG, 2002-2009.

23. Elected to The Leading Physicians of the World by the International Assoc. of Cardiologists, Sept. 2009

24. Member of the Vascular Biology Working Group 2000-present and invited faculty for several of their programs in various U.S. sites on anticoagulation in atrial fibrillation and on the management of atrial fibrillation between 2004 and 2010; adjunct faculty at 2013 global meeting.

25. Recipient of Patients' Choice award 2008, 2009, 2010, 2011, 2012  www.vitals.com and recipient of listing in Marquis Who's Who in multiple editions, including American Science, and American Business leaders in multiple years.

26. Listed as Superb physician by AVVO, inc (score 9.9 out of 10) 2012

9

USCA5 4205

27. Named as Ewig Clinical Scholar 2010  (Columbia University College of P&S).

28. Completed the National Faculty Education Initiative course in Certified CME and Promotional Activities, May 2010.

29. Scarsdale High School Distinguished Alumni Award 2010.

30. President: Metropolis CC (White Plains, NY) Dec 2010 – Dec 2012
              (VP and Green Chairman 2001-2005; Board of Governors 1994-2000, 2004-2010)

31. Participant in AF-ARC program (initial meeting in Boston, Jan 12, 2011) – an academic, FDA, NIH, industry consortium.

32. Presentation given "Best of ASH" recognition at the 2012 Annual Scientific Sessions of the American Society of Hypertension.

33. Nominated to serve on the 2012 AHA writing group for "Treatment of Hypertension in the Prevention and Management of Ischemic Heart Disease (declined for reasons of time).

34. Listed in "The Leading Physicians of The World" by the International Association of Cardiologists, 2013.

35. Invited presenter, 4th Joint Consensus Conference of AFNET and EHRA: Connecting Pathophysiological and Clinical Data for Personalized Atrial Fibrillation Management; Nice, France, Jan 24-26, 2013; and, invited member of the writing committee for the consensus document.

36. Invited member of the American College of Cardiology CardioSurve research panel 2013-2015.

37. Presentation on rivaroxaban, on The Doctors Channel, 2014.

38. National Stroke Awareness Month "radio media tour" May 2013, May 2014

39.  Member, Cardiac Safety Research Consortium (CRSC); and, Planning/Steering Committee Cardiac Safety Research Consortium: Anticoagulation Reversal Agents 2014-15

40. International Academy of Cardiology: Scientific Advisory Board

41.  Invited peer-reviewer for the AHRQ report on Catheter Ablation for Treatment of Atrial Fibrillation, commissioned by the Dept. of HHS.(Nov 2014).

42. Abstract reviewer for the 20th World Congress on Heart Disease, 2015 and for the American Heart Association Annual Scientific Sessions 2015, and 2016.

43.  Certified and registered by the Alliance for Continuing Education in the Health Professions and the Society for Academic Medical Education as having completed their educational activity titled *Faculty Roles and Responsibilities in Certified Continuing Medical Education and FDA Regulated Promotional Activities – There is a Difference* as part of the CME National Education Program. 10/19/2015.

44.  Invited reviewer for the Ameraican Academy of Family Practice for their FP Essentials monograph – Cardiology Update.  2016.

45.  Interviewed with Jerry West by 30 TV and radio shows for Atrial Fibrillation Awareness Month, 9/21/16

10

USCA5 4206

Publications: Author or co-author of approximately 350 scientific papers and book chapters and over 200 abstracts (see Bibliography Section), plus 3 books (fiction).

**DEPARTMENTAL AND UNIVERSITY COMMITTEES**

Intern and Resident Selection Committee -- Dept. of Medicine 1980-1995

Executive Committee -- Dept. of Medicine

Executive Committee -- Cardiology Division

Fellowship Training Committee -- Div. of Cardiol, Dept. of Medicine 1978-1994

Committee on Attending's Responsibility -- Dept. of Medicine

Dean's Liaison Committee -- Society of Practitioners 1996-present

Hospital President's Liaison Committee -- Society of  Practitioners 2000-present

Dean's Special Advisory Committee on Clinical Practice

Executive Committee -- Society of Practitioners 1996-present
        -President 2003-2005.


Cardiac Services Committee -- Dept. of Medicine, Presbyterian
        Hospital and Columbia Univ. College of P&S

The GCRC Advisory Committee 1993-1996

Standing Committee for Appointments At Affiliated Hospitals@ --
        Columbia Univ. (1992-1995)

CPPN Board of Directors 1996-2002

CPPN Executive Committee 1997-2002

Faculty Practice organization – Board of Directors 2002-2004

FPO Executive Committee 2004-2009

Columbia Univ-Cornell Univ. Alliance Coordinating Council 1996-1997

Columbia Cornell Care, LLC Policy Board 1997-2000

Columbia Univ. Task Force on Benefits 1998-1999

Dean's Task Force on Clinical Practice Plan Revisions 2003-2005

Columbia University Conflict of Interest Committee (Research): 2007

FPO Disability Insurance Committee 2008

11

USCA5 4207

**CURRENT and/or Recent TEACHING RESPONSIBILITIES**

Applied Pathophysiology, Columbia University College of Physicians and Surgeons --Cardiology Section -- Lecturer and Preceptor

Internal Medicine Board Review Course, Columbia University -- Lecturer

Teaching Attending, Cardiac Intensive Care Unit -- Columbia Presbyterian Medical Center, Dept. of Medicine and/or Cardiology Service

Teaching Attending, Cardiology (Arrhythmia) Consult Service, Heart Center, and-or Stepdown Unit, Columbia-Presbyterian Medical Center, Dept. of Medicine

Preceptor of fourth year medical student preceptees -- Columbia Univ College of Physicians & Surgeons

Teaching Attending, Clinical Electrophysiology and Pacemaker Laboratory, Columbia-Presbyterian Medical Center

Co-Director, Electrophysiology Conference (weekly), Columbia-Presbyterian Medical Center, Department of Medicine 1980-1999

Co-Director, Electrocardiology Conference (weekly), Columbia- Presbyterian Medical Center, Department of Medicine 1980-1990.

Director, Electrocardiology Conference (weekly), Columbia- Presbyterian Medical Center, Department of Medicine 1990-present.

Scientific Advisory Committee, Clinical Research Resource, Irving Institute for Clinical and Translational Research, 2011- 2012

Awards Committee, International Academy of Cardiology, 16th World Congress on Heart
        Heart Disease, Annual Scientific Sessions 2011, Toronto, Canada, July 23-26

**Additional Positions and Appointments**

        Medical Director, Cardioquest International, Inc. 1994-1996

        Medical Director, Electrocardiographic Core Laboratory, Cardiac Research Foundation
                2005-2009

**Current and/or most recent Research Activities:**
        RELY trial: dabigatran vs warfarin in AF. A multicenter trial. (local PI).
        ATHENA trial: dronedarone in high risk AF. A multicenter trial. (local PI).
        AFFECTS Registry: clinical practice patterns and outcome in AF. A multicenter trial.
        (Study PI and chair of the steering committee).
        OM-8 AF trial: Omacor vs placebo in AF. A multicenter trial. (National co-PI, local PI).
        Silent AF in subjects at potential risk: a single center NIH supported trial. (PI).
        CABANA: Antiarrhythmics vs ablation for AF. (Executive Committee, local co-PI)
        Potential Holter markers for Long QT carriers: a single center trial. (PI).

12

USCA5 4208

Improved QT correction formula approach in AF: a single center trial. (PI).
ORBIT Registry: Atrial Fibrillation registry assessing multiple aspects of AF outcomes, treatment, etc. (Steering Committee), ORBIT-AF 2 Registry (ditto, for new onset AF)
HARMONY: A multicenter trial of ranolazine and dronedarone in combination vs alone vs placebo on AFib burden. (Steering committee, co-PI)
REVEAL AF: A multicenter observational trial of AF detection in at-risk pts who have not had AF. (PI)

# BIBLIOGRAPHY

**Scientific Papers**

(* = Senior Author, ** = Multicenter Study)

1. Reiffel, JA, Bigger JT, Jr, and Konstam, MA: The relationship between sinoatrial conduction time and sinus cycle length during spontaneous sinus arrhythmia in adults. Circulation 50:924-934,1974.

2. Galen R, Reiffel JA, and Gambino SR: Diagnosis of acute myocardial infarction: relative efficiency of serum and isoenzyme measurements. JAMA 232:145-147,1975.

3. Reiffel JA, Bigger JT, Jr, Cramer M, and Reid DS: Ability of Holter electrocardiographic recording and atrial stimulation to detect sinus nodal dysfunction in symptomatic and asymptomatic patients with bradycardia. Am J Cardiol 40:189-194, 1977.

4. Reiffel JA and Bigger JT, Jr: Atropine and sinus nodal recovery time: reply. Am J Cardiol 42:524,1978.

5. Reiffel JA, Gambino SR, McCarthy DM, and Leahey EB, Jr: The effect of direct current cardioversion upon total creatinine kinase, lactic dehydrongenase, and their myocardial isoenzymes. JAMA 239:122-124,1978.

6. Leahey EB, Jr, Reiffel JA, Drusin RE, Heissenbuttel RH, Lovejoy WP, and Bigger JTJr: A drug interaction between quinidine and digoxin. JAMA 240;533-534,1978.

7. Reiffel JA, and Bigger JT,Jr: Pure anterior conduction delay – a varient "fasicular; defect. J Electrocardiography 11:315-319, 1978.

8. Leahey EB, Jr, Reiffel JA, and Bigger JT, Jr: The effects of quinidine on serum digoxin concentration in man. Primary Cardiol II:99-101,1979.

9. Leahey EB, Jr, Reiffel JA, Drusin RE, Heissenbuttel RH, Lovejoy WP, and Bigger JT,Jr: Enhanced cardiac effect of digoxin during quinidine treatment. Arch Int Med 139:519-521,1979.

10. Leahey EB, Jr, Reiffel JA, Bigger JTJr, Drusin RE, Heissenbuttel RH, and Lovejoy WP: Digoxin-quinidine interaction. A reply. JAMA 241:881-882,1979.

11. Reiffel JA, Leahey EB,Jr, Drusin RE, Heissenbuttel RH, Lovejoy WP, and Bigger JT, Jr: A previously unrecognized drug interaction between quinidine and digoxin. Clin Cardiol

12. Reiffel JA, Bigger JT, Jr, and Cramer M: Effects of digoxin on sinus nodal function before and after vagal blockade in patients with sinus nodal dysfunction. Am J Cardiol 43:983-989,1979.

13

13. Reiffel JA, McCarthy DM, and Leahey EB, Jr: Does DC cardioversion affect isoenzyme recognition of myocardial infarction. Am Heart J 97:810-811,1979*

14. Leahey EB,Jr., Reiffel JA, Giardina EGV, and Bigger JT,Jr: The effect of quinidine and other oral antiarrhythmic drugs on serum digoxin: a prospective study. Ann Int Med 92:606-608,1980.

15. Reiffel JA, Gliklich J, Gang E, Weiss M, Davis J, and Bigger JT,Jr: Human sinus node electrograms: A transvenous catheter technique and a comparison of directly measured and indirectly estimated sinoatrial conduction time in adults. Circulation 62:1324-1334,1980.

16. Davis JC, Reiffel JA, and Bigger JT,Jr: Sinus node dysfunction due to methyldopa and digoxin. JAMA 245:1241-1243,1981.

17. Leahey EB,Jr, Bigger JT,Jr, Butler VP,Jr, Reiffel JA, O'Connell GC, Scaffidi LE, and Rottman JN: Quinidine-digoxin interaction. Time course and pharmacokinetics. Am J Cardiol 48:1141-1146.1981.

18. Reiffel JA, Gang ES, Livelli FD,Jr, and Bigger JT,Jr: Clinical and electrophysiologic characteristics of sinoatrial entrance block evaluated by direct sinus node electrography: Prevalence, relation to antegrade sinoatrial conduction time and relevance to sinus node disease. Am Heart J 102:1011-1014,1981.

19. Goldberg D, Reiffel JA, Davis JC, Gang ES, Livelli FE, Jr, and Bigger JT,Jr: Electrophysiologic effects of procainamide on sinus function in patients with and without sinus node dysfunction. Am Heart J 103:75-82,1982.

20. Livelli FD,Jr, Bigger JT,Jr, Gang ES, Patton JN, Noethling PM, Rolnitzky LM, Gliklich JI: Response to programmed ventricular stimulation: sensitivity, specificity and relation to heart disease. Am J Cardiol 50:452-458,1982

21. Spotnitz HM, Gliklich JI, Ross S, Reiffel JA, Malm JR, Bigger JT,Jr, and Hoffman BF: Four contact glove probe method for rapid recording of cardiac electrograms during surgery. Ann Thoracic Surg 33:403-405,1982.

22. Reiffel JA, Gang ES, Bigger JT,Jr, Livelli FD,Jr, Rolnitzky LM, Cramer M: Sinus node recovery time related to paced cycle length in normals and patients with sinoatrial dysfunction. Am Heart J 104:746-752,1982.

23. Gang ES, Reiffel JA, Livelli FD, Jr, Bigger JT,Jr.: Sinus node recovery times following the spontaneous termination of supraventricular tachycardia and following atrial overdrive pacing : a comparison. Am Heart J 105:210-215,1983.

24. Reiffel JA, Gang E, Livelli FD, Jr., Gliklich JI, Bigger JT,Jr.: Indirectly estimated sinoatrial conduction time by the atrial premature stimulus technique: Patterns of electrography. Am Heart J 106:459-463,1983.

25. Reiffel JA, Livelli FD, Jr.: The postpericardiotomy syndrome: Prevention with prolonged, low dose indomethacin. Cardiovascular Reviews and Reports 4:1503-1505,1983. *

26. Reiffel JA: Further evidence for decremental conduction in the sinoatrial junction. J Electrocardiology 17:104-105,1984.*

14

27. Reiffel JA, Bigger JT, Jr., Ferrick K, Livelli FD,Jr., Gliklich J, Wang P, Basner R: Sinus node echoes and concealed conduction: additional sinus node phenomena confirmed in man by direct sinus node electrography. J. Electrocardiology 18:259-266,1985.

28. Reiffel JA: Transcatheter ablation: safety and convenience modifications. Am Heart J 110:1326,1985.*

29. Reiffel JA, Wang P, Basner R, Bigger JT, Jr., Livelli FD, Jr., Gliklich JI: Electrophysiological testing in patients with recurrent syncope: Are results predicted by prior ambulatory monitoring. Am Heart J 110:1146-1153,1985.

30. Wang P, Reiffel JA, Zimmerman J, Livelli RD, Jr., Gliklich J, Ferrick K, Bigger JT,Jr., Noethling P: Usefulness of atrioventricular nodal wenckebach periodicity in predicting sinus nodal entrance block during atrial pacing. Am J Cardiol 57:183-184,1986.

31. Reiffel JA, and Sahar D: The DDT option: implications of this new pacing feature. Clin Prog in Electrophysiol and Pacing 4:31-35,1986.*

32. Johnson LL, Seldin DW, Yeh HL, Spotnitz HM, Reiffel JA: Phase analysis to lateralize paraseptal bypass tracts in Wolff-Parkinson-White syndrome. J Am Coll Cardiol 8:67-75,1986.*

33. Flecainide Ventricular Tachycardia Study Group: Treatment of resistant ventricular tachycardia with flecainide acetate. Am J Cardiol 57:1299-1304,1986.

34. The CAPS Investigators: The Cardiac Arrhythmia Pilot Study. Am J Cardiol 57:91-95,1986.**

35. Reiffel JA, Bigger JT, Jr.: The relationship between sinoatrial conduction time and sinus cycle length revisited. J Electrophysiol 1:290-299,1987.

36. The Cardiac Arrhythmia Pilot Study (CAPS) Investigators: Effects of encainide, flecainide, imipramine, and moricizine on ventricular arrhythmias during the year after acute myocardial infarction. The CAPS. A J Cardiol 61:501-509,1988.**

37. The Cardiac Arrhythmia Pilot Study (CAPS) Investigators: Recruitment and baseline description of patients in the Cardiac Arrhythmia Pilot Study. Am J Cardiol 61:704-713,1988.**

38. The Multicenter Diltiazem Postinfarction Trial Research Group: The effect of Diltiazem on mortality and reinfarction. N Engl J Med 319:385-392,1988.**

39. The Encainide-Ventricular Tachycardia Study Group: Treatment of life-threatening ventricular tachycardia with encainide hydrochloride in patients with left ventricular dysfunction. Am J Cardiol 62L571-595,1988.

40. Evans GT, Registry Coordinator, et al: The percutaneous cardiac mapping and ablation registry: final summary of results. PACE 11:1621-1626,1988.**

41. Greene HL, Richardson DW, Barker AH, Roden DM, Capone RJ, Echt DS, Friedman LM, Gillespie MJ, Hallstrom AP, Verter J, and the CAPS Investigators. Classification of deaths after myocardial infarction as arrhythmic or nonarrhythmic (The Cardiac Arrhythmia Pilot Study). Am J Cardiol 63:1-6,1989.**

15

USCA5 4211

42. Anderson JL, Hallstrom AP, Griffith LS, Ledingham RB, Reiffel JA, Yusuf S, Barker AH, Fowles RE, Young JB. Relation of baseline characteristics to suppression of ventricular arrhythmias during placebo and active antiarrhythmic therapy in patients after myocardial infaction. Circulation 79:610-619; 1989.

43. Greene HL, Richardson DW, Hallstrom AP, McBride R, Capone RJ, Barker AH, Roden DM, Echt DS, and the CAPS Investigators. Congestive heart failure after myocardial infarction in patients receiving antiarrhythmic agents for ventricular premature complexes (The Cardiac Arrhythmia Pilot Study). Am J Cardiol 63:393-398,1989.**

44. Sahar DI, Reiffel JA, Bigger JT, Jr., Squattrito , Kidwell GA: Efficacy, safety, and tolerance of d-sotalol in patients with refractory supraventricular tachyarrhythmias. Am Heart J 117:562-568,1989.*

45. Wang PJ, Reiffel JA, Bigger JT,Jr.: The duration of induced ventricular tachycardia as related to clinically sustained ventricular tachycardia. J Electrophysiol 3:127-134,1989.

46. The ESVEM Investigators: The ESVEM Trial: Electrophysiologic study versus electrocardiographic monitoring for selection of antiarrhythmic therapy of ventricular tachyarrhythmias. Circulation 79:1354-1360,1989.**

47. Reiffel JA, Zimmerman G: The duration of the sinus node depolarization on transvenous sinus node electrograms can identify sinus node dysfunction and can suggest its severity. PACE 12:1746-1756,1989.

48. Reiffel JA, Schulhof E, Joseph B, Severance E, Wyndus P, McNamara A: The optimum duration of transtelephonic ECG monitoring when used for transient symptomatic event detection. J Electrocardiography 24:165-168,1991.*

49. Reiffel JA, Cook JR: Physician attitudes toward the use of type IC antiarrhythmics after the Cardiac Arrhythmia Suppression Trial (CAST). Am J Cardiol 66:1262-1264,1990.*

50. The Adenosine for PSVT Study Group: Adenosine for paroxysmal supraventricular tachycardia: Dose ranging and comparison with verapamil. Annals Int Med 113:104-110,1990.

51. Bigger JT, Jr., Coromilas J, Rolnitzky LM, Fleiss JL, Kleiger RE, and the Multicenter Diltiazem Postinfarction Trial Investigators. Effect of diltiazem on cardiac rate and rhythm after myocardial infarction. Am J Cardiol 65:539-546,1990.**

52. Reiffel JA, Cook JA, Meissner MD: Evidence suggesting time dependent recovery of excitability in the in-vivo human sinus node. Am J Cardiol 68:798-800,1991.*

53. Prystowsky EN, Waldo AL, Fisher JD, for the investigators: Use of disopyramide by arrhythmia specialists after CAST: patient selection and initial outcome. Am Heart J 121:1571-1782,1991.**

54. Pratt CM, Hallstrom A, Theroux P, Romhilt D, Coromilas J, Myles J, for the CAPS Investigators. Avoiding interpretive pitfalls when assessing arrhythmia suppression after myocardial infarction: insights from the long term observations of the placebo treated patients in the cardiac arrhythmia pilot study (CAPS). J Am Coll Cardiol 17:1-8,1991.**

55. Goldstein RE, Boccuzzi SSJ, Cruess D, Nattel S, the adverse experience committee; and the multicenter diltiazem postinfarction research group. Diltiazem increases late-onset

USCA5 4212

congestive heart failure in postinfarction patients with early reduction in ejection fraction. Circulation 83:52-60,1991.**

56. Lichstein E, Hager D, Gregory JJ, Fleiss JL, Rolnitzky LM, Bigger JT,Jr., for the multicenter diltiazem postinfarction research group. Relation between beta-adrenergic blocker use, various correlates of left ventricular function, and the chance of developing congestive heart failure. J Am Coll Cardiol 16:1327-1332,1990.**

57. Freedman RA, Steinberg JS, for the Electrophysiologic Study Versus Electrocardiographic Monitoring Trial (ESVEM) Investigators: Selective prolongation of QRS late potentials by sodium channel blocking antiarrhythmic drugs: relation to slowing of ventricular tachycardia. J Am Coll Cardiol 17:1017-25,1991.**

58. Reiffel JA: Improved rate control in atrial fibrillation. Am Heart J 123:1094-1098,1992.*

59. Bigger JT,Jr., Fleiss JL, Rolnitzky LM, Steinman RC, with data contributed by the CAPS and ESVEM Investigators. Stability over time of heart period variability in patients with previous myocardial infarction and ventricular arrhythmias. Am J Cardiol 69:718-723,1992.**

60. Reiffel JA, Correia J: Evolutionary paths in arrhythmia management: products of substrate, substance, and seismology. Am Heart J 125:1207-1211,1993.*

61. The ESVEM Investigators: Determinants of predicted efficacy of antiarrhythmic drugs in the electrophysiologic study versus electrocardiographic monitoring trial. Circulation 87:323-329,1993.**

62. Buxton AE, Fisher JD, Josephson ME, et al, and the Multicenter Unsustained Tachycardia Trial Investigators. Prevention of sudden death in patients with coronary artery disease: the Multicenter Unsustained Tachycardia Trial (MUSTT). Prog Cardiovasc Disease 36,215-226,1993.**

63. Reiffel JA, Kuehnert MJ: Electrophysiologic testing of sinus node function: diagnostic and prognostic application – including updated information from sinus node electrograms. PACE 17:349-365,1994.*

64. Mason JW, and the ESVEM Investigators: A comparison of seen antiarrhythmic drugs in patients with ventricular tachyarrhythmias. N Eng J Med 329:452-458,1993.**

65. Mason JW, and the ESVEM Investigators: A comparison of electrophysiologic testing with Holter monitoring to predict antiarrhythmic-drug efficacy for ventricular tachyarrhythmias. N Engl J Med 329:445-51,1993.**

66. Reiffel JA, Correia J: "In the absence of structural heart disease.." what is it and why does it matter as regards antiarrhythmic drug therapy. Am Heart J 128:626-629,1994.*

67. Klein RC, and the ESVEM Investigators: Comparative efficacy of sotalol and class I antiarrhythmic agents in patients with ventricular tachycardia or fibrillation: results of the Electrophysiologic Study Versus Electrocardiographic Monitoring (ESVEM) Trial. Eur Heart J 14:Supp H:78-84,1994.**

68. Boden WE, Moss AJ, Herbert PN, Sariteli A, Oakes D, Eberly S, and the Multicenter Post Infarction Trial Research Group. Effect of long term diltiazem administration on serum lipids in post myocardial infarction survivors. Am J Cardiol 73:513-514,1994.**

17

USCA5 4213

69. Reiffel JA, Banker J:  How do physicians determine when to perform an "on-drug" electrophysiological study for efficacy determination:  a previously unaddressed variable which may affect efficacy rates.  PACE 18:406-416,1995.*

70. Santiago D Warshofsky M, Li Mandri G, Di Tullio M, Coromilas J, Reiffel JA, Homma S: Left atrial appendage function and thrombus formation in atrial fibrillation-flutter: a transesophageal echocardiographic study. J Am Coll Cardiol 24:159-64,1994.

