UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL**

NOW COME Plaintiffs who submit that on January 20, 2017, Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection From Anticoagulant-Related Bleeds was filed into the record [Rec. Doc. 5116] ("Reiffel Motion").  Exhibits A and D attached to the Reiffel Motion refer to or contain information that has been designated confidential.  Accordingly, movers request that Exhibits A and D attached to the Reiffel Motion be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits A and D attached to Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection From Anticoagulant-Related Bleeds be filed UNDER SEAL.

Respectfully submitted,

Dated:  January 20, 2017

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**