BOUDREAUX, JOSEPH J JR.
MRN:
DOB: , Sex: M

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Boudreaux, Joseph J Jr. | | | Male | 02/08/42 (73 yrs) |

| Address | Phone | EMail | Employer |
|---|---|---|---|
| 303 BARRILLEAUX ST LOCKPORT LA 70374 | 985-532-7109 (H) 985-688-1443 (M) | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andre D. Duplantis, MD 985-537-7575 | 10/27/15 | 11/26/15 |

## Admission Information - Hospital Account/Patient Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arrival Date/Time: | 01/07/2014 11:29 AM | Admit Date/Time: | 01/07/2014 3:49 PM | IP Adm. Date/Time: | None |
| Admission Type: | Urgent | Point of Origin: | Transfer From One Distinct Unit Of A Hospital To Another Distinct Unit | Admit Category: | None |
| Means of Arrival: | Ambulance Service | Primary Service: | Med/surg | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Ochsner Service Area | Unit: | Stah Emergency Department |
| Admit Provider: | Jack W. Heidenreich, MD | Attending Provider: | Jack W. Heidenreich, MD | Referring Provider: | None |

## Admission Information

| Attending Provider | Admission Dx | Admitted On |
|---|---|---|
| | | 01/07/14 |

| Service | Isolation | Code Status |
|---|---|---|
| Emergency Medicine | | Prior |

| Allergies |
|---|
| No Known Allergies |

## Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 01/09/2014 1:09 PM | Home Or Self Care | None | None | Stah Emergency Department |

## Final Diagnoses (ICD-9-CM)

| Principal | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | 427.31 | Atrial fibrillation | | | | |
| | 428.31 | Acute diastolic heart failure | | | | |
| | 428.0 | Congestive heart failure, unspecified | | | | |
| | 511.9 | Unspecified pleural effusion | | | | |
| | 789.1 | Hepatomegaly | | | | |
| | 789.59 | Other ascites | | | | |
| | 276.8 | Hypopotassemia | | | | |
| | 786.59 | Other chest pain | | | | |
| | 425.4 | Other primary cardiomyopathies | | | | |
| | 401.9 | Unspecified essential hypertension | | | | |
| | 250.00 | Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled | | | | |
| | 600.00 | Hypertrophy of prostate without urinary obstruction and other lower urinary tract symptoms (LUTS) | | | | |

## Events

USCA5 104
JBoudreaux-OStAGH-MD-000002

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX, JOSEPH J JR.
MRN:
DOB:             Sex: M
Acct #:
Adm: 1/7/2014

### Events (continued)

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 01/07/14 1129 | ED Arrival | | STAH EMERGENCY DEPARTMENT | | |
| 01/07/14 1131 | ED Roomed | Emergency | STAH EMERGENCY DEPARTMENT | ED 05/ED 05 | Emergency Medicine |
| 01/07/14 1547 | Discharge | Emergency | STAH EMERGENCY DEPARTMENT | ED 05/ED 05 | Emergency Medicine |

### Allergies as of 11/16/2015

No Known Allergies

### Immunizations

| Name | Date |
|---|---|
| Influenza - High Dose | 10/27/15 |
| Influenza - High Dose | 11/01/13 |
| Influenza - Quadrivalent | 10/14/14 |
| Influenza Split | 10/26/12 |
| Pneumococcal Conjugate | 02/07/14 |

**Medical as of 1/7/2014**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| Hypertension [401.9 (ICD-9-CM)] | | | Provider |
| BPH (benign prostatic hyperplasia) [600.90 (ICD-9-CM)] | | | Provider |

### Hospital Problem List as of 1/7/2014

Reviewed: 1/7/2014 by Jack W Heidenreich, MD

| | Codes | Last Modified | POA |
|---|---|---|---|
| Hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 1/7/2014 | Yes |
| CHF (congestive heart failure) | ICD-10-CM: I50.9 ICD-9-CM: 428.0 | 1/7/2014 | Yes |
| Ascites | ICD-10-CM: R18.8 ICD-9-CM: 789.59 | 1/7/2014 | Yes |
| Atrial fibrillation | ICD-10-CM: I48.91 ICD-9-CM: 427.31 | 1/7/2014 | Yes |
| BPH (benign prostatic hyperplasia) | ICD-10-CM: N40.0 ICD-9-CM: 600.90 | 1/7/2014 | Unknown |

