STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB           , Sex: M
Acct #:
Adm: 1/7/2014

## ED Provider Notes (continued)

**ED Provider Notes by Ryan M. Wolfort, MD at 1/7/2014 10:57 PM (continued)**

Ryan M. Wolfort, MD
01/07/14 2303

Electronically signed by Ryan M. Wolfort, MD on 1/7/2014 11:06 PM

## ED Notes

**ED Notes by Cassandra Trosclair at 1/7/2014 11:35 AM**

| | | |
|---|---|---|
| Author:  Cassandra Trosclair | Service:  Emergency Medicine | Author Type:  Technician |
| Filed:  1/7/2014 11:35 AM | Note Time:  1/7/2014 11:35 AM | Status:  Signed |
| Editor:  Cassandra Trosclair (Technician) | | |

Patient on cardiac monitor, automatic blood pressure cuff and pulse oximeter.

Electronically signed by Cassandra Trosclair on 1/7/2014 11:35 AM

## Consult Notes

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM**

| | | |
|---|---|---|
| Author:  Kenneth E Wong, MD | Service:  Cardiology | Author Type:  Physician |
| Filed:  1/7/2014  4:00 PM | Note Time:  1/7/2014 12:54 PM | Status:  Signed |
| Editor:  Kenneth E Wong, MD (Physician) | | |

Consult Orders:
  1. Inpatient consult to Cardiology-CIS [80379239] ordered by Ryan M. Wolfort, MD at 01/07/14 1246

Consult Note
Cardiology

Consult Requested By: **Wolford**
Reason for Consult: **Afib/flutter**

## SUBJECTIVE:

**History of Present Illness:**
Patient is a 71 y.o. male presents to PCP this am with SOB/ chest heaviness and "indigestion".  EKg performed and revealed Afib/flutter with controlled rate. Seen in ER and further evaluation also reveals associated orthopnea, DOE which has progressively worsened .
Scheduled Meds:

Generated on 11/16/2015  1:07 PM

USCA5 109

JBoudreaux-OStAGH-MD-000007

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB: ███████ Sex: M
Acct #: ████████
Adm: 1/7/2014

## Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**

| | | | |
|---|---|---|---|
| • [COMPLETED] aspirin | 81 mg | Oral | ED 1 Time |
| • furosemide | | | |
| • furosemide | 40 mg | Intravenous | ED 1 Time |

allopurinol 300mg daily,
norvasc 5mg daily
ASA 81mg daily
Proscar 5mg daily
Fish oil 1000mg daily
Lisinopril/HCTZ20-25mg daily
metformin500mg daily
Hytrin 10mg daily

Continuous Infusions:
PRN Meds:.

No Known Allergies

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Hypertension | |
| • BPH (benign prostatic hyperplasia) | |

### Past Surgical History

| Procedure | Date |
|---|---|
| • Prostate surgery | |
| *biospy* | |

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Stroke | Mother | |
| • Hypertension | Father | |
| • Kidney disease | Father | |

### History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol Use: | Yes |
| *Comment: once yearly* | |

**Review of Systems:**

Generated on 11/16/2015  1:07 PM

USCA5 110

JBoudreaux-OStAGH-MD-000008

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB:                  Sex: M
Acct #:
Adm: 1/7/2014

---

### Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**

### OBJECTIVE:

**Vital Signs (Most Recent)**
Temp: 98.1 °F (36.7 °C) (01/07/14 1132)
Pulse: 88  (01/07/14 1132)
Resp: 16  (01/07/14 1132)
BP: 137/85 mmHg (01/07/14 1132)
SpO2: 98 % (01/07/14 1132)

**Vital Signs Range (Last 24H):**
Temp:  [97 °F (36.1 °C)-98.1 °F (36.7 °C)]
Pulse:  [88-92]
Resp:  [16-20]
BP: (132-137)/(74-85)
SpO2:  [96 %-98 %]

**Physical Exam:**General appearance: alert, appears stated age and cooperative
Head: Normocephalic, without obvious abnormality, atraumatic
Eyes: conjunctivae/corneas clear. PERRL
Neck: no carotid bruit, + JVD and supple, symmetrical, trachea midline
Lungs: mildly increased respiratory effort. Few crackles L base
Chest Wall: no tenderness
Heart:irregular rate and rhythm, S1, S2 variable with +S3, soft HS murmur,no click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses,  no organomegaly, obese protuberant with umbilical hernia.
Extremities: Extremities normal, atraumatic, no cyanosis, clubbing, 1+ edema
Pulses: Dorsalis Pedis R: 1+ (normal)/L:12+ (normal)
Skin: Skin color, texture, turgor normal. No rashes or lesions
Neurologic: Normal mood and affect
Alert and oriented X 3

