UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:     JUDGE ELDON E. FALLON

Joseph Orr, Jr. et al. v. Janssen et al.     MAGISTRATE NORTH
Case No. 2:15-cv-03708

**MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE**

# (Filed Under Seal)