**TULANE UNIVERSITY**  
**HOSPITAL & CLINIC**  
1415 Tulane Avenue  
New Orleans, LA 70112  

Name: **ORR, SHARYN M**          **D000285449**  
DOB: **10/21/47**          Admit Date: **04/29/11**  
LOCATION **D.UPTC**  

Account #          Dict. Date: **04/29/11**  

**Clinic Progress Notes**

---

DATE: 04/29/2011

CHIEF COMPLAINT: Bronchitis.

HISTORY OF PRESENT ILLNESS: Ms. Orr is a 63-year-old patient who is coming to see me because of a cough. She states she has been feeling short of breath when she walks, associated with some pressure in her chest. She feels as if she is coughing more than she should. She is not having any other symptoms associated.

PAST MEDICAL HISTORY: Type 2 diabetes, hypertension, hyperlipidemia. She does have a history of a thyroid nodule that was aspirated several years ago.

SURGICAL HISTORY: Includes a bilateral salpingo-oophorectomy and hysterectomy and a cholecystectomy.

MEDICATIONS: Benazepril/hydrochlorothiazide 20 per 12.5 mg 2 tablets in the morning, benazepril 40 mg q.p.m., metformin XL 500 mg 2 p.o. b.i.d., Lipitor 80 mg one-half tablet daily, glipizide 5 mg q.a.m., aspirin 81 mg.

REVIEW OF SYSTEMS: Otherwise negative. No palpitations. No sweats. No radiating symptoms. No diarrhea.

PHYSICAL EXAMINATION:  
GENERAL: This is an alert patient in no distress.  
VITAL SIGNS: Weight is unchanged at 175. Pulse is irregular and difficult to palpate. Her blood pressure is 170/90.  
NECK: Supple.  
LUNGS: Clear except in the left base, I thought I heard a few crackles.  
HEART: Irregular rhythm varying from about 100 to 130 beats per minute. No gallops are detected.  
ABDOMEN: Soft and nontender. No organomegaly. She has no edema.

Chest x-ray was performed revealing some mild cardiomegaly and perhaps a little bit of cephalization of flow. No effusions seen. No infiltrates. EKG is atrial fibrillation, rate is 126 beats per minute, normal axis, a few PVCs were seen.

ASSESSMENT: This is a 63-year-old patient who presents with atrial fibrillation, new onset, probably just in the last 2 days. She is having some signs of congestive heart failure.

PLAN: I am referring her to the emergency room. I will call cardiology.


DICTATED BY: Terry L Cummings, MD  
IN: CUMTE / 37SS9 / REV NO:  / 80520 / WT: D.UPTCE2-CPRG


Run: 11/08/12-09:36 by CUMMINGS,TERRY L

Additional copy                                            Page 1 of 2

SOrr-PPR-005131

Clinic Progress Notes

**Patient:**   ORR,SHARYN M                                                **Account #:**   ▓▓▓▓▓▓
                                                                           **Medical Record #:**   ▓▓▓▓▓▓
_____
DD: 04/29/2011 13:14:27  DT: 04/29/2011 21:34:05 DS: 04/29/2011
HIS#: 41250315



Electronically Signed by Terry L Cummings, MD on 04/30/11 at 0823
                                (Signature on File)
                              Terry L Cummings, MD



04/29/11 1314
04/29/11 2134     HLT

Run: 11/08/12-09:36 by CUMMINGS,TERRY L

Additional copy                                                            Page 2 of 2