STAMP LARGE
GOES HERE

| DANGEROUS/UNACCEPTABLE ABBREVIATIONS - DO NOT USE |
| --- |
| QD  QOD  U  IU  MS  MSO4  MgSO4  Trailing Zero  Lack of leading Zero |
| *** ALL PRN MEDICATIONS ORDERED MUST HAVE A REASON *** |

ADMIT TO:  ☐ OUTPATIENT   ☐ OBSERVATION   ☐ INPATIENT

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER |
| --- | --- | --- |
| 4/30/2011 | 10:50 AM | |

1. heart healthy, low sodium diet.
2. CBC, BMP, Mg, Phos in AM of 5/1/2011
3. d/c HCTZ
4. Change atenolol to 50mg PO BID
5. Start Pradaxa 150 mg PO BID
6. Magnesium Sulfate, give 2 grams IV x1 now, ☑ done
   BMP 30 minutes after dosing completed
7. d/c Lovenox
8. KCl 40 meq PO x1 now ☑ done
9. Magnesium Chloride (Slomag), ii 64 mg tabs PO daily

Christo Ballow
538-1692

to chart
Nomila, RN
04-30-11 1945

Physician's Signature     Date & Time    Nurse's Signature    Date & Time
                                         Nomila, RN 04-30-11  1205

DO NOT USE FORM AFTER THE ORDERS HAVE BEEN SIGNED AND FAXED/SCANNED

Tulane Medical Center
1415 TULANE AVENUE
NEW ORLEANS, LA 70112

PHYSICIAN'S ORDER FORM

ORR, SHARYN M
D.5211-P
04/29/11
SEX: F
Anwar, Asif, MD

USCA5 4690
SOrr-PPR-005315