```
TULANE              Name: ORR,SHARYN M                    D000285449
MEDICAL CENTER      DOB:                  Admit Date: 04/29/11
1415 Tulane Avenue  LOCATION D.5CT        Dis Date:   05/01/11
New Orleans, LA 70112
                    Account #:
```

Discharge Summary

SERVICE: CCU.

RESIDENT: Heather R Echols, MD - Pager #538.

HISTORY OF PRESENT ILLNESS: The patient is a 63-year-old woman with past medical history of diabetes, hypertension, and dyslipidemia who presented to the hospital with shortness of breath and fatigue x1 month, found to have atrial fibrillation with rapid ventricular response. Please see HPI for full details.

HOSPITAL COURSE BY PROBLEM:
1. Atrial fibrillation. The patient at the time of presentation had elevated troponin, thought to be secondary to her atrial fibrillation. At that time, cardiac enzymes were trended. She was noted to have a troponin of 0.44. At the time of admission, her following troponin the next day was 0.37. At the time of admission, for rate control, she was on started on atenolol 50 mg b.i.d. the patient on hospital day #2, spontaneously converted to normal sinus rhythm. Given that the patient's CHADS 2 score was with a score of 2, she started on Pradaxa 150 mg b.i.d. At the time of discharge, the patient was continued on metoprolol ER 100 mg p.o. daily and Pradaxa 150 mg p.o. q.12h.
2. Hypertension. The patient while in-house had blood pressures elevated mainly in the 140 to 150s. She was started on Cardizem CD 120 mg p.o. daily and continued on her home dose of benazepril 40 mg p.o. daily. The patient was continued on these medications as an outpatient.
3. Diabetes. The patient while in-house was placed on insulin sliding scale. Her blood glucoses range in the 100s to 200s. She was covered with regular insulin sliding scale. At the time of discharge, the patient was continued on her home dose of metformin 1000 mg b.i.d. and glipizide extended release 10 mg daily.
4. Electrolyte abnormalities. The patient at the time of presentation was noted to have a potassium of 2.9 and a magnesium of 1.4. The patient was given p.o. and IV potassium and magnesium. At the time of discharge, her magnesium was 2.5 and her potassium was 4.9.

PROCEDURES PERFORMED AND FINDINGS: The patient had a 2D echo on April 29, 2011 which showed an ejection fraction of 50% to 55%, pulmonary artery pressure of 70 mmHg, mild mitral regurgitation, and mild tricuspid regurgitation. Normal left ventricular regional wall motion and global systolic function. Next, the patient had a TSH done, which was 0.097 with a free T4, which was 1.43. The patient had a hemoglobin A1c done, which was 7.2. The patient had a Chest x-ray done on April 29, 2010, which showed cardiomegaly with no evidence of any acute cardiopulmonary process.

DISCHARGE MEDICATIONS: Please see MediTech for discharge medications.

DISPOSITION: The patient is to follow up with Dr. Sander in 2 weeks, and the patient is to follow up with her primary care physician, Dr. Terry Cummings in approximately 1 to 2 weeks.

I have reviewed summary and treatment plan with Dr. Echolds and I agree.
GES

New Orleans - Patient Care Inquiry (PCI: OE Database COCTU)

Run: 06/27/11-14:46 by MCGOWAN,ANISSA R                          Page 1 of 2

Discharge Summary

Patient: ORR,SHARYN M  Account #: 
  Medical Record #:

DICTATED BY: Heather R Echols, MD
IN: SANGA / 37SBO / REV NO: / 171174 / WT: D.MEDIE-DS
DD: 05/01/2011 12:18:13  DT: 05/01/2011 16:28:11 DS: 05/01/2011
HIS#: 41264223


Electronically Signed by Gary E Sander, MD on 05/04/11 at 1518
                        (Signature on File)
                        Gary E Sander, MD


05/01/11 1218
05/01/11 1628    HLT


New Orleans - Patient Care Inquiry (PCI: OE Database COCYU)

Run: 06/27/11-14:46 by MCGOWAN,ANISSA R                Page 2 of 2

USCA5 4692
SOrr-PPR-003916