Protected - Subject to Further Protective Review

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


  IN RE:  XARELTO            )   MDL No.:  2592
  (RIVAROXABAN) PRODUCTS     )   Section:  L
  LIABILITY LITIGATION       )   Judge Eldon E. Fallon
                             )   Mag. Judge North
                             )
                             )
                             )
  JOSEPH ORR, JR., as        )
  lawful surviving           )   2:15-cv-03708
  spouse of SHARYN ORR       )
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW


   Videotaped Deposition of PETER G. LIECHTY, M.D., taken on Saturday, December 3, 2016, in the office of The Lambert Firm, A.P.L.C., 701 Magazine Street, New Orleans, Louisiana 70130, commencing at 9:05 a.m.




   Reported by:
   AURORA M. PERRIEN
   CERTIFIED COURT REPORTER
   REGISTERED PROFESSIONAL REPORTER

```
 1                A P P E A R A N C E S
 2   REPRESENTING JOSEPH ORR, JR., AS LAWFUL SURVIVING
     SPOUSE OF SHARYN ORR:
 3
 4          THE LAMBERT FIRM, A.P.L.C.
            BY:  EMILY C. JEFFCOTT, ESQ.
 5          701 Magazine Street
            New Orleans, Louisiana 70130
 6          504.581.1750
            Ejeffcott@thelambertfirm.com
 7
            CAPITELLI & WICKER, INC.
 8          BY:  VINCENT E. ODOM, ESQ.
            1100 Poydras Street, Suite 2950
 9          New Orleans, Louisiana 70163-2950
            504.582.2425
10          Vincent@capitelliandwicker.com
11          GOZA & HONNOLD, L.L.C.
            BY:  BRADLEY D. HONNOLD, ESQ.
12          11181 Overbrook Road, Suite 200
            Leawood, Kansas 66211
13          913.451.3433
            Bhonnold@gohonlaw.com
14
15
16   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
     INC., and BAYER PHARMA AG:
17
            NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
18          BY:  ERIC A. PAINE, ESQ.
            1320 Main Street, 17th Floor
19          Columbia, South Carolina 29201
            803.255.5518
20          Eric.paine@nelsonmullins.com
21          NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
            BY:  WESLEY T. MORAN, ESQ.
22          1320 Main Street, 17th Floor
            Columbia, South Carolina 29201
23          803.255.5518
            Wes.moran@nelsonmullins.com
24
25
```

Protected - Subject to Further Protective Review

```
 1    REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
      JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2    ORTHO, L.L.C.:
 3
            IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 4          BY:  JAMES B. IRWIN, ESQ.
            400 Poydras Street, Suite 2700
 5          New Orleans, Louisiana 70130-3280
            504.310.2106
 6          Jirwin@irwinllc.com
 7          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
            BY:  MEERA U. SOSSAMON, ESQ.
 8          400 Poydras Street, Suite 2700
            New Orleans, Louisiana 70130-3280
 9          504.310.2106
            Msossamon@irwinllc.com
10
11
      ALSO PRESENT:
12
            MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   and whatnot, but they weren't that out of bounds.
2   So, I mean, an inherited coagulopathy, I -- I can
3   just say with more certainty than not she probably
4   doesn't have an inherited coagulopathy.  No.
5   Acquired is -- is one we're potentially talking
6   about here.
7       Q.  Well, let me -- let me just round that out
8   a little bit.
9           As far as inherited coagulopathies, is
10  there any record, fact, data, test result,
11  etcetera in her case that you could point me to
12  that would rule out an inherited coagulopathy as
13  the cause of her hemorrhage?
14      A.  I mean, normal -- normal bleeding
15  parameters.
16      Q.  And you said she had normal bleeding
17  parameters.  And by that, you're referring to PT
18  tests; right?
19      A.  Right.  Like they would stop her Xarelto
20  -- they -- she had a number of -- of coag panels
21  drawn throughout the years leading up to this and
22  all.  And she -- she -- she was never, you know,
23  that out of whack.
24      Q.  I -- I was --
25      A.  Best I can remember.  I mean, I -- correct

1   me if I'm wrong.  But I -- I don't remember her
2   ever having a PTT or anything that was really out
3   of -- out of line.  I thought her PTs all looked
4   -- you know, a high -- high normal, but relatively
5   normal.
6       Q.  Well, I -- I -- I think you're --
7   you're -- you're right in -- in some respects.
8           But let me ask you this.  You've referred
9   to other PT values that were drawn on Mrs. Orr.
10  And you said the ones -- or you referred to a
11  couple that were drawn after she had stopped
12  taking Xarelto?
13      A.  That's correct.
14      Q.  And some of those were slightly elevated,
15  but not concerningly or alarmingly elevated;
16  right?
17      A.  No.  In fact, they were -- they were
18  higher than the PT that they drew when she showed
19  up at the ER.
20      Q.  And that was my question.
21          In fact --
22      A.  Okay.
23      Q.  -- the lowest PT that's ever recorded for
24  Mrs. Orr occurred on the night she had her
25  intracerebral hemorrhage; right?

```
 1      A.   Twelve, I believe.
 2      Q.   I think it was even lower than that.
 3      A.   Or maybe -- maybe it was.
 4      Q.   Well, we're -- we're going to -- we're
 5   going to --
 6      A.   But it's -- it's essentially normal.
 7      Q.   So when a patient like Mrs. Orr presents
 8   with a normal PT value --
 9      A.   Yes.
10      Q.   -- at the time of her intracerebral
11   hemorrhage, why doesn't -- shouldn't that tend to
12   rule out all coagulopathies, including those
13   caused by potentially Xarelto?
14           MR. HONNOLD:
15                Object to the form.
16           THE WITNESS:
17                Well, I mean, the biggest -- the --
18           the biggest challenge for these
19           practitioners is that they don't know
20           that.  They don't -- they don't know that
21           it's sort of a -- it's the working
22           knowledge base of most ER doctors and
23           everything else, that the -- that there is
24           no routine lab study that can tell you
25           what -- what your status is.
```

Protected - Subject to Further Protective Review

```
 1                  C E R T I F I C A T E
 2      This certification is valid only for
 3   a transcript accompanied by my original signature
 4   and original seal on this page.
 5      I, AURORA M. PERRIEN, Registered Professional
 6   Reporter, Certified Court Reporter, in and for the
 7   State of Louisiana, as the officer before whom
 8   this testimony was taken, do hereby certify that
 9   PETER G. LIECHTY, M.D., after having been duly
10   sworn by me upon the authority of R.S. 37:2554,
11   did testify as hereinbefore set forth in the
12   foregoing 417 pages; that this testimony was
13   reported by me in the stenotype reporting method,
14   was prepared and transcribed by me or under my
15   personal direction and supervision, and is a true
16   and correct transcript to the best of my ability
17   and understanding; that the transcript has been
18   prepared in compliance with transcript format
19   guidelines required by statute or by rules of the
20   board; and that I am informed about the complete
21   arrangement, financial or otherwise, with the
22   person or entity making arrangements for
23   deposition services; that I have acted in
24   compliance with the prohibition on contractual
25   relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

1   Civil Procedure Article 1434 and in rules and

2   advisory opinions of the board; that I have no

3   actual knowledge of any prohibited employment or

4   contractual relationship, direct or indirect,

5   between a court reporting firm and any party

6   litigant in this matter nor is there any such

7   relationship between myself and a party litigant

8   in this matter.  I am not related to counsel or to

9   the parties herein, nor am I otherwise interested

10  in the outcome of this matter.

11

12

13

14

15             AURORA M. PERRIEN, CCR, RPR

16

17

18

19

20

21

22

23

24

25