UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'** *DAUBERT* **MOTION TO <u>EXCLUDE CERTAIN OPINIONS OF NATHANIEL WINSTEAD, MD</u>**

# (Filed Under Seal)