# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2592<br><br>Judge Eldon E. Fallon |

# Expert Report of Nathaniel S. Winstead, MD

By: _____
Nathaniel S. Winstead, MD

Date: 10/14/2016

USCA5 148

EXPERT REPORT OF NATHANIEL WINSTEAD, M.D.

Boudreaux, et al. v. Janssen R&D, LLC, et al., Case No. 14-cv-02720

October 14, 2016

In preparation of this report, I reviewed the medical records of Mr. Boudreaux, as well as the additional materials attached to my report (Appendix A). In forming my opinions, I have employed the same methods that I use in my regular clinical practice when evaluating and treating patients. My opinions are based on my review of the relevant literature, as well as the records and material pertaining to Mr. Boudreaux specifically. I also base my opinions on my clinical experience, background, education and training, as set forth in my curriculum vitae attached to my report (Appendix B). My fee for this matter is $500 per hour and I have not provided expert witness testimony in the previous four years. All of my opinions, as set forth in my report, are made to a reasonable degree of medical certainty. I reserve the right to supplement my opinions.

Joseph Boudreaux (DOB 2/8/1942) is a 73 year old gentleman who has a history of benign prostatic hypertrophy, diabetes, gout, heart failure, and atrial fibrillation. In early January 2014, he was admitted to Ochsner St. Anne with new onset atrial fibrillation and was started on Xarelto (rivaroxaban) 20mg by mouth every day, which he continued after discharge from the hospital.

On February 3, 2014, he presented to his cardiologist's office with complaints of weakness and fatigue, he was immediately transferred via ambulance to the emergency department at Ochsner St. Anne's hospital for medical attention. On presentation there he was noted to have a low blood pressure of 94/60, a hemoglobin of 6.7g, which is very low, and a prothrombin time (PT) of 13.6, which was above the normal reference range. On examination they found him to have melena. He was transfused 2 units of packed red blood cells and transferred to Ochsner Medical Center Kenner for further evaluation due to no Gastroenterology coverage at Ochsner St. Anne's. The Xarelto (rivaroxaban) was stopped.

His gastrointestinal bleeding was evaluated with an upper gastrointestinal endoscopy (2/4/2014) which showed suspected short-segment Barrett's esophagus, which was never confirmed through proper diagnosis, but no other abnormalities and no source for his bleeding. A colonoscopy was also performed for evaluation on 2/7/2014. This showed a lipoma in his sigmoid colon, and diverticulosis throughout his sigmoid colon, but was otherwise normal. No source for his gastrointestinal bleeding was identified on the colonoscopy. While in hospital at Ochsner Medical Center Kenner, he was treated in the intensive care unit and he received an additional 2 units of packed red blood cells, for a total transfusional requirement of 4 units of blood – approximately half of the average body's blood supply.

Case 2:14-md-02592-EEF-MBN Document 5120-6 · SEALED Filed 01/20/17 Page 4 of 13

On 2/8/2014, he was felt to be clinically stable for discharge and his bleeding had stopped. On 3/18/14, he presented as an outpatient for a videocapsule endoscopy study, which was performed to rule out small intestinal pathology for his gastrointestinal bleeding episode. This study was normal.

On 5/11/2015, Mr. Boudreaux underwent a surgical procedure to ablate a portion of his heart in order to decrease his risk for blood clots from his atrial fibrillation. This procedure was performed because it was felt that Mr. Boudreaux was at too high a risk for gastrointestinal bleeding to be safely anti-coagulated. Mr. Boudreaux subsequently developed a pericardial effusion as a complication from this procedure, for which he underwent pericardiocentesis.

The absence of a recommendation for appropriate laboratory studies to measure his anticoagulation contributed to the difficulty managing his gastrointestinal bleeding. Similarly, the lack of an available reversal agent made management of his bleeding more challenging.

In reaching my opinion, I have carefully considered the alternative risk factors for gastrointestinal bleeding, ruling in and ruling out potential causes as described below.

- Alcohol Abuse: My review of the records indicate that he did not, and does not, have a history of alcohol abuse. Therefore, I ruled out alcohol abuse as a cause of his gastrointestinal bleeding.

- Liver Disease: My review of the records indicate that he did not, and does not, have a history of alcohol abuse, liver disease, scar tissue in the liver, or portal hypertension. Therefore, I ruled out liver disease as a cause of his gastrointestinal bleeding.

