# EXHIBIT B

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

     *******************************
 3

     IN RE:  XARELTO            MDL No. 2592
 4   (RIVAROXABAN)              Section L
     PRODUCTS LIABILITY         Judge Eldon Fallon
 5   LITIGATION                 Mag. Judge North
 6   THIS DOCUMENT RELATES TO:
     JOSEPH J. BOUDREAUX
 7   Case no. 2:14-CV-0270
 8   *******************************
 9
     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
10
11
12           VIDEOTAPED DEPOSITION OF
13           NATHANIEL S. WINSTEAD, MD
14
15           Monday, December 12th, 2016
16                 8:55 a.m.
17
18      Held At:
19           The Lambert Law Firm
20           701 Magazine Street
21           New Orleans, Louisiana
22
23
24   REPORTED BY:
25   Maureen O'Connor Pollard, RMR, LA Cert #2011025
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3        KIRK J. GOZA, ESQ.

 4            GOZA & HONNOLD, LLC

 5            11181 Overbrook Road, Suite 200

 6            Leawood, Kansas 66211

 7            913-451-3433

 8            kgoza@gohonlaw.com

 9                -and-

10        EMMA E. KINGSDORF, ESQ.

11            BARRIOS KINGSDORF & CASTEIX, LLP

12            701 Poydras Street

13            New Orleans, Louisiana 70139

14            504-524-3300

15            ekingsdorf@bkc-law.com

16

17   FOR THE BAYER DEFENDANTS:

18        BRIAN L. STEKLOFF, ESQ.

19        KIERAN GOSTIN, ESQ.

20            WILKINSON WALSH & ESKOVITZ

21            1900 M Street, NW, Suite 800

22            Washington, DC 20036

23            202-847-4030

24            bstekloff@wilkinsonwalsh.com

25            kgostin@wilkinsonwalsh.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  APPEARANCES (Continued):

2

3  FOR THE JANSSEN DEFENDANTS:

4      MARGARET HOFFMANN, ESQ.

5          SCHWABE, WILLIAMSON & WYATT

6          1211 SW 5th Ave., Suite 1900

7          Portland, Oregon 97204

8          503-222-9981

9          mhoffmann@schwabe.com

10           -and-

11     SHAUN P. McFALL, ESQ.

12         BARRASSO USDIN KUPPERMAN FREEMAN

13         & SARVER, LLC

14         909 Poydras Street, 24th Floor

15         New Orleans, Louisiana 70112

16         504-589-9764

17         smcfall@barrassousdin.com

18

19 Videographer:  Melissa Bardwell

20

21

22

23

24

25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  BY MR. STEKLOFF:
2      Q.    Do you agree that even in the case
3  where you can't identify an underlying reason
4  during your gastrointestinal tract workup that
5  there has to be an underlying pathology before
6  there can be a bleed even if the person is
7  taking an anticoagulant?
8      A.    I wouldn't agree with that statement.
9      Q.    Why not?
10     A.    Because what you frequently see is
11 patients who in my professional opinion are
12 anticoagulated who will just kind of ooze
13 profusely throughout the GI tract because of the
14 way -- the anatomical structure of the GI tract.
15     Q.    And so in those cases are you saying
16 that the anticoagulant initiated the bleed?
17     A.    Correct.
18     Q.    And what is the mechanism of action
19 through which an anticoagulant can initiate a
20 gastrointestinal bleed?
21     A.    So there's -- there are a number that
22 have been proposed, and there's a number that
23 have been proposed specifically with the NOACs,
24 but one case would be systemic toxicity of the
25 drug, so drug levels which are too high.

1          Another would be direct topical
2    effects of the medication, so in other words
3    biologically active non-absorbed drug within the
4    GI tract.
5          A third would be direct mucosal
6    toxicity of the drug, or substrates or additives
7    to the capsule or tablet or whatever form the
8    medication is in.
9          I think that would be a reasonable
10   list.
11        Q.   Do you believe that there's a
12   scientific consensus about any of those
13   theories?
14        A.   So a scientific consensus in general
15   about one of those proposed theories, I think
16   that they've all -- I think that they're all
17   extremely difficult -- well, let me back up.
18        I think on a case-by-case basis you
19   can possibly sometimes make a determination that
20   one of those is more likely than others.  I
21   think for different medications some of those
22   proposed mechanisms seem more likely than
23   others.
24        But you're asking for a general
25   statement about a general scientific consensus

