UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS 1 THROUGH 6 OF
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE EXPERT TESTIMONY
ABOUT POTENTIAL OUTCOMES FROM OTHER ANTICOAGULANTS**

# FILED UNDER SEAL