UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER RE: EXPERT TESTIMONY ABOUT POTENTIAL OUTCOMES FROM OTHER ANTICOAGULANTS

Before the Court is Plaintiffs' Motion to Preclude Speculative Expert Testimony about Potential Outcomes from Other Anticoagulants.  Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.**  All experts, including Vanessa Piazza, M.D.; Lionel A. Branch, Jr., M.D.; and James William Smith, M.D., shall be precluded from testifying about whether the outcome would have been different and/or would have been worse for Mr. Boudreaux and/or Ms. Orr if a different anticoagulant, or no anticoagulant, had been used.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**