Case 2:14-md-02592-EEF-MBN   Document 5121-6-SEALED   Filed 01/20/17   Page 1 of 31

# EXHIBIT 2

USCA5 207

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

# Expert Report for Vanessa Piazza, M.D.

*Orr v. Janssen, et al*
**Case No. 2:15-cv-03708**

November 14, 2016

_____

Vanessa Piazza, MD

11/14/16

Date

1

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

## **BACKGROUND**

My name is Vanessa Piazza, and I am a Board Certified Emergency Medicine physician. I attended medical school at Louisiana State University School of Medicine from 1996 to 2000. After a rigorous selection process, I was chosen to train as a resident at Charity Hospital of New Orleans (Charity) Emergency Medicine residency program, which included four years of intensive training at one of largest level 1 trauma centers in the gulf south.

I did some moonlighting (which is extra independent work outside of the training program) in small Emergency Rooms (ERs) in rural towns in Napoleon Ville and Cut Off, Louisiana.

In 2001, I started my career working at both University Hospital and Charity as an Emergency Room staff doctor. In 2003, in addition to working at Charity, I began working part time in the ERs at Methodist Hospital in New Orleans East, and at Kenner Regional Medical Center in Kenner, Louisiana.

In 2005, after Hurricane Katrina, and through 2007, I began working full time at St. Tammany Hospital on the North shore while cutting my shifts at Charity.

In 2008, after Charity regained its' level one trauma center designation, I refocused all of work time back at Charity. In 2009, I was voted faculty of the year at Charity.

In 2010, while concurrently working full time at Charity I completed an Emergency Medicine ultrasound fellowship.

In 2010 and 2011, after completing the fellowship, I was asked to represent Louisiana State University Medical Center at the National CPC (Clinical pathological case) in Arizona and Boston, respectively.

In addition to competing in the National CPC, I authored a chapter in the 2012 Adams textbook of Emergency Medicine on diagnosing abdominal aortic aneurysms with ultrasound, lectured at the Critical Concepts conference in 2013 on using ultrasound in the ER and taught physicians in workshops at the Critical Concepts conference in 2013.

Currently I work at Ochsner Kenner, formally Kenner Regional Medical Center, and at the new University Medical Center (UMC), formally known as Charity.

Over the past few years, on average, I see approximately 2 patients per shift with G.I. bleeding, ranging from stable and asymptomatic to shock. In many cases, the patient is taking some sort of medication that affects coagulation which could include the following: Motrin, Naprosyn, Indomethacin, Aspirin, Clopridogrel, steroids, or an anticoagulant). In some cases, there is no obvious precipitant (medication or otherwise). On average, 1 of every 15 of the patients I encounter are on Coumadin, and 1 out of every 20 to 25 patients is on Xarelto. About once per month I see an anti-coagulated epitasis (nose bleed), and about once every 6 months an anti-coagulated ICH.

USCA5 209

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

My curriculum vitae is attached as Exhibit A. My fee schedule is attached as Exhibit B. A list of cases in which I have provided trial and/or deposition testimony in the last 4 years is included on Exhibit A.

I have reviewed various materials in preparation for this report, including medical records of Sharyn Orr and deposition testimony on her case. These materials are attached as Exhibit C. In addition to these materials, I rely on my background, education, training and clinical experience, as well as the peer-reviewed medical literature in reaching the opinions offered in this report. I offer the opinions in this report to a reasonable degree of medical and scientific certainty. I reserve the right to supplement this report if additional information becomes available to me and I reserve the right to comment upon the testimony of plaintiffs' experts and other evidence presented at trial.

## GI Bleed Presentation and Management in the Emergency Room

When a patient is bleeding, the emergency room is the first point of contact for medical care. This could be because the patient calls 911 and the ambulance rushes the patient to the ER; or because the patient believes his situation is urgent/emergent and presents to the emergency room. Sometimes the patient is instructed by his primary care doctor to go to the emergency room. The emergency room physician is the doctor to assess, diagnose and begin treatment.

A stepwise description of my typical management of a major G.I. bleed might include arrival of the patient via EMS and/or introduction of myself to the patient/patient family from a private vehicle arrival. If I determine the patient needs airway protection, then I prepare to intubate; this would include putting the patient on a monitor. As I do a global visual assessment, which would include assessment of vitals: heart rate; blood pressure; temperature; and saturation, I ask EMS (or patient and family) about any past medical history and medications/allergies. Following my efforts to obtain a history, I interpret EKG of the patient. I might get a more detailed history from patient including: chief complaint character, duration, intensity, and associated symptoms. Specifically, I will ask about pain/cramping in the abdomen, black or maroon stool, or bright red blood from the rectum, vomiting, weakness, paleness, fatigue. I continue my examination, listening to the patient's lungs, palpating the abdomen, and perform a rectal exam. I might order a CBC, Chem 16, INR, PT/PTT, UA, heme occult, EKG, type and cross, lactate, chest x-ray, and possibly a troponin and foley catheter for the patient. I would review medical records, if available. In particular, I am looking for previous history of patient's use of aspirin, nonsteroidal anti-inflammatory medications (NSAIDs), anticoagulants, as well as any past history of G.I. bleed; any G.I. studies and also any documentation of anemia, renal function, or excessive alcohol use.

Typically, I will continue to monitor the patient's blood pressure and heart rate to assess his or her response to fluids as I wait for results from the lab work I previously ordered. The lab results could take anywhere from 20 to 60 minutes depending on several factors. During this time, I will evaluate possible perforation with chest x-ray, consider starting Protonix, transfuse as needed. Depending upon my assessment of the patient, I will call G.I. for consult to discuss possible imaging and get their input on patient management. Depending upon the overall

3

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

evaluation/management of the patient, I will call internal medicine to admit the patient.

The admitting doctor usually repeats some lab work to judge the patient's response to transfusion and to reassess any lab abnormalities. The G.I. doctor may decide to perform an endoscopy and/or colonoscopy on the admitted patient, and/or may make recommendations for medical management.

## Anticoagulation overview

Coagulation is the process by which blood changes from a liquid to a gel, forming a clot. Basically, it clumps together. It potentially results in hemostasis, the stopping of blood loss from a damaged vessel, followed by repair.

The mechanism of coagulation involves ever 30 types of cells and substances in the body. Hemostasis requires a combined activity of vessels, platelets, and plasma (blood) factors counterbalanced by mechanisms to limit accumulation of platelets and fibrin to the area of injury.

Hemostatic abnormalities can lead to pathological bleeding or obstructive clotting (thrombosis). People who are risk for this bad clotting need an anti-clotting, or anticoagulation, medicine.

## What is an anticoagulant?

An anticoagulant is a medication that interrupts this coagulation cascade at one or several of these steps decreasing blood clot formation. Clots are essential, but can also be harmful. Anticoagulation medication interrupts this process. In preventing harmful clots, unavoidably, the timely formation of helpful clots is forfeited.

## Who needs an anticoagulant?

Some people have diseases and/or are predisposed to forming harmful clots. It could be a condition from birth (congenital deficiency in one of the pathway substances) or it could be acquired (arrhythmia); or, a person could require or choose to be put in the situation which makes them at risk for a bad clot (hip surgery). The following is a list of conditions that require an anticoagulant:

1. Deep Vein Thrombosis or "DVT"

A DVT is a blood clot which forms inside a blood vessel in a large deep vein, usually in the leg. Symptoms are leg pain and swelling, however there may not be any symptoms at all. People who have a deficiency in the coagulation pathway can get DVT's. A DVT can also happen as a result of cancer, pregnancy, surgery, obesity, or from pro-longed sitting such as in an 18-hour flight or bus ride. An anticoagulant is given to people to treat DVT's. It is often given to people to

4

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

prevent a DVT after surgery. DVTs are so common after hip and knee surgery that it is the standard of care to prescribe an anticoagulant during post-operative care. A DVT is a type of clot that is generally referred to as thromboembolism.

2. Pulmonary Embolism or "PE"

Another type of clot referred to as thromboembolism is a PE. A PE is one of the leading causes of death in the United States. A PE most commonly occurs as a result of a DVT in the legs – meaning the DVT clot in the legs broke off and traveled to the lungs. PE symptoms include shortness of breath, chest pain, fast heart rate, coughing, fainting. A PE can also present without any symptoms. In nearly 25% of patients with PE, the initial clinical presentation is death. The same coagulation deficiencies and risk factors that can cause a DVT can also cause a PE. An anticoagulant is administered to people who have PE's.

