Case 2:14-md-02592-EEF-MBN Document 5121-5-SEALED Filed 01/20/17 Page 1 of 34

# EXHIBIT 3

USCA5 238



**Louisiana State University Health Sciences Center**
Lionel A. Branch, Jr., MD

*Department of Neurology*

1542 Tulane Avenue
New Orleans, Louisiana 70112

Telephone Number: 504-644-3613

### REPORT OF LIONEL A. BRANCH, JR., M.D.
### JOSEPH ORR, JR. ET AL., V. JANSSEN

#### BACKGROUND AND QUALIFICATIONS:

My name is Lionel A. Branch, Jr. I am a medical doctor practicing with the Department of Neurology of the LSU Health Sciences Center, where I am an Assistant Professor of Neurology and Director of the Stroke Management Service at the University Medical Center. I am also Director of the LSU School of Medicine Medical Center Louisiana, New Orleans Stroke Program.

I was educated in the public school of New Orleans and after high school studied chemistry at Xavier University in New Orleans. My undergraduate education was interrupted by military conscription in July of 1969. I entered the United States Army and received basic combat training and advanced medical training before serving a tour of duty as an emergency department medic at the Third Surgical Hospital, Can Tho, Republic of Vietnam. After fourteen months in-country, I received an honorable discharge from the Army, whereupon my undergraduate education at Xavier was continued and finally completed in 1972.

I worked briefly as an environmental chemist for the American Cyanamid Company before pursuing a graduate degree in chemistry at the Virginia Polytechnic Institute and State University in Pittsburgh, Virginia. I obtained a Master of Science and Chemistry in March of 1979. My thesis entailed the study of the constant pressure ensemble with application to the transition state theory of chemical reaction states. After graduate school, I held several positions with the Tulane University Department of Chemistry, the City of New Orleans, and the Department of the Army as a chemist. While employed as a water quality chemist at the United States Army Aviation Center, Fort Rucker, Alabama, I elected to pursue a career in medicine. I was accepted to the University of Alabama at Birmingham School of Medicine in September 1991 and graduated in June 1996. Upon returning to New Orleans, I completed one year of transition residency at Tulane Medical Center. Thereafter, I entered the Neurology

CONTAINS PROTECTED INOFRMATION
SUBJECT TO PROTECTIVE ORDER

Case 2:14-md-02592-EEF-MBN Document 5121-7 *SEALED* Filed 01/20/17 Page 3 of 34

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 2

Residency Program at LSU School of Medicine, which I completed in 2000. I then completed a year of fellowship training in stroke under Professor Daniel Rodriguez in the LSU School of Medicine Neurology Department. I have been continuously engaged in the neurological management of stroke patients since completing my fellowship training in 2001. I have overseen the development of the Stroke Patient Care Program, including the acquisition of Primary Stroke Center status at Medical Center of Louisiana at New Orleans.

LSUHSC manages all types of stroke. My practice includes the full range of ischemic and hemorrhagic stroke patients, as well as patients with traumatic brain injuries. On a daily basis, I evaluate patients with neurologic deficits consistent with or consequent to stroke. I respond when the stroke team is activated and I am often among the first physicians to assess patients with suspected stroke on their arrival in the emergency room. Additionally, I follow patients on the stroke service as a neurology attending, where my duties include both evaluation and treatment of the patient, as well as supervision of residents. I also follow patients after discharge in the stroke clinic, where I am the director. In addition, I consult at Touro Rehab Center at United Medial Rehab Hospital.

A copy of my curriculum vitae is attached to this report as Exhibit A.

I have relied on my education, training, expertise, and standard medical literature in the field of neurology. I have reviewed the available medical records for Mrs. Sharyn Orr, the Plaintiff Fact Sheets, and the depositions taken in this case. I have also reviewed the reports of plaintiffs' experts, including those of Dr. Liechty and Dr. Cerri, as well as pertinent medical literature. A list of the material I have reviewed is attached as Exhibit B. However, my opinions are also based on my routine review of the peer-reviewed medical literature over the course of my career, which I could not possibly list. The fact that I have reviewed an article does not mean that I necessarily agree with each and every statement made by the authors. I have followed the same methods for this case that I use in my practice.

All of my opinions are ones I hold to a reasonable degree of medical and scientific certainty. I reserve the right to consider additional evidence or information that becomes available and to supplement or revise my opinions accordingly. I also reserve the right to comment upon the testimony of plaintiffs' experts and that of the witnesses and evidence

Case 2:14-md-02592-EEF-MBN Document 5121-7 *SEALED* Filed 01/20/17 Page 4 of 34

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 3

presented at trial.

I have not testified at deposition or trial in the past four years. I am being compensated for my time as outlined in Exhibit C.

**ON STROKE:**

A stroke is a sudden onset of brain injury that is caused by interruption of blood supply to a particular part of the brain. The blood supply to the brain is comprised of a set of vessels called arteries that begin at the heart. These arteries extend into the brain, while admitting a successive series of ramifications. The result is a network of large, medium-sized and small arteries that function to efficiently transport oxygen and glucose-laden blood to the immediate, intermediate, and most extended and minute sections of the brain. Arteries in their furthest extent become of such diminished caliber that they are only able to accommodate a single file of red blood cells. In this situation, the vessels are called capillaries. Capillaries are the smallest of the body's vessels that carry oxygenated blood. Capillaries are contiguous with venules. Venules are the smallest of a network of vessels that function to return deoxygenated blood to the heart. On return to the heart, blood is interfaced with oxygen in the lungs, thereby allowing the blood to become oxygenated again. The completed process is normally iterated throughout the life of the human body and is called blood circulation.

Blood circulation in the human body begins at the heart. The heart is comprised of four chambers: two atria and two ventricles. The right atrium and the right ventricle make up the pulmonary circulation, while the left atrium and the left ventricle make up the systemic circulation. The pulmonary portion of the heart pumps deoxygenated blood back to the lungs, through the lungs, and then back to the left side of the heart, where the left ventricle can pump oxygenated blood from the lungs to the heart itself, to the brain, and throughout the human body.

It is stated that a stroke has occurred when there is a sudden onset of abnormal neurological function that is the result of the interruption of blood flow to the part of the brain that corresponds to the neurological dysfunction. The World Health Organization defines stroke as the rapidly developing clinical signs of cerebral dysfunction lasting longer than 24 hours or

USCA5 241

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 4

leading to death with no apparent cause other than that of vascular origin. In the event that symptoms last less than 24 hours, then it is stated that a transient ischemic attack has occurred, as opposed to a stroke. However, in the event that the signs and symptoms of neurological dysfunction last less than 24 hours, but brain visualization by magnetic resonance imaging demonstrates a clinically relevant lesion, then the transient ischemic attack is elevated to the status of a stroke.

Stroke can be classified into two broad categories, namely ischemic stroke and hemorrhagic stroke. Approximately 80-85% of all strokes are ischemic, whereas 15-20% are hemorrhagic. Ischemic stroke results from the occlusion of an artery or arteriole within the brain, which deprives the downstream tissue of oxygenated blood, resulting first in ischemia and, if not alleviated, an infarct. The principal mechanisms of ischemic strokes are occlusion by a thrombus (clot) or embolism (collectively, "thromboembolic stroke") although ischemic stroke also occurs by a number of other mechanisms such as vasculitis, vasospasm, and arterial dissection. Well-established risk factors for ischemic stroke include hypertension, diabetes mellitus, atherosclerotic vascular disease, age, cigarette smoking, and atrial fibrillation, although there are a number of other risk factors and causes of ischemic stroke.

Hemorrhagic stroke refers to interruption of cerebral blood flow as a result of bleeding that occurs inside of the skull. This inside-of-the-skull bleeding may comprise bleeding into the substance of the brain proper or bleeding into spaces between the skull and the brain. There are four types of intracranial bleeding that are clinically relevant. They are 1) epidural hematoma, 2) subdural hematoma, 3) subarachnoid hemorrhage, 4) intracerebral hemorrhage.

Epidural hematoma is usually the result of trauma. An epidural hematoma is a localized collection of blood between the skull and the dura mater. Aside from the skull, the dura mater is the outermost covering of the brain. Epidural hematoma usually occurs following a tear or a rupture of a meningeal artery. The most frequently involved artery is the middle meningeal artery, which runs between the skull and the dura mater. The trauma is often comprised of a blow to the temporal area of the skull causing a skull fracture which entails the arterial rupture, arterial bleeding, and rapidly increasing intracranial pressure. This a neurosurgical emergency which can lead to uncal herniation, tonsillar herniation, compression of the medulla, respiratory

USCA5 242

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 5

arrest, and death.

Subdural hematoma results from rupture of bridging veins which connect the venous system of the brain to the dural venous sinuses, which are the final conduits for the transport of deoxygenated blood that is returning from the brain to the heart. The bleeding then takes place between the inner surface of the dura mater and the arachnoid mater. Because subdural hematoma arises from venous blood instead of arterial blood, the rate of onset of neurological function is usually less than that seen in the case of epidural hematoma. Subdural hematoma often does not present with the acuity of epidural hematoma. Nonetheless, this disorder may entail declining levels of consciousness in the patient.  Treatment is usually surgical.

