UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
|    *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL**

NOW COME Plaintiffs who submit that on January 20, 2017, Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5121] ("Other Anticoagulants Motion") was filed into the record. Exhibits 1 through 6 attached to the Other Anticoagulants Motion refer to or contain information that has been designated confidential. Accordingly, movers request that Exhibits 1 through 6 attached to the Other Anticoagulants Motion be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits 1 through 6 attached Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes From Other Anticoagulants be filed UNDER SEAL.

|  |  |
|---|---|
| Dated:  January 20, 2017 | Respectfully submitted,<br><br>*/s/ Leonard A. Davis*<br>Leonard A. Davis, Esq. (Bar No. 14190)<br>**HERMAN, HERMAN & KATZ, LLC**<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>Phone:  (504) 581-4892<br>Fax:  (504) 561-6024<br>Email:  ldavis@hhklawfirm.com<br><br>Gerald E. Meunier (Bar No. 9471)<br>**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA  70163-2800<br>Phone:  (504) 522-2304<br>Fax: (504) 528-9973<br>Email:  gmeunier@gainsben.com<br><br>*Plaintiffs' Liaison Counsel* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**