| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No.  2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ------------------------------------------------------------------ ) | SECTION:   L |
| ) | |
| ) | JUDGE:  ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*James O. Green and Pamela Green  v. Janssen Research and Development, LLC et al*
2:16-cv-16412

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Pamela Green, on behalf of the Estate of James O. Green, as Plaintiff in the above captioned cause.

1. James O. Green and Pamela Green filed a products liability lawsuit against defendants on November 16, 2016.

2. Plaintiff James O. Green died on December 16, 2016.

3. James O. Green's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on January 20, 2017, attached hereto as "Exhibit A."

5. Pamela Green, already a party to this liability action, on behalf of the Estate of James O. Green, is a proper party to substitute for plaintiff-decedent James O. Green and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the

1

court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Respectfully submitted January 20, 2017.

By: */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017 a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

By: */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com

2