UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO ALL CASES

### MOTION AND ORDER TO REMOVE COUNSEL OF RECORD

ON MOTION of CHARLES C. HUNTER, and upon suggesting to the Court that he desires to have removed DEBRA BREWER HAYES as counsel of record due to her death on JULY 16, 2016 for BARBARA VORNBROCK, hereinafter referred to as "client", in the above captioned and numbered proceeding. Counsel further states that he has informed his client of this motion by mailing client a letter via U.S. Mail.

HAYES HUNTER PC

By: _____
CHARLES C. HUNTER
4265 San Felipe
Suite 1000
Houston, Texas 77027
Tel: 281-768-4731
Fax: 713-583-7047
State Bar No. 24072160
chunter@hayeshunterlaw.com
Attorney for Barbara Vornbrock

## ORDER

Considering the foregoing motion:

IT IS ORDERED that DEBRA BREWER HAYES be and is hereby removed as lead counsel for Barbara Vornbrock and replaced by CHARLES C. HUNTER in this matter.

New Orleans, Louisiana this ____ day of _____ 20__

_____<br>
Judges Signature