UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

## ORDER RE: TESTIMONY FROM J. MICHAEL GAZIANO, MD, MPH

Before the Court is Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** Dr. Gaziano shall be prohibited from providing testimony about the following topics: (1) the adequacy of the Xarelto label; (2) the adequacy of the Xarelto dosing scheme; or (3) the Time in Therapeutic Range ("TTR") for warfarin in comparison to NOACs.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**