UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT *EX PARTE* MOTION TO FILE CERTAIN MEMORANDA AND EXHIBITS UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the following Memoranda in Support and certain Exhibits under seal:

1) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims, and Exhibits C, E-R [Rec. Docs. 5110-1, 5110-4, 5110-6, 5110-7, 5110-8, 5110-9, 5110-10, 5110-11, 5110-12, 5110-13, 5110-14, 5110-15, 5110-16, 5110-17, 5110-18, 5110-19];

2) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5111-1, 5111-2, 5111-3];

3) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5112-1, 5112-2, 5112-3];

1

4) Memorandum in Support of Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Design-Defect Claims Under the Louisiana Product Liability Act and Exhibits A-H, J-U  [Rec. Docs. 5115-1, 5115-2, 5115-3, 5115-4, 5115-5, 5115-6, 5115-7, 5115-8, 5115-9, 5115-11, 5115-12, 5115-13, 5115-14, 5115-15, 5115-16, 5115-17, 5115-18, 5115-19, 5115-20, 5115-21, 5115-22];

5) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Boudreaux*, Case No. 14-2720) and Exhibits A-B, E-G [Rec. Docs. 5118-1, 5118-2, 5118-3, 5118-6, 5118-7, 5118-8];

6) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Orr*, Case No. 15-3708) and Exhibits A-B, E-J [Rec. Docs. 5119-1, 5119-2, 5119-3, 5119-6, 5119-7, 5119-8, 5119-9, 5119-10, 5119-11];

7) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD and Exhibits A and B [Rec. Docs. 5120-1, 5120-2, 5120-3];

8) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., Under Federal Rule of Evidence 702 and Exhibits 3 and 4 [Rec. Docs. 5108-1, 5108-4, 5108-5];

9) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens, and Exhibits 1-25, and 27-29;

10) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, and Exhibits 6, 9-19, 24-32, 34, 37-41, and 44-45;

11) Memorandum in Support of Defendants' Daubert Motion to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the Orr and Boudreaux Cases and Exhibits 1-19, 21-22.

Defendants respectfully submit that this Court previously entered a Stipulated Protective Order ("Pretrial Order No. 12" or "PTO 12"), which governs:

> [A]ll hard copy and electronic materials, the information contained therein, and all other information including all copies, excerpts, summaries, or compilations thereof, whether revealed in a document, deposition, other testimony, discovery response or otherwise, produced or disclosed by any party to this proceeding (the "Supplying Party") to any other party (the "Receiving Party").

*See* Pretrial Order No. 12 (Rec. Doc. No. 894, ¶ 2). Defendants' Motion contains several references to documents which have been designated as confidential and/or "protected information," as set forth in PTO 12. This includes excerpts and quotations from documents containing Defendants' trade secrets and other confidential research, development, and commercial information. The same is true of the source documents themselves, such as expert reports and depositions transcripts, as well as Defendant-produced company documents, which are attached as exhibits to the Motion. Further, certain Motions [Rec. Doc. Nos. 5118 and 5119] also reference the medical records and health conditions of particular plaintiffs.  For these reasons, Defendants respectfully request that the Motion be sealed.

Furthermore, PTO 12 also states:

> A party may not file in the public record in this action any "PROTECTED INFORMATION" without written permission from the Supplying Party or a court order secured after appropriate notice to the parties. Material or information designated as "PROTECTED INFORMATION" under this Stipulated Protective Order shall not be used or disclosed by any party, or their counsel or any person acting on his/her behalf to any other persons except as provided for hereinafter, and shall not be used for any business or competitive purpose, or for any other purposes whatsoever, other than the preparation and trial of this action and any appeal in connection with this action.

*See* Pretrial Order No. 12 (Rec. Doc. No. 894, ¶ 18). Thus, the stipulated language of PTO 12 expressly prohibits the filing of such "protected information" without either written permission from the Supplying Party or by Court Order and, accordingly, the Motion should be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Further, a division of this Court has recognized that it is appropriate to seal documents "out of an abundance of caution in order to protect [a party's] trade secrets." *See Shell Expl. & Prod. Co. v. Robinson*, No. CIV.A. 01-1417, 2001 WL 1490954, at *1 (E.D. La. Nov. 20, 2001). Therefore, pursuant to PTO 12 and the applicable case law, Defendants' Memoranda and Exhibits should be filed UNDER SEAL.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned pleadings be filed UNDER SEAL.

Respectfully Submitted,

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com


*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC, and Johnson & Johnson*

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**