UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | |

## NOTICE OF MANUAL ATTACHMENT

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson (collectively, "Defendants") through undersigned counsel, hereby provide notice of the manual attachment of the pleadings listed below, which Defendants have requested be filed under seal pursuant to Local Rule 5.6. Counsel for Defendants will hand deliver the following pleadings to the Court on Friday, January 20, 2017:

1) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims, and Exhibits C, E-R [Rec. Docs. 5110-1, 5110-4, 5110-6, 5110-7, 5110-8, 5110-9, 5110-10, 5110-11, 5110-12, 5110-13, 5110-14, 5110-15, 5110-16, 5110-17, 5110-18, 5110-19];

2) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5111-1, 5111-2, 5111-3];

1

3) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5112-1, 5112-2, 5112-3];

4) Memorandum in Support of Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Design-Defect Claims Under the Louisiana Product Liability Act and Exhibits A-H, J-U  [Rec. Docs. 5115-1, 5115-2, 5115-3, 5115-4, 5115-5, 5115-6, 5115-7, 5115-8, 5115-9, 5115-11, 5115-12, 5115-13, 5115-14, 5115-15, 5115-16, 5115-17, 5115-18, 5115-19, 5115-20, 5115-21, 5115-22];

5) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Boudreaux*, Case No. 14-2720) and Exhibits A-B, E-G [Rec. Docs. 5118-1, 5118-2, 5118-3, 5118-6, 5118-7, 5118-8];

6) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Orr*, Case No. 15-3708) and Exhibits A-B, E-J [Rec. Docs. 5119-1, 5119-2, 5119-3, 5119-6, 5119-7, 5119-8, 5119-9, 5119-10, 5119-11];

7) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD and Exhibits A and B [Rec. Docs. 5120-1, 5120-2, 5120-3];

8) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., Under Federal Rule of Evidence 702 and Exhibits 3 and 4 [Rec. Docs. 5108-1, 5108-4, 5108-5];

9) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens, and Exhibits 1-25, and 27-29;

10) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, and Exhibits 6, 9-19, 24-32, 34, 37-41, and 44-45;

11) Memorandum in Support of Defendants' Daubert Motion to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the Orr and Boudreaux Cases and Exhibits 1-19, 21-22.

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com


*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**