UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

GERALD CARROLL and KATHY CARROLL

2:16-CV-7215

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, Gerald Carroll and Kathy Carroll, hereby dismiss all claims in this matter with prejudice against all Defendants in this action ONLY, Civil Action No. 2:16-cv-7215.

This stipulation shall not affect the lawsuits filed by the other plaintiffs named in the Joint Complaint currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana ("Xarelto MDL"), bearing Case No. 2:16-cv-05268 or affect the Complaint currently pending in the Xarelto MDL bearing Case No. 2:17-cv-527. All parties shall bear their own costs.

**CHAFFIN LUHANA LLP**

By: /s/Roopal Luhana

Roopal P. Luhana, Esq.
600 3rd Ave, 12 Flr
New York, NY 10016
Tel.: (888)480-1123
Email: luhana@chaffinluhana.com

Attorneys for Plaintiffs

Dated: January 23, 2017

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Email: Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: January 23, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: January 23, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700 New Orleans, LA 70130 (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: January 23, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                                                      /s/ Roopal P. Luhana