Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DAVID MANN,<br><br>        Plaintiff,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>        Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-12699-EEF-MBN |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff David Mann informs the Court that Mr. Mann has died.  Counsel will be separately filing a motion to substitute party in this action.

DATED:  January 23, 2017       THE MULLIGAN LAW FIRM

              By: /s/ Charles G. Orr
                 Charles G. Orr
                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

              By: /s/ Charles G. Orr
                 Charles G. Orr
                 Attorney for Plaintiff