Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: DAVID MANN, | ) SECTION:   L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) Civil Action No.: 2:16-cv-12699-EEF-MBN |
| v. | ) ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Jacqueline Mann on behalf of her late son, David Mann.

David Mann filed a products liability action against Defendants on May 17, 2016, as part of a bundled complaint, cause number 16-6427.  By court order dated May 26, 2016, this action was severed from the bundled complaint [dkt # 4 in 16-6427].  Mr. Mann's short form complaint was filed on July 12, 2016, and assigned cause number 16-12699.  Mr. Mann passed away on July 16, 2016 (counsel did not learn of Mr. Mann's passing until October 2016 and has recently

1

engaged Mr. Mann's mother to prosecute his action).  A suggestion of death was filed on January 23, 2017.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  David Mann's products liability action against Defendants survived his death and was not extinguished.  Jacqueline Mann, surviving parent of David Mann, is a proper party to substitute for Mr. Mann and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  January 23, 2017               THE MULLIGAN LAW FIRM


                                       By:    /s/ Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                       By:    /s/ Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff