## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON |
| DAVID MANN, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:16-cv-12699-EEF-MBN |
| | ) |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT | ) |
| LLC f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| DEVELOPMENT LLC, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Jacqueline Mann, as surviving parent of David Mann, is substituted for Plaintiff David Mann in the above numbered and captioned case.


Dated: _____          _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge