UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*LINDA EVERETT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04517-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Linda Everett, files this Suggestion of Death upon the Record. Plaintiff Linda Everett departed this world on or about October 9, 2016 during the pendency of this civil action.

Dated: January 23, 2017            Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on January 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson