UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05605

BARBARA VORNBROCK
    Plaintiff,
v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
    Defendants.

## MOTION TO REMOVE COUNSEL OF RECORD

ON MOTION of CHARLES C. HUNTER, and upon suggesting to the Court that he desires to have removed DEBRA BREWER HAYES as counsel of record due to her death on JULY 16, 2016 for BARBARA VORNBROCK, hereinafter referred to as "client", in the above captioned and numbered proceeding. Counsel further states that he has

Informed his client of this motion by mailing client a letter via U.S. Mail.

HAYES HUNTER PC

By: _____
CHARLES C. HUNTER
4265 San Felipe
Suite 1000
Houston, Texas 77027
Tel: 281-768-4731
Fax: 713-583-7047
State Bar No. 24072160
chunter@hayeshunterlaw.com
Attorney for Barbara Vornbrock