UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
|---|---|

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05605

BARBARA VORNBROCK
        Plaintiff,
v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
        Defendants.

## ORDER ON MOTION
## TO REMOVE COUNSEL OF RECORD

Considering the foregoing motion:

IT IS ORDERED that DEBRA BREWER HAYES be and is hereby removed as lead counsel for

Barbara Vornbrock and replaced by CHARLES C. HUNTER in this matter.

New Orleans, Louisiana this ____day of _____20___

_____
Judges Signature