UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION * MDL NO. 2592

* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE NORTH

************************************************ *

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

**IT IS ORDERED** that the order giving certain Plaintiffs 60 days from September 20, 2016, to remedy their Plaintiff Fact Sheet Deficiencies (R. Doc. 4941) is **AMENDED** to reflect the following:

| 3. | Jones, Chezarea | The Driscoll Firm | 2:15-cv-06376 |

New Orleans, Louisiana, this 20th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE