UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
                                    :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Dawn A. Burton, Individually and as Representative of Leonard White, deceased v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06139

## ORDER

Considering the foregoing Notice of and Suggestion of Death and Motion to Substitute Party Plaintiff, as well as any responses thereto, for the above-captioned case,

IT IS HEREBY ORDERED that Plaintiff, Dawn A. Burton, as surviving daughter of Leonard White, is substituted for Plaintiff Leonard White in the above captioned case.

New Orleans, Louisiana this 19th day of January, 2017.

_____
United States District Judge