MINUTE ENTRY
FALLON, J.
JANUARY 20, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 16-2636, 16-6715, 16-16699, 15-6450, 15-7094 and various cases listed on the attached Exhibit A | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Sindhu Daniel, Esq. for Plaintiffs
              Shannon Miller, Esq. for Defendants

1. Plaintiff Heidi Rorick-Evans' Motion to Remand to State Court   (4720)   (Ref. Case No. 16-16699)
Graham Lambert, Esq. appeared via phone for Plaintiff
Rodney Hudson, Esq. for Defendants

After argument – motion was DENIED as premature for the reasons orally stated on the record.

2. Plaintiff Lenora Demeritte's Second Motion for Extension of Time to Submit Plaintiff Fact Sheet   (4287)   (Ref. Case No. 16-2636)
Andrew Kirkendall, Esq. appeared via phone for Plaintiff

After argument – motion was passed until March 20, 2017.

3. Motion of Mark Gray, Matthew White, Doris Kim, Jacob Levy, and the Law Firm of Gray and White, for Leave to Withdraw as Counsel for Plaintiff Robbie Crutcher   (4320)   (Ref. Case No. 16-6715)

After argument – motion was DENIED, but motion to dismiss case was GRANTED

4. Defendants Motion for Plaintiffs to Show Cause Why Their Cases Should Not be Dismissed With Prejudice for Failure to Serve a Plaintiff Fact Sheet   (4921)  (Ref: Cases listed on Exhibit A)

After argument – the Court was advised that many of the deficiencies have been cured. Some case have been dismissed and some cases have been passed to a later date.  Counsel for Plaintiffs will file a Motion and Order which will reflect the rulings stated regarding these matters.

**SHOW CAUSE ORDER** as to Plaintiffs Robin Arnoth (Case No. 15-6450) and Abbie Nappier (Case No. 15-7094)   (Rec. Doc. No. 4639)

Attorney Jose' Munoz appeared by telephone as to Plaintiff Robin Arnoth . Case was Dismissed With Prejudice.

Attorney Donald Green appeared by telephone as to Plaintiff Abbie Nappier. Matter was passed until the next monthly status conference, set for February 10, 2017, at 9:00am.

JS10:     :41