**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Allen, Waverly | 2:16-cv-04460 | Slater, Slater Schulman, LLP |
| 2. | Andre, Brett | 2:16-cv-00554 | The Potts Law Firm, LLP |
| 3. | Archer, Melissa Deacon | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 4. | Arzate, Rodolfo | 2:15-cv-07162 | Jackson Allen & Williams, LLP |
| 5. | Ashcraft, James, IV | 2:16-cv-13587 | Matthews & Associates |
| 6. | Baker, Ronald | 2:16-cv-07497 | Slater, Slater Schulman, LLP |
| 7. | Bauer, Richard | 2:15-cv-06332 | Pro Se – Richard Bauer |
| 8. | Betancourt, Teresa | 2:15-cv-05426 | Diez-Arguelles & Tejedor, P.A. |
| 9. | Bowman, Arelene | 2:16-cv-06612 | The Mulligan Law Firm |
| 10. | Brandon, Allen | 2:16-cv-06879 | Slater, Slater Schulman, LLP |
| 11. | Brdar, Damir Jr. | 2:16-cv-10749 | Slater, Slater Schulman, LLP |
| 12. | Brock, Harvey | 2:16-cv-06913 | Dugan Law Firm, PLC |
| 13. | Brown, Geraldine | 2:16-cv-10476 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 14. | Brown, Leon Bradshaw | 2:16-cv-09989 | Jackson Allen & Williams, LLP |
| 15. | Bryant, Jacqueline | 2:16-cv-10440 | Slater, Slater Schulman, LLP |
| 16. | Bryant, Torrance | 2:16-cv-03185 | Sweeney Merrigan Law |
| 17. | Burley, Joann C. | 2:16-cv-06638 | Kirkendall Dwyer LLP |
| 18. | Burnett, Adrienne | 2:16-cv-05142 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

00389034

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 19. | Campbell, Harold | 2:16-cv-09609 | Slater, Slater Schulman, LLP |
| 20. | Carlson, Jack | 2:16-cv-10584 | Goza Honnold Law Firm |
| 21. | Chadwick, Londell, Jr. | 2:16-cv-02425 | Plymale Law Firm |
| 22. | Chambers, Jefferson | 2:16-cv-09632 | Slater, Slater Schulman, LLP |
| 23. | Chesner, Michael | 2:16-cv-12723 | Nemeroff Law Firm |
| 24. | Ciaverella, Ralph | 2:16-cv-09941 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 25. | Cleghorn, Helen (Duplicate filer) | 2:16-cv-02959 | Bernstein Liebhard LLP |
| 26. | Colvin, George | 2:16-cv-08955 | Cunard Law Firm |
| 27. | Conduff, John | 2:16-cv-10541 | Slater, Slater Schulman, LLP |
| 28. | Connors, Patrick | 2:16-cv-10591 | Goza Honnold Law Firm |
| 29. | Cornelius, Susan | 2:16-cv-10678 | Slater, Slater Schulman, LLP |
| 30. | Crutcher, Robbie | 2:16-cv-06715 | Gray & White |
| 31. | Daniels, Martha Lee | 2:15-cv-02004 | Milstein Adelman, LLP |
| 32. | Devault, David | 2:15-cv-06386 | Jackson Allen & Williams, LLP |
| 33. | DiMichele, Angela | 2:16-cv-00269 | Slater, Slater Schulman, LLP |
| 34. | Dixon, Lessie (Duplicate 1) | 2:16-cv-10040 | Slater, Slater Schulman, LLP |
| 35. | Douglas, Cleveland | 2:16-cv-07885 | Slater, Slater Schulman, LLP |
| 36. | Douresseau, Earlette L. | 2:16-cv-01408 | Miller Weisbrod, LLP |
| 37. | Dwyer, Dustin (Duplicate filer) | 2:16-cv-02127 | Monsour Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 38. | Estrada, Fidel Zabala | 2:15-cv-05200 | Diez-Arguelles & Tejedor, P.A. |
| 39. | Evans, Larry Kenneth | 2:16-cv-10546 | Slater, Slater Schulman, LLP |
| 40. | Fallon, Frank | 2:16-cv-12732 | Nemeroff Law Firm |
| 41. | Farinas, Arsenio | 2:15-cv-05186 | Diez-Arguelles & Tejedor, P.A. |
| 42. | Favis, Frankie | 2:15-cv-06344 | Herman, Herman & Katz, LLC |
| 43. | Ferdman, Basya | 2:16-cv-01317 | Grant & Eisenhofer P.A. |
| 44. | Flood, Jesse | 2:16-cv-10656 | Crumley Roberts |
| 45. | Flynn, Michele | 2:16-cv-01699 | Slater, Slater Schulman, LLP |
| 46. | Foley, George | 2:15-cv-05834 | Herman, Herman & Katz, LLC |
| 47. | Freedline, Tracy | 2:16-cv-10042 | Jackson Allen & Williams, LLP |
