Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*David Mann v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12699 | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

### MOTION FOR LEAVE TO FILE SUPPLEMENT TO RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Plaintiff David Mann, through undersigned counsel, respectfully requests that this Court grant this Motion for Leave to File Supplement to Response to Show Cause Order Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies.  The Response was filed January 20, 2017 [dkt # 5107].  Since the filing of the Response, the alleged deficiency in Mr. Mann's PFS has been cured.  Moreover, a Suggestion of Death and Motion to Substitute Party have been filed in Mr. Mann's case.  Leave to file a supplement to the Response is sought so that the Court has complete information when it disposes of the Show Cause Order as to Mr. Mann's action.

**MOTION FOR LEAVE TO SUBMIT REVISED PROPOSED ORDER**                                          Page 1

DATED:  January 24, 2017                              Respectfully submitted,

                              By:  /s/ *Charles G. Orr*
                                  Charles G. Orr, TX Bar No. 00788148
                                  THE MULLIGAN LAW FIRM
                                  3710 Rawlins Street, #901
                                  Dallas, Texas 75219
                                  Telephone: (214) 219-9779
                                  Facsimile: (214) 520-8789
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 24, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              By:  /s/ Charles G. Orr
                                  Charles G. Orr
                                  Attorney for Plaintiff