UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*David Mann v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12699 | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

# ORDER

Plaintiff seeks leave to file a supplement to the Response to Order to Show Cause filed on January 20, 2017 [dkt # 5107]. The Court is of the opinion that leave to file a supplement to the response should be granted. It is therefore:

ORDERED THAT leave is hereby granted for Plaintiff David Mann to file a supplement to the response to the show cause order filed at docket number 5107.

DATED: _____  _____
Hon. Eldon E. Fallon
United States District Court Judge