UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO:   *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

CONSIDERING the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits A and D attached to Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection From Anticoagulant-Related Bleeds [Rec. Doc. 5116], be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 23rd day of January, 2017.

_____
Eldon E. Fallon
United States District Court Judge