UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO:  *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

CONSIDERING the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1, 3 and 4 attached to Plaintiffs' Motion to Preclude Certain Testimony From J. Michael Gaziano, MD, MPH [Rec. Doc. 5127], be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 23rd day of        January        , 2017.

_____
Eldon E. Fallon
United States District Court Judge