UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, for leave to file certain Memoranda and Exhibits UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the following pleadings UNDER SEAL:

1) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims, and Exhibits C, E-R [Rec. Docs. 5110-1, 5110-4, 5110-6, 5110-7, 5110-8, 5110-9, 5110-10, 5110-11, 5110-12, 5110-13, 5110-14, 5110-15, 5110-16, 5110-17, 5110-18, 5110-19];

2) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5111-1, 5111-2, 5111-3];

3) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, Under Federal Rule of Evidence 702 and Exhibits A and B [Rec. Docs. 5112-1, 5112-2, 5112-3];

4) Memorandum in Support of Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Design-Defect Claims Under the Louisiana Product Liability Act and Exhibits A-H, J-U  [Rec. Docs. 5115-1, 5115-2, 5115-3, 5115-4, 5115-5, 5115-6, 5115-7, 5115-8, 5115-9, 5115-11, 5115-12, 5115-13, 5115-14, 5115-15, 5115-16, 5115-17, 5115-18, 5115-19, 5115-20, 5115-21, 5115-22];

5) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Boudreaux*, Case No. 14-2720) and Exhibits A-B, E-G [Rec. Docs. 5118-1, 5118-2, 5118-3, 5118-6, 5118-7, 5118-8];

6) Memorandum in Support of Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (in *Orr*, Case No. 15-3708) and Exhibits A-B, E-J [Rec. Docs. 5119-1, 5119-2, 5119-3, 5119-6, 5119-7, 5119-8, 5119-9, 5119-10, 5119-11];

7) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD and Exhibits A and B [Rec. Docs. 5120-1, 5120-2, 5120-3];

8) Memorandum in Support of Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., Under Federal Rule of Evidence 702 and Exhibits 3 and 4 [Rec. Docs. 5108-1, 5108-4, 5108-5];

9) Memorandum in Support of Defendants' *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens, and Exhibits 1-25, and 27-29;

10) Memorandum in Support of Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, and Exhibits 6, 9-19, 24-32, 34, 37-41, and 44-45;

11) Memorandum in Support of Defendants' Daubert Motion to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the Orr and Boudreaux Cases and Exhibits 1-19, 21-22.

New Orleans, Louisiana, this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE