**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION :  **MDL No. 2592**
            :
            :  **SECTION L**
            :
            :  **JUDGE ELDON E. FALLON**
            :
_____:  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

Patricia Young

CA# 2:16-cv-4565

## SUGGESTION OF DEATH

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Patricia Young on September 12, 2016.

Dated:  January 24, 2017

            Respectfully submitted,

            By:   /s/ Daniel J. Carr    

            Joseph C. Peiffer, La. Bar # 26459
            Daniel J. Carr, La. Bar # 31088
            PEIFFER ROSCA WOLF
            ABDULLAH CARR & KANE
            A Professional Law Corporation
            201 St. Charles Avenue, Suite 4610
            New Orleans, Louisiana  70170-4600
            Telephone:  (504) 523-2434
            Facsimile:  (504) 523-2464
            Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

<u>Certificate of Service</u>

I hereby certify that on January 24, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Daniel J. Carr*