UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Ernest Byrd

CA# 2:15-cv-1141

## SUGGESTION OF DEATH

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Ernest Byrd on September 27, 2015.

Dated: January 24, 2017

    Respectfully submitted,

    By:   /s/ Daniel J. Carr

    Joseph C. Peiffer, La. Bar # 26459
    Daniel J. Carr, La. Bar # 31088
    PEIFFER ROSCA WOLF
    ABDULLAH CARR & KANE
    A Professional Law Corporation
    201 St. Charles Avenue, Suite 4610
    New Orleans, Louisiana 70170-4600
    Telephone: (504) 523-2434
    Facsimile: (504) 523-2464
    Email: dcarr@prwlegal.com

>Michael B. Lynch, Esq.
>THE MICHAEL BRADY LYNCH FIRM
>127 West Fairbanks Ave. #528
>Winter Park, Florida 32789
>Office: (877) 513-9517
>Fax: (321) 972-3568
>Cell: (321) 239-8026
>Email: michael@mblynchfirm.com
>
>*Attorneys for the Plaintiff*

Certificate of Service

I hereby certify that on January 24, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>   /s/ *Daniel J. Carr*