UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Patricia Young

CA# 2:16-cv-4565

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Isabella King on behalf of her deceased sister, Patricia Young.

1. Patricia Young filed a products liability lawsuit against defendants on May 9, 2016.
2. Subsequently, plaintiff's counsel learned that Patricia Young died.
3. Patricia Young's product liability action against defendants survived her death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on January 24, 2017, attached hereto.
5. Isabella King, surviving sister of Patricia Young, is a proper party to substitute for plaintiff-decedent Patricia Young and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: January 24, 2017.

                                                    Respectfully submitted,

                                                    By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    /s/ Daniel J. Carr