UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : 
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Patricia Young

CA# 2:16-cv-4565

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Patricia Young on September 12, 2016.

Dated: January 24, 2017

                                        Respectfully submitted,

                                        By: ___/s/ Daniel J. Carr_____

                                        Joseph C. Peiffer, La. Bar # 26459
                                        Daniel J. Carr, La. Bar # 31088
                                        PEIFFER ROSCA WOLF
                                        ABDULLAH CARR & KANE
                                        A Professional Law Corporation
                                        201 St. Charles Avenue, Suite 4610
                                        New Orleans, Louisiana  70170-4600
                                        Telephone:  (504) 523-2434
                                        Facsimile:  (504) 523-2464
                                        Email: dcarr@prwlegal.com

        Michael B. Lynch, Esq.
        THE MICHAEL BRADY LYNCH FIRM
        127 West Fairbanks Ave. #528
        Winter Park, Florida 32789
        Office: (877) 513-9517
        Fax: (321) 972-3568
        Cell: (321) 239-8026
        Email: michael@mblynchfirm.com

        *Attorneys for the Plaintiff*

## Certificate of Service

I hereby certify that on January 24, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ *Daniel J. Carr*