UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
_____:     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Ernest Byrd

CA# 2:15-cv-1141

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Angel Calvert on behalf of her deceased father, Ernest Byrd.

1. Ernest Byrd filed a products liability lawsuit against defendants on April 10, 2015.
2. Subsequently, plaintiff's counsel learned that Ernest Byrd died.
3. Ernest Byrd's product liability action against defendants survived his death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on January 24, 2017, attached hereto.
5. Angel Calvert, surviving daughter of Ernest Byrd, is a proper party to substitute for plaintiff-decedent Ernest Byrd and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: January 24, 2017.

              Respectfully submitted,

              By:  /s/ Daniel J. Carr    

              Joseph C. Peiffer, La. Bar # 26459
              Daniel J. Carr, La. Bar # 31088
              PEIFFER ROSCA WOLF
              ABDULLAH CARR & KANE
              A Professional Law Corporation
              201 St. Charles Avenue, Suite 4610
              New Orleans, Louisiana  70170-4600
              Telephone:  (504) 523-2434
              Facsimile:  (504) 523-2464
              Email: dcarr@prwlegal.com

              Michael B. Lynch, Esq.
              THE MICHAEL BRADY LYNCH FIRM
              127 West Fairbanks Ave. #528
              Winter Park, Florida 32789
              Office: (877) 513-9517
              Fax: (321) 972-3568
              Cell: (321) 239-8026
              Email: michael@mblynchfirm.com

              *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 24, 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ Daniel J. Carr