UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * * * * * * * | **MDL NO. 2592** |
| | | **SECTION: L** |
| | | **JUDGE: FALLON** |
| | | **MAG. JUDGE NORTH** |

***************************************************

THIS DOCUMENT RELATES TO:

*Donna Atwood v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15129

*Rowena Dennis v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15133

*Paula Driscoll v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15135

*Laura Mae Hartzog v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15138

*Birder Hunt v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15142

*Paul Jones v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15144

*Gary Langley v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15145

*Lee Joyce Perryman v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15409

**PROPOSED ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlines service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this \_\_\_\_\_ day of \_\_\_\_\_, 2017.

                                                                     _____
                                                                     Hon. Eldon E. Fallon
                                                                      United States District Judge