## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*See attached Schedule of Cases.*

### EX PARTE MOTION FOR LEAVE TO
### WITHDRAW BRIAN B. WINEGAR AS COUNSEL OF RECORD

COMES NOW Jim M. Perdue, Jr. and moves to withdraw Brian Winegar as counsel of record for Plaintiffs identified in the attached Schedule of Cases. In support of this motion, movant states as follows:

1.	Mr. Brian Winegar is leaving the employment of Perdue & Kidd effective January 25, 2017.

2.	Plaintiffs will continue to be represented by Jim M. Perdue, Jr. and Perdue & Kidd.

WHEREFORE, movant, Jim M. Perdue, Jr., respectfully requests this Court grant his Ex Parte Motion for Leave to Withdraw Brian Winegar as Counsel of Record.

Respectfully submitted,

**PERDUE & KIDD**

Date: January 25, 2016

/s/ *Jim M. Perdue, Jr.*
Jim M. Perdue, Jr.
Texas Bar No. 00788180
Donald H. Kidd
Texas Bar No. 11383100
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

/s/ *Jim M. Perdue, Jr.*
**JIM M. PERDUE, JR.**