UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

### SCHEDULE OF CASES

| Last Name | First Name | Civil Action No. |
|---|---|---|
| Brown | Linda | 2:15-cv-02273 |
| Christensen | Rupender | 2:16-cv-16916 |
| Deyo | Michael | 2:16-cv-17639 |
| Edwards | Vicki | 2:16-cv-17625 |
| Le | Nha | 2:16-cv-01868 |
| Goodwin | Lenox | 2:16-cv-13877 |
| Heraghty | John | 2:16-cv-17633 |
| Louisos | William | 2:16-cv-17636 |
| Love | Khaliah | 2:16-cv-02217 |
| Stuart | George | 2:16-cv-02161 |
| Van Ess | Burton | 2:16-cv-17637 |
| Vazquez | Maria Cabello | 2:16-cv-15590 |
| Wall | Zoe | 2:16-cv-02220 |