UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*See Schedule of Cases attached to Ex Parte Motion to Withdraw*

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to Withdraw Brian B. Winegar as Counsel of Record with respect to the Plaintiffs listed in the Schedule of Cases attached to said Motion,

**IT IS HEREBY ORDERED** that Brian B. Winegar is withdrawn as attorney of record for said Plaintiffs. The Plaintiffs will continue to be represented by Jim M. Perdue, Jr. and Perdue & Kidd.

SIGNED this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon