## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| DANIEL CALIX | : | |
| | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | Civil Action No.: 2:16-cv-08690 |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | STIPULATION OF DISMISSAL |
| PHARMACEUTICALS, INC., | : | WITH PREJUDICE |
| JOHNSON & JOHNSON, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS, INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, | : | |
| BAYER HEALTHCARE LLC, | : | |
| BAYER HEALTH CARE AG, and BAYER AG, | : | |
| | : | |
| Defendants | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Daniel Calix hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-08690, only. This stipulation shall not affect the lawsuit filed by Daniel Calix, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-07216. All parties shall bear their own costs.

1

**THE DRISCOLL FIRM, P.C.**

By: s/*John J. Driscoll*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL631075)
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233

Attorney for Plaintiff
Dated: January 25, 2017

**DRINKER BIDDLE & REATH LLP**

By: s/*Susan M. Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson;
Janssen Research & Development, LLC, and
Janssen Ortho LLC
Dated: January 25, 2017

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: January 25, 2017

**IRWIN FRITCHIE URQUHART &
MOORE LLC**

By: s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____ s/ *James B. Irwin* _____