UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JEANNE LUTGEN | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-14569

STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jeanne Lutgen, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-14569, only.  This stipulation shall not affect the lawsuit filed by John E. Lutgen on behalf of the Estate of Jeanne Lutgen, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-00341. Each party shall bear its own fees and costs.

| | |
|---|---|
| **LOWE LAW GROUP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Zachary Peter Lowe | By: /s/Susan M. Sharko |
| Zachary Peter Lowe | Susan Sharko |
| Nathan Buttars | 600 Campus Dr. |
| 6028 S. Ridgeline Drive | Florham Park, NJ 07932 |
| Suite 200 | Tel: (973) 549-7000 |
| Ogden, UT 84405 | Susan.Sharko@dbr.com |
| Tel: (801) 917-8500 | |
| Fax: (801) 917-8484 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Pete@lowelawgroup.com | |
| nate@lowelawgroup.com | |

Attorneys for Plaintiff

Dated: January 25, 2017

Dated: January 25, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: January 25, 2017

                    **IRWIN FRITCHIE URQUHART & MOORE LLC**
                    By: /s/James B. Irwin
                    James B. Irwin
                    Kim E. Moore
                    400 Poydras St., Ste, 2700
                    New Orleans, LA 70130
                    (504) 310-2100
                    jirwin@irwinllc.com
                    kmoore@irwinllc.com

                    Liaison Counsel for Defendants
                    Dated: January 25, 2017

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 25, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    /s/James B. Irwin _____