UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION:  L |
| _____ ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| ) | |
| JERRY A. WARREN and ) | |
| JOLINDA J. WARREN ) | |
| ) | |
| Civil Action No. 2:16-cv-15832 ) | |

## NOTICE OF SERVICE

Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on November 29, 2016, Plaintiffs have, on January 24, 2017, served the Complaint in the above entitled action upon:

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to

xareltocomplaints@babc.com.


DATED: January 25, 2017           Respectfully submitted,

                                  s/Kathryn Griffin
                                  Kathryn Griffin (OBA No. 30829)
                                  SILL LAW GROUP
                                  14005 N. Eastern Ave.
                                  Edmond, OK 73013
                                  Telephone: (405) 509-6300
                                  Facsimile:  (405) 509-6268
                                  E-mail: Katie@sill-law.com

                                  Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January, 2017, a copy of the foregoing Notice of Service has contemporaneously been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

                                               s/Kathryn Griffin