# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DAVID MANN,<br><br>   Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>   Defendants | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-12699-EEF-MBN |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Jacqueline Mann, as surviving parent of David Mann, is substituted for Plaintiff David Mann in the above numbered and captioned case.

New Orleans, Louisiana this 24th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge