**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Karen Wilczynski*                                                                                                 *2:16-cv-14288*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Michael Wilczynski, surviving natural son of Karen Wilczynski, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute himself as Plaintiff in this action based on the death of Karen Wilczynski. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on January 4, 2017.

Dated: January 25, 2017

                                                  Respectfully submitted,

                                                  MURPHY LAW FIRM, LLC

                                                  s/*Peyton P. Murphy*
                                                  PEYTON P. MURPHY (LA # 22125)
                                                  2354 S. Acadian Thwy.
                                                  Baton Rouge, LA  70808
                                                  Telephone: (225) 928-8800
                                                  Facsimile: (225) 246-8780
                                                  Email: peyton@murphylawfirm.com

                                                s/*Todd C. Comeaux*
                                                TODD C. COMEAUX (LA # 23453)
                                                4880 Bluebonnet Blvd., Suite A
                                                Baton Rouge, LA  70809
                                                Telephone: (225) 706-9000
                                                Facsimile: (225) 706-9001
                                                Email: tc@comeauxlawfirm.com

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                s/*Peyton P. Murphy*
                                                PEYTON P. MURPHY

# EXHIBIT 1

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Tracking No. 105993
Local No 003804
EDR No 00000054232
State No 055263

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | KAREN L WILCZYNSKI |
| 1a. Maiden Name (If female) | BROWN |
| 2. Sex | FEMALE |
| 3. Time Of Death | 06:45 AM |
| 4. Date Of Death | 11/10/2016 |
| 5. Social Security Number | 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 |
| 6a. Age - Yrs | 60 |
| 7. Date of Birth | 06/11/1956 |
| 8. Birthplace | HAMMOND, IN |
| 9. Ever in U.S. Armed Forces? | ☒ No |
| 10. If Death Occurred In A Hospital | ☒ Inpatient |
| 11. Facility Name | ST MARGARET MERCY HEALTHCARE CENTERS-HAMMOND |
| 12. City Or Town, State, And Zip Code | HAMMOND, IN, 46320 |
| 13. County Of Death | LAKE |
| 14. Marital Status At Time Of Death | ☒ Widowed |
| 15. Surviving Spouse's Name | |
| 16. Decedent's Usual Occupation | DISABLED |
| 17. Kind Of Business/Industry | DISABLED |
| 18. Residence - State | ILLINOIS |
| 18a. County | COOK |
| 18b. City Or Town | CALUMET CITY |
| 18c. Street And Number | 1525 STANELY BOULEVARD |
| 18e. Zip Code | 60409 |
| 18f. Inside City Limits? | ☒ Yes |
| 19. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 20. Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. Decedent's Race | White |
| 22. Parent's Name | JOSEPH M BROWN |
| 23. Parent's Name | DOROTHY BROWN |
| 23a. Parent's Last Name Before First Marriage | FANTA |
| 24. Informant's Name | KATHY OWENS |
| 24a. Relationship To Decedent | SISTER |
| 24b. Mailing Address | 311 166TH STREET, CALUMET CITY, IL 60409 |
| 25a. Method Of Disposition | ☒ Cremation |
| 25b. Place Of Disposition | HEIGHTS CREMATORY |
| 25c. Location | CHICAGO HEIGHTS, IL |
| 26. Was Coroner Contacted? | ☒ No |
| 27. Name And Complete Address Of Funeral Facility | CASTLE HILL FUNERAL HOME, 1219 SHEFFIELD AVE, DYER, IN 46311 |
| 27a. Funeral Home License Number | FH10900001 |
| 27b. Signature Of Indiana Funeral Service Licensee | CHRISTOPHER CHELBANA, BY ELECTRONIC SIGNATURE |
| 27c. License Number | FD20700033 |

### Cause Of Death

28. Part I.
- A. Immediate Cause: CONGESTIVE HEART FAILURE — Approximate Interval: YEARS
- B. ENCEPHALOPATHY
- C.
- D.

Part II. Other Significant Conditions Contributing to Death: ATRIAL FIBRILLATION

| Field | Value |
|---|---|
| 29. Was An Autopsy Performed? | ☒ No |
| 30. Were Autopsy Findings Available | |
| 31. Did Tobacco Use Contribute To Death? | ☒ Yes |
| 32. If Female | ☒ Not Pregnant Within Past Year |
| 33. Manner Of Death | ☒ Natural |
| 41. Signature Of Person Certifying Cause Of Death | CHANDANA VAVILALA, BY ELECTRONIC SIGNATURE |
| 42. Certifier | ☒ Health Officer |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | CHANDANA VAVILALA, 2900 W. 93RD STREET, CROWN POINT, IN 46307 |
| 44. License Number | 01057596A |
| 45. Date Certified | 11/23/2016 |
| 48. Signature of Local Health Officer | CHANDANA VAVILALA, VIA ELECTRONIC SIGNATURE |
| 49. For Registrar Only - Date Filed | NOV 28 2016 |

THIS IS A TRUE COPY OF THE RECORD ON FILE WITH THE LAKE COUNTY HEALTH DEPARTMENT
NOV 2016
LAKE COUNTY HEALTH OFFICER
RAISED SEAL AFFIXED

State Form 53395 ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and not mandatory for release.