UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Karen Wilczynski*                                                                                        *2:16-cv-14288*

**<u>ORDER</u>**

      IT IS ORDERED that the Motion for Substitution of Michael Wilczynski, surviving natural son of Karen Wilczynski, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.


                                                                                           _____
                                                                                       UNITED STATES DISTRICT JUDGE