UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :       MDL No. 2592
                                    :
                                    :       SECTION L
                                    :
                                    :       JUDGE ELDON E. FALLON
                                    :
_____ :       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Helen Fery

CA# 2:16-cv-4257

## SUGGESTION OF DEATH

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Helen Fery on April 17, 2016.

Dated: January 25, 2017

                                                     Respectfully submitted,

                                                     By:   /s/ Daniel J. Carr

                                                     Joseph C. Peiffer, La. Bar # 26459
                                                     Daniel J. Carr, La. Bar # 31088
                                                     PEIFFER ROSCA WOLF
                                                     ABDULLAH CARR & KANE
                                                     A Professional Law Corporation
                                                     201 St. Charles Avenue, Suite 4610
                                                     New Orleans, Louisiana  70170-4600
                                                     Telephone:  (504) 523-2434
                                                     Facsimile:  (504) 523-2464
                                                     Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Daniel J. Carr