UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Julie Lynch

CA# 2:16-cv-9572

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Julie Lynch on August 19, 2016.

Dated:  January 25, 2017

                                                                             Respectfully submitted,

                                                                             By:   /s/ Daniel J. Carr

                                                                             Joseph C. Peiffer, La. Bar # 26459
                                                                             Daniel J. Carr, La. Bar # 31088
                                                                             PEIFFER ROSCA WOLF
                                                                             ABDULLAH CARR & KANE
                                                                             A Professional Law Corporation
                                                                             201 St. Charles Avenue, Suite 4610
                                                                             New Orleans, Louisiana  70170-4600
                                                                             Telephone:  (504) 523-2434
                                                                             Facsimile:  (504) 523-2464
                                                                             Email: dcarr@prwlegal.com

>Michael B. Lynch, Esq.
>THE MICHAEL BRADY LYNCH FIRM
>127 West Fairbanks Ave. #528
>Winter Park, Florida 32789
>Office: (877) 513-9517
>Fax: (321) 972-3568
>Cell: (321) 239-8026
>Email: michael@mblynchfirm.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>         /s/ Daniel J. Carr