UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to All Cases | * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER

The parties, by their respective counsel, stipulate as follows regarding the briefing of dispositive and Daubert motions:

1. The memorandum supporting each motion is permitted to be up to thirty (30) pages in length, excluding exhibits.

2. The memorandum opposing the motion may also be up to thirty (30) pages in length without court approval, excluding exhibits.

3. Each reply brief may be up to fifteen (15) pages in length, excluding exhibits.

4. The parties are not required to accompany a summary judgment motion with a separate and concise statement of materials facts as set forth in Local Civil Rule 56.1.

5. The parties are not required to file a separate pleading entitled a motion. The motion and memorandum can be included within the same pleading.

**IT IS SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 24th day of January, 2017.

_____
**UNITED STATES DISTRICT JUDGE**