UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
_____:     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Julie Lynch

CA# 2:16-cv-9572

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Julie Lynch with Heather Wittmann, Personal Representative of the Estate of Julie Lynch, and in support states as follows:

1. Plaintiff Julie Lynch passed away on August 19, 2016, as reported to the Court in the attached Suggestion of Death. (Ex.1)

2. On November 28, 2016, a Surrogate's Court of the State of New York held in and for the County of Herkimer, entered an order naming Heather Wittmann the Personal Representative of the Estate of Julie Lynch. (Ex. 2)

3. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25 (a)(1) to substitute Heather Wittmann, Personal Representative of the Estate of Julie Lynch, as the named party in the place of Julie Lynch.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Heather Wittmann, Personal Representative of the Estate of Julie Lynch, as the named party in the place of Julie Lynch.

Date: January 25, 2017.

Respectfully submitted,

By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ Daniel J. Carr