# EXHIBIT 2

SCANNED

At a Surrogate's Court of the State of New York held in and for the County of Herkimer at Herkimer, New York.

PRESENT: Hon. John H Crandall, Surrogate

**Administration Proceeding, Estate of Julie M Lynch**

aka Julie Mae Lynch

Deceased.

**DECREE GRANTING ADMINISTRATION WITH LIMITATIONS**
File No. 2016-191

A verified petition having been filed by Heather M Wittmann praying that administration of the goods, chattels and credits of the above-named decedent be granted to Heather M Wittmann and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Heather M Wittmann is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Heather M Wittmann upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: Pursuant to SCPA 702, and Uniform Rules for Surrogate's Court 207.38, no final compromise of any wrongful death or related action(s) or proceeding(s) shall be made, nor any attorney's fees taken relating to the wrongful death action, without prior application to the surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an order from the surrogate approving said compromise and distribution of proceeds, if any.

The authority of the representative shall be limited to the prosecution or enforcement of a cause of action on behalf of the estate.

DATED: November 28, 2016

John H Crandall
Surrogate

**On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:**

File #: 2016-191

Name of Decedent:   Julie M Lynch
                    AKA  Julie Mae Lynch

Date of Death: August 19, 2016