# EXHIBIT 2

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LINN

IN THE MATTER OF THE ESTATE OF:

**CASE NUMBER  16PB03927**
**LETTERS TESTAMENTARY**

**HELEN ANNE FERY,**

Deceased.

**THIS CERTIFIES that the Will and/or Codicil of Will of HELEN ANNE FERY, deceased, has/have been proved and RANDY J FERY,** has/have been appointed Personal Representative(s) and is/are at the date hereof, the duly appointed and qualified and acting Personal Representative(s) of the estate of the decedent.

**LIMITATIONS:**

1. **The authority of the Personal Representative shall expire, and these Letters shall be of no further effect, on AUGUST 15, 2017, unless and until renewed in writing as authorized by the Court.**

IN WITNESS WHEREOF, I, as Trial Court Administrator of the Circuit Court of the State of Oregon for the County of Linn, in which proceedings for the administration upon the estate are pending, do hereby subscribe my name and affix the seal of the Court on June 17, 2016.

TRIAL COURT ADMINISTRATOR

By: _Carol Morrison_

STATE OF OREGON    )
                        ) ss.
County of Linn        )

I, Trial Court Administrator of the above named county and state of the Circuit Court of the County of Linn, State of Oregon, do hereby certify that the foregoing copy of Letters Testamentary in reference to the estate of **HELEN ANNE FERY,** has been compared by me with the original and that it is a correct transcript therefrom and of the whole of such original record or file as the same appears of record or on file in my office and in my care and custody.  I further certify that the above Letters are still in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Albany, Oregon this _17_ day of _June_ ,20 _16_ .

TRIAL COURT ADMINISTRATOR

By: _Carol Morrison_