UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Charlotte Cross

CA# 2:16-cv-2391

# ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff James Afourkeeff, as a surviving son of Charlotte Cross, is substituted for Plaintiff Charlotte Cross, in the above captioned cause.

Date: _____       _____
                                                                    Hon. Eldon E. Fallon
                                                                     United States District Court Judge