UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Patricia Young

CA# 2:16-cv-4565


## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Isabella King, as a surviving sister of Patricia Young, is substituted for Plaintiff Patricia Young, in the above captioned cause.

New Orleans, Louisiana this 25th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge