UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Ernest Byrd

CA# 2:15-cv-1141

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Angel Calvert, as a surviving daughter of Ernest Byrd, is substituted for Plaintiff Ernest Byrd, in the above captioned cause.

New Orleans, Louisiana this 25th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge