UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : **MDL No. 2592** <br> : <br> : **SECTION L** <br> : <br> : **JUDGE ELDON E. FALLON** <br> : <br> : **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gregan v. Janssen Research & Development, LLC, et al., 2:16-cv-15426*

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff, Carol Gregan, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's First Motion for Extension of Time Within Which to Serve Process on Defendant Bayer HealthCare Pharmaceuticals Inc.*** to be submitted on Wednesday, February 15, 2017, before the Honorable Judge Eldon E. Fallon.

Signed: January 26th, 2016                                         Respectfully submitted,

                                                                   **HENSLEY LEGAL GROUP, PC**

                                                                   s/ Sarah Graziano_____

                                                                   Sarah Graziano (IN Atty. #21650-49)
                                                                   117 E. Washington Street, Suite 200
                                                                   Indianapolis, IN 46204
                                                                   Telephone: (317) 472-3333
                                                                   Facsimile: (317) 473-3340
                                                                   Email: sgraziano@hensleylegal.com
                                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 26th day of January, 2016.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*