UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE NORTH |

***************************************************

THIS DOCUMENT RELATES TO:

*Donna Atwood v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15129

*Rowena Dennis v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15133

*Paula Driscoll v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15135

*Laura Mae Hartzog v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15138

*Birder Hunt v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15142

*Paul Jones v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15144

*Gary Langley v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15145

*Lee Joyce Perryman v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15409

### PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

NOW COMES, Plaintiffs Donna Atwood, Rowena Dennis, Paula Driscoll, Laura Mae Hartzog, Birder Hunt, Paul Jones, Gary Langley and Lee Joyce Perryman, by and through their undersigned counsel of record, respectfully moves the Court for an order declaring that prior service of their Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc.

and Bayer Pharma AG is valid. In the alternative, Plaintiffs respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

    WEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated: January 26, 2017

Respectfully submitted.

By: /s/ Avram J. Blair
Avram Blair & Associates, PC
2020 Southwest Freeway, Suite 222
Houston, TX 77098
Telephone: (713) 936-2609
Fax: (832) 203-8286
Email: ablair@ablairlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Avram J. Blair, certify that on January 26, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>By: /s/ Avram J. Blair
>Avram Blair & Associates, PC
>2020 Southwest Freeway, Suite 222
>Houston, TX 77098
>Telephone: (713) 936-2609
>Fax: (832) 203-8286
>Email: ablair@ablairlaw.com
>
>*Counsel for Plaintiffs*