UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*Donna Atwood v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15129

*Rowena Dennis v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15133

*Paula Driscoll v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15135

*Laura Mae Hartzog v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15138

*Birder Hunt v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15142

*Paul Jones v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15144

*Gary Langley v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15145

*Lee Joyce Perryman v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15409

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, February 15, 2017, at 9:00 a.m., Plaintiffs, Donna Atwood, Rowena Dennis, Paula Driscoll, Laura Mae Hartzog, Birder Hunt, Paul Jones, Gary Langley and Lee Joyce Perrymans' *Motion To Deem Prior Service Valid In The Alternative For An Extension Of Time Within Which To Serve Process On Bayer Healthcare*

***Pharmaceuticals, Inc. And Bayer Pharma AG*** will be presented to the Court for ruling without the necessity of an oral hearing.

    Respectfully submitted.

    By: /s/ Avram J. Blair
    Avram Blair & Associates, PC
    2020 Southwest Freeway, Suite 222
    Houston, TX 77098
    Telephone: (713) 936-2609
    Fax: (832) 203-8286
    Email: ablair@ablairlaw.com

*Counsel for Plaintiffs*