UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592<br>SECTION L |
| PAUL MCKENZIE<br>        Plaintiff<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG,<br>        Defendants | : : : : : : : : : : : : : : : : : : : : : : | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br>Civil Action No.: 2:16-cv-15199<br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

1

| | |
|---|---|
| **PRINCENTHAL & MAY, LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: *s/ Adam Patrick Princenthal*<br>Adam Patrick Princenthal<br>5901-A Peachtree Dunwoody Road<br>Suite 525<br>Sandy Springs, GA 30328<br>678-534-1980<br>Email: adam@princemay.com | By: s/*Susan M. Sharko*<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7350<br>Susan.Sharko@dbr.com |
| Attorneys for Plaintiff | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Dated: January 26, 2017 | Dated: January 26, 2017 |

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: January 26, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    s/ *James B. Irwin*