UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) ) | SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| EVA MAXINE HORTON and HAROLD HORTON | ) ) ) | |
| Civil Action No. 2:16-cv-16954 | ) | |

**NOTICE OF SERVICE**

Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on November 29, 2016, Plaintiffs have on this date served the Complaint in the above entitled action upon:

>Bayer Pharma AG
>Attn: Eva Gardyan-Eisenlohr
>General Counsel
>Muellerstrasse 178
>13353 Berlin
>GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to

xareltocomplaints@babc.com.

DATED: January 26, 2017

Respectfully submitted,

s/Kathryn Griffin
Kathryn Griffin (OBA No. 30829)
SILL LAW GROUP
14005 N. Eastern Ave.
Edmond, OK 73013
Telephone: (405) 509-6300
Facsimile:  (405) 509-6268
E-mail: Katie@sill-law.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of January, 2017, a copy of the foregoing Notice of Service has contemporaneously been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

                                        s/Kathryn Griffin