UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG

COMES NOW Plaintiff, Cheryl Aaron, by and through undersigned counsel of record, and respectfully moves this Court for an order granting an Extension of Time Within Which to Serve Process on Defendanst Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG.

In support of this motion, Plaintiff has attached her contemporaneously filed Memorandum in Support.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Signed: January 27, 2017                                        Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 27th day of January, 2017.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*