# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**  <br><br>**SECTION L**  <br><br>**JUDGE ELDON E. FALLON**  <br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Cheryl Aaron, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's First Motion for Extension of Time Within Which to Serve Process on Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*** to be submitted on Wednesday, February 15, 2017, before the Honorable Judge Eldon E. Fallon.


Signed: January 27th, 2017                          Respectfully submitted,


                                                        **HENSLEY LEGAL GROUP, PC**

                                                        s/ Sarah Graziano

                                                        Sarah Graziano (IN Atty. #21650-49)
                                                        117 E. Washington Street, Suite 200
                                                        Indianapolis, IN 46204
                                                        Telephone: (317) 472-3333
                                                        Facsimile: (317) 473-3340
                                                        Email: sgraziano@hensleylegal.com
                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 27th day of January, 2017.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*