# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

### VERIFIED MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG

COMES NOW Plaintiff, Cheryl Aaron, by and through undersigned counsel of record, and in support of Plaintiff's First Motion for Extension of Time Within Which to Serve Process on Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG, states as follows:

1. Plaintiff's Complaint was filed Novemer 9th, 2016 in the U.S. District Court Eastern District of Lousiana (2:16-cv-16218). The case was subsequently docketed in MDL 2592 on November 10th, 2016, and Summons were issued by the Court on November 14th, 2016.

2. Plaintiffs believed that PTO 10B applied to service of their Complaints on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceutical Inc., which permitted Plaintiffs ninety (90) days from the date of the issuance of the Summons to serve Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc.

3. Due to a misunderstanding regarding previously served cases, Plaintiff believed that the Complaint was sent on January 5th, 2017. E-mail notice of the Complaints to be served

was sent on January 5th, 2017 to the address provided in PTO 10. However, Plaintiff's Complaint, along with a group of nineteen other Complaints were never sent out for service.

4. On January 27th, 2017, Plaintiff discovered that this entire group of Complaints was never served on Defendants Bayer HealthCare Pharmaceuticals or Bayer Pharma AG, despite having been e-mailed to the address provided for Bayer Pharma AG through PTO 10.

5. Notably, Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG have received thousands of Complaints and Summons related to the Xarelto litigation currently in MDL 2592. As such, no material prejudice or harm occurred in such a small window of time, especially since the Complaint was sent electronically to Counsel for both Defendants out in a timely manner according to PTO 10, but the physical Complaints were not delivered before the required deadline of January 13th, 2017 as per PTO 10, as Defendants were clearly aware of pending suits filed in this MDL, and have received notice of this particular suit within a reasonable amount of time.

6. No intentional delay has been made in serving process on Bayer HealthCare Pharmaceuticals Inc. or Bayer Pharma AG.

7. Under FRCP 4, if a Plaintiff can show good cause for failure to serve within the specified time, the Court should extend the time for service for an appropriate period. Fed. R. Civ. P. 4 (m).

8. Thousands of similarly situated plaintiffs have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Plaintiff.

9. No actual prejudice has or will occur to Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer Pharma AG, by this Court granting the relief sought herein.

10. Plaintiffs show that as a matter of law and fact they were not delaying service of their original complaints in bad faith.

11. Plaintiff's Counsel asks the Court to grant an appropriate extension for Plaintiff Aaron to serve process on Bayer HealthCare Pharmaceuticals Inc. through the streamlined procedures outlined in PTO 10.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant her First Motion for Extension of Time Within Which to Serve Process on Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and for any further orders deemed just and proper under the circumstances.

I, Sarah Graziano, pursuant to the penalties of perjury verify the factual allegations contained herein are true and accurate.

_s/ Sarah Graziano_____
Sarah Graziano

Signed: January 27th, 2017

Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

_s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 27th day of January, 2017.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*