UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | JUDGE: ELDON E. FALLON |
| ------------------------------------------------------------- | ) | |
| | ) | MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | ) | MDL No. 2592 |
| *James O. Green and Pamela Green v. Janssen Research and Development, LLC et al* | ) | |
| 2:16-cv-16412 | ) | SECTION: L |

## ORDER

IT IS ORDERED that the Motion for Substitution of Pamela Green, on behalf of the Estate of James O. Green, as Plaintiff in the above captioned cause (R. Doc. 5125) is hereby GRANTED.

New Orleans, Louisiana this 25th day of January, 2017.

_____
United States District Judge