# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*See Schedule of Cases attached to Ex Parte Motion to Withdraw*

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Withdraw Brian B. Winegar as Counsel of Record with respect to the Plaintiffs listed in the Schedule of Cases attached to said Motion,

**IT IS HEREBY ORDERED** that Brian B. Winegar is withdrawn as attorney of record for said Plaintiffs. The Plaintiffs will continue to be represented by Jim M. Perdue, Jr. and Perdue & Kidd.

New Orleans, Louisiana this 26th day of January, 2017.

_____
United States District Judge