UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Karen Wilczynski*                                                                                                    *2:16-cv-14288*

**ORDER**

      IT IS ORDERED that the Motion for Substitution of Michael Wilczynski, surviving natural son of Karen Wilczynski, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this 25th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE