UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____:         MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Julie Lynch

CA# 2:16-cv-9572

## ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Heather Wittmann, on behalf of the Estate of Julie Lynch, is substituted for Plaintiff Julie Lynch, in the above captioned cause.

      New Orleans, Louisiana this 26th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge