UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Helen Fery

CA# 2:16-cv-4257

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Randy Fery, on behalf of the Estate of Helen Fery, is substituted for Plaintiff Helen Fery, in the above captioned cause.

New Orleans, Louisiana this 30th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge