UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  MDL No. 2592
                              :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
_____:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Charlotte Cross

CA# 2:16-cv-2391

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff James Afourkeeff, as a surviving son of Charlotte Cross, is substituted for Plaintiff Charlotte Cross, in the above captioned cause.

New Orleans, Louisiana this 30th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge