UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nahil Tadros*                                                      *2:16-cv-07663*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Nahil Tadros.

Dated: January 30, 2017

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        s/*Peyton P. Murphy*
                                        PEYTON P. MURPHY