UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:XARELTO PRODUCTS LIABILITY LITIGATION | ) Master File No.: <br> ) MDL No. 2592 <br> ) |
| This Document Relates to: <br> MDL Case No. 2:16-cv-02735 | ) SECTION L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH |
| *Ann Trotter and Wayne Trotter vs. Janssen Research & Development, LLC, et al.* | ) <br> ) <br> ) **RESPONSE TO SHOW CAUSE ORDER** <br> ) **REGARDING PLAINTIFFS WITH** <br> ) **ALLEGED CORE PLAINTIFF FACT** <br> ) **SHEET DEFICIENCIES** <br> ) |

NOW COMES, Plaintiff Ann Trotter and Wayne Trotter, by and through their undersigned counsel, and hereby submits Plaintiffs' Response to this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Rec. Doc. 4921) and respectfully pleads as follows:

1. On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4926). Plaintiffs, Ann Trotter and Wayne Trotter, were identified as one of the Plaintiffs who have not completed a Plaintiff's Fact Sheet.

2. On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) as to why certain actions, including the above-captioned action filed on behalf of Ann Trotter and Wayne Trotter, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1.

3. Plaintiffs contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

4. The Complaint in this matter was filed on April 4, 2016 while records requests from several providers were still pending, in particular, pharmacy records.  The Complaint was filed in good faith before all records were received in order to comply with the statute of limitations.

5. The Plaintiff's Fact Sheet was substantially completed and submitted on June 6, 2016.  The only records that were missing at the time were the pharmacy records.

6. The plaintiff's health has continued to deteriorate and she has had difficulty remembering which pharmacies at which she had her Xarelto prescription filled.  Counsel has made numerous requests to several pharmacies in the area and in late December, counsel was able to locate some records.  Those records were uploaded and filed on December 22, 2016 through the MDL Centrality.

7. Due to the plaintiff's failing memory, the deficiencies were corrected out of time but undersigned counsel believes that the Plaintiff's Fact Sheet at this time is complete.

8. Undersigned counsel has been diligent in trying to obtain additional information and healthcare documentation regarding injuries resulting from Ms. Trotter's use of Xarelto.

9. The Xarelto defendants are not, in the view of Plaintiff's counsel, prejudiced by any delay in the filing of the Plaintiff's Fact Sheet.

11. This pleading is made in good faith.  Given the restrictions posed by her health, Plaintiff has been actively working with her counsel to try to obtain all information and possible records that are needed.

FOR THESE REASONS, the undersigned counsel respectfully requests that Plaintiffs' civil action (Civil Action No. 2:16-CV-02735) not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1.  Counsel requests that the Court allow this claim to proceed.

>**MOONEYHAM BERRY, LLC**
>
> s/ Joe Mooneyham
>Joe Mooneyham, Fed. ID No.  3965
>Post Office Box 8359
>Greenville, South Carolina  29604
>864.421.0036 Fax 864.421.9060
>joe@mbllc.com
>
>**EPPES & PLUMBLEE, P.A.**
>
> s/ L. Lee Plumblee
>L. Lee Plumblee, Fed. ID No.  1042
>1225 S. Church Street
>Greenville, South Carolina  29605
>894.235.2600  Fax 864.235-4600
>lplumblee@eppesandplumblee.com
>
>*Attorneys for the Plaintiffs*

Greenville, South Carolina

January 30, 2017