UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Sharon Price v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-01904**

### RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING DEFICIENCIES

Now comes Plaintiff Sharon Price, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (ECF No. 4926) and by and through undersigned counsel submits this, a response to Defendants' Motion and shows as follows:

1. Plaintiff Sharon Price contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on March 4, 2016, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received to avoid complications with the statute of limitations for Sharon Price's claim.

3. After additional requests for records, undersigned counsel has been unable to obtain proof of usage and proof of injury for Sharon Price; nor has undersigned counsel been able to obtain Sharon Price's substantially complete Plaintiff Fact Sheet.

4.      Undersigned counsel has communicated with Sharon Price regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Sharon Price has not provided such documentation to date.

5.      Undersigned counsel has been diligent in investigating this claim, informed Plaintiff that undersigned counsel exhausted all sources of information to obtain Xarelto usage and injury, and requested Plaintiff's help.

6.      Without waiving the attorney-client privilege, the firm has advised Sharon Price in writing on multiple occasions regarding the need for proof of Xarelto usage and injury, and the implications of not providing such documentation:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| April 4, 2016 | USPS, tracking no.: 70142870000050405739 | PFS Draft; Multiple letters from facilities regarding no records notices |
| May 16, 2016 | FedEx, Direct Signature Required, tracking no.: 783086514972 | May 13, 2016, PFS Deficiency Notice |
| May 31, 2016 | Regular Mail | |
| June 29, 2016 | Email | |
| June 27, 2016 | FedEx, Direct Signature Required, tracking no.: 776622477717 | May 13, 2016, PFS Deficiency Notice; Multiple letters from facilities regarding no records from facilities. |
| July 14, 2016 | Regular Mail | E-Mail from Defendants' granting second extension |
| January 3, 2017 | FedEx, Direct Signature Required, Tracking No.: 778085623687 | E-Mail from Plaintiffs' Executive Committee regarding Defendants' plan to file Motion to Show Cause due to lack of proof of Xarelto usage. |
| January 9, 2017 | Email | |
| January 12, 2017 | FedEx, Tracking No. 778157627571 | Defendants' Motion for an Order to Show Cause for Failing to provide Xarelto Use |

2

7. In addition, someone from the firm spoke or attempted to speak to Sharon Price regarding the implications of the deficiencies in her file on the following numerous occasions: 04/14/16 (Sharon Price, secondary contact, and third contact); 05/16/16; 05/23/16; 05/24/16; 05/25/16; 05/26/16; 05/27/16; 06/20/16; 06/29/16; 06/30/16; 07/05/16; and 01/09/17. Our firm also ran a Comprehensive Person Report and called all numbers in an attempt to communicate with Sharon Price, unsuccessfully.

8. At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto usage and injury from all known healthcare providers and Sharon Price.

January 31, 2017

Respectfully submitted,

By: <u>Barrett Beasley</u>
Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley