UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*LINDA EVERETT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04517-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Linda Everett, by and through the undersigned counsel of record, moves this Court for an Order substituting Douglas Everett on behalf of decedent Linda Everett. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Linda Everett filed a products liability action against Defendants on September 3, 2015, as part of a joint complaint, Civil Action No.: 2:12-cv-04081. On December 15, 2015, the Court entered an Order severing this action from the joint complaint. Plaintiff filed a Short Form Complaint on September 17, 2015, and was assigned Civil Action No.: 2:15-cv-04517.

2. Linda Everett died on October 9, 2016.

3. Plaintiff filed a Suggestion of Death on January 23, 2017.

4. Douglas Everett, surviving spouse of Linda Everett, is a proper party to substitute for plaintiff-decedent Linda Everett and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Douglas Everett, respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: January 31, 2017

Respectfully submitted,

**WATTS GUERRA LLP**
/s/ Ryan L. Thompson
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

The hereby certify that on January 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ryan L. Thompson
Ryan L. Thompson