**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Aldrich, Brenda | 2:16-cv-06566 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 2. | Armbruster, Jarrod | 2:16-cv-14297 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Arnold, Eugene | 2:16-cv-13974 | Grant & Eisenhofer P.A. |
| 4. | Ashby, Sonja (Duplicate filer) | 2:16-cv-14251 | Kabateck Brown Kellner, LLP |
| 5. | Banks, Fannie M. | 2:16-cv-12780 | Crandall & Katt |
| 6. | Barnes, George | 2:16-cv-10471 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 7. | Beck, George | 2:16-cv-10473 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 8. | Belluomini, Marianna | 2:16-cv-08471 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 9. | Belt, Lois | 2:16-cv-08311 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 10. | Berry, James | 2:16-cv-10488 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 11. | Betterton, Robert | 2:16-cv-10670 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 12. | Bizzarri, Mary M. (Duplicate filer) | 2:16-cv-13267 | Sweeney Merrigan Law |
| 13. | Boltz, Eleanor | 2:16-cv-10314 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 14. | Borg, Wanda | 2:16-cv-10960 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 15. | Bryant, Mildred | 2:16-cv-08518 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 16. | Butler, Katina | 2:16-cv-11924 | Sanders Law Firm, LLC |
| 17. | Butts, Kim | 2:16-cv-10970 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 18. | Castro, Jose | 2:16-cv-10571 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 19. | Caudill, Sherril | 2:16-cv-13938 | Flint Law Firm, LLC |
| 20. | Claybourne, Janet | 2:16-cv-08292 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 21. | Comer, Jack | 2:16-cv-10483 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 22. | Connor, Gloria | 2:16-cv-08179 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 23. | Cook, Michael Wayne | 2:16-cv-13827 | Matthews & Associates |
| 24. | Cox, John | 2:16-cv-13323 | Cory Watson Crowder & DeGaris, PC |
| 25. | Dial, Ruth Elaine | 2:16-cv-13499 | Slater, Slater Schulman, LLP |
| 26. | Dudley, Lucretia | 2:16-cv-08446 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 27. | Dugas, Shirley | 2:16-cv-14348 | Lenze Kamerrer Moss, PLC |
| 28. | Duran, Jimmy | 2:16-cv-08293 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 29. | Eades, Phyllis Nadine | 2:16-cv-08531 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 30. | Eggermont, Charles, Sr. | 2:16-cv-10037 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 31. | Elliott, Willie | 2:16-cv-08653 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 32. | Ellis, Venecia | 2:16-cv-13905 | Cates Mahoney, LLC |
| 33. | Evans, Clara | 2:16-cv-07944 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 34. | Feliciano-Alvarado, Mariza | 2:16-cv-10596 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 35. | Fell, William | 2:16-cv-13437 | James C. Ferrell, P.C. |
| 36. | Fortner, Sandra | 2:16-cv-10676 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 37. | Freeman, Patricia | 2:16-cv-10598 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 38. | Friday, Gwendalina | 2:16-cv-08183 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 39. | Friday, William | 2:16-cv-10964 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 40. | Goss, Terrance Wayne | 2:16-cv-13858 | Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. |
| 41. | Graham, Danielle | 2:16-cv-14346 | The Mulligan Law Firm |
| 42. | Gray, Betty | 2:16-cv-09799 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 43. | Greer, Bobby Davis | 2:16-cv-13264 | Matthews & Associates |
| 44. | Hall-Peterson, Ardis (Duplicate filer) | 2:16-cv-12806 | Reich & Binstock |
| 45. | Hamilton, Johnnie | 2:16-cv-06926 | Stewart & Stewart Attorneys |
| 46. | Harris, Rogers | 2:16-cv-08614 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 47. | Hilchey, Rachel | 2:16-cv-08543 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 48. | Huley, Belinda | 2:16-cv-07867 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 49. | Humber, Timothy | 2:16-cv-10897 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 50. | Hungerford, Robin | 2:16-cv-10671 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 51. | Ivey, Barbara (Duplicate filer) | 2:16-cv-09692 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 52. | Jackson, Barbara | 2:16-cv-09693 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 53. | Jackson, Devara | 2:16-cv-14352 | The Schlemmer Firm, LLC |
| 54. | Jaramillo, Esmeralda | 2:16-cv-10322 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 55. | Jenkins, Barbara Carol | 2:16-cv-13263 | Matthews & Associates |
| 56. | Johnson, Ronnie | 2:16-cv-14338 | Baron & Budd, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 57. | Kilgore, Patsy | 2:16-cv-08523 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 58. | Kinnitt, Ira | 2:16-cv-13789 | The Bradley Law Firm |
