## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                            )<br>                            )<br>                            )<br>                            )<br>                            ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lynn Ladner, as Legal Representative of the Estate of James Ladner, Deceased v. Janssen Research & Development, LLC, et al., 16-13906*

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed the above captioned Complaint on July 14, 2016.

2. Plaintiff's initial 90 day fact sheet period was therefore set for October 10, 2016. On August 12, 2016, Plaintiff substantially complied with providing the fact sheet information and uploaded her responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on October 24, 2016. The alleged deficiencies were for failure to provide Ms. Ladner's relationship with Plaintiff and failure to provide date the of death and place of death of Mr. Ladner.

4. Plaintiff's lead counsel vacated his employment with Plaintiff's law firm. Plaintiff's law firm did not realize that deficiency letters were delivered to former lead counsel's MDL Centrality inbox, to which he alone had access.

5. Plaintiff's counsel has since applied to the MDL Centrality administrator for additional access to the website and has been granted access.

6. Plaintiff's counsel is actively completing the Plaintiff Fact Sheet in order to satisfy the alleged outstanding deficiencies.

7. Plaintiff's counsel requests a 20 day extension of time to correctly complete and file the amended Plaintiff Fact Sheet.

8. Plaintiff does not request an extension for purposes of delay, but so that justice may be served, and will complete plaintiff's information on or before February 17, 2017.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in Plaintiff's Fact Sheet submission to February 17, 2017.

Dated: January 27, 2017

Respectfully submitted,

/s/ *Thomas Wm Arbon*
Ben C. Martin, TX 13052400
Thomas Wm Arbon TX 1284275
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Phone: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above forgoing Memorandum In Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 30th day of January, 2017.

*/s/ Thomas Wm Arbon*
**Attorney for Plaintiff**