**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Lynn Ladner, as Legal Representative of the Estate of James Ladner, Deceased v. Janssen Research & Development, LLC, et al., 16-13906*

**ORDER**

THIS MATTER, having come before the Court, is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet Deficiency is now February 17, 2017.

New Orleans, Louisiana this ___ day of _____, 20__.

                                                                                        _____
                                                                                        Honorable Eldon E. Fallon
                                                                                        U.S. District Court Judge