**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lynn Ladner, as Legal Representative of the Estate of James Ladner, Deceased v. Janssen Research & Development, LLC, et al., 16-13906*

**NOTICE OF SUBMISSION**

Please take notice that Plaintiff's Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 1st of March, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: January 30, 2017

                                              Respectfully submitted,

                                              /s/ *Thomas Wm Arbon*
                                              Ben C. Martin  TX 13052400
                                              Thomas Wm Arbon  TX 01284275
                                              Law Offices of Ben C. Martin
                                              3710 Rawlins St., Suite 1230
                                              Dallas, Texas  75219
                                              Phone: (214) 761-6614
                                              Fax:  (214) 744-7590
                                              bmartin@bencmartin.com
                                              tarbon@bencmartin.com
                                              **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 30th day of January, 2017.

*/s/ Thomas Wm Arbon*
**Attorney for Plaintiff**