**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)     ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION     ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-13906*

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to February 17, 2017. The deadline was originally set for October 24, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's lead counsel vacated his employment with Plaintiff's law firm. Plaintiff's law firm did not realize that deficiency letters were delivered to lead counsel's MDL Centrality inbox, to which he alone had access. Granting an extension will not prejudice the Defendants in any way, because Plaintiff is simply amending Plaintiff's Fact Sheet with additional requested information. Furthermore, this case has not been selected as a Bellwether case.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay, but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until February 17, 2017.

Dated:  January 30, 2017

Respectfully Submitted,

/s/ Thomas Wm Arbon
Ben C. Martin, TX 13052400
Thomas Wm Arbon TX 01284275
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Phone: (214) 761-6614
Fax:  (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 30th day of January, 2017.

/s/ Thomas Wm Arbon
**Attorney for Plaintiff**