UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-13906*

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed the above captioned Complaint on July 14, 2016.

2. Plaintiff's initial 90 day fact sheet period was therefore set for October 10, 2016. On August 12, 2016, Plaintiff substantially complied with providing the fact sheet information and uploaded his responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on October 5, 2016. The alleged deficiencies were for failure to provide Mr. Ray's proof of Xarelto use in the prescription records that were provided and failure to provide a Declaration signed by Plaintiff, as the Xarelto user or by the Xarelto user's representative.

4. Plaintiff's lead counsel vacated his employment with Plaintiff's law firm. Plaintiff's law firm did not realize that deficiency letters were delivered to former lead counsel's MDL Centrality inbox, to which he alone had access.

5. Plaintiff's counsel has since applied to the MDL Centrality administrator for additional access to the website and has been granted access.

6. Plaintiff's counsel is actively completing the Plaintiff Fact Sheet in order to satisfy the alleged outstanding deficiencies.

7. Plaintiff's counsel requests a 20 day extension of time to correctly complete and file the amended Plaintiff Fact Sheet.

8. Plaintiff does not request an extension for purposes of delay, but so that justice may be served, and will complete plaintiff's information on or before February 17, 2017.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in Plaintiff's Fact Sheet submission to February 17, 2017.

Dated: January 30, 2017

Respectfully submitted,

/s/ *Thomas Wm Arbon*
Ben C. Martin, TX 13052400
Thomas Wm Arbon TX 1284275
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Phone: (214) 761-6614
Fax:  (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com
**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 30th day of January, 2017.

*/s/ Thomas Wm Arbon*
**Attorney for Plaintiff**