**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nahil Tadros*                                                                                                      *2:16-cv-07663*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Mansour Tadros, surviving natural son of Nahil Tadros, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute himself as Plaintiff in this action based on the death of Nahil Tadros. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on January 30, 2017.

Dated: January 31, 2017

                                                         Respectfully submitted,

                                                         MURPHY LAW FIRM, LLC

                                                         s/*Peyton P. Murphy*
                                                         PEYTON P. MURPHY (LA # 22125)
                                                         2354 S. Acadian Thwy.
                                                         Baton Rouge, LA 70808
                                                         Telephone: (225) 928-8800
                                                         Facsimile: (225) 246-8780
                                                         Email: peyton@murphylawfirm.com

                                          s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# MEDICAL CERTIFICATE OF DEATH

| | |
|---|---|
| STATE FILE NUMBER 2016 0099122 | DATE ISSUED 12/21/2016 |

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| NAHIL A TADROS | FEMALE | DECEMBER 17, 2016 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| WILL | 81 YEARS | JANUARY 19, 1935 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| NEW LENOX | SILVER CROSS HOSPITAL |

**PLACE OF DEATH:** INPATIENT

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| JORDAN | 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 | WIDOWED | | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 13836 86 AVE | | ORLAND PARK | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60462 | YOUSEF OMIASH | FATHYEH RIHANI |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| MALIK TADROS | SON | 2370 NORWICH WAY, TUCKER, GA, 30084 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| BURIAL | HOLY SEPULCHRE CATHOLIC CEMETERY | ALSIP, IL | DECEMBER 20, 2016 |

**FUNERAL HOME:** HANN FUNERAL HOME, 8230 S. HARLEM, BRIDGEVIEW, IL, 60455

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| JOHN F HANN | 034010674 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| SUSAN OLENEK | DECEMBER 21, 2016 |

**CAUSE OF DEATH — PART I**
- a. HEART FAILURE
- b. ATRIAL FIBRILLATION (Due to or as a consequence of)
- c. CHRONIC KIDNEY DISEASE (Due to or as a consequence of)

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | DECEMBER 16, 2016 | YES | | 10:55 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | DECEMBER 20, 2016 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| ABDUL SHAHBAIN, 12508 S HARLEM, PALOS HEIGHTS, ILLINOIS, 60463 | 036085113 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Susan Olenek*
Susan Olenek
Executive Director and Local Registrar
Will County Health Department

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**