UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nahil Tadros*                                                                                                           *2:16-cv-07663*

## ORDER

IT IS ORDERED that the Motion for Substitution of Mansour Tadros, surviving natural son of Nahil Tadros, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 201___.


_____
UNITED STATES DISTRICT JUDGE