IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No 2:16-cv-13421-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| STROBEL, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
| Defendants. | § |

## ORDER

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time To Serve Bayer Defendants, being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said Plaintiff's Motion to Expand Time To Serve Bayer Defendants is in all things **GRANTED.**

**SIGNED** this the _____ day of _____, 2017.

_____
JUDGE PRESIDING