UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) }  MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION }  SECTION L JUDGE
} FALLON MAG. JUDGE
} NORTH
}

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY* vs. *Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE CERTAIN MEDICAL RECORDS IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Second Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline is currently January 31, 2017.

2. Plaintiff's counsel has still not received medical records from a nursing facility where plaintiff ingested Xarelto, which necessitates making this motion for an extension of time to obtain and upload the medical records. If the medical records are received during the pendency of the motion, plaintiff's counsel will upload them.

3. Accordingly, Plaintiff therefore requests an extension of the deadline to May 1, 2017, to allow further time to obtain and upload the medical records in connection with the plaintiffs PFS.

4. Plaintiff is not requesting an extension for purposes of delay but so that justice

may be served, and will upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of time for providing pharmacy records in connection with Plaintiff's Fact Sheet to May 1, 2017.

Dated: January 31, 2017

Respectfully Submitted,

By: */s/Andrew F.Kirkendall*
Andrew F. Kirkendall Texas
Bar No. 24050882
Alexander G. Dwyer Texas
Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of January 2017.

By: */s/Andrew F. Kirkendall*
Andrew F. Kirkendall Texas
Bar No. 24050882
Alexander G. Dwyer Texas
Bar No. 24054271
Kirkendall Dwyer LLP 4343
Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*