UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } <br> } <br> PRODUCTS LIABILITY LITIGATION } <br> } <br> } <br> } | MDL No. 2592 <br><br> SECTION L JUDGE <br> FALLON MAG. <br> JUDGE NORTH |

_____

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on the behalf of the estate of JOANN C. BURLEY vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Quonchita L. Johnson by and through the undersigned counsel, and files this Notice of Submission of Second Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to May 1, 2017, before the Honorable Judge Eldon E. Fallon on motion date February 15, 2017.

Dated: January 31, 2017　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　By: */s/Andrew F. Kirkendall*
　　　　　　　　　　　　　　　　　　　Andrew F. Kirkendall
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24050882
　　　　　　　　　　　　　　　　　　　Alexander G. Dwyer
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24054271
　　　　　　　　　　　　　　　　　　　Kirkendall Dwyer LLP
　　　　　　　　　　　　　　　　　　　4343 Sigma Rd., STE 200
　　　　　　　　　　　　　　　　　　　Dallas, TX 75244
　　　　　　　　　　　　　　　　　　　Phone: 214-271-4027
　　　　　　　　　　　　　　　　　　　Fax: 214-253-0629
　　　　　　　　　　　　　　　　　　　ak@kirkendalldwyer.com
　　　　　　　　　　　　　　　　　　　ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of January 2017.

    Kirkendall Dwyer, LLP

    By: */s/Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    ***Attorney for Plaintiffs***