UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*LINDA EVERETT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04517-EEF-MBN**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff Douglas Everett Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Douglas Everett, as surviving spouse of Linda Everett, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

New Orleans, Louisiana this 31st day of January, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge