Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*David Mann v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12699 | )<br>) **SUPPLEMENT TO RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH  ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**<br>) |

On January 20, we filed a Response to Show Cause Order addressing 18 plaintiffs represented by The Mulligan Law Firm.  We noted in that Response that Plaintiff David Mann had passed away and we were working toward engaging an appropriate representative of Mr. Mann's estate to continue in the prosecution of Mr. Mann's claim.  (Response [dkt # 5107] at 7 n.2).

Since the filing of the Response, we have:  (1) formally engaged Mr. Mann's surviving parent, Jacqueline Mann, to continue in the prosecution of Mr. Mann's Xarelto claims; (2) obtained a signed declaration and signed authorizations from Mrs. Mann in conjunction with Mr.

Mann's previously served Plaintiff Fact Sheet; (3) uploaded the declaration and authorizations to the MDL Centrality portal;[1] (4) served an amended PFS on Defendants in Mr. Mann's case that fully cured the alleged core deficiency in the show cause order; and (5) filed and served a Suggestion of Death and a Motion to Substitute Party in Mr. Mann's case.

Accordingly, we respectfully request that the show cause order be dismissed as to Mr. Mann's case.


DATED:  January 24, 2017                THE MULLIGAN LAW FIRM


                                        By:   /s/ *Charles G. Orr*
                                              Charles G. Orr
                                              Attorney for Plaintiffs


### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        By:   /s/ *Charles G. Orr*
                                              Charles G. Orr
                                              Attorney for Plaintiffs

---

[1] We also obtained a death certificate for Mr. Mann and uploaded that document to the portal.

**Supplement to Response to Show Cause Order**                                   Page 2