# Exhibit 1

# Lara Zander

| | |
|---|---|
| **From:** | Joe Lane |
| **Sent:** | January 27, 2017 1:26 PM |
| **To:** | lbrown@babc.com |
| **Cc:** | Lara Zander; Angela Mason; Nelly San Miguel |
| **Subject:** | Eleanor Dixon claim. [ED La Case No. 2:16-cv-15350] |

Ms. Brown,

I am writing concerning the disposition of the Eleanor Dixon claim. [ED La Case No. 2:16-cv-15350].  We originally drafted the Complaint on Ms. Dixon's behalf in September and notified her that we would be filing the Complaint on her behalf.  The Complaint was filed on October 6, 2016.  After filing, we began the process of completing the PFS on Ms. Dixon's behalf and sent her a copy of the PFS for review and confirmation.  We were notified (by Ms. Dixon's sister) on January 17, 2017 that Ms. Dixon expired on September 28, 2016, approximately 1 week before the Complaint was filed.  The completed PFS is due on January 31.  Obviously that PFS cannot be completed by Ms. Dixon. It is my understanding that the Complaint may be void under the circumstances.

Consequently,  I make the following proposal to remedy the procedural issues.  We would like to file a Stipulation of Dismissal without Prejudice.  We will have a personal representative appointed and refile the Complaint as a survival action pursuant to NC law.  I think this is the easiest way to remedy the issues.  Please give me your thoughts and let me know if we have your permission to file a stipulation to dismiss the erroneous Complaint without prejudice.

**Joseph D. Lane, Esq.**
The Cochran Firm-Dothan, PC
111 East Main Street | Dothan, Alabama 36301
Phone (334) 673-1555 | Fax (334) 699-7229
JoeLane@CochranFirm.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.