UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Linda Buffa, Special Administrator, on behalf of Charles Buffa, Deceased v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15808 (E.D. La.)

*Billy Massey v. Janssen Research & Development LLC, et al.*, Civil Action No. 2: 16-cv-1581 0 (E. D. La.)

*Betty Mosteller v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15803 (E.D. La.)

*Gregory Palmateer v. Janssen Research & Development LLC, et al.*, Civil Action No.2: 16-cv-15805 (E. D. La.)

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG is hereby **GRANTED**.

New Orleans, Louisiana this __1st__ day of __February__, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge