**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| BOBBIE JOE JENKINS and JEANETTE JENKINS,<br><br>        Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | THIS DOCUMENT RELATES TO:<br>CASE NO: 2:16-cv-15622-EEF-MBN |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

Before the Court is Plaintiffs' First Motion for Extension of Time to Submit Plaintiff Fact Sheet. After due consideration, it is hereby ORDERED AND ADJUDGED that Plaintiffs' First Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline for Plaintiffs to submit their Plaintiff Fact Sheet is February 27, 2017.

New Orleans, Louisiana this 1st day of February, 2017.

                                              _____
                                              Hon. Eldon E. Fallon
                                              United States District Court Judge