# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-13391-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| MENARD, | § SECTION:   L |
|         Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
|         Defendants. | § |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Erika Menard, by and through undersigned counsel, and files this Notice of Submission of *Plaintiff's First Motion to Expand Time To Serve Bayer Defendants* to be submitted on Wednesday, February 15, 2017, before the Honorable Judge Eldon E. Fallon.

    Respectfully submitted,

    By: /s/ Christopher T. Kirchmer

    **PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
    Christopher T. Kirchmer
    Texas Bar No. 00794099
    490 Park Street
    P. O. Box 4905
    Beaumont, Texas 77704

(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

    /s/ Christopher T. Kirchmer
Christopher T. Kirchmer

## **CERTIFICATE OF CONFERENCE**

The parties have conferred and Defendants oppose the relief sought in this motion.

    /s/ Christopher T. Kirchmer
Christopher T. Kirchmer