IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-13421-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| STROBEL, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
| Defendants. | § |

## PLAINTIFF'S MOTION TO EXPAND TIME TO BAYER DEFENDANTS

Plaintiff files this motion asking the Court to extend Plaintiff's deadline to serve the Bayer defendants up to, and including, January 10, 2017, the date service was perfected. Plaintiff initially and timely served Bayer defendants with a copy of the file stamped summons that was technically deficient because it did not bear the Court's seal. After being notified by Bayer, Plaintiff cured the deficiency in a subsequent service that Bayer has complained was outside of the allowed time as explained more fully in the accompanying Memorandum. For the reasons set forth in the Memorandum and for good cause shown, Plaintiff moves the court to extend Plaintiff's deadline to serve Defendants to January 10, 2017, the date service was perfected.

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✭ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants oppose the relief sought in this motion.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer