## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE RUSH,<br>　　　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　　　Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14964** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## **<u>ORDER</u>**

　　　　IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this   1st   day of   February  , 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　United States District Judge