IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2592 |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Dennis Jones v. Janssen Research & Development LLC, et al., No. cv-2:17-cv-330 ) ) | |

## MOTION TO AMEND SHORT FORM COMPLAINT

COMES NOW Counsel for Plaintiff, Dennis Jones, respectfully move this court for leave to amend the Short Form Complaint in this action in order to correct the dates Dennis Jones ingested Xarelto.

### I. Dennis Jones

1. Plaintiff's Short Form Complaint was filed on January 12, 2017 (*Jones v. Janssen Research & Development LLC, et al.,* 2:17-cv-00330-EEF-MBN [Doc. 1]).

2. Plaintiff's Short Form Complaint incorrectly and inadvertently listed Dennis Jones as ingesting Xarelto from approximately February 2012 to March 2016.

3. Plaintiff Dennis Jones ingested Xarelto from approximately February 2012 to May 2016.

4. Dennis Jones resides at 5226 Wilmonte Avenue, Temple City, California.

WHEREFORE, Counsel for Plaintiffs respectfully requests that this Court enters the proposed order filed herein granting leave to amend Dennis Jones' Short Form Complaint.

Respectfully submitted,

 /s/ Craig Rosenbaum
ROSENBAUM & ROSENBAUM, P.C.
Craig Rosenbaum
100 Wall St.,
New York, NY 10005
Tel: (212) 514-5007
Fax: (212) 514-9178
Email: cr@rosenbaumnylaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on February 1st, 2017.

>Respectfully submitted,
>
> /s/ Craig Rosenbaum
> ROSENBAUM & ROSENBAUM, P.C.
> Craig Rosenbaum
> 100 Wall St.,
> New York, NY 10005
> Tel: (212) 514-5007
> Fax: (212) 514-9178
> Email: cr@rosenbaumnylaw.com
>
> Attorneys for Plaintiff