IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) | MDL NO. 2592 |
| ) | SECTION: L |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Dennis Jones v. Janssen Research & Development LLC, et al., No. cv-2:17-CV-330  ) ) | |

## ORDER

IT IS ORDERED that the Plaintiffs' Motion for Leave to amend the Short Form Complaint be and the same is hereby granted, that and the clerk of the court is ordered to amend the Complaint in order to correct the plaintiff party names in the caption and to amend the Short Form Complaints to correct the dates of use that the plaintiff ingested Xarelto.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1