UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Betty Mosteller v. Janssen Research & Development, LLC, et al., 2:16-cv-15803*

### MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to March 30, 2017, sixty (60) days from the original deadline of January 29, 2017.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is in the process of attempting to locate Plaintiff after learning that Plaintiff may have moved and/or updated her contact information without notifying counsel of her forwarding address.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until March 30, 2017.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: February 1, 2017

                                        Respectfully submitted,

                                        /s/ ***Anthony D. Irpino***

                                        ANTHONY D. IRPINO (#24727)
                                        LOUISE C. HIGGINS (#31780)
                                        KACIE F. GRAY (#36476)
                                        Irpino Law Firm
                                        2216 Magazine St.
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 525-1500
                                        Facsimile: (504) 525-1501
                                        airpino@irpinolaw.com
                                        lhiggins@irpinolaw.com
                                        kgray@irpinolaw.com

                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        This is the 1st day of February, 2017.

                                        /s/ ***Anthony D. Irpino***
                                        **Attorney for Plaintiff**