## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | * | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAGISTRATE JUDGE NORTH** |

**********************************************

**THIS DOCUMENT RELATES TO:**
*Charles Griffin, Case No. 2:16-cv-11771*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Charles Griffin in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41.  All parties shall bear their own costs.

DATED:  February 1, 2017

                                        Respectfully Submitted,

By:    */s/ Christopher J. Quinn*_____
         Christopher J. Quinn
         THE DRISCOLL FIRM, P.C.
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         Tel:  (314) 932-3232
         Fax:  (314) 932-3233
         chris@thedriscollfirm.com

*Attorneys for Plaintiff*

                        DRINKER BIDDLE & REATH LLP

By:   */s/ Susan M. Sharko*
       Susan M. Sharko
       600 Campus Drive
       Florham Park, NJ 07932
       Tel: (973) 549-7000
       Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER
KAYE SCHOLER LLP

By:   */s/ Andrew K. Solow*
       Andrew K. Solow
       Steven Glickstein
       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       andrew.solow@apks.com
       steven.glickstein@apks.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

|  | IRWIN FRITCHIE URQUHART & MOORE LLC |
|---|---|
| By: | */s/ James B. Irwin* |
|  | James B. Irwin |
|  | Kim E. Moore |
|  | 400 Poydras Street, Suite 2700 |
|  | New Orleans, LA 70130 |
|  | Tel: (504) 310-2100 |
|  | jirwin@irwinllc.com |
|  | kmoore@irwinllc.com |

*Liaison Counsel for Defendants*