UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*Florence Carter, Case No. 2:16-cv-11152*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Florence Carter in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41. All parties shall bear their own costs.

DATED: February 1, 2017

                 Respectfully Submitted,

        By:  */s/ Christopher J. Quinn*_____
            Christopher J. Quinn
            THE DRISCOLL FIRM, P.C.
            211 N. Broadway, 40th Floor
            St. Louis, MO 63102
            Tel: (314) 932-3232
            Fax: (314) 932-3233
            chris@thedriscollfirm.com

            *Attorneys for Plaintiff*

                          DRINKER BIDDLE & REATH LLP

By:    */s/ Susan M. Sharko*
        Susan M. Sharko
        600 Campus Drive
        Florham Park, NJ 07932
        Tel: (973) 549-7000
        Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER
KAYE SCHOLER LLP

By:    */s/ Andrew K. Solow*
        Andrew K. Solow
        Steven Glickstein
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        andrew.solow@apks.com
        steven.glickstein@apks.com

        William Hoffman
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

|   |   |
|---|---|
|   | IRWIN FRITCHIE URQUHART & MOORE LLC |
| By: | */s/ James B. Irwin* |
|   | James B. Irwin |
|   | Kim E. Moore |
|   | 400 Poydras Street, Suite 2700 |
|   | New Orleans, LA 70130 |
|   | Tel:  (504) 310-2100 |
|   | jirwin@irwinllc.com |
|   | kmoore@irwinllc.com |
|   |   |
|   | *Liaison Counsel for Defendants* |