## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*James Heath, Case No. 2:16-cv-10940*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff James Heath in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41.  All parties shall bear their own costs.

DATED:  February 1, 2017

                Respectfully Submitted,

By:    */s/ Christopher J. Quinn*
       Christopher J. Quinn
       THE DRISCOLL FIRM, P.C.
       211 N. Broadway, 40th Floor
       St. Louis, MO 63102
       Tel:  (314) 932-3232
       Fax:  (314) 932-3233
       chris@thedriscollfirm.com

*Attorneys for Plaintiff*

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER
KAYE SCHOLER LLP

By: */s/ Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

                    IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
     James B. Irwin
     Kim E. Moore
     400 Poydras Street, Suite 2700
     New Orleans, LA 70130
     Tel: (504) 310-2100
     jirwin@irwinllc.com
     kmoore@irwinllc.com

*Liaison Counsel for Defendants*