**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION       :      MDL No. 2592
                                                                  :
                                                                  :      SECTION L
                                                                  :
                                                                  :      JUDGE ELDON E. FALLON
                                                                  :
_____:      MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Leona M. Abrams vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05009-EEF-MBN

**NOTICE / SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel hereby informs this Court of the death of Plaintiff Leona M. Abrams.

Dated: February 2, 2017                           Respectfully submitted,

                                                                  /s/ Margret Lecocke
                                                                  Margret Lecocke
                                                                  mlecocke@williamskherkher.com
                                                                  John T. Boundas
                                                                  jboundas@williamskherkher.com
                                                                  Williams Kherkher Hart Boundas, LLP
                                                                  8441 Gulf Freeway, Suite 600
                                                                  Houston, Texas  77017-5051
                                                                  Telephone: (713) 230-2200
                                                                  Facsimile:  (713) 643-6226

                                                                  **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Margret Lecocke
Margret Lecocke