IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 ) ) SECTION: L ) |
| PRODUCTS LIABILITY LITIGATION | ) JUDGE ELDON E. FALLON ) |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Yontreal Darby v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13507 |
| Dorothy I. Davis (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13509 |
| Jim Weissinger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14485 |

## ORDER

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

Accordingly, **IT IS ORDERED** that Plaintiffs shall have 30 days from the date of this order to complete their Plaintiff Fact Sheets.

New Orleans, Louisiana this 1st day of February, 2017.

_____
United States District Judge