# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARSHA BJORNSON on behalf of JUNE RUGGIERO,<br>          Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>          Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-15079** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this   1st   day of  February , 2017.

_____
Hon. Eldon E. Fallon
United States District Judge