**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEREMY MAXWELL,<br>                              Plaintiff,<br>v.<br><br>JANSSEN RESEARCH &<br>DEVELOPMENT, LLC f/k/a JOHNSON<br>AND JOHNSON PHARMACEUTICAL<br>RESEARCH AND DEVELOPMENT LLC,<br>et al.,<br>                              Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-13368** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer

Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed

Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this  1st  day of  February , 2017.

_____
    Hon. Eldon E. Fallon
    United States District Judge