# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MAVIS A. MILLER,
                    Plaintiff,
v.

JANSSEN RESEARCH &
DEVELOPMENT, LLC f/k/a JOHNSON
AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
et al.,
                    Defendants.

**This Documents Relates to:**
**No. 2:16-13353**

MDL NO. 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**JURY TRIAL DEMANDED**

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer

Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed

Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this _1st_ day of _February_, 2017.

_____

Hon. Eldon E. Fallon
United States District Judge