IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
|---|---|---|
| PRODUCTS LIABILITY LITIGATION | | |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| Don Pittman v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14411 |
|---|---|
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |
| Cuevas Shelton v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14436 |

**ORDER**

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to File Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

Accordingly, **IT IS ORERED** that Plaintiff is given 30 days from the date of this order to file the Plaintiff Fact Sheet.

New Orleans, Louisiana this 1st day of February, 2017.

_____
United States District Judge