IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-09840-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| WELCH, | § SECTION: L |
|     Plaintiff, | § |
| | § JUDGE: ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
|     Defendants. | § |

**PLAINTIFF'S MOTION TO EXPAND TIME
TO BAYER DEFENDANTS**

Plaintiff files this motion asking the Court to extend Plaintiff's deadline to serve the Bayer defendants up to, and including, March 1, 2017. Plaintiff initially and timely served Bayer defendants with a copy of the file stamped summons that was technically deficient because it did not bear the Court's seal. After being notified by Bayer, Plaintiff has begun the process of curing technical deficiencies in the prior service attempts by sending out new and proper service documents on February 1, 2017. Plaintiff seeks and extension of time to serve the Bayer defendants through March 1, 2017 to ensure there is sufficient time for the newly served documents to reach each of the Bayer defendants. For the reasons set forth in the Memorandum and for good cause shown, Plaintiff moves the court to extend Plaintiff's deadline to serve Defendants to January 10, 2017, the date service was perfected.

1

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✯ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer

**CERTIFICATE OF CONFERENCE**

The parties have conferred and Defendants oppose the relief sought in this motion.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer