UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Robin Arnoth*
**Civil Action No.: 2:15-cv-06450**

### ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on November 29, 2016, Plaintiff was given 30 days to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. For the reasons set forth on the record at the Order to Show Cause Hearing held on December 20, 2016, Plaintiff was given 30 additional days to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. For the reasons set forth on the record at the Order to Show Cause Hearing held on January 20, 2017, Plaintiff has still failed to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. The case is dismissed with prejudice.

New Orleans, Louisiana, on this 2nd day of February, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge