UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Abbie Napier*
**Civil Action No.: 2:15-cv-07094**

## ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on January 20, 2017, Plaintiff shall be given until February 10, 2017, to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. Failure to remedy the deficiency by this date shall result in a dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 2nd day of February, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge