## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 :
 : JUDGE ELDON E. FALLON
 :
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Lenora Demeritte*
**Civil Action No.: 2:16-cv-02636**

### ORDER

For the reasons stated orally on the record on January 20, 2017 at the hearing on Plaintiff's Second Motion for Extension of Time to Satisfy Plaintiff Fact Sheet deficiencies, plaintiff shall be given until March 23, 2017, to submit documentation demonstrating the appointment of the representative of the estate to cure the deficiencies with Plaintiff's Fact Sheet.  Failure to cure this deficiency in Plaintiff's Fact Sheet by this date shall result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 2nd day of February, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge