UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs shall be given until February 10, 2017, to serve a Plaintiff Fact Sheet. Failure to serve a Plaintiff Fact Sheet by this date shall result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Baker, Ronald | Slater, Slater Schulman, LLP | 2:16-cv-07497 |
| 2. | Betancourt, Teresa | Pro Se – Teresa Betancourt | 2:15-cv-05426 |
| 3. | Brandon, Allen | Slater, Slater Schulman, LLP | 2:16-cv-06879 |
| 4. | Burley, Joann C. | Kirkendall Dwyer LLP | 2:16-cv-06638 |
| 5. | Chesner, Michael | Nemeroff Law Firm | 2:16-cv-12723 |
| 6. | Cleghorn, Helen | Bernstein Liebhard LLP | 2:16-cv-02959 |
| 7. | DiMichele, Angela | Slater, Slater Schulman, LLP | 2:16-cv-00269 |
| 8. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |
| 9. | Fallon, Frank | Nemeroff Law Firm | 2:16-cv-12732 |
| 10. | Farinas, Arsenio | Pro Se – Arsenio Farinas | 2:15-cv-05186 |
| 11. | Haggerty, Cindy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:15-cv-06790 |
| 12. | Hall, Charles | Slater, Slater Schulman, LLP | 2:16-cv-09774 |
| 13. | Hartman, Wiilliam | Slater, Slater Schulman, LLP | 2:16-cv-03522 |
| 14. | Hedtcke, Ronald | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-06575 |
| 15. | Huelster, Walter | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04840 |
| 16. | Jolley, Donald | Slater, Slater Schulman, LLP | 2:16-cv-10753 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 17. | King, David | Slater, Slater Schulman, LLP | 2:16-cv-09791 |
| 18. | Maldonado, Bernardo | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05194 |
| 19. | Martinez-Hernandez, Tatiana | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05424 |
| 20. | Matran, Janelle | Slater, Slater Schulman, LLP | 2:16-cv-01720 |
| 21. | Mello, Marissa | Slater, Slater Schulman, LLP | 2:16-cv-10899 |
| 22. | Mitala, Paul | Slater, Slater Schulman, LLP | 2:16-cv-09153 |
| 23. | Morale, Aurea | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05191 |
| 24. | Morison, Philip | Slater, Slater Schulman, LLP | 2:16-cv-10912 |
| 25. | Neis, Thomas | Morris Law Firm | 2:16-cv-01675 |
| 26. | Paloma, Gabriel, Jr. | Slater, Slater Schulman, LLP | 2:16-cv-04575 |
| 27. | Phelps, Dwight | Slater, Slater Schulman, LLP | 2:16-cv-09310 |
| 28. | Phillips, Glenda | Bernstein Liebhard LLP | 2:16-cv-04490 |
| 29. | Robertson, Violet | Bernstein Liebhard LLP | 2:15-cv-03715 |
| 30. | Robinson, Hattie | Slater, Slater Schulman, LLP | 2:16-cv-10055 |
| 31. | Rodgers, Kyesha | Slater, Slater Schulman, LLP | 2:16-cv-10065 |
| 32. | Rodriguez, Dionicio | Slater, Slater Schulman, LLP | 2:16-cv-10071 |
| 33. | Rose, Samuel | Slater, Slater Schulman, LLP | 2:16-cv-10942 |
| 34. | Russell, Jennifer | Slater, Slater Schulman, LLP | 2:16-cv-10104 |
| 35. | Smith, John A. | Slater, Slater Schulman, LLP | 2:16-cv-10976 |
| 36. | Stevens, Julie | Provost Umphrey Law Firm L.L.P. | 2:16-cv-06052 |
| 37. | Trinidad, Edgardo | Slater, Slater Schulman, LLP | 2:16-cv-07087 |
| 38. | Vest, Terry | Slater, Slater Schulman, LLP | 2:16-cv-09416 |
| 39. | Way, Virginia | Slater, Slater Schulman, LLP | 2:16-cv-10992 |
| 40. | Williams, Cathleen | Slater, Slater Schulman, LLP | 2:16-cv-10998 |
| 41. | Zouain, Jose | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05226 |

New Orleans, Louisiana, on this 2nd day of February, 2016

_____
Judge Eldon E. Fallon
United States District Court Judge