UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
THIS DOCUMENT RELATES TO:             :
THE CASES LISTED BELOW                :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

## ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs shall be given until March 23, 2017, to serve a Plaintiff Fact Sheet. Failure to serve a Plaintiff Fact Sheet by this date shall result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 1. | Ashcraft, James, IV | Matthews & Associates | 2:16-cv-13587 |
| 2. | Chambers, Jefferson | Slater, Slater Schulman, LLP | 2:16-cv-09632 |
| 3. | Favis, Frankie | Herman, Herman & Katz, LLC | 2:15-cv-06344 |
| 4. | Ferdman, Basya | Grant & Eisenhofer P.A. | 2:16-cv-01317 |
| 5. | Flood, Jesse | Crumley Roberts | 2:16-cv-10656 |
| 6. | Foley, George | Herman, Herman & Katz, LLC | 2:15-cv-05834 |
| 7. | Hamelin, Patricia | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04271 |
| 8. | Huffman, Leonard | Slater, Slater Schulman, LLP | 2:16-cv-08670 |
| 9. | Huls, Bernice | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-03658 |
| 10. | Lavergne, Kevin | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04844 |
| 11. | Moeller, Mark | Nemeroff Law Firm | 2:16-cv-12849 |

New Orleans, Louisiana, on this 2nd day of February, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge