UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE NORTH |

## ORDER

Prior to the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs resolved the Plaintiff Fact Sheet deficiencies identified by Defendants in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet filed on November 3, 2016. These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Allen, Waverly | Slater, Slater Schulman, LLP | 2:16-cv-04460 |
| 2. | Archer, Melissa Deacon | Slater, Slater Schulman, LLP | 2:16-cv-06495 |
| 3. | Bryant, Jacqueline | Slater, Slater Schulman, LLP | 2:16-cv-10440 |
| 4. | Campbell, Harold | Slater, Slater Schulman, LLP | 2:16-cv-09609 |
| 5. | Conduff, John | Slater, Slater Schulman, LLP | 2:16-cv-10541 |
| 6. | Cornelius, Susan | Slater, Slater Schulman, LLP | 2:16-cv-10678 |
| 7. | Dixon, Lessie | Slater, Slater Schulman, LLP | 2:16-cv-10040 |
| 8. | Douglas, Cleveland | Slater, Slater Schulman, LLP | 2:16-cv-07885 |
| 9. | Evans, Larry Kenneth | Slater, Slater Schulman, LLP | 2:16-cv-10546 |
| 10. | Green, William | Slater, Slater Schulman, LLP | 2:16-cv-10668 |
| 11. | James, Dawn | Nemeroff Law Firm | 2:16-cv-12842 |
| 12. | Jones, Sean | Slater, Slater Schulman, LLP | 2:16-cv-08937 |
| 13. | Kaase, Deborah K. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-12506 |
| 14. | Mitchell, Russell | Jackson Allen & Williams, LLP | 2:16-cv-10213 |
| 15. | Morin, Rudolfo | Cochran Legal Group, LLP | 2:16-cv-15128 |
| 16. | Morris, Sue | Slater, Slater Schulman, LLP | 2:16-cv-09903 |
| 17. | Owens, Charles | Carey Danis & Lowe | 2:16-cv-02591 |
| 18. | Parris, Phillip | Nemeroff Law Firm | 2:16-cv-12859 |
| 19. | Pauley, Anna | Slater, Slater Schulman, LLP | 2:16-cv-10929 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 20. | Peterson, John | Slater, Slater Schulman, LLP | 2:16-cv-09916 |
| 21. | Quick, Frederick | Slater, Slater Schulman, LLP | 2:16-cv-07020 |
| 22. | Robinson, Cheryl S. | Fears Nachawati, PLLC | 2:16-cv-07607 |
| 23. | Roper, Anna Marie | Slater, Slater Schulman, LLP | 2:16-cv-09596 |
| 24. | Rounds, Tanzia | Slater, Slater Schulman, LLP | 2:16-cv-01727 |
| 25. | Schultz, Ernie | Slater, Slater Schulman, LLP | 2:16-cv-06495 |
| 26. | Scott, Loren | Slater, Slater Schulman, LLP | 2:16-cv-09380 |
| 27. | Smith, Renee | Slater, Slater Schulman, LLP | 2:16-cv-10116 |
| 28. | Smith, Thomas J. | Slater, Slater Schulman, LLP | 2:16-cv-00267 |
| 29. | Taylor, Joseph | Slater, Slater Schulman, LLP | 2:16-cv-07080 |
| 30. | Troutman, Harold | Nemeroff Law Firm | 2:16-cv-12880 |
| 31. | Voltz, Helen | Slater, Slater Schulman, LLP | 2:16-cv-10583 |
| 32. | Wake, Kenneth | Slater, Slater Schulman, LLP | 2:16-cv-10254 |
| 33. | Willey, Mandy | Provost Umphrey Law Firm L.L.P. | 2:16-cv-06120 |
| 34. | Woods, Nancy | Slater, Slater Schulman, LLP | 2:16-cv-10259 |
| 35. | Woodward, Phoebe | Slater, Slater Schulman, LLP | 2:16-cv-08982 |

New Orleans, Louisiana this 2nd day of February, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge