UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

# ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Arzate, Rodolfo | Jackson Allen & Williams, LLP | 2:15-cv-07162 |
| 2. | Bauer, Richard | Pro Se – Richard Bauer | 2:15-cv-06332 |
| 3. | Bowman, Arelene | The Mulligan Law Firm | 2:16-cv-06612 |
| 4. | Brock, Harvey | Dugan Law Firm, PLC | 2:16-cv-06913 |
| 5. | Brown, Geraldine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-10476 |
| 6. | Brown, Leon Bradshaw | Jackson Allen & Williams, LLP | 2:16-cv-09989 |
| 7. | Bryant, Torrance | Sweeney Merrigan Law | 2:16-cv-03185 |
| 8. | Burnett, Adrienne | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-05142 |
| 9. | Carlson, Jack | Goza Honnold Law Firm | 2:16-cv-10584 |
| 10. | Chadwick, Londell, Jr. | Plymale Law Firm | 2:16-cv-02425 |
| 11. | Ciaverella, Ralph | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm | 2:16-cv-09941 |
| 12. | Colvin, George | Cunard Law Firm | 2:16-cv-08955 |
| 13. | Connors, Patrick | Goza Honnold Law Firm | 2:16-cv-10591 |
| 14. | Crutcher, Robbie | Gray & White | 2:16-cv-06715 |
| 15. | Daniels, Martha Lee | Milstein Adelman, LLP | 2:15-cv-02004 |
| 16. | Devault, David | Jackson Allen & Williams, LLP | 2:15-cv-06386 |
| 17. | Douresseau, Earlette L. | Miller Weisbrod, LLP | 2:16-cv-01408 |
| 18. | Freedline, Tracy | Jackson Allen & Williams, LLP | 2:16-cv-10042 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 19. | Gray, Ernest | Hodes Milman Liebeck, LLP | 2:16-cv-01865 |
| 20. | Hadley, Patricia | Girardi Keese | 2:16-cv-02557 |
| 21. | Hardy, Angela | Pro Se – Angela Hardy | 2:15-cv-02180 |
| 22. | House, Harold | Burke Harvey, LLC;Crumley Roberts | 2:15-cv-05937 |
| 23. | Irby, George | Hodes Milman Liebeck, LLP | 2:16-cv-01865 |
| 24. | Kilby, Curtis | Michael H. Cummings II, LLC | 2:15-cv-06127 |
| 25. | Logan, Sonja | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm | 2:16-cv-09122 |
| 26. | Manley, Tammy | The Michael Brady Lynch Firm | 2:16-cv-06592 |
| 27. | Martin, Rhonda | Hodes Milman Liebeck, LLP | 2:16-cv-01865 |
| 28. | McBee, Mary | Flint Law Firm, LLC | 2:16-cv-07062 |
| 29. | McElroy, Jerry | Flint Law Firm, LLC | 2:16-cv-03382 |
| 30. | Metzgar, Frank | Sweeney Merrigan Law | 2:16-cv-05968 |
| 31. | Owens, Roy | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm | 2:16-cv-12638 |
| 32. | Prechtl, Jonathan | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:15-cv-06040 |
| 33. | Rouse, Johnnie | Jackson Allen & Williams, LLP | 2:16-cv-10251 |
| 34. | Shrout, Randall | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:16-cv-00770 |
| 35. | Starkey, Linda | Cunard Law Firm | 2:16-cv-08899 |
| 36. | Stotts, Chelesea | Jackson Allen & Williams, LLP | 2:16-cv-10306 |
| 37. | Timmons, Mary | Sweeney Merrigan Law | 2:16-cv-05973 |
| 38. | Worrell, Bryan | Hodes Milman Liebeck, LLP | 2:16-cv-01865 |
| 39. | Young, David | Pro Se – David Young | 2:15-cv-05912 |

New Orleans, Louisiana, on this 2nd day of February 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge