UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLEN GUARNIERI,<br>　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　Defendants.<br><br>**This Documents Relates to:**<br>**2:16-cv-16113** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR EXTENSION TO SUBMIT PLAINTIFF FACT SHEET**

**COME NOW,** Plaintiff, by and through counsel, files this motion for extension of time to submit the Plaintiff Fact Sheet. In support of this motion, Plaintiff states as follows:

1. Plaintiff's complaint was filed November 4, 2016.

2. Plaintiff moved to another address, and through oversight, forgot to inform her counsel of the change. Due to this oversight, Plaintiff did not receive the plaintiff fact sheet until several days ago.

3. Under PTO 27, this case is not in the discovery pool. Ms. Guarnieri's plaintiff fact sheet is currently due today, February 2, 2017. At this time, Ms. Guarnieri states that she needed an additional week to accurately complete the plaintiff fact sheet.

4. Plaintiff is not requesting an extension for purposes of delay, but so that justice may be served. Counsel will submit the Plaintiff's fact sheet on the MDL Centrality website as soon as it is obtained.

WHEREFORE, Plaintiff respectfully requests a thirty (30) day extension from the current deadline of February 2, 2017.

Dated: February 2, 2017          Respectfully submitted,

                               By: /s/ Alexandra W. Robertson, Esq.
                               Alexandra W. Robertson (MN 0395619)
                               Johnson Becker, PLLC
                               444 Cedar Street, Suite 1800
                               St. Paul, MN 55101
                               Telephone: (612) -436-1886
                               Fax: (612) -436-1801
                               Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on February 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: <u>/s/ Alexandra W. Robertson, Esq</u>.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*