# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLEN GUARNIERI,<br>                 Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>                 Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-16113** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT PLANITIFF FACT SHEET

Before the Court of Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet*. After due consideration, it is hereby ORDERED AND ADJUDGED that Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet is* GRANTED. The deadline for Plaintiff to submit her Plaintiff Fact Sheet is March 3, 2017.

New Orleans, Louisiana, this _____ day of _____, 2017.

                                                      Hon. Eldon E. Fallon
                                                      United States District Judge