## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLEN GUARNIERI,<br>    Plaintiff,<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>    Defendants.<br><br>**This Document Relates to:**<br>**No. 2:16-cv-16113** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

COMES NOW, Plaintiff in the above-listed action, by and through their undersigned counsel, file the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. as follows:

1. Plaintiff's Motion to grant a thirty (30) day extension to serve the Plaintiff Fact Sheet;

2. Proposed Order granting thirty (30) day extension to serve Plaintiff Fact Sheet

          Respectfully submitted,

          By: /s/ Alexandra W. Robertson, Esq.
          Alexandra W. Robertson (MN 0395619)
          Johnson Becker, PLLC
          444 Cedar Street, Suite 1800
          St. Paul, MN 55101
          Telephone: (612) -436-1886
          Fax: (612) -436-1801
          Email: ARobertson@JohnsonBecker.com

          *Counsel for Plaintiff*

## **CERTICATE OF SERVICE**

I, Alexandra W. Robertson, hereby certify that on February 2, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 2, 2017            Respectfully submitted,

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson (MN 0395619)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*