Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Danielle Graham v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-14346 | ) ) **RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET** ) |

On February 2, 2017, this Court entered an Order to Show Cause why certain cases in which the Plaintiff has failed to serve a Plaintiff's Fact Sheet (PFS) should not be dismissed with prejudice.  Plaintiff Danielle Graham responds and asks that the show cause order be dismissed as to her case.  Alternatively, she asks for a 60-day extension of time.

Ms. Graham served her substantially completed PFS on February 2, 2017, shortly after entry of the show cause order.  (MDL Centrality Document ID 312514)  We have not yet received Ms. Graham's signed verification page and authorizations.  But we were able to complete and serve the PFS via MDL Centrality based on information previously provided to us

by Ms. Graham and through review by the undersigned counsel of medical records produced with Ms. Graham's PFS.

For several months, we tried without success to reach Ms. Graham regarding completion of her PFS. After serving Ms. Graham's complete but unverified PFS today, the undersigned counsel learned that Ms. Graham called our office earlier today in response to one of the several letters we have sent her urging her to contact us immediately regarding her case. A call with Ms. Graham and a legal assistant with this firm is scheduled for tomorrow and Ms. Graham has advised that she will be returning her signed verification and authorizations as soon as she is able. We have emphasized the urgency of this matter to Ms. Graham and advised her that her case is subject to dismissal if she does not return the signed verification and authorizations.

Under these circumstances, we respectfully request that the show cause order be dismissed as to Ms. Graham's case. In the alternative, we request that the Court grant us an additional 60 days to submit Ms. Graham's signed verification and authorizations.

DATED: February 2, 2017                           THE MULLIGAN LAW FIRM


                                               By:    /s/ *Charles G. Orr*
                                                      Charles G. Orr
                                                      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2017, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                      By:    /s/ *Charles G. Orr*
                                  Charles G. Orr
                                  Attorney for Plaintiffs