UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Steve Mull OBO Felix Lopez v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-14019**

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff Steve Mull, individually and on behalf of Decedent Feliz Lopez, by and through undersigned counsel, and respectfully moves the Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline. The deadline is presently set for February 10, 2017. Plaintiff's counsel requests a 60-day extension of the deadline to April 11, 2017.

In support of this Motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is waiting for various health-care providers to respond to outstanding requests for additional medical and pharmacy records in this case, which was filed to obtain a qualified protective order from this Court because the decedent's spouse and estate representative, Steven Mull, could not even begin to obtain medical records pertaining to treatment of Decedent Felix Lopez without the order.

A sixty-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until April 11, 2017.

Date:   February 3, 2017

By:  /s/Barrett Beasley
Barrett Beasley
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: February 3, 2017

By: /s/Barrett Beasley
Barrett Beasley