# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  ( MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION  (
                               ( SECTION: L
                               (
                               ( JUDGE FALLON
                               (
                               ( MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Steve Mull OBO Felix Lopez v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-14019**

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

## FACTUAL BACKGROUND

1. Counsel for Plaintiff, Steve Mull, individually and on behalf of Decedent Feliz Lopez, filed his Xarelto complaint in the United District Court for the Eastern District of Louisiana on August 22, 2016 (ECF No. 1.)

2. Counsel for Plaintiff was in the position of having to file suit in order to obtain a Qualified Protective Order to request medical records because the Decedent's health care provider would not accept an affidavit of heirship in support of the record request. (ECF No. 3.)

3. The Plaintiff Fact Sheet for the matter was submitted by Counsel for Plaintiff on November 18, 2016, and amended on January 20, 2017.

4. Defense Counsel recently issued a Deficiency Notice on the same day Plaintiff's fact sheet was amended, January 20, 2017, inaccurately alleging that the amended PFS did not contain diagnosis information requested in Section I D1 regarding the alleged injury, and capacity of representation of Section I E.

5. Plaintiff's Counsel submitted some medical records demonstrating an injury when submitting the Plaintiff Fact Sheet on January 20, 2017, and included information requested in Section I D1 of the PFS, as well as information substantiating Mr. Mull's representative capacity for Felix Lopez, his deceased spouse.

6. Additional records Plaintiff's counsel believes will further support Decedent's ingestion and treatment have been requested, but they have not yet been received.

7. Plaintiff's Counsel seeks an extension of the deadline in which to satisfy the alleged deficiency raised by Defendants. Plaintiff's Counsel believes she will be able to obtain the medical records necessary to satisfy the alleged Plaintiff Fact Sheet deficiency within 60 days.

8. Plaintiff's Counsel emailed Defendant's liaison counsel regarding this request for an extension of time on January 19, 2017, and followed up with a telephone conference. Defense counsel has notified undersigned that they oppose Plaintiff's motion for an extension because the qualified protective order was issued in mid-September 2016. (ECF No. 4086.) However, three and a half months is often an insufficient amount of time to obtain all relevant medical records in a death case, especially when—as in this case—some medical entities will not respond to a legitimate request until their own particular authorizations are obtained from the representative. The delays experienced

by Plaintiff have not been dilatory, but is as a result of being at the mercy of health care providers and pharmacy departments.

9. The Plaintiff Fact Sheet Deficiency deadline for this matter is set for February 10, 2017.

10. Plaintiff is not requesting an extension of time for purposes of delay but so that justice may be served.

WHEREFORE, Plaintiff's counsel request an extension of time of 60 days (until April 11, 2017) to satisfy the alleged Plaintiff Fact Sheet deficiency.

Date:   February 3, 2017

By:  /s/Barrett Beasley
Barrett Beasley
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date:   February 3, 2017

By:  /s/Barrett Beasley
Barrett Beasley