# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION   (

                                        (     SECTION: L

                                        (     JUDGE FALLON

                                        (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Steve Mull OBO Felix Lopez v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:16-CV-14019**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED.  The deadline to satisfy the alleged Plaintiff Fact Sheet deficiency is now _____, 2017.


_____

Date:   February _____ , 2017          United States District Court Judge