# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( MDL NO.: 2592 ( ( SECTION: L ( ( JUDGE FALLON ( ( MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Steve Mull OBO Felix Lopez v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-14019**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Steve Mull, individually and on behalf of Decedent Feliz Lopez, by and through undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon, which will be brought for hearing on March 1, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Date: February 3, 2017

By: /s/Barrett Beasley
Barrett Beasley
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date:   February 3, 2017

By:  /s/Barrett Beasley
Barrett Beasley