Michael J. Sobieray, IN #18894-41
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana  46032
  mike@getstewart.com
  Tel:   317/846-8999
  Fax:  317/843-1991
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| _____ ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | **RESPONSE TO ORDER TO SHOW CAUSE** |
| *Betty Hamilton as Personal Representative* ) | **REGARDING PLAINTIFFS WHO HAVE** |
| *For the Estate of Johnnie Hamilton v.* ) | **FAILED TO SERVE A PLAINTIFF FACT** |
| *Janssen Research & Development LLC,* ) | |
| *et al., Case No.: 2:16-cv-06926* ) | |

On February 2, 2017, this Court entered an Order to Show Cause why certain cases in which the Plaintiff has failed to serve a Plaintiff's Fact Sheet (PFS) should not be dismissed with prejudice.  Plaintiff, *Betty Hamilton as the Personal Representative for the Estate of Johnnie Hamilton*, responds and moves this Court for an Order not dismissing her case with prejudice.  In addition, she asks for a thirty (30) day extension of time.

On May 24, 2016 Betty Hamilton, in her capacity as the personal representative of the Estate of her late husband, Johnnie Hamilton, filed her Complaint and Jury Trial Demand by and through her counsel pursuant to Pretrial Order 11.  On June 21, 2016 the undersigned counsel mailed a copy of the Plaintiff Fact Sheet to plaintiff, Betty Hamilton, to complete and return to the undersigned's office within the time frame set by this Court.  The undersigned's office then made numerous attempts to contact Betty Hamilton by telephone.  A follow up letter was then

**Response to Show Cause Order**                                                                                           Page 1

sent to Betty Hamilton on December 21, 2016 after the undersigned counsel failed to receive the PFS and Authorizations back from Betty Hamilton.  On February 2, 2017, the office of the undersigned counsel was finally able to reach Betty Hamilton, at which time they were informed by Betty Hamilton that she had been very ill.  At that time it was explained to Betty Hamilton that her case was in jeopardy of being dismissed if the PFS and Authorizations were not completed by her and returned to the undersigned's office by February 10, 2017. Betty Hamilton then requested that the PFS and Authorizations be re-mailed to her. On February 2 , 2017, the PFS and authorizations were re-mailed to Betty Hamilton at her request.  As the urgency of this matter has been explained to Betty Hamilton, and she has been advised that her case is subject to dismissal if she does not complete and return the PFS and Authorizations to our office by February 10, 2017.  In light of Betty Hamilton's illness reported to the undersigned counsel by Betty Hamilton, the undersigned counsel respectfully requests that this case <u>not</u> be dismissed with prejudice, and that the Plaintiff be given a thirty (30) days extension of time in which to provide the MDL Centrality with Plaintiff's Fact Sheet and Authorizations.

DATED:  February 3, 2017                               STEWART & STEWART

                                                                      By: <u>*/s/Michael J. Sobieray*</u>
                                                                      Michael J. Sobieray
                                                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2017, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorney in manner authorized by FRCP, Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL pursuant to Pre-Trial Order No. 17.

                                           By:    */s/ Michael J. Sobieray*
                                                       Michael J. Sobieray
                                                       STEWART & STEWART
                                                       931 S. Rangeline Road
                                                       Carmel, Indiana 46032
                                                         Tel:  317/846-8999
                                                         Fax:  317/843-1991
                                                         E-mail:  mike@getstewart.com