# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L |
| _____ | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) ) **ORDER THAT CASE NOT DISMISSED** |
| *Betty Hamilton as Personal Representative For the Estate of Johnnie Hamilton v. Janssen Research & Development LLC, et al., Case No.: 2:16-cv-06926* | ) **WITH PREJUDICE AND GRANTING** ) **EXTENSION OF TIME TO SERVE A** ) **PLAINTIFF FACT SHEET AND** ) **AND AUTHORIZATIONS** |

This matter having come before this Court on this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, and Plaintiff's Response thereto, and the Court having been satisfied that good cause exists as to why this matter should not be dismissed, it is hereby

ORDERED that *Betty Hamilton as Personal Representative For the Estate of Johnnie Hamilton v. Janssen Research & Development LLC, et al., Case No.: 2:16-cv-06926* is not dismissed with prejudice, and

IT IS FURTHER ORDERED that Plaintiff shall have up to and including _____, 2017 in which Serve the Plaintiff Fact Sheet and Authorizations in the above matter.

New Orleans Louisiana, on this ____ day of _____, 2017.

_____
United States District Judge