UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Mark Van Winkle v. Janssen Research & Development LLC, et al; No. 2:16-cv-11430*

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 5085) entered by the Court on January 19, 2017.

I.

Defendants moved for, and the Court entered, an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. Plaintiff Mark Van Winkle appears on Exhibit A (Doc. 5085-1) of the Court's Order.

II.

1

Counsel for Plaintiff would show that an executed Declaration Page was uploaded to MDL Centrality on December 28, 2017 to cure the alleged deficiency.

Because Plaintiff Van Winkle has cured the alleged deficiency, counsel for Plaintiff respectfully requests that the Order to Show Cause be dismissed as to Mr. Van Winkle's case.

WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiff respectfully requests that the Order to Show Cause be dismissed as to Mr. Van Winkle's case, that his case be allowed to proceed and that Plaintiff have such other and further relief to which he may be justly entitled

Dated: February 3, 2017.

           Respectfully submitted,

           s/ Michael T. Gallagher
           MICHAEL T. GALLAGHER
           (Texas Bar #07586000)
           THE GALLAGHER LAW FIRM LLP
           2905 Sackett Street
           Houston, TX 77098
           Telephone: (713) 222-8080
           Facsimile (713) 222-0066
           mike@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

           s/ Michael T. Gallagher
           Michael T. Gallagher