UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Linda S. Jacobson v. Janssen Research & Development LLC, et al; No. 2:16-cv-01947*

COMES NOW Counsel for Plaintiff in the above matters, and files this Response to the Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 5085) entered by the Court on January 19, 2017.

I.

Defendants moved for, and the Court entered, an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. Plaintiff Linda Jacobson appears on Exhibit A (Doc. 5085-1) of the Court's Order.

II.

1

Counsel for Plaintiff would show that a Second Amended Fact Sheet and additional medical records from Dr. Kuruvanka were uploaded to MDL Centrality on January 4, 2017 (one day before the filing of Defendants' Motion for Order to Show Cause) to cure the alleged deficiency.

Because Plaintiff Jacobson has cured the alleged deficiencies, counsel for Plaintiff respectfully requests that the Order to Show Cause be dismissed as to Ms. Jacobson's case.

WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiff respectfully requests that the Order to Show Cause be dismissed as to Ms. Jacobson's case, that her case be allowed to proceed and that Plaintiff have such other and further relief to which she may be justly entitled Dated:  February 3, 2017.

                Respectfully submitted,

                s/ Ernest W. Boyd
                ERNEST W. BOYD (Texas Bar #00783694)
                BUTCH BOYD LAW FIRM
                2905 Sackett Street
                Houston, TX 77098
                Telephone: (713) 589-8477
                Facsimile (713) 589-8563
                butchboyd@butchboydlawfirm.com

                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                s/ Ernest W. Boyd
                Ernest W. Boyd