## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION:   L** |
| **BOBBY DAVIS GREER** | |
| **Plaintiff,** | **JUDGE:  ELDON E. FALLON** |
| **V.** | **MAG. JUDGE MICHAEL NORTH** |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,** | **Civil Action No.  2:16-cv-13264** |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendants.** | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**MATTHEWS & ASSOCIATES**

By: */s/* David P. Matthews
       David P. Matthews
       Wendy C. Elsey
       2095 Sackett St.
       Houston, TX 77098
       (713) 222-8080 Telephone
       (713) 535-7184 Facsimile
       dmatthews@dpmlawfirm.com
       welsey@dpmlawfirm.com

       Attorneys for Plaintiff

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
       Susan M. Sharko
       500 Campus Dr.
       Florham Park, NJ 07932
       Tel: (973) 549-7350
       Fax: (973) 360-9831
       Susan.Sharko@dbr.com

       Attorneys for Defendants Janssen
       Pharmaceuticals, Inc., Janssen Research &
       Development, LLC, Janssen Ortho LLC, and
       Johnson & Johnson

       Dated:  February 3, 2017

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
       Andrew K. Solow
       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       William Hoffman
       601 Massachusetts Ave., NW
       Washington, D.C. 20001
       Telephone: (202) 942-5000
       Facsimile: (202) 942-5999
       andrew.solow@apks.com
       william.hoffman@apks.com

       Attorneys for Defendants Bayer HealthCare
       Pharmaceuticals Inc., and Bayer Pharma AG

       Dated:  February 3, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ James B. Irwin
    James B. Irwin
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Fax: (504) 310-2120
    jirwin@irwinllc.com
    kmoore@irwinllc.com

    Liaison Counsel for Defendants

    Dated:  February 3, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ David P. Matthews