# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L |
| CHARLES BRYAN BANKS<br><br>     Plaintiff,<br><br>V.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>     Defendants. | JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.  2:16-cv-13778<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

1

**MATTHEWS & ASSOCIATES**

By: */s/* David P. Matthews
    David P. Matthews
    Wendy C. Elsey
    2095 Sackett St.
    Houston, TX 77098
    (713) 222-8080 Telephone
    (713) 535-7184 Facsimile
    dmatthews@dpmlawfirm.com
    welsey@dpmlawfirm.com

    Attorneys for Plaintiff

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
    Susan M. Sharko
    500 Campus Dr.
    Florham Park, NJ 07932
    Tel: (973) 549-7350
    Fax: (973) 360-9831
    Susan.Sharko@dbr.com

    Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

    Dated: February 3, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@apks.com
    william.hoffman@apks.com

    Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

    Dated: February 3, 2017

                                              **IRWIN FRITCHIE URQUHART & MOORE LLC**

                                      By: /s/ James B. Irwin
                                                James B. Irwin
                                                Kim E. Moore
                                                400 Poydras St., Ste, 2700
                                                New Orleans, LA 70130
                                                Telephone: (504) 310-2100
                                                Fax: (504) 310-2120
                                                jirwin@irwinllc.com
                                                kmoore@irwinllc.com

                                            Liaison Counsel for Defendants

                                            Dated:  February 3, 2017

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on February 3, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ David P. Matthews