# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sandra Tietz and Richard Tietz, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00170-EEF-MBN**

## MOTION TO SUBSTITUTE PLAINTIFF

COME NOW Plaintiffs, Sandra Tietz, deceased, and Richard Tietz, her husband, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Sandra Tietz, passed away on July 3, 2016, as reported to the Court in the Suggestion of Death filed on February 6, 2017. On October 20, 2016, the Clerk of the County Commission of Gilmer, State of West Virginia, appointed Richard Tietz as Administrator of the Estate of Sandra Tietz, attached hereto as Exhibit A. Plaintiffs thus move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Richard Tietz, as Administrator of the Estate of Sandra Tietz as the named party in place of Sandra Tietz.

WHEREFORE, Plaintiffs pray that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  February 6, 2017						Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.