EXHIBIT A

# EXHIBIT A

STATE OF WEST VIRGINIA

COUNTY OF GILMER, SS:

I, JEAN BUTCHER, Clerk of the County Commission of Gilmer County, do certify that on the ___20th___ day of ___October___ 2016

Richard Tietz

was duly appointed and qualified as Administrator of the Estate of

Sandra Kay Tietz, deceased

___he___ having first given security in the penal sum of _____

$500.00 dollars

well and truly to administer the same.

I further certify that the said appointment has not been revoked or annulled, and that the said ___Richard Tietz___

are still acting as such, with full power and authority to do so.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said commission, at the City of Glenville, this ___20th___ day of ___October___ 2016.

_____Jean Butcher_____ , Clerk