UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  Master File No:
LIABILITY LITIGATION  MDL No: 2592

This Document Relates To:
MDL Case No: 2:15-cv-04942  Plaintiff: POUEY, CAROL

## PARTIAL MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and counsel Michael J. Monistere, who hereby move to remove Michael J. Monistere as counsel of record, and continue to have the Palazzo Law Firm, Leo J. Palazzo, Jason J. Markey, and Mario A. Arteaga, Jr., as counsel of record for the following reasons: Michael J. Monistere is no longer practicing law with the Palazzo Law Firm and will not be performing any further work in this case. The Palazzo Law Firm, Leo J. Palazzo, Jason J. Markey, and Mario A. Arteaga, Jr., will continue as counsel of record for Plaintiffs. Undersigned counsel Michael J. Monistere hereby certifies that he personally communicated with Plaintiffs John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., (individually, and on behalf of the deceased Carol Pouey), and he personally communicated with the Palazzo Law Firm and Leo J. Palazzo – all have agreed to the removal of Michael J. Monistere as counsel of record, and the continuance of the Palazzo Law Firm, Leo J. Palazzo, Jason J. Markey, and Mario A. Arteago, Jr. as counsel of record for Plaintiffs.

Respectfully submitted:
PALAZZO LAW FIRM

**By: (s) Michael J. Monistere**
LEO J. PALAZZO, T.A. (# 22130)
JASON J. MARKEY (# 29722)
MARIO A. ARTEAGA, JR. (31417)
MICHAEL J. MONISTERE, APLC, (# 21360)
732 Behrman Highway, Suites F&G
Gretna, Louisiana  70056
Telephone:  (504) 433-1442
Facsimile:  (504) 433-9111
Michael@PalazzoLaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATION

I hereby certify that all counsel of record have been notified of this motion via the Court's electronic Pacer notification system on this 6th day of February, 2017.

(s) Michael J. Monistere
Michael J. Monistere, APLC