**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) LIABILITY LITIGATION | Master File No: MDL No: 2592 |
| This Document Relates To: MDL Case No: 2:15-cv-04942 | Plaintiff: POUEY, CAROL |

## ORDER

Upon considering the Partial Motion to Withdraw Counsel of Record, filed by Plaintiffs John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and counsel Michael J. Monistere,

IT IS ORDERED THAT THE MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT:

Michael J. Monistere is hereby removed as counsel of record for Plaintiffs, John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and Carol Pouey (deceased).

The Palazzo Law Firm, Leo J. Palazzo, Jason J. Markey, and Mario A. Arteaga, Jr., will remain as counsel of record for Plaintiffs, John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and Carol Pouey (deceased).

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**