UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Harold Rhew v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-17002 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Carrie Mason on behalf of her deceased father, Harold Rhew.

1. Harold Rhew filed a products liability lawsuit against Defendants on December 9, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Harold Rhew died on January 11, 2017.

3. Harold Rhew's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on February 6, 2017.

5. Carrie Mason, surviving heir and daughter of Harold Rhew, is a proper party to substitute for plaintiff-decedent Harold Rhew and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Carrie Mason requests that this Court grant her request for substitution as plaintiff in this action.

Dated: February 6, 2017

                              Respectfully submitted,

By: */s/ Ethan L. Shaw*
      Ethan L. Shaw
      John P. Cowart
      Matthew J. Riley
      SHAW COWART, L.L.P.
      1609 Shoal Creek Boulevard
      Suite 100
      Austin, Texas  78701
      Telephone:  (512) 499-8900
      Facsimile:  (512) 320-8906
      elshaw@shawcowart.com
      jcowart@shawcowart.com
      mriley@shawcowart.com

      Perry W. Neichoy
      PERRY W. NEICHOY, P.C.
      1609 Shoal Creek Blvd., Suite 100
      Austin, Texas  78701
      Telephone:  (409) 839-4545
      Facsimile:  (512) 320-8906
      Perry@pwn-mediate.com

      *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*