UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION:  L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| **This Document relates to:** Harold Rhew v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-17002 | ) ) ) ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Harold Rhew.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Carrie Mason, who is the surviving heir and daughter of Harold Rhew.

Dated:  February 6, 2017

                                              Respectfully submitted,

                                      By:   */s/ Ethan L. Shaw*
                                                Ethan L. Shaw
                                                John P. Cowart
                                                Matthew J. Riley
                                                SHAW COWART, L.L.P.
                                                1609 Shoal Creek Boulevard
                                                Suite 100
                                                Austin, Texas  78701
                                                Telephone:  (512) 499-8900
                                                Facsimile:  (512) 320-8906
                                                elshaw@shawcowart.com
                                                jcowart@shawcowart.com
                                                mriley@shawcowart.com

and

          Perry W. Neichoy
          PERRY W. NEICHOY, P.C.
          1609 Shoal Creek Blvd., Suite 100
          Austin, Texas  78701
          Telephone:  (409) 839-4545
          Facsimile:  (512) 320-8906
          Perry@pwn-mediate.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

          */s/ Ethan L. Shaw*

2