# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION:  L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| This Document relates to:   ) | |
|     Harold Rhew v. Janssen Research   ) | |
|     & Development, LLC, et al.   ) | JURY TRIAL DEMANDED |
|     E.D. La. No. 2:16-cv-17002   ) | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Carrie Mason's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. CARRIE MASON, as surviving heir of HAROLD RHEW, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
HONORABLE ELDON E. FALLON
United States District Court Judge

cc: All counsel of record