UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*John Cox v. Janssen Research and Development, LLC, et al.*
**Civil Case No. 2:16-cv-13323**

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW undersigned attorneys and respectfully respond to this Court's Order to Show Cause [Doc. 5285] as follows:

1. On January 31, 2017, Defendants filed a motion requesting this Court issue an Order to Show Cause regarding Plaintiffs who have failed to serve a Plaintiff Fact Sheet [Doc. 5245]. On February 2, 2017, this Court entered the Order requested by Defendants [Doc. 5285].

2. Defendants identified the above-referenced Plaintiff on their list of cases in which a Plaintiff Fact Sheet has not been produced. Our firm was listed as Plaintiff's counsel.

3. Plaintiff was originally mailed a Plaintiff Fact Sheet on March 3, 2016. Despite our best efforts, Plaintiff's counsel has been unable to receive a completed Plaintiff Fact Sheet back from Plaintiff.

4. Specifically, Plaintiff's counsel sent letters to Plaintiff regarding the need for the Plaintiff to complete and return the Plaintiff Fact Sheet on the following dates: May 24, 2016; June

28, 2016; August 5, 2016; September 27, 2016; and November 11, 2016. Plaintiff's counsel has received no response to any of these letters.

5. Further, letters have been sent to an alternative address Plaintiff's counsel found while trying to reach Plaintiff. Again, Plaintiff has remained unresponsive.

6. On February 6, 2017, a copy of the Show Cause Order was mailed to Plaintiff.

7. In addition to the multiple letters, Plaintiff's counsel has made numerous phone calls over the past 11 months to Plaintiff and Plaintiff's next-of-kin and potential relatives in an attempt to locate Plaintiff. These efforts have also been unsuccessful in reaching Plaintiff.

8. To date, Plaintiff's counsel has received no Plaintiff Fact Sheet from Plaintiff. Plaintiff's counsel has exhausted all efforts to reach Plaintiff.

WHEREFORE, the undersigned counsel responds to this Court's Order to Show Cause and requests the case be dismissed without prejudice.

Dated: February 6, 2017

Respectfully Submitted,

*s/ Mitchell Theodore*
Kristian Rasmussen
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
krasmussen@corywatson.com
mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Mitchell Theodore*
Mitchell Theodore