UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Ricky Pierce v. Janssen Research and Development, LLC, et al.*
**Civil Case No. 2:15-cv-04874**

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW undersigned attorneys and respectfully respond to this Court's Order to Show Cause [Doc. 5085] as follows:

1. On January 5, 2017, Defendants filed a motion requesting this Court issue an Order to Show Cause regarding Plaintiffs with alleged core Plaintiff Fact Sheet deficiencies [Doc. 4926]. On January 19, 2017, this Court entered the Order requested by Defendants [Doc. 5085].

2. Defendants identified the above-referenced Plaintiff on their list of cases for failure to provide medical records demonstrating the alleged injury.

3. Plaintiff's counsel has ordered and produced records from Plaintiff's hospitalization, pharmacies, and multiple physicians. To date, none of the records obtained by Plaintiff's counsel support the alleged injury.

4. More specifically, Plaintiff submitted his original Plaintiff Fact Sheet along with medical records on November 16, 2015. On December 8, 2015, Defendants submitted a Deficiency Notice stating the medical records provided did not demonstrate the alleged injury.

5. In response to this Deficiency Notice, Plaintiff's counsel contacted Plaintiff and ordered medical records from two additional physicians. The records obtained were uploaded on January 19, 2016. On January 21, 2016, Defendants submitted an Amended Deficiency Notice again alleging the medical records provided did not demonstrate the alleged injury.

6. Plaintiff now appears on the Order to Show Cause before this Court on February 10, 2017. Plaintiff was made aware of this pending Order via telephone call on December 28, 2016. A copy of the Order was sent to Plaintiff via mail on January 18, 2017.

7. Plaintiff's counsel asked Plaintiff if he was aware of any additional records that could be ordered to support his claim. Further, Plaintiff's counsel had a telephone conversation with Plaintiff's primary care physician's office to inquire if there were any additional records that could be obtained.

8. To date, all of the above efforts to acquire records supporting the alleged injury have been unsuccessful.

WHEREFORE, the undersigned counsel responds to this Court's Order to Show Cause and requests the case be dismissed without prejudice.

Dated: February 6, 2017

Respectfully Submitted,

*s/ Mitchell Theodore*
Kristian Rasmussen
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
krasmussen@corywatson.com

mtheodore@corywatson.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Mitchell Theodore*
Mitchell Theodore