**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Christine Abdo v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-01867** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUTE PLAINTIFF**

COME NOW Counsel for Plaintiff Christine Abdo (Deceased), and hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully stating as follows:

Plaintiff, Christine Abdo, passed away on August 7, 2015, as reported to the Court in the Suggestion of Death filed on February 2, 2016. On February 3, 2017, the Probate Court of Wayne County, Michigan, appointed Cheryl Brohl as Personal Representative of the Estate of Christine Abdo. See Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Cheryl Brohl as Personal Representative of the Estate of Christine Abdo as the named party in place of Christine Abdo.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Respectfully submitted,                                    Dated: February 6, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on February 6, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward