PC572d  Einsco  2/3/2017 11:10 AM  (i)
90
OSM CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2017-824702-DE<br>Judge Judy A Hartsfield |
|---|---|---|

Estate of   Christine Abdo, Decedent

TO:   Name, address, and telephone no.
Cheryl Brohl
13460 Inkster rd
Romulus, MI 48174
(734) 818-0142

You have been appointed and qualified as Personal Representative of the estate on       02/03/2017
                                                                                          Date

You are authorized to do and perform all acts authorized by law except as to the following:
**Restrictions:**

These letters expire:   **3/31/2018**
                         Date

02/03/2017
Date                                          Probate Register

**SEE NOTICE OF DUTIES ON SECOND PAGE**

| James C. Zellen | 69241 | | |
|---|---|---|---|
| Attorney name (type or print) | Bar no. | Attorney name (type or print) | Bar no. |
| 1637 W. Big Beaver Road Suite F | | | |
| Address | | Address | |
| Troy, MI 48084 | (248)-647-8878 | | |
| City, state, zip | Telephone no. | City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

FEB 03 2017
Date                                          Deputy Probate Register

The Letters of Authority are valid only if issued with the raised seal of the Wayne County Probate Court.

Do not write below this line - For court use only

MCL 700.3103; MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,;
PC 572 (06/16)  LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE       MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

Cheryl Brohl
13460 Inkster rd
Romulus, MI 48174