UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:		**JURY TRIAL DEMANDED**

WILLIAM PRECHT

2:16-CV-2340

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff, William Precht, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff William Precht. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by the personal representative of the Estate of William Precht.

				Respectfully submitted,

Dated: February 6, 2017			/s/ Roopal P. Luhana
					*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                                                  /s/ Roopal P. Luhana