UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO: 2592<br>MASTER DOCKET CASE:<br>2:14-md-02592 |
| THIS DOCUMENT RELATES TO:<br>CASE NUMBER 2:15-cv-02427 | * * * * * * * * * | JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE<br>MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

JESSICA ARCEMENT, an individual of age and
domiciled in Parish of Jefferson, State of Louisiana,

who after being sworn by me, did depose and say:

1. That she is a paralegal with Scott, Sevin & Vicknair, APLC.

2. That she is familiar with the claim the Estate of Johnnie Mae Reynolds and Johnnie Mae Reynold's heirs have brought in the above captioned proceeding.

3. That she assisted the heirs of Johnnie Mae Reynolds in attempting to obtain the pharmacy records from the pharmacy which was located within Bolivar Medical Center, where the decedent was treated prior to her death, but that the above mentioned pharmacy closed and pharmacy records are no longer available.

4. That she assisted counsel for the heirs in executing a small succession affidavit and submitted

the heirs of Johnnie Mae Reynold's small succession affidavit to Walgreens in an attempt to locate any other potential pharmacy records to submit related to substantiation of Xarelto use.

5. That she has continually communicated with Walgreens regarding production of any pharmacy records and Walgreens has refused to expedite production of pharmacy records due to their internal policies and procedures.

6. To date, Walgreens has not produced any pharmacy records, but to the extent any exist, Walgreens has communicated that Scott, Sevin & Vicknair, APLC should receive them in the next two to three weeks.

7. That all of the allegations contained herein are true and correct.

AFFIANT

_____
JESSICA ARCEMENT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17th DAY
OF MAY, 2016.

_____
NOTARY PUBLIC

DAVID P. VICKNAIR
NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS ISSUED FOR LIFE
LA BAR NO. 34135, N.P. ID #92739