UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO: 2592 |
| | * * | MASTER DOCKET CASE: 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: CASE NUMBER 2:15-cv-02427 | * * | |
| | * | JUDGE: ELDON E. FALLON |
| | * * | MAG. JUDGE |
| | * | MICHAEL NORTH |
| | * | |
| | * | JURY TRIAL DEMANDED |

*********************************************************************

### AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF BOLIVAR

BEFORE ME, the undersigned authority, personally came and appeared:

CATHY JOHNSON HARRIS, an individual of age and
domiciled in Bolivar County, State of Mississippi,

who after being sworn by me, did depose and say:

1.  That she is the daughter of Johnnie Mac Reynolds.

2.  That she is familiar with the claim the Estate of Johnnie Mac Reynolds and Johnnie Mac Reynold's heirs have brought in the above captioned proceeding.

3.  That she personally witnessed the decedent, Johnnie Mac Reynolds, ingest Xarelto.

4.  That on many occasions she provided the decedent, Johnnie Mae Reynolds, with Xarelto to ingest and take as a part of the decedent's medical regimen.

5.  That the decedent, Johnnie Mae Reynolds, was ingesting Xarelto prior to her death.

6. That she attempted to obtain the pharmacy records from the pharmacy which was located within Bolivar Medical Center, where the decedent was treated prior to her death, but that the above mentioned pharmacy closed and pharmacy records are no longer available.

7. That she, along with the other heirs of the decedent, have submitted their small succession affidavit to Walgreens in an attempt to locate any other potential pharmacy records to submit related to Xarelto use.

8. That all of the allegations contained herein are true and correct.

AFFIANT

_Cathy Johnson Harris_

CATHY JOHNSON HARRIS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17th DAY
OF MAY, 2016.

_Mary K William_

NOTARY PUBLIC

TRACY L. WILLIAMS