UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*VALERIE PAIGE JENKINS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA CAROL JENKINS, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*

Civil Action No.: 2:16-cv-13263

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

COMES NOW, Plaintiff Valerie Paige Jenkins, Individually and as Representative of the Estate of Barbara Carol Jenkins, Deceased, by and through her counsel of record, and files this response to the Order to Show Cause (Doc. 5285) issued by this Court on February 2, 2017:

1. Plaintiff Valerie Paige Jenkins contacted the undersigned counsel regarding a potential claim involving the use of Xarelto and alleged subsequent injury for her deceased mother Barbara Carol Jenkins.

2. The Complaint in this matter was filed on July 26, 2016. The complaint was filed in good faith in order to comply with the statute of limitations for Ms. Jenkins' claim.

3. Undersigned counsel has communicated with Valerie Paige Jenkins on multiple occasions regarding the need to obtain and serve a completed Plaintiff Fact Sheet.

1

4. Plaintiff's counsel also sought to procure the medical records for Barbara Carol Jenkins. However, the request was denied due to the lack of a formal estate being opened for Barbara Carol Jenkins and the necessary letters of authority issued that would allow for the procurement of Barbara Carol Jenkins' medical records.

5. Upon denial of Plaintiff's request for medical records, Plaintiff's counsel has attempted to contact Valerie Paige Jenkins to advise her of our failed attempts to obtain the records and the need to initiate formal probate proceedings in order to obtain the necessary documents of authority that would allow for the procurement of Ms. Jenkin's medical records.

6. Specifically, multiple letters, phone calls, and e-mail correspondence were sent to Ms. Jenkins beginning in August 2016 to her last known addresses and phone number advising her of our difficulty in obtaining her mother's medical records and requesting her assistance in obtaining them. To date, counsel has not been able to reach Ms. Jenkins regarding efforts to obtain Ms. Jenkins' medical records.

7. Undersigned counsel has subsequently issued additional requests for Ms. Jenkins' medical records, along with certain documentation which counsel is hopeful will allow for the health care providers in question to release the requested medical records.

8. As of today's date, Plaintiff's counsel has not received a response to the new medical records requests and they are still pending.

9. Plaintiff's counsel continues to follow up several times a week on these requests and has been diligent in trying to procure the records.

10. Accordingly, undersigned counsel requests that this claim not be dismissed for failure to file a Plaintiff Fact Sheet and that counsel be granted an extension of time in order to obtain Ms. Jenkin's medical records and submit a completed Plaintiff's Fact Sheet.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that the Court deny Defendant's request for dismissal of this case with prejudice and grant Plaintiff an extension of time in which to obtain the required medical records and submit a completed Plaintiff Fact Sheet.

Dated: February 6, 2017                             Respectfully submitted,

/s/ David P. Matthews
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ David P. Matthews
                David P. Matthews