UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |
| | : |

**THIS DOCUMENT RELATES TO:**

*VALERIE PAIGE JENKINS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA CAROL JENKINS, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*

**Civil Action No.: 2:16-cv-13263**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff's case not be dismissed with prejudice is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON

1