# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Albert Tucker, Jr. v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:16-cv-13265

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff's case not be dismissed with prejudice is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON

1