UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER CORRECTING CMO 2D

In its previous Case Management Order 2D (R. Doc. 5201) regarding the schedules for the bellwether trial dates and other deadlines, the incorrect date was included for hearing and argument regarding dispositive and Daubert motions. Accordingly, **IT IS ORDERED** that 9(a)(iv) and 9(b)(iv), be amended to read:

(iv) **Hearing and Argument (if necessary)**: March 23, 2017

New Orleans, Louisiana this 6th day of February, 2017.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE