UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILTY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | CASE NO.: 2:15-cv-03892 |
| FANNIE SUE RUSSELL, | JURY DEMAND |
| **Plaintiff,** | |
| v. | |

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

**Defendants**

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Judy Hensley, the duly qualified Administrator of the Estate of Fannie Sue Russell, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that Judy Hensley, administrator of the Estate of Fannie Sue Russell, deceased ("the Administrator") be substituted as Plaintiff in this action.

The Administrator further seeks leave to amend the Complaint filed in this matter to include a survival action claim pursuant to VA. Code Ann. § 8.01-50, et. seq.  A memorandum in support of this Motion is attached.

On December 29, 2016 and January 3, 2017, Plaintiff received email correspondence from Daryl Daly of the firm Drinker Biddle & Reath LLP and Alan Rothman of the firm Arnold & Porter Kay Scholer LLP, respectively, indicating that the Defendants do not oppose the Administrator's filing of the First Amended Complaint and substitution as party Plaintiff.

Signed: February 7, 2017

Respectfully submitted,
**Phelan Petty, PLC**

/s/_____
Michael G. Phelan
Phelan Petty, PLC
VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 W. Broad St., Suite 406
Richmond, VA  23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: bhunt@phelanpetty.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on February 7, 2017 through the Court's CM/ECF system, which will serve all counsel of record.

                                                 Phelan Petty, PLC

/s/_____
Michael G. Phelan VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

*Attorney for Plaintiff*