UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILTY LITIGATION )     MDL No. 2592 <br> ) <br> )   SECTION L <br> ) <br> )   JUDGE ELDON E. FALLON <br> ) <br> )   MAGISTRATE JUDGE NORTH | |

THIS DOCUMENT RELATES TO:       CASE NO.:  2:15-cv-03892

FANNIE SUE RUSSELL,                  JURY DEMAND

     **Plaintiff,**

     v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a  JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

     **Defendants**

### MEMORANDUM IN SUPORT OF UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

The Plaintiff, Fannie Sue Russell, a resident of Scott County, Virginia, died on October 6, 2016.  The Plaintiff filed a Notice of and Suggestion of Death of Plaintiff with this Court on January 6, 2017.  On November 2, 2016, the Plaintiff's sister, Judy Hensley, was duly appointed by the Clerk of the Circuit Court of Scott County, Virginia as Administrator of the Estate of

Fannie Sue Russell, deceased. A copy of the Certificate/Letter of Qualification is attached as Exhibit A.

Fannie Sue Russell's claims survive her death and her Administrator, Judy Hensley, is entitled to continue her causes of action for the benefit of the beneficiaries of her estate. The Administrator is entitled to assert a cause of action for Fannie Sue Russell's survival action claim pursuant to VA Code Ann. § 8.01-50. Finally, Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the Court may order the substitution of parties.

Fannie Sue Russell was prescribed and ingested Xarelto, and as a result of that ingestion, she sustained injuries including serious bleeding events for which she was hospitalized and transfused multiple units. Under Virginia law, Fannie Sue Russell's claims against Janssen Research and Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceuticals, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson and Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare AG, and Bayer AG (collectively, "the Defendants") are not extinguished due to her death. The Administrator is entitled to be substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15 (a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that the Administrator be allowed to amend the complaint to include a survival action claim. Fannie Sue Russell did not die until after the filing of the original Complaint, and therefore the survival action claim could not be made until this time.

## CONCLUSION

Despite her death, the Plaintiff Fannie Sue Russell is entitled to pursue her causes of action against Defendants. Therefore, the Plaintiff respectfully requests that Judy Hensley, Administrator of the Estate of Fannie Sue Russell, deceased, be substituted as the Plaintiff in this action. Plaintiff further requests that the Administrator be allowed to amend the Complaint to assert a survival action claim.

Signed: February 7, 2017

Respectfully submitted,
**Phelan Petty, PLC**

/s/_____
Michael G. Phelan
Phelan Petty, PLC
VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 W. Broad St., Suite 406
Richmond, VA  23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: bhunt@phelanpetty.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2017, a true copy of the foregoing Memorandum in Support of Unopposed Motion to Substitute Party Plaintiff and for Leave to File First Amended Complaint and First Amended Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Phelan Petty, PLC

/s/_____
Michael G. Phelan VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

*Attorney for Plaintiff*