CERTIFICATE/LETTER OF QUALIFICATION  Court File No. CWF16-1102
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

Scott County Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, CERTIFY that on November 2, 2016
                                                                              DATE

JUDY HENSLEY ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as Administrator of the estate of

FANNIE SUE RUSSELL
☒ DECEASED  ☐ MINOR  ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

$25,000.00 bond has been posted.

Given under my hand and the seal of this Court on

November 2, 2016
DATE

                                            Mark A. (Bo) Taylor , Clerk
                                            by _____, Deputy Clerk

FORM CC-1625 MASTER 10/12