**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> JOHN POUEY, JOHN POUEY, JR., ) <br> And ) <br> MICHELLE POUEY SULLIVAN ) <br> ) <br>     Plaintiffs ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT, LLC ) <br> f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT, LLC; JOHNSON AND ) <br> JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a ) <br> JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL- ) <br> JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; ) <br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER ) <br> PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; ) <br> BAYER CORPORATION; BAYER HEALTHCARE LLC; ) <br> BAYER HEALTHCARE AG; and BAYER AG ) <br> ) <br>     Defendants ) | MDL NO.: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO: USDC EDLA 15-04942 L (5)

## **MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiffs, who desire to have T. Carey Wicker, III, J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker, enroll as co-counsel of record in the above entitled and numbered cause. As such, plaintiffs ask this Court to enroll T. Carey Wicker, III, J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker as co-counsel of record in the above entitled and numbered cause.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling T. Carey Wicker, III, J. Alex Watkins and Vincent E. Odom of the

law firm of Capitelli and Wicker as co-counsel of record in the above entitled and numbered cause.

                                  Respectfully submitted,
CAPITELLI AND WICKER
By:  s/T. Carey Wicker, III
T. Carey Wicker, III La. Bar No. 13450
J. Alex Watkins, La. Bar No. 29472
Vincent E. Odom La. Bar No. 36918
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
tcw@capitelliandwicker.com

AND

PALAZZO LAW FIRM
Leo J. Palazzo La. Bar No. 22130
Jason J. Markey La. Bar No. 29722
Mario A. Arteaga, Jr. La. Bar No. 31417
732 Behrman Highway, Suites F&G
Gretna, Louisiana 70056
Telephone: 504-433-1442
Fax: 504-433-9111
leo@palazzolaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing **Motion to Enroll as Co-Counsel of Record** has contemporaneously or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                     /s/T. Carey Wicker, III (#13450)
CAPITELLI AND WICKER
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163-2950
Phone 504-582-2425
Fax 504-582-2422
tcw@capitelliandwicker.com

- 3 -