UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

Due to an unavoidable conflict, **IT IS ORDERED** that the monthly status conference previously scheduled for March 23, 2017, at 9:00 a.m. is **RESCHEDULED** for **March 15, 2017, at 10:30 a.m.**

Any oral arguments on dispositive and Daubert motions set for submission on March 23, 2017, are unaffected and will still take place on that day.

New Orleans, Louisiana this 6th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE