UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr. v. Janssen Research & Development, et al.*, Case No. 2:15-cv-2720 | MAGISTRATE NORTH |

### STIPULATION and ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph J. Boudreaux, Jr. and Loretta Boudreaux, and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC (collectively "Parties") who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

The Parties hereby stipulate that the claims and causes of action in the above-captioned matter are governed exclusively by the LPLA.

II.

The Parties further stipulate that the only LPLA causes of action asserted and reserved by Plaintiffs in the above-captioned action are as follows:

(1) Unreasonably dangerous in design, pursuant to La. Rev. Stat. Ann. § 2800.56 (West 2017); and

(2) Unreasonably dangerous because of inadequate warning, pursuant to La. Rev. Stat. Ann. § 2800.57 (West 2017).;

All other causes of action under the LPLA are dismissed with prejudice.

III.

The Parties further stipulate that the Plaintiffs in the above-captioned matter are not pursuing and dismiss with prejudice the cause of action of redhibition pursuant to La. Civ. Code art. 2520 (West 2017).

IV.

The Parties further stipulate that all claims and causes of action falling outside of the exclusive theories of recovery and damages allowed by the LPLA are hereby dismissed with prejudice.

V.

The Parties further stipulate that any claims for recovery of punitive damages and attorneys' fees are hereby dismissed with prejudice.

VI.

The Parties further stipulate that the action or lack of action by Mr. Boudreaux's healthcare providers did not cause or contribute to his alleged injuries or damages.  This stipulation does not exclude evidence concerning the medical condition, care and treatment of the plaintiff.

VII.

Except as specified above, Defendants reserve all defenses.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr. v. Janssen Research & Development, et al.*, Case No. 2:15-cv-2720 | MAGISTRATE NORTH |

# ORDER

The Parties having agreed,

**IT IS ORDERED** that the above stipulations as to the claims, causes of action, damages and defenses in the above-captioned matter are entered by Order of this Court.

NEW ORLEANS, LOUISIANA, this 6th day of February, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**