# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE <br> MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**MARY HARRIS**
Civil Action No.: 2:15-cv-03188

**KELLY PRYOR**
Civil Action No.: 2:15-cv-06732

**GENE RICKS**
Civil Action No.: 2:15-cv-06723

**LINDA SWACHTA, as Legal Representative of the Estate of MARY SWACHTA**
Civil Action No.: 2:16-cv-01677

**JAMES RAY**
Civil Action No.: 2:16-cv-12766

**LYNN LADNER, as Legal Representative of the Estate of JAMES LADNER, Deceased**
Civil Action No.: 2:16-cv-12755

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Robert J. Talaska of The Talaska Law Firm, PLLC and formally enters his appearance as counsel for Plaintiffs in the above captioned matters.

Dated: February 7, 2017

        Respectfully submitted,

        THE TALASKA LAW FIRM, PLLC

        By: /s/ Robert J. Talaska
            Robert J. Talaska
            State Bar of Texas:  19613600
            442 Heights Blvd.
            Houston, Texas 77007
            Telephone: 713-869-1240
            Facsimile: 713-869-1465
            rjt@ttlf.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2017, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 or the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Robert J. Talaska
        Robert J. Talaska