UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     Master File No:
LIABILITY LITIGATION     MDL No: 2592

This Document Relates To:
MDL Case No: 2:15-cv-04942     Plaintiff: POUEY, CAROL

## ORDER

Upon considering the Partial Motion to Withdraw Counsel of Record, filed by Plaintiffs John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and counsel Michael J. Monistere,

IT IS ORDERED THAT THE MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT:

Michael J. Monistere is hereby removed as counsel of record for Plaintiffs, John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and Carol Pouey (deceased).

The Palazzo Law Firm, Leo J. Palazzo, Jason J. Markey, and Mario A. Arteaga, Jr., will remain as counsel of record for Plaintiffs, John Pouey, Michelle Pouey Sullivan, and John Pouey, Jr., and Carol Pouey (deceased).

New Orleans, Louisiana, this __7th__ day of _____February_____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**