UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sandra Tietz and Richard Tietz, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00170-EEF-MBN**

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion to Substitute Richard Tietz, as Administrator of the Estate of Sandra Tietz, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiffs' Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Richard Tietz, individually and as Administrator of the Estate of Sandra Tietz", Plaintiffs.

New Orleans, Louisiana this 7th day of February, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge