UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Christine Abdo v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-01867** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Cheryl Brohl as Personal Representative of the Estate of Christine Abdo, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED**, and the Clerk is hereby directed to correct the caption to reflect the proper party as "Cheryl Brohl, individually and as Personal Representative of the Estate of Christine Abdo," Plaintiffs.

New Orleans, Louisiana this 7th day of February, 2017.

_____
**Honorable Eldon E. Fallon**
**United States District Court Judge**