UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) 
PRODUCTS LIABILTY LITIGATION )   MDL No. 2592
 )
 )   SECTION L
 )
 )   JUDGE ELDON E. FALLON
 )
 )   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          CASE NO.:  2:15-cv-03892

FANNIE SUE RUSSELL,                JURY DEMAND

      **Plaintiff,**

      v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a  JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

      **Defendants.**

## ORDER

IT APPEARING THAT Plaintiff's counsel has moved to substitute a party and for leave of Court to amend the previously filed Complaint and;

IT APPEARING THAT counsel for Defendants do not oppose this motion;

IT IS HEREBY ORDERED:

THAT Judy Hensley shall be and is hereby substituted as the party plaintiff for the deceased Fannie Sue Russell;

THAT the plaintiff shall be and hereby is granted leave of Court to file the First Amended Complaint; and

THAT said First Amended Complaint shall be deemed filed with the Clerk of Court as of the date of entry of this Order; and

THAT this cause shall hereafter be styled "Judy Hensley, Administrator of the Estate of Fannie Sue Russell, deceased, Plaintiff, v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, Defendants."

New Orleans, Louisiana this 8th day of February, 2017.

_____
United States District Judge