**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO.: 2592 |
| JOHN POUEY, JOHN POUEY, JR., And MICHELLE POUEY SULLIVAN | ) ) ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE SHUSHAN |
| Plaintiffs vs. | ) ) ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

THIS DOCUMENT RELATES TO: USDC EDLA 15-04942 L (5)

**ORDER**

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

IT IS HEREBY ORDERED that T. Carey Wicker, III, J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker be enrolled as co-counsel of record for plaintiffs.

New Orleans, Louisiana, this ___8th___ day of ___February___ 2017.

_____
**UNITED STATES DISTRICT JUDGE**