# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

ROMEO CABALLES

CIVIL ACTION NO.: 2:15-cv-6476

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 4926)

COME NOW, Plaintiff Romeo Caballes, in the above reference civil action, and by and through his counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 4926) and shows as follows:

1. Plaintiff Romeo Caballes contacted undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with Romeo Caballes' request to file suit

3. Plaintiff's counsel has contacted the Mr. Caballes on multiple occasions to secure a complete Fact Sheet.

4. Beginning in October of 2015 Plaintiff's counsel began attempting to contact Mr. Caballes

by phone for needed information and/or documents. Counsel tried to contact Mr. Caballes on the following dates:

    10/05/2015
    12/18/2015
    01/05/2016
    03/15/2016
    03/31/2016
    04/14/2016
    04/29/2016
    06/28/2016
    07/26/2016
    08/11/2016
    10/18/2016

5. In December of 2015 Plaintiff's counsel began sending letters monthly to Mr. Caballes to obtain contact and/or a complete Plaintiff Fact Sheet. Counsel wrote to Mr. Caballes on the following dates:

    12/18/2015
    03/15/2016
    06/28/2016
    08/11/2016

6. To date, Plaintiff's counsel has been unable to reach Romeo Caballes nor have we received any signed documents.

Plaintiff would respectfully request that the Court Dismiss the Caballes claim without prejudice.

Date: February 8, 2017

                                                **HILLIARD MUÑOZ GONZALES LLP**
                                                By: /s/ Robert C. Hilliard
                                                    Robert C. Hilliard
                                                    Texas Bar No. 09677700
                                                    Catherine Tobin
                                                    Texas State Bar No. 24013642
                                                    T. Christopher Pinedo
                                                    Texas State Bar No. 00788935

John Martinez
Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

**ROMEO CABALLES**

CIVIL ACTION NO.: 2:15-cv-6476

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                    HILLIARD MUÑOZ GONZALES LLP
                                                                                    By: /s/ Robert C. Hilliard
                                                                                         Robert C. Hilliard
                                                                                         Texas Bar No. 09677700
                                                                                         Catherine Tobin
                                                                                         Texas State Bar No. 24013642
                                                                                         T. Christopher Pinedo
                                                                                         Texas State Bar No. 00788935
                                                                                         John Martinez
                                                                                         Texas State Bar No. 24010212

                                                                                         719 S. Shoreline Boulevard, Suite 500
                                                                                         Corpus Christi, Texas 78401
                                                                                         361-882-1612 Office
                                                                                         361-882-3015 Fax
                                                                                         *Attorneys for Plaintiff*