UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :   MDL No. 2592
                                        :
                                        :   SECTION L
                                        :
                                        :   JUDGE ELDON E. FALLON
                                        :
                                        :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**WALTER WILLIAM HEDRICK, SR.**

CIVIL ACTION NO.: 2:16-CV-414

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 4926)

COME NOW, Plaintiff Walter William Hedrick, Sr., in the above reference civil action, and by and through his counsel of records hereby files a Response in Opposition to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Document 4926).

In response Plaintiff would state that Plaintiff's legal counsel, T. Christopher Pinedo has submitted proof of Xarelto to MDL Centrality. Specifically, page 00008 in the Summa Barberton Hospital Records which have been uploaded to MDL Centrality states (Exhibit "A" attached hereto):

> HISTORY: This white male patient was admitted with gastrointestinal bleeding. He does have a prior history of atrial fibrillation for which he has been on anticoagulant therapy all due to previous bleeding. His Xarelto has been discontinued. He had remained however on a baby aspirin. He now noted rectal bleeding. He was admitted and subsequently seen by Dr. Mir. His baby aspirin was subsequently discontinued. He was found to have evidence of rectal bleeding. He is undergoing laser therapy with report of telangiectasia. His vital signs did remain stable.

Furthermore, Plaintiff would state that although has have received and submitted the "prescribing physician's" records, they are very difficult to read. Plaintiff was given samples by the physician and did not receive a prescription however the record cited above clearly shows Xarelto use and a bleed.

Additionally, Plaintiff would state that on September 30, 2016, this Court issued an order stating that this case "should not be dismissed, and should be permitted to proceed accordingly".

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| ██████████████ | ██████████████ |
| HEDRICK, WALTER | 2:16-cv-00414 |

Accordingly, **IT IS ORDERED** that the above-captioned cases should not be dismissed, and should be permitted to proceed accordingly:

New Orleans, Louisiana this 29th day of September, 2016.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Plaintiff would respectfully request that the Court deny Defendant's request for dismissal with prejudice.

Date: February 8, 2017

                                                             **HILLIARD MUÑOZ GONZALES LLP**
                                                             By: /s/ Robert C. Hilliard
                                                                   Robert C. Hilliard
                                                                   Texas Bar No. 09677700

Catherine Tobin
Texas State Bar No. 24013642
T. Christopher Pinedo
Texas State Bar No. 00788935
John Martinez
Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**WALTER WILLIAM HEDRICK, SR.**

CIVIL ACTION NO.: 2:16-CV-414

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response in Opposition has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*