UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

OV STANLEY

CIVIL ACTION NO.: 2:15-cv-6765

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 4926)

COME NOW, Plaintiff OV Stanley, in the above reference civil action, and by and through his counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 4926) and shows as follows:

1. Plaintiff OV Stanley contacted undersigned counsel regarding a potential claim involving her use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith based on OV Stanley's request to file suit for him.

3. Plaintiff's counsel has contacted the Ms. Stanley on multiple occasions to secure a complete Fact Sheet.

4. Beginning in September of 2015 Plaintiff's counsel began attempting to contact Ms.

Stanley by phone for needed information and/or documents. Counsel called on the following dates:

> 09/17/2015
> 10/07/2015
> 10/08/2015
> 12/18/2015
> 03/19/2015
> 01/05/2015
> 01/11/2016
> 03/15/2016
> 03/31/2016
> 04/29/2016
> 04/29/2016
> 05/20/2016
> 06/05/2016
> 06/28/2016
> 07/12/2016
> 07/15/2016
> 07/25/2016
> 08/11/2016

5. In December of 2015 Plaintiff's counsel began sending letters monthly to Ms. Stanley to obtain contact and/or a complete Plaintiff Fact Sheet. Counsel wrote letters on:

> 12/18/2015
> 03/15/2016
> 06/28/2016
> 08/11/2016

6. To date, Plaintiff's counsel has been unable to reach Ms. Stanley nor have we received any signed documents.

Plaintiff would respectfully request that the Court Dismiss Ms. Stanley's claim without prejudice.

Date: February 8, 2017

                                        **HILLIARD MUÑOZ GONZALES LLP**
                                        By: /s/ Robert C. Hilliard
                                            Robert C. Hilliard
                                            Texas Bar No. 09677700

Catherine Tobin
Texas State Bar No. 24013642
T. Christopher Pinedo
Texas State Bar No. 00788935
John Martinez
Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

OV STANLEY

CIVIL ACTION NO.: 2:15-cv-6765

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*