UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Charles Campbell

CA#2:16-cv-03241

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on April 15, 2016.

2. Counsel informed Mr. Campbell of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Mr. Campbell, with instructions for completion and returning to counsel, on or about April 2, 2015, and again on August 14, 2016.

4. To date, Mr. Campbell has not completed and returned the Plaintiff Fact Sheet.

5. Further, Counsel been unable to contact Mr. Brown at all since April 2016, despite repeated efforts, including:

- 4/13/2016    Spoke with client re: PFS

1

- 6/8/2016    Left voicemail re: PFS
- 6/9/2016    Left voicemail re: PFS
- 6/10/2016   Left voicemail re: PFS
- 6/13/2016   Left voicemail re: PFS; Sent email
- 6/21/2016   Left voicemail re: PFS
- 6/23/2016   Left voicemail re: PFS; Sent PFS Warning Letter
- 6/24/2016   Left voicemail re: PFS
- 6/29/2016   Left voicemail re: PFS
- 7/12/2016   Left voicemail re: PFS
- 7/25/2016   Left voicemail re: PFS
- 8/12/2016   Left voicemail re: PFS
- 8/14/2016   Left voicemail re: PFS; Re-sent PFS
- 8/18/2016   Sent 2nd PFS Request Letter
- 8/20/2016   Left voicemail re: PFS
- 8/23/2016   Left voicemail re: PFS; Per FedEx, PFS was received
- 8/30/2016   Left voicemail re: PFS; Sent email
- 9/13/2016   Left voicemail re: PFS; Sent email
- 9/22/2016   Left voicemail re: PFS
- 9/29/2016   Left voicemail re: PFS
- 10/3/2016   Left voicemail re: PFS
- 10/5/2016   Left voicemail re: PFS
- 11/8/2016   Left voicemail re: PFS
- 11/15/2016  Left voicemail re: PFS
- 12/6/2016   Left voicemail re: PFS
- 12/14/2016  Left voicemail re: PFS
- 12/28/2016  Left voicemail re: PFS; Sent No Contact Warning Letter
- 12/29/2016  Left voicemail re: PFS; Per FedEx, Warning Letter received
- 1/4/2017    Left voicemail re: PFS; Sent email
- 1/11/2017   Left voicemail re: PFS; Sent email
- 1/12/2017   Left voicemail re: PFS
- 1/25/2017   Left voicemail re: PFS
- 1/26/2017   Left voicemail re: PFS; Sent No Contact Letter
- 2/3/2017    Left voicemail re: PFS; Sent email
- 2/7/2017    Left voicemail re: PFS
- 2/8/2017    Left voicemail re: PFS

6. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Plaintiff from responding to counsel or completing the Plaintiff Fact Sheet.

7. Accordingly, undersigned counsel is unable to assist Plaintiff in complying with his obligations to complete and serve a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

2

Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

    Respectfully submitted,

    By:   /s/ Daniel J. Carr

    Joseph C. Peiffer, La. Bar # 26459
    Daniel J. Carr, La. Bar # 31088
    PEIFFER ROSCA WOLF
    ABDULLAH CARR & KANE
    A Professional Law Corporation
    201 St. Charles Avenue, Suite 4610
    New Orleans, Louisiana  70170-4600
    Telephone:  (504) 523-2434
    Facsimile:  (504) 523-2464
    Email: dcarr@prwlegal.com

    Michael B. Lynch, Esq.
    THE MICHAEL BRADY LYNCH FIRM
    127 West Fairbanks Ave. #528
    Winter Park, Florida 32789
    Office: (877) 513-9517
    Fax: (321) 972-3568
    Cell: (321) 239-8026
    Email: michael@mblynchfirm.com

    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

    /s/ *Daniel J. Carr*