UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :     MDL No. 2592
                                   :
                                   :     SECTION L
                                   :
                                   :     JUDGE ELDON E. FALLON
                                   :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Jean Williams

CA#2:16-cv-03394

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on April 19, 2016.

2. At that time, Counsel had not yet obtained medical records substantiating the Xarelto injury alleged by Plaintiff, but Counsel filed the case to avoid potential statute of limitations issues, based on the best information available at the time.

3. Counsel has made numerous record requests to the facilities that Plaintiff identified as the sites of her treatment for the alleged Xarelto injury but those requests have all come back with certificates of "no records."

4. Counsel has kept Plaintiff informed of these issues and has repeatedly asked her to provide additional information or otherwise assist in getting the necessary records. Plaintiff has been unable to do so, and she has been informed of the possible consequences of that failure.

5. Accordingly, undersigned counsel is unable to assist Plaintiff in complying with her obligations to provide medical records demonstrating the alleged injury, pursuant to CMO 1 and PTO 13. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By: /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ *Daniel J. Carr*