UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____      :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Sheri Traylor

CA#2:15-cv-04983

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1.  The Complaint in this matter was filed on September 1, 2015.

2.  Counsel informed Ms. Traylor of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

3.  The Plaintiff Fact Sheet was sent to Ms. Traylor, with instructions for completion and returning to counsel, on or about September 1, 2015, and again on November 11, 2015.

4.  To date, Ms. Traylor has not completed and returned the Plaintiff Fact Sheet.

5.  Further, for the better part of a year, Counsel has been unable to contact Ms. Traylor at all, despite repeated efforts, including:

    - 3/10/2016 – Called - Left voicemail; no response

- 3/10/2016 – Called alternate contact numbers - Left voicemail; no response
- 3/23/2016 – Called - Left voicemail; no response
- 4/12/2016 – Called - Left voicemail; no response
- 5/17/2016 – Called - Left voicemail; no response
- 6/9/2016 – Called - Left voicemail; no response
- 6/9/2016 – Warning letter sent certified mail; no response
- 6/23/2016 – Called - Left voicemail; no response
- 7/5/2016 – Called - Left voicemail; no response
- 7/5/2016 – Called alternate contact numbers - Left voicemail; no response
- 7/20/2016 – Called - Left voicemail; no response
- 8/15/2016 – Called - Left voicemail; no response
- 9/5/2016 – Called - Left voicemail; no response
- 12/27/2016 – Called - Left voicemail; no response
- 1/16/2017 – Called – number out of service
- 1/16/2017 – Called alternate contact- wrong number
- 1/25/2017 – Called - number out of service
- 1/25/2017 – Emailed client – no response

6. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Plaintiff from responding to counsel or completing the Plaintiff Fact Sheet.

7. Accordingly, undersigned counsel is unable to assist Plaintiff in complying with his obligations to complete and serve a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By: /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ *Daniel J. Carr*