# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Cathleen Williams v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10998**

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

NOW COMES Plaintiff Cathleen Williams identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Doc. 4432] and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause as follows:

1. Plaintiff Cathleen Williams contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 18, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Williams.

4. Plaintiff's counsel sent letters to Plaintiff regarding the need for the Plaintiff to complete and return the Plaintiff Fact Sheet.

1

5. In addition to multiple letters, Plaintiff's counsel has made numerous phone calls to Plaintiff and next of kin in an attempt to locate Plaintiff. Plaintiff's counsel has also made multiple attempts at contact via email.

6. In a final effort, Plaintiff's counsel hired a private investigator in an attempt to locate the Plaintiff.

7. All of these efforts have been unsuccessful.

8. To date, Plaintiff's counsel has not received a completed Plaintiff Fact Sheet from Plaintiff. Plaintiff's counsel has exhausted all efforts to reach Plaintiff.

**WHEREFORE**, the undersigned counsel responds to this Court's Order to Show Cause and requests that this matter be dismissed without prejudice.

Dated: February 8, 2017

Respectfully submitted,

By: _/s/ Lauren E. Burbol_____

Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8th day of February 2017.

                                                  */s/ Lauren E. Burbol*_____
                                                  Lauren E. Burbol