UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| FRANK A. PROCHAZKA, | | |
| No. 2:16-cv-08265-EEF-MBN | | |
| _____ | | |

**RESPONSE TO ORDER TO SHOW CAUSE**

COME NOW undersigned attorneys and respectfully respond to this Court's Order to Show Cause [Doc. 5085] as follows:

1. On January 5, 2017, Defendants filed a motion requesting this Court issue an Order to Show Cause regarding Plaintiffs with alleged Core Plaintiff Fact Sheet Deficiencies [Doc. 4926]. On January 19, 2017, this Court entered the Order requested by Defendants [Doc. 5085].

2. Defendants identified the above-referenced Plaintiff on their list of cases for failure to provide Declaration signed by Plaintiff, Xarelto user, or Xarelto user's representative.

3. On July 1, 2016, Plaintiff's counsel was informed by Plaintiff's significant other, Marlys Hauan, that Plaintiff, Frank A. Prochazka, died intestate on December 6, 2015.

4. Since that time, Plaintiff's counsel has exhausted all avenues to locate Plaintiff's next-of-kin, but have not been successful in this search.

5. Plaintiff's counsel requested an internal locate report for any living relatives, but none of these leads developed into locating a living relative.

6. Plaintiff's counsel spoke to Marlys Hauan (Plaintiff's significant other at the time of death) and was informed by Ms. Hauan, that Plaintiff Frank A. Prochazka had no children or living relatives.

7. To date, all of the above efforts to acquire a living relative have been unsuccessful. Accordingly, at this time, there is no proper party that may sign the outstanding Declaration.

WHEREFORE, the undersigned counsel responds to this Court's Order to Show Cause and requests the case be dismissed without prejudice.

Dated: February 8, 2017

By: /s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiff*

## **CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 8th day of February, 2017.

By: /s/Emanuella J. Paulos_____