UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
THIS DOCUMENT RELATES TO:     :
                              :
JUDY E. WEILER,               :   **JUDGE ELDON E. FALLON**
                              :   **MAGISTRATE JUDGE NORTH**
No. 2:16-cv-09874-EEF-MBN     :
                              :
_____ :

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW undersigned attorneys and respectfully respond to this Court's Order to Show Cause [Doc. 5285] as follows:

1. On January 31, 2017, Defendants filed a motion requesting this Court issue an Order to Show Cause regarding Plaintiffs who have failed to serve a Plaintiff Fact Sheet [Doc. 5245]. On February 2, 2017, this Court entered the Order requested by Defendants [Doc. 5285].

2. Defendants identified the above-referenced Plaintiff on their list of cases for failure to provide a Plaintiff Fact Sheet.

3. Plaintiff's case was filed in a Joint Complaint on May 19, 2016 (Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al., 2:16-cv-06583-EEF-MBN [Doc. 1]).

4. On June 3, 2016, a Severance Order was issued for the Joint Complaint Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al., 2:16-cv-06583-EEF-MBN [Doc. 5].

5. Plaintiff's Short Form Individual Complaint was filed on June 13, 2016, Judy E. Weiler v. Janssen Research & Development LLC, et al., 2:16-cv-09874-EEF-MBN [Doc. 1])

6. Plaintiff's counsel was unable to contact Plaintiff, and therefore hired an investigator on August 8, 2016 to locate the Plaintiff.

7. Plaintiff's counsel was informed by the investigator that the Plaintiff died on May 27, 2015 intestate and indigent.

8. Plaintiff's counsel filed a Motion for Extension of time to Submit Plaintiff Fact Sheet on September 15, 2016 for time to locate the next of kin and an Order was Granted by this Court on September 20, 2016.

9. Plaintiff's counsel requested an internal locate report to locate any living relatives and found Plaintiff's daughter, Jean Marie Zupek.

10. Plaintiff's counsel discussed the case with Ms. Zupek, on August 23, 2016, who stated she needed to speak with an estate attorney.

11. On September 2, 2016, Plaintiff's counsel spoke to Ms. Zupek again and at that time, she agreed to dismiss the case.

12. Plaintiff's counsel scheduled an investigator to meet Ms. Zupek on September 29, 2016 to sign an authorization to dismiss the case.  Ms. Zupek did not answer her door, nor would she answer the telephone.

13. Plaintiff's counsel then mailed, via FedEx to client, the authorization to sign to have the case dismissed.  However, Ms. Zupek has not signed or returned this authorization or the six (6) other authorizations sent to her on other dates via regular, certified and FedEx mail.

14. Plaintiff's counsel has also made multiple telephone calls, on a monthly basis, and left voicemails for Ms. Zupek to return our calls. To date, Ms. Zupek has not returned any calls.

15. Plaintiff's counsel has exhausted all avenues in this case, as none of the above avenues have yielded either a named representative for Plaintiff Judy E. Weiler's estate, nor an authorization from the next of kin, Jean Marie Zupek, to dismiss this case.

16. Counsel does not have written permission from the next of kin, Jean Marie Zupek to agree to stipulate to the dismissal of the claim with prejudice. However, counsel has no basis to contest such a dismissal at this time and Plaintiff's next-of-kin has been advised that without her cooperation, her case is subject to dismissal by the Court with prejudice.

17. Despite the best efforts of Plaintiff's counsel, counsel has been unable to assist Ms. Zupek in complying with her obligations to cure the deficiencies in the Plaintiff Fact Sheet.

WHEREFORE, the undersigned counsel responds to this Court's Order to Show Cause and requests the case be dismissed without prejudice.

Dated: February 8, 2017

By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com

epaulos@levinlaw.com

*Attorneys for the Plaintiff*

## CERETIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 8th day of February, 2017.

By: /s/Emanuella J. Paulos_____