UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| JUDY E. WEILER, | | |
| No. 2:16-cv-09874-EEF-MBN | | |
| _____ | | |

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff's case be dismissed without prejudice is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON