UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Samuel Rose v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10942**

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

NOW COMES Plaintiff Samuel Rose identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Doc. 4432] and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause as follows:

1. Plaintiff Samuel Rose contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 20, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Rose.

1

4. Undersigned counsel received Plaintiff's medical records and was unable to find proof of use or proof of injury. Plaintiff's counsel sent letters to Plaintiff regarding the lack of evidence on September 29, 2016, November 8, 2016 and December 22, 2016.

5. In addition to multiple letters, Plaintiff's counsel has made numerous phone calls to Plaintiff on October 24, 2016, October 26, 2016, November 3, 2016, November 7, 2016 and January 7, 2017. Plaintiff's counsel has also made multiple attempts at contact via email.

6. All of these efforts have been unsuccessful.

7. To date, Plaintiff's counsel has not received a completed Plaintiff Fact Sheet from Plaintiff with evidence of injury. Plaintiff's counsel has exhausted all efforts to reach Plaintiff.

**WHEREFORE**, the undersigned counsel responds to this Court's Order to Show Cause and requests that this matter be dismissed without prejudice.

Dated: February 8, 2017	Respectfully submitted,

By: _/s/ Lauren E. Burbol_____
Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8th day of February 2017.

                                          */s/ Lauren E. Burbol*
                                            Lauren E. Burbol