UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592  SECTION L |
| WAYNE CHATTIN | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-01872  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants _____ | : : | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Wayne Chattin, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-01872, only.  This stipulation shall not affect the lawsuit filed by Marybeth Chattin, Individually and as Personal Representative of the Estate of Wayne H. Chattin, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-15403. All parties shall bear their own costs.

1

| | |
|---|---|
| **HEARD ROBINS CLOUD & BLACK, LLP**<br>By: *s/ Alex Barlow*<br>Alex Barlow<br>2000 West Loop South<br>Suite 2200<br>Houston, TX 77027<br>713-650-1200<br>Email: barlow@heardrobins.com<br><br>Attorneys for Plaintiff<br><br>Dated: February 9, 2017 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: February 9, 2017<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: February 9, 2017 |

                    **IRWIN FRITCHIE URQUHART & MOORE LLC**
                    By: /s/James B. Irwin
                    James B. Irwin
                    Kim E. Moore
                    400 Poydras St., Ste, 2700
                    New Orleans, LA 70130
                    (504) 310-2100
                    jirwin@irwinllc.com
                    kmoore@irwinllc.com

                    Liaison Counsel for Defendants
                    Dated: February 9, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    /s/James B. Irwin _____