UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

***Thomas Ostendorf v. Janssen Research & Development, LLC et al.***
**Civil Action No.: 2:15-cv-05688**

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED FAILURE TO PROVIDE DECLARATION SIGNED BY PLAINTIFF, XARELTO USER, OR XARELTO USER'S REPRESENTATIVE

COMES NOW, Plaintiff Thomas Ostendorf, by and through his counsel of record, and files this response to the Order to Show Cause (Doc. 5085) issued by this Court on January 19, 2017:

I.

Defendants moved for, and the Court granted, an Order to Show Cause why certain cases in which Defendants allege Plaintiff Fact Sheets have not been filed in accordance with Case Management Orders No. 1 and 13 should not be dismissed with prejudice.  Plaintiff Thomas Ostendorf appears on Exhibit A of the Court's Order to Show Cause (Doc. 5085).

II.

Counsel for Plaintiff would show that a complete and verified Plaintiff Fact Sheet was uploaded to MDL Centrality on February 8, 2017 to cure the alleged deficiency.  In that Plaintiff

1

has cured the alleged deficiency; counsel for Plaintiff respectfully requests that Defendant's request for dismissal of this case with prejudice be denied.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Order to Show Cause be dismissed as to Thomas Ostendorf's case, that this case be allowed to proceed, and for such other and further relief to which Plaintiff may be justly entitled.

Dated:  February 9, 2017                                    Respectfully submitted,


                                                                  /s/ Thomas M. Kollin
                                                                  _____
                                                                  **THE KOLLIN FIRM, LLC**
                                                                  Thomas M. Kollin
                                                                  Ohio State Bar No. 0066964
                                                                  2372 Lakeview Drive, Ste. H
                                                                  Dayton, OH 45431-2566
                                                                  937/490-4700 (telephone)
                                                                  937/490-4666 (fax)
                                                                  kollin@kollinfirm.com

                                                                  ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 9, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Thomas M. Kollin*
_____
**THE KOLLIN FIRM, LLC**
Thomas M. Kollin