UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Thomas Ostendorf v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-05688**

### ORDER

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs who have failed failure to provide declaration signed by Plaintiff, Xarelto user, or Xarelto user's representative; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff's case not be dismissed with prejudice is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON

1