**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Willie Marable (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15123 |
| Donny Rivers (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15151 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiffs' Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed the Complaint in the above captioned case on September 29th, 2016.

2) Plaintiffs subsequently filed Plaintiff Fact Sheets.

3) Plaintiffs were then informed of deficiencies in their submitted Plaintiff Fact Sheets, specifically, that there were outstanding medical and/or prescription records that would support Plaintiffs' claim.

4) The injured party is deceased. Plaintiffs' counsel has been working diligently to open an estate and have a representative appointed. As this Court is aware, an estate must be opened so medical records and prescription records can be obtained.

5) Plaintiffs are requesting a 60 day extension to allow Plaintiffs to continue working to open an estate on behalf of the decedent.

6) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until April 10th, 2017.

Respectfully submitted,

By: /s/ Eric Wiedemer
Eric Wiedemer (0078947)
Cochran Legal Group LLP
PO Box 161151
Cleveland, Ohio 44116
(216) 505-1254
(888) 508-2085 (Fax)
eric@cochranlegalgroup.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 9th day of February, 2017.

                                            /s/ Eric Wiedemer  
                                            Eric Wiedemer (0078947)