# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO ) | MDL NO. 2592 |
| (RIVAROXABAN) ) | |
| ) | SECTION: L |
| ) | |
| PRODUCTS LIABILITY ) | JUDGE ELDON E. FALLON |
| LITIGATION ) | |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Willie Marable (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15123 |
| Donny Rivers (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15151 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Eldon E. Fallon.

Respectfully submitted,

By: /s/ Eric Wiedemer
Eric Wiedemer (0078947)
Cochran Legal Group LLP
PO Box 161151
Cleveland, Ohio 44116
(216) 505-1254
(888) 508-2085 (Fax)
eric@cochranlegalgroup.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 9th day of February, 2017.

                                               /s/ Eric Wiedemer
                                             Eric Wiedemer (0078947)