**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO<br>(RIVAROXABAN)<br><br>PRODUCTS LIABILITY<br>LITIGATION | )    MDL No. 2592<br>)<br>)    **SECTION: L**<br>)<br>)    **JUDGE ELDON E. FALLON**<br>)<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| William Carey v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15066 |
| Roger Desmarais v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15076 |
| Octavio Fernandez v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15094 |
| Jerry Glidewell v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15105 |
| Keisha Piskett v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15127 |
| William Sandidge v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15154 |
| Pamela Sombke v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15156 |
| Alice Stoneman v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15158 |
| Roger Watkins v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15160 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SATIFY PLAINTIFF FACT SHEET DEFICIENCIES

NOW COMES the Plaintiffs, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiencies.  The deadline is currently set for February 9th, 2017.  Plaintiffs request an additional 60 days with a new deadline of April 10th, 2017.

In support of their motion, Plaintiffs submits the attached Memorandum in Support.  In short, Plaintiffs' counsel is:

1)  working to open an estate on behalf of decedent which would allow Plaintiffs' counsel to obtain medical and prescription records.  Plaintiffs need additional time to complete this process.

2)  Waiting for Plaintiffs to return an additional signed declaration page.

3)  Waiting for Plaintiffs' medical providers to respond to an outstanding medical record request.

This is Plaintiffs' First Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet deficiencies.  An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until April 10th, 2017.

Respectfully submitted,


By:/s/ Eric Wiedemer
      Eric Wiedemer (0078947)
      Cochran Legal Group LLP
      PO Box 161151
      Cleveland, Ohio 44116
      (216) 505-1254
      (888) 508-2085 (Fax)
      eric@cochranlegalgroup.com
      Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 9th day of February, 2017.

/s/ Eric Wiedemer
Eric Wiedemer (0078947)