UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

Due to an unavoidable conflict, **IT IS ORDERED** that the monthly status conference previously scheduled for February 10, 2017, is **CANCELLED**. Unless otherwise noted, all items previously set for submission on that date, specifically R. Docs. 5292, 5294, 5285, and 5085, will be heard at the March monthly status conference on March 15, 2017, at 10:30 a.m.

New Orleans, Louisiana this 8th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE