UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Milton Cartwright v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-05477**

### PLANTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

NOW COMES, Plaintiff Milton Cartwright, by and through undersigned counsel, and hereby submits Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Rec. Doc. 5085) and respectfully pleads as follows:

1.  Plaintiff contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.  The Complaint in this matter was filed on October 26, 2015. The medical records obtained by counsel on this file establish both proof of use and proof of injury.

3.  Undersigned Counsel informed Plaintiff of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Due to unforeseen circumstances outside Plaintiff's control he has been unable to timely cure his Plaintiff Fact

Sheet Deficiencies.

4. On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies. (Doc. 4926). Plaintiff, Milton Cartwright, was identified as one of the Plaintiffs who has alleged core plaintiff fact sheet deficiencies. More specifically, Plaintiff has been unable to provide the Authorizations to Disclose Health Information for each health care provider identified in PFS section I and Plaintiff has been unable to provide a signed Declaration.

5. On January 5, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) as to why certain actions, including the above-captioned action filed on behalf of Milton Cartwright, should not be dismissed with prejudice for failure to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1 and Sections I and X of the Plaintiff Fact Sheet.

6. Undersigned counsel has been diligent in trying to obtain the necessary signed Authorizations and Declaration.

7. Without waiving the attorney-client privilege, the Firm has advised Plaintiff by phone and in writing on multiple occasions regarding the need for the signed Authorizations and Declaration.

8. Despite Counsel's best efforts Mr. Cartwright has not returned the signed Authorizations and Declaration.

9. Since Counsel has the documentation necessary in order to establish proof of use and proof of injury and is just awaiting the completed forms and signatures from Plaintiff, Plaintiff moves for additional time to submit the required signed Authorizations and

Declaration.

10. This is Plaintiff's first request for an extension of time in this matter.

10. This motion is not filed for purposes of harassment or delay.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Milton Cartwright, be allowed an additional thirty (30) days in order to cure the alleged core Plaintiff Fact Sheet deficiencies and that his claim (Civil Action No. 2:15-CV-05477) be allowed to proceed.

February 9, 2017                                    Respectfully submitted,

                                                    By: /s/ W. Todd Harvey
                                                    W. Todd Harvey
                                                    BURKE HARVEY, LLC
                                                    3535 Grandview Parkway
                                                    Suite 100
                                                    Birmingham, AL 35235
                                                    Phone: (205) 930-9091
                                                    Fax: (205) 930-9054
                                                    tharvey@burkeharvey.com

                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/W. Todd Harvey  
                                                   W. Todd Harvey