# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Milton Cartwright v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-05477**

## ORDER

THIS MATTER, having come before the Court, upon consideration of the Pleadings and all of the documents relating to Plaintiff's Response to this Court's Order To Show Cause and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's claim (Civil Action No. 2:15-CV-05477) is allowed to proceed and that Plaintiff shall have thirty (30) days from the date of this Order to cure the core Plaintiff Fact Sheet deficiencies as required by Case Management Order No. 1.

NEW ORLEANS, LOUISANA, this the _____day of _____, 2017.

_____
JUDGE ELDON E. FALLON