UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louviere v. Janssen, et al., Case No. 15-cv-04790 | MAGISTRATE NORTH |

**DEFENDANTS' *EX PARTE* MOTION TO
FILE MEMORANDUM AND EXHIBITS UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Motion for Summary Judgment with incorporated Memorandum and Exhibits in support of Summary Judgment in the above-referenced matter under seal, as it contains references to the medical records and health conditions of a particular plaintiff, including copies of medical records and deposition testimony from the plaintiff and his treating physician.  Accordingly, Defendants respectfully request that the accompanying Memorandum and Exhibits be filed under seal.

00395743

1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
SUSAN M. SHARKO
600 Campus Drive
Florham Park, New Jersey  07932
Telephone:  ( 973) 549-7000
Fax:  (973) 360-9831
Susan.Sharko@dbr.com

*Counsel for Defendants
Janssen Pharmaceuticals, Inc., Janssen
Research & Development, LLC, Janssen Ortho
LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com
*Counsel  for Defendants Bayer Healthcare
Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
James B. Irwin
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By: /s/ *John F. Olinde*_____
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**