UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louviere v. Janssen, et al., Case No. 15-cv-04790 | MAGISTRATE NORTH |

**MEMORANDUM OF LAW IN SUPPORT OF
<u>DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH &
DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER
PHARMA AG, AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S
MOTION FOR SUMMARY JUDGMENT</u>**

# FILED UNDER SEAL

00395706