**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louviere v. Janssen, et al., Case No. 15-cv-04790 | MAGISTRATE NORTH |

**DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER PHARMA AG, AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit 2 FILED UNDER SEAL

00395714