# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN BURGER AND KAREN BURGER<br><br>    Plaintiffs,<br><br>  v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br><br><br>JUDGE:  ELDON E. FALLON<br><br><br><br>MAG. JUDGE MICHAEL NORTH |

### PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COME NOW Plaintiffs, by and through the undersigned counsel, in the above-captioned action and respectfully move the Court for an Order declaring that the prior service of their Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG is valid.  In the alternative, Plaintiffs respectfully move the Honorable Court for an

1

extension of time within which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.  In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully requests that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated this 10th day of February, 2017.

Respectfully submitted,

/s/ *Michael P. McGartland*
Michael P. McGartland (Tx Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:      (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/ *Michael P. McGartland*
Michael P. McGartland (Tx Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com