UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN BURGER AND KAREN BURGER<br><br>　　　　Plaintiffs,<br><br>　v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br><br>JUDGE:  ELDON E. FALLON<br><br><br>MAG. JUDGE MICHAEL NORTH |

**NOTICE OF SUBMISSION**

　　COME NOW Plaintiffs in the above-captioned action, by and through their undersigned counsel, and file with the Court, and serve the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as follows:

1

1. Plaintiffs' Motion to Deem Prior Service Valid, or in the Alternative, Extension of Time to Serve Process on Defendants Bayer Healthcare Pharmaceutical, Inc. and Bayer Pharma AG;

2. Memorandum in Support of Plaintiffs' Motion;

3. Proposed Order Declaring Prior Service Valid; and

4. Proposed Order Granting Extension of Time.

Dated this 10th day of February, 2017.

                                Respectfully submitted,

                                /s/ *Michael P. McGartland*
                                Michael P. McGartland (Tx Bar #13610800)
                                McGartland Law Firm, PLLC
                                University Centre I, Suite 500
                                1300 South University Drive
                                Fort Worth, Texas 76107
                                Telephone:    (817) 332-9300
                                Facsimile:    (817) 332-9301
                                mike@mcgartland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/ *Michael P. McGartland*
Michael P. McGartland (Tx Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com