UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**ORDER RE: TESTIMONY FROM SIX DEFENSE EXPERTS
ABOUT POTENTIAL OUTCOMES FROM OTHER ANTICOAGULANTS**

Before the Court is Plaintiffs' Motion to Preclude Speculative Testimony from Six Defense Experts about Potential Outcomes from Other Anticoagulants. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** The following experts shall be precluded from testifying about what may or may not have happened to Mr. Boudreaux and/or Ms. Orr if they had been using an anticoagulant other than Xarelto: (1) Dr. Scott Boniol; (2) Colleen Johnson, MD, MS; (3) Dr. Marc J. Kahn, MD, MBA; (4) Dr. Clement Eisworth, MD; (5) Dr. William Franklin Peacock, IV, MD, FACEP; and (6) Dr. Sammy Khatib.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**