UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***ALL CASES*** | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

**EXHIBIT 1 TO**
**PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY**
**FROM SIX DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES**
**FROM OTHER ANTICOAGULANTS**

---

# FILED UNDER SEAL

USCA5 782

**Expert Report of Dr. Scott Boniol**

*Joseph Boudreaux, et al.*

Case No.: 2:14-cv-02720

USCA5 783

The opinions expressed in this report were formulated using the same method I employ in my clinical practice. Namely, I thoroughly reviewed the medical records and other materials made available to me regarding Mr. Joseph Boudreaux. My opinions are also based on my clinical experience, expertise as a hematologist, background and training. When needed, I have consulted and researched reputable sources to further document my clinical opinions. I incorporate by reference all of the opinions expressed in my general report produced in this litigation.

## Summary of Opinions

- Xarelto was appropriately prescribed for Mr. Boudreaux for prevention of stroke associated with atrial fibrillation.
- Mr. Boudreaux experienced rapid cessation of clinical bleeding and stabilization of hemoglobin with no further blood required after initial treatment.
- I cannot rule out that Mr. Boudreaux had occult bleeding before the initiation of Xarelto.
- The manifestation of the acute clinical bleed that resulted in Mr. Boudreaux's presentation to the ER and hospitalization would have occurred on any other secondary hemostasis drug (warfarin, Eliquis, Pradaxa, etc.)
- While all anticoagulants carry a risk of bleeding, there must be an underlying lesion or pathology that is the actual source of the bleed. Anticoagulants do not cause someone to spontaneously bleed.

2

USCA5 784

Joseph Boudreaux is a 74 year old male with a past medical history of high blood pressure, diabetes, gout, obesity, lipoma (benign tumor), kidney stone, benign prostatic hypertrophy (enlarged prostate) with elevated prostate specific antigen (a potential marker of prostate cancer), prostatitis, polyps, diverticulosis, and internal hemorrhoids.

During the years 2002 and 2007 Mr. Boudreaux's hemoglobin (HGB) was reported as normal (ranged from 14.4 to 15.4).

On July 15, 2004, Mr. Boudreaux was evaluated in routine follow up and noted to have exacerbation of gout and was taking Indocin. Mr. Boudreaux reported Indocin relieved the symptoms of gout in his left foot.

Mr. Boudreaux's PSA increased from 4.2 in January 2008 to 4.65 in June 2008 and, therefore, a biopsy of the prostate was performed on 11/4/2008. Prostate screenings included testing for occult blood. These tests were negative on both 2/4/2003 and 10/19/2008. Aspirin (ASA) 81mg daily is documented in 2008.

On March 9, 2009, Mr. Boudreaux had a screening colonoscopy which demonstrated internal hemorrhoids, an 8mm polyp in the sigmoid colon, and multiple diverticula. Colon biopsies were recommended every two years. On August 21, 2009, alk phos was elevated (144 [50-136]). On 8/21/09 CBC showed HGB of 15.5 (14-18); MCV 88 (80 – 95) and RDW 13.2 (11.5 – 14.5).

In March of 2011, Mr. Boudreaux was evaluated for complaints of gout to his left foot. Mr. Boudreaux reported that he had been treated at Urgent care and requested a refill of his Indocin. Indocin twice daily was ordered.

On October 4, 2011, Mr. Boudreaux underwent routine exam and was noted to be taking baby aspirin 81mg every day, indomethacin 50mg twice daily as needed. On October 13, 2011, glucose (156 [70 – 110]) and alk phos (147 [50 – 136]) were elevated. HGB was 14.0 (14 – 18), MCV was 86 (82-95) and RDW was 13.3 (11.5 – 14.5). Clinic follow up of laboratory values was on 10/18/11. Mr. Boudreaux's medications were again noted to include baby aspirin 81mg every day, indomethacin 50mg twice daily as needed. Mr. Boudreaux was diagnosed as diabetes mellitus type 2. He reported, however, that he did not want to take medications to treat diabetes and wanted to do three months of lifestyle changes instead. On October 19, 2011, Mr. Boudreaux's creatinine urine was elevated at 141.2. At this time his A1C was also elevated at 7.9 (4.0 – 6.2), and Mr. Boudreaux was again noted to be diabetic. Clinic follow up of laboratory values was on November 1, 2011. Mr. Boudreaux was noted again to be taking baby aspirin 81mg every day, indomethacin 50mg twice daily as needed. Metformin 500mg daily for treatment of diabetes type 2 was begun.

USCA5 785

On April 30, 2012, Mr. Boudreaux reported right hip pain.  He requested a refill for his gout medicine (indomethacin) and stated his hip pain was about 5 on a pain scale.  Mr. Boudreaux's medications were noted again to include baby aspirin 81mg per day and Indomethacin 50mg twice daily as needed.  A hip x-ray was performed the same day for a diagnosis of right hip pain.  The impression was normal hip.  Blood work completed on May 5, 2012 documented HGB 14.6 (14 – 18), MCV was 87 (82-95) and RDW was 13.7 (11.5 – 14.5).  Uric acid was elevated at 8.6 (3.5 – 7.2).  HgA1c was elevated 7.2 (4.0 – 6.2).  TSH and urine creatinine were normal.

On August 6, 2012, Mr. Boudreaux was seen for a medication refill.  Medical records indicate that the patient reported he was taking indomethacin 50mg twice daily as needed and allopurinol 100mg daily.

On 8/10/12, 8/13/12, 9/17/12, and 10/5/12 Medical records document "outpatient medications" to include indomethacin 50mg twice daily as needed and allopurinol 100mg daily.

On October 26, 2012, Mr. Boudreaux was evaluated for chief complaint of hypertension.  His diagnoses included Acute Gout, diabetes type 2, hyperlipidemia, prostate cancer screening, benign hypertrophy of prostate, and obesity.  Medical records once again note that the patient reported taking aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 100mg daily.

On October 27, 2012, Mr. Boudreaux's HGB was 14.8 (14 – 18), MCV was 87 (82-95) and RDW was 13.5 (11.5 – 14.5).  HgA1c was elevated at 7.7 (4.0 – 6.2).  TSH, PSA and creatinine urine were normal.  Uric acid was elevated at 8.3 (3.4 – 7.0).  On this date medical records document "outpatient medications" to include aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 100mg daily.  On November 8, 2012, medical records document  acute gout and diabetes mellitus type 2 as well as aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 100mg daily.

On February 15, 2013, Mr. Boudreaux was seen for medication refill. Medical records document "outpatient medications" of aspirin 81mg daily and indomethacin 50mg twice daily as needed.  The same is documented on February 20, 2013 office notes.  On March 11, 2013, an Ambulatory Encounter note reported reason for visit as Chronic Gout.  "Outpatient medications" again included aspirin 81mg daily and indomethacin 50mg twice daily as needed.  Ordered / Approved medication was allopurinol 300mg once daily.  On March 20, 2013 and again on May 14, 2013 Ambulatory Encounter records for a medication refill identified "outpatient medication" and included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily.

4

On May 30, 2013, an Ambulatory Encounter medical record note reported reason for visit as Hip Pain; right side, no accident or injury noted. Hip pain occurred more than a week before and severity was 10/10. Diagnoses included Osteoarthritis and Chronic Gout. Blood pressure was 122/72; weight was 221 lbs., height 5'6. Associated orders for Chronic Gout included CBC, CMP, TSH, allopurinol 300mb daily, and uric acid. Patient education included Gout Diet. "Outpatient medications" and "medications the patient reported taking" included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily.

On June 1, 2013 "outpatient medications" included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily. HgA1c was elevated at 7.6 (4.0 – 6.2) with an estimated average glucose of 171. HGB was 14.0 (14 – 18), MCV was 88 (82-95) and RDW was 14.2 (11.5 – 14.5). Uric acid was elevated at 7.1 (7.4 – 7.0). On June 2, 2013, a right hip x-ray performed and showed moderate degenerative changes, sclerosis to the acetabular roof, joint space narrowing and osteophyte formation. The report stated that findings were similar to those of 4/30/12 and impression was: no fracture or dislocation.

On 8/12/13 and 11/1/2013, medical records indicate that "outpatient medication" included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily. On 11/4/13 an Ambulatory Encounter reported Diagnoses as: Chronic Gout – Primary, hypertension and benign prostatic hypertrophy. "Outpatient medications" included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily. "Joseph desire refill of allopurinol, amlodipine, lisinopril/hctz, finasteride, terazosin. On 1/7/14 "Outpatient medications" again included aspirin 81mg daily, indomethacin 50mg twice daily as needed and allopurinol 300mg daily. "Medications the patient reported taking" were aspirin 81mg daily and allopurinol 300mg daily.

On January 7th, 2014, Mr. Boudreaux presented to the ambulatory clinic with complaints of shortness of breath, frequent belching, a feeling of heaviness on his chest and swelling of both legs. Evaluation at that time documented that his heart was not in a normal rhythm (i.e., he was in atrial fibrillation) and he was transferred to the emergency room via ambulance for immediate treatment. His blood pressure in the ambulance was 139/84.

Mr. Boudreaux was sent to the emergency room by his physician because untreated atrial fibrillation patients are at an increased risk of having a stroke. This is always an extremely concerning situation. During atrial fibrillation, the small chamber of the heart starts to quiver, an event that does not allow the heart to squeeze properly and push blood forward. When this quivering occurs, blood

slows down enough in the heart that tiny blood clots form. As these clots pass through the heart, they flow along the bloodstream until blood vessels start to narrow. Once a blood vessel becomes narrower than the clot size, it gets stuck and stops blood from flowing past the clot area. This prevents necessary oxygen and nutrients from getting to the healthy tissue beyond the blockage. When leaving the heart, this blockage usually occurs in the brain, resulting in lack of blood flow to part of the brain which will kill that part of brain tissue. This is called a stroke. It can be fatal or result in severe physical impairment (the loss of movement, loss of speech, loss of memory, all of which can be permanent).[1] Therefore it is of utmost importance to quickly start anticoagulation on a new atrial fibrillation patient to prevent stroke.

Upon admission to the emergency department, Mr. Boudreaux reported that he had been feeling lethargic for about three days. He did not have chest pain but had significant shortness of breath and dyspepsia (indigestion). The history of present illness reported complaints of shortness of breath, chest heaviness and indigestion. Review of systems was positive for dyspepsia (indigestion), shortness of breath with exertion, chest discomfort and muscle weakness. Blood pressure at this time was 137/85. Medical records document current medications at that time to include aspirin 81mg daily and allopurinol 300mg daily. EKG again found atrial fibrillation / atrial flutter. The plan of cardiologist Dr. Wong was noted to include starting Lopressor (beta blocker; antihypertensive and lowers heart rate) 25mg twice daily for heart rate control, adding amiodarone (treats abnormal heart rhythm), anticoagulation and diuresis with IV Lasix. Continuation of home medications included both aspirin and allopurinol. Both Dr. Wong and Nurse Theriot testified that Mr. Boudreaux was provided anticoagulant therapy education and made aware of the risk of bleeding with anticoagulant therapy. Medical records also document that Mr. Boudreaux signed an oral anticoagulation therapy education checklist dated 1/9/2014 documenting the items discussed.

The hospitalist, Dr. Jack Heidenreich, performed a history and physical on Mr. Boudreaux. Dr. Heidenreich reported that Mr. Boudreaux complained of swelling in his abdomen, "He states he's been like this for a long time. He has never been told he has ascites before. ... Patient states has a long history of enlarged abdomen. He is not sure why." Dr. Heidenreich performed a physical exam of Mr. Boudreaux's abdomen and found "massive abdominal ascites." Abdominal ultrasound was performed and found the liver to be enlarged at 19.7cm. This is significant because it demonstrates that he has increased portal pressure. This

---

[1] Williams Hematology. 7th edition. 2006; 2009.

6

USCA5 788

increases the pressure on the blood vessels in the intestinal track; whenever blood pressure is increased, one is more likely to bleed or tear. On admission alkaline phosphatase was elevated at 197 (55 – 135) and bilirubin was elevated at 1.5 (0.1 – 1.0). The elevated bilirubin suggests ongoing liver issues. The liver is responsible for making coagulation factors. Not making coagulation factors appropriately can affect the ability to make coagulation factors and therefore affect both PT and PTT. X-ray reported mild cardiomegaly with pulmonary vascular congestion, interstitial edema and small bilateral pleural effusions. An echocardiogram examination of the heart found decreased movement of the right and left sides of the heart and a mildly enlarged left ventricle, borderline enlargement of the left atrium and pleural effusion.

Upon admission to the ER, Mr. Boudreaux's lab results documented an elevated dDimer at 0.5. This test is sensitive for clot formation in the body, but is not specific for where the clot is located or its size. Although d-dimer is not a specific marker for anticoagulation it may be elevated in conditions involving clot formation in the body. [2]   As will be discussed below, in retrospect, it cannot be ruled out that his dDimer was elevated due to the presence of an occult GI bleed.

In addition, Mr. Boudreaux was also found to be anemic with a hemoglobin of 13.8 g/dLat 11:42am. MCV was 88 (82-98) and RDW was elevated at 15.1 (11.5 – 14.5). Anemic means having a lower blood count than expected, and is caused by losing more blood than the body can make, resulting in a net loss of blood and a lower hemoglobin level.

Causes of iron deficiency anemia (IDA) most commonly belong to three groups: nutritional deficiencies, ACD (chronic inflammation, tumors), and bleeding.[3] In young male adults and in both men and women over 65 years of age, the most likely cause of IDA is chronic bleeding, especially from gastrointestinal sources.[4] Patients with iron deficiency anemia may or may not be symptomatic.[5]

---

[2] Giannitsis, E., Mair, J., Christersson, C., Siegbahn, A., Huber, K., Jaffe, A.S., Peacock, W.F., Plebani, M., Thygesen, K., Möckel, M. and Mueller, C. (2015). How to use D-dimer in acute cardiovascular care. European Heart Journal: Acute Cardiovascular Care, 2048872615610870.

[3] Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. *World J Gastroenterol, 15*(37), 4627-4637.

[4] Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. *World J Gastroenterol, 15*(37), 4627-4637; Holleran, G. E., Barry, S. A., Thornton, O. J., Dobson, M. J., & McNamara, D. A. (2013). The use of small bowel capsule endoscopy in iron deficiency anaemia: Low impact on outcome in the medium term despite high diagnostic yield. *European journal of gastroenterology & hepatology, 25*(3), 327-332.

USCA5 789

Mr. Boudreaux' hemoglobin dropped further to 13.0 the next morning on 1/8/14 at 4:52am; MCV was 88 and RDW was elevated at 15.1. Note that this CBC was drawn before Mr. Boudreaux received his first dose of Xarelto at 8:57am on 1/8/14. Mr. Boudreaux's hemoglobin remained low at 13.0 on 1/9/2014 at 5:44am, approximately 21 hours after he received the first dose of Xarelto. As noted above, prior to this decrease in hemoglobin, Mr. Boudreaux's hemoglobin was normal at 14.6 on 5/5/2012, 14.8 on 10/27/12, and 14.0 on 6/1/13. Taken together, along with elevation of D-dimer and drop in hemoglobin, one cannot rule out that Mr. Boudreaux was having occult GI bleeding at that time of his atrial fibrillation onset and prior to initiation of Xarelto.

Gastrointestinal bleeding can be acute or occult/chronic. Occult bleeding simply means that bleeding is happening, but is asymptomatic, or unknown to the patient. Occult GI bleeding may occur anywhere in the GI tract, from the oral cavity to the anorectum and is the most common cause of iron deficiency anemia.[6] GI bleeding can be seen with NSAID / ASA treatment, portal hypertensive gastropathy secondary to liver disease, hemorrhoids and diverticular disease.[7]

The atrial fibrillation continued while in the hospital and Mr. Boudreaux was started on anticoagulation with Xarelto (rivaroxaban) 20 mg once daily for stroke prevention on the morning of January 8, 2014 (dose was given at 8:57am). His creatinine clearance was normal, and no dose adjustments were necessary. Protonix (pantoprazole), a medication used to treat or prevent erosive esophagitis, was also started.

On January 9, 2014, Mr. Boudreaux was discharged home. Discharge diagnoses included atrial fibrillation, acute diastolic heart failure, congestive heart

---

[5] Kim, B. S. M., Li, B. T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. *World journal of gastrointestinal pathophysiology, 5*(4), 467.

[6] Kim, B. S. M., Li, B. T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. *World journal of gastrointestinal pathophysiology, 5*(4), 467; Koulaouzidis, A., Yung, D. E., Lam, J. H., Smirnidis, A., Douglas, S., & Plevris, J. N. (2012). The use of small-bowel capsule endoscopy in iron-deficiency anemia alone; be aware of the young anemic patient. *Scandinavian journal of gastroenterology, 47*(8-9), 1094-1100.

[7] Dahlerup, J. F., Eivindson, M., Jacobsen, B. A., Jensen, N. M., Jørgensen, S. P., Laursen, S. B., ... & Nathan, T. (2015). Diagnosis and treatment of unexplained anemia with iron deficiency without overt bleeding. Danish medical journal, 62(4), C5072-C5072; Kim, B.S.M., Li, B.T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). D iagnosis of gastrointestinal bleeding: A practical guide for clinicians. World journal of gastrointestinal pathophysiology, 5(4), 467.

8

failure, pleural effusion, hepatomegaly, ascites, and hypopotassium. The discharge summary reported that Mr. Boudreaux's atrial fibrillation had been rate controlled with amiodorone and he had been anticoagulated with Xarelto with counseling per Dr. Wong. Discharge medications included Xarelto 20mg daily (a Xarelto ten tablet sample and a prescription for ninety (90) more), amiodarone (rhythm control atrial fibrillation), furosemide (diuretic), Lisinopril (antihypertensive), metoprolol (rate control atrial fibrillation), pantoprazole (prevents ulcers), potassium, spironolactone (diuretic), tamsulosin (BPH), metformin, and fish oil-omega 3. Medications to continue included allopurinol, aspirin and indomethacin.

On January 10, 2014, the day after being discharged from the hospital, Mr. Boudreaux was evaluated in the clinic and found to have a low blood pressure of 82/58 and complained of feeling weak. Medical records document that his medications at this time included aspirin, allopurinol, indomethacin, Xarelto and Protonix. Mr. Boudreaux's medications were adjusted and his blood pressure increased to 103/64 on 1/13/2014, but dropped again to 84/46 on 1/24/14. During this time, medical records document that his medications continued to include aspirin, allopurinol, indomethacin, fish oil, and Xarelto.

On February 3, 2014, Mr. Boudreaux felt weak and reported black stools. Of note, Mr. Boudreaux did not feel poorly enough or sick enough to go to the Emergency Room, but rather, went to an outpatient clinic appointment after his wife called the doctor to report his symptoms of feeling extremely weak and his blood pressure was 88/43 even though had not taken any blood pressure medications that day. There, on examination, it was not felt by the treating MD that his medical issues were emergent and, after blood work, he was sent home with instructions to stop his Aspirin, Xarelto, no Indocin, hold Lasix, and drink fluids. Ultimately, his hemoglobin returned low at 6.7 g/dL and he was directed to the emergency room with a diagnosis of GI bleed. Other labs at presentation 2/3/14 were a PT of 13.6 secs, INR of 1.37 and a PTT of 24.3 seconds. As discussed more fully in my general report, these labs do not correlate with rivaroxaban and bleeding risk and are not helpful; nor do they impact his treatment or plan of care.

Significantly, on February 5, 2014, Mr. Boudreaux was iron deficient with an iron saturation of 17% (20 – 50), Ferritin was 75 (20 – 300), TIBC was 314 (250 – 450), and blood iron 53 [45-160]. Iron deficiency occurs with chronic blood loss, not acute blood loss. At this same time, Mr. Boudreaux's Vitamin B12 level was <146 [range is 210-950 but a value of <146 means that his B12 was undetectable]. B12 deficiency is not correlated with GI bleeding like iron deficiency; however, it is worth noting for the following reason. With a pure B12 deficiency, RBCs are large

9

(indicated by a high MCV). With a pure iron deficiency, RBCs are small (indicated by a low MCV). Mr. Boudreaux, however, had a normal MCV (RBC size measurement; 94 [range 82-98] on 2/5/14) because he had both iron deficiency and anemia at the same time. In this situation, the average size of his large B12 deficient cells were averaged out by the small size of his iron deficient cells. If one looks at the difference in size from his largest cell to his smallest cell (the RDW), his RDW is high (19.8 [range 11.5 – 14.5] on 2/5/14); this indicates the presence of two separate RBC populations.[8] As noted above, Mr. Boudreaux was previously found to have had anemia and an elevated D-Dimer (January 7, 2014). Labs now also demonstrate iron deficiency, vitamin B12 deficiency and a GI bleed. With all factors together, I cannot rule out a chronic occult GI bleed; a bleed that existed prior to initiation of Xarelto.

Mr. Boudreaux was appropriately admitted to the hospital and given supportive treatment with blood transfusion. Evaluation by gastroenterology service noted that his hemoglobin was stable after 2 units. Ultimately, a total of 4 units of blood were given. This is not an excessive amount for a GI bleed. Each unit of blood can reasonably be expected to increase the hemoglobin by 1 (i.e., 6.7 to 10.7). On February 4, 2014, Mr. Boudreaux had an evaluation of his upper GI tract (mouth to stomach) via EGD and no lesion or obvious bleeding was seen. One would expect any exacerbation in bleeding due to Xarelto to have stopped by this time. Due to its short half-life, time itself serves as a reversal agent.

On February 7, 2014, Mr. Boudreaux had an evaluation of the lower GI tract (the anus to the cecum) via colonoscopy. Colonoscopy did show diverticuli which were not bleeding at the time of colonoscopy, but can and frequently do bleed. No other revealing lesions were found. Mr. Boudreaux was discharged home stable,

---

[8] Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. *World J Gastroenterol, 15*(37), 4627-4637; Herrmann, W., & Obeid, R. (2008). Causes and early diagnosis of vitamin B12 deficiency. *Dtsch Arztebl Int, 105*(40), 680-5; Zhu, A., Kaneshiro, M., & Kaunitz, J. D. (2010). Evaluation and treatment of iron deficiency anemia: A gastroenterological perspective. *Digestive diseases and sciences, 55*(3), 548-559. Clark, S. F. (2008). Iron deficiency anemia. *Nutrition in Clinical Practice, 23*(2), 128-141; Higgins, P.D.R & Rockey, D.C. (2003). Iron-deficiency Anemia. Techniques in Gastrointestinal Endoscopy, 5(3), 134-141; Higgins, P.D.R & Rockey, D.C. (2003). Iron-deficiency Anemia. Techniques in Gastrointestinal Endoscopy, 5(3), 134-141; Rockey, D. C. (1999). Occult gastrointestinal bleeding. *New England Journal of Medicine, 341*(1), 38-46; Lichtin, A.E. (2016). Iron deficiency anemia. *Merck Manual Consumer Version / Professional Version.* Retrieved from URL https://www.merckmanuals.com/home/blood-disorders/anemia/iron-deficiency-anemia and URL https://www.merckmanuals.com/professional/hematology-and-oncology/anemias-caused-by-deficient-erythropoiesis/iron-deficiency-anemia

USCA5 792

with no further drop in hemoglobin or bleeding. His discharge orders stated, "Stop taking these medications: indomethacin 50mg capsule, commonly known as Indocin; rivaroxaban 20mg tab commonly known as Xarelto."

On March 18, 2014, Mr. Boudreaux underwent pill endoscopy to look for obscure bleeding for which none was seen (nor would you expect to see in a stable individual over one month later).

In cases where occult bleeding is known to exist, and a source lesion has not been identified, repeat studies are recommended. Lesions within reach of a standard upper endoscope or colonoscope may have been missed for a variety of reasons. Repeat examinations probably have greatest value in patients with occult bleeding with iron deficiency anemia (which fits the case of Mr. Boudreaux), or overt bleeding with melena or maroon blood per rectum (which also fits the case of Mr. Boudreaux). No repeat studies were performed in this case. It is important to understand that a lack of bleeding on EGD, colonoscopy, or pill endoscopy does not mean that there is no bleeding. Rather, it simply tells the physician that no bleeding was observed at that specific point in time at that specific location. It also does not mean that there is no anatomical or pathological lesion present.

Diagnostic tests to determine the source of GIB includes gastrointestinal endoscopy (gastroscopy [upper] and colonoscopy [lower]) and capsule endoscopy. A negative gastrointestinal for a source of bleeding is common and occurs in 14-60% of patients.[9] This means that best case, in 14% of cases the source remains unidentified; and worst case, in 60% of cases the source of bleeding remains unidentified. Small bowel capsule endoscopy (SBCE) is considered a gold standard test to evaluate the small bowel after negative EGD and colonoscopy.[10] However, it

---

[9] Dahlerup, J. F., Eivindson, M., Jacobsen, B. A., Jensen, N. M., Jørgensen, S. P., Laursen, S. B., ... & Nathan, T. (2015). Diagnosis and treatment of unexplained anemia with iron deficiency without overt bleeding. *Danish medical journal, 62*(4), C5072-C5072; Kim, B. S. M., Li, B. T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. *World journal of gastrointestinal pathophysiology, 5*(4), 467; Koulaouzidis, A., Yung, D. E., Lam, J. H., Smirnidis, A., Douglas, S., & Plevris, J. N. (2012). The use of small-bowel capsule endoscopy in iron-deficiency anemia alone; be aware of the young anemic patient. *Scandinavian journal of gastroenterology, 47*(8-9), 1094-1100.

[10] Holleran, G. E., Barry, S. A., Thornton, O. J., Dobson, M. J., & McNamara, D. A. (2013). The use of small bowel capsule endoscopy in iron deficiency anaemia: Low impact on outcome in the medium term despite high diagnostic yield. *European journal of gastroenterology & hepatology, 25*(3), 327-332.

USCA5 793

is not possible to view the entire small-bowel in all patients.[11]    In occult GIB, SBCE has been shown to have a diagnostic yield of approximately 60% meaning that even with SBCE, a source of bleeding is not identified in 40% of cases.[12]

In regards to the pill endoscopy on 3/18/14, Mr. Boudreaux had been off Xarelto over a month and had no symptoms of bleeding.  As with, and perhaps even more so, than EGD and colonoscopy, pill endoscopy has limitations.  Capsule endoscopy does not visualize the entire small bowel mucosa on a single pass. This happens because the capsule does not pursue an axial path; rather, it is known to tumble quite frequently and is unable to see behind folds of the small intestine.  So lesions can be easily missed and frequently are.

Again, one cannot say based on the examination of Mr. Boudreaux's GI tract that there is not a lesion present.   Despite diagnostic efforts, studies show that in up to 60% of patients no source of bleeding can be identified.  It is my opinion that Mr. Boudreaux falls into this category.

Dr. Wong's choice of rivaroxaban over warfarin in this case was appropriate and is data driven from the ROCKET AF trial.  When looking at the data, efficacy was similar; however, intracranial and fatal bleeds were much less on rivaroxaban. We do see an increased risk of GI bleeding was observed with rivaroxaban; but these bleeds can be managed and corrected. The lower risk of fatal bleeding seen with rivaroxaban is noteworthy because no antidote was available in the clinical trials for rivaroxaban other than time, while Coumadin patient were reversed by standard available protocols.  Simply put, warfarin with a reversal agent resulted in more fatal bleeds than rivaroxaban without a reversal agent. This is more fully set described and set forth in my general report.

Importantly, NSAIDs, including low-dose aspirin which Mr. Boudreaux was taking, are known to cause GI bleeding.  NSAIDs commonly predispose to ulceration in the GI tract and that NSAID-induced injury results from both local effects and systemic prostaglandin inhibition. There is no medical evidence in this case that proves that Mr. Boudreaux's low does aspirin is not the cause of his GI bleeding; likewise, there is no direct evidence that it is.

---

[11] Liao, Z., Gao, R., Xu, C., & Li, Z. S. (2010). Indications and detection, completion, and retention rates of small-bowel capsule endoscopy: A systematic review. *Gastrointestinal endoscopy, 71*(2), 280-286.

[12] Holleran, G. E., Barry, S. A., Thornton, O. J., Dobson, M. J., & McNamara, D. A. (2013). The use of small bowel capsule endoscopy in iron deficiency anaemia: Low impact on outcome in the medium term despite high diagnostic yield. *European journal of gastroenterology & hepatology, 25*(3), 327-332.

USCA5 794

Mr. Boudreaux had appropriate treatment for bleeding while on a NOAC by simply stopping the medication. Given the predictability of the pharmacodynamics of rivaroxaban, any effects of Rivaroxaban are no longer after approximately 24 hours. This clearly happened in this case. Being on rivaroxaban allowed for rapid "reversal" by simply not taking the drug. In contrast, bleeding on warfarin would have resulted in very difficult, tedious and dangerous measures to reverse the effects of warfarin quickly. Being on rivaroxaban made this much easier to manage than on Coumadin, and his risk of death was from this bleed was much lower than had he been on Coumadin.

Lastly, rivaroxaban itself does not cause bleeding. It can exacerbate bleeding but it does not cause bleeding. While it is impossible to say that the clinical manifestation of this bleed would not have occurred without Xarelto, it is well known that anticoagulation is associated with increased episodes of bleeding. It is also impossible to say that this bleed would not have occurred on another anticoagulant. It is also important to understand that the reason he was not anticoagulated with any other medication after this incident (even though he needs anticoagulation for his atrial fibrillation) is because the cause/source of bleeding was not found and corrected. At that point, a doctor is faced with balancing the risk of bleeding and stroke. While some doctors might initiate anticoagulation therapy again in an attempt to identify the source; other doctors choose not to. The point to understand here, is that it is the inability to identify a source of bleeding that results in the decision not to re-initiate anticoagulation therapy again (i.e., it is not due to Xarelto).

All of the opinions expressed in this report have been made to a reasonable degree of medical certainty. I reserve the right to supplement this report in the event additional information is provided to me regarding this case. I certify that my opinions are based on my expert knowledge, skill, and training, my review of the literature, and review of the medical records, as described above and on the attached reliance list. I also incorporate by reference my general report including the referenced articles and materials.

November 15, 2016

_____          _____
Scott Boniol, M.D.                                                        Date

13

# EXHIBIT "A"

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>RELIANCE LIST</u>

<u>Medical Records re: Joseph Boudreaux</u>

1.  Acadian Ambulance,
    750002_054_001_BoudreauxJrJosephJ_AcadianAmbulanceSvcs_00000001_00000031.pdf

2.  Cardiovascular Institute of the South Houma Clinic Records,
    750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571.pdf

3.  Cardiovascular Institute of the South- Houma,
    750002_025_002_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000352_00000390.pdf

4.  Cardiovascular Institute of the South- Houma,
    750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

5.  Cardiovascular Institute of the South- Houma,
    750002_025_003_CardiovascularInstituteoftheSouthHouma_00000391_00000500.pdf

6.  Digestive Health Center,
    750002_068_001_BoudreauxJrJosephJ_DigestiveHealthCtr_00000001_00000005.pdf

7.  Digestive Health Center,
    750002_068_002_BoudreauxJrJosephJ_DigestiveHealthCtr_00000006_00000006.pdf

8.  Humana,
    750002_037_001_BoudreauxJrJosephJ_HumanaIncAttentionCriticalInquiryDept_00000001_00000038.pdf

9.  Humana,
    750002_069_001_BoudreauxJrJosephJ_HumanaHealthBenefitPlanofLouisianaInc_00000001_00000021.pdf

10. MATC Family Medicine - Dr. Andre Duplantis,
    750002_019_001_BoudreauxJrJosephJ_DuplantisAndreMD_00000001_00000416.pdf

11.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_002_BoudreauxJrJosephJ_DuplantisAndreMD_00000417_00000417.pdf

12.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_003_BoudreauxJrJosephJ_DuplantisAndreMD_00000418_00000463.pdf

13.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_004_BoudreauxJrJosephJ_DuplantisAndreMD_00000464_00000464.pdf

14.  MATC Family Medicine - Elizabeth Foret, NP
     750002_021_001_BoudreauxJrJosephJ_ForetElizabethNP_00000001_00000022.pdf

15.  MATC Family Medicine - Elizabeth Foret, NP
     750002_021_002_BoudreauxJrJosephJ_ForetElizabethNP_00000023_00000024.pdf

16.  Medicare/Medicaid,
     750002_036_001_BoudreauxJrJosephJ_CtrsforMedicareandMedicaidSvcsLegalDeptPrivacyOffice_00000001_00000001.pdf

17.  Ochsner - Dr. Katherine Baumgarten,
     750002_067_001_BoudreauxJrJosephJ_BaumgartenKatherineMD_00000001_00000002.pdf

18.  Ochsner Medical Center Kenner Billing,
     750002_014_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerPatientAccts_00000001_00000011.pdf

19.  Ochsner Medical Center Kenner Medicals,
     750002_013_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerMedRecsDept_00000001_00000531.pdf

20.  Ochsner Medical Center Kenner Radiology,
     750002_015_002_OchsnerMedCtrKennerRadDept_00000003_00000003.pdf

21.  Ochsner Medical Center Kenner Radiology,
     750002_015_003_OchsnerMedCtrKennerRadDept_00000004_00000004.pdf

22.  Ochsner Medical Center Kenner Radiology,
     750002_015_004_OchsnerMedCtrKennerRadDept_00000005_00000007.pdf

23.  Ochsner Medical Center Kenner, Radiology,
     750002_015_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerRadDept_00000001_00000002.pdf

USCA5 798

24. Ochsner Medical Center Main Campus Billing,
750002_048_001_BoudreauxJrJosephJ_OchsnerMedCtrPatientAccts_00000001_00000003.pdf

25. Ochsner Medical Center Main Campus Medicals,
750002_047_001_BoudreauxJrJosephJ_OchsnerMedCtrReleaseofInformation_00000001_00000013.pdf

26. Ochsner Medical Center Main Campus Pathology,
750002_050_001_BoudreauxJrJosephJ_OchsnerMedCtrPathDept_00000001_00000001.pdf

27. Ochsner Medical Center Main Campus Radiology,
750002_049_001_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000001_00000002.pdf

28. Ochsner Medical Center Main Campus Radiology,
750002_049_002_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000003_00000003.pdf

29. Ochsner Medical Center Main Campus Radiology,
750002_049_003_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000004_00000011.pdf

30. Ochsner Medical Center Main Campus Radiology,
750002_049_004_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000012_00000012.pdf

31. Ochsner Medical Center St. Anne Billing,
750002_009_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000001_00000068.pdf

32. Ochsner Medical Center St. Anne Billing,
750002_009_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000069_00000069.pdf

33. Ochsner Medical Center St. Anne Medicals,
750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000001_00000750.pdf

34. Ochsner Medical Center St. Anne Medicals,
750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
00751_00000982.pdf

35. Ochsner Medical Center St. Anne Medicals,
750002_008_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
00983_00000983.pdf

36. Ochsner Medical Center St. Anne Medicals,
750002_039_001_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000001_00000280
.pdf

37. Ochsner Medical Center St. Anne Medicals,
750002_039_002_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000281_00000282
.pdf

38. Ochsner Medical Center St. Anne Pathology,
750002_011_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPathDept_0000000
1_00000001.pdf

39. Ochsner Medical Center St. Anne Radiology,
750002_010_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000001
_00000002.pdf

40. Ochsner Medical Center St. Anne Radiology,
750002_010_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000003
_00000012.pdf

41. Ochsner Medical Center St. Anne Radiology,
750002_010_003_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000013
_00000013.pdf

42. Ochsner Medical Center St. Anne,
750002_055_001_BoudreauxJrJosephJ_OchsnerStAnneFamilyDrClinicMathews_00000
001_00000493.pdf

43. Ochsner St. Anne Family Doctor Clinic – Dr. A. Duplantis Clinic Records,
750002_019_005_DuplantisAndreMD_00000465_00000499.pdf

44. Pharmacy Records of Rouses,
750002_035_004_RousesPharmacy_00000081_00000100.pdf

45. Plaintiff Fact Sheets,
750002_002_001_BoudreauxJrJosephJ_PlaintiffFactSheet_00000001_00000043.pdf

46. Plaintiff Fact Sheets,
750002_002_002_BoudreauxJrJosephJ_PlaintiffFactSheet_00000044_00000067.pdf

47. Plaintiff Fact Sheets,
750002_002_003_BoudreauxJrJosephJ_PlaintiffFactSheet_00000068_00000093.pdf

48. Plaintiff Fact Sheets,
750002_002_004_BoudreauxJrJosephJ_PlaintiffFactSheet_00000094_00000118.pdf

49. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000001_00000750.pdf

50. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000751_00001500.pdf

51. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00001501_00002250.pdf

52. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00002251_00003000.pdf

53. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003001_00003750.pdf

54. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003751_00003845.pdf

55. Plaintiff Produced Records,
750002_003_002_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003846_00003856.pdf

56. Plaintiff Produced Records,
750002_003_003_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003857_00003857.pdf

57. Plaintiff Produced Records,
750002_003_004_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003858_00003961.pdf

58. Plaintiff Produced Records,
750002_003_005_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003962_00003965.pdf

59. Plaintiff Produced Records,
750002_003_006_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003966_00003966.pdf

60. Plaintiff Produced Records,
750002_003_007_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003967_00004484.pdf

61. Plaintiff Produced Records,
750002_003_008_BoudreauxJrJosephJ_PlaintiffProducedRecs_00004485_00005047.pdf

62. Plaintiff Produced Records,
750002_003_009_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005048_00005117.pdf

63. Plaintiff Produced Records,
750002_003_010_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005118_00005233.pdf

64. Plaintiff Produced Records,
750002_003_011_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005234_00005287.pdf

65. Rouses Pharmacy,
750002_035_001_BoudreauxJrJosephJ_RousesPharmacy_00000001_00000014.pdf

66. Rouses Pharmacy,
750002_035_002_BoudreauxJrJosephJ_RousesPharmacy_00000015_00000079.pdf

67. Rouses Pharmacy,
750002_035_003_BoudreauxJrJosephJ_RousesPharmacy_00000080_00000080.pdf

68. "Southeast Louisiana Veterans Health Care System

69. Radiology,
750002_033_002_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemRadDept_00000002_00000002.pdf"

70. Southeast Louisiana Veterans Health Care System Radiology,
750002_033_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemRadDept_00000001_00000001.pdf

71. Southeast Louisiana Veterans Health Care System,
750002_031_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemReleaseofInformation_00000001_00000112.pdf

72. Terrebonne General Billing,
750002_028_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPatientAccts_000000
01_00000012.pdf

73. Terrebonne General Medicals,
750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
001_00000750.pdf

74. Terrebonne General Medicals,
750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
751_00001180.pdf

75. Terrebonne General Medicals,
750002_027_002_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00001
181_00001295.pdf

76. Terrebonne General Pathology,
750002_030_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPathDept_00000001_
00000001.pdf

77. Thibodeaux Regional Billing,
750002_061_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPatientAccts_000000
01_00000002.pdf

78. Thibodeaux Regional Medicals,
750002_060_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
001_00000011.pdf

79. Thibodeaux Regional Medicals,
750002_060_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
012_00000012.pdf

80. Thibodeaux Regional Medicals,
750002_060_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
013_00000013.pdf

81. Thibodeaux Regional Pathology,
750002_062_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPathDept_00000001_
00000001.pdf

82. Thibodeaux Regional Radiology,
750002_063_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000003_
00000003.pdf

83. Thibodeaux Regional Radiology,
750002_063_006_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000006_
00000006.pdf

84. Thibodeaux Regional Radiology,
750002_063_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000001_
00000001.pdf

85. Thibodeaux Regional Radiology,
750002_063_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000002_
00000002.pdf

86. Thibodeaux Regional Radiology,
750002_063_004_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000004_
00000004.pdf

87. Thibodeaux Regional Radiology,
750002_063_005_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000005_
00000005.pdf

88. Thibodeaux Surgical Specialists - Dr. William Bisland,
750002_056_001_BoudreauxJrJosephJ_BislandWilliamBJrMD_00000001_00000016.pd
f

89. University Health Shreveport,
750002_059_001_BoudreauxJrJosephJ_UnivHealthShreveportMedRecsDept_00000001_
00000001.pdf

90. Wal-Mart Pharmacy,
750002_051_001_BoudreauxJrJosephJ_WalMartStoresIncPharmacy_00000001_000000
05.pdf

Medical Records re: Sharyn Orr

1. Academic Dermatology Associates - Matherne, Ryan J. MD, SOrr - Academic
Dermatology.pdf - SOrr-AcadDerm 000001 – 000022

2. Acadian Ambulance Service, SOrr - Acadian Ambulance.pdf – Sorr-AAs-000001-
000010

3.  Ambulatory Eye Surgery Center of Louisiana - Brint, Stephen F., MD, SOrr -
    Ambulatory Eye Surgery Center.pdf – Sorr-AESCL-000001-000077

4.  American Memorial Life, SOrr - American Memorial Life.pdf – SOrr-AmeMemLife-
    000001-000142

5.  Beeman, Chad MD - St. Elizabeth Physicians, SOrr - St Elizabeth Physicians.pdf – SOrr-
    StEP-000001-000061

6.  Casey, Dennis, M.D., SOrr - Casey, Dennis, M.D.pdf – SOrr-DCasey-00001-00010

7.  Cruz, Francisco, M.D., SOrr - Cruz, Francisco, M.D.pdf – SOrr-FCruz-000001-000180

8.  Cummings, Terry, M.D., SOrr - Cummings, Terry, M.D..pdf – SOrr-TCummings-
    000001-000067

9.  CVS Pharmacy, Inc., SOrr - CVS Pharmacy.pdf – SOrr-CVS-000001-000028

10. Danilyants, Eduard M.D. - Touro Infirmary (Medical Records Department), SOrr -
    Tulane Infirmary (medical).pdf - SOrr-TI-MD-000001-000199

11. Eye Surgery Center of Louisiana, SOrr - Eye Surgery Center of Louisiana.pdf – SO-
    ESCL-000001-000074

12. For Better Health, Inc. - Rai, Kashmir MD, SOrr - For Better Health.pdf – SOrr-FBH-
    000001-000037

13. HCA Patient Account Services – Billing, SOrr - HCA Patient Accounts (billing).pdf –
    SOrr-HCAPAS-000001-000111

14. Kenner Regional / Ochsner Medical Center-Kenner, SOrr - Kenner Regional (med,
    billing & radiology).pdf – SOrr-KennerR-000001-000233

15. LabCorp of America – Billing, SOrr - Lab Corp of America (billing).pdf – SOrr-
    LabCorpAm-BD-000001-000015

16. LabCorp of America – Medicals, SOrr - Lab Corp of America (medical).pdf – SOrr-
    LabCorpAmer-MD-000001-000017

17. Lindsey, John T., M.D., SOrr - Lindsey, John, M.D..pdf – SOrr-JLindsey-000001-000030

18. Lousteau, Ray Joseph, M.D., SOrr - Lousteau, Ray M.D.pdf – SO-RJLousteau-000001-
    000007

19. McNulty, Michael, M.D. - Southern Orthopaedic Specialists, SOrr - McNulty, Michael, M.D.pdf – SorrMMcNulty-000001-000022

20. Ochsner Baptist Medical Center – Billing, SOrr - Ochsner Baptist (billing).pdf – SOrr-OBMC-BD-000001-000018

21. Ochsner Baptist Medical Center – Medicals, SOrr - Ochsner Baptist (medical).pdf – SOrr-OBMC-MD-000001-0001123

22. Ochsner Baptist Medical Center – Radiology, SOrr - Ochsner Baptist (radiology).pdf – SOrr-OBMC-RD-000001-000016

23. Ochsner Medical Center – Billing, SOrr - Ochsner Medical Center (billingl).pdf – SOrr-OMC-BD-000001-000018

24. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1501-2250.pdf – SOrr-OMC-MD-0001501-002250

25. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1-750.pdf – SOrr-OMC-MD-000001-000750

26. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 2251-2979.pdf – SOrr-OMC-MD-002251-002979

27. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 751-1500.pdf – SOrr-OMC-MD-000751-001500

28. Ochsner Medical Center (Radiology Department), SOrr - Ochsner Medical Center (radiology).pdf – SOrr-OMC-RD-000001-000004

29. Ochsner Medical Center Alton Ochsner Medical Foundation (Pathology Department), SOrr - Ochsner Medical Center (pathology).pdf – SOrr-OMC-PD-000001

30. Our Lady of the Lake Regional Medical Center, SOrr - Our Lady of the Lake Regional (medical).pdf – SOrr-OLLRMC-MD-000001-000003

31. Plaintiff Produced Records (Police Department Records), SOrr – PPR 6312-6313.pdf – SOrr-PPR-006312-006313

32. Plaintiff Produced Records (Providers Various), SOrr - PPR 6314-6323.pdf – SOrr-PPR-6314-6323

33.  Plaintiff Produced Records, SOrr – PPR 1501-2250.pdf – SOrr-PPR-001501-002250

34.  Plaintiff Produced Records, SOrr - PPR 1-750.pdf – SOrr-PPR-000001-000750

35.  Plaintiff Produced Records, SOrr – PPR 2251-3000.pdf – SOrr-PPR-002251-003000

36.  Plaintiff Produced Records, SOrr – PPR 3001-3750.pdf – SOrr-PPR-003001-003750

37.  Plaintiff Produced Records, SOrr – PPR 3751-4500.pdf - SOrr-PPR-003751-004500

38.  Plaintiff Produced Records, SOrr – PPR 4501-5250.pdf - SOrr-PPR-004501-005250

39.  Plaintiff Produced Records, SOrr – PPR 5251-5713.pdf - SOrr-PPR-005251-005713

40.  Plaintiff Produced Records, SOrr – PPR 5714-5786.pdf - SOrr-PPR-005714-005786

41.  Plaintiff Produced Records, SOrr – PPR 5787-5913.pdf - SOrr-PPR-005787-005913

42.  Plaintiff Produced Records, SOrr – PPR 5914-5997.pdf - SOrr-PPR-005914-005997

43.  Plaintiff Produced Records, SOrr – PPR 5998-6214.pdf - SOrr-PPR-005998-006214

44.  Plaintiff Produced Records, SOrr – PPR 6215-6242.pdf - SOrr-PPR-006215-006242

45.  Plaintiff Produced Records, SOrr – PPR 6243-6259.pdf - SOrr-PPR-006243-006259

46.  Plaintiff Produced Records, SOrr – PPR 6260-6288.pdf - SOrr-PPR-006260-006288

47.  Plaintiff Produced Records, SOrr – PPR 6289-6311.pdf - SOrr-PPR-006289-006311

48.  Plaintiff Produced Records, SOrr - PPR 751-1500.pdf - SOrr-PPR-000751-001500

49.  Quest Diagnostics, Inc., SOrr - Quest Diagnostics.pdf – SOrr-QD-LA-000001-000012

50.  Quest Diagnostics-Southwest (Patient Billing), SOrr - Quest Diagnostics Southwest (billing).pdf – SOrr-QDS-000001-000013

51.  Scalco, Steven A., MD, SOrr - Scalco, Steven, M.D.pdf – SOrr-SAScalco-000001-000003

52.  Singer Haley Vision Center, SOrr - Singer Haley Vision.pdf – SOrr-SHVC-000001-000099

53. St. Martin, Maurice E., Jr., M.D., SOrr - St. Martin, Maurice, M.D..pdf – SOrr-MEStMartinJr-000001-00346

54. Touro Infirmary (Pathology Department), SOrr - Tulane Infirmary (pathology).pdf – SOrr-TI-PD-000001-000006

55. Touro Infirmary (Patient Accounts), SOrr - Tulane Infirmary (billing).pdf – SOrr-TI-BD-000001-000009

56. Touro Infirmary (Radiology Department), SOrr - Tulane Infirmary (radiology).pdf – SOrr-TI-RD-000001-000016

57. Tulane Hospital (Medical Records Department), SOrr - Tulane Hospital (medical).pdf – SOrr-TulaneH-MD-000001-000589

58. Tulane Hospital (Patient Accounts) – Billing, SOrr - Tulane Hospital (billing).pdf – SOrr-TulaneH-BD-000001-000111

59. Tulane Hospital (Radiology Department), SOrr - Tulane Hospital (radiology).pdf – SOrr-TulaneH-RD-000001

60. Tulane University Hospital and Clinic (Pathology Department), SOrr - Tulane University Hospand Clinic (pathology inventory).pdf – SOrr-TUHC-PD-000001

61. Tulane University Hospital and Clinic (Radiology Department), SOrr - Tulane University Hospand Clinic (radiology inventory).pdf – SOrr-TUHC-RD-000001-000045

62. United Healthcare, SOrr - United Healthcare.pdf – SOrr-UH-000001-000358

<u>Depositions</u>

<u>Re: Joseph Boudreaux</u>

1. Deposition Transcript of Alvin Michael Timothy, M.D.

2. Deposition Transcript of Angelique Torres, ANP, DNP-C

3. Deposition Transcript of Casie Duet Trosclair, N.P.

4. Deposition Transcript of Joseph Boudreaux, Jr.

5. Deposition Transcript of Kenneth Wong, M.D.

6.    Deposition Transcript of Virendra Joshi, M.D.

7.    Deposition Transcript of Loretta Boudreaux

8.    Deposition Transcript of Peter Fail, M.D.

9.    Deposition Transcript of Brent Futrell

10.   Deposition Transcript of Najy Masri, M.D.

11.   Deposition Transcript of Veronica Theriot, R.N.


Re: Sharyn Orr

1.    Deposition Transcript of Cuong Bui, M.D.

2.    Deposition Transcript of Francisco Cruz, M.D.

3.    Deposition Transcript of Terry Cummings, M.D.

4.    Deposition Transcript of Kim DeAgano

5.    Deposition Transcript of Toby Gropen, M.D.

6.    Deposition Transcript of Elizabeth Mahanna, M.D.

7.    Deposition Transcript of Brian Ogden, M.D.

8.    Deposition Transcript of Joseph Orr, III

9.    Deposition Transcript of Joseph Orr, Jr.

10.   Deposition Transcript of Kashmir Rai, M.D.

11.   Deposition Transcript of David Richardson

12.   Deposition Transcript of Maurice St. Martin, M.D.

13.   Deposition Transcript of Kelli Walker

Expert Reports

1.    Cuculich, Phillip S. MD Plaintiff expert report; Cuculich, Phillip - Expert Report.pdf

2.    Expert Report of Frank Smart (Plaintiff Expert - Cardiology)

3.    Expert Report of Joachim Ix (Plaintiff Expert - Nephrology)

4.    Expert Report of Phillip Cuculich (Plaintiff Expert - Cardiology)

5.    Ix, Joachim Plaintiff expert report; Ix, Joachim - Expert Report.pdf

6.    Plaintiff Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine (Boudreaux)

7.    Plaintiff Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine (Boudreaux)

8.    Plaintiff Expert Report of Nathaniel Winstead, M.D. Gastroenterology, Internal Medicine (Boudreaux)

9.    Plaintiff Expert Report of Peter G. Liechty, MD, FAANS, FACS Neurosurgeon (Orr)

10.   Plaintiff Expert Report of Randolph Rice, PH.D. Economics (Orr)

11.   Plaintiff's General Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine

12.   Plaintiff's General Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine

13.   Plaintiff's General Expert Report of Jan Rosing, Ph.D. Hematology

14.   Plaintiff Expert Report of Gianluca Cerri, MD, FACEP, FAAEM Emergency Medicine(Orr)

15.   Smart, Frank - Plaintiff expert report; Smart, Frank - Expert Report.pdf

Literature

1. Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. The Lancet Haematology, 3(1), e12-e21.

2. Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187.

3. Aisenberg, J. (2016). The specific direct oral anticoagulant reversal agents: Their current status and future place in gastroenterology practice. Am. J. Gastroenterol. Suppl., 3, 36-44.

4. Azaad, M., Zhang, Q.R. and Li, Y.P. (2015) Factor XII (Hageman Factor) Deficiency: A Very Rare Coagulation Disorder. Open Journal of Blood Diseases, 5, 39-42

5. Baglin, T., Hillarp, A., Tripodi, A., Elalamy, I., Buller, H., & Ageno, W. (2013). Measuring oral direct inhibitors of thrombin and factor Xa: A recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. Journal of Thrombosis and Haemostasis, 11(4), 756-760.

6. Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. British journal of haematology, 159(4), 427-429

7. Bayer HealthCare AG, Janssen Pharmaceuticals, Inc. (2016). XARELTO® rivaroxaban information. DVT and PE treatment and risk reduction. Retrieved from URL https://www.xareltohcp.com/safety-profile/dvt-pe.html.

8. Brown JD, Shewale AR et al Adherence to Rivaroxaban, Dabigatran, and Apixaban for Stroke Prevention in Incident, Treatment-Naïve Nonvalvular Atrial Fibrillation. J Manag Care Spec Pharm, 2016 Nov;22(11):1319-1329.

9. Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.

10. Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247.

11. Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising. Heart Rhythm, 2(3), 248–249.

12. Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. World J Gastroenterol, 15(37), 4627-4637.

13. Clemens, et al. Anticoagulant-related gastrointestinal bleeding—could this facilitate early detection of benign or malignant gastrointestinal lesions? Annals Of Medicine Vol. 46 , Iss. 8,2014.

14. Dahlerup, J. F., Eivindson, M., Jacobsen, B. A., Jensen, N. M., Jørgensen, S. P., Laursen, S. B., ... & Nathan, T. (2015). Diagnosis and treatment of unexplained anemia with iron deficiency without overt bleeding. Danish medical journal, 62(4), C5072-C5072.

15. Davie EW, Ratnoff OD. (1964). Waterfall sequence for intrinsic blood clotting. Science, 145: 1310-2; MacFarlane RG. (1964). An enzyme cascade in the blood clotting mechanism, and its function as a biological amplifier. Nature, 202: 498-9.

16. Dentali, F., Marchesi, C., Pierfranceschi, M. G., Crowther, M., Garcia, D., Hylek, E., ... & Ageno, W. (2011). Safety of prothrombin complex concentrates for rapid anticoagulation reversal of vitamin K antagonists. Thromb Haemost, 106(3), 429-438.

17. Feeney, J.M., et al. (2016). Compared to warfarin, direct oral anticoagulants are associated with lower mortality in patients with blunt traumatic intracranial hemorrhage: A TQIP study. J Trauma Acute Care Surg, 81(5), 843-848.

18. Found at: http://www.stopafib.org/newsitem.cfm/NEWSID/361/FDA%20panel%20votes%20for%20rivaroxaban/Xarelto%20for%20atrial%20fibrillation%20stroke%20prevention

19. Giannitsis, E., Mair, J., Christersson, C., Siegbahn, A., Huber, K., Jaffe, A.S., Peacock, W.F., Plebani, M., Thygesen, K., Möckel, M. and Mueller, C. (2015). How to use D-dimer in acute cardiovascular care. European Heart Journal: Acute Cardiovascular Care, 2048872615610870.

20. Goldhaber, S. Z. (2012). Venous thromboembolism: epidemiology and magnitude of the problem. Best Practice & Research Clinical Haematology, 25(3), 235-242.

21. Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med, 176(11), 1662-1671 and Supplement.

22. Harenberg, J., Marx, S., Krämer, R., Giese, C., & Weiss, C. (2011). Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as

calibrator for plasma spiked with rivaroxaban. Blood Coagulation & Fibrinolysis, 22(8), 637-641.

23. Harrison's Principles of Internal Medicinee textbook.

24. Herrmann, W., & Obeid, R. (2008). Causes and early diagnosis of vitamin B12 deficiency. Dtsch Arztebl Int, 105(40), 680-5.

25. Hickey, M., Gatien, M., Taljaard, M., Aujnarain, A., Giulivi, A., & Perry, J. J. (2013). Outcomes of urgent warfarin reversal using fresh frozen plasma versus prothrombin complex concentrate in the emergency department. Circulation, CIRCULATIONAHA-113, 1 - 16. 16.

26. Hoffman M, Monroe D. Tissue Factor in Brain Is Not Saturated With Factor VIIa Implications for Factor VIIa Dosing in Intracerebral Hemorrhage. Stroke. 2009;40:2882-2884.

27. Hoffman M, Monroe D. (2001). A Cell-Based Model of Hemostasis. Thromb. Haemost., 85:958-65

28. Holleran, G. E., Barry, S. A., Thornton, O. J., Dobson, M. J., & McNamara, D. A. (2013). The use of small bowel capsule endoscopy in iron deficiency anaemia: Low impact on outcome in the medium term despite high diagnostic yield. European journal of gastroenterology & hepatology, 25(3), 327-332.

29. Hospira. (2004). Vitamin K1 injection, EN-0538. Retrieved from URL https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0ahUKE wig6vLrhJnQAhUI_4MKHdzBBRMQFggbMAA&url=https%3A%2F%2Fwww.hospira. com%2Fen%2Fimages%2FEN-0538_tcm81-5411.pdf&usg=AFQjCNG5Y-

30. http://docs.boehringer-ingelheim.com/Prescribing%20Information/PIs/Pradaxa/Pradaxa.pdf.

31. Huang, W., Anderson, F. A., Rushton-Smith, S. K., & Cohen, A. T. (2015). Impact of thromboprophylaxis across the US acute care setting. PloS one, 10(3), e0121429

32. Kamal, A. H., Tefferi, A., & Pruthi, R. K. (2007, July). How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. In Mayo Clinic Proceedings (Vol. 82, No. 7, pp. 864-873). Elsevier.

33. Kim, B. S. M., Li, B. T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. World journal of gastrointestinal pathophysiology, 5(4), 467.

34. Koulaouzidis, A., Yung, D. E., Lam, J. H., Smirnidis, A., Douglas, S., & Plevris, J. N. (2012). The use of small-bowel capsule endoscopy in iron-deficiency anemia alone; be

aware of the young anemic patient. Scandinavian journal of gastroenterology, 47(8-9), 1094-1100.

35. Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303.

36. Liao, Z., Gao, R., Xu, C., & Li, Z. S. (2010). Indications and detection, completion, and retention rates of small-bowel capsule endoscopy: A systematic review. Gastrointestinal endoscopy, 71(2), 280-286.

37. Mueck W, Lensing AWA, Agnelli G, et al. Population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet. 2011;50(10):675-686.

38. Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. Clinical pharmacokinetics, 47(3), 203-216.

39. Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: Pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1

40. Mueck, W., Stampfuss, J., Kubitza, D., & Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clinical pharmacokinetics, 53(1), 1-16.

41. Patel, M.R., et al. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. The New England Journal of Medicine, 365(10), 883-891.

42. Pradaxa Package Insert; See also, Thorne K1, Jayathissa S, et al. Adherence and outcomes of patients prescribed dabigatran (Pradaxa) in routine clinical practice. J. . Intern Med J. 2014 Mar;44(3):261-5; Journal of the American Medical Association (04/14/15) Vol. 313, No. 14, P. 1443 Shore, Supriya; Ho, P. Michael; Lambert-Kerzner, Anne; et al.

43. Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: A pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thrombosis journal, 11(1), 1-10.

44. Quinlan, D. J., Eikelboom, J. W., & Weitz, J. I. (2013). 4-factor prothrombin complex concentrate for urgent reversal of vitamin K antagonists in patients with major bleeding. Circulation, CIRCULATIONAHA-113.

45.   Raskob, G. E., Silverstein, R., Bratzler, D. W., Heit, J. A., & White, R. H. (2010). Surveillance for deep vein thrombosis and pulmonary embolism: recommendations from a national workshop. American journal of preventive medicine, 38(4), S502-S509.

46.   Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

47.   Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2013). Laboratory assessment of rivaroxaban: a review. Thrombosis Journal 2013, 11:11.

48.   Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., & Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. Thrombosis and haemostasis, 103(4), 815-825.

49.   Skaistis, J., & Tagami, T. (2015). Risk of fatal bleeding in episodes of major bleeding with new oral anticoagulants and vitamin K antagonists: A systematic review and meta-analysis. PloS one, 10(9), e0137444.

50.   Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14), 1587-1603.

51.   Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... & Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation assays. Thrombosis and haemostasis, 113(1), 154-164.

52.   Williams Hematology. 7th edition. 2006; 2009.

53.   Zhu, A., Kaneshiro, M., & Kaunitz, J. D. (2010). Evaluation and treatment of iron deficiency anemia: A gastroenterological perspective. Digestive diseases and sciences, 55(3), 548-559.

USCA5 815

# EXHIBIT "B"

USCA5 816

# CURRICULUM VITAE
## March 2015

**Name:**
S. Scott Boniol, M.D.
Medical Director
Christus Schumpert Cancer Treatment Center
July 1, 2008 - present

**Address:**

███████████████████

**Personal Information:**

    **Birthplace:**     Alexandria, Louisiana

    **Birth Date:**     ██████████

    **Marital Status:**     ██████████████████

**Education:**

| | |
|---|---|
| **August 1988- May 1992** | Alexandria Senior High<br>Alexandria, Louisiana |
| **August 1992- December 1994** | Louisiana State University<br>Baton Rouge, Louisiana |
| **January 1995- May 1997** | University of Louisiana at Lafayette<br>Lafayette, Louisiana<br>Bachelor of Science, Microbiology<br>Magna Cum Laude |
| **August 1997- June 2001** | Louisiana State University Health Sciences Center<br>Shreveport, Louisiana<br>Medical Doctorate |

**Postdoctoral Training:**

| | |
|---|---|
| **July 2001- June 2002** | Internship, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |

| | |
|---|---|
| **July 2002-**<br>**June 2004** | Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2004-**<br>**June 2005** | Chief Medical Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2005-**<br>**June 2007** | Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |
| **July 2007-**<br>**June 2008** | Chief Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |

**Honorary Awards:**

| | |
|---|---|
| **May 2004** | Victor Benator Award<br>Most Outstanding Resident |
| **May 2005** | John B. Bass, Jr., MD Award<br>Excellence in Teaching by an Attending Physician |
| **March 2009** | American Cancer Society, Shreveport<br>Leadership Council Member |
| **October 2008**<br>**2009, 2010, 2011**<br>**2012, 2013, 2014** | Top Hematology and Oncology Physicians<br>As Voted By Peers, Shreveport-Bossier Area<br>**SB Magazine** |

**Professional Qualifications:**

| | |
|---|---|
| **August 2005** | Board Certified, American Board of Internal Medicine |
| **October 2008** | Board Certified, Oncology |
| **October 2008** | Board Certified, Hematology |
| **January 2003** | Alabama State Medical License, 24993<br>Controlled Substance Registration Certificate, 24993<br>Drug Enforcement Registration Certificate |
| **June 2005** | Louisiana State Medical License, 200437 |

**Institutional Service:**

| | |
|---|---|
| **July 2008-Present** | Medical Director, CHRISTUS Schumpert Cancer Treatment Center, Shreveport |
| **January 2009-December 2011** | CHRISTUS Foundation Board, Member |
| **January 2010-December 2012** | Chief of Staff, Elect CHRISTUS Health Shreveport/Bossier |
| **January 2012-Present** | CHRISTUS Health Shreveport/Bossier Physician Leadership Development Council, Member |
| **January 2013-December 2014** | Chief of Staff CHRISTUS Health Shreveport/Bossier |
| **January 2013-Present** | Chairman CHRISTUS CME Committee |
| **January 2013-July 2014** | Regional Physician Lead CPG, Northwest Louisiana |
| **January 2015-Present** | Medicine Sub-specialties Representative CHRISTUS Medical Executive Council |
| **January 2015-Present** | Regional Director of Cancer Services CHRISTUS Health |

**Certification:**

| | |
|---|---|
| **June 2001** | ACLS |
| **September 2002** | ATLS |

**Publications:**

Boniol S, et al. Wernicke Encephalopathy Complicating Lymphoma Therapy: Case Report and Literature Review. **South Med J** 2007 Jul;100(7):717-9.

**Professional Society Memberships:**

Associate Member, American College of Physicians
Associate Member, American Society of Hematology
Member, American Society of Clinical Oncology
Medical Society of Mobile County

**Research:**

| | |
|---|---|
| **July 2006** | Primary Investigator, Retrospective chart review and survival analysis of patients with CNS metastasis from primary breast cancer treated at Feist-Weiller Cancer Center from August 1, 2000-December 31, 2005. |
| **July 2007** | Primary Investigator, Retrospective chart review of clinical outcomes of patients treated at the Feist-Weiller Cancer Center with locally advanced pancreatic cancer from 2000 – 2007. |
| **July 2008-December 2009** | CHRISTUS Schumpert Institutional Review Board Member |
| **February 2015-Present** | CHRISTUS Health Institutional Review Board Physician Representative |
| **November 2008-Present** | Primary Investigator at CHRISTUS Schumpert: SWOG S0221, CALGB 80405, PACCT-1, NSABP P2, Genentech Cleopatra, Genetech Lymphocare, Genetech RegistHER, MORE Registry, Amgen 102, BCIRG 006, NCIC MA.21, SWOG 8897, SWOG 9410, SWOG N9831, SWOG 9808, SWOG 1105, BMS-936558, REVEAL, CAMN-107A, SWOG 1207 |

**Invited Presentations:**

| | |
|---|---|
| **May 2004** | "The Hypercoagulable State"<br>Cardiology Grand Rounds, University of South Alabama |
| **June 2004** | "The Hypercoagulable State"<br>Neurology Grand Rounds, University of South Alabama |
| **February 2006** | "Chronic Myelogenous Leukemia: The History and Future"<br>Oncology Grand Rounds, Louisiana State University |
| **May 2006** | "Chronic Myelogenous Leukemia: The History and Future"<br>Medicine Grand Rounds, University of South Alabama |
| **December 2006** | "CNS Metastasis from Breast Cancer: The Feist-Weiller Experience"<br>Oncology Grand Rounds, Louisiana State University |
| **February 2008** | "A Seven Year Retrospective Review of Clinical Outcomes of Locally Advanced Pancreatic Cancer at the Feist-Weiller |

USCA5 820

Cancer Center 2000-2007"
Oncology Grand Rounds, Louisiana State University

**August 2008**          "Kaleidoscopes: The Colors of Cancer"
                         Shreveport Survivors Day

**November 2009**        "On Cancer: An Update"
                         Circle of Angels Banquet

**September 2010**       "Anemia: Symptom, Not a Diagnosis"
                         Barksdale AFB CME

**July 2014**            "New Paradigms in Anticoagulation"
                         Springhill Medical Center Physician CME

**March 2015**           "New Paradigms in Anticoagulation"
                         Barksdale AFB CME

**January 2013-**        Janssen Pharmaceuticals Speakers Bureau
**Present**

**January 2015-**        BMS Pharmaceutical Speaker Bureau
**Present**

USCA5 821

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>Expert Testimony</u>

In the last 4 years, I have provided expert testimony in the following cases:

1. Roberts vs Humana, 22nd JDC Div. H, No. 2010–12239