UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

---

**EXHIBIT 4 TO
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY
FROM SIX DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES
FROM OTHER ANTICOAGULANTS**

---

# FILED UNDER SEAL

USCA5 850

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

**Report of Dr. Marc J. Kahn, MD, MBA**

*Orr v. Janssen, et al*

**Case No. 2:15-cv-03708**

USCA5 851

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

**Background and Basis for Opinions**

I incorporate by reference my general report in the Rivaroxaban (Xarelto®) Litigation, including my background, report and exhibits.

The opinions expressed in this report are stated to a reasonably degree of medical certainty and formulated using the same methods that I use in my clinical practice, research and academia. My opinions are based on my background, training, clinical experience, expertise as a hematologist, and understanding of the general hematological literature. I have reviewed the medical records of Sharyn Orr, as well as additional materials related to his case, which are attached to this report as Exhibit A.

I. **Sharyn Orr Medical History**

Sharyn Orr ██████████, deceased, was a 67 year old female with a history of atrial fibrillation, hypertension, diabetes mellitus type 2, congestive heart failure, stage III chronic kidney disease, hyperlipidemia and hypothyroidism when she presented to Ochsner Medical Center on April 24, 2015 with an acute intracerebral hemorrhage. Ms. Orr's family medical history is significant for hypertension, MI and pulmonary embolism on her father's side and multiple sclerosis, Alzheimer's, hypertension, and diabetes on her mother's side.

Medical records from 1996 indicate that Ms. Orr was diagnosed with hypertension approximately ten years earlier. In 1996, Ms. Orr's hypertension was initially treated with Dyazide ®. Through the years, Ms. Orr's hypertension was difficult to manage requiring multiple antihypertensive medications. In office records beginning in 2005 Ms. Orr's hypertension is noted to be uncontrolled. Early kidney damage is also noted in 2005 as evidenced by elevation in serum creatinine.

On July 3, 1996 Ms. Orr was first diagnosed with new onset diabetes mellitus type 2. She was instructed to attend diabetic education classes and the plan was to control her blood sugars with diet and exercise. Treatment with metformin was added in 1997 and Ms. Orr struggled with controlling her blood sugars through the years, ultimately requiring insulin therapy in December 2013.

On April 29, 2011, Ms. Orr presented to her primary care provider with chief complaints of shortness of breath, chest pressure and coughing. Current medications included benazepril/hydrochlorothiazide 20 per 12.5 mg, , metformin XL 500 mg, atorvastatin 80 mg, glipizide 5 mg, and aspirin 81 mg. Her blood pressure was 170/90 with an irregularly irregular pulse. EKG revealed atrial fibrillation, rate 126 with PVCs. Ms. Orr's physician diagnosed her with new onset atrial fibrillation

2

USCA5 852

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

with rapid ventricular response and noted signs of congestive heart failure.  Ms. Orr was referred to the emergency room.  During hospitalization, labs were significant for troponin 0.2, 0.44, and 0.37, elevated BNP of 533, creatinine of 1.4, eGFR of 40, potassium of 2.9 (3.6-5.2), glucose of 187 (74-106), BUN of 48 (5-23), albumin 3.2 (3.4-5.0), A/G ration 0.7 (1.1-2.5), AST 39 (<35), alkaline phosphatase 160 (40-120), and MG 1.4 (1.6-2.5), as well as HgbA1c of 7.2. She was noted to have a CHADS2 score of 2 and was placed on enoxaparin.  She was given potassium and magnesium to correct her electrolyte abnormalities.  An April 29, 2011 chest x-ray showed cardiomegaly and 2-D echocardiogram revealed normal left ventricular systolic function, mild mitral regurgitation, mild tricuspid regurgitation, and severe pulmonary hypertension. Her left atrium was moderately enlarged.   On April 30, 2011, Ms. Orr's blood work showed HGB of 10.6 (12-16) and HCT of 32.5 (37-47).

On day two of her hospitalization, Ms. Orr spontaneously converted to normal sinus rhythm. She was started on dabigatran 150 mg twice daily.  Her blood pressure medications were also managed. Discharge medications included dabigatran, aspirin, benazepril, diltiazem CD, metoprolol ER, atorvastatin, metformin and glipizide.

On June 8, 2011 after presenting for a scheduled Cardiolite stress test, Ms. Orr experienced a recurrence of atrial fibrillation.  She was transferred to the emergency room for assessment.  On triage, Ms. Orr's blood pressure was 208/141 and pulse 129.  Labs were significant for glucose 157 (74-106), creatinine 1.1 (0.6-1.0), A/G ratio 0.8 (1.1-2.5) and ALT 26 (30-65).  She had PT of 12.5, INR of 1.2, and aPTT of 43.4.  Current medications were aspirin 81 mg, atorvastatin 40 mg, benazepril 40 mg, dabigatran 150 mg, diltiazem 120 mg, metoprolol tartrate 100 mg, metformin 1000 mg, and glipizide 10 mg.  She was treated in the emergency room with metoprolol and diltiazem and discharged to home.

On August 1, 2011, Ms. Orr established care with cardiologist Dr. St. Martin.  She had blood pressure of 220/105 during the initial visit.  Current medications included aspirin 81 mg, atorvastatin 40 mg, benazepril 40 mg, dabigatran 150 mg, diltiazem 120 mg, metoprolol tartrate 100 mg, metformin 1000 mg, and glipizide 10 mg.  Dr. St. Martin indicated a diagnosis of hypertensive cardiovascular disease.  On her second visit to Dr. St. Martin blood pressure readings were 230/120 and 226/110.  Ms. Orr's hypertension proved to be difficult to manage though the years despite multiple antihypertensive medications.

On October 11, 2012, Ms. Orr had low hemoglobin at 10.9 and hematocrit at 35.1.

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

At an office visit with her primary care provider on June 10, 2013, Ms. Orr's labs were significant for elevated glucose of 153 (74-106), BUN of 29 (5-23), A/G ratio 0.7 (1.1-2.5). Additionally, her HGB was low at 11.9 (12.0-16.0). She was noted to have iron deficiency anemia. Dr. Cummings stressed tighter control of her diabetes and hypertension and arranged for referrals to a nephrologist and a gastroenterologist.

A bilateral renal ultrasound on July 18, 2013 revealed findings consistent with chronic medical kidney disease.

On August 20, 2013 Ms. Orr established care with a nephrologist, Dr. Cruz, who diagnosed her with Chronic Kidney Disease stage 3 with nephrotic syndrome and probable diabetic nephropathy. Blood pressure at this visit was 190/90.

On August 26, 2013, labs ordered by Dr. Cruz were abnormal for elevated glucose at 101 (65-99), BUN at 33 (8-27), creatinine at 1.39 (0.57-1.0), sodium at 145 (134-144), eGFR at 40 (>59), potassium at 3.3 (3.5-5.2), and calcium at 8.2 (8.6-10.20).

On December 28, 2013 Ms. Orr presented to the emergency room with complaints of a cough, fever, and rapid heart rate. Heart rate was noted to be 142. BNP was elevated at 370 (0-99), as were potassium at 5.9 (3.5-5.1), creatinine at 1.6 (0.5-1.4), BUN at 30 (8-23), alkaline phosphatase at 150 (55-135) and glucose at 159 (70-110). Carbon dioxide was low at 20 (23-29), as was albumin at 3.4 (3.5-5.2) and eGFR at 33 (>60). Lab reports on December 29, 2013 were significant for elevated serum creatinine at 2.0 (0.5-1.4), low calcium at 8.2 (8.7-10.5), low carbon dioxide at 19 (23-29), eGFR at 25 (>60), TSH at 0.153 (0.4-4.0), elevated BUN at 40 (8-23), and glucose at 473 (70-110). Ms. Orr was treated and instructed to follow up with her nephrologist and cardiologist. Blood work on December 30, 2013 showed continuing abnormalities of $CO_2$ at 18 (23-29), glucose at 351 (70-110), BUN at 61 (8-23), creatinine at 2.5 (0.5-1.4), calcium at 7.8 (8-16) and eGFR at 19 (>60). Discharge diagnoses included chronic kidney disease, high blood pressure, diabetes mellitus, hyperlipidemia, atrial fibrillation, acute renal failure, hyperkalemia, bronchitis, and anemia. New medications on discharge were doxycycline, guaifenesin, insulin, moxifloxacin, sitagliptan and she was continued on aspirin, metoprolol, atorvastatin, diltiazem, difluphendate eye drops, fluticasone, glipizide, and dabigatran. Spironolactone, benazepril, hydrochlorothiazide, KCl, and metformin were discontinued.

On January 6, 2014, Ms. Orr's labs were abnormal for elevated glucose at 143 (65-99), creatinine of 1.52 (0.57-1.0), and chloride of 110 (97-108), while eGFR at 35 (>59), calcium was 7.1 (8.6-10.2) and

4

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

magnesium was 1.0 (1.6-2.6). Repeat labs on January 20, 2014 revealed elevated glucose of 138 (65-99), BUN of30 (8-27) and sodium of 148 (134-144), with low eGFR of 38 (>59), and calcium of 8.5 (8.6-10.2).

On February 19, 2014 Ms. Orr again presented to the emergency room with complaints of cough, intermittent heart palpitations, shortness of breath, and mid-sternal chest pain. She was admitted for acute atrial fibrillation with rapid ventricular rate and pulmonary infection. Blood drawn at 11:39 on February 19 for coagulation studies showed elevated PT of 19.1 (9.0-12.5) and INR of 1.7 (0.8-12). BNP was elevated at 795 (0-99), as was glucose at 248 (70-110), BUN at 34 (8-23), and creatinine at 1.8 (0.5-1.4), with low albumin at 3.4 (3.5-5.2) and eGFR at 29 (>60). Hemoglobin and hematocrit were normal. Ms. Orr was treated with IV diltiazem for rate control. While in the hospital, Ms. Orr was administered rivaroxaban 20 mg instead of dabigatran. Upon stabilization, Ms. Orr was discharged on the following medications: rivaroxaban, digoxin, diltiazem, metoprolol, aspirin, atorvastatin, sitagliptin, and glipizide.

On April 14, 2014, a basic metabolic panel ordered by Dr. St. Martin showed elevated glucose of 132 (70-100), BUN of 33 (7-21), creatinine of 1.5 (0.5-1.0) and osmolality of 296 (98-107), with low eGFR of 34.7 (>60) and potassium of 3.1 (3.5-5.0).

On April 21, 2014, repeat BMP ordered by Dr. St. Martin showed elevated glucose at 215 (65-99), BUN at 53 (7-250, creatinine at 1.89 (0.5-0.99) and BUN/creatinine ratio at 28 (6-22). Estimated GFR was low at 27 (>60).

On June 11, 2014 Ms. Orr had a renal biopsy ordered by Dr. Cruz. She was noted to have last taken rivaroxaban on June 7, 2014. Coagulation studies performed on the day of her biopsy showed PT of 14.2 (9.4-12.5), INR of 1.3 and aPTT of 35.1 (25.1-36.5). White cells were slightly elevated at 10.3 (4.0-10.3), while HGB at 9.9 (11.5-15.0), HCT at 31.7 (35-46), MCV at 74.5 (81-99) and MCH at 23.4 (26-33) were low, and RDW at 17.4 (11.5-15) was high. The pathology report revealed diffuse and nodular diabetic glomerulopathy, global glomerulosclerosis, moderate interstitial fibrosis and moderate to severe arterial and arteriolosclerosis.

Also in June 2014, Ms. Orr was treated for chronic ulcers and cellulitis on her legs. CBC drawn on June 27, 2014 showed an elevated white cell count at 11.5 (4-10) and erythrocyte sedimentation rate at 39 (0-20). She had low HGB at 9.6 (11.5-15), HCT at 31.2 (35-46), MCV at 71.6 (81-99),. Hemoglobin A1c was high at 9.4 (4-6) as were BUN at 54 (7-23), creatinine at2.0 (0.5-1.3), BUN/creatinine ratio at 27

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

(12-20), AST at 56 (10-40), ALT at 43 (10-36) and alkaline phosphatase at 293 (45-122). Calcium at 8.0 (8.4-1.2), albumin at 2.3 (3.4-5.0) and A/G ratio at 0.6 (0.8-1.7) were decreased.

On July 14, 2014, Ms. Orr presented to the emergency room in respiratory distress with complaints of chest pain and pressure. Her pulse rate with 154 and blood pressure was 145/90. Ms. Orr was in atrial fibrillation upon arrival and chest x-ray revealed bilateral pleural effusions. Ms. Orr's serum creatinine was elevated at 1.7 (0.5-1.4), as were her BUN at 50 (8-23), and troponin at 0.029 (0-0.026). She was hyperglycemic and her potassium was low at 3.4 (3.5-5.1). Estimated GFR was 31 (>60). On July 18, her hemoglobin and hematocrit were low at 9.1 and 31.3, respectively, as were MCV at 74, MCH at 21.5 and MCHC at 29.1. RDW was high at 18.3. BNP was initially elevated at 719 and then 1320 when repeated on July 22nd. Ms. Orr's rivaroxaban and aspirin were held after July 21 in anticipation of thoracentesis. Nephrology consult note dated July 22 assessed her with acute diastolic heart failure, anemia of CKD and iron deficiency anemia, folate insufficiency, hyperuricemia, hypomagnesia, hyperphosphatemia, and suspected hypokalemic metabolic alkalosis. Thoracentesis was performed on July 23 and 24 with subsequent symptomatic improvement. On July 23, her PT was 12.7 (9.0-12.5) and INR was 1.2 (0.8-1.2). Rivaroxaban was restarted on July 25th at the renal dose of 15 mg. Ms. Orr was discharged on July 29, 2014 with the diagnoses of rapid atrial fibrillation and congestive heart failure with effusions.

In October 2014 Ms. Orr began seeing an alternative medicine physician in addition to her other care providers. Ms. Orr was prescribed various supplements that she took in addition to her other medications which included Levemir, Allopurinol, metoprolol, verapamil, furosemide, hydroxyzine HCL, benazepril, atorvastatin, rivaroxaban 15 mg, and aspirin 81 mg.

Ms. Orr was treated for skin cancer in late 2014 and underwent MOHs surgery for invasive squamous cell carcinoma on her scalp.

In 2015, Ms. Orr's blood pressure remained difficult to manage. Readings include 190/80 on January 19th, 213/96 and 205/91 on February 3rd, 178/82 on February 10th and 180/70 on March 5th. In March of 2015 Ms. Orr's kidney function is also noted to be worsening. An office visit record on March 5, 2015 notes peritoneal dialysis when needed.

On April 6, 2015, Ms. Orr was assessed by Dr. Frisbee at the Eye Surgery Center of Louisiana. Dr. Frisbee noted the presence of microaneurysms in both eyes and mild hypertensive retinopathy in both eyes.

6

USCA5 856

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Ms. Orr followed up with Dr. Cruz on April 16, 2015. Current medications included Levemir, furosemide, rivaroxaban 15 mg, verapamil, hydroxyzine, allopurinol, benazepril, folic acid, KCl, magnesium, vitamin D3, calcium, and vitamin C. Her blood pressure was noted to be 200/90 and pulse 70. Dr. Cruz indicated nephrotic syndrome with no improvement in edema and elevated BNP. Dr. Cruz added metolazone, a thiazide diuretic, to Ms. Orr's medication regimen and changed furosemide to torsemide. Lab results performed the day before were significant for elevated CRP, elevated BNP and decreased hemoglobin and hematocrit, as well as low MCH and high RDW. Lab results from April 20, 2015 indicated elevated glucose, creatinine, and BNP. Estimated GFR was 31.

On April 24, 2015 Ms. Orr experienced an acute intracerebral hemorrhage. Medical records and deposition testimony indicate that Ms. Orr went to dinner with her husband where she experienced a headache at the end of the meal at approximately 6:45 p.m. On the way home from the restaurant, Ms. Orr experienced symptoms of nausea and her husband had to stop the car for her to vomit. When they arrived home, Ms. Orr went to sleep, but awoke later with vomiting and diarrhea. Mr. Orr reported that his wife was unsteady on her feet and continued to experience vomiting and diarrhea. Mr. Orr called their daughter to help, but they ultimately called EMS to transport Ms. Orr to Ochsner Baptist Medical Center.

Upon arrival at Ochsner Baptist, Ms. Orr was described to be drowsy and minimally verbal. She was able to follow simple commands using her right side only and her smile was asymmetric. Blood pressure was 252/114. Blood work revealed elevated glucose of 305 (70-110), BUN of 51 (8-23), creatinine of 1.7 (0.5-1.4), and alkaline phosphatase of 208 (55-135), plus low potassium of 3.1 (3.5-5.1) and eGFR at 31. Coagulation studies were normal: PT was 11.4 (9.0-12.5), INR was 1.1 (0.8-1.2), and aPTT was 26.6 (21-32). Troponin was elevated at 0.071 (0-0.026) as was lipase at 86 (4-60). A head CT scan performed at 11:36 p.m. revealed extensive right lateral ventricular hemorrhage with extension to the third ventricle. Following the CT scan Ms. Orr became more lethargic and somnolent. Ms. Orr was intubated and decision was made to transfer her to the main campus of Ochsner Medical Center. Upon initial assessment at Ochsner, Ms. Orr was noted to have right-sided withdrawal, left sided hemiparesis with a Glasgow Coma Score of 6.

A subsequent CT scan performed at 4:25 a.m. on April 25th indicated no significant change from the initial scan. While the suitability of treatment with external ventricular drains was first questioned due to anticoagulation with rivaroxaban, a decision to proceed was made on April 25th and surgery was

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

performed that day at approximately 1:30 p.m. Drainage from the left EVD was brisk, but the right EVD required tPA injections in an attempt to improve drainage.

A third CT scan performed on April 25th at 3:08 p.m. revealed stable intraventricular hemorrhage. April 26 progress notes described Ms. Orr's mental status as comatose. A fourth CT scan was performed on April 27th at 1:05 a.m. showing no significant change. Ms. Orr was noted to be intubated and unresponsive on no sedation on April 28th. A fifth CT scan on April 29th at 3:33 a.m. indicated no new hemorrhage. Repeat CT at 3:23 revealed no new hemorrhage, but worsening mass effect and shift. Ms. Orr's neurological status also worsened on the 29th. On May 1st it was decided by the family to go forward with palliative withdrawal of life support. Ms. Orr passed away on May 4th, 2015.

## II.    Orr Opinions

Ms. Orr was appropriately placed on an anticoagulant when she was diagnosed with atrial fibrillation in April 2011. Initially, she was prescribed dabigatran 150mg twice a day, which was continued until February 2014. At that time, she was switched to rivaroxaban 20mg once a day. She continued on that dose of rivaroxaban until her dose was decreased to 15mg once a day in July 2014 due to her worsening GFR. She continued on rivaroxaban 15mg once a day until her ICH in April 2015.

In the fall of 2012, she was noted to have iron deficiency anemia, with her laboratory tests consistently reflecting low hemoglobin, and at times, low MCV, elevated RDW, and low ferritin. She continued with persistent, stable, mild anemia while on dabigatran and later on rivaroxaban. Her mild anemia would not have affected the ability of her blood to clot. She also may have had an inflammatory component of her reduced hemoglobin, which cannot be ruled out as additional studies such as TIBC and ferritin were not performed at the time of her initial anemia diagnosis.

After arriving at Ochsner Baptist Medical Center for treatment of her ICH, Ms. Orr had blood drawn for laboratory tests, including a PT, on April 24, 2015 at 23:16 or 11:16 pm. Her PT result was reported as 11.4 [9.0 – 12.5], which is within the normal range. Importantly, this PT result indicates that Ms. Orr had not overdosed or had an excessive level of anticoagulation from rivaroxaban, irrespective of when she took her last dose of rivaroxaban. Rather, it shows that her extrinsic clotting system was intact and functioning normally to the degree that the extrinsic clotting cascade can be assessed by the PT test. However, her normal PT does not rule out that she was adequately anti-coagulated on rivaroxaban; a drug-specific anti-Xa assay would have to be performed to provide that information.

8

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

There is no reliable evidence to support the theory offered by plaintiffs' experts, including Dr. Rinder, that had Ms. Orr had her PT tested at the beginning of her rivaroxaban therapy, over anticoagulation could have been diagnosed and she could have been switched to a lower dose or switched to another anticoagulant. First, the medical consensus is that PT cannot be used to assess the intensity of rivaroxaban anticoagulation. No medical or regulatory organization has endorsed the use of PT for the purposes of assessing rivaroxaban concentration and dose adjustment or discontinuing the medication. Dr. Rinder fails to acknowledge the inherent risk in employing such an untested and unendorsed medical strategy, namely, that a dose reduction could increase the risk of thrombotic stroke. Second, Ms. Orr presented with a PT of 11.4 (normal) at the time of her ICH, which was the lowest PT documented in her records. Even if one were to accept plaintiffs' experts' unsupported and untested theory on the relationship between PT and rivaroxaban therapeutic efficacy, her PT does not indicate excessive plasma levels of rivaroxaban. Third, it is complete speculation to assume that had Ms. Orr had a PT test done at the beginning of rivaroxaban therapy, it would indicated drug overdose

Clinically, Ms. Orr's ICH did not expand on repeated imaging. This suggests that her clotting system was intact enough to prevent further bleeding. Although some may have given her a prothrombin complex concentrate at the time of presentation to reverse anticoagulation, which she did not receive, the absence of a specific reversal agent did not affect this patient's clinical course.

By their very nature, all anticoagulants and anti-platelet agents are associated with an increased risk of bleeding. Ms. Orr was anticoagulated to prevent her from having an embolic stroke due to atrial fibrillation. As with any patient, the risk of stroke from atrial fibrillation and risk of bleeding need to be weighed. At the time of her atrial fibrillation diagnosis in 2011 and when rivaroxaban was first prescribed in 2014, Dr. St. Martin correctly assessed that the risk of stroke resulting from her atrial fibrillation was higher than her risk of bleeding on anticoagulants, and she was appropriately anticoagulated. Dr. St. Martin testified in his deposition that he was familiar with the rivaroxaban label and aware of the risk of bleeding associated with rivaroxaban use when he prescribed it to Ms. Orr. Dr. St. Martin reports that he discusses the risks of bleeding with all patients he treated with an anticoagulant. Mrs. Orr's family members acknowledged that Mrs. Orr would have understood the rivaroxaban Medication Guide's discussion of bleeding risk, which advised of the possibility of fatal hemorrhage.

There is no way determine whether or not Ms. Orr's ICH would have happened if she had been taking any other anticoagulant, including a vitamin K inhibitor like warfarin or another NOAC. Rather,

9

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

studies reported in the medical literature have found that the risk of ICH with rivaroxaban is lower that the risk of ICH with warfarin. Patel 2011; Coleman 2016.

Rivaroxaban inhibits Factor Xa and disrupts secondary hemostasis. In doing so, it makes preexisting underlying lesions that are capable of bleeding more likely to bleed and makes bleeding harder to stop. There is no evidence that rivaroxaban causes underlying damage to blood vessels in the brain. We cannot rule out the presence of some underlying abnormality in a blood vessel in Ms. Orr's brain that contributed to her ICH. Additionally, hypertension is known risk factor for hemorrhagic stroke. Consequently, her longstanding, uncontrolled hypertension is a major risk factor for her CNS bleeding event.

In addition to rivaroxaban, Ms. Orr took aspirin daily. Aspirin irreversibly inhibits cyclooxygenase causing irreversible platelet dysfunction, thereby inhibiting clotting. This is well known in medicine. NSAIDs and/or aspirin used in conjunction with rivaroxaban inhibit both the primary and secondary hemostatic mechanisms and can increase the risk of bleeding over that of rivaroxaban alone. Therefore, one cannot rule out that Ms. Orr's aspirin use played a role in her ICH.

Finally, Mrs. Orr was taking dietary supplements recommended by Dr. Rai that contained substances (curcumin and ginger, for instance) that have been associated with platelet dysfunction. The consequences of these supplements when taken with rivaroxaban and aspirin cannot be ruled out as playing a role in her ICH. Wang 2015.

All of the opinions expressed in this report are expressed to a reasonable degree of medical certainty. I reserve the right to supplement this report should additional information become available to me.


_____

Marc J. Kahn, M.D., M.B.A.

<u>November 15, 2016</u>
Date

USCA5 860

# EXHIBIT A

## REFERENCE LIST FOR MARC KAHN, M.D.

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Coleman CI, Antz M, Bowrin K, Evers T, Simard EP, Bonnemeier H et al.  Real-world evidence of stroke prevention with nonvalvular atrial fibrillation in the United States:  The REVISIT-US Study.  Curr Med Res Opin.  2016 Sep 20:1-7. [Epub ahead of print]. |
| 2. | Lu WJ, Lin KH, Hsu MJ, Chou DS, Hsiao G, Sheu JR.  Suppression of NF-kB signaling by andrographolide with a novel mechanism in human platelets:  Regulatory roles of the p38 MAPK-hydroxyl radical-ERK2 cascade.  Biochem Pharmacol.  2012 Oct 1;84(7):914-24. Epub 2012 Jul 4. |
| 3. | Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W et al.  Rivaroxaban versus warfarin in nonvalvular atrial fibrillation.  N Engl J Med.  2011 Sep 8;365(10):883-891. |
| 4. | Shah BH, Nawaz Z, Pertani SA, Roomi A, Mahmood H, Saeed SA, Gilani AH.  Inhibitory effect of curcumin, a food spice from turmeric, on platelet-activating factor-and arachidonic acid-mediated platelet aggregation through inhibition of thromboxane formation and Ca2 + signaling.  Biochem Pharmacol.  1999 Oct 1;58(7):1167-72. |
| 5. | Tsai HH, Lin HW, Lu YH, Chen YL, Mahady GB.  A review of potential harmful interactions between anticoagulant/antiplatelet agents and Chinese herbal medicines.  PLoS One.  2013 May 9;8(5):e64255.  Print 2013. |
| 6. | Wang CZ, Moss J, Yuan CS.  Commonly used dietary supplements on coagulation function during surgery.  Medicines (Basel).  2015 Sep;2(3):157-185. Epub 2015 Jul 27. |
| 7. | Immunitone Plus ingredient list |
| 8. | Inflammatone 120 vegetarian capsules ingredient list |
| 9. | Xarelto 2011.11 Label<br>Xarelto 2011.11 Medication Guide<br>Xarelto 2012.11 Label<br>Xarelto 2012.11 Medication Guide<br>Xarelto 2013.03 Label<br>Xarelto 2013.03 Medication Guide<br>Xarelto 2013.08 label<br>Xarelto 2013.08 Medication Guide<br>Xarelto 2014.03 label<br>Xarelto 2014.03 Medication Guide<br>Xarelto 2015.09 Label<br>Xarelto 2016.05 Label<br>Xarelto 2016.05 Medication Guide |
| 10. | Plaintiff Sharyn Orr Medical Records (see index) |
| 11. | Plaintiff Fact Sheet (Sharyn Orr)<br>First Amended PFS<br>Second Amended PFS |
| 12. | Deposition Transcripts (Sharyn Orr): |

Francisco Cruz, MD 9/20/2016

USCA5 863

# EXHIBIT B

USCA5 864

MJ Kahn CV

1

June 2016

## **CURRICULUM VITAE**

### **MARC JEFFREY KAHN, MD, MBA, FACP**

**Home Address:**

**Office Address:**   Tulane University School of Medicine
Office of Admissions and Student Affairs
1430 Tulane Ave., #8010
New Orleans, LA 70112
Phone: 504/988-5331
Fax: 504/988-6462

**Personal Data:**   born:
spouse:
children:

**Education:**   1979 - 1983   B.A.   University of Pennsylvania (Chemistry
Honors Major)

1983 - 1987   M.D.   University of Pennsylvania School of
Medicine

2008 - 2010   M.B.A.   Tulane University Freeman School of
Business (Finance, International
Business Concentrations)

**Postgraduate Training**:   1987 - 1988   Intern in Medicine, Hospital of the University of
Pennsylvania, Philadelphia, PA

1988 - 1990   Resident in Medicine, Hospital of the University
of Pennsylvania, Philadelphia, PA

1990 - 1991   Chief Medical Resident, Hospital of the
University of Pennsylvania, Philadelphia, PA

MJ Kahn CV

2

| | |
|---|---|
| 1991 - 1994 | Fellow in Hematology/Oncology, Hospital of the University of Pennsylvania, PA |

**Faculty Appointments**:

| | |
|---|---|
| 1990 - 1991 | Instructor in Medicine, University of Pennsylvania School of Medicine |
| 1994 - 1998 | Assistant Professor of Clinical Medicine, Tulane University School of Medicine |
| 1998- 2001 | Associate Professor of Clinical Medicine, Tulane University School of Medicine |
| 2001-2003 | Associate Professor of Medicine (with tenure), Tulane University School of Medicine |
| 2003- | Professor of Medicine (with tenure), Tulane University School of Medicine |
| 2011- | **Peterman-Prosser Professor**. Established to expose students of science-oriented disciplines to the humanities |
| 2014- | Adjunct Professor, Department of Pharmacology, Tulane University School of Medicine |
| 2016- | Adjunct Professor of Business, AB Freeman School of Business, Tulane University |

**Medical School and Administrative Appointments:**

| | |
|---|---|
| 1994-1995 | Internal Medicine Residency Co-director |
| 1995-2002 | Internal Medicine  Residency Director |
| 1995-1996 | Medicine/Pediatrics  Residency Co-director |
| 1995-2002 | Medicine/Psychiatry Residency Co-director |
| 1995-2002 | Medicine/Neurology Residency Co-director |
| 1996-2002 | Associate Director of Student Programs, Department of Medicine |
| 1996-1998 | Medical Director, Loyola University Nurse Practitioner Program |
| 1997-2002 | Medicine/Preventive Medicine Residency Co-director |
| 2001 | Acting Associate Dean for Admissions |
| 2002 | Assistant Dean for Student Affairs |
| 2002-2004 | Associate Dean for Student Affairs |

MJ Kahn CV

| | |
|---|---|
| 2003- | Director, MD/MBA Program |
| 2004-2007 | Associate Dean for Admissions and Student Affairs |
| 2007- | Senior Associate Dean for Admissions and Student Affairs |
| 2008-2010 | Medical Director, Tulane Physician's Organization (IPO) |

## Specialty Certification:

| | |
|---|---|
| 1990 | **Diplomate**, American Board of Internal Medicine #131458 |
| 1999 | Recertified in Internal Medicine (valid through 2010) |
| 2009 | Recertified in Internal Medicine (valid through 2020) |
| 1994 | **Diplomate**, Hematology Subspecialty, American Board of Internal Medicine |
| 1999 | Recertified in Hematology Subspecialty (valid through 2013) |
| 2011 | Recertified in Hematology Subspecialty (valid through 2023) |
| 1995 | **Diplomate**, Medical Oncology Subspecialty, American Board of Internal Medicine |
| 1999 | Recertified in Medical Oncology Subspecialty (valid through 2013) |
| 2012 | Recertified in Medical Oncology Subspecialty (valid through 2023) |

## Licensure:

| | |
|---|---|
| 1988 | **Diplomate**, National Board of Medical Examiners |
| 1988 | Pennsylvania MD042202E (inactive status) |
| 1994 | Louisiana    10826R |

## Awards, Honors, and Memberships in Honor Societies:

1981    **Alpha Epsilon Delta** premedical honor society, University of Pennsylvania

1982    **Phi Lambda Upsilon** chemical honor society, University of Pennsylvania.

1983    **National Institute of Chemists Medal Award**, University of Pennsylvania.

1983    ***Summa Cum Laude***, University of Pennsylvania.

USCA5 867

MJ Kahn CV                                                                                    4

| 1986 | **Alpha Omega Alpha** medical honor society, Univ. of Pennsylvania School of Medicine. |
|------|---|

1987    **Merck Award**, Univ. of Pennsylvania School of Medicine.

1991    **Penn Pearl Teaching Award** as voted by student body, Univ. of
        Pennsylvania School of Medicine.

1994    **Trainee Investigator Award**, American Federation for Clinical
        Research

1994    **Musser-Burch Honor Society**, Tulane University School of Medicine

1995    **Owl Club Award** for Outstanding Clinical Faculty Teacher as voted
        by medical student body, Tulane University Health Sciences Center

1995    **C. Thorpe Ray Award** for Outstanding Faculty Teacher as voted by
        medical house staff, Tulane University Health Sciences Center.

1996    **Owl Club Award** for Outstanding Clinical Faculty Teacher as voted
        by medical student body, Tulane University Health Sciences Center

1996    **C. Thorpe Ray Award** for Outstanding Faculty Teacher as voted by
        medical house staff, Tulane University  Health Sciences Center

1996    Selected **Class Sponsor**, Tulane University Health Sciences Center
        Class of 1997.

1996    **Best Speaker Award**, New Orleans Internal Medicine Board Review

1997    **Abstract Competition Award for Innovative Programs in Internal
        Medicine Education**, Association of Program Directors in Internal
        Medicine, March 1997

1997    **Owl Club Award** for Innovative Second Year Teaching as voted by
        medical student body, Tulane University Health Sciences Center

1997    **Owl Club Award**. Faculty Honor Roll as voted by medical student
        body, Tulane University Health Sciences Center

1997    Associate Director for Student Programs voted **Outstanding
        Department in the School of Medicine** by the Owl Club, Tulane
        University Health Sciences Center

1997    **Outstanding Teaching Award** as voted by the medical house staff,
        Tulane University Health Sciences Center

USCA5 868

MJ Kahn CV                                                                                        5

| Year | Award |
|------|-------|
| 1998 | **Owl Club Award**. Honor Roll for Second Year Teaching as voted by medical student body. Tulane University Health Sciences Center. |
| 1999 | **Owl Club Award** for Outstanding Fourth Year Teaching as voted by medical student body. Tulane University Health Sciences Center. |
| 2000 | Selected **Class Sponsor**, Tulane University Health Sciences Center Class of 2000 |
| 2000 | **Owl Club Award for Outstanding Second Year Professor** as voted by medical student body. Tulane University Health Sciences Center |
| 2000 | **Owl Club Award**. Honorable Mention Medicine Attending as voted by medical student body. Tulane University Health Sciences Center. |
| 2000 | **Owl Club Award T2 Tag Team Award**. As voted by the medical student body. Tulane University Health Sciences Center. |
| 2000 | Associate Director for Student Programs **voted Outstanding Department in the School of Medicine** by the Owl Club, Tulane University Health Sciences Center |
| 2000 | **Gloria P. Walsh Award for Teaching Excellence**, Tulane University Health Sciences Center |
| 2000 | **Best Speaker Award**. New Orleans Internal Medicine Board Review |
| 2001 | **Owl Club Award T4 Outstanding Professor**. As voted by the medical student body. Tulane University Health Sciences Center. |
| 2001 | **Tulane University Health Sciences Center Teaching Scholar Award** (**Chancellor's Teaching Scholar Award**) as selected by Sr. Vice President for the Health Sciences, Office of Educational Research and Services, Dean's office, faculty and students |
| 2001 | **Alpha Omega Alpha Faculty Teacher Award** recipient |
| 2001 | **Robert P. Glaser Teaching Award**, Tulane nominee |
| 2002 | **Tulane University President's Teaching Award**, nominee |
| 2002 | **Owl Club T2 Outstanding Lecturer Award**. As voted by the medical student body. Tulane University Health Sciences Center. |

USCA5 869

MJ Kahn CV                                                                    6

| 2003 | **C. Thorpe Ray Outstanding Faculty Teacher Award**, as voted by medicine house staff, Tulane University Health Sciences Center |
|---|---|
| 2005 | **Southern Society for Clinical Investigation**, member |
| 2005 | **Gold Humanism Honor Society**, member |
| 2006 | Selected **Class Sponsor**, Tulane University School of Medicine Class of 2006. |
| 2006 | America's Top Physicians, SLD Industries. |
| 2007 | **Best Lecturer**, Tulane/Xavier joint course: Cancer, Causes, Treatment and Disparities |
| 2009 | **Beta Gamma Sigma** International Business Honor Society |
| 2010 | America's Top Oncologists, SLD Industries |
| 2011 | Selected **Class Sponsor**, Tulane University School of Medicine Class of 2011 |
| 2013 | Sun Valley High School Hall of Fame Inductee |
| 2015 | **Robert "Bob" Sabalis Award for Exemplary Service**, Southern Group on Student Affairs, Association of American Medical Colleges. |
| 2015 | Best Doctors in America, Best Doctors Inc®/New Orleans Magazine. |
| 2016 | Best Doctors in America, Best Doctors Inc®/New Orleans Magazine |

## Membership in Professional Societies:

| 1991-1996 | **Member**, American College of Physicians-American Society of Internal Medicine |
|---|---|
| 1996 | **Fellow**, American College of Physicians-American Society of Internal Medicine |
| 1996-2002 | Associates Meeting Planning Committee |
| 2001-2003 | **Secretary**, Louisiana Chapter |
| 2003-2005 | Louisiana/Mississippi Regional Council Member |
| 2005-2008 | Louisiana/Mississippi Regional Council Member |
| 2006- | Mentor, Medical Student and Associate Program |
| 2012 | **Editor**, Hematology Book, MKSAP |
| 2013-2016 | Co-Chair, Maintenance of Certification Pre-Course |
| 2013-2015 | Member, Internal Medicine Scientific Program Committee, IM2015 |

MJ Kahn CV                                                                    7

| | |
|---|---|
| 2013 | Item Writer, MKSAP 16 update |
| 2015-2017 | Internal Medicine In-Training Exam Committee |
| 2015-2017 | Member, Internal Medicine Scientific Program Committee 2017 |
| 2016-2018 | **Chair**, Internal Medicine Scientific Program Committee 2018 |
| 1994- | Member, American Society of Hematology (ASH) |
| 2004 | **Associate Editor**, ASH SAP |
| 2005 | **Chair**, ASH High School Symposium |
| 2005 | **Senior Editor**, ASH SAP |
| 2006 | **Media Expert**, Anemia, ASH Committee on Communications |
| 2007-2018 | **Member**, Committee on Educational Affairs |
| 2007-2010 | **Compliance Officer**, Subcommittee on CME Meetings |
| 2007 | **Member**, Task Force on Hematology Refresher Course |
| 2008-2012 | Educational Session Peer Reviewer, Annual Meeting |
| 2011-2017 | **Member**, Committee on Communications |
| 2010-2014 | **Member**, Image Bank Task Force |
| 2011, 2012 | **Co-Chair**, Consultative Hematology Course |
| 2012-2015 | **Member** Small Meetings Oversight Subcommittee |
| 2012- | **Chair**, Maintenance of Certification Working Group |
| 2012 | **Editorial staff**, *ASH News Daily* |
| 2013 | **Editor-In-Chief**, *ASH News Daily* |
| 2012-2015 | **Member**, Teaching Cases Subcommittee |
| 2013-2014 | **Co-Chair**, Highlights of ASH in North America |
| 2014 | **Co-Chair**, Highlights of ASH in Asia |
| 2014 | **Co-Chair**, Highlights of ASH in Latin America |
| 2013 | Maintenance of Certification Module Developer |
| 2013- | Participant, Consult a Colleague Program |
| 2014- | **Co-Director**, ASH Medical Educators Institute (AMEI) |
| 2014- | **Chair**, Development Group, AMEI |
| 2014-2015 | **Chair**, Small Meeting Oversight Committee |
| 2015-2018 | **Vice Chair**, Committee on Educational Affairs |
| 2014, 2015,2016 | Planning Committee Member: ASH/ASCO Hematology for the Oncologist Pre-course |
| 2015-2017 | **Inaugural Senior Director**, ASH Medical Educators Institute |
| 1994 | Member, American Federation for Clinical Research |
| 1994-2002 | Member, Association of Program Directors in Internal Medicine |
| 1998 | Membership Survey and Data Committee |
| 1998 | Publications and communications Committee |
| 1998 | Abstract Review Committee |
| 1999 | Accreditation and Certification Research Subcommittee |
| 2001 | Public Policy Committee |
| 1995 | Member, American Association for the Advancement of Science |
| 1997 | Member, Group on Educational Affairs, AAMC |
| | Regional Representative, Resident's teaching skills SIG |
| 1998 | Member, Southwest Oncology Group |
| 1998 | Member, American Association for Cancer Education |
| 2000 | Member, New Orleans Academy of Internal Medicine |

USCA5 871

MJ Kahn CV

8

| | |
|---|---|
| | Planning Committee |
| 2002 | Member, Group on Student Affairs (GSA), AAMC |
| 2005 | Expanded Medical Schools Admissions (EMSA) Working Group member (Holistic Admissions Process) |
| 2006-2007 | **Representative**, National Committee on Student Affairs (COSA) Representative, Southern Region |
| 2006 | SGSA/SAAHP 2007 Meeting Program Planning Committee |
| 2007 | **Vice Chair**, Southern Group for Student Affairs |
| 2007 | **Chair Elect**, Southern Group for Student Affairs |
| 2008 | **Program Chair**, 2008 Southern Group for Student Affairs Regional Meeting, Destin, FL. |
| 2009 | Meeting Planning Committee, Dallas, TX 2009 |
| 2009 | **Program Chair**, Regional SGSA Meeting, Dallas Texas |
| 2008 | **Chair**, Southern Group for Student Affairs |
| | Member, GSA National Steering Committee |
| | Member, GSA Nominating Committee |
| 2010-2013 | **Chair**, National Committee on Student Affairs (COSA) |
| 2010-2016 | Member, GSA National Steering Committee |
| 2010-2013 | Member, GSA Annual Meeting Planning Committee |
| 2011 | **National Vice Chair**, AAMC Group on Student Affairs |
| 2011 | Member, National Committee on Admissions (COA) |
| 2012 | **National Chair Elect**, AAMC Group on Student Affairs |
| 2012 | Member, National Committee of Student Affairs (COSA) |
| 2013-2014 | **National Chair**, AAMC Group on Student Affairs |
| 2013-2014 | Member, National Committee on Student Financial Aid (COSFA) |
| 2014-2015 | **National Immediate Past Chair**, AAMC Group on Student Affairs |
| 2014-2015 | Member, National Committee on Student Records (COSR) |
| 2015-2016 | **National Previous Past Chair**, AAMC Group on Student Affairs |
| 2015-2016 | Member, National Committee on Student Diversity Affairs (COSDA) |
| 2002 | Member, American Medical Association Medical Schools Section |
| 2005-2008 | Gold Humanism in Medicine Honor Society Advisory Council **Co-Chair**, Research Subcommittee |
| 2010-2014 | National Board of Medical Examiners (NBME) Item writer |
| 2014-2016 | Basic Science Pool Item Review Committee |
| 2014-2016 | American Board of Internal Medicine (ABIM) Liaison Committee on Certification and Recertification |

**Board Membership**

MJ Kahn CV                                                                                          9

| 1999 | Managing Editor, Hematology/Oncology Section. <u>eMedicine</u>, an electronic textbook of medicine. Michael Zevitz, Editor-in-Chief. http://www.emedicine.com |
|---|---|
| 2000- | Clinical Board member, ePocrates, Inc. |
| 2010- | Tulane University Medical Group Board member |
| 2012- | Gulf South Quality Network Board member |
| 2013- | **National Residency Matching Program (NRMP)** Board of Directors, Director |
| 2013- | Violations Review Committee, member |
| 2014, 2015 | Nominating Committee, member |
| 2015, 2016 | Executive Committee, member |
| 2015 | Finance and Audit Committee, member |
| 2015 | All-In Policy Exception Committee |
| 2016- | Spirit of Charity Foundation Board of Trustees member |

**Reviewer (ad hoc):  Journals:**

Southern Medical Journal
Teaching and Learning in Medicine
Thrombosis and Haemostasis
Archives of Internal Medicine
American Journal of Hematology
Journal of the American Medical Association (JAMA)
Journal of General Internal Medicine
Pediatrics
Health Affairs
Annals of Internal Medicine
Journal of the National Medical Association
AAMC MedEdPORTAL
Journal of Graduate Medical Education
American Journal of Medical Sciences
Academic Medicine
American Journal of Medicine
Journal of Cancer Education

**Editorial Positions:**

**Biotest Study Aids**, Internal Medicine.  Associate Editor, 2005.

**Doody Publishing Medical Education-Informatics Review Group**, Chair, Editorial Review Group, 2002-2003.

**American Society of Hematology Self Assessment Program (ASH-SAP).** Associate Editor,  2003.

**American College of Physicians Medical Knowledge Self-Assessment Program (MKSAP)** 13th Edition. Hematology Section Update Editor, 2005.

**American Society of Hematology Self-Assessment Program (ASH-SAP).** Senior Editor, 2005

**American Journal of the Medical Sciences.** Special Symposium issue: Moving Beyond Katrina: From Crisis to Opportunity, co-editor, August, 2008.

**Medical Knowledge Self-Assessment Program (MKSAP) 16.** Hematology Book Editor, 2010.

**Team-Based Learning (TBL) Reviewer**, MedEdPORTAL, AAMC, 2011

**Medicine: A Competency-Based Companion.** A Tunkel, J Isreal (Eds.) Hematology Section Editor, 2012.

**American Society of Hematology Self Assessment Program (ASH SAP) 5th edition.** Reviewer, 2012.

*ASH News Daily*, Editorial Staff, 2012

*ASH News Daily*, Editor-In-Chief, 2013

**Making Medicines: The Process of Drug Development**, Academic Review Panelist, 2015

**Culinary Medicine Specialist Curriculum**, Reviewer and Item Reviewer, 2016.


## Reviewer: Projects/Meeting Proposals:

Reviewer for **Graduate Education in Internal Medicine. A Resource Guide to Curriculum Development,** the Federated Council for Internal Medicine (FCIM) Task Force on the Internal Medicine Residency Curriculum, 1997.

Abstract Reviewer. 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012 National Associates Competition, **American College of Physicians**

Poster reviewer. 1999 Medical Student Clinical Vignette Competition. **American College of Physicians National Meeting**

Abstract Reviewer. 2000, 2001, 2002 **Association of Program Director's in Internal Medicine** Annual Spring Meeting

USCA5 874

Abstract Reviewer. 2000, 2001 **Association of Program Director's in Internal Medicine** Annual Fall Meeting

Textbook Reviewer for Doody Publishing. Provide on-line reviews of textbooks relevant to medical education.

Workshop/Discussion Group/Abstract proposal reviewer. **Southern Group on Educational Affairs (AAMC)**. 2006

Workshop/Discussion Group/Abstract Reviewer. **AAMC Group on Student Affairs/Group on Educational Affairs National Meeting**. 2008

Workshop/Discussion Group/Abstract Reviewer. **AAMC Southern Group on Educational Affairs Regional Meeting**. 2009

Workshop/Discussion Group Reviewer. **AAMC National Meeting.** 2011, 2012, 2013

Reviewer **AAMC Research in Medical Education (RIME)** 2014, 2015, 2016

Reviewer, **AAMC Medical Education Meeting** 2014, 2015

Session Reviewer, **NRMP Transitions to Residency Meeting** 2015

Workshop and Poster Reviewer, **Southern Group on Educational Affairs**, 2015

**Scientific Grant Review Sections:**

**American Society of Hematology Clinical Research Training Institute.** May 2004

**National Heart, Lung and Blood Institute, Special Emphasis Panel. ZHL 1 CSR R 01 NIH K-30 Clinical Research Curriculum Award,** June 2004

**American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2005.

**American Society of Hematology Clinical Research Training Institute**. May 2005

**American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2006

**American Society of Hematology Clinical Research Training Institute**. May 2006

USCA5 875

MJ Kahn CV                                                                                                   12
**Gold Foundation Humanism in Medicine Grant Review Section**.  2007.

**American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2008

**American Society of Hematology Medical Educators Institute**.  May 2016

## Grants and Contracts:

1993  National Research Service Award, HL08941, NIH, $67,600.  Effect of mutagenesis on glycoprotein IIb-IIIa (Principle Investigator).

1995  Baxter-Hyland, $72,000.00 - A Phase II trial of prothrombin complex concentrate and antithrombin III in patients with coagulopathy from liver disease undergoing liver biopsy (Principle Investigator).

1995  Sickle Cell Center of Louisiana, $2,500.  Presence of Factor V Leiden in sickle cell patients with stroke (Principle Investigator).

1998  Tulane TIME, $4720.  Use of standardized patients to teach end of life skills. Louisiana Board of Regents (Principle Investigator).

1998  Tulane TIME, $4100.  Beyond PBL:  Use of standardized patients to teach pathophysiology. Louisiana Board of Regents (Co-Investigator).

1998  Tulane TIME, $9000.  CD-ROM Ophthalmology teaching program. Louisiana Board of Regents (Co-Investigator).

1999  Tulane TIME, $4500.  Student Preceptor Program for Pathophysiology. Louisiana Board of Regents (Co-Investigator).

2002  Transfusion Medicine/Hemostasis Clinical Research Network, 1 UO1 HL072274-01 (Co-Investigator), NIH/NHLBI.  $1,550,000 for 5 years.

2004  Novartis Oncology.  Use of ICL670, an oral iron chelator for patients with sickle cell disease or thalassemia (Co-investigator)

2005  Icagen.  A Stratified Sickle Event Randomized Trial (ASSERT).  Use of ICA-17043 in patients with sickle cell disease (Co-investigator).

2007  Baptist Community Ministries.  A Sickle Cell Day Hospital (Co-investigator). $450,000.

USCA5 876

MJ Kahn CV                                                                  13

## Other National and Regional Academic Activities:

1996      **American Board of Internal Medicine**, test-item reviewer (Hematology and Oncology subspecialties)

1998-2000      Regional Representative for **Special Interest Group on Residents as Teachers, AAMC**

1998      **Associates Liaison Committee member, American College of Physicians** LA-MS Chapter

1998      Educating Physicians on End-of-Life Care (EPEC) Project Trainer, **American Medical Association**

1999      **American Medical Association** Section on Medical Schools Representative

2000      **General Internal Medicine Generalist Education Leadership (GIMGEL)** and **Association of Professors of Medicine** Faculty Development Project Participant

2000      Test-item writer for **American College of Physicians-American Society for Internal Medicine** Question Bank

2000      Test-item writer for **USMLE, Step 2** exam

2000      Participated in review and authorship, <u>**Graduate Education in Internal Medicine. A Resource Guide to Curriculum Development,**</u> The Federated Council for Internal Medicine (FCIM) Task Force on the Internal Medicine Residency Curriculum, 2000.

2001      **Improving Resident Training in End-of-Life Care (ABIM)** project participant

2001      <u>**Hematology Self Assessment Program (SAP)**</u>. Section author.

2002      <u>**Red Gold: The Epic Story of Blood**</u>, PBS June-July 2002. Expert Panel Member.

2005      Chair, <u>**American Society of Hematology High School Student Symposium**</u>

2005, 2006      Section coordinator, Specialty Updates, <u>**New Orleans Internal Medicine Board Review/Recertification.**</u> July 2005, New Orleans, LA.

USCA5 877

MJ Kahn CV                                                      14

| | |
|---|---|
| 2006 | Presenter and Discussant, **Medical Knowledge Self Assessment Program (MKSAP) 14 Audio Companion**, Hematology Section, American College of Physicians. |
| 2007 | **USMLE Step 2 Clinical Knowledge Standard Setting Panel** member |
| 2009 | **American College of Physicians (ACP) Virtual Dx Self-Assessment Module,** reviewer |
| 2010 | **American College of Physicians (ACP) Interpretive Skills Assessment Program Committee,** faculty |
| 2010 | Book Editor, **Medical Knowledge Self Assessment Program (MKSAP) 16,** Hematology Section**,** American College of Physicians |
| 2010 | Invited Participant. **A 2020 Vision of Faculty Development Across the Medical Education Continuum**, Baylor College of Medicine |
| 2011 | Item peer-reviewer, **Hematology 2011 Self Assessment Module**, American Board of Internal Medicine |
| 2011--2015 | **United States Medical Licensing Exam (USMLE) Test Material Development Committee**, Pharmacology and Biochemistry, member |
| 2015 | Member, Organizing Committee. **4Th Sector Solution Summit, Growing the Impact Economy**, San Francisco, Ca. |
| 2016-2017 | **Liaison Committee on Medical Education (LCME)**, Faculty Fellow |

## Previous Leadership Positions Held at Tulane University:

Hospital:

| | |
|---|---|
| 1995 | Search Committee **Member,** Assistant Chief of Staff for Ambulatory Care, VAMC, NOLA |
| 1998-1999 | **Vice Chairman**, Credentials Committee, Tulane University Hospital and Clinic |
| 1999-2002 | **Chairman**, Credentials Committee, Tulane University Hospital and Clinic |
| 1999 | **Chairman**, Ambulatory Care Director Search Committee, Charity Hospital |
| 2000-2002 | **Chief of Staff Elect**, Tulane University Hospital and Clinic |
| 2002-2004 | **Chief of Staff**, Tulane University Hospital and Clinic |
| 2008-2010 | **Chairman**, Quality Improvement Committee |

USCA5 878

MJ Kahn CV

| | |
|---|---|
| 2007-2012 | **Chairman**, Tumor Board, Tulane University Hospital and Clinic |

Medical School:

| | |
|---|---|
| 1994-2002 | **Chairman**, Internal Medicine Residency Review Committee |
| 1994-1996 | **Chairman**, Cancer Education Committee |
| 1995-1997 | **Member**, Executive Committee Faculty Practice Plan |
| 1996 | **Member**, Aaron Chair in Primary Care Search Committee |
| 1996-1998 | **Treasurer**, Alpha Omega Alpha |
| 1998-2003 | **Councilor**, Alpha Omega Alpha |
| 1997-2003 | **Chairman**, First Year Clinical Advisory Committee |
| 1999-2000 | **Vice Chairman**, General Medical Faculty |
| 2000-2001 | **Chairman**, General Medical Faculty |
| 1999-2000 | **Chairman**, Nominating Committee |
| 2004 | **Member**, C. Thorpe Ray Chair in General Internal Medicine Search Committee |
| 2005 | **Chairman,** Teaching Scholar Award Selection Committee |
| 2005-2007 | **Chapter Advisor**, Gold Humanism Honor Society |
| 2007 | **Chairman**, Neurology Chairman Search Committee |
| 2016 | **Chairman**, Knight Chair Search Committee |

University:

| | |
|---|---|
| 1999 | **Member**, Sr. Vice President for Health Sciences Search Committee |
| 2002 | **Member**, Sr. Vice President for Student Affairs Search Committee |
| 2009-2012 | **Chair**, University Senate Committee on Student Affairs |

## Academic Committees at Tulane University (past 5 years):

Hospital:

| | |
|---|---|
| 2006- | Ethics Committee |

Medical School:

| | |
|---|---|
| 1997- | Curriculum Committee |
| 2000- | Executive Faculty |
| 2001- | Society of Teaching Scholars |
| 2001-2011 | Personnel and Honors Committee |
| 2002- | Student Health Advisory Committee |
| 2002- | T3/T4 Clinical Advisory Committee |
| 2002- | MD/MPH Advisory Committee |
| 2003-2014 | Department of Medicine Promotions and Tenure Committee |
| 2014- | **Chair,** Department of Medicine Promotions and Tenure Committee |

USCA5 879

MJ Kahn CV                                                                                           16

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| 2000- | Admissions Committee                                            |
| 2006- | Biomedical Sciences Steering Committee, member                 |
| 2008- | Tulane University Medical Group (TUMG) Executive Committee      |
| 2009- | Legal Committee, member                                        |
| 2011- | Finance Subcommitee of TUMG                                    |

University:

|           |                                                                          |
|-----------|--------------------------------------------------------------------------|
| 2005-2014 | Tulane 34 Award Selection Committee                                      |
| 2006-2013 | University Senate Committee on Faculty, Tenure, Freedom, and Responsibility |
| 2009-2012 | University Senate                                                        |
| 2009-2012 | Tulane Administrative Board Student Affairs sub-committee                |
| 2010-2012 | University Risk Management Committee                                     |

## Major Clinical and Teaching Responsibilities:

**Course Co-director**- Primary Care, University of Pa. School of Med., 1992-1994.
**Course Co-director**- Heme/Onc Pathophysiology, University of Pa. School of Med. 1991-1994.
**Faculty Mentor**- Internal Medicine, Tulane University Health Sciences Center. 1995-2005
**Preceptor**-Introduction to Clinical Medicine, Physical Diagnosis, 1994-2004
**Faculty Leader**- Ethics Curriculum 1995-2010
**Morning Report**-Tulane University Medical Center and VAMC(1 day/week) 1994-2009
**Attending**- Heme/ Onc Service (2-3 months/year)
**Attending**-Heme/Onc clinic, Tulane University Medical Center
**Attending**-Resident's Medical Clinic, Charity Hospital 1994-2003
**Faculty Advisor**-C. Thorpe Ray Internal Medicine Interest Society 1995-1998
**Director and Preceptor**-Emergency Room Primary Care Elective, 1995-2004
**Co-coordinator**- Hematology  section of second year Pathology/Mechanisms of Disease course,  1995-present
**Co-captain**-  Tulane's Program for Professional Values and Ethics in Medicine 1995-1997
**Preceptor,** Biostatistics and Epidemiology 2002-2003
**Coordinator**, End of Life Care Interdisciplinary Seminar
**Lecturer**, Tulane/Xavier course, "Cancer: Causes Treatment and Disparities" 2008-2014
**Course Director**- Medical Humanities, 2009-present
**Lecturer**, Business in Medicine elective, 2009-present
**Lecturer**, First year Biochemistry course (Erythrocytosis), 2009-present
**Lecturer**, First year Histology Course (Leukocytosis), 2009-present
**Director and Developer**, Tulane Accelerated Physician Training Program—a unique 7-yr BS/MD program that includes a required year of public service

USCA5 880

**Lecturer**, Second year Pharmacology course (Principles of Chemotherapy I, II, III, IV), 2010-present

**Attending,** Apollo Medicine Service, Tulane University Hospital and Clinic. 2011—2014

**Professor and Course Director,** Seminars in Healthcare Industry. AB Freeman School of Business, Tulane University.


## Symposia, Group Meetings, and Courses:

1.  Coordinator and Chairman. **Louisiana Chapter of the American College of Physicians Associates Meeting,** New Orleans, LA. January, 1996.

2.  Invited Speaker: Uncovered Medical Services. **Association of Program Directors in Internal Medicine**, San Francisco, CA, April 1996.

3.  Invited Speaker: Hematologic/Oncologic Manifestations of HIV disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1996.

4.  Invited Speaker: Transfusion Management in Sickle Cell Disease. **Care of Adolescents and Young Adults with Sickle Cell Disease**, New Orleans, LA. October 1996.

5.  Invited Speaker: Coagulation Abnormalities in Cancer. **Leukemia/Lymphoma Update**, New Orleans, LA. October 1996.

6.  Invited Speaker: Lung Cancer Update. **Internal Medicine Update-1997**, Southwest Mississippi Regional Medical Center, McComb MS. March 1997.

7.  Panelist: Match Day-Before and After. **Southern Region Group on Student Affairs (AAMC)**, New Orleans, LA. April 1997.

8.  Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1997.

9.  Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1997.

10. Workshop Coordinator: Resident's Teaching Skills. **Southern Group on Educational Affairs (AAMC),** New Orleans, LA. March 1998.

11. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**, San Diego, CA. March 1998.

USCA5 881

MJ Kahn CV

18

12. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 1998.

13. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 1998.

14. Invited Speaker: Hypercoagulable States. **103rd Annual American Osteopathic Association Annual Meeting**, New Orleans, LA. October 1998.

15. Panel discussant. The "Teaching Resident of the Month" program. **AAMC SIG for Residents" Teaching Skills. AAMC National Meeting**, New Orleans LA, November 1998.

16. Workshop faculty. Residents as teachers: Facilitating their roles as professional partners in the teaching and learning process. **Group on Educational Affairs (AAMC) Annual Meeting**, New Orleans, LA, November 1998

17. Invited Speaker. Current Guidelines in Health Maintenance. **Louisiana/Mississippi American College of Physicians--American Society of Internal Medicine Meeting.** New Orleans, LA, March 1999.

18. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. New Orleans, LA. April 1999.

19. Invited Speaker. Thromboembolic Disease. **Family Practice 1999—A Case-Based Clinical Update**. New Orleans, LA. May 1999.

20. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

21. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

22. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

23. Invited Speaker. Successful Integration in Hematopathology. The Point of View of the Hematologist. **Group for Research in Pathology Education (GRIPE) Winter Meeting**. New Orleans, LA. January 2000.

USCA5 882

MJ Kahn CV

24. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. Philadelphia, PA. April 2000.

25. Invited Speaker. Update in Hypercoagulability. **Family Practice 2000: A Case-Based Clinical Update.** New Orleans, LA. May 2000.

26. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

27. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

28. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

29. Invited Speaker: Arterial Thrombosis**. MedLecture.com**. July 2000.

30. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. Atlanta, GA 2001.

31. Invited Speaker. Needs of Prescribers. **Safety Information and Labeling, Drug Information Association International Meeting**. New Orleans, LA. May 2001.

32. Invited Speaker. Death and Dying: End of Life Decisions. **Focus on Women's Health,** New Orleans, LA, March 2001.

33. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

34. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

35. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

36. Invited speaker. Ethical Issues of Pain Management. **Ethics for Everyone: Focus on the Human Spirit,** Memorial Hospital, Gulfport Mississippi, September, 2001.

37. Invited speaker. Decision Making at the End of Life. **Ethics for Everyone: Focus on the Human Spirit,** Memorial Hospital, Gulfport Mississippi, September, 2001.

USCA5 883

MJ Kahn CV

38. Session Moderator. Platelet Activation. **American Society of Hematology 43rd Annual Meeting and Exposition.** Orlando, Florida, December 2001.

39. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. Philadelphia, PA. April 2002.

40. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 2002.

41. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2002.

42. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2002.

43. Invited Speaker: Options at the End of Life: Terminal Sedation; Ethical, Practical and Spiritual Concerns. **Ethics for Everyone; 4th Annual Meeting**, Gulfport Mississippi. September, 2002.

44. Panel Leader: Combined MD Degree Programs. **Southern Group on Student Affairs (AAMC)**. Lexington, KY. April 2003.

45. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 2003.

46. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2003.

47. **Medicine Board Review Course**, New Orleans, LA. July 2003. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 2004.

48. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2004.

49. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2004.

50. Invited speaker: End of Life Care. **St Francis Health Center 6th Annual Oncology Symposium,** Topeka, KS. September 2004.

51.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. October 2004.

52.  Meet the  Professor. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. October 2004.

53.  Invited Speaker. Does the Medical Student Performance Evaluation (Dean's Letter) Predict Residency Program Director Assessment of Graduates? **American Association of Medical Colleges SGEA/SGSA Spring Meeting.** Winston-Salem, NC.  April 2005.

54.  Invited Speaker.  Medical Student Debt and Career Choice. **Careers In Medicine Professional Development Conference (AAMC).** Orlando, FL.  June 2005.

55.  Invited Speaker:  Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

56.  Invited Speaker:  Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

57.  Invited Speaker:  Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

58.  Invited Speaker:  Hematology Update. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

59.  Invited Speaker:  Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

60.  Invited Speaker:  Careers in Healthcare.  **National Youth Leadership Forum**, New Orleans, LA.  July 2005.

61.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2005. [cancelled due to Hurricane Rita]

62.  Panel Chair: Faculty Development on Research.  **Group on Student Affairs (AAMC) National Meeting,** Philadelphia, PA.  April 2006.

63.  Panel Discussant.  Students in Crisis—Hurricane Katrina. **Group on Student Affairs (AAMC) National Meeting,** Philadelphia, PA.  April 2006.

MJ Kahn CV                                                                      22

64. Panel Discussant. Disaster Plans for Student Records: When the Unthinkable Happens. **Group on Student Affairs (AAMC) National Meeting**. Philadelphia, PA. April 2006.

65. Panel Discussant. Disaster Planning 101: Lessons from Katrina**. Southern Group on Educational Affairs Annual Meeting**. Galveston, TX. May 2006.

66. Invited Speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

67. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

68. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

69. Invited Speaker: Hematology Update. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

70. Invited Speaker: Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

71. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2006.

72. Invited Speaker: **Targeted Therapy for Solid Tumors**. American College of Physicians Regional Meeting, New Orleans, LA. March 2007.

73. Discussion Group Leader: Rewarding Applicants with Non-Science Majors: The Tulane Creative Scholars Program. **Southern Group on Student Affairs (AAMC) Annual Meeting**, Little Rock, AK. April 2007.

74. Invited Speaker: Care and Feeding of Students During a Natural Disaster. **Showa University International Symposium for Health Science Education,** Tokyo, Japan. August 2007.

75. Invited Speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

76. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

MJ Kahn CV                                                                       23

77.  Invited Speaker:  Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

78.  Invited Speaker:  Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

79.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2007.

80.  Invited Speaker:  Counseling Skills and How to Put Them to Use**. Financial Aid Professional Development Conference (AAMC)**, New Orleans, LA. January 2008.

81.  Invited Facilitator:  Town Hall—Bringing Clarity. Moving Forward. Are We There Yet? **. Financial Aid Professional Development Conference (AAMC)**, New Orleans, LA.  January 2008.

82.  Invited Speaker:  A 20-month Clinical Continuum: The Tulane Clinical Curriculum. **Southern Group for Student Affairs/Central Group for Student Affairs Annual Meeting (AAMC)**, Destin, FL. April 2008.

83.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2008.

84.  Panelist:  Getting Into Residency.  **Student National Medical Association** Annual Meeting, New Orleans, LA.  April 2009.

85.  Invited Speaker:  Finance 101: The Value of an MD Degree. **Association of American Medical Colleges (AAMC) Southern Group on Student Affairs** Regional Meeting.  Dallas, TX.  April 2009.

86.  Panelist:  A Team Approach to Implementing Team-Based Learning: Lessons Learned.  **Association of American Medical Colleges (AAMC) Southern Group on Educational Affairs** Regional Meeting.  New Orleans, LA.  April 2009.

87.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2009.

USCA5 887

88. Invited Speaker: End of Life Ethics and Controversy. **Cancer: Early Detection and Treatment Paradigms**, New Orleans, LA. October 2009.

89. Invited Speaker: Innovations in Medical Education: Team-based Learning. **American Society of Hematology(ASH) Annual Meeting**, New Orleans, LA. December 2009.

90. Invited Speaker: The Value of a Medical Education. **Group for Research in Pathology Education (GRIPE) Annual Meeting**, New Orleans, LA. January 2010.

91. Invited Speaker: Teaching Business and Public Health to Medical Students. **Group for Student Affairs (GSA-AAMC) National Meeting**. Austin TX, April 2010.

92. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2010.

93. Invited Speaker: Benign Hematology—Managing Important Variants of Common Conditions. **New & Evolving Paradigms in Hematology & Cancer Risk Assessment: What the Physician Needs to Know**. New Orleans, LA. October 2010.

94. Invited Speaker: Clinical Challenges in Hematology/Oncology. **LA/MS Regional American College of Physicians (ACP) Meeting.** New Orleans, LA. March 2011.

95. Invited Speaker: Missions Admissions: Student Selection for the Regional Campus. **AAMC Group on Regional Medical Campuses/Group on Diversity and Inclusion (GRMC/GDI) 2011 Annual Meeting**. New Orleans, LA. March 2011.

96. Invited Speaker: "Academeconomics": The Economics of Medical Education. **Southern Group on Student Affairs/Northeastern Group on Student Affairs Regional Meeting AAMC**. Nashville, TN. April 2011.

97. Invited Speaker: The Tulane Accelerated Physician Training Program (TAP-TP): A Novel Combination of Scholarship and Service**. AAMC Student Affairs/Careers in Medicine Professional Development Conference.** Miami, FL. June 2011.

98. Plenary Speaker: Your Career as a Student Advocate. **AAMC Student Affairs/Careers in Medicine Professional Development Conference.** Miami, FL. June 2011.

99. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2011.

100. Plenary Session Organizer and Speaker: Professional Development for Student Affairs Professionals. **Association of American Medical Colleges** (**AAMC) Annual Meeting**. Denver, CO. November 2011.

101. Plenary Speaker: Financial Implications of Increasing Class Size. **Association of American Medical Colleges** (**AAMC) Annual Meeting**. Denver, CO. November 2011.

102. Speaker: Unscrambling SOAP. **Association of American Medical Colleges** (**AAMC) Annual Meeting.** Denver, CO. November 2011.

103. Facilitator: Patient-Centered Care. **Association of American Medical Colleges** (**AAMC) Annual Meeting.** Denver, CO. November 2011.

104. Speaker: Writing Multiple Choice Questions. Second Year Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.** San Diego, CA. December 2011

105. Co-Chair/Speaker: Hematology Problems During Pregnancy**. American Society of Hematology (ASH) Consultative Hematology Course**. San Diego, CA. December 2011.

106. Speaker: Resident and Medical Student Academic Careers in Hematology. **American Society of Hematology (ASH) Annual Meeting.** San Diego, CA. December 2011

107. Panel Discussant: Getting Beyond the White Coat: Developing and Maintaining Collaborations Between Colleges of Medicine and Business. **United States Association for Small Business Entrepreneurs (USASBE) Annual Meeting**. New Orleans, LA. January 2012.

108. Speaker: A Clear View of Professional Development from GSA (Group on Student Affairs) Leadership. **Joint Central and Southern Group on Student Affairs (CGSA/SGSA) Regional Meeting**. Clearwater Beach, FL. March 2012

109. Session Leader: Providing a Safe Place in Student Affairs: the Role of an Ombudsperson. **Joint Central and Southern Group on Student Affairs (CGSA/SGSA) Regional Meeting**. Clearwater Beach, FL. March 2012

MJ Kahn CV

110. Speaker:  Getting What You Need: Negotiation 101.  **AAMC Deans Assistants Group Annual Spring Meeting.** New Orleans, LA.  March 2012.

111. Meet the Professor Speaker:  Hematologic Issues for the Hospitalist. **American College of Physicians (ACP) Internal Medicine 2012 Annual Meeting.** New Orleans, LA.  April 2012

112. Moderator/Speaker:  Update in Hematology**. American College of Physicians (ACP) Internal Medicine 2012 Annual Meeting**.  New Orleans, LA.  April 2012.

113. Speaker:  Admissions Strategies for Schools with Multiple Campuses. **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.** San Juan, Puerto Rico. June 2012.

114. Plenary Speaker:  Professional Development for Admissions, Diversity, and Student Records Professionals.  **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.** San Juan, Puerto Rico. June 2012

115. Plenary Speaker:  Creating the Future of Medicine:  The Successful Diversity Affairs Officer—Emerging and Revolving Roles**. AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.** San Juan, Puerto Rico. June 2012

116. Facilitator:  Managing Institutional Change.  **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.** San Juan, Puerto Rico. June 2012.

117. Facilitator: AAMC Admissions Initiative—Preparing for the Road Ahead. **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.** San Juan, Puerto Rico. June 2012

118. Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2012.

119. Speaker: Autoimmune Hemolytic Anemia.  **American Society of Hematology Webinar**. (www.hematology.org/webinars), September, 2012.

120. Co-chair/Speaker:  Hematology Problems During Pregnancy. **American Society of Hematology Consultative Hematology Course**. Chicago, IL. September 2012.

USCA5 890

Case 2:14-cv-02518-NEEF-MLH Document 5399-8 Filed 02/10/17 Page 42 of 69

121. Plenary Speaker:  Creating a Professional Development Program for Student Affairs Professionals.  **Association of American Medical Colleges Annual Meeting.**  San Francisco, CA.  November 2012.

122. Discussant:  Research in Medical Education (RIME) session, Admissions.  **Association of American Medical Colleges Annual Meeting.**  San Francisco, CA.  November 2012

123. Speaker:  Tulane's Accelerated Physician Training Program.  Baccalaureate/MD Meeting, **Association of American Medical Colleges Annual Meeting.**  San Francisco, CA.  November 2012

124. Speaker:  Resident and Medical Student Academic Careers in Hematology.  **American Society of Hematology (ASH) Annual Meeting.**  Atlanta, GA.  December 2012.

125. Chair and Speaker:  Maintenance of Certification, Hematology Update 2012.  **American Society of Hematology (ASH) Annual Meeting.**  Atlanta, GA.  December 2012.

126. Speaker:  Self-Directed Learning.  Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.**  Atlanta, GA.  December 2012.

127. Speaker:  Seeing is Believing:  The Importance of the Peripheral Blood Smear.  **American College of Physicians, Central American Chapter Annual Meeting**.  Panama City, Panama.  January 2013.

128. Speaker:  The HITS Keep Coming:  Management of Heparin Associated Thrombocytopenia. **American College of Physicians, Central American Chapter Annual Meeting**.  Panama City, Panama.  January 2013.

129. Speaker:  Keeping Thinner:  New Oral Anticoagulants. **American College of Physicians, Central American Chapter Annual Meeting**.  Panama City, Panama.  January 2013.

130. Panelist:  The role of higher education in entrepreneurship.  **New Orleans Entrepreneur Week**, New Orleans, LA.  March 2013.

131. Speaker and Co-course director:  Test Taking Strategies.  **American College of Physicians Maintenance of Certification Exam Preparation Course.**  New Orleans, LA.  March 2013.

132. Speaker and Co-course director:  Hematology.  **American College of Physicians Maintenance of Certification Exam Preparation Course.**  New Orleans, LA.  March 2013.

USCA5 891

133. Speaker and Co-course director: Oncology I and II. **American College of Physicians Maintenance of Certification Exam Preparation Course.** New Orleans, LA. March 2013.

134. Speaker: Finance and Budgeting. **Group on Educational Affairs/Group on Student Affairs Regional Meeting**. Savannah, GA. April 2013.

135. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2013.

136. Invited Speaker: Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2013.

137. Moderator/Speaker: Efficiency, Accountability and Sustainability: Alternative Models for Medical Education. **Association of American Medical Colleges Annual Meeting**. Philadelphia, PA. November 2014.

138 Moderator/Invited Speaker: New Professional Development Program for Student Affairs Practitioners. **Association of American Medical Colleges Annual Meeting**. Philadelphia, PA. November 2014.

139. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America**. Dallas, TX. January 2014.

140. Co-chair/Speaker: Practice Update. **Highlights of ASH, North America**. Dallas, TX. January 2014.

141. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America**. Miami, FL. January 2014.

142. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America**. Atlanta, GA. January 2014.

143. Co-chair/Speaker: Hemostasis. **Highlights of ASH, Asia**. Singapore. March, 2014

144. Co-chair/Speaker: Hemostasis. **Highlights of ASH, Latin America**. Florianópolis, Brazil. April 2014.

145. Co-Chair and Speaker: Hematology/Medical Oncology Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2014. American College of Physicians**. Orlando, FL. April 2014.

146. Speaker: The Abnormal Hemogram. **ASCO/ASH Seminar—Hematology for the Oncologist**. Chicago, IL. May 2014.

147. Speaker: How Do We Decide When Not to Operate? Facing Challenges in Surgical Decision Making for Older Adults. **Anesthesiology 2014**, New Orleans, LA. Oct 2014.

148. GSA Plenary Speaker: Does Money Matter? The Role of Financial Factors in Specialty Choice. **Learn, Serve, Lead 2014: AAMC Annual Meeting**. Chicago, IL. November 2014.

149. Plenary Speaker. The Role of Financial Factors in Medical Student Specialty Choice. **AAMC Committee on Student Records/Committee on Student Financial Assistance**, San Antonio, TX. January 2015.

150. Plenary Panelist. The Life Cycle of Faculty Members and Career Development: Physician Educators. **AAMC Council for Faculty and Academic Societies (CFAS) Annual Meeting.** San Diego, CA. March 2015.

151. Co-Chair and Speaker: Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

152. Moderator: Clinical Triad. Anticoagulants: What the Internist Needs to Know. **Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

153. Speaker: Interpreting the CBC: What's the Diff? **Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

154. Speaker and Session Moderator: Platelet Disorders/Images in Hematology. **ASCO/ASH Seminar—Hematology for the Oncologist**. Chicago, IL. May 2015.

155. Speaker/Discussion Leader: **Academic Medicine Track, Growing the Impact Economy Summit.** Presidio Institute, San Francisco, CA June, 2015

156. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2015.

MJ Kahn CV

157. Invited Speaker:  Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX.   September 2015.

158. Invited Speaker:  ASH/ABIM Collaboration. **ABIM Liaison Committee for Certification and Recertification.** Philadelphia, PA.  September 2015.

159. Invited Speaker: Assisting Students At Risk In The Match: A Case-Based Discussion Of Resource-Based Counseling. **Transition to Residency: Conversations Across the Medical Education Continuum, NRMP National Stakeholders Meeting**. New Orleans, LA.  October 2015.

160. Invited Speaker:  Milestones in the History of Hematology.  Introduction to Lawrence Hill's "The Epic History of Blood." **American Society of Hematology (ASH) Annual Meeting.** Orlando, FL.  December 2015.

161. Invited Speaker:  Team Based Learning.  Hematology Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.** Orlando, FL.  December 2015.

162. Co-Chair and Speaker:  Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2016.  American College of Physicians**. Washington, DC.  May 2016.

163. Invited Speaker:  Hemolytic Anemia That You May See in Your Practice: Sickle Cell Disease, Autoimmune Hemolytic Anemia, and G-6-PD Deficiency. **Internal Medicine 2016.  American College of Physicians**. Washington, DC.  May 2016.

164. Invited Speaker and Course Planning Committee Member. Images in Hematology: You Make the Diagnosis. **American Society of Clinical Oncology 2016 Annual Meeting Precourse:  Hematology for the Oncologist.** Chicago Il.  June 2016.

165. Workshop developer/facilitator:  Professional Development as Our Pathway to Excellence. **AAMC GSA Professional Development Initiative.** St. Louis, MO.  June 2016.

166. Invited Speaker:  The road to a successful match: A case-based discussion of resource-based counseling for at-risk students in the match. **2016 AAMC GSA/CiM/OSR Professional Development Conference.** St. Louis, MO. June 2016.

167. Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor**

**Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2016.

168. Invited Speaker: Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2016.

169. Invited Speaker: Weathering the storm: examples, implications, and lessons learned in crisis planning and response. **Learn, Serve, Lead, AAMC Annual Meeting**. Seattle Washington, November 2016.

170. Co-Chair and Speaker: Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2017. American College of Physicians**. San Diego, CA. March 2017.

171. Invited Speaker: Iron: Too much, too little, too late. **Internal Medicine 2017. American College of Physicians.** San Diego, CA. March 2017.

172. Moderator. Clinical Triad: Managing thrombosis in special circumstances. **Internal Medicine 2017. American College of Physicians**. San Diego, CA. March 2017.

## Visiting Professorships:

Faculty Workshop Co-Coordinator. **Teaching the Teachers: A Faculty Development Workshop,** University of Mississippi School of Medicine, Department of Medicine. Jackson, MS. May, 2001.

Workshop Co-leader. **Practical Teaching Skills**. University of Texas Medical Branch Galveston, Department of Medicine. Galveston, Texas. January 2002.

Consultant and Visiting Professor. **Internal Medicine/Preventive Medicine Combined Residency Programs.** Meharry Medical College, Nashville TN. May 2002.

Visiting Professor. **Hemoglobinopathies** and **Student Affairs Issues**. Universidad Technologica de Santiago (UTESA), Santiago, Dominican Republic. November 2005. [cancelled due to Hurricane Katrina]

Visiting Professor. **Showa International Symposium of Health Science.** Showa University, Tokyo Japan. August 2007.

Visiting Professor. **Universite Claude Bernard**, Lyon, France. May 2008.

Visiting Professor. **Universidad de los Andes,** Bogota, Colombia. March 2011.

MJ Kahn CV                                                                                    32

Visiting Professor.  **Monmouth Medical Center**, Long Branch, NJ.  October 2012

Visiting Professor.  **Albert Einstein Medical Center**, Philadelphia, PA.  December 2012

Visiting Professor.  **Mount Sinai School of Medicine**, New York, NY.  January 2013.

Visiting Professor and External Reviewer.  **Universidad de los Andes,** Bogota, Colombia.  May 2013.

Visiting Professor.  **Hunan Children's Hospital**, Changsha, China. September 2014

Visiting Professor.  **Tongji Medical College, Wuhan Central Hospital, Huazhong University of Science and Technology.**  Wuhan, China.  September 2014.

Visiting Professor. Flipped  Classroom Workshop.  **University of Virgin Islands School of Medicine**.  St. Thomas, USVI.  April 2015.

Alpha Omega Alpha Visiting Professor.  **Louisiana State University Health Sciences Center at Shreveport.**  April, 2016.


**Lectures by Invitation:**

Einstein Northern Division Hospital, Philadelphia PA.  Pain Management.  1993.

East Jefferson Hospital, Metairie, LA.  Transfusion Medicine, 1994.  November 1994.

East Jefferson Hospital, Metairie, LA.  Genitourinary Neoplasms.  May 1995.

Mercy Baptist Internal Medicine Group, New Orleans, LA.  Coagulation Disorders. October 1995.

Tulane University School of Medicine, New Orleans, LA. **Ivy Day Speaker**.  May 1997.

WLAE TV, New Orleans  channel 32, "Who's taking care of You?"  Colds and Flu. December 1997.

WLAE TV, New Orleans channel 32.  "Who's Taking Care of You?"  The Changing Face of Medicine.  March 1999.

MJ Kahn CV                                                                                         33
   McComb Regional Medical Center, McComb, MS.  Pain and Symptom
   Management.  September, 2000


## Bibliography

### Original Manuscripts, letters and commentaries:

1. Trotman BW, Bongiovanni MB, **Kahn, MJ**, Bernstein SE:   A morphological study of
   the liver and gallbladder in hemolysis-induced gallstone disease in mice.
   *Hepatology*  2:863-869, 1982.

2. Malet P, Baker J, **Kahn MJ**, Soloway R:  Gallstone composition in relation to
   buoyancy at oral cholecystography.  *Radiology*  177:167-169, 1990.

3. **Kahn, MJ**, Luginbuhl W, Gaines L, Bratschi J, Bavaria J, Kaiser L, Treat J:
   Leukocytosis associated with all-trans retinoid acid therapy for metastatic non-
   small cell lung cancer. *Journal of the National Cancer Institute,*  84:1669-1671,
   1992.

4. Steinmann WC, **Kahn MJ**:  The future general internist [letter].  *Annals of Internal
   Medicine,* 123:156, 1995.

5. Steinmann WC, **Kahn MJ**:  Will current practices in the evaluation of patients
   compromise the value of care assumed under managed competition?  *Focus and
   Opinion in Internal Medicine,* 2:366-371, 1995.

6. **Kahn MJ:** Prophylactic platelet transfusion; current guidelines.  *Focus and
   Opinion in Internal Medicine,* 2:454-458, 1995.

7. Willett WF, **Kahn MJ**, Gerber MA:  Lupus aortitis:  A case report and review of
   the literature.  *Journal of the Louisiana State Medical Association,*  148:55-59,
   1996.

8. Steinmann WC, **Kahn MJ**, Montgomery T: A curriculum in medical record
   documentation. *Academic Medicine,* 71:531, 1996.

9. **Kahn MJ,** Kieber-Emmons T, Vilaire G, Murali R, Poncz M, Bennett JS:  Effect of
   mutagenesis of GPIIb amino acid 273 on the expression and conformation of the
   platelet integrin GPIIb-IIIa. *Biochemistry,*  35:14304-14311, 1996.

10. **Kahn MJ,** Scher C**,** Rozans M, Leissinger C,  Michaels R, Krause J:  Factor V
    Leiden is not responsible for stroke in patients with sickling disorders and is
    uncommon in African-Americans with sickle cell disease.   *American Journal of
    Hematology,*  54:12-15, 1997.

MJ Kahn CV

11. Salhaney KE, Feldman M, **Kahn MJ**, Peritt D, Schretzenmair RD, Wilson DM, DiPaola RS, Glick AD, Kant JA, Nowell PC, Kamoun M:  Hepatosplenic γδ T cell Lymphoma:  Ultrastructural, immunophenotypic, and functional evidence for cytotoxic T lymphocyte differentiation.  *Human Pathology,* 28:674-685, 1997.

12. **Kahn MJ**, Morrison D: Chemoprevention of colorectal cancer. *Hematology/Oncology Clinics of North America,* 11:779-794, 1997.

13. Fearing M, Spar M, **Kahn MJ**:  Chronic thrombotic thrombocytopenic purpura masquerading as other disease entities. *Journal of the Louisiana State Medical Society*, 150:29-31, 1998.

14. **Kahn MJ**, Kahn CM:  Tinea Barbae:  Man and Boxer [letter].  *New England Journal of Medicine*, 339:272, 1998.

15. Mahoney MS, **Kahn M**:  Images in clinical medicine:  A medical mystery. *New England Journal of Medicine,* 339:745, 1998.

16. Mahoney MS, **Kahn M**:  Answer to the latest medical mystery [letter]. *New England Journal of Medicine*, 339:1333, 1998.

17. Shah MK, **Kahn MJ,** Steinmann WC:  Eliminating redundancies in Med-Peds training [letter].  *Academic Medicine*, 73:1218-1219, 1998

18. Mahoney MS, **Kahn M**:  Low molecular weight heparin for treating venous thromboembolism. [letter]. *Annals of Internal Medicine*,  130:77, 1999.

19. Doucet H, Shah MK, Cummings TL, **Kahn MJ**:  Comparison of Internal Medicine, Pediatric, and Med/Peds applicants and factors influencing career choices. *Southern Medical Journal*, 92:296-299, 1999.

20. **Kahn MJ**, Szerlip HM: Using  standardized patients to teach end of life skills to clinical clerks.  *Academic Medicine*, 74:581, 1999.

21. **Kahn MJ,** Blonde L:  Assessing the quality of medical subspecialty training programs. *American Journal of Medicine*,  106:601-604, 1999.

22. Kutcher JS, **Kahn MJ,** Andersson HC, Foundas AL:  Neuroacanthocytosis masquerading as Huntington's disease: CT/MRI findings. *Journal of Neuroimaging*,  9:187-189, 1999.

23. Nuckton TJ, Luther KA, Weinberger MA, Cohen I, Cummings TL, Doucet HJ, Friedman TC, **Kahn, MJ**:  Residency training in developing nations.  An international elective for US physicians in training. *Teaching and Learning in Medicine: An International Journal*, 11:207-213, 1999.

MJ Kahn CV                                                                35

24. Shobeiri SA, West EC, **Kahn MJ**, Nolan TE:  Postpartum acquired hemophilia (Factor VIII inhibitors): A case report and review of the literature.  *Obstetrical & Gynecological Survey*,  55:729-737, 2000.

25. **Kahn MJ**, Merrill WW, Anderson DS, Szerlip HM:  Residency program director evaluations do not correlate with performance on a  required fourth year objective structured clinical examination. *Teaching and Learning in Medicine:  An International Journal*, 13:9-12, 2001.

26. **Kahn MJ**, Krause J:  Integrated hematopathology: Pairing clinician and pathologist in a second year medical school course. *Pathology Education*, 25:17-19, 2001.

27. **Kahn MJ**, Sherer K, Alper AB, Lazarus C,  LeDoux E, Anderson D, Szerlip H:  Using standardized patients to teach end-of-life skills to clinical clerks.  *Journal of Cancer Education*, 16:163-165, 2001.

28. Outlaw DT, **Kahn MJ**, De Salvo K, Cummings TL:  Description of a combined Internal Medicine-Pediatrics continuity clinic for combined program residents. *Southern Medical Journal*, 94:1173-1176, 2001.

29. Rozans M, Dreisbach A, Lertora JJL, **Kahn MJ**:  The palliative use of methylphenidate in cancer patients: A review.  *Journal of Clinical Oncology*, 20:335-339, 2002.

30. Wolfsthal SD, Beasley BW, Kopelman R, Stickley W, Gabryel T, **Kahn MJ**, and the Membership Survey and Scientific Data Committee of the Association of Program Directors of  Internal Medicine: Benchmarks of support in internal medicine residency training programs.  *Academic Medicine*, 77:50-56, 2002.

31. Naidech A, Weisberg L, Palliyath S, **Kahn M**:  Sudden weakness in a patient with lymphoma. *Cleveland Clinic Journal of Medicine*, 69:337-341, 2002.

32. Lowentritt JE, **Kahn MJ**, Batuman V:  Use of recombinant hirudin as an anticoagulant in plasmapheresis in a patient with heparin-induced thrombocytopenia. [letter]. *Nephrology Dialysis and Transplantation*, 17:1533-34, 2002.

33. Weldon CB, Jaffe BM, **Kahn MJ**:  Therapy-induced leukemias and myelodysplastic syndromes  following breast cancer treatment: an underemphasized clinical  problem. *Annals of Surgical Oncology*, 9:738-744, 2002.

34. **Kahn MJ**:  Hypercoagulability as a cause of stroke in adults. *Southern Medical Journal,* 96:350-353, 2003.

USCA5 899

MJ Kahn CV

35. **Kahn MJ**, Lazarus CJ, Owens DE: Allowing patients to die: practical, ethical, and religious concerns. *Journal of Clinical Oncology*, 21:3000-3002, 2003.

36. Naidech A, Parekh N, **Kahn MJ**: Superstitions in house officers. *Resident and Staff Physician*, 50:2-4, 2004.

37. **Kahn MJ**, McCrae KR: Splenectomy in immune thrombocytopenic purpura: Recent controversies and long term outcomes. *Current Hematology Reports,* 3:317-323, 2004.

38. Rozans M, **Kahn MJ**: Methylphenidate use for symptom management in the end of life. *American Academy of Hospice and Palliative Medicine Bulletin*, 5: 4-5, 2004.

39. **Kahn MJ**, Mudad R, Glotzbach J, Owens D: Perspectives on the cancer death of a medical student. *American Journal of Hospice and Palliative Care*, 22:393-396, 2005.

40. **Kahn MJ**: As I see it: What types of information do medical schools need from residency programs to better advise medical students in their selection of an appropriate medical specialty and residency program? *GSA (Group on Student Affairs) Reporter*, 3:6, 2006.

41. **Kahn MJ**, Taylor I, Krane K: Lessons learned from Katrina: Preserving the undergraduate medical education mission. *Academic Physician & Scientist*, 7-8, June 2006.

42. **Kahn MJ**: As I see it: How would an increase in class size affect your medical school in terms of administration, faculty and resources? *GSA (Group on Student Affairs) Reporter*, 4:10, 2006.

43. Taylor IL, Krane NK, Amedee R, **Kahn MJ:** Rebuilding institutional programs in the aftermath of Hurricane Katrina: The Tulane experience. *American Journal of Medical Sciences*,332:264-268, 2006.

44. **Kahn M**: New Orleans—one year later. *Hematologist*, 3:2, 2006.

45. **Kahn MJ**, Markert RJ, Lopez FA, Spector S, Randall H, Krane NK: Is medical student choice of a primary care residency affected by debt? *Medscape General Medicine*, 8 (4):18, 2006 .

46. Conard CJ, **Kahn MJ**, DeSalvo KB, Hamm LL: A student clinical experience in Africa: Who are we helping? *Virtual Mentor (AMA Journal of Ethics)*, 8:855-858, 2006 (electronic journal).

47. **Kahn MJ**, Markert RJ, Johnson JE, Owens D, Krane NK: Psychiatric issues and answers following Hurricane Katrina. *Academic Psychiatry*, 31:200-204, 2007.

48. Landry MD, Markert RJ, **Kahn MJ**, Lazarus CJ, Krane NK: A new approach to bridging content gaps in the clinical curriculum. *Medical Teacher*, 29:e47-50, 2007 (electronic publication).

49. **Kahn MJ**, Gregory SA: ASH releases third edition of ASH-SAP. *Hematologist*, 4:14, 2007.

50. Krane NK, **Kahn MJ**, Markert RJ, Whelton P, Traber PG, Taylor IL: Surviving Hurricane Katrina: Reconstructing the educational enterprise of Tulane University School of Medicine. *Academic Medicine*, 82:757-762, 2007.

51. Krane NK, DiCarlo, R, **Kahn MJ**: Medical education in post-Katrina New Orleans: A story of survival and renewal. *Journal of the American Medical Association (JAMA),* 298:1052-1055, 2007.

52. Owens DE, Beckman BS, **Kahn MJ**: Beyond spirituality: The role of a medical school chaplain. *Healing Ministry*, 14:23-25, 2007.

53. Crawford BE, **Kahn MJ**, Gibson JW, Daniel AJ, Krane NK: Impact of Hurricane Katrina on medical student academic performance: The Tulane experience. *American Journal of the Medical Sciences*, 336:142-146, 2008.

54. Sachs BP, Krane NK, **Kahn MJ**: Medical school dean as a turnaround agent. *American Journal of the Medical Sciences,* 336:181-184, 2008.

55. Naidech AM, **Kahn MJ**, Soong W, Green D, Batjer HH, Bleck TP: Packed red blood cell transfusion causes greater hemoglobin rise at a lower starting hemoglobin in patients with subarachnoid hemorrhage. *Neurocritical Care*, 9:198-203, 2008.

56. Donald CE, **Kahn MJ**: Successful treatment of hypereosinophilic syndrome with cyclosporine. *American Journal of the Medical Sciences,* 337:65-66, 2009.

57. **Kahn MJ**: New Orleans—Four years after the flood waters receded. *American Society of Hematology (ASH) News Daily*, Issue 2, Section A, page 2. December 6, 2009.

58. Levy JM, Hasney CP, Friedlander PL, Kandil E, Occhipinti EA, **Kahn MJ**: Combined mycophenolate mofetil and prednisone therapy in tamoxifen- and prednisone-resistant Reidel's Thyroiditis. *Thyroid*, 20:105-107, 2010.

USCA5 901

59. Bagatell SJ, Owens DP, **Kahn MJ**: Organ donation by a prisoner: Legal and ethical considerations. *Journal of the Louisiana State Medical Society*, 162:44-46, 2010.

60. **Kahn MJ**, Nelling EF: Estimating the value of medical education: A net present value approach. *Teaching and Learning in Medicine: An International Journal*, 22:205-208, 2010.

61. Chakraborti C, **Kahn MJ**, Krane NK. Operationalizing patient safety at academic medical centers [Perspective]. *AHRQ WebM&M [serial online]*. August 2010. Available at: http://www.webmm.ahrq.gov/perspective.aspx?perspectiveID=90.

62. Hafler JP, Ownby AR, Thompson BM, Fasser CE, Grigsby K, Haidet P, **Kahn MJ**, Hafferty FW: Decoding the learning environment of medical education: a hidden curriculum perspective for faculty development. *Academic Medicine*, 86:440-444, 2011.

63. Schiefler D, Owens DP, **Kahn MJ**: The medical school curate: an examination of student need. *Journal of Religion and Health*, 50:75-80, 2011.

64. Ataga KI, Reid M, Ballas SK, Yasin Z, Bigelow C, James LS, Smith WR, Galacteros F, Kutlar A, Hull JH, Stocker JW, ICA -17043-10 Study Investigators [**Kahn MJ**]: Improvements in haemolysis and indicators of erythrocyte survival do not correlate with acute vaso-occlusive crises in patients with sickle cell disease: a phase III randomized, placebo-controlled, double-blind study of the Gardos channel blocker senicapoc (ICA-17043). *British Journal of Haematology*, 153:92-104, 2011.

65. Owens DP, Schiefler DA, **Kahn MJ**: Hope and healing in the midst of devastation: reflections on Katrina in the aftermath of September 11. *Journal of Religion and Health*, 50:477-480, 2011.

66. Schiefler DA, Azevedo BM, Culbertson RA, **Kahn MJ**: Financial ramifications of increasing class size: Does tuition cover cost? *The Permanente Journal*, 16:10-14, 2012.

67. **Kahn MJ**, Ma AD, Shulman LN: Update in Hematology and Medical Oncology: evidence published in 2011. *Annals of Internal Medicine*, 157:276-283, 2012.

68. Krousel-Wood MA, He J, Booth M, Chen CS, Rice J, **Kahn MJ**, Maeshiro R, Whelton PK: Formal public health education and career outcomes of medical school graduates. *PLoS One*, 7:e39020, 2012.

69. **Kahn MJ**, Long HW: A real options approach to clinical faculty salary structure. *Journal of Health Care Finance*, 39:87-96, 2012.

70. **Kahn MJ**, Brown MW, Christie JM:  Harnessing creativity: Creating a business proposal competition for medical students [letter]. *Medical Teacher*, 35:261, 2013.

71. **Kahn MJ**, Maley JH, Lasker GF, Kadowitz PJ:  Updated role of nitric oxide in disorders of erythrocyte function. *Cardiovascular & Haematological Disorders-- Drug Targets*,13:83-87, 2013

72. Sachs BP, Maurer RE, Wartman SA, **Kahn MJ**:  Saving academic medicine from obsolescence. Leading Health Care Innovation Insight Center. *Harvard Business Review/New England Journal of Medicine,* http://blogs.hbr.org/2013/11/saving-academic-medicine-from-obsolescence/ November 2013.

73. **Kahn MJ**:  Gumbo, ASH style.  *The Hematologist*, 11:4-5, 2014.

74. **Kahn MJ**, Maurer RE, Wartman SA, Sachs BP:  A case for change:  disruption in academic medicine.  *Academic Medicine*, 89:1216-1219, 2014.

75. **Kahn MJ**, Williams ME:  *Drawing First Blood*:  Has ABIM gone too far?  *ASH Clinical News*, October 13, 2014.

76. Sabeti H, **Kahn MJ,** Sachs BP:  The "for benefit" academic medical center: a solution for survival. *Academic Medicine*, 90:599-602, 2015.

77. **Kahn MJ**, Sneed EJ:  Promoting the affordability of medical education to groups underrepresented in the profession: the other side of the equation. *AMA Journal of Ethics (Virtual Mentor), 17:172-175, 2015.*

78. **Kahn MJ**:  *How I Teach*:  Instruction without lecture: Losing the crutch.  *ASH Clinical News*, January 20, 2015.

79. Spector S, **Kahn MJ**, Lazarus C, Preslin M, Wong JG, O'Donnell J, McCormack WT, Kavan MG, Lopez AM, House A: Gold Humanism Honor Society election and academic outcomes:  a 10 institution study.  *Family Medicine*, 47:770-775, 2015.

80. Mangione S, **Kahn MJ**:  A tale of two brains: How to rekindle the artist within. *Pharos Alpha Omega Alpha Honor Medical Society*. 78:41-46, 2015.

81. Kesselheim JC, **Kahn MJ**:  The charge of the teaching brigade:  The new ASH Medical Educators Institute. *The Hematologist, 13:1,13,* 2016.

82. Mangione S, Chakraborti C, Staltari G, Harrison R, Tunkel AR, Liou KT, Cerceo E, Voeller M, Bedwell WL, Fletcher K, **Kahn MJ**:  Association between Interests/participation in arts and humanities and medical students' personal qualities: a multi-institutional study.  Submitted for publication.

83. Schieffler DA, Farrell PA, **Kahn MJ**, Culbertson RA: The evolution of the medical school deanship: from patriarch to CEO to system dean. *The Permanente Journal*, accepted with revision. 2016.

84. Youngclaus J, **Kahn MJ**: Financial influence on medical student specialty choice: Does money matter? In preparation.

**Books:**

1. Puschett JB, Wiese J, **Kahn MJ** (Eds): Biotest Study Aids. Internal Medicine. Biotest Publishing company, Inc. Ventura, California, 2005. ISBN 1-893720-16-0.

2. Williams M, **Kahn MJ** (Eds): Hematology Self Assessment Program (SAP), 2nd edition. Blackwell Science, Malden MA, 2005. ISBN 1-4051-2705-8.

3. **Kahn MJ**, Gregory SA (Eds): Hematology Self Assessment Program (ASH-SAP), 3rd edition. American Society of Hematology, Washington, DC, 2007. ISBN13:978-0-9789212-0-0.

4. **Kahn MJ** (Ed). Hematology and Oncology. Medical Knowledge Self-Assessment Program (MKSAP) 16. American College of Physicians, Philadelphia, PA. 2012. ISBN 978-1-938245-04-06

**Multimedia:**

1. Naidech A, **Kahn MJ** :  World Wide Web page, Department of Medicine, Tulane University Medical Center (1997-2001). www.mcl.tulane.edu/departments/medicine

2. **Kahn MJ**: Review of Blueprints in Medicine, 2nd Ed. Doody's Review Service (on-line). Available : http://www.doody.com. (Accessed February 2001).

3. **Kahn MJ**:  Review of Rypin's Clinical Sciences Review, 18th Ed. Doody's Review Service (on-line). Available: http://www.doody.com. (Accessed September 2001).

4. **Kahn MJ**: Review of Women in Medicine: Career and Life Management, 3rd Ed. Doody's Review Service (on-line). Available: http://www.doody.com. (Accessed October 2002).

5. **Kahn MJ**: Factor V Leiden. ePocrates Dx. Available: http://www.epocrates.com. (Accessed July 2004).

6. **Kahn MJ**:  Protein C deficiency. ePocrates Dx. Available: http://www.epocrates.com.

7. **Kahn MJ**:  Protein S deficiency.  ePocrates Dx.  Available:  http://www.epocrates.com.

8. **Kahn MJ**:  Antithrombin deficiency.  ePocrates Dx.  Available:  http://www.epocrates.com.

9. **Kahn MJ**:  Prothrombin 20210 mutation.  ePocrates Dx.  Available:  http://www.epocrates.com.

10. **Kahn MJ**:  Hematemesis.  For **American Society of Hematology** electronic teaching case bank. ISSN 1931-6860.  (Available: October 2006) http://teachingcases.hematology.org

11. **Kahn MJ**:  Hematology Update.  For **American College of Physicians** Medical Knowledge Self Assessment Program 14 (MKSAP 14) Assessment Update. American College of Physicians, Philadelphia, PA, July 2007.

12. Fahed R, Barnett B, **Kahn MJ**: Pseudoschistocytosis secondary to cryoglobulinemia.  For American Society of Hematology Image Bank.  Nov 2007; 2007:7-00026. (http://www.ashimagebank.hematology/library.org)

13. **Kahn MJ**, Clarkson C, Crawford B: Coagulation Team Based Learning Exercise. MedEdPORTAL; 2009. Available from: http://services.aamc.org/30/mededportal/servlet/s/segment/mededportal/?subid=4054.

14. **Kahn MJ**:  Peripheral Blood Smears.  American College of Physicians (ACP) Virtual Dx.  2010. http://virtualdx.acponline.org/main

15. Saba N, **Kahn MJ**: Green inclusions in neutrophils.  For American Society of Hematology (ASH) Image Bank.  February 2011; 2011:1-00005. (http://www.ashimagebank.hematology/library.org)

16. **Kahn MJ**:  USMLE Rx (American College of Physicians).  Hematology/Medical Oncology.  Accessible 2011.

17. **Kahn MJ**: Hematology.  Medical Knowledge Self-Assessment (MKSAP 16) Audio Companion.  American College of Physicians, Oakstone Publishing, Birmingham, AL.  discs 28-35, 2012.

18. **Kahn MJ**:  Hematology Update.  For **Medical Knowledge Self- Assessment (MKSAP 16) Update**.  American College of Physicians, Philadelphia, PA.  July 2013.

USCA5 905

MJ Kahn CV                                                                          42

19. Cromwell C, **Kahn MJ**:  Autoimmune Hemolytic Anemia.  For **American Society of Hematology** electronic teaching case bank.  http://teachingcases.hematology.org ISSN: 1931-6860. (Available: May 2013)

20. **Kahn MJ**: Update parts 1,2,3,4.  Hematology/Medical Oncology. For **Medical Knowledge Self- Assessment (MKSAP 16) Update**.  American College of Physicians, Philadelphia, PA.  December 2013-Dec 2014.

21. **Kahn MJ**, Hylton H:  Anemia, Polycythemia and Hemochromatosis.  Online Post-masters Hematology Course.  Oncology Nursing Society/American Society of Hematology.  2016.  https://www.ons.org/content/post-master%E2%80%99s-foundation-hematology

22. **Kahn MJ**:  Making Medicines: The Process of Drug Development.  Online course in collaboration with Eli Lilly and Company, Indianapolis, IN.  2016

23. Kahn MJ:  Hematology/Medical Oncology. **Medical Knowledge Self-Assessment (MKSAP 17) Update**.  American College of Physicians, Philadelphia, PA.  July 2016.

**Chapters:**

1. Goldman B, **Kahn MJ**:  Surgery in the patient with hematologic disease.  Perioperative Medicine, D. Goldman (Ed), 2nd edition.  New York, McGraw Hill, 1994, pp 277-282.

2. **Kahn MJ**, Vargas-Cuba R:  Hematologic Diseases.  Medicine Pearls of Wisdom.  Mike Zevitz (Ed.), Scott Plantz(ed.), Jon Adler (Ed.)  Boston,MA.  Boston Medical Publishing Corporation, 1998, pp. 233-246.

3. Mikota SK, **Kahn MJ**:  Hematology of the Elephant.  Schalm's Veterinary Hematology, B.F. Feldman, J.G. Zinkl, N.C. Jain (Ed.).  5th edition.  Hagerstown, MD, Lippincott, Williams and Wilkins, 2000, pp. 1191-1195.

4. **Kahn MJ**:  Hematology/Oncology Questions.  Internal Medicine 2000 Practice Questions and Answers. Books 1.  MedText Medical Publishing, Co. Redondo Beach, CA., 2000 pp. 1-19.

5. **Kahn MJ**, Vargas-Cuba R:  Hematologic Diseases.  Medicine Pearls of Wisdom.  Mike Zevitz (Ed.), Scott Plantz(ed.), Jon Adler (Ed.)  Boston,MA. 2nd edition.  Boston Medical Publishing Corporation, 2000, pp. 283-299.

6. Morrison DG, **Kahn MJ**:  Idiopathic and Thrombotic Thrombocytopenias. The Intensive Care Unit Manual, P. Lanken, S. Manaker, C. W. Hanson (Ed.).  Philadelphia, PA.  W.B. Saunders Company, 2001, pp.  715-721.

MJ Kahn CV

43

7. **Kahn MJ:** Hemolytic Anemia. <u>The Intensive Care Unit Manual</u>, P. Lanken, S. Manaker, C. W. Hanson (Ed.). Philadelphia, PA. W.B. Saunders Company, 2001, pp. 705-713.

8. **Kahn MJ:** Thrombocytopenia. <u>The Intensive Care Unit Manual</u>, P. Lanken, S. Manaker, C. W. Hanson (Ed.). Philadelphia, PA. W.B. Saunders Company, 2001, pp. 521-529.

9. **Kahn MJ**: Arnold R, Weissman D: Palliative Care. <u>Graduate Education in Internal Medicine. A Resource Guide to Curriculum Development</u>. The Report of the Federated Council for Internal Medicine Task Force on the Internal Medicine Residency Curriculum, 2002.

10. **Kahn MJ:** Underproduction Anemias: <u>Hematology Self-Assessment Program (SAP)</u>. J George, M. Williams (Eds). Blackwell Publishing, Malden Mass., 2002, pp. 64-76.

11. Zumberg M, **Kahn MJ**: Disorders of Iron and Heme Metabolism. <u>Hematology Self-Assessment Program (SAP)</u>. J George, M Williams (Eds). Blackwell Publishing, Malden, Mass., 2002, pp. 50-63.

12. **Kahn MJ**: Underproduction Anemias. <u>Hematology Self-Assessment Program (SAP), 2nd edition</u>. M. Williams, **M. Kahn** (Eds). Blackwell Publishing, Malden, Mass., 2005, pp. 71-85.

13. Zumberg M, **Kahn MJ**: Disorders of Iron and Heme Metabolism. <u>Hematology Self-Assessment Program (SAP), 2nd edition</u>. M Williams, **M. Kahn** (Eds). Blackwell Publishing, Malden, Mass., 2005, pp. 54-70.

14. **Kahn MJ:** Factor V Leiden. <u>Griffith's 5 Minute Clinical Consult, 13th ed.</u> M.R. Dambro (Ed). Lippincott Williams & Wilkins, Phila., PA, 2005, pp. 396-397.

15. **Kahn MJ:** Medical Ethics. <u>Biotest Study Aids.</u> <u>Internal Medicine.</u> JB Puschett, MJ Kahn, JG Wiese (Eds). Biotest Publishing Company, Inc., Ventura California, 2005, pp. 253-254.

16. **Kahn, MJ**: Hematology and Oncology. <u>Biotest Study Aids. Internal Medicine.</u> JB Puschett, **MJ Kahn**, JG Wiese (Eds). Biotest Publishing Company, Inc. Ventura California, 2005, pp. 195-212.

17. **Kahn MJ**, Ma AD, van Deventer H: Hematology Update. <u>Medical Knowledge Self Assessment Program (MKSAP) 13 Update.</u> **M. Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2005.

18. **Kahn MJ,** Leissinger C: Thrombocytopenia Due to Deficient Platelet Production. <u>Thrombocytopenia</u>. KR McCrae (Ed). Taylor and Francis Group, New York, NY, 2006, pp. 75-99.

MJ Kahn CV                                                                                    44

19. **Kahn MJ**: Erythrocyte Disorders. <u>Hematology and Oncology, Medical Knowledge Self Assessment Program</u> (MKSAP) 14th edition. K. McCrae (Ed). American College of Physicians, Philadelphia, PA, 2006, pp. 26-34.

20. **Kahn MJ**, McCrae K, Bauer KA: Hematologic Issues in Pregnancy. <u>Hematology and Oncology, Medical Knowledge Self Assessment Program</u> (MKSAP) 14th Edition. K McCrae (Ed.) American College of Physicians, Philadelphia, PA, 2006, pp. 39-43.

21. **Kahn MJ**: Protein C deficiency. <u>Griffith's 5 Minute Clinical Consult, 14th ed</u>. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 910-911.

22. **Kahn MJ**: Protein S deficiency. <u>Griffith's 5 Minute Clinical Consult, 14th ed</u>. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 912-913.

23. **Kahn MJ**: Antithrombin deficiency. <u>Griffith's 5 Minute Clinical Consult, 14th ed</u>. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 66-67.

24. **Kahn MJ**: Prothrombin 20210 mutation. <u>Griffith's 5 Minute Clinical Consult, 14th ed</u>. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 914-915.

25. **Kahn MJ**: Factor V Leiden. <u>Griffith's 5 Minute Clinical Consult, 14th ed</u>. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 398-399.

26. **Kahn MJ**, Deye DL. Hematology. <u>MKSAP 14 Audio Companion</u>. DL Dey (Ed.) Oakstone Medical Publishing, Birmingham AL, 2006, audiodisks 40-45.

27. Buchanan GR, **Kahn MJ**. Hemolytic Anemias. <u>Hematology Self-Assessment Program (SAP), 3rd edition</u>. **M. Kahn,** S. Gregory (Eds). American Society of Hematology, Washington, DC, 2007, pp. 102-142.

28. **Kahn MJ**: Protein C deficiency. <u>The 5 Minute Clinical Consult, 15th ed</u>. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1004-1005.

29. **Kahn MJ**: Protein S deficiency. <u>The 5 Minute Clinical Consult, 15th ed</u>. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1006-1007.

30. **Kahn MJ**: Antithrombin deficiency. <u>The 5 Minute Clinical Consult, 15th ed</u>. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 82-83.

MJ Kahn CV

31. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1008-1009.

32. **Kahn MJ**: Factor V Leiden. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 454-455.

33. **Kahn MJ**: Protein C deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1032-1033.

34. **Kahn MJ**: Protein S deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1034-1035.

35. **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 82-83.

36. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1036-1037.

37. **Kahn MJ**: Factor V Leiden. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 464-465.

38. Zumberg MS, **Kahn MJ**: Acquired Anemias. Iron Deficiciency, Cobalamin Deficiency, and Autoimmune Hemolytic Anemia. Evidence-based Hematology. M Crowther, J Ginsberg, R Lottenberg, R Meyer, H Schunemann (Eds.) Blackwell Publishing, Malden MA, 2008, pp. 197-205.

39. **Kahn MJ**: Red Blood Cell Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 15th Ed. J Ansell (Ed). American College of Physicians, Philadelphia, PA, 2009, pp. 16-32.

40. **Kahn MJ,** Ansell J: Hematologic Issues in Pregnancy. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 15th Ed. J Ansell (Ed). American College of Physicians, Philadelphia, PA, 2009, pp. 55-60.

41. **Kahn MJ,** Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1048-1049.

MJ Kahn CV

42. **Kahn MJ,** Kruse-Jarres R:  Protein S deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2008, pp. 1050-1051.

43. **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2008, pp. 88-89.

44. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2008, pp.  1052-1053.

45. **Kahn MJ,** Kruse-Jarres R:  Factor V Leiden. The 5 Minute Clinical Consult, 17th ed. FJ Domino  (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2008, pp. 470-471.

46. **Kahn MJ,** Kruse-Jarres R:  Protein C deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA,  2009, pp. 1082-1083.

47. **Kahn MJ,**  Kruse-Jarres R:  Protein S deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2009, pp. 1084-1085.

48. **Kahn MJ,** Kruse-Jarres R:  Antithrombin deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2009, pp. 88-89.

49. **Kahn MJ,** Kruse-Jarres R:  Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 18th ed.  FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2009, pp.  1086-1087.

50. **Kahn MJ,** Kruse-Jarres R:  Factor V Leiden. The 5 Minute Clinical Consult, 18th ed. FJ Domino  (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2009, pp. 484-485.

51. **Kahn MJ,** Kruse-Jarres R:  Protein C deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA,  2010, pp. 1072-1073.

52. **Kahn MJ,**  Kruse-Jarres R:  Protein S deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2010, pp. 1074-1075.

53. **Kahn MJ**, Kruse-Jarres R:  Antithrombin deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2010, pp. 84-85.

MJ Kahn CV                                          47

54. **Kahn MJ**, Kruse-Jarres R: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 1078-1079.

55. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 478-479.

56. **Kahn MJ**, Geddis AE, McCrae KR: Consultative Hematology. American Society of Hematology Self Assessment Program (ASH SAP), 4th edition. S. Gregory, K McCrae (Eds.). American Society of Hematology, Washington, DC, 2010, pp 27-73.

57. **Kahn MJ,** Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1072-1073.

58. **Kahn MJ,** Kruse-Jarres R: Protein S deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1076-1077.

59. **Kahn MJ**, Kruse-Jarres R: Antithrombin deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 84-85.

60. **Kahn MJ**, Kruse-Jarres R: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1080-1081.

61. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 476-477.

62. Zumberg MS, **Kahn MJ**, Ma AD: Anemia in the Critical Care Setting. Irwin and Rippe's Intensive Care Medicine, 7th Edition. P.F. Fogarty (Ed.). Wolters Kluwer, Lippincott, Williams & Wilkins, Philadelphia, PA, 2012, pp. 1253-1267.

63. Kruse-Jarres R, **Kahn MJ**: Protein C deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 1066-1067.

64. Kruse-Jarres R, **Kahn MJ**: Protein S deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 1070-1071.

65. Kruse-Jarres R, **Kahn MJ**:  Antithrombin deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2013, pp. 86-87.

66. Kruse-Jarres R, **Kahn MJ**:  Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 20th ed.  FJ Domino (Ed). Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2013, pp.  1074-1075.

67. Kruse-Jarres R, **Kahn MJ**:  Factor V Leiden. The 5 Minute Clinical Consult, 20th ed. FJ Domino  (Ed).  Wolters Kluwer-Lippincott Williams  & Wilkins, Philadelphia, PA, 2013, pp. 472-473.

68. **Kahn MJ**:  Red Blood Cell Disorders.  Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed.  **M Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2012, pp.18-25.

69. **Kahn MJ,** Streiff M, Ma AD:  Hematologic Issues in Pregnancy.  Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed. **M Kahn** (Ed).  American College of Physicians, Philadelphia, PA, 2012, pp. 62-66.

70. **Kahn MJ**:  Iron Overload Syndromes.  Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed.  **M Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2012, pp.35-36.

71. **Kahn MJ**:  Elevated Blood Counts.  Medicine: A Competency-Based Companion, 1st ed. JL Israel and AR Tunkel (Eds.)  Elsevier, Philadelphia, PA, 2012, pp. 361-367.

72. Thachil J, Solberg LA, **Kahn MJ**, McCrae KR:  Iron Metabolism, Iron Overload and the Porphyrias.  American Society of Hematology Self Assessment Program (ASH SAP), 5th edition, K McCrae, D Steensma  (Eds.).  American Society of Hematology, Washington, DC, 2013, pp. 89-105.

73. Blaya M, **Kahn MJ**:  Idiopathic and Thrombotic Thrombocytopenias. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B, A. Kohl, C. W. Hanson (Eds.).  Philadelphia, PA.  Elsevier Saunders Company, 2014, pp. 606-612.

74. Washington A, **Kahn MJ:**  Hemolytic Anemia. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B. A. Kohl (Eds.).  Philadelphia, PA.  Elsevier Saunders Company, 2014, pp. 598-605.

75. Kruse Jarres R, **Kahn MJ:**  Thrombocytopenia. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B. A. Kohl, C. W. Hanson (Eds.). Philadelphia, PA.  Elsevier Saunders Company, 2014, pp. 441-449.

76. Vaughn LM, Long SA, Santamaria T, **Kahn MJ**, Vossen JA, Bredella MA, Schiller AL, Mankin HJ: Osteonecrosis in Patients With Sickle Cell Anemia and Other Hematologic Disorders. Skeletal Circulation in Clinical Practice. New Jersey, USA, World Scientific Publishing, 2016, ISBN: 978-981-4713-75-7.

77. Zumberg MS, **Kahn MJ**, Ma AD: Anemia in the Critical Care Setting. Irwin and Rippe's Intensive Care Medicine, 8th Edition. P.F. Fogarty (Ed.). Wolters, Kluwer, Lippincott, Williams & Wilkins, Philadelphia, PA, 2016.

78. **Kahn MJ**: Coagulation, Blood Transfusion, Red Cell Disorders. Hoffman and Abeloff's Hematology-Oncology Review, 1st Edition. Isaacs C, Atkins M, Cheson B, Ma A, Marshall J, Rizvi N (Eds). Elsevier, Philadelphia, PA, 2016.

79. **Kahn MJ**: Erythrocyte Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 18th Edition. American College of Physicians, Philadelphia, PA, 2018.


**Abstracts:**

1. Horlick SE, Lakshminarayayaniah N, Trotman BW, **Kahn MJ**, Wirt GD, Bernstein SE: Calcium binding properties of bile salts: A possible protective role in pigment gallstone disease. *Hepatology* 1:518, 1982.

2. *****Kahn MJ**, Margulies C, Kaplan SA, Trotman BW: Hemolysis induced gallstone disease in mice: Interaction of hemolysis and genotype on ionized calcium in bile. *Gastroenterology* 84:1406, 1983.

3. Margulies C, **Kahn MJ**, Kaplan SA, Trotman BW: Ionized calcium in hepatic bile of mice with hemolysis predisposes to pigment gallstone formation. *Gastroenterology* 84:1407, 1983.

4. Abrahm J, Polomano R, **Kahn M**, Tangoren I: Housestaff attitudes towards cancer patients with pain - - impact of outpatient training. *J Cancer Ed* 7:(suppl 1) 9, 1992.

5. *Abrahm JA, Tangoren IA, **Kahn MJ**, and Polomano R: Housestaff attitudes towards cancer patients with pain—impact of outpatient training. *Proc of ASCO* 11:382, 1992.

6. **Kahn MJ**, Luginbuhl W, Bavaria J, Kaiser L, Treat J: Leukocytosis associated with all-trans retinoic acid (ATRA) therapy in metastatic non-small cell lung carcinoma. *Proc of ASCO* 12:358, 1993.

7. *****Kahn MJ,** Vilaire G, Poncz M, Bennett JS: Effect of site-directed mutagenesis of glycoprotein IIb residue 273 on the expression of the glycoprotein IIb-IIIa complex. *Clin Res* 42:182A, 1994.

MJ Kahn CV                                                        50

8. *Salhaney K, **Kahn MJ**, Kamoun M, Kant J, Loh E:  Hepatosplenic Tγδ cell Lymphoma:  An aggressive cytolytic peripheral Tγδ cell lymphoma presenting with severe neutropenia.  **Annual Meeting of the United States and Canadian Academy of Pathology**, San Francisco, CA , March, 1994.

9. **Kahn MJ,** Stadtmauer EA, Edelstein M, Luger S, Berger M:.  Intermittent all-trans retinoic acid (ATRA) for the treatment of myelodysplasia (MDS).  *Blood* 84:632A, 1994.

10. ***Kahn MJ,** Steinmann WC, Cali M, Puschett JB:  Flexible programs in internal medicine.  **Association of Program Directors in Internal Medicine**, Atlanta, GA, March 1995.

11. **Kahn MJ,** Yoo C, Steinmann WC:   Congestive heart failure, imprecision in diagnostic certainty.  *Journ Gen Int Med* 10 (suppl):52, 1995.

12. Steinmann WC, Yoo C, **Kahn MJ**:   Is Internal Medicine too complicated to master?  *Journ Gen Int Med* 10 (suppl):97, 1995.

13. **Kahn MJ,**  Leissinger C, Rozans M, Scher C, Krause J:  Factor V Leiden is not a risk factor for stroke in patients with sickle cell disease.  *Blood* 86:650a, 1995.

14. *Lebeau DL, Aduli FX, Michaels RK, **Kahn MJ**, Steinmann WC:   Assessment of the validity of echocardiography in the diagnosis of clinically important coronary artery disease.  *J Investigative Med*  44: 28A., 1995.

15. Michaels RK, Pauley EM, Steinmann WC, **Kahn MJ**, Sutton CL:  Misutilization of the CT scan of the head in the emergency setting for atraumatic conditions.  *J Gen Int Med*  11(Supplement) 1:52, 1996.

16. ***Kahn MJ,** Steinmann WC, Cali M, Puschett JB:  Performance of residents enrolled in combined programs as compared to categorical medicine residents.  **Association of Program Directors in Internal Medicine**, San Francisco, CA, April 1996.

17. Berger M, **Kahn M**, Krawczeniuk M, Davis L, Salhaney K, Nowell P, Luger S, Edelstein M, Stadtmauer E:  Pharmacokinetics of intermittent all-trans retinoic acid administration in the myelodysplastic syndrome.  *Proc of ASCO*  15:364, 1996.

18. *Alden WW, **Kahn MJ**, Puschett JB:  Meningococcal sacroiliitis:  a case report.  *J Investigative Med*  45:12A, 1997.

19. ***Kahn MJ**, Chauvin SW, Szerlip HM, Bowdish BE, Krane NK:  Critical thinking assessment correlates with performance on standardized tests.  **Association of Program Directors in Internal Medicine**, Philadelphia, PA,  March 1997.

USCA5 914

20. Miller JB, Tsein F, **Kahn MJ**, Shapira E:   Methylenetetrahydrofolate reductase gene mutation frequency in various ethnic and subethnic groups.  **Southern Genetics Group**, Ft. Walton Beach, FL, July 1997.

21. \***Kahn MJ**, Chauvin SW,  Bowdish BE, Szerlip HM, Krane NK:  Can critical thinking assessment predict performance on standardized tests?  **Teaching Internal Medicine Symposium, "Bridging Medical Education."**  Chicago IL, September 1997.

22. \***Kahn MJ**, Wood MA, Connelly S, Steinmann WC::  Implementation of a combined residency program in internal medicine and preventive medicine. **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

23. \***Kahn MJ**, Chauvin SW,  Bowdish BE, Szerlip HM, Krane NK:  Can critical thinking assessment predict performance on standardized tests? **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

24. \***Shah MK**, **Kahn MJ**, Steinmann WC:  Internal Medicine and Pediatrics:  A comparison of databases.  **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

25. \***Luther K**, Nuckton T, Weinberger M, Cummings TL, **Kahn MJ**:  An international elective for residents. **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

26. \***Tynes LL**, **Kahn MJ,** O'Neill PT:  An internal medicine/psychiatry clinic:  An integrated experience for combined residents. **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

27. \* **Kahn MJ**, Chauvin SW:  Implementation Of A Three-Tiered Curriculum To Enhance Resident Roles As Effective Teachers. **Association of Program Directors in Internal Medicine,** San Diego, CA, March 1998.

28. \***Zhang R**, Foundas A, Krause J, **Kahn, MJ**:  Acanthocytosis with facial and vocal tics:  A case report. **American College of Physicians Annual Meeting**, San Diego, CA, April 1998.

29. \***Chauvin SW**, Bowdish BE, **Kahn MJ**:  Examining the effects of a program to prepare interns for teaching roles in medical education:  Part I of the Docere Project. **8th International Ottawa Conference for Medical Education**, Philadelphia PA, July 1998.

30. \***Chauvin SW**, **Kahn MJ**, Bowdish B:  Examining the effectiveness of a workshop for preparing residents and interns for their roles as teachers.  **Research in**

USCA5 915

MJ Kahn CV

**Medical Education (RIME) Committee (AAMC).** New Orleans, LA, November 1998.

31. ***Kahn MJ**, Merrill W, Szerlip HM: Residency program director evaluations do not correlate with performance on a required fourth year objective structured standardized examination. **Society of General Internal Medicine**, San Francisco, CA, May 1999. *J Gen. Int Med* 14(suppl 2):141, 1999.

32. **Kahn MJ**, Sherer K, Alper AB, Lazarus C, LeDoux E, Anderson D, Szerlip HM: Using standardized patients to teach end of life skills to third year medical students during a clinical rotation. **American Society of Clinical Oncology,** New Orleans, LA, May 2000. Proceedings of ASCO 2000;19:640a.

33. *Blackston JW, Schlessinger SD, **Kahn MJ**. Survey of medico-legal knowledge among medicine house officers. **Southern Society of Clinical Investigation,** New Orleans, LA March 2001.

34. *Naidech A, **Kahn MJ**, Krane NK. How do senior medical students use their fourth year? **Association of American Medical Colleges Annual Meeting**. San Francisco, CA. November 2002.

35. ***Kahn MJ**, Markert R, Lopez FA, Spector S, Randall H, Krane NK: Is specialty choice related to medical student debt? **Association of American Medical Colleges Group on Student Affairs/Group on Educational Affairs** Spring meeting. Winston-Salem NC. April 2005.

36. *Krane NK, Lazarus C, Markert R, **Kahn MJ**: Creating an effective and flexible curriculum for third and fourth year students: Tulane's new clinical curriculum. **Association of American Medical Colleges Group on Student Affairs/Group on Educational Affairs** Spring meeting. Winston-Salem NC. April 2005.

37. *Markert R, Landry M, Krane NK, Lazarus C, **Kahn M**. Filling the gaps: Core content in the clinical curriculum. **Association for the Study of Medical Education**, Newcastle, UK, July 2005.

38. *Landry MD, Markert RJ, **Kahn MJ**, Lazarus CJ, Krane NK: A new approach to bridging content gaps in the clinical curriculum. **Association of American Medical Colleges (AAMC)** Annual Meeting. Washington, DC. November 2005.

39. ***Kahn MJ**, Beckman BB, Maier K, Simpson S: Rewarding applicants with non-science majors: The Tulane Creative Scholars Program. **Association of American Medical colleges Southern Group on Student Affairs** Annual Meeting. Little Rock, AK. April 2007.

40. *Daniel A, **Kahn MJ**, Crawford B, Krane NK: Academic performance of Tulane medical students following Hurricane Katrina. **Association of American**

MJ Kahn CV

**Medical Colleges (AAMC) Annual Meeting**. Washington, DC. November 2007.

41. ***Kahn MJ**, Nelling EF: Estimating the Value of a medical education: A net present value approach. **Association of American Medical Colleges (AAMC) Southern Group on Educational Affairs** Regional Meeting. New Orleans, LA. April 2009.

42. *Fatakia A, Fazekas M, Friedlander P, **Kahn MJ**: Life threatening epistaxis in hereditary hemorrhagic telangiectasia: surgical and medical management. **American Academy of Otolaryngology—Head and Neck Surgery Foundation** 2011 Annual Meeting. San Francisco, CA. September 2011.

43. *Schieffler DA, Azevedo BM, Culbertson RA, **Kahn MJ**: Financial ramifications of increasing class size: Evaluation of a national dataset. **American Public Health Association** national meeting. Washington, DC. November 2011.

44. Specter S, Wong J, Lazarus C, O'Donnell J, **Kahn MJ**, Chen R: Relationship between GHHS membership and selection of a primary care residency: a multi-institutional study. **Gold Humanism Honor Society Biennial Meeting**. Chicago, IL. October 2012.

45. *Krane NK, Crawford B, Ettarh R, **Kahn MJ**, Gibson J: HEAL-X: Tulane's accelerated curriculum for PHD's becoming MD's. **AAMC Southern Group on Educational Affairs 2014 Meeting.** Miami, FL. March 2014.

46. ***Youngclaus J, **Kahn MJ**: Evidence that financial factors influence the specialty choice of few medical school graduates. **Tenth Annual AAMC Health Workforce Research Conference,** Washington, DC. May 2014.

47. ***Johnson J, Cluver J, **Kahn M**: Medical students' knowledge of state budget cuts. **Association of Directors of Medical Student Education in Psychiatry Annual Meeting,** Keystone, CO. June 2014.

48. *Youngclaus J, **Kahn MJ**: The influence of financial factors on specialty choice. **AAMC 2015 Annual Professional Development Conference (PDC) for Financial Aid and Student Records.** San Antonio, TX. January 2015.

49. ***Mangione S, Hojat M, Harrison R, Tunkel AR, Cerceo E, Voeller M, Bedwell W, Fletcher K, **Kahn MJ**: Association between humanities exposure and medical students' personal qualities: A Multi-institutional survey. **2nd International Meeting on Well-being and Performance in Clinical Practice**. Chalkidiki, Greece. May 2016.

50. *Mangione S, Hojat M, Harrison R, Tunkel AR, Cerceo E, Voeller M, Bedwell W, Fletcher K, **Kahn MJ**: The effects of medical student interest in humanities and

MJ Kahn CV                                                                          54

arts: A Multi-institutional survey. **2016 Society of General Internal Medicine Annual Meeting.** Hollywood, FL. May 2016.

*Presented

USCA5 918