UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT 9 TO
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY
FROM SIX DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES
FROM OTHER ANTICOAGULANTS**

# FILED UNDER SEAL

USCA5 1141

**Expert Report of Dr. Scott Boniol**

*In re XARELTO (Rivaroxaban) MDL 2592*

*This document relates to Sharon Orr et al 2:15-cv-0378*

USCA5 1142

The opinions expressed in this report were formulated using the same method I employ in my clinical practice. Namely, I thoroughly reviewed the medical records and other materials made available to me regarding Mrs. Sharyn Orr. My opinions are also based on my clinical experience, expertise as a hematologist, background and training. When needed, I have consulted and researched reputable sources to further document my clinical opinions. I incorporate by reference all of the opinions expressed in my general report produced in this litigation.

<u>Summary of Opinions</u>

- Xarelto was appropriately prescribed for Mrs. Orr for prevention of stroke associated with atrial fibrillation.

- Xarelto was appropriately dose reduced for Mrs. Orr degree of chronic kidney disease.

- While all anticoagulants carry a risk of bleeding, there must be an underlying lesion or pathology that is the actual source of the bleed. Anticoagulants do not cause someone to spontaneously bleed.

Intracranial bleeding events are significantly less with Xarelto than with warfarin. Further, no prospective trials have compared the DOACs to each other, so no conclusions can definitively be made regarding how they compare to each other concerning risk of bleeding.

<u>Medical Overview</u>

Sharyn Orr ███████████ was first diagnosed with atrial fibrillation at Tulane Medical Center on April 29, 2011. Prior to that she had a past medical history of type 2 Diabetes, hypertension and dyslipidemia. She was started on aspirin 81 mg a day and the DOAC Pradaxa (dabigatran) 150 mg twice a day to prevent stroke on April 30, 2011. She represented to the hospital on June 8, 2011 from symptoms of atrial fibrillation with rapid ventricular response; however, no changes were made to her anticoagulation. On 5/19/2011, Mrs. Orr complained to Dr. Sander about gastrointestinal upset and reflux on dabigtran. In May of 2012, she again reports issues with gastrointestinal upset and reflux she feels is from the dabigatran. This is in keeping with the package insert and studies done with

2

USCA5 1143

dabigatran that shows adverse gastrointestinal symptoms in 35% of patients taking Pradaxa. Further, the package insert documents a discontinuation rate of Pradaxa of 21% because of toxicity. There is mention of a possibility of changing her to Xarelto; however, the medical record shows she stays on Pradaxa until February of 2014.

Mrs. Orr begins to develop kidney problems from her multiple comorbid diseases in October of 2012 when she is noted to have an increase in her creatinine to 1.3 which corresponds to a decrease in her creatinine clearance to 43 mL/min. She is also noted to develop anemia at this time with a hemoglobin of 10.9. Her kidney function continues to slowly decrease over time. In 2013, Dr. St. Martin noted chronic kidney disease (BUN 29; creatinine 1.5). Also in 2013, Dr. Cruz, noted Stage III kidney disease and nephrotic syndrome, probably due to diabetic nephropathy. In October 2013, Dr. Cruz noted edema due to the nephrotic syndrome. Dr. Cruz started Mrs. Orr on aldactone. In December 2013, Mrs. Orr was hospitalized for two days for acute renal failure and bronchitis. Mrs. Orr was started on insulin for treatment of her diabetes during this time. Her creatinine then stabilized in 2014 at 1.8. Consequently, when she was admitted for her brain bleed in April of 2015, her creatinine was stable at 1.8.

In February 2014, Mrs. Orr was hospitalized for severe heart palpitations, SOB, and chest pain. During this admission, Dr. St. Martin changed Mrs. Orr's anticoagulant therapy from Pradaxa to Xarelto 20mg qd. As previously noted, Mrs. Orr had reported GI complaints with Pradaxa. She was treated with Cardizem, Digoxin, and metoprolol and discharged. On 2/19/2014 at 1139hours Mrs. Orr had an elevated INR/PT (INR 1.7 [0.8-1.2]; PT 19.1 [9.0-12.5]). Note that this was prior to her first Xarelto dose given at 1201 hours. This PT is likely abnormal because of her Pradaxa use, doesn't really mean anything other than showing that, again, the PT has very limited usefulness regarding DOAC anticoagulation.

Mrs. Orr remained on Xarelto 20 mg once a day until July 25, 2014 when she was renally dosed at 15 mg once a day. She also continued on aspirin 81 mg. Aspirin, an antiplatelet therapy, will increase the risk of bleeding. On April 6, 2015, Mrs. Orr's ophthalmologist noted microaneurysms in both eyes, with mild hypertensive retinopathy in both eyes, and borderline diabetic macular edema in the right eye.

On April 24, 2015, Mrs. Orr and her husband went out to eat dinner. She complained of a new onset headache at dinner, and, when driving home, had an episode of vomiting. When she arrived home with her husband she continued to

3

deteriorate clinically and became weak and needed assistance to the bathroom. Mr. Orr called their daughter who came to the house to provide assistance. By the time the daughter arrived, Mrs. Orr condition had rapidly deteriorated and was having mental confusion and could not walk or get up without assistance. Per her records, after about five hours at home, the decision was then made to take her to the emergency room. At 10:46pm she arrived at Ochsner Baptist with left-sided facial asymmetry, left arm and leg flaccidity, and trouble responding. BP was 252/114 and HR was 68. A CT scan revealed extensive right lateral ventricular acute hemorrhage with extension to the third ventricle suggesting primary interventricular hemorrhage, associated hydrocephalus, and a significant right to left midline shift (1.5 cm) and right-sided herniation. (Note that the CT scan actually states 1.6, but neurocritical care H & P states approximately 1.5). On 4/24/2015 at 2316 hours her PT was 11.4 [9.0 – 12.5] and INR 1.1 [0.8 to 1.2]. On 4/25/15 at 12:20am, Mrs. Orr was intubated and her status is listed as unconscious. The decision was made to transfer Mrs. Orr to Ochsner Main Campus by ambulance.

Upon arrival at Ochsner Main Campus, Mrs. Orr was assigned a Glasgow Coma Score of 5T (per neurocritical care H & P). A GCS score of 8 or less defines a severe head injury. According to the report by Acadian Ambulance Service, GCS was 3 upon transfer to Ochsner Main Campus. Dr. Riffle, neurosurgery resident, considered bilateral extraventricular drains (shunts) to drain the blood/fluid and relieve the pressure. Neurosurgery deemed patient not to be a candidate for EVD at that time. Dr. Khursheed noted Mrs. Orr's "grave prognosis considering the size of the hematoma, mass effect, and midline shift." Medical records document the last dose of Xarelto as "unknown." At deposition, Mr. Orr testified that Mrs. Orr had a routine of taking her Xarelto at approximately 7 or 8pm at night while watching television in bed and he had no memory of her taking Xarelto on April 24th.

A second CT scan documented no significant change from the prior CT. At 2 p.m. on 4/25/2015, Dr. Bui placed the EVD in the brain. On April 28, 2015, Mrs. Orr declined further. She was comatose with no response to physical stimulation. On April 29, 2015, her head CT showed a large cast of hemorrhage that remained within the right lateral ventricle, which remained dilated despite the drains. There was also diffuse edema within the right parietal, and temporal lobes. Mrs. Orr's LOC and overall clinical status continued to decline. Ultimately, a DNR order was put in place. On May 4, withdrawal of life support was initiated. Mrs. Orr died on May 4, 2015. Despite efforts to control Mrs. Orr's hypertension, medical records

4

document persistently elevated BPs.  Mrs. Orr was on five blood pressure medications during the time of this hospitalization.


Analysis/Opinions

At the crux of this case is the event of bleeding.  It is well known and indisputable that all anticoagulants, whether oral, IV or as shots (intramuscular), increase the risk of bleeding in all patients but do not cause bleeding.  As a doctor, my job is to maximize a patient's benefit of a drug, while minimizing the risk.  As was the case with Mrs. Orr, rivaroxaban was appropriately prescribed to minimize her risk of embolic stroke and intracranial hemorrhage.  This is not a hypothesis or a doctor's best guess, but rather a data driven educational decision in Mrs. Orr's best interest.  The scientific data confirms this.  In ROCKET AF, a clinical trial comparing rivaroxaban to the then standard of care warfarin, risk of intracerebral hemorrhage was much, much less with rivaroxaban.[1]  Specifically, patients with atrial fibrillation receiving warfarin had a 1.18% (84 out of 7125 patients) chance of a bleed into the brain; whereas, those atrial fibrillation patients taking rivaroxaban had a 0.77% (55 out of 7111) chance of bleeding into the head.[2]  This is so much less of a risk, we call it statistically significant (p value <0.05) meaning that this is a real difference and not "left up to chance".  Based on this data, Mrs. Orr's risk of ICH would have been much greater had she been on warfarin instead of rivaroxaban.  It is also worth noting that Mrs. Orr was not a good candidate for Pradaxa based on her kidney function[3]; Pradaxa is almost exclusively renally excreted. Also, she was taking Pradaxa before and had GI side effects that made it intolerable to take.  Pradaxa is known to be associated with gastrointestinal reactions (35% adverse event rate reported).[4]

Mrs. Orr had a normal PT of 11.4 seconds at presentation to the emergency room which suggests two points.  First, there is no excessive level of rivaroxaban in her plasma.  Second, she is bleeding despite a normal PT again reinforcing that

---

[1] Patel, M.R., et al. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *The New England Journal of Medicine*, 365(10), 883-891.

[2] Patel (2011).

[3] http://docs.boehringer-ingelheim.com/Prescribing%20Information/PIs/Pradaxa/Pradaxa.pdf

[4] Pradaxa Package Insert; See also, Thorne K1, Jayathissa S, et al. Adherence and outcomes of patients prescribed dabigatran (Pradaxa) in routine clinical practice. J. . Intern Med J. 2014 Mar;44(3):261-5; Journal of the American Medical Association (04/14/15) Vol. 313, No. 14, P. 1443 Shore, Supriya; Ho, P. Michael; Lambert-Kerzner, Anne; et al; Thorne K1, Jayathissa S, et al. Adherence and outcomes of patients prescribed dabigatran (Pradaxa) in routine clinical practice. J. . Intern Med J. 2014 Mar;44(3):261-5.

USCA5 1146

people can bleed with no identifiable laboratory coagulopathy (she has an anatomic or pathologic reason to bleed). Mrs. Orr presented with a normal PT and PTT.

When looking at specific "high risk" patient populations, rivaroxaban was even safer, affording a 73% reduction in bleeding risk in patients over the age of 75, with poor kidney function, and those with lower body weight.[5] A common misconception some physicians make is to assume that since rivaroxaban partly uses the kidneys for metabolism and that dose adjustments are recommended for poor kidney function, that patients with worse kidney function will have a higher bleeding risk on rivaroxaban. Mrs. Orr had an average estimated creatinine clearance of 31mL/min. She was appropriately on 15 mg of rivaroxaban once a day. Subset analysis of the safety profile of rivaroxaban in actual patients taking the drug (not clinical models, opinions or guesses) supports that major bleeding is actually less likely in high risk patients taking rivaroxaban rather than warfarin.[6] Specifically, in patients with impaired kidney function (defined as creatinine clearance less than 50ml/min), 4.1% of Coumadin patients had a significant bleed and only 0.9% of patients taking rivaroxaban had a similar bleeding episode. Interestingly, the bleeding incidence was actually lower in patients with impaired kidney function in this trial than all patients together in the rivaroxaban group (0.9% bleeding with impaired kidney function vs. 1.0% in the whole group).[7] Therefore, review of known patient data does not support the theory that Mrs. Orr would be more likely to bleed on rivaroxaban because of her kidney function.

September 3, 2016 in the Journal of Trauma Acute Care Surgery, the largest series of traumatic intracranial hemorrhage conducted to date comparing DOACs (including rivaroxaban) to warfarin was published.[8] The majority of patients suffered a fall as a cause of their bleed. DOAC use was associated with a significantly lower mortality of 4.9% (despite no available "reversal" agent) versus warfarin (with reversal agents) of 20.8%. Further, the rate of operative intervention for intracranial bleeds was only 8.2% in the DOAC group versus 26.7% in the warfarin group. In the patients that did survive their bleed, recover time and complications were less in patients on DOACs compared to warfarin (28.8% vs.

---

[5] Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thrombosis journal, 11(1), 1-10.
[6] Prins (2013).
[7] Prins (2013).
[8] Feeney, J.M., et al. (2016). Compared to warfarin, direct oral anticoagulants are associated with lower mortality in patients with blunt traumatic intracranial hemorrhage: A TQIP study. J Trauma Acute Care Surg, 81(5), 843-848.

USCA5 1147

39.7%).  Again, this demonstrates the safety profile of DOACs over warfarin despite not measuring DOAC levels and the only "reversal" agent for DOACs being time. As discussed in my general report, DOACs will reverse themselves faster by simply withholding the drug than medical intervention can reverse warfarin bleeding, especially in the brain.[9]  For Mrs. Orr, it was much safer to choose rivaroxaban (whose reversal agent is time), than warfarin with multiple "reversal" agents that take time to work.  .  This is why we see in study after study, time and time again, that DOACs are safer than warfarin in regards to brain bleeds. The scientific rationale for this deals is that reversal with DOACs occurs quickly, whereas warfarin's deleterious effects on factor 7 make brain bleeding especially worse.

As I have alluded to before, PT and PTT only tell you what is going on in a test tube.  Another interesting phenomenon with coagulation in a living human body is that the site of tissue injury and clotting plays a huge role in the body's efficacy of clotting.  In other words, different parts of the body clot more effectively than others because of the local environment.  In the brain the major driver for clot formation is the Tissue factor + Factor 7 complex.  As I mentioned in my general report this is an important driver of thrombin generation, and in special circumstances, such as treatment of hemophilia A mentioned in my report with recombinant factor 7, or in the case of brain bleeds (which I will discuss here). Warfarins main issue with bleeding in the brain is the fact that is prevents factor 7 from being made and therefore results in low levels of factor seven.  The brain has extremely high levels of tissue factor, however, this tissue factor is not saturated by factor 7 which make is exquisitely sensitive to induce clot formation when factor seven becomes bound.  In the case of a spontaneous brain bleed, the body's natural factor 7 coupled with the high expression of tissue factor is enough to drive clot formation in the brain.  Not having factor 7 from Coumadin administration prevents this key step from occurring.  On the other hand, when on a factor 10 inhibitor like rivaroxaban and a spontaneous brain bleed occurs, there is usually enough factor 7 present to bypass the core of the "cascade" and direct thrombin generation, thereby decreasing the clot.[10] This is why we see in clinical trial comparing any DOAC to warfarin, ICH is significantly less than in Coumadin and why we see in the afore mentioned article 20.8% mortality from brain bleeds on Coumadin, while only 4.6% on DOACs.  Simply stated:  Warfarin is the worst anticoagulant to be on in regards to brain bleeds.

---

[9] Aisenberg, J. (2016). The specific direct oral anticoagulant reversal agents: Their current status and future place in gastroenterology practice. Am. J. Gastroenterol. Suppl., 3, 36-44.
[10] Hoffman M, Monroe D.  Tissue Factor in Brain Is Not Saturated With Factor VIIa Implications for Factor VIIa Dosing in Intracerebral Hemorrhage.  Stroke. 2009;40:2882-2884

USCA5 1148

In the case of Mrs. Orr, the scientific facts show that she would have had a much worse outcome on warfarin. Further, in regards to earlier intervention, there is no data that shows there is a contraindication to performing an emergency procedure while on rivaroxaban. Given the degree of her bleed at presentation with midline shift and herniation, it is unlikely that early intervention would have changed her ultimate outcome.

All medications have associated risks, whether an anticoagulant or a drug used to treat diabetes, high blood pressure or an infection. Prescription drugs all carry the risk of serious adverse reactions and side effects. Therefore, medications are prescribed by highly educated professionals who have the training and education to evaluate the risk versus benefit in individual patients. Doctors put patients in the best situation to do well, while minimizing risks. Our society educates doctors over many years to have the knowledge and critical thinking skills to make these decisions. Prescription drugs are controlled this way and not just put on shelves for people to decide on their own with a paucity of information what would help them the best. Drugs cannot be sold by drug companies without undergoing rigorous clinical testing and intensive scrutiny by independent panels (***voted 9-2-1 in favor of xarelto for afib 9/8/11)[11] and, ultimately, must be approved by the FDA for use in this country. Looking at ROCKET AF, fatal bleeding in the studies occurred in 0.4% of rivaroxaban, while fatal bleeding was twice as likely on coumadin, despite reversal, at 0.8%.[12] Interestingly, in a case report published in Heart Rhythm, May 2016, 31 patients that prematurely stopped taking rivaroxaban without consulting there prescribing doctor because of seeing legal ads on TV were reviewed.[13] Two of these patients died as a result of stopping their medication (6.4%). It is concerning as a doctor to see this kind of harm occurring.

In summary, the scientific facts related to the case of Mrs. Orr support the fact that she was put on the safest medication available to reduce the risk of stroke from her atrial fibrillation while simultaneously giving her the lowest risk of fatal or intracranial bleeding. It is devastating that she suffered a catastrophic spontaneous ICH with IVH and midline shift at presentation, but unfortunately medical science does not have any intervention that changes the natural course of

---

[11] Found at:
http://www.stopafib.org/newsitem.cfm/NEWSID/361/FDA%20panel%20votes%20for%20rivaroxaban/Xarelto%20for%20atrial%20fibrillation%20stroke%20prevention
[12] Patel (2011).
[13] Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising. Heart Rhythm, 2(3), 248–249.

USCA5 1149

this disease in this subset of ICH patients. Mrs. Orr was appropriately medicated and unfortunately had an unforeseen event that would have been fatal regardless of early intervention or if she were on any other anticoagulant. There is no basis to prove that being on a different anticoagulant would have altered Mrs. Orr's outcome (whether warfarin or another DOAC).

All of the opinions expressed in this report have been made to a reasonable degree of medical certainty. I reserve the right to supplement this report in the event additional information is provided to me regarding this case. I certify that my opinions are based on my expert knowledge, skill, and training, my review of the literature, and review of the medical records, as described above and on the attached reliance list. I also incorporate by reference my general report including the referenced articles and materials.

November 15, 2016

_____                    _____

Scott Boniol, M.D.                                             Date

9

# EXHIBIT "A"

USCA5 1151

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>RELIANCE LIST</u>

<u>Medical Records re: Joseph Boudreaux</u>

1.  Acadian Ambulance,
    750002_054_001_BoudreauxJrJosephJ_AcadianAmbulanceSvcs_00000001_00000031.p
    df

2.  Cardiovascular Institute of the South Houma Clinic Records,
    750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571.pdf

3.  Cardiovascular Institute of the South- Houma,
    750002_025_002_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000
    352_00000390.pdf

4.  Cardiovascular Institute of the South- Houma,
    750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000
    001_00000351.pdf

5.  Cardiovascular Institute of the South- Houma,
    750002_025_003_CardiovascularInstituteoftheSouthHouma_00000391_00000500.pdf

6.  Digestive Health Center,
    750002_068_001_BoudreauxJrJosephJ_DigestiveHealthCtr_00000001_00000005.pdf

7.  Digestive Health Center,
    750002_068_002_BoudreauxJrJosephJ_DigestiveHealthCtr_00000006_00000006.pdf

8.  Humana,
    750002_037_001_BoudreauxJrJosephJ_HumanaIncAttentionCriticalInquiryDept_00000
    001_00000038.pdf

9.  Humana,
    750002_069_001_BoudreauxJrJosephJ_HumanaHealthBenefitPlanofLouisianaInc_0000
    0001_00000021.pdf

10. MATC Family Medicine - Dr. Andre Duplantis,
    750002_019_001_BoudreauxJrJosephJ_DuplantisAndreMD_00000001_00000416.pdf

11.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_002_BoudreauxJrJosephJ_DuplantisAndreMD_00000417_00000417.pdf

12.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_003_BoudreauxJrJosephJ_DuplantisAndreMD_00000418_00000463.pdf

13.  MATC Family Medicine - Dr. Andre Duplantis,
     750002_019_004_BoudreauxJrJosephJ_DuplantisAndreMD_00000464_00000464.pdf

14.  MATC Family Medicine - Elizabeth Foret, NP
     750002_021_001_BoudreauxJrJosephJ_ForetElizabethNP_00000001_00000022.pdf

15.  MATC Family Medicine - Elizabeth Foret, NP
     750002_021_002_BoudreauxJrJosephJ_ForetElizabethNP_00000023_00000024.pdf

16.  Medicare/Medicaid,
     750002_036_001_BoudreauxJrJosephJ_CtrsforMedicareandMedicaidSvcsLegalDeptPriv
     acyOffice_00000001_00000001.pdf

17.  Ochsner - Dr. Katherine Baumgarten,
     750002_067_001_BoudreauxJrJosephJ_BaumgartenKatherineMD_00000001_00000002.
     pdf

18.  Ochsner Medical Center Kenner Billing,
     750002_014_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerPatientAccts_00000001_
     00000011.pdf

19.  Ochsner Medical Center Kenner Medicals,
     750002_013_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerMedRecsDept_00000001
     _00000531.pdf

20.  Ochsner Medical Center Kenner Radiology,
     750002_015_002_OchsnerMedCtrKennerRadDept_00000003_00000003.pdf

21.  Ochsner Medical Center Kenner Radiology,
     750002_015_003_OchsnerMedCtrKennerRadDept_00000004_00000004.pdf

22.  Ochsner Medical Center Kenner Radiology,
     750002_015_004_OchsnerMedCtrKennerRadDept_00000005_00000007.pdf

23.  Ochsner Medical Center Kenner, Radiology,
     750002_015_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerRadDept_00000001_000
     00002.pdf

USCA5 1153

24.    Ochsner Medical Center Main Campus Billing,
       750002_048_001_BoudreauxJrJosephJ_OchsnerMedCtrPatientAccts_00000001_000000
       03.pdf

25.    Ochsner Medical Center Main Campus Medicals,
       750002_047_001_BoudreauxJrJosephJ_OchsnerMedCtrReleaseofInformation_00000001
       _00000013.pdf

26.    Ochsner Medical Center Main Campus Pathology,
       750002_050_001_BoudreauxJrJosephJ_OchsnerMedCtrPathDept_00000001_00000001.
       pdf

27.    Ochsner Medical Center Main Campus Radiology,
       750002_049_001_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000001_00000002.p
       df

28.    Ochsner Medical Center Main Campus Radiology,
       750002_049_002_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000003_00000003.p
       df

29.    Ochsner Medical Center Main Campus Radiology,
       750002_049_003_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000004_00000011.p
       df

30.    Ochsner Medical Center Main Campus Radiology,
       750002_049_004_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000012_00000012.p
       df

31.    Ochsner Medical Center St. Anne Billing,
       750002_009_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000
       001_00000068.pdf

32.    Ochsner Medical Center St. Anne Billing,
       750002_009_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000
       069_00000069.pdf

33.    Ochsner Medical Center St. Anne Medicals,
       750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
       00001_00000750.pdf

34.  Ochsner Medical Center St. Anne Medicals,
     750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
     00751_00000982.pdf

35.  Ochsner Medical Center St. Anne Medicals,
     750002_008_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
     00983_00000983.pdf

36.  Ochsner Medical Center St. Anne Medicals,
     750002_039_001_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000001_00000280
     .pdf

37.  Ochsner Medical Center St. Anne Medicals,
     750002_039_002_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000281_00000282
     .pdf

38.  Ochsner Medical Center St. Anne Pathology,
     750002_011_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPathDept_0000000
     1_00000001.pdf

39.  Ochsner Medical Center St. Anne Radiology,
     750002_010_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000001
     _00000002.pdf

40.  Ochsner Medical Center St. Anne Radiology,
     750002_010_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000003
     _00000012.pdf

41.  Ochsner Medical Center St. Anne Radiology,
     750002_010_003_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000013
     _00000013.pdf

42.  Ochsner Medical Center St. Anne,
     750002_055_001_BoudreauxJrJosephJ_OchsnerStAnneFamilyDrClinicMathews_00000
     001_00000493.pdf

43.  Ochsner St. Anne Family Doctor Clinic – Dr. A. Duplantis Clinic Records,
     750002_019_005_DuplantisAndreMD_00000465_00000499.pdf

44.  Pharmacy Records of Rouses,
     750002_035_004_RousesPharmacy_00000081_00000100.pdf

45.   Plaintiff Fact Sheets,
      750002_002_001_BoudreauxJrJosephJ_PlaintiffFactSheet_00000001_00000043.pdf

46.   Plaintiff Fact Sheets,
      750002_002_002_BoudreauxJrJosephJ_PlaintiffFactSheet_00000044_00000067.pdf

47.   Plaintiff Fact Sheets,
      750002_002_003_BoudreauxJrJosephJ_PlaintiffFactSheet_00000068_00000093.pdf

48.   Plaintiff Fact Sheets,
      750002_002_004_BoudreauxJrJosephJ_PlaintiffFactSheet_00000094_00000118.pdf

49.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000001_00000750.pdf

50.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000751_00001500.pdf

51.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00001501_00002250.pdf

52.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00002251_00003000.pdf

53.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003001_00003750.pdf

54.   Plaintiff Produced Records,
      750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003751_00003845.pdf

55.   Plaintiff Produced Records,
      750002_003_002_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003846_00003856.pdf

56.   Plaintiff Produced Records,
      750002_003_003_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003857_00003857.pdf

57.   Plaintiff Produced Records,
      750002_003_004_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003858_00003961.pdf

58.   Plaintiff Produced Records,
      750002_003_005_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003962_00003965.pdf

59.    Plaintiff Produced Records,
       750002_003_006_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003966_00003966.pdf

60.    Plaintiff Produced Records,
       750002_003_007_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003967_00004484.pdf

61.    Plaintiff Produced Records,
       750002_003_008_BoudreauxJrJosephJ_PlaintiffProducedRecs_00004485_00005047.pdf

62.    Plaintiff Produced Records,
       750002_003_009_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005048_00005117.pdf

63.    Plaintiff Produced Records,
       750002_003_010_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005118_00005233.pdf

64.    Plaintiff Produced Records,
       750002_003_011_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005234_00005287.pdf

65.    Rouses Pharmacy,
       750002_035_001_BoudreauxJrJosephJ_RousesPharmacy_00000001_00000014.pdf

66.    Rouses Pharmacy,
       750002_035_002_BoudreauxJrJosephJ_RousesPharmacy_00000015_00000079.pdf

67.    Rouses Pharmacy,
       750002_035_003_BoudreauxJrJosephJ_RousesPharmacy_00000080_00000080.pdf

68.    "Southeast Louisiana Veterans Health Care System

69.    Radiology,
       750002_033_002_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
       adDept_00000002_00000002.pdf"

70.    Southeast Louisiana Veterans Health Care System Radiology,
       750002_033_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
       adDept_00000001_00000001.pdf

71.    Southeast Louisiana Veterans Health Care System,
       750002_031_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
       eleaseofInformation_00000001_00000112.pdf

72.     Terrebonne General Billing,
        750002_028_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPatientAccts_000000
        01_00000012.pdf

73.     Terrebonne General Medicals,
        750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
        001_00000750.pdf

74.     Terrebonne General Medicals,
        750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
        751_00001180.pdf

75.     Terrebonne General Medicals,
        750002_027_002_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00001
        181_00001295.pdf

76.     Terrebonne General Pathology,
        750002_030_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPathDept_00000001_
        00000001.pdf

77.     Thibodeaux Regional Billing,
        750002_061_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPatientAccts_000000
        01_00000002.pdf

78.     Thibodeaux Regional Medicals,
        750002_060_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
        001_00000011.pdf

79.     Thibodeaux Regional Medicals,
        750002_060_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
        012_00000012.pdf

80.     Thibodeaux Regional Medicals,
        750002_060_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
        013_00000013.pdf

81.     Thibodeaux Regional Pathology,
        750002_062_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPathDept_00000001_
        00000001.pdf

82.     Thibodeaux Regional Radiology,
        750002_063_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000003_
        00000003.pdf

83.  Thibodeaux Regional Radiology,
     750002_063_006_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000006_
     00000006.pdf

84.  Thibodeaux Regional Radiology,
     750002_063_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000001_
     00000001.pdf

85.  Thibodeaux Regional Radiology,
     750002_063_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000002_
     00000002.pdf

86.  Thibodeaux Regional Radiology,
     750002_063_004_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000004_
     00000004.pdf

87.  Thibodeaux Regional Radiology,
     750002_063_005_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000005_
     00000005.pdf

88.  Thibodeaux Surgical Specialists - Dr. William Bisland,
     750002_056_001_BoudreauxJrJosephJ_BislandWilliamBJrMD_00000001_00000016.pd
     f

89.  University Health Shreveport,
     750002_059_001_BoudreauxJrJosephJ_UnivHealthShreveportMedRecsDept_00000001_
     00000001.pdf

90.  Wal-Mart Pharmacy,
     750002_051_001_BoudreauxJrJosephJ_WalMartStoresIncPharmacy_00000001_000000
     05.pdf


Medical Records re: Sharyn Orr

1.  Academic Dermatology Associates - Matherne, Ryan J. MD, SOrr - Academic
    Dermatology.pdf - SOrr-AcadDerm 000001 – 000022

2.  Acadian Ambulance Service, SOrr - Acadian Ambulance.pdf – Sorr-AAs-000001-
    000010

3. Ambulatory Eye Surgery Center of Louisiana - Brint, Stephen F., MD, SOrr - Ambulatory Eye Surgery Center.pdf – Sorr-AESCL-000001-000077

4. American Memorial Life, SOrr - American Memorial Life.pdf – SOrr-AmeMemLife-000001-000142

5. Beeman, Chad MD - St. Elizabeth Physicians, SOrr - St Elizabeth Physicians.pdf – SOrr-StEP-000001-000061

6. Casey, Dennis, M.D., SOrr - Casey, Dennis, M.D.pdf – SOrr-DCasey-00001-00010

7. Cruz, Francisco, M.D., SOrr - Cruz, Francisco, M.D.pdf – SOrr-FCruz-000001-000180

8. Cummings, Terry, M.D., SOrr - Cummings, Terry, M.D..pdf – SOrr-TCummings-000001-000067

9. CVS Pharmacy, Inc., SOrr - CVS Pharmacy.pdf – SOrr-CVS-000001-000028

10. Danilyants, Eduard M.D. - Touro Infirmary (Medical Records Department), SOrr - Tulane Infirmary (medical).pdf - SOrr-TI-MD-000001-000199

11. Eye Surgery Center of Louisiana, SOrr - Eye Surgery Center of Louisiana.pdf – SO-ESCL-000001-000074

12. For Better Health, Inc. - Rai, Kashmir MD, SOrr - For Better Health.pdf – SOrr-FBH-000001-000037

13. HCA Patient Account Services – Billing, SOrr - HCA Patient Accounts (billing).pdf – SOrr-HCAPAS-000001-000111

14. Kenner Regional / Ochsner Medical Center-Kenner, SOrr - Kenner Regional (med, billing & radiology).pdf – SOrr-KennerR-000001-000233

15. LabCorp of America – Billing, SOrr - Lab Corp of America (billing).pdf – SOrr-LabCorpAm-BD-000001-000015

16. LabCorp of America – Medicals, SOrr - Lab Corp of America (medical).pdf – SOrr-LabCorpAmer-MD-000001-000017

17. Lindsey, John T., M.D., SOrr - Lindsey, John, M.D..pdf – SOrr-JLindsey-000001-000030

18. Lousteau, Ray Joseph, M.D., SOrr - Lousteau, Ray, M.D.pdf – SO-RJLousteau-000001-000007

19. McNulty, Michael, M.D. - Southern Orthopaedic Specialists, SOrr - McNulty, Michael, M.D.pdf – SorrMMcNulty-000001-000022

20. Ochsner Baptist Medical Center – Billing, SOrr - Ochsner Baptist (billing).pdf – SOrr-OBMC-BD-000001-000018

21. Ochsner Baptist Medical Center – Medicals, SOrr - Ochsner Baptist (medical).pdf – SOrr-OBMC-MD-000001-0001123

22. Ochsner Baptist Medical Center – Radiology, SOrr - Ochsner Baptist (radiology).pdf – SOrr-OBMC-RD-000001-000016

23. Ochsner Medical Center – Billing, SOrr - Ochsner Medical Center (billingl).pdf – SOrr-OMC-BD-000001-000018

24. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1501-2250.pdf – SOrr-OMC-MD-0001501-002250

25. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1-750.pdf – SOrr-OMC-MD-000001-000750

26. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 2251-2979.pdf – SOrr-OMC-MD-002251-002979

27. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 751-1500.pdf – SOrr-OMC-MD-000751-001500

28. Ochsner Medical Center (Radiology Department), SOrr - Ochsner Medical Center (radiology).pdf – SOrr-OMC-RD-000001-000004

29. Ochsner Medical Center Alton Ochsner Medical Foundation (Pathology Department), SOrr - Ochsner Medical Center (pathology).pdf – SOrr-OMC-PD-000001

30. Our Lady of the Lake Regional Medical Center, SOrr - Our Lady of the Lake Regional (medical).pdf – SOrr-OLLRMC-MD-000001-000003

31. Plaintiff Produced Records (Police Department Records), SOrr – PPR 6312-6313.pdf – SOrr-PPR-006312-006313

32. Plaintiff Produced Records (Providers Various), SOrr - PPR 6314-6323.pdf – SOrr-PPR-6314-6323

33.      Plaintiff Produced Records, SOrr – PPR 1501-2250.pdf – SOrr-PPR-001501-002250

34.      Plaintiff Produced Records, SOrr - PPR 1-750.pdf – SOrr-PPR-000001-000750

35.      Plaintiff Produced Records, SOrr – PPR 2251-3000.pdf – SOrr-PPR-002251-003000

36.      Plaintiff Produced Records, SOrr – PPR 3001-3750.pdf – SOrr-PPR-003001-003750

37.      Plaintiff Produced Records, SOrr – PPR 3751-4500.pdf - SOrr-PPR-003751-004500

38.      Plaintiff Produced Records, SOrr – PPR 4501-5250.pdf - SOrr-PPR-004501-005250

39.      Plaintiff Produced Records, SOrr – PPR 5251-5713.pdf - SOrr-PPR-005251-005713

40.      Plaintiff Produced Records, SOrr – PPR 5714-5786.pdf - SOrr-PPR-005714-005786

41.      Plaintiff Produced Records, SOrr – PPR 5787-5913.pdf - SOrr-PPR-005787-005913

42.      Plaintiff Produced Records, SOrr – PPR 5914-5997.pdf - SOrr-PPR-005914-005997

43.      Plaintiff Produced Records, SOrr – PPR 5998-6214.pdf - SOrr-PPR-005998-006214

44.      Plaintiff Produced Records, SOrr – PPR 6215-6242.pdf - SOrr-PPR-006215-006242

45.      Plaintiff Produced Records, SOrr – PPR 6243-6259.pdf - SOrr-PPR-006243-006259

46.      Plaintiff Produced Records, SOrr – PPR 6260-6288.pdf - SOrr-PPR-006260-006288

47.      Plaintiff Produced Records, SOrr – PPR 6289-6311.pdf - SOrr-PPR-006289-006311

48.      Plaintiff Produced Records, SOrr - PPR 751-1500.pdf - SOrr-PPR-000751-001500

49.      Quest Diagnostics, Inc., SOrr - Quest Diagnostics.pdf – SOrr-QD-LA-000001-000012

50.      Quest Diagnostics-Southwest (Patient Billing), SOrr - Quest Diagnostics Southwest (billing).pdf – SOrr-QDS-000001-000013

51.      Scalco, Steven A., MD, SOrr - Scalco, Steven, M.D.pdf – SOrr-SAScalco-000001-000003

52.      Singer Haley Vision Center, SOrr - Singer Haley Vision.pdf – SOrr-SHVC-000001-000099

53. St. Martin, Maurice E., Jr., M.D., SOrr - St. Martin, Maurice, M.D..pdf – SOrr-MEStMartinJr-000001-00346

54. Touro Infirmary (Pathology Department), SOrr - Tulane Infirmary (pathology).pdf – SOrr-TI-PD-000001-000006

55. Touro Infirmary (Patient Accounts), SOrr - Tulane Infirmary (billing).pdf – SOrr-TI-BD-000001-000009

56. Touro Infirmary (Radiology Department), SOrr - Tulane Infirmary (radiology).pdf – SOrr-TI-RD-000001-000016

57. Tulane Hospital (Medical Records Department), SOrr - Tulane Hospital (medical).pdf – SOrr-TulaneH-MD-000001-000589

58. Tulane Hospital (Patient Accounts) – Billing, SOrr - Tulane Hospital (billing).pdf – SOrr-TulaneH-BD-000001-000111

59. Tulane Hospital (Radiology Department), SOrr - Tulane Hospital (radiology).pdf – SOrr-TulaneH-RD-000001

60. Tulane University Hospital and Clinic (Pathology Department), SOrr - Tulane University Hospand Clinic (pathology inventory).pdf – SOrr-TUHC-PD-000001

61. Tulane University Hospital and Clinic (Radiology Department), SOrr - Tulane University Hospand Clinic (radiology inventory).pdf – SOrr-TUHC-RD-000001-000045

62. United Healthcare, SOrr - United Healthcare.pdf – SOrr-UH-000001-000358

## Depositions

Re: Joseph Boudreaux

1. Deposition Transcript of Alvin Michael Timothy, M.D.

2. Deposition Transcript of Angelique Torres, ANP, DNP-C

3. Deposition Transcript of Casie Duet Trosclair, N.P.

4. Deposition Transcript of Joseph Boudreaux, Jr.

5. Deposition Transcript of Kenneth Wong, M.D.

6.      Deposition Transcript of Virendra Joshi, M.D.

7.      Deposition Transcript of Loretta Boudreaux

8.      Deposition Transcript of Peter Fail, M.D.

9.      Deposition Transcript of Brent Futrell

10.     Deposition Transcript of Najy Masri, M.D.

11.     Deposition Transcript of Veronica Theriot, R.N.


Re: Sharyn Orr

1.      Deposition Transcript of Cuong Bui, M.D.

2.      Deposition Transcript of Francisco Cruz, M.D.

3.      Deposition Transcript of Terry Cummings, M.D.

4.      Deposition Transcript of Kim DeAgano

5.      Deposition Transcript of Toby Gropen, M.D.

6.      Deposition Transcript of Elizabeth Mahanna, M.D.

7.      Deposition Transcript of Brian Ogden, M.D.

8.      Deposition Transcript of Joseph Orr, III

9.      Deposition Transcript of Joseph Orr, Jr.

10.     Deposition Transcript of Kashmir Rai, M.D.

11.     Deposition Transcript of David Richardson

12.     Deposition Transcript of Maurice St. Martin, M.D.

13.     Deposition Transcript of Kelli Walker

## Expert Reports

1.  Cuculich, Phillip S. MD Plaintiff expert report; Cuculich, Phillip - Expert Report.pdf

2.  Expert Report of Frank Smart (Plaintiff Expert - Cardiology)

3.  Expert Report of Joachim Ix (Plaintiff Expert - Nephrology)

4.  Expert Report of Phillip Cuculich (Plaintiff Expert - Cardiology)

5.  Ix, Joachim Plaintiff expert report; Ix, Joachim - Expert Report.pdf

6.  Plaintiff Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine (Boudreaux)

7.  Plaintiff Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine (Boudreaux)

8.  Plaintiff Expert Report of Nathaniel Winstead, M.D. Gastroenterology, Internal Medicine (Boudreaux)

9.  Plaintiff Expert Report of Peter G. Liechty, MD, FAANS, FACS Neurosurgeon (Orr)

10. Plaintiff Expert Report of Randolph Rice, PH.D. Economics (Orr)

11. Plaintiff's General Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine

12. Plaintiff's General Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine

13. Plaintiff's General Expert Report of Jan Rosing, Ph.D. Hematology

14. Plaintiff Expert Report of Gianluca Cerri, MD, FACEP, FAAEM Emergency Medicine(Orr)

15. Smart, Frank - Plaintiff expert report; Smart, Frank - Expert Report.pdf

USCA5 1165

Literature

1. Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. The Lancet Haematology, 3(1), e12-e21.

2. Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187.

3. Aisenberg, J. (2016). The specific direct oral anticoagulant reversal agents: Their current status and future place in gastroenterology practice. Am. J. Gastroenterol. Suppl., 3, 36-44.

4. Azaad, M., Zhang, Q.R. and Li, Y.P. (2015) Factor XII (Hageman Factor) Deficiency: A Very Rare Coagulation Disorder. Open Journal of Blood Diseases, 5, 39-42

5. Baglin, T., Hillarp, A., Tripodi, A., Elalamy, I., Buller, H., & Ageno, W. (2013). Measuring oral direct inhibitors of thrombin and factor Xa: A recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. Journal of Thrombosis and Haemostasis, 11(4), 756-760.

6. Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. British journal of haematology, 159(4), 427-429

7. Bayer HealthCare AG, Janssen Pharmaceuticals, Inc. (2016). XARELTO® rivaroxaban information. DVT and PE treatment and risk reduction. Retrieved from URL https://www.xareltohcp.com/safety-profile/dvt-pe.html.

8. Brown JD, Shewale AR et al Adherence to Rivaroxaban, Dabigatran, and Apixaban for Stroke Prevention in Incident, Treatment-Naïve Nonvalvular Atrial Fibrillation. J Manag Care Spec Pharm, 2016 Nov;22(11):1319-1329.

9. Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.

10. Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247.

11.    Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising. Heart Rhythm, 2(3), 248–249.

12.    Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. World J Gastroenterol, 15(37), 4627-4637.

13.    Clemens, et al. Anticoagulant-related gastrointestinal bleeding—could this facilitate early detection of benign or malignant gastrointestinal lesions? Annals Of Medicine Vol. 46 , Iss. 8,2014.

14.    Dahlerup, J. F., Eivindson, M., Jacobsen, B. A., Jensen, N. M., Jørgensen, S. P., Laursen, S. B., ... & Nathan, T. (2015). Diagnosis and treatment of unexplained anemia with iron deficiency without overt bleeding. Danish medical journal, 62(4), C5072-C5072.

15.    Davie EW, Ratnoff OD. (1964). Waterfall sequence for intrinsic blood clotting. Science, 145: 1310-2; MacFarlane RG. (1964). An enzyme cascade in the blood clotting mechanism, and its function as a biological amplifier. Nature, 202: 498-9.

16.    Dentali, F., Marchesi, C., Pierfranceschi, M. G., Crowther, M., Garcia, D., Hylek, E., ... & Ageno, W. (2011). Safety of prothrombin complex concentrates for rapid anticoagulation reversal of vitamin K antagonists. Thromb Haemost, 106(3), 429-438.

17.    Feeney, J.M., et al. (2016). Compared to warfarin, direct oral anticoagulants are associated with lower mortality in patients with blunt traumatic intracranial hemorrhage: A TQIP study. J Trauma Acute Care Surg, 81(5), 843-848.

18.    Found at: http://www.stopafib.org/newsitem.cfm/NEWSID/361/FDA%20panel%20votes%20for% 20rivaroxaban/Xarelto%20for%20atrial%20fibrillation%20stroke%20prevention

19.    Giannitsis, E., Mair, J., Christersson, C., Siegbahn, A., Huber, K., Jaffe, A.S., Peacock, W.F., Plebani, M., Thygesen, K., Möckel, M. and Mueller, C. (2015). How to use D-dimer in acute cardiovascular care. European Heart Journal: Acute Cardiovascular Care, 2048872615610870.

20.    Goldhaber, S. Z. (2012). Venous thromboembolism: epidemiology and magnitude of the problem. Best Practice & Research Clinical Haematology, 25(3), 235-242.

21.    Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med, 176(11), 1662-1671 and Supplement.

22.    Harenberg, J., Marx, S., Krämer, R., Giese, C., & Weiss, C. (2011). Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as

aware of the young anemic patient. Scandinavian journal of gastroenterology, 47(8-9), 1094-1100.

35. Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303.

36. Liao, Z., Gao, R., Xu, C., & Li, Z. S. (2010). Indications and detection, completion, and retention rates of small-bowel capsule endoscopy: A systematic review. Gastrointestinal endoscopy, 71(2), 280-286.

37. Mueck W, Lensing AWA, Agnelli G, et al. Population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet. 2011;50(10):675-686.

38. Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. Clinical pharmacokinetics, 47(3), 203-216.

39. Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: Pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1

40. Mueck, W., Stampfuss, J., Kubitza, D., & Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clinical pharmacokinetics, 53(1), 1-16.

41. Patel, M.R., et al. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. The New England Journal of Medicine, 365(10), 883-891.

42. Pradaxa Package Insert; See also, Thorne K1, Jayathissa S, et al. Adherence and outcomes of patients prescribed dabigatran (Pradaxa) in routine clinical practice. J. . Intern Med J. 2014 Mar;44(3):261-5; Journal of the American Medical Association (04/14/15) Vol. 313, No. 14, P. 1443 Shore, Supriya; Ho, P. Michael; Lambert-Kerzner, Anne; et al.

43. Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: A pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thrombosis journal, 11(1), 1-10.

44. Quinlan, D. J., Eikelboom, J. W., & Weitz, J. I. (2013). 4-factor prothrombin complex concentrate for urgent reversal of vitamin K antagonists in patients with major bleeding. Circulation, CIRCULATIONAHA-113.

USCA5 1168

45.     Raskob, G. E., Silverstein, R., Bratzler, D. W., Heit, J. A., & White, R. H. (2010).
        Surveillance for deep vein thrombosis and pulmonary embolism: recommendations from
        a national workshop. American journal of preventive medicine, 38(4), S502-S509.

46.     Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... &
        Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban
        plasma concentrations using calibrators and controls: Results of a multicenter field trial.
        Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

47.     Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... &
        Martinoli, J. L. (2013).  Laboratory assessment of rivaroxaban: a review.  Thrombosis
        Journal 2013, 11:11.

48.     Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., &
        Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral,
        direct factor Xa inhibitor. Thrombosis and haemostasis, 103(4), 815-825.

49.     Skaistis, J., & Tagami, T. (2015). Risk of fatal bleeding in episodes of major bleeding
        with new oral anticoagulants and vitamin K antagonists: A systematic review and meta-
        analysis. PloS one, 10(9), e0137444.

50.     Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and
        pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14),
        1587-1603.

51.     Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... &
        Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation
        assays. Thrombosis and haemostasis, 113(1), 154-164.

52.     Williams Hematology. 7th edition. 2006; 2009.

53.     Zhu, A., Kaneshiro, M., & Kaunitz, J. D. (2010). Evaluation and treatment of iron
        deficiency anemia: A gastroenterological perspective. Digestive diseases and sciences,
        55(3), 548-559.

USCA5 1169

# EXHIBIT "B"

# CURRICULUM VITAE
## March 2015

**Name:**　　　　　　　　S. Scott Boniol, M.D.
　　　　　　　　　　　　Medical Director
　　　　　　　　　　　　Christus Schumpert Cancer Treatment Center
　　　　　　　　　　　　July 1, 2008 - present

**Address:**



**Personal Information:**
　　**Birthplace:**

　　**Birth Date:**

　　**Marital Status:**

**Education:**

| | | |
|---|---|---|
| **August 1988-**<br>**May 1992** | Alexandria Senior High<br>Alexandria, Louisiana | |
| **August 1992-**<br>**December 1994** | Louisiana State University<br>Baton Rouge, Louisiana | |
| **January 1995-**<br>**May 1997** | University of Louisiana at Lafayette<br>Lafayette, Louisiana<br>Bachelor of Science, Microbiology<br>Magna Cum Laude | |
| **August 1997-**<br>**June 2001** | Louisiana State University Health Sciences Center<br>Shreveport, Louisiana<br>Medical Doctorate | |

**Postdoctoral Training:**

| | |
|---|---|
| **July 2001-**<br>**June 2002** | Internship, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |

USCA5 1171

| | |
|---|---|
| **July 2002-**<br>**June 2004** | Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2004-**<br>**June 2005** | Chief Medical Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2005-**<br>**June 2007** | Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |
| **July 2007-**<br>**June 2008** | Chief Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |

**Honorary Awards:**

| | |
|---|---|
| **May 2004** | Victor Benator Award<br>Most Outstanding Resident |
| **May 2005** | John B. Bass, Jr., MD Award<br>Excellence in Teaching by an Attending Physician |
| **March 2009** | American Cancer Society, Shreveport<br>Leadership Council Member |
| **October 2008**<br>**2009, 2010, 2011**<br>**2012, 2013, 2014** | Top Hematology and Oncology Physicians<br>As Voted By Peers, Shreveport-Bossier Area<br>**SB Magazine** |

**Professional Qualifications:**

| | |
|---|---|
| **August 2005** | Board Certified, American Board of Internal Medicine |
| **October 2008** | Board Certified, Oncology |
| **October 2008** | Board Certified, Hematology |
| **January 2003** | Alabama State Medical License, 24993<br>Controlled Substance Registration Certificate, 24993<br>Drug Enforcement Registration Certificate |
| **June 2005** | Louisiana State Medical License, 200437 |

USCA5 1172

**Institutional Service:**

| | |
|---|---|
| **July 2008-Present** | Medical Director, CHRISTUS Schumpert Cancer Treatment Center, Shreveport |
| **January 2009-December 2011** | CHRISTUS Foundation Board, Member |
| **January 2010-December 2012** | Chief of Staff, Elect CHRISTUS Health Shreveport/Bossier |
| **January 2012-Present** | CHRISTUS Health Shreveport/Bossier Physician Leadership Development Council, Member |
| **January 2013-December 2014** | Chief of Staff CHRISTUS Health Shreveport/Bossier |
| **January 2013-Present** | Chairman CHRISTUS CME Committee |
| **January 2013-July 2014** | Regional Physician Lead CPG, Northwest Louisiana |
| **January 2015-Present** | Medicine Sub-specialties Representative CHRISTUS Medical Executive Council |
| **January 2015-Present** | Regional Director of Cancer Services CHRISTUS Health |

**Certification:**

| | |
|---|---|
| **June 2001** | ACLS |
| **September 2002** | ATLS |

**Publications:**

Boniol S, et al. Wernicke Encephalopathy Complicating Lymphoma Therapy: Case Report and Literature Review. **South Med J** 2007 Jul;100(7):717-9.

**Professional Society Memberships:**

Associate Member, American College of Physicians
Associate Member, American Society of Hematology
Member, American Society of Clinical Oncology
Medical Society of Mobile County

**Research:**

| | |
|---|---|
| **July 2006** | Primary Investigator, Retrospective chart review and survival analysis of patients with CNS metastasis from primary breast cancer treated at Feist-Weiller Cancer Center from August 1, 2000-December 31, 2005. |
| **July 2007** | Primary Investigator, Retrospective chart review of clinical outcomes of patients treated at the Feist-Weiller Cancer Center with locally advanced pancreatic cancer from 2000 – 2007. |
| **July 2008-December 2009** | CHRISTUS Schumpert Institutional Review Board Member |
| **February 2015-Present** | CHRISTUS Health Institutional Review Board Physician Representative |
| **November 2008-Present** | Primary Investigator at CHRISTUS Schumpert: SWOG S0221, CALGB 80405, PACCT-1, NSABP P2, Genentech Cleopatra, Genetech Lymphocare, Genetech RegistHER, MORE Registry, Amgen 102, BCIRG 006, NCIC MA.21, SWOG 8897, SWOG 9410, SWOG N9831, SWOG 9808, SWOG 1105, BMS-936558, REVEAL, CAMN-107A, SWOG 1207 |

**Invited Presentations:**

| | |
|---|---|
| **May 2004** | "The Hypercoagulable State" Cardiology Grand Rounds, University of South Alabama |
| **June 2004** | "The Hypercoagulable State" Neurology Grand Rounds, University of South Alabama |
| **February 2006** | "Chronic Myelogenous Leukemia: The History and Future" Oncology Grand Rounds, Louisiana State University |
| **May 2006** | "Chronic Myelogenous Leukemia: The History and Future" Medicine Grand Rounds, University of South Alabama |
| **December 2006** | "CNS Metastasis from Breast Cancer: The Feist-Weiller Experience" Oncology Grand Rounds, Louisiana State University |
| **February 2008** | "A Seven Year Retrospective Review of Clinical Outcomes of Locally Advanced Pancreatic Cancer at the Feist-Weiller |

USCA5 1174

Cancer Center 2000-2007"
Oncology Grand Rounds, Louisiana State University

**August 2008**  "Kaleidoscopes: The Colors of Cancer"
Shreveport Survivors Day

**November 2009**  "On Cancer: An Update"
Circle of Angels Banquet

**September 2010**  "Anemia: Symptom, Not a Diagnosis"
Barksdale AFB CME

**July 2014**  "New Paradigms in Anticoagulation"
Springhill Medical Center Physician CME

**March 2015**  "New Paradigms in Anticoagulation"
Barksdale AFB CME

**January 2013-
Present**  Janssen Pharmaceuticals Speakers Bureau

**January 2015-
Present**  BMS Pharmaceutical Speaker Bureau

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>Expert Testimony</u>

In the last 4 years, I have provided expert testimony in the following cases:

1.  Roberts vs Humana, 22nd JDC Div. H, No. 2010–12239

USCA5 1176