UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| **ALL CASES** | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

---

**EXHIBIT 14 TO**
**PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY**
**FROM SIX DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES**
**FROM OTHER ANTICOAGULANTS**

---

# FILED UNDER SEAL

USCA5 1398

In re Xarelto MDL litigation

## Expert Report of Dr. Sammy Khatib

**11/15/2016**

USCA5 1399

I have been asked to review the condition atrial fibrillation, its consequences, and the methods we have to treat the problems that can arise when one has atrial fibrillation, with emphasis on the utilization of Rivaroxaban.

## MY BACKGROUND AND QUALIFICATIONS

I am a cardiologist at John Ochsner Heart and Vascular Institute where I currently serve as Vice Chairman, Department of Cardiology, Section Head, Electrophysiology, and Program Director, Clinical Cardiac Electrophysiology. After completing my undergraduate degree at Duke University, I completed medical school at Wayne State University, where I was elected to the Alpha Omega Alpha Honor Medical Society. This was followed by residency in Internal Medicine at Georgetown University, after which I served as Chief Medical Resident at the Washington DC VA Medical Center. This was followed by training in Cardiovascular Medicine at John Ochsner Heart and Vascular Institute, during which time I served as Chief Cardiology Fellow my final year. Finally, I obtained further sub-specialty training in Clinical Cardiac Electrophysiology at the University of Florida. As an Electrophysiologist, my specialty is dealing with the rhythm disorders of the heart, of which atrial fibrillation is the majority. After a year serving as Junior Faculty at the University of Florida, I returned to join the staff at John Ochsner Heart and Vascular Institute in 2009. I serve as the Program Director for the Clinical Cardiac

USCA5 1400

Electrophysiology Fellowship Program. Dedicated to the training of future Electrophysiologists, this was the first such program created in the Gulf South Region. I currently serve as the Section Head of Electrophysiology. With 6 Electrophysiologists, we are the largest group in the Gulf South. I also serve as Vice-Chair for the Department of Cardiology.

Leading an extremely busy group, I have a robust clinical practice, treating a large volume of patients. The majority of my practice involves treating patients with atrial fibrillation. In addition to the management of patients, I have been significantly involved in the education of cardiologists and electrophysiologists, both in training and in practice, at Ochsner as well as across the country. My opinions in regard to this subject matter are therefore based on a large amount of personal experience, as well as a continued review of the data and studies that have been published. As such, I feel comfortable reviewing for the reader the concept of atrial fibrillation.

I have been retained by the Janssen defendants in this litigation as an expert in the Xarelto MDL litigation. My hourly rate as an expert in this litigation is $500/hour. My curriculum vitae is attached.

## ATRIAL FIBRILLATION: A REVIEW

Atrial fibrillation is the most common heart rhythm disturbance worldwide, with over 5 million people in the United States alone having this condition. The incidence increases with age, with approximately 10% of people over the age of 75

USCA5 1401

having atrial fibrillation.[1] Once one reaches 40 years of age, the chances of developing atrial fibrillation at some point in one's life is 1 in 4. Furthermore, the prevalence of this disease continues to grow exponentially. It is anticipated that by the year 2050, as many as 12 million people in the United States will develop atrial fibrillation.[2] This is likely a conservative estimate. If the current trend in increasing incidence continues, this number will likely reach 15.9 million.

To understand what exactly atrial fibrillation is, let us review the normal structure and function of the heart, focusing on the electrical conduction system that allows this to occur. There are 4 chambers of the heart. The two upper chambers of the heart are called the atria, and the two lower chambers of the heart are called the ventricles. After delivering oxygen to the tissues in the blood, the venous blood returns to the right side of the heart, from which it is sent to the lungs to once again oxygenate the blood. The blood then returns to the left side of the heart via conduits, called pulmonary veins. From the left side of the heart, the blood is pumped into the main artery of the body, the Aorta, from which it is delivered to the tissues in the body. After extraction of the oxygen from the tissues, the process cycles again as the venous (or de-oxygenated) blood returns to the right side of the heart. The upper chambers of each side of the heart (the atria), collect the blood,

[1] Centers for Disease Control and Prevention. (n.d.). Atrial fibrillation. *CDC, Division for Heart Disease and Stroke Prevention.* Retrieved from URL http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/docs/fs_atrial_fibrillation.pdf; Mant, J., Hobbs, F. R., Fletcher, K., Roalfe, A., Fitzmaurice, D., Lip, G. Y., ... & Midland Research Practices Network (MidReC. (2007). Warfarin versus aspirin for stroke prevention in an elderly community population with atrial fibrillation (the Birmingham Atrial Fibrillation Treatment of the Aged Study, BAFTA): A randomised controlled trial. *The Lancet, 370*(9586), 493-503.
[2] Schnabel, R. B., Yin, X., Gona, P., Larson, M. G., Beiser, A. S., McManus, D. D., ... & Seshadri, S. (2015). 50 year trends in atrial fibrillation prevalence, incidence, risk factors, and mortality in the Framingham Heart Study: A cohort study. *The Lancet, 386*(9989), 154-162.

USCA5 1402

and then send it through valves to the main pumps, or the ventricles. The right ventricle pumps the blood to the lungs, and the left ventricle pumps the blood to the Aorta.



*Figure 1.* American Heart Association Interactive Cardiovascular Library. (2016). Atrial Fibrillation. *The American Heart Association / The American Stroke Association.* Retrieved from URL http://watchlearnlive.heart.org/CVML_Player.php?moduleSelect=atrfib

For the heart to pump the blood through the body efficiently, the timing of the contractions of the upper and lower chambers of the heart is critical. First, the upper chambers contract, squeezing the blood down to the lower chambers. Then, the valves between the atria and ventricles close, preventing the blood from going backward. This is followed by contraction of the ventricles, squeezing the blood to the lungs or the Aorta. While the ventricles are contracting, the atria are relaxing, allowing them to fill. While the atria are contracting, the valves between the upper and lower chambers are open, and the ventricles are relaxing, allowing them to fill. The right and left side of the heart work simultaneously (the right and left atria contract at the same time, the right and left ventricles contract at the same time).

The heart has a unique electrical conduction system that allows for the critical timing of the contractions of the heart chambers. There are specialized cells that allow for propagation of the electrical signal throughout the heart, unlike anywhere else in the body. The signal starts in a cluster of cells in the upper part of the right atrium, called the sinus node. This is the internal pacemaker for the heart, setting the heart rate. It is connected to the brain by nerves (referred to as the autonomic system), which allow for it to increase when needed (for instance with exercise, or stress), and slow down when needed (for instance when sleeping). The signal then propagates to the rest of both atria in an organized manner, from top to bottom, allowing for the synchronized contraction of the upper chambers, pushing the blood down into the ventricles. The signal then is transmitted to the ventricles through tissue referred to as the AV (atrioventricular) node. By now, after the atria have contracted, the blood is resting in the ventricles, ready to be pumped to the lungs and body. The signal then propagates through the ventricles in an organized manner, resulting in the contraction of the lower chambers and the expulsion of the blood out of the heart. It is this ordered, rhythmic stimulation of the various parts of the heart that allows it to pump the blood efficiently throughout the body.

In atrial fibrillation, one loses this ordered stimulation. The electrical signals in the atria are rapid and chaotic. Instead of a signal propagating in an ordered fashion, the electrical signals now fibrillate, beating randomly, in multiple directions, falling back over each other. The result of this is that the atria, instead of contracting in a rhythmic fashion, will quiver irregularly and rapidly. This results in weaker overall contractions of the atria, thereby reducing the efficiency of the

pump. The signal propagates through the AV node, and then through the ventricles. It is only the atria that are beating in this fashion. The AV node and ventricles maintain their organized signal (fibrillation of the ventricles can happen, but this is fatal, referred to as sudden death). However, the synchronized timing between the upper and lower chambers is lost, as random impulses get through the AV node into the ventricles. This results in irregular timing of the pumping of the blood out to the lungs and body.



© MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH ALL RIGHTS RESERVED

*Figure 2.* Mayo Clinic Staff. (2016). Atrial fibrillation. *Mayo Clinic,* Retrieved from URL http://www.mayoclinic.org/diseases-conditions/atrial-fibrillation/symptoms-causes/dxc-20164936

What can trigger the development of atrial fibrillation? The underlying problem is the development of scarring in the atria or the lung veins, which changes the way the cells propagate the electrical signals. There are many things that promote this scarring. Age is a significant risk factor. As mentioned earlier, the

[8]

chances of developing atrial fibrillation increase as we get older. Heart disease and high blood pressure can also result in the development of atrial fibrillation.[3] Other causes include obesity, diabetes, sleep apnea, lung disease, thyroid disease. There are also dietary triggers that may provoke atrial fibrillation. Alcohol is also a common trigger for atrial fibrillation.[4] Although any of the above may cause atrial fibrillation, there are some people without any apparent triggers that can develop it as well.[5] This remains an area of intense interest, and our understanding of the causes continues to evolve. The reason the identification of an underlying problem is a challenge is that atrial fibrillation is a heterogeneous disorder of the atria, with many possible causes resulting in scarring of the upper chambers, with the end result being the same (atrial fibrillation). It is akin to the development of fever, which can occur for many different infections or other reasons. Lots of possible causes, with the same end result.

## ATRIAL FIBRILLATION: WHAT ARE THE CONSEQUENCES?

Once one develops atrial fibrillation, there is a wide spectrum of symptoms that one might feel. Common symptoms include palpitations (feeling of the heart beating rapidly and/or irregularly), shortness of breath, dizziness, or lightheadedness. The symptoms may be more subtle, such as fatigue, or decrease in

---

[3] Lloyd-Jones, D. M., Wang, T. J., Leip, E. P., Larson, M. G., Levy, D., Vasan, R. S., ... & Benjamin, E. J. (2004). Lifetime risk for development of atrial fibrillation the Framingham heart study. *Circulation*, *110*(9), 1042-1046.
[4] Schnabel, R. B., Yin, X., Gona, P., Larson, M. G., Beiser, A. S., McManus, D. D., ... & Seshadri, S. (2015). 50 year trends in atrial fibrillation prevalence, incidence, risk factors, and mortality in the Framingham Heart Study: A cohort study. *The Lancet*, *386*(9989), 154-162.
[5] Kaminsky, L., & Zhang, Z. Y. (1997). Human P450 metabolism of warfarin. *Pharmacol Ther.*, *73*(1), 67-74.

exercise tolerance. The type and severity of symptoms vary from patient to patient. The impact on the quality of life can be profound, even debilitating, or it can be negligible. As many as 50% of patients with atrial fibrillation are asymptomatic.[6] This can pose a problem, as there are people who are in atrial fibrillation and may be unaware of it.

What are the consequences of atrial fibrillation, other than on the impact on quality of life? It can also lead to the development of congestive heart failure, or weakening of the heart. This is more likely to occur when the heart rate is elevated for an extended time. Therefore, one of the goals to control atrial fibrillation is to lower the heart rate.

## STROKE RISK

The biggest concern, however, is the increased risk of stroke. When one is in atrial fibrillation, as discussed, the blood does not pump as efficiently. This sluggish blood flow results in pooling of the blood, particularly in the left atrium and a pouch-like portion of the left atrium, the left atrial appendage. When blood pools, the normal clotting mechanisms can be activated. The normal clotting mechanisms are what help bleeding stop when, for instance, you cut yourself. We have clotting

---

[6] Boriani, G., Laroche, C., Diemberger, I., Fantecchi, E., Popescu, M. I., Rasmussen, L. H., ... & Lip, G. Y. (2015). Asymptomatic atrial fibrillation: clinical correlates, management, and outcomes in the EORP-AF Pilot General Registry. *The American journal of medicine, 128*(5), 509-518; Boriani, G., Valzania, C., Biffi, M., Diemberger, I., Ziacchi, M., & Martignani, C. (2015). Asymptomatic lone atrial fibrillation-how can we detect the arrhythmia? *Curr. Pharm. Des., 21* (5) ,659-66; Hindricks, G., Piorkowski, C., Tanner, H., Kobza, R., Gerds-Li, J. H., Carbucicchio, C., & Kottkamp, H. (2005). Perception of atrial fibrillation before and after radiofrequency catheter ablation relevance of asymptomatic arrhythmia recurrence. *Circulation, 112*(3), 307-313; Prystowsky, E.N. (1996). Management of Patients with Atrial Fibrillation: A statement for healthcare professionals from the subcommittee on electrocardiography and electrophysiology, American Heart Association. *Circulation, 93* (6), 1262-1277.

factors circulating in the blood that, if triggered by a stimulus, will activate and

undergo a cascade of interactions and activations resulting in the formation of a clot.

The normal clotting function is critical to our safety, preventing us from bleeding

indefinitely. In atrial fibrillation, as the blood pools, this clotting cascade can be

activated, resulting in the formation of a blood clot. If this blood clot then

propagates from the heart, it can go to the brain, resulting in a stroke. It can also

travel to other parts of the body and cause other problems. For instance, if the

blood clot travels to a heart artery, this will result in a heart attack. The formation

of a blood clot and the propagation to other parts of the body is referred to as

thrombo-embolism.



*Figure 3.* NIH MedlinePlus. (2016). Atrial fibrillation: Complications. MedlinePlus, 9(4), 23. Retrieved from URL
https://medlineplus.gov/magazine/issues/winter15/articles/winter15pg23.html

USCA5 1408

Overall, the risk of stroke increases 5-fold from one's baseline risk when atrial fibrillation is present.[7] Annually, over 100,000 strokes in the United States are attributable to this condition, of which greater than 20,000 are fatal.[8] Furthermore, strokes that are related to atrial fibrillation tend to be more severe than that caused by other factors alone, such as high blood pressure.[9] Also, the risk of recurrence of stroke is much higher when the initial etiology is atrial fibrillation.[10] As noted, this condition increases with age, with 10% of people over 75 years old developing it. The same is true for the incidence of stroke with atrial fibrillation. It is estimated that 1 in 4 strokes of people over 80 years of age in the United States are related to atrial fibrillation.[11]


## RISK ASSESSMENT FOR STROKE

What can be done to mitigate this risk? There are medications that prevent blood clots from forming, despite the inefficient blood flow. If the risk of stroke is high enough, then initiation of these medications, anticoagulants, is warranted. If the risk of stroke is low, then aspirin alone, or nothing at all, may be sufficient. Thus,

---

[7] Mant, J., Hobbs, F. R., Fletcher, K., Roalfe, A., Fitzmaurice, D., Lip, G. Y., ... & Midland Research Practices Network (MidReC. (2007). Warfarin versus aspirin for stroke prevention in an elderly community population with atrial fibrillation (the Birmingham Atrial Fibrillation Treatment of the Aged Study, BAFTA): A randomised controlled trial. *The Lancet, 370*(9586), 493-503.

[8] Reiffel, J.A. (2014). Atrial fibrillation and stoke: epidemiology. *Am. J. Med., (4)*, e15-16.

[9] Dulli, D. A., Stanko, H., & Levine, R. L. (2003). Atrial fibrillation is associated with severe acute ischemic stroke. *Neuroepidemiology, 22*(2), 118-123; Lin, H. J., Wolf, P. A., Kelly-Hayes, M., Beiser, A. S., Kase, C. S., Benjamin, E. J., & D'Agostino, R. B. (1996). Stroke severity in atrial fibrillation The Framingham Study. *Stroke, 27*(10), 1760-1764.

[10] Marini, C., De Santis, F., Sacco, S., Russo, T., Olivieri, L., Totaro, R., & Carolei, A. (2005). Contribution of atrial fibrillation to incidence and outcome of ischemic stroke results from a population-based study. *Stroke, 36*(6), 1115-1119.

[11] Office of Communications and Public Liaison, National Institute of Neurological Disorders and Stroke. (2016). Stroke: Hope Through Research. *National Institute of Neurological Disorders and Stroke.* Retrieved from URL http://www.ninds.nih.gov/disorders/stroke/detail_stroke.htm

USCA5 1409

determining one's underlying risk of stroke is an integral part of the decision making process when dealing with atrial fibrillation. There are conditions that have been shown to increase the risk of stroke. Scoring systems have been created to take these factors into account. For a long time, the standard risk assessment was the CHADS$_2$ score. This mnemonic incorporates the first letter for these conditions, and assigns a score based on the number of factors present. A point each is assigned for Congestive Heart Failure, Hypertension, age $\geq$ 75 year old, and diabetes. A prior history of stroke or transient ischemic attack ("mini-stroke") results in two points. The sum results in a total CHADS$_2$ score that has been shown to correlate with risk of stroke. For instance, a 75 year old gentleman with a history of high blood pressure and diabetes would have a score of 2. Studies to date have demonstrated that with a CHADS$_2$ score of 2 or more, anticoagulation is warranted. With a score of 0, aspirin alone, or no medication, is warranted.[12] If there is a score of 1, the data has been equivocal, and our current society guidelines indicate that the decision of whether to institute an anticoagulant is at the discretion of the physician and patient. Many of the studies on the new anticoagulants utilized this scoring system to risk assess patients.

More recently, additional research into stroke risk scoring systems have been undertaken. Specifically, there are other risk factors that should be considered along with those of the CHADS$_2$. With a CHADS$_2$ score of 0, the risk of stroke per year remains 1.9%, which is not negligible. With a CHADS$_2$ score of 1, the overall risk of

---

[12] Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. *Thrombosis and haemostasis, 107*(6), 1172-1179.

USCA5 1410

[13]

stroke per year is 2.8%.[13]  Based on further studies, a more refined scoring system

has been developed, the $CHA_2DS_2$-VASc score.  Again, similar to the $CHADS_2$ score,

one point is assigned for Congestive Heart Failure, Hypertension, Diabetes, and age

≥75 years.  Additionally, one point each is assigned for female sex, age 65–74 years

and the presence of vascular disease.  For age ≥ 75 years old, and prior stroke or

mini-stroke, two points are assigned.  The advantage of this scoring system is that it

truly identifies a group of patients that are at low risk for stroke.  With a score of 0,

the stroke per year incidence is 0%.  With a score of 1, the risk of stroke per year is

1.3%.[14]  Current US guidelines endorse utilization of the $CHA_2DS_2$-VASc scoring

system when making a decision as to whether anticoagulation should be initiated.[15]

Similar to the $CHADS_2$ score, a score of 2 or more warrants anticoagulation.  With a

score of 0, aspirin alone or no medication is sufficient, and with a score of 1, the

decision is at the discretion of the patient and physician.[16]

---

[13] Lip, G. Y. (2011). Implications of the CHA 2 DS 2-VASc and HAS-BLED scores for thromboprophylaxis in atrial fibrillation. *The American journal of medicine, 124*(2), 111-114.

[14] Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. *Thrombosis and haemostasis, 107*(6), 1172-1179.

[15] January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation:  Executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. *Journal of the American College of Cardiology, 64*(21), 2246-80.

[16] January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. *Journal of the American College of Cardiology, 64*(21), e1-76.

USCA5 1411

## MINIMIZING RISK OF STROKE WITH WARFARIN

If one has opted for anticoagulation, which medications are available? To understand how the medications help to prevent stroke, one must review the manner in how a blood clot is formed, a process is referred to as the coagulation cascade. A complex series of reactions and activations of clotting factors results in the formation of the blood clot. The clotting factors circulate in an inactive state in the blood. The coagulation process involves a series of reactions, in which one clotting factor is activated, which then serves as the catalyst in activating the next clotting factor in the process. There are 3 sets of pathways involved, the intrinsic pathway way, extrinsic pathway and final common pathway. The intrinsic and extrinsic factors utilize different triggers and a different set of coagulation factors, but the ultimate result with both is the activation of Factor X (Prothrombin Activator) to Factor Xa (the a subscript indicates that the factor is active). Both the intrinsic and extrinsic pathways trigger the final common pathway. In this series of equations, Thrombin, or Factor II, is activated, which in turn converts Fibrinogen (Factor I) to Fibrin. Fibrin is a soluble fiber that acts as the building block, trapping platelets and red blood cells to create the blood clot. This complex series of reactions is modulated by the body in many ways, and incorporates other proteins and molecules to regulate the process. Two of these cofactors, Protein C and Protein S, help to inactivate the clotting factors that have been turned on, thereby preventing indefinite clot formation.

In general, the mechanism of the anticoagulants utilized to prevent stroke is to interrupt the clotting cascade in some fashion. For decades, the only oral

USCA5 1412

Case 2:14-md-02592-EEF-MBN Document 5399-8 Filed 02/10/17 Page 16 of 102

anticoagulant available to patients was warfarin (also known as Coumadin). Warfarin exerts its anticoagulant effects by inhibiting the synthesis of the vitamin K. This impacts the production of vitamin K dependent clotting factors II, VII, IX and X, as well as the regulatory factors Protein C and S. The inhibition of these factors prevents the coagulation cascade from occurring, thus preventing blood clot formation. There is a slow onset of action with Coumadin, as it takes time for the functional clotting factors already in the circulation to be cleared. The peak anticoagulant effect of Coumadin is between 72-96 hours after administration of the medication.[17] Metabolism of the drug occurs through a group of liver enzymes referred to as the Cytochrome P450 enzymes.[18] There is significant variability to how this metabolism occurs. One person may metabolize Coumadin at a much faster rate than another. This variability makes it difficult to predict an effective and safe dose across populations.[19] Furthermore, there are numerous drug and food interactions that can occur that can easily impact the level and activity of Coumadin.[20] For instance, spinach, which contains high levels of Vitamin K, would attenuate the effect of Coumadin. Medications that interfere with the Cytochrome

---

[17] Weitz, P. & Gross, P. (2012). New oral anticoagulants: which one should my patient use? *American Society of Hematology*, 536-540.

[18] Kaminsky, L., & Zhang, Z. Y. (1997). Human P450 metabolism of warfarin. *Pharmacol Ther., 73*(1), 67-74.

[19] Flockhart, D. A., O'Kane, D., Williams, M. S., Watson, M. S., Gage, B., Gandolfi, R., ... & Veenstra, D. (2008). Pharmacogenetic testing of CYP2C9 and VKORC1 alleles for warfarin. *Genetics in Medicine, 10*(2), 139-150.

[20] Bushra, R., Aslam, N., & Khan, A. (2011). Food-drug interactions. *Oman Medical Journal, 26* (2), 77-83. Retrieved from URL https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3191675/; NIH. Important information to know when you are taking: Warfarin (Coumadin) and vitamin K. Retrieved from URL http://www.cc.nih.gov/ccc/patient_education/drug_nutrient/coumadin1.pdf

USCA5 1413

P450 enzymes will also alter the effect.[21] The list of foods and medications that can impact Coumadin is numerous.

Because of the significant variations in dosing for each patient, as well as the significant interactions that occur with diet or other medications, warfarin requires frequent lab testing and routine monitoring. Prothrombin time (PT) is the standard assay used to measure the effect of Coumadin. The more potent the effect, the longer the prothrombin time. Because the PT time is also influenced by the type of reagent used in the assay, there can be significant variability in the results with different laboratories. To account for this, the Internalized Normalized Ratio (INR) was created, which takes into account the reagent used and the PT, thus standardizing the results.[22] The target INR range for Coumadin to prevent blood clots is 2.0-3.0. If the INR is below 2, then Coumadin's effect is not enough to prevent blood clot formation. Above 3, the inhibition of the clotting factors is strong enough that the risk of bleeding increases, and outweighs the benefits of the protection. Bleeding is the major side effect associated with all anticoagulants in general. The more potent the effect, the higher the risk of bleeding.

---

[21] Bushra, R., Aslam, N., & Khan, A. (2011). Food-drug interactions. *Oman Medical Journal, 26* (2), 77-83. Retrieved from URL https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3191675/; Kaminsky, L., & Zhang, Z. Y. (1997). Human P450 metabolism of warfarin. *Pharmacol Ther., 73*(1), 67-74; National Institutes of Health (NIH). Important information to know when you are taking: Warfarin (Coumadin) and vitamin K. *Patient Education: Medications.* Retrieved from URL http://www.cc.nih.gov/ccc/patient_education/drug_nutrient/coumadin1.pdf
[22] Kamal, A. H., Tefferi, A., & Pruthi, R. K. (2007, July). How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. In *Mayo Clinic Proceedings* (Vol. 82, No. 7, pp. 864-873). Elsevier.

USCA5 1414

## THE NEED FOR NEWER ANTICOAGULANTS

Coumadin's narrow therapeutic window, coupled with the frequent alterations in the levels and activity of Coumadin, results in the need for frequent monitoring and adjustment of the dosing.  It also requires a patient population that is well informed in regard to these possible interactions. Unfortunately, in the real world, this is not the case.  Over half the people on Coumadin are not aware of food and drug interactions, and over half do not appreciate the adverse events that can occur.[23] Thus, you have a medication that has a narrow target, with significant variability in how it is metabolized, which is altered by many things in our regular diet, as well as medications, that people are not aware of.   What are the consequences of not being in the target range?  Stroke if the levels are too low, or bleeding if the levels are too high. It is not surprising, therefore, that Coumadin is frequently responsible for adverse events in the United States.  Coumadin and insulin are the two most commonly implicated drugs in adverse drug events in emergency departments, accounting for 33% of all adverse drug events in patients over 50 years of age. [24] .  It is also why up to a third of patients who initiate Coumadin stop taking it as of 6 months after initiation of treatment.[25]  Adherence to medications, intuitively, is critical to improving outcomes in patients; as expected,

---

[23] Shuaib, W. (2014). Warfarin therapy: Survey of patients' knowledge of their drug regimen. *Malays. J. Med. Sci., 21*(4), 37-41.

[24] Budnitz, D. S., Pollock, D. A., Mendelsohn, A. B., Weidenbach, K. N., McDonald, A. K., & Annest, J. L. (2005). Emergency department visits for outpatient adverse drug events: demonstration for a national surveillance system. *Annals of emergency medicine, 45*(2), 197-206;  Hafner, J. W., Belknap, S. M., Squillante, M. D., & Bucheit, K. A. (2002). Adverse drug events in emergency department patients. *Annals of emergency medicine, 39*(3), 258-267;  Shuaib, W. (2014). Warfarin therapy: Survey of patients' knowledge of their drug regimen. *Malays J Med Sci. 21*(4), 37-41.

[25] O'Brien, E. C., Simon, D. N., Allen, L. A., Singer, D. E., Fonarow, G. C., Kowey, P. R., ... & Piccini, J. P. (2014). Reasons for warfarin discontinuation in the outcomes registry for better informed treatment of atrial fibrillation (ORBIT-AF). *American heart journal, 168*(4), 487-494.

poor adherence has a significant effect on anticoagulation control.[26] These challenges have resulted in intense efforts to create anticoagulants with a wider therapeutic window and more predictable behavior, which are less prone to fluctuations from medications or diet, thus requiring much less monitoring and improving patient adherence.

The extensive efforts in this area have led to the development of a group of medications referred to as Direct Oral Anticoagulants (DOAC's). These medications are target specific oral anticoagulants, inhibiting either Factor Xa or Thrombin. In the past, these medications have also been called Novel Oral Anticoagulants, or NOAC's. This nomenclature is no longer preferred, as the medications are no longer considered novel, but this remains a frequently used term in the literature and in the public. The advantages that these medications convey include quick time to effect, fixed dosing regimens due to predictable pharmacodynamics, and fewer drug and dietary interactions. There are currently 4 medications that have been approved by the FDA for reducing stroke in atrial fibrillation. These include Dabigatran (Pradaxa), Rivaroxaban (Xarelto), Apixaban (Eliquis), and Edoxaban (Savaysa). Dabigatran acts as a direct thrombin inhibitor, whereas Rivaroxaban, Apixaban, and Edoxaban inhibit Factor Xa. The remainder of this report will focus on Rivaroxaban.

In clinical practice, physicians utilize Evidence Based Medicine (EBM) in the process of decision making related to patient care and prescribing of medications.

---

[26] Kimmel, S. E., Chen, Z., Price, M., Parker, C. S., Metlay, J. P., Christie, J. D., ... & Gross, R. (2007). The influence of patient adherence on anticoagulation control with warfarin: results from the International Normalized Ratio Adherence and Genetics (IN-RANGE) Study. *Archives of Internal Medicine, 167*(3), 229-235.

EBM is an integration of a clinician's expertise, the patient's values, and the best available current scientific evidence in health care. According to EBM, the best scientific evidence is considered to be randomized controlled clinical studies involving a number of participants demonstrated to quantify efficacy and risk. Based on this understanding of EBM, in an individual patient scenario it is not possible to determine if outcomes would be different if a different anticoagulant was used unless this is specifically addressed in scientific research. To do so would be to base any conclusions on speculation, and not scientific evidence. In EBM, clinical evidence is categorized according to relevance and freedom from the various bias:

  1. Evidences obtained by meta-analysis of several randomized controlled research (RCR).

    1b. Evidences from only one RCR.

  2a. Evidences from well designed controlled research RCR.

    2b. Evidences from one quasi experimental research.

  3. Evidences from non experimental studies (comparative research, case study), according to some, for example Textbooks.

  4. Evidences from experts and clinical practice.[27]

The EBM hierarchy of evidence is illustrated in Figure 4.

---

[27] Masic, I., Miokovic, M., & Muhamedagic, B. (2008). Evidence based medicine-new approaches and challenges. *Acta Informatica Medica, 16*(4), 219.

USCA5 1417



**Figure 4.** SUNY Downstate Medical Center. (2014). A Guide to Research Methods: The Evidence Pyramid. *Medical Research Library of Brooklyn. Evidence Based Medicine Course.* Retrieved from URL http://library.downstate.edu/EBM2/2100.htm

## XARELTO: AN OVERVIEW

Xarelto exerts its anticoagulant effect by directly inhibiting factor Xa, doing so in a consistent and predictable manner. Unlike Coumadin, there is little variability in the effect of the medication across all patient populations.[28] This stable effect, coupled with significantly fewer drug to drug and dietary interactions, allows for fixed dosing regimens with no need for monitoring and adjusting. Its onset of action is faster than Coumadin, with a time to peak effect of 2 to 3 hours, and a half-life of 5 to 9 hours in young healthy subjects, 11 to 13 hours in elderly subjects.[29] Approximately ⅓ of Xarelto is excreted by the kidneys, with the remainder being metabolized by the Cytochrome P3A4 system in the liver. Thus,

---

[28] Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. *Fundamental & clinical pharmacology, 26*(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. *Therapeutic advances in cardiovascular disease,* 10(5), 294 –303.

[29] Parekh, PJ, Merrell, J., Clary, M., Brush, J.E., & Johnson, D.A. (2014). New Anticoagulants and Antiplatelet Agents. *Am J Gastroenterol., 109*(1):9-19.

dosing adjustment is required in the setting of renal insufficiency. Dosing adjustment is required as impaired renal function will result in higher plasma levels secondary to impaired clearance of the medication. Dosing studies have been performed, and the recommendations are lowering the dose of Xarelto to 15mg daily in the setting of moderately impaired renal function (CrCl 15-50 ml/min).[30] The obvious advantage of the fixed dosing regimen and lack of need for monitoring is improved patient adherence to the medication. The value of improving adherence to an intervention of any sort cannot be emphasized enough. If an intervention is effective but people cannot maintain it, the positive impact is significantly attenuated. Patient adherence has been linked to improving outcomes in many studies, regardless of the medication studied.[31]

## ROCKET AF: TRIAL DEMOSTRATING VALUE OF XARELTO

The major study evaluating the effect of Xarelto in atrial fibrillation was the ROCKET AF trial.[32] This was a large scale, multicenter, international trial, with 1178 participating sites in 45 countries, resulting in the enrollment of 14,264 patients enrolled. It was designed to compare once daily Xarelto with dose adjusted warfarin for the prevention of stroke and systemic embolism in patients with non-

---

[30] Girgis, I. G., Patel, M. R., Peters, G. R., Moore, K. T., Mahaffey, K. W., Nessel, C. C., ... & Becker, R. C. (2014). Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non - valvular atrial fibrillation: Results from ROCKET AF. *The Journal of Clinical Pharmacology, 54*(8), 917-927; Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. *Thrombosis journal, 11*(1), 1-17.

[31] Kripalani, S., Yao, X., & Haynes, R. B. (2007). Interventions to enhance medication adherence in chronic medical conditions: A systematic review. *Archives of internal medicine, 167*(6), 540-549.

[32] Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *New England Journal of Medicine, 365*(10), 883-891.

USCA5 1419

valvular atrial fibrillation who were at moderate to high risk for stroke. The dose of Xarelto was 20 mg daily in patients with normal renal function, and 15 mg daily in patients with moderate renal problems (defined as Creatinine (Cr) clearance between 30-49 ml/min). Those with severe renal dysfunction (Cr clearance < 30 ml/min) were excluded from the trial, as these patients are known to not adequately clear Xarelto and thus it would not be safe to utilize this medication. For warfarin, the dose was constantly adjusted to target an INR of 2.0-3.0. Inclusion criteria were patients with atrial fibrillation and moderate to high risk for stroke. This was defined as prior history of stroke, transient ischemic attack ("mini-stroke"), or systemic thrombo-embolism, or 2 of the following factors: Ejection fraction < 35%, High blood pressure, Diabetes, age > 75. The mean CHADS score for this patient population was 3.5, which was higher than that studied in the other studies with target specific oral anticoagulants. This is important to keep in mind. Higher CHADS score, or higher risk of stroke, correlates with a sicker patient population. A sicker patient population is more likely to have events. Thus, if one studies a less sick patient population, there will be less events overall, and thus it will be easier to show two treatment arms are equal in outcomes. The exclusion criteria were the following: valvular atrial fibrillation (we will discuss this later in the report), creatinine clearance < 30 ml/min, transient atrial fibrillation caused by a reversible cause, active internal bleeding, prior history of intracranial bleeding, hemorrhagic disorders, severe disabling stroke within the past 3 months, or planned cardioversion (restoring normal rhythm with an electrical shock). The patients were followed for an extended period, with a median follow-up of 2 years. The

USCA5 1420

primary outcomes studied included one for efficacy, and one for safety. The primary efficacy outcome was stroke or systemic embolism; the primary safety outcome was clinically relevant bleeding events.

This study was designed as a non-inferiority trial. In other words, the goal of the study, and hence the way it was designed, was to show that the two treatment arms (in this case Xarelto with fixed dosing versus dose adjusted warfarin) were similar in outcome, as opposed to trying to demonstrate that one arm was superior. When it is reasonable to utilize this approach as opposed to performing a superiority trial? A non-inferiority trial is reasonable when there is a known therapy with established efficacy that has reasons to consider alternatives, such as cost, or significant side effects. Coumadin has been demonstrated to reduce the risk of embolism, but has the problems that have been discussed. For this reason, demonstrating a medication is not inferior to Coumadin, while being easier for patients and doctors to manage, is worthwhile. When one constructs a non-inferiority trial, it is important that the trial design is vigorous enough to test whether the trial arm is non-inferior. For instance, one needs an adequate duration of study. If one evaluated the outcomes for one week, there would be little time for an event to occur, and therefore not difficult to demonstrate non-inferiority. In ROCKET AF, not only was the mean duration of follow-up lengthy (2 years), but the study population was sicker than the populations studied in the other trials involving direct oral anticoagulants. Therefore, the event rates would be frequent enough that if one arm were to be inferior, this would be elicited. ROCKET AF was also rigorous in terms of the overall patient numbers, and the compliance with

medications. The results were validated in both an intention to treat and per protocol manner (see below).

The results of the study demonstrated that Xarelto was non-inferior to warfarin for the prevention of stroke or systemic embolism, with no significant difference in the risk of major bleeding. There are two ways to track the outcomes: as intention to treat, and as per protocol. In an intention to treat analysis, once a patient is randomized to one of the arms, their results are tracked in that arm regardless of whether they actually received the treatment. Sometimes, a patient may be randomized to an arm but not receive treatment. For instance, a patient may have been randomized to warfarin, but ultimately refused treatment, and ended up receiving Xarelto. In an intention to treat analysis, this patient would be included in the arm for warfarin. In a per protocol analysis, the results are tracked based on which treatment the patient actually received, regardless of randomization. In the ROCKET AF intention to treat analysis, the event rate for stroke or systemic embolism was 2.4% per year, compared to 2.1% per year in the Xarelto arm. This held up in the per protocol analysis as well, with 2.2% per year event rate in the warfarin arm compared to 1.7% per year event rate in the Xarelto arm.

Similar to the efficacy outcome, Xarelto showed non-inferiority to warfarin with regard to the primary safety outcome. Major and clinically relevant non-major bleeding occurred in 1475 patients in the Xarelto group, and 1449 patients in the warfarin group (14.9% per year and 14.5% per year, respectively). Although the overall bleeding rates were similar, there were differences noted in the site and

severity of bleeding.  Major bleeding from a gastrointestinal site was higher in the

Xarelto arm, 3.2% as compared to 2.2% in the warfarin arm.  However, the

intracranial hemorrhage was significantly less in the Xarelto arm, 0.8% compared to

1.2%.  Furthermore, fatal bleeding occurred less in the Xarelto arm, 0.4% versus

0.8%.   Also, the overall rate of critical bleeding, defined as occurring in critical sites,

defined as intracranial, intraspinal, intraocular, pericardial, intraarticular,

intramuscular or retroperitoneal, occurred significantly less in the patients treated

with Xarelto, 1.3% compared to 1.9%.  Thus, although the overall risk of bleeding

was similar in the two treatment arms, there appeared to be a significant difference

in the types of bleeding, with Xarelto resulting in less fatal and critical bleeding, and

less bleeding from the brain, which would be considered more serious and difficult

to treat overall than bleeding from the gastrointestinal system.


## XARELTO:  WHEN NOT TO USE IT

Based primarily on ROCKET AF, Xarelto was approved by the FDA for the

treatment of non-valvular atrial fibrillation.  It is important to understand that there

are times when it would not be safe, or accepted, to use Xarelto, or the other direct

oral anticoagulants.  The first general category relates to ability to metabolize and

clear the drug.  As mentioned previously, approximately one third of Xarelto is

metabolized by the kidneys.  Studies have shown that in those with a Cr clearance <

30 ml/min, there was a 64% increase in serum drug concentrations.[33]  A significant

portion of Xarelto is metabolized by the liver, via the CYP 3A4 enzyme complex.

---

[33] Perzborn, E., Roehrig, S., Straub, A., Kubitzza, B., Mueck, W., Laux, V. (2010). Rivaroxaban: A New
Oral Factor Xa Inhibitor. *Arteriosclerosis, Thrombosis, and Vascular Biology, 30*, 376-381.

Thus for these reasons, patients with significant liver disease, Cr clearance < 30 ml/min, or on medications that interfere with the CYP 3A4 are not appropriate candidates.

The second general category relates to atrial fibrillation related to vavlular heart disease, or valvular atrial fibrillation. The utilization of the direct oral anticoagulants including Xarelto is restricted to atrial fibrillation that is considered non-valvular in etiology. Why make a distinction between this and other etiologies of atrial fibrillation? It has been shown that valvular atrial fibrillation has a significantly higher risk of thrombo-embolism as compared to other etiologies of atrial fibrillation.[34] The underlying causes for the development of blood clot may also be different in this patient population, as well as the location of the blood clots. It is well known, for example, that patients with severe mitral stenosis are at particularly high risk for thrombo-embolism.[35] How is valvular atrial fibrillation defined? There remains some confusion in the general public, and indeed amongst physicians, as to how this is defined. This is related to the heterogeneity of exclusion criteria utilized in the different trials of direct oral anticoagulants. For instance, in RE-LY (Dabigatran versus Coumadin), the definition was "history of heart valve disorder including hemodynamically relevant valve disease."[36] In ROCKET AF, valvular heart disease was defined hemodynamically significant mitral valve stenosis, prosthetic heart valve. In ARISTOTLE (Apixaban versus Coumadin),

[34] Leiria, T. L., Lopes, R. D., Williams, J. B., Katz, J. N., Kalil, R. A., & Alexander, J. H. (2011). Antithrombotic therapies in patients with prosthetic heart valves: guidelines translated for the clinician. *Journal of thrombosis and thrombolysis, 31*(4), 514-522.

[35] Dewar, H.A., & Weightman, D. (1983). A study of embolism in mitral valve disease and atrial fibrillation. *Br. Heart J., 49*(2), 133–140.

[36] Connolly S.J., et al. (2009). Supplement to: Dabigatran versus warfarin in patients with atrial fibrillation. *N. Engl. J. Med., 361*(12), 1139-1151.

this was defined as clinically significant (moderate to severe) mitral stenosis and other conditions requiring anticoagulation, such as prosthetic heart valve.[37] For ENGAGE AF-TIMI 48 (Edoxaban versus Coumadin), the definition utilized was moderate or severe mitral stenosis, and mechanical heart valves (patients with bioprosthetic valves and those with prior valve repair not replacement were included in the study).[38] One study, utilizing Dabigatran, was undertaken specifically in patients with mechanical mitral or aortic heart valves to evaluate its efficacy and safety.[39] The trial was terminated prematurely secondary to a higher risk of both thrombo-embolism and bleeding in the patients treated with Dabigatran as compared to Coumadin.

Despite the paucity of data in patients with bioprosthetic heart valves (which carry a lower risk of blood clot development than mechanical heart valves, regardless of presence of atrial fibrillation) as well as those have undergone repair as opposed to replacement, the 2014 American guidelines define non-valvular atrial fibrillation as "AF in the absence of rheumatic mitral stenosis, a mechanical or bioprosthetic heart valve, or mitral valve repair."[40] The European guidelines, announced more recently in 2016, define valvular atrial fibrillation as AF in patients

[37] Granger, et al. (2011). Apixaban versus warfarin in patients with atrial fibrillation. The New England Journal of Medicine, 365(11), 981-992.

[38] Ruff, C T, et al. (2010) Evaluation of the novel factor Xa inhibitor edoxaban compared with warfarin in patients with atrial fibrillation: Design and rationale of the effective anticoagulation with favor XA next Generation in Atrial Fibrillation-Thrombolysis in Myocardial Infarction study 48 (ENGAGE AF-TIMI 48). American Heart Journal October; 160(4):635-641 e2.

[39] Eikelboom, J.W., et al. (2013). Dabigatran versus warfarin in patients with mechanical heart valves. The New England Journal of Medicine, 369(13), 1206-1214.

[40] January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: Executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 64(21), 2246-80.

USCA5 1425

who have either rheumatic valvular disease (predominantly mitral stenosis) or mechanical heart valves [41]

Physicians and patients have needed an anticoagulation therapy that overcomes the many limitations associated with Coumadin, since its development in 1954. The approval of the direct oral anticoagulants including Xarelto, resulting from decades of medical and scientific efforts, represents a MAJOR step forward in our management of AF. There remain, however, concerns raised with these new agents. The remainder of this report will focus on the issues raised with Xarelto and the ROCKET AF trial.

## XARELTO: RATIONALE FOR ONCE A DAY DOSING

An issue that has been raised with ROCKET AF is the utilization of Xarelto with a once daily dosing regimen. Critics point to the rapid time to peak concentration, which is 2.5 -4 hours after ingestion, with a half-life of 5-9 hours in healthy volunteers and 9 – 13 hours in people > 65 years of age.[42] The decision to utilize a once daily dosing regimen was based on understanding of the pharmacokinetics of Xarelto, as well as the fact that with once daily dosing would be preferable, if effective, as it would improve patient compliance as compared to a twice daily dosing regimen. It has been shown that patients are more likely to comply with once daily dosing of medications; improved adherence of as much as

---

[41] Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J., Hindricks, G., et al. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. *European Heart Journal, 37*, 2893–2962.
[42] Parekh, PJ, Merrell, J., Clary, M., Brush, J.E., & Johnson, D.A. (2014). New Anticoagulants and Antiplatelet Agents. *Am J Gastroenterol. 2014;109*(1):9-19.

USCA5 1426

[29]

40-60% has been seen.[43]  Does once daily dosing allow for effect throughout a 24
hour period?  If one looks at the inhibition constant, it will be understood why the
answer is yes.  The inhibition constant is the concentration of a drug that is required
to inhibit an enzyme's activity in half.  For Xarelto, this number is 0.4 nM, which
correlates to a circulating plasma concentration of 0.17 ug/L.  The trough level of
Xarelto when administered as 20 mg daily is 32 ug/L.[44]  The trough level is the
lowest concentration of a circulating drug in the bloodstream, collected just prior to
the next dose.  Thus, at 24 hours, one is still getting significant anticoagulant effect
with Xarelto.  The decision to utilize once daily dosing has been further validated by
multiple phase II dose ranging studies for Xarelto with deep venous thrombosis,
evaluating the inhibition of Xa over a 24 hour period. [45]  Having access to a once
daily dosing regimen that is effective and safe is of huge value in the management of

[43] Claxton, A. J., Cramer, J., & Pierce, C. (2001). A systematic review of the associations between dose
regimens and medication compliance. *Clinical therapeutics, 23*(8), 1296-1310; Iskedjian, M., Einarson,
T. R., MacKeigan, L. D., Shear, N., Addis, A., Mittmann, N., & Ilersich, A. L. (2002). Relationship between
daily dose frequency and adherence to antihypertensive pharmacotherapy: Evidence from a meta-
analysis. *Clinical therapeutics, 24*(2), 302-316; Kardas, P. (2007). Comparison of patient compliance
with once-daily and twice-daily antibiotic regimens in respiratory tract infections: results of a
randomized trial. *Journal of Antimicrobial Chemotherapy, 59*(3), 531-536; Laliberté, F., Bookhart, B.
K., Nelson, W. W., Lefebvre, P., Schein, J. R., Rondeau-Leclaire, J., & Duh, M. S. (2013). Impact of once-
daily versus twice-daily dosing frequency on adherence to chronic medications among patients with
venous thromboembolism. *The Patient-Patient-Centered Outcomes Research, 6*(3), 213-224.;  Saini, S.
D., Schoenfeld, P., Kaulback, K., & Dubinsky, M. C. (2009). Effect of medication dosing frequency on
adherence in chronic diseases. *The American journal of managed care, 15*(6), e22-33.
[44] Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A
dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban
in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-
Ranging Study. *Blood, 112*(6), 2242-2247;  Perzborn, E., roehrig, S., Straub, A., Kubitza, D., &
Misselwitz, F. (2011). The discovery and development of rivaroxaban, an oral, direct factor Xa
inhibitor. *Drug Discovery, 10,* 61-75.
[45] Agnelli, G., Gallus, A., Goldhaber, S. Z., Haas, S., Huisman, M. V., Hull, R. D., ... & ODIXa-DVT Study
Investigators. (2007). Treatment of proximal deep-vein thrombosis with the oral direct factor Xa
inhibitor rivaroxaban (BAY 59-7939): The ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939
in patients with acute symptomatic deep-vein thrombosis) study. *Circulation, 116*(2), 180-187;
Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A
dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban
in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-
Ranging Study. *Blood, 112*(6), 2242-2247.

stroke protection for atrial fibrillation. Critics indicate this was done only for marketing purposes. However, there is real data demonstrating that once daily dosing improves adherence to therapy significantly. Intuitively, improved adherence to a therapy that improves outcomes will, in and of itself, improve outcomes. This has been validated in the literature, not just for anticoagulants but for all therapies.

## MONITORING OF COUMADIN DURING ROCKET AF

A point of contention for ROCKET AF has been the management of patients in the warfarin arm. Two concerns have been raised: 1) a faulty device to measure INR's 2) the adequacy of anticoagulation in the warfarin arm was less than it should have been.

In September of 2015, Janssen Pharmaceuticals Inc informed the FDA of a recall on the hand held point-of-care (POC) device that was used at all study sites to monitor INR and adjust warfarin dosing. This was based on data indicating that the INR levels reported by the POC device were lower than values reported by a laboratory based device. These discordant readings resulted in some patients being hospitalized for bleeding. In theory, this would result in patients over anti-coagulated in the warfarin arm in ROCKET AF. This would potentially result in higher rates of bleeding, but lower rates of embolic events in this arm. The potential bias on the outcome would favor Xarelto in terms of bleeding. Of note, this potential bias would also be against Xarelto in terms of the efficacy outcome of embolic

USCA5 1428

events, as, if the patients were over anti-coagulated, there would be less risk of clot formation in this cohort of patients.

Fortunately, 87% of the patients in the warfarin arm had one least pair of same day INR samples obtained from the POC device and the central laboratory (LAB). This allowed for analysis of the differences observed, and the potential impact on the results. Overall, the POC INR was 13% less that that observed with the LAB INR. At the time of same day testing, 52% of patients had a POC INR reading in the 2.0-3.0 window. Of these, 35% had same day LAB INR > 3.0, and 3% with LAB INR < 2.0. Based on these results, mathematical modeling was undertaken both by Janssen and the FDA to assess the impact on outcomes. Specifically, 4 models were created by Janssen, and 2 by the FDA. Overall, these models demonstrated an increase in the rates of bleeding in warfarin arm, as well as a decrease in the number of embolic events. However, the estimated reductions in bleeding events that would occur if the POC device was more accurate were small enough that they did not impact the overall efficacy of Xarelto compared to warfarin. In addition, the Duke University investigators who conducted the ROCKET AF trial performed similar analyses and concluded that the study findings were not altered.[46] The FDA, when making its recommendation AGAINST making any changes in the initial recommendations based on the POC recall, also pointed to the fact that similar outcomes were observed in other studies that did not utilize the POC device (specifically, the EINSTEIN trial). The European Medical Agency, which

---

[46] Patel, M. R., Hellkamp, A. S., & Fox, K. A. (2016). Point-of-care warfarin monitoring in the ROCKET AF trial. *New England Journal of Medicine, 374*(8), 785-788; Strum, W. B., & Powell, J. R. (2016). Point-of-Care Warfarin Monitoring in the ROCKET AF Trial, *N. Engl. J. Med., 375*(4), 390-391.

is the counterpart of FDA in Europe, also carefully reviewed the data and concluded that the POC device did not compromise the trial and that the findings of ROCKET AF remained intact, and re-affirmed that Xarelto was safety and effective for treatment of patients with atrial fibrillation.[47]

## ADDRESSING TIME IN THE THERAPEUTIC WINDOW

Another concern that has been raised with ROCKET AF in regard to the management of patients in the warfarin arm was the overall adequacy of anticoagulation. Specifically, the time in the therapeutic range (TTR) was lower than it should have been. As has been discussed, there is a narrow therapeutic window of efficacy for warfarin. If the INR is < 2, then there is not enough activity to prevent thrombus formation, and thus the risk of stroke or embolism remains significant. If the INR is > 3, although one is protected from thrombus formation, the impact on the coagulation cascade is strong enough that the risk of bleeding increases. Thus, the longer one is not in the therapeutic window, the higher risk of either thrombus formation or bleeding. The TTR for ROCKET AF was 55.2%, compared with 64.4% with RE-LY, 65% with ENGAGE AF, and 62.2% with ARISTOTLE. One reason for this was related to the different patient populations studied. It has been mentioned that the CHADS score was higher for ROCKET AF compared to both RE-LY and ARISTOTLE. This corresponds to a sicker patient

[47] European Medicines Agency. (2016). Assessment Report: Xarelto. International non-proprietary name: rivaroxaban. Procedure no. EMEA/H/C/000944/LEG-037. Retrieved from URL http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&uact=8&ved=0ah UKEwj_5q2l8dDPAhUL9YMKHZX9CKwQFggcMAA&url=http%3A%2F%2Fwww.ema.europa.eu%2Fd ocs%2Fen_GB%2Fdocument_library%2FEPAR_-_Assessment_Report_- _Variation%2Fhuman%2F000944%2FWC500201726.pdf&usg=AFQjCNElOB7BYX0uT4rLoKELc3Qjv -1spA

USCA5 1430

[33]

population in general, which could potentially result in more difficulty in maintaining adequate anticoagulation.  For instance, age is associated with higher medication intake, which can result in difficulty maintaining an adequate INR.  Furthermore, the study design may have contributed to this difference.  In particular, ROCKET AF and ARISTOTLE were performed as blinded studies, whereas RE-LY was open label.  In other words, prescribers and patients were unaware of whether the patients were on warfarin or Xarelto or Eliquis, respectively, whereas in RE-LY both the patient and physician were aware of which treatment was administered.

How does the % TTR compare to other studies?  In studies, the % TTR may be different than that seen in the real world, as study patients are subject to more rigorous follow-up and testing than the general population.   A meta-analysis performed by Baker et al in 2009[48]  reviewed multiple studies evaluating patients in the United States who were treated in community care settings or anticoagulation clinics.  In this review of the studies, the mean % TTR was 55%.  TTR was found to be related to the setting in which patients received care – those who had access to anticoagulation clinics had better INR control.  In 2011 Rose et al.[49] published a study evaluating a large set of real world patients.  This review found Mean TTR for the entire sample was 58%, and varied by sites from 38% to 69%.  These real world values are similar to those observed in ROCKET AF.   Thus, the lower TTR seen in

[48] Baker, W. L., Cios, D. A., Sander, S. D., & Coleman, C. I. (2009). Meta-analysis to assess the quality of warfarin control in atrial fibrillation patients in the United States. *Journal of Managed Care Pharmacy*, *15(*3), 244-252.
[49] Rose, A. J., Hylek, E. M., Ozonoff, A., Ash, A. S., Reisman, J. I., & Berlowitz, D. R. (2011). Risk-adjusted percent time in therapeutic range as a quality indicator for outpatient oral anticoagulation results of the Veterans Affairs Study To Improve Anticoagulation (VARIA). *Circulation: Cardiovascular Quality and Outcomes, 4*(1), 22-29.

USCA5 1431

ROCKET is more likely a reflection of a sicker patient population, which more closely approximates patients seen in the real world, as well as a closer approximation to real world management of warfarin than the artificially more rigorous monitoring routinely undertaken with trials.

### LIMITATIONS OF THE SUBGROUP ANALYSIS OF ROCKET AF

Another criticism of ROCKET AF is that although overall the risk of major bleeding was not higher in the trial, in subgroup analysis, the risk of major bleeding in patients in the United States was higher. The problem with this argument lies in the fact that analysis of subgroup results in large trials is unreliable, and predicating treatment plans on retrospectively looked at subgroups can cause harm to our patients.

To review, a trial is designed to test a hypothesis. The results of the trial support or refute the hypothesis. There always remains a possibility that the findings were related to chance. In the medical field, it has been accepted that when the chances that the results are <5% (P value < 0.05), the results are considered statistically significant. The power of a study is the probability that the results correctly corroborate the hypothesis when the hypothesis is true. One of the critical components of a study is the number of patients. If there are fewer patients, then the likelihood of the results not being true and more likely related to chance are higher. For instance, if you gave two patients Xarelto and neither of them had a stroke or a bleeding event, it would not be prudent to conclude that Xarelto was safe or effective. One of the biggest problems with subgroup analysis is that if they are

USCA5 1432

not pre-specified, they are not powered enough to make a valid conclusion. Again, when results are considered statistically significant, we are accepting a 5%, or 1 in 20, possibility that the results were related to chance. That would mean that if we divided ROCKET AF into 60 subgroups, analysis of 3 of the subgroups would be counter to the overall results, and this would be related to chance.

The practice of looking at subgroup analyses retrospectively is sometimes referred to as data dredging. If you view enough subgroups, you are going to eventually find something that occurs due to luck. The fallacy of subgroup analysis was highlighted in the Second International Study of Infarct Survival trial.[50] This trial looked at the utilization of aspirin and streptokinase in the treatment of acute myocardial infarction. This was a large trial, with the benefit of aspirin over placebo being extreme (P value < 0.00001). The patients were then retrospectively evaluated based on their astrological sign. In this analysis, Geminis and Libras were found to be insensitive to aspirin. Clearly, one is not going to take this as valid. But when subgroup analysis is applied to something that appears more reasonable, such as countries, it can be easier to overlook the fallacy of the argument. ROCKET AF enrolled over 14,000 patients. The subgroup analysis of patients in the United States involved less than 2000 patients. This number of patients is not enough to override the results of the overall trial.

## LIMITATIONS OF THE PROTHROMBIN TIME AS A MEANS FOR MONITORING

---

[50] ISIS-2 Collaborative Group. (1988). Randomised trial of intravenous streptokinase, oral aspirin, both, or neither among 17 187 cases of suspected acute myocardial infarction. *Lancet, ii,* 349-360.

USCA5 1433

Some critics have suggested that the Prothrombin Time assay may be useful in monitoring of Xarelto anticoagulation. Ironically, one of the biggest criticisms of warfarin has been the need for frequent monitoring. Thus, one of the touted strengths of the DOAC's in general was the lack of need for monitoring. However, there may be cases where understanding the drug concentration would be of value. This includes monitoring for compliance, or a patient presents with a bleeding event or thrombotic event and it would be of helpful to understand the level of anticoagulant activity. Early on, calls were made to utilize the PT as a means of monitoring. It was pointed out that elevated PT may be predictive of increased risk of bleeding. As more data has been published, however, it has become clear that interpretation of the PT is unreliable. As such, there is less clinical value of utilizing this test at the current time. Why is this the case? There are multiple reasons:

1)      There is significant variability of the impact on PT based on the reagent used by a specific laboratory for the test. Unlike Coumadin, where the INR has been used to standardize the differences in the reagents utilized, there has been no normalization created to date to allow for this variability. If PT tests vary from lab to lab, physicians cannot rely on this information to treat patients. For example, it is know that even if a PT result is normal, a patient may be fully anticoagulated.[51] To base any clinical decisions on a normal PT value would be to place the patient at risk.

---

[51] Testa, S., Legnani, C., Tripodi, A., Paoletti, O., Pengo, V., Abbate, R., ... & Poli, D. (2016). Poor comparability of coagulation screening test with specific measurement in patients on direct oral anticoagulants: Results from a multicenter/multiplatform study. *Journal of Thrombosis and Haemostasis*, 2016; DOI:10.1111/jth.13486.

USCA5 1434

2)     The impact on the Prothrombin time is transient, with peak effect at 2 hours after ingestion of Xarelto. The transient impact is less of a problem for warfarin, as the half-life of this is much longer (36-42 hours). Xarelto, with its once daily dosing and shorter half-life, is much more sensitive to differences in timing of the sample taken as compared to warfarin. Thus, there is a significant amount of variability of the impact on PT based on the timing of administration of the drug and the obtaining of the sample for analysis.

3)     The sensitivity of PT is much lower at lower doses of Xarelto. Indeed, in one study by Francart et al, 32% of patients with "on therapy" plasma levels had normal PT values.[52]

Most importantly, however, is the lack of correlation between PT and strength of anticoagulation with the DOAC's. PT does not reliably indicate the degree of anticoagulation. The DOAC's bind to both the bound and free serine proteases, whereas heparin binds only to free proteases. As such, the anticoagulant impact is different. Therefore, a given prolongation in PT that corresponds to a certain effect based on warfarin does not correlate to impact of effect on Xarelto. **THERE HAS BEEN NO DEMONSTRATED CORRELATION BETWEEN PT AND THE IMPACT ON ANTICOAGULATION WITH THE DOAC'S**. Therefore, one cannot discern whether a certain PT level predicts effective, too much, or too little anticoagulant effect. Critics are

---

[52] Francart, S. J., Hawes, E. M., Deal, A. M., Adcock, D. M., Gosselin, R., Jeanneret, C., ... & Moll, S. (2014). Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. *Thrombosis and haemostasis*, *111*(6), 1133-1140.

USCA5 1435

taking a test that has been demonstrated to be effective in monitoring of one drug, and trying to apply it to another drug. It is similar to comparing apples and oranges.

This view has also been endorsed by the ESC and EHRA[53] in their most recent guidelines published in 2016 in which they state all NOACs have a predictable (onset and offset) affect without the need for regular coagulation monitoring.

## FURTHER VALIDATION OF ROCKET AF WITH REAL WORLD DATA

The biggest concern overall that has been raised with Rivaroxaban is the concern for bleeding. Critics argue that without an adequate measure of anticoagulant effect, and without a reversal agent in the case of bleeding, placing patients on this medication puts them at higher risk of major bleeding that would be difficult to control. When the DOAC's were first brought to market, this was a concern that I shared as well. However, my review of the literature, including the real world observational studies that have followed, have convinced me that this is not the case.[54] ROCKET AF was a large trial that demonstrated no increased risk of

---

[53] Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J., Hindricks, G., et al. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. *Europace, euw*295, 1-90.

[54] Laliberte, F, Cloutier, M., Nelson, W., Coleman, C., Pilon, D., Olson, W...& Lefebvre, P. (2014). Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. *Current Medical Research and Opinion, 30*(7), 1317-1325; Larsen, T.B., Skjøth, F., Nielsen, P.B., Kjældgaard, J.N. & Lip, G.Y. (2016). Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort study. *BMJ, 353*, i3189; Lip, G.Y., Keshishian, A., Kamble, S., Pan, X., Mardekian, J., Horblyuk, R. & Hamilton, M. (2016). Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin. *Thromb Haemost 116*, 1-12; Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C... & Phatak, H. (2016). Major bleeding risk among non‐valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real‐world" observational study in the United States. *International Journal of Clinical Practice, 70*(9), 752-763; Miller, C.S., Grandi, S.M., Shimony, A.,

USCA5 1436

Case 2:14-md-02592-EEF-MBN Document 6099-53 Filed 04/10/17 Page 40 of 102

[39]

major bleeding compared to warfarin, which until 2010, was the only oral anticoagulant available for stroke protection in atrial fibrillation. For the reasons discussed above, I believe this was a well-designed and executed trial, which validated the hypothesis that Xarelto utilized in a once daily dosing schedule is safe and effective for stroke prevention. As a real world practicing clinician, however, I remained concerned regarding the application of the therapy to my patients. Specifically, although the risk of major bleeding was not higher with Xarelto, I was concerned in regard to how to manage a patient once they did have a bleed. With all the problems with warfarin, one significant positive was the ability to reverse the medication in the setting of acute bleeding, with Vitamin K and Fresh Frozen Plasma. With the lack of a reversal agent for Xarelto, or a lack of a rescue in these patients, would they be harder to manage in the real world?

After reviewing the data, I was, and remain, comfortable that this is not the case. How does major bleeding translate to the patient in the real world? It would manifest as increased need for transfusions, longer time in the hospital, and worse overall outcomes. Did this occur? Piccini et al.[55] reviewed the patients in ROCKET AF that had major bleeding events (431 in the Xarelto arm, 409 in the warfarin arm),

---

Filion, K.B., & Eisenberg, M.J. (2012). Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. *Am J Cardiol 110*:453– 460; Staerk, L., Fosbøl, E., Lip, G., Lamberts, M., Bonde, A.N., Torp-Pedersen, C... & Jonas Bjerring Olesen. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. *European Heart Journal* , ehw496.; Yao, X., Abraham, N.S., Sangaralingham, L.R., Bellolio, F., McBane, R.D., Shah, N.D., & Noseworthy, P.A. (2016). Effectiveness and safety of dabigatran, rivaroxaban, and apixaban versus warfarin in nonvalvular atrial fibrillation. *J Am Heart Assoc.* 5(6), e003725

[55] Piccini, J. P., Stevens, S. R., Lokhnygina, Y., Patel, M. R., Halperin, J. L., Singer, D. E., ... & Mahaffey, K. W. (2013). Outcomes after cardioversion and atrial fibrillation ablation in patients treated with rivaroxaban and warfarin in the ROCKET AF trial. *Journal of the American College of Cardiology, 61*(19), 1998-2006.

USCA5 1437

and demonstrated that this was not the case. The average number of transfusions of packed red blood cells (replacement for blood loss) was 2 in both arms. The average number of transfusions with fresh frozen plasma (FFP) and Prothrombin complex concentrates (PCC), utilized to counteract anticoagulation was significantly higher in the warfarin arm. The average length of stay for patients on Xarelto was 5 days, compared to 6 days with warfarin. When one examines the 3 month outcomes of stroke, embolism, heart attack and death, the hazard ratio was 0.688 for Xarelto, with a range of 0.455-1.0.42. This means that there was no difference in the 3 month outcomes of patients with major bleeding events with Xarelto. Indeed, the trend was towards improved outcome with Xarelto, almost reaching clinical significance. Thus, despite the lack of availability of a reversal agent specifically designed for Xarelto, it was at least as easy to manage as patients with bleeding events on warfarin, with a trend towards less severe bleeding overall.

As noted, an important piece of data to review is the real world observational studies that are performed after a medication has been introduced. In a trial, a specific patient population is examined, and in general these patients are subject to more rigorous monitoring than usual clinical practice. I always caution my fellows and residents that when a new therapy is introduced, the next 2-3 years really are important in terms of how the therapy actually performs. For instance, there is great enthusiasm for the anti-arrhythmic Dronedarone when it was first approved for rhythm control for atrial fibrillation, but issues became apparent once it reached market and was used in the real world. What has the real world data shown us about Rivaroxaban? It has validated the results of ROCKET AF. Tamayo et

USCA5 1438

al performed a pharmacovigilance, post-market study on patients prescribed Xarelto for non-valvular atrial fibrillation in the United States. 27,467 patients were monitored for an average of 455 days. The rate of major bleeding was similar to that reported in ROCKET AF (the overall trial, not the subgroup analysis which reported worsening bleeding in the US). There were 14 fatal bleeding events observed, correlating to fatal bleeding incidence rate of 0.08 per 100 person-years.

A prospective real world registry was undertaken in Dresden, with 1776 patients being monitored for bleeding events and the management there-of. There was a 6.1% major bleeding rate observed.[56] 2.3 of these were treated with supportive management, such as transfusions of PRBC's. A total of 6 patients received Prothrombin Complex Concentrate, and only 3 received fresh frozen plasma. The conclusions of the authors of this study were that the treatment of major bleeding in the setting of Rivaroxaban was "simply and rarely requires pro-coagulants." They also concluded that "outcome at 90 days is better than reported for Vitamin K antagonists."

Another observational study prospectively performed was the Xantus study.[57] This was an international registry with 6784 patients enrolled. Almost half of these patients had been on warfarin in the past, and were switched to Xarelto. This patient population had a lower risk of stroke overall, with a CHADS score of 2, as compared to 3.5 seen in ROCKET AF. This lower CHADS score was more in line

---

[56] Beyer-Westendorf, J., Förster, K., Pannach, S., Ebertz, F., Gelbricht, V., Thieme, C., ... & Tittl, L. (2014). Rates, management, and outcome of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry. *Blood, 124*(6), 955-962.
[57] Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M. & Turpie, A.G. (2015). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. *European heart journal , 1*:ehv466, 1-9.

USCA5 1439

with the patient populations studied in RE-LY and ARISTOTLE. The annual stroke rate in this registry was low, 0.7%. Not surprisingly, given this was a lower risk population, the incidence rate of major bleeding was 2.1 events per 100 patient years, lower than that seen in ROCKET AF. Also very important to note, the persistence rate of taking the medication at 1 year was 80%, much higher than what has been historically seen with warfarin.


## PRODUCT LABEL FOR XARELTO IS SATISFACTORY

Finally, I would like to address the criticism of the product label, or package insert, of Xarelto. There have been some that have reported that the risk of bleeding was under-represented. I would urge one to look at the package insert themselves, but I do not find this to be the case. Throughout the insert, there are warnings regarding the risk of major bleeding. On the first page of the insert, it is mentioned twice, as the first bullet point under warning and precautions, and again as the first bullet point under adverse reactions. It is repeated throughout the document. The label also gives a concise but effective review of ROCKET AF, including mentioning the concerns raised with the lower TTR and the possible limitations attributable to this. It fairly states "There are limited data on the relative effectiveness of Xarelto and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled."[58] Of note, this would be a true statement for all DOAC's. At the request of the FDA, the subgroup data was added to the insert. I believe that

---

[58] Xarelto Package Insert

USCA5 1440

the package insert appropriately pointed out that subgroup analysis should be interpreted with caution, as has been discussed in this report. Minimal comment was made on monitoring with assays such as PT, because, as has been discussed, these are of limited utility Overall, the obligation of a label is to adequately communicate the risks of a medication to the physicians, and I believe that the package insert was able to do this in a balanced, fair fashion.


## CONCLUSION

This has been a lengthy report, with heavy emphasis on the science and studies behind Xarelto. I want to conclude by mentioning the impact that Xarelto and the DOAC's have had on my patients and practice. As mentioned above, I have a busy clinical practice, and the most common condition that I deal with is atrial fibrillation. Indeed, stroke protection as it relates to atrial fibrillation is the most common therapeutic decision I am called on to make. Historically, the only viable option has been warfarin. For the reasons discussed above, it has been a challenge maintaining adequate adherence in patients despite the higher risk of stroke. There has been a huge need for something better for decades. The advent of Xarelto and the DOAC's represents a major advance in the management of these patients. There is no therapy that is without some risk (I caution our fellows and residents that even water, in certain situations and people, represents a risk). One has to look at populations, not anecdotes, and judge what is best for our patients. And the heavy weight of the data from ROCKET AF and the subsequent real world registries

Case 2:14-md-02592-EEF-MBN Document 6099-5 Filed 04/10/17 Page 45 of 102
Case: 18-30010  Document: 00514393995  Page: 452  Date Filed: 02/17/17

[44]

validates that Xarelto is a safe, effective medication.  As such, to limit its use in our practice would be setting us back in terms of stroke reduction for atrial fibrillation.

I reserve the right to supplement this report if I receive any additional information.  All of my opinions are to a reasonable degree of medical certainty.

_____
Sammy Khatib, MD

11/15/16
_____
Date

# EXHIBIT "A"

USCA5 1443

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 11/6/2016 | Deposition Transcript | 07/11/2016 | | Deposition transcript of Kenneth Wong, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/6/2016 | Deposition Transcript | 09/27/2016 | | Deposition transcript of Timothy Alvin, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/6/2016 | Deposition Transcript | 09/22/2016 | | Deposition transcript of Peter Fail, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/5/2016 | Deposition Transcript | 07/07/2016 | | Deposition Transcript of Cuong Bui, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/5/2016 | Deposition Transcript | 06/27/2016 | | Deposition transcript of MAURICE ST. MARTIN, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | Expert Report of Henry Michael Rinder, M.D. (Boudreaux Specific) | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | General Expert Report of Frank W. Smart, MD, FACC, FACP | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | General Expert Report of Henry Michael Rinder, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | General Expert Report of Phillip S. Cuculich, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/12/2016 | | General Expert Report of Edward S. Peters, D.M.D., S.M., Sc.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | Expert Report of Cindy Leissinger (Boudreaux Specific) | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | 11/15/2016 | Expert Report | 10/14/2016 | | General Expert Report of Cindy Leissinger, M.D. | | Confidential | FALSE | |
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Kripalani, S., Yao, X., & Haynes, R. B. (2007). Interventions to enhance medication adherence in chronic medical conditions: A systematic review. Archives of internal medicine, 167(6), 540-549. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Kamal, A. H., Tefferi, A., & Pruthi, R. K. (2007, July). How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. In Mayo Clinic Proceedings (Vol. 82, No. 7, pp. 864-873). Elsevier. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New England Journal of Medicine, 365(10), 883-891. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Shuaib, W. (2014). Warfarin therapy: Survey of patients' knowledge of their drug regimen. Malays. J. Med. Sci., 21(4), 37-41. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2002 | Journal | Hafner, J. W., Belknap, S. M., Squillante, M. D., & Bucheit, K. A. (2002). Adverse drug events in emergency department patients. Annals of emergency medicine, 39(3), 258-267; | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Shuaib, W. (2014). Warfarin therapy: Survey of patients' knowledge of their drug regimen. Malays J Med Sci. 21(4), 37-41. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2008 | Journal | Flockhart, D. A., O'Kane, D., Williams, M. S., Watson, M. S., Gage, B., Gandolfi, R., ... & Veenstra, D. (2008). Pharmacogenetic testing of CYP2C9 and VKORC1 alleles for warfarin. Genetics in Medicine, 10(2), 139-150. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2012 | Journal | Weitz, P. & Gross, P. (2012). New oral anticoagulants: which one should my patient use? American Society of Hematology, 536-540. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 1997 | Journal | Kaminsky, L., & Zhang, Z. Y. (1997). Human P450 metabolism of warfarin. Pharmacol Ther., 73(1), 67-74. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2013 | Journal | Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1-17. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Girgis, I. G., Patel, M. R., Peters, G. R., Moore, K. T., Mahaffey, K. W., Nessel, C. C., ... & Becker, R. C. (2014). Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: Results from ROCKET AF. The Journal of Clinical Pharmacology, 54(8), 917-927 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | O'Brien, E. C., Simon, D. N., Allen, L. A., Singer, D. E., Fonarow, G. C., Kowey, P. R., ... & Piccini, J. P. (2014). Reasons for warfarin discontinuation in the outcomes registry for better informed treatment of atrial fibrillation (ORBIT-AF). American heart journal, 168(4), 487-494. | None | | TRUE | Report citation |

USCA5 1446

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Kimmel, S. E., Chen, Z., Price, M., Parker, C. S., Metlay, J. P., Christie, J. D., ... & Gross, R. (2007). The influence of patient adherence on anticoagulation control with warfarin: results from the International Normalized Ratio Adherence and Genetics (IN-RANGE) Study. Archives of Internal Medicine, 167(3), 229-235. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2008 | Journal | Masic, I., Miokovic, M., & Muhamedagic, B. (2008). Evidence based medicine-new approaches and challenges. Acta Informatica Medica, 16(4), 219. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Parekh, PJ, Merrell, J., Clary, M., Brush, J.E., & Johnson, D.A. (2014). New Anticoagulants and Antiplatelet Agents. Am J Gastroenterol., 109(1):9-19. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 64(21), e1-76. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|---------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/4/2016 | Literature | | | Beyer-Westendorf, J., Förster, K., Pannach, S., Ebertz, F., Gelbricht V., Thieme, C., Michalski, F., Köhler, C., Werth, S., Sahin, K., Tittl, L., Hänsel, U., & Weiss, N. (2014 Aug). Rates, management, and outcome of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry. Blood, 124(6), 955-962. | n/a | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2010 | Journal | Perzborn, E., Roehrig, S., Straub, A., Kubitzza, B., Mueck, W., Laux, V. (2010). Rivaroxaban: A New Oral Factor Xa Inhibitor. Arteriosclerosis, Thrombosis, and Vascular Biology, 30, 376-381. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Bushra, R., Aslam, N., & Khan, A. (2011). Food-drug interactions. Oman Medical Journal, 26 (2), 77-83. Retrieved from URL https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3191675/; NIH. Important information to know when you are taking: Warfarin (Coumadin) and vitamin K. Retrieved from URL http://www.cc.nih.gov/ccc/patient_education/drug_nutrient/coumadin1.pdf | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 1997 | Journal | Kaminsky, L., & Zhang, Z. Y. (1997). Human P450 metabolism of warfarin. Pharmacol Ther., 73(1), 67-74 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/7/2016 | Literature | | | Laliberté, F., Cloutier, M., Nelson, W. W., Coleman, C. I., Pilon, D., Olson, W. H., & Lefebvre, P. (2014). Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. Current medical research and opinion, 30(7), 1317-1325. | n/a | | TRUE | |
| Khatib, Sammy, M.D. | 10/7/2016 | Literature | | | Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M., & Turpie, A.G. (2015). Appendix and supplementary information of XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. European heart journal, 37(14), 1-8. | n/a | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Bushra, R., Aslam, N., & Khan, A. (2011). Food-drug interactions. Oman Medical Journal, 26 (2), 77-83. Retrieved from URL https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3191675/ | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 11/15/2016 | Literature | 9/26/16 | FDA | FDA ROCKET AF Reanalysis Reviews.pdf | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | | Journal | National Institutes of Health (NIH). Important information to know when you are taking: Warfarin (Coumadin) and vitamin K.   Patient Education: Medications. Retrieved from URL http://www.cc.nih.gov/ccc/patient_education/drug_nutrient/coumadin1.pdf | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/7/2016 | Literature | | | Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M., & Turpie, A.G. (2015). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. European heart journal, 37(14), 1145-1153. | n/a | | TRUE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 09/01/2015 | http://eurheartj.oxfordjournals.org | XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation<br><br>A. John Camm, Pierre Amarenco, Sylvia Haas, Susanne Hess, Paulus Kirchhof, Silvia Kuhls, Martin van Eickels, and Alexander G.G. Turpie, on behalf of the XANTUS Investigators | | | FALSE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 07/01/2016 | http://dx.doi.org/10.1016/j.clinthera.2016.07.002 | Hospitalizations and Other Health Care Resource Utilization Among Patients with Deep Vein Thrombosis Treated with Rivaroxaban Versus Low-molecular-weight Heparin and Warfarin in the Outpatient Setting<br>Steven Deitelzweig, MD1; Fran¸cois Laliberte´, MA; Concetta Crivera, MPH;Guillaume Germain, MA; Brahim K. Bookhart, MBA, MPH3; William H. Olson, PhD; Jeffrey Schein, PhD; and Patrick Lefebvre, MA | | | FALSE | |

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 09/21/2016 | http://eurheartj.oxfordjournals.org | Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagu-lants and warfarin use in patients with atrial fibrillation: a nationwide cohort study<br>Laila Staerk, Emil Loldrup Fosbøl, Gregory Y.H. Lip, Morten Lamberts, Anders Nissen Bonde, Christian Torp-Pedersen, Brice Ozenne, Thomas Alexander Gerds, Gunnar Hilmar Gislason, and<br>Jonas Bjerring Olesen | | | FALSE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 07/01/2016 | wileyonlinelibrary.com /journal/ijcp | Major bleeding risk among non- valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real- world" observational study in the United States<br>Gregory Y. H. Lip, Xianying Pan, Shital Kamble, Hugh Kawabata,<br>Jack Mardekian, Cristina Masseria, Amanda Bruno, Hemant Phatak | | | FALSE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 03/17/2012 | http://dx.doi.org/10.1016/j.amjcard.2012.03.049 | Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants<br>(Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients With Atrial Fibrillation<br>Corey S. Miller, BAa,c, Sonia M. Grandi, MSca, Avi Shimony, MDa,b,d, Kristian B. Filion, PhDa, and Mark J. Eisenberg, MD, MPHa,b,c,* | | | FALSE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 04/02/2014 | http://dx.doi.org/10.1185/03007995.2014.907140 | Real-World comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients Francois Laliberte', Michel Cloutier, Winnie W. Nelson, Craig L. Coleman, Dominic Pilon, William H. Olson, C.V. Damaraju, Jeffrey R. Schein & Patrick Lefebvre | | | FALSE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 07/27/2016 | http://dx.doi.org/10.1160/TH16-05-0403 | Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin A propensity score matched analysis Gregory Y. H. Lip; Allison Keshishian; Shital Kamble; Xianying Pan; Jack Mardekian; Ruslan Horblyuk; Melissa Hamilton | | | FALSE | |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 09/20/2016 | http://dx.doi.org/10.1080/03007995.2016.1237937 | Real-world evidence of stroke prevention in patients with nonvalvular atrial fibrillation in the United States: the REVISIT-US study Craig I. Coleman, Matthias Antz, Kevin Bowrin, Thomas Evers, Edgar P. Simard, Hendrik Bonnemeier & Riccardo Cappato | | | FALSE | |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Beyer-Westendorf, J., Förster, K., Pannach, S., Ebertz, F., Gelbricht, V., Thieme, C., ... & Tittl, L. (2014). Rates, management, and outcome of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry. Blood, 124(6), 955-962 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | | Literature | 2002 | Journal | Sievert, H., Lesh, M. D., Trepels, T., Omran, H., Bartorelli, A., Della Bella, P., ... & Kramer, P. (2002). Percutaneous left atrial appendage transcatheter occlusion to prevent stroke in high-risk patients with atrial fibrillation early clinical experience. Circulation, 105(16), 1887-1889. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | European Medicines Agency.  (2016). Assessment Report: Xarelto.  International non-proprietary name: rivaroxaban. Procedure no. EMEA/H/C/000944/LEG-037. Retrieved from URL http://www.google.com/url?sa=t&rct=j&q= &esrc=s&source=web&cd=1&cad=rja&uact= 8&ved=0ahUKEwj_5q2l8dDPAhUL9YMKHZX 9CKwQFggcMAA&url=http%3A%2F%2Fwww .ema.europa.eu%2Fdocs%2Fen_GB%2Fdocu ment_library%2FEPAR_-_Assessment_Report_-_Variation%2Fhuman%2F000944%2FWC500 201726.pdf&usg=AFQjCNElOB7BYX0uT4rLoK ELc3Qjv-1spA | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C... & Phatak, H. (2016). Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. International Journal of Clinical Practice, 70(9), 752-763 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | | Journal | Staerk, L., Fosbøl, E., Lip, G., Lamberts, M., Bonde, A.N., Torp-Pedersen, C... & Jonas Bjerring Olesen. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. European Heart Journal , ehw496 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Boriani, G., Valzania, C., Biffi, M., Diemberger, I., Ziacchi, M., & Martignani, C. (2015). Asymptomatic lone atrial fibrillation-how can we detect the arrhythmia? Curr. Pharm. Des., 21 (5) ,659-66 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Yao X, Abraham NS, Sangaralingham LR, Bellolio MF, McBane RD, Shah ND, Noseworthy PA. Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation. J Am Heart Assoc. 2016 Jun 13;5(6). pii: e003725. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2012 | Journal | Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. Thrombosis and haemostasis, 107(6), 1172-1179. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Piccini, J. P., Garg, J., Patel, M. R., Lokhnygina, Y., Goodman, S. G., Becker, R. C., ... & Hankey, G. J. (2014). Management of major bleeding events in patients treated with rivaroxaban vs. warfarin: Results from the ROCKET AF trial. European Heart Journal, 35(28), 1873-1880. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2013 | Journal | Riccioni, M. E., Urgesi, R., Cianci, R., Rizzo, G., D'Angelo, L., Marmo, R., & Costamagna, G. (2013). Negative capsule endoscopy in patients with obscure gastrointestinal bleeding reliable: Recurrence of bleeding on long-term follow-up. World J Gastroenterol, 19(28), 4520-4525. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2000 | Journal | Amaro, R., & Barkin, J. S. (2000). Diagnostic and therapeutic options in obscure gastrointestinal blood loss. Current gastroenterology reports, 2(5), 395-398. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2009 | Journal | Saini, S. D., Schoenfeld, P., Kaulback, K., & Dubinsky, M. C. (2009). Effect of medication dosing frequency on adherence in chronic diseases. The American journal of managed care, 15(6), e22-33 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 1983 | Journal | Dewar, H.A., & Weightman, D. (1983). A study of embolism in mitral valve disease and atrial fibrillation. Br. Heart J., 49(2), 133–140. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2009 | Journal | Connolly S.J., et al. (2009). Supplement to: Dabigatran versus warfarin in patients with atrial fibrillation. N. Engl. J. Med., 361(12), 1139-1151. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Granger, et al. (2011). Apixaban versus warfarin in patients with atrial fibrillation. The New England Journal of Medicine, 365(11), 981-992. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2010 | Journal | Ruff, C T, et al. (2010) Evaluation of the novel factor Xa inhibitor edoxaban compared with warfarin in patients with atrial fibrillation: Design and rationale of the effective anticoagulation with favor XA next Generation in Atrial Fibrillation-Thrombolysis in Myocardial Infarction study 48 (ENGAGE AF-TIMI 48). American Heart Journal October; 160(4):635-641 e2. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2013 | Journal | Eikelboom, J.W., et al. (2013). Dabigatran versus warfarin in patients with mechanical heart valves. The New England Journal of Medicine, 369(13), 1206-1214. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: Executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 64(21), 2246-80. | None | | TRUE | Report citation |

USCA5 1456

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2001 | Journal | Claxton, A. J., Cramer, J., & Pierce, C. (2001). A systematic review of the associations between dose regimens and medication compliance. Clinical therapeutics, 23(8), 1296-1310 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2002 | Journal | Iskedjian, M., Einarson, T. R., MacKeigan, L. D., Shear, N., Addis, A., Mittmann, N., & Ilersich, A. L. (2002). Relationship between daily dose frequency and adherence to antihypertensive pharmacotherapy: Evidence from a meta-analysis. Clinical therapeutics, 24(2), 302-316 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Kardas, P. (2007). Comparison of patient compliance with once-daily and twice-daily antibiotic regimens in respiratory tract infections: results of a randomized trial. Journal of Antimicrobial Chemotherapy, 59(3), 531-536 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 11/12/2016 | Literature | 2013 | Journal | Singer, D. E., Hellkamp, A. S., Piccini, J. P., Mahaffey, K. W., Lokhnygina, Y., Pan, G., ... & Hacke, W. (2013). Impact of global geographic region on time in therapeutic range on warfarin anticoagulant therapy: data from the ROCKET AF clinical trial. Journal of the American Heart Association, 2(1), e000067, 1-22. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Perzborn, E., roehrig, S., Straub, A., Kubitza, D., & Misselwitz, F. (2011). The discovery and development of rivaroxaban, an oral, direct factor Xa inhibitor. Drug Discovery, 10, 61-75 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Agnelli, G., Gallus, A., Goldhaber, S. Z., Haas, S., Huisman, M. V., Hull, R. D., ... & ODIXa-DVT Study Investigators. (2007). Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): The ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in patients with acute symptomatic deep-vein thrombosis) study. Circulation, 116(2), 180-187 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2008 | Journal | Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2009 | Journal | Baker, W. L., Cios, D. A., Sander, S. D., & Coleman, C. I. (2009). Meta-analysis to assess the quality of warfarin control in atrial fibrillation patients in the United States. Journal of Managed Care Pharmacy, 15(3), 244-252 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 1988 | Journal | ISIS-2 Collaborative Group. (1988). Randomised trial of intravenous streptokinase, oral aspirin, both, or neither among 17 187 cases of suspected acute myocardial infarction.  Lancet, ii, 349-360 | None | | TRUE | Report citation |

USCA5 1458

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-------------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Francart, S. J., Hawes, E. M., Deal, A. M., Adcock, D. M., Gosselin, R., Jeanneret, C., ... & Moll, S. (2014). Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. Thrombosis and haemostasis, 111(6), 1133-1140 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J., Hindricks, G., et al. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. Europace, euw295, 1-90 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2013 | Journal | Piccini, J. P., Stevens, S. R., Lokhnygina, Y., Patel, M. R., Halperin, J. L., Singer, D. E., ... & Mahaffey, K. W. (2013). Outcomes after cardioversion and atrial fibrillation ablation in patients treated with rivaroxaban and warfarin in the ROCKET AF trial. Journal of the American College of Cardiology, 61(19), 1998-2006 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M. & Turpie, A.G. (2015). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. European heart journal , 1:ehv466, 1-9 | None | | TRUE | Report citation |

USCA5 1459

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Leiria, T. L., Lopes, R. D., Williams, J. B., Katz, J. N., Kalil, R. A., & Alexander, J. H. (2011). Antithrombotic therapies in patients with prosthetic heart valves: guidelines translated for the clinician. Journal of thrombosis and thrombolysis, 31(4), 514-522. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2013 | Journal | Laliberté, F., Bookhart, B. K., Nelson, W. W., Lefebvre, P., Schein, J. R., Rondeau-Leclaire, J., & Duh, M. S. (2013). Impact of once-daily versus twice-daily dosing frequency on adherence to chronic medications among patients with venous thromboembolism. The Patient-Patient-Centered Outcomes Research, 6(3), 213-224 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2016 | | Supplementary Material to Lip et al. "Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin. A propensity score matched analysis" | | | FALSE | |
| Khatib, Sammy, M.D. | 10/7/2016 | Literature | | | Tamayo, S., Peacock, F.W., Patel, M., Sicignano, N., Hopf, K.P., Fields, L.E., Sarich, T., Wu, S., Yannicelli, D. & Yuan, Z. (2015). Characterizing major bleeding in patients with nonvalvular atrial fibrillation: A pharmacovigilance study of 27 467 patients taking rivaroxaban. Clinical cardiology, 38(2), 63-68. | n/a | | TRUE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2012 | www.ajconline.org | Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients With Atrial Fibrillation Corey S. Miller, BAa,c, Sonia M. Grandi, MSca, Avi Shimony, Da,b,d, Kristian B. Filion, PhDa, and Mark J. Eisenberg, MD, MPHa,b,c. | | | FALSE | |
| Khatib, Sammy, M.D. | 11/9/2016 | Literature | | Journal | Kubitza, D., Becka, M., Mueck, W., Halabi, A., Maatouk, H., Klause, N., ... & Bruck, H. (2010). Effects of renal impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral, direct Factor Xa inhibitor. British journal of clinical pharmacology, 70(5), 703-712. | None | | TRUE | |
| Khatib, Sammy, M.D. | 10/19/2016 | Literature | 2011 | http://www.nejm.org/doi/suppl/10.1056/NEJMoa1009638/suppl_file/nejmoa1009638_appendix.pdf | Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation: supplementary appendix. New England Journal of Medicine, 365(10), 883-891. | | | TRUE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 05/21/2012 | http://circoutcomes.ahajournals.org | Comparative Efficacy and Safety of New Oral Anticoagulants in Patients With Atrial Fibrillation Sebastian Schneeweiss, MD, ScD; Joshua J. Gagne, PharmD, ScD; Amanda R. Patrick, MS; Niteesh K. Choudhry, MD, PhD; Jerry Avorn, MD | | | FALSE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 03/16/2012 | http://dx.doi.org/10.1016/j.jacc.2012.03.019 | Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation Gregory Y. H. Lip, MD,*† Torben Bjerregaard Larsen, MD, PHD,†‡ Flemming Skjøth, PHD,†‡ Lars Hvilsted Rasmussen, MD, PHD | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 05/20/2015 | http://dx.doi.org/10.1136/bmj.i3189 | Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort study Torben Bjerregaard Larsen, Flemming Skjøth, Peter Brønnum Nielsen, Jette Nordstrøm Kjældgaard, Gregory Y H Lip | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | | | Comparative effectiveness and safety of non-vitamin K antagonists oral anticoagulants (NOACs) and warfarin in daily clinical practice: A propensity weighted nationwide cohort study. Supplementary material Torben Bjerregaard Larsen, MD, PhD, Flemming Skjøth, MSc, PhD, Peter Brønnum Nielsen, MSc, PhD, Jette Kjældgaard Nordstrøm, MSc, Gregory Y.H. Lip, MD | | | FALSE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 08/19/2016 | http://dx.doi.org/10.1160/TH16-05-0403 | Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin A propensity score matched analysis Gregory Y. H. Lip, Allison Keshishian; Shital Kamble; Xianying Pan; Jack Mardekian; Ruslan Horblyuk; Melissa Hamilton | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | Published online October 3, 2016. Corrected on October 17, 2016 | http://jamanetwork.com | Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated With Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrillation David J. Graham, MD, MPH; Marsha E. Reichman, PhD; Michael Wernecke, BA; Ya-Hui Hsueh, PhD; Rima Izem, PhD; Mary Ross Southworth, PharmD; YuqinWei, MS; Jiemin Liao, MA; Margie R. Goulding, PhD; Katrina Mott, MHS; Yoganand Chillarige,MPA; Thomas E. MaCurdy, PhD; ChrisWorrall, BS; Jeffrey A. Kelman, MD, MMSc | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 10/03/2016 | http://jamanetwork.com | Stroke, bleeding, and mortality risks in elderly Medicare beneficiaries treated with dabigatran or rivaroxaban for onvalvular atrial fibrillation. Graham DJ, Reichman ME, Wernecke M, et al. | | | FALSE | |

USCA5 1463

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 08/20/2015 | http://eurheartj.oxfordjournals.org | XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation A. John Camm, Pierre Amarenco, Sylvia Haas, Susanne Hess, Paulus Kirchhof, Silvia Kuhls, Martin van Eickels, and Alexander G.G. Turpie, on behalf of the XANTUS Investigators | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 03/02/2016 | http://www.tandfonline.com/action/journalInformation?journalCode=icmo20 | Rates of major bleeding with rivaroxaban in realworld studies of nonvalvular atrial fibrillation patients: a meta-analysis Erin R. Weeda, C. Michael White, W. Frank Peacock & Craig I. Coleman | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | | http://eurheartj.oxfordjournals.org | Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban W.F. Peacock, M. Patel, S. Tamayo, N. Sicignano4, K. Hopf, Z. Yuan, Baylor College of Medicine, Houston, United States of America;  Duke University Health System, Durham, United States of America; Naval Medical Center Portsmouth, Portsmouth, United States of America; Health ResearchTx, LLC, Trevose, United States of America; Janssen Research and Development, LLC, Titusville, United States of America | | | FALSE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 11/22/2014 | wileyonline library.com | Characterizing Major Bleeding in Patients With Nonvalvular Atrial Fibrillation: A Pharmacovigilance Study of 27 467 Patients Taking Rivaroxaban Sally Tamayo, MD; W. Frank Peacock, MD; Manesh Patel, MD; Nicholas Sicignano, MPH; Kathleen P. Hopf, MPH; Larry E. Fields, MD, MBA; Troy Sarich, PhD; Shujian Wu, MD, PhD; Daniel Yannicelli, MD; Zhong Yuan, MD, PhD Department of Cardiology (Tamayo), Naval Medical Center, Portsmouth, Virginia; Department of Emergency Medicine (Peacock), Baylor College of Medicine, Houston, Texas; Department of Cardiology (Patel), Duke University Health System and Duke Clinical Research Institute, Durham, North Carolina; Department of Clinical Epidemiology (Sicignano, Hopf), Health ResearchTx, Trevose, Pennsylvania; Department of US Medical Affairs (Fields, Yannicelli), Janssen Scientific Affairs, LLC, Raritan, New Jersey; Department of Real World Evidence (Sarich), Janssen Scientific Affairs, LLC, Titusville, New Jersey; Department of Global Medical Organization (Wu), Janssen Research and Development, LLC, Raritan, New Jersey; Department of Epidemiology (Yuan), Janssen | | | FALSE | |

USCA5 1465

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 09/06/2016 | http://dx.doi.org/10.1016/j.jacc.2016.06.027 | Risk Factors for Major Bleeding in Rivaroxaban Users With Atrial Fibrillation<br>Ezequiel Munoz, MD<br>Gloria Iliescu, MD<br>Pimprapa Vejpongsa, MD<br>Konstantinos Charitakis, MD<br>Kaveh Karimzad, MD<br>Juan Lopez-Mattei, MD<br>Syed Wamique Yusuf, MD<br>Konstantinos Marmagkiolis, MD<br>*Cezar Iliescu, MD | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 09/17/2009 | nejm.org | Dabigatran versus Warfarin in Patients with Atrial Fibrillation<br>Stuart J. Connolly, M.D., Michael D. Ezekowitz, M.B., Ch.B., D.Phil., Salim Yusuf, F.R.C.P.C., D.Phil., John Eikelboom, M.D., Jonas Oldgren, M.D., Ph.D., Amit Parekh, M.D., Janice Pogue, M.Sc., Paul A. Reilly, Ph.D., Ellison Themeles, B.A., Jeanne Varrone, M.D., Susan Wang, Ph.D., Marco Alings, .D., Ph.D., Denis Xavier, M.D., Jun Zhu, M.D., Rafael Diaz, M.D., Basil S. Lewis, M.D., Harald Darius, M.D., Hans-Christoph Diener, M.D., Ph.D., Campbell D. Joyner, M.D., Lars Wallentin, M.D., Ph.D., and the RE-LY Steering Committee and Investigators | | | FALSE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 11/29/2010 | | Supplementary-Dabigatran Compared to Warfarin in Patients with Atrial Fibrillation Stuart J. Connolly, M.D.a, Michael D. Ezekowitz, M.B., Ch.B., D.Phil.b, Salim Yusuf, F.R.C.P.C., D.Phil.a, John Eikelboom, M.D.a, Jonas Oldgren, M.D., Ph.D.d, Amit Parekh, M.D.b, Janice Pogue, M.Sc.a, Paul A. Reilly, Ph.D.c, Ellison Themelesa, Jeanne Varrone, M.D.c, Susan Wang, Ph.D.c, Marco Alings, M.D., Ph.D.e, Denis Xavier, M.D.f, Jun Zhu, M.D.g, Rafael Diaz, M.D.h, Basil Lewis, M.D.i, Harald Darius, M.D.j, Hans-Christoph Diener, M.D., Ph.D.k, Campbell D. Joyner, M.D.l, Lars Wallentin, M.D., Ph.D.d, the RELY Steering Committee and RELY investigators | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 05/13/2016 | http://jaha.ahajournals.org | Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation Xiaoxi Yao, PhD; Neena S. Abraham, MD, MSCE; Lindsey R. Sangaralingham, MPH; M. Fernanda Bellolio, MD, MS; Robert D. McBane, MD; Nilay D. Shah, PhD; Peter A. Noseworthy, MD | | | FALSE | |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Strum, W. B., & Powell, J. R. (2016). Point-of-Care Warfarin Monitoring in the ROCKET AF Trial, N. Engl. J. Med., 375(4), 390-391 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 09/15/2011 | nejm.org | Apixaban versus Warfarin in Patients with Atrial Fibrillation Christopher B. Granger, M.D., John H. Alexander, M.D., M.H.S., John J.V. McMurray, M.D., Renato D. Lopes, M.D., Ph.D., Elaine M. Hylek, M.D., M.P.H., Michael Hanna, M.D., Hussein R. Al-Khalidi, Ph.D., Jack Ansell, M.D., Dan Atar, M.D., Alvaro Avezum, M.D., Ph.D., M. Cecilia Bahit, M.D., Rafael Diaz, M.D., J. Donald Easton, M.D., Justin A. Ezekowitz, M.B., B.Ch., Greg Flaker, M.D., David Garcia, M.D., Margarida Geraldes, Ph.D., Bernard J. Gersh, M.D., Sergey Golitsyn, M.D., Ph.D., Shinya Goto, M.D., Antonio G. Hermosillo, M.D.,Stefan H. Hohnloser, M.D., John Horowitz, M.D., Puneet Mohan, M.D., Ph.D., Petr Jansky, M.D., Basil S. Lewis, M.D., Jose Luis Lopez-Sendon, M.D., Prem Pais, M.D., Alexander Parkhomenko, M.D., Freek W.A. Verheugt, M.D., Ph.D., Jun Zhu, M.D., and Lars Wallentin, M.D., Ph.D., for the ARISTOTLE Committees and Investigators | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2016 | Journal | Gosselin, R. C., & Adcock, D. M. (2016). The laboratory's 2015 perspective on direct oral anticoagulant testing. Journal of Thrombosis and Haemostasis, 14(5), 886-893. | None | | TRUE | |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2016 | Journal | Testa, S., Legnani, C., Tripodi, A., Paoletti, O., Pengo, V., Abbate, R., ... & Poli, D. (2016). Poor comparability of coagulation screening test with specific measurement in patients on direct oral anticoagulants: Results from a multicenter/multiplatform study. Journal of Thrombosis and Haemostasis. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Patel, M. R., Hellkamp, A. S., & Fox, K. A. (2016). Point-of-care warfarin monitoring in the ROCKET AF trial. New England Journal of Medicine, 374(8), 785-788 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J., Hindricks, G., et al. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. European Heart Journal, 37, 2893–2962 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2012 | Journal | Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32 | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2005 | Journal | Budnitz, D. S., Pollock, D. A., Mendelsohn, A. B., Weidenbach, K. N., McDonald, A. K., & Annest, J. L. (2005). Emergency department visits for outpatient adverse drug events: demonstration for a national surveillance system. Annals of emergency medicine, 45(2), 197-206 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Office of Communications and Public Liaison, National Institute of Neurological Disorders and Stroke. (2016). Stroke: Hope Through Research. National Institute of Neurological Disorders and Stroke. Retrieved from URL http://www.ninds.nih.gov/disorders/stroke/detail_stroke.htm | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2005 | Journal | Marini, C., De Santis, F., Sacco, S., Russo, T., Olivieri, L., Totaro, R., & Carolei, A. (2005). Contribution of atrial fibrillation to incidence and outcome of ischemic stroke results from a population-based study. Stroke, 36(6), 1115-1119 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 1996 | Journal | Lin, H. J., Wolf, P. A., Kelly-Hayes, M., Beiser, A. S., Kase, C. S., Benjamin, E. J., & D'Agostino, R. B. (1996). Stroke severity in atrial fibrillation The Framingham Study. Stroke, 27(10), 1760-1764. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 2016 | Journal | Figure 3. NIH MedlinePlus. (2016). Atrial fibrillation: Complications. MedlinePlus, 9(4), 23.  Retrieved from URL https://medlineplus.gov/magazine/issues/winter15/articles/winter15pg23.html | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 11/10/2016 | Literature | 01/01/2016 | http://dx.doi.org/10.1185/03007995.2015.1131676 | An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants<br><br>Steve Deitelzweig, Amanda Bruno, Jeffrey Trocio, Natalie Tate, Kiran Gupta, Jay Lin & Melissa Lingohr-Smith | | | FALSE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 03/17/2012 | www.ajconline.org | Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients With Atrial Fibrillation Corey S. Miller, BAa,c, Sonia M. Grandi, MSca, Avi Shimony, Da,b,d, Kristian B. Filion, PhDa, and Mark J. Eisenberg, MD, MPH | | | FALSE | |
| Khatib, Sammy, M.D. | | Literature | 2004 | Journal | Lloyd-Jones, D. M., Wang, T. J., Leip, E. P., Larson, M. G., Levy, D., Vasan, R. S., ... & Benjamin, E. J. (2004). Lifetime risk for development of atrial fibrillation the Framingham heart study. Circulation, 110(9), 1042-1046. | None | | TRUE | Report Citation |

USCA5 1471

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | | Literature | No date. | Internet CDC | Centers for Disease Control and Prevention. (n.d.). Atrial fibrillation. CDC, Division for Heart Disease and Stroke Prevention. Retrieved from URL http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/docs/fs_atrial_fibrillation.pdf | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2012 | Journal | Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. Thrombosis and haemostasis, 107(6), 1172-1179. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2003 | Journal | Dulli, D. A., Stanko, H., & Levine, R. L. (2003). Atrial fibrillation is associated with severe acute ischemic stroke. Neuroepidemiology, 22(2), 118-123. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2014 | Journal | Reiffel, J.A. (2014). Atrial fibrillation and stoke: epidemiology. Am. J. Med., (4), e15-16. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2007 | Journal | Mant, J., Hobbs, F. R., Fletcher, K., Roalfe, A., Fitzmaurice, D., Lip, G. Y., ... & Midland Research Practices Network (MidReC. (2007). Warfarin versus aspirin for stroke prevention in an elderly community population with atrial fibrillation (the Birmingham Atrial Fibrillation Treatment of the Aged Study, BAFTA): A randomised controlled trial. The Lancet, 370(9586), 493-503. | None | | TRUE | Report citation |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | | Literature | 1996 | Journal | Prystowsky, E.N. (1996). Management of Patients with Atrial Fibrillation: A statement for healthcare professionals from the subcommittee on electrocardiography and electrophysiology, American Heart Association. Circulation, 93 (6), 1262-1277. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2005 | Journal | Hindricks, G., Piorkowski, C., Tanner, H., Kobza, R., Gerds-Li, J. H., Carbucicchio, C., & Kottkamp, H. (2005). Perception of atrial fibrillation before and after radiofrequency catheter ablation relevance of asymptomatic arrhythmia recurrence. Circulation, 112(3), 307-313 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Boriani, G., Valzania, C., Biffi, M., Diemberger, I., Ziacchi, M., & Martignani, C. (2015). Asymptomatic lone atrial fibrillation- how can we detect the arrhythmia? Curr. Pharm. Des., 21 (5) ,659-66 | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Schnabel, R. B., Yin, X., Gona, P., Larson, M. G., Beiser, A. S., McManus, D. D., ... & Seshadri, S. (2015). 50 year trends in atrial fibrillation prevalence, incidence, risk factors, and mortality in the Framingham Heart Study: A cohort study. The Lancet, 386(9989), 154-162. | None | | TRUE | Report citation |

USCA5 1473

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Schnabel, R. B., Yin, X., Gona, P., Larson, M. G., Beiser, A. S., McManus, D. D., ... & Seshadri, S. (2015). 50 year trends in atrial fibrillation prevalence, incidence, risk factors, and mortality in the Framingham Heart Study: A cohort study. The Lancet, 386(9989), 154-162. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2004 | Journal | Mant, J., Hobbs, F. R., Fletcher, K., Roalfe, A., Fitzmaurice, D., Lip, G. Y., ... & Midland Research Practices Network (MidReC. (2007). Warfarin versus aspirin for stroke prevention in an elderly community population with atrial fibrillation (the Birmingham Atrial Fibrillation Treatment of the Aged Study, BAFTA): A randomised controlled trial. The Lancet, 370(9586), 493-503. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2013 | Journal | Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2013). Laboratory assessment of rivaroxaban: A review. Thrombosis journal, 11(1), 1. | None | | TRUE | |
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2010 | Journal | Lindhoff-Last, E., Samama, M. M., Ortel, T. L., Weitz, J. I., & Spiro, T. E. (2010). Assays for measuring rivaroxaban: Their suitability and limitations. Therapeutic drug monitoring, 32(6), 673-679. | None | | TRUE | |

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/26/2016 | Literature | 2015 | Journal | Gosselin, R. C., Francart, S. J., Hawes, E. M., Moll, S., Dager, W. E., & Adcock, D. M. (2015). Heparin-calibratedchromogenic anti-Xa activity measurements in patients receiving rivaroxaban can this test be used to quantify drug level?. Annals of Pharmacotherapy, 1060028015578451. | None | | TRUE | |
| Khatib, Sammy, M.D. | | Literature | 2015 | Journal | Schnabel, R. B., Yin, X., Gona, P., Larson, M. G., Beiser, A. S., McManus, D. D., ... & Seshadri, S. (2015). 50 year trends in atrial fibrillation prevalence, incidence, risk factors, and mortality in the Framingham Heart Study: A cohort study. The Lancet, 386(9989), 154-162. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | | Literature | 2011 | Journal | Lip, G. Y. (2011). Implications of the CHA 2 DS 2-VASc and HAS-BLED scores for thromboprophylaxis in atrial fibrillation. The American journal of medicine, 124(2), 111-114. | None | | TRUE | Report citation |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/1/16 | Provider | Cardiovascular Institute of the South-Houma, 750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf | JBoudreaux-CIS-H-1-351 | | FALSE | Date range approximately: 2014-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/31/16 | Provider | Acadian Ambulance, 750002_054_001_BoudreauxJrJosephJ_AcadianAmbulanceSvcs_00000001_00000031.pdf | JBoudreaux-AcadianAS-1-31 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/21/16 | Provider | Cardiovascular Institute of the South-Houma, 750002_025_002_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000352_00000390.pdf | JBoudreaux-CIS-H- 352-390 | | FALSE | Date range approximately: 2014-2016 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/10/16 | Provider | MATC Family Medicine - Elizabeth Foret, NP, 750002_021_001_BoudreauxJrJosephJ_ForetElizabethNP_00000001_00000022.pdf | JBoudreaux-EForet-1-22 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/17/16` | Provider | 750002_021_002_BoudreauxJrJosephJ_ForetElizabethNP_00000023_00000024.pdf | JBoudreaux-EForet-23-24 | | FALSE | Certificate of records received |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/9/16 | Provider | MATC Family Medicine -Dr. Andre Duplantis, 750002_019_004_BoudreauxJrJosephJ_DuplantisAndreMD_00000464_00000464.pdf | JBoudreaux-ADuplantis-464 | | FALSE | Certificate of no billing records. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/27/16 | Provider | Digestive Health Center, 750002_068_001_BoudreauxJrJosephJ_DigestiveHealthCtr_00000001_00000005.pdf | JBoudreaux-DHC-1-5 | | FALSE | Date range approximately: 2009 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/29/16 | Provider | Cardiovascular Institute of the South-Houma, 750002_025_003_CardiovascularInstituteoftheSouthHouma_00000391_00000500.pdf | JBoudreaux-CISH-391-500 | | FALSE | Date range approximately: 2014-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/9/16 | Provider | MATC Family Medicine -Dr. Andre Duplantis, 750002_019_003_BoudreauxJrJosephJ_DuplantisAndreMD_00000418_00000463.pdf | JBoudreaux-ADuplantis-418-463 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/7/16 | Provider | MATC Family Medicine -Dr. Andre Duplantis, 750002_019_002_BoudreauxJrJosephJ_DuplantisAndreMD_00000417_00000417.pdf | JBoudreaux-ADuplantis-417 | | FALSE | Certificate of records received |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/3/16 | Provider | MATC Family Medicine -Dr. Andre Duplantis, 750002_019_001_BoudreauxJrJosephJ_DuplantisAndreMD_00000001_00000416.pdf | JBoudreaux-ADuplantis-1-416 | | FALSE | Date range approximately: 2014-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/11/16 | Provider | Humana, 750002_069_001_BoudreauxJrJosephJ_HumanaHealthBenefitPlanofLouisianaInc_00000001_00000021.pdf | JBoudreaux-HHBPL-1-21 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/25/16 | Provider | Humana, 750002_037_001_BoudreauxJrJosephJ_HumanaIncAttentionCriticalInquiryDept_00000001_00000038.pdf | JBoudreaux-Humana-1-38 | | FALSE | Date range approximately: 2009-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/20/16 | Provider | Digestive Health Center, 750002_068_002_BoudreauxJrJosephJ_DigestiveHealthCtr_00000006_00000006.pdf | JBoudreaux-DHC-6 | | FALSE | Certificate of no billing records. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 3751-4500.pdf | SOrr-PPR-003751 – 004500 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 2251-3000.pdf | SOrr-PPR-002251 – 003000 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 1501-2250.pdf | SOrr-PPR-001501 – 002250 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/8/16 | Provider | Thibodeaux Regional Medicals, 750002_060_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000012_00000012.pdf | JBoudreaux-TRMC-MD-12 | | FALSE | Date range approximately: 2009 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 04/01/2016; 09/13/2016 | Provide | Ochsner Baptist Medical Center – Radiology, SOrr - Ochsner Baptist (radiology).pdf | SOrr-OBMC-RD-000001 – 000016 | | FALSE | Date range approximately: 2011-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 9/19/16 | Provider | Eye Surgery Center of Louisiana, SOrr - Eye Surgery Center of Louisiana.pdf | SOrr-ESCL-000001 – 000074 | | FALSE | Date range approximately: 2013-2015 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 03/16/2016; 05/19/2016 | Provider | vFor Better Health, Inc. - Rai, Kashmir MD, SOrr - For Better Health.pdf | SOrr-FBH-000001 – 000037 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/22/16 | Provide | HCA Patient Account Services – Billing, SOrr - HCA Patient Accounts (billing).pdf | SOrr-HCAPAS-000001 – 000111 | | FALSE | Date range approximately: 2009-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 02/23/2016; 04/27/2016; 04/29/2016 | Provider | Kenner Regional / Ochsner Medical Center-Kenner, SOrr - Kenner Regional (med, billing & radiology).pdf | SOrr-KennerR-000001 – 000233 | | FALSE | Date range approximately: 2013-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/31/16 | Provider | LabCorp of America – Billing, SOrr - Lab Corp of America (billing).pdf | SOrr-LabCorpAm-BD-000001 – 000015 | | FALSE | Date range approximately: 2013-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/25/16 | Provider | LabCorp of America – Medicals, SOrr - Lab Corp of America (medical).pdf | SOrr-LabCorpAmer-MD-000001 – 000017 | | FALSE | Date range approximately: 2013-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 05/31/2016; 06/06/2016 | Provider | Lindsey, John T., M.D., SOrr - Lindsey, John, M.D..pdf | Orr-JLindsey-000001 – 000030 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 9/2/16 | Provide | Lousteau, Ray Joseph, M.D., SOrr - Lousteau, Ray, M.D.pdf | SOrr-RJLousteau-000001 – 000007 | | FALSE | SOrr-RJLousteau-000001 – 000007 Date range approximately: 2012-2013 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/23/16 | Provider | McNulty, Michael, M.D. - Southern Orthopaedic Specialists, SOrr - McNulty, Michael, M.D.pdf | SOrr-MMcNulty-000001 – 000022 | | FALSE | Date range approximately: 2010-2011 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 3001-3750.pdf | SOrr-PPR-003001 – 003750 | | FALSE | Date range approximately: |

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/12/16 | Provider | Ochsner Baptist Medical Center – Medicals, SOrr - Ochsner Baptist (medical).pdf | SOrr-OBMC-MD-000001 – 0001123 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/5/16 | Provider | Ochsner Medical Center – Billing, SOrr - Ochsner Medical Center (billingl).pdf | SOrr-OMC-BD-000001 – 000018 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/4/16 | Provider | Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1-750.pdf | SOrr-OMC-MD-000001 – 000750 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/4/16 | Provider | Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 751-1500.pdf | SOrr-OMC-MD-000751 – 001500 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/4/16 | Provider | Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1501-2250.pdf | SOrr-OMC-MD-0001501 – 002250 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/4/16 | Provider | Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 2251-2979.pdf | SOrr-OMC-MD-002251 – 002979 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 03/16/2016; 08/03/2016; 08/08/2016 | Provider | Ochsner Medical Center (Radiology Department), SOrr - Ochsner Medical Center (radiology).pdf | SOrr-OMC-RD-000001 – 000004 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/1/16 | Provider | Ochsner Medical Center Alton Ochsner Medical Foundation (Pathology Department), SOrr - Ochsner Medical Center (pathology).pdf | SOrr-OMC-PD-000001 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Provider | Our Lady of the Lake Regional Medical Center, SOrr - Our Lady of the Lake Regional (medical).pdf | SOrr-OLLRMC-MD-000001 – 000003 | | FALSE | Date range approximately: 2005-2007 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr - PPR 1-750.pdf | DSOrr - PPR 1-750 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr - PPR 751-1500.pdf | SOrr-PPR-004068 – 004071 | | FALSE | Date range approximately: |

USCA5 1479

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/12/16 | Provider | Ochsner Baptist Medical Center – Billing, SOrr - Ochsner Baptist (billing).pdf | SOrr-OBMC-BD-000001 – 000018 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/24/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr - PPR 6243-6259.pdf | SOrr-PPR-006243 – 006259 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 03/04/2016; 06/09/2016 | Provider | Tulane Hospital (Medical Records Department), SOrr - Tulane Hospital (medical).pdf | SOrr-TulaneH-MD-000001 – 000589 | | FALSE | Date range approximately: 1997-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 4501-5250.pdf | SOrr-PPR-004501 – 005250 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 5251-5713.pdf | SOrr-PPR-005251 – 005713 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/25/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 5714-5786.pdf | SOrr-PPR-005714 – 005786 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/2/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 5787-5913.pdf | SOrr-PPR-005787 – 005913 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/8/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 5914-5997.pdf | SOrr-PPR-005914 – 005997 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/2/16 | Provider | Tulane Hospital (Radiology Department), SOrr - Tulane Hospital (radiology).pdf | SOrr-TulaneH-RD-000001 | | FALSE | Date range approximately: 2008-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/18/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 6215-6242.pdf | SOrr-PPR-006215 – 006242 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/30/16 | Provider | Tulane University Hospital and Clinic (Pathology Department), SOrr - Tulane University Hospand Clinic (pathology inventory).pdf | SOrr-TUHC-PD-000001 | | FALSE | Date range approximately: 2005 |

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/25/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 6260-6288.pdf | SOrr-PPR-006260 – 006288 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/2/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 6289-6311.pdf | SOrr-PPR-006289 – 006311 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 10/6/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 6312-6313.pdf | SOrr-PPR-006312-006313 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 02/29/2016; 08/01/2016; 08/08/2016; 08/09/2016; 08/25/2016 | Provider | Touro Infirmary (Radiology Department), SOrr - Tulane Infirmary (radiology).pdf | SOrr-TI-RD-000001 – 000016 | | FALSE | Date range approximately: 2013-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/24/16 | Provider | Quest Diagnostics, Inc., SOrr - Quest Diagnostics.pdf | SOrr-QD-LA-000001 – 000012 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/1/16 | Provider | Touro Infirmary (Patient Accounts), SOrr - Tulane Infirmary (billing).pdf | SOrr-TI-BD-000001 – 000009 | | FALSE | Date range approximately: 2013-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/29/16 | Provider | Quest Diagnostics-Southwest (Patient Billing), SOrr - Quest Diagnostics Southwest (billing).pdf | SOrr-QDS-000001 – 000013 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/6/16; 6/10/16 | Provider | Scalco, Steven A., MD, SOrr - Scalco, Steven, M.D.pdf | SOrr-SAScalco-000001 – 000003 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 02/10/2016; 02/16/2016; 03/28/2016; 08/25/2016 | Provider | Singer Haley Vision Center, SOrr - Singer Haley Vision.pdf | SOrr-SHVC-000001 – 000099 | | FALSE | Date range approximately: 2013-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/7/16 | Provider | Touro Infirmary (Pathology Department), SOrr - Tulane Infirmary (pathology).pdf | SOrr-TI -PD-000001 – 000006 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/24/16 | Plaintiff Produced | Plaintiff Produced Records, SOrr – PPR 5998-6214.pdf | SOrr-PPR-005998 – 006214 | | FALSE | Date range approximately: |

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/11/16 | Provider | Tulane Hospital (Patient Accounts) – Billing, SOrr - Tulane Hospital (billing).pdf | SOrr-TulaneH-BD-000001 – 000111 | | FALSE | SOrr-TulaneH-BD-000001 – 000111Date range approximately: 1999-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 03/01/2016; 03/21/2016 | Provider | Cummings, Terry, M.D., SOrr - Cummings,Terry, M.D..pdf | SOrr-TCummings-000001 – 000067 | | FALSE | Date range approximately: 2008-2014 |
| Khatib, Sammy, M.D. | 11/4/2016 | Medical Records | 2/10/2016 | Provider | Ochsner Medical Center St. Anne Medicals, partial of 750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000001_00000750.pdf | JBoudreaux-OStAGH-MD-11, 13-14, 16, 29-33, 54-55, 58 - 59, 62-64, 70, 73-74, 111-112, 115, 250-252, 267-268, 270, 275, 307-309 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 10/12/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), SOrr - PPR 6314-6323.pdf | SOrr - PPR 6314-6323 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/5/16 | Provider | United Healthcare, SOrr - United Healthcare.pdf | SOrr-UH-000001 – 000358 | | FALSE | Date range approximately: 2010-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 07/06/2016; 08/23/2016; 08/24/2016 | Provider | Tulane University Hospital and Clinic (Radiology Department), SOrr - Tulane University Hospand Clinic (radiology inventory).pdf | SOrr-TUHC-RD-000001 – 000045 | | FALSE | Date range approximately: 2008-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/3/16 | Provide | Ochsner Medical Center Kenner Billing, 750002_014_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerPatientAccts_00000001_00000011.pdf | JBoudreaux-OMC-K-BD-1-11 | | FALSE | Date range approximately: 2014-2015 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/1/16 | Provider | Danilyants, Eduard M.D. - Touro Infirmary (Medical Records Department), SOrr - Tulane Infirmary (medical).pdf | SOrr-TI-MD-000001 – 000199 | | FALSE | Date range approximately: 2011-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/22/16 | Provider | Ochsner Medical Center Main Campus Radiology, 750002_049_003_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000004_00000011.pdf | JBoudreaux-OMC-RD-4-11 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/25/16 | Provider | Ochsner Medical Center Main Campus Radiology, 750002_049_004_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000012_00000012.pdf | JBoudreaux-OMC-RD-12 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/14/16 | Provider | Ochsner Medical Center Main Campus Pathology, 750002_050_001_BoudreauxJrJosephJ_OchsnerMedCtrPathDept_00000001_00000001.pdf | JBoudreaux-OMC-PD-1 | | FALSE | Certificate of no pathology records. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/4/16 | Provider | Ochsner Medical Center St. Anne Radiology, 750002_010_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000001_00000002.pdf | JBoudreaux-OStAGH-RD-1-2 | | FALSE | Date range approximately: 2012-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/9/16 | Provider | Ochsner Medical Center St. Anne Radiology, 750002_010_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000003_00000012.pdf | JBoudreaux-OStAGH-RD-3-12 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/9/16 | Provider | Ochsner Medical Center St. Anne Radiology, 750002_010_003_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000013_00000013.pdf | JBoudreaux-OStAGH-RD-13 | | FALSE | Date range approximately: 2014-2015 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/29/16 | Provider | Ochsner Medical Center St. Anne Pathology, 750002_011_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPathDept_00000001_00000001.pdf | JBoudreaux-OStAGH-PD-1 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/10/16 | Provider | Ochsner Medical Center St. Anne Medicals, 750002_039_001_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000001_00000280.pdf | JBoudreaux-OStAMC-1-280 | | FALSE | Date range approximately: 2009-2013 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/16/16 | Provider | Ochsner Medical Center Main Campus Radiology, 750002_049_001_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000001_00000002.pdf | JBoudreaux-OMC-RD-1-2 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/3/16 | Provider | Ochsner Medical Center Kenner Medicals, 750002_013_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerMedRecsDept_00000001_00000531.pdf | JBoudreaux-OMC-K-MD-1-531 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/12/16 | Provider | Ochsner Medical Center Main Campus Billing, 750002_048_001_BoudreauxJrJosephJ_OchsnerMedCtrPatientAccts_00000001_00000003.pdf | JBoudreaux-OMC-BD-1-3 | | FALSE | Date range approximately: 2009-2013 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/2/16 | Provider | Ochsner Medical Center Kenner, Radiology, 750002_015_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerRadDept_00000001_00000002.pdf | JBoudreaux-OMC-K-RD-1-2 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/10/16 | Provider | Ochsner Medical Center St. Anne Medicals, 750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000001_00000750.pdf | JBoudreaux-OStAGH-MD-1-750 | | FALSE | Date range approximately: 2014-2015 |

USCA5 1484

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/10/16 | Provider | Ochsner Medical Center St. Anne Medicals, 750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000751_00000982.pdf | JBoudreaux-OStAGH-MD-751-982 | | FALSE | Date range approximately: 2012-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/17/16 | Provider | Ochsner Medical Center St. Anne Medicals, 750002_008_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000983_00000983.pdf | JBoudreaux-OStAGH-MD-983 | | FALSE | Certificate of medical records received. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/10/16 | Provider | Ochsner Medical Center St. Anne Billing, 750002_009_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000001_00000068.pdf | JBoudreaux-OStAGH-BD-1-68 | | FALSE | Date range approximately: 2009-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/17/16 | Provider | Ochsner Medical Center St. Anne Billing, 750002_009_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000069_00000069.pdf | JBoudreaux-OStAGH-BD-69 | | FALSE | Certificate of billing records received. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/9/16 | Provider | Ochsner Medical Center St. Anne, 750002_055_001_BoudreauxJrJosephJ_OchsnerStAnneFamilyDrClinicMathews_00000001_00000493.pdf | JBoudreaux-OStAFDC-M-1-493 | | FALSE | Date range approximately: 2014-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/7/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_005_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003962_00003965.pdf | JBoudreaux-PPR-3962-3965 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_011_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005234_00005287.pdf | JBoudreaux-PPR-5234-5287 | | FALSE | Date range approximately: |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|----------------------|-------------|-----------------------------------|----------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/24/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_007_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003967_00004484.pdf | JBoudreaux-PPR-3967-4484 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/17/16 | Provider | Ochsner Medical Center St. Anne Medicals, 750002_039_002_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000281_00000282.pdf | JBoudreaux-OStAMC-281-282 | | FALSE | Certification of medical records |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/22/16 | Provider | Ochsner Medical Center Main Campus Radiology, 750002_049_002_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000003_00000003.pdf | JBoudreaux-OMC-RD-3 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000751_00001500.pdf | JBoudreaux-PPR-751-1500 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/13/16 | Provider | Medicare/Medicaid, 750002_036_001_BoudreauxJrJosephJ_CtrsforMedicareandMedicaidSvcsLegalDeptPrivacyOffice_00000001_00000001.pdf | JBoudreaux-CMMS-R6-1 | | FALSE | Certification of no records. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/31/16 | Provider | Ochsner - Dr. Katherine Baumgarten, 750002_067_001_BoudreauxJrJosephJ_BaumgartenKatherineMD_00000001_00000002.pdf | JBoudreauxJr-KBaumgarten-1-2 | | FALSE | Certificate of no records. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 9/27/16 | Provider | Ochsner Medical Center Kenner Radiology, 750002_015_002_OchsnerMedCtrKennerRadDept_00000003_00000003.pdf | JBoudreaux-OMC-K-RD-3 | | FALSE | Certificate of no radiology. |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 9/29/16 | Provider | Ochsner Medical Center Kenner Radiology, 750002_015_003_OchsnerMedCtrKennerRadDept_00000004_00000004.pdf | JBoudreaux-OMC-K-RD-4 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 9/29/16 | Provider | Ochsner Medical Center Kenner Radiology, 750002_015_004_OchsnerMedCtrKennerRadDept_00000005_00000007.pdf | JBoudreaux-OMC-K-RD-5-7 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/1/16 | Provider | Ochsner Medical Center Main Campus Medicals, 750002_047_001_BoudreauxJrJosephJ_OchsnerMedCtrReleaseofInformation_00000001_00000013.pdf | JBoudreaux-OMC-MD-1-13 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 10/20/16 | Provider | Ochsner St. Anne Family Doctor Clinic – Dr. A. Duplantis Clinic Records, 750002_019_005_DuplantisAndreMD_00000465_00000499.pdf | 750002_019_005_DuplantisAndreMD_00000465_00000499 | | FALSE | Date range approximately: 2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/11/16 | Provider | Thibodeaux Regional Billing, 750002_061_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPatientAccts_00000001_00000002.pdf | JBoudreaux-TRMC-BD-1-2 | | FALSE | Date range approximately: 2009-2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/2/16 | Provider | Thibodeaux Regional Pathology, 750002_062_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPathDept_00000001_00000001.pdf | JBoudreaux-TRMC-PD-1 | | FALSE | Date range approximately: 2009 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/26/16 | Provider | Thibodeaux Regional Radiology, 750002_063_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000001_00000001.pdf | JBoudreaux-TRMC-RD-1 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/2/16 | Provider | Thibodeaux Regional Radiology, 750002_063_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000002_00000002.pdf | JBoudreaux-TRMC-RD-2 | | FALSE | Date range approximately: 2014 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/18/16 | Provider | Thibodeaux Regional Radiology, 750002_063_003_BoudreauxJrJosephJ_Thib odauxRegionalMedCtrRadDept_00000003_0 0000003.pdf | JBoudreaux-TRMC-RD-3 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/4/16 | Provider | Thibodeaux Regional Radiology, 750002_063_004_BoudreauxJrJosephJ_Thib odauxRegionalMedCtrRadDept_00000004_0 0000004.pdf | JBoudreaux-TRMC-RD-4 | | FALSE | Certificate of records received. |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/5/16 | Provider | Thibodeaux Regional Radiology, 750002_063_005_BoudreauxJrJosephJ_Thib odauxRegionalMedCtrRadDept_00000005_0 0000005.pdf | JBoudreaux-TRMC-RD-5 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/8/16 | Provider | Thibodeaux Regional Radiology, 750002_063_006_BoudreauxJrJosephJ_Thib odauxRegionalMedCtrRadDept_00000006_0 0000006.pdf | JBoudreaux-TRMC-RD-6 | | FALSE | Date range approximately: 2014 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/6/16 | Provider | Thibodeaux Surgical Specialists - Dr. William Bisland, 750002_056_001_BoudreauxJrJosephJ_Bisla ndWilliamBJrMD_00000001_00000016.pdf | JBoudreaux-WBBislandJr-1-16 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/25/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_008_BoudreauxJrJosephJ_Plain tiffProducedRecs_00004485_00005047.pdf | JBoudreaux-PPR-4485-5047 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/12/16 | Provider | Pharmacy records of Wal-Mart, 750002_051_001_BoudreauxJrJosephJ_Wal MartStoresIncPharmacy_00000001_000000 05.pdf | JBoudreaux-WMS-1-5 | | FALSE | Date range approximately: 1997-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/2/16 | Provider | Thibodeaux Regional Medicals, 750002_060_001_BoudreauxJrJosephJ_Thib odauxRegionalMedCtrMedRecsDept_00000 001_00000011.pdf | JBoudreaux-TRMC-MD-1-11 | | FALSE | Date range approximately: 2009-2014 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 10/12/16 | Provider | Cardiovascular Institute of the South Houma Clinic Records, 750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571.pdf | 750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571 | | FALSE | Date range approximately: 2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 10/12/16 | Provider | Pharmacy Records of Rouses, 750002_035_004_RousesPharmacy_00000081_00000100.pdf | 750002_035_004_RousesPharmacy_00000081_00000100 | | FALSE | Date range approximately: 2015-2016 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 02/04/2016; 05/04/2016; 05/09/2016 | Provider | Academic Dermatology Associates - Matherne, Ryan J. MD, SOrr - Academic Dermatology.pdf | SOrr-AcadDerm 000001 – 000022 | | FALSE | Date range approximately: 2014-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 02/29/16; 04/06/2016 | Provider | Acadian Ambulance Service, SOrr - Acadian Ambulance.pdf | SOrr-AAS-000001 – 000010 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/8/16 | Provider | Ambulatory Eye Surgery Center of Louisiana - Brint, Stephen F., MD, SOrr - Ambulatory Eye Surgery Center.pdf | SOrr-AESCL-000001 – 000077 | | FALSE | Date range approximately: 2013 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/4/16 | Provider | American Memorial Life, SOrr - American Memorial Life.pdf | SOrr-AmeMemLife-000001 – 000142 | | FALSE | Date range approximately: 2012-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 04/12/2016; 07/18/2016; 07/27/2016 | Provider | Beeman, Chad MD - St. Elizabeth Physicians, SOrr - St Elizabeth Physicians.pdf | SOrr-StEP-000001 – 000061 | | FALSE | Date range approximately: 2005-2008 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/21/16 | Provider | Casey, Dennis, M.D., SOrr - Casey, Dennis, M.D.pdf | SOrr-DCasey-000001 – 000010 | | FALSE | Date range approximately: 2005-2009 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/10/16 | Provider | Cruz, Francisco, M.D., SOrr - Cruz, Francisco, M.D.pdf | SOrr-FCruz-000001 – 000180 | | FALSE | Date range approximately: 2013-2015 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 5/18/16 | Provider | University Health Shreveport, 750002_059_001_BoudreauxJrJosephJ_UnivHealthShreveportMedRecsDept_00000001_00000001.pdf | JBoudreaux-UniHShrev-1 | | FALSE | Certificate of no records |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/18/16 | Provider | Pharmacy records of Rouses, 750002_035_002_BoudreauxJrJosephJ_RousesPharmacy_00000015_00000079.pdf | JBoudreaux-RousesPh-15-79 | | FALSE | Date range approximately: 2012-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/24/16 | Provide | CVS Pharmacy, Inc., SOrr - CVS Pharmacy.pdf | SOrr-CVS-000001 – 000028 | | FALSE | Date range approximately: 2005-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003001_00003750.pdf | JBoudreaux-PPR-3001-3750 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003751_00003845.pdf | JBoudreaux-PPR-3751-3845 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/22/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_003_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003857_00003857.pdf | JBoudreaux-PPR-3857 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/24/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_004_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003858_00003961.pdf | JBoudreaux-PPR-3858-3961 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_009_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005048_00005117.pdf | JBoudreaux-PPR-5048-5117 | | FALSE | Date range approximately: |

Sammy Khatib, M.D.

Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|--------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00001501_00002250.pdf | JBoudreaux-PPR-1501-2250 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00002251_00003000.pdf | JBoudreaux-PPR-2251-3000 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/11/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_002_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003846_00003856.pdf | JBoudreaux-PPR-3846-3856 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 3/10/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_006_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003966_00003966.pdf | JBoudreaux-PPR-3966 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 03/09/2016; 05/20/2016 | Provider | St. Martin, Maurice E., Jr., M.D., SOrr - St. Martin, Maurice, M.D..pdf | SOrr-MEStMartinJr-000001 – 00346 | | FALSE | Date range approximately: 2011-2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/1/16 | Provider | Pharmacy Records of Rouses, 750002_035_001_BoudreauxJrJosephJ_RousesPharmacy_00000001_00000014.pdf | JBoudreaux-RousesPh-1-14 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 6/21/16 | Provider | Thibodeaux Regional Medicals, 750002_060_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000013_00000013.pdf | JBoudreaux-TRMC-MD-13 | | FALSE | Certificate of records received |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/6/16 | Provider | Pharmacy Records of Rouses, 750002_035_003_BoudreauxJrJosephJ_RousesPharmacy_00000080_00000080.pdf | JBoudreaux-RousesPh-80 | | FALSE | Certificate of no records |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/25/16 | Provider | Southeast Louisiana Veterans Health Care System, 750002_031_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemReleaseofInformation_00000001_00000112.pdf | JBoudreaux-SLVHCS-MD-1-112 | | FALSE | Date range approximately: 2002-2008 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/11/16 | Provider | Southeast Louisiana Veterans Health Care System Radiology, 750002_033_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemRadDept_00000001_00000001.pdf | JBoudreaux-SLVHCS-RD-1 | | FALSE | Date range approximately: 2005 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/14/16 | Provider | Southeast Louisiana Veterans Health Care System Radiology, 750002_033_002_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemRadDept_00000002_00000002.pdf | JBoudreaux-SLVHCS-RD-2 | | FALSE | Date range approximately: 2005 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/13/16 | Provider | Terrebonne General Medicals, 750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000001_00000750.pdf | JBoudreaux-TGMC-MD-1-750 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/13/16 | Provider | Terrebonne General Medicals, 750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000751_00001180.pdf | JBoudreaux-TGMC-MD-751-1180 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 8/5/16 | Provider | Terrebonne General Medicals, 750002_027_002_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00001181_00001295.pdf | JBoudreaux-TGMC-MD-1181-1295 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 4/13/16 | Provider | Terrebonne General Billing, 750002_028_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPatientAccts_00000001_00000012.pdf | JBoudreaux-TGMC-BD-1-12 | | FALSE | Date range approximately: 2015 |

Sammy Khatib, M.D.
Reliance Material

| Expert | Date Sent | Document Category | Date of Document | Source of Document | Document Description | Bates Range | Designation Under Protective Order | Publically Available | Comments |
|--------|-----------|-------------------|------------------|--------------------|-----------------------|-------------|-----------------------------------|---------------------|----------|
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 2/1/16 | Provider | Terrebonne General Pathology, 750002_030_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPathDept_00000001_00000001.pdf | JBoudreaux-TGMC-PD-1 | | FALSE | Date range approximately: 2015 |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 1/20/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000001_00000750.pdf | JBoudreaux-PPR-1-750 | | FALSE | Date range approximately: |
| Khatib, Sammy, M.D. | 10/31/2016 | Medical Records | 7/11/16 | Plaintiff Produced | Plaintiff Produced Records (Providers Various), 750002_003_010_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005118_00005233.pdf | JBoudreaux-PPR-5118-5233 | | FALSE | Date range approximately: |

# EXHIBIT "B"

# *CURRICULUM VITAE*

**SAMMY KHATIB, M.D.**



**EMPLOYMENT:**

2014-Present  Vice Chairman, Cardiology
              Department of Cardiology
              John Ochsner Heart and Vascular Institute

2011-Present  Section Head, Electrophysiology
              Department of Cardiology
              John Ochsner Heart and Vascular Institute
              New Orleans, LA

2012-Present  Program Director, Clinical Cardiac Electrophysiology Fellowship
              John Ochsner Heart and Vascular Institute
              New Orleans, LA

2008-2011     Staff Physician - Electrophysiology
              Department of Cardiology
              John Ochsner Heart and Vascular Institute
              New Orleans, LA

2007-2008     Clinical Lecturer
              University of Florida at Shands Hospital
              Gainesville, FL

**POST-GRADUATE TRAINING:**

2006-2007     Cardiovascular Electrophysiology Fellowship Program
              University of Florida at Shands Hospital
              Gainesville, FL

2003-2006     General Cardiovascular Medicine Fellowship Program
              Ochsner Clinic Foundation,  New Orleans, LA

1999-2002:    Categorical Internal Medicine Residency Program
              Georgetown University Medical Center, Washington D.C.

**EDUCATION:**

| | |
|---|---|
| 1995-1999: | Wayne State University School of Medicine |
| | Detroit, Michigan |
| | Doctor of Medicine |
| | |
| 1991-1995: | Duke University |
| | Durham, North Carolina |
| | Bachelor of Science, *Cum Laude* |

**HONORS/AWARDS:**

| | |
|---|---|
| 2010, 2011: | Mentor of the Year, Ochsner Clinic Foundation, Department of Cardiology |
| | |
| 2008: | Excellence in Teaching, University of Florida, Department of Medicine |
| | |
| 2004: | Herman L Price, M.D. Clinical Excellence in Heart Failure Award |
| | |
| 2001: | Resident "Pearl" Award |
| | *Awarded by 3rd yr medical students for excellence in student teaching* |
| | |
| 1999: | Alpha Omega Alpha |
| | Wayne State University School of Medicine |

**ABSTRACTS/PUBLICATIONS:**

Menezes AR, Lavie CJ, Dinicolantonio JJ, O'Keefe J, Morin DP, Khatib S, Milani RV. *Atrial fibrillation in the 21st Century: a current understanding of the risk factors and primary prevention strategies.* Mayo Clin Proc. 2013 Apr; 88 (4): 394-409

Menezes AR, Artham S, Lavie CJ, Khatib S. *Anticoagulation strategies in atrial fibrillation.* Rev Cardiovasc Med. 2012; 13(1):e1-13

Morin DP, Saad MN, Shams OF, Owen JS, Xue JQ, Abi-Samra FM, Khatib S, Nelson-Twakor OS, Milani RV. *Relationships between the T-peak to T-end*

USCA5 1496

*interval, ventricular tachyarrhythmia, and death in left ventricular systolic dysfunction.* Europace 2012 Aug; 14(8): 1172-9

Awerbach JD, Khatib S, Moodie DS, Snyder CS. *Atrial ectopic tachycardia in a patient with marfan syndrome.* Ochsner J 2011 Summer; 11(2):125-7

Morin DP, Parker H, Khatib S, Dinshaw H. *Computed Tomography of a Coronary Sinus Diverticulum Associated with Wolff-Parkinson-White Syndrome.* Heart Rhythm 2012 Aug; 9(8): 1338-9

Owen JS, Khatib S, Morin DP. *Cardiac Resynchronization Therapy.* Ochsner J 2009; 9:248-56.

Saad MN, Morin DP, Khatib S, *Atrial Fibrillation: Current Perspective*. Ochsner J 2009; 9:241-7

Williams CS, Khatib S, Dorotan-Guevara MM. *Snyder CS. Induction of Left Ventricular Fascicular Tachycardia with Trans-Esophageal Pacing in a Toddler*, Congenital Heart Disease 2010 May-June; 5(3): 312-315.

Shams OF, Owen JS, Saad MN, Xue J, Abi-Samra FM, Khatib S, Nelson-Twakor OS, Morin DP. *In Cardiomyopathy, A Longer Tpeak-Tend Interval Correlates with Depressed Ejection Fraction, But Not With Other Left Ventricular Measurements.* Poster, Heart Rhythm Society Scientific Sessions, 2011.

Shams OF, Owen JS, Saad MN, Khatib S, Xue J, Rubiano A, Yarbrough J, Morin DP, *Among Several Surface ECG Measurements and Clinical Indicators, only Tpeak-Tend and Cornell Voltage Predict Appropriate ICD Therapy in Patients With Ischemic Cardiomyopathy.* Oral presentation, American Heart Association Scientific Sessions, 2010.

Saad MN, Shams OF, Rubiano A, Yarbrough J, Xue J, Khatib S, Morin DP. *In Ischemic Cardiomyopathy with Reduced Ejection Fraction, the Interval between T wave Peak and T wave End Predicts Both Appropriate ICD Therapy and Overall Mortality.* Oral Presentation, Heart Rhythm Society Annual Meeting, 2010.

Berman AE, Khatib S, Donahue T, Breburda CS. *Global Systolic and Diastolic Doppler Tissue Imaging Acceleration Intervals: New Discriminators Between Atrial Fibrillation and Sinus Rhythm.* Poster presentation at NASPE 25th Annual Scientific Sessions, May 2004.

Berman AE, Khatib S, Donahue T, Breburda CS. *Left Anterior Hemiblock is Associated with Intraventricular Dyssynchrony in the Presence of a Normal QRS Duration.* Poster presentation at American Society of Echocardiography Scientific Session, June 2004.

Berman AE, Khatib S, Mehra M.  *Doppler Tissue Imaging characteristics of Stable Heart Transplant Recipients.*  Poster presentation at Heart Failure Society of America Scientific Sessions, September 2004.

Khatib R, Riederer KM, Clark JA, Khatib S, Briski LE, Wilson FM. *Coagulase-negative staphylococci in multiple blood cultures: strain relatedness and determinants of same strain bacteremia.*  J Clin Microbiol. 1995 Apr;33(4):816-20.

USCA5 1498

**TESTIMONIAL HISTORY**

I have not testified in the last four years.

USCA5 1499