UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *          SECTION L
THIS DOCUMENT RELATES TO:              *
     *ALL CASES*                       *          JUDGE ELDON E. FALLON
                                       *
                                       *          MAG. JUDGE NORTH
                                       *

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE
## EXHIBITS UNDER SEAL

NOW COME Plaintiffs who submit that on February 10, 2017, Plaintiffs' Motion to Preclude Speculative Testimony From Six Defense Experts About Potential Outcomes From Other Anticoagulants was filed into the record [Rec. Doc. 5399] ("Other Anticoagulants Motion"). Exhibits 1 through 14 attached to the Other Anticoagulants Motion refer to or contain information that has been designated confidential.  Accordingly, movers request that Exhibits 1 through 14 attached to the Other Anticoagulants Motion be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits 1 through 14 attached to Plaintiffs' Motion to Preclude Speculative Testimony From Six Defense Experts About Potential Outcomes From Other Anticoagulants be filed UNDER SEAL.

Respectfully submitted,

Dated:  February 10, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**