UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO:     *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO PRECLUDE EXPERT TESTIMONY FROM SCOTT BONIOL, M.D.  AND WILLIAM FRANKLIN PEACOCK, IV, MD, FACEP, ABOUT THE BENEFITS OF EARLIER DETECTIONS FROM ANTICOAGULANT-RELATED BLEEDING EVENTS**

Plaintiffs move to preclude testimony from Scott Boniol, M.D., and William Franklin Peacock, MD, FACEP, about the alleged benefits of earlier detections from anticoagulant-related bleeding events, as outlined more specifically in the attached memorandum of law.  In support of this motion, Plaintiffs incorporate the attached memorandum of law.

|  |  Respectfully submitted, |
|---|---|
| Dated:  February 10, 2017 | */s/ Leonard A. Davis*<br>Leonard A. Davis, Esq. (Bar No. 14190)<br>***HERMAN, HERMAN & KATZ, LLC***<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>Email: ldavis@hhklawfirm.com |

>Gerald E. Meunier (Bar No. 9471)
>***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, LA  70163-2800
>Phone: (504) 522-2304
>Fax: (504) 528-9973
>Email: gmeunier@gainsben.com
>
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>*/s/ Leonard A. Davis*
>**LEONARD A. DAVIS**