Case 2:14-md-02592-EEF-MBN Document 5401-7 *SEALED* Filed 02/10/17 Page 1 of 47

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

---

**EXHIBIT 1 TO**
**PLAINTIFFS' MOTION TO PRECLUDE EXPERT TESTIMONY FROM**
**SCOTT BONIOL, M.D.  AND WILLIAM FRANKLIN PEACOCK, IV, MD, FACEP,**
**ABOUT THE BENEFITS OF EARLIER DETECTIONS FROM**
**ANTICOAGULANT-RELATED BLEEDING EVENTS**

---

# FILED UNDER SEAL

Case 2:14-md-02592-EEF-MBN Document 5401-5 *SEALED* Filed 02/10/17 Page 2 of 47

In re Xarelto MDL litigation

Expert Report of Dr. Scott Boniol

USCA5 1501

## Background and Training

I am Scott Boniol, MD, a practicing Hematologist and Oncologist in Shreveport, Louisiana.  I received my medical education at Louisiana State University School of Medicine in Shreveport.  After graduating, I completed my Internship and Residency in Internal Medicine at the University of South Alabama in Mobile.  Following residency, I served one year as Chief Medical Resident.  Afterwards, I completed Fellowship training in both Hematology and Oncology at the Feist-Weiller Cancer Center in Shreveport, Louisiana, where I also served as Chief Fellow in Hematology and Oncology.  I have received American Board of Internal Medicine certification in Internal Medicine, Hematology and Oncology.  I have experience managing patients on all of the available anticoagulant therapies.  In my practice, I am routinely consulted by colleagues regarding complex anticoagulation cases.  My educational training along with my daily clinical experience with patients needing anticoagulation, makes me an expert in this field.  I have provided testimony in the Science Day presentations for Xarelto, as well as, given depositions in several other cases relating to oncology.  I have served on multiple LAMMICO boards as a panel member reviewing malpractice claims.  For my services I charge three hundred and fifty dollars per hour.  My CV is attached.

2

USCA5 1502

Blood is the highly sophisticated transport system that allows communication and coordination between different parts of the human body. Blood is composed of the watery substance, plasma, and cellular components (red blood cells, white blood cells and platelets). Blood has many functions including, but not limited to supplying oxygen to cells and tissues, bringing essential nutrients to cells, transporting chemicals released in one part of the body that affect cells elsewhere in the body and regulating our pH levels and body temperature, and defending the body from infection and foreign bodies. Another very important feature of our blood is the constant dance to keep it liquid and moving, while at the same time patching and repairing holes (clotting) to prevent loss of this precious life sustaining fluid outside the circulatory system.

Coagulation is the process which turns a liquid into a solid. In the case of blood coagulation, or clotting, there are two major mechanisms that allow this phenomenon to occur in humans. The first is referred to as primary hemostasis and involves the clumping together of the bloods platelets. Platelets are small particles ever present in the blood that can be activated to bind together and cause clumps of several platelets. These clumps then plug up holes in the blood vessels where bleeding is occurring. The second mechanism is referred to as secondary hemostasis and relies on a concerted interaction of several inactive proteins being activated, or "turned on" to cause blood clot formation.[1]

---

[1] Williams Hematology. 7th edition. 2006; 2009

3

USCA5 1503



The proteins of secondary hemostasis are ever present in the blood stream. In normal physiology, they circulate in an inactive form and therefore, do not cause blood coagulation to occur.  However, once an injury or insult to a blood vessel occurs, these proteins become activated and form clots to stop bleeding.  This is a life-saving event that prevents us from bleeding out.  Unfortunately, with certain disease states, these proteins can be activated when they are not supposed to be turned on and cause unwanted coagulation of the blood.  These resultant pathologic clots can and frequently do cause morbidity and even death to patients.  Therefore, there has always been a need in medicine to stop unwanted clotting from occurring and preventing untoward harm to people as well as premature death.

The clotting cascade consists of several proteins that were originally given Roman numerals (frequently now just referred to by numbers) based on their order of discovery.  During this process, some numbers were skipped, as it was surmised that other yet to be discovered factors would be present in sequence (this proved not to be the case).  For clotting to occur, Factor 10 must be stimulated to then bind to Factor 5, which then activates Factor 2 to cleave fibrinogen into the actual clotting material fibrin.  When the clotting factors are activated, a lower case "a" is placed beside the corresponding number to indicate that it is active.  Together, factors 10, 5, and 2 are known as the common pathway. Without stimulation of factor 10, clot

4

formation does not occur. Stimulation of factor 10 can occur through two distinct pathways: the intrinsic and extrinsic pathway.

The intrinsic pathway basically consists of factors 12, 11, 9 and 8. Subsequently, activated factor 8 (8a) will then stimulate factor 10 and start the common pathway, which will cause clot formation. The intrinsic pathway is now commonly referred to as the contact factor pathway. Clotting starts via this pathway when blood comes into contact with a foreign substance. The time it takes for blood to clot via the intrinsic pathway can be measured in the laboratory with a test known as the partial thromboplastin time (PTT). This test is useful for screening patients for blood clotting disorders or to measure the effect of unfractionated heparin on a patient. This test is not useful to monitor any other medication than unfractionated heparin. It cannot be used to ascertain the effect of new novel oral anticoagulants on the blood under any circumstance.

The extrinsic pathway consists of factor 7 and tissue factor. If there is injury to a blood vessel, then tissue factor is expressed on the inner surface of the blood vessel, which then activates factor 7 (7 to 7a). The activation of factor 7 can then stimulate factor 10 and the common pathway, thus allowing clot formation. The extrinsic pathway can be monitored in the lab by the prothrombin time (PT), which essentially indirectly measures factor 7 activity. It can be used to screen for coagulation problems, but is mostly used to monitor the effects of coumadin. It cannot be used to monitor any other medications used to anticoagulate blood.[2] An elevated PT did not result in more bleeding episodes and likewise a lower PT did not result in fewer bleeding episodes. Simply put, the PT has absolutely zero clinical value in predicting bleeding in patients taking rivaroxaban.

The PT and PTT are laboratory tests collected by routine venipuncture. A patient's venous blood is collected in a test tube that contains usually sodium citrate, but sometimes oxalate, which is a chemical that immediately decalcifies the patient's blood and therefore stops the coagulation process. Once in the lab it can be reactivated by adding certain reagents into the test tube containing the patient's blood and either citrate or oxalate. For a prothrombin time (PT) tissue factor, phospholipid and calcium are introduced into the test tube; which will then allow clotting to occur. It is very important to note that the specific type and amount of

---

[2] Mueck, W., Stampfuss, J., Kubitza, D., & Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. *Clinical pharmacokinetics, 53*(1), 1-16; Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: Pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. *Thrombosis journal, 11*(1), 1.

USCA5 1505

these reagents vary from lab to lab. Therefore, PT times from one lab cannot be compared to another lab. Once a reagent is added to the test tube, an analyzer will detect the number of seconds it takes for clot formation to begin. A partial thromboplastin time (PTT) is conducted very similarly, but only phospholipid and calcium are added to the tube, and, again, an analyzer detects the number of seconds for a clot to form.

These tests were not developed to measure the effects of rivaroxaban. For example, if you used one test tube drawn from a patient taking rivaroxaban and performed a PT test using different laboratories with different reagents, a large amount of variability between the lab results would be seen, despite the fact that the rivaroxaban sample was the same.[3] Further, the variability of PT results is not corrected by the INR like warfarin. The INR test was specifically developed to address the problem of variability in PT testing for warfarin.[4] As with rivaroxaban, variability in PT testing of warfarin was high due to the use of different reagents in laboratories across the world. The INR was created for warfarin to address this problem so that warfarin PT results from any laboratory could be reliably interpreted.[5] The INR is based on an international sensitivity index (ISI) specific to warfarin using a WHO international reference thromboplastin reagent. PT ratios with different reagents are converted to INRs by the use of this international sensitivity index (ISI). Thus the INR corrects for variability among laboratories in warfarin PT testing. If not for the INR, warfarin monitoring would not be possible.[6]

---

[3] Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., & Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. *Thrombosis and haemostasis, 103*(4), 815-825.

[4] Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. *Clinical and Applied Thrombosis/Hemostasis, 18*(2), 150-158..

[5] Kamal, A. H., Tefferi, A., & Pruthi, R. K. (2007, July). How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. In Mayo Clinic Proceedings (Vol. 82, No. 7, pp. 864-873). Elsevier.

[6] Harenberg, J., Marx, S., Krämer, R., Giese, C., & Weiss, C. (2011). Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as calibrator for plasma spiked with rivaroxaban. Blood Coagulation & Fibrinolysis, 22(8), 637-641; Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. *British journal of haematology, 159*(4), 427-429; Baglin, T., Hillarp, A., Tripodi, A., Elalamy, I., Buller, H., & Ageno, W. (2013). Measuring oral direct inhibitors of thrombin and factor Xa: A recommendation from the Subcommittee on Control of Anticoagulation of the Scientific

6

USCA5 1506

Among PT reagents, Neoplastin R has been shown to be the reagent most sensitive to rivaroxaban.[7]  However, Neoplastin is not used in all laboratories.

In addition to variability due to different laboratories and reagents, the PT is not specific for factor 10 and can be influenced by many other conditions, such as liver disease, cancer, any other type of factor 2 or 7 deficiency, or if there is an inhibitor of any factors such as auto-immune diseases.  Thus, the PT test is not a valid or good test to determine the risk of bleeding on rivaroxaban. Another serious hindrance associated with the use of PT to measure rivaroxaban is the pharmacodynamics of the drug.  Because rivaroxaban is cleared relatively rapidly from the blood (roughly 24 hours) the timing of the dose of rivaroxaban and the effect on the PT critically affects lab results.  Wolfgang Mueck, et al. in 2014, showed that when using a Neoplastin PT reagent, which again, is not used in all laboratories performing this test, in healthy individuals (not a patient population that would actually take the drug) the PT time did correlate with plasma concentration of rivaroxaban.[8]  Further, and more importantly, in this paper the authors concluded that there was no data that showing a correlation between rivaroxaban plasma levels and bleeding events.  As a practicing physician, this is really important to me.  If this test cannot predict bleeding it has no utility in routine practice.

To better understand these tests in context, it is beneficial to look at the history of our understanding of blood clotting.  The coagulation cascade model I discussed before was first formulated in 1964 with two simultaneous but separate publications.[9]  These simplistic models were instrumental in advancing our understanding of coagulation and work really nicely to help explain coagulation of blood in a test tube in the lab.  Unfortunately, the human body is a magnificently complex and complicated living fluid system that does not mimic what we see in lab results.  It is known that these pathways, while separate in the lab, overlap and intertwine with each other inside people.  The coagulation cascade as used in

---

and Standardization Committee of the International Society on Thrombosis and Haemostasis. *Journal of Thrombosis and Haemostasis, 11*(4), 756-760.

[7] Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... & Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation assays. *Thrombosis and haemostasis, 113*(1), 154-164.

[8] Mueck, W., Stampfuss, J., Kubitza, D., & Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clinical pharmacokinetics, 53(1), 1-16..

[9] Davie EW, Ratnoff OD. (1964). Waterfall sequence for intrinsic blood clotting. Science, 145: 1310-2; MacFarlane RG. (1964). An enzyme cascade in the blood clotting mechanism, and its function as a biological amplifier. Nature, 202: 498-9.

USCA5 1507

laboratory testing is woefully inadequate to explain the pathways and interactions that cause clotting in a person.[10]  Let's look at just a few specific examples that occur in clinical practice.

Factor 12 is also known as Hagemans factor, named after the patient it was discovered from John Hageman.  Hageman factor was first discovered in 1955 when a routine preoperative blood sample of the 37-year-old  John Hageman was found to have prolonged clotting time in test tubes, even though he had no bleeding issues. Subsequently, factor 12 deficiency is now known to be a genetically inherited condition.  Factor 12 deficiency results is extremely prolonged PTT times, however, no abnormal bleeding occurs in these patients.  Paradoxically, Mr. Hageman died from a pulmonary embolism and it is observed that Factor 12 deficiency, though predicting high bleeding risk in the lab, is associated with increased risk of clotting.[11]  Another example of this phenomenon is the Lupus Anticoagulant. When a patient has this disease, PTT times are prolonged indicating a bleeding problem (and consequently giving it the misnomer "anticoagulant").  However, patients with the Lupus Anticoagulant suffer from high risk of *in vivo* clotting.[12]

Now let's look at another aspect - why Hemophilia A patients bleed. Hemophilia A is a disease in which there is a genetic reduction in the production of factor 8 only.  Looking at the coagulation cascade model used for laboratory testing, these patients should not bleed because the extrinsic pathway should allow factor 7 to stimulate factor 10 and the common pathway to allow for sufficient blood clotting, but this does not occur in humans.  Why? Because coagulation is much more complex than what we can test for in the lab.  In humans, the cascade requires the complex of factor 8 and factor 9 together expressed on a cell to drive cellular surface activation of factor 10 to generate enough thrombin to clot; therefore, factor 8 deficiency causes bleeding in people.  Even more interesting, is Factor 8 deficiency can be treated with Factor 7 infusions (the same factor that I just alluded to cannot generate enough activation of factor 10 through the extrinsic pathway to compensate for factor 8 deficiency).  How does this work?  If an infusion of much higher levels of factor 7 than are normally present is given, the levels are sufficient

---

[10] Hoffman M, Monroe D. (2001). A Cell-Based Model of Hemostasis. Thromb. Haemost., 85:958-65.
[11] Azaad, M., Zhang, Q.R. and Li, Y.P. (2015) Factor XII (Hageman Factor) Deficiency: A Very Rare Coagulation Disorder. Open Journal of Blood Diseases, 5, 39-42
[12] Williams Hematology. 7th edition. 2006; 2009.

USCA5 1508

enough to stimulate platelet bound factor ten to cause clotting and stop bleeding in hemophiliacs.[13]

This brings up an important point in regards to rivaroxaban lab testing and why the lab tests do not correlate with bleeding clinically, and therefore, are not helpful in any situation in my opinion. Firstly, rivaroxaban binds both to free factor 10, which is the factor floating in the blood, and it also binds to bound factor 10. When drawing blood to run lab tests, bound factor 10 cannot be collected because it is not free flowing in the blood and therefore, despite being critically important in coagulation processes in the body, is not measured by the PT or any other lab blood test for that matter. I cannot state it any simpler than a PT, even if it correlates with plasma rivaroxaban levels, tells you nothing about the anticoagulant or bleeding effects of rivaroxaban in the human body. As alluded to in this report that is why the data proving reduced bleeding in humans is much more important, much more meaningful than any lab test could ever be.

Again, when working properly, coagulation is a necessary and life sustaining function. Unfortunately, clotting can occur when it is not supposed to (pathologically) and can result in serious untoward harm and even death in patients. For example, stasis (interruption of freely flowing blood) itself can cause clotting to occur. This frequently occurs in the disease state of atrial fibrillation. In atrial fibrillation, the small chamber of the heart starts to quiver, an event that does not allow the heart to squeeze properly and push blood forward. When this quivering occurs, blood slows down enough in the heart that tiny blood clots form. As these clots pass through the heart, they flow along in the bloodstream until blood vessels start to narrow. Once a blood vessel becomes narrower than the clot size, it gets stuck and stops blood from flowing past the clot area. This prevents necessary oxygen and nutrients from getting to the healthy tissue beyond the blockage. When leaving the heart, this blockage usually occurs in the brain, resulting in lack of blood flow to part of the brain which will kill that part of brain tissue. This is called a stroke. Strokes can be fatal or result in severe physical impairment (the loss of movement, loss of speech, loss of memory, all of which can be permanent). Another instance of unwanted clotting is venous thromboembolic events (VTE). This occurs most often in the veins of the lower extremities and can occur for multiple reasons. When a clot occurs in the leg veins it is termed a deep venous thrombus (DVT). These clots can lead to devastating local effects, and even worse, can migrate

---

[13] Williams Hematology. 7th edition. 2006; 2009; Hoffman M, Monroe D. A Cell-Based Model of Hemostasis. Thromb Haemost 2001; 85:958-65.

USCA5 1509

through the blood stream until they become lodged in the arteries of the lung, and just as in the case of stroke, stop blood flow to the lung tissue resulting in death and injury to the lung. This phenomenon is called a pulmonary embolus (PTE or PE). These are frequently fatal.[14]

Venous thromboembolic disease (VTE) is a serious medical problem worldwide.  Specifically in the United States, each year there are approximately 900,000 people who suffer from clinically evident VTE, resulting in approximately 300,000 patient deaths a year.[15]  As the population ages, the incidence of DVT increases, although everyone is at risk for developing abnormal clotting.  From DVT of the lower extremity, roughly 30% of patients go on to suffer serious complications such as chronic leg pain, swelling and ulceration of the skin.[16]  Treatment costs of these nonfatal VTE and its complications are estimated to cost between six and eight billion dollars annually.[17]  Clearly there is a need for safe and efficient treatment for VTE.

Amazingly, medical science did not have any answer to the dangerous unwanted clotting dilemma until the early to mid1900's. Prior to development of these anticoagulation compounds, doctors had no effective mechanism to treat or prevent unwanted clotting.  The first anticoagulants to be discovered in the 1930's were a naturally occurring group of proteins known as the heparins.  Because of their nature, these molecules must be given parenterally (either intravenous or as a shot) because if taken by mouth they are simply digested like food and are unable to exert any medicinal property.  Early heparins are known as unfractionated heparins (UFH) because there is a large heterogeneity of size, meaning some of the molecules are very very large, some are very, very small and most are scattered somewhere in between.  To further complicate UFH as an effective drug, each dose is compiled of a completely different combination of large and small molecules, making it impossible to keep the action of the medication constant.  Also, UFH can only be given intravenously and, therefore, requires hospitalization for the entire duration of treatment.  Lastly, UFH are dependent on the body's natural levels of antithrombin (AT3)-a naturally occurring anticoagulant.  Due to these independent

---

[14] Harrison's Principles of Internal Medicinee textbook.
[15] Raskob, G. E., Silverstein, R., Bratzler, D. W., Heit, J. A., & White, R. H. (2010). Surveillance for deep vein thrombosis and pulmonary embolism: recommendations from a national workshop. *American journal of preventive medicine, 38*(4), S502-S509.
[16] Goldhaber, S. Z. (2012). Venous thromboembolism: epidemiology and magnitude of the problem. *Best Practice & Research Clinical Haematology, 25*(3), 235-242.
[17] Huang, W., Anderson, F. A., Rushton-Smith, S. K., & Cohen, A. T. (2015). Impact of thromboprophylaxis across the US acute care setting. *PloS one, 10*(3), e0121429.

USCA5 1510

variables (different molecule size, amount of AT3 present at any given time) maintaining adequate anticoagulation has always been both challenging and dangerous with UFH, necessitating monitoring levels of this drug with a laboratory test known as the partial thromboplastin time (PTT). Apart from the dangers of bleeding, UFH is also associated with development of a disease state known as Heparin induced thrombocytopenia and thrombosis (HITT) which can, and frequently is, deadly. HITT occurs when the immune system make antibodies to the large heparin molecules. In turn, these antibodies bind platelets together and cause abnormal clots in arteries resulting in loss of blood flow to vital organs and limbs (a clotting problem) and uncontrolled bleed from lower platelets and UFH effect (a bleeding problem). The clotting and bleeding problem occur simultaneously in the patient making it extremely difficult to treat. For these multiple reasons, UFH is not a preferred method of anticoagulation.

The second discovery occurred thanks in part to the Great Depression. With farmers strapped financially, they resorted to using older molded hay (that would normally have been thrown away) to feed their cattle. Soon, many a prized heifer started dying from a strange disease whereby they would be found dead in a pool of blood. One farmer in Wisconsin, tired of losing his cattle, brought a bucket of uncoagulated cows blood to the University of Wisconsin for testing. Through the Wisconsin Alumni Research Fund (or WARF), the culprit was found to be a compound made by a mold growing on sweet clover. This previously unrecognized compound was named WARFarin. The initial commercial use for this compound in the United States was as rat poison, as it was very effective in killing animals by preventing coagulation. Subsequently, it was found that warfarin could inhibit coagulation in humans as well.

When one takes a pill of warfarin (Coumadin), it works by acting as a toxin in the liver. Warfarin poisons the Vitamin K dependent enzymes in the liver that are responsible for making some of our blood proteins. Specifically, warfarin inhibits the synthesis of clotting factors 2, 7, 9, 10, as well as the naturally occurring anticoagulant proteins C and S. So warfarin does not block any part of the coagulation pathway as the other medicinally used anticoagulants do. In stopping the liver from being able to make new proteins, the ones that already exist in the body will continue to work until their "lifespan" has run out. As it turns out, Protein C, which naturally keeps our blood from clotting, has the shortest life span and therefore, diminishes from the blood first. As a consequence of this, it is important to understand that the body actually becomes hypercoagulable (more likely to clot) when warfarin is initiated. Simply stated, if a patient takes warfarin

11

pills alone, clotting is made much, much worse. The antithrombotic effect of warfarin is not present until approximately the fifth day of therapy, which is dependent on the clearance of factor 7. For this reason, bridging therapy is required when starting warfarin. That means that a patient started on warfarin must also initially be on a parenteral heparin for a minimum of five days to prevent clotting from worsening before warfarin will actually thin the blood (prevent clots).

Warfarin is fraught with many difficulties in treatment. First and foremost, Coumadin has a Narrow Therapeutic Index (NTI). For NTI drugs, there is a very close margin between the concentration of the drug in the blood that is therapeutic and the concentration that is lethal (deadly). With NTI drugs even very small changes in the dose, variations in product potency, or changes in the person's health status can result in toxic levels of the drug with harmful or fatal consequences. Therefore, NTI drugs such as warfarin MUST be monitored in the lab for the well-being of the patient. This fortunately is only the case for a few select drugs in medicine, while the large majority (including newer, safer DOAC anticoagulants discussed in this paper) of medicines have wide therapeutic indexes and therefore do not require routine monitoring. For example, amoxicillin has a wide therapeutic index. This is why when treating a frail 80 pound elderly female with a sinus infection, amoxicillin is dosed at 500mg three times a day. Similarly, when treating a 6 foot 6 inch 300 pound professional athlete for a sinus infection amoxicillin is also dosed at 500 mg three times a day. The pharmacologic trials of rivaroxaban show the same wide therapeutic index regardless of age, weight, height or sex.[18]

The difficulty of keeping warfarin within its NTI causes many problems for patients taking the drug. Published scientific data proves that more patients are hospitalized due to the difficulty of dosing warfarin than any other medication every year (meaning that the effects of taking Coumadin itself actually result patients being hospitalized). It is also known that in one third of all emergency room visits from adverse reactions to medications, warfarin is to blame.[19] When you think of the hundreds and hundreds of medications that could be responsible for emergency room visits, it is pretty amazing that one drug, Coumadin, is responsible for 33% of medication related ER visits. Also, warfarin has significant interactions with

---

[18] Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. *Fundamental & clinical pharmacology, 26*(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. *Therapeutic advances in cardiovascular disease*, 10(5), 294 –303.

[19] Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.

USCA5 1512

several other drugs making it difficult to treat other conditions that may arise in patients because of this long list of medications one cannot take with warfarin.  In addition to the numerous drug-drug interactions, foods containing vitamin K directly and adversely affect warfarin's ability to anticoagulate.

One of the touted benefits of warfarin (Coumadin) is that it is reversible. While technically true, one needs to understand what this truly entails and what it means for patients.  Firstly, there is no "silver bullet."  If a patient presents to the emergency room bleeding on Coumadin there is not a shot, or a pill, or an infusion that will immediately reverse its effects. Rather, one can give vitamin K, or fresh frozen plasma, or factor replacement - all of which take time to work.  In reality the time to reverse warfarin in the community setting is up to 30 hours.  It is important to understand that reversal of INR does not equal hemostasis (i.e., reversal of INR does not equal no clinical bleeding).  Drugs such as vitamin K are much more effective at correcting the INR (simply making a lab test better) than they are effective at stopping bleeding.  So in a text book or paper, it may be reported that vitamin K "reverses the INR within 14 hours of administration" but this only means that blood sitting in a test tube will normalize.  People are not test tubes and our blood doesn't just sit in a static environment.  Therefore, the bleeding does not necessarily stop just because a test is normal.  Interestingly, a study examining whether reversal agents improved outcomes compared patients taking warfarin who had a major bleeding event compared to patients taking DOACs who had major bleeding.  The authors found that Coumadin patients were more likely to die from the bleed than patients taking DOACs.[20]

In addition to not actually stopping bleeding, the process of reversing warfarin is fraught with many complications.  Vitamin K has a box warning that use intravenously or intramuscularly (the quickest way to reverse the effects of warfarin) is associated with fatalities both during and immediately following administration.[21]  Use of vitamin K or fresh frozen plasma can result in anaphylactic reactions, volume and circulatory overload and many other toxicities.[22]

---

[20] Skaistis, J., & Tagami, T. (2015). Risk of fatal bleeding in episodes of major bleeding with new oral anticoagulants and vitamin K antagonists: A systematic review and meta-analysis. PloS one, 10(9), e0137444.

[21] Hospira. (2004). Vitamin K1 injection, EN-0538.  Retrieved from URL https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0ahUKEwig6 vLrhJnQAhUI_4MKHdzBBRMQFggbMAA&url=https%3A%2F%2Fwww.hospira.com%2Fe n%2Fimages%2FEN-0538_tcm81-5411.pdf&usg=AFQjCNG5Y-

[22] Quinlan, D. J., Eikelboom, J. W., & Weitz, J. I. (2013). 4-factor prothrombin complex concentrate for urgent reversal of vitamin K antagonists in patients with major bleeding. Circulation, CIRCULATIONAHA-113.

USCA5 1513

Issues such as these raise the question, is reversing Coumadin the right thing to do? The truth is no one knows if it is the right thing to do because it has not been studied.  There is no high quality evidence that documents a survival benefit with rapid reversal.  Besides the morbidity and mortality directly associated with the reversal agents, these patients are being anticoagulated for a reason, and reversal can result in fatal thrombosis.[23]

As the march of progress of anticoagulation moved forward with better technology, scientists learned that by making the molecules of UFH all the same size and all very small, they could eliminate the variability and dangers associated with anticoagulation with UFH.  These smaller, uniform molecules, of which every dose contained the same size molecules, became known as the low molecular weight heparins (LMWH).  These molecules had the distinct advantage of almost exclusively, albeit indirectly, inhibiting Factor 10 to cause anticoagulation.  Unfortunately, like the predecessor UFH, these molecules are still digested when taken orally and must still be given as an injection.  With their clinical applications and utility in the 1990's, the precedent was set that routine anticoagulation monitoring was no longer needed because of the reliability and predictability of the LMWH.  Lastly, unlike UFH, LMWH cannot be measured by the PTT assay and require a specialized anti-Xa level to detect their activity.  This test is rarely done because of the predictability of LMWH function.  Again, with the widespread use of LMWH in clinical practice, routine testing for anticoagulant effectiveness disappeared from clinical practice for patients on these newer highly predictable drugs.

As medical science progressed and improvements continued, the early 2000's saw the ability to directly block factor 10 (whereas the LMWH had done it indirectly, relying on AT3, an independent variable) and to do it orally.  The first of these developed was rivaroxaban (Xarelto).  Xarelto is an oral medication that requires no bridging therapy as with warfarin.  It has very predictable pharmacologic behavior with a rapid onset of action.  A dual mechanism of elimination through both the liver and the kidneys gives it a very wide therapeutic index and, like its predecessor the LMWH, there is no need to monitor a drug with a

---

[23] Dentali, F., Marchesi, C., Pierfranceschi, M. G., Crowther, M., Garcia, D., Hylek, E., ... & Ageno, W. (2011). Safety of prothrombin complex concentrates for rapid anticoagulation reversal of vitamin K antagonists. *Thromb Haemost, 106*(3), 429-438; Hickey, M., Gatien, M., Taljaard, M., Aujnarain, A., Giulivi, A., & Perry, J. J. (2013). Outcomes of urgent warfarin reversal using fresh frozen plasma versus prothrombin complex concentrate in the emergency department. *Circulation, CIRCULATIONAHA-113*, 1 - 16.  16.

USCA5 1514

wide therapeutic index.[24]  It also allows for once daily dosing because of its pharmacodynamics.[25]  I find the best way to understand this is to think that a medicine has both an action and an effect.  Action has more to do with pharmacokinetics (the effect of the <u>body</u> on the <u>drug</u>) and can be thought of as the length of time a drug is active in the body and the specific action it takes during the time it is present.  The effect of a drug has more to do with pharmacodynamics (the effect of the <u>drug</u> on the <u>body</u>) and is the length of time the drug's desired effect lasts. As an example, let's first look at aspirin (ASA). The half-life is very short (so the Pk of aspirin is therefore short), only about 2 hours. The action is to inhibit an enzyme called cyclooxygenase (COX).  The effect depends on what you want the aspirin to do. If you want to block platelets from sticking together, you only give the drug once a day. Why? Because even though the aspirin is only *active* for 4 hours, the *effect* of aspirin inhibition for platelet inhibition is 5-10 days. If you want to take ASA as an analgesic for pain, you need to take it every four hours because the *action* of inhibiting COX is four hours still, and the *effect* for analgesic properties of aspirin is also only 4 hours. Now let's look at rivaroxaban. The *action* is when the drug is actively blocking factor 10, which peaks in two hours and then decreases quickly over time. But the *effect* of rivaroxaban is 24 hours for anticoagulation, the desired outcome.  Looking at pharmacokinetic, or action data, does not necessarily correlate to the effect of the medication.  For example, if one were to dose ASA to block platelets based on the pharmacokinetic profile of COX inhibition of ASA, it would be incorrectly dosed every four hours.  ASA is not dosed this way because of studying the desired effect of the drug.   Dosing ASA every four hours in this instance will not improve *effect* but will greatly increase risk and side effects of the ASA.  The same is true for rivaroxaban.  The purpose of rivaroxaban is to block factor Xa long enough (the *action*) so the desired *effect* of anticoagulation ideal. Continuously blocking factor X is dangerous and the wrong thing to do because it will result in more bleeding.  So by dosing the drug twice a day for clot prevention, even at lower levels, results in more stable pharmacokinetics (*action* is prolonged, evidenced by higher trough levels) BUT at the expense of longer and much more increased *effect*.

---

[24] Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. *Clinical pharmacokinetics*, *47*(3), 203-216.
[25] Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14), 1587-1603.

USCA5 1515

Fortunately, we do not have to speculate, guess or extrapolate from computer models if once a day dosing or twice a day dosing for clot prevention is better for patients because the direct comparison studies looking at *effect* of these two different ways to give the medication has been done.

In a phase 2 dosing study, patients with DVT were given 20mg of rivaroxaban in a 24 hour time frame.[26]  One set of patients were given 20mg once a day and another set were given 10mg twice a day.  The results showed that patients receiving 20mg once a day received more drug exposure (Higher area under the curve (AUC)) than patients receiving 10mg twice a day (even though they both received the same total dose in a 24 hour period).  This correlated to equal efficacy when these real people with DVT were studied for clot failure.  What was even more supportive of the 20mg once a day dosing was the fact that, while rare in both groups, less people had bleeding episodes in the once daily dosing, 0.7% bleeding episodes were seen with once a day versus 1.7% with twice a day dosing.  The increased bleeding seen in the twice daily dosing may be a result of keeping the trough level higher.  Simply put, dosing rivaroxaban twice a day is much more dangerous to the patient in regards to bleeding and the risk does not equal a benefit because the efficacy of the drug is measured through the drug exposure (the AUC, which is higher in 20mg once a day vs 10mg twice a day). The factual data from actual patients does not support that rivaroxaban should be dosed twice daily for prevention of blood clots as shown in this Phase 2 clinical trial.

The one exception to the use of once daily dosing dose occurs when treating active new clots in VTE.  At this point in time, the coagulation cascade is turned on and causing clots (treatment of clots rather than prevention).  It has long been known that VTE clot failure (clot propagation or worsening) is most likely to occur in the first 3 weeks of diagnosis.[27]  Therefore in this one instance, the benefit of keeping the trough levels elevated outweigh the risk of bleeding that occurs with twice daily dosing of rivaroxaban.  So to specifically look at treatment of VTE with

---

[26] Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187; Mueck W, Lensing AWA, Agnelli G, et al. Population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet. 2011;50(10):675-686.

[27] Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. *Blood, 112*(6), 2242-2247

16

USCA5 1516

rivaroxaban versus Coumadin, the phase 3 EINSTEIN trials were conducted.[28]  In the largest clinical trial to date examining treatment of DVT and PTE, patients who were diagnosed with either DVT or PTE were randomly assigned to either receive traditional LMWH bridging therapy with Coumadin or single agent rivaroxaban.  There was no difference in the two groups based on age, race, sex or body weight.  What was found was that both treatments were equally efficacious, but, and importantly, bleeding risks where significantly less in patients taking rivaroxaban over Coumadin.  Specifically, a 46% reduction in risk of major bleeds was observed, meaning that rivaroxaban was a safer, easier to administer therapy that was equally as good in treatment outcomes.  To look at the numbers, a patient taking rivaroxaban had a 1% chance of a significant bleeding episode while being treated; whereas, a patient taking warfarin had a 1.7% risk of bleeding.  When looking at specific "high risk" patient populations, rivaroxaban was even safer, affording a 73% reduction in bleeding risk in patient over the age of 75, with poor kidney function, and those with lower body weight.  Looking at the worst kidney function patients, for example, showed in patient with impaired kidney function (creatinine clearance less than 50ml/min) 4.1% of Coumadin patients had a significant bleed and only 0.9% of patients taking rivaroxaban had a similar bleeding episode.  Interestingly, the bleeding incidence was actually lower in patients with impaired kidney function in this trial than all patients together in the rivaroxaban group (0.9% bleeding with impaired kidney function vs. 1.0% in the whole group).  When looking at the most serious of bleeds in the EINSTEIN trial, what is important to note is that rivaroxaban outperformed Coumadin in fatal bleeding (8 in the Coumadin arm vs 3 in the rivaroxaban arm), intracranial bleeding (4 on Coumadin, 2 on rivaroxaban), and in significant loss of blood defined as a more than 2 gram drop in hemoglobin (42 patients in coumadin arm had this significant drop vs. only 28 with rivaroxban).  What this trial importantly proved is that, while we cannot eliminate the risk of bleeding, the march of progress in anticoagulation has provided us with a much safer drug to treat VTE than we have ever had before.

   Interestingly, though these drugs do stop the coagulation cascade from proceeding normally, none of them directly causes bleeding.  An underlying anatomic or pathologic reason must be present in order to bleed.  Because of this, what you see in routine medical practice is if someone comes in on anticoagulation

---

[28] Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D.  (2013).  Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: A pooled analysis of the EINSTEIN-DVT and PE randomized studies.  *Thrombosis journal, 11*(1), 1-10.

USCA5 1517

and has a bleed, doctors should and do look for the cause. For example, if someone is taking rivaroxaban and presents to his or her doctor with blood in their stool, endoscopy of the GI tract is undertaken. Why? Because rivaroxaban is not causing the bleed, something in the GI tract is bleeding and needs to be found. "GI Bleed" is not technically a diagnosis, rather a symptom of something else going on in the body. It is far more common in medicine to see a patient present for medical attention from bleeding and them NOT be on any anticoagulant rather than see a patient complaining of bleeding and be on an anticoagulant. This fact is seen in the EINSTEIN EXT trial which found that 10.7% of patient on placebo (not taking any anticoagulation) complained of bleeding while in the trial.[29] By their nature of making blood "thinner" and, therefore, less likely to clot, these medicines can unmask an underlying anatomical or pathological process that is in fact responsible for the bleeding. For example, if a patient has an ulcer in their stomach, this disease process disrupts the normal lining of the stomach and results in bleeding. This happens early on in the disease process and before the ulcers become significantly detrimental to patients. When taking an anticoagulant, the bleeding becomes more pronounced and more obvious to the patient. In a strange twist, this observed bleeding allows for earlier detection of the underlying problem and allows it to be addressed earlier. In the case of undiagnosed cancers causing bleeding this can be a life-saving diagnosis.[30]

There is no specific antidote for the reversal of rivaroxaban. However, given the predictable pharmacokinetic and pharmacodynamics profile of rivaroxaban, the drug will reverse itself about 24 hours after taking the last dose. The lower major bleeding incidence with rivaroxaban, and lower fatal bleeds, likely occurs because simply not taking rivaroxaban will result in reversal of the drug faster than medical intervention can reverse the effects of warfarin. This is one of the beautiful aspects of rivaroxaban as an anticoagulant, the rapidity with which it can reverse its anticoagulant effects by simply holding the drug.

The XALIA clinical trial has looked at real-world outcomes of patients treated with rivaroxaban versus warfarin.[31] This trial looked at the efficacy and safety in

---

[29] Bayer HealthCare AG, Janssen Pharmaceuticals, Inc. (2016). XARELTO® rivaroxaban information. DVT and PE treatment and risk reduction. Retrieved from URL https://www.xareltohcp.com/safety-profile/dvt-pe.html.

[30] Clemens, et al. Anticoagulant-related gastrointestinal bleeding—could this facilitate early detection of benign or malignant gastrointestinal lesions? Annals Of Medicine Vol. 46, Iss. 8,2014.

[31]Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation

USCA5 1518

patients outside of the controlled confines of a structured Phase 3 clinical trial, and what is happening to patients being treated with either warfarin or rivaroxaban at their local doctor's office.  In this setting, looking at over 4,500 patients being treated, there was only a 0.8% major bleed rate on Xarelto while a 2.1% bleed rate was seen on Coumadin.  Drug treatment failure rates (patients who had blood clots) were higher on Coumadin (2.3%) versus Xarelto (1.4%).  Obviously, both important data sets showed an advantage to using rivaroxaban.  Looking specifically at DVT, 900,000 people are affected per year. Using rivaroxaban over Coumadin results in a 32% relative risk reduction of failure of treatment (patients getting blood clots) and 46% decrease major bleeding.

In my practice, when it is patient appropriate, I prefer to use rivaroxaban over other anticoagulants.  At the core of all treatment decisions in medicine is the desire and need to maximize patient benefit, while minimizing any risks associated with treatment.  I liken this to the automobile industry.  Over the years, cars have been made safer with the addition of seatbelts, airbags, antilock brakes, etc.; however, there is still a risk we all take when we drive a car with the possibility of injury or even death.  The same is true with anticoagulation.  All anticoagulants carry the risk of bleeding, but that risk has been minimized with the march of progress to the new novel oral medications such as rivaroxaban.  So while as a doctor I can never eliminate the risk of bleeding, I can put my head on my pillow at night and know in my heart that I have done the best for my patient in minimizing bleeding risk and maximizing efficacy by using rivaroxaban over other available medications.

All of my opinions are expressed to a reasonable degree of medical certainty.  I reserve the right to supplement this report if additional information is provided to me regarding this case.   I certify that my opinions are based on my knowledge, skill, and training, my review of the literature, and review of the medical records, as described above and on the attached reliance list.

Scott Boniol, M.D.                                        November 15, 2016

                                                                   Date

---

for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. *The Lancet Haematology, 3*(1), e12-e21.

19

USCA5 1519

Case 2:14-md-02592-EEF-MBN Document 5401-7 *SEALED* Filed 02/10/17 Page 21 of 47

# EXHIBIT "A"

USCA5 1520

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>RELIANCE LIST</u>

<u>Medical Records re: Joseph Boudreaux</u>

1. Acadian Ambulance,
750002_054_001_BoudreauxJrJosephJ_AcadianAmbulanceSvcs_00000001_00000031.pdf

2. Cardiovascular Institute of the South Houma Clinic Records,
750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571.pdf

3. Cardiovascular Institute of the South- Houma,
750002_025_002_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000352_00000390.pdf

4. Cardiovascular Institute of the South- Houma,
750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

5. Cardiovascular Institute of the South- Houma,
750002_025_003_CardiovascularInstituteoftheSouthHouma_00000391_00000500.pdf

6. Digestive Health Center,
750002_068_001_BoudreauxJrJosephJ_DigestiveHealthCtr_00000001_00000005.pdf

7. Digestive Health Center,
750002_068_002_BoudreauxJrJosephJ_DigestiveHealthCtr_00000006_00000006.pdf

8. Humana,
750002_037_001_BoudreauxJrJosephJ_HumanaIncAttentionCriticalInquiryDept_00000001_00000038.pdf

9. Humana,
750002_069_001_BoudreauxJrJosephJ_HumanaHealthBenefitPlanofLouisianaInc_00000001_00000021.pdf

10. MATC Family Medicine - Dr. Andre Duplantis,
750002_019_001_BoudreauxJrJosephJ_DuplantisAndreMD_00000001_00000416.pdf

11.     MATC Family Medicine - Dr. Andre Duplantis,
        750002_019_002_BoudreauxJrJosephJ_DuplantisAndreMD_00000417_00000417.pdf

12.     MATC Family Medicine - Dr. Andre Duplantis,
        750002_019_003_BoudreauxJrJosephJ_DuplantisAndreMD_00000418_00000463.pdf

13.     MATC Family Medicine - Dr. Andre Duplantis,
        750002_019_004_BoudreauxJrJosephJ_DuplantisAndreMD_00000464_00000464.pdf

14.     MATC Family Medicine - Elizabeth Foret, NP
        750002_021_001_BoudreauxJrJosephJ_ForetElizabethNP_00000001_00000022.pdf

15.     MATC Family Medicine - Elizabeth Foret, NP
        750002_021_002_BoudreauxJrJosephJ_ForetElizabethNP_00000023_00000024.pdf

16.     Medicare/Medicaid,
        750002_036_001_BoudreauxJrJosephJ_CtrsforMedicareandMedicaidSvcsLegalDeptPriv
        acyOffice_00000001_00000001.pdf

17.     Ochsner - Dr. Katherine Baumgarten,
        750002_067_001_BoudreauxJrJosephJ_BaumgartenKatherineMD_00000001_00000002.
        pdf

18.     Ochsner Medical Center Kenner Billing,
        750002_014_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerPatientAccts_00000001_
        00000011.pdf

19.     Ochsner Medical Center Kenner Medicals,
        750002_013_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerMedRecsDept_00000001
        _00000531.pdf

20.     Ochsner Medical Center Kenner Radiology,
        750002_015_002_OchsnerMedCtrKennerRadDept_00000003_00000003.pdf

21.     Ochsner Medical Center Kenner Radiology,
        750002_015_003_OchsnerMedCtrKennerRadDept_00000004_00000004.pdf

22.     Ochsner Medical Center Kenner Radiology,
        750002_015_004_OchsnerMedCtrKennerRadDept_00000005_00000007.pdf

23.     Ochsner Medical Center Kenner, Radiology,
        750002_015_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerRadDept_00000001_000
        00002.pdf

24. Ochsner Medical Center Main Campus Billing, 750002_048_001_BoudreauxJrJosephJ_OchsnerMedCtrPatientAccts_00000001_00000003.pdf

25. Ochsner Medical Center Main Campus Medicals, 750002_047_001_BoudreauxJrJosephJ_OchsnerMedCtrReleaseofInformation_00000001_00000013.pdf

26. Ochsner Medical Center Main Campus Pathology, 750002_050_001_BoudreauxJrJosephJ_OchsnerMedCtrPathDept_00000001_00000001.pdf

27. Ochsner Medical Center Main Campus Radiology, 750002_049_001_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000001_00000002.pdf

28. Ochsner Medical Center Main Campus Radiology, 750002_049_002_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000003_00000003.pdf

29. Ochsner Medical Center Main Campus Radiology, 750002_049_003_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000004_00000011.pdf

30. Ochsner Medical Center Main Campus Radiology, 750002_049_004_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000012_00000012.pdf

31. Ochsner Medical Center St. Anne Billing, 750002_009_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000001_00000068.pdf

32. Ochsner Medical Center St. Anne Billing, 750002_009_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000069_00000069.pdf

33. Ochsner Medical Center St. Anne Medicals, 750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_00000001_00000750.pdf

34.    Ochsner Medical Center St. Anne Medicals,
750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
00751_00000982.pdf

35.    Ochsner Medical Center St. Anne Medicals,
750002_008_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
00983_00000983.pdf

36.    Ochsner Medical Center St. Anne Medicals,
750002_039_001_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000001_00000280
.pdf

37.    Ochsner Medical Center St. Anne Medicals,
750002_039_002_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000281_00000282
.pdf

38.    Ochsner Medical Center St. Anne Pathology,
750002_011_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPathDept_0000000
1_00000001.pdf

39.    Ochsner Medical Center St. Anne Radiology,
750002_010_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000001
_00000002.pdf

40.    Ochsner Medical Center St. Anne Radiology,
750002_010_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000003
_00000012.pdf

41.    Ochsner Medical Center St. Anne Radiology,
750002_010_003_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000013
_00000013.pdf

42.    Ochsner Medical Center St. Anne,
750002_055_001_BoudreauxJrJosephJ_OchsnerStAnneFamilyDrClinicMathews_00000
001_00000493.pdf

43.    Ochsner St. Anne Family Doctor Clinic – Dr. A. Duplantis Clinic Records,
750002_019_005_DuplantisAndreMD_00000465_00000499.pdf

44.    Pharmacy Records of Rouses,
750002_035_004_RousesPharmacy_00000081_00000100.pdf

45. Plaintiff Fact Sheets,
750002_002_001_BoudreauxJrJosephJ_PlaintiffFactSheet_00000001_00000043.pdf

46. Plaintiff Fact Sheets,
750002_002_002_BoudreauxJrJosephJ_PlaintiffFactSheet_00000044_00000067.pdf

47. Plaintiff Fact Sheets,
750002_002_003_BoudreauxJrJosephJ_PlaintiffFactSheet_00000068_00000093.pdf

48. Plaintiff Fact Sheets,
750002_002_004_BoudreauxJrJosephJ_PlaintiffFactSheet_00000094_00000118.pdf

49. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000001_00000750.pdf

50. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000751_00001500.pdf

51. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00001501_00002250.pdf

52. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00002251_00003000.pdf

53. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003001_00003750.pdf

54. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003751_00003845.pdf

55. Plaintiff Produced Records,
750002_003_002_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003846_00003856.pdf

56. Plaintiff Produced Records,
750002_003_003_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003857_00003857.pdf

57. Plaintiff Produced Records,
750002_003_004_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003858_00003961.pdf

58. Plaintiff Produced Records,
750002_003_005_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003962_00003965.pdf

59.  Plaintiff Produced Records,
     750002_003_006_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003966_00003966.pdf

60.  Plaintiff Produced Records,
     750002_003_007_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003967_00004484.pdf

61.  Plaintiff Produced Records,
     750002_003_008_BoudreauxJrJosephJ_PlaintiffProducedRecs_00004485_00005047.pdf

62.  Plaintiff Produced Records,
     750002_003_009_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005048_00005117.pdf

63.  Plaintiff Produced Records,
     750002_003_010_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005118_00005233.pdf

64.  Plaintiff Produced Records,
     750002_003_011_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005234_00005287.pdf

65.  Rouses Pharmacy,
     750002_035_001_BoudreauxJrJosephJ_RousesPharmacy_00000001_00000014.pdf

66.  Rouses Pharmacy,
     750002_035_002_BoudreauxJrJosephJ_RousesPharmacy_00000015_00000079.pdf

67.  Rouses Pharmacy,
     750002_035_003_BoudreauxJrJosephJ_RousesPharmacy_00000080_00000080.pdf

68.  "Southeast Louisiana Veterans Health Care System

69.  Radiology,
     750002_033_002_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
     adDept_00000002_00000002.pdf"

70.  Southeast Louisiana Veterans Health Care System Radiology,
     750002_033_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
     adDept_00000001_00000001.pdf

71.  Southeast Louisiana Veterans Health Care System,
     750002_031_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
     eleaseofInformation_00000001_00000112.pdf

72. Terrebonne General Billing,
   750002_028_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPatientAccts_000000
   01_00000012.pdf

73. Terrebonne General Medicals,
   750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
   0001_00000750.pdf

74. Terrebonne General Medicals,
   750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
   751_00001180.pdf

75. Terrebonne General Medicals,
   750002_027_002_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00001
   181_00001295.pdf

76. Terrebonne General Pathology,
   750002_030_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPathDept_00000001_
   00000001.pdf

77. Thibodeaux Regional Billing,
   750002_061_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPatientAccts_000000
   01_00000002.pdf

78. Thibodeaux Regional Medicals,
   750002_060_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
   0001_00000011.pdf

79. Thibodeaux Regional Medicals,
   750002_060_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
   012_00000012.pdf

80. Thibodeaux Regional Medicals,
   750002_060_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
   013_00000013.pdf

81. Thibodeaux Regional Pathology,
   750002_062_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPathDept_00000001_
   00000001.pdf

82. Thibodeaux Regional Radiology,
   750002_063_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000003_
   00000003.pdf

83.   Thibodeaux Regional Radiology,
      750002_063_006_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000006_
      00000006.pdf

84.   Thibodeaux Regional Radiology,
      750002_063_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000001_
      00000001.pdf

85.   Thibodeaux Regional Radiology,
      750002_063_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000002_
      00000002.pdf

86.   Thibodeaux Regional Radiology,
      750002_063_004_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000004_
      00000004.pdf

87.   Thibodeaux Regional Radiology,
      750002_063_005_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000005_
      00000005.pdf

88.   Thibodeaux Surgical Specialists - Dr. William Bisland,
      750002_056_001_BoudreauxJrJosephJ_BislandWilliamBJrMD_00000001_00000016.pdf

89.   University Health Shreveport,
      750002_059_001_BoudreauxJrJosephJ_UnivHealthShreveportMedRecsDept_00000001_
      00000001.pdf

90.   Wal-Mart Pharmacy,
      750002_051_001_BoudreauxJrJosephJ_WalMartStoresIncPharmacy_00000001_000000
      05.pdf


Medical Records re: Sharyn Orr

1.    Academic Dermatology Associates - Matherne, Ryan J. MD, SOrr - Academic
      Dermatology.pdf - SOrr-AcadDerm 000001 – 000022

2.    Acadian Ambulance Service, SOrr - Acadian Ambulance.pdf – Sorr-AAs-000001-
      000010

3.      Ambulatory Eye Surgery Center of Louisiana - Brint, Stephen F., MD, SOrr - Ambulatory Eye Surgery Center.pdf – Sorr-AESCL-000001-000077

4.      American Memorial Life, SOrr - American Memorial Life.pdf – SOrr-AmeMemLife-000001-000142

5.      Beeman, Chad MD - St. Elizabeth Physicians, SOrr - St Elizabeth Physicians.pdf – SOrr-StEP-000001-000061

6.      Casey, Dennis, M.D., SOrr - Casey, Dennis, M.D.pdf – SOrr-DCasey-00001-00010

7.      Cruz, Francisco, M.D., SOrr - Cruz, Francisco, M.D.pdf – SOrr-FCruz-000001-000180

8.      Cummings, Terry, M.D., SOrr - Cummings, Terry, M.D..pdf – SOrr-TCummings-000001-000067

9.      CVS Pharmacy, Inc., SOrr - CVS Pharmacy.pdf – SOrr-CVS-000001-000028

10.     Danilyants, Eduard M.D. - Touro Infirmary (Medical Records Department), SOrr - Tulane Infirmary (medical).pdf - SOrr-TI-MD-000001-000199

11.     Eye Surgery Center of Louisiana, SOrr - Eye Surgery Center of Louisiana.pdf – SO-ESCL-000001-000074

12.     For Better Health, Inc. - Rai, Kashmir MD, SOrr - For Better Health.pdf – SOrr-FBH-000001-000037

13.     HCA Patient Account Services – Billing, SOrr - HCA Patient Accounts (billing).pdf – SOrr-HCAPAS-000001-000111

14.     Kenner Regional / Ochsner Medical Center-Kenner, SOrr - Kenner Regional (med, billing & radiology).pdf – SOrr-KennerR-000001-000233

15.     LabCorp of America – Billing, SOrr - Lab Corp of America (billing).pdf – SOrr-LabCorpAm-BD-000001-000015

16.     LabCorp of America – Medicals, SOrr - Lab Corp of America (medical).pdf – SOrr-LabCorpAmer-MD-000001-000017

17.     Lindsey, John T., M.D., SOrr - Lindsey, John, M.D..pdf – SOrr-JLindsey-000001-000030

18.     Lousteau, Ray Joseph, M.D., SOrr - Lousteau, Ray, M.D.pdf – SO-RJLousteau-000001-000007

USCA5 1529

19. McNulty, Michael, M.D. - Southern Orthopaedic Specialists, SOrr - McNulty, Michael, M.D.pdf – SorrMMcNulty-000001-000022

20. Ochsner Baptist Medical Center – Billing, SOrr - Ochsner Baptist (billing).pdf – SOrr-OBMC-BD-000001-000018

21. Ochsner Baptist Medical Center – Medicals, SOrr - Ochsner Baptist (medical).pdf – SOrr-OBMC-MD-000001-0001123

22. Ochsner Baptist Medical Center – Radiology, SOrr - Ochsner Baptist (radiology).pdf – SOrr-OBMC-RD-000001-000016

23. Ochsner Medical Center – Billing, SOrr - Ochsner Medical Center (billingl).pdf – SOrr-OMC-BD-000001-000018

24. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1501-2250.pdf – SOrr-OMC-MD-0001501-002250

25. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1-750.pdf – SOrr-OMC-MD-000001-000750

26. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 2251-2979.pdf – SOrr-OMC-MD-002251-002979

27. Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 751-1500.pdf – SOrr-OMC-MD-000751-001500

28. Ochsner Medical Center (Radiology Department), SOrr - Ochsner Medical Center (radiology).pdf – SOrr-OMC-RD-000001-000004

29. Ochsner Medical Center Alton Ochsner Medical Foundation (Pathology Department), SOrr - Ochsner Medical Center (pathology).pdf – SOrr-OMC-PD-000001

30. Our Lady of the Lake Regional Medical Center, SOrr - Our Lady of the Lake Regional (medical).pdf – SOrr-OLLRMC-MD-000001-000003

31. Plaintiff Produced Records (Police Department Records), SOrr – PPR 6312-6313.pdf – SOrr-PPR-006312-006313

32. Plaintiff Produced Records (Providers Various), SOrr - PPR 6314-6323.pdf – SOrr-PPR-6314-6323

33. Plaintiff Produced Records, SOrr – PPR 1501-2250.pdf – SOrr-PPR-001501-002250

34. Plaintiff Produced Records, SOrr - PPR 1-750.pdf – SOrr-PPR-000001-000750

35. Plaintiff Produced Records, SOrr – PPR 2251-3000.pdf – SOrr-PPR-002251-003000

36. Plaintiff Produced Records, SOrr – PPR 3001-3750.pdf – SOrr-PPR-003001-003750

37. Plaintiff Produced Records, SOrr – PPR 3751-4500.pdf - SOrr-PPR-003751-004500

38. Plaintiff Produced Records, SOrr – PPR 4501-5250.pdf – SOrr-PPR-004501-005250

39. Plaintiff Produced Records, SOrr – PPR 5251-5713.pdf – SOrr-PPR-005251-005713

40. Plaintiff Produced Records, SOrr – PPR 5714-5786.pdf - SOrr-PPR-005714-005786

41. Plaintiff Produced Records, SOrr – PPR 5787-5913.pdf – SOrr-PPR-005787-005913

42. Plaintiff Produced Records, SOrr – PPR 5914-5997.pdf - SOrr-PPR-005914-005997

43. Plaintiff Produced Records, SOrr – PPR 5998-6214.pdf - SOrr-PPR-005998-006214

44. Plaintiff Produced Records, SOrr – PPR 6215-6242.pdf - SOrr-PPR-006215-006242

45. Plaintiff Produced Records, SOrr – PPR 6243-6259.pdf - SOrr-PPR-006243-006259

46. Plaintiff Produced Records, SOrr – PPR 6260-6288.pdf - SOrr-PPR-006260-006288

47. Plaintiff Produced Records, SOrr – PPR 6289-6311.pdf - SOrr-PPR-006289-006311

48. Plaintiff Produced Records, SOrr - PPR 751-1500.pdf - SOrr-PPR-000751-001500

49. Quest Diagnostics, Inc., SOrr - Quest Diagnostics.pdf – SOrr-QD-LA-000001-000012

50. Quest Diagnostics-Southwest (Patient Billing), SOrr - Quest Diagnostics Southwest (billing).pdf – SOrr-QDS-000001-000013

51. Scalco, Steven A., MD, SOrr - Scalco, Steven, M.D.pdf – SOrr-SAScalco-000001-000003

52. Singer Haley Vision Center, SOrr - Singer Haley Vision.pdf – SOrr-SHVC-000001-000099

53. St. Martin, Maurice E., Jr., M.D., SOrr - St. Martin, Maurice, M.D..pdf – SOrr-MEStMartinJr-000001-00346

54. Touro Infirmary (Pathology Department), SOrr - Tulane Infirmary (pathology).pdf – SOrr-TI-PD-000001-000006

55. Touro Infirmary (Patient Accounts), SOrr - Tulane Infirmary (billing).pdf – SOrr-TI-BD-000001-000009

56. Touro Infirmary (Radiology Department), SOrr - Tulane Infirmary (radiology).pdf – SOrr-TI-RD-000001-000016

57. Tulane Hospital (Medical Records Department), SOrr - Tulane Hospital (medical).pdf – SOrr-TulaneH-MD-000001-000589

58. Tulane Hospital (Patient Accounts) – Billing, SOrr - Tulane Hospital (billing).pdf – SOrr-TulaneH-BD-000001-000111

59. Tulane Hospital (Radiology Department), SOrr - Tulane Hospital (radiology).pdf – SOrr-TulaneH-RD-000001

60. Tulane University Hospital and Clinic (Pathology Department), SOrr - Tulane University Hospand Clinic (pathology inventory).pdf – SOrr-TUHC-PD-000001

61. Tulane University Hospital and Clinic (Radiology Department), SOrr - Tulane University Hospand Clinic (radiology inventory).pdf – SOrr-TUHC-RD-000001-000045

62. United Healthcare, SOrr - United Healthcare.pdf – SOrr-UH-000001-000358

<u>Depositions</u>

<u>Re:  Joseph Boudreaux</u>

1. Deposition Transcript of Alvin Michael Timothy, M.D.

2. Deposition Transcript of Angelique Torres, ANP, DNP-C

3. Deposition Transcript of Casie Duet Trosclair, N.P.

4. Deposition Transcript of Joseph Boudreaux, Jr.

5. Deposition Transcript of Kenneth Wong, M.D.

6.      Deposition Transcript of Virendra Joshi, M.D.

7.      Deposition Transcript of Loretta Boudreaux

8.      Deposition Transcript of Peter Fail, M.D.

9.      Deposition Transcript of Brent Futrell

10.     Deposition Transcript of Najy Masri, M.D.

11.     Deposition Transcript of Veronica Theriot, R.N.


Re: Sharyn Orr

1.      Deposition Transcript of Cuong Bui, M.D.

2.      Deposition Transcript of Francisco Cruz, M.D.

3.      Deposition Transcript of Terry Cummings, M.D.

4.      Deposition Transcript of Kim DeAgano

5.      Deposition Transcript of Toby Gropen, M.D.

6.      Deposition Transcript of Elizabeth Mahanna, M.D.

7.      Deposition Transcript of Brian Ogden, M.D.

8.      Deposition Transcript of Joseph Orr, III

9.      Deposition Transcript of Joseph Orr, Jr.

10.     Deposition Transcript of Kashmir Rai, M.D.

11.     Deposition Transcript of David Richardson

12.     Deposition Transcript of Maurice St. Martin, M.D.

13.     Deposition Transcript of Kelli Walker

### Expert Reports

1. Cuculich, Phillip S. MD Plaintiff expert report; Cuculich, Phillip - Expert Report.pdf

2. Expert Report of Frank Smart (Plaintiff Expert - Cardiology)

3. Expert Report of Joachim Ix (Plaintiff Expert - Nephrology)

4. Expert Report of Phillip Cuculich (Plaintiff Expert - Cardiology)

5. Ix, Joachim Plaintiff expert report; Ix, Joachim - Expert Report.pdf

6. Plaintiff Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine (Boudreaux)

7. Plaintiff Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine (Boudreaux)

8. Plaintiff Expert Report of Nathaniel Winstead, M.D. Gastroenterology, Internal Medicine (Boudreaux)

9. Plaintiff Expert Report of Peter G. Liechty, MD, FAANS, FACS Neurosurgeon (Orr)

10. Plaintiff Expert Report of Randolph Rice, PH.D. Economics (Orr)

11. Plaintiff's General Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine

12. Plaintiff's General Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine

13. Plaintiff's General Expert Report of Jan Rosing, Ph.D. Hematology

14. Plaintiff Expert Report of Gianluca Cerri, MD, FACEP, FAAEM Emergency Medicine(Orr)

15. Smart, Frank - Plaintiff expert report; Smart, Frank - Expert Report.pdf

<u>Literature</u>

1.  Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. The Lancet Haematology, 3(1), e12-e21.

2.  Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187.

3.  Aisenberg, J. (2016). The specific direct oral anticoagulant reversal agents: Their current status and future place in gastroenterology practice. Am. J. Gastroenterol. Suppl., 3, 36-44.

4.  Azaad, M., Zhang, Q.R. and Li, Y.P. (2015) Factor XII (Hageman Factor) Deficiency: A Very Rare Coagulation Disorder. Open Journal of Blood Diseases, 5, 39-42

5.  Baglin, T., Hillarp, A., Tripodi, A., Elalamy, I., Buller, H., & Ageno, W. (2013). Measuring oral direct inhibitors of thrombin and factor Xa: A recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. Journal of Thrombosis and Haemostasis, 11(4), 756-760.

6.  Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. British journal of haematology, 159(4), 427-429

7.  Bayer HealthCare AG, Janssen Pharmaceuticals, Inc. (2016).  XARELTO® rivaroxaban information. DVT and PE treatment and risk reduction. Retrieved from URL https://www.xareltohcp.com/safety-profile/dvt-pe.html.

8.  Brown JD, Shewale AR et al Adherence to Rivaroxaban, Dabigatran, and Apixaban for Stroke Prevention in Incident, Treatment-Naïve Nonvalvular Atrial Fibrillation.  J Manag Care Spec Pharm, 2016 Nov;22(11):1319-1329.

9.  Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.

10. Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247.

11.    Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients
       who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising.
       Heart Rhythm, 2(3), 248–249.

12.    Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for
       gastroenterologists. World J Gastroenterol, 15(37), 4627-4637.

13.    Clemens, et al. Anticoagulant-related gastrointestinal bleeding—could this facilitate early
       detection of benign or malignant gastrointestinal lesions? Annals Of Medicine Vol. 46 ,
       Iss. 8,2014.

14.    Dahlerup, J. F., Eivindson, M., Jacobsen, B. A., Jensen, N. M., Jørgensen, S. P., Laursen,
       S. B., ... & Nathan, T. (2015). Diagnosis and treatment of unexplained anemia with iron
       deficiency without overt bleeding. Danish medical journal, 62(4), C5072-C5072.

15.    Davie EW, Ratnoff OD. (1964). Waterfall sequence for intrinsic blood clotting. Science,
       145: 1310-2; MacFarlane RG. (1964). An enzyme cascade in the blood clotting
       mechanism, and its function as a biological amplifier. Nature, 202: 498-9.

16.    Dentali, F., Marchesi, C., Pierfranceschi, M. G., Crowther, M., Garcia, D., Hylek, E., ...
       & Ageno, W. (2011). Safety of prothrombin complex concentrates for rapid
       anticoagulation reversal of vitamin K antagonists. Thromb Haemost, 106(3), 429-438.

17.    Feeney, J.M., et al. (2016). Compared to warfarin, direct oral anticoagulants are
       associated with lower mortality in patients with blunt traumatic intracranial hemorrhage:
       A TQIP study. J Trauma Acute Care Surg, 81(5), 843-848.

18.    Found at:
       http://www.stopafib.org/newsitem.cfm/NEWSID/361/FDA%20panel%20votes%20for%
       20rivaroxaban/Xarelto%20for%20atrial%20fibrillation%20stroke%20prevention

19.    Giannitsis, E., Mair, J., Christersson, C., Siegbahn, A., Huber, K., Jaffe, A.S., Peacock,
       W.F., Plebani, M., Thygesen, K., Möckel, M. and Mueller, C. (2015). How to use D-
       dimer in acute cardiovascular care. European Heart Journal: Acute Cardiovascular Care,
       2048872615610870.

20.    Goldhaber, S. Z. (2012). Venous thromboembolism: epidemiology and magnitude of the
       problem. Best Practice & Research Clinical Haematology, 25(3), 235-242.

21.    Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare
       beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation.
       JAMA Intern Med, 176(11), 1662-1671 and Supplement.

22.    Harenberg, J., Marx, S., Krämer, R., Giese, C., & Weiss, C. (2011). Determination of an
       international sensitivity index of thromboplastin reagents using a WHO thromboplastin as

calibrator for plasma spiked with rivaroxaban. Blood Coagulation & Fibrinolysis, 22(8), 637-641.

23.    Harrison's Principles of Internal Medicinee textbook.

24.    Herrmann, W., & Obeid, R. (2008). Causes and early diagnosis of vitamin B12 deficiency. Dtsch Arztebl Int, 105(40), 680-5.

25.    Hickey, M., Gatien, M., Taljaard, M., Aujnarain, A., Giulivi, A., & Perry, J. J. (2013). Outcomes of urgent warfarin reversal using fresh frozen plasma versus prothrombin complex concentrate in the emergency department. Circulation, CIRCULATIONAHA-113, 1 - 16.  16.

26.    Hoffman M, Monroe D.  Tissue Factor in Brain Is Not Saturated With Factor VIIa Implications for Factor VIIa Dosing in Intracerebral Hemorrhage.   Stroke. 2009;40:2882-2884.

27.    Hoffman M, Monroe D. (2001). A Cell-Based Model of Hemostasis. Thromb. Haemost., 85:958-65

28.    Holleran, G. E., Barry, S. A., Thornton, O. J., Dobson, M. J., & McNamara, D. A. (2013). The use of small bowel capsule endoscopy in iron deficiency anaemia: Low impact on outcome in the medium term despite high diagnostic yield. European journal of gastroenterology & hepatology, 25(3), 327-332.

29.    Hospira. (2004). Vitamin K1 injection, EN-0538.  Retrieved from URL https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0ahUKE wig6vLrhJnQAhUI_4MKHdzBBRMQFggbMAA&url=https%3A%2F%2Fwww.hospira. com%2Fen%2Fimages%2FEN-0538_tcm81-5411.pdf&usg=AFQjCNG5Y-

30.    http://docs.boehringer-ingelheim.com/Prescribing%20Information/PIs/Pradaxa/Pradaxa.pdf.

31.    Huang, W., Anderson, F. A., Rushton-Smith, S. K., & Cohen, A. T. (2015). Impact of thromboprophylaxis across the US acute care setting. PloS one, 10(3), e0121429

32.    Kamal, A. H., Tefferi, A., & Pruthi, R. K. (2007, July). How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. In Mayo Clinic Proceedings (Vol. 82, No. 7, pp. 864-873). Elsevier.

33.    Kim, B. S. M., Li, B. T., Engel, A., Samra, J. S., Clarke, S., Norton, I. D., & Li, A. E. (2014). Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. World journal of gastrointestinal pathophysiology, 5(4), 467.

34.    Koulaouzidis, A., Yung, D. E., Lam, J. H., Smirnidis, A., Douglas, S., & Plevris, J. N. (2012). The use of small-bowel capsule endoscopy in iron-deficiency anemia alone; be

aware of the young anemic patient. Scandinavian journal of gastroenterology, 47(8-9), 1094-1100.

35.  Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303.

36.  Liao, Z., Gao, R., Xu, C., & Li, Z. S. (2010). Indications and detection, completion, and retention rates of small-bowel capsule endoscopy: A systematic review. Gastrointestinal endoscopy, 71(2), 280-286.

37.  Mueck W, Lensing AWA, Agnelli G, et al. Population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet. 2011;50(10):675-686.

38.  Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. Clinical pharmacokinetics, 47(3), 203-216.

39.  Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: Pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1

40.  Mueck, W., Stampfuss, J., Kubitza, D., & Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clinical pharmacokinetics, 53(1), 1-16.

41.  Patel, M.R., et al. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. The New England Journal of Medicine, 365(10), 883-891.

42.  Pradaxa Package Insert; See also, Thorne K1, Jayathissa S, et al. Adherence and outcomes of patients prescribed dabigatran (Pradaxa) in routine clinical practice. J. . Intern Med J. 2014 Mar;44(3):261-5; Journal of the American Medical Association (04/14/15) Vol. 313, No. 14, P. 1443 Shore, Supriya; Ho, P. Michael; Lambert-Kerzner, Anne; et al.

43.  Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: A pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thrombosis journal, 11(1), 1-10.

44.  Quinlan, D. J., Eikelboom, J. W., & Weitz, J. I. (2013). 4-factor prothrombin complex concentrate for urgent reversal of vitamin K antagonists in patients with major bleeding. Circulation, CIRCULATIONAHA-113.

45. Raskob, G. E., Silverstein, R., Bratzler, D. W., Heit, J. A., & White, R. H. (2010). Surveillance for deep vein thrombosis and pulmonary embolism: recommendations from a national workshop. American journal of preventive medicine, 38(4), S502-S509.

46. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

47. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2013). Laboratory assessment of rivaroxaban: a review. Thrombosis Journal 2013, 11:11.

48. Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., & Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. Thrombosis and haemostasis, 103(4), 815-825.

49. Skaistis, J., & Tagami, T. (2015). Risk of fatal bleeding in episodes of major bleeding with new oral anticoagulants and vitamin K antagonists: A systematic review and meta-analysis. PloS one, 10(9), e0137444.

50. Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14), 1587-1603.

51. Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... & Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation assays. Thrombosis and haemostasis, 113(1), 154-164.

52. Williams Hematology. 7th edition. 2006; 2009.

53. Zhu, A., Kaneshiro, M., & Kaunitz, J. D. (2010). Evaluation and treatment of iron deficiency anemia: A gastroenterological perspective. Digestive diseases and sciences, 55(3), 548-559.

# EXHIBIT "B"

USCA5 1540

# CURRICULUM VITAE
## March 2015

**Name:**

S. Scott Boniol, M.D.
Medical Director
Christus Schumpert Cancer Treatment Center
July 1, 2008 - present

**Address:**

███████████████
████████████████
██████████
████████████
███████████████████

**Personal Information:**

   **Birthplace:** ████████████████

   **Birth Date:** █████████

   **Marital Status:** █████████████████████
███████████████████
██████████████
████████████████

**Education:**

| | |
|---|---|
| **August 1988-**<br>**May 1992** | Alexandria Senior High<br>Alexandria, Louisiana |
| **August 1992-**<br>**December 1994** | Louisiana State University<br>Baton Rouge, Louisiana |
| **January 1995-**<br>**May 1997** | University of Louisiana at Lafayette<br>Lafayette, Louisiana<br>Bachelor of Science, Microbiology<br>Magna Cum Laude |
| **August 1997-**<br>**June 2001** | Louisiana State University Health Sciences Center<br>Shreveport, Louisiana<br>Medical Doctorate |

**Postdoctoral Training:**

| | |
|---|---|
| **July 2001-**<br>**June 2002** | Internship, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |

|  |  |
|---|---|
| **July 2002-**<br>**June 2004** | Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2004-**<br>**June 2005** | Chief Medical Resident, Internal Medicine<br>University of South Alabama<br>Mobile, Alabama |
| **July 2005-**<br>**June 2007** | Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |
| **July 2007-**<br>**June 2008** | Chief Fellow, Hematology and Oncology<br>Louisiana State University Health Sciences Center<br>Shreveport, Louisiana |

**Honorary Awards:**

|  |  |
|---|---|
| **May 2004** | Victor Benator Award<br>Most Outstanding Resident |
| **May 2005** | John B. Bass, Jr., MD Award<br>Excellence in Teaching by an Attending Physician |
| **March 2009** | American Cancer Society, Shreveport<br>Leadership Council Member |
| **October 2008**<br>**2009, 2010, 2011**<br>**2012, 2013, 2014** | Top Hematology and Oncology Physicians<br>As Voted By Peers, Shreveport-Bossier Area<br>**SB Magazine** |

**Professional Qualifications:**

|  |  |
|---|---|
| **August 2005** | Board Certified**,** American Board of Internal Medicine |
| **October 2008** | Board Certified, Oncology |
| **October 2008** | Board Certified, Hematology |
| **January 2003** | Alabama State Medical License, 24993<br>Controlled Substance Registration Certificate, 24993<br>Drug Enforcement Registration Certificate |
| **June 2005** | Louisiana State Medical License, 200437 |

**Institutional Service:**

| | |
|---|---|
| **July 2008-Present** | Medical Director, CHRISTUS Schumpert Cancer Treatment Center, Shreveport |
| **January 2009-December 2011** | CHRISTUS Foundation Board, Member |
| **January 2010-December 2012** | Chief of Staff, Elect CHRISTUS Health Shreveport/Bossier |
| **January 2012-Present** | CHRISTUS Health Shreveport/Bossier Physician Leadership Development Council, Member |
| **January 2013-December 2014** | Chief of Staff CHRISTUS Health Shreveport/Bossier |
| **January 2013-Present** | Chairman CHRISTUS CME Committee |
| **January 2013-July 2014** | Regional Physician Lead CPG, Northwest Louisiana |
| **January 2015-Present** | Medicine Sub-specialties Representative CHRISTUS Medical Executive Council |
| **January 2015-Present** | Regional Director of Cancer Services CHRISTUS Health |

**Certification:**

| | |
|---|---|
| **June 2001** | ACLS |
| **September 2002** | ATLS |

**Publications:**

Boniol S, et al. Wernicke Encephalopathy Complicating Lymphoma Therapy: Case Report and Literature Review.  **South Med J** 2007 Jul;100(7):717-9.

**Professional Society Memberships:**

Associate Member, American College of Physicians
Associate Member, American Society of Hematology
Member, American Society of Clinical Oncology
Medical Society of Mobile County

USCA5 1543

Case 2:14-md-02592-EEF-MBN Document 5401-7 SEALED Filed 01/30/17 Page 45 of 47

**Research:**

| | |
|---|---|
| **July 2006** | Primary Investigator, Retrospective chart review and survival analysis of patients with CNS metastasis from primary breast cancer treated at Feist-Weiller Cancer Center from August 1, 2000-December 31, 2005. |
| **July 2007** | Primary Investigator, Retrospective chart review of clinical outcomes of patients treated at the Feist-Weiller Cancer Center with locally advanced pancreatic cancer from 2000 – 2007. |
| **July 2008-December 2009** | CHRISTUS Schumpert Institutional Review Board Member |
| **February 2015-Present** | CHRISTUS Health Institutional Review Board Physician Representative |
| **November 2008-Present** | Primary Investigator at CHRISTUS Schumpert: SWOG S0221, CALGB 80405, PACCT-1, NSABP P2, Genentech Cleopatra, Genetech Lymphocare, Genetech RegistHER, MORE Registry, Amgen 102, BCIRG 006, NCIC MA.21, SWOG 8897, SWOG 9410, SWOG N9831, SWOG 9808, SWOG 1105, BMS-936558, REVEAL, CAMN-107A, SWOG 1207 |

**Invited Presentations:**

| | |
|---|---|
| **May 2004** | "The Hypercoagulable State" Cardiology Grand Rounds, University of South Alabama |
| **June 2004** | "The Hypercoagulable State" Neurology Grand Rounds, University of South Alabama |
| **February 2006** | "Chronic Myelogenous Leukemia: The History and Future" Oncology Grand Rounds, Louisiana State University |
| **May 2006** | "Chronic Myelogenous Leukemia: The History and Future" Medicine Grand Rounds, University of South Alabama |
| **December 2006** | "CNS Metastasis from Breast Cancer: The Feist-Weiller Experience" Oncology Grand Rounds, Louisiana State University |
| **February 2008** | "A Seven Year Retrospective Review of Clinical Outcomes of Locally Advanced Pancreatic Cancer at the Feist-Weiller |

Cancer Center 2000-2007"
Oncology Grand Rounds, Louisiana State University

**August 2008**          "Kaleidoscopes: The Colors of Cancer"
                         Shreveport Survivors Day

**November 2009**        "On Cancer: An Update"
                         Circle of Angels Banquet

**September 2010**       "Anemia: Symptom, Not a Diagnosis"
                         Barksdale AFB CME

**July 2014**            "New Paradigms in Anticoagulation"
                         Springhill Medical Center Physician CME

**March 2015**           "New Paradigms in Anticoagulation"
                         Barksdale AFB CME

**January 2013-**        Janssen Pharmaceuticals Speakers Bureau
**Present**

**January 2015-**        BMS Pharmaceutical Speaker Bureau
**Present**

USCA5 1545

Scott S. Boniol, M.D.
USDC, EDLA MDL 2592 "L"

<u>Expert Testimony</u>

In the last 4 years, I have provided expert testimony in the following cases:

1.   Roberts vs Humana, 22nd JDC Div. H, No. 2010–12239