71. Reiter MJ, Mann DE, Reiffel JA, Hahn E, Hartz V, and the ESVEM Investigators: Significance and incidence of concordance of drug efficacy predictions by Holter monitoring and electrophysiologic study in the ESVEM trial.  Circulation 91:1988-1995,1995.**

72. The AVID Investigators.  Antiarrhythmics versus implantable defibrillators (AVID) – rationale, design, and methods.  Am J Cardiol 75:470-475,1995.**

73. Omoigui NA, Marcus FI, Mason JW, Hahn EA, Hartz VL, for the ESVEM Investigators: Cost of initial therapy in the Electrophysiological Study Versus ECG Monitoring Trial (ESVEM). Circulation 91:1070-1076,1995.

74. Anderson KP, Walker R, Dustman T, Fuller M, Mori M, for the ESVEM Investigators. Spontaneous sustained ventricular tachycardia in the electrophysiologic study versus electrocardiographic monitoring (ESVEM) Trial.  J Am Coll Cardiol 26:489-496,1995.**

75. Pratt CM, Greenway PS, Schoenfeld MH, Hibben ML, Reiffel JA: Exploration of the precision of classifying sudden cardiac death: implications for the interpretation of clinical trials. Circulation 93:519-524,1996.

76. Reiffel JA, Reiter MJ, Freedman RA, Mann D, Huang SKS, Hahn E, Hartz V, Mason J, and the ESVEM Investigators.  Influence of Holter monitor and electrophysiologic study methods and efficacy criteria on the outcome of patients with ventricular tachycardia and ventricular fibrillation in the ESVEM trial.  Prog Cardiovasc Dis 38:359-370,1996.**

77. Mason JW, Marcus FI, Bigger JT,Jr., Lazzara R, Reiffel JA, Reiter MJ, Mann D:  A summary and assessment of the findings and conclusions of the findings and conclusions of the ESVEM Trial.  Prog Cardiovasc Dis 38:347-358,1996.**

78. Anderson KP, Hartz VL, Hahn EA, Moon TE, for the ESVEM Trial Investigators:  Design and analysis of the ESVEM Trial.   Prog Cardiovasc Dis 38:489-502,1996.**

79. Anderson KP, Bigger JT, Jr., Freedman RA, for the ESVEM Trial Investigators: Electrocardiographic predictors in the ESVEM Trial:  unsustained ventricular tachycardia, heart period variability, and the signal averaged electrocardiogram. Prog Cardiovasc Dis 38:463-488,1996.**

80. Reiter MJ, Karagounis LA, Mann DE, Reiffel JA, Hahn E, Hartz V, and the ESVEM Investigators:  Reproducibility of drug efficacy predictions by Holter monitoring in the ESVEM Trial.  Am J Cardiol 79:315-322,1987.**

81. Buxton AE, Lee KL, DiCarlo L, Echt DS, Fischer JD, Greer S, Josephson ME, Packer D, Prystowsky EN, Talajic M, for the MUSTT Investigators.  Nonsustained ventricular tachycardia in coronary artery disease:  relation to inducible sustained ventricular tachycardia.  Ann Intern Med 125:35-39,1996.**

18

82. Reiffel JA. Prolonging survival by reducing arrhythmic death: pharmacological therapy of ventricular tachycardia and fibrillation. Am J Cardiol 80(8A):45G-55G,1997.

83. Banker J, Dizon J, Reiffel, JA: Effects of the ventricular activation sequence on the JT interval. Am J Cardiol 79:816-819,1997.*

84. Reiffel JA, Hahn E, Hartz V, Reiter MJ, and the ESVEM Investigators. Sotalol for ventricular tachyarrhythmias: beta-blocking and class III contributions, and relative efficacy versus class I drugs after prior drug failure. Am J Cardiol79:1048-1053,1997.**

85. Curtis A, Hallstrom AP, Klein RC, Nath S, Pinski SL, Epstein AE, Wyse G, Cannom DS, Renfroe E, and the AVID Investigators. Influence of patient characteristics in the selection of patients for defibrillator implantation (the AVID Registry). Am J Cardiol 79:1185-89,1997.**

86. The Planning and Steering Committees of the AFFIRM Study for the NHLBI AFFIRM Investigators. Atrial fibrillation follow up investigation of rhythm management – the AFFIRM study design. Am J Cardiol 79:1198-1202,1997.**

87. Domanski MJ, Sakseena S, Wyse G, Hallstrom A, Schron EB, Nanda A, Kutalek S, for the AVID Investigators. Clinical and socioeconomic profile of patients with malignant ventricular arrhythmias in 1993 to 1995. Am J Cardiol 80:299-301,1997.**

88. Kim SG, Hallstrom A, Love JC, Rosenberg Y, Powell J, Roth J, Brodsky M, Moore R, Wilkoff B for the AVID Investigators. Comparison of clinical characteristics and frequency of implantable defibrillator use between randomized patients in the antiarrhythmics vs. implantable defibrillators (AVID) trial and nonrandomized registry patients. Am J Cardiol 80:454-457,1997.**

89. Caruso AC, Marcus FI, Hahn E, Hartz V, Mason JW, and the ESVEM Investigators. Predictors of arrhythmic death and cardiac arrest in the ESVEM trial. Circulation 96:1888-1892,1997.**

90. The antiarrhythmics versus implantable defibrillators (AVID) Investigators: A comparison of antiarrhythmic drug therapy with implantable defibrillators in patients resuscitated from near-fatal ventricular arrhythmias. N Eng J Med 337:1576-1583,1997.**

91. Mann DE, Hartz V, Hahn EA, Reiter MJ, and the ESVEM Investigators. Effect of reproducibility of baseline arrhythmia induction on drug efficacy predictions and outcome in the electrophysiologic study versus electrocardiographic monitoring (ESVEM) trial. Am J Cardiol 80:1448-52,1997.**

92. Kassotis J, Dizon J, Costeas C, Reiffel JA, Coromilas J: Double-wave reentry in orthodromic AV reciprocating tachycardia: paradoxical shortening of the tachycardia cycle length with development of ipsilateral bundle branch block. J Cardiovasc Electrophysiol 9:845-854,1998.*

93. Abi-Mansour P, Carberry PA, McCowan RJ, Henthorn RW, Dunn GH, Perry KT, and the Study Investigators. Conversion efficacy and safety of repeated doses of ibutilide in patients with atrial flutter and atrial fibrillation. Am Heart J 136:632-642,1998.**

94. Shusterman V, Aysis B, Gottipaty V, Weiss R, Brode S, Schwartzman D, Anderson KP for the ESVEM Investigators. Autonomic nervous system activity and the spontaneous initiation of ventricular tachycardia. J Am Coll Cardiol 32:1891-1899,1998.**

19

95. Reiffel JA: Predictability of response rates, efficacy, risks, and intolerance with sotalol when used for sustained ventricular arrhythmias. Am Heart J 137:373-373,1999.*

96. Anderson JL, Hallstrom AP, Epstein AE, Pinski SL, Rosenberg Y, Nora MO, Chilson D, Cannom DS, Moore R, and the AVID Investigators. Design and results of the antiarrhythmics vs implantable defibrillators (AVID) registry. Circulation 99:1692-99,1999. **

97. Buxton AE, Hafley GE, Lehmann MH, Gold M, O'Toole MO, Tang A, Coromilas J, Hook B, Stamato NJ, Lee KL, for the Multicenter Unsustained Tachycardia Trial (MUSTT) Investigators. Prediction of sustained ventricular tachycardia inducible by programmed stimulation in patients with coronary artery disease: utility of clinical variables. Circulation 99:1843-50,1999.**

98. Olshansy B, Hahn EA, Hartz VL, Prater SP, Mason JW, and the ESVEM Investigators. Clinical significance of syncope in the Electrophysiologic Study versus Electrocardiographic Monitoring (ESVEM) trial. Am Heart J 137:878-886,1999. **

99. Pacifico Am Hohnloser SH, Williams JH, Tao B, Sakseena S, Henry PD, Prystowsky EN, for the d,l-sotalol Implantable Cardioverter-Defibrillator Study Group. Prevention of implantable defibrillator shocks by treatment with sotalol. N Engl Med J 340:1855-1862,1999.**

100. Exner DV, Reiffel JA, Epstein AE, Ledingham R, Reiter MJ, Yao Q, Duff HJ, Follmann D, Schron E, Greene HL. Carlson MD, Brodsky MA, Akiyama T, Baessler C, Anderson JL, and the AVID Investigators. Beta-blocker use and survival in patients with ventricular fibrillation or symptomatic tachycardia: the antiarrhythmic versus implantable defibrillation or symptomatic tachycardia: the antiarrhythmic versus implantable defibrillation (AVID) trial. J Am Coll Cardiol 34:325-333,1999.**

101. Domanski MJ, Sakseena S, Epstein AE, Hallstrom, AP, Brodsky MA, Kim S, Lancaster S, Schron E, for the AVID Investigators. Relative effectiveness of the implantable cardioverter-defibrillator and antiarrhythmic drugs in patients with varying degrees of left ventricular dysfunction who have survived malignant ventricular arrhythmias. J Am Coll Cardiol 34:1090-1095,1999.**

102. Epstein AE, Powell J, Yao Q, Ocampo C, Lancaster S, Rosenberg Y, Cannom D, Herre JM, Greene HL, and the AVID Investigators. In-hospital presentation of life-threatening ventricular arrhythmias predicts survival. Am J Coll Cardiol 34:1111-1116,1999.**

103. The AVID Investigators. Causes of death in the antiarrhythmics versus implantable defibrillators (AVID) trial. J Am Coll Cardiol 34:1552-1559,1999.**

104. Buxton AE, Lee KL, Fisher JD, Josephson ME, Prystowsky EN, Hafley G, and the Multicenter Unsustained Tachycardia Trial Investigators. A randomized study of the prevention of sudden death in patients with coronary artery disease. N Engl J Med 341:1882-1890,1999.**

105. Reiffel JA, Blitzer M. The actions of ibutilide and Class IC drugs on the slow sodium channel: new insights regarding individual pharmacologic effects elucidated through combination therapies. J Cardiovasc Pharm & Therap 5:177-181,2000.*

106. Reiffel JA, Kowey PR. Generic antiarrhythmics – are they therapeutically equivalent for the treatment of tachyarrhythmias? The experience of practicing electrophysiologists. Am J Cardiol 85:1151-1153,2000.*

20

107. Kassotis J, Costeas C, Bedi AK, Tolat A, Reiffel J.  The effects of aging and gender on QT dispersion in an overtly healthy population.  PACE 23:1121-1126,2000.*

108. Dizon J, Blitzer M, Rubin D, Coromilas J, Costeas C, Kassotis J, Reiffel J.  Time dependent changes in duration of ventricular repolarization after AV node ablation: insights into the possible mechanism of post procedure sudden death.  PACE 23:1539-1544,2000.*

109. Olshansky B, Hertz V, Hahn E, Mason J, Weaver MD, and the ESVEM Investigators.  Location of death (in-hospital or out-hospital) and type of death (arrhythmic, noncardiac) after syncope, sustained ventricular tachycardia, or nonfatal cardiac arrest (the ESVEM trial).  Am J Cardiol 86:846-851,2000.**

110. Pinski SL, Yao Q, Epstein AE, Lancaster S, Greene HL, Pacifico A, Cook JR, Jadonath R, Marinchak R, and the AVID Investigators.  Determinants of outcome in patients with sustained ventricular tachyarrhythmias: the antiarrhythmics versus implantable defibrillators (AVID) study registry.  Am Heart J 139:804-813,2000. **

111. Buxton AE, Lee KL, DiCarlo L, Gold MR, Greer GS, Prystowsky EN, O'Toole MF, Tang A, Fisher JD, Coromilas J, Talajic M, Hafley G, for the Multicenter Unsustained Tachycardia Trial Investigators.  Electrophysiologic testing to identify patients with coronary artery disease who are at risk for sudden death.  N Eng J Med 342:1937-1945, 2000.**

112. Raitt MH, Renfroe EG, Epstein AE, McAnulty JH,  Mounsey P, Steinberg JS, Lancaster SE, Jadonath RL, Hallstrom AP, for the AVID Investigators.  "Stable" ventricular tachycardia is not a benign rhythm. Insights from the antiarrhythmics versus implantable defibrillators (AVID) registry.  Circulation 103:244-52,2001.**

113. Exner DV, Sheldon RS, Pinski SL, Kron J, Hallstrom A, and the AVID Investigators.  Do baseline characteristics accurately discriminate between patients likely to benefit from implantable defibrillator therapy?  Am Heart J 141:99-104, 2001.**

114. Kron J, Herre J, Renfroe EG, Rizon-Patron C, Raitt M, Halperin B, Gold M, Goldner B, Wilkoff B, Olarte A, Yoo Q, and the AVID Investigators.  Lead-and device-related complications in antiarrhythmics versus implantable defibrillators trial.  Am Heart J 141:92-98, 2001.**

115. Ehlert FA, Cannom DS, Renfroe EG, Greene HL, Ledingham R, Mitchell LB, Anderson JL, Halperin BD, Herre JM, Luceri RM, Marinchak , Steinberg JS, and the AVID Investigators.  Comparison of dilated cardiomyopathy and coronary artery disease in patients with life-threatening ventricular arrhythmias: Differences in presentation and outcome in the AVID registry.  Am Heart J 142:816-822, 2001.**

116. Wyse DG, Talajic M, Hafley GE, Buxton AE, Mitchell LB, Kus TK, Packer DL, Kou    WH, Lemery R, Santucci P, Grimes D, Hickey K, Stevens C, Singh SN, for MUSTT Investigators.  Antiarrhythmic drug therapy in the Multicenter Unsustained Tachycardia Trial (MUSTT): Drug testing and as-treated analysis. Electrophysiology 38:344-351, 2001.**

117. Schron B, Exner DV, Yao Q, Jenkins LS, Cook JR, Kutalek SP, Friedman PL, Bubien RS, Page RL, Powell J, and the AVID Investigators.  Quality of life in the antiarrhythmics versus implantable defibrillators trial.  Circulation 105:589-594, 2002.**

118. Reiffel JA, Cook J.  Microcomplex – a new incomplete heart block pattern. J Electrocard 35:273-278, 2002.*

21

119. Magnano AR, Holleran S, Ramakrishnan R, Reiffel JA, Bloomfield DM. Autonomic nervous system influences on QT interval in normal subjects. J Am Coll Cardiol 2002; 39(11):1820-1826. *

120. Lee KL, Hafley G, Fisher JD, Gold MR, Prystowsky EN, Talajic M, Josephson ME, Packer DL, Buxton AE, for the Multicenter Unsustained Tachycardia Trial Investigators. Effect of implantable defibrillators on arrhythmic events and mortality in the Multicenter unsustained tachycardia trial. Circulation 106:233-238, 2002.**

121. Cook JR, Rizo-Patron C, Curtis AB, Gillis AM, Bigger JT, Jr., Kutalek SP, Coromilas J, Hofer BI, Powell J, Hallstrom AP for the AVID Investigators Springfield, Mass, and Seattle, Wash. Effect of surgical revascularization in patients with coronary artery disease and ventricular tachycardia or fibrillation in the antiarrhythmics versus implantable defibrillators (AVID) registry. Am Heart J 143:821-826, 2002.**

122. Brodsky MA, Mitchell B, Halperin BD, Raitt MH, Hallstrom AP, and the AVID Investigators Orange, California, Calgary, Alberta, Canada, Portland, Oregon, and Seattle, Wash. Prognostic value of baseline electrophysiology studies in patients with sustained ventricular tachyarrhythmia: The antiarrhythmics versus implantable defibrillators (AVID) trial. Am Heart J 144:478-484, 2002.**

123. Ellison KE, Hafley GE, Hickey K, Kellen J, Coromilas J, Stein KM, Lee KL, Buxton AE: for the MUSTT Investigators. Effect of β-Blocking Therapy on Outcome in the Multicenter Unsustained Tachycardia Trial (MUSTT). Circulation 106:2694-2699, 2002.**

124. Dizon J, Reiffel JA, Kossatis J, Woollett I, Garan H. Change in the retrograde atrial activation sequence following radiofrequency modification of the atrioventricular node: implications for the electrophysiologic circuit of a variant of atrioventricular nodal reentrant tachycardia. J Cardiovasc Electrophysiol 14:1-6, 2003. *

125. Russo AM, Hafley GE, Lee, KL, Stamato NJ, Lehmann MH, Page RL, Kus T, Buxton AE, and the MUSTT Investigators. Racial differences in outcome in the Multicenter Unsustained Tachycardia Trial (MUSTT). A Comparison of whites versus blacks. Circulation 108:67-72, 2003.**

126. Reiffel JA. Is arterial stiffness a contributing factor to atrial fibrillation in patients with hypertension? A preliminary investigation. Am J Hypertension 2004; 17:213-216.

127. Prystowsky EN, Niazi I, Curtis AB, Wilbur DJ, Bahnson T, Ellenbogen K, Dhala A, Bloomfield DM, Gold M, Kadish A, Fogel R, Gonzolez MD, Belardinelli L, Shreeniwas R, Wolff AA (for the investigators). Temination of paroxysmal supraventricular tachycardia by tecadenoson (CVT-510), a novel $A_1$-adenosine receptor agonist. J Am Coll Cardiol 2003; 42:1098-1102. **

128. Magnano AR, Holleran S, Ramakrishnan R, Reiffel JA, Bloomfield DM. Autonomic modulation of the U wave during sympathomimetic stimulation and vagal inhibition in normal individuals. PACE 2004; 27:1484-1492.*

129. Roy D, Rowe BH, Stiell IG, Coutu B, Ip JH, Phaneuf D, Lee, J, Vidaillet H, Dickinson G, Gran S, Ezrin AM, Beatch GN. A randomized, controlled trial of RSD1235, a novel anti-arrhythmic agent, in the treatment of recent onset atrial fibrillation. J Am Coll Cardiol 2004; 44:2355-2361.**

22

130. Page RL, Zipes DP, Powell JL, Luceri RM, Gold MR, Peters R, Russo AM, Bigger Jr JT, Sung RJ, McBurnie MA, and the AVID Investigators. Seasonal variation of mortality in the antiarrhythmics versus implantable defibrillators (AVID) study registry. Heart Rhythm 2004; 4:435-440. **

129. Reiffel JA, Schwarzberg R, Murry M. Comparison of autotriggered memory loop recorders versus standard loop recorders versus 24-hour Holter monitors for arrhythmia detection. Am J Cardiol 2005;95:1055-1059 *

130. Reiffel JA. Atypical proarrhythmia with dofetilide: monomorphic VT and exercise-  induced torsade de pointes. PACE 2005; 28:877-79.

131. Reiffel JA, Naccarelli GV. Antiarrhythmic drug therapy for atrial fibrillation: are the guidelines guiding clinical practice? Clin Cardiol 2006; 29:97-102. *

132. Pritchett ELC, Kowey P, Connolly S, et. al. for the ACOMET Investigators. Antiarrhythmic efficacy of azimilide in patients with atrial fibrillation. Maintenance of sinus rhythm after conversion to sinus rhythm. Am Heart J 2006; 151:1043-9.**

133. Brodsky MA, McAnulty J, Zipes DP. A history of heart failure predicts arrhythmia treatment efficacy: data from the AVID study. Am Heart J 2006; 152:724-30.**

134. Singh BN, Connolly SJ, Crijns HJGM, et. al. and the EURIDIS and ADONIS Investigators. Dronedarone for maintenance of sinus rhythm in atrial fibrillation or flutter. N Engl J Med 2007, 356:987-99.**

135. Buxton AE, Lee KL, Hafley GE, et. al. For the MUSTT Investigators. Limitations of ejection fraction for prediction of sudden death risk in patients with coronary artery disease. J. Am Coll Cardiol 2007; 50:1150-57. 88

136. Saluga D, Guyotte JA, Reiffel JA. An improved QT correction method for use in atrial fibrillation and a comparison with the assessment of QT in sinus rhythm. JAFIB 2008; 1:1-11. * www.jafib.com

137. Stone GW, Witzenbichler B, Guagliumi G, Peruga JZ, Brodie BR, Dudek D, Kornowski R, Hartmann F, Gersh BJ, Phil D, Pocock SJ, Dangas G, Wong C, Kirtane AJ, Parise H, Mehran R for the HORIZONS AMI Trial Investigators. Bivalrudin during primary PCI in acute myocardial infarction. N Engl J Med 2008; 358:2218-30. **

138. Camm AJ, Reiffel JA. Defining endpoints in clinical trials on atrial fibrillation. Eur Heart J 2008; 10(suppl. H): H55-H78. **

139. Mehran R, Brodie B, Cox DA, et. al. and the Horizons Investigators. The Harmonizing Outcomes with revascularization and stents in acute myocardial infarction (HORIZONS-AMI) Trial: study design and rationale. Am Heart J 2008; 156:44-56. **

140. Reiffel JA. Acute pharmacological conversion of atrial fibrillation to sinus rhythm. Circulation 2009; 119:e17.

141. Reiffel AJ, Reiffel JA. QT prolongation following ectopic beats: initial data regarding the upper limit of normal with possible implications for antiarrhythmic therapy and concealed (unexpressed) long QT. JAFIB 2009; 1:270-276. * www.jafib.com

142. Hohnloser SH, Crijns HJGM, van Eickels M, et al for the ATHENA Investigators. Effect

23

USCA5 4219

of dronedarone on cardiovascular events in atrial fibrillation. N Engl J Med 2009; 360:668-78. **

143. Stone GW, Lansky AJ, Pocock SJ, et al for the HORIZONS-AMI Trial Investigators. Paclitaxel-eluting stents versus bare-metal stents in acute myocardial infarction. N. Engl. J. Med. 2009; 360:1946-59. **

144. Dangas G, Mehran R, Guagliumi G, et al. for the HORIZONS Investigators. Role of clopidogrel loading dose in patients with ST-segment elevation myocardial infarction undergling primary angioplasty. J Am Coll Cardiol 2009; 54:1438-46. **

145. Mehran R, Lansky A, Witzenbichler B, et al. for the HORIZONS Investigators. Bivalirudin in patients undergoing primary angioplasty for acute myocardial infarction (HORIZONS-AMI): 1-year results of a randomized controlled trial. Lancet 2009; 374:1149-59. **

146. Ezekowitz MD, Connolly S, Parekh A, et al for the RELY Investigators. Rationale and design of RE-LY: Randomized evaluation of long-term anticoagulant therapy, warfarin compared with dabigatran. Am Heart J. 2009; 157:805-10. **

147. Pratt CM, Reiffel JA, Ellenbogen KA, Naccarelli GV, Kowey PR. Efficacy and safety of prescription omega-3-acid ethyl esters for the prevention of recurrent symptomatic atrial fibrillation: a prospective study. Am Heart J 2009; 158:163-169. **

148. Connolly AJ, Ezekowitz MD, Yusuf S. et al. and the RE-LY Steering Committee and Investigators. Dabigatran versus warfarin in patients with atrial fibrillation. www.nejm.org August 30, 2009 (10.1056/NEJMoa0905561) and N. Engl. J. Med 2009; 361:1139-51. **

149. Connolly SJ, Crijns HJGM, Torp-Pedersen C, et al. for the ATHENA Investigators. Analysis of stroke in ATHENA: a placebo-controlled, double-blind, parallel-arm trial to assess the efficacy of dronedarone 400 mg BID for the prevention of cardiovascular hospitalization or death from any cause in patients with atrial fibrillation /atrial flutter. Circulation 2009; 120:1174-80. **

150. Al-Khatib SM, Calkins H, Eloff BC, Packer DL, Ellenbogen KA, Hammill SC, Natale A, Page RL, Prystowsky E, Jackman WM, Stevenson WG, Waldo AL, Wilber D, Kowey P, Yaross MS, Mark DB, Reiffel J, Finkle JK, Marinac-Dabie DM, Pinnow E, Sager P, Sedrakyan A, Canos D, Gross T, Berliner E, and Krukoff MW for an expert panel. Planning the Safety of Atrial Fibrillation Ablation Registry Initiative (SAFARI) as a collaborative pan-stakeholder critical path registry model: a cardiac safety research consortium "incubator" think tank. Am Heart J 2010; 159:17-24. **

151. Le Heuzey JY, Breithardt G, Camm J, Crijns H. et al for the RECORD AF Investigators. The Record AF Study: design, baseline data, and profile of patients according to chosen treatment strategy for atrial fibrillation. Am J Cardiol 2010, 150:687-93. **

152. Reiffel JA, Kowey PR, Myerburg R, Naccarelli GV, Packer DL, Pratt CM, Reiter MJ, Waldo AL, for the AFFECTS Scientific Advisory Committee and Investigators. Practice patterns among United States cardiologists for managing adults with atrial fibrillation (from the AFFECTS Registry). Am J Cardiol 2010; 105:1122-29. **

153. Kowey PR, Reiffel JA, Myerburg R, Naccarelli GV, Packer DL, Pratt CM, Reiter MJ, Waldo AL, for the AFFECTS Scientific Advisory Committee and Investigators. Warfarin

24

and aspirin use in atrial fibrillation among practicing cardiologists (from the AFFETCS Registry). Am J Cardiol 2010; 105:1130-34. **

154. Kadish AH, Reiffel JA, Clauser J, Prater S, Menard M, Kopelman H. Frequency of serious arrhythmias detected with ambulatory cardiac telemetry. Am J Cardiol 2010, 105:1313-1316. **

155. Hickey KT, Reiffel J, Sciacca RR, Whang W, Biviano A, Baumeister M, Castillo C, Talathothi J, Garan H. The utility of ambulatory electrocardiographic monitoring for detecting silent arrhythmias and clarifying symptom mechanism in an urban elderly population with heart failure and hypertension: clinical implications. JAFIB 2010; 1:632-643. www.jafib.com *

156. Murdock DK, Reiffel JA, Kaliebe J, Larrain G. The conversion of paroxysmal or initial onset atrial fibrillation with oral ranolazine: implications for a new "pill-in-pocket" approach in structural heart disease. JAFIB 2010; 2:705-710. www.jafib.com * **

157. Wallentin L, Yusuf S, Ezekowitz MD, et al. on behalf of the RE-LY Investigators. International normalized ratio control for stroke prevention in atrial fibrillation: an analysis of the RE-LY trial. Lancer 2010; Aug 27:[Epub ahead of print] **

158. Wallentin L. Yusuf S. Ezekowitz MD. Alings M. Flather M. Franzosi MG. Pais P. Dans A. Eikelboom J. Oldgren J. Pogue J. Reilly PA. Yang S. Connolly SJ. RE-LY investigators. Efficacy and safety of dabigatran compared with warfarin at different levels of international normalized ratio for stroke prevention in atrial fibrillation: an analysis of the RE-LY trial. Lancet 2010; 376: 975-83. **

159. Hohnloser SH, Crijns HJGM, van Eickels M, et al for the ATHENA Investigators. Dronedarone in patients with congestive heart failure: insights from ATHENA. Eur Heart J 2010; April 30, 2010; doi:10.1093/eurheartj/ehq113 **

160. Kowey PR, Reiffel JA, Ellenbogen KA, Naccarelli GV, Pratt CM. Efficacy and safety of prescription Omega-3 fatty acids for the prevention of recurrent symptomatic atrial fibrillation: a randomized controlled trial. JAMA 2010; published early release online Nov 15. doi:10.1001/jama.2010.1735                    http://jama.ama-assn.org/cgi/content/full/jama.2010.1735 **

161. Kowey PR, Reiffel JA, Ellenbogen KA, Naccarelli GV, Pratt CM. Efficacy and safety of prescription Omega-3 fatty acids for the prevention of recurrent symptomatic atrial fibrillation: a randomized controlled trial. JAMA 2010; 304:2363-72. **

162. Connolly SJ, Ezekowitz MD, Yusuf S, Reilly PA, Wallentin L, for the RE-LY Investigators. Newly identified events in the RE-LY trial. NEJM 2010; 363: 1875-80. **

163. Ezekowitz MD, Wallentin L, Connolly SJ, et al. and the RE-LY Steering Committee and Investigators. Dabigatran and warfarin in vitamin K antagonist-naïve and –experienced cohorts with atrial fibrillation. Circulation 2010; 122:2246-53. **

164. Rokos IC, French WJ, Mattu A, Nichol G, Farkough ME, Reiffel JA, Stone GW. Appropriatte cardiac cath lab activation: optimizing electrocardiogram interpretation and clinical decision-making for acute ST-elevation myocardial infarction. Am Heart J 2010; 160:995-1003 **

165. Rokos IC, French WJ, Mattu A, Farkouh M, Reiffel J, Stone GW. Appropriate cardiac

USCA5 4221

catheterization laboratory activation: author reply.  Am Heart J 2011; 162:e5.

166.  Diener HC, Connolly SJ, Ezekowitz MD, Wallentin L, et al for the RE-LY study group. Dabigatran compared with warfarin in patients with atrial fibrillation and previous transient ischemic attack or stroke: a subgroup analysis of the RE-LY trial. Lancet Neurol 2010; 9:1157-63. **

167.  Nagarakanti R, Ezekowitz MD, Oldgren J. et al for the RE-LY study group. Dabigatran versus warfain in patients with atrial fibrillation: an analysis of patients undergoing cardioversion.  Circulation 2011; 123:131-136. **

168.  Reiffel JA. An important indirect drug interaction between dronedarone and warfain that may be extrapolated to other drugs that can alter gastrointestinal function. Am Heart J 2011; 161:e5.

169.  Eikelboom JW, Wallentin L, Connolly SJ et al. for the RE-LY Investigators.  Risk of bleeding with 2 doses of dabigatran compared with warfarin in older and younger patients with atrial fibrillation: an analysis of the randomized evaluation of long-term anticoagulant therapy (RE-LY) Trial. Circulation 2011; 123:2362-72. **

170.  Page R., Connolly SJ, Crijns HJGM, et al for the ATHENA Investigators. Rhyhm and rate controlling effects of dronedarone in patients with atrial fibrillation (fron the ATHENA Trial). Am J Cardiol 2011; 107:1019-22. **

171.  Dangas GD, Mehran R, Nikolsky E, et al. For the HORIZONS-AMI Trial Investigators. Effect of switching antithrombin agents for primary angioplasty in acute myocardial infarction. J Am Coll Cardiol 2011; 57:2309-16. **

172.  Camm AJ, Breithardt G, Crijns H, et al. for the RECORD AF Investigators.  Real-life observations of clinical outcomes with rhythm- and rate- control therapies for atrial fibrillation.  J Am Coll Cardiol 2011; 58:493-501. **

173.  Kornowski R, Mehran R, Dangas G, et al. for the HORIZONS-AMI Trial Investigators.  Prognostic impact of staged versus "one-time" multivessel percutaneous intervention in acute myocardial infarction: Analysis from the HORIZONS-AMI (Harmonizing Outcomes with Revascularization and Stents in Acute Myocardioa Infarction) trial. J Am Coll Cardiol 2011; 58:704-11. **

174.  Rokos IC, Farkouh ME, Reiffel JA, Dressler O, Mehran R, Stone GW.  Correlation between index electrocardiographic patterns and pre-intervention angiographic findings: insights from the HORIZONS-AMI trial.  Catheterization and Cardiovascular Interventions 2011;  http://onlinelibrary.wiley.com/doi/10.1002/ccd.23262/abstract **

175.  Piccini JP, Fraulo ES, Ansell JE, et al. for the Steering Committee and Investigators. Outcomes registry for better informed treatment of atrial fibrillation: rationale and design of ORBIT-AF. Am Heart J. 2011; 162:606-612. **

176.  Oldgren J, Alings M, Darius H, et al. on behalf of the RE-LY Investigators.  Risks for stroke, bleeding, and death in patients with atrial fibrillation receiving dabigatran or warfarin in relation to the $CHADS_2$ score: a subgroup analysis of the RE-LY trial.  Ann Intern Med 2011; 155:660-667. **

177.  Reiffel JA.  Circulation letter in response to: risk of bleeding with 2 doses of dabigatran compared with warfarin in older and younger patients with atrial fibrillation: an analysis

26

of the RE-LY trial. Circulation 2012; 125:e292.

178. Hohnloser SH, Oldgren J, Yang S, et al. for the Investigators: Myocardial ischemic events in patients withatrial fibrillation treated with dabigatran or warfarin in the RE-LY (randomized Evaluation of Long-Term ANticoagulatin Therapy) trial. Circulation 2012; 125:669-76. **

179. Mehta RH, Yu J, Piccini J, Tcheng JE, Farkouh ME, Reiffel J, Fahy M, Mehran R, Stone GW. Prognostic significance of postprocedural sustained ventricular tachycardia or fibrillation in patients undergoing primary percutaneous coronary intervention (from the HORIZONS-AMI Trial). Am J Cardiol 2012; 109:805-812. **

180. Esquitin R, Razzouk L, Peterson GE, Wright JT Jr, Phillips RA, De Backer TL, Baran DA, Kendrick C, Greene T, Reiffel J, Muntner P, Farkouh ME. Left ventricular hypertrophy by electrocardiography and echocardiography in the African American Study of Kidney Disease Cohort Study. J Am Soc Hypertension 2012; 6: 193-200. **

181. Farkouh ME, Domanski M, Sleeper LA, et al. for the FREEDOM Trial Investigators. Strategies for multivessel revascularization in patients with diabetes. New Engl J Med 2012; www.nejm.org/doi/full/10.1056/NEJMoa1211585. **

182. Healey JS, Eikelboom J, Douketis J. et al. for the RE-LY Investigators. Periprocedural bleeding and thromboembolic events with dabigatran compared with warfarin. Circulation 2012; 126:343-348. **

183. Hickey KT, Reiffel J, Sciacca RR, Whang W, Biviano A, Baumeister M, Castillo C, Talathothi J, Garan H. Correlating perceived arrhythmia symptoms and quality of life in an older population with heart failure: a prospective single center, urban clinic study. J Clin Nursing 2013; 22(3-4): 434-44.*

184. Steinberg BA, Holmes DN, Ezekowitz MD, Fonarow GC, Kowey PR, Mahaffey KW, Naccarelli G, Reiffel J, Chang P, Peterson ED, Piccini JP. Rate versus rhythm control for management of atrial fibrillation in clinical practice: Results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) registry. Am Heart J 2013; 165:622-9. **

185. Farkouh ME, Reiffel J, Dressler O, Nikolsky E, Parise H, Cristea E, Baran DA, Dizon J, Merab JP, Lansky AJ, Mehran R, Stone GW. Relationship between ST-segment recovery and clinical outcomes after primary percutaneous coronary intervention: the HORIZONS-AMI ECG substudy report. Circ Cardiovasc Interv 2013; 6:216-23.    doi: 10.1161/circinterventions.112.000142.   Published online May 7, 2013. **

186. Steinberg BA, Kim S, Piccini JP et al for the ORBIT-AF Investigators and Patients. Use and associated risks of concomitant aspitin therapy with oral anticoagulation in patients with atrial fibrillation. Insights from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) Registry. Circulation 2013; 128:721-728. **

187. Steinberg BA, Holmes DN, Piccini J, et al on behalf of the ORBIT-AF Investigators and patients. Early adoption of dabigatran and its dosing in US patients with atrial fibrillation: results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation. J Am Heart Assoc 2013; 2:3000535 doi:10.1161/JAHA.113.000535. **

USCA5 4223

188. Fosbol EL, Holmes DN, Piccini JP, Thomas L, Reiffel JA et al. Provider Specialty and Atrial Fibrillation Treatment Strategies in United States Community Practice: Findings from the ORBIT-AF Registry. J Am Heart Assoc 2013; 2:e000110.**

189. Marijon E., Le Heuzey JY, Connolly S. et al. for the RE-LY Investigators. Causes of death and influencing factors in pateints with atrial fibrillation: A competing-risk analysis from the Randomized Evaluatin of Long-Term Anticoagulant Therapy Study (RE-LY). Circulation 2013; 128:2192-2201. **

190. Cullen MW, Kim S, Piccini JP et al on behalf of the ORBIT-AF Investigators. Risks and benefits of anticoagulation in atrial fibrillation: insights from the ORBIT-AF Registry. Circ Cardiovasc Qual Outcomes 2013; 6:461-69. **

191. Reiffel JA, Verma A, Halperin JL, Gersh B, Tombul S, Carrithers J, Sherfesee L, Kowey P. Rationale and design of REVEAL AF; a prospective study of previously undiagnosed atrial fibrillation as documented by an insertable cardiac monitor in high-risk patients. Am Heart J 2014; 167:22-27. * **

192. Reilly PA, Lehr T, Haertter S. et al. on behalf of the RE-LY Investigators. The effect of dabigatran plasma concentrations and patient characteristics on the frequency of ischemic stroke and major bleeding in atrial fibrillation patients. J Am Coll Cardiol 2014; 63:321-328. **

193. Verdecchia P, Reboldi G, Di Pasquale G. et al. on behalf of the RE-LY Investigators. Prognostic usefulness of left ventricular hypertrophy by electrocardiography in patients with atrial fibrillation (from the Randomized Evaluation of Long-Term Anticoagulant Therapy study). Am J Cardiol 2014; 113:669-675. **

194. Steinberg BA, Kim S, Fonarow GC, Thomas L, Ansell J, Kowey PR, Mahaffey KW, Gersh BJ, Hylek E, Naccarelli G, Go AS, Reiffel J, Chang P, Peterson ED, Piccini JP. Drivers of hospitalization for patients with atrial fibrillation: Results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF). Am Heart J 2014; 167:735-42. **

195. Steinberg BA, Kim S, Thomas L, et al on behalf of the ORBIT-AF Investigators and patients. Lack of concordance between empirical scores and physician assessments of stroke and bleeding risk in atrial fibrillation: results from the Outsomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) Registry. Circulation 2014; 129:2005-2012. **

196. Steinberg BA, Blanco RG, Ollis D., et al, on behalf of the ORBIT-AF Steering Committee Investigators. Outcomes Registry for better informed treatment of atrial fibrillation II: Rational and design of the ORBIT-AF II Registry. Am Heart J 2014; 168:160-7. **

197. O'Brien EC, Simon DN, Allen LA et al for the ORBIT-AF Investigators. Reasons for warfarin discontinuation in the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF). Am Heart J 2014; 168:487-94. **

198. O'Brien EC, Holmes DJ, Ansell JE, et al on behalf of the ORBIT-AF Investigators. Physician practices regarding contraindications to oral anticoagulation in atrial fibrillation: Findings from the ORBIT-AF Registry. Am Heart J 2014; 167-9.e1. **

199. Steinberg BA, Kim S, Thomas L, et al on behalf of the ORBIT-AF Investigators and patients. Lack of concordance between empirical scores and physician assessments of

USCA5 4224

stroke and bleeding risk in Atrial Fibrillaiton: results from the ORBIT-AF Registry. Circulation 2014; 129:2005-12. **

200. Holmqvist F, Guan N, Zhaoyin Z, et al. on behalf of the ORBIT-AF Investigators. Impact of obstructive sleep apnea and continuous positive airway pressure therapy on outcomes in patients with atrial fibrillation – results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF). Am Heart J 2015; 169:647-54. **

201. Pokorney SD, Simon DN, Thomas L, et al. for the ORBIT-AF Investigators.  Patients' time in therapeutic range on warfarin among US patients with atrial fibrillation: Results from ORBIT-AF registry.  Am Heart J 2015; 170:141-148. **

202. Allen LA, Fonarow GC, Simon DN etl al. for the ORBIT-AF Investigators. Digoxin use and subsequent outcomes among patients in a contemporary atrial fibrillation cohort. J Am Coll Cardiol 2015; 65:2691-8. **

203. Holmqvist F, Kim S, Steinberg BA, Reiffel JA, et al on behalf of the ORBIT-AF Investigators. Heart rate is associated with progression of atrial fibrillation, independent of rhythm.  Heart 2015; 101:894-99. **

204. Holmqvist F, Simon S, Steinberg BA, Hong SJ, Kowey PR, Reiffel JA, et al and the ORBIT–AF Investigators. Catheter ablation of atrial fibrillation in U.S. community practice – Results from Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF). J Am Heart Assoc 2015; 4:e001901 doi: 10.1161/JAHA.115.001901). **

205. Reiffel JA, Camm AJ, Belardinelli L, Zeng D, Karwatowska-Prokopczuk E, Olmsted A, Zareba W, Rosero S, Kowey PR, and the HARMONY Investigators. The HARMONY Trial: combined ranolazine and dronedarone in the management of paroxysmal atrial fibrillation: mechanistic and therapeutic synergism. Circ Arrhythm Electrophysiol 2015; published online July 30.    DOI: 10.1161/CIRCEP.115.002856. *  **

206. Steinberg BA; Kim S; Thomas L; Fonarow GC; Gersh BJ; Holmqvist F; Hylek E; Kowey PR; Mahaffey KW; Naccarelli G; Reiffel JA; Chang P; Peterson ED; Piccini JP; Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) Investigators and Patients. **I**ncreased Heart Rate Is Associated with Higher Mortality in Patients With Atrial Fibrillation (AF): Results From the Outcomes Registry for Better Informed Treatment of AF (ORBIT-AF).Journal of the American Heart Association. 4(9), 2015. **

207. Noheria A, Shrader P, Piccini JP, Fonarow GC, Kowey PR, Mahaffey KM, Naccarelli G, Noseworthy PA, Reiffel JA, Steinberg BA, Thomas LE, Peterson ED, Gersh BJ. Rhythm control versus rate control and clinical outcomes in patients with atrial fibrillation: results from the ORBIT-AF Registry.  J. Am Coll Cardiol Clin Electrophysiol 2016; Jan 20: epub ahead of print. Doi:10.1016.j.jacep.2015.11.001  **

208. Steinberg BA, Peterson ED, Kim S. et al on behalf of the ORBIT-AF Investigators and patients.   Use and outcomes associated with bridging during anticoagulation interruptions in patients with atrial fibrillation: findings from the ORBIT-AF Registry. Circulation 2015; 131"488-94. **

209. Reiffel JA.  If it were only that simple.  Eur Heart J 2016; 37:1603-05. doi:10.1093/eurheartj/ehw014 *

29

USCA5 4225

210. Golwala H, Jackson LR, Simon DN, et al on behalf of the ORBIT-AF Registry investigators. Racial/ethnic differences in atrial fibrillation symptoms, treatment patterns, and outcomes: Insights from Outcomes Registry for Better Informed Treatment for Atrial Fibrillation. Am Heart J 2016; 174:29-36. **

211. Gundlund A, Loldrup E, Kim S, et al. on behalf of the ORBIT-AF Investigators. Ramily history of atrial fibrillation is associated with earlier-onset and more symptomatic atrial fibrillation: Results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) registry. Am Heart J 2016; 175:28-35. **

212. Reiffel JA, Weitz JI, Reilly P, Kaminskas E, Sarich T, Sager P, Seltzer J. NOAC monitoring, reversal agents, and post-approval safety and efficacy evaluation: A Cardiac Safety Research Consortium think tank. Am Heart J 2016; 177:74-86. published online April 22, 2016. Doi:10.1016/ahj.2016.04.010 ** *

213. Noheria A, Shrader P, Piccini JP, Fonarow GC, Kowey PR, Mahaffey KW, Naccarelli G, Noseworthy PA, Reiffel JA, Steinberg BA, Thomas LE, Peterson ED, Gersh BJ, on behalf of the ORBIT-AF Investigators and Patients. Rhythm control versus rate control and clinical outcomes in patients with atrial fibrillation: Results from the ORBIT-AF Registry. J Am Coll Cardiol 2016; 2:221-29. **

214. Piccini JP, DaJuanicia NS, Steinberg BA, et al. Differences in clinical and functional outcomes of atrial fibrillation in women and men: two-year results from the ORBIT-AF registry. JAMA Cardiol 2016; doi:10.1001/jamacardio.2016.0529. (published online May 18, 2016) **

215. Gundlund A, Loldrup E, Kim S, et al on behalf of the ORBIT-AF Investigators. Family history of atrial fibrillation is associated with earlier-onset and more symptomatic atrial fibrillation: Results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) registry. Am Heart J. 2016; 175;28-35. **

216. Reiffel JA. Ibutilide as a torsades de pointes stress test. J Am Coll Cardiol 2016; 67:2806. *

217. Jonathan P. Piccini, MD, MHS[1,2]; DaJuanicia N. Simon, MS[2]; Benjamin A. Steinberg, MD, MHS[1,2]; Laine Thomas, PhD[2]; Larry A. Allen, MD, MHS[3]; Gregg C. Fonarow, MD[4]; Bernard Gersh, MB, ChB, DPhil[5]; Elaine Hylek, MD, MPH[6]; Peter R. Kowey, MD[7]; James A. Reiffel, MD[8]; Gerald V. Naccarelli, MD[9]; Paul S. Chan, MD, MSc[10]; John A. Spertus, MD, MPH[10]; Eric D. Peterson, MD, MPH[1,2] ; for the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT-AF) Investigators and Patients. Differences in clinical and functional outcomes of atrial fibrillation in women and men: two-year results from the ORBIT-AF Registry. JAMA Cardiol 2016; 1:282-291. **

218. Pandey A, Gersh BJ, McGuire DK, et al for the ORBIT-AF Investigators. Association of body mass index with care and outcomes in patients with atrial fibrillation. J Am Coll Cardiol EP 2016; 2:355-63. **

219. Ezekowitz MD, Nagarakanti R, Noack H, et al for the RE-LY Investigators. Comparison of dabigatran and warfarin in patients with atrial fibrillation and valvular heart disease. Circulation 2016; 134:589-98. **

USCA5 4226

**Case Reports.**

1. Reiffel JA, Bigger JT, Jr., and Giardina EGV: "Paradoxical" prolongation of sinus nodal recovery time after atropine in the sick sinus syndrome. Am J Cardiol 1975, 36:98-104.

2. Reiffel JA, Antman E, Casella A, and Drusin RE: Simultaneous intermittent intraatrial and intraventricular conduction defects mimicking trifasicular conduction delay. J Electrocardiology 1977; 10:59-62.*

3. Reiffel JA, Greem WM, King DL, and Manni C: Augmentation of auscultatory and echocardiographic mitral valve prolapse by atrial premature depolarizations. Am Heart J 1977; 93:533-535. *

4. Davis JC, Reiffel JA, Behrens M, Rowland L, Mascitelli R, and Seplowitz A: Optic neuritis and heart block in Kearns Sayre Syndrome. NYS J of Med 1981; 81:1364-1368. *

5. Reiffel, JA. GIANT flutter waves in ECG lead V1: a marker of pulmonary hypertension. JAFib 2008; 1:187-189. www.jafib.com

6. Reiffel, JA. The anticoagulated atrial fibrillation patient who requires "curative" therapy for prostate carcinoma: a bleeding conundrum. JAFib 2008; 1:248-9. www.jafib.com

7. Reiffel, JA. The power of one: a highly detailed, log-based, case example that clearly demonstrates the effective use of ranolazine for the control of progressive atrial fibrillation. JAFIB 2010; 2:810-813. www.jafib.com

8. Iyer V, Nazif TM, Vazquez J, Reiffel JA. A most unusual pacemaker. PACE 2011, 34. Mar 31. doi: 10.1111/j.1540-8159.2011.03087.x.{Epub ahead of print} *

9. Reiffel, JA. Antiarrhythmic drug combination for atrial fibrillation (Case 163). In: Cardiac Electrophysiology: Clinical Case Review, edited by A. Natale, A. Al-Ahmad, P.J. Wang, and J. DiMarco. Springer, London Dordrecht Heidelberg New York, p 607-610, 2011.

10. Reiffel, JA. Post CABG atrial fibrillation (Case 162). In: Cardiac Electrophysiology: Clinical Case Review, edited by A. Natale, A. Al-Ahmad, P.J. Wang, and J. DiMarco. Springer, London Dordrecht Heidelberg New York, p 603-605, 2011.

11. Reiffel, JA. Does a Brugada pattern ECG precipitated by escessive-dose flecainide provide a diagnosis of a Brugada syndrome patient and/or contraindicate its use? A case study. Circ Arrhythm Electrophysiol 2011; 4: e47-e51.

12. Biviano A, Goa C, Reiffel JA. The use of ranolazine in the management of recurrent atrial fibrillation after percutaneous radiofrequency ablation: a case report and review of the literature. JAFIB 2012; 5 (2): 1-4 *

13. Reiffel JA. A case of cardiac arrhythmias and pharmacotherapies; therapeutic decisions do not end when treatment begins. J Cardiol & Clini Research 2016; 4:1061-1064.*

14. Reiffel JA. Demonstration of ventricular parasystole on a standard 12-lead electrocardiogram. Ann Lab and Clin Research 2016; 4:101-102. *

15. Reiffel JA. ECG Challenge: can you make the correct morphology, pathology, and rhythm diagnoses? Part 1. Circulation 2016; 134:499. *

31

USCA5 4227

(http://dx.doi.org/10.1161/CIRCULATIONAHA.116.023662)

16. Reiffel JA.  ECG Challenge: can you make the correct morphology, pathology, and rhythm diagnoses?  Part 2. Circulation 2016; 134:567-569. *
(http://dx.doi.org/10.1161/CIRCULATIONAHA.116.024356)


**Reviews, Editorials, and Chapters.**

(* = Senior Author)

1. Reiffel JA:  Group study for subspecialty certification.  Res Staff Phys. 51-54, 1976.*

2. Bigger JT, Jr. and Reiffel JA:  Sick sinus syndrome.  Ann Rev Med 30:91-118, 1979.

3. Reiffel JA.  Principles behind and applications of electrophysiological testing of sinus node function.  Cardiovasc Med 4:97-111, 1979.

4. Reiffel JA, Mark LC, Kutscher AH, and DeBellis RH.  Psychosocial aspects of the life threatened cardiovascular patient, the family and the staff. Columbia University Press, New York, NY Year 1980 (Foundation of Thanatology Ser.).*

5. Bigger JT, Jr., Livelli FI, Jr., Gang ES, Reiffel JA:  Use of clinical electrophysiologic studies in antiarrhythmic drug development:  In: Recent Development in Cardiovascular Drugs, edited by J. Coltart and D, Jewitt.  Churchill Livingstone, p 78-93, 1982.

6. Reiffel JA:  Drugs to avoid in patients with sinus node dysfunction.  Drug Therapy 12:99-106, 1982.*

7. Reiffel JA, Bigger JT, Jr., Gliklich JI, Spotnitz HM, Livelli FD, Jr., Ferrick K:  Electrophysiological mapping as a guide to arrhythmia surgery.  Proceedings of the VIIth World Congress of Cardiac Pacing.  In:  Cardiac Pacing; K Steinbach Ed., Steinkopff Verlag Darmstadt, Germany, 867-877,1983.

8. Reiffel JA, Bigger JT, Jr.: Current status of direct recordings of the sinus node electrocardiogram in man.  PACE 6:1143-1150, 1983.*

9. Bigger JT, Jr., Weld FM, Reiffel JA, Rolnitzky LM:  Prognosis after recovery from acute myocardial infarction.  Ann Rev Med 35:127-147, 1983.

10. Reiffel JA, Ferrick K, Bigger JT,Jr.:  Disorders of sinus node function:  Diagnostic and therapeutic pacing.  Intelligence Reports in Cardiac Pacing and Electrophysiology, 1(3):106, 1983.

11. Reiffel JA:Sinus Node Electrography:  One Perspective.  International Journal of Cardiology 3:363-368, 1983.*

12. Reiffel JA: Electrophysiological bases of dysfunction and electrophysiological evaluation. In: Progress in Clinical Pacing.  M. Santini, M. Pistolese, A. Alliegro Eds.  International Symposium on Progress in Clinical Pacing.  Rome, p. 21-30, 1984.*

13. Podrid PJ, Reiffel JA, Roden D, et al:  Maximizing safety in antiarrhythmic use.  (JM Kent, ed).  Patient Care 18:14-53, November 30, 1984.*

32

USCA5 4228

14. Bigger JT, Jr., Coromilas J, Weld FM, Reiffel JA, Rolnitzky LN: Identification of high risk patients after myocardial infarction: Pointers for management. In: Sudden Cardiac Death. Morganroth J and Horowitz LN eds.; Grune & Stratton, Orlando, 109-146, 1985.

15. Bigger JT,Jr., Reiffel JA, Leahey EB,Jr.: Therapy of cardiac arrhythmias and conduction abnormalities in coronary heart disease In: Diagnosis and Therapy of Coronary Heart Disease: Cohn PF ed. Martinus Nijhoff, Boston, 423-456,1985.

16. Reiffel JA, Ferrick K, Zimmerman J, Bigger JT,Jr.: Electrophysiologic studies of the sinus node and atria. In: Cardiac arrhythmias: electrophysiological tests and management, L. Dreifus, ed. Cardiovascular Clinics 16(1):37-59, F.A. Davis, Philadelphia, 1985.

17. Corwin S, Reiffel JA: Nitrate Therapy for Angina Pectoris: Current Concepts About Mechanism of Action and Evaluation of Currently Available Preparations. Arch Intern Med 145:538-543, 1985.*

18. Reiffel JA, Coromilas J, Zimmerman JM, Spotnitz HM: Drug-device interactions: clinical considerations. PACE 8:369-373, 1985.*

19. Reiffel JA: Evaluation and treatment of sinus node dysfunction. Pract Cardiol (Arrhythmic Clinic Supplement) 2:14-18, 1985.*

20. Podrid PJ, Reiffel JA, Roden D, et al: Treating ventricular arrhythmias. (JM Kent,ed). Patient Care 19:29-59, April 15, 1985.*

21. Podrid PJ, Reiffel JA, Roden D, et al: Managing supraventricular arrhythmias. (JM Kent, ed). Patient Care 19:100-121, February 15, 1985.*

22. Bigger JT, JR., Reiffel JA, Livelli FD,Jr., Wang PJ: Sensitivity, specificity and reproducibility of programmed ventricular stimulation. Circulation 73:II-73-II-78,1986.

23. Reiffel JA: Unstable angina: a clinical approach. Intern Med 7:16-17, 1986. (book review).*

24. Bigger JT, Jr., Reiffel JA, Coromilas J: Ambulatory electrocardiography. In: Non-pharmacologic management of cardiac arrhythmias, E. Platia, ed., J.B. Lippincott Co., pub, 36-61,1986.

25. Reiffel JA, Bigger JT, Jr., Spotnitz HM, Johnson LJ: Therapeutic strategies in patients with atrioventricular bypass tracts. Consultant 26:43-61;1 986.

26. Reiffel JA: Electrophysiologic evaluation of sinus node function. In: Electrophysiologic evaluation of arrhythmias, L.N. Horowitz, Ed. Cardiology Clinics 4:401-416. Philadelphia, W.B. Saunders Co., 1986.*

27. Reiffel JA: Electrophysiological testing for recurrent syncope Cardiology Board Review 3:65-71, 1986.*

28. Reiffel JA, Spotnitz, HM: Pacemakers, pacemaker mediated tachycardias, and antitachycardia pacemakers. In: Manuel of Cardiac Arrhythmias. S. Vlay, Ed. Little Brown, Boston 358-382, 1987.*

29. Reiffel JA, Spotnitz HM: Pacemakers, pacemaker mediated tachycardias, and antitachycardia pacemakers. In: Manuel of Cardiac Arrhythmias, Second Edition. S. Vlay, Ed. Little Brown, Boston 374-397, 1995.*

33

30. Reiffel JA:  Clinical evaluation of the prospective pacemaker patient.  In: Electrical therapy for cardiac arrhythmias. S. Saksena, N. Goldschlager, eds.  Philadelphia, W.B. Saunders, 139-153, 1990.*

31. Reiffel JA: Clinical electrophysiology of the sinus node.  In: Electrophysiology of the sinoatrial and atrioventricular nodes:  integrative physiologic, morphologic, autonomic, and pharmacologic aspects.  Mazgalev T, Dreifus L.S., Michelson E.L. eds. Alan R. Liss Inv, NY, 239-257, 1988.*

32. Maglione A, Miller JM, Reiffel JA:  Is it sick sinus syndrome?  Patient Care 22:39-57, 1988.*

33. Reiffel JA:  Sinus node dysfunction: sinus bradyarrhythmias and the brady-tachy syndrome.  In:  Current management of arrhythmias.  L.N. Horowitz, Ed. B.C. Decker, Philadelphia 225-232, 1991.*

34. Reiffel JA: What steps should physicians take when treating the patient with wide-complex tachycardia?  In:  Protocols: strategies from experts in arrhythmias. Vol 1, Number 2. December 1990/January 1991. M.E. Cain et al., Ed. Cadeuceus Medical Publishers, Patterson, NY, p.12-14, 1991.*

35. Reiffel JA: Tachycardias.  In:  Conn's Current Therapy, 1993.  R. Rakel, Ed. W. B. Saunders Co., Philadelphia, p. 254-261.*

36. Reiffel JA:  TOPICS IN ACUT E CARE:  Sick Sinus Syndrome.  Hospital Medicine 28:51-72, 1992.*

37. Scheinmann MM:  Nonpharmacologic management of patients with cardiac arrhythmias: the role of catheter ablative procedures.  In: Emerging technologies in antiarrhythmic therapy. JA Reiffel, Ed. Creative Medical Communications, Inc. New York 1-27, 1992.

38. Reiffel JA:  Interventional electrophysiology.  J Cardiovasc Technology 10:211-214,192.*

39. Luceri RM:  Implantable devices for the management of tachyarrhythmias.  In: Emerging technologies in antiarrhythmic therapy.  JA Reiffel, Ed. Creative Medical Communications, Inc. New York 1-27, 1992.

40. Graboys TB, Buxton AE, Reiffel JA, Waldo AL:  Challenges in arrhythmia management: the changing role of class IA antiarrhythmics.  Hosp Formulary 27:10-25, 1992.

41. Reiffel JA, Estes NAM, Waldo AL, Prystowsky EN, DiBianco RD:  A consensus report on antiarrhythmic drug use.  Clin Cardiol 17:103-116, 1994.*

42. Reiffel JA:  Current role of electrophysiologic testing and antiarrhythmic therapy.  In:  Antiarrhythmic Management: therapeutic considerations.  P. Podrid, ed.  Health Care Communications, Inc. Ft. Lee, NJ 17-22, 1992*

43. Pavri B, Reiffel JA:  Postoperative management of the AICD patient.  In: Research frontiers in implantable defibrillator surgery.  HM Spotnitz Ed., R.G. Landes Co., Austin 35-46, 1993.*

44. Reiffel JA:  Diagnosis and management of life-threatening ventricular arrhythmias. P&T 18:156-161, 1993.*

45. Reiffel JA:  Clinical electrophysiology of the sinus node in man. Prog Clin Biol Res 275:239-

34

257, 1988.*

46. Reiffel JA: Normal sinus rhythm and its variants (sinus arrhythmia, sinus tachycardia, sinus bradycardia), sinus node reentry, and sinus node dysfunction (sick sinus syndrome): mechanism, recognition, and management. In: Cardiac Arrhythmias: mechanism, diagnosis, and management. P. Podrid and P. Kowey,eds. Williams& Wilkins, Baltimore. 752-767, 1994.*

47. Reiffel JA: Clinical diagnosis of ventricular arrhythmias. In: New Directions in the treatment of ventricular arrhythmias: compendium New York. Professional Postgraduate Services, 3-5, 1993.*

48. Reiffel JA: Commentary (on the cardiac arrhythmia suppression trial: clinical implications) Rhythm 1:3-12, 1993.*

49. Reiffel JA: Routine invasive electrophysiologic testing for managing ventricular arrhythmias. Primary Cardiol 20:33-36, 1994.*

50. Reiffel JA, Murray KT, Prystowsky EN: Propafenone. In: Cardiovascular Drug Therapy,2nd Edition. F. Messerli, ed. W.B. Saunders and Co., 1349-1362, 1996.*

51. Steinberg JS, Freedman RA, Bigger JT,Jr., and the ESVEM Investigators: Antiarrhythmic drug therapy and the signal averaged electrocardiogram. In: High Resolution Electrocardiography. N. El-Sherif and G. Turitto, eds. Mt Kisco, NY, Futura Publishing Co., Inc., p. 569-590, 1992.**

52. Coromilas JC: The pharmacology of sustained arrhythmias. In: Emerging technologies in antiarrhythmic therapy. JA Reiffel Ed. Creative Medical Communications, Inc., New York, 1-45, 1994.

53. Reiffel JA, Correia J: Structural heart disease: its importance in association with antiarrhythmic drug therapy. Clin Cardiol 17:II-3 – II-6,1994.*

54. Reiffel JA: Data driven decisions: the importance of clinical trials in arrhythmia management. J Cardiovas Pharmacol & Therapeut 1:79-88, 1996.*

55. Frazier DW, Packer DL: Assessing the efficacy of antiarrhythmic therapy. In: Emerging technologies in antiarrhythmic therapy. JA Reiffel, Ed. Creative Medical Commmunications, Inc. NewYork 1-49, 1994.

56. Lipka LJ, Dizon J, Reiffel JA: Desired mechanisms of drugs for ventricular arrhythmias: class III antiarrhythmic agents. Am Heart J 130:632-640, 1995.*

57. Reiffel JA: Atrial fibrillation. Cardiol Special Edition 1(1):53-56, 1995.*

58. Reiffel JA, Coromilas J, Bigger JT,Jr., Giardina EGV: Management of patients with cardiac arrhythmias. In: Medical management of heart disease. Burton E. Sobel, Michael Cain, Eds. Marcel Decker, Inc. NewYork p. 286-299,1996.*

59. Reiffel JA, Moore EN, Kowey P, Haffajee C, Packer D: Atrial fibrillation update 1996: Case 1: Cardiovasc Rev and Reports 17(6):27-48, 1996.***

60. Reiffel JA: Normal sinus rhythm and its variants (sinus arrhythmia, sinus tachycardia, sinus bradycardia), sinus node reentry, and sinus node dysfunction. In: Handbook of cardiac

35

USCA5 4231

arrhythmias. Philip J. Podrid and Peter R. Kowey, eds. Williams and Wilkins, Baltimore, 219-237, 1996.*

61. Reiter MJ, Mann DE, Reiffel JA: The ESVEM Trial: and overview of its implications for clinical practice. In: Ventricular tachycardia and ventricular fibrillation – from channel proteins to clinical solutions. Mandel WJ and Chen PS, eds. 1987.**

62. Reiffel JA: Implications of the Electrophysiologic Study Versus Electrocardiographic Monitoring trial for controlling ventricular tachycardia and fibrillation. Am J Cardiol 78:34-40, 1996.***

63. Reiffel JA, Haffajee CI, Moore EN, Kowey P, Packer D: Atrial fibrillation update 1996: case II. CVR&R 17:36-60, 1996.***

64. Reiffel JA, Packer D, Moore EN, Kowey P, Haffajee CI: Atrial fibrillation update 1996: case III. CVR&R 17:31-44, 1996.***

65. Reiffel JA, Kowey P, Haffejee CI, Packer D, Moore EN: Atrial fibrillation update 1996: case IV. CVR&R 17:34-46, 1996.***

66. Reiffel JA: Atrial fibrillation. Cardiol Special Edition 2:33-36, 1996.*

67. Kowey P, Reiffel JA: Section on: Pharmacokinetics, antiarrhythmic drugs, proarrhythmia. Electrophysiology Self Assessment Program (EPSAP). American College of Cardiology. Bethesda, MD, 1996.

68. Reiffel JA: Role of invasive electrophysiological testing in the evaluation and management of bradyarrhythmias/sinus node dysfunction. Clin EP Rev 4:414-416, 1997.*

69. Reiffel JA, Anderson JL, Estes NAM III, Podrid P, Waldo AL: Nonsustained ventricular tachycardia: a clinical guide to evaluation and management. ED. JA Reiffel Dugan Farley Communications, for: Roberts Pharmaceutical Corp. Upper Saddle River, NJ, 1996.*

70. Reiffel JA: Atrial Fibrillation. Cardiology Special Edition: First Annual Pacing and Electrophysiology Issue. 1:7-11,1997.*

71. Reiffel JA: The Sicilian Gambit: Does it Help the Clinician? ACC Current Journal Review Sept/Oct: 32-34, 1997.*

72. Blitzer M, Costeas C, Kassotis J, Reiffel JA: Rhythm management in atrial fibrillation with a primary emphasis on pharmacologic therapy – part 1. PACE 21:590-602, 1998.*

73. Costeas C, Kassotis J, Blitzer M, Reiffel JA: Rhythm management in atrial fibrillation with a primary emphasis on pharmacologic therapy – part 2. PACE 21:1133-1145, 1998.*

74. Kassotis J, Costeas C, Blitzer M, Reiffel JA: Rhythm management in atrial fibrillation with a primary emphasis on pharmacologic therapy – part 3. PACE 21:1133-1145, 1998.*

75. Reiffel JA: CASCADE: Critique. In: Arrhythmia treatment and therapy: evaluation of clinical trial evidence. RL Woosley, SN Singh, Eds. Marcel Decker, New York, 2000, 53-58.*

76. Reiffel JA: The impact of structural heart disease on the selection of class III antiarrhythmics for atrial fibrillation and flutter. Am Heart J 135:551-556, 1998.*

USCA5 4232

77. Reiffel JA, Friedman PL, Haffajee CI, Kowey PR, Packer DL: Practical approaches to treating atrial fibrillation: a roundtable discussion with the experts. Cardiology Review 15 (May 1998 Suppl):3-16, 1998.*

78. Reiffel JA, Reiter MJ, Blitzer M: Antiarrhythmic drugs and devices for the management of ventricular tachyarrhythmia in ischemic heart disease. Am J Cardiol 82:31I-40I, 1998.*

79. Reiter MJ, Reiffel JA: Importance of beta blockade in the therapy of serious ventricular arrhythmias. Am J Cardiol 82:9I-19I, 1998.*

80. Reiffel JA: Role of invasive EP testing in the evaluation and management of bradyarrhythmias/sinus node dysfunction. Cardiac Electrophysiology Review 4:414-416, 1997.*

81. Reiffel JA: Selecting an antiarrhythmic agent for atrial fibrillation should be a patient-specific, data-driven decision. Am J Cardiol 82:72N-81N, 1998.*

82. Reiffel JA: Atrial Fibrillation. Cardiology Special Edition, 4(2):43-47, 1998.*

83. Reiffel JA: Intravenous amiodarone in the management of atrial fibrillation. J Cardiovasc Pharmacol Therapeut, 4:199-204, 1999.*

84. Reiffel JA: In-patient versus out-patient antiarrhythmic drug initiation: safety and cost effectiveness issues. Current Opinions in Cardiology, 15:7-11, 2000.*

85. Reiffel JA: Considerations in selection of therapy for atrial fibrillation. Arrhythmia Clinic, Cardiology Review, 1-12, August 1, 1999.*

86. Reiffel JA: Individualizing therapy of atrial fibrillation. In: Atrial fibrillation treatment guidelines for the primary care clinician. Ed: Grauer K. Applied Clinical Communications. Parsippany, NJ, 37-49, 1999.*

87. Kowey P, Reiffel JA: Section on: Pharmacokinetics, antiarrhythmic drugs, proarrhythmia. Electrophysiology Self Assessment Program (EPSAP II). American College of Cardiology. Bethesda, MD, 2000..

88. Reiffel JA: The ARCH trial: Commentary, Cardiology Review, 17:45,2000.*

89. Reiffel JA: The importance of considering trial design when interpreting clinical trial results. J Cardiovasc Pharmacol Therapeut 5:17-25,2 000.*

90. Reiffel JA, Camm AJ, Haffajee CI, Kowey PR, Luideritz, B, Naccarelli GV, Packer DL. International consensus roundtable on atrial fibrillation. Cardiology Review, 17: Supplement 1-2, 2000.***

91. Reiffel JA: Atrial fibrillation: current therapeutic approaches. Cardiology Special Edition 6:73-78, 2000.*

92. Reiffel JA: Formulation substitution and other pharmacokinetic variability: under-appreciated variables affecting antiarrhythmic efficacy and safety in clinical practice. Am J Cardiol 85:46D-52D, 2000.*

93. Reiffel JA: Drug choices in the treatment of atrial fibrillation. Am J Cardiol 85:12D-19D,

USCA5 4233

2000.*

94.  Reiffel JA, Hirschfeld JW,Jr.: Outpatient initiation of antiarrhythmic therapy for atrial fibrillation is appropriate.  ACCEL 32☺8) side3, 2000.*

95.  Reiffel JA: Atrial fibrillation, age and treatment choices.  Cardiol Review 17:25-32, 2000.*

96.  Hallstrom P, Anderson JL, Cobb L, Friedman PL, Herre JM, Klein RC, McNulty J, Steinberg JS, for the AVID Investigators.  Advantages and disadvantages of trial designs: A review of analysis methods for ICD studies.  PACE 23:1029-1038, 2000.*

97.  Reiffel JA:  Issues in the use of generic antiarrhythmic drugs.  Current Opinion in Cardiol 16:23-29, 2001.*

98.  Reiffel JA: Atrial fibrillation: Current therapeutic approaches.  Cardiol Special Edition 7:53-57, 2001.

99.  Curtis AB and Reiffel JA:  Cardiac arrhythmias and electrophysiology.  American College of Cardiology Self Assessment Program (ACCSAP). Am Coll Cardiol, Bethesda,MD, 2001.

100.  Reiffel JA:  Hypertension with arrhythmia.  Abbott Cardiovascular 3:211-216, 2002.

101.  Reiffel JA and Appel G:  Importance of QT interval determination and renal function assessment during antiarrhythmic drug therapy.  J Cardiovasc Pharmacol Therapeut 6(2):111-119, 2001.*

102.  Reiffel JA:  Antiarrhythmias in the elderly – with an emphasis on atrial fibrillation.  In: Cardiovascular Disease in the Elderly: Fact and Controversies.  Humana Press Inc, Totowa, NJ, p.207-217, 2003.

103.  Wyse DG, Talajic M, Hafley GE, Buxton AE, Mitchell LB, Kus TK, Packer DL, Kou WH, Lemery R, Santucci P, Grimes D, Hickey K, Stevens C, Singh SN, for the MUSTT Investigators.  Antiarrhythmic drug therapy in the Multicenter Unsustained Tachycardia Trial (MUSTT):  Drug testing and as-treated analysis.  Electrophysiology 38:344-351, 2001.**

104.  Reiffel JA:  Cardiac Arrhythmia Mechanisms, Diagnosis, and Management.  Sinus node function and dysfunction.  Lippincott Williams & Wilkins 653-670, 2001.*

105.  Reiffel JA:  Is it rational, reasonable or excessive, and consistently applied?  One view of the increasing FDA emphasis on safety first for the release and use of antiarrhythmic drugs for supraventricular arrhythmias.  J Cardiovasc Pharmacol Therapeut 6:333-339, 2001.

106.  Reiffel JA: Hypertension with atrial arrhythmia.  Cardiovascular clinical case specific treatment strategies.  Abbott Laboratories 3:211-216, 2002.

107.  Magnano AR, Holleran S, Ramakrishnan R, Reiffel JA, Bloomfield DM.  Autonomic nervous system influences on QT interval in normal subjects.  J Am Coll Cardiol 39:1820-1826; 2002. *

108. Reiffel JA, Dizon J.  Cardiology patient page.  The implantable cardioverter-defibrillator:

38

patient perspective. Circulation 105:1022-1024; 2002. *

109. Reiffel JA, Curtis AB, Section: Antiarrhythmic Drugs. Chapter 7 – Cardiac arrhythmias and electrophysiology. Am Coll Cardiol Found 27-32; Figures 23-32, 2002.

110. Page RL, Reiffel JA, Tavel ME.  Asymptomatic atrial fibrillation: problems of management. Chest. 119:628-631, 2001.

111. Reiffel JA: Arrhythmias in the elderly with an emphasis on atrial fibrillation.  Aging.  Heart Disease, & its Management: Facts and Controversies Humana Press, Totowa, NJ, 2003.

112. Raitt MH, Klein KC, Wyse DG, Wilkoff BL, Beckman K, Epstein AE, Coromilas J, Friedman PL, Martins J, Ledingham RB, Greene HL, and the AVID Investigators.  Comparison of arrhythmia recurrence in patients presenting with ventricular fibrillation versus ventricular tachycardia in the antiarrhythmics versus implantable defibrillators (AVID Trial).  Am J Cardiol 91:812-816,2003.

113. Reiffel JA.  The major issues in selecting an antiarrhythmic drug in patients with heart failure.  J of Heart Failure 7:35; 2002.**

114. Reiffel JA.  New developments in atrial fibrillation.  Cardiol Special Edition 9:33-37; 2003.

115. Reiffel JA. Formulation substitution: a frequently overlooked variable in cardiovascular drug management.  Prog in Cardiovasc Diseases. 47:3-10, 2004.

116. Ezikowitz MD, McCullough PA, Reiffel JA, Waldo AL, Salgo PL.  Atrial Fibrillation. Preventing thromboembolism and ischemic stroke.  Crossfire 4(10): 1-8, 2003.

117. Reiffel JA.  Will direct thrombin inhibitors replace warfarin for preventing embolic events in atrial fibrillation?  Curr Opin Cardiol.  2004; 19:58-63.

117. Reiffel JA. The RAFT Trial: Efficacy and safety of sustained-release Propafenone (Propafenone SR) for patients with atrial fibrillation. EP Lab Digest 2004; 1,6-8.

118. Reiffel JA. Have sanctioned algorithms replaced empiric judgment in the selection processs of antiarrhythmic drugs for the therapy for atrial fibrillation?  Current Cardiol Reports 2004; 6:365-370.

119. Pratt CM, Epstein AE, Kowey PR, Naccarelli GV, Pritchett ELC, Reiffel JA.  Management of atrial fibrillation: From clinical trials to clinical practice.  Cardiol Review 2004; 1-8.**

120. Reiffel JA.  Maintenance of normal sinus rhythm with antiarrhythmic drugs. Atrial Fibrillation 2004; 5:195-217.

121. Reiffel JA.  The potential for changing prescribing patterns from warfarin to oral direct thrombin inhibitors: clinical scenarios. Reviews in Cardiovasc Med 2004; 5:S12-S21.

122. Reiffel JA.  Clinical pearls in cardiovascular drug therapy:  Class effects and individual drug feature: introductory comments. Prog Cardiovasc Dis. 47:1-2; 2004.

123. Reiffel JA.  Formulation substitution: A frequently overlooked variable in cardiovascular drug management. Prog Cardiovasc Dis. 47:3-10; 2004.

USCA5 4235

**124.** Reiffel JA.  Nondrug therapies in atrial fibrillation: evolving strategies in rhythm and rate control, Part 1. Cardiol Review 2005; 1-12.

**125.** Reiffel JA, Curtis AB.  Antiarrhythmic Drugs.  ACCSAP Version 6, Book 4, 2005; 15-53. American College of Cardiology. *

**126.** Reiffel JA. Nondrug therapies in atrial fibrillation: evolving strategies in ablation, Part 2. Cardiol Review 2005; 1-12.

**127.** Reiffel JA.  Drug and drug-device therapy in heart failure patients in the post-COMET and SCD-HeFT era.  J Cardiovasc Therapeut 2005; 10:545-558.

128.  Reiffel JA.  Practical algorithms for pharmacologic management of the post myocardial infarction patient.  Clin Cardiol 2005; 28 (suppl 1): I-28 – I-37.

129.  Reiffel JA.  Heart Disease: When your ticker isn't up to par.  In: Golf After 50: Playing Without Pain.  T. W. Hensle, Ed. Rodale, Inc.Publishers. Pg 175-188. 2006.

130.  Reiffel JA, McDonald A. Antiarrhythmic effects of Omega-3 fatty acids. Am J Cardiol 2006; 98 (suppl):50i-60i. *

131.  Reiffel, JA.  Confronting the challenges of atrial fibrillation.  U.S. Cardiovascular Disease 2006; II: 103-107.

132.  Reiffel, JA.  Ajunctive therapy for recurrent ventricular tachycardia in patients with implantable cardioverter defibrillators.  Current Cardiology Reports 2007; 9:381-386.

133.  Morrow JP. Cannon CP. Reiffel JA. New antiarrhythmic drugs for establishing sinus rhythm in atrial fibrillation: what are our therapies likely to be by 2010 and beyond? Am Heart J 2007; 154:824-9. *

134.  Reiffel JA. Rate versus rhythm control pharmacotherapy for atrial fibrillation: where are we in 2008; JAFIB 2008; 1:31-47. www.jafib.com

135.  Jackson K, Gersh BJ, Stockbridge N, Fleming TR, Tempple R, Califf RM, Connolly SJ, Wallentin L, Granger CB, Participants in the Duke Clinical Research Institute/American Heart Journal Expert Meeting on Antithrombotic Drug Developement for Atrial Fibrillation. Antithrombotic drug development for atrial fibrillation: Preceedings, Washington, DC, July 25-27, 2005.  Am Heart J 2008; 155:829-40. **

136.  Kadish AH, Reiffel JA, Naccarelli GV, DiMarco JP.  Device therapies in the post-myocardial infarction patient with left ventricular dysfunction.  Am. J. Cardiol 2008; 102(suppl):29G-37G. **

137.  Morrow JP, Reiffel JA. Drug therapy for atrial fibrillation: what will its role be in the era of increasing use of catheter ablation?  PACE 2009; 32:108-118. *

138.  Recker RR, Lewiecki M, Miller PD, Reiffel J.  Safety of bisphosphonates in the treatment of osteoporosis.  Am. J. Med 2009; 122:S22-S32. **

139.  Reiffel JA. ACCSAP version 7. Chapter 16: Arrhythmias and Devices, Section 16.7: Antiarrhythmic Drugs. 2009.

40

140. Reiffel, JA. Equivalence of generic and brand-name drugs for cardiovascular disease: a response. JAMA 2009; 301:1654.

141. Reiffel, JA. Cardioversion for atrial fibrillation: treatment options and advances. PACE 2009; 32:1073-84.

142. Reiffel, JA. Dronedarone for atrial fibrillation: unbridled enthusiasm or just another small step forward? JAFIB 2009; 1 (8):500-504. www.jafib.com

143. Gotto A, LaRosa J, Reiffel J. Statins: do they have beneficial effects over and above their actions on lipids? The Medical Roundtable: Cardiovascular Edition. Spring 2010;1(2):73-78. www.TheMedicalRoundtable.com

144. Saluga D, Hickey K, Reiffel JA. Pharmacologic management of atrial fibrillation and flutter. In: Management of Cardiac Arrhythmias, edited by G-X Yan and PR Kowey. Humana Press, p 166-193, 2010.

145. Reiffel JA. Atrial Fibrillation: what have recent trials taught us regarding pharmacologic management of rate and rhythm control. PACE 2011; 34:247-259 (.doi: 10.1111/j.1540-8159.2010.02967.x)

146. Morrow JP, Reiffel JA. Chronic maintenance of sinus rhythm in patients with atrial fibrillation using antiarrhythmic drugs: update 2010. In: Advances in antiarrhythmic drug therapy. Cardiac Electrophysiology Clinics, edited by Kowey PR and Naccarelli GV. WB Saunders and co. Philadelphia PA. p 409-418, 2010. *

147. Reiffel JA, Naccarelli GV, Kowey PR. Managing atrial fibrillation (new antiarrhythmics and new anticoagulants): do they represent improvements over previously available therapy? The Medical Roundtable: Cardiovascular Edition. 2012; 2: 57-64. www.themedicalroundtable.com*

148. Rosner GF, Reiffel JA, Hickey, K. The concept of "burden" in atrial fibrillation. JAFIB 2012; 2:1-4. *

149. Iyer V, Singh HS, Reiffel JA. Dabigatran: comparison to warfarin, pathway to approval, and practical guidelines for use. J Cardiovasc Pharmacol Ther 2012; 17:237-247 * (initially published online March 2 as doi:10.1177/1074248412436608)

150. Naccarelli GV, Ellenbogen KA, Reiffel JA, Wazni OM. Improving quality of life in patients with atrial fibrillation through safer, more individualized treatment approaches. Dialogues in Clinical Practice. Med-IQ, New York, 2012. pg 1-11. And at: www.Med-IQ.com/a666 * **

151. Reiffel JA. Comparative effectiveness of warfarin and new anticoagulants: A critical response letter. Ann Intern Med 2013; 158:637.*

152. Reiffel JA. Dronedarone: where does it fit in the AF therapeutic armamentarium? JAFIB 2013; 5:157-163. *

153. Iyer V, Wang DY, Reiffel JA. Cross-trial comparisons: a source of confusion, use, or both in the management of patients with atrial fibrillation. Am Heart J 2013; 165:882-92.*

154. Paulus Kirchhof; Gunter Breithardt; Etienne Aliot; Sana Al Khatib; Stavros Apostolakis; Angelo Auricchio; Christophe Bailleul; Jeroen Bax; Gerlinde Benninger; Carina Blomstrom-Lundqvist; Lucas Boersma; Giuseppe Boriani; Axel Brandes; Helen Brown; Martina

USCA5 4237

Brueckmann; Hugh Calkins; Barbara Casadei;Andreas Clemens; Harry Crijns; Roland Derwand; Dobromir Dobrev; Michael Ezekowitz; Thomas Fetsch; Andrea Gerth; Anne Gillis; Michele Gulizia; Guido Hack; Laurent Haegeli; Stephane Hatem; Karl Georg Hausler; Hein Heidbuchel; Jessica Hernandez-Brichis; Pierre Jais; Lukas Kappenberger; Joseph Kautzner; Steven Kim; Karl-Heinz Kuck; Deirdre Lane; Angelika Leute; Thorsten Lewalter; Ralf Meyer; Lluis Mont; Gregory Moses; Markus Mueller; Felix Munzel; Michael Nabauer; Jens Cosedis Nielsen; Michael Oeff; Ali Oto; Burkert Pieske; Ron Pisters; Tatjana Potpara; Lars Rasmussen; Ursula Ravens; James Reiffel; Isabelle Richard-Lordereau; Herbert Schafer; Ulrich Schotten; Wim Stegink; K enneth Stein; Gerhard Steinbeck; Lukasz Szumowski; Luigi Tavazzi; Sakis Themistoclakis; Karen Thomitzek; Isabelle C. Van Gelder; Berndt von Stritzky; Alphons Vincent; David Werring; Stephan Willems; Gregory Y. H. Lip; A. John Camm.  Personalized management of atrial fibrillation: Proceedings from the fourth Atrial Fibrillation competence NETwork/European Heart Rhythm Association consensus conference
Europace 2013; doi: 10.1093/europace/eut232 **

155.  Reiffel JA.  The new novel oral anticoagulants (NOACs) in patients with atrial fibrillation: dogma, dilemmas, and decisions on pricing. JAFIB 2014; 6:6-9. *

156.  Vogelman A, Kowey P, Reiffel J, Waldo A. New anticoagulants vs warfarin: take your choice. The Medical Roundtable: Cardiovascular Edition 2014: 3(4):262-270. www.themedicalroundtable.com

157.  Reiffel JA. Are we at the goal line with the novel oral anticoagulants and have we reached the end of the line for dronedarone and vernakalant – or is there more to come? Current Cardiology Reviews 2014; 10(4): 314-6.

158.  Reiffel JA. Editorial: advances in the therapy of atrial fibrillation: incrementally progressive but not without missteps. Current Cardiology Reviews 2014; 10(4): 295-6.

**159.** Reiffel JA. What should be done when atrial fibrillation first presents.  In: Management of Atrial Fibrilllation: A Practical Approach. Mohammad Shenasa and A. John Camm, eds. Oxford University Press, Oxford, UK, 2014, pg. 5-15.*

161.Reiffel JA. Novel Oral Anticoagulants. American Journal of Medicine. 2014; 127(4):e16-7.*

162.Reiffel, JA.  Atrial fibrillation and stroke: epidemiology.  Am J Med 2014; 127 (4): e15-16. *

163. Reiffel, JA.  Does the FDA owe us an explanation?  JAFIB 2015; 8(3): no page numbers are listed in this online journal. *

164. Reiffel, JA.  Misleading advertising by attorneys concerning NOACs is adversely costly to our patients and our society.  JAFIB 2016; 8(5).  No page numbers are listed in this online journal. *

   **Abstracts.**                     **(* = Senior Author, ** = Multicenter Study)**

1.  Reiffel JA, Bigger JT,Jr., and Konstam MA:  The relationship between sinoatrial conduction time and sinus cycle length.  Circulation 50:79, 1974.

USCA5 4238

2. Galen R, Reiffel JA, and Gambino SE: Enzymes in infarction. JAMA 228, 1974.

3. Reiffel JA, Bigger JT,Jr., and Giardina EGV: The effect of digoxin on sinus node automaticity and sinoatrial conduction in man. J Clin Invest 53:64a, 1974.

4. Reiffel JA, Bigger JT,Jr. and Giardina EGV: The effect of digoxin on sinus node function in man. Resume, VII World Congress of Cardiology, Buenos Aires, Argentina, 1974.

5. Reiffel JA, Bigger JT,Jr., and Giardina EGV: The effect of digoxin on sinus node automaticity and sinoatrial conduction in man. Bull. NY Acad. Med 51:326, 1875.

6. Reiffel JA, Reid DS, and Bigger JT,Jr.: Holter monitoring and functional testing for sinus node dysfunction. Circulation 52(II):111, 1975.

7. Reiffel JA, Bigger JT,Jr., and Reid DS: The effect of atropine on sinus node function in adults with sinus bradycardia. Am J Cardiol 35:165, 1975.

8. Reid DS, Reiffel JA and Bigger JT, Jr.: Changes in sinus node automaticity by premature atrial stimulation in man. 7th Congress of the European Society of Cardiology Book #1, p. 354, Amsterdam, the Netherlands, 1976.

9. Bigger JT ,Jr., Rieffel JA, and Cramer J: Effects of digoxin in patients with sinus bradycardia before and after vagal blockade. Circ. 54:II-187,1976.

10. Reiffel JA, Bigger JT, Jr., Cramer M, and Reid DS: Paced cycle lengths of maximal corrected recovery times. Circulation 56(III):198, 1976.

11. Reiffel JA, Leahey ED, Drusin RE, Heissenbuttel RH, and Lovejoy WP: A digoxin/qinidine adverse drug interaction. Am J Cardiol 41:368, 1978.

12. Leahey EB,Jr., Giardina EGV, Reiffel JA, and Bigger JT,Jr.: Serum digoxin concentration during quinidine and procainamide administration. Circulation 58(II):101,1978.

13. Leahey EB,Jr., Giardina EGV, Reiffel JA, and Bigger JT,Jr.: Serum digoxin concentration during administration of oral antiarrhythmic agents. Clin Res 26:602A, 1978.

14. Reiffel JA, Likhoff W: A digoxin/quinidine adverse drug interaction. ACCEL tapes, 10(7):side 1,1978*

15. Leahey EB,Jr., Reiffel JA, Bigger JT,Jr., and Butler VP,Jr.: A drug interaction between digoxin and quinidine. Bull. NY Acad Med 55:416-417, 1979.

16. Reiffel JA, Gliklich J, Gang E, Weiss M, Davis J, and Bigger JT,Jr.: Human sinus node electrograms: transvenous catheter recorded technique and normal sinoatrial conduction times in adults. Circulation 60(II):63, 1979.

17. Reiffel JA, Gliklich J, Gang E, Weiss M, Davis J, ad Bigger JT,Jr.: Comparison of directly recorded and indirectly estimated sinoatrial conduction times. Circulation 60(II):63, 1979.

18. Gang ES, Livelli FI, and Bigger JT,Jr.: Sinus node recovery times following atrial pacing and spontaneous termination of supraventricular tachycardia. Clin Res 29:194A, 1981.

19. Gang ES, Livelli FI, Jr, Reiffel JA, and Bigger JT, Jr: Digoxin and repetitive ventricular responses. Clin Res 29:193A, 1981.

43

20. Gliklich J, Reiffel JA, Spotnitz H, Gang ES, Livelli FI, Jr., Malm JR, Bigger JT,Jr., Hoffman BF, and Ross S:  Simplified technique for arrhythmia mapping during open heart surgery.  Circulation 64(IV):290, 1981.

21. Goldberg D, Reiffel JA, Gang ES, Livelli FI, Jr., and Bigger JT,Jr.:  Procainamide and sinus node function.  Circulation 64(IV):134, 1981.

22. Livelli FD,Jr., Gang ES, Patton JN, Reiffel JA, and Bigger JT,Jr.:  Influence of underlying heart disease on response to programmed electrical stimulation.  Clin Res 29:219A, 1981.

23. Reiffel JA, Gang ES, Livelli, FI, Jr., Gliklich JI, and Bigger JT,Jr.: Human sinus node electrogram – modified technique.  Circulation 64:869,1981.S

24. Spotnitz HM, Gliklich JI, Reiffel JA, Bigger JT, Jr., Hoffman BF, Malm, JR:  Simplified technique for mapping malignant arrhythmias during open heart surgery. NY Soc Thorac Surg 3/4/81.

25. Reiffel JA, Gang ES, Livelli FD,Jr., Gliklich JI, and Bigger JT,Jr.:  Relationship between sinoatrial conduction time and sinus cycle length revisited. Am J Cardiol 49:909, 1982.

26. Reiffel JA:  Post-pericardiotomy syndrome: treatment with idomethecin. 8th World Congress of Cardiology, Bk 1:292, 1978.*

27. Ferrick KJ, Bigger JT,Jr., Reiffel JA, Livelli FD,Jr., Gang ES, Gliklich JI:  Congruence in efficacy of procainamide and quinidine for induced ventricular tachycardia.  Circulation 66(II):142, 1982.

28. Livelli FD,Jr., Gang ES, Reiffel JA, Ferrick KJ, Gliklich JI, Bigger JT,Jr.:  Reproducibility of inducible ventricular tachycardia.  Circulation 66(II):146, 1982.

29. Livelli FD,Jr., Gang ES, Ferrick K, Gliklich JI, Reiffel JA, Bigger JR,Jr.:  Intravenous propranolol for combined antiarrhythmic therapy.  Clin Res 30:187A, 1982.

30. Reiffel JA, Livelli FD, Jr.:  Indomethecin: A therapeutic alternative for post pericardiotomy syndrome.  Circulation 66:II-246,1982*

31. Bigger JT,Jr., Reiffel JA:  Holter versus electrophysiologic studies in the management of malignant ventricular arrhythmias. Am J Cardiol 51:1464-1465, 1983.

32. Ferrick KJ, Reiffel JA, Bigger JT,Jr., Livelli FD,Jr., Gang ES, Glikich JI: Amiodarone therapy: time course of electrophysiologic effects. Clin Res 31:182A, 1983.

33. Reiffel JA, Ferick KJ, Livelli FD,Jr., Gliklich JI, Bigger JT,Jr.:  Confirmation of reentry, concealed conduction, and dual pathways in human sinus nodes.  Circulation 68:III-354, 1983.

34. Ferrick KJ, Reiffel JA, Gliklich JI, Livelli FD,Jr., Bigger JT, Jr.:  Ventricular tachycardia endocardial mapping during sinus rhythm.  Circulation 68:III-75,1983.

35. Livelli FD,Jr., Ferrick KJ, Bigger JT, Jr., Reiffel JA, Gliklich JI, Coromilas J:  Mixed response to flecainide acetate. JACC 3:583, 1984.

36. Reiffel JA, Ferrick K, Livelli FD,Jr., Bigger JT, Jr: Human sinus node refractory periods:

44

USCA5 4240

diagnostic utility. PACE 7:476, 1984.

37.  Reiffel JA, Wang P, Basner R, Ferrick K, Livelli FD, Jr.: Relationship between ambulatory monitoring and electrophysiological testing for unexplained syncope PACE 7:463, 1984.

38. Seldin DW, Johnson LL, Reiffel JA:  Phase analysis to identify site of bypass tract in Wolff-Parkinson-White syndrome.  Clin Res 32:205a, 1984.*

39.  Ferrick K, Reiffel JA, Bigger JT,Jr., Livelli FD,Jr., Gliklich JI:  Electrophysiologic effects of chronic amiodarone therapy.  PACE 7:480, 1984.

40. Johnson LL, Seldin DW, Yeh HL, Reiffel JA, Alderson PO, Cannon PJ: Phase analysis to identify site of bypass tract in Wolff-Parkinson-White syndrome. Eur Heart J 5(Abstr Suppl 1):301, 1984.

41. Reiffel JA, Wang P, Basner R, Ferrick K, Livelli FD, Jr., Bigger JT ,Jr.:  Unexplained syncope: Ambulatory monitoring/electrophysiological testing discordance.  Circulation 70:II-369,1984.

42. Reiffel JA: Electrophysiological basis of bradyarrhythmias.  Cardiostimolazione 2(3):150-151, 1984.*

43. Reiffel JA, Schulhof E, Joseph B:  Palpitations and dizziness: arrhythmia frequency determined by transtelephonic monitoring.  Circulation 72:III-476,1985.*

44. Reiffel JA, Zimmerman J, Bigger JT, Jr.: Observations on S-A and A-V nodal conduction during sinus rhythm.  PACE 9:289, 1986.

45. Sahar DS, Bigger JT, Jr., Reiffel JA, Ferrick K, Giardina EGV, Livelli FD,Jr., and Gliklich JI: Effects of amiodarone dose changes on ventricular tachycardia inducibility in patients with life threatening arrhythmias.  Circulation 74:II-213,1986.

46. Pratt CM, Halstrom AP, Coromilas J, Romhilt DW, and the CAPS investigators: Apparent "arrhythmia reduction" by antiarrhythmic therapy in post-infarction patients: a natural history of the placebo group in the cardiac arrhythmia pilot study (CAPS).  Circulation 74:II-214,1986.**

47. The CAPS Investigators:  Proarrhythmic and other adverse effects of encainide, flecainide, imipramine, moricizine, and placebo observed in the cardiac arrhythmia pilot study (CAPS). Circulation 74:II-313,1986.**

48. Reiffel JA:  Lidocaine to prevent ventricular fibrillation: easy does it but don't underdo it: a role for transtelephonic monitoring.  N Eng J Med (letter) 314:1117,1986.*

49. The CAPS Investigators: Efficacy rates observed for encainide, flecainide, imipramine, moricizine, and placebo in the cardiac arrhythmia pilot study(CAPS).  Circulation 24:II-313,1986.**

50. Sahar DI, Reiffel JA, Kidwell GA, Bigger JT,Jr., Squattrito A:  Antiarrhythmic effects of d-sotalol in patients with refractory supraventricular arrhythmias. J Am Coll Cardiol 9:49A, 1987.

51. Reid PR, Aklyama T, Andreson JK, Bough EW, Campbell WB, Coromilas J, Greene, HL, Henthorn RW, Pratt CM, Romilt DW, Roy D, Stein I, for the CAPS investigators: Accuracy

45

USCA5 4241

and reproducibility of holter recordings in the cardiac arrhythmia pilot study.  J Am Coll Cardiol 9:207A, 1987.**

52.  Wooley RL, Giardina EG, Roden DM, Henthorn RW, Hallstrom A, and the CAPS investigators:  Value of dose-titration in the cardiac arrhythmia pilot study. J Am Coll Cardiol 9:70A,1987.**

53.  Anderson JL, Griffith LSC, Hallstrom AP, Ledinham RB, Yusuf S, Barker AH, Reiffel JA, Fowles RE, Young JB, for the CAPS investigators: Do baseline clinical characteristics predict initial response to antiarrhythmic therapy?  J Am Coll Cardiol 9:71A, 1987.**

54.  Bigger JT, Jr., Woosley R, Roden D, Hallstrom A, Echt D, Greene L, Butler L, and the Cardiac Arrhythmia Pilot Study investigators:  A placebo-controlled study of the proarrhythmic effects of class I antiarrhythmic drugs.  J Am Coll Cardiol 9:245A, 1987.**

55.  Coromilas J, Hallstrom A, Akiyama T, Anderson J, Friedman L, Henthorn R, Kerns D, Olshansky B, Reid P, Reiffel JA, Stanyon R, and the CAPS investigators: Use of one hour ECG recordings to identify patients with ventricular ectopy post infarction and to assess therapy.  J Am Coll Cardiol 9:222A, 1987.**

56.  Coromilas J, Akiyama T, Anderson J, Friedman L, Hallstrom A, Henthorn R, Kerns D, Olshansky B, Reid P, Reiffel J, Stanyon R, and the CAPS investigators:  Prevalence and frequency of ventricular arrhythmias in the two months following myocardial infarction. J Am Coll Cardiol 9:240A, 1987.**

57.  Wang P, Reiffel JA, Johnson L, Seldin D, Bigger JT, Jr.: Does preexcitation alter terminal QRS forces?  Clin Res 35:3, May 1987.

58.  Sahar DS, Reiffel JA, Bigger JT ,Jr., Kidwell GA, Squattrito, A:  Efficacy, safety and tolerance of d-sotalol in patients with refractory supraventricular tachyarrhythmias. Circulation 76:IV-368,1987.

59.  Steinberg JS, Freedman RA for the ESVEM investigators.  The signal average ECG dues not predict drug efficacy in sustained ventricular arrhythmias.  Circulation 76:IV-344,1987.**

60.  Morganroth J, Horowitz LN for the encainide VT research group.  Efficacy and safety of encainide in life-threatening ventricular tachyarrhythmias.  Circulation 76:IV-368,1987.**

61.  Steinberg JS, Michelson K, Reiffel JA, Livelli F, Gliklich JG, Bigger JT, Jr.: Use of the signal averaged electrocardiogram in predicting electrophysiologic study results in unexplained syncope.  J Am Coll Cardiol 11:183A, 1988. **

62.  Wyndham CRC, Reiffel JA, Wyndus PS, Stablein DM:  Trans-telephonic monitoring and response systems:  impact on pre-hospital delay.  J Am Coll Cardiol 11:185A, 1988.*

63.  Reiffel JA, Zimmerman G:  The duration of sinus node depolarization can identify sinus node dysfunction.  PACE 11:515, 1988.*

64.  Reiffel JA, Zimmerman G:  The duration of sinus node depolarization can indicate the degree of sinus node dysfunction.  J Am Coll Cardiol 13:232A, 1989.*

65.  Freedman RA, Fuller MS, Steinberg JS, for the ESVEM Investigators.  Effect of antiarrhythmic drugs on frequency domain parameters of signal averaged ECG.  J Am Coll Cardiol 13:191A, 1989.**

46

USCA5 4242

66. Boden WE, Kleiger RE, Miller JP, Greenberg H, Krone RJ, Hager WD, Abrams J, Moss AJ, MDPT Research Group: Favorable effect of diltiazem on late mortality and reinfarction after non-Q-wave infarction: Multicenter diltiazem post-infarction trial (MDPT). J Am Coll Cardiol 13:6a, 1989.**

67. Boden WE, Greenberg H, Kleiger RE, Gillespie J, Dwyer EM, Krone RJ, MDPIT Research Group: Role of Electrocardiographic location on diltiazem treatment effect in non-Q-wave myocardial infarction: MDPIT Research Group. J Am Coll Cardiol 13:6A, 1989.**

68. Moss AJ, Oakes D, Benhorin J, Carleen E, and the Multicenter Diltiazem Post Infarction Research Group. The interaction between diltiazem and left ventricular function after myocardial infarction. Circulation 80(Suppl IV): IV-120-IV-106.**

69. Benhorin J, Moss AJ, Oakes D, Multicenter Postinfarction Trial Research Group. Prognostic significance of nonfatal myocardial reinfarction. J Am Coll Cardiol 15:253-258, 1990.**

70. Reiffel JA, Wyndus P, McNamara A: Transtelephonic electrocardiographic monitoring: what is an adequate duration? PACE 12:687, 1989.*

71. Adenosine Study Group: Adenosine for termination of paroxysmal supraventricular tachycardia: dose ranging and comparison with verapamil. Circulation 80:II-631,1989.**

71. Coromilas JC, Bigger JT,Jr., Kleiger RE, Rolnitzky LM, Fleiss JL, and the MDPIT Research Group: Relation among left ventricular dysfunction, ventricular arrhythmias, and mortality after myocardial infarction. Circulation 80:II-48,1989.**

72. Lichstein E, Hager D, Gregory J, Fleiss J, Rolnitzky L, Bigger JT,Jr., and the Multicenter Diltiazem Post Infarction Research Group: Relationship between beta blockers and the change of congestive heart failure after myocardial infarction. Circulation 80:II-50,1989.**

73. Moss AJ, Robison M, Oakes D, Carleen E, Eberly S, Brown M, and the Multicenter Diltiazem Post Infarction Trial (MDPIT) Research Group: Effect of Diltiazem on long-term outcome in post infarction patients with a history of hypertension. Circulation 80:II-268,1989.**

74. Cook JR, Meissner MD, Reiffel JA: Evidence suggesting time dependent recovery in the sinus node in man. J Am Coll Cardiol 15:200A, 1990.*

75. Reiffel JA: Improved rate control in atrial fibrillation. PACE 13:744, 1991.*

76. The ESVEM Investigators: Determinants of a drug efficacy prediction in the ESVEM trial: differences between electrophysiological study (EPS) and Holter monitoring (HM). Circulation II-348, 1991.**

77. Mason JW, and the ESVEM Investigators: Unsustained VT as a predictor of spontaneous VT in the ESVEM study. Circulation II-348, 1991.**

78. The ESVEM Investigators: Incidence of drug efficacy predictions in the Electrophysiologic Study versus Electrocardiographic Monitoring Trial (ESVEM). J Am Coll Cardiol 19:387A, 1992.**

79. Santiago D, Warshofsky M, Mandri GL, DiTuillo M, Reiffel JA, Coromilas J, Homma S: Left atrial appendage size and function in atrial fibrillation, fibrillation-flutter, and flutter: a

47

USCA5 4243

transesophageal echocardiographic study.  PACE 16:880, 1993.*

80. Santiago DW, Warshofsky M, Li Mandri G, Di Tuillo MR, Reiffel JA, Coromilas J, Homma S:  Left atrial appendage function and thrombus formation in atrial flutter.  Circulation 88:I-19, 1993.*

81. Omoigui N, Marcus F, Mason J, Hlatky M, for the ESVEM Investigators.  Effect of clinical and technical variables on initial hospital cost in ESVEM (electrophysiologic study versus electrocardiographic monitoring for prediction of drug efficacy in ventricular arrhythmias).  Clin Res 41:121A, 1993.**

82. Omoigui N, Marcus F, Mason J, Hlatky M, for the ESVEM Investigators.  Initial hospital costs in ESVEM (electrophysiologic study versus electrocardiographic monitoring for prediction of drug efficacy in ventricular arrhythmias).  Clin Res 41:234A, 1993.**

83. Caruso AC, Hahn EA, Marcus FL, the ESVEM Investigators.  Predictors of arrhythmic death and cardiac arrest in the ESVEM study.  Circulation 88:I-606, 1993.**

84. Reiter M, Mann D, Reiffel JA, Hahn E, Hartz V, and the ESVEM Investigators:  Predictive value of combined Holter monitoring (HM) and electrophysiologic testing (EP) in the ESVEM study.  J Am Coll Cardiol 23:279A, 1994.**

85. Reiffel JA, Mann D, Reiter M, Freedman R, Huang SKS, Hahn E, Hartz V, and the ESVEM Investigators:  A comparison of holter suppression criteria for declaring drug efficacy in patients with sustained ventricular tachyarrhythmias in the ESVEM trial.  J Am Coll Cardiol 23:279A, 1994.**

86. Reiffel JA, Reiter M, Freedman R, Mann D, Huang SKS, Hahn E, Hartz V and the ESVEM Investigators: Did the number of premature stimuli used or the length of unsustained tachycardia induced affect the predictive accuracy of the electrophysiologic study used to guide therapy in the ESVEM trial.  PACE 17:826, 1994.**

87. Olshansky B, Hahn E, Hartz V, and the ESVEM Investigators.  Is syncope in the ESVEM trial a marker of cardiac arrest or all cause mortality?  Circulation 90:I-456,1994.**

88. Reiter MJ, Mann DE, Reiffel JA, Karagounis LA, Hahn E, Hartz V, and the ESVEM Investigators.  Reproducibility of drug efficacy prediction by holter monitoring in the ESVEM trial. Circulation 90:I-179, 1994.  **

89. Anderson KP, Walker R, Dustman TJ, Fuller MS, for the ESVEM Investigators.  Spontaneous versus induced ventricular tachycardia in the electrophysiologic study versus electrocardiographic monitoring trial (ESVEM).  Circulation 90:I-339,1994.**

90. Anderson KP, Mori M, Lyver S, Dustman T, Fuller MS, for the ESVEM Investigators. Clinical characteristics and outcome of patients with ventricular tachycardia on the baseline Holter recording in the Electrophysiologic Study versus Electrocardiographic Monitoring trial. Circulation 90:I-339, 1994.**

91. Hlatky MA. Boorthroyod DB, Johnstone LM, Marcus FI, Hahn E, Hartz V, Mason JW, for the ESVEM Investigators.  Cost-effectiveness of alternative management strategies for life threatening arrhythmias in the ESVEM Trial.  Circulation 90:I-43,1994.**

92. Anderson KP, Mori M, Lyver S, Dustman T, Fuller MS, for the ESVEM Investigators.  Mode of onset of spontaneous ventricular tachycardia and outcome in the Electrophysiologic Study versus Electrocardiographic Monitoring trial.  Circulation 90:I-178, 1994.**

48

USCA5 4244

93. Olshansky B, Hartz V, Hahn E, Mason J, ESVEM Investigators. Out-of-hospital versus in-hospital death in the ESVEM trial. J Am Coll Cardiol 25:314A, 1995.**

94. Pratt CM, Greenway PS, Schoenfeld MH, Hibben ML, Reiffel JA. Implications of alternative classifications of sudden cardiac death: a prospective analysis of 109 deaths in defibrillator trials. J Am Coll Cardiol 25:213A, 1995. *

95. Reiffel JA, Hahn E, Hartz V, and the ESVEM Investigators. Was the superiority of sotalol in the ESVEM trial due to its beta blocking effects? PACE 18:811, 1995.**

96. The AVID Investigators. Patient enrollment in the antiarrhythmic versus implantable defibrillator (AVID) study – pilot phase. PACE 18:799, 1995.**

97. The AVID Investigators. Characteristics of patients enrolled in the pilot phase of the antiarrhythmic versus implantable defibrillator (AVID) study. PACE 18:900, 1995.**

98. Karagounis LA, Stein KM, Afridi SN, Bair T, Albright D, Anderson JL, for the ESVEM Investigators. A fractal dimension predicts arrhythmia recurrence in patients being treated for life threatening ventricular arrhythmias. PACE 18:852, 1995. **

99. Buxton A, Lee K, Fisher J, Josephson M, Prystowsky E, DiCarlo L, Echt D, Greer S, Packer D, Talajic M, Pryor D, Hafley G, for the Multicenter Unsustained ventricular tachycardia in patients with coronary disease do not predict inducible tachycardia. PACE 18:849, 1995.**

100. Hlatky MA, Boothroyd DB, Johnstone IM, Marcus FI, Hahn E, Hartz V, Mason JW, for the ESVEM Investigators. Long-term cost of alternative management strategies for life threatening ventricular arrhythmias in the ESVEM trial. Circulation 90:1-339, 1994.**

101. Omoigui N, Marcus F, Mason J, Hlatky M, for the ESVEM Investigators. Effect of clinical and technical variables on initial hospital cost in ESVEM (electrophysiologic study versus electrocardiographic monitoring for prediction of drug efficacy in ventricular arrhythmias). Clin Res 41:121A, 1993.**

102. Omoigui N, Marcus F, Mason J, Hlatky M, for the ESVEM Investigators. Initial hospital costs in ESVEM (electrophysiologic study versus electrocardiographic monitoring for prediction of drug efficacy in ventricular arrhythmias). Clin Res 41:234A, 1993.**

103. Buxton AE, Greer GS, Gold MR, DiCarlo L, O'Toole MF, Fisher JD, Prystowsky EN, Hook BG, Bernstein RC, Haffey G, for the Multicenter Unsustained Tachycardia Trial Investigators. Can clinical characteristics predict inducible sustained ventricular tachycardia in potentially high risk patients with coronary artery disease? Circulation 92:I-98,1995.**

104. Kim SG, Love J, Rosenberg Y, Powell J, and the AVID Investigators. Therapy in he AVID (Antiarrhythmics Versus Implantable Defibrillators) trial is not significantly different from current clinical practice. Circulation 92:I-782, 1995.**

105. Mann DE, Hartz V, Hahn E, Reiter MJ, and the ESVEM Investigators. Effect of reproducibility of baseline arrhythmia induction on drug efficacy prediction and outcome in the ESVEM trial. PACE 19:591, 1996.**

106. Anderon KP, Mori M, Hartz V, Hahn E, Fahrig S, Gottipaty V, for the ESVEM Investigators. Improved outcome in patients with ischemic heart disease assigned to electrophysiologic

49

study in ESVEM trial. PACE 19:616, 1996.**

107. Ellenbogen K, Vanderlugt J, Robbins I, Kowey, for the Ibutilide Investigators. Overall safety experience with intravenous ibutilide. PACE 19:608, 1996.**

108. Domanski M, Saksena S, Schron E, Kutalek S, Wyse G, Hallstrom A, for the AVID Investigators. Clinical, educational, and socio-economic profile of patients with malignant ventricular arrhythmias in 1993-95; a prospective study. PACE 19:603, 1996.**

109. Reiffel JA, Reiter MJ, Hahn E, Hartz V, and the ESVEM Investigators. Did the electrophysiologic study versus electrocardiographic monitoring trial (ESVEM) prove that d,l-sotalol is more effective than class I agents? Circulation 94:I-246, 1996.**

110. Cain ME, Gomes JA, Halley GE, Lee KL, Gold MR, MUSTT Investigators. Performance of the signal-averaged ECG in identifying patients inducible into sustained ventricular tachycardia. Circulation 94:I-451, 1996.**

111. Reiffel JA, Hahn E, Hartz V, and the ESVEM Investigators. Is procainamide failure at electrophysiologic testing really an appropriate marker for drug resistant ventricular tachyarrhythmias? J Am Coll Cardiol 27:33A, 1997.**

112. Friedman PL, Yao Q, Buxton AE, et al and the AVID Investigators: Effect of race on treatment selection in patients with life-threatening ventricular arrhythmias. Circulation 96:I-719, 1997.**

113. Kassotis J, Dixon JM, Costeas C, Reiffel J, Coromilas J: Double-wave reentry in orthodromic atrioventricular reciprocating tachycardia in man: paradoxical shortening of the tachycardia cycle length with development of left bundle branch block. Circulation 96:I-704,1997.

114. Kron J, Yao Q, Olarte A, et al and the AVID Investigators: Lead complications with nonthoracotomy lead systems in the AVID study. Circulation 96:I-77, 1997.**

115. Larsen GC, McAnuly JH, Hallstrom A, et al and the AVID Investigators: Hospitalization charges in the antiarrhythmics versus implantable defibrillators (AVID) trial: the AVID economic analysis study. Circulation 96:I-77, 1997.**

116. Wilkoff BL, Hue-The S, Friedman PL, et al, and the AVID Investigators: Multivariate predictors of hospital length of stay in patients with severe ventricular arrhythmias: antiarrhythmias versus implantable defibrillators registry study. Circulation 96:I-78.**

117. Prystowsky EN, Buxton AE, Lee KL, et al, and the MUSTT Investigators: Nonsustained ventricular tachycardia characteristics: do they correlate with cardiac function and sustained ventricular tachycardia? Circulation 96:I-334, 1997.**

118. Halperin BD, Brodsky MA, Lancaster CS, et al, and the AVID Investigators: Prognostic value of baseline electrophysiologic studies: the antiarrhythmics versus implantable defibrillators (AVID) study. Circulation 96:I-334, 1997.**

119. Pinsky SL, Yao Q, Cook JR, et al and the AVID Investigators. Baseline prognostic indicators in patients with sustained ventricular tachyarrhythmias: the antiarrhythmics versus implantable defibrillators (AVID) trial registry. Circulation 96:I-335, 1997.**

120. Beckman KJ, Klein RC, Page RL, et al, and the AVID Investigators: Effect of antiarrhythmic

50

therapy on survival in patients with ventricular tachycardia or fibrillation inthe antiarrhythmics vs implantable defibrillators (AVID) trial registry. Circulation 96:I-335, 1997.**

121. Steinberg JS, Ehlert FA, Cannom DS, et al, and the AVID Investigators. Dilated cardiomyopathy versus coronary artery disease in patients with VT/VF: difference in presentation and outcome in the antiarrhythmics versus implantable defibrillators (AVID) registry. Circulation 96I-715, 1997.**

122. Sharma PP, Hartz V, Marcus F, et al, and the ESVEM Investigators. Risk factors for proarrhythmic tachycardia events due to antiarrhythmic drugs: experience from the ESVEM trial. Circulation 96:I-716, 1997.**

123. Friedman PL, Yao Q, Buxton AE, et al, and the AVID Investigators. Effect of race on treatment selection in patients with life-threatening ventricular arrhythmia. Circulation 96:I-719, 1997.**

124. Engelstein ED, Friedman PL, Yao, et al, and the AVID Investigators. Gender differences in patients with life-threatening ventricular arrhythmias: impact on treatment and survival in the antiarrhythmic versus implantable defibrillators (AVID) trial. Circulation 96:I-720, 1997.**

125. Shih HT, Wyse DG, Rizo-Patron , Stamato NJ, Daubert JP, Lancaster S, Renfroe EG, Connors N, Pacifico A, Crevey B, Jennings C, Whiting D, Yao Q, and the AVID Investigators. Regional differences in utilization of implantable cardioverter/defibrillators – and antiarrhythmics versus implantable defibrillators (AVID) registry study. J Am Coll Cardiol 29:435A, 1998.**

126. Epstein AE, Renfroe EG, Powell J, Kim CH, Ocampo C, Cannom DS, Herre JM, Friedman P, Yao Q, Lancaster S, Rosenberg Y, and the AVID Investigators. In-hospital vs out-of-hospital presentation of life-threatening ventricular arrhythmia predicts survival – results from the antiarrhythmics vs implantable defibrillators (AVID) registry. J Am Coll Cardiol 29:435A, 1998.**

127. Ki SG, Love JC, Rosenberg Y, Powell J, Brodsky M, Moore R, and the AVID Investigators. The results of the antiarrhythmic versus implantable defibrillator (AVID) trial can be applied to the general ventricular tachycardia/fibrillation patient population. J Am Coll Cardiol 29:358A, 1998.**

128. Gold MR, Hafley GE, Dicarlo LA, Lehmann M, Page RL, Lee KL, Buxton AE, and the MUSTT Investigators. Clinical predictors of antiarrhythmic drug response in the MUSTT trial. J Am Coll Cardiol 29:159A, 1998.**

129. Anderson JL, and the AVID Investigators. Long term survival in the antiarrhythmics versus implantable defibrillator (AVID) registry. J Am Coll Cardiol 29:160A, 1998.**

130. Kassotis J, Costeas C, Tolat A, Reiffel J. Effect of aging and gender on QT dispersion in an overtly healthy population. J Am Coll Cardiol 29:132A, 1998. *

131. Pinski SL, Page RL, Mounsey JP, Shih HT, Lancaster S, Graham-Renfroe E, Yao Q, and the AVID Investigators. Absence of prevalence bias in the Antiarrhythmic vs. Implantable Defibrillator (AVID) trial. Am J. Cardiol 29:121A, 1998.**

132. Steinberg JS, Martins JB, Domanski M, Foster P, Goldner B, Greene HL, Menchavez-Tan E, Rizo-Patron C, Russo A, Tullo N, Moore R, Hallstrom A, and the AVID Investigators. Antiarrhythmic drug use in the implantable defibrillator arm of the Antiarrhythmics vs.

51

Implantable Defibrillator (AVID) study. J Am Coll Cardiol 29:514A, 1998.**

133. Kim SG, Russo A, Almquist AK, Coromilas J, Powell J, Sheldon RS, Olarte A, Yao, and the AVID Investigators. Clinical characteristics, antiarrhythmic therapy and long-term outcome of young patients with malignant ventricular tachyarrhythmias in the Antiarrhythmics vs. Implantable Defibrillators (AVID) registry. PACE 21:801, 1998.**

134. Rizo-Patron C, Berns E, Brodsky M, Kron J, Wathen, M, Martins J, Renfroe E, Crevey B, Almquist A, Kandrac J, Zipes D, Schoron E, Hallstrom A, and the AVID Investigators. Did participation in antiarrhythmics vs implantable defibrillators trial (AVID) affect patient survival? Survival comparison between randomized and non-randomized otherwise eligible patients. PACE 21:819, 1998,**

135. Klein RC, Belco K, Yao Q, Powell J, Rosenberg Y, Renfroe E, Moore R, Reiffel J, Jadonath R, Swat M, and the AVID Investigators. Crossover to unassigned therapy among patients in the Antiarrhythmics versus Implantable Defibrillator (AVID) trial. PACE 21:826, 1998.**

136. Hickey K, Powell JL, Yai Q, Lancaster SE, Baessler C, Warwick D, Larsen GC, Akiyama T, and the AVID Investigators. Baseline factors influencing resumption of driving after life-threatening arrhythmias in the antiarrhythmics vs Implantable Defibrillators (AVID) trial. PACE 21:838, 1998.**

137. Baessler C, Warwick D, Hickey K, Belco K, Kresge K, Lancaster S, Powell JL, Yao Q, Larsen GC, Akiyama T, and the AVID Investigators. Driving assessment in the Antiarrhythmic vs Implantable Defibrillators (AVID) trial – coordinator opinion vs patient self-report. PACE 21:839, 1998.**

138. Shusterman V, Li C, Aysin B, Brode S, Fahrig S, Gottipaty V, Schwartzman D, Weiss R, Anderson KP, for the ESVEM Investigators. Circadian Changes in the energy distribution of wavelet-transformed heart rate variability. PACE 21:887, 1998.**

139. Shusterman V, Aysin B, Beigel A, Brode S, Fahrig S, Gottipaty V, Schwartzman D, Weiss R, Anderson KP for the ESVEM Investigators. Do slow variations in heart rate predict spontaneous initiation of ventricular tachycardia? PACE 21:948, 1998.**

140. Wyse DG, Love JC, Yao Q, et al, and the Antiarrhythmics vs Implantable Defibrillators study investigators. Atrial fibrillation: a risk factor for increased mortality in patients with ventricular tachyarrhythmias – an AVID registry analysis. Circulation 98:I-633, 1998.**

141. Cook JR, Rizo-Patron C, Domanski M, et al and the AVID Investigators. The effect of myocardial revascularization in patients with VT/VF and coronary artery disease: relationship to outcome in the Antiarrhythmics versus Implantable Defibrillators (AVID) registry. Circulation 98:I-496, 1998.**

142. Friedman PL, Brodsky MA, Yao Q, et al, and the AVID Investigators. Survival after ventricular arrhythmias due to a transient, correctable cause in the Antiarrhythmics versus Implantable Defibrillators (AVID) Trial registry. Circulation 98:I-495, 1998.**

143. Exner DV, Epstein AE, Reiter MJ, Yao Q, Ledingham R, Reiffel JA, et al, for the AVID Investigators. Beta blocker use and mortality in the Antiarrhythmics Versus Implantable Defibrillators (AVID) cohort. Circulation 98:I-494, 1998.**

144. Raitt MH, Klein RC, Greene LH, et al and the AVID Investigators. Arrhythmia recurrence in patients presenting with ventricular fibrillation compared to ventricular tachycardia in the

52

USCA5 4248

Antiarrhythmics Versus Implantable Defibrillators (AVID) trial.  Circulation 98:I-494, 1998.**

145. Pratt CM, Greene HL, Anderson JL, et al, and the AVID Investigators.  Causes of death in the Antiarrhythmics Versus Implantable Defibrillators trial.  Circulation 98:I-494, 1998.**

146. Chien WW, Kutalek SP, Moore R, Powell J, Daubert JP, Reiffel JA, Reiter R, Belco K, and the AVID Investigators.  The Antiarrhythmics Versus Implantable Defibrillators trial exclusions differ by types of index arrhythmias.  Circulation 98:I-290,1998.**

147. Klein RC, Raitt MH, Greene HL, et al, and the AVID Investigators.  Analysis of implantable cardioverter defibrillator therapy in the Antiarrhythmics Versus Implantable Defibrillators (AVID) trial. Circulation 98:I-191, 1998. **

148.  Coromilas J, Anderson J, Hallstrom A, et al, and the AVID Investigators  Treatment and outcome in patients with "normal hearts" in the Antiarrhythmics Versus Implantable Defibrillators (AVID) registry.  Circulation 98:I-191, 1998.**

149. Martins J, Herre J, Gillis A, Marinchak R, Carlson M, Beckman K, Olarte A, Powell J, Yao Q, and the AVID Investigators.  Does type of prior revascularization predict mode of presentation with malignant ventricular arrhythmias?  J Am Coll Cardiol 31:120A; 1999.**

150. Steinberg J, Tullo NG, Anderson JL, Beckman K, Crevey BJ, Friedman PL, Greene HL, Larsen GC, Rizo-Patron C, Russo AM, Zipes DP, Moore RT, Hallstrom AP, and the AVID Investigators.  Relationship of coronary perfusion and stenosis to arrhythmic events in the Antiarrhythmics versus Implantable Defibrillators trial.  J Am Coll Cardiol 31:119A, 1999.**

151. Anderson KP, Shusterman V, Aysis B, Weiss R, Brode S, Schwartzman D, for the ESVEM Investigators.  RR intervals and heart rate variability rise gradually then decline rapidly before the onset of sustained ventricular tachyarrhythmias.  J Am Coll Cardiol 31:118A; 1999.**

152. Hohnloser SH, Pacific A, Williams J, Prystowsky EN, for the Sotalol-ICD Investigators.  Efficacy and safety of oral d,l-sotalol in patients with implanted defibrillators: results of a prospective, double-blind, randomized, placebo-controlled multicenter trial.  J Am Coll Cardiol 31:115A; 1999.**

153. Klein RC, Schron E, Renfroe EG, Rizo-Patron C, Tullo N, Lancaster S, and athe AVID Investigators.  Factors determining implantation of defibrillators following trial termination in patients randomized to drug therapy in the Antiarrhythmics versus Implantable Defibrillators (AVID) trial.   J Am Coll Cardiol 31:114A; 1999.**.

154. Dizon J, Blitzer M. Rubin D, Coromilas J, Costeas C, Kassotis J, Reiffel J.  Time dependent changes in duration of ventricular repolarization after AV node ablation: insights into the possible mechanism of post-procedural sudden death.  PACE 22:847; 1999.*

155. Marinchak RA, Jadonath R, Renfroe EG, Martins J, Page RL, Reiffel JA, Menchavez E, Russo A, Zilo P, Ledingham R, and the AVID Investigators.  Efficacy of and tolerance to sotalol and amiodarone in the Antiarrhythmics Versus Implantable Defibrillator (AVID) trial.  PACE 22:770; 1999.**

156. Page RL, Luceri RM, Gold MR, Peters R, Follman DA, Russo AM, Powell JL, Bigger JT, Jr., Kin CH, Sung RJ Zipes DP, Yao Q, Lancaster S, and the AVID Investigators.  Patterns of mortality in the Antiarrhythmics Versus Implantable Defibrillators (AVID) study registry: evidence for increased mortality related to the winter holidays.  PACE

53

USCA5 4249

22:712; 1999.**

157. Anderson KP, Shusterman V, Beigel A, Aysin B, Brode S, Gottipaty V, Weiss R for the ESVEM Investigators. Changes in ventricular repolarization preceding the onset of spontaneous sustained ventricular tachycardia. PACE 22:837; 1999.**

158. Shusterman V, Aysin B, Chapparo LF, Grave I, Brode S, Gottipaty V, Weiss R, Anderson KP, for the ESVEM Investigators. On-line prediction of ventricular tachyarrhythmias using short-term RR interval perturbations: comparative analysis of different signal processing techniques. PACE 22:837; 1999.**

159. Shusterman V, Aysin B, Flanigan S, Usiene I, Brode S, Gottipaty V, Weiss R, Anderson KP, for the ESVEM Investigators. Intermediate-term predictors of ventricular tachyarrhythmias. PACE 22:837; 1999.**

160. McAnulty JH, Wilkoff B, Akiyama T, Raitt M, Renfroe G, Hallstrom A, Kron J for the AVID Investigators. Bradyarrhythmias – a possible cause of death in patients on antiarrhythmic drugs in the AVID trial. PACE 22:706; 1999.**

161. Reiffel JA: Hypertension and atrial fibrillation. Am J Hypertension 12:223A; 1999.

162. Gold MR, Rottman JN, Wood MA, Lehman MH, Wyse GD, Batsford WP, Peters RW, Hafley GE, Buxton AE, and the MUSTT Investigators. The effect of clinical factors on the benefit of implantable defibrillators in the MUSTT trial. Circulation 100:I-642, 1999.**

163. Steinberg JS, Vloka ME, Yao Q, Schron E, Dorian P, Powell J, and the AVID Investigators. Relationship of baseline quality of life scores to long term survival in the AVID trial. Circulation 100:I-337; 1999.**

164. Packer DL, Munger TM, Gold MR, Hafley GE, and the MUSTT Investigators. Impact of initial ischemic burden on the benefit of ICD therapy in the MUSTT trial. Circulation 100:I-367; 1999.**

165. Exner DV, Lancaster SE, Pinski SL, Graham-Renfroe E, Wyse G, Coromilas J, Follman D, Gold MR, Beckman KJ, Karaagonis L, Hallstrom A, and the AVID Investigators. Electrical storm is an independent risk factor for early death: the AVID trial. Circulation 100:I-366; 1999.**

166. MUSTT Investigators. Consistency of treatment effects in the Multicenter Unsustained Tachycardia Trial. Circulation 100:I-366;1999.**

167. Singh SN, Karasik PE, Pieper KS, Lee KL, Buxton AE, and the MUSTT Investigators. Effects of ACE inhibitor use in the MUSTT trial. Circulation 100:I-309;1 999**

168. Bosworth-Farrell SA, Schron E, Yao Q, Powell J, Collura R, Lombard IL, Jenkens L, Kandrac J, Nelson L, and the AVID Investigators. Spousal quality of life in the AVID trial. Circulation 100:I-254; 1999.**

169. Prystowsky EN, Hafley GE, Buxton AE, and the MUSTT Investigators. Are there subgroups of patients at high risk for sudden death and cardiac arrest without inducible sustained monomorphic ventricular tachycardia – results from the MUSTT trial. Circulation 100:I-81, 1999.**

170. Hickey K, Pieper KS, Sarmiento ML, Kellen J, Coromilas J, Stein K, Buxton AE, and the MUSTT Investigators. Beta blockers reduce total mortality and arrhythmic death in the

54

USCA5 4250

MUSTT trial, Circulation 100:I-81; 1999**

171. Lee KL, Buxton AE, Hafley GE, Fisher JD, Prystowsky EN, Josephson ME, and the MUSTT Investigators. EP-guided therapy reduces the risk of arrhythmic events due to the use of ICDs but not antiarrhythmic drugs: results from MUSTT. Circulation 100:I-81; 1999.**

172. Wyse DG, Talajic M, Halley DG, Hickey K, Kou WH, Kus TK, Lemery R, Proschan M, Reiffel JA, Santucci P, Singh S, Stevens C, for the MUSTT Investigators. Antiarrhythmic drug therapy in the Multicenter Unsustained Tachycardia Trial (MUSTT): Penetrating the matrix. J Am Coll Cardiol 35:160A; 2000.**

173. Peters RW, Gold MR, Carlson MD, Zipes DP, Follman D, Sheldon RS, Mounsey P, Lancaster S, and the AVID Investigators. Seasonal variation in implantable cardioverter defibrillator therapy. J Am Coll Cardiol 35:150A; 2000.**

174. Exner DV, Schron EB, Quing Y, Vioka ME, Page RL, Powell J, Steinberg J, and the AVID Investigators. Defibrillator shocks and self-perceived quality in the antiarrhythmics versus implantable defibrillators (AVID) trial. J Am Coll Cardiol 35:153A; 2000.**

175. Buxton A, Hafley G, Lee K, Fisher J, Josephson M, Prystowsky E, Hook B, Page R, O'Toole M, Talajic M. Tang A, and the MUSTT Investigators. Characteristics of non-ventricular tachycardia predict risk of sudden death in the Multicenter Unsustained Tachycardia Trial. PACE 23:562; 2000.**

176. Page RL, Zipes DP, Powell JL, et al and the AVID Investigators. Patterns of death in the antiarrhythmics implantable defibrillators (AVID) study registry: evidence that the increased winter mortality is due to sudden death. Circulation 102:II-674; 2000.**

177. Russo AM, Hafley G, Lee KL, et al and the Multicenter Unsustained Tachycardia Trial Investigators. Lower ICD use in minorities results in worse outcomes: racial/cultural variations in the MUSTT trial. Circulation 102:II-674; 2000.**

178. Buxton AE, Hafley GE, Josephson ME, et al and the Multicenter Unsustained Tachycardia Trial Investigators. Cycle length at onset of nonsustained ventricular tachycardia predicts inducible tachycardia. Cycle length variability does not predict sudden death in patients in the Multicenter Unsustained Tachycardia Trial. Circulation 102:II-674; 2000.**

179. Wyse DG, and the AFFIRM Investigators. Baseline characteristics of patients with atrial fibrillation – the AFFIRM study. Circulation 102:II-671; 2000.**

180. Jenkins LS, Schron E, Brodsky M. et al and the AFFIRM Investigators. Quality of life in patients with atrial fibrillation baseline data from AFFIRM. Circulation 102:II-512; 2000. **

181. Abstracts – Cardia Arrhythmias. J Am Coll Cardiol 37:101A; 2001.

182. Reiffel JA, for the Panel. Columbia University, NYC, NY. Report of the International Consensus Panel for the Management of Atrial Fibrillation. J of Heart Dis 2:128; 2001. *

183. Reiffel JA, Kowey PR, Camm AJ. Arrhythmia Clinic. Highlights from the March 2001 International Arrhythmia Investigators Conference: Part I. Cardiol Review, 2001.*

184. Magnano AR, Reiffel JA, Holleran S, Ramakrishnan R, Bloomfield D. Circulation 104:2858; 2001.*

55

185. Coromilas J, Buxton AE, Hafley G, Lee KL, MUSTT Investigators. How soon after MI should patients with MI and LV dysfunction be screened for NSVT and have electrophysiologic studies done? Circulation 104:3693; 2001. **

186. Cook JR, Steinberg J, Vidaillet H, Zimmerman P, Epstein AE, Dalquist J, and the AFFIRM Investigators. Gender differences in the characteristics and prior treatment of atrial fibrillation: Preliminary data from the atrial fibrillation follow-up investigation of rhythm management (AFFIRM) Study. Circulation 104:3298; 2001. **

187. Buxton AE, Hafley GE, Kerry LL, Gold MR, Packer DL, Lehmann MH, Josephson ME, Wyse G, Fisher JD, Prystowsky EN, Talajic MR, and MUSTT Investigators. How do ejection fraction and inducible ventricular tachycardia in patients with coronary disease affect mode of death? PACE 24:593; 2002. **

188. Olshansky B, Heller EN, Green M, Mitchell B, Slater W, Ingalls S, Greene HL, and the AFFIRM Investigators, Univ of Iowa, Iowa City, IA. Do echocardiographic parameters predict atrial fibrillation recurrence or stroke in the AFFIRM study. PACE 2003; 26:1030.**

189. Olshansky B, Rubin A, Owens S, Sami M, Shorofsky S, Kostis J, Ingalls S, Greene HL, and the AFFIRM Investigators, Univ of Iowa, Iowa City, IA. Does amiodarone place patients with atrial fibrillation and pulmonary disease at excess risk? Results from the AFFIRM study. PACE 2003; 26:1002. **

190. Kaufman ES, Zimmerman PA, Wang R, Greene HL, Barrell PD, and the AFFIRM Investigators. MetroHealth Campus, Case Western Reserve Univ., Cleveland, OH. Female gender is not a risk factor for proarrhythmic events in the AFFIRM study: a multivariate analysis. PACE 2003; 26:975.**

191. Curtis AB, Gersh BJ, Shemanski L, for the AFFIRM Executive Committee and the AFFIRM Investigators, Univ of Florida, Gainesville, FL. Survival in patients with atrial fibrillation with and without congestive heart failure treated with a rate control or a rhythm control strategy: results from the AFFIRM trial. PACE 2003; 26:974.**

192. Steinberg JS, Sadaiantz A, Miller JM, Campbell WB, Daubert J, Denny DM, Havranek E, Krahn AD, Kron J, Murray K, Olshansky B, O'Neill G, Sami M, Schmidt S, Storm R, Zabalgoitia, Masco E, Greene HL, and the AFFIRM investigators. St. Luke's-Roosevelt Hosp. Ctr., NY, NY.PACE 2003; 26:974.**

193. Singh, BN, Hohnloser SH, Connolly SJ, Roy D, Kowey PR, Capucci A, Aliot EM, EURIDIS and ADONIS Steering Committee and Investigators. The EURIDIS and ADONIS Trials: Dronedarone for maintaining sinus rhythm in patients with atrial fibrillation/flutter. Circulation 110:III-741; 2004. **

194. Reiffel JA, Schwarzberg R, Murray M. Autotriggered memory loop recorders provide earlier and more complete arrhythmia detection than standard recorders and Holter monitors. Circulation 110:III-583;2004. *

195. Reiffel, JA. Pharmacologic Cardioversion of atrial fibrillation with an extra class IC dosing in patients already on daily maintenance class IC therapy. Heart Rhythm, 2005;2:5269. *

196. Reiffel JA, Capucci A. Efficacy and safety of extra class IC doses for pharmacologic cardioversion in patients maintained on class IC drugs for atrial fibrillation. J. Am Coll Cardiol 2006; 47:309A-310A. *

56

197. Reiffel JA, Phillips M, The AFFECTS Registry Steering Committee and Investigators. Anticoagulation use in patients with atrial fibrillation after AFFIRM and RACE. Circulation 2007:116:II727. *,**

201. Reiffel JA, Phillips M, The AFFECTS Registry Steering Committee and Investigators. The selection of a rate versus rhythm control strategy for atrial fibrillation management following AFFIRM and RACE. Circulation 2007; 116:II-439. *, **

202. Weiner SD, O'Healy K, Reiffel JA, Coromilas J. The association of Brugada pattern type 1 and fever: a retrospective analysis. Circulation 2007. 116:II-491. *

203. Reiffel J., Reiffel A. QT prolongation of post premature beats in normal subjects during Holter monitoring. Giornale Italiano di Aritmologia e Cardiostimolazione 2007; 10:III-14.

204. Reiffel J. Phillips M. The AFFECTS Registry Investigators. Atrial fibrillation: Focus on effective slinical treatment strategies (AFFECTS) Registry – Initial results. Giornale Italiano di Aritmologia e Cardiostimolazione 2007; 10:III-87.

205. Reiffel JA. Introduction: Demystifying the rate versus rhythm conundrum: New perspectives on recent trials and future treatment options. Am J Cardiol 2008; 102 [suppl]: 1H-2H.

206. Reiffel JA. A contemporary look at classic trials in atrial fibrillation: what do they really show and how might they apply to future therapies? Am J Cardiol 2008; 102 [suppl]: 3H-11H.

207. Torp-Pedersen C, Page, RL, Connolly SJ, et al. for the ATHENA Investigators. The effect of dronedarone on hospitalizations in patients with atrial fibrillation. Results from the ATHENA study. Circulation 2008; 118 (spuppl 2): S828. **

208. Page RL, Connolly SJ, Crijns HJ, et al. for the ATHENA Investigators. Rhythm- and rate-controlling effects of dronedarone in patients with atrial fibrillation: Insights from the ATHENA trial. Circulation 2008; 118 (suppl 2): S827. **

209. Schwartz PJJ, LeHeuzey JY, Breithardt G, et al for the RECORDAF Investigators. Atrial fibrillation: differences in patient characteristics and management between the United States and the rest of the world in the RECORDAF Registry. JACC 2009, abstract # 1020-31, **

210. Kowey PR, Breithardt G, Camm J, et al for the RECORD AF Investigators. Global registry on atrial fibrillation management: regional differences in standard of care. JACC 2009, abstract # 1020-63. **

211. Breithardt G, LeHeuzey JY, Camm J, et al for the RECORD AF Investigators. Differences in patient profiles and management of paroxysmal atrial fibrillation compared to persistent atrial fibrillation in the RECORD AF Registry. JACC 2009, abstract #1020-60. **

212. Reiffel, JA, the AFFECTS Steering Committee for the Investigators. Current assignment of rate vs rhythm control for atrial fibrillation by U.S. cardiologists: the AFFECTS Registry. Heart Rhythm 2009: 6:S104-05. * **

213. Reiffel, JA, the AFFECTS Steering Committee for the Investigators. Current anticoagulant use in patients with atrial fibrillation: the AFFECTS Registry. Heart Rhythm 2009: 6:S454. * **

214. Rokos IC, Farkouh M, Reiffel J, Dressler O, Mattu A, Nikolsky E, Kirtane A, Lansky

57

USCA5 4253

AJ, Mehran R, Sotne GW. Association of ST-elevation in lead AVR with acute left main coronary occlusion: analysis from the HORIZONS-AMI Trial. Am J. Cardiol 2009; 104:98D and, http://www.aievolution.com/tct0901/ **

215. Farkouh ME, Reiffel J. Dressler O, Nikolsky E, Cristea E, Lansky AJ, Mehran R, Stone GW. Impact of antithrombotic therapy and stent type on ST segment resolution after primary angioplasty for acute myocardial infarction: The HORIZONS-AMI Trial. Am J. Cardiol 2009; 104:116D and, http://www.aievolution.com/tct0901/ **

216. Farkouh ME, Nikolshy E, Reiffel J, Dressler O, Baran DA, Mehran R, Lansky AJ, Stone GW. Correlations between reciprocal ST segment depression on the baseline electrocardiogram, angiographic findings, and clinical outcomes in patients with STEMI treated with primary PCI. Circulation 2009; 120:S1070.

217. Baran DA, Farkouh ME, Reiffel J, Dressler O, Nikolsky E, Mehran ER, Lansky AJ, Stone GW. Resolution of pathological Q-waves is associated with improved outcomes after primary PCI for acute myocardial infarction. Circulation 2009; 120:S1070-S1071.

218. Crijns H, Breithardt G, Camm J, et al for the RecordAF Investigators. Predictive factors for therapeutic success in patients with recent onset paroxysmal and persistent atrial fibrillatin in the RecordAF Registry. Circulation 2009; 120:S702-S703.

219. Murdock DK, Reiffel JA, Kaliebe JW, Larrain G. The conversion of paroxysmal or initial onset atrial fibrillation with oral ranolazine: implications for "pill in the pocket" approach in structural heart disease. J. Am. Coll Cardiol 2010; 55:A6.E58.

220. Koti MJ, Parekh A, Connolly SJ, et al for the RE-LY Investigators. Dabigatran versus warfarin in patients with atrial fibrillation – an analysis of patients undergoing cardioversion. J. Am. Coll Cardiol 2010; 55:A4.E40

221. Oldgren J, Alings M, Darius H, etl al for the RE-LY Investigators. Dabigatran versus warfarin in atrial fibrillation patients with low, moderate, and high CHADS2 scaore: a RE-LY subgroup analysis. J. Am. Coll Cardiol 2010; 55:A1.E2

222. Kowey PR, Reiffel JA, Ellenbogen KA, Naccarelli GV, Pratt CM. Efficacy and safety of prescription omega-3 acid ethyl esters (P-OM3) for the prevention of recurrent symptomatic atrial fibrillation (AF). Circulation 2010; 122:2217. **

223. Steinberg B, Holmes D, Ezekowitz M, Kowey P, Mahaffey K, Mills R, Naccarelli G, Reiffel J, Peterson E, Piccini J. Selection of rate versus rhythm control for t reatment of atrial fibrillation in clinical practice: Results from the ORBIT-AF Registry. J Am Coll Cardiol 2012; 59(suppl):A151-152. **

224. Reiffel JA. Combination of different antiarrhythmic drugs – rationale and clinical need. 4th AFNET/EHRA consensus conference on atrial fibrillation 2013, proceedings      page 18. *

225. Holmqvist F, Kim S, Steinberg BA, et al. Progression of atrial fibrillation in U.S. community practice – results from ORBIT-AF. Heart Rhythm 2014; S470-471 (abstr # PO05-151). *

226. O'Brien EC, Kim S, Hess PL, et al, for the ORBIT-AF Investigators. Impact of the 2014 atrial fibrillation guideline on the proportion of patients recommended for oral anticoagulation. AHA Annual Scientific Session 2014; abstract #18703 **

USCA5 4254

227. Vemulapalli S, Kim S, Thomas L, et al for the ORBIT-AF Investigators. Blood pressure control in community dwelling patients with atrial fibrillation: results from the ORBIT-AF Registry. AHA Annual Scientific Session 2014; abstract #19349 **

228. Hess PL, Kim S, Piccini J, et al for the ORBIT-AF Investigators.  Who's left behind? Characterization of atrial fibrillation outpatients eligible but untreated with oral anticoagulants. . AHA Annual Scientific Session 2014; abstract #16811 **

229. O;Brien EC, Simon DN, Singer DE, et al for the ORBIT-AF Investigators. The ORBIT-AF bleeding score: a simple score to assess major bleeding risk in atrial fibrillation. . AHA Annual Scientific Session 2014; abstract # 18832 *

230. Jackson LR, Kin S, Piccini JP et al. for the ORBIT-AF Investigators. Sinus node dysfunction is associated with higher symptom burden and increased risk of progression to permanent atrial fibrillation: results from ORBIT-AF Registry. . AHA Annual Scientific Session 2014; abstract #15680 **

231. Allen LA, Fonarow GC, Holmes DN et al. for the ORBIT-AF Investigators. Digoxin use and subsequent outcomes among patients with and without heart failure in a contemporary atrial fibrillation cohort: outcomes registry for better informed treatment of atrial fibrillation (ORBIT-AF). AHA Annual Scientific Session 2014; abstract #16889 **

232. Steinberg BA, Shrader P, Thomas L, et al for the ORBIT-AF Investigators. Physician risk assessment adds little to empirical scores in atrial fibrillation: results from the Outcomes Registry for Better Informed treatment of Atrial Fibrillation (ORBIT-AF). Heart Rhythm Society Annual Scientific Sessions 2015; abstract # PO03-163. **

233. Blanco R, Gersh BJ, Piccini J, Reiffel JA, et al for the ORBIT-AF Investigators. Rhythm control versus rate control and clinical outcomes in patients with atrial fibrillation: results from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation. Circulation AHA annual scientific session 2015; presentation number T4046. **

234. Piccini J, Washam JB, Simon DS, …Reiffel JA, et al.  Pharmacotherapy for atrial fibrillation in patients with chronic kidney disease: insights from the Outcomes Registry for Better Informed Treatment of Atrial Fibrillation (ORBIT AF).  Eur Heart J 2016; 37 (suppl):685. **

235. Pokorney SD, Simon DN, ...Reiffel JA et al.  Patterns of amiodarone use and outcomes in clinical lpractive for atrial fibrillation: insights from the Outcomes egistry for Better Informed Treatment of Atrial Fibrillation (ORBIT AF).  Eur Heart J 2016; 37 (suppl):686. **

**FICTION.**

1. Reiffel JA.  Reload the Rules of Mulligan Golf.  Dorrance Publishing Co., Inc, 2001.

2. Reiffel JA, Kefer SR, Wise CM. Once Upon and Antigmule (or, the day Roseanna's dreams came true). AuthorHouse, Bloomington, IN, 2012

3. Reiffel JA, Kefer JE, Wise LI. My Goose Got Loose.  AuthorHouse, Bloomington, IN, 2015.

USCA5 4255

**WEB ARTICLES:**

1. Columbia University Department of Surgery, Health Tips, Electrocardiography: A simple, safe way to monitor the heart.

2. Concepts: Summer 2000 Current Issues in heart and vascular medicine. Treating atrial fibrillation (6). The Heart Institute of Spokane.

3. Reiffel JA. Impact of new antiarrhythmic drugs on clinical management of atrial fibrillation: will they change the way physicians practice? American Heart Association, 2003.

4. Kowey PR, Pepine CJ, Reiffel JA. New weapons in the war against stroke. 2003. www.the Heart.org.

5. Reiffel JA. Class IC agents for the management of atrial fibrillation. ISHNE AF World-Wide Symposium. http:af-symposium.org/all_topics.php October 2005.

6. Reiffel JA. Roles of antiarrhythmic drugs when used for AF. ISHNE AF World-Wide Symposium. http://af-symposium.org/all_topics.php October 2005.

7. Reiffel JA. A second look at recent trials in atrial fibrillation: What do these trials really show us and how may they apply to future therapies. ISHNE Atrial Fibrillaiton World-Wide Internet Symposium. http://af-symposium.org, April 2007.

8. Tchou PJ, Reiffel JA, Schweikert RA, Walid S, Cummings JE. Atrial fibrillation: applying new guidelines in clinical practice. MEDSCAPE. June 2007. www.medscape.com/viewprogram/7372?src=mp

9. Kowey PR, Reiffel JA, Ruskin JN. Progressive management of atrial fibrillation for optimal control: novel agents and interventions. The HEART.org August 2007. http://www.theheart.org/article/754399.do

10. Tchou PJ, Reiffel JA., Schweikert RA, Saliba WI, Cummings JE. Atrial Fibrillation: Applying New Guidelines in Clinical Practice. MEDSCAPE. October 2007. http://www.medscape.com/viewprogram/7372?src=0_nl_cme_8

11. Reiffel JA, Camm AJ, Defining Adequate Endpoints in Atrial Fibrillation Trials. The CREATE annual advisory meeting. www.theheart.org/article/836483.do

12. Reiffel JA. Atrial specific antiarrhythmics – how do they work? CD2. www.a2online.org

13. Reiffel JA. The challenges of managing older patients with AFib. www.AFMD.net Sept. 2008.

14. Reiffel JA. Emerging pharmacologic therapies of atrial fibrillation. ISHNE AF World-Wide Symposium. http:af-symposium.org/all_topics.php October 2009.

15. Reiffel JA. Prolonging the time to recurrence of symptomatic atrial fibrillation in patients without structural heart disease. http://www.medscape.com/speaker August 2009.

16. Reiffel JA. The electrophysiologist's perspective on AF management. www.vbwg.org July 6, 2009

17. Reiffel JA. New AADs for atrial fibrillation – trial data. www.jafib.com.mht (Treasure Chest

60

USCA5 4256

18. Reiffel JA. Will ranolazine be effective in atrial fibrillation? www.jafib.com.mht (Treasure Chest section) Aug 2010.

19. Reiffel JA. What have we learned from the recent trials in AF re: pharmacologic therapy? 4th ISHNE World Wide Internet Symposium on Atrial Fibrillation. Oct. 2010 http://www.ishne.org/symposia

20. Kowey PR, Reiffel JA, Wann SL. AF Management: How do you define success? June 2011. www.theheart.org/article/1230553.do

21. Reiffel JA, Suprenant BL, Reddy V. The atrial fibrillation revolution. July 2011. www.cecity.com/ce-bin/owa/eact?a=9664.

22. Reiffel JA. Pharmacologic treatment of AF: The difficult to treat patient. MEDSCAPE 2011. www.medscape.org/viewprogram/32097

23. Reiffel JA, Mentz R. Challenges with anticoagulation: Patients with atrial fibrillation following ablation or with renal impairment. MEDSCAPE 2011. www.medscape.org/viewarticle/752497

24. Reiffel JA. Ten Pearls for the Use of Antiarrhythmic Drugs for Atrial Fibrillation (AF). 2012. http://afibprofessional.cardiosource.org/Hot-Topics/2012/08/Ten-Pearls-for-the-Use-of-Antiarrhythmic-Drugs-for-Atrial-Fibrillation.aspx (a Clinical Community of Cardiosource, emerging from a partnership between the ACCF and HRS).

24. Reiffel JA. Who are atrial fibrillation candidates for antiarrhythmic drugs in this new era of ablation? Cardiac Rhythm News, March 30, 2016. http://www.cxvascular.com/crn-highlights/cardiac-rhythm-news---highlights/who-are-atrial-fibrillation-candidates-for-antiarrhythmic-drugs-in-this-new-era-of-ablation?utm_medium=email&utm_campaign=Cardiac%20Rhythm%20News%20e-newsletter%2001-04-16&utm_content=Cardiac%20Rhythm%20News%20e-newsletter%2001-04-16+CID_d2b535ca23841fd4b9837a6e411a3b2f&utm_source=Email%20marketing%20software&utm_term=Who%20are%20atrial%20fibrillation%20candidates%20for%20antiarrhythmic%20drugs%20in%20this%20new%20era%20of%20ablation

**PRIOR TESTIMONY (SINCE NOVEMBER 15, 2012):**

1. *Sanofi v. Glenmark Pharm. Inc., USA*, No. CV 14-264-RGA, 2016 WL 4569680, (D. Del. Aug. 31, 2016)

61

# APPENDIX B

# MATERIALS CONSIDERED

<u>Literature</u>

1. Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.
2. Coleman, C. I., Antz, M., & Simard, E. (2016). Real-world evidence on stroke prevention in patients with atrial fibrillation in the United States. In European Cardiac Arrhythmia Society Congress. April (Vol. 17).
3. Deitelzweig, S., Bruno, A., Trocio, J., Tate, N., Gupta, K., Lin, J., & Lingohr-Smith, M. (2016). An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. Current medical research and opinion, 32(3), 573-582.
4. Deitelzweig, S., Laliberté, F., Crivera, C., Germain, G., Bookhart, B.K., Olson, W.H., Schein, J. and Lefebvre, P. (2016). Hospitalizations and Other Health Care Resource Utilization Among Patients with Deep Vein Thrombosis Treated with Rivaroxaban Versus Low-molecular-weight Heparin and Warfarin in the Outpatient Setting. Clinical Therapeutics, 38(8), 1803-1816.
5. Gong, I. Y., & Kim, R. B. (2013). Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. *Canadian Journal of Cardiology*, 29(7), S24-S33.
6. Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med, 176(11), 1662-1671.
7. Lip, G.H., Larsen T., Skjøth, F., Rasmussen, L. (2012). Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. J Am Coll Cardiol. 60(8):738-746.
8. Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C., ... & Phatak, H. (2016). Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. International Journal of Clinical Practice, 70(9), 752-763.
9. McHorney, C.A., Crivera, C., Laliberté, F., Nelson, W.W., Germain, G., Bookhart, B., Martin, S., Schein, J., Lefebvre, P. and Deitelzweig, S. (2015). Adherence to non-vitamin-K-antagonist oral anticoagulant medications based on the Pharmacy Quality Alliance measure. Current medical research and opinion, 31(12), 2167-2173.
10. Merli, G. J., Hollander, J. E., Lefebvre, P., Laliberté, F., Raut, M. K., Olson, W. H., & Pollack Jr, C. V. (2015). Rates of hospitalization among patients with deep vein thrombosis before and after the introduction of rivaroxaban. Hospital Practice, 43(2), 85-93.

11. Miller, C. S., Grandi, S. M., Shimony, A., Filion, K. B., & Eisenberg, M. J. (2012). Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. The American journal of cardiology, 110(3), 453-460.

12. Ruff, C. T., Giugliano, R. P., Braunwald, E., Hoffman, E. B., Deenadayalu, N., Ezekowitz, M. D., ... & Yamashita, T. (2014). Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. The Lancet, 383(9921), 955-962.

13. Schneeweiss, S., Gagne, J. J., Patrick, A. R., Choudhry, N. K., & Avorn, J. (2012). Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. Circulation: Cardiovascular Quality and Outcomes, 5(4), 480-486.

14. Staerk, L., Fosbøl, E. L., Lip, G. Y., Lamberts, M., Bonde, A. N., Torp-Pedersen, C., ... & Olesen, J. B. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. European Heart Journal, ehw496.

15. Yao, X., Abraham, N. S., Alexander, G. C., Crown, W., Montori, V. M., Sangaralingham, L. R., ... & Noseworthy, P. A. (2016). Effect of adherence to oral anticoagulants on risk of stroke and major bleeding among patients with atrial fibrillation. Journal of the American Heart Association, 5(2), e003074.

<u>Depositions</u>

1. DiBattiste, Peter (Vols. 1 and 2)
2. Nessel, Christopher (Vols. 1 and 2)
3. Byra, William (Vols. 1 and 2)

<u>Expert Reports</u>

1. Bussey, Henry
2. Gerstman, Bud
3. Gosselin, Robert
4. Kessler, David
5. Peters, Edward
6. Smart, Frank

<u>Other Documents Considered</u>

1. FDA. (2011). FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee. Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM270796.pdf
2. FDA Cardiovascular and Renal Drugs Advisory Committee. (2011, September 8). NDA 202439 – Dose selection [PPT presentation]. Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM272002.pdf

3. FDA Cardiovascular and Renal Drugs Advisory Committee. (2011, September 8). NDA 202439 – Issues affecting interpretation of efficacy [PPT presentation]. Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM272004.pdf

4. Peters, G. (2011, September 8). Rivaroxaban (Xarelto) [PPT presentation]. Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM272005.pdf

5. Hilzenrath, D., & Babcock, C. (2015, November 20). Drug problems: Duke reassessing data from trial led by FDA nominee. Retrieved from http://www.pogo.org/blog/2015/11/drug-problems-duke-reassessing-data-drug-trial.html

6. Email. (2016, May 6). RE: IND 75238 – Request for Information – ROCKET AF. (XARELTO_JANSSEN_24625785 to XARELTO_JANSSEN_24625786)

7. Email. (2016, May 12). RE: IND 75238 – ROCKET AF – Request for Information. (XARELTO_JANSSEN_24859466 to XARELTO_JANSSEN_24859467)

8. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall - 9/29/15 (XARELTO_JANSSEN_16378492- XARELTO_JANSSEN_16378498)

9. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –10/15/15 (XARELTO_JANSSEN_18700909)

10. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –11/13/15 (XARELTO_JANSSEN_18700973)

11. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –12/14/15 (XARELTO_JANSSEN_18701018)

12. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –12/21/15 (XARELTO_JANSSEN_16398074- XARELTO_JANSSEN_16398078)

13. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –12/23/15 (XARELTO_JANSSEN_18701033 - XARELTO_JANSSEN_18701035)

14. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –01/21/16 (XARELTO_JANSSEN_19388970- XARELTO_JANSSEN_19388979)

15. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –02/01/16 (XARELTO_JANSSEN_18701073)

16. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -02/05/16 (XARELTO_JANSSEN_23524252)

17. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall –03/07/16 (XARELTO_JANSSEN_23524303)

18. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -03/22/16 (XARELTO_JANSSEN_23524337)

19. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -04/01/16 (XARELTO_JANSSEN_23524352)

20. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -04/18/16 (XARELTO_JANSSEN_23524377)

21. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -05/06/16 (XARELTO_JANSSEN_23524427)

22. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -05/13/16 (XARELTO_JANSSEN_24625807 - XARELTO_JANSSEN_24625815)

23. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -06/23/16 (XARELTO_JANSSEN_24277232)

24. Janssen Research & Development Responses to FDA Requests for Information Regarding the Alere INRatio Monitor System Recall -07/07/16 (XARELTO_JANSSEN_24625891 - XARELTO_JANSSEN_24625896)

25. Hilzenrath, D. (2016, July 13). Faulty blood devices to be withdrawn from market. Retrieved from http://www.pogo.org/blog/2016/07/faulty-blood-testing-devices-to-be-withdrawn.html

26. Hilzenrath, D. (2016, July 13). FDA says faulty devices had minimal impact on trial led by new boss. Retrieved from http://www.pogo.org/blog/2016/07/fda-faulty-devices-had-minimal-impact.html

27. European Medicines Agency. (2016, July 15). Assessment report for the post-authorisation measure LEG 037.3. (XARELTO_BPAG_39519273-XARELTO_BPAG_39519283)

28. Rose, M. (2016, September 26). ROCKET AF Reanalysis Reviews. Retrieved from FDA website: http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202439Orig1s000RocketAFReanalysis.pdf