### Non-Hospital Problem List as of 1/7/2014

Reviewed: 1/7/2014 by Jack W Heidenreich, MD

| | Codes | Last Modified |
|---|---|---|
| Gout, chronic | ICD-10-CM: M1A.9XX0 ICD-9-CM: | 1/7/2014 |

USCA5 105

JBoudreaux-OStAGH-MD-000003

| STAH EMERGENCY DEPARTMENT | BOUDREAUX, JOSEPH J JR. |
|---|---|
| 4608 Highway 1 | MRN: |
| Raceland LA 70394-2623 | DOB:            Sex: M |
| Inpatient Record | Acct # |
|  | Adm: 1/7/2014 |

**Non-Hospital Problem List as of 1/7/2014 (continued)**          Reviewed: 1/7/2014 by Jack W Heidenreich, MD

| | Codes | Last Modified |
|---|---|---|
| | 274.02 | |

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 1/7/2014 11:29 | Urgent | Ambulance Service | Self | Emergency Medicine | Emergency |

### Arrival Complaint
-

### Chief Complaint
Irregular Heart Beat [160319]          new onset a-fib per 12 lead ekg.

### Diagnosis

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| CHF (congestive heart failure) [428.0] | | Ryan M. Wolfort, MD | 1/7/2014 2:51 PM |

### ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Ryan M. Wolfort, MD | Attending Provider | 01/07/14 1134 | 01/07/14 1547 | 985-537-8365 | |
| John R Shutts, RN | Registered Nurse | 01/07/14 1131 | -- | | |

### ED Disposition
Discharge/Readmit     Admit to Heidenreich

## ED Provider Notes

**ED Provider Notes by Ryan M. Wolfort, MD at 1/7/2014 10:57 PM**

| Author: Ryan M. Wolfort, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 1/7/2014 11:03 PM | Note Time: 1/7/2014 10:57 PM | Status: Signed |
| Editor: Ryan M. Wolfort, MD (Physician) | | |

## History

**Chief Complaint**
- Irregular Heart Beat

**No Known Allergies**

**HPI**
Older male presents to the ER with a CC of SOB and rapid heart rate
Pt was seen at NP Torres and was noted to be in new onset atrial fibrillation
Pt with no real heart history- states he felt more lethargic lately for 3 days
Denies chest pain but has a significant shortness of breath (and DOE)
Pt with exam consistent with pulmonary edema and an irregularly irregular HR
No neurologic impairment is appreciated in the ER. GCS 15- normal neuro exam

USCA5 106

JBoudreaux-OStAGH-MD-000004

| STAH EMERGENCY DEPARTMENT | BOUDREAUX,JOSEPH J JR. |
|---|---|
| 4608 Highway 1 | MRN: |
| Raceland LA 70394-2623 | DOB: ████, Sex: M |
| Inpatient Record | Acct #: |
| | Adm: 1/7/2014 |

## ED Provider Notes (continued)

ED Provider Notes by Ryan M. Wolfort, MD at 1/7/2014 10:57 PM (continued)
Triage nurse notes no distress on presentation to the emergency room.
All initial vital signs are within acceptable range for an emergent visit.
The patient appears in stable condition. Alert and appropriate in the ER.

**Past Medical History**
- Hypertension
- BPH (benign prostatic hyperplasia)
- Diabetes mellitus

No past medical history pertinent negatives on file.

History reviewed. No pertinent past surgical history.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Hypertension | Mother | |
| Stroke | Mother | |
| Hypertension | Father | |
| Kidney disease | Father | |

**History**

**Substance Use Topics**
- Smoking status:           Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol Use:                  No
  *Comment: once yearly*

**Review of Systems**
- Constitution - Stable weight, denies fatigue, no fever, no weakness
- Eyes - No change in vision, no double vision, no tearing or redness
- Ear, Nose - No Tinnitus or earache, no nasal congestion or discharge
- Mouth,Throat - no toothache, denies dysphagia, sore throat, normal swallowing
- ***Respiratory - positive shortness of breath & DOE, no wheeze***
- Cardiovascular - Denies chest pain and palpations. No edema
- Gastrointestinal - Good appetite, Denies abdominal pain, nausea, vomiting, diarrhea, or constipation.
- Genitourinary - denies dysuria, bladder incontinence, or discharge
- Skin - Denies rash or changes in skin, no hives or welts
- Neurological - Denies weakness, seizure, or headache; no loss of consciousness
- Lymphatic- no lymphadenopathy or lymphedema noted by patient
- Endocrine - no thirst, no excessive urination, no heat/cold intolerance.
- Hematologic - Denies abnormal bleeding or bruising, no petechiae
- Musculoskeletal - Denies muscle or joint pain, back pain
- Allergic - no immunology issues, no blood disease history, no rashes

**Initial Vitals**

STAH EMERGENCY DEPARTMENT  
4608 Highway 1  
Raceland LA 70394-2623  
Inpatient Record  

BOUDREAUX, JOSEPH J JR.  
MRN:  
DOB:                     Sex: M  
Acct #:  
Adm: 1/7/2014  

## ED Provider Notes (continued)

ED Provider Notes by Ryan M. Wolfort, MD at 1/7/2014 10:57 PM (continued)

| BP | Pulse | Resp | Temp | SpO2 |
|---|---|---|---|---|
| 01/07/14 1132 | 01/07/14 1132 | 01/07/14 1132 | 01/07/14 1132 | 01/07/14 1132 |
| 137/85 mmHg | 88 | 16 | 98.1 °F (36.7 °C) | 98 % |

**Physical Exam**
- Nursing note and vitals reviewed.
- Constitutional: Appears well-developed and well-nourished.
- Head: Atraumatic. Normocephalic
- Eyes: EOMI bilaterally. Pupils are equal and reactive to light. Normal conjunctiva and lids
- Throat: Mucous membranes moist, pharynx normal, normal tonsils. No lesions
- Ears: external ears and TM normal bilaterally. Normal hearing and no drainage
- Nose: Nose normal in appearance, nares grossly normal. No discharge
- Teeth: Normal teeth and gums, no cavities or abscess. No dentures
- Neck: Normal range of motion. Neck supple. No masses, trachea midline, normal thyroid
- Cardiac: Normal rate, regular rhythm and normal heart sounds. No bruit
- Vascular: 2+ carotid, radial, & femoral pulses (equal), no edema or varicosities
- _**Pulmonary: crackles and coarse sounds at the bilateral bases**_
- Chest: Chest not tender to palpation, sternum and ribs symmetrical.
- Abdominal: Soft, no tenderness. Normal bowel sounds. Normal liver and spleen, no hernia
- Genitourinary: no flank pain on exam, no bladder pain by palpation
- Musculoskeletal- joints: Normal range of motion, no effusions. Joints stable with no asymmetry.
- Musculoskeletal: Normal tone with no atrophy. Normal digits and nails, No clubbing or digits
- Neurological: Alert and oriented x 3. No focal deficits. No sensory deficit. Reflexes grossly intact
- Skin: Skin is warm and dry. No evidence of rash or cellulitis. No abnormalities palpated

## ED Course
**Procedures**  
BNP was 1400 +

CXR shows mild bilateral pulmonary edema

EKG shows rate controlled atrial fibrillation

## Medical Decision Making
MDM: admit- wong consult and observation

## Clinical Impression:
The primary encounter diagnosis was CHF (congestive heart failure). Diagnoses of Chronic gout, Hypertension, Benign hypertrophy of prostate, and Diabetes mellitus type 2 in obese were also pertinent to this visit.