No Known Allergies

**Past Medical History**

| Diagnosis | Date |
| --- | --- |
| • Hypertension | |

Generated on 11/16/2015  1:07 PM

USCA5 111

JBoudreaux-OStAGH-MD-000009

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN: ▮▮▮▮
DOB: ▮▮▮▮   Sex: M
Acct #: ▮▮▮▮▮▮
Adm: 1/7/2014

## Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**
- BPH (benign prostatic hyperplasia)

### Past Surgical History

| Procedure | Date |
|---|---|
| • Prostate surgery | |
| *biospy* | |

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Stroke | Mother | |
| • Hypertension | Father | |
| • Kidney disease | Father | |

### History

**Substance Use Topics**
- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used
- Alcohol Use:            Yes
  *Comment: once yearly*

**Review of Systems:**
Eyes: negative
Respiratory: positive for dyspnea on exertion
Cardiovascular: positive for chest pressure/discomfort
Gastrointestinal: positive for dyspepsia
Musculoskeletal:positive for muscle weakness
Neurological: negative

## OBJECTIVE:

**Vital Signs (Most Recent)**
Temp: 98.1 °F (36.7 °C) (01/07/14 1132)
Pulse: 88  (01/07/14 1132)
Resp: 16  (01/07/14 1132)
BP: 137/85 mmHg (01/07/14 1132)
SpO2: 98 % (01/07/14 1132)

**Vital Signs Range (Last 24H):**
Temp: [97 °F (36.1 °C)-98.1 °F (36.7 °C)]
Pulse: [88-92]
Resp: [16-20]
BP: (132-137)/(74-85)
SpO2: [96 %-98 %]

**Laboratory:**

---

Generated on 11/16/2015  1:07 PM

USCA5 112

JBoudreaux-OStAGH-MD-000010

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN: ▮▮▮▮▮
DOB ▮▮▮▮▮   Sex: M
Acct #: ▮▮▮▮▮
Adm: 1/7/2014

## Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**

Chemistry:
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 1/7/2014 |
| K | 3.5 | 1/7/2014 |
| CL | 105 | 1/7/2014 |
| CO2 | 26 | 1/7/2014 |
| BUN | 15 | 1/7/2014 |
| CREATININE | 0.8 | 1/7/2014 |
| CALCIUM | 10.1 | 1/7/2014 |

Cardiac Markers:
Lab Results

| Component | Value | Date |
|---|---|---|
| TROPONINI | see below | 1/7/2014 |

Cardiac Markers (Last 3):
Lab Results

| Component | Value | Date |
|---|---|---|
| TROPONINI | see below | 1/7/2014 |

CBC:
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 9.06 | 1/7/2014 |
| HGB | 13.8* | 1/7/2014 |
| HCT | 42.4 | 1/7/2014 |
| MCV | 88 | 1/7/2014 |
| PLT | 226 | 1/7/2014 |

Lipids:
No results found for this basename: CHOL, TRIG, HDL, LDLDIRECT

Coagulation:
Lab Results

| Component | Value | Date |
|---|---|---|
| INR | 1.1 | 1/7/2014 |
| APTT | 27.7 | 1/7/2014 |

**Diagnostic Results**:
Labs: Reviewed
ECG: Reviewed

## ASSESSMENT/PLAN:

New Afib/flutter of unknown duration, with borderline RVR
Poor FC due to new afib and RVR OE
Mild diastolic CHF acute

USCA5 113

JBoudreaux-OStAGH-MD-000011

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB:          Sex: M
Acct #
Adm: 1/7/2014

## Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**

HTN DM

**Plan:**
**Start lopressor 25 bid for better HR control, add amiodarone to see if he'll convert to SR. Anticoagulate.**
**Echo.**
**Diurese with iv lasix**
**Continue lisinopril**
**R/o MI on tele.**

Electronically signed by Kenneth E Wong, MD on 1/7/2014  4:00 PM

## Procedure Notes

**Procedures filed by Historical Provider, MD at 1/8/2014 10:45 AM**

Author:  Historical Provider, MD        Service:  (none)            Author Type:  Physician
Filed:  1/8/2014 10:45 AM               Note Time:  1/8/2014  8:55 AM        Status:  Signed
Editor:  Transcription Incoming Interface
  Procedure Orders.
  1. LAB REPORT [80457988] ordered by  at 01/07/14 1131

Scan on 1/8/2014  8:55 AM : WOLFORT, RYAN (below)

Generated on 11/16/2015  1:07 PM

USCA5 114

JBoudreaux-OStAGH-MD-000012