- Pathologic and Anatomical Sources: As discussed above, Mr. Boudreaux underwent an upper gastrointestinal endoscopy, colonoscopy, and a video capsule endoscopy study, none of which showed an identifiable bleeding lesion. Thus, there is no identifiable source, such as an ulcer, tumor, polyp, or vascular lesion to explain the bleeding. Therefore, I ruled out pathologic and anatomical sources as a cause of his gastrointestinal bleeding.

- Steroids and Nonsteroidal Anti-Inflammatory Medications (NSAIDs): While Mr. Boudreaux had been prescribed Indocin, an NSAID, he indicated in his deposition that he only took this for episodes of gout and that he had not taken this medication in several years prior to his gastrointestinal bleeding. This fact was also confirmed by his physician, Dr. Kenneth Wong, during his deposition. Also, his list of active medications at the time of his gastrointestinal hemorrhage did not contain any steroids or other NSAIDs. Therefore, I ruled out steroids and NSAIDs as a cause of his gastrointestinal hemorrhage.

- Aspirin: Mr. Boudreaux was actively taking aspirin for years prior to his gastrointestinal hemorrhage, and before starting Xarelto, without any incidence of bleeding. He continued to take aspirin after his gastrointestinal hemorrhage (and after being discontinued from Xarelto), and has not experienced further bleeding. Further, from Mr. Boudreaux's deposition, there is substantial doubt as to whether Mr. Boudreaux was even taking aspirin at the time of his gastrointestinal hemorrhage. Therefore, I ruled out his aspirin use as a cause of his gastrointestinal hemorrhage.

- Other Medications: Besides aspirin and Xarelto, his other medications at the time of admission included Lasix, Norvasc, Proscar, Lisinopril, and Metformin. None of these medications are associated with a risk of gastrointestinal bleeding. Therefore, I ruled out his other medications as a cause of his gastrointestinal hemorrhage.

- Coagulopathy: There is nothing in his records to indicate that Mr. Boudreaux had a genetic predisposition to coagulopathy. Therefore, I ruled out inherent coagulopathy as a cause of his gastrointestinal bleeding. However, based on his high PT level, Mr. Boudreaux had acquired coagulopathy due to his Xarelto use, which I discuss in detail below. My review of his records does not indicate another basis for acquired coagulopathy.

- Anticoagulation: On presentation to the hospital, Mr. Boudreaux's active medications included Xarelto. Xarelto is associated with an increased risk of gastrointestinal bleeding compared to other anticoagulants. (Yao 2016; Lip 2012; Lip 2016; Graham 2016). His gastrointestinal hemorrhage is consistent with the typical scenario of bleeding caused by anticoagulation, and as discussed above, there is no other cause or specific source for his gastrointestinal bleeding. Moreover, there was a temporal relationship between initiation of Xarelto and the onset of his gastrointestinal hemorrhage of only a few weeks, and he had no episodes of gastrointestinal bleeding before starting Xarelto or after discontinuing Xarelto. Additionally, the large transfusion requirement and prolonged course of bleeding are typical for anticoagulant-induced bleeding.

In light of my review of the relevant materials, and having ruled in and ruled out all potential risk factors, I conclude to a reasonable degree of medical certainty that Mr. Boudreaux suffered a gastrointestinal hemorrhage and that his Xarelto (rivaroxaban) use was the most probable cause of that bleed. Further, to the extent any other factors also may have contributed to the bleed, it is my opinion to a reasonable degree of medical certainty that his use of Xarelto (rivaroxaban) was the most significant and substantial contributing factor in causing his gastrointestinal hemorrhage.

# APPENDIX A

| |
|---|
| **Materials Relied On, Reviewed, and/or Considered by Nathaniel Winstead, M.D.** |
| **All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:** |
| |
| **Depositions** |
| All depositions taken in the matter of *Joseph J. Boudreaux, Jr., et al. v. Janssen Research & Development, LLC, et al.* |
| |
| **Product Labels** |
| Xarelto Label (8/7/2013) |
| Xarelto Label (1/7/2014) |
| |
| **Literature** |
| Graham, et al. *Stroke, bleeding and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation.* JAMA (2016). |
| Lip, G.Y.H., et al. *Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: A propensity score matched analysis* . Thromb Haemost 2016; 116: 1-12. |
| Lip, G.Y.H., et al. *Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation.* JACC 2012;  60(2):1-8. |
| Yao, X, et al. *Effectiveness & Safety of Dabi, Riva, & Apixa vs Warfarin in Nonvalvular Atrial Fibrillation* . J Am Heart Assoc. 2016;5:e003725. |
| |
| **Medical Records** |
| All medical records for Joseph Boudreaux, Jr. |

Case 2:14-md-02592-EEF-MBN Document 5120-6 SEALED Filed 01/20/17 Page 8 of 13

# APPENDIX B

## *Curriculum Vitae*

# Nathaniel Scott Winstead, MD, MS, MSPH, FACP, FACG, AGAF

| | |
|---|---|
| **Home** | ███████████ |
| **Business** | Houma Digestive Health Specialists, LLC<br>1026 School Street<br>Houma, LA 70360 |
| **Education** | **University of Alabama at Birmingham School of Public Health,** Birmingham, AL<br>M.S.P.H. in Healthcare Organization and Policy (Outcomes Research), August 2007<br><br>**Tulane University School of Medicine**, New Orleans, LA<br>M.D., May 2000.<br><br>**Tulane University School of Engineering**, New Orleans, LA<br>M.S. and B.S. with Honors in Computer Science May 1996. |
| **Licensure** | Diplomate in Gastroenterology, American Board of Internal Medicine, November 2008<br>Diplomate in Internal Medicine, American Board of Internal Medicine, August 2003<br>Federal Licensure Exam, November 2001<br>Alabama Medical Licensure Commission, License #00025945, March 2004<br>Louisiana State Board of Medical Examiners, License #025020, November 2001 |
| **Employment** | **Owner, Houma Digestive Health Specialists, LLC,** *Houma, LA, November 2013 – Present*<br><br>**Principal, ClinRes, LLC,** A clinical trials management corporation, *New Orleans, LA, November 2013 – Present*<br><br>**Director of Gastroenterology Research and Medical Director of the Inflammatory Bowel Disease Center - Ochsner Health System, Department of Gastroenterology and Hepatology,** *New Orleans, LA, February 2008 – October 2013*<br><br>**Clinical Assistant Professor of Medicine- Tulane University Health Sciences Center, Department of Internal Medicine,** *New Orleans, LA, February 2008 – Present.*<br><br>**Fellow - University of Alabama at Birmingham, Department of Internal Medicine, Section of Gastroenterology and Hepatology,** *Birmingham, AL, July 2004 – December 2007.*<br><br>**Post-Doctoral Fellow - University of Alabama at Birmingham, Center for Outcomes and Effectiveness Research and Education,** *Birmingham, AL, August 2005 – July 2007.*<br><br>**Chief Resident and Clinical Instructor of Medicine - Tulane University Health Sciences Center, Department of Internal Medicine,** *New Orleans, LA, July 2003 – June 2004.*<br><br>**Resident Physician - Tulane University Health Sciences Center, Department of Internal Medicine,** *New Orleans, LA, July 2000 – June 2003.* |
| **Awards** | **Fellow, American Gastroenterological Association,** January 2016<br><br>**Fellow, American College of Gastroenterology,** November 2015.<br><br>**Fellow, American College of Physicians**, January 2010.<br><br>**AED/NIMH Junior Investigator Travel Fellowship** for the International Conference on Eating Disorders, February 2002. |

| | |
|---|---|
| | **Outstanding Internal Medicine Intern**, Tulane University School of Medicine Owl Club, May 2001. |
| | **American Federation for Medical Research Student Recognition Award** May 2000. |
| | **Bell-Northern Research Award for the Best Undergraduate Student Paper**: *"Pinball Planning and Learning in a Dynamic Real-Time Environment"*, May 1996. |
| **Publications** | Nathaniel S. Winstead and Alan D. Christiansen, "Pinball: Planning and Learning in a Dynamic Real-Time Environment"*, Proceedings of the 1994 AAAI Fall Symposium Workshop Series*, New Orleans, LA, November 4 - 6, 1994, AAAI Press, Menlo Park, CA, 1994. |
| | Nathaniel S. Winstead, "Some Explorations in Reinforcement Learning Techniques Applied to the Problem of Learning to Play Pinball", *Proceedings of the 1996 AAAI National Conference Workshop Series*, Portland, OR, August 4 - 8, 1996, AAAI Press, Menlo Park, CA, 1996. |
| | Nathaniel S. Winstead and Susan G. Willard, "Frequency of Physician Visits for GI Complaints by Anorexic and Bulimic Patients", *American Journal of Gastroenterology*, Vol. 96, 2001, pp. 1667-1668. |
| | Nathaniel S. Winstead, Review of The Continuing Professional Development of Physicians: From Research to Practice. Doody's Review Service (on-line). Available at: http://www.doody.com (Accessed September 2003). |
| | Nathaniel S. Winstead and Robert Bulat, "Pill Esophagitis", *Current Treatment Options in Gastroenterology*, Vol. 7(1), 2004, pp. 71-76. |
| | Nathaniel S. Winstead and Susan G. Willard, "Gastrointestinal Complaints in Patients with Eating Disorders", *Journal of Clinical Gastroenterology*, Vol. 40(8), 2006, pp. 678-682. |
| | Nathaniel S. Winstead and C. Mel Wilcox, "Health Related Quality of Life, Somatization, and Abuse in Sphincter of Oddi Dysfunction", *Journal of Clinical Gastroenterology,* Vol. 41(8), 2007, pp. 773-776. |
| | Nathaniel S. Winstead and C. Mel Wilcox, "Erythromycin prior to EGD for acute upper gastrointestinal hemorrhage: a cost-effectiveness analysis", *Alimentary Pharmacology and Therapeutics*. Vol. 26(10), pp. 1371-7. |
| | George Philips, Nathaniel S. Winstead, and C. Mel Wilcox, "Upper gastrointestinal bleeding from a duodenal vascular ectasia with a nutritional vitamin K deficiency", *Visual Human Journal of Endoscopy*. Vol. 6(2). |
| | Nathaniel S. Winstead and Daniel K. Winstead, "5-step plan to treat constipation", *Current Psychiatry*. May 2008. |
| | Nathaniel S. Winstead and C. Mel Wilcox, "The use of pancreatic enzyme supplements in painful chronic pancreatitis – a review", *Pancreatology,* Vol. 9(4), 2009, pp. 344-50. |
| | Jonathan Nass and Nathaniel S. Winstead, "Education Practice: Cyclic Vomiting Syndrome", *Clinical Gastroenterology and Hepatology*, Vol 8(3), 2010, pp. 245-7. |
| | Travis Wiggins, Abdul Khan, and Nathaniel S. Winstead, "Sedation and Monitoring", *Clinics in Colon and Rectal Surgery*, Vol. 23(1), 2010, pp. 14-20. |
| | Nathaniel S. Winstead, "The Challenges of Chronic Nausea and Vomiting and Normal Gastric Emptying", *Clinical Gastroenterology and Hepatology*, Vol. 9(7), 2011, pp. 534-5. |
| | Meredith Portalatin and Nathaniel S. Winstead, "Medical Management of Constipation", *Clinics in Colon and Rectal Surgery*, Vol. 25(1), 2012, pp. 12-19. |

```
```

John D. Wysocki, Sudesh Srivastav, and Nathaniel S. Winstead, "A Nationwide Analysis of Risk Factors for Mortality and Time to Endoscopy in Upper Gastrointestinal Hemorrhage", *Alimentary Pharmacology and Therapeutics*, Epub 2012 May 12.

George Zacharia, Jonathan Levine, Nathaniel S. Winstead, Mainor Antillon, Nancy Davis, "Primary Squamous Cell Carcinoma of the Pancreas Diagnosed by Endoscopic Ultrasound Guided Fine Needle Aspiration", *Journal of Gastrointestinal and Liver Disease*, Vol. 3, 2012, pp. 321-3.

**Presentations**

Nathaniel S. Winstead and Susan G. Willard, "Frequency Of Visits To Gastroenterologists And Primary Care Physicians With GI Complaints", *AED 2002 International Conference on Eating Disorders,* Boston, MA, April 25-28, 2002.

Nathaniel S. Winstead and Susan G. Willard, "Treatment Seeking For Gastrointestinal Complaints In Eating Disorder Patients", *Eating Disorders Research Society*, Charleston, SC, November, 2002.

Nathaniel S. Winstead and Susan G. Willard, "Treatment Seeking For Gastrointestinal Complaints In Eating Disorder Patients", *First Annual Functional Brain-Gut Research Group Young Investigator's Meeting,* Scottsdale, AZ, May 2-4, 2003.

Robert Kirkcaldy and Nathaniel S. Winstead, "Obsessive-Compulsive Disorder Presenting with Persistent Vomiting", *Southern Regional Meeting, Society of General Internal Medicine*, New Orleans, LA, February 12-14, 2004.

Nathaniel S. Winstead and C. Mel Wilcox, "Health-Related Quality of Life in Sphincter of Oddi Dysfunction, *Third Annual Functional Brain-Gut Research Group Young Investigator's Meeting,* Del Mar, California, March, 2005.

Nathaniel S. Winstead and C. Mel Wilcox, "Erythromycin prior to EGD for acute upper gastrointestinal hemorrhage: a cost-effectiveness analysis", *AcademyHealth Annual Research Meeting* and *NRSA Research Trainee Conference*, Orlando, FL, June 2007.

John D. Wysocki and Nathaniel S. Winstead, "Demographics of inpatient mortality due to non-variceal upper gastrointestinal hemorrhage: A Nationwide Analysis", *Louisiana Chapter Meeting of the ACG*, New Orleans, LA, March 2009.

Jonathan Nass and Nathaniel S. Winstead, "Cannabanoid Hyperemesis", *Louisiana Chapter Meeting of the ACG*, New Orleans, LA, March 2009.

John Wysocki and Nathaniel S. Winstead, "Demographic Analysis of Outcomes for Acute Variceal Hemorrhage and Non-variceal Upper Gastrointestinal Hemorrhage: A Nationwide Analysis", *Annual Scientific Meeting of the ACG*, San Diego, CA, October 2009.

Nathaniel S. Winstead and C. Mel Wilcox, "Cost-effectiveness of Endoscopic Evaluation of Graft-versus-Host Disease", *Annual Scientific Meeting of the ACG*, San Diego, CA, October 2009.

Jonathan Nass, Nathaniel S. Winstead, Nancy Davis, Justin Levine, "A Rare Case of Pedunculated Focal Nodular Hyperplasia", *Annual Scientific Meeting of the ACG*, San Antonio, TX, October 2010.

John Wysocki and Nathaniel S. Winstead, "Colectomy and Mortality Rates in Inflamatory Bowel Disease: A Nationwide Analysis", *Annual Scientific Meeting of the ACG*, San Antonio, TX, October 2010.

John Gosserand and Nathaniel S. Winstead, "Does Time to Endoscopy for Lower Gastrointestinal Bleeding Impact Survival, Length of Stay, and Hospital Cost?", *Annual Scientific Meeting of the ACG*, San Antonio, TX, October 2010.

John Wysocki and Nathaniel S. Winstead, "A Nationwide Analysis of Risk Factors for Hospital Mortality in Ulcerative Colitis Patients", *Digestive Disease Week*, Chicago, IL, May 2011.

Elvin Hardy, Nikhil Sharma, Nathaniel S. Winstead, "Green Apple Gasrtitis: A Case of Gastric Amyloidosis", *Annual Scientific Meeting of the ACG*, Las Vegas, NV, October 2012.

**Research Experience**

**Principal Investigator**

A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Safety and Efficacy of Ustekinumab Induction Therapy in Subjects with Moderately to Severely Active Crohn's Disease Who Have Failed or Are Intolerant to TNF Antagonist Therapy (UNITI-1) **Sponsor** – Janssen Research and Development, LLC

A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Safety and Efficacy of Ustekinumab Induction Therapy in Subjects with Moderately to Severely Active Crohn's Disease (UNITI-2). **Sponsor** – Janssen Research and Development, LLC

A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Safety and Efficacy of Ustekinumab Maintenance Therapy in Subjects with Moderately to Severely Active Crohn's Disease (IMUNITI).
**Sponsor** – Janssen Research and Development, LLC

Randomized, double-blind, placebo-controlled study of the effect of a single injection of SAR164877 (REGN475) on reduction of pain from chronic pancreatitis **Sponsor**- Sanofi-Aventis U.S. Inc.

SECURE: Interventional Long-term Post-Marketing Registry of Patients Treated with Certolizumab Pegol (Cimzia®) for Crohn's Disease. **Sponsor**- UCB Inc

Domperidone for Relief of Gastrointestinal Disorders. **Sponsor**- Ochsner Clinic Foundation, Investigator Initiated Study

A Phase 2, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study of the Analgesic Efficacy and Safety of Tanezumab in Patients with Chronic Pancreatitis.
**Sponsor**- Pfizer Inc.

Prospective, Multicenter, Randomized, Double-Blind, Placebo-Controlled Trial Comparing REMICADE® (infliximab) and Placebo in the Prevention of Recurrence in Crohn's Disease Patients Undergoing Surgical Resection Who Are at an Increased Risk of
Recurrence (PREVENT). **Sponsor**- Centocor Ortho Biotech Inc**.**

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study of COLAL-PRED® in the Treatment of Patients with Moderate to Severe Ulcerative Colitis. **Sponsor –** Prometheus Laboratories, Inc.

**Sub-Investigator**

Limited Access Protocol for the Use of Oral Cisapride in the Treatment of Refractory Gastroesophageal Reflux Disease and Other Gastrointestinal Motility Disorders.
**Sponsor** – Janssen Research and Development, LLC

A Phase III, randomized, double-blind, placebo-controlled study to investigate the efficacy, safety and tolerability of TMC435 versus placebo as part of a treatment regimen including peginterferon α-2a (Pegasys®) and ribavirin (Copegus®) or peginterferon α-2b (PegIntron®) and ribavirin (Rebetol®) in treatment-naïve, genotype 1, hepatitis C-infected subjects. **Sponsor –** Tibotec Pharmaceuticals

A Phase IIb, randomized, double-blind, placebo-controlled trial to investigate the efficacy, tolerability, safety and pharmacokinetics of TMC435 as part of a treatment regimen including

peginterferon alfa-2a and ribavirin in treatment-naïve genotype 1 hepatitis C-infected subjects. **Sponsor –** Tibotec Pharmaceuticals

A Phase IIb, randomized, double-blind, placebo-controlled trial to investigate the efficacy, tolerability, safety and pharmacokinetics of TMC435 as part of a treatment regimen including PegIFNα-2a and ribavirin in HCV genotype 1 infected subjects who failed to respond or relapsed following at least 1 course of PegIFNα-2a/b and RBV therapy. **Sponsor –** Tibotec Pharmaceuticals

A double-blind, randomized, placebo-controlled, parallel group study of rimonabant 20 mg daily for the treatment of Type 2 diabetic patients with nonalcoholic steatohepatitis (NASH). **Sponsor –** Sanofi-Aventis, Inc.

A double-blind, randomized, placebo-controlled, parallel group study of rimonabant 20 mg daily for the treatment of non-diabetic patients with nonalcoholic steatohepatitis (NASH). **Sponsor –** Sanofi-Aventis, Inc.

A Study to Describe the Antiviral Effect of Entecavir (ETV) in Blacks/African Americans and Hispanics with Chronic Hepatitis B Virus (HBV) Infection who are Nucleoside/tide-Naïve. **Sponsor –** Bristol-Myers, Squibb

**Invited talks**  "Non-Cardiac Chest Pain", UAB Nurse Practitioner Grand Rounds, October 11th, 2005.

"The Metabolic Syndrome: A Review for Mental Health Professionals", American Psychiatric Association Institute for Psychiatric Services 59th Annual Meeting, New Orleans, LA, October 14th, 2007.

"Approach to the Patient with Chronic Vomiting", Louisiana Academy of Physician Assistants, April 24th, 2009.

Invited speaker, The Piedmont Society of Colorectal Surgeons, Ponte Vedre Beach, FL, August, 2009.

"Chronic Vomiting", Louisiana Association of Nurse Practitioners, September 20th, 2009.

"Acute Gastrointestinal Bleeding", 10th Annual Southern Hospital Medicine Conference, October 16th, 2009.

"Update in Gastroenterology for Psychiatrists and Mental Health Professionals", American Psychiatric Association National Meeting, May 2010.

Gastroenterology Section, MedStudy Internal Medicine Board Review, Annually, 2010-2015.