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  Q. And do those two possible proposed
2  mechanisms of action apply to the other NOACs?
3  A. My goal in preparing for this
4  deposition was not to exhaustively review the
5  data on other NOACs. I think that the direct
6  topical action is probably more important for
7  rivaroxaban because a large amount of it is
8  excreted in the stool.
9  Q. And what studies or other support are
10 you relying on in offering that opinion?
11 A. I believe that information is in the
12 package insert.
13 Q. And so just to be clear, you believe
14 that Xarelto can initiate a bleed in the absence
15 of any pre-existing or underlying pathology?
16 A. Correct.
17 Q. Do you have any opinion on whether
18 other NOACs beyond Xarelto can also initiate a
19 bleed in the absence of pre-existing pathology?
20      MR. GOZA: Object to form.
21 A. Well, I mean again, you know, any
22 patient can become toxic on any drug, and so the
23 concerns about systemic effects of the drug are
24 there, I think, for any anticoagulant, including
25 all the other NOACs.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  BY MR. STEKLOFF:
2      Q.    And including Warfarin?
3      A.    Yes.
4      Q.    But in terms of direct mucosal
5  toxicity, does that theory apply to any -- do
6  you have an opinion on whether that applies to
7  any other anticoagulants?
8      A.    So let's clarify.  When I said
9  "mucosal toxicity," I was referring to mucosal
10 damage caused by the active compound or
11 something in the capsule or tablet.  There's the
12 risk of topical exposure to active drug, I
13 think, is more of a concern with rivaroxaban
14 than any other anticoagulant.
15     Q.    And what are you relying on to offer
16 that opinion beyond -- forget beyond.  Let me
17 ask again.
18           What are you relying on to offer that
19 opinion?
20     A.    That's been proposed as a potential
21 mechanism of action, and the package insert has
22 information about unchanged metabolites being
23 excreted in the stool.
24     Q.    Where has it been proposed?
25     A.    I can't tell you exactly where I came

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  across that.  I would have to check.  I think I
2  have -- it may be in one of the -- I'm trying to
3  remember exactly where I saw that.  I believe
4  it's in one of the articles referenced in my
5  opinion, but I would have to double check.
6      Q.    You believe that there's been a
7  peer-reviewed article in a scientific journal
8  that offers that potential mechanism of action?
9      A.    Yes.
10     Q.    And it's fine if the answer is no, but
11 you believe it's one of the articles that's
12 listed in Appendix A?
13     A.    Again, there's, you know, there's hard
14 science, prospective randomized controlled
15 trials, and then there's people trying to
16 hypothesize why things happen.  Do you follow
17 what I'm saying?
18     Q.    Absolutely.
19     A.    And I think that this falls under the
20 category of hypothesis, why people think things
21 happen.
22     Q.    But you're a very experienced doctor,
23 so I want to know what you think happens.
24           And so just going back, do you believe
25 that Xarelto causes bleeds in the absence of any

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   pre-existing pathology?
2   A.  Yes.
3   Q.  Do you believe that happened in
4   Mr. Boudreaux's case?
5   A.  Yes.
6   Q.  To a reasonable degree of scientific
7   certainty?
8   A.  To a reasonable degree of scientific
9   certainty.
10   Q.  And in Mr. Boudreaux's case, what is
11   the mechanism of action -- what is the theory of
12   mechanism of action that you believe, to a
13   reasonable degree of scientific certainty,
14   applies?
15   A.  Well, I think, again, either systemic
16   effects of Xarelto, so being on too high of a
17   dose or, you know, being a slow metabolizer of
18   the drug; so systemic effects, the presence of
19   the drug to begin with.  I should back up.  Or
20   possibly again, you know, direct topical
21   exposure of active drug to his GI tract, topical
22   exposure.
23   Q.  And is there any minimum amount of
24   Xarelto, in terms of number of Xarelto tablets
25   or length of time someone took Xarelto, for

1   that what I said before, and what I would say
2   again, is that direct mucosal injury, in terms
3   of causing ulcerations or damage to the mucosa
4   of the GI tract, that is a theory that has not
5   really been borne out by observation in clinical
6   use.
7            Number two, topical effect of active
8   drugs is a theory that has not been borne out.
9       Q.   And when you say "not borne out," what
10  do you mean with that phrase?
11      A.   Well, I don't think anyone is -- I
12  guess if you wanted -- all right.  So if you
13  wanted to study that, you would have to take
14  stool samples from patients on Xarelto and
15  prospectively determine bleeding risk based upon
16  stool concentrations, if you wanted it to be
17  more of -- more than a theory.
18      Q.   So just -- and I do this just so we're
19  talking about the same thing, can we call theory
20  one system toxicity?
21      A.   Okay.
22      Q.   Can we call theory two direct topical
23  effects?
24      A.   Okay.
25      Q.   And can we call three direct mucosal

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  instance, had an INR of 8, and they came into
2  the hospital and they were passing blood, and
3  you immediately took that patient and did an
4  upper endoscopy, what you would see, and what
5  I've seen in the circumstances where I have done
6  that, is diffuse oozing from the upper
7  gastrointestinal tract.
8         So what's happened is the drug has
9  interfered with the body's normal homeostatic
10 ability to make and dissolve clots, and because
11 of that, they're oozing blood from everywhere,
12 essentially.  And that's what I'm getting at.
13     Q.   But you agree that NOACs -- or let's
14 talk specifically Xarelto, acts differently on
15 body than warfarin, right?
16     A.   It has a different mechanism of
17 action, yes.
18     Q.   And so how is it that you're taking
19 what you've seen in patients with warfarin and
20 their INR levels, and then transferring that to
21 Xarelto?
22     A.   Well, because they both interfere with
23 the clotting cascade in the body.  They do have
24 a similar mechanism of action, but the end
25 result of that similar mechanism of action is

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1 similar.
2     Q.    Then my next question is, but do you
3 agree that with respect to Xarelto that is a
4 hypothesis?
5         MR. GOZA:  I'll object to form.
6     A.    Yes, I guess I would.
7 BY MR. STEKLOFF:
8     Q.    And so your opinion that Xarelto more
9 likely than not initiated a bleed in
10 Mr. Boudreaux in the absence of pre-existing
11 pathology is based on that hypothesis about the
12 mechanism of action of Xarelto?
13         MR. GOZA:  I'm going to object.  That
14 misstates his prior testimony and his opinions
15 in the case.
16     A.    So the studies that I referred to, in
17 my opinion, risk for gastrointestinal bleeding
18 was increased.
19 BY MR. STEKLOFF:
20     Q.    But risk of a -- an increased risk of
21 gastrointestinal bleeding tells you nothing
22 about the underlying mechanism of action
23 regarding initiation, isn't that right?
24         MR. GOZA:  But -- object to form.
25     A.    You're kind of splitting hairs.  So,

Golkow Technologies, Inc.                                    Page 84

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  says Xarelto can initiate a bleed through
2  systematic toxicity, or otherwise, without a
3  pre-existing pathology?
4          MR. GOZA:  Well, object to the extent
5  it assumes that it addresses it at all, so...
6          MR. STEKLOFF:  I'm actually not
7  assuming that.  I don't think it does address
8  that.
9          MR. GOZA:  He already said it didn't,
10  and that wasn't what he was pointing to.  We
11  already went through this.
12      A.     These are -- these studies are about
13  the incidence of outcomes and patients exposed
14  to drugs.  They don't discuss -- let's see.
15          (Witness reviewing documents.)
16          MR. STEKLOFF:  Just so the record is
17  clear, while you review those I'm going to ask
18  the question again.  You can state an objection,
19  but we were talking over, you and I
20  appropriately were talking over each other.  I
21  just want there to be a clear question and then
22  a clear answer.
23  BY MR. STEKLOFF:
24      Q.     Dr. Winstead, there's nowhere in any
25  of the articles that you rely upon to form your

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  opinions in which the authors state Xarelto can
2  initiate a gastrointestinal bleed through
3  systematic toxicity in the absence of
4  pre-existing pathology?
5          MR. GOZA:  And my objection is he's
6  already asked and answered that and explained
7  the specifics of that.
8      A.   Yeah, I don't believe any of these
9  studies actually call that out, or I don't think
10 any of these actually propose mechanisms for
11 bleeding.  They're all just discussing the
12 risks, the risk for bleeding.
13 BY MR. STEKLOFF:
14     Q.   And your core opinion in this case is
15 that Mr. Boudreaux's gastrointestinal bleed was
16 initiated by Xarelto in the absence of
17 pre-existing pathology?
18     A.   Xarelto increased his risk for
19 gastrointestinal bleeding.  His evaluation
20 revealed no underlying etiology.  He's not bled
21 before, he didn't bleed before, he hasn't bled
22 since.  So my opinion is that he bled because of
23 the Xarelto.
24     Q.   And that Xarelto initiated the bleed
25 in the absence of pre-existing pathology?

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                REPORTER'S CERTIFICATE
 2
 3          This transcript is valid only for a
 4     transcript accompanied by my original signature
 5     and original required seal on this page.
 6          I, MAUREEN O'CONNOR POLLARD, Certified
 7     Court Reporter (LA Certificate #2011025), in and
 8     for the State of Louisiana, as the officer
 9     before whom this testimony was taken, do hereby
10     certify that NATHANIEL S. WINSTEAD, MD, after
11     having been duly sworn by me upon authority of
12     R.S. 37:2554, did testify as hereinbefore set
13     forth in the foregoing pages; that this
14     testimony was reported by me in the stenotype
15     reporting method, was prepared and transcribed
16     by me or under my personal direction and
17     supervision, and is a true and correct
18     transcript to the best of my ability and
19     understanding; that the transcript has been
20     prepared in compliance with transcript format
21     guidelines required by the statute or by rules
22     of the board, that I have acted in compliance
23     with the prohibition on contractual
24     relationships, as defined by Louisiana Code of
25     Civil Procedure Article 1434 and in rules and
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    advisory opinions of the board.
2         That I am not related to counsel or to the
3    parties herein, nor am I otherwise interested in
4    the outcome of this matter.
5
6         Signed this the 12th day of December, 2016.
7
8
9
10        _____
11        MAUREEN O'CONNOR POLLARD, CCR, RMR, CLR
12        Realtime Systems Administrator
13        LA Certificate #2011025
14
15
16
17
18
19
20
21
22
23
24
25