3. Atrial Fibrillation (Afib)

Another condition which causes bad clots is an irregular heart rate called atrial fibrillation. During atrial fibrillation the ventricles of the heart are out of sync with the atrium of the heart, which can change not only heart rhythm but also heart rate. During Afib, the heart does not beat in sequence with the way it pumps. This causes blood to pool in the atria's chamber of the heart. This pooling of blood inside the heart can gel and coagulate, causing a clot. This clot can break off and travel in the bloodstream to cause blockage (thrombosis) in a small vessel in the lungs or in the brain creating a PE or an embolic stroke. The mortality of a person with Afib is about twice that the general population. A person with Afib has a 4-5x greater relative risk for stroke compared with the non-Afib population.

## **What is a Stroke?**

A stroke, or brain attack, is an interruption of the blood supply to part of the brain robbing the brain of oxygen. This interruption could be in the form of a *blockage* in the blood vessel or a *rupture* of the blood vessel.

A blockage in a blood vessel causing a stroke is called an ischemic stroke. Ischemic strokes are the most common stroke. Roughly 85% of strokes are ischemic. The types of ischemic stroke are *thrombotic* and *embolic*. In a thrombotic stroke an atherosclerotic plaque grows which narrows the blood vessel which would allow a clot to stick to this plaque. An embolic stroke happens as a result of a clot breaking off from another part of the body, like what happens in Afib. Patients with Afib had a five times greater risk of stroke, and these Afib strokes are more severe and disabling.

Hemorrhagic strokes account for about 15% of strokes. They occur when a weakened blood vessel ruptures (Aneurysms, atrial venous malformations, hypertension) in the brain or when there is bleeding in the space between the brain and the tissue covering it (subarachnoid hemorrhage).

USCA5 212

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

During a stroke, brain tissue dies quickly without oxygen. When a patient presents to the Emergency Room with acute stroke symptoms, there is a rapid protocol to find out if the stroke is ischemic (blocked blood vessel) or hemorrhagic (ruptured blood vessel).

There are more options for treatment of an ischemic stroke then for a bleeding stroke and the treatment is strictly time sensitive.

Typical stroke symptoms are arm, leg and/or face weakness or numbness; slurred speech; visual changes; headache; and passing out. Typical stroke findings on exam are facial droop, Patient inability to move or feel an extremity, patient difficulty in articulating words/finding words to speak, drooling, or decreased level of alertness.

When a person with stroke symptoms presents to the Emergency department first the ABCs are taken care of–if the patient cannot breathe well or is very lethargic the patient is intubated; if the patient has a very fast or slow heartbeat that is treated, etc.; then the patient goes to CT scan for evaluation. Stroke protocol requires a CT scan to be done within the first 10 minutes of patient presentation the scan takes priority over other ER patient scans to be read by the radiologist. If it is an ischemic stroke the patient may be considered for TPA– A clot busting drug. TPA is optimally given within three hours of stroke symptoms. It is best given in conjunction with a neurologist. Stroke patients are admitted to the hospital with Neuro consulting on their management. The patients' deficits may resolve partly or completely with TPA. TPA carries a risk of bleeding anywhere, including the brain.

In a hemorrhagic or bleeding stroke, there is nothing that can be done to reverse or erase the bleeding which has already occurred. Management of blood pressure can prevent the continual leakage of blood out of the brain vessels into the brain. Another strategy to prevent continual leakage of free blood is to address the patient's coagulation ability and treat accordingly. A bleeding stroke patient is admitted to the hospital with neurosurgery consulting (As opposed to neurology) because in the event of increased intracranial pressure due to brain swelling and large amount of bleeding, the patient will need a neuro-surgeon to perform a procedure or surgery to release the high-pressure which could be terminal.

## **What is warfarin?**

Warfarin is an anticoagulant. It is used to prevent thrombosis (formation of blood clots in blood vessels) and thromboembolism (migration of blood clots elsewhere in the body). Warfarin is often referred to as a "blood thinner". This is a misnomer, because it does not actually affect the viscosity of blood.

Warfarin was introduced in 1948 as a pesticide for rats and mice. It is still used for this purpose. In the early 1950s Warfarin was found to be effective for preventing thrombosis and thromboembolism. It was approved for use as a medication in 1954. It is the most widely prescribed oral anticoagulant in North America.

Warfarin is used to decrease tendency for thrombosis or as a secondary prophylaxis for those individuals who have already formed a thrombus (blood clot). It is also used in Afib to

6

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

reduce the risk of embolism (migration of a thrombus to a spot where it blocks blood supply to a vital organ).

In the outpatient setting, for years, warfarin has been associated with a high hospital admission rate.

## How does warfarin work?

Warfarin increases blood coagulation by inhibiting vitamin K epoxide reductase, an enzyme that recycles oxidized vitamin K to its reduced form after it participates in the carboxylation of several blood coagulation proteins, mainly prothrombin (II) and factor VII.

Despite being labeled as a vitamin K antagonist, warfarin does not antagonize the action of vitamin K. Rather it antagonizes vitamin K recycling, depleting active vitamin K. Warfarin affects clotting factors II, VII, IX, X, and proteins S, C, and Z. When these factors are not active (when they're not carboxylated by vitamin K) they cannot bind to the endothelial surface of blood vessels.

Of note, warfarin does not anticoagulate blood immediately. Onset of action requires 2 to 3 days. Likewise, offset of action requires one to several days.

## What is warfarin used for?

Warfarin is used for atrial fibrillation, for patients with artificial heart valves, for DVT and for PE. It is also used for antiphospholipid syndrome. It is used in preventing new thrombosis.

## Warfarin dosage

Warfarin dosing is complicated.

In most patients, the International Normalized Ratio (INR), which is a test to determine how long it takes for a person's blood to clot, goal (frequently referred to as "Coumadin level") Is 2 to 3.

The INR value is related to the Prothrombin time or (PT). The PT is an evaluation of coagulation factors VII, X, V, II and I (fibrinogen). It measures the extrinsic pathway. Normal is 9 to 13.5 seconds. The INR is a calculation based on the results of the PT and is used to monitor individuals who are treated with Coumadin. It is also used to judge liver damage, and vitamin K status. Normal INR is 0.8 - 1.2. INR was devised in the 1980s to standardize the results (in seconds) for a PT performed on a normal individual that will vary according to the type of analytical system employed. This variance is due to the variations between different types and batches of manufacturer's tissue factor used in the reagent to perform the test. The manufacturer assigns an ISI value (international sensitivity index) for a tissue factor they manufacture. The INR value is the ratio of the patient's PT to a normal (control) sample.

7

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Upon initiation of Warfarin, INR is checked daily.

For the first three days of "warfarinization" levels of protein C and protein S (anticoagulation factors) drop faster than the pro-coagulation proteins factors II, VII, IX and X.

Due to this offset in the initial days, in some indications, a bridging therapy, like heparin, is used temporarily. The bridging heparin gets the patient over that hypercoagulable period. To reiterate, when a person needs treatment for bad clots) first starts taking warfarin, they are actually at an increased risk for forming a bad clot because of the warfarin. For this reason, they need another additional, but different, anticoagulant such as heparin. Typically, this situation dictates that a patient be admitted to the hospital for administration of heparin or LMWH (low molecular weight heparin or "Lovenox") because these are not oral medications. The INR/PT (Prothrombin Time) is checked daily until that bridge is crossed and the warfarin starts its anticoagulant effects.

After this, the INR or "Coumadin level" is checked weekly until a stable level is noted; then the INR is checked about every two to four weeks.

Multiple factors affect the INR including different types of foods such as parsley, cilantro, broccoli, cabbage, fish oil, garlic, ginger, ginseng and dill. Many common antibiotics also affect INR including Bactrim, Zithromax, and Flagyl. Cranberry juice has been questioned about affecting warfarin levels. Metabolism of warfarin varies between patients and with specific patient changes regarding ingestion of alcohol and thyroid activity. Malnutrition will also affect the INR. Furthermore, just avoiding these issues is not enough to stabilize the INR-- the patient must keep his contact with these entities stable.

Warfarin is contraindicated in pregnancy, not only because of bleeding but also because the drug itself causes birth defects.

## **Side effects**

The most common side effect of warfarin is bleeding. The risk of major bleeding on warfarin carries an annual risk of up to 8.1%. 15% of patients on warfarin have at least 1 minor bleed per year.

A rare but serious side effect is warfarin necrosis. It is seen in patients with a deficiency of protein C. A deficiency of protein C is usually not discovered until a problem occurs. Since warfarin initially decreases protein C faster than the other coagulation factors, it can increase the tendency to clot when the treatment is first started. If a person already has low/no protein C, then starting warfarin can lead to massive thrombosis with skin necrosis and gangrene. In addition, warfarin is associated with osteoporosis and osteoporosis related vertebral fractures (breaks backbones).

Warfarin can cause Purple Toe Syndrome. In this painful problem, cholesterol deposits break loose and cause embolism in blood vessels to the skin on the foot.

USCA5 215

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

## Warfarin reversal

If warfarin effects need to be stopped, several options exist, depending on the situation. None of the options are ideal, and reversal will expose the patient to the possibility of forming harmful clots again.

Withholding the drug will decrease its effect. If the INR is in therapeutic range (2 to 3), discontinuing warfarin should result in an INR < 1.5 (normal) in typically five days. If the INR is 4-10, 1 mg oral vitamin K should bring the INR to < 1.5 in a few days.

These options may be utilized for minor bleeding or for a scheduled surgery. The predictability for these methods is fair.

Strictly speaking, warfarin does not have an antidote.
For major or life-threatening bleeding in a patient on warfarin, options include vitamin K IV, Fresh Frozen Plasma (FFP), and Prothrombin Complex Concentrate (PCC).

Vitamin K IV takes 18 to 24 hours to work. It carries a small risk of anaphylaxis, and a significant risk for hypercoagulable state which will last for one week.

Administration of FFP is also an option. The quality of evidence supporting its use for warfarin reversal is low or very low. It is not very effective, the mean reduction in INR is small (like 0.2) and it requires a large amount of substance to be given (1 to 2 L); Which in itself can cause another problem -- Patients with weak hearts could go into failure and have difficulty breathing. In addition, it has to be thawed first and requires ABO typing so therefore carries a risk of inducing a virus or transfusion reaction. Of biggest concern, it takes 13 to 48 hours to work. This is because it contains all of the clotting factors, and the only ones that are needed to reverse warfarin are II, VII, IX, and X. Remember this "reversal" is the process of making *new active* II, VII, IX, and X with vitamin K.

PCC's were FDA approved in April 2013 for major or life-threatening warfarin associated bleeding. PCCs correct INR rapidly (within 10 minutes). It requires a small volume to be given. In general, 3 Factor and 4 Factor PCC contain II, VII, IX, and X, and a small amount of protein C, protein S as well as small amounts of heparin.

Thrombotic events are few (about 1.5%) with PCC therapy. A 4factor PCC, K Centra, became available in the United States in July 2013. PCC's are currently on many bleeding protocols for major bleeding in patients on warfarin and on DOAC's (direct oral anti-coagulants – such as Xarelto).

## Warfarin advantages and disadvantages

Warfarin advantages include large body of clinical experience and clinician familiarity with use because it has been used for years. It is inexpensive, and warfarin has been touted as

USCA5 216

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

reversible with vitamin K and FFP; however, this reversibility is a prolonged process (not an immediate antidote) and is associated with complications so therefore only indicated for very high INR or serious and continual bleeding on warfarin. PCC's have been recently approved (although are not standard of care) for warfarin associated major bleeding and provide a better option for serious life-threatening bleeds.

Warfarin has disadvantages as well that include high rates of bleeding and thrombotic complications patients with Afib, requirements for frequent monitoring and dose adjustments with those associated costs and burden, and that the dose is affected by illness, changes in diet, numerous medications and edible items.

Warfarin is difficult to manage. It has a prolonged onset and offset effect, it is highly protein-bound, highly affected by a diet, highly affected by other medications, and there is a large individual variation in metabolism. Also there is significant intra- individual variation in the same patient overtime. This is why warfarin requires regular monitoring anywhere from every 2 to 4 weeks. Even among compliant patients who regularly lab work to check INR, only 53.5% of warfarin from patients in North America or therapeutic range. Almost half the time, Patients taking warfarin are out of therapeutic range, because of various factors. This means they are at risk for clots or at risk for bleeding even though they are taking the purchase dose as prescribed. The reason one size does not fit all in the case of warfarin, is because that size "medium" for example which originally fit the medium patient may on any given day suddenly become a size "small" or "XXXL".

## Xarelto (rivaroxaban)

Rivaroxaban is an oral anticoagulant marketed as Xarelto. Xarelto is the first available orally active direct factor Xa inhibitor. It is well absorbed by the gut. Maximum concentration of rivaroxaban occurs 2-4 hours after a dose. Terminal elimination half life is 5-9 hours in healthy adults and 11-13 hours in the elderly.

Xarelto inhibits both free factor Xa and factor Xa bound to prothrombin complex.
It is highly selective for Direct factor Xa with rapid bioavailability and rapid onset. It interrupts intrinsic and extrinsic pathway of blood coagulation cascade, inhibiting both thrombin formation and development of thrombin. It does not directly inhibit thrombin, and it has no platelet effect.

In contrast to warfarin, the NOACs do not inhibit the production of clotting factors. They act on ONE factor (Xarelto acts on Xa). This difference is why Xarelto has a fast onset and onset of action (starts working within 2 hours of taking the medication, clotting restored by about 24 hours after last dose); that is also why the conventional lab tests cannot be used to assess Xarelto (the is no conventional lab test to quickly measure factor Xa). PT, aPTT and INR are not used to monitor the NOACS.

10

USCA5 217

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Data has shown that the NOACs compared to Warfarin are associated with significant reduction of stroke/systemic embolism and reduce major bleeding. Also, the NOAC's have shown a significant reduction in hemorrhagic stroke and all-cause mortality.

## Xarelto Uses

Currently, in the United States, Xarelto is approved for the following: DVT prevention after hip/knee surgery, in Afib to decrease the risk of stroke, as treatment and secondary prevention of VTE.

## Xarelto Side Effects

As with all anticoagulants, the most serious side effect of Xarelto is bleeding, including serious bleeding and death. This is clearly indicated on the 1st page of the Xarelto label in bold print.

Concomitant use of other drugs that impact homeostasis (Like aspirin, platelet inhibitors, non-steroidals, SSRI's and SNRI's) will increase the risk of bleeding with Xarelto, not because of their effect on Xarelto or its metabolites, but because they independently increase a patient's risk for bleeding. The patient will exhibit the delayed clotting which Xarelto is designed to do, even if the patient bleeds due to a bleeding problem related to these other drugs or a combination of these drugs.

Epidural/spinal hematomas have occurred in patients on Xarelto who need neuro-anesthesia or spinal puncture. It is recommended to withhold the dose of Xarelto for 24 hours after puncture; and that puncture should not be done within 18 hours of the last dose.

Premature discontinuation of Xarelto may increase the rate of thrombotic events back to the patient's baseline risk of thrombosis because of its short half-life, if the patient misses a daily dose purposefully or accidentally the patient is at risk for blood clots again.

Use of Xarelto in patients with moderate to severe hepatic impairment (Child-Pugh B or C) should be avoided. This is because coagulation proteins are made in the liver. People who have problems making coagulation factors to begin with will be at an increased risk of bleeding onto Xarelto.

Xarelto has not been studied in pregnancy or prosthetic heart valves.

In hemodynamically unstable patients and in whom thrombolytics may be used, unfractionated heparin should be used in place of Xarelto.

Because Xarelto is highly protein-bound, it is not dialyzable.

USCA5 218

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

At this time there is no antidote or reversal agent for the NOACs (with the exception of Praxbind). All of the NOACs were FDA approved without an antidote and have consistently showed improved survival rates from bleeding compared to warfarin despite lack of antidote.

Antidotes are currently being researched. Antidotes under development include Andexanet and Perosphere, which binds factor Xa inhibitor anticoagulant, reversing its anticoagulant activity within minutes. It is not pro-thrombotic. In October 2014, Portola Pharmaceuticals announced completion of phase 1 and phase 2 clinical trials; phase 3 studies are underway. It is not yet FDA approved. Perosphere has been shown in preliminary studies to bind specifically to factor Xa inhibitors, direct thrombin inhibitors, and heparin to remove anticoagulant affects within 10 minutes. It is still being studied. If approved, these agents may facilitate clinical management of severe bleeding or emergency surgery for a subset of patients taking Xarelto who would benefit from this reversal agent.

PCCs have also been used for bleeding patients on NOACs.

## PT/PTT and INR

### What is a PT test?

A PT test is a routine coagulation assay (bleeding test).

Blood is collected from a patient in a tube containing a substance to remove the calcium from the collected blood so it does not clot in the tube. Then in the lab, the blood is re-calcified in the presence of a tissue factor reagent (tissue thromboplastin). A normal PT typically varies from 9-13.5 seconds, depending on the particular tissue factor reagent used. The exact type of agent varies from lab to lab.

### Why can't PT used to monitor the anticoagulant fact of Xarelto?

Xarelto can prolong the PT, more so than the aPTT, but the effect it has on the PT varies with the type of reagent used in the lab.

PT/PTT results for Xarelto are not standardized across laboratories. PT/aPTT should not be used to quantitatively estimate the Xarelto concentration. PT is not specific for Xarelto effects. Xarelto affects factor Xa. The PT does not measure specifically, Xa. In studies, the results of the PT test even varied depending on if blood from drug spiked samples were used or blood from Xarelto- treated patients were used.

Specific anti-factor Xa activity assays are available in some institutions, but results are not timely, and must be calibrated for the specific drug. Even so, there are no randomized controlled trials at present that have shown that a dose adjustment of Xarelto based on feedback from drug concentration or coagulation tests improve outcome. Xarelto 20 mg dose maintains a stable and predictable effect on patients with normal renal function because it targets factor Xa, and this mechanism of action is not significantly affected by body weight and consumption of

12

USCA5 219

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

food/spices/common antibiotics. For patients with moderate renal impairment, the 15 mg dose has the same safety and efficacy as the 20 mg dose in patients with normal renal function.

Also, the effect of Xarelto on the PT is transient and changes over time after administration according to its half-life of 5-9 hours in healthy adults and 11-13 hours in the elderly. Meaning that if you take your dose of Xarelto at 7 AM a.m. and measure a PT at 10 AM, it will be different for that same person on that same day when the PT is measured at 10 PM—even if the dose has by other testing been established as correct.

Furthermore, the PT test is a global clotting test to screen for abnormalities of factor V, VII, X, thrombin and fibrinogen. So an abnormal test indicates a problem in any one or more of these.

Additionally, Xarelto (and all the DOAC's) inhibit both free and bound proteases, so a given PT from a patient on warfarin does not equate to the same level of anticoagulant for the same prolongation of PT on a patient on the Xarelto.

Interestingly the effect of the PT varies from drug to drug. For example, Rivaroxaban and Apixaban are both oral direct Xa inhibitors (same mechanism) but have varying effects on the PT relative to each other.

Direct factor Xa inhibitors can also prolong the aPTT, although there is not a well-defined correlation between the degree of prolongation and the degree of anticoagulation.

If a patient on an anticoagulant presents with a bleeding stroke or an unstable major bleed in the G.I. tract, these are potentially life-threatening and the following treatments are considered:

1. If on Xarelto, considered drug removal from the G.I. tract – activated charcoal if the patients last dose was within the previous 4 to 8 hours. Protect airway first

2. Pro hemostatic therapies such as antifibrinolytic agents and DDAVP.

3. Prothrombin complex concentrates (which may be prothrombic). 4factor PCC's are favored over 3factor PCC. They are FDA- approved for warfarin but not standard of care. Their efficacy in treating DOAC- associated bleeding has not been validated in large trials so not they are not the standard of care for DOACs, but some data has supported its use.

In many patients on Xarelto who present with bleeding, conservative measures like compression and elevation are effective. The decision to discontinue the drug must be weighed against the risk for clots.

USCA5 220

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

## SHARYN ORR

Ms. Sharyn Orr was a 67-year-old female with a history of hypertension, diabetes, Afib, congestive heart failure (CHF) and chronic kidney disease (CKD) when she developed an acute intracerebral hemorrhage on the evening of April 24, 2015. Although highly functional from the standpoint of maintaining a daily routine of work and home life, she had been afflicted with several serious health problems.

Her diabetes was diagnosed in 1996. Over the years, her blood sugars were frequently uncontrolled, as evidenced by her hospital admit in 2000, with blood sugars of 1185, and her outpatient lab Hbg A1c on 7/31/09 of 9.0 and on 6/10/13 of 7.6. The diabetes had affected her eyes, kidneys, and peripheral circulation, as evidenced by her diagnosis of diabetic retinopathy bilaterally (ophthalmologist Dr. Singer), her CKD with nephrotic syndrome (nephrologist Dr. Cruz) and her chronic non-healing bilateral leg ulcers treated on multiple occasions by Dr. Eduard Danilyants. Diabetes is a risk factor for intracranial hemorrhage (ICH).

Ms. Orr was diagnosed with hypertension in approximately 1986. Her hypertension was described as "difficult to control" and "uncontrolled" in her records, despite use of several different hypertensive medications, frequent doctor visits, and attempts at weight loss and diet modification. On 4/16/15, the last office visit before her ICH, her blood pressure was 200/90 and systolic blood pressures in the 170s to 180s range were documented on other office visits. On 4/16/15, she was taking metoprolol, benazepril, furosemide, clonidine and Cardizem and Dr. Cruz adjusted her mediations by changing furosemide to torsemide and adding metolazone, bringing her to a total of 6 antihypertensives. Hypertension affected her cardiovascular system, kidneys, and her eyes, as evidenced by documentation of atherosclerosis of arteries in the kidneys, and CT at the time of her ICH that showed atherosclerotic calcification of bilateral cavernous internal carotid artery (ICA). Renal biopsy in 6/2014 showed evidence of hypertensive kidney disease and she had hypertensive retinopathy. End-organ damage from hypertension and the need for multiple antihypertensive medications indicate that she did not merely have white coat hypertension.

Ms. Orr was diagnosed with Afib in 4/2011. The risk of ischemic stroke in patients with Afib is 5 times the risk of the average population. As noted in her records, her CHADS2 score at diagnosis was 2, and her CHADSVASC score would have been at least 3, indicating the need for anticoagulation. As she got older and her medical conditions progressed, her CHADSVASC score increased to 5 (1 point each for gender, age, diabetes, hypertension, CHF) and possibly higher. She was started on Pradaxa in 4/2011, which she took until a 2/2014 admission for symptomatic Afib with RVR and CHF. On presentation to the ED on 2/19/2014, she complained of palpitations, weakness, dyspnea, cough and chest pain. Coagulation studies on presentation to the ED showed prothrombin time (19.1) and INR (1.7). During this admission, she was switched from Pradaxa to Xarelto 20 mg.

Ms. Orr again presented to the ED for chest pain, Afib and CHF complicated by bilateral pleural effusions on 7/19/2014 and was subsequently admitted for two weeks. Diuresis was insufficient to resolve her pleural effusions and she underwent successful thoracentesis. During this admission, her Xarelto dose was adjusted to 15mg, appropriately matching her decreased real function.

14

USCA5 221

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Ms. Orr had CKD Stage III. This was a result of her long standing diabetes. Further, she had been counseled on impending dialysis by her nephrologist Dr. Cruz. CKD is also a risk factor for ICH.

In addition, Ms. Orr was being treated by an alternative medicine doctor and had subsequently been taking carnitine, chromate, Co Q10, Inflammatone and Podiapin regularly, as well as other supplements. On 4/15/15, she was prescribed daily prednisone for 10 days followed by a taper off. She was also taking a daily aspirin. These treatments can have notable negative impacts on bleeding profiles.

**Timeline of Events**

On 4/24/15, 4:30pm – Ms. Orr was at her baseline when her husband picked her up from work with plans for dinner at Ruth's Chris. They went home to change clothes, then drove to the restaurant and had dinner. She experiences the following that evening and through the next morning on 4/25/15:

- 6:45pm: sudden onset of severe headache
  - vomited 3-4 blocks from restaurant
  - vomited at home at garage outside of car
- At approximately 8pm: in bed, lethargic and then fell asleep
- At approximately 9-10pm: she awoke and became more lethargic, unsteady on her feet, with additional vomiting and diarrhea. Daughter and EMS called. She was minimally verbal, with "slurred speech" per husband
- At approximately 11pm: arrival at Baptist ER, BP:252/114, pulse:68, resp:16 100% O2 Sat, left upper extremity and left lower extremity flaccid. Drowsy but responsive to voice and minimally verbal; sent to CT
- 11:16pm: labs drawn; coagulation tests were within normal limits
- 11:31pm: seen by ER MD at Baptist.
- 11:36pm: First CT; "even less responsive" on return from CT
- 11:52pm: CT read by Dr. Ogden, results discussed with PA in ER
- On 4/25/15, at approximately 12:20 am: intubation for airway protection documented after 4 attempts without paralytic. No complications
- 12:24am: transfer center notified. Patient on Nicardipine drip
- 1:39am: patient presents at Ochsner Main unresponsive except painful stimuli; neurosurgery at bedside
- 1:40am: neuro-critical care at bedside
- 3:45 am: grave prognosis noted; PCC and FFP considered prior to neurosurgery, but no intervention planned
- 4:29am: CT #2 showed no change in bleeding from CT #1
- 2:05pm: EVD x 2 placed
- 3:08pm: CT after drains placed showed no significant change in overall appearance
- Throughout 4/25: Neuro exam worsening
- 4/25/15 – 4/29/15: TPA administered; no improvement

15

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

- 4/29/15 CT: worsening midline shift at 1.9 cm and worsening mass affect
- 5/4/15: DNR/palliative care withdrawal of life support
- 5/4/15 at 1749: Death. Cause: ICH, HTN on death certificate

### Conclusion

Ms. Orr was basically unhealthy. Her diabetes was not well controlled. Her hypertension was uncontrolled. Her Afib and CHF had episodes of exacerbation as evidenced by her 2 week admit with Afib, rapid ventricular response, and CHF with bilateral pleural effusions requiring thoracentesis in 7/2014. In total, she had three (3) hospital visits for Afib with rapid ventricular rate on 4/29/2011, 2/19/2014 and 7/14/2014. She had squamous cell cancer of her scalp, chronic poor healing ulcers of her legs, and her nephrologist had discussed with her the need for dialysis in the near future.

Given her CHA2DS2-VASC score of > or = 5, which dictated a high risk of thrombo-embolic stroke, Ms. Orr's case of atrial fibrillation required anticoagulation by the standard of care and Xarelto was an appropriate choice to treat this condition. 5% of patients with Afib (1/20) will have a stroke. In general, anticoagulation decreases the risk by two thirds (2/3). Studies have concluded that the benefit from anticoagulation significantly reduces the risk for almost all Afib patients with CHA2DS2-VASC score > or = 2.

All anticoagulants pose a risk for ICH. For most patients, the proven benefit of the former outweighs the understood risks of the latter. All the NOAC's (including Xarelto) have a decreased risk of ICH compared with warfarin. The risk of bleeding was correctly weighed against the risk of stroke in Ms. Orr's case by her prescriber Dr. St. Martin.

Follow up to check renal function and review medication is recommended for patients on Xarelto. Ms. Orr's renal function was impaired due to her CKD and her GFR was frequently monitored. Her PT was actually tested on several occasions while she was taking both Pradaxa and Xarelto: 12.5 on 6/8/2011 (on Pradaxa 150 mg bid); 19.1 on 2/19/2014 (on Pradaxa 150 mg bid), 14.2 on 6/11/2014 (Xarelto 20 mg last taken on 6/6/2014); 12.7 on 7/23/2014 (Xarelto last taken on 7/21); and 11.4 on 4/24/2015 (last use of Xarelto likely on 4/23).Notably, none of these values support the proposition that she had excessive levels of exposure to require discontinuance of Xarelto. There is no evidence that Ms. Orr was over-anticoagulated at the time of her ICH which, in fact, coincided with her lowest PT value.

Elevated PT can result from any number of factors and one cannot conclude that some of her earlier PTs were slightly elevated because of her use of anticoagulants. A PT test measures factors I, II, V, VII, and X. It can be prolonged as a result of problems with any one of these factors, or a combination of them. A prolonged PT can be caused by liver disease, bleeding disorders, DIC, low absorption of vitamin K, anticoagulants, or lab error. The PT has a limited utility in regards to Xarelto, because Xarelto has variable effects of the PT, as discussed earlier. More importantly, any change in the PT value does not correlate with the changes in coagulation caused by Xarelto. Therefore, the PT lab value has no impact on clinical decision-making regarding Xarelto's effect on Ms. Orr. No reliable medical literature or medical organization

16

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

supports the use of PT test for purposes of determining the intensity of Xarelto for purposes of dose adjustment or discontinuation of the medication.

Regarding the cause of her hemorrhage, hypertension is the most important risk factor and the leading cause of ICH. With age, and particularly in the presence of hypertension, small arterioles in the brain weaken and rupture. Ms. Orr had a long history of hypertension that was poorly controlled. Control of hypertension helps reduce the risk of ICH associated with anticoagulation and anti-platelet therapy. This is magnified in patients with other high risk factors for intracranial hemorrhage, like Ms. Orr.

Ms. Orr had other risk factors for intracranial hemorrhage including chronic kidney disease age, and aspirin use. Low-dose aspirin plus any anticoagulant puts the patient at a higher risk of bleeding. Adding chronic low dose aspirin to a NOAC is associated with an approximate two-fold increase in risk of major bleeding, the same effect is also associated with addition of aspirin to warfarin. The further possible addition of a nonsteroidal over-the-counter medicine compounds the increased risk of bleeding and cannot be ruled out as a potential contributor to Ms. Orr's bleeding event.

Ms. Orr's presentation of acute headache, vomiting, decreased mental status/alertness, and hemi-paresis are classic signs of ICH. Her symptoms started around 6:45 PM, which is likely when the bleeding started. Her acute significant headache was likely the result of blood irritating her meninges. The volume of blood leaking from the ruptured vessel would have been magnified by high blood pressure. This increased volume in the closed intracranial space caused increased intracranial pressure and a gradual but rapidly progressing decreasing alertness to the point of lethargy. Production of CSF continues regardless of intracranial pressure, but normal flow from the lateral ventricles was blocked by the blood, producing a hydrocephalus and potential for herniation. Currently, a prevailing theory explaining acute IVH-induced hydrocephalus is blood-clot blockage of CSF drainage, shortly after the IVH. Obstructive hydrocephalus can occur as a result of the blood clots in the ventricular system and obstruct the arachnoid villi. This subsequently causes ICP to rise. In my experience I have seen more ICH who present acutely without hydrocephalus then with hydrocephalus. Hydrocephalus following IVH is an independent predictor of mortality.

Her CT done at around 11:36pm was read to show extensive right lateral ventricular acute hemorrhage with extension into third ventricle without identifiable cause, suggesting primary intraventricular hemorrhage. There was hydrocephalus with mass effect, 1.6 cm right to left mid-line subfalcine shift, early right side uncle herniation and effacement of sulci and basilar cistern. Slightly heterogeneous hyper-attenuation material was noted throughout the right ventricle and third ventricle. Atherosclerotic calcification of bilateral cavernous ICAs were noted.

Primary IVH is uncommon, representing about 3% of all spontaneous ICH. More commonly, IVH occurs secondarily in the setting of intracerebral hemorrhage or SAH, when the blood spills into the ventricles. An MRI/MRA or CTA can help delineate the culprit for a "primary" IVH, which will make it a secondary IVH. Secondary IVH occurs in 97% of IVH. Vascular malformations are the most frequently identified source for primary IVH. Other causes include intra-ventricular aneurysms, coagulopathies, vasculitis, fibromuscular dysplasia,

17

USCA5 224

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

sympathomimetic abuse. Even in the case of head bleeds tagged as primary IVH, half of these have chronic hypertension. Deep hypertensive hemorrhage frequently breaks through to the ventricles and a hypertensive intra-parenchymal hemorrhage (too small to see on CT) arising near the ventricular system can be interpreted as a primary IVH as it manifests. Expansion of ICH into the intra-ventricular space is associated with complications and worse outcomes. Anticoagulation therapy of all types and antiplatelet therapy is a risk factor for this complication, although it also occurs in patients who are not taking antithrombotics.

Beyond her known medical risk factors for ICH, it is speculative to say that she did not have an ruptured AVM or aneurysm since she did not have an MRI, MRA or CTA.

Warfarin would not have been a good anticoagulant choice for Ms. Orr. Blood pressure consistently at 160/90 is a relative contraindication to warfarin. There is no evidence or reason to believe that the use of warfarin would have avoided her ICH. Xarelto and the other NOACs have repeatedly shown less risk of ICH than warfarin. As there been no head to head comparisons of the NOACs in clinical trials, there is also no reliable evidence to suggest that use of a different NOAC would have avoided her ICH.There is no way to rule out that Ms. Orr would have experienced the same ICH and same outcome if she was taking a different anticoagulant, such as warfarin or another NOAC.

Ms. Orr's second CT showed no expansion of the bleeding. Furthermore, she never exhibited any clinical signs of uncontrolled bleeding or failure to clot appropriately; neither her diarrhea at the time nor her vomiting at home was noted to be bloody. The 4 attempts at intubation and the arterial blood gases (ABG) were not noted to have any bleeding complications. It is more likely than not that Ms. Orr's last dose of Xarelto was on April 23 at 7 PM, approximately 24 hours prior to the onset of symptoms, and 30 hours prior to presentation to the Ochsner Main Campus facility. With the creatinine clearance of 31, the 15mg of Xarelto would have a clinically waning effect on coagulation and at or approaching trough level when her ICH started at 6:45pm on April 24. The blood in the ventricles, in fact, had clotted, causing obstructive hydrocephalus and the need for intrathecal tPA via the EVD. The availability of a reversal agent is irrelevant as it would not have made any difference in her case.

In ICH cases, neurologic damage is often already done and cannot be reversed by the time the patient receives care. However, in some cases, further damage from ongoing or recurrent bleeding can be minimized if coagulopathy is present and can be corrected. Warfarin-associated bleeding can be mitigated with vitamin K IV (a slow process), FFP (with minimal affect) and with PCC (FDA approved but not standard of care for life threatening bleeding PCCs, though not FDA approved nor standard of care, have also been used with life threatening bleeds associated with NOACs, but much of the current evidence for PCC efficacy is based on studies in healthy patients. If she had been on any other NOAC, PCC would have been a consideration for attempting reversal just it was for Ms. Orr's doctors. Even if they stop anticoagulant-related bleeding, PCC and other reversal strategies have not been shown to cause a change in ICH mortality. If Ms. Orr would have presented with the same bleeding but on warfarin or another NOAC, these interventions, if done, would not have changed the final outcome.

18

USCA5 225

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

It was reasonable for the neurosurgeons to wait while the last theoretically possible dose of Xarelto cleared to do an invasive EVD, but it is unlikely that earlier intervention, would have made a significant difference in outcome. Ultimately regardless of the management, Ms. Orr's presentation to Ochsner Main Campus with an ICH with a large ventricular hemorrhage component, with shift, herniation, increased ICP, acute obstructive hydrocephalus, deteriorating neurologic status, and Glasgow score of less than 8, had a mortality prognosis of >50%.

USCA5 226

Case 2:14-md-02592-EEF-MBN Document 5121-6 *SEALED* Filed 01/20/17 Page 21 of 31

# EXHIBIT A

# Vanessa M. Piazza, M.D.

██████████████████

**Email:** ████████████

---

**Education:**     **B.S., Louisiana State University, 1988 - 1992**

                       **M.D, Louisiana State University School of Medicine, 1992 - 1996**

**Internship:**    **Emergency Medicine, Medical Center of Louisiana, 1996 - 1997**

**Residency:**     **Emergency Medicine, Medical. Center of Louisiana, 1997 - 2000**

**Fellowship:**    **Emergency Medicine Ultrasound Fellowship, June 2010**

## Certifications / Licensure:

* American Board of Emergency Medicine Certification 11/2000
  Re-certified 12/2011
* Federal DEA Expiration 3-31-2015
* ACLS Expiration 8-2016
* PALS Expiration 1-2016

## Awards /Honors:

* Faculty of the year award 2009 – LSUMC
* Women at Their Best – Award Recipient – 1 of 100 women selected nationwide

## Work Experience:

* Our Lady of the Lake (July 2000 – 2001)
* University Hospital (2001 – Present)
* Charity Interim Hospital (2005 – Present)
* Charity Hospital (Medical Center of Louisiana) (2003 – 2005)
* Methodist Hospital (2003 – 2005)
* Kenner Regional Medical Center/Ochsner (2003 – Present)
* St. Tammany Medical Center (November 2005 – 2007)

1

USCA5 228

## Teaching Experience:

- Ultrasound lectures to medical students monthly 2009-Present
- Ultrasound Presentations to ER Residents regularly (6-8 per year) Assistance with faculty ultrasound workshops 2009-Present
- Formal lectures to residents (monthly), 2007 - Sept 2011; PowerPoint Lectures to ER Residents, 2007 - present;
- PALS, ACLS Formal Lectures to Second-Year Med Students, 2008-2011
- Ultrasound Faculty at Critical Concepts Conference for Ultrasound Lab 2013

## Projects, Publications:

- Adams Textbook of Emergency Medicine, 2012 - Aortic UltraSound – Authored Chapter 67
- Asked to represent LSUMC Faculty at National CPC Competition in Arizona, 2010, and Boston 2011.
- Case report on Ultrasound diagnosis of emphysematous pyelonephritis, publication pending
- Poster on Emphysematous Pyelonephritis by ultrasound presented Medicine Day 2010
- LSU Research Day —Poster presentation "Just another Day in the Fast Track" 01/08/1

## Expert Witness:

- Testified as Expert in Emergency Medicine for Defense in Catherine Serpas v. Medical Center of Louisiana, et. Al., Civil District Court, Orleans Parish, Case No. 2006-6043,2013.
- Testified as Expert for Defense in Gloria Harrison o/b/o decedent Paul Harrison v. University Medical Center, 15th JDC Case no. 1105560 - 2014

2

Case 2:14-md-02592-EEF-MBN Document 5121-6-SEALED Filed 01/20/17 Page 24 of 31

# EXHIBIT B

**Exhibit B**
**Dr. Piazza's Fees Pertaining to Cases Involving Litigation**

| | |
|---|---|
| Initial Consultation | $350/hr |
| Research and review of patient related medical records for preparation of report and/or testimony | $350/hr |
| Discussion (in person or telephonic) and review of case-related materials with attorney | $350/hr |
| Legal testimony as part of a deposition– including travel | $1500 minimum (includes 2 hours of prep time and 1 hour of deposition) - $500/hr after 1st hour of deposition |
| Legal preparation for trial including client meetings, review | $500/hr |
| Legal testimony as part of trial– including travel | $4000 minimum (includes 8 hours for day of trial) |
| Travel and waiting time pertaining to courtroom testimony | $500/hr |

Note: There will be a monthly service charge for unpaid balance of 1.5%. Additionally, time will be charged for all time as scheduled for no show or late cancel (without one week's advance notice).

# EXHIBIT C

## REFERENCE LIST FOR VANESSA M. PIAZZA, M.D.

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Adam SS, McDuffie JR, Ortel TL, Williams JW Jr. Comparative effectiveness of warfarin and new oral anticoagulants for the management of atrial fibrillation and venous thromboembolism: a systematic review. Ann Intern Med. 2012 Dec 4;157(11):796-807. |
| 2. | Adcock DM, Gosselin R., Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review., Thromb Res. 2015 Jul;136(1):7-12. |
| 3. | Ageno W, Büller HR, Falanga A, Hacke W, Hendriks J, Lobban T, Merino J, Milojevic IS, Moya F, van der Worp HB, Randall G, Tsioufis K, Verhamme P, Camm AJ. Managing reversal of direct oral anticoagulants in emergency situations. Anticoagulation Education Task Force White Paper. Thromb Haemost. 2016 Aug 4; 116(5). [Epub ahead of print]. |
| 4. | Ansell JE. Reversing the effect of oral anticoagulant drugs: established and newer options. Am J Cardiovasc Drugs. 2016 Jun; 16(3): 163-70. |
| 5. | Aston JL, Lodocle AE (Sept 2006) "Interaction between warfarin and cranberry juice" pharmacotherapy 26(9):1314-9. |
| 6. | Barco S, Cheung YW, Coppens M, Hutten BA, Meijers JC, Middeldorp S. In vivo reversal of the anticoagulant effect of rivaroxaban with four-factor prothrombin complex concentrate. Br J Haematol. 2016 Jan; 172(2): 255-61. |
| 7. | Barrett YC, Wang Z, Frost C, Shenker A., Clinical laboratory measurement of direct factor Xa inhibitors: anti-Xa assay is preferable to prothrombin time assay. Thromb Haemost. 2010 Dec;104(6):1263-71. |
| 8. | Beckman MG, Hooper WC, Critchlet SE, Ortel TL, Venous Thromboembolism: A Public Health Concern, Am J Prev Med. 2010 Apr;38(4 Suppl):S495-501. |
| 9. | Budnitz, et al. Emergency Hospitalizations for Adverse Drug Events in Older Americans, N Engl J Med 2011; 365:2002-2012. |
| 10. | CDC Atrial Fibrillation Fact Sheet at http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_atrial_fibrillation.htm. |
| 11. | CDC Stroke Facts at: http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_stroke.htm. |
| 12. | Chai-Adisaksopha C Hillis C Mortality Outcomes in patients receiving DOAC's review of trials; J Thromb Haemost 2015; 13:2012. |
| 13. | Chin PK, Which patients may benefit from dose adjustment of non-vitamin K antagonist oral anticoagulants?, Semin Thromb Hemost. 2015 Mar;41(2):195-207. |
| 14. | Coleman CI, Antz M, Bowrin K, Evers T, Simard EP, Bonnemeier H et al. Real-world evidence of stroke prevention with nonvalvular atrial fibrillation in the United States: The REVISIT-US Study. Curr Med Res Opin. 2016 Sep 20:1-7. [Epub ahead of print]. |
| 15. | Cucchiara B. Intraventricular hemorrhage. UpToDate. 2016;Aug 26. www.uptodate.com. |
| 16. | Desai JC, et al., Incidence and Clinical Presentation of Gastrointestinal Bleeding in Atrial Fibrillation Patients Taking Direct Oral Anticoagulants, Am J Gastroenterol Suppl 2016; 3:13 – 21. |
| 17. | Fawole A, Daw HA, Crowther MA. Practical management of bleeding due to the anticoagulants dabigatran, rivaroxaban, and apixaban. Cleve Clin J Med. 2013 Jul; 80(7): 443-51. |

| 18. | Freeman WD, Aguilar MI, Weitz J. Risk of intracerebral bleeding in patients treated with anticoagulants. UpToDate. 2013 Oct 29. www.uptodate.com. |
|---|---|
| 19. | Garcia DA, Crowther M, Management of bleeding in patients receiving direct oral anticoagulants, UpToDate 2016. |
| 20. | Ghassemi KA, et al., Lower GI Bleeding: Epidemiology and Management, Curr Gastroenterol Rep. Author manuscript; available in PMC 2013 Dec 9. |
| 21. | Go AS et al., Warfarin use among ambulatory patients with nonvalvular atrial fibrillation: the anticoagulation and risk factors in atrial fibrillation (ATRIA) study, Ann Intern Med. 1999;131(12):927-934. |
| 22. | Gosselin RC, Adcock DM, The laboratory's 2015 perspective on direct oral anticoagulant testing., J Thromb Haemost. 2016 May;14(5):886-93. |
| 23. | Han SL, et al., 2013, Quality of anticoagulation with warfarin in patients with nonvalvular atrial fibrillation in the community setting, Journal of Electrocardiology 46 (2013) 45-50. |
| 24. | Hemphill JC, Greenberg SM, Anderson CS, Becker K, Bendok B, Cushman M et al. Guidelines for the management of spontaneous intracerebral hemorrhage. A guideline for healthcare professionals from the American Heart Association/American Stroke Association. Stroke. 2015 Jul;46(7):2032-60. Epub 2015 May 28. |
| 25. | Holbrook A, Schulman S, Witt DM, Vandvik PO, Fish J, Kovacs MJ, Svensson PJ, Veenstra DL, Crowther M, Guyatt GH; American College of Chest Physicians., Evidence-based management of anticoagulant therapy: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines., Chest. 2012 Feb;141(2 Suppl):e152S-84S. |
| 26. | Hyman, BT, et al., Warfarin-related purple toes syndrome and cholesterol microembolization, Am J Med. 1987 Jun;82(6):1233-7. |
| 27. | Kearon C, Akl EA, Comerota AJ, Prandoni P, Bounameaux H, Goldhaber SZ, Nelson ME, Wells PS, Gould MK, Dentali F, Crowther M, Kahn SR; American College of Chest Physicians. Antithrombotic therapy for VTE disease: Antithrombotic Therapy and Prevention of Thrombosis, 9th Ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012 Feb; 141(2 Suppl): e419S-94S. |
| 28. | Kearon C, Akl EA, Ornelas J, Blaivas A, Jimenez D, Bounameaux H, Huisman M, King CS, Morris TA, Sood N, Stevens SM, Vintch JR, Wells P, Woller SC, Moores L. Antithrombotic therapy for VTE disease: CHEST guideline and expert panel report. Chest. 2016 Feb; 149(2): 315-52. |
| 29. | Kim BSM, et al., Diagnosis of gastrointestinal bleeding: A practical guide for clinicians, World J Gastrointest Pathophysiol 2014 November 15; 5(4): 467-478. |
| 30. | Koretz RL. Neither Dabigatran nor rivaroxaban we're way to increase G.I. bleeding compare with warfarin. Ann Intern Med 2015; 163:JC13. |
| 31. | Laine L. GI risk and risk factors of NSAIDs. J Cardiovasc Pharmacol. 2006; 47(Suppl 1): S60-S66. |
| 32. | Lehmann T, Hofer KE, Baumann M, Hasler K, Ceschi A, Kupferschmidt H, Rohde G, Korte W. Massive human rivaroxaban overdose. Thromb Haemost. 2014 Sep 29; 112(4): 834-6. |
| 33. | Levi M, Moore KT, Castillejos CF, Kubitza D, Berkowitz SD, Goldhaber SZ, Raghoebar M, Patel MR, Weitz JI, Levy JH. Comparison of three-factor and four-factor prothrombin complex |

2

| | |
|---|---|
| | concentrates regarding reversal of the anticoagulant effects of rivaroxaban in healthy volunteers. J Thromb Haemost. 2014 Sep; 12(9): 1428-36. |
| 34. | Levy JH, Ageno W, Chan NC, Crowther M, Verhamme P, Weitz JI; Subcommittee on Control of Anticoagulation, When and how to use antidotes for the reversal of direct oral anticoagulants: guidance from the SSC of the ISTH, J Thromb Haemost. 2016 Mar;14(3):623-7. |
| 35. | Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI, Spiro TE, Assays for measuring rivaroxaban: their suitability and limitations, Ther Drug Monit. 2010 Dec;32(6):673-9. |
| 36. | Linkins LA, Moffat K. Monitoring the anticoagulant effect after a massive rivaroxaban overdose. J Thromb Haemost. 2014 Sep; 12(9): 1570-1. |
| 37. | Lu WJ, Lin KH, Hsu MJ, Chou DS, Hsiao G, Sheu JR.  Suppression of NF-kB signaling by andrographolide with a novel mechanism in human platelets:  Regulatory roles of the p38 MAPK-hydroxyl radical-ERK2 cascade.  Biochem Pharmacol.  2012 Oct 1;84(7):914-24. Epub 2012 Jul 4. |
| 38. | Manning WJ, Singer DE, Lip G, Atrial Fibrillation: Anticoagulant Therapy to Prevent Embolization, UpToDate 2016. |
| 39. | Mo Y, Yam Flc (Feb 2015) "Recent advances in the development of specific antidotes for TOAC's". pharmacotherapy. 35(2):198-207. Doi:10.1002/phr 1532. |
| 40. | Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H, Ajioka M, Sakai K, Inden Y, Murohara T., Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban., J Cardiol. 2015 Mar;65(3):185-90. |
| 41. | NIH, Bleeding in the Digestive Tract, NIH Publication 14-1133 July 2014. |
| 42. | Ntaios G, Papavasileiou V, Diener, HC, Makaritsis K, Michel P, Nonvitamin-K-Antagonist Oral Anticoagulants in Patients With Atrial Fibrillation and Previous Stroke or Transient Ischemic Attack: A Systemic Review and Meta-Analysis of Randomized Controlled Trials. Stroke. 2012;43:3298-3304. |
| 43. | Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, Breithardt G, Halperin JL, Hankey GJ, Piccini JP, Becker RC, Nessel CC, Paolini JF, Berkowitz SD, Fox KA, Califf RM; ROCKET AF Investigators. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011 Sep 8; 365(10): 883-91. |
| 44. | Pham DQ March 2007 "Interaction potential bet cranberry juice and warfarin" AM J Health Syst Pharm 64(5):490-4. |
| 45. | Pollack CV Jr., Coagulation assessment with the new generation of oral anticoagulants., Emerg Med J. 2016 Jun;33(6):423-30. |
| 46. | Rabe J, Novel Anticoagulants And Bleeding In The Emergency Department., http://www.emdocs.net/anticoagulants-bleeding-emergency-department/. |
| 47. | Raja AS, Geyer B., Emergency department management of patients on novel oral anticoagulant agents., Emerg Med Pract. 2013 Oct;15(10):1-18; quiz 18-9. |
| 48. | Rasekh A, Anticoagulants and Atrial Fibrillation, Tex. Heart Inst. J. 2005;32(2):218-219. |
| 49. | Rauh G, et al., Blue toe syndrome after initiation of low-dose oral anticoagulation, Eur J Med Res. 1998 Jun 17;3(6):278-80. |
| 50. | Repplinger DJ, Hoffman RS, Nelson LS, Hines EQ, Howland M, Su MK. Lack of significant bleeding despite large acute rivaroxaban overdose confirmed with whole blood concentrations. |

USCA5 235

| | Clin Toxicol (Phila). 2016 Sep; 54(8): 647-9. |
|---|---|
| 51. | Rordorf G, McDonald C. Spontaneous intracerebral hemorrhage: Pathogenesis, clinical features, and diagnosis. UpToDate. 2013 Dec 4. www.uptodate.com. |
| 52. | Rordorf G, McDonald C. Spontaneous intracerebral hemorrhage: Treatment and prognosis. UpToDate. 2014 May 21. www.uptodate.com. |
| 53. | Rose AJ et al., Risk-Adjusted Percent Time in Therapeutic Range as a Quality Indicator for Outpatient Oral Anticoagulation, Circ. Cardiovasc Qual Outcomes. 2011; 4(1):22-29. |
| 54. | Samama MM, Contant G, Spiro TE, Perzborn E, Le Flem L, Guinet C, Gourmelin Y, Rohde G, Martinoli JL., Laboratory assessment of rivaroxaban: a review., Thromb J. 2013 Jul 3;11(1):11. |
| 55. | Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E., Assessment of laboratory assays to measure rivaroxaban--an oral, direct factor Xa inhibitor., Thromb Haemost. 2010 Apr;103(4):815-25. |
| 56. | Sardor P Chatterjee S, Chaudhari S, Lip Cy. New Oral aortic in elderly patients. J Am geriatric Soc 2014; 62:852. |
| 57. | Sarwath MR, Reichman ME, Ungar EF. Da bigatran and post marketing reports of bleeding. N Eng J Med 2013, 368:1272. |
| 58. | Shah BH, Nawaz Z, Pertani SA, Roomi A, Mahmood H, Saeed SA, Gilani AH. Inhibitory effect of curcumin, a food spice from turmeric, on platelet-activating factor-and arachidonic acid-mediated platelet aggregation through inhibition of thromboxane formation and $Ca2+$ signaling. Biochem Pharmacol. 1999 Oct 1;58(7):1167-72. |
| 59. | Sharma M. Cornelius VR, Patel, JP, et. Al. Efficacy of Herms of Direct Oral Anticoagulants in the elderly for stroke prevention in Atrial Fibrillation + see prev VTE; circulation 2015; 132:194. |
| 60. | Siegal DM, Curnutte JT, Connolly SJ, Lu G, Conley PB, Wiens BL, Mathur VS, Castillo J, Bronson MD, Leeds JM, Mar FA, Gold A, Crowther M. Andexanet alfa for the reversal of factor Xa inhibitor activity. N Engl J Med. 2015 Dec 17; 373(25): 2413-24. |
| 61. | Siegal DM. Managing target-specific oral anticoagulant associated bleeding including an update on pharmacological reversal agents. J Thromb Thrombolysis. 2015 Apr; 39(3): 395-402. |
| 62. | Spiller HA, Mowry JB, Aleguas A Jr, Griffith JR, Goetz R, Ryan ML, Bangh S, Klein-Schwartz W, Schaeffer S, Casavant MJ. An observational study of the factor Xa inhibitors rivaroxaban and apixaban as reported to eight poison centers. Ann Emerg Med. 2016 Feb; 67(2): 189-95. |
| 63. | Stevenson JW, Minns AB, Smollin C, Albertson TE, Cantrell FL, Tomaszewski C, Clark RF. An observational case series of dabigatran and rivaroxaban exposures reported to a poison control system. Am J Emerg Med. 2014 Sep; 32(9): 1077-84. |
| 64. | Suvanna R. Pirmohamed M, Henderson L(Dec 2003) "Possible interaction between warfarin and cranberry juice" BMJ, 327 (729):1454. |
| 65. | Tamayo S, Frank Peacock W, Patel M, et.al. Characterizing major bleeding in patients with nonvalvular a fib: a study of 27,467 patients taking rivaroxaban; Clin Cardiol 2015; 38:63. |
| 66. | Tsai HH, Lin HW, Lu YH, Chen YL, Mahady GB. A review of potential harmful interactions between anticoagulant/antiplatelet agents and Chinese herbal medicines. PLoS One. 2013 May 9;8(5):e64255. Print 2013. |
| 67. | Wang CZ, Moss J, Yuan CS. Commonly used dietary supplements on coagulation function |

USCA5 236

| | |
|---|---|
| | during surgery. Medicines (Basel). 2015 Sep;2(3):157-185. Epub 2015 Jul 27. |
| 68. | Wilson D, Charidimou A, Shakeshaft C, Ambler G, White M, Cohen H et al. Volume and functional outcome of intracerebral hemorrhage according to oral anticoagulant type. Neurology. 2016 Jan 26;86(4):360-6. Epub 2015 Dec 30. |
| 69. | Immunitone Plus ingredient list |
| 70. | Inflammatone 120 vegetarian capsules ingredient list |
| 71. | Gianluca Cerri, MD Expert Report (Orr case-specific) |
| 72. | Peter Liechty, MD Expert Report (Orr case-specific) |
| 73. | Plaintiff Sharyn Orr Medical Records |
| 74. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-KennerR-000001CD) |
| 75. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-OMC-RD-000001CD) |
| 76. | Second Amended PFS (Sharyn Orr) |
| 77. | Deposition Transcripts (Sharyn Orr): Joseph Orr, Jr. 6/7/2016 Maurice St. Martin, MD 6/27/2016 Cuong Bui, MD 7/7/2016 Kimberly DeAgano 9/15/2016 Toby Gropen, MD 9/16/2016 Kashmir Rai, MD 9/19/2016 Brian Ogden, MD 9/19/2016 Francisco Cruz, MD 9/20/2016 Terry Cummings, MD 9/22/2016 Elizabeth Mahanna, MD 9/27/2016 Joseph Orr, III 10/3/2016 Kelli Walker 10/3/2016 |

USCA5 237