Subarachnoid hemorrhage involves bleeding into the subarachnoid space. The subarachnoid space is a fluid-filled space between the pia mater and the dura mater. Bleeding into this area is most often the result of rupture of an aneurysm. An aneurysm is an outpouching of an artery due to a defect in the arterial structure. Aneurysms may be developmental or acquired. They represent a part of an artery where the physical material comprising the arterial wall is attenuated. Therefore, when an affected individual is performing an activity that entails an increase in intravascular pressure, such as straining at stool, weightlifting, or even sexual intercourse, aneurysmal rupture leading to subarachnoid hemorrhage may obtain.  Aneurysm is not the only vascular malformation that can result in intracranial bleeding. Arteriovenous malformation and cavernous hemangiomas can also be found in the brain occasionally and both these conditions constitute potential sources of intracerebral hemorrhage.

The rupture of an artery in the substance or parenchyma of the brain constitutes intracerebral hemorrhage. Spontaneous intracerebral hemorrhage is usually associated with a prior history of hypertension; however, hypertension is not the only recognized cause of intracerebral hemorrhage. Vascular abnormalities (including arterio-venous malformations, cavernous angiomas, and aneurysms), bleeding disorders, bleeding into a tumor, amyloid angiopathy, and prescribed anticoagulants are risk factors and causes of intracerebral bleeding. In addition, the medical literature has identified a number of risk factors for intracerebral hemorrhage including advancing age, alcohol consumption, and chronic kidney disease.

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 6

As much as sixty percent of all brain hemorrhages are due to hypertension. Brain bleeding due to hypertension usually takes place because of hypertension-induced changes in the natural anatomy of arterial structures of the brain. Two forms of this pathological entity exist. First, hyaline arteriolosclerosis, also called lipohyalinosis, is found frequently in the hypertensive diabetic patient. It consists of deposition into the walls of small brain arteries, a homogeneous proteinaceous hyaline material which undermines the natural vascular structure and narrows the lumen of the blood vessel. This process promotes hardening and embrittlement of small arteries. With continuation of excessive arterial pressure, such hardened arterioles can fracture and lead to intracerebral bleeding. Second, hyperplastic arteriosclerosis is usually associated with severe elevations in blood pressure comprising diastolic blood pressures in excess of 100 mmHg.  This form of arteriolosclerosis is identified under light microscopy as an onion-skin-like concentric laminated thickening of the arteriolar wall with narrowing of the arteriolar lumen. The thickening has been demonstrated under electron microscopy to be related to smooth muscle proliferation. In addition, these vessel wall changes are often found to include the deposition of a proteinaceous material called fibrin, which is associated with necrosis of the vessel wall. Hence, the term fibrinoid necrosis has been applied to the overall process. When the process leads to occlusion of the arteriole, the result is a small vessel stroke. Alternatively, if the process advances to fracture of the diseased arteriole (small artery), the result is intracranial hemorrhage. Most commonly, hypertensive intracranial hemorrhage occurs in the basal ganglia, thalamus, cortical white matter, pons, and cerebellum; however, hypertensive hemorrhages are not limited to those particular locations. Hypertension is one of the leading cause of primary intraventricular hemorrhage.

Dyslipidemia, also known as elevated cholesterol levels, leads to the development of atherosclerotic vascular disease and is a major risk factor for ischemic stroke.  Studies have demonstrated that for every 39 mg/dl reduction in serum LDL cholesterol concentration, a 21% relative reduction in stroke risk is conferred.

Diabetes mellitus is another major risk factor for ischemic stroke.  This disease is detrimental to large arteries because it can accelerate the development of atherosclerosis. Additionally, diabetes mellitus promotes pathological changes in small arteries of the brain,

USCA5 244

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 7

thereby increasing the risk of microvascular stroke and intracerebral bleeding.

Smoking is a well-known risk factor for stroke and smoking is strongly associated with atherothrombosis. Hence, smoking cessation is recommended, not only for the health of the smoker, but as well for the elimination of secondary stroke risk. There are numerous other risk factors for stroke including obesity, sedentary lifestyle, obstructive sleep apnea, excessive alcohol use, and medical noncompliance.

Chronic arterial hypertension promotes atherosclerosis in large arteries. It should be recalled in the context of large vessel atherosclerosis that small arteries branching from large arteries to penetrate the brain substance constitute the means by which blood is distributed to the brain parenchyma. Accordingly, these small penetrating arteries can be affected by atherosclerosis. Hence, it is often observed in the pathological evaluation and analysis of arteries that large vessel atherosclerosis is accompanied by microatheromatous plaques at the orifice of small penetrating arteries. Such plaques are usually comprised of fibroblasts, lipid laden macrophages, and cholesterol deposits situated beneath the inner wall of the small blood vessels. Such a process contributes to the occlusion of small penetrating arteries of the brain.

Hypertensive arterial disease is seen not only in the brain. It is noted in the situation of hypertension in other places in the body. It consists of proliferation of lipid-filled cells in the walls of arteries while at the same time the inner surface of these arteries undergo a transformative process in which plasma protein saturate the walls of small blood vessels due to breakdown of the blood-brain barrier. The interruption of the blood-brain barrier is an effect of chronic hypertension on small blood vessels of the brain.

**Atrial Fibrillation and Anticoagulation:**

Hemostasis is the delicate balance the human body tries to maintain between blood that needs to flow through the circulatory system versus the need for blood to clot in response to injury. There are both naturally occurring and acquired coagulopathies and conditions that can affect hemostasis, either tipping the balance of clotting or bleeding. Atrial fibrillation promotes clot formation and can be considered a type of prothrombotic state. Atrial fibrillation (AF) is a very common form of cardiac arrhythmia which affects millions of Americans. It is also a well-recognized cause of ischemic stroke and in fact raises the risk of stroke by a factor of 5 in

USCA5 245

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 8

affected patients. Atrial fibrillation leads to thrombus (clot) formation in the left atria, which can then travel through the left ventricle to the cerebral circulation, where it becomes lodged in arterial structures, particularly at vulnerable branch points of major cerebral arteries which are also a common site of atherosclerotic plaque development. Ischemic strokes caused by thrombi formed from atrial fibrillation are called cardioembolic strokes. Cardioembolic strokes tend to be particularly severe and are generally more debilitating and deadly than ischemic strokes attributable to other etiologies. Prevention of cardioembolic stroke from atrial fibrillation is highly preferable to attempting to treat cardioembolic stroke after it has occurred. Several validated risk-stratification tools have been used to assess the risk of stroke in AF patients. Currently, the most widely accepted tool is $CHA_2DS_2-VASc$, which assigns one point each for congestive heart failure, hypertension, age 65-75, female gender, vascular disease and diabetes. Age 75 or higher and prior stroke or TIA are assigned two points each. The cumulative score correlates to an annual stroke risk. Current AF treatment guidelines recommend anticoagulation for patients with scores of 2 or higher.

Anticoagulation refers to any pharmacologic intervention by which the natural process of blood clot formation is interrupted, suppressed, and/or inhibited. It is not unusual that such pharmacologic maneuver is an integral part of the medical management of a major cause of stroke, namely, atrial fibrillation and the associated risk of cardioembolic ischemic stroke. However, every anticoagulant increases a patient's risk of serious internal bleeding, including intracerebral hemorrhage. The risk of bleeding is attributable to their mechanism of action, which is to make blood less likely to clot. Hence, a conundrum arises in which the institution of therapy for prevention of ischemic stroke increases the patient's risk for hemorrhagic stroke. The administration of anticoagulant therapy in the situation of high cardioembolic stroke risk due to AF is nevertheless justified by considering the higher probability of a devastating cardioembolic stroke in the absence of effective anticoagulation therapy versus the relatively lower probability of bleeding events, including hemorrhagic stroke. The standard of care is to treat the majority of AF patients with anticoagulants because the benefit of avoiding a cardioembolic stroke outweigh the risks of bleeding.It is important to note that anticoagulants do not initiate bleeding. Unlike hypertension, for instance, anticoagulant therapy has not been

USCA5 246

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 9

shown to have a physiologic effect on vascular structures so as to make them prone to rupture and bleeding.  Instead, anticoagulants make blood flow more freely once bleeding has started due to some other vascular pathology.   Consequently, under some circumstances, anticoagulant use may prolong bleeding time and extent of bleeding.  This effect is common to all anticoagulants and antiplatelet agents.  In addition, other substances, including foods, beverages, supplements, and other medications not specifically indicated as anticoagulants, as well as other medical conditions, are capable of prolonging bleeding time and extent.

For many years, vitamin K antagonists were the only option available to doctor to reduce the risk of stroke in atrial fibrillation.  Coumadin (warfarin) reduces the risk of ischemic stroke in patients with AF by approximately two-thirds.  While warfarin is highly effective, its use is challenging for the physician and the patient.  A large number of drugs, supplements and foods interact with warfarin and disrupt the balance between pro- and anti-thrombotic factors. Warfarin requires regular blood tests and many patients must have their dosages adjusted in response to manage their INR within warfarin's narrow therapeutic range (usually 2.0-3.0). Before the INR was adopted, doctors relied on various PT tests, the results of which varied from test to test.  Warfarin's mechanism of action involves several different points in the coagulation cascade, which makes its pharmacokinetics very complicated and results in a narrow therapeutic index. Despite warfarin's unpredictability, narrow therapeutic range, propensity to interact with many drugs and foods, the burden of routine blood testing, and the frequent need for complicated dosing regimens, warfarin was the only available oral anticoagulant available for many years.

New oral anticoagulants (NOACs) represented a significant step forward in anticoagulation treatment.  The NOACs include Pradaxa (dabigatran), Xarelto (rivaroxaban), and Eliquis (apixaban), which have been shown in clinical trials to be as good as or better than warfarin for prevention of ischemic stroke in AF.  In addition, clinical trial evidence as well as observational data from real-world studies have shown that the NOACs have more favorable bleeding risk profiles for intracerebral hemorrhage compared to warfarin. Xarelto and the other NOACs are safe, effective and beneficial medications for AF patients.

<u>MRS. SHARYN ORR:</u>

PROTECTED INFORMATION --SUBJECT TO PROTECTIVE ORDER

Page 10

**Medical History:**

Mrs. Orr was 67 years old and had been in her usual state of health until she presented with an acute ICH on April 24, 2015. Prior to that, her personal medical history was significant for poorly-controlled hypertension of approximately 30 years duration, poorly-controlled diabetes mellitus of approximately 20 years duration, atrial fibrillation since 2011, hyperlipidemia, congestive heart failure, stage III chronic kidney disease, hypothyroidism, and skin cancer. Her family history is significant for fatal pulmonary embolism in her father.

Mrs. Orr's medical records from July 1996 note a 10-year history of hypertension. Between 1996 and 2015, her blood pressure was often poorly controlled. On April 16, 2015, just prior to her ICH, Dr. Cruz recorded her blood pressure at 200/90 despite use of multiple antihypertensive medications. He adjusted her medications again and instructed her to return in 2-3 weeks for follow-up. Although Mrs. Orr's medical records refer to "white coat hypertension," it is clear from her medical records and the testimony of Dr. Cruz and Dr. Cummings that Mrs. Orr had essential hypertension, which put her at risk for a number of diseases, including both ischemic and hemorrhagic stroke. Mrs. Orr had evidence of end-organ hypertensive damage in several different systems and vascular beds: chronic kidney disease with biopsy-confirmed global glomerulosclerosis; hypertensive retinopathy; and hypertensive and atherosclerotic cardiovascular disease. Hypertension is also a risk factor for atrial fibrillation and congestive heart failure.

Mrs. Orr was first diagnosed with diabetes in 1996, although she was also assessed as having probable diabetic nephropathy at that time, suggesting that her diabetes was not of recent onset. Although she was treated with a number of different medications over the years, her diabetes was often not well-controlled. Mrs. Orr developed significant complications related to her diabetes including chronic kidney disease, diabetic retinopathy, nephrotic syndrome, and chronic ulcers and cellulitis on her legs. She began taking insulin in December 2013.

Mrs. Orr was diagnosed with atrial fibrillation in April 2011 by Dr. Cummings, who also noted signs of congestive heart failure. She was directed to the ER and cardiology was consulted. Her CHADS2 score was noted to be 2 at the time. Her AF was initially treated with

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 11

Pradaxa 150 mg twice a day.  She complained of gastric upset from Pradaxa, but continued on Pradaxa until February 2014 when she was admitted to the hospital for symptomatic AF with rapid ventricular response and congestive heart failure.  At that time, Dr. St. Martin switched her from Pradaxa to Xarelto 20 mg per day.  Mrs. Orr's Xarelto dose was reduced to 15 mg secondary to her chronic kidney disease in July 2014.  She remained on Xarelto 15 mg until her ICH in April 2015.

Dr. Cruz described Mrs. Orr's health as "declining" during the last year of her life.  In June 2014, she underwent a kidney biopsy which showed damage related to diabetes and hypertension, as well as significant atherosclerotic vascular disease.  She was admitted for two weeks in July 2014 for treatment of pleural effusions, AF and CHF. She was treated for squamous cell carcinoma in the fall of 2014.  She had iron deficiency anemia.  As noted above, her hypertension and diabetes were not well controlled.  In late 2014, she began seeing an alternative medicine practitioner who treated her with a variety of supplements but also told her to avoid vaccines.

**Mrs. Orr's Intracerebral Hemorrhage:**

On the evening of April 24, 2015 while she and her husband were finishing dinner at a restaurant, Mrs. Orr complained of sudden onset of a severe headache, which was followed by nausea and vomiting on the way home.  Her husband helped her to bed and she fell asleep.  On awakening, she demonstrated slurred speech and required help to reach the bathroom, where she could not maintain upright posture.  Her husband described her as "lethargic," "listless" and "drowsy" prior to the arrival of EMS.   Mr. Orr said she was unable to respond to questioning by the paramedics and was non-verbal from that point forward.

Mrs. Orr arrived at Baptist Hospital Emergency Department at approximately 11:00 pm on April 24.   On presentation, her blood pressure was 252/114 and her pulse was 68. Nicardipine was started to help reduce her blood pressure.  Her glucose was very high at 305 mg/dL.  GFR was low at 31, but not inconsistent with her baseline Stage III CKD.  PT (11.4), INR (1.1) and aPTT (26.6) were all within normal limits. Neurologically, Mrs. Orr had altered mental status, which had been progressing over the previous 5 hours.  She was noted to be minimally verbal and able to follow simple commands on her right side only.  Her left upper and lower

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 12

extremities were flaccid and her smile was asymmetric.  Cranial nerve function could not be assessed.

The first CT (non-contrast) of the head occurred at 11:36 pm and it demonstrated extensive hemorrhage in Mrs. Orr's right lateral ventricle and third ventricle with associated dilatation of the right lateral ventricle with mass effect on the right cerebral hemisphere, cortical sulcal effacement, hydrocephalus, subfalcine herniation and midline shift and effacement of the basilar cistern consistent with uncal herniation.  Incidentally, the cavernous internal carotid arteries showed atherosclerotic calcifications.

Mrs. Orr's neurologic status declined rapidly following the CT.  She was intubated at 12:20 am after multiple attempts.  Because she required a higher level of care, she was transferred to Ochsner Main Campus by ambulance, arriving at approximately 1:15 am on April 25.  On arrival, Mrs. Orr was comatose with a blood pressure of 166/105 and pulse of 145.  She was GCS 6 with an ICH score of 3.

Dr. Khursheed, a neurology resident, noted she had a grave prognosis on presentation. He also noted that a neurosurgery consult was pending and that 4-factor PCC was available to potentially reverse Xarelto.  Mrs. Orr's last dose of Xarelto was "unknown."  Four units of fresh frozen plasma (FFP) were prepared but neither PCC nor FFP were administered to Mrs. Orr.

A repeat CT without contrast was performed at 4:25 am on April 25 and was stable, without further bleeding since the prior CT.  Continued evidence of blood filling most of the right lateral ventricle remained, and cortical edema, subfalcine herniation, sulcal effacement, and uncal herniation were again demonstrated.

Dr. Bui placed bilateral external ventricular drains (EVDs) during the afternoon of April 25 without complications.  The left EVD returned some CSF but the right drain initially returned no fluid.  Administration of several doses of tPA between April 25 and April 29 eventually resulted in decompression of the ventricles, but did not result in significant clinical improvement and Mrs. Orr remained comatose.  She continued to decline clinically.  Mrs. Orr was subsequently transitioned to comfort care measures and died on May 4, 2015.

OPINIONS

Before her ICH, Mrs. Orr had a $CHA_2DS_2$-VASc score of 6 (hypertension, diabetes, age 67,

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 13

CHF, female and vascular disease), which corresponds to a 9.8% percent chance of having a stroke within a year's time.  Mrs. Orr was at high risk of stroke and required anticoagulation treatment.

Like Dr. St. Martin, I am familiar with the Xarelto prescribing information.  It is my opinion that the label provided sufficient information about rivaroxaban, including its indications, dosing, risks, supporting clinical studies, and pharmacologic properties, for physicians like Dr. St. Martin to make informed and appropriate prescribing decisions for patients like Mrs. Orr. Xarelto was an appropriate and reasonable choice by Dr. St. Martin even considering the risk of bleeding, including ICH, that necessarily accompanies all anticoagulants including Xarelto.  Failure to treat Mrs. Orr with an anticoagulant would have been a deviation from the standard of care.

When a patient experiences an ICH, the patient bleeds into a confined space which is already occupied by brain tissue, blood vessels, and cerebrospinal fluid.  Bleeding into that space increases pressure inside the cranium (ICP).  Midline shift, mass effect and herniation indicate that brain tissue and blood vessels are being distorted and compressed which results in symptoms and death of brain tissue.  There is a high rate of mortality with ICH in general, which increases further due to a number of other factors including the presence of blood in the ventricles, neurologic deterioration, hematoma expansion, and underlying clinical conditions and history such as coagulopathy.

The presentation of symptoms and rapid decline in neurologic status experienced by Mrs. Orr prior to her arrival at Baptist are typical for patients with ICH, particularly where bleeding extends into the ventricles.  Mrs. Orr's symptoms of sudden headache, nausea and vomiting signify the onset of her hemorrhagic stroke at approximately 6:45 pm on April 24, 2015.  These are classic signs and symptoms of intracranial bleeding, particularly bleeding into the ventricles.  These symptoms are primarily due to increased intraventricular and intracranial pressure.  I strongly disagree with Dr. Leichty's assertion that Mrs. Orr's bleeding began well before she became symptomatic and that her symptoms were only attributable to the development of hydrocephalus over a period of time.  Nothing about her clinical history suggests Mrs. Orr's symptoms did not coincide with the onset of hemorrhage.  I concur with

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 14

Mrs. Orr's treating doctors who said that her symptoms signaled the onset of her ICH.

The progression of her symptoms and decline in neurologic status over the next few hours are consistent with the natural history of intracerebral hemorrhage. Bleeding in ICH, particularly in patients with a history of hypertension, most often occurs suddenly with catastrophic results. Continued post-ictal bleeding with hematoma expansion over the next several hours after onset is common, although we know from the CTs performed on Mrs. Orr that her bleeding had stopped by the time she was seen at Baptist. Acute obstructive hydrocephalus can develop rapidly with intraventricular hemorrhage and is often seen on initial CT. In Mrs. Orr's case, the hydrocephalus observed on her initial CT study is due to the presence and effects of blood in her right lateral ventricle and third ventricle over the course of the preceding 5 hours, which likely obstructed the flow of CSF and blood from the right lateral ventricle and third ventricle.

Mrs. Orr's doctors assessed her with an ICH score of 3 based on her GCS score (1 point for GCS 5-12), size of hemorrhage (1 point for hematoma >30 cc), intraventricular hemorrhage (1 point). The ICH score is a reliable index that has been validated. Patients with ICH scores of 3 or higher usually do not survive, and those who do survive are typically severely disabled and dependent.

I disagree with Dr. Leichty's assertion that he can "rule out" hypertension and other possible etiologies of Mrs. Orr's hemorrhagic stroke other than her use of Xarelto. I further disagree with Dr. Leichty's opinion Mrs. Orr experienced a primary intraventricular hemorrhage as opposed to a hemorrhage that began in the brain tissue adjacent to the lateral ventricles.

Mrs. Orr underwent only non-contrast CT scans, which can reliably detect the presence of blood in the brain so as to distinguish a hemorrhagic stroke from an ischemic stroke. Non-contrast CT scanning is not reliable for detecting finer details such as a small parenchymal point of origin for bleeding, particularly in the presence of significant mass effect and resulting tissue compression. Moreover, non-contrast CT cannot reliably detect vascular malformations that produce ICH as well as primary IVH. These vascular anomalies include arteriovenous malformations, aneurysm, and cavernous hemangiomas. The types of imaging studies that can detect these lesions (MRI, MRA, catheter angiogram) were never performed on Mrs. Orr. Even

USCA5 252

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 15

so, some vascular anomalies responsible for intracranial bleeding are impossible to detect because they are angiographically occult or destroy themselves when they rupture. Consequently, it is impossible to "rule out" a vascular anomaly as the source of Mrs. Orr's hemorrhage.

It is my opinion that Mrs. Orr's long history of poorly controlled hypertension caused vascular damage that resulted in her intracerebral hemorrhage on April 24, 2015. Hypertension is the leading cause of ICH. As noted above, hypertension damages arterial structures and makes them prone to bleeding (in contrast, there is no reliable scientific evidence to show that anticoagulants damage vascular structures). Mrs. Orr had a 30-year history of hypertension that was poorly controlled despite her doctors' best efforts. She had resistant blood pressure which was measured at 200/90 by Dr. Cruz just a few days before her ICH, despite taking numerous different antihypertensive medications. Mrs. Orr had multiple measurements of extremely high systolic blood pressure during the years prior to her ICH. In addition, proof of damage from hypertension had been found in several different organ systems and vascular beds: hypertensive retinopathy; biopsy-proven hypertensive kidney disease (global glomerulosclerosis); hypertensive cardiovascular disease; and atherosclerotic vascular disease. Her blood pressure of 252/114 on presentation with ICH is consistent with her history of hypertension, and does not meet the requirements to qualify as Cushing's response due to the lack of bradycardia.

The location of Mrs. Orr's ICH does not rule out hypertension as the cause as Dr. Leichty claims. Hypertensive hemorrhages most frequently occur in the basal ganglia and related structures deep within the brain, many of which border the lateral ventricles. Rather than extending into more dense brain parenchyma, blood follows the path of least resistance and frequently extends into the ventricles in hypertensive ICH. Intraventricular extension occurs in up to 45% of hypertensive hemorrhages in the basal ganglia. I agree with Mrs. Orr's doctors that a parenchymal source of bleeding followed by intraventricular extension cannot be ruled out.

Primary intraventricular hemorrhage refers to intracerebral bleed that is confined to the ventricular system of the brain. Primary Intraventricular hemorrhage is uncommon, comprising

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 16

only 3% of all spontaneous intracerebral hemorrhages. Hypertension is also a leading cause of primary IVH, along with vascular lesions. Even if Mrs. Orr had a primary intraventricular hemorrhage, which cannot be clearly established in this case, Dr. Leichty cannot reliably "rule out" causes other than her use of Xarelto, including hypertension and structural vascular defects.

Despite the lack of a reversal agent specific to Xarelto, at least two agents were available to "reverse" the possible anticoagulant effects from Xarelto she may have taken. Fresh frozen plasma (FFP) and prothrombin complex concentrate (PCC) contain the clotting factors and blood products that are affected by oral anticoagulants, including warfarin, Xarelto and other NOACs. While FFP and PCC are not specific to Xarelto in the sense that specifically target the rivaroxaban molecule, they contain replacement Factor Xa, which prior use of Xarelto may have inhibited. While there may be limited study data on the use of FFP, PCC, or other agents like cryoprecipitate and whole blood in patients taking Xarelto, it is would be a reasonable inference under the circumstances that these agents would replace the Factor Xa inhibited by Xarelto and thus "reverse" the drug's effects.

Several large stroke centers have ICH treatment protocols that call for use of FFP or PCC in patients anticoagulated with Xarelto, as well as other anticoagulants. Thus, it is incorrect to suggest that there was nothing her doctors could do to treat her ICH because there was no Xarelto-specific reversal agent available. Mrs. Orr's doctors took several steps to reduce her ICP, including administration of 3% normal saline, which draws off fluid via osmotic gradient. Lasix was administered for diuresis and attempts were made to lower her blood pressure.

Even if a specific reversal agent for Xarelto had been available, it is my opinion that it most likely would not have made a difference in Mrs. Orr's case. Reversal agents are intended to undo the effect of anticoagulant drugs on the clotting cascade (i.e. they may help prevent further bleeding), but they do not reverse damage that bleeding has already caused. As shown by the first CT at 11:36 pm and her clinical status, Mrs. Orr had experienced severe brain damage before a reversal agent could have been given to her. In addition, Mrs. Orr had normal coagulation studies, her intracranial bleeding had stopped before the first CT scan was performed, and the intraventricular blood had already started clotting. In short, there was no

Case 2:14-md-02592-EEF-MBN   Document 5121-7 *SEALED*   Filed 01/20/17   Page 18 of 34

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 17

reason to administer a reversal agent to Mrs. Orr even if a specific agent had been available.

All anticoagulants are associated with intracranial bleeding.  No specific reversal agent was available for any NOAC at the time Mrs. Orr had her ICH in April 2015.  Even though vitamin k reverses warfarin, it can take 24 hours to work and the mortality rate for warfarin-related ICH remains high despite reversability.  I agree with Mrs. Orr's doctors who stated that it is impossible to say that Mrs. Orr would have avoided her ICH or had a better outcome if she had taken a different anticoagulant.  Patients with AF who take warfarin are more likely to have a catastrophic ICH than those taking NOACs.  The clinical trial evidence shows that a NOAC was a better choice for Mrs. Orr than warfarin.

Even if a coagulopathy played a role in Mrs. Orr's ICH, the underlying cause of the coagulopathy is not clear since Mrs. Orr also routinely took aspirin and had been taking supplements prescribed by Dr. Rai that may have affected her coagulation cascade.  Although it is clear that Mrs. Orr needed to be treated with an anticoagulant, it is worth noting that I have had many patients who unfortunately presented, deteriorated, and died from hemorrhages like Mrs. Orr's even though they were not taking anticoagulants.

The fact that a neurosurgical procedure can be performed does not always mean that it will improve the patient's condition, even if performed quickly and with consummate skill.  Some published data suggest that ICH patients may benefit from surgical decompression such as was attempted in Mrs. Orr's case.  However, the widespread efficacy of the treatment has not been established and is still highly dependent on the patient's particular circumstances.  Mrs. Orr was moribund on presentation to Baptist. Approximately 5 hours had elapsed since the onset of her symptoms before the first CT at Baptist was performed, which showed a large hematoma causing mass effect, herniation and midline shift.  Approximately 2 more hours passed before she arrived at the Main Campus where she could be seen and treated by neurointensivists and neurosurgeons.  By that time, tremendous damage had been done.  She was comatose and her brain had been subjected to extravasated blood, herniation, mass effect, and increased intracranial pressure for up to 7 hours. It is extremely unlikely that earlier surgery would have saved Mrs. Orr's life with a meaningful recovery of neurologic function as Dr. Liechty claims.

PROTECTED INFORMATION –SUBJECT TO PROTECTIVE ORDER

Page 18

I disagree with Dr. Leichty's assertion that Mrs. Orr would have had a 60% chance of survival with "functional neurologic recovery" if earlier surgical intervention had taken place. Dr. Leichty cites one article as support for this opinion, which is based on 12 patients with IVH. The Arboix article does not provide a reliable basis to extrapolate the results to Mrs. Orr's case. In contrast, evaluation and treatment should be based on reliable scientific evidence represented by consistent results from appropriately controlled, well-conducted studies and trials. The ICH Score is a validated prognostic tool based on several clinical and radiologic features and is recommended in the current ICH treatment guidelines of the American Heart Association and American Stroke Association. I agree with Mrs. Orr's medical records that note that her ICH Score was 3 (1 for GCS 5-12, 1 for volume > 30 cc, and 1 for intraventricular hematoma), which is associated with a 72% mortality rate. Therefore, based on her first CT and clinical status on presentation, Mrs. Orr was unlikely to survive her ICH, regardless of treatment. Her further clinical decline and death were unfortunate, but entirely consistent with the natural history of her ICH.

*Lionel A. Branch, MD*

Lionel A. Branch, Jr., MD
Assistant Professor of Clinical Neurology
Director, LSU Stroke Program

LAB/ahn

Case 2:14-md-02592-EEF-MBN Document 5121-7 SEALED Filed 01/20/17 Page 20 of 34

# EXHIBIT A

# CURRICULUM VITAE
## Lionel A. Branch., M.D.

**BIOGRAHICAL:**
Born in New Orleans, Louisiana, ██████████

**HIGH SCHOOL EDUCATION:**
McDonough 35 Senior High School, New Orleans, Louisiana

**COLLEGE EDUCATION:**
Xavier University, New Orleans, Louisiana
Degree: Bachelor of Science, Chemistry
March 1979
Thesis: "The Constant Pressure Ensemble with Application to the Transition State Theory of Chemical Reaction Rates" (1979, Blacksburg, VA)

**MEDICAL SCHOOL:**
University of Alabama School of Medicine, Birmingham, AL
Degree: M.D.
June 1996

**MILITARY SERVICE:**
United States Army Medical Corps
July 1969-1971

Alabama National Guard
September 1991-June 1996

Discharge: Honorable

**WORK EXPERIENCE:**
Assistant Professor of Neurology and Primary Stroke Care Center Director
Louisiana State University Health Science Center/Medical Center of Louisiana New Orleans
January 2009 - Present

Medical Director/Neurologist
Academic Neurology LLC, Gonzales, LA
January 2006- December 2008

Assistant Professor of Neurology
Louisiana State University Health Science Center
August 2001-December 2005

Neurology Stroke Fellow
Louisiana State University Medical Center
August 1, 2000-July 31, 2001

Case 2:14-md-02592-EEF-MBN   Document 5121-7 SEALED   Filed 01/20/17   Page 22 of 34

**WORK EXPERIENCE: (continued)**
Neurology Residency, House Officer IV
Louisiana State University Medical Center
July 1999-June 30, 2000

Neurology Residency, House Officer III
Louisiana State University Medical Center
July 1, 1998-June 30, 1999

Neurology Residency, House Officer II
Louisiana State University Medical Center
July 1, 1997-June 30, 1998

Transitional Residency
Tulane Medical Center
July 1, 1996-June 30 1997

University of Alabama Medical School
Birmingham , Alabama
1991 -  1996

United States Army Aviation Center
March 1984-September 1991

Water Chemist
New Orleans Sewerage and Water Board
January 1983-September 1983

Research Associate
Tulane Medical Center
July 1979-October 1982

**PROFESSIONAL MEMBERSHIPS:**
The American Neurological Society
National Medical Society
American Medical Society
American Chemical Society
National Association for the Advancement of Science

PUBLICATION:

1 Acute Renal Failure is Associated with Higher death and disability in patients with acute  ischemic stroke: Analysis of a Nation wide in- patient sample: Saeed, Adil, Khursheed, Daimee, Branch, I.A., Vidal, Qureshi

Stroke 2014 May; 45(5): 1478-80

2 "Fetal –Type Vanant of the Posterior Cerebral Artery and Concurrent Infarction in the Major Arterial Territories of the Cerebral Hemisphere:"  Lambert, Williams, Oganisyan, Branch, Mader

Journal Investigating High Impact case Reports 2016 September 13; 4(3); 2324709616665409  doi IID. 1177/2324709616665409

## LECTURES AND PRESENTATIONS

1  "Over View of Strokes":  Branch, MD
2  NIHSS in the Emergency Department:  Branch, MD
3  "University Medical Center Stroke Center Stroke Program Over View"  5Oct 2015 Branch, MD
4  ATACH: Antihypertensive Treatment of Cerebral Hemorrhage: In-service Presentation
5  "Vascular Diseases of the Nervous Systems (Intracranial Aneurysm & Subarachnoid Hemorrhage)": Branch, MD
6  "Who will Bleed? (Improving the Selection Paradigm for Thrombolytic Therapy in a Acute Stroke)": Branch, MD
7  Implementation and Sustenance of Improvement in the ILH Stroke Program. May 2011 Branch, MD
8  "Update on Evaluation and Management of Geriatric Stroke":  May 2009  Branch, MD
9  STROKE Committee Meeting Minutes: Interim Louisiana State University Hospital: Jan 2010 Branch, MD
10  Management of Hemorrhage after tPA Administrations *, Branch, MD*

Case 2:14-md-02592-EEF-MBN Document 5121-7 *SEALED* Filed 01/20/17 Page 24 of 34

# EXHIBIT B

## <u>REFERENCE LIST FOR LIONEL BRANCH, M.D.</u>

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Adcock DM, Gosselin R.  Direct oral anticoagulants (DOACs) in the laboratory:  2015 review.  Thromb Res.  2015 Jul;136(1):7-12. Epub 2015 May 8. |
| 2. | Ageno W, Mantovani L, Haas S, Kreutz R, Monje D, Schneider J et al.  Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA):  An international, prospective, non-interventional study. Lancet Haematol.  2016 Jan;3(1):e12-21.  Epub 2015 Dec 8. |
| 3. | Akiyama H, Uchino K, Hasegawa Y.  Characteristics of symptomatic intracranial hemorrhage in patients receiving non-vitamin K antagonist oral anticoagulant therapy.  PLoS One.  2015 Jul 14;10(7):e0132900.  eCollection 2015. |
| 4. | Altena R, vanRoon E, Folkeringa R, deWit H, Hoogendoom M.  Clinical challenges related to novel oral anticoagulants:  Drug-drug interactions and monitoring.  Haematologica.  2014 Feb;99(2):e26-7. |
| 5. | Altman R, Gonzalez CD.  Simple and rapid assay for effect of the new oral anticoagulant (NOAC) rivaroxaban:  Preliminary results support further tests with all NOACs.  Thromb J.  2014 Mar 21;12(1):7. |
| 6. | American Heart Association/American College of Cardiology.  Atrial fibrillation pocket guide.  International Guidelines Center; Lake Mary, Florida: 2014. |
| 7. | Arboix A, Garcia-Eroles L, Vicens A, Oliveres M, Massons J.  Spontaneous primary intraventricular hemorrhage:  Clinical features and early outcome.  ISRN Neurol.  2012;2012:498303. Epub 2012 Aug 26. |
| 8. | Banerjee A, Marín F, Lip GY.  A new landscape for stroke prevention in atrial fibrillation:  Focus on new anticoagulants, antiarrhythmic drugs, and devices.  Stroke.  2011 Nov;42(11):3316-22. Epub 2011 Oct 13. |
| 9. | Barrett YC, Wang Z, Frost C, Shenker A.  Clinical laboratory measurement of direct factor Xa inhibitors:  Anti-Xa assay is preferable to prothrombin time assay.  Thromb Haemost.  2010 Dec;104(6):1263-71. Epub 2010 Oct 26. |
| 10. | Beyer-Westendorf J, Förster K, Pannach S, Ebertz F, Gelbricht V, Thieme C et al.  Rates, management, and outcome of rivaroxaban bleeding in daily care:  Results from the Dresden NOAC registry.  Blood.  2014 Aug 7;124(6):955-62. Epub 2014 May 23. |
| 11. | Bhattathiri PS, Gregson B, Prasad KS, Mendelow AD, S.T.I.C.H investigators.  Intraventricular hemorrhage and hydrocephalus after spontaneous intracerebral hemorrhage:  Results from the STICH Trial.  Acta Neurochir Suppl.  2006;96:65-8. |
| 12. | Bos MJ, Koudstaal PJ, Hofman A, Breteler MM.  Decreased glomerular filtration rate is a risk factor for hemorrhagic but not for ischemic stroke. The Rotterdam Study.  Stroke.  2007 Dec;38(12):3127-32. Epub 2007 Oct 25. |
| 13. | Bounameaux H, Reber G.  New oral antithrombotics:  A need for laboratory monitoring.  Against.  J Thromb Haemost.  2010 Apr;8(4):627-30. Epub 2010 Jan 21.  [Nessel 61]. |
| 14. | Budnitz DS, Lovegrove MC, Shehab N, Richards CL.  Emergency hospitalizations for adverse drug events in older Americans.  N Engl J Med.  2011 Nov 24;365(21):2002-2012. |
| 15. | Camm AJ, Amaranco P, Haas S, Hess S, Kirchhof P, Kuhls S et al.  XANTUS: A real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation.  Eur Heart J.  2016 Apr 7;37(14):1145-53.  Epub 2015 Sep 1. |
| 16. | CDC Atrial Fibrillation Fact Sheet.  http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_atrial_fibrillation.htm. |
| 17. | CDC Stroke Facts.  http://www.cdc.gov./dhdsp/data_statistics/fact_sheets/fs?stroke.htm. |

| 18. | Chin PK. Which patients may benefit from dose adjustment of non-vitamin K antagonist oral anticoagulants? Semin Thromb Hemost. 2015 Mar;41(2):195-207. Epub 2015 Feb 17. |
|---|---|
| 19. | Christiansen TD, Larsen TB. Precision and accuracy if point-of-care testing coagulometers used for self-testing and self-management of oral anticoagulation therapy. J Thromb Haemost. 2012 Feb;10(2):251-60. |
| 20. | Clemens A, Noack H, Brueckmann M, Lip GY. Twice- or once-daily dosing of novel oral anticoagulants for stroke prevention: A fixed-effects meta-analysis with predefined heterogeneity quality criteria. PLoS One. 2014 Jun;9(6):e99276. eCollection 2014. Erratum in: PLoS One. 2014;9(9):e109437. |
| 21. | Cohen D. Rivaroxaban: Can we trust the evidence? BMJ. 2016 Feb 3;352:i575. [Byra]. |
| 22. | Coleman CI, Antz M, Ehlken B, Evers T. REal-LIfe evidence of stroke prevention in patients with atrial fibrillation – the RELIEF study. Int J Cardiol. 2016 Jan 15;203:882-4. Epub 2015 Sep 25. |
| 23. | Connolly SJ, Ezekowitz MD, Yusuf S, Eikelboom J, Oldgren J, Parekh A et al. Dabigatran versus warfarin in patients with atrial fibrillation. N Engl J Med. 2009 Sep 17;361(12):1139-1151. Epub 2009 Aug 30. Erratum in: N Engl J Med. 2010 Nov 4;363(19):1877. |
| 24. | Cucchiara B. Intraventricular hemorrhage. UpToDate. 2016;Aug 26. www.uptodate.com. |
| 25. | Culebras A, Messe SR, Chaturvedi S, Kase CS, Gronseth. Summary of evidence-based guideline update: prevention of stroke in nonvalvular atrial fibrillation. Report of the Guideline Development Subcommittee of the American Academy of Neurology. Neurology. 2014 Feb 25;82(8):716-24. Erratum in: Neurology. 2014 Apr 22;82(16):1481. Dosage error in article text. |
| 26. | Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res. 2012 Dec;130(6):956-66. Epub 2012 Sep 21. |
| 27. | Eerenberg ES, Kamphuisen PW, Sijpkens MK, Meijers JC, Büller HR, Levi M. Reversal of rivaroxaban and dabigatran by prothrombin complex concentrate: A randomized, placebo-controlled, crossover study in healthy subjects. Circulation. 2011 Oct 4;124(14):1573-9. Epub 2011 Sep 6. |
| 28. | Elliott J, Smith M. The Acute Management of Intracerebral Hemorrhage: A Clinical Review. International Anesthesia Research Society. 2010 May;1110(5):1419-1427. |
| 29. | Fang MC, Singer DE, Chang Y, Hylek EM, Henault LE, Jensvold NG et al. Gender differences in the risk of ischemic stroke and peripheral embolism in atrial fibrillation. The AnTicoagulation and Risk factors in Atrial fibrillation (ATRIA) study. Circulation. 2005 Sep 20;112(12):1687-91. Epub 2005 Sep 12. |
| 30. | Fang MC, Go AS, Chang Y, Borowsky LH, Pomernacki NK, Udaltsova N et al. Thirty-day mortality after ischemic stroke and intracranial hemorrhage in patients with atrial fibrillation on and off anticoagulants. Stroke. 2012 Jul;43(7):1795-9. Epub 2012 Apr 26. |
| 31. | Frontera JA, Lewis JJ3rd, Rabinstein AA, Aisiku IP, Alexandrov AW, Cook AM et al. Guideline for reversal of antithrombotics in intracranial hemorrhage. A statement for healthcare professionals from the Neurocritical Care Society and Society of Critical Care Medicine. Neuro Crit Care. 2016 Feb;24(1):6-46. [appendices available]. |
| 32. | Giray S, Sen O, Sarica FB, Tufan K, Karatas M, Goksel BK et al. Spontaneous primary intraventricular hemorrhage in adults: Clinical data, etiology and outcome. Turk Neurosurg. 2009 Oct;19(4):338-44. |
| 33. | Go AS, Hylek EM, Borowsky LH, Phillips KA, Selby JV, Singer DE. Warfarin use among ambulatory patients with nonvalvular atrial fibrillation: The AnTicoagulation and risk factors |

USCA5 263

| | in atrial fibrillation (ATRIA) study. Ann Intern Med. 1999 Dec 21;131(12):927-34. |
|---|---|
| 34. | Gorst-Rasmussen A, Lip GY, Larsen TB. Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: Comparative effectiveness and safety in Danish routine care. Pharmacoepidemiol Drug Saf. 2016 May 27. [Epub ahead of print]. |
| 35. | Gosselin RC, Francart SJ, Hawes EM, Moll S, Dager WE, Adcock DM. Heparin-calibrated chromogenic anti-Xa activity measurements in patients receiving rivaroxaban: Can this test be used to quantify drug level? Ann Pharmacother. 2015 Jul;49(7):777-783. Epub 2015 Apr 8. |
| 36. | Gosselin RC, Adcock DM. The laboratory's 2015 perspective on direct oral anticoagulant testing. J Thromb Haemost. 2016 May;14(5):886-893. |
| 37. | Graham DJ, Reichman ME, Wernecke M, Hsueh Y-H, Izem R, Southworth MR et al. Stroke, bleeding, and mortality risks in elderly Medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med. 2016 Oct 3. [Epub ahead of print]. |
| 38. | Hagii J, Tomita H, Metoki N, Saito S, Shiroto H, Hitomi H et al. Characteristics of intracerebral hemorrgage during rivaroxaban treatment: Comparison with those during warfarin. Stroke. 2014 Sep;45(9):2805-7. Epub 2014 Jul 31. |
| 39. | Halperin JL, Hankey GJ, Wojdyla DM, Piccini JP, Lokhnygina Y, Patel MR et al. Efficacy and safety of rivaroxaban compared with warfarin among elderly patients with nonvalvular atrial fibrillation in the rivaroxaban once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation (ROCKET AF). Circulation. 2014 Jul 8;130(2):138-46. Epub 2014 Jun 3. |
| 40. | Halvorsen S, Ghanima W, Tvete IF, Hoxmark C, Falck P, Solli O et al. A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants. Eur Heart J Cardiovasc Pharmacother. 2016 Sep 27. [Epub ahead of print]. |
| 41. | Hameed B, Khealani BA, Mozzafar T, Wasay M. Prognostic indicators in patients with primary intraventricular haemorrhage. J Pak Med Assoc. 2005 Aug;55(8):315-7. |
| 42. | Han SY, Palmeri ST, Broderick SH, Hasselblad V, Rendall D, Stevens S et al. Quality of anticoagulation with warfarin in patients with nonvalvular atrial fibrillation in the community setting. J Electrocardiol. 2013 Jan-Feb;46(1):45-50. Epub 2012 Oct 11. |
| 43. | Hanley DF. Intraventricular hemorrhage: Severity factor and treatment target in spontaneous intracerebral hemorrhage. Stroke. 2009 Apr;40(4):1533-8. Epub 2009 Feb 26. |
| 44. | Hart RG, Halperin JL. Atrial fibrillation and stroke. Concepts and controversies. Stroke. 2001 Mar;32(3):803-8. |
| 45. | Healey JS, Connolly SJ. Atrial fibrillation: Hypertension as a causative agent, risk factor for complications, and potential therapeutic target. Am J Cardiol. 2003 May 22;91(10A):9G-14G. |
| 46. | Hemphill JC 3rd, Bonovich DC, Besmertis L, Manley GT, Johnston SC. The ICH score: A simple, reliable grading scale for intracerebral hemorrhage. Stroke. 2001 Apr;32(4):891-7. |
| 47. | Hemphill JC, Greenberg SM, Anderson CS, Becker K, Bendok B, Cushman M et al. Guidelines for the management of spontaneous intracerebral hemorrhage. A guideline for healthcare professionals from the American Heart Association/American Stroke Association. Stroke. 2015 Jul;46(7):2032-60. Epub 2015 May 28. |
| 48. | Hinson HE, Hanley DF, Ziai WC. Management of intraventricular hemorrhage. Curr Neurol Neurosci Rep. 2010 Mar;10(2):73-82. |
| 49. | Holbrook A, Schulman S, Witt DM, Vandvik PO, Fish J, Kovacs MJ et al. Evidence-based management of anticoagulant therapy. Antithrombotic therapy and prevention of thrombosis, |

3

|     | 9th ed: American College of Chest Physicians evidence-based clinical practice guidelines. Chest. 2012 Feb;141(2 Suppl):e152S-84S. |
|-----|------------------------------------------------------------------------------------------------------------------------------------|
| 50. | January CT, Wann LS, Alpert JS, Calkins H, Cigarroa JE, Cleveland JC et al. 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. J Am Coll Cardiol. 2014 Dec 2;64(21):e1-76. Epub 2014 Mar 28. |
| 51. | January CT, Wann LS, Alpert JS, Calkins H, Cigarroa JE, Cleveland JC et al. 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: Executive summary. A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Circulation. 2014 Dec 2;130(23):2071-104. Epub 2014 Mar 28. |
| 52. | Jauch EC, Saver JL, Adams HP Jr, Bruno A, Connors JJ, Demaerschalk BM et al. Guidelines for the early management of patients with acute ischemic stroke: A guideline for healthcare professionals from the American Heart Association/American Stroke Association. Stroke. 2013 Mar;44(3):870-947. |
| 53. | Jørgensen HS, Nakayama H, Reith J, Raaschou HO, Olsen TS. Acute stroke with atrial fibrillation. The Copenhagen Stroke Study. Stroke. 1996 Oct;27(10):1765-9. (with attachments). |
| 54. | Kase CS, Robinson RK, Stein RW, DeWitt LD, Hier DB, Harp DL et al. Anticoagulant-related intracerebral hemorrhage. Neurology. 1985 Jul;35(7):943-8. |
| 55. | Kase CS. Cerebellar hemorrhage. In: Kase CS, Caplan LR, editors. Intracerebral Hemorrhage. Boston: Butterworth-Heinemann; 1994. p. 383-401. |
| 56. | Kasliwal MK, Panos NG, Munoz LF, Moftakhar R, Lopes DK, Byrne RW. Outcome following intracranial hemorrhage associated with novel oral anticoagulants. J Clin Neurosci. 2015 Jan;22(1):212-5. Epub 2014 Jul 25. |
| 57. | Kubitza D, Berkowitz SD, Misselwitz F. Evidence-based development and rationale for once-daily rivaroxaban dosing regimens across multiple indications. Clin Appl Thromb Haemost. 2016 Jul;22(5):412-22. Epub 2016 Feb 18. [Kubitza 55 – marked on direct]. |
| 58. | Kubitza D, Perzborn E, Berkowitz SD. The discovery of rivaroxaban: Translating preclinical assessments into clinical practice. Front Pharmacol. 2013 Nov 25;4:145. |
| 59. | Laliberté F, Cloutier M, Nelson WW, Coleman CI, Pilon D, Olson WH et al. Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. Curr Med Res Opin. 2014;30(7):1317-1325. 2014 Jul;30(7):1317-25. Epub 2014 Apr 2. |
| 60. | Lamassa M, Di Carlo A, Pracucci G, Basile AM, Trefoloni G, Vanni P et al. Characteristics, outcome, and care of stroke associated with atrial fibrillation in Europe: Data from a multicenter multinational hospital-based registry (The European Community Stroke Project). Stroke. 2001 Feb;32(2):392-8. |
| 61. | Levy JH, Ageno W, Chan NC, Crowther M, Verhamme P, Weitz JI et al. When and how to use antidotes for the reversal of direct oral anticoagulants: Guidance from the SSC of the ISTH. Thromb J Haemost. 2016 Mar;14(3):623-7. Epub 2016 Feb 17. |
| 62. | Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI, Spiro TE. Assays for measuring rivaroxaban: Their suitability and limitations. Ther Drug Monit. 2010 Dec;32(6):673-9. |
| 63. | Lip GY, Larsen TB, Skøth F, Rasmussen LH. Indirect comparisons of new oral anticoagulant drugs for efficacy and safety when used for stroke prevention in atrial fibrillation. J Am Coll Cardiol. 2012 Aug 21;60(8):738-46. Epub 2012 May 9. |
| 64. | Lip GY, Douketis JD. Perioperative management of patients receiving anticoagulants. |

USCA5 265

|  | UpToDate.  2016 Sep 30.  www.uptodate.com. |
| --- | --- |
| 65. | Lu WJ, Lin KH, Hsu MJ, Chou DS, Hsiao G, Sheu JR.  Suppression of NF-kB signaling by andrographolide with a novel mechanism in human platelets:  Regulatory roles of the p38 MAPK-hydroxyl radical-ERK2 cascade.  Biochem Pharmacol.  2012 Oct 1;84(7):914-24. Epub 2012 Jul 4. |
| 66. | Mendelow AD, Gregson BA, Fernandes HM, Murray GD, Teasdale GM, Hope DT et al.  Early surgery versus initial conservative treatment in patients with spontaneous supratentorial intracerebral haematomas in the International Surgical Trial in Intracebral Haemorrhage (STICH):  A randomised trial. Lancet.  2005 Jan 29-Feb 4;365(9457):387-97. |
| 67. | Meschia JF, Bushnell C, Boden-Albala B, Braun LT, Bravata DM, Chaturvedi S et al.  Guidelines for the primary prevention of stroke.  A statement for healthcare professionals from the American Heart Association/American Stroke Association.  Stroke.  2014 Dec;45(12):3754-832. Epub 2014 Oct 28. |
| 68. | Moore GW, Henley A, Cotton SS, Tugnait S, Rangarajan S.  Clinically significant differences between point-of-care analysers and a standard analyser for monitoring the International Normalized Ratio for oral anticoagulant therapy:  A multi-instrument evaluation in the hospital outpatient setting.  Blood Coagul Fibrinolysis.  2007 Apr;18(3):287-92.  [Yuan 10]. |
| 69. | Mueck W, Eriksson BI, Borris LC, Dahl OE, Haas S, Huisman MV et al. Rivaroxaaban for thromboprophylaxis in patients undergoing total hip replacement:  Comparison of pharmacokinetics and pharmacodynamics with once-and twice-daily dosing.  Blood. 2006;108(11):903. |
| 70. | Mueck W, Borris LL, Dahl OE, Haas S, Huisman MV, Kakkar AK et al. Population pharmacokinetics and pharmacodynamics of once-and twice-daily rivaroxaban for the prevention of venous thromboembolism in patients undergoing total hip replacement.  Thromb Haemost.  2008 Sep;100(3):453-61. |
| 71. | Mueck  Population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention.  Clin Pharmacokinet.  2011 Oct;50(10):675-86.  Erratum in:  Clin Pharmacokinet. 2012 Feb;51(2):136. |
| 72. | Mueck W, Schwers S. Stampfuss J.  Rivaroxaban and other novel oral anticoagulants:  Pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring.  Thromb J.  2013 Jun 28;11(1):10.  [Mueck 41]. |
| 73. | Mueck W, Stampfuss J, Kubitza D, Becka M.  Clinical pharmacokinetic and pharmacodynamicsprofile of rivaroxaban.  Clin Pharmacokinet.  2014 Jan;53(1):1-16.  [Marked as Nessel 55, Derix 33, Mueck 32 and van Eickels 13]. |
| 74. | Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H et al.  Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban.  J Cardiol.  2015 Mar;65(3):185-90. Epub 2014 Sep 2. |
| 75. | Passero S, Ulivelli M, Reale F.  Primary intraventricular haemorrhage in adults.  Acta Neurol Scand.  2002 Feb;105(2):115-9. |
| 76. | Patel MR, Hellkamp A, Fox KA.  Point-of-care warfarin monitoring in the ROCKET AF trial.  N Engl J Med.  2016 Feb 25;374(8):785-8. Epub 2016 Feb 3. |
| 77. | Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W et al.  Rivaroxaban versus warfarin in nonvalvular atrial fibrillation.  N Engl J Med.  2011 Sep 8;365(10):883-891. |
| 78. | Peacock WF, Patel M, Tamayo S, Sicicganano N, Hopf K, Yuan Z.  Abstract:  P4066 - Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban.  European Society of Cardiology.  2015. |

USCA5 266

| 79. | Perzborn E, Roehrig S, Straub A, Kubitza D, Misselwitz F. The discovery and development of rivaroxaban, an oral, direct factor Xa inhibitor. Nat Rev Drug Discov. 2011 Jan;10(1):61-75. Epub 2010 Dec 17. |
|---|---|
| 80. | Piccini JP, Garg J, Patel MR, Lokhnygina Y, Goodman SG, Becker RC et al. Management of major bleeding events in patients treated with rivaroxaban vs. warfarin: Results from the ROCKET AF trial. Eur Heart J. 2014 Jul 21;35(28):1873-80. Epub 2014 Mar 21. |
| 81. | Piccini JP, Hellkamp AS, Lokhnygina Y, Patel MR, Harrell FE, Singer DE et al. Relationship between time in therapeutic range and comparative treatment effect of rivaroxaban and warfarin: Results from the ROCKET AF trial. J Am Heart Assoc. 2014 Apr 22;3(2):e000521. |
| 82. | Pisters R, Lane DA, Nieuwlaat R, de Vos CB, Crijins HJ, Lip GY. A novel user-friendly score (has-bled) to assess 1-year risk of major bleeding in patients with atrial fibrillation: The Euro Heart Survey. Chest. 2010 Nov;138(5):1093-100. Epub 2010 Mar 18. |
| 83. | Pollack CV. Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 2016 Jun;33(6):423-30. Epub 2015 May 18. |
| 84. | Powell JR. Point-of-care warfarin monitoring in the ROCKET AF trial. N Engl J Med. 2016 Jul 28;375(4):390. |
| 85. | Rabe J. Novel anticoagulants and bleeding in the emergency department. http://www.emdocs.net/anticoagulants-bleeding-emergency-department. |
| 86. | Raja AS, Geyer B. Emergency department management of patients on novel oral anticoagulant agents. Emerg Med Pract. 2013 Oct;15(10):1-18; quiz 18-9. |
| 87. | Raskh A. Anticoagulants and atrial fibrillation. Tex Heart Inst J. 2005;32(2):218-9. |
| 88. | Rose AJ, Hylek EM, Ozonoff A, Ash AS, Reisman JI, Berlowitz DR. Risk-adjusted percent time in therapeutic range as a quality indicator for outpatient oral antigoagulation. Results of the Veterans Affairs Study to Improve Anticoagulation (VARIA). Circ Cardiovasc Qual Outcomes. 2011 Jan 1;4(1):22-9. Epub 2010 Nov 23. |
| 89. | Ruff CT, Giugliano RP, Braunwald, Morrow DA, Murphy SA, Kuder JF et al. Association between edoxaban dose, concentration, anti-factor XA activity, and outcomes: An analysis of data from the randomized, double-blind ENGAGE AF-TIMI 48 trial. Lancet. 2015 Jun 6;385(9984):2288-95. Epub 2015 Mar 11. |
| 90. | Sahni R, Weinberger J. Management of intracerebral hemorrhage. Vasc Health Risk Manag. 2007;3(5):701-9. |
| 91. | Samama MM, Contant G, Spiro TE, Perzborn E, Flem LL, Guinet C et al. Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clin Appl Thromb Hemost. 2012 Mar-Apr;18(2):150-8. Epub 2012 Mar 2. |
| 92. | Samama MM, Contant G, Spiro TE, Perzborn E, Guinet C, Gourmelin Y et al. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban concentrations using calibrators and controls. Thromb Haemost. 2012 Feb;107(2):379-87. Epub 2011 Dec 21. [Spiro 10]. |
| 93. | Samama MM, Contant G, Spiro TE, Perzborn E, Le Flem L, Guinet C et al. Laboratory assessment of rivaroxaban: A review. Thromb J. 2013 Jul 3;11(1):11. |
| 94. | Samama MM, Martinoli J-L, LeFlem L, Guinet C, Plu-Bureau G, Depasse F et al. Assessment of laboratory assays to measure rivaroxaban – an oral, direct factor Xa inhibitor. Thromb Haemost. 2010 Apr;103(4):815-25. Epub 2010 Feb 2. |
| 95. | Shah BH, Nawaz Z, Pertani SA, Roomi A, Mahmood H, Saeed SA, Gilani AH. Inhibitory effect of curcumin, a food spice from turmeric, on platelet-activating factor-and arachidonic acid-mediated platelet aggregation through inhibition of thromboxane formation and Ca2+ signaling. Biochem Pharmacol. 1999 Oct 1;58(7):1167-72. |

USCA5 267

| 96. | Sherwood MW, Nessel CC, Hellkamp AS, Mahaffey KW, Piccini JP, Suh E-Y et al. Gastrointestinal bleeding in patients with atrial fibrillation treated with rivaroxaban or warfarin. ROCKET AF trial. J Am Coll Cardiol. 2015 Dec 1;66(21):2271-2281. |
|---|---|
| 97. | Siegal DM, Cuker A. Reversal of novel anticoagulants in patients with major bleeding. J Throm Thrombolysis. 2013 Apr;35(3):391-8. |
| 98. | Smythe MA, Fanikos J, Gulseth MP, Wittkowsky AK, Spinler SA, Dager WE et al. Rivaroxaban: Practical considerations for ensuring safety and efficacy. Pharmacotherapy. 2013 Nov;33(11):1223-45. Epub 2013 May 26. |
| 99. | Stead LG, Jain A, Bellolio MF, Odufuye AO, Dhillon RK, Manivannan V et al. Effect of anticoagulant and antiplatelet therapy in patients with spontaneous intra-cerebral hemorrhage: Does medication use predict worse outcome? Clin Neurol Neurosurg. 2010 May;112(4):275-81. Epub 2009 Dec 29. |
| 100. | Tamayo S, Peacock F, Patel M, Sicignano N, Hopf KP, Fields LE et al. Characterizing major bleeding in patients with nonvalvular atrial fibrillation: A pharmacovigilance study of 27,467 patients taking rivaroxaban. Clin Cardiol. 2015;38(2):63-68. |
| 101. | Ten Cate H. New oral anticoagulants: Discussion on monitoring and adherence should we start now. Thromb J. 2013 Jun 28;11(1):8. |
| 102. | Trujillo T, Dobesh PP. Clinical use of rivaroxaban: Pharmacokinetic and pharmacodynamics rationale for dosing regimens in different indications. Drugs. 2014 Sep;74(14):1587-603. Erratum in: Drugs. 2014 Oct;74(15):1837. |
| 103. | Tsai HH, Lin HW, Lu YH, Chen YL, Mahady GB. A review of potential harmful interactions between anticoagulant/antiplatelet agents and Chinese herbal medicines. PLoS One. 2013 May 9;8(5):e64255. Print 2013. |
| 104. | Unger EF. Atrial fibrillation and new oral anticoagulant drugs. www.fda.gov/drugs/newsevents/ucm405148.htm. |
| 105. | Vaughan Sarrazin MS, Rose A. Safety of new oral anticoagulants. BMJ. 2015 Apr 24;350:h1679. [Nessel 63]. |
| 106. | Vespa PM, Martin N, Zuccarello M, Awad I, Hanley DF. Surgical trials in intracerebral hemorrhage. Stroke. 2013 Jun;44(6 Suppl 1):S79-82. |
| 107. | Wang CZ, Moss J, Yuan CS. Commonly used dietary supplements on coagulation function during surgery. Medicines (Basel). 2015 Sep;2(3):157-185. Epub 2015 Jul 27. |
| 108. | Weeda ER, White CM, Peacock WF, Coleman CI. Rates of major bleeding with rivaroxaban in real-world studies of nonvalvular atrial fibrillation patients: A meta-analysis. Curr Med Res Opin. 2016 Jun;32(6):1117-20. Epub 2016 Mar 16. |
| 109. | Wilson D, Charidimou A, Shakeshaft C, Ambler G, White M, Cohen H et al. Volume and functional outcome of intracerebral hemorrhage according to oral anticoagulant type. Neurology. 2016 Jan 26;86(4):360-6. Epub 2015 Dec 30. |
| 110. | Witsch J, Bruce E, Meyers E, Velazquez A, Schmidt JM, Suwatcharangkoon S et al. Intraventricular hemorrhage expansion in patients with spontaneous intracerebral hemorrhage. Neurology. 2015 Mar 10;84(10):989-94. Epub 2015 Feb 6. |
| 111. | Immunitone Plus ingredient list |
| 112. | Inflammatone 120 vegetarian capsules ingredient list |
| 113. | Xarelto 2011.11 Label<br>Xarelto 2011.11 Medication Guide<br>Xarelto 2012.11 Label<br>Xarelto 2012.11 Medication Guide<br>Xarelto 2013.03 Label |

USCA5 268

Case 2:14-md-02592-EEF-MBN Document 5121-7 *SEALED* Filed 01/20/17 Page 32 of 34

| | |
|---|---|
| | Xarelto 2013.03 Medication Guide<br>Xarelto 2013.08 label<br>Xarelto 2013.08 Medication Guide<br>Xarelto 2014.03 label<br>Xarelto 2014.03 Medication Guide<br>Xarelto 2015.09 Label<br>Xarelto 2016.05 Label<br>Xarelto 2016.05 Medication Guide |
| 114. | Gianluca Cerri, MD Expert Report (Orr case-specific) |
| 115. | Peter Liechty, MD Expert Report (Orr case-specific) |
| 116. | Plaintiff Sharyn Orr Medical Records |
| 117. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-KennerR-000001CD) |
| 118. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-OMC-RD-000001CD) |
| 119. | Plaintiff Fact Sheet (Sharyn Orr)<br>First Amended PFS<br>Second Amended PFS |
| 120. | Deposition Transcripts (Sharyn Orr):<br>Joseph Orr, Jr. 6/7/2016<br>Maurice St. Martin, MD 6/27/2016<br>Cuong Bui, MD 7/7/2016<br>Kimberly DeAgano 9/15/2016<br>Toby Gropen, MD 9/16/2016<br>Kashmir Rai, MD 9/19/2016<br>Brian Ogden, MD 9/19/2016<br>Francisco Cruz, MD 9/20/2016<br>Terry Cummings, MD 9/22/2016<br>Elizabeth Mahanna, MD 9/27/2016<br>Joseph Orr, III 10/3/2016<br>Kelli Walker 10/3/2016 |

USCA5 269

Case 2:14-md-02592-EEF-MBN Document 5121-7 SEALED Filed 01/20/17 Page 33 of 34

# EXHIBIT C

# FEE SCHEDULE

Medical Records Review Per hour............................$800.00

Meeting/Conference Per Hour..............................$800.00

Teleconference Per Hour.......................................$800.00

Deposition Fee First Two (2) Hours......................$2000.00
    Greater than two (2) hours additional per hour...$800.00

Court Appearance (per day plus expenses)...........$5000.00

Independent Medical Evaluation...........................$1000.00

Independent Medical Evaluation w/EMG or
EEG..................................................................$1800.00

revised 01/01/2014