| 48. | Gaines, Ridgeway (Duplicate filer) | 2:16-cv-07059 | Flint Law Firm, LLC |
| 49. | Gray, Ernest | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 50. | Green, William | 2:16-cv-10668 | Slater, Slater Schulman, LLP |
| 51. | Hadley, Patricia | 2:16-cv-02557 | Girardi Keese |
| 52. | Haggerty, Cindy | 2:15-cv-06790 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 53. | Hall, Charles | 2:16-cv-09774 | Slater, Slater Schulman, LLP |
| 54. | Hamelin, Patricia | 2:16-cv-04271 | Burke Harvey, LLC; Crumley Roberts |
| 55. | Hardy, Angela | 2:15-cv-02180 | Pro Se – Angela Hardy |
| 56. | Hartman, Wiilliam | 2:16-cv-03522 | Slater, Slater Schulman, LLP |
| 57. | Hedtcke, Ronald (Duplicate filer) | 2:16-cv-06575 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 58. | House, Harold | 2:15-cv-05937 | Burke Harvey, LLC;Crumley Roberts |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 59. | Howard, Clifford | 2:16-cv-00485 | The Driscoll Firm, P.C. |
| 60. | Huelster, Walter | 2:16-cv-04840 | Burke Harvey, LLC; Crumley Roberts |
| 61. | Huffman, Leonard | 2:16-cv-08670 | Slater, Slater Schulman, LLP |
| 62. | Huls, Bernice | 2:16-cv-03658 | Burke Harvey, LLC; Crumley Roberts |
| 63. | Irby, George | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 64. | James, Dawn | 2:16-cv-12842 | Nemeroff Law Firm |
| 65. | Johnson, Jones | 2:16-cv-10275 | Stanley Law Group |
| 66. | Jolley, Donald (Duplicate filer) | 2:16-cv-10753 | Slater, Slater Schulman, LLP |
| 67. | Jones, Sean | 2:16-cv-08937 | Slater, Slater Schulman, LLP |
| 68. | Kaase, Deborah K. | 2:16-cv-12506 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 69. | Kilby, Curtis | 2:15-cv-06127 | Michael H. Cummings II, LLC |
| 70. | King, David | 2:16-cv-09791 | Slater, Slater Schulman, LLP |
| 71. | Lavergne, Kevin | 2:16-cv-04844 | Burke Harvey, LLC; Crumley Roberts |
| 72. | Logan, Sonja | 2:16-cv-09122 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 73. | Maldonado, Bernardo | 2:15-cv-05194 | Diez-Arguelles & Tejedor, P.A. |
| 74. | Manley, Tammy | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 75. | Martin, Rhonda | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 76. | Martinez-Hernandez, Tatiana | 2:15-cv-05424 | Diez-Arguelles & Tejedor, P.A. |
| 77. | Matran, Janelle | 2:16-cv-01720 | Slater, Slater Schulman, LLP |
| 78. | Matthews, Gayle | 2:16-cv-12996 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 79. | McBee, Mary | 2:16-cv-07062 | Flint Law Firm, LLC |
| 80. | McElroy, Jerry (Duplicate 2) | 2:16-cv-03382 | Flint Law Firm, LLC |
| 81. | Mello, Marissa | 2:16-cv-10899 | Slater, Slater Schulman, LLP |
| 82. | Metzgar, Frank | 2:16-cv-05968 | Sweeney Merrigan Law |
| 83. | Mitala, Paul | 2:16-cv-09153 | Slater, Slater Schulman, LLP |
| 84. | Mitchell, Russell | 2:16-cv-10213 | Jackson Allen & Williams, LLP |
| 85. | Moeller, Mark | 2:16-cv-12849 | Nemeroff Law Firm |
| 86. | Morale, Aurea | 2:15-cv-05191 | Diez-Arguelles & Tejedor, P.A. |
| 87. | Morin, Rudolfo | 2:16-cv-15128 | Cochran Legal Group, LLP |
| 88. | Morison, Philip | 2:16-cv-10912 | Slater, Slater Schulman, LLP |
| 89. | Morris, Sue | 2:16-cv-09903 | Slater, Slater Schulman, LLP |
| 90. | Neis, Thomas | 2:16-cv-01675 | Morris Law Firm |
| 91. | Nesbitt, Joan (Duplicate filer) | 2:16-cv-10353 | Stanley Law Group |
| 92. | Owens, Charles | 2:16-cv-02591 | Carey Danis & Lowe |
| 93. | Owens, Roy | 2:16-cv-12638 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 94. | Paloma, Gabriel, Jr. | 2:16-cv-04575 | Slater, Slater Schulman, LLP |
| 95. | Parris, Phillip | 2:16-cv-12859 | Nemeroff Law Firm |
| 96. | Pauley, Anna | 2:16-cv-10929 | Slater, Slater Schulman, LLP |
| 97. | Peterson, John | 2:16-cv-09916 | Slater, Slater Schulman, LLP |
| 98. | Phelps, Dwight | 2:16-cv-09310 | Slater, Slater Schulman, LLP |
| 99. | Phillips, Glenda | 2:16-cv-04490 | Bernstein Liebhard LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 100. | Pleasant, Margaret | 2:16-cv-01102 | The Potts Law Firm, LLP |
| 101. | Prechtl, Jonathan | 2:15-cv-06040 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 102. | Quick, Frederick | 2:16-cv-07020 | Slater, Slater Schulman, LLP |
| 103. | Robertson, Violet | 2:15-cv-03715 | Bernstein Liebhard LLP |
| 104. | Robinson, Cheryl S. | 2:16-cv-07607 | Fears Nachawati, PLLC |
| 105. | Robinson, Hattie | 2:16-cv-10055 | Slater, Slater Schulman, LLP |
| 106. | Rodgers, Kyesha | 2:16-cv-10065 | Slater, Slater Schulman, LLP |
| 107. | Rodriguez, Dionicio | 2:16-cv-10071 | Slater, Slater Schulman, LLP |
| 108. | Roper, Anna Marie | 2:16-cv-09596 | Slater, Slater Schulman, LLP |
| 109. | Rose, Samuel | 2:16-cv-10942 | Slater, Slater Schulman, LLP |
| 110. | Ross, Geri | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 111. | Rounds, Tanzia | 2:16-cv-01727 | Slater, Slater Schulman, LLP |
| 112. | Rouse, Johnnie | 2:16-cv-10251 | Jackson Allen & Williams, LLP |
| 113. | Russell, Jennifer | 2:16-cv-10104 | Slater, Slater Schulman, LLP |
| 114. | Schultz, Ernie | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 115. | Scott, Loren | 2:16-cv-09380 | Slater, Slater Schulman, LLP |
| 116. | Shrout, Randall | 2:16-cv-00770 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 117. | Smith, John A. (Duplicate 1) | 2:16-cv-10976 | Slater, Slater Schulman, LLP |
| 118. | Smith, John A. (Duplicate 2) | 2:16-cv-09404 | Slater, Slater Schulman, LLP |
| 119. | Smith, Renee | 2:16-cv-10116 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 120. | Smith, Robert | 2:16-cv-10980 | Slater, Slater Schulman, LLP |
| 121. | Smith, Thomas J. | 2:16-cv-00267 | Slater, Slater Schulman, LLP |
| 122. | Starkey, Linda | 2:16-cv-08899 | Cunard Law Firm |
| 123. | Stevens, Julie | 2:16-cv-06052 | Provost Umphrey Law Firm L.L.P. |
| 124. | Stotts, Chelesea | 2:16-cv-10306 | Jackson Allen & Williams, LLP |
| 125. | Taylor, Joseph | 2:16-cv-07080 | Slater, Slater Schulman, LLP |
| 126. | Timmons, Mary | 2:16-cv-05973 | Sweeney Merrigan Law |
| 127. | Trinidad, Edgardo | 2:16-cv-07087 | Slater, Slater Schulman, LLP |
| 128. | Troutman, Harold | 2:16-cv-12880 | Nemeroff Law Firm |
| 129. | Vest, Terry | 2:16-cv-09416 | Slater, Slater Schulman, LLP |
| 130. | Voltz, Helen | 2:16-cv-10583 | Slater, Slater Schulman, LLP |
| 131. | Wake, Kenneth | 2:16-cv-10254 | Slater, Slater Schulman, LLP |
| 132. | Way, Virginia | 2:16-cv-10992 | Slater, Slater Schulman, LLP |
| 133. | Willey, Mandy | 2:16-cv-06120 | Provost Umphrey Law Firm L.L.P. |
| 134. | Williams, Cathleen | 2:16-cv-10998 | Slater, Slater Schulman, LLP |
| 135. | Williams, Constance | 2:16-cv-01117 | The Potts Law Firm, LLP |
| 136. | Woods, Nancy | 2:16-cv-10259 | Slater, Slater Schulman, LLP |
| 137. | Woodward, Phoebe | 2:16-cv-08982 | Slater, Slater Schulman, LLP |
| 138. | Worrell, Bryan | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 139. | Wyatt, Tomiese | 2:16-cv-06531 | Slater, Slater Schulman, LLP |
| 140. | Young, David | 2:15-cv-05912 | Pro Se – David Young |
| 141. | Zouain, Jose | 2:15-cv-05226 | Diez-Arguelles & Tejedor, P.A. |