| 59. | Kirkpattrick, Ben | 2:16-cv-09702 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 60. | Kling, Kelly M. | 2:16-cv-13865 | Williamson, Fontenot, Campbell, & Whittington, LLC |
| 61. | Kohan, Alice | 2:16-cv-09085 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 62. | Kolar, Robert, Jr. | 2:16-cv-14351 | The Schlemmer Firm, LLC |
| 63. | Lawrence, Arnold | 2:16-cv-07683 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 64. | Legg, Elsie | 2:16-cv-08113 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 65. | Leibowitz, Sylvia | 2:16-cv-12394 | Law Offices of Lawrence A. Beckenstein, P.C. |
| 66. | Levin, Henry | 2:16-cv-10482 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 67. | Lewis, Eddie | 2:16-cv-08108 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 68. | Lowell, Leona G. | 2:16-cv-14164 | Sweeney Merrigan Law |
| 69. | Lower, William (Duplicate filer) | 2:16-cv-12801 | Reich & Binstock |
| 70. | Manygoats, Kee | 2:16-cv-08308 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 71. | May, Otus | 2:16-cv-08520 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 72. | McCreight, Boyd | 2:16-cv-07892 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 73. | Mitchell, Kutila | 2:16-cv-10585 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 74. | Morris, Julie | 2:16-cv-08301 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 75. | Nagy, Joan | 2:16-cv-13237 | Douglas & London, P.C. |
| 76. | Neisser, Victor Raymond | 2:16-cv-12948 | Cates Mahoney, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 77. | Norris-Parker, Sarah | 2:16-cv-10852 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 78. | Oelze, Charles | 2:16-cv-09968 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 79. | Pastor, Sarah | 2:16-cv-10854 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 80. | Poindexter, David | 2:16-cv-08018 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 81. | Powers, Shirley | 2:16-cv-08637 | Hensley Legal Group, PC. |
| 82. | Rayer, Renova | 2:16-cv-11305 | Slater, Slater Schulman, LLP |
| 83. | Revels, Linwood | 2:16-cv-13414 | Peterson & Associates, P.C. |
| 84. | Rice, Kathy | 2:16-cv-12407 | The Bradley Law Firm |
| 85. | Romback, Peter, Sr. | 2:16-cv-10664 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 86. | Rotolo, Joseph | 2:16-cv-10574 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 87. | Rowe, Charles | 2:16-cv-12206 | Bernstein Liebhard LLP |
| 88. | Roy, Bernice | 2:16-cv-14353 | The Schlemmer Firm, LLC |
| 89. | Salcido, Frank | 2:16-cv-10334 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 90. | Sanchez, George | 2:16-cv-08172 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 91. | Sanford, Robin | 2:16-cv-10673 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 92. | Schlesinger, Henry | 2:16-cv-13928 | Morgan & Morgan Complex Litigation Group |
| 93. | Schlopp, Ruben | 2:16-cv-08618 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 94. | Scioli, Joseph | 2:16-cv-08298 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 95. | Scott, Charles | 2:16-cv-10031 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 96. | Scott, Johnnie | 2:16-cv-10568 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 97. | Sensel, Sharon | 2:16-cv-13294 | Stark & Stark |
| 98. | Shaw, Barbara | 2:16-cv-07860 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 99. | Sineath, Betty | 2:16-cv-07887 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 100. | Staton, Charlotte | 2:16-cv-07933 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 101. | Strickland, Philip | 2:16-cv-10893 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 102. | Swain, Yolanda | 2:16-cv-10969 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 103. | Sweetman, Louis | 2:16-cv-10593 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 104. | Thomas, Jimmy | 2:16-cv-13563 | Zarzaur Mujumdar & Debrosse |
| 105. | Tillery, Manning, Jr. | 2:16-cv-13434 | Provost Umphrey Law Firm L.L.P. |
| 106. | Tincher, Betty | 2:16-cv-14132 | Morgan & Morgan Complex Litigation Group |
| 107. | Tipton, Robert (Duplicate filer) | 2:16-cv-02723 | Burnett Law Firm |
| 108. | Todd, Lewis Rogers | 2:16-cv-14382 | Johnson Becker, PLLC |
| 109. | Tucker, James Albert, Jr. | 2:16-cv-13265 | Matthews & Associates |
| 110. | Walker, Frances | 2:16-cv-10326 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 111. | Weiler, Judy E. | 2:16-cv-09874 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 112. | Wilcox, Bridgette | 2:16-cv-09808 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 113. | Winfree, James | 2:16-cv-13520 | Morgan & Morgan Complex Litigation Group |
| 114. | Yarosh, Linda | 2:16-cv-08309 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 115. | Zentner, Peter, Jr. | 2:16-cv-10666 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |
| 116. | Zyskowski, Margaret | 2:16-cv-08456 | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. |