UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

---

**EXHIBIT 2 TO**
**PLAINTIFFS' MOTION TO PRECLUDE EXPERT TESTIMONY FROM**
**SCOTT BONIOL, M.D. AND WILLIAM FRANKLIN PEACOCK, IV, MD, FACEP,**
**ABOUT THE BENEFITS OF EARLIER DETECTIONS FROM**
**ANTICOAGULANT-RELATED BLEEDING EVENTS**

---

# FILED UNDER SEAL

USCA5 1547

Expert Report of Dr. William Franklin Peacock, IV, MD, FACEP

Xarelto MDL No. 2592

USCA5 1548

## Summary of Education, Training, and Background

I am a board certified emergency medicine physician.  I am a fellow of the American College of Emergency Physicians and of the American College of Cardiology.   After graduating from Alma College in 1981 with a Bachelor's in Science, I obtained my medical degree from Wayne State University Medical School in 1985.  I completed a three year residency in emergency medicine at William Beaumont Hospital (1985-1988) in Detroit, Michigan.

I am currently a Professor of Emergency Medicine, Associate Chair, and Research Director for Emergency Medicine at Baylor College of Medicine.   I have authored or co-authored over 500 articles and 750 abstracts on emergency medicine topics such as cardiac biomarkers, acute coronary syndrome, acute heart failure, myocardial infarction, venous thromboembolism (VTE), atrial fibrillation (AF), elderly patients, and anticoagulation including risk for bleeding, heparin, warfarin/elevated INR, bridging therapy, and direct oral anticoagulants (DOACs) including rivaroxaban.  I have served as co-editor for several textbooks on heart failure in the emergency department, short stay management of heart failure, short stay management of atrial fibrillation, short stay management of chest pain, and cardiac emergencies.  I have authored or co-authored over twenty book chapters on emergency care, cardiac emergencies, thrombosis management, and other related topics.

I have served as principal investigator or co-principal investigator in numerous national and international clinical trials for heart failure, acute coronary syndrome, myocardial infarction, cardiac biomarkers, venous thromboembolic disease, and the advancement of the clinical trial process.  Additionally, I have served on the editorial review board for Congestive Heart Failure, Clinical and Experimental Emergency Medicine, and Topics in Emergency Medicine.  I have also served as an invited reviewer for approximately twenty journals including Journal of the American College of Cardiology, American Heart Journal, Congestive Heart Failure, Cleveland Clinic Journal of Medicine, JAMA, and Academic Emergency Medicine.

I have held elected and appointed positions in professional societies including Chief Medical Officer for the Society of Chest Pain Centers and Providers (2012-2013), Vice President and President of the Society of Chest Pain Centers and Providers (2011-2012), and Chairman, Atrial Fibrillation Committee for Society of Chest Pain Centers (2008).  I have been an FDA Advisory Committee Member, and currently serve as Consultant for the American Association for Clinical Chemistry.   My curriculum vitae is attached.

As an ER physician, I am frequently responsible for the initial diagnosis and treatment of both acute deep vein thrombosis (DVT) and pulmonary embolism (PE) (collectively known as

USCA5 1549

Case 2:14-md-02592-EEF-MBN Document 5401-8 SEALED Filed 02/10/17 Page 4 of 161

VTE).  I am frequently responsible for the initial diagnosis and treatment atrial fibrillation, and of strokes, as well as the assessment of a patient's stroke risk in emergency situations.  I routinely treat patients who present to the hospital emergency room on anticoagulation therapy that may have active bleeding and/or other conditions or trauma requiring invasive treatment.  As such, I am very knowledgeable about the management of anticoagulant-associated bleeding and the management of anticoagulation therapy for patients needing invasive procedures.  I have been the site PI for both the Xa and direct thrombin inhibitor major reversal trials.  As a result of my education, training, research, and experience, I am considered an expert regarding anticoagulants, their FDA-approved indications, their risks and benefits, and the management of patients in emergency situations who are taking anticoagulants.

I have been retained as an expert in the Xarelto MDL litigation by the Janssen Defendants in this litigation at a rate of $550/hour.  A list of all cases in which I have testified as an expert at trial or by deposition during the previous 4 years is attached.

USCA5 1550

Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 5 of 161

## Introduction

Stroke associated with nonvalvular atrial fibrillation (NVAF) occurs in a yearly average of 5% of untreated NVAF patients. There are an estimated 700,000 of cases of stroke per year. [Peacock 2016].  Venous thromboembolism (VTE), including both deep-vein thrombosis (DVT) and pulmonary embolism (PE), occurs at a rate of 117 people per 100,000 person years annually, with increased incidence in select patient populations. (Peacock, 2016). Anticoagulants are routinely recommended for these patient populations.   This report will discuss the use of anticoagulants, including rivaroxaban, for the treatment of NVAF-related stroke and VTE.

## Non-Valvular Atrial Fibrillation & Venous Thromboembolism Overview

This section will discuss the basic issues related to the following indications for the use of anticoagulants (1) NVAF-related stroke; and (2) VTE; and provide an understanding of the significance of these medical events.

### 1.   Atrial fibrillation (AF) and Non-Valvular Atrial fibrillation (NVAF)

Atrial fibrillation (AF) is an irregular heartbeat (arrhythmia), often described as a quivering, that causes the atria (upper chambers of the heart) to no longer effectively transfer blood to the ventricles (lower chambers of the heart).  AF is the most common sustained arrhythmia currently affecting approximately >2 million Americans.  The incidence of AF in the American population is expected to increase by 250% over the next 40 years.  (Lamassa et al., 2001; Steinberg et al. [Peacock], 2013; Lopes et al., 2013).  AF can be valvular, when patients have mitral stenosis, artificial heart valves or valve repair; or non-valvular (NVAF), when patients do not have any of the above listed valve conditions but may have other valvular heart disease.

#### AF-related stroke

AF is a major risk factor for stroke.  During AF, blood pools in the atria and clots can form.  These clots can travel to the brain, resulting in a stroke. AF is associated with a 3- to 5-fold increased risk of ischemic embolic stroke, accounting for approximately 20% of all strokes (Andrade et al., 2014).

Researchers have consistently found that death and disability rates are worse in strokes associated with AF (Dulli et al., 2003; Lin, et al., 1996; Lopes, et al., 2013).  According to the Agency for Healthcare Research and Quality (AHRQ),

USCA5 1551

Patients with AF have a five-fold increased risk of stroke, and it is estimated that up to 25 percent of all strokes in the elderly are a consequence of AF. Furthermore, AF-related strokes are more severe, with patients twice as likely to be bedridden as patients with stroke from other etiologies, and are also more likely to result in death. Consistent with the nature of these events, AF-related stroke constitutes a significant economic burden, costing Medicare approximately $8 billion annually. (Lopes et al., 2013, p. ES-1)

The increased severity of strokes due to clots from AF are thought to be related to the size and location of the stroke. Jorgensen et al. (1996) compared stroke severity and recovery in a group of 1,185 stroke patients, 217 with AF and 968 without AF. Patients with AF had a 70% increase in mortality rates, increased stroke severity, more pronounced neurological deficit, and were 40% less likely to be discharged to their own home. The authors also investigated the influence of AF on the worse effects seen in AF stroke patients. "These detrimental effects were explained exclusively by one factor: Patients with AF had more-severe initial strokes. AF per se did not affect the process of recovery from stroke." (Jorgenson 1996, Discussion, no pagination). Other researchers had similar findings when AF stroke patients were compared to non-AF ischemic strokes. (Lin et al, 1996; Petty et al, 2000; Lamassa et al, 2001; Dulli et al, 2003; Steger et al, 2004).

### AF and assessment of stroke risk

Stroke risk is affected by patient characteristics and comorbidities. Scoring systems have been developed to assist clinicians in evaluating the stroke risk for patients with AF and making treatment decisions. Two such scoring systems are the $CHADS_2$ and the $CHA_2DS_2$-VASc scoring systems. The $CHADS_2$ score is generated based on the following factors:

**C**ongestive heart failure
**H**ypertension
**A**ge ≥75 years
**D**iabetes
**S**troke history (double weight).

A point is calculated for each risk factor present with 2 points given for a prior stroke/transient ischemic attack (TIA)/thromboembolism (TE). The higher the score, the greater the patient's risk of ischemic stroke. (Olesen et al., 2012) The $CHA_2DS_2$-VASc was later developed following concerns that low risk patients were not being identified using $CHADS_2$. (Andrade et al., 2014). The $CHA_2DS_2$-VASc scoring system adds the following common stroke risk factors such to the existing $CHADS_2$ formula:

5

USCA5 1552

**V**ascular disease
**A**ge 65-74
**S**ex (female)

As with the $CHADS_2$ score, one point is given for each risk factor identified in the AF patient with 2 points given for a prior stroke/TIA/TE and age ≥75 years. This score is then converted into an annual stroke risk. [January et al., 2014]

| TABLE 6 | Comparison of the $CHADS_2$ and $CHA_2DS_2$-VASc Risk Stratification Scores for Subjects With Nonvalvular AF | | |
|---|---|---|---|
| **Definition and Scores for $CHADS_2$ and $CHA_2DS_2$-VASc** | | **Stroke Risk Stratification With the $CHADS_2$ and $CHA_2DS_2$-VASc Scores** | |
| | **Score** | | **Adjusted Stroke Rate (% per y)** |
| $CHADS_2$ | | $CHADS_2$* | |
| Congestive HF | 1 | 0 | 1.9 |
| Hypertension | 1 | 1 | 2.8 |
| Age ≥75 y | 1 | 2 | 4.0 |
| Diabetes mellitus | 1 | 3 | 5.9 |
| Stroke/TIA/TE | 2 | 4 | 8.5 |
| Maximum score | 6 | 5 | 12.5 |
| | | 6 | 18.2 |
| $CHA_2DS_2$-VASc | | $CHA_2DS_2$-VASc† | |
| Congestive HF | 1 | 0 | 0 |
| Hypertension | 1 | 1 | 1.3 |
| Age ≥75 y | 2 | 2 | 2.2 |
| Diabetes mellitus | 1 | 3 | 3.2 |
| Stroke/TIA/TE | 2 | 4 | 4.0 |
| Vascular disease (prior MI, PAD, or aortic plaque) | 1 | 5 | 6.7 |
| Age 65-74 y | 1 | 6 | 9.8 |
| Sex category (i.e., female sex) | 1 | 7 | 9.6 |
| Maximum score | 9 | 8 | 6.7 |
| | | 9 | 15.20 |

*These adjusted stroke rates are based on data for hospitalized patients with AF and were published in 2001 (89). Because stroke rates are decreasing, actual stroke rates in contemporary nonhospitalized cohorts might vary from these estimates.
†Adjusted stroke rate scores are based on data from Lip and colleagues (16,30,68,90,91). Actual rates of stroke in contemporary cohorts might vary from these estimates.

AF indicates atrial fibrillation; $CHADS_2$, Congestive heart failure, Hypertension, Age ≥75 years, Diabetes mellitus, Prior Stroke or TIA or Thromboembolism (doubled); $CHA_2DS_2$-VASc, Congestive heart failure, Hypertension, Age ≥75 years (doubled), Diabetes mellitus, Prior Stroke or TIA or thromboembolism (doubled), Vascular disease, Age 65-74 years, Sex category; HF, heart failure; MI, myocardial infarction; PAD, peripheral artery disease; TE, thromboembolism; and TIA, transient ischemic attack (90,91).

Figure 1 [January et al., 2014]

The patient's annual stroke risk assists the clinician with treatment decisions such as whether anticoagulant therapy is recommended.

6

USCA5 1553

## 2. Venous Thromboembolism (VTE)

A venous thromboembolism (VTE) event begins with the formation of a blood clot and can be categorized as either (a) deep vein thrombosis (DVT); or (b) pulmonary embolism (PE). During 2007 - 2009, 547,596 adult hospitalizations were attributed to a diagnosis of VTE in the United States each year. (The ISTH Steering Committee for World Thrombosis Day, 2014). Research data conservatively estimates that between 100,000 and 180,000 deaths due to VTE occur annually in the United States (Goldhaber, 2012). Based on the increasing number of VTE events, Deitelzweig et al. (2011) projected the US prevalence of VTE will be 1.82 million in 2050. Recurrence of VTE is also a concern.  Pengo, et al., (2004) reported an overall VTE recurrence rate of 14.3%; increasing over time with 29.1% of the recurrent events occurring within 10 years of the initial event.   The authors also found that 62.5% of the recurrences of thromboembolism occurred after the cessation of oral anticoagulant treatment.  Ribeiro et al. (2012) reported that overall recurrence rate after stopping anticoagulant treatment is 25% within 5 years.  Examples of risk factors for VTE include increased age, ethnicity, major surgical procedure, orthopedic surgery, hospitalization, immobility, prior VTE, genetic disorders, cancer (including related chemotherapy treatment), trauma, cardiac failure, and oral contraceptives. This will be discussed more fully below.

### A. Deep Vein Thrombosis (DVT)

DVT is a blood clot that can occur in either the upper or lower extremities, with 98% of DVTs being found in the lower extremities and pelvis.  Lower extremity DVTs are classified as proximal (toward the head) or distal (toward the feet) in relation to the popliteal vein.  Proximal DVTs are associated with a higher risk of blood clot embolization (i.e. portions will break off and travel) and are thus more commonly associated with PE. DVT is the most common cause of re-hospitalization following major surgery.  (Ceresetto, 2016; Vaitkus et al., 2005)

Long-term impacts of DVT can be severe, including the development and consequences of PE.  Additionally, up to 70% of patients with DVT will develop post-thrombotic syndrome (PTS), a painful chronic condition ranging from mild to severe clinical symptoms including leg pain, edema, venous ectasia (dilation of small blood vessels), skin induration and ulceration (Kahn et al., 2002; Kachroo et al., 2012).   PTS results from high pressures in veins as a consequence of impaired venous return, reduced blood perfusion of calf muscles, abnormal function of microvasculature, and increased valvular reflux, or backward flow, of blood. As stated in the ISTH Steering Committee for World Thrombosis Day literature, "Despite treatment, approximately 10–20% of patients with DVT develop severe post-thrombotic syndrome, a chronic disorder that decreases quality of life and reduces the capacity to walk and to work. In the most severe cases, patients with post-thrombotic syndrome can develop venous ulcers…" (The ISTH Steering Committee for World Thrombosis Day, 2014, p. 1586).  Quality of

USCA5 1554

life is severely affected by PTS because patients experience limitations in daily activity, interference with work and social activities, psychological distress and change in health perception. (Kahn et al., 2002; Kachroo et al., 2012).

**B. Pulmonary embolism (PE)**

Pulmonary embolism is a blood clot in an artery in the lungs. It generally results from a DVT that travels to the lungs from the lower extremities. Pulmonary embolism is a leading cause of death worldwide and is considered a clinical emergency due to associated morbidity and mortality rates. Massive PEs lead to low blood pressure (hypotension), and may cause cardiac arrest and even sudden death. Ceresetto (2016) reported 90-day mortality rates from massive PEs to be 52-58% Sub-massive PEs are not associated with hypotension, but damage to the right ventricle of the heart can result from sub-massive PEs and 90-day mortality rates are approximately 30% (Ceresetto, 2016). In the U.S., PE has a 15% case fatality rate and exceeds the mortality rate for acute myocardial infarction (MI) (Rybicki et al., 2015). "In about 300,000 persons, PE proves fatal, making it the third most common cause of hospital-related death in the United States." [National Quality Forum, 2006, Executive Summary, p. V]. Church & Tichauer (2012) estimated that 10% of all hospital deaths were PE-related and that due to the challenges of diagnosing PE, this number may be even higher.

In addition to risk of fatality, significant life-altering complications may result from acute PE events. Scarring from an episode of acute PE can result in chronic thromboembolic pulmonary hypertension (CTPH) in up to 9.1% of patients (Goldhaber, 2012; Matthews & Hemnes, 2016). CTPH is a condition resulting in stenosis or obstructions of the pulmonary arteries due to organized thrombi. Stenosis leads to elevations in pulmonary artery resistance, pulmonary hypertension and right heart failure. Cohen et al. (2007) documented 4,135 cases of pulmonary hypertension from 761,697 non-fatal PEs in 2004. Symptoms of CTPH often do not manifest until several years after the initial episode of pulmonary embolism (Matthews & Hemnes, 2016). The symptoms are physically and psychologically disabling, and include dyspnea, fatigue, chest pain, reduced exercise capacity, weight loss, edema, weakness, palpitations and syncope (Mathai et al., 2016).

## Anticoagulant Therapy

The purpose of an anticoagulant is to prevent blood from clotting or to prevent clots that have already formed from getting larger. All anticoagulants are associated with the risk of bleeding, including potentially fatal bleeding. These bleeds can range from bleeds considered nuisance bleeds (e.g., nose bleeds), to minor bleeds such as those that may be found in the

8

gastrointestinal tract, to major bleeds [those bleeds requiring multiple blood transfusions, or into critical organs (e.g., the brain)].  It is important to clarify that anticoagulants in and of themselves do not cause bleeding; rather, they cause a patient to be slower to clot and thus can, and often do, unmask an underlying pathology or source of bleeding.  This unmasking can be beneficial if it leads to earlier intervention and treatment of underlying pathologies, for example cancer, than would be possible had the source of bleeding not been unmasked or identified. (Clemens, et al., 2014). A patient's specific risk of bleeding depends on individual factors including increased age, medications, comorbidities including cancer, hematological disease, renal or hepatic disease, high blood pressure or anemia, and recent bleeding, surgery or trauma.

Anticoagulants have been used since the late 1930's beginning with the development of unfractionated heparin (UFH). It was not until the mid-1950s that a second option became available, the vitamin K antagonists (VKAs), specifically warfarin.[1]  It would be approximately another 40 years before there was any further advancement, with the discovery of low-molecular weight heparins (LMWHs).[2]  Direct oral anticoagulants (DOACs) are the latest development in anticoagulation therapy and were first available on the market in 2010 with the release of dabigatran, followed by rivaroxaban (2011), apixaban (2012), and edoxaban (2015).[3]

Anticoagulants work in the liver (VKAs) or at different locations of the coagulation cascade (DOACs). The coagulation cascade is a series of proteins that, when activated, result in the formation of a blood clot.  Figure 2 below depicts the location of action of warfarin, and the DOACs (both those that inhibit thrombin, dabigatran, and the Xa inhibitors; rivaroxaban, apixaban and edoxaban) (Peacock 2014).

---

[1] Warfarin = generic name; Coumadin = trade name.  Of note, the first application for warfarin was as a rat poison and not a medical therapy.

[2] Examples of LMWHs include enoxaparin/Lovenox and dalteparin/Fragmin.

[3] DOACs were initially referred to as novel oral anticoagulants (NOACs). Dabigatran = generic name/Pradaxa = trade name. Rivaroxaban = generic name/Xarelto = trade name. Apixaban = generic name/Eliquis = trade name. Edoxaban = generic name/Savaysa = trade name.

USCA5 1556

Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 11 of 161



Figure 2 Peacock 2014- Managing Bleeding and Emergency Reversal of Newer Oral Anticoagulants: A Review for Primary Care Providers

## Unfractionated Heparin (UFH)

Heparins work at several levels of the coagulation cascade and ultimately inhibit thrombin activation. Unfractionated heparin (UFH) was the first heparin available.  Indications for UFH include the treatment and prevention of VTE, the prevention of thromboembolic complication (stroke) in atrial fibrillation, and the prevention of clotting in arterial and cardiac surgery.  UFH can be administered either by subcutaneous injection for preventative use with efficacy reached in approximately one (1) hour, or with intravenous infusion for therapeutic use with efficacy reached almost instantaneously.  Both routes of administration have risks including injection hematomas with subcutaneous injections and the requirement of venous access for intravenous administration.  UFH is also associated with the risk of heparin-induced thrombocytopenia (HIT).[4]  Because there is patient variability in response to heparin, it must be monitored every 6 hours and the dose adjusted accordingly.  This requires hospitalization.  Like all anticoagulants, UFH is associated with the risk of bleeding, including potentially fatal

---

[4] HIT is an immune system response to heparin associated with a low platelet count.  HIT may involve a non-significant drop in platelet count or a significant drop in platelet count with a paradoxical risk for severe clotting problems.

USCA5 1557

bleeding.  Protamine sulfate can be used to reverse the effects of UFH.  Protamine sulfate is not without its own risks including possible severe low blood pressure, noncardiogenic pulmonary edema, pulmonary vasoconstriction, pulmonary hypertension, and allergic reactions.

### Vitamin K antagonists (VKAs)

While heparins work at specific levels along the coagulation cascade, VKAs work in the liver by preventing the liver's production of vitamin K-dependent clotting factors.  VKAs anticoagulant effects are from reduced levels and activity of clotting factors II, VII, IX, and X and anticoagulant proteins C and S.  At initiation of therapy, VKAs have a *pro*coagulant effect (i.e., they increase coagulation and the risk of clots) with a delayed *anti*coagulant effect.  VKAs are administered orally but because VKAs have this procoagulant effect and take many days to become therapeutic, initiation of warfarin therapy includes the co-administration of the faster-acting heparins via either injection or intravenous infusion, also known as bridging therapy.  Until the development of the DOACs, VKAs were the most widely used anticoagulants.

Warfarin is indicated for the prevention and treatment of VTE, prevention of thromboembolic complication (stroke) in atrial fibrillation and/or cardiac valve replacement, and the reduction in the risk of death, recurrent MI or thromboembolic complication after MI.  Warfarin use is complicated due to its unpredictable pharmacologic profile, which includes delayed onset of action, narrow therapeutic range with variable levels of anticoagulation increasing the risk for both clotting and bleeding, unpredictable dose responses, and numerous food and drug interactions.  Due to the above, routine monitoring is required to ensure that the patient remains in therapeutic range (TR), which has been set as an INR[5] between 2.0 – 3.0 for both atrial fibrillation and VTE.  Those patients who do not remain within the therapeutic window are at an increased risk of both stroke and bleeding, if their level is low or high, respectively.  Maintaining a patient's time in therapeutic range (TTR) is an additional challenge for both patients and doctors.   Patients do not stay within the therapeutic range 100% of the time.  In fact, many studies have shown the time a patient is within warfarin's therapeutic window to be as low as 28.6% (Sarawate, et al., 2006), 42% (Nichol, et al., 2008), and 43.7% (Connolly, et al., 1991) with multiple TTRs falling between 50-60% (53.7%, 58%, 51%, 66.5%) [Dlott et al, 2014; Rose et al, 2011; McCormick et al, 2001; Rose et al., 2008; respectively].

Warfarin, along with all other anticoagulants has the risk of bleeding, including potentially fatal bleeding.  The most significant bleeds are intracranial hemorrhages (ICH).  Warfarin increases the risk of ICH 2 to 5 fold.  Additionally, warfarin nearly doubles the mortality associated with ICH and 50% of patients with warfarin-associated ICH die within 30 days.

---

[5] International Normalized Ratio (INR) is the standardization of the prothrombin time (PT) and is used to monitor therapeutic effects of warfarin.

USCA5 1558

Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/07/17   Page 13 of 161

(Aguilar et al., 2007; Flibotte, et al., 2004)  While there are reversal agents that can be used in the event of bleeding while on warfarin, it should be noted that there is little evidence that these reversal agents reduce patient mortality.  Additionally, these reversal agents are not risk free, including the risks of pathogen transmission (e.g., hepatitis, HIV, etc.), transfusion–associated circulatory overload (TACO)[6], transfusion-related acute lung injury (TRALI)[7], or thrombotic events such as stroke, VTE or MI.  Additional risk factors related to warfarin include tissue necrosis that can require debridement or amputation, and systemic atheroemboli and cholesterol microemboli.  Also, as warfarin must be initiated with heparin bridging, there are the risks associated with heparin that were discussed above.

Another challenge with both intravenous heparin and bridging warfarin with intravenous heparin is that both scenarios require the patient to be hospitalized.  It is well known that hospitalization is a risk factor for acquiring various illnesses (referred to as hospital acquired illnesses).  Hospital acquired illnesses include infections such as surgical site infections, ventilator-associated pneumonia, hospital-onset methicillin-resistant Staphylococcus aureus (MRSA) and hospital-onset Clostridium difficile (C. difficile).  In U.S. acute care hospitals in 2011, there were approximately 722,000 hospital acquired infections and approximately 75,000 of these patients died while hospitalized (Magill, et al., 2014).  Thus, any anticoagulant therapy that avoids inpatient hospitalization benefits a patient by avoiding this increased risk of hospital acquired illnesses.

### Low-molecular weight heparin (LMWHs)

LMWHs indications include prevention of DVT in surgical or medical patients, treatment of acute VTE, prevention of ischemia of unstable angina and non-Q-wave MI, and treatment of acute ST-segment elevation MI.  LMWHs are predominantly administered via subcutaneous injections, although they may also be administered intravenously.  Due to LMWHs predictable dose-response curve compared to UFH, they do not require the rigorous monitoring that UFH requires and are administered at fixed-doses.  LMWHs set the precedent that not all anticoagulants require extensive monitoring.  Again, as with all anticoagulants, LMWHs are associated with the risk of bleeding, including potentially fatal bleeding.  Protamine sulfate may be used to reverse the effects of LMWHs; however, at most, only 60% of the anticoagulant effect is reversed.  Protamine sulfate has the risks discussed above in the UFH section.

---

[6] TACO is transfusion associated cardiac overload and is a transfusion reaction related to a fast and large volume transfusion with resultant non-cardiac lung edema.  Symptoms include difficulty breathing, swelling in the extremities and hypertension.

[7] TRALI is a transfusion reaction related to acute lung injury and results in respiratory distress.

USCA5 1559

## Direct Oral Anticoagulants (DOACs)

DOACs were developed to overcome the known challenges associated with warfarin use. The advantages of DOACs over warfarin include a faster onset of action, predictable pharmacology, minimal drug-drug interactions, no dietary restrictions, routine lab monitoring of coagulation studies (PT/INR) is not necessary (i.e., no monitoring requirements), and fixed dose regimens. DOACs work on the coagulation cascade as either a thrombin inhibitor or a factor Xa inhibitor. Indications for DOACs include reduction of risk of stroke and systemic embolic events in patients with NVAF, and the prevention, treatment and reduction of recurrence risk for VTE. DOACs are administered orally. Even without reversal agents in the event of a bleed, the FDA approved DOACs, including rivaroxaban, as safe and effective.

## Rivaroxaban

### Overview

Rivaroxaban is an oral factor Xa inhibitor with a high bioavailability (greater than 80%). It has a rapid onset of action with its time to maximum plasma concentration (Cmax) being 2-4 hours. Rivaroxaban's half-life is 5-9 hours in patients 20-45 years and 11-13 hours in the elderly. (Xarelto Package Insert; Peacock, 2016) Rivaroxaban's advantages over warfarin include minimal drug-drug interactions, no requirement for routine lab monitoring, a fixed dose regimen, and while the 20mg dose should be taken with the evening meal, there are no dietary restrictions. As with all the Xa inhibitors, rivaroxaban does not have an FDA approved reversal agent. The lack of reversal agent, however, must be evaluated along with the vast amount of data demonstrating that rivaroxaban is associated with lower risks of death after major bleeding than warfarin, despite the fact that warfarin has a reversal agents. Given this, rivaroxaban without a reversal agent is safer than warfarin with a reversal agent.

### Clinical trial data

The FDA approved rivaroxaban for the following indications:

1. the prophylaxis of DVT after knee or hip replacement surgery (July 1, 2011),
2. the reduction of stroke risk in nonvalvular atrial fibrillation (November 4, 2011), and
3. the treatment of PE & DVT; reduction of the risk of DVT and PE (November 2, 2012).

The rivaroxaban clinical trial programs to establish safety and efficacy for these indications studied over 32,000 patients and included: 1- the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**eep Venous Thrombosis and Pulmonary Embolism (RECORD) trials, 2- the **R**ivaroxaban **O**nce Daily Oral Direct Factor Xa Inhibition **C**ompared with Vitamin **K** Antagonism for Prevention of Stroke and Embolism **T**rial in **A**trial **F**ibrillation (ROCKET-AF) trial,

13

USCA5 1560

and 3- the EINSTEIN clinical trials.

RECORD included three (3) phase 3 randomized, multinational, double-blind clinical trials (Eriksson et al., 2008; Kakkar et al., 2008; Lassen et al., 2008) that investigated rivaroxaban compared to enoxaparin in the prevention of DVT that could result in PE (VTE[8]) in over 9000 patients who underwent knee or hip replacement surgery. The patients were randomized to receive either 10mg oral rivaroxaban or subcutaneous enoxaparin. Rivaroxaban treatment was significantly more effective in decreasing total and major VTE. Rivaroxaban's superior efficacy was not related to any significant increase in bleeding events.

EINSTEIN was composed of three (3) phase 3 open-label, randomized, event-driven, non-inferiority clinical trials that compared oral rivaroxaban, with standard therapy (initial subcutaneous enoxaparin and subsequent VKA) for the treatment and reduction of recurrence of VTE[9] [EINSTEIN-DVT (Einstein Investigators, 2010), EINSTEIN-PE (dosing for both= 15mg 2x/day for first 21 days followed by 20mg 1x/day) (Einstein–PE Investigators, 2012) and EINSTEIN-Extension (dosing= continuation of 20mg 1x/day) (Einstein Investigators, 2010)]. EINSTEIN-DVT and EINSTEIN-PE demonstrated that rivaroxaban was at least as effective as standard therapy. EINSTEIN-Extension demonstrated that rivaroxaban delivered longer-term risk reduction for DVT and PE. Additionally, a pooled analysis of EINSTEIN-DVT and EINSTEIN-PE data was performed to investigate the efficacy and safety of both trials. The pooled data not only demonstrated the efficacy across both trials but also that rivaroxaban significantly reduced the risk of major bleeding by 46% compared to standard therapy (HR= 0.54; 95% ci: 0.37-0.79; $P$=0.002). (Prins et al., 2013)

ROCKET-AF was a randomized double-blind clinical trial that studied the safety and efficacy of rivaroxaban (20 mg once daily [15 mg daily if Cr Clearance was 30-49 ml/min]) in over 14,000 patients with NVAF at increased risk for stroke compared to treatment with warfarin (Patel et al., 2011). [10] The per-protocol, as-treated primary trial studied rivaroxaban to

---

[8] RECORD primary efficacy and safety endpoints = Total VTE = proximal and/or distal DVT, nonfatal PE, and death from any cause. Major VTE = proximal DVT, nonfatal PE, and VTE-related death. Major bleeding = bleeding that was fatal, a critical organ bleed, a bleeding necessitating reoperation, or a bleed with a ≥2 g/dL decrease in hemoglobin or that involved ≥2 units transfusion of blood or packed cells.

[9] EINSTEIN efficacy outcome = symptomatic recurrent VTE. EINSTEIN safety outcome = clinically relevant bleeding (major and nonmajor clinically relevant bleeding). Major bleeding = bleeding that was fatal, was in a critical site (including intracranial or retroperitoneal), was clinically overt, with a decrease of ≥2.0 g/dl in hemoglobin or if bleeding led to ≥2 units transfusion of red cells.

[10] ROCKET-AF primary efficacy end point = stroke (ischemic or hemorrhagic) and systemic embolism (SE). Secondary efficacy end points = stroke, SE, or death from cardiovascular causes;

USCA5 1561

determine if it was non-inferior to warfarin. The patient population was composed of high-risk patients with a mean CHADS score of 3.5, putting them at a one (1) year stroke risk between 4 – 5.9%. For the primary endpoint of prevention of stroke or systemic embolism, rivaroxaban was non-inferior to warfarin. The safety evaluation in the ROCKET trial found decreased intracranial and fatal bleeding with rivaroxaban compared to warfarin, which is important as it relates to patient morbidity and mortality.

| Table 3. Rates of Bleeding Events.* | | | | | | |
|---|---|---|---|---|---|---|
| **Variable** | **Rivaroxaban (N=7111)** | | **Warfarin (N=7125)** | | **Hazard Ratio (95% CI)†** | **P Value‡** |
| | Events no. (%) | Event Rate no./100 patient-yr | Events no. (%) | Event Rate no./100 patient-yr | | |
| Principal safety end point: major and nonmajor clinically relevant bleeding§ | 1475 (20.7) | 14.9 | 1449 (20.3) | 14.5 | 1.03 (0.96–1.11) | 0.44 |
| Major bleeding | | | | | | |
| Any | 395 (5.6) | 3.6 | 386 (5.4) | 3.4 | 1.04 (0.90–1.20) | 0.58 |
| Decrease in hemoglobin ≥2 g/dl | 305 (4.3) | 2.8 | 254 (3.6) | 2.3 | 1.22 (1.03–1.44) | 0.02 |
| Transfusion | 183 (2.6) | 1.6 | 149 (2.1) | 1.3 | 1.25 (1.01–1.55) | 0.04 |
| Critical bleeding¶ | 91 (1.3) | 0.8 | 133 (1.9) | 1.2 | 0.69 (0.53–0.91) | 0.007 |
| Fatal bleeding | 27 (0.4) | 0.2 | 55 (0.8) | 0.5 | 0.50 (0.31–0.79) | 0.003 |
| Intracranial hemorrhage | 55 (0.8) | 0.5 | 84 (1.2) | 0.7 | 0.67 (0.47–0.93) | 0.02 |
| Nonmajor clinically relevant bleeding | 1185 (16.7) | 11.8 | 1151 (16.2) | 11.4 | 1.04 (0.96–1.13) | 0.35 |

Figure 3 Patel et al, 2011

## Observational studies (real world data) / meta-analyses

Post-marketing surveillance, retrospective database analyses and meta-analysis studies have been conducted for rivaroxaban (Abraham, et al., 2015; Ageno, et al., 2016; Camm, et al., 2016; Chan, et al., 2016; Chang, et al., 2015; Coleman, et al., 2016; Deitelzweig, et al., 2016; Fontaine, et al., 2014; Gorst-Rasmussen, et al., 2016; Graham, et al., 2016; Halvorsen, et al., 2016; Laliberté, et al., 2014; Larsen, et al., 2016; Lip, et al., 2012; Lip, et al., 2016a; Lip, et al., 2016b; Maura, et al., 2015; Miller, et al., 2012; Nguyen et al., 2016; Noseworthy, et al., 2016; Peacock, et al., 2015; Peacock, et al., 2016; Peacock, et al., accepted for publication; Ruff, et al., 2014; Schneeweiss, et al., 2012; Staerk, et al., 2016; Tamayo, et al., 2015; Tamayo, et al., 2016; Weeda, et al., 2016a; Yao, et al., 2016). PMS studies are useful to evaluate the performance of an individual drug, however, suffer severe weaknesses when attempting cross medication comparisons.

Research attempts to verify that the safety of a drug seen in clinical trial settings bears out in "real world" settings. Researchers additionally evaluate how well recommendations

---

a composite of stroke, SE, death from cardiovascular causes, or MI; and individual components of the composite end points. Principal safety end point = major and nonmajor clinically relevant bleeding events.

USCA5 1562

Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/07/17   Page 17 of 161

from clinical trials are being realized in actual patient/physician communities.  Key post-marketing surveillance studies of this nature have been conducted for rivaroxaban and have confirmed the safety demonstrated in clinical trial data as well as the appropriate real-world use of rivaroxaban.  The findings of these real world studies support the safety and efficacy findings of the earlier clinical trial data.

Tamayo et al. (2015) studied electronic medical records of nearly 10 million patients in the Department of Defense (DoD) healthcare system during the period January 1, 2013, to March 31, 2014.  Rates of major bleeds (MB) were evaluated in this group of real-world patients and then compared to the ROCKET-AF trial cohort.  From the DoD database, results showed a MB rate of 2.86 per 100 person-years (478 of 27,467 NVAF patients taking rivaroxaban) and a fatal bleed rate of 0.08 per 100 person-years (2.9%, 14 of 478 NVAF patients taking rivaroxaban who experienced MBs).  In comparing these real-world results to the ROCKET-AF clinical trial, authors concluded that the findings were consistent.  As part of a 5-year pharmacovigilance study, Peacock et al. (2015) queried this group of 10 million real-world patients from the DoD healthcare system.  MB event rates and patterns in this group were compared to those in the registration trial.  In the first two years of this study, 970 of 39,052 NVAF patients taking rivaroxaban experienced a major bleed (incidence rate of 2.89).  Thirty-five MB patients died, yielding a fatal bleeding rate of 0.10 per 100 person-years. The most common MB site was gastrointestinal (GI) with 87.2% (846/970), followed by intracranial (ICH) with 8.1%.   The authors concluded that the rates and pattern of major bleeding among rivaroxaban patients from the DoD were low and similar to that of the registration trial.  Additionally, I recently presented new data at the American College of Emergency Physicians meeting from this same PMSS dataset demonstrating a fatality rate from major bleeding to be 0.06 per 100 patient years of exposure to rivaroxaban. (Peacock, et al., 2016).

Tamayo et al. (2016) evaluated risk factors for MBs by performing a controlled comparison from the DoD healthcare system database.  The authors identified 542 NVAF patients who were taking rivaroxaban and experienced a MB; these patients were compared to 2,710 matched rivaroxaban patients who did not have MBs.   Results confirmed that older age, higher modified HASBLED scores (scoring system used to estimate bleeding risk; modified by not including INR measurement for rivaroxaban), anemia, history of GI bleeding, heart failure, seizures, and vascular disease were independent MB risk factors among NVAF patients treated with rivaroxaban.

Weeda et al. (2016a) assessed all published literature related to rates of MB in rivaroxaban treated NVAF patients.  The studies were published between November 1, 2011 and October 15, 2015; the combined studies reported on a total of 51,533 NVAF patients receiving rivaroxaban.  Mean pooled rates of major GI bleeding were 2.41 per 100 person-years

USCA5 1563

and rates of ICH were 0.40 per 100 person-years.  The authors concluded that in this analysis of over 50,000 NVAF patients taking rivaroxaban in real-world settings, rates of major bleeding were low and were consistent with those reported the 14,264 NVAF patient randomized controlled ROCKET AF trial.

One post-marketing study was undertaken that examined how rivaroxaban was being prescribed in real-world patient settings.  Using the I.M.S. LifeLink prescription database, Nguyen et al. (2016) sought to determine how closely actual clinical use of reduced dose rivaroxaban and reduced dose apixaban corresponded to reduced doses prescribed in the ARISTOTLE and ROCKET AF studies.  Findings demonstrated that whereas 20.8% of apixaban clinical prescriptions were reduced dose, only 4.7% were reduced dose in the ARISTOTLE study. In contrast, 21.7% of clinical rivaroxaban prescriptions were low dose compared to 21.1% in the ROCKET AF study.  This suggests that, while the patients being treated with rivaroxaban are likely to obtain the same results as occurred in the FDA registration trials, the patients treated with apixaban and receiving lower than recommended doses than the registration trial are likely to have higher rates of stroke and systemic embolism.

Finally, Peacock, et al, (accepted for publication, Ann EM) reported that in 44,793 NVAF patients receiving rivaroxaban, that higher $CHA_2DS_2$-VASc scores were associated with an increased risk of bleeding. However, at all points the benefit of stroke prevention always exceeded the risk of major bleeding.  This suggests that the risk benefit analysis favors rivaroxaban as stroke represents irreversible harms, whereas bleeding is often considered transient and manageable.

 As noted, the findings of these real world studies support the clinical trial data for rivaroxaban.  This provides assurance that the risks are consistent with the results seen in random clinical trials.  The risk of ICH is significantly reduced; and the risk of GI bleeding is slightly increased.  While all bleeding is a concern, anticoagulation therapy is aimed at preventing potentially fatal or life altering events.  As always, the risk of bleeding must be balanced against the benefit of a reduction in either stroke risk or VTE.

## Dosing

Rivaroxaban is dosed based on indication (Xarelto Package Insert):

- Nonvalvular Atrial Fibrillation:
  - For patients with CrCl >50 mL/min: 20 mg orally, once daily with the evening meal
  - For patients with CrCl 15 - 50 mL/min: 15 mg orally, once daily with the evening meal
- Treatment of DVT, PE, and Reduction in the Risk of Recurrence of DVT and of PE:

USCA5 1564

Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED* Filed 02/10/17 Page 19 of 161

o   15 mg orally twice daily with food for the first 21 days for the initial treatment of acute DVT or PE. After the initial treatment period, 20 mg orally once daily with food for the remaining treatment and the long-term reduction in the risk of recurrence of DVT and of PE.

- Prophylaxis of DVT Following Hip or Knee Replacement Surgery: 10 mg orally, once daily with or without food

Rivaroxaban is taken once-daily for maintenance dosing.  Based on rivaroxaban's pharmacokinetic (PK) profile (Tmax  and half-life), its pharmacodynamic (PD) factor Xa inhibition continues through a 24-hour period.  Due to this, its clinical trial findings and post-marketing real-world data, rivaroxaban was found to be and continues to be safe and effective. An advantage to once-daily dosing is increased patient compliance.  If a patient is not taking the medication, it has no value at all.  If you miss a dose, you can get a blood clot.  Rivaroxaban's once-daily dosing for prevention of blood clots, supported by its research findings, is important to its safety and efficacy.

Timing of dosing is also important for rivaroxaban's NVAF indication. It should be noted that the highest blood level of any drug occurs immediately after dosing.  Further, for all anticoagulants, the higher the level the greater the stroke prevention benefit, but higher levels are also associated with a greater risk of bleeding. Matching the conflicting variables of stroke risk and bleeding risk is a compromise for which all anticoagulants must address.  For NVAF patients, their highest risk of stroke is while they are immobile and sleeping, and the greatest risk of bleeding is when a life trauma occurs (e.g., a fall, car accident, etc.). Rivaroxaban dosing is matched to provide the highest levels during the period of greatest stroke risk (thus providing the greatest stroke reduction benefit while they are immobile during sleep), with the lowest levels during the time of less stroke risk (but when the greatest bleed risk from life trauma events occurs while the patient is active during the daytime). By matching dosing levels to be highest during the period of greatest stroke risk, and lowest during least stroke risk and maximal trauma risk, provides the greatest dosing safety and efficacy possible. In fact, if NVAF rivaroxaban patients took the medication twice a day, based on its PK and PD profile there would be times of the day when bleeding risk and coagulation risk would be mismatched. (Xarelto Package Insert)

## Treatment considerations

As an ER physician, I routinely assess, diagnose and treat patients with acute VTE and NVAF patients; as well as patients experiencing anticoagulated-associated bleeds.   The following section will address rivaroxaban and the assessment, diagnosis, and treatment of these matters.

USCA5 1565

## NVAF

### Guidelines for Treatment of Patients with AF

Since 1980, the American College of Cardiology (ACC) and the American Heart Association (AHA) have worked together to develop guidelines for cardiovascular disease. This includes the 2014 AHA/ACC/HRS (Heart Rhythm Society) Guideline for the Management of Patients with Atrial Fibrillation.[11]  The guidelines note that they are meant to aid in treatment decisions by providing an array of options for most patients in most situations, leaving the ultimate decision to the practitioner and the patient who should be informed of risks, benefits and alternatives to various treatment options. (January et al., 2014).

The 2014 update to the AHA/ACC/HRS Guidelines for the Management of Patients With Atrial Fibrillation (January, et al., 2014) included recommendations on clinical evaluation of AF, thromboembolic risk assessment and treatment, rate and rhythm control, and recommendations for specific patients groups. Recommendations for risk assessment and treatment for stroke in NVAF patients, include the following:

- The $CHA_2DS_2$-VASc score is proposed for assessing a NVAF patient's risk of stroke. (Level of Evidence: B)
- Individualized treatment decisions should be a joint decision between the practitioner and the AF patient once they have been informed of their risks for stroke and bleeding.
- Oral anticoagulants, including warfarin with a target INR of 2.0 to 3.0 (Level of Evidence: A), dabigatran (Level of Evidence: B), rivaroxaban (Level of Evidence: B), or apixaban (Level of Evidence: B), are recommended for NVAF patients with either 1) a $CHA_2DS_2$-VASc score of 2 or greater, or 2) a previous stroke or TIA.
- If warfarin is chosen, the INR should be assessed at least weekly when therapy started and then at least monthly once stable. (Level of Evidence: A)

---

[11] The recommendations are classified based on treatment effect, risks versus benefits, and whether the treatment is useful/effective or may cause harm in certain situations. Evidence is also considered based on the approximate certainty/precision of the treatment effect.
- Size of treatment effect is classified by the strength of the recommendation; Class I = procedure/treatment should be performed/administered, Class IIa = it is reasonable to perform/administer the procedure/treatment, Class IIb = procedure/treatment may be considered, Class III = procedure/test not helpful or excess cost vs benefit or harmful or treatment has no proven benefit or harmful to patients.
- Treatment effect is graded as to the strength of the data from which the recommendations are derived; Level A = multiple large populations studied (multiple RCTs or meta-analysis), Level B = limited populations studied, Level C = very limited populations studied. Level B or C does not imply the recommendation is weak.

USCA5 1566

- If warfarin is chosen but the patient is unable to maintain their target INR, treatment with a DOAC is recommended. (Level of Evidence: C)

Since the 2014 AHA/ACC/HRS Guidelines for the Management of Patients with Atrial Fibrillation, the European Society of Cardiology (ESC) has released their 2016 Guidelines for the Management of Atrial Fibrillation[12] that include DOACs as first-line treatment. (Kirchhof, et al., 2016).  While warfarin and DOACs are both effective, the ESC guidelines prefer DOACs over warfarin in those patients eligible for a DOAC (Grade IA).  The ESC's 2016 recommendation of DOACs over warfarin reflects the increasing body of scientific evidence regarding the safety and efficacy of DOACs.

The guidelines included recommendations for diagnosis/timely detection, integrated management, stroke prevention, rate/rhythm control, and specific situations; and recommend using the $CHA_2DS_2$-VASc score to estimate stroke risk for patients with AF.  They note that the $CHA_2DS_2$-VASc score has made treatment decisions simpler.  The ESC guidelines found that direct oral anticoagulants for male patients with a $CHA_2DS_2$-VASc score greater than or equal to 1, or for female patients with a $CHA_2DS_2$-VASc score greater than or equal to 2 was beneficial.

In general, oral anticoagulants for treatment of NVAF-related stroke are underused and prematurely stopped.  This is largely due to the challenges of warfarin therapy, the occurrence of actual bleeding events (both major and minor bleeds), and the inaccurate perception that there is a high-risk of bleeding associated with anticoagulant therapy.  Nonetheless, the risk of stroke for NVAF patients not on anticoagulation is frequently higher than the risk of bleeding on anticoagulation even in fragile patients.

## VTE

### VTE Guidelines

The primary guidelines utilized by practitioners in the treatment of VTE are the American College of Chest Physicians' (ACCP) Antithrombotic Therapy for VTE Disease CHEST Guideline and Expert Panel Report.  These organizations have been providing guidelines to

---

[12] Classes of recommendations: Class I = evidence and/or general agreement that given treatment/procedure is beneficial, useful, effective; Class II = conflicting evidence and/or a divergence of opinion about the usefulness/efficacy of the given treatment/procedure; Class III = evidence/general agreement that the given treatment/procedure is not useful/effective and in some cases may be harmful.  Levels of evidence: A = data derived from multiple RCTs/meta-analyses, B = data derived from a single RCT or large non-randomized studies, C = consensus of opinion of the experts and/or small studies, retrospective studies, registries.

USCA5 1567

clinicians for over 30 years with a goal of decreasing VTE associated problems for both patients and the public.  In February 2016, the ACCP updated their recommendations for antithrombotic treatment of VTE disease (Kearon, et al., 2016).  This update was based on additional information available since the 2012 guidelines, specifically DOAC related information. The updated guidelines[13] included:

- For patients with VTE and without cancer, long-term anticoagulant therapy (3 months) was recommended with a DOAC (Grade 2B), dabigatran, rivaroxaban, apixaban or edoxaban.[14]  This recommendation of DOACs was over the use of VKA (all Grade 2B), which was recommended over the use of LMWH (Grade 2C).  The panelists based this DOAC recommendation on the associated decreased bleeding and ease of use for both patients and practitioners with DOACs.

- If the patient did have VTE and cancer, therapy with LMWH was suggested over VKA (Grade 2B) or DOACs (Grade 2C).

- The recommendations included stopping anticoagulants after 3 months for those patients with 1) an acute, post-surgical, proximal DVT (Grade 1B), 2) a proximal DVT or PE associated with a nonsurgical temporary risk factor (patient with high bleeding risk = Grade 1B; patient with low- to moderate-bleeding risk = Grade 2B), and 3) for those patients with a high bleeding risk and their first unprovoked DVT or PE (Grade 1B).  For those patients with a low- to moderate-bleeding risk, the duration of anticoagulation therapy should be extended indefinitely (Grade 2B).

- Additionally, the panelists provided information that could potentially impact the specific anticoagulant chosen, noting that patient preference was also likely to be a determinant.  While rivaroxaban was recommended for patients with VTE patients without cancer, it was also recommended as a preferred anticoagulant in the following cases: 1) when avoiding intravenous or injectable treatment, 2) when the preference was once daily oral treatment, and 3) for patients who also had coronary artery disease.

---

[13] The quality of evidence, which reflects the strengths and limitations of the body of evidence, is categorized as high (A level), moderate (B level), or low (includes very low) (C level). The strength of recommendation, defined as the extent to which we can be confident that the desirable effects of an intervention outweigh its undesirable effects, was categorized as strong (grade 1) or weak/conditional (grade 2).

[14] The order the DOACs were presented in the guidelines (dabigatran, rivaroxaban, apixaban, edoxaban) was in the chronological order of their publication of the phase 3 VTE therapy trials. The authors stated the order did not represent the panel's preference for these agents.

USCA5 1568

Case 2:14-md-02592-EEF-MBN  Document 5401-8 *SEALED*  Filed 02/10/17  Page 23 of 161

Another important consideration in determining treatment options for patients with VTE is whether they can be treated on an out-patient basis.  It is well known that hospital admission itself is associated an increased risk for acquiring certain illnesses, including complications such as bacterial pneumonia and Clostridium difficile (C-diff) infection (Weeda, et al., 2016b).  Therefore, the American College of Chest Physicians (ACCP) and the European Society of Cardiology (ESC) have issued guidelines in support of early discharge and/or home treatment of PE patients who are at low risk for early mortality (Weeda, et al., 2016c).  Researchers have attempted to identify patients who may be considered low-risk for fatal PE, and therefore candidates for shorter hospital stays or home treatment.  (Kohn et al., 2015; Weeda, et al., 2016b).

## Anticoagulant Treatment in the ER for NVAF and VTE

When treating patients with either NVAF or VTE in the emergency department, once I have determined that anticoagulation is indicated, DOACs are my anticoagulant of choice with rivaroxaban being a first-line treatment for appropriate patients.  This is always done in the context of balancing the risk of potential negative outcomes related to NVAF or VTE with the potential risk of anticoagulant-related bleeding.

In addition to the previously discussed advantages of DOACs, including rivaroxaban, over warfarin for VTE specifically, the treatment advantages of rivaroxaban include that it is a single-drug approach not requiring bridging with heparin.  This has the added benefit of decreased hospitalizations and their associated risks.  Historically, patients with VTE required hospitalization for treatment; however, with the introduction of rivaroxaban, patients can often be discharged directly from the ER.  In general, patients only require hospitalization if they have a massive DVT, have intractable pain or indications of limb ischemia, or other medical or social conditions that require hospitalization.

Overall rivaroxaban was found to be non-inferior to warfarin with similar or decreased bleeding risks.  Compared to warfarin, rivaroxaban has an increased risk for gastrointestinal (GI) bleeding but also has a decreased risk for intracranial hemorrhage (ICH).  While an increased risk for GI bleeds is not to be discounted, the value of having an anticoagulant with a decreased risk for ICH is significant; morbidity and mortality associated with ICH is much higher than that associated with GI bleeds.

## Diagnosis, Treatment, & Management of Bleeding

As an ER physician I assess, diagnose and treat anticoagulated patients who present with anticoagulant-associated bleeds and/or who need emergency procedures.

USCA5 1569

**Heparin-Associated Bleeding**

Although extremely rare in the emergency department (likely only in an interhospital transfer), if an UFH-anticoagulated patient presents to the ER with bleeding or the need for an invasive procedure, protamine sulfate can reverse the UFH anticoagulant effects.  If a LMWH-anticoagulated patient presents to the ER with bleeding or the need for an invasive procedure, protamine sulfate can reverse approximately 60% of the LMWH anticoagulant effects based on molecular differences between LMWH and UFH.  Protamine sulfate's decreased reversal effect can result in limited effectiveness in stopping the patient's bleeding.  As discussed above, protamine sulfate is not without its own risks including pulmonary and cardiovascular issues.

**Warfarin-Associated Bleeding**

Available warfarin-reversal products include vitamin K, fresh frozen plasma (FFP)[15], or prothrombin complex concentrate (PCC)[16].  Vitamin K is slow-acting and efficacy in life-threatening bleeding events is unlikely.  FFP has numerous limitations including preparation time (thaw time, blood-type matching), possible pathogen transmission, inadequate reversal due to various coagulation factor levels, for patients with highly elevated INRs it must be given in volumes that can lead to TACO, and it may cause TRALI.  PCCs action is more rapid than FFP and has less risk of pathogen transmission.  The American College of Chest Physicians's (ACCP) Evidence-Based Management of Anticoagulant Therapy (Holbrook, et al., 2012) includes guidelines for the management of warfarin-associated bleeding.  For patients with warfarin-associated major bleeding, the ACCP recommends the use of four-factor PCC (4-PCC)[17] along with IV vitamin K to sustain the effects of four-factor PCC.  It is important to note that even though warfarin has available reversal agents there is little evidence that patient morbidity, mortality or prognosis is improved with their use (Goldstein, et al., 2006; Sjöblom, et al., 2001))

**Rivaroxaban-Associated Bleeding**

As previously discussed, rivaroxaban does not have a specific reversal agent; it nevertheless is a safer alternative compared to warfarin.  Rivaroxaban's clinical trials demonstrated either no significant increase in bleeding events, significantly reduced risk of major bleeding, or found decreased intracranial and fatal bleeding (Eriksson et al., 2008; Kakkar et al., 2008; Lassen et al., 2008; Prins, et al., 2013; Patel et al., 2011; respectively).   Additionally, rivaroxaban had shorter hospitalizations than warfarin for PE patients (Coleman et al., 2016).

---

[15] FFP is the liquid component of blood once all the blood cells are removed and contains all of the coagulation factors.

[16] PCC,is a plasma product that contains factors II, VII, IX, and XI.

[17] 4-PCC is a plasma product that contains factors II, IX, and X, higher concentrations of factor VII, along with proteins C and S, and antithrombin.

USCA5 1570

Although the specifics of vitamin K and FFP transfusions are unique to warfarin associated bleeding, the general approach for the management of a rivaroxaban-related bleed or a rivaroxaban-treated patient who needs an emergency procedure are similar to the management of a warfarin-related bleed.  Rivaroxaban use is assessed either via patient or family interviews, or medical and pharmacy records.  As with warfarin, cessation of anti-coagulant use is recommended.  Rivaroxaban has a relatively short half-life (5-9 hours in healthy patients aged 20-45 years; 11-13 hours in elderly patients aged 60-75 years); therefore, within a relatively short amount of time, rivaroxaban will no longer be in the patient's system.  Time itself is the "reversal" agent for rivaroxaban.

Next, clinicians proceed with identifying and addressing the underlying pathology or cause of bleeding.  Patients do not just spontaneous bleed from rivaroxaban.  The bleeding is related to an underlying pathology that clinicians attempt to identify and address.  Identification of the source of bleeding is not always possible.  Additional supportive and/or non-specific treatments that may be considered include:

- Supportive care to mitigate bleeding until anticoagulant levels decline.
- Volume resuscitation with crystalloids.
- Transfuse blood products as necessary.
- Activated charcoal can be used early after an intentional overdose with rivaroxaban.
- Hemostatic agents such as PCC and aPCC can be considered with rivaroxaban for life-threatening bleeds although there is limited data to support their use.
- Perform appropriate testing to identify the source of bleeding, for example endoscopy or CT scans.

### Peri-procedure Rivaroxaban Interruption

Due to its short half-life, patients on rivaroxaban may need shorter anticoagulation-interruption periods when they require emergent procedures.  Additionally, guidelines indicate that the bridging therapy with heparin that is required for warfarin may not be necessary with rivaroxaban interruption.  For patients on rivaroxaban, if emergency surgery is needed it is preferable to delay the procedure for at least 24 hours from the patient's last dose.  Consideration is also given to the patient's age, and renal function.  If, however, the patient requires an urgent invasive procedure, the necessity of the procedure must be weighed in relation to the risk for bleeding.  After the procedure has been completed, rivaroxaban can be restarted once hemostasis is stable.  An additional benefit to rivaroxaban in this situation is its anticoagulation effect will be reestablished within one- to two-hours after it has been restarted.

24

USCA5 1571

**Laboratory Assays**

Routine monitoring of rivaroxaban is not needed because it has a predictable pharmacological profile, a wide therapeutic range, and it does not have the variability associated with warfarin.  While some may theorize that rivaroxaban should have routine monitoring, neither the FDA, the EMA, nor any professional organization such as the American College of Cardiology, the American Heart Association, the American College of Chest Physicians or the Heart Rhythm Society, has called for the routine monitoring of rivaroxaban.  If a patient does have laboratory measurement of coagulation parameters or rivaroxaban concentration carried out, the results have limitations and should be interpreted cautiously for the reasons discussed below.

Although routine monitoring is not required for rivaroxaban, clinicians may find minimal value in coagulation tests (PT/INR) in situations of bleeding management or perioperative planning.  PT is not a reliable test for measuring the coagulation activity of rivaroxaban.  The sensitivity can vary considerably based on the reagent used (examples include Neoplastin) and different laboratories use different reagents.  Due to this, PT results are not standardized across laboratories.   The INR was developed to assess warfarin specifically; therefore, INR monitoring is not useful to assess rivaroxaban.  The utility of these tests for assessing rivaroxaban is limited to qualitative data only (i.e, informing the clinician that an anticoagulant is or is not likely to be in a patient's system).  PT/INR is not a test that provides quantitative data for rivaroxaban (i.e, it will not provide the clinician with reliable information regarding the amount of rivaroxaban in a patient's system) and has poor correlation to bleeding risk or clinical outcomes.  In regards to drug calibration methods for quantitative data, as an emergency room physician, I need accurate results in real-time.  Laboratory tests that cannot provide me with real-time results do not assist me in patient management.

Anti-Factor Xa chromogenic assays that give quantitative measurements of rivaroxaban are commercially available but are not regularly available to community laboratories and, most significantly, are not standardized.  Accordingly, there is currently no method to compare test results across laboratories.

USCA5 1572

Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 27 of 161

## Conclusion

The characteristics of DOACs, including rivaroxaban, have simplified VTE and NVAF treatment in patients presenting to the emergency department, including high risk patients.

Despite the inability to measure rivaroxaban concentration and effect and the lack of a reversal agent, rivaroxaban, is safer than warfarin.

All opinions expressed herein are made to a reasonable degree of medical certainty.  I reserve the right to supplement this report in the event of additional information being provided regarding this case.   I, Frank Peacock, M.D., certify that my opinions are based on my expert knowledge, skill, and training, my review of the literature as described above and on the attached reliance list.

_____                    November 15, 2016

Frank Peacock, M.D.                                                            Date

USCA5 1573

# References

Abraham, N. S., Singh, S., Alexander, G. C., Heien, H., Haas, L. R., Crown, W., & Shah, N. D. (2015). Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. *BMJ*, *350*, h1857.

Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): an international, prospective, non-interventional study. *The Lancet Haematology*, *3*(1), e12-e21.

Aguilar, M. I., Hart, R. G., Kase, C. S., Freeman, W. D., Hoeben, B. J., García, R. C., ... & Steiner, T. (2007, January). Treatment of warfarin-associated intracerebral hemorrhage: literature review and expert opinion. In *Mayo Clinic Proceedings* (Vol. 82, No. 1, pp. 82-92). Elsevier.

Andrade, J., Khairy, P., Dobrev, D., & Nattel, S. (2014). The clinical profile and pathophysiology of atrial fibrillation relationships among clinical features, epidemiology, and mechanisms. *Circulation research*, *114*(9), 1453-1468.

Camm, A. J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., ... & Turpie, A. G. (2016). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. *European heart journal*, *37*, 1145-1153.

Ceresetto, J. M. (2016). Venous thromboembolism in Latin America: a review and guide to diagnosis and treatment for primary care. *Clinics*, *71*(1), 36-46.

Chan, Y. H., Kuo, C. T., Yeh, Y. H., Chang, S. H., Wu, L. S., Lee, H. F., ... & See, L. C. (2016). Thromboembolic, bleeding, and mortality risks of rivaroxaban and dabigatran in Asians with nonvalvular atrial fibrillation. *Journal of the American College of Cardiology*, *68*(13), 1389-1401.

Chang, H. Y., Zhou, M., Tang, W., Alexander, G. C., & Singh, S. (2015). Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. *BMJj*, *350*, h1585.

Church, A. & Tichauer, M. (2012). The emergency medicine approach to the evaluation and treatment of pulmonary embolism. *Emergency medicine practice*, *14*(12), 1-22.

Clemens, A., Strack, A., Noack, H., Konstantinides, S., Brueckmann, M., & Lip, G. Y. (2014). Anticoagulant-related gastrointestinal bleeding—could this facilitate early detection of benign or malignant gastrointestinal lesions?. *Annals of medicine*, *46*(8), 672-678.

USCA5 1574

Cohen, A. T., Agnelli, G., Anderson, F. A., Arcelus, J. I., Bergqvist, D., Brecht, J. G., ... & Mottier, D. (2007). Venous thromboembolism (VTE) in Europe. *Thromb Haemost*, *98*(4), 756-764.

Coleman, C.I., Fermann, G.J., Weeda, E.R., Wells, P.S., Ashton, V., Crivera, C., Bunz, T.J., Wildgoose, P., Schein, J.R. & Peacock, W.F. (2016). Is rivaroxaban associated with shorter hospital stays and reduced costs versus parenteral bridging to warfarin among patients with pulmonary embolism?. Clinical and Applied Thrombosis/Hemostasis, 1-8.

Coleman, C. I., Antz, M., Bowrin, K., Evers, T., Simard, E. P., Bonnemeier, H., & Cappato, R. (2016). Real-world evidence of stroke prevention in patients with nonvalvular atrial fibrillation in the United States: the REVISIT-US study. *Current Medical Research and Opinion*, 1-7.

Connolly, S. J., Laupacis, A., Gent, M., Roberts, R. S., Cairns, J. A., & Joyner, C. (1991). Canadian atrial fibrillation anticoaguiation (CAFA) study. *Journal of the American College of Cardiology*, *18*(2), 349-355.

Deitelzweig, S. B., Johnson, B. H., Lin, J., & Schulman, K. L. (2011). Prevalence of clinical venous thromboembolism in the USA: current trends and future projections. *American journal of hematology*, *86*(2), 217-220.

Deitelzweig, S., Bruno, A., Trocio, J., Tate, N., Gupta, K., Lin, J., & Lingohr-Smith, M. (2016). An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. *Current medical research and opinion*, *32*(3), 573-582.

Dlott, J. S., George, R. A., Huang, X., Odeh, M., Kaufman, H. W., Ansell, J., & Hylek, E. M. (2014). A national assessment of warfarin anticoagulation therapy for stroke prevention in atrial fibrillation. *Circulation*, *113*, 1-21.

Dulli, D. A., Stanko, H., & Levine, R. L. (2003). Atrial fibrillation is associated with severe acute ischemic stroke. *Neuroepidemiology*, *22*(2), 118-123.

Einstein Investigators. (2010). Oral rivaroxaban for symptomatic venous thromboembolism. *N Engl J Med*, *2010*(363), 2499-2510.

Einstein–PE Investigators. (2012). Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. *N Engl j Med*, *2012*(366), 1287-1297.

Eriksson, B. I., Borris, L. C., Friedman, R. J., Haas, S., Huisman, M. V., Kakkar, A. K., ... & Geerts, W. (2008). Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. *New England Journal of Medicine*, *358*(26), 2765-2775.

USCA5 1575

Flibotte, J. J., Hagan, N., O'donnell, J., Greenberg, S. M., & Rosand, J. (2004). Warfarin, hematoma expansion, and outcome of intracerebral hemorrhage. *Neurology*, *63*(6), 1059-1064.

Fontaine, G. V., Mathews, K. D., Woller, S. C., Stevens, S. M., Lloyd, J. F., & Evans, R. S. (2014). Major bleeding with dabigatran and rivaroxaban in patients with atrial fibrillation: a real-world setting. *Clinical and Applied Thrombosis/Hemostasis*, 20, 665-672.

Goldhaber, S. Z. (2012). Venous thromboembolism: epidemiology and magnitude of the problem. *Best Practice & Research Clinical Haematology*, *25*(3), 235-242.

Goldstein, J. N., Thomas, S. H., Frontiero, V., Joseph, A., Engel, C., Snider, R., ... & Rosand, J. (2006). Timing of fresh frozen plasma administration and rapid correction of coagulopathy in warfarin-related intracerebral hemorrhage. *Stroke*, *37*(1), 151-155.

Gorst-Rasmussen, A., Lip, G. Y., & Bjerregaard Larsen, T. (2016). Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care. *Pharmacoepidemiology and drug safety*.

Graham, D. J., Reichman, M. E., Wernecke, M., Hsueh, Y. H., Izem, R., Southworth, M. R., ... & Chillarige, Y. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. *JAMA Internal Medicine*, *176*(11), 1662-1671.

Halvorsen, S., Ghanima, W., Tvete, I. F., Hoxmark, C., Falck, P., Solli, O., & Jonasson, C. (2016). A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants. *European Heart Journal-Cardiovascular Pharmacotherapy*, pvw031.

Holbrook, A., Schulman, S., Witt, D. M., Vandvik, P. O., Fish, J., Kovacs, M. J., ... & Guyatt, G. H. (2012). Evidence-based management of anticoagulant therapy: antithrombotic therapy and prevention of thrombosis: American College of Chest Physicians evidence-based clinical practice guidelines. *Chest Journal*, *141*(2_suppl), e152S-e184S.

ISTH Steering Committee for World Thrombosis Day. (2014). Thrombosis: A major contributor to the global disease burden. *J. Thromb. Haemost*, *12*, 1580-1590.

Janssen Pharmaceuticals, Inc.  (2016). Xarelto [package insert]. Titusville, NJ:  Janssen Pharmaceuticals, Inc.

January, C. T., Wann, L. S., Alpert, J. S., Calkins, H., Cigarroa, J. E., Conti, J. B., ... & Sacco, R. L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: executive summary: a report of the American College of Cardiology/American Heart Association

USCA5 1576

Task Force on Practice Guidelines and the Heart Rhythm Society. *Journal of the American College of Cardiology*, *64*(21), 2246-2280.

Jørgensen, H. S., Nakayama, H., Reith, J., Raaschou, H. O., & Olsen, T. S. (1996). Acute stroke with atrial fibrillation the Copenhagen stroke study. *Stroke*, *27*(10), 1765-1769.

Kachroo, S., Boyd, D., Bookhart, B. K., LaMori, J., Schein, J. R., Rosenberg, D. J., & Reynolds, M. W. (2012). Quality of life and economic costs associated with postthrombotic syndrome. *American Journal of Health-System Pharmacy*, *69*, 567-572.

Kahn, S. R., Hirsch, A., & Shrier, I. (2002). Effect of postthrombotic syndrome on health-related quality of life after deep venous thrombosis. *Archives of Internal Medicine*, *162*(10), 1144-1148.

Kakkar, A. K., Brenner, B., Dahl, O. E., Eriksson, B. I., Mouret, P., Muntz, J., ... & RECORD2 Investigators. (2008). Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. *The Lancet*, *372*(9632), 31-39.

Kearon, C., Akl, E. A., Ornelas, J., Blaivas, A., Jimenez, D., Bounameaux, H., ... & Stevens, S. M. (2016). Antithrombotic therapy for VTE disease: CHEST guideline and expert panel report. *CHEST*, *149*(2), 315-352.

Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., ... & Hindricks, G. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. *Europace,* 1-90.

Kohn, C. G., Mearns, E. S., Parker, M. W., Hernandez, A. V., & Coleman, C. I. (2015). Prognostic accuracy of clinical prediction rules for early post-pulmonary embolism all-cause mortality: a bivariate meta-analysis. *CHEST Journal*, *147*(4), 1043-1062.

Kohn, C. G., Peacock, W. F., Fermann, G. J., Bunz, T. J., Crivera, C., Schein, J. R., & Coleman, C. I. (2016). External validation of the In-hospital Mortality for PulmonAry embolism using Claims daTa (IMPACT) multivariable prediction rule. *International journal of clinical practice*, *70*(1), 82-88.

Laliberté, F., Cloutier, M., Nelson, W. W., Coleman, C. I., Pilon, D., Olson, W. H., ... & Lefebvre, P. (2014). Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. *Current medical research and opinion*, *30*(7), 1317-1325.

Lamassa, M., Di Carlo, A., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., ... & Wolfe, C. D. (2001). Characteristics, outcome, and care of stroke associated with atrial fibrillation in Europe

USCA5 1577

data from a multicenter multinational hospital–based registry (the european community stroke project). *Stroke*, *32*(2), 392-398.

Larsen, T. B., Skjøth, F., Nielsen, P. B., Kjældgaard, J. N., & Lip, G. Y. (2016). Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort study. *BMJ*, *353*, i3189.

Lassen, M. R., Ageno, W., Borris, L. C., Lieberman, J. R., Rosencher, N., Bandel, T. J., ... & Turpie, A. G. (2008). Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. *New England Journal of Medicine*, *358*(26), 2776-2786.

Lin, H. J., Wolf, P. A., Kelly-Hayes, M., Beiser, A. S., Kase, C. S., Benjamin, E. J., & D'Agostino, R. B. (1996). Stroke severity in atrial fibrillation The Framingham Study. *Stroke*, *27*(10), 1760-1764.

Lip, G. Y., Larsen, T. B., Skjøth, F., & Rasmussen, L. H. (2012). Indirect comparisons of new oral anticoagulant drugs for efficacy and safety when used for stroke prevention in atrial fibrillation. *Journal of the American College of Cardiology*, *60*(8), 738-746.

Lip, G.Y., Keshishian, A., Kamble, S., et al. (2016a). Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: a propensity score matched analysis. *Thrombosis and Haemostasis* , *116*(5), 975-986.

Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C., ... & Phatak, H. (2016b). Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. *International Journal of Clinical Practice*, *70*(9), 752-763.

Lopes, R. D., Crowley, M. J., Shah, B. R., Melloni, C., Wood, K. A., Chatterjee, R., ... & Armaganijan, L. V. (2013). Stroke prevention in atrial fibrillation. Agency for Healthcare Research and Quality, Comparative Effectiveness Review No.123.

Magill, S. S., Edwards, J. R., Bamberg, W., Beldavs, Z. G., Dumyati, G., Kainer, M. A., ... & Ray, S. M. (2014). Multistate point-prevalence survey of health care–associated infections. *New England Journal of Medicine*, *370*(13), 1198-1208.

Mathai, S.C., Ghofrani, H. A., Mayer, E., Pepke-Zaba, J., Nikkho, S., & Simonneau, G. (2016). Quality of life in patients with chronic thromboembolic pulmonary hypertension. *Eur. Respir. J.*, *48*, 526-537.

Matthews, D. T., & Hemnes, A. R. (2016). Current concepts in the pathogenesis of chronic thromboembolic pulmonary hypertension. *Pulmonary circulation*, *6*(2), 145-154.

USCA5 1578

Maura, G., Blotière, P. O., Bouillon, K., Billionnet, C., Ricordeau, P., Alla, F., & Zureik, M. (2015). Comparison of the short-term risk of bleeding and arterial thromboembolic events in nonvalvular atrial fibrillation patients newly treated with dabigatran or rivaroxaban versus vitamin K antagonists: a French nationwide propensity-matched cohort study. *Circulation*, 132, 125-60.

Miller, C. S., Grandi, S. M., Shimony, A., Filion, K. B., & Eisenberg, M. J. (2012). Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. *The American journal of cardiology*, *110*(3), 453-460.

McCormick, D., Gurwitz, J. H., Goldberg, R. J., Becker, R., Tate, J. P., Elwell, A., & Radford, M. J. (2001). Prevalence and quality of warfarin use for patients with atrial fibrillation in the long-term care setting. *Archives of internal medicine*, *161*(20), 2458-2463.

National Quality Forum. (2006). *National voluntary consensus standards for prevention and care of venous thromboembolism: Policy, preferred practices, and initial performance measures*. Washington DC: National Quality Forum.

Nguyen, E., White, C. M., Patel, M. R., Fields, L. E., Peacock, W. F., Crivera, C., & Coleman, C. I. (2016). Doses of apixaban and rivaroxaban prescribed in real-world United States cardiology practices compared to registration trials. *Current medical research and opinion*, 32(7), 1277-1279.

Nichol, M. B., Knight, T. K., Dow, T., Wygant, G., Borok, G., Hauch, O., & O'Connor, R. (2008). Quality of anticoagulation monitoring in nonvalvular atrial fibrillation patients: comparison of anticoagulation clinic versus usual care. *Annals of Pharmacotherapy*, *42*(1), 62-70.

Noseworthy, P.A., Yao, X., Abraham, N.S., Sangaralingham, L.R., et al.  (2016). Direct comparison of dabigatran, rivaroxaban, and apixaban for effectiveness and safety in non-valvular atrial fibrillation.  Chest 2016; epub ahead of print.

Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: a nationwide cohort study. *Thrombosis and haemostasis*, *107*(6), 1172-1179.

Patel, M. R., Mahaffey, K. W., Garg, J., Pan, G., Singer, D. E., Hacke, W., ... & Becker, R. C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *New England Journal of Medicine*, *365*(10), 883-891.

Peacock, W.F., et al. (Accepted for publication).  *Annals of Emergency Medicine.*

USCA5 1579

Peacock, W.F. (2014). Managing bleeding and emergency reversal of newer oral anticoagulants: A review for primary care providers. Hospital Practice, 42(4), 75-82.

Peacock, W. F., Patel, M., Tamayo, S., Sicignano, N., Hopf, K., & Yuan, Z. (2015). Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban. *Eur. Heart. J., 36*(Supp), 687.

Peacock, W. F., Rafique, Z., & Singer, A. J. (2016). Direct-Acting Oral Anticoagulants: Practical Considerations for Emergency Medicine Physicians. *Emergency Medicine International*, *2016*, 1-13.

Peacock, W.F., Tamayo, S., Sicignano, N., Hopf, K.P., Yuan, Z., & Patel, M. (2016, October). Major Bleeding in VTE Patients Treated with Rivaroxaban.  Presented at meeting of the American College of Emergency Physicians.

Pengo, V., Lensing, A. W., Prins, M. H., Marchiori, A., Davidson, B. L., Tiozzo, F., ... & Prandoni, P. (2004). Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. *New England Journal of Medicine*, *350*(22), 2257-2264.

Petty, G. W., Brown, R. D., Whisnant, J. P., Sicks, J. D., O'Fallon, W. M., & Wiebers, D. O. (2000). Ischemic stroke subtypes a population-based study of functional outcome, survival, and recurrence. *Stroke*, *31*(5), 1062-1068.

Prins, M. H., Lensing, A. W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T. A., ... & Berkowitz, S. D. (2013). Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. *Thrombosis journal*, *11*(1), 1-10.

Ribeiro, D. D., Lijfering, W. M., Barreto, S. M., Rosendaal, F. R., & Rezende, S. M. (2012). Epidemiology of recurrent venous thrombosis. *Brazilian Journal of Medical and Biological Research*, *45*(1), 1-7.

Rose, A. J., Hylek, E. M., Ozonoff, A., Ash, A. S., Reisman, J. I., & Berlowitz, D. R. (2011). Risk-adjusted percent time in therapeutic range as a quality indicator for outpatient oral anticoagulation results of the Veterans Affairs Study To Improve Anticoagulation (VARIA). *Circulation: Cardiovascular Quality and Outcomes*, *4*(1), 22-29.

Rose, A. J., Ozonoff, A., Henault, L. E., & Hylek, E. M. (2008). Warfarin for atrial fibrillation in community-based practise. *Journal of Thrombosis and Haemostasis*, *6*(10), 1647-1654.

Ruff, C. T., Giugliano, R. P., Braunwald, E., Hoffman, E. B., Deenadayalu, N., Ezekowitz, M. D., ... & Yamashita, T. (2014). Comparison of the efficacy and safety of new oral anticoagulants with

USCA5 1580

warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. *The Lancet*, *383*(9921), 955-962.

Rybicki, F. J., Udelson, J. E., Peacock, W. F., Goldhaber, S. Z., Isselbacher, E. M., Kazerooni, E., ... & Woodard, P. K. (2016). 2015 ACR/ACC/AHA/AATS/ACEP/ASNC/NASCI/SAEM/SCCT/SCMR/SCPC/SNMMI/STR/STS Appropriate Utilization of Cardiovascular Imaging in Emergency Department Patients With Chest Pain: A Joint Document of the American College of Radiology Appropriateness Criteria Committee and the American College of Cardiology Appropriate Use Criteria Task Force. *Journal of the American College of Cardiology*, *67*(7), 853-879.

Schneeweiss, S., Gagne, J. J., Patrick, A. R., Choudhry, N. K., & Avorn, J. (2012). Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. *Circulation: Cardiovascular Quality and Outcomes*, *5*(4), 480-486.

Sjöblom, L., Hårdemark, H. G., Lindgren, A., Norrving, B., Fahlén, M., Samuelsson, M., ... & Wallvik, J. (2001). Management and Prognostic Features of Intracerebral Hemorrhage During Anticoagulant Therapy A Swedish Multicenter Study. *Stroke*, *32*(11), 2567-2574.

Staerk, L., Fosbøl, E. L., Lip, G. Y., Lamberts, M., Bonde, A. N., Torp-Pedersen, C., ... & Olesen, J. B. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. *European Heart Journal*, ehw496.

Steger, C., Pratter, A., Martinek-Bregel, M., Avanzini, M., Valentin, A., Slany, J., & Stöllberger, C. (2004). Stroke patients with atrial fibrillation have a worse prognosis than patients without: data from the Austrian Stroke registry. *European heart journal*, *25*(19), 1734-1740.

Steinberg, B. A., Beckley, P. D., Deering, T. F., Clark, C. L., Amin, A. N., Bauer, K. A., ... & Newby, L. K. (2013). Evaluation and management of the atrial fibrillation patient: a report from the Society of Cardiovascular Patient Care. *Critical pathways in cardiology*, *12*(3), 107-115.

Tamayo, S., Frank Peacock, W., Patel, M., Sicignano, N., Hopf, K. P., Fields, L. E., ... & Yuan, Z. (2015). Characterizing major bleeding in patients with nonvalvular atrial fibrillation: a pharmacovigilance study of 27 467 patients taking rivaroxaban. *Clinical cardiology*, *38*(2), 63-68.

Tamayo, S. G., Simeone, J. C., Nordstrom, B. L., Patel, M. R., Yuan, Z., Sicignano, N. M., & Peacock, W. F. (2016). Risk Factors for Major Bleeding in Rivaroxaban Users With Atrial Fibrillation. *Journal of the American College of Cardiology*, *68*(10), 1144-1146.

34

USCA5 1581

Weeda, E. R., Peacock, W. F., Fermann, G. J., Wells, P. S., Ashton, V., Crivera, C., ... & Coleman, C. I. (2016a). Outcomes associated with observation stays versus inpatient admissions for pulmonary embolism. *Journal of thrombosis and thrombolysis*, *42*(4), 513-519.

Weeda, E. R., Kohn, C. G., Fermann, G. J., Peacock, W. F., Tanner, C., McGrath, D., ... & Coleman, C. I. (2016b). External validation of prognostic rules for early post-pulmonary embolism mortality: assessment of a claims-based and three clinical-based approaches. *Thrombosis journal*, *14*(1), 1-9.

Weeda, E. R., White, C. M., Peacock, W. F., & Coleman, C. I. (2016c). Rates of major bleeding with rivaroxaban in real-world studies of nonvalvular atrial fibrillation patients: a meta-analysis. *Current medical research and opinion*, *32*(6), 1117-1120.

Yao, X., Abraham, N. S., Sangaralingham, L. R., Bellolio, M. F., McBane, R. D., Shah, N. D., & Noseworthy, P. A. (2016). Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation. *Journal of the American Heart Association*, *5*(6), e003725.

USCA5 1582

# EXHIBIT "A"

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 38 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/19 Page 39 of 161

Page **1** of **91**

# Curriculum Vitae
# William Franklin Peacock, IV, MD, FACEP

July 11, 2015

## I.    General Biographical Information

### A.    Personal

Date of Birth:          ███████████

Education:          1977-81     BS     Alma College
                    1981-85     MD     Wayne State University
                    1985-88            William Beaumont Hospital
                                       Emergency Medicine Residency

                    Board Eligibility/Certification
                    1991            Inducted FACEP
                    1990            ABEM Written & Oral Boards        # 881176

### B.    Academic Appointments

**Current Faculty Positions:**  Baylor College of Medicine

**Previous Faculty Positions:**  (at other institutions)

2009-2012 Professor, Cleveland Clinic Lerner College of Medicine / Case Western
          Reserve University, Cleveland, OH

2004-2009 Associate Professor, Cleveland Clinic Lerner College of Medicine / Case
          Western Reserve University, Cleveland, OH

1996-2005 Clinical Faculty, Metro Health Medical Center, Department of Emergency
          Medicine, Cleveland, OH.

1996-2008 Associate Professor, Department of Emergency Medicine, Ohio State
          University, Columbus, OH.

1994-2004 Assistant Professor, Cleveland Clinic Lerner College of Medicine / Case
          Western Reserve University, Cleveland, OH

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 39 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 39 of 161

Page **2** of **91**

1992-1994 Clinical Faculty, Department of Surgery, University of Michigan, Ann Arbor, MI.

1988-1994 Attending Physician, Emergency Department, William Beaumont Hospital, Royal Oak, MI.

**Current courtesy Faculty Appointments at other institutions:** none

**C. Other advanced training/experience: (with locations, dates and sources of support)**

     1.        Formal Sabbatical:
     2.        Other specialized training following academic appointment:

**D. Other information**

**Honors or Awards:**

2010    American College of Emergency Physicians Best Research Paper Award

2008    American Association of Clinical Chemistry, Outstanding Speaker Award

2007    American Association of Clinical Chemistry, Outstanding Speaker Award

2006    American Association of Clinical Chemistry, Outstanding Speaker Award

2004    American College of Emergency Physicians Best Research Paper Award

2004    Recognition and Congratulations from the Ohio House of Representatives for Excellence in Research

2004    Silver and Gold Award, Cleveland Police and Fire Departments, for The Event Medicine Program

2002    The Codman Award. Sponsored by JCAHO; for implementation of system wide improvements in the use of ACEI's for heart failure patients

2001    Association of Group Medical Association, Models of Excellence Award. Innovations in Caring for High Risk Patients: for the care of heart failure.

1989    Teacher of the Year, Department of Emergency Medicine, William Beaumont Hospital, Royal Oak, MI.

**Other non-academic positions:**
**Administrative positions:**

1994-2012    Vice-Chair, Emergency Services Institute, The Cleveland Clinic

USCA5 1585

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 40 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 40 of 161

Page **3** of **91**

| | |
|---|---|
| 1996-2012 | <u>Medical Director, Event Medicine</u>: |
| | 2000 - 2012    Cleveland Browns Stadium |
| | 2002 - 2012    Cleveland Cavaliers Quicken Loans Arena |
| | 2003 - 2012    Cleveland Indians Progressive Field |
| | 2008              International Children Olympics |
| | 2004, 2005    Cleveland Gravity Games |
| 2005-08 | Director, Emergency Cardiology Research Fellowship |
| 2012-13 | Chief Medical Officer, Society of Cardiovascular Patient Care |
| 2011-12 | President, Society of Chest Pain Centers |
| 2010-11 | Vice President, Society of Chest Pain Centers |
| 2008-10 | Co-chair, National Heart Lung and Blood Institute Heart Failure Advisory Board |
| 2008-09 | Member SAEM Guidelines Committee |
| 2008 | Member, Search Committee for Chair, Department of Diagnostic Radiology, Cleveland Clinic |
| 2008-12 | Current Member, Society of Chest Pain Centers Research Committee |
| 2008-09 | Secretary/Treasurer, Society of Chest Pain Centers |
| 2007 | Member, Environmental Care Joint Commission Committee. |
| 2007 | Member, Pharmacy Committee, for JCAHO Response. |
| 2007-08 | Faculty, The Heart Course. |
| 2007 | Program Chair, Society of Chest Pain Centers and Providers, Annual Congress |
| 2007-12 | Board of Directors, Hope for Honduras Orphanage |
| 2005-12 | Heart Failure Committee Chair, Society of Chest Pain Centers |
| 2000-08 | Chairman, Cleveland Clinic Emergency Preparedness Committee |
| 1998-05 | Cleveland Health Network Emergency Department Services Committee. |
| 1994-98 | Director of Clinical Operations, Department of Emergency Medicine, The Cleveland Clinic Foundation, Cleveland, OH. |

Case 2:12-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 41 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 41 of 161

Page **4** of **91**

1992-94    Associate Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak, MI.

1991-93    Chairman, Emergency Medicine Quality Assurance Committee, William Beaumont Hospital, Royal Oak, MI.

1989-92    Assistant Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak, MI.

## II    Research Information

### A.  Research Support (reported by funding received each year)

**2007 Funded Research ------------------------------------------**

| | |
|---|---|
| PI: Platelet reactivity in ED patients, Accumetrix, Inc | $40,000 |
| Site PI: CRUSADE Registry (DCRI) Can Rapid Risk Stratification of Unstable Angina Patients Suppress Adverse Outcomes with Early Implementation of ACC/Aha Guidelines: The Crusade National Quality Improvement Initiative | $40,000 |
| PI: Cobalt Albumin Binding for Cardiac Ischemia Marker study, Ischemia Technologies | $25,000.00 |
| Site PI:ADHERE Heart Failure Registry, Scios, Inc | $52,800.00 |
| PI: IMPACT study. Cardiodynamics, Inc | $76,000.00 |
| Site PI:Rescue-AMI, Aventis Pharmaceuticals, Inc | $48,000.00 |
| PI: Point of care cardiovascular ischemia marker efficacy, Biosite, Inc | $75,000.00 |
| PI: Serum Marker of acute Cerebrovascular accidents, Biosite, Inc | $75,000.00 |
| PI: PROACTION Trial, Scios, Inc | $86,000.00 |
| Site PI: Internet Tracking Registry for Acute Coronary Syndromes, Cor Pharmaceuticals, Inc | $3,000.00 |
| Site PI: Early Trial, Cor Pharmaceuticals, Inc. | $34,000.00 |
| Site PI: ST Guard. Marquette Co. | $30,000.00 |
| PI: Evaluation of the Clinical Performance of the Triage Cardiac Plus Device Cardiac Plus, Biosite, Inc. | $35,000.00 |

USCA5 1587

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 42 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 42 of 161

Page **5** of **91**

PI: Clinical Utility of Biomarkers in the Assessment of
Cerebrovascular Disease, Biosite, Inc                                    $75,000.00

PI: OFFLOAD, Continuous Ultrafiltration versus Standard Therapy
for the Treatment of Acute Decompensated Heart Failure in the
Emergency Department Observation Unit, CHF Solutions, Inc.               $269,377.55

Site PI: FFAu in ACS (OCD); The Concentration of Unbound Free
Fatty Acid (FFAu) In Patients who present to the Emergency
Department with Emphasis on Patients with Acute Coronary
Syndromes. Ortho Clinical Diagnostics, Inc.                             $95,052.76

PI: IMAGINE: ACB Test for Ischemia; The Evaluation of the
Albumin Cobalt Binding Test for Use as an Aid to the Diagnosis
of Cardiac Ischemia. Ischemia Technologies, Inc.                        $30,171.00

PI: Troponin Pilot (DCRI); Crusade "Vein to Brain" Troponin
Quality Assessment Survey: Cor Therapeutics: Inc                       Non-funded

Site PI: Heard-IT, Innovise, Inc.                                       $44,320

National PI: MIDAS; MPO in the Diagnosis of AMI, Biosite, Inc          $21,871

PI: Observation Unit nesiritide, Scios, Inc                             $20,800

PI: IMA registry, Wampole, Inc                                          $1725

Site PI: STAT REGISTRY: Studying the treatment of acute
hypertension STAT, The Medicine's Company                              $27,000

Site PI: ARROW: Multi-center Study of the Utility of Myeloperoxidase
(MPO), Cardiac Placental Growth Factor (cPIGF), Choline,
and other Novel Cardiac Biomarkers in the Assessment of Risk in
Patients with Suspected Acute Coronary Syndromes, Abbott, Inc.         $58,716

Site PI: Rescue, Aventis, Inc.                                          $6,888

Site PI: IMA sepsis, Inverness, Inc                                     $7,400

Site PI: Velocity, The Medicines Co                                     $18,960

Site PI: Leukotrienes for Asthma, Sepracor, Inc                        $38,950

Site PI: Immulyte, Siemens, Inc.                                        $19,126

PI: Pulmonary effect of nesiritide in CHF, Scios, Inc.                  $6,700

PI: Abdominal pain markers, Biosite, Inc                                  $16,240

**2008 Research funding ---------------------------------------------------------**

National PI: Best Expert Agreement for Care of Occult MI
Nationally (BEACON) Registry, Heartscape, Inc.
10 million total funding over 4 years                                     $2.5 million

PI: MIDAS, Myeloperoxidase and Multimarkers in the Diagnosis of
Acute of Coronary Syndrome, Biosite, Inc                                  $17,550

Site PI. Biomarkers in Acute Heart Failure (BACH).                        $77,725
Site PI. Pro-BNP for Diagnosis and Prognosis in Patients Presenting
with Dyspnea. Roche, Inc.                                                 $28,000.

Site PI. Evaluation of the Effect of Ultrashort-Acting Clevidipine
in the Treatment of Patients with Severe Hypertension (VELOCITY),
The Medicine's Co.                                                        $28,000

Site PI. Multi-Center Study of the Utility of Myeloperoxidase (MPO),
Cardiac Placental Growth Factor (cPlGF), Choline, and other Novel
Cardiac Biomarkers in the Assessment of Risk in Patients with
Suspected Acute Coronary Syndrome (Arrow). Abbott, Inc.                   $150,000

Site PI. The Ischemia Modified Albumin In Diagnosing Ischemic
New Events (IMAGINE) Study. Ischemia Technologies, Inc.                   $67,500

Site PI. Zemiva for the Evaluation of Unclear Symptoms in
Acute Coronary Syndrome (Zeus). Molecular Insight, Inc.                   $16,000

**2009 Research funding ---------------------------------------------------------**

North American PI: CHOPIN: Copetin helps in the early
detection of patients with acute myocardial infarction. Brahms, Inc.     $67,000

Site PI: RELAX: A Phase 11/111, multicenter, randomized,
double-blind, placebo-controlled study to evaluate the safety and
efficacy of Relaxin in subjects with acute heart failure, Novartis, Inc.  $23,000

National PI, CLUE: Evaluation of IV Cardene(Nicardipine) and
Labetalol Use in the Emergency Depatment (CLUE), EKR, Inc.
Total funding for multicenter trial                                      $1,000,000

International PI: FASTRACK: Evaluation of the Clinical Utility of
a High Sensitivity Cardiac Troponin (cTn) Assay in Patients
Presenting to the Emergency Department with Signs and Symptoms
consistent with Acute Coronary Syndromes (ACS), Nanosphere, Inc.         $69,000

USCA5 1589

National PI: Best Expert Agreement for Care of Occult MI
Nationally (BEACON) Registry, Heartscape, Inc. 10 million
total funding over 4 years                                                    $1,000,000

National PI: Myeloperoxidase and Multimarkers in the Diagnosis
of Acute of Coronary Syndrome (Midas), Alere, Inc.                              $17,550

**2010 - 2011 Research funding** ---------------------------------------------

National PI: Multi-Markers in the Diagnosis of Acute Coronary
Syndrome (MIDAS) – Sample Procurement Cohort 3 (Midas 3).
Alere, Inc.                                                                      $44,350

Site PI: Emergency Department Sample Registry. Abbott, Inc                       $47,000

Site PI: A Phase 11/111, multicenter, randomized, double-blind,
placebo-controlled study to evaluate the safety and efficacy of Relaxin
in subjects with acute heart failure. Novartis.                                 $25,000

Site PI: Evaluation of the clinical utility of a high sensitivity cardiac
Troponin (cTnl) Assay in Patients presenting to the emergency
department with signs and symptoms Consistent with Acute
Coronary Syndromes (ACS). Roche, Inc                                             $66,000

Site PI: Immulite and Centaur Platforms: D Dimer: Exclusion
Claim External Sites Clinical Protocol. Siemens, Inc.                            $42,000

International PI: A Safety and Efficacy Study of Blood Pressure
Control in Acute Heart Failure – A Pilot Study (PRONTO),
The Medicine's Company                                                          $12,741

International Co-PI: Copeptin helps in the early detection of patients
with acute myocardial infarction (Chopin). Brahm's, Inc.                        $33,000

Site PI: A placebo controlled, randomized, double-blind, fixed-dose,
multicenter, phase 11b study to investigate the efficacy and tolerability
of BAY 58-2667. Bayer, Inc.                                                      $7,162

Site PI: Action Registry, Acute Coronary Treatment and Intervention
Outcomes Network.                                                                $6,000

Site PI: Multi-Center Study of the Utility of Myeloperoxidase (MPO),
Cardiac Placental Growth Factor (cPIGF), Choline, and other Novel
Cardiac Biomarkers in theAssessment of Risk in Patients with
Suspected Acute Coronary Syndrome. Abbott, Inc.                                 $38,000

National PI: Best Expert Agreement for Care of Occult MI

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 45 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 45 of 161

Page **8** of **91**

Nationally (BEACON) Registry, Heartscape, Inc. 10 million
total funding over 4 years                                         $1,000,000

Site PI. D-DIMER Exclusionary Clinical Study on Coagulation
and Chemistry Systems. Siemens, Inc.                         $14,000

Site PI: Romicat II grant/Acrin Blood substudy            $10, 400

**3.  Indicate what support, if any, would be transferred to BCM**
NONE

**B.  National Scientific Participation: (include dates and titles)**

**1.  Journal editorial boards, etc.**

| | |
|---|---|
| 2009-12 | Editorial Board, The Medical Roundtable. |
| 2009-12 | Member, Editorial Board, Senior Editor, Congestive Heart Failure |
| 2009-12 | Editorial Board: www.wikidoc.org |
| 2005-2012 | Editorial Board: Congestive Heart Failure |
| 1994-1998 | Editor, Topics in Emergency Medicine |
| 1993-1994 | Academic Editor, Michigan College of Emergency Physicians, News and Views |
| 1991-94 | Emergindex:  Section Editor |
| 1989-94 | Poisindex:  Section Editor. |

**2.  Review Panels, etc.**

Invited Journal Reviewer:
Clinical Chemistry
Journal of the American College of Cardiology
American Heart Journal
Congestive Heart Failure
Cleveland Clinic Journal of Medicine
JAMA
Academic Emergency Medicine

Reviewer, Research Proposals. National Medical Research Council (Singapore).
IRGmay035 – Use of high frequency 12 lead-ECG to predict adverse cardiac events
in patients presenting to the Emergency Department with chest pain/discomfort with
non diagnostic ECG and normal Troponin level. September 3, 2007

USCA5 1591

Reviewer, National Medical Research Council (Singapore), 2008

Reviewer, Research proposals: Food and Health Bureau, Government Secretariat. The Government of the Hong Kong special Administrative Region, The People's Republic of China. June 2010.

Task Force Member. The Joint Commission in collaboration with the American Heart Association. Advanced Certification in Heart Failure Care Task Force. July, 28-29, 2010.

Member, American College of Cardiology Foundation NCDR Management Board, ACTION Registry –GWTG Quality Improvement (QI). March 2010.

Member, Executive Committee, AKINESIS, 2010.

Abstract Reviewer, European Society of Cardiology, 2010.

Member, Romicat II, Executive AdvisoryCommittee, 2010.

Moderator, Society of Academic Emergency Medicine Annual Meeting, Pulmonary Embolism Session, 2011.

Grant Reviewer: US NIH-SBIR grant program. 2011-12

2. **Professional societies, etc., elected positions, etc.**

   **Memberships:**

   American College of Emergency Physicians

   Society of Academic Emergency Medicine

   Society of Chest Pain Centers and Providers

   Ohio College of Emergency Physicians

   Academy of Emergency Medicine

   **State and National Offices:**

   2012-13    Chief Medical Officer, Socity of Chest Pain Centers and Providers

   2011-12    President, Society of Chest Pain Centers and Providers

   2010-11    Vice President, Society of Chest Pain Centers and Providers

   2009        Secretary Treasurer, Society of Chest Pain Centers and Providers

| | |
|---|---|
| 2008 | Program Director, Society of Chest Pain Centers and Providers 11th Annual Congress |
| 2008 | National Heart Lung Blood Institute, Cardiac Imaging, Expert Panel, |
| 2008 | Chairman, Atrial Fibrillation committee for Society of Chest Pain Centers |
| 2008-10 | Co-Chair, Steering Committee, Euro-STAT |
| 2008 | FDA Advisory Committee Member / Consultant. American Association for Clinical Chemistry Conference for Development of Cardiac Troponin. March 4, 2008. |
| 2007 | Faculty, Recent Advances in the ED Management of Cardiovascular Emergencies, Sponsored by the University of Massachusetts Medical School |
| 2007 | Faculty, Strategies and Therapies for Reducing Ischemic and Vascular Events |
| 2007-10 | Society for Academic Emergency Medicine (SAEM) Guidelines Committee |
| 2007-08 | Chairman, 2008 Program Committee, Society of Chest Pain Centers |
| 2007-08 | Chairman, Heart Failure Guideline Committee, Society of Chest Pain Centers |
| 2005-06 | Society for Academic Emergency Medicine (SAEM) Industry Relations Task Force |
| 2005-12 | Board of Trustee's Society of Chest Pain |
| 2005-09 | Faculty, The Heart Course, Brigham and Women's Hospital, Boston, MA |
| 2005 | ACEP Ad-hoc Policy Review Committee: Asymptomatic Hypertension |
| 2005 | ACEP Ad-hoc Policy Review Committee: ACS/NSTEMI Guidelines |
| 2005 | Secretary, Research Section, American College of Emergency Physicians (ACEP) |
| 2005 | Chairman, The Cleveland Clinic Foundation, Emergency Preparedness Committee. |
| 2005-06 | Board of directors: Society of Chest Pain |

USCA5 1593

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 48 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 48 of 161

Page **11** of **91**

| | |
|---|---|
| 2004 | Secretary: Research Section, American College of Emergency Physicians |
| 2004-05 | Steering Committee: Initiate Heart Failure Education Program, University of Michigan |
| 2004-05 | Co-chairman: IMPACT AM Education Program, Medical Decision Point |
| 2003-06 | Chairman, The Society of Chest Pain Centers and Providers, Heart Failure Subcommittee |
| 2003-04 | Chairman: The Cleveland Clinic Annual Emergency Cardiology Meet at the Summit Conference |
| 2003-07 | Steering Committee: ADHERE Decompensated Heart Failure Registry |
| 2002-07 | Executive Steering Committee: CRUSADE Registry |
| 2002-12 | Steering Committee, Emergency Medicine Cardiac Research and Education Group, International |
| 1999-01 | Society of Academic Emergency Medicine, National Affairs Task Force |
| 1998-00 | Steering Committee: The Society of Chest Pain Centers and Providers. |
| 1997-98 | Society of Academic Emergency Medicine, Future of Emergency Medicine Committee |
| 1993-94 | Michigan College of Emergency Physicians, Board of Directors. |
| 1993-94 | Michigan College of Emergency Physicians, Program Committee. |
| 1993-94 | Michigan College of Emergency Physicians, Education Committee. |
| 1993-95 | American College of Emergency Physicians, Residency Committee |
| 1993-95 | Society of Academic Emergency Medicine, Residency Committee |
| 1991-93 | Michigan College of Emergency Physicians, Legislative Committee. |
| 1990-94 | Society of Academic Emergency Medicine, Council of Emergency Medicine Residency Directors, Alternate member. |
| 1990-94 | American College of Emergency Physicians, Section of Residency Directors, Alternate member. |

4.   **Invited lectures, presentations, research seminars:**

**Presentations at National, Regional, and State Meetings:**

Lidocaine Levels During Closed Chest Cardiac Massage in Dogs; ACEP Scientific Assembly, Traverse City, MI, July, 1987.

Pharmacology I; EXPO, Michigan State Paramedic Conference, Kalamazoo, MI, 1988.

Pharmacology II; EXPO, Michigan State Paramedic Conference, Kalamazoo, MI, 1988.

Gastric Decontamination; Emergencies in Medicine Conference, Boyne, MI, Feb. 1989.

Gastric Decontamination; Emergencies in Medicine Conference, Park City, UT, March 1989.

Traumatic Rupture of the Aorta: Combined Surgical/Emergency Medicine Grand Rounds, William Beaumont Hospital, Royal Oak, MI, 1990.

Post-Splenectomy Sepsis: Combined Surgical/Emergency Medicine Grand Rounds, William Beaumont Hospital, Royal Oak, MI.  1990

Cardiac Disease in the Alcoholic Patient; Emergencies in Medicine Conference, Boyne, MI., Feb 1990.

Toxicology of Cyanide; Emergencies in Medicine Conference, Boyne, MI., Feb 1990.

Cardiac Disease in the Alcoholic Patient; Emergencies in Medicine Conference, Park City, UT. March 1990.

Toxicology of Cyanide; Emergencies in Medicine Conference, Park City, UT, March 1990.
Current Trends in Toxicology; Emergencies in Medicine Conference, Park City, UT, March 1991.

Case Presentation Conference, Discussant; Society for Academic Emergency Medicine Annual Meeting, Washington DC, May 1991.

Current Trends in Toxicology; Emergencies in Medicine Conference, Park City, UT, March 1992.

Current Controversies in Toxicology; Emergencies in Medicine Conference, Park City, UT, March 1993.

Controversies in Toxicology; Emergencies in Medicine Conference, Park City, UT, March 1994.

Toxicology Emergencies; Grand Rounds, St. Alexis Hospital, Cleveland, OH, Oct, 1994.

Frequent Errors in the Emergency Department Management of ENT Emergencies; Emergencies in Medicine Conference, Park City, UT, March 1995.

USCA5 1595

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 50 of 161
Case 2:13-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 50 of 161

Page **13** of **91**

Acute Poisoning: Is There a Place for Extracorporeal Therapy, Intensive Care Nephrology and Chronic Dialysis Therapy Update Conference, The Cleveland Clinic, Cleveland, OH, April, 1995.

Frequent Errors in the Emergency Department Management of Toxicologic Emergencies; Emergencies in Medicine Conference, Park City, UT, March 1996.

Approach to the Undifferentiated Poisoned Patient, Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland, OH, April 1996.

Extracorporeal Therapy in the Poisoned Patient: Emergencies in Medicine Conference, Park City, UT, March 1997.

Predictors of Unsuccessful Treatment for Congestive Heart Failure in the Emergency Department Observation Unit. 7th Annual Midwest Regional Emergency Medicine Research Symposium, Akron, OH, April, 1997.

Predictors of Unsuccessful Treatment for Congestive Heart Failure in the Emergency Department Observation Unit. Society for Academic Emergency Medicine Annual Meeting, Washington DC, May, 1997.

Lower Extremity Trauma, Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland, OH, June 1997.

Advances in Toxicology. Emergencies in Medicine Conference, Park City, UT, March 1998.

Inpatient Versus Outpatient Management of Heart Failure. International College of Emergency Physicians Annual Meeting, March 1998.

Inpatient Versus Outpatient Management of Heart Failure. 8th Annual Midwest Regional Emergency Medicine Research Symposium, Columbus, OH, April 1998.

Troponin T: Insensitive for Outcome Prediction in Low Risk Suspected Acute Coronary Syndrome ED Observation Unit Patients. 8th Annual Midwest Regional Emergency Medicine Research Symposium, Columbus, OH, April 1998.

Normal CK with Elevated CK MB Predicts Increase Complication Rate in Patients with Suspected Acute Coronary Syndromes. 8th Annual Midwest Regional Emergency Medicine Research Symposium, Columbus, OH, April 1998.

Troponin T: Insensitive for Outcome Prediction in Low Risk Suspected Acute Coronary Syndrome ED Observation Unit Patients. Society for Academic Emergency Medicine Annual Meeting, Chicago, Ill, May 1998.

USCA5 1596

Normal CK with Elevated CK MB Predicts Increase Complication Rate in Patients with Suspected Acute Coronary Syndromes. Society for Academic Emergency Medicine Annual Meeting, Chicago, IL, May 1998.

Otolaryngologic Emergencies, Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland, OH, Oct 1998.

Inpatient Versus Emergency Department Observation Unit Management of Heart Failure. American College of Emergency Physicians Research Forum. San Diego, CA, Oct 1998.

Patient Outcome After Implementation of an Acute Heart Failure Management Program in an Emergency Department Observation Unit. Heart Failure Summit IV. Cleveland, OH. Oct. 1998.

Heart Failure, Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland, OH, Nov 1998.

What's New in Heart Failure. Emergencies in Medicine Conference, Park City, UT, March 1999.

Patient Outcome and Costs after Implementation of an Acute Heart Failure Management Program in an Emergency Department Observation Unit. International Society of Heart and Lung Transplantation. San Francisco, CA. April, 1999.

Outcomes After Stress Testing in CDU Patients with Suspected Acute Coronary Syndromes. Society for Academic Emergency Medicine Annual Meeting, Boston, MA, 1999.

Cardiac Revascularization. Emergency Medicine Grand Rounds. MetroHealth Medical Center. June 1999.

Troponin T: Implications for Clinical Practice. Panel Discussion at a Special Cardiology Grand Rounds. Department of Cardiology. The Cleveland Clinic. August 1999.

Heart Failure. Emergency Medicine Grand Rounds. MetroHealth Medical Center. Aug 1999.

Emergency Department Observation Unit Heart Failure Treatment Protocol Decreases Adverse Outcome Rates. Heart Failure Society of America Annual Meeting, San Francisco, CA, Sept 1999.

Bioimpedance Monitoring for Detecting Pulmonary Fluid in Heart Failure: Equal to Chest Radiography? Heart Failure Society of America Annual Meeting, San Francisco, CA, Sept 1999.
Emergency Department Observation Unit Heart Failure Treatment Protocol Decreases Adverse Outcome Rates. 72nd American Heart Association Scientific Session, Atlanta, GA, Nov 1999.

Case 2:12-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 52 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 52 of 161

Page **15** of **91**

Bioimpedance Monitoring for Detecting Pulmonary Fluid in Heart Failure: Equal to Chest Radiography? 72nd American Heart Association Scientific Session, Atlanta, GA, Nov 1999.

What's New in Heart Failure. Emergencies in Medicine Conference, Park City, UT, March 2000.

Urologic Stone Disease. Emergency Medicine Grand Rounds. MetroHealth Medical Center. May 2000.

Doubling of CKMB Predicts Increased Complication Rates. Society for Academic Emergency Medicine Annual Meeting, San Francisco, Ca, 2000.

Epistaxis and TMJ Disorders. Emergency Medicine Grand Rounds. MetroHealth Medical Center. May 31, 2000.

Introduction to Toxicology. Emergency Medicine Resident Lecture. July 11, 2000.

Emergency Department Perspectives: Opportunities in Heart Failure Treatment. Heart Failure Society of America, 2000 Annual Meeting, Boca Raton, FL.

What's New and Cool in Heart Failure. Emergencies in Medicine Conference, Park City, UT, March 2001.

The Incidence of Elevated Cardiac Enzymes in Decompensated Heart Failure. Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA, May 2001

Double Therapy: Thrombolytics and 2B3A Antagonists for Acute MI. Advance in the Care of Acute Coronary Syndromes. Emergency Medicine Cardiac Research and Education Group. Atlanta, GA, May 2001.

Orthostatic Changes in Bioimpedance Parameters Identify Decompensated Heart Failure in Emergency Department Patients. Heart Failure Society of America, Washington D.C., September, 2001.

Advances and the Treatment of CHF. Emergency Medicine Research and Education Group. St. Louis, MO 2002.

What you can do about CHF. Emergency Medicine Research and Education Group. Seattle, WA 2002.

The Use of the CPC for the Management of CHF. Fifth Annual Society of Chest Pain Centers and Providers. New Haven, CT 2002.

St. Marks Hospital, Salt Lake City, UT, March 5, 2002, Grand Rounds: BNP: Ready for Prime Time.

Detroit Receiving Hospital, Detroit, MI, March 28, 2002, Emergency Department Grand Rounds: BNP: Ready for Prime Time.

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 53 of 161
Case 2:13-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 53 of 161

Page **16** of **91**

University of North Carolina, Charlotte, NC, April 24, 2002, Emergency Department Grand Rounds: BNP: Ready for Prime Time.

Mid-America Heart Institute, Kansas City, MO. May 22, 2002, Grand Rounds: BNP: Use in the Observation Unit.

AMI in the ED. Advanced Preceptorship in Cardiovascular Medicine. May 29 – June 2, 2002.

Leheigh Valley Hospital, Allentown, PA, Department of Emergency Medicine, July 18, 2002, Grand Rounds: Heart Failure Diagnosis.

Leheigh Valley Hospital, Allentown, PA, Department of Emergency Medicine, July 18, 2002, Grand Rounds: BNP: Ready for Prime Time.

Course Director: Combination Therapy for Acute Myocardial Infarction Guidelines. Centocor Roundtable Discussion. August 22, 2002, Cleveland OH.

Hartford Hospital, Hartford, CT, Department of Cardiology Grand Rounds, August 20, 2002.  BNP: Ready for Prime Time.

MetroHealth Medical Center/The Cleveland Clinic Departments of Emergency Medicine, Grand Rounds, August 28, 2002, Atrial Arrhythmias

NHS Hospital, Omaha, NB, September 6, 2002, Grand Rounds: BNP: Ready for Prime Time.

AMI in the ED: Latest Developments in Fibrinolytic Therapy. The Latest Developments in Thrombolysis. Satellite symposium to ACEP Annual Scientific Assembly. Seattle, WA, Nov, 2002.

Acute Decompensated Heart Failure: the Economics and Treatment. Satellite Symposia, American Society of Hospital Pharmacists Annual Meeting. Atlanta, GA. December 2002.

American Society of Hospital Pharmacists. Emergency Department Treatment of Acute Decompensated Heart Failure.  December 9, 2002, Atlanta, GA

Observation Medicine and Heart Failure and Nesiritide in Heart Failure Emergency Medicine Grand Rounds, Saginaw MI, January 21, 2003.

Congestive Heart Failure Symposium. Assessment and Treatment of Heart Failure in the Emergency Department. Texas Transplant Institute. San Antonio, TX, Feb 7, 2003.

Emergencies in Medicine, March 5, 2003. Salt Lake City. "The Newest Stuff in Heart Failure".

BNP and Congested Heart Failure. Grand Rounds Buffalo General Hospital, April 22, 2003.

BNP and Heart Failure, San Francisco, CA, May 9, 2003, Society for Chest Pain Centers and Providers Satellite Symposium.

USCA5 1599

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 54 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 54 of 161

Page **17** of **91**

Society of Chest Pain Centers and Providers. May 10, 2003. San Francisco CA. Expanding the Role of the Chest Pain Center: Applying lessons learned from chest pain management to improving stroke in congestive heart failure care.

Perspectives on the Diagnosis of Ischemia. Boston, MA, May 29, 2003.

Lytics in the Living Room: Improving Outcomes with Prehospital Thrombolysis. Canadian Heart Research Centre, 6th Annual Symposium, Toronto, Ontario, June 1, 2003.

The primary cares physician's role in bioterriosm and response. National Foundation for Infectious Disease. A course for practicing clinicians. June 6, 2003, Cleveland OH.

Heart Failure in the ED: Getting it Right, Diagnostic Challenges and Options. Emergency Medicine and Cardiology: The Critical Interface. The Cleveland Clinic June 14, 2003

Therapeutic Ultrafiltration for the Management of Fluid Overload: Current and Future Role. The Offload Study. September 2003

Impedance Cardiography (ICG): The Next Vital Sign Technology for the ED. American College of Emergency Physicians Annual Scientific Assembly. Co-chairs: WF Peacock, RL Summers. October 2003, Boston, Massachusetts.

Managing Cardiac Emergencies: 2003. American College of Emergency Physicians Annual Scientific Assembly, October 2003, Boston, Massachusetts.

Perspectives on the Diagnosis of Ischemia. American College of Emergency Physicians Annual Scientific Assembly, October 2003, Boston, Massachusetts.

ADHERE: Improving Heart Failure Treatment. Key Biscayne, FL, Oct 3-5, 2003

Emergency Therapy in Heart Failure: South Pointe Hospital, Cleveland, OH, Oct 9, 2003.

Ischemia Modified Albumin: Education and Usage, Boston, MA, Oct 13, 2003.
The Use of BNP in the Emergency Department. Boston, MA, Oct 14, 2003.

Impedance Cardiography in the Emergency Department, Boston, MA, Oct 14, 2003.

New Directions in Heart Failure Care. Boston, MA, Oct 14, 2003.

Emerging Trends in Heart Failure, Louisville, KY. Unitech program. Oct 24, 2003.

Decongesting the ED, Warren, OH, Nov 11, 2003.

BNP: Ready for Prime Time. Maui, HI, Dec 9, 2003

BNP: Ready for Prime Time. Honolulu, HI, Dec 10, 2003.

Take it to the Heart: from heart failure to cardiogenic shock. The Institute for Emergency Medical Education. Washington Chapter of the American College of Emergency Physicians. Current Concepts in Emergency Care, 24th edition. Wailea Marriott Resort, Maui Hawaii, December 10, 2003.

Oh my aching face! ENT for the ED. The Institute for Emergency Medical Education, Washington Chapter of the American College of Emergency Physicians. Current

USCA5 1600

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 55 of 161
Case 2:13-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 55 of 161

Page **18** of **91**

Concepts in Emergency Care, 24th edition. Wailea Marriott Resort, Maui Hawaii, December 11, 2003.

Acute Decompensated Heart Failure: Exciting New Treatment Options. Live Web Conference with Telephone Audio, January 2004.

BNP: Ready for Prime Time. Dayton, OH, Feb 17, 2004.

Management of Heart Failure in the Emergency Department, February 19, 2004.

The ADHERE Registry Investigator Meeting: Stat Diagnosis and Treatment of heart failure. February 20-22, 2004, Atlanta GA.

BNP: Ready for Prime Time. Salt Lake City, UT. Mar 3, 2004.

BNP: Ready for Prime Time. Salt Lake City, UT. Mar 5, 2004.

Impedance Cardiography: Centers for Medicare and Medicaid Studies, Mar 15, 2004.

New Treatments for Heart Failure. Orlando, FL, Mar 30, 2004.

Heart Failure: The ED Can Finally Make A Difference. Park City Emergencies in Medicine Conference, March 2004. Park City, Utah.

The ADHERE: STAT Diagnosis and Treatment of Heart Failure, April 16-18, 2004. Fairmont Olympic Hotel, Seattle Washington.

Advancing the Standard of Care: Cardiovascular Emergencies and Advancing the Standard of Care: Neurovascular Emergencies, May 17, 2004, Emergency Medicine Cardiac Research and Education Group, Audio Digest Foundation.

Rapid identification and treatment of high-risk chest pain patients: the CRUSADE initiative. May 11, 2004, International Hotel, Cleveland OH.

Presented at the Emergency Medicine / Cardiac Research and Education Group Conference, May 17, 2004.

Advancing the standard of care: cardiovascular and neurovascular emergencies. May 17-18, 2004, Wyndham Place Resort and Spa. Orlando FL.

New Treatments for Heart Failure. Sarasota, FL, May 18, 2004.

New Treatments for Heart Failure. Orlando, FL, May 19, 2004.

BNP: Ready for Prime Time, Evansville, IL, June 8, 2004.

New Treatments for Heart Failure. Emergency Medicine Grand Rounds, University of Massachusetts, June 16, 2004.

The ADHERE Registry: Improving the Medical Management and Quality of Care of Heart Failure Patients. New Orleans, LA, July 16, 2004.

USCA5 1601

BNP: Role in Heart Failure Diagnosis. Toronto, Ontario, Sep 14, 2004.

Advances in Heart Failure. Emergency Medicine Grand Rounds. Sagamore Hills Hospital, Cleveland, OH, Sep 16, 2004.

Emergency Department Management of the Patient Presenting with Chest Pain. CCF Heart Center Program for Visiting Professors (Korea, Taiwan, and Malaysia). Cleveland, Ohio, October 5, 2004.

Managing Cardiovascular Emergencies. Department of Emergency Medicine and Cardiology. Renaissance Cleveland Hotel, Cleveland OH, October 5, 2004.

Advances in Heart Failure. The Role of Pharmacotherapy. San Francisco Marriott, San Francisco CA, October 16, 2004

What Do the Numbers Mean? A CME Symposium on Cardiac Markers. The W Hotel, San Francisco CA, October 17, 2004.

EMCREG International. Advancing The Standard of Care: Cardiovascular Neurovascular Emergencies and Point-of-Care Testing. San Francisco CA, October 17-19, 2004.

Cost Effective Management of Acute Decompensated Heart Failure. HCA Clinical Cardiovascular Management Network. Surge to Excellence, Ponte Vedra, FL, October 21, 2004.

Heart Failure With an Elevated Troponin is Associated with Increased Morbidity and Mortality: An ADHERE Registry Analysis. ACEP Research Forum. October 18, 2004. San Francisco CA.

Early Use of Nesiritide in the Emergency Department is Associated with Improved Outcome: An ADHERE Registry Analysis. ACEP Research Forum. October 18, 2004. San Francisco CA.

Biosite National Sales Meeting. Palm Springs, FL 2004.

IMPACT Forum, Cleveland OH, November 30, 2004.

Heart Failure. Emergency Medicine Grand Rounds, Albert Einstein Medical Center, November 25, 2004.

Atrial Arrhythmias. Emergency Medicine Grand Rounds, MetroHealth Medical Center.

Advances in Heart Failure. The Institute for Emergency Medical Education and Washington Chapter of the American College of Emergency Physicians. 25th Silver Anniversary Edition. Current Concepts in Emergency Care, Marriott Wailea Resort, Maui Hawaii, December 5-10, 2004.

The Emergency Department Evaluation of Acute Dyspnea. Biosite Annual Meeting. Palm Springs 2004.

2nd Asian Pacific Congress of Heart Failure Symposium. Understanding Sick Hearts: New and Evolving concepts of Heart Failure. Singapore, January 10, 2005.

Acute Decompensated Heart Failure. Lakewood Hospital Emergency Medicine Grand Rounds. Cleveland OH, January 12, 2005.

Vascular Emergencies. The Heart Course Emergency. Miami FL, February 18-20, 2005.

Heart Failure. The Heart Course Emergency. Miami FL, February 18-20, 2005

Heart Failure. Sixteenth Annual Emergency Medicine for the Critically Ill and Injured Conference. Orlando FL, February 23-26, 2005.

Emergency Diagnosis and Treatment of ADHF. EMCREG Satellite symposium of ACEP, Spring Congress. Royal Pacific Resort. Universal Orlando, Orlando FL. March 4, 2005.

CRUSADE Quality Initiative and Biomarkers. Biomarkers in Heart Disease: What Every Health Care Practitioner Needs to Know.  La Jolla CA, March 26, 2005.

Whats New in Heart Failure. Emergencies in Medicine, 23rd Edition. The Lodge at the Mountain Village, Park City, UT, March 7, 2005.

Emerging Therapies for the Treatment of Acute Decompensated Heart Failure. Brown Palace Hotel, Denver CO, March 12, 2005.

Non-ST Segment Elevation MI – The Standard of Care and Where we Need to Improve. Intercontinental Hotel, Cleveland OH, April 26, 2005.

Ventricular Arrhythmias. Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland OH, April 13, 2005.

The Impact of Rapid Biomarkers for Enhancing Cardiovascular Patient Management. Satellite Symposium to the Society of Chest Pain 8th Annual Congress. Orlando, FL, April 28, 2005.

The Diagnostic, Prognostic, and Therapeutic Roles of BNP in the Management of Heart. Atlanta GA, May 6, 2005.

Heart Failure Therapy. Emergency Medicine Cardiac and Education Group. Cardiovascular and Neurovascular Emergencies. SAEM Satellite Symposium. New York City, NY. May 23, 2005.

Acute Decompensated Heart Failure in the Emergency Department Observation Unit, June 16, 2005, Rochester, NY, University of Rochester Observation Unit Conference.

The Diagnostic Prognostic and Therapeutic Roles of BNP in the Management of Heart Failure: Center for Health Care Education, University of California, San Diego, June 18,

2005.

Cardiology Grand Rounds: Observation Unit Care – A New Paradigm in the Treatment of Acute Decompensated Heart Failure, July 15, 2005. Flagler Hospital, St. Augustine, FL.

Early Vasoactive Therapy and Clinical Outcomes in Patients with Heart Failure. Cardiology Grand Rounds, Henry Ford Hospital, July 14, 2005

Cardiology Grand Rounds, Management of Acute Decompensated Heart Failure. St. Mary's Hospital, Reno, NV, September 1, 2005

Diagnosis and Management of Acute Decompensated Heart Failure, Cardiology Grand Rounds, University of California-Davis, Sacramento, September 2, 2005.

The Use of Heart Sounds for Early Diagnosis in Acute Decompensated Heart Failure. Center for Medicare and Medicaid Studies, September 13, 2005.

Proteins for Profit and Fun! The Institute for Emergency Medical Education and the Washington Chapter of the American college of Emergency Physicians. Wailea Marriott, Maui, Hawaii, December 4-9, 2005.

Proteins for Profit and Fun! The Institute for Emergency Medical Education and the Washington Chapter of the American college of Emergency Physicians. Wailea Marriott, Maui, Hawaii, December, 2005

Myths and Miracles in Acute Heart Failure: What Do We Really Know? The Institute for Emergency Medical Education and the Washington Chapter of the American college of Emergency Physicians. Wailea Marriott, Maui, Hawaii, December, 2005

San Francisco Focus Group on Emergency Cardiovascular Care. San Francisco, CA, December 15, 2005.

Whats New in Heart Failure. Emergencies in Medicine, 24th Edition. The Lodge at the Mountain Village, Park City UT, Feb 28, 2006

How to Achieve and Maintain Ideal Volume Status in Heart Failure Patients: Meet the Experts. American College of Cardiology, March 13, 2006.

Defining the Role of Thrombolytics in the Management of STEMI, Satellite Programs (CME), March 22, 2006.

Emergency Medicine Perspective on AMI, CHF, Hypertensive Urgencies, May 20, 2006, Cleveland Clinic, Preceptorship, Cardiovascular Coordinating Center. Cleveland, OH. The 2006 Heart Course  Harvard Medical School,  March 30, 2006, Miami, FL.

April 2006. American Medical Association. Coding and Procedural Terminology Meeting. Redefinition of Ionized Calcium, Speaker, W. Frank Peacock.

Emerging Non-Inflammatory Markers in Acute Care – MPO, IMA and Others. Second Annual Symposium. Biomarkers in Heart Disease: What Every Health Care Practitioner Needs to Know. San Diego Marriott Hotel and Marina, San Diego, CA, April 1, 2006.

U.S. News & World Report Health Summit: Emergency Preparedness. Panelist/Presenter. The View from Inside Major Medical Centers, April 18, 2006, Washington DC.

BNP Clinical Applications and Economic Consideration. (Audioconference) Biosite. April 27, 2006. Selecting the Right BNP for Your Institution, Clinical and Technical Consideration Conference. Boston MA

Moderator, Satellite Symposium at the Ninth Congress of Chest Pain Centers, May 4, 2006. The Evolving Role of MPO and Multimarker Strategies in the Evaluation of Cardiac diseases in the Emergency Department. Boston, MA

Society of Chest Pain Centers. Economic and Reimbursement of Heart Failure Care, Thursday, May 4, 2006.

Moderator, Heart Failure Program, Society of Chest Pain Centers, May 4, 2006.

Moderator, Heart Failure Program, Society of Chest Pain Centers, May 5, 2006. Peacock WF, Moffa, D. Oral Abstract Presentation. Electronically detected S3 in acute decompensated heart failure compared with physical examination and chest x-ray. May 5, 2006.

Leading Minds. Leading the Way in Clinical Performance. New Risk Stratification Models in Heart Failure and ACS Incorporating: BNP, TnI, Creatinine, BUN. May 5, 2006, Boston MA.

Heart Failure Program: Economics and Reimbursement of HF Care. Ninth Congress of Chest Pain Centers, Boston, MA, May 3-6, 2006

ED Performance Benchmarks….is the Tail Wagging the Dog? (Debate)SAEM Annual Meeting, May 18-21, 2006, San Francisco, CA.

Satellite Symposium Society of Academic Emergency Medicine. Controversies in Emergency Cardiology. Presenter: Battle of The Ischemia Markers. May 20, 2006, San Francisco, CA.

Moderator, Satellite Symposium Society of Academic Emergency Medicine. Controversies in Emergency Cardiology. Determining Hemodynamic Status Noninvasive vs Invasive Strategies. May 20, 2006, San Francisco, CA.

May 25, 2006. Cardiology Grand Rounds, Waukegan IL.

Cleveland Clinic Event Medicine Program Presents, Covering the Crowd: Current Concepts in Disaster Management. W. Frank Peacock, Speaker. Thrombolytics: Should They Be Considered Pre-hospital? June 7-8, 2006, Cleveland Ohio.

Canadian Association of Emergency Physicians International Conference of Emergency Medicine. Controversies in Acute Decompensated Heart Failure, June 4, 2006.

Discussion of Multimarker Testing & Myeloperoxidase (MPO) in ACS, June 29, 2006, Valley View, Ohio. Sponsored by The Center for Healthcare Education.

Floyd Memorial Hospital & Health Services Grand Rounds, July 18, 2006.Speaker on Current Controversies of Acute Decompensated Heart Failure Management.

Discussion of Multimarker Testing & Myeloperoxidase (MPO) in ACS. July 24, 2006, Chicago, IL. Sponsored by The Center for Healthcare Education.

Acute Coronary Syndromes: The Emergency Physician's View. American Association of Clinical Chemists Annual Meeting, Chicago IL, July 26, 2006.

American College of Cardiology. Satellite Program. Defining the Role Thrombolytics in the Management of ST-segment Elevation Myocardial Infarction. Satellite Program broadcasted on the Heart.org. (http://www.dheart.org\article\661279.d#).

September 10, 2006. Optimizing treatment strategies for multiple acute decompensated heart failure patient types. A case-based symposium. Heart Failure Society of America, Seattle WA.

September 12, 2006. How to Manage Acute Decompensated Heart Failure in the Emergency Department. How to Session. Heart Failure Society of America. Seattle, WA.

September 28, 2006. Heart Failure in the Emergency Department. Southpointe Hospital, Cleveland, OH.

October 9, 2006. Emergency Department Management of Acute Coronary Syndromes: Survive.

October 11, 2006. Selecting the right BNP for your institution. Clinical and Technical Considerations.

October 11, 2006. Strive Critical Pathways. Emergency Medicine Management of Acute Coronary Syndromes: Including the Observation Unit.

October 16, 2006. Moderator, ACS and Biomarker Debate: Which to choose, so the patient doesn't lose. American College of Emergency Physicians, New Orleans, LA.

Lessons Learned from the Recent Pandemic Flu Drill. Conducted at The Cleveland Clinic. Impact, Prevention, Response to Pandemic Avian Flu: A Discussion with Experts. Philadelphia, Pennsylvania. November 15, 2006

USCA5 1606

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 61 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 61 of 161

Page **24** of **91**

MetroHealth Emergency Department Grand Rounds, Cardiovascular controversies. November 22, 2006.

December 5, 2006. Tools for diagnosing and controversies in managing acute heart failure. Current Concepts in Emergency Cardiac Care, Maui, Hawaii.

December 13, 2006. Department of Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cardiac Biomarkers.

January 11, 2007. Emergency Department Management of Acute Coronary Syndrome. Myocardial Infarction. Lawrence, KS.

January 18, 2007. The AHA/ACC Guidelines: The View from the Emergency Department. Cleveland, OH.

January 30, 2007. Emergency Department Management of Myocardial Infarction. Brooklyn, NY

Rapid coronary reperfusion with a fibromylytic approach and ST-elevation myocardial infarction. February 8, 2007.

Rapid coronary reperfusion with a fibromylytic approach and ST-elevation myocardial infarction. February 22, 2007.

MPO, IMA, and other emergent acute markers. Third Annual Biomarkers in Heart Disease, University of California, San Diego. March 3, 2007.

Acoustic Cardiography and BNP Utility. 3rd Annual Biomarkers in Heart Disease, University of California, San Diego. March 4, 2007.

March 5, 2007. Emergencies in Medicine Conference, Conference Director.

March 7, 2007. Challenges and Controversies in the Management of Heart Failure. Emergencies in Medicine Conference. Park City, UT.

March 8, 2007. Lytics for PCI and Lytics versus PCI for STEMI. Emergencies in Medicine Conference, Park City, UT.

March 25, 2007. Troponin in Daily Practice: Do cardiologist and ED physicians agree? New Orleans, LA.

March 26, 2007. Lessons Learned from Katrina and Medical Aspects of Disaster Planning. American College of Cardiology, New Orleans, LA.

March 26, 2007. Thrombolytics in the management of myocardial infarction. Clinical Trial Results. American College of Cardiology, New Orleans, LA.

April 10, 2007. Heart Attacks: April 10th Edinburgh International Science Festival. Royal Scotland Museum. Heart Attacks: Killers in Disguise. Edinburgh, Scotland.

April 14, 2007. Emergency Department and interventional cardiology teams for acute coronary syndromes expert panelists.

Moderator, Heart Failure Management in the ED Program, Tenth Congress of Chest Pain Centers, Nashville TN, April 27, 2007.

Late-breaking Clinical Trials: Recent literature stolen from other conferences. Tenth Congress of Chest Pain Centers, Nashville TN, April 27, 2007.

New Strategies for Acute Decompensated Heart Failure. Newark NJ, May 8, 2007.

A New Paradigm in the Treatment of Acute Decompensated Heart Failure. Emergency Department Grand Rounds, Hackensack University Medical Center, Hackensack NJ, May 9, 2007.

Observation Unit Heart Failure Management, Emergency Department Grand Rounds, Overlook Hospital, Newark NJ, May 9, 2007/

ST-segment elevation myocardial infarction management. A Life Flight Annual Conference, Cleveland Ohio, May 10, 2007.

Diagnosis and Management of Heart Disease: The Emergency Physician's Dilemma, The Cardiac Spectrum: Risk Assessment Diagnosis and Management, The American Association of Clinical Chemist, Chicago IL, May 11, 2007.

Risk Stratification Acute Myocardial Infarction, Cardiology Grand Rounds, Research Center Hospital, Kansas City MO, May 30, 2007.

Acute Risk Stratification Myocardial Infarction, Kings Daughter Hospital, Cardiology Grand Rounds, Ashland KY, May 30, 2007.

BNP: Who Needs It? Debate at the Heart Failure Club, Ohio State University, Columbus OH. May 31, 2007.

Appropriate Use of Therapies in Acute Decompensated Heart Failure Based on Patient Specific Characteristics at the Updates in Cardiology Conference, Chicago IL, June 1, 2007.

State of the Art Lecture, Use of Integrated Biomarkers and Acute Chest Pain, Second International Symposium of Integrated Biomarkers in Cardiovascular Disease. Berlin Germany, June 22, 2007

State of the Art Lecture, Inflammatory Diseases of the Heart. Panel Discussant. Second International Symposium of Integrated Biomarkers in Cardiovascular Disease. Berlin Germany, June 22, 2007

USCA5 1608

Managing Low Level Troponin. The American Association of Clinical Chemist, Annual Meeting. July 15, 2007.

What the ER Needs from the Lab. Theatre in the Booth. American Association of Clinical Chemist, Beckman Coulter. July 18, 2007.

ST-segment elevation myocardial infarction with a lytic approach. Sponsored by PDL, July 18, 2007.

Point of Care in the ER. American Association of Clinical Chemist Annual Meeting, Point of Care Symposium, 2007.

Acute Heart Failure Management, Long Island, NY, July 24, 2007.

Grand Rounds, Acute Heart Failure Management, Sandlebrook New Jersey Hospital, July 25, 2007.

Grand Rounds, Acute Decompensated Heart Failure, St. Frances Hospital, Newark NJ, 2007.

Risk Stratification Acute Myocardial Infarction, Colmery-Oneil, Veterans Administration Hospital, Cardiology Grand Rounds, Topeka KS, August 23, 2007.

Point of Care in the Emergency Department, Cleveland OH, September 5, 2007.

Interpretation of BNP Levels in Acute Care. At the Expanding The Role of BNP in the Management of Acute Heart Failure Satellite Symposium. Heart Failure Society of America Annual Meeting, September 17, 2007.

Acute Decompensated Heart Failure at The Advanced Emergency Medicine Acute Care Medicine and Technology Conference, Atlantic City, NJ, September 26, 2007.

Go Direct to the Acute Decompensated Heart Failure Therapy at the Breathe Conference, Mason OH, September 28, 2007.

American College of Emergencies Physicians (ACEP). The pressure is on – taking it off: When? How? How much? With what? The current ED omimenterrium for pharmacologic management of acute life threatening blood pressure elevation. The good news and the bad news about current treatment options. Landmark Advances and Critical Challenges in Emergency Medicine Base Therapy of Acute Elevation in Systematic Blood Pressure Symposium. October 9, 2007.

Knockout at the Needle. Hot Topics in Emergency Medicine Debate Series. Chairman. Tuesday, October 9, 2007.

Chairman, Astra Zenca Physician Advisory Board, Seattle WA. October 9, 2007.

Updates in Acute Coronary Syndromes. Risk Assessment and Treatment Strategies. Cleveland OH. October 18, 2007.

Syracuse General Hospital Grand Rounds. Observation Unit Heart Failure. Syracuse NY. October 22, 2007.

American Heart Association Meeting. Emergency Department Hypertension Vascular Biology Working Group. Orlando, FL, November 1, 2007.

Society of Chest Pain Centers and Provider. Chairman, Acute Decompensated Heart Failure Guideline Committee, Denver CO. November 17, 2007.

Magic Markers Review of Impact in Biomarkers in Emergency Department. Emergencies in Medicine, Maui HI. December 5, 2007.

Acute Pressure Syndromes from Threat to Therapy 2007 Update. The pressure is on. Taking it off. When, how and how much? San Francisco CA. December 8, 2007.

Stat Registry. Emergency Department Hypertension. Miami FL. January 11, 2008.

Acute Coronary Syndrome Update. Metropolitan Grill. January 15, 2008.

Society of Chest Pain and Providers Board of Directors Annual Meeting. Tampa FL. January 24, 2008.

Society of Critical Care Medicine Satellite Symposium. Acute Decompensated Heart Failure. Chairman. February 4, 2008.

Venous Thrombolytic Disease Prophylaxis. Las Vegas NV. Sanifi-Aventis. February 9, 2008.

Committee meeting. Food and Drug Administration. High Sensory Troponin White Paper Board. February 12, 2008.

University of California, San Diego, Biomarker Meeting. Heard-It. The use of acoustic electrocardiographic analysis in ACS. March 1, 2008.

University of California, San Diego, Biomarker Meeting. Heard-It. Review of Acute Ischemia Markers. March 5, 2008.

Chairman, Emergencies in Medicine Conference. March 5 – 12, 2008.

American College of Cardiology. 80 Lead EKG Satellite Symposium. March 29, 2008.

American College of Cardiology. High Sensory Troponin Satellite Symposium. April 2, 2008.

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 65 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 65 of 161

Page **28** of **91**

Richmond Virginia General Hospital Grand Rounds Observation Unit. Treatment of Acute Decompensated Heart Failure. Richmond VA. April 22, 2008.

Chairman, Society of Chest Pain Centers and Providers Annual Congress. April 23 - 28, 2008.

Chairman, The Kingdom of Chest Pain Satellite Symposium at Society of Chest Pain Centers and Providers. April 24, 2008.

Society of Chest Pain Centers and Providers Satellite Symposium. Acute Decompensated Heart Failure Review. Chairman. April 25, 2008.

Society of Chest Pain Centers and Providers. Application of 80-Lead ECG. April 26, 2008.

American Pharmacy Association. Clevidipine Review. Houston TX. May 8, 2008.

Acute Decompensated Heart Failure Review. Houma LA. May 12, 2008.

Oschner Clinic, Cardiology Grand Rounds Observation Unit Heart Failure Management. May 13, 2008.

Emergency Department Application of 80-lead EKG. Charlotte NC. May 16, 2008.

Clevidipine for the Treatment of Acute Hypertension in Elderly Patients: An analysis from the VELOCITY study. SAEM Annual Meeting, Washington DC. Selected for moderated poster presentation. May 29, 2008.

Acute Heart Failure Syndromes: Evolving Therapy in the ED. EMCREG International, SAEM-Approved Satellite Symposium, Washington, DC. May 30, 2008.

Jaffe AS, Peacock WF, Wu AHB. Managing Low Level Troponin Results: Case Study Presentations. Interactiver Workshop. AACC Scientific Programme, Washington DC, July 2008.

Management of Heart Failure. Grand Rounds Metrohealth Medical Center Emergency Medicine Residency. June 4, 2008.

American Association of Clinical Chemistry. Washington DC. Satellite Symposium. High Sensory Troponin to the Emergency Medicine Perspective. July 17, 2008

American Association of Clinical Chemistry. Washington DC. How to Manage Low Troponin Levels Panel Discussion. July 18, 2008.

Vascular Blood Working Group. Grand Rounds, Methodist Hospital, Philadelphia PA. Acute Management of Hypertension. August 6, 2008.

USCA5 1611

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 66 of 161
Case 2:13-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 66 of 161

Page **29** of **91**

Biomarkers for Heart Failure. Emergency Medical Associates. September 15, 2008.

Speaker, Northeast Ohio Section AACC presents Diagnosis and management of heart disease: The Emergency Medicine Doctor's Dilemma. Independence Ohio., September 18, 2008.

Emory University School of Medicine Department of Emergency Medicine presents State of the Art: Observation Medicine in the Emergency Department – Atlanta, GA, November 21, 2008.

Peacock WF, EDICT Panelist. Acute Coronary Syndromes Evidence-Supported Strategies for Optimizing Mortality and Aligning Emergency and Vascular Interventional Care for STEMI and NSTEMI-Science Translated into Practice. Sponsored jointly by CMEducation Resources and the University of Massachusetts Medical School. November 22, 2008.

Anker SD, Peacock F, Müller C, Nowak R, Anand I, Di Somma RS, Filippatos G, Hogan C, Möckel M, Neath SX, Ng L, Ponikowski P, Richards M, Wu AHB, Landsberg J, Clopton, Maisel A. Late-Breaking Clinical Trials. BACH Multinational: Mid-Regional pro-Adrenomedullin (proADM) vs BNP and NTproBNP as Prognosticator in Heart Failure Patients. American Heart Association Scientific Sessions. November 9-12, 2008, New Orleans, LA.

Course Co-Director: Peacock, WF. Platelet Response in Acute Coronary Syndrome. October 18, 2008. Cleveland Clinic, Beachwood OH.

Grand Rounds Cleveland Clinic Metrohealth Emergency Medicine Residency Program. Review of Congestive Heart Failure. January 7, 2009.

Peacock WF, Cleveland OH. Management of heart Failure in the Emergency Room. Poster Presentation. American College of Cardiology, March 30, 2009.

5th Annual Biomarkers and Heart Disease: What every healthcare provider needs to know. University of California, San Diego. Your mother is presenting with chest pain again? April 25, 2009.

Universal Medical Center of Southern Nevada. Grand Rounds, Vascular Dysfunction Sequelae in acute hypertension. May 13, 2009.

Peacock F, Nowak R, Neath S, Christenson R, Clopton P, DiSomma S, Anker S, Maisel A. ED prediction of short term mortality in acute heart failure: results of the international BACH Trial. 2009 Academic Emergency Medicine Consensus Conference, May 13, 2009, New Orleans, LA. P

Society of Academic Emergency Medicine Annual Meeting. Chairman, Acute Pulmonary Embolism session. May 14, 2009.

Argentina Virtual Conference. Short Stay Management of Heart Failure. May 31, 2009.

Grand Rounds. Department of Emergency Medicine. Saint Andrea Hospital, Rome Italy. July 2, 2009.

American Association of Clinical Chemists. Clinical Management of low level Troponin. July 19, 2009. Chicago IL.

National Heart Lung and Blood Institute.  Co-chair, Heart Failure Panel. August 19-20, 2009. Washington DC.

7th Annual Emergency Medicine Conference, Cardiac markers: What every emergency doctor needs to know. September 22, 2009. Atlantic City, NJ.

Update on the Current Management of Severe Acute Hypertension.  Cleveland OH, September 23, 2009.

The Sepsis Forum: Discussions for Identification, Treatment & Monitoring. Boston MA, Colonnade Boston Hotel, October 4, 2009.

American College of Emergency Physicians. Research Forum. Oral Abstract Presentation: Objective identification of chest pain patients at very low risk of 30-day outcomes. October 6, 2009.

American College of Emergency Physicians, Scientific Assembly. Chairman, The Sepsis Forum. October 6, 2009.

Debakey Medical Center. Houston TX. Cardiology Grand Rounds. Short stay management of decompensated heart failure. October 8, 2009.

Parkview Hospital, Grand Rounds. Fort Wayne IN. Acute hypertension in the hospital setting. October 20, 2009.

October 26, 2009. National, Heart, Blood and Lung Institute. Chair, Heart Failure Committee.

Spectrum Hospital, Department of Cardiology Grand Rounds. Short stay management of heart failure. November 2, 2009.
Noember 3, 2009, Spectrum Health Medical Center Grand Rapids, Department of Cardiology Observation Unit, Care of Heart Failure Patients.

6th International Congress of Cardiology on the Internet. Symposium on Chest pain Units 2009. Evaluation and Management of Patients with Acute Heart Failure in the Chest Pain Unit / Observation Unit. September 1st – November 30th, 2009.

Institute for Emergency Medical Education. Maui, HI. Ophthalmologic  Emergencies. December 9, 2009.

Institute for Emergency Medical Education. Maui, HI. FDA Approved Technologies: Should you use this? December 9, 2009.

December 9, 2009. Emergencies in Medicine Conference, Maui Hawaii. Review of Opthamalogies.

December 10, 2009. Emergencies in Medicine Conference, Maui Hawaii. Advances in Cardiology.

March 1 - 5, 2010. Emergencies in Medicine Conference, Park City, Utah. Course Director.

March 3, 2010. Emergencies in Medicine Conference, Park City, Utah. Advances in Cardiology.

March 4, 2010. 28th Annual Emergencies in Medicine Conference, Park City, Utah. Management of Acute Hypertension.

March 9, 2010. Flushing Hospital Medical Center, Grand Rounds, New Jersey, New York. Advances in Management of NSTEMI.

March 19, 2010, Shady Grove Adventis Hospital, Rockville Maryland Grand Rounds, Systems Approach to ACS Management.

April 7, 2010, Food and Drug Administration Consultation regarding High Sensitivity Troponin.

April 9, 2010. Kansas City Missouri. Shawnee Mission Hospital, Grand Rounds, Heart Failure Management in the Observation Unit.

April 26, 2010. Diagnosis and Treatment of Acute and Chronic Heart Failure: 2010 State of Affairs.

April 26, 2010. Nice, France, Biomarker Meeting for the European Society of Cardiology. Managing Fluid Balance and Heart Failure using biomarkers.

April 27, 2010. Nice, France. Biomarker Meeting for the European Society of Cardiology. Troponins and Beyond: What can we expect from the new ischemia biomarkers.

May 18, 2010. Necessary for Medical Education. CME Webcast. Rural Management of Acute Coronary Syndromes.

June 3 – 6, 2010. SAEM Abstract(s). Volume 17, May 2010.

July 13, 2010. Food and Drug Administration. Markers and Necrosis Consultation.

USCA5 1614

September 15, 2010. Atlantic City. Emergency Medical Associates. Presentation: The Future of Emergency Cardiology.

Bettering Resource Education and Treatment of Heart Failure Effectively (BREATHE) 7th Annual BREATHE Heart Failure Symposium Program presented by St. Elizabeth Healthcare, Northern Kentucky and BREATHE Heart Failure Nurse Association. Heart Failure and Emergency Medicine, Marriott Cincinnati at River Center, Covington Kentucky, October 8, 2010.

Chairperson. Clinical Decisions in the Emergency Department: Pros and Cons of managing oral anticoagulant-associated hemorrhages and acute traumatic coagulopathy. Boston Marriott Copley Place, Boston, MA, June 3, 2011.

Society of Academic Emergency Medicine Annual Meeting. Boston, MA. Serial Adrenomedullin and Outcomes in Patients Presenting to the Ed with Dyspnea. June 3, 2011.

American College of Emergency Physicians Research Forum, San Francisco CA. Can point of care be as good as the central lab? October 16, 2011.

Grand Rounds. Central Baptist Heart and Vascular Institute. Lexington, KY. Optimal Antithrombotic Care for Patients w/ Acute Coronary Syndromes Across the Continuum of Angina, NSTEMI, and STEMI. Jan 18, 2012.

Grand Rounds. Lourdes Medical Center of Burlington County, Willingboro, NJ. Optimal Antithrombotic Care for Patients w/ Acute Coronary Syndromes Across the Continuum of Angina, NSTEMI, and STEMI. February 1, 2012.

Emergencies in Medicine conference. New Anticoagulants for Atrial Fibrillation. Park City, Utah. March 7, 2012.

Emergencies in Medicine conference. High Sensitivity Troponin. Park City, Utah. March 5, 2012.

NCDR Annual meeting. Action Registry-GWTG Program Updates and Case Scenarios. Chicago, IL. March 21, 2012.

American College of Cardiology; Poster discussant. Chicago, IL. March 26, 2012.

Grand Rounds. Niagara Falls Memorial Medical Center. Optimal Antithrombotic Care for Patients w/ Acute Coronary Syndromes Across the Continuum of Angina, NSTEMI, and STEMI. Niagara, NY, April 19, 2012.

Society of Chest Pain Centers Annual Congress: Opening Address. Orlando, FL, May 2, 2012.

USCA5 1615

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 70 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 70 of 161

Page **33** of **91**

University of San Diego, 8th Annual Biomarkers in Cardiovascular Disease; What Every Healthcare Provider Should Know. Evaluating Mom while awaiting lab tests of POC testing. San Diego, CA. May 12, 2012.

United States Senate Briefing. When Minutes Matter: Critical Care Diagnostics. June 21, 2012

Emergency Medical Associates Annual Meeting. Advances in ED Biomarkers. Atlantic City, NJ, September 7, 2012.

| | |
|---|---|
| 10-19-2013 | ED ADHF Fluid Management. SATELLITE SYMPOSIUM AHF MANAGEMENT FROM ER ADMISSION TO REHABILITATION CLINIC DISCHARGE. Montecompatri, Italy. |
| 10-18-2013 | Chairman of the Session: Hot biomarkers in the ER. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-18-2013 | Adrenomedullin. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-17-2013 | Chairman of the Session HOW TO OPTIMIZE THE MANAGEMENT OF PATIENTS WITH AHF IN THE ER FOCUS ON IV VASODILATORS UTILITY. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-17-2013 | Chairman of the Session: How Gal 3 improves HF. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-17-2013 | Galectin 3. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-16-2013 | Chairman of the Session: pathways: Utility of PO. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-16-2013 | HsTn in ED decision making. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-16-2013 | Body hydration status and basis of BIVA. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-16-2013 | Chairman of the Session: ED PATHWAYS DECISION MAKING:  UTILITY OF POCT BIOMARKERS.  Focus on Shortness of Breath Panel. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-16-2013 | Chairman of the Session:  EKG surface utility in ED. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |

USCA5 1616

| | |
|---|---|
| 10-16-2013 | Emergency Department Pathways Decision Making: Utility of Point of Care Biomarkers. Annual Global Research on Acute Conditions Team Conference, Rome, Italy |
| 10-14-2013 | Unmet needs and new options in the treatment of acute heart failure. Early diagnosis and treatment matter. Acute Cardiovascular Care Association of the European Society of Cardiology, Annual Acute Cardiac Care Congress, Madrid, Spain. |
| 10-02-2013 | Grand Rounds, Severance Hospital. Clinical Utility of Cardiac Biomarkers in AMI and Heart Failure / Brief introduction of NGAL and CRS. Seoul, Korea. |
| 10-01-2013 | Grand Rounds, Asan Medical Center. Clinical Utility of Cardiac Biomarkers in AMI and Heart Failure / Brief introduction of NGAL and CRS. Seoul, Korea. |
| 09-30-2013 | Grand Rounds. Clinical Utility of Cardiac Biomarkers in AMI and Heart Failure / Brief introduction of NGAL and CRS. Samsung Medical Center. Seoul, Korea. |
| 09-30-2013 | Grand Rounds. Seoul National University Hospital. Clinical utility of NGAL / Cardiorenal in Emergency Practice. Seoul, Korea. |
| 09-30-2013 | Grand Rounds. Biomarker (BNP, NGAL, TnI). Korea Ansan Hospital. Seoul, Korea. |
| 09-27-2013 | Grand Rounds. Clinical Utility of NGAL. Medical Development Division, Kementerian Kesihatan Malaysia |
| 09-27-2013 | Presentation at Ministry of Health. The Clinical Utility of NGAL. Putrajaya, Malaysia. |
| 09-26-2013 | Utility of Cardiac Biomarkers in the Emergency Department. College of Emergency Physicians, Kuala Lumpur, Malaysia. |
| 09-26-2013 | Clinical utility of NGAL / Cardiorenal in Emergency Practice. College of Emergency Physicians, Kuala Lumpur, Malaysia. |
| 09-25-2013 | Grand Rounds. National Heart Institute. High Sensitivity Troponin. |
| 09-25-2013 | Grand Rounds. High Sensitivity Troponin, Sri Kota Specialists Medical Centre. Selangor, Malaysia. |
| 09-18-2013 | Atrial Fibrillation: What will you do when its your grandmother. Advanced Emergency and Acute Care Medicine Conference. Atlantic City, NJ. |
| 09-16-2013 | 8th International Congress of Cardiology on the Internet. Acute Heart Failure. www.fac.org/8cvc |

USCA5 1617

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 72 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 72 of 161

Page **35** of **91**

| | |
|---|---|
| 09-13-2013 | Panelist: Cardiac Evaluation - Chest Pain Panel. Observation Medicine Conference, Detroit, MI |
| 09-13-2013 | Heart Failure Treatment in the ED OU. Observation Medicine Conference, Detroit, MI. |
| 09-11-2013 | Chairman: STATE OF THE ART: Biomarkers II. Mediterranean Emergency Medicine Conference, European Society of Emergency Medicine, Marseille, France. |
| 09-11-2013 | STATE OF THE ART: Biomarkers II. High sensitive troponin---CKMB -- Dying, Myoglobin --- Useless. Mediterranean Emergency Medicine Conference, European Society of Emergency Medicine, Marseille, France. |
| 09-10-2013 | STATE OF THE ART: Cardiovascular Emergencies.  Mediterranean Emergency Medicine Conference, European Society of Emergency Medicine, Marseille, France. |
| 09-01-2013 | Biomarkers in heart failure: update 2013. Natriuretic peptides: how to use them? European Society of Cardiology Annual Meeting, Amsterdam, Netherlands. |
| 09-03-2013 | One heart, two lungs: together forever. European Society of Cardiology Annual Meeting, Amsterdam, Netherlands. |
| 08-21-2013 | Rivaroxaban for Deep Venous Thrombosis and Pulmonary Embolism. EM/IM Joint M&M, Baylor College of Medicine. |
| 07-30-2013 | It's A New Day: Using Cardiac Troponin in Evolving Clinical Practice. American Association of Clinical Chemists Annual Meeting and Clinical Lab Expo, Houston, TX. |
| 07-31-2013 | The Future Role of the Laboratory In Acute Cardiovascular Care: Will Point-of-Care Take the Lead in the Emergency Department? Which Cardiovascular Biomarkers Does the Emergency Physician Need Fast? American Association of Clinical Chemists Annual Meeting and Clinical Lab Expo, Houston, TX. |

**C.      Publications**

**1.      Full Papers:**

**a.      published in peer review journals**

1. Peacock WF; Guarded Irrigation, Emergency Medicine 1998;20(6):94.

2. Sayah A, Peacock WF, Overton D; End-Tidal CO2 Measurement in the Detection of

USCA5 1618

Esophageal Intubation During Cardiac Arrest, Annals of Emergency Medicine 1990; 19(8):857-860.

3. Peacock, WF: Mefenamic Acid; The Poisindex, 65th edition, Denver, Micromedex Co, Aug, 1990.

4. Peacock, WF: Warfarin; The Poisindex, 67th edition, Denver, Micromedex Co, Nov, 1990.

5. Peacock WF; Cardiac Disease in the Alcoholic Patient, Emergency Clinics of North America, 8(4), 775-791, Nov 1990.

6. Peacock, WF: Ibuprofen; The Poisindex, 68th edition, Denver, Micromedex Co, 1991.

7. Peacock, WF: Angiotensin Converting Enzyme Inhibitors; The Poisindex, 69th edition, Denver, Micromedex Co, Aug, 1991.

8. Schenden LW, Peacock WF, Tintinalli JE: Aspiration of Radiolucent Foreign Body Annals of Emergency Medicine 1992;21(6):771.

9. Peacock, WF: Humeral Shaft Fractures, The Emergindex, Denver, Micromedex Co, 1992.

10. Peacock, WF: Amphetamines; The Poisindex, Denver, Micromedex CO, 1992.

11. Peacock, WF: Mefenamic Acid; The Poisindex, Denver, Micromedex CO, 1992.

12. Tintinalli JE, Peacock, WF, Wright MA: Medical Clearance of Psychiatric Patients. Annals of Emergency Medicine 1994;23(4):859.

13. Peacock, WF, Otolaryngologic Emergencies, in Tintinalli JE, Ruiz E (eds): Emergency Medicine, A Comprehensive Study Guide, 4th ed. New York, McGraw Hill, 1995.

14. Peacock WF, Urological Stone Disease, in Tintinalli JE, Ruiz E (eds): Emergency Medicine, A Comprehensive Study Guide, 4th ed. New York, McGraw Hill, 1995.

15. Lucchessi, GM, Cerasani, C, Peacock, WF, Jackson, R, Swor, R: Sensitivity of the Ottawa Rules. Annals of Emergency Medicine 1995;26(1):1-4.

16. Weber JE, Jackson RE, Peacock WF, Swor RA, Carley R, Larkin GL: Clinical Decision Rules Discriminate Between Fractures and Nonfractures in Acute Isolated Knee Trauma. Annals of Emergency Medicine 1995;26(4):429-33.

17. Jackson, R, Anderson, W, Peacock, WF, Vaught L, Carley RS, Wilson, A: Effect of a Patient's Sex on the Timing of Thrombolytic Therapy. Annals of Emergency Medicine 1996;27(1):8-15.

USCA5 1619

18. Peacock, WF, <u>Vascular Access</u>, in Hoekstra, (ed): Handbook of Cardiovascular Emergencies, 1st ed. pp 50-76. Boston, Little, Brown, and Co. 1997.

19. Larkin GL, Peacock WF, Pearl SM, Blair GA, D=Amico F. <u>Efficacy of Ketorolac Tromethamine Versus Meperidine in the ED Treatment of Acute Renal Colic.</u> Am J Emerg Med 1999;17:6-10.

20. Van Lente F, McErlean ES, DeLuca SA, Peacock WF, Rao JS, Nissen SE. <u>Ability of Troponins to Predict Adverse Outcomes in Patients with Renal Insufficiency and Suspected Acute Coronary Syndromes: A Case-Matched Study.</u> Journal of the American College of Cardiology 1999;33(2):471-8.

21. Iserson KV, Adams J, Cordell WH, Graff L, Halamka J, Ling L, Peacock WF 4th, Sklar D, Stair T. <u>Academic Emergency Medicine's Future. The SAEM Task Force on Emergency Medicine's Future.</u> Society for Academic Emergency Medicine. Academic Emergency Medicine 1999;6(2):137-44.

22. Moll J, Peacock WF. <u>Urological Stone Disease</u>, in Tintinalli JE, Ruiz El (eds): Emergency Medicine, A Comprehensive Study Guide, 4th ed. New York, McGraw Hill, 1999.

23. Peacock WF. <u>Independent House Staff Organizations</u>. SAEM Newsletter 1999; 11(6):6.

24. Peacock WF.  <u>Face and Jaw Emergencies</u>, in Tintinalli JE, et al (eds): Emergency Medicine, A Comprehensive Study Guide, 4th ed. New York, McGraw Hill, 1999.

25. Waters T, Peacock WF, <u>Nasal Emergencies and Sinusitis.</u> in Tintinalli JE, et al (eds): Emergency Medicine, A Comprehensive Study Guide, 4th ed. New York, McGraw Hill, 1999.

26. McErlean ES, Deluca SA, van Lente F, Peacock WF 4th, Rao JS, Balog CA, Nissen SE. <u>Comparison of Troponin T Versus Creatine Kinase-MB in Suspected Acute Coronary Syndromes.</u> Am J Cardiol 2000;85(4):421-426.

27. D'Alessio T, Kupas DF, Peacock WF (ed). <u>The case of lethargic myeloma</u>. Topics of Emergency Medicine 2000;22 (1):69-75.

28. Remer EE, Peacock WF. <u>Pyocystis: Two case reports in renal failure.</u> Journal of Emergency Medicine 2000;19(2):131-337.

29. Peacock WF, Kies P, Albert NM, White RD, Emerman CL. <u>Bioimpedance Monitoring for Detecting Pulmonary Fluid in Heart Failure: Equal to Chest Radiography?</u> Congestive Heart Failure 2000;6 (2):86-9.

30. Peacock WF IV, Albert NM, Kies P, White RD, Emerman CL. Bioimpedance monitoring: better than chest x-ray for predicting abnormal pulmonary fluid. Congest Heart Fail 2000;6(2):86-89.

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 75 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 76 of 161

Page **38** of **91**

31. Hedges JR, Iserson K, Sklar D, Stead L, Peacock WF. Thoughts on Resident Unions. SAEM Newsletter 2000;12(1):6-7.

32. Peacock, WF, Vascular Access, in Hoekstra, (ed): Handbook of Cardiovascular Emergencies, 2nd ed. pp. Boston, Little, Brown, and Co. 2000.

33. Peacock, WF, Acute Heart Failure and Cardiogenic Shock, in Hoekstra, (ed): Handbook of Cardiovascular Emergencies, 2nd ed. pp. Boston, Little, Brown, and Co. 2000.

34. Peacock WF. Heart Failure in the Elderly. Geriatric Emergency Medicine Clinics. 2000.

35. Peacock WF, Emerman CL, McErlean ES, Deluca SA, van Lente F, Rao JS, Nissen SE. Prediction of short- and long-term outcomes by Troponin t levels in low-risk patients evaluated for acute coronary syndromes. Annals of Emergency Medicine 2000; 35(3):213-220.

36. Peacock WF, Albert NM. Observation Unit management of Heart Failure. Emergency Clinics of North America 2001;19(1):209-32.

37. Peacock WF, Emerman CL, McErlean ES, DeLuca SA, Van Lente F, Lowrie M, Rao JS, Nissen SE. Normal CK with elevated MB predicts increased complication rate in patients with suspected acute coronary syndromes. Journal of Emergency Medicine 2001;20(4):385-90.

38. Glauser JM, Anderson E, Peacock WF, Schils J. How frequently does head CT affect decision making in the emergency setting. Emergency Radiology 2001; 8:279-84.

39. Peacock WF. The B-type natriuretic peptide assay: A rapid test for heart failure. Cleveland Clinic Journal of Medicine 2002;69(3):243-51.

40. Peacock WF, Freda BJ. The Clinical Challenge of Heart Failure: Comprehensive, Evidence-Based Management of the Hospitalized Patient with Acute Myocardial Decompensation-Diagnosis, Risk Stratification, and Outcome Effective Treatment. Part I: Presentation, Differential Diagnosis, Laboratory Examination, and Prophylaxis Against Venous Thromboembolic Disease (VTED). Emergency Medicine Reports 2002; 23 (7): 1-13.

41. Peacock WF 4th.  Remer EE.  Aponte J.  Moffa DA.  Emerman CE.  Albert NM. Effective observation unit treatment of decompensated heart failure. Congestive Heart Failure 2002;8(2):68-73.

42. Peacock WF, Freda BJ. The Clinical Challenge of Heart Failure: Comprehensive, Evidence-Based Management of the Hospitalized Patient with Acute Myocardial Decompensation-Diagnosis, Risk Stratification, and Outcome Effective Treatment. Part II:  Emergency Medicine Reports 2002;23(8):1-13.

USCA5 1621

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 76 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/02/17 Page 76 of 161

Page **39** of 91

43. Peacock WF. <u>The Cleveland Clinic is Prepared for Any Disaster</u>. InnerPulse 2002;16 (9):1-2.

44. Peacock, WF. <u>Rapid optimization: Strategies for optimal care of decompensated congestive heart-failure patients in the emergency department</u>. Reviews in Cardiovasc Med 2002;3:Supp 4, S41-48:1-8.

45. Freda BJ, Tang WHW, Van Lente F, Peacock WF. <u>Cardiac Troponins in Renal Insufficiency</u>. Journal of American College of Cardiology 2002;40(12):1-7.

46. Peacock WF. <u>Brain natriuretic Polypeptide in Heart Failure: Advances in Emergency Cardiac and Neurovascular Care</u> 2002;12-17, 2002.

47. Peacock WF. <u>Cleveland Clinic's Emergency Care Heart Failure Program Honored</u>. InnerPulse Weekly 2002;16 (23).

48. Peacock, WF, Wilson F. <u>New Biochemical Tools for Diagnosing Acute Coronary Syndromes: Impact on Patient Outcomes and Resource Utilization in Hospitals</u>. Disease Management and Health Outcomes 2003;11(8):519-540.

49. Freda BJ, Peacock WF. <u>Cocaine Overdose</u>. The Cleveland Clinic Journal of Medicine.

50. Peacock WF, Emerman CL, Doleh M, Civic K, Butt S. <u>The Incidence of Elevated Cardiac Enzymes in Decompensated Heart Failure</u>. Congestive Heart Failure 2003.

51. Peacock WF. <u>Clinical and economic impact of nesiritide</u>. Journal of American Health System Pharmacist 2003;60 (Suppl. 4):S1-S17.

52. Peacock WF, Emerman CL, Doleh, M, Civic K, Butt S. <u>A Retrospective Review</u>: <u>The Incidence of non-ST segment elevation MI in Emergency Department patients presenting with decompensated heart failure</u>. Congestive Heart Failure 2003;9(6):303-308.

53. Peacock WF. <u>What can you do about CHF</u>? Modern Advances in Emergency Cardiac Care 2003;49-56.

54. Freda B, Almahameed A, Gupta R, Peacock WF. <u>Cocaïne Chest Pain</u>. In: DL, Stoller JK, Casey DM, Jewell JK, editors. Internal Medicine Case Reviews. Philadelphia: Lippincott Williams & Wilkins 2003;29-24.

55. Peacock WF. <u>Heart Failure Management in the ED Observation Unit. Critical Pathways in Cardiology</u>: Journal of Evidence-based Medicine.

56. Noeller TP, Meldon SW, Peacock WF, Emerman CL, McErlean ES, Van Lente F, Nissen SE. <u>Troponin T in elders with suspected acute coronary syndromes</u>. Am J Emerg Med 2003;21:293-297.

57. Summers RL, Shoemaker WC, Peacock WF, Ander DS, Coleman TG. <u>Bench to bedside Electrophysiologic and Clinical principles of non-invasive hemodynamic monitoring using impedance cardiography</u>. Academic Emergency Medicine 2003;10(6):669-80.

58. Peacock WF. <u>Acute emergency department management of heart failure</u>. Heart Failure Reviews Oct 2003;8(4):335-338.

59. Venkat A, Hoekstra J, Lindell C, Prall D, Hollander JE, Pollock CV Jr., Diercks Dl, Kirk JD, Tiffany B, Peacock F, Storrow AB, Gibler WB. <u>The Impact of Race on the acute management of chest pain</u>. Acad Emerg Med 2003;10(11):1199-208.

60. Peacock WF, Emerman CL. <u>Preventing readmission in heart failure</u>. Emergency Medicine 2003;35(10):20-31.

61. Summers RL, Peacock WF. <u>Impedance Cardiography</u>. The Yearbook of Intensive Care and Emergency Medicine 2003.

62. Peacock WF. <u>Cardiac markers</u>. Disease Management and Health Outcomes 2003; 11(8):519-540.

63. Freda B, Peacock WF. <u>Troponin in the Elderly</u>. Meldon and Ma. Textbook of Geriatric Emergency Medicine 2003;Section 2, Chapter 12:86-98, Mosby.

64. Roe MT, Christenson RH, Ohman EM, Bahr R, Fesmire FM, Starrow A, Mollad M, Peacock WF, Rosenblatt JA, Yang H, Fraulo ES, Hoekstra JW, Gibler WB, Early Investigators; Emergency Medicine Cardiac Research and Education Group. <u>A randomized, placebo-controlled trial of early eptifibatide for non-ST-segment elevation acute coronary syndromes</u>. Am Heart J 2003;146(6):993-998.

65. WF Peacock. <u>Management of Heart Failure</u>. CHF 2003;9(Suppl 1):3-18.

66. Peacock WF, Allegra J, Ander D, Collins S, Diercks D, Emerman C, Kirk JD, Starling RC, Silver M, Summers R. <u>Management of acute decompensated heart failure in the emergency department</u>. Congest Heart Fail 2003;Suppl 1:3-18.

67. Peacock WF IV. <u>Emergency Department Observation Unit Management of Heart Failure</u>. Critical Pathways in Cardiology: A Journal of Evidence-Based Medicine 2003;2(4):207-220.

68. Bahr RD, Peacock WF, Editorial: <u>Comment on "Emergency Observation Unit Management of heart Failure"</u>. Critical Pathways in Cardiology: A Journal of Evidence-based Medicine 2003;2(4):221.

69. B. Hiestand, DM Prall, CJ Lindsell, JW Hoekstra, CV Pollack, JE Hollander, BR

Tiffany, WF Peacock, D Diercks, Gibler WB. Insurance Status and the treatment of myocardial infarction at Academic Centers. Academic Emergency Medicine 2004;11(4):343-348.

70. Silver MA, Maisel A, Yancy CW, McCullough PA, Burnett JC, Francis GS, Mehra MR, Peacock WF, Fonarow G, Gibler WB, Morrow DA, Hollander J, BNP Consensus Panel 2004: A Clinical Approach for the Diagnostic, Prognostic, Screening, Treatment Monitoring, and Therapeutic Roles of Natriuretic Peptides in Cardiovascular Disease. Congestive Heart Failure 2004;10(5 Suppl 3);1-30.

71. Butler J, Emerman C, Peacock WF, Mathur VS, Young JB. The efficacy and safety of B-type natriuretic peptide (nesiritide) in patients with renal insufficiency and acutely decompensated congestive heart failure. Neprhol Dial Transplant 2004;19(2):391-399.

72. Freda B, Peacock WF. Heart Failure in the Elderly. Meldon, MD, John Ma, MD and Robert Woolard, MD. The McGraw-Hill Companies Inc.2004;86-98.

73. Waters T, Peacock WF. Emergency Medicine: A Comprehensive Study Guide. 6th edition. Judith E. Tintinalli, Editor. McGraw-Hill. Nasal Emergencies and Sinusitis, pp 1476-1482, 2004.

74. Haddon R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide. 6th edition. Judith E. Tintinalli, Editor. McGraw-Hill. Face and Jaw Emergencies, pp 1471-1476, 2004.

75. Peacock WF, Weber J. Emergency Medicine: A Comprehensive Study Guide. 6th edition. Judith E. Tintinalli, Editor. McGraw-Hill. Cardiogenic Shock, pp242-247, 2004.

76. Peacock WF, MD. Emergency Medicine: A Comprehensive Study Guide. 6th edition. Judith E. Tintinalli, Editor. McGraw-Hill. Heart Failure, pp 364-373, 2004.

77. Engineer R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide, 6th edition. Judith E.Tintinalli, Editor. McGraw-Hill. Urologic Stone Disease, pp620-625, 2004.

78. Summers RL, Peacock WF. Clinical Assessment of Hemodynamics Using Impedance Cardiography. Edited by JL Vincent. Yearbook of Intensive Care and Emergency Medicine. Springer-Verlag Berlin Heidelberg New York, pp 564-575, 2004.

79. WF Peacock, CL Emerman, J Young. Nesiritide in congestive heart failure associated with acute coronary syndromes: a pilot study of safety and efficacy. J Cardiac Failure 2004;10(2):120-125.

80. WF Peacock. Heart Failure Management in the Emergency Department Observation Unit. Progress in Cardiovascular Diseases 2004;46(5):465-485.

81. Peacock WF, Emerman CL, Wynne J. Early use of nesiritide in the emergency department is associated with improved outcome: An ADHERE registry analysis, for the ADHERE Scientific Advisory Committee and Investigators, and the ADHERE Study Group. Annals of Emergency Medicine 2004;44(4) (Supplement):S78).

82. Hollander JE, Blomkalns AL, Brogan GX, Diercks DB, Field JM, Garvey JL, Gib ler WB, Henry TD, Hoekstra JW, Holroyd BR, Kirk JD, O'Neil BJ, Jackson RE, Aufderheide T, Christenson J, Collins S, Fesmire FM, Green GB, Lindsell CJ, Peacock WF, Pollack CV, Zelenski R. Standardized Reporting Guidelines for Studies Evaluating Risk Stratification of Emergency Department Patients with Potential Acute Coronary Syndromes. Ann Emerg Med 2004;44(6):589-598

83. DS Lee, DL Bhatt, DJ Moliterno, WF Peacock, GS Ellis, EJ Topol. The combination of Enoxaparin, glycoprotein llb/llla inhibitor and an early invasive approach among acute coronary syndrome patients. J Invasive Cardio 2004;16(2):46-51.

84. WF Peacock IV, CL Emerman. Emergency Department Management of Patients with Acute Decompensated Heart Failure. Heart Failure Reviews  2004.

85. Bhatt DL, Roe MT, Peterson ED, Li Y, Harrington RA, Greenbaum AB, Berger PB, Cannon CP, Cohen DA, Gibson CM, Saucedo J, Kleiman NS, Hochman JS, Boden W, Brandis RG, Peacock WF, Smith SC Jr., Pollack CV Jr., Gibler WB, Ohman EM, CRUSADE Investigators. Utilization of early invasive management strategies for high-risk patients with non-ST-segment elevation acute coronary syndromes: results from the CRUSADE Quality Improvement Initiative. JAMA 2004;292:2096-104.

86. A Atreja, YA El-Sameed, H Jneid, BJ Hoogwerf, WF Peacock. Elevated International Normalized Ratio in the ED: Clinical Course and Physician Adherence to the Published Recommendations. American Journal of Emergency Medicine 2005;23:40-44.

87. WF Peacock IV, CL Emerman, MA Silver. Nesiritide Favorably Reduces Systolic Blood Pressure in Patients with Acute Decompensated Heart Failure. The American Journal of Emergency Medicine 2005.

88. MT Roe, ED Peterson, CV Pollack Jr., LK Newby, Y Li, RH Christenson, WF Peacock, FM Fesmire, DB Diercks, JD Kirk, SC Smith Jr., EM Ohman, WB Gibler, CRUSADE Investigators. Influence of Timing of Troponin Elevation on Clinical Outcomes and Use of Evidence-based Therapies for Patients with Non-ST Segment Elevation Acute Coronary Syndromes. Annals of Emergency Medicine 2005;45(4):355-362.

89. WF Peacock, CL Emerman, MA Silver. Nesiritide added to standard care favorably reduces systolic blood pressure compared with standard care alone in patients with acute decompensated heart failure. American Journal of Emergency Medicine;23:327-331, 2005.

90. Atreja A, El-Sameed YA, Peacock WF. Elevated INR in the Emergency Department: Clinical  Course  and  Physician  Adherence  to  the  Published  Recommendations.

American Journal of Emergency Medicine 2005;23:40-44.

91. Silver MA, Rosendorff C, Berkowitz R, Peacock WF 4th. <u>Current and Emerging Issues with B-type Natriuretic Peptide</u>. Roundtable discussion. Congestive Heart Failure 2005;11(4):212-214.

92. Peacock WF. <u>Future Options for Management of Heart Failure in an Emergency Department Observation Unit</u>. Critical Pathways in Cardiology 2005;4(4):177-181.

93. Collins SP, Arand P, Lindsell CJ, Peacock WF, /Storrow AB. <u>Prevalence of the Third and Fourth Heart Sound in  Asymptomatic Adults</u>. Congestive Heart Failure 2005;11(5):242-247.

94. Meine TJ, Roe MT, Chen A, Patel MR, Washam JB, Ohman EM, Peacock WF, Pollack CV Jr., Gibler WB, Peterson ED, CRUSADE Investigators. <u>Association of Intravenous Morphine Use and Outcomes in Acute Coronary Syndromes: Results from the CRUSADE Quality Improvement Initiative</u>. Am Heart J 2005;149(6):1043-1049.

95. Peacock WF 4th, Holland R, Gyamarthy R, Dunbar L, Klapholz M, Horton DP, deLissovoy G, Emerman CL. <u>Observation Unit Treatment of Heart Failure with Nesiritide: Results from the PROACTION Trial</u>. The Journal of Emergency Medicine 2005;29(3):243-252.

96. Peacock IV WF, Roe MT, Bhatt DL, Fonarow GC, Jesse RL, Christenson RH, Newby LK, Fesmire FM, Milford-Beland S, Ohman EM, Peterson ED. <u>Non-ST-Segment Elevation Acute Coronary syndrome Mortality: An Analysis of B-Type Natriuretic Peptide and Cardiac Troponin</u>. Annals of Emergency Medicine 2005;46(3) (Supplement):3.

97. Han JH, Lindsell CJ, Hollander JE, Peacock IV WF, Miller CD, Gibler WB. Determinants of Acute <u>Coronqry Syndromes in the Elderly Population</u>. Annals of Emergency Medicine 2005;46(3) (Supplement):9.

98. Peacock IV WF, Emerman CL. <u>Renal Effects of Nesiritide During Short-Term Infusion for Decompensated Heart Failure</u>. Annals of Emergency Medicine 2005;46(3) (Supplement):105-106.

99. Miller CD, Lindsell CJ, Fermann GJ, Hollander JE, Pollack Jr. CV, Peacock IV WF, Gibler WB, Hoekstra JW. <u>After the First Negative Troponin: Distinguishing Patients with Evolving Myocardial Infarctions from Those Without Infarction in Emergency Department Patients with Chest Pain</u>. Annals of Emergency Medicine 2005;46(3) (Supplement):114-115.

100.     Peacock IV WF, Phillips CO, Stevenson LW, Givertz MM, Lopatin M, Fonorow GC. <u>Admission B-type Natriuretic Peptide Levels in Acute Decompensated Heart Failure Predict Hospital Length of Stay: An Analysis of 48, 629 Hospitalizations in ADHERE</u>. Annals of Emergency Medicine 2005;46(3) (Supplement):114.

101.    Tallman TA, Peacock IV WF, Telban DJ, Cepik ML, Queen JR, Emerman CL. Spectator Risk at Professional Sporting Events: An Analysis of the Cleveland Clinic Event Medicine Program. Annals of Emergency Medicine 2005;46(3) (Supplement):114.

102.    Peacock WF. Using The Emergency Department Clinical Decisions Unit for Acute Decompensated Heart Failure, pg. 569-588. Cardiology Clinics. Chest Pain Units. Elsevier Saunders. 2005.

103.    Peacock WF. Heart Failure in the Emergency Department. Journal of Critical Pathways, December 2005.

104.    Peacock WF. Elevated Cardiac markers and a History of Heart Failure: Clinical Outcomes. European Journal of Emergency Medicine.

105.    Peacock WF. Heart Failure in the Emergency Department. Journal of Critical Pathways, 2005.

106.    Diercks DB, Peacock WF, Kirk JD  Weber JE. Outcome Predictors in Emergency Department Patients With Heart Failure: Identification of a Low-risk Cohort. Critical Pathways in Cardiology: A Journal of Evidence-based Medicine 2005;4(4):196.

107.    Roe MT, Peterson ED, Li Y, Pollack CV Jr, Christenson RH, Peacock WF, Fesmire FM, Newby LK, Jesse RL, Hoekstra JW, Gibler WB, Ohman EM. Relationship Between Risk Stratification by Cardiac Troponin Level and Adherence to Guidelines for Non-ST-segment Elevation Acute Coronary Syndromes. Archives of Internal Medicine 2005;165(16):1870-1876.

108.    Cairns CB, Milford-Beland S, Peterson ED, Newby LK, Peacock IV WF, Pollack Jr. CV, Christenson RH, Fesmire FM, Ohman EM, Gibler WB, Roe MT. Non-ST-Elevation Acute Coronary Syndromes Despite Variations in Hospital Laboratory Assays and Presence of Renal Insufficiency. Annals of Emergency Medicine 2005;46(3) (Supplement):116.

109.    Summers, Richard L, Peacock WF, et al. Emerging Diagnostics: Impedance Cardiography in the Assessment and Management of Acute Heart Failure. Critical Pathways in Cardiology: A Journal of Evidence-Based Medicine 2005;4(3):134-139.

110.    Diercks DB, Peacock WF, Kirk JD, Weber JE. ED Patients with Heart Failure: identification of an observational unit-appropriate cohort. American Journal of Emergency Medicine;24(3):319-324, 2006.

111.    Peacock WF, Tallman TA. B-Type Natriuretic Peptide Assay.  Critical Decisions in Emergency Medicine, Lesson 10, 2006.

112.    Diercks DB, Peacock WF, Hiestand BC, Chen AY, Pollack CV, Jr., Kirk JD, Smith SC Jr., Gibler WB,  Ohman EM, Blonkalns AL, Newby LK, Hochman JS, Peterson ED, Roe MT. Frequency and Consequences of Recording an

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 82 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 82 of 161

Page **45** of 91

Electrocardiogram > 10 Minutes After Arrival in an Emergency Room in Non-ST-Segment Elevation Acute coronary Syndromes (from the CRUSADE Initiative). The American Journal Of  Cardiology;97(4):437-442, 2006.

113.    Collins SP, Lindsell CJ, Peacock WF 4th, Hedger VD, Starrow AB. The effect of treatment on the presence of abnormal heart sounds in emergency department patients with heart failure. American Journal of Emergency Medicine;24(1):25-32, 2006.

114.    Newby LK, Roe MT, Chen AY, Ohman EM, Christenson RH, Pollack CV Jr,, Hoekstra JW,  Peacock WF,  Harrington RA, Jesse RL, Gibler WB, Peterson ED, CRUSADE investigators. Frequency and Clinical Implications of Discordant Creatinine Kinase-MB and Troponin Measurements in Acute Coronary Syndromes. J Am Coll Cardiol;47(2):312-318, 2006.

115.    Peacock WF IV, Young J, Collins S, Diercks D, Emerman C. Heart Failure Observation Units: Optimizing Care. Annals of Emergency Medicine;47(1):22-33, 2006.

116.    Collins SP, Lindsell CJ, Peacock WF, Hedger VD, Askew J, Eckert DC, Storrow AB. The Combined Utility of an S3 Heart Sound and B-Type Natriuretic Peptide Levels in Emergency Department Patients with Dyspnea. Journal of Cardiac Failure;12(4):286-292, 2006.

117.    Peacock F, Morris DL, Anwaruddin S, Christenson RH, Collinson PO, Goodacre SW, Januzzi JL, Jesse RL, Kaaski JC, Kontos MC, Lefevre G, Mutrie D, Sinha MK, Uettwiller-Geiger D, Pollack CV. Meta-analysis of ischemia-modified albumin to rule out acute coronary syndromes in the emergency department. Am Heart J;152(2):253-62, 2006.

118.    Peacock WF. Chapter 7: Heart Failure In The Emergency Department. Critical Pathways in Cardiovascular Medicine, 2nd Edition. Edited by Drs. Cannon and O'Gara.

119.    Peacock WF, Harrison A, Moffa D. Clinical and Economic Benefits of Using Audicor S3 Detection for Diagnosis and Treatment of Acute Decompensated Heart Failure. Congestive Heart Failure;12(4 Suppl 1):32-36, 2006.

120.    Peacock WF Harrison A, Maisel AS. The Utility of Heart Sounds and Systolic Intervals Across the Care Continuum. Congestive Heart Failure;12(4  Suppl 1):2-7, 2006.

121.    Peacock WF. Acoustic Cardiography in the Differential Diagnosis of Dyspnea. Congestive Heart Failure;12(4 Suppl 1):41-43, 2006.

122.    Silver MA, Peacock WF, Diercks DB. Optimizing Treatment and Outcomes in Acute Heart Failure: Beyond Initial Triage. Congestive Heart Failure 2006;12(3):137-145.

123. Roe MT, Chen AY, Riba AL, Goswami RG, Peacock WF, Pollack CV Jr., Collins SP, Gibler WB, Ohman EM, Peterson ED: CRUSADE Investigators. Impact of congestive heart failure in patients with non-ST-segment elevation acute coronary syndromes. Am J Cardiol 2006;97(12):1707-1712.

124. Zuber M, Attenhofer Jost CH, Kipfer P, Collins SP, Peacock WF. Improving Upon QRS Duration for Prediction of Left Ventricular Dysfunctionand Clinical Outcomes.

125. Han JH, Lindsell CJ, Homung RW, Lewis T, Storrow AB, Hoekstra JW, Hollander JE, Miller CD, Peacock WF, Pollack CV, Gibler WB, on behalf of the EMCREG I*trACS Investigators. The elderly patient with suspected acute coronary syndromes in the emergency department setting.

126. Collins SP, Lindsell CJ, Peacock WF, Eckert DC, Askew J, Storrow AB. Clinical characteristics of emergency department heart failure patients initially diagnosed as non-heart failure. BMC Emergency Medicine 2006, 6:11. DOI:10.1186/1471-227x-6-11.PMID: 17105668.

127. Lindsell CJ, Anantharaman V, Diercks D, Han JH, Hoekstra JW, Hollander JE, Kirk JD, Lim S, Peacock WF, Tiffany B, Wilke EK, Gibler WB, Pollack CV, for the EMCREG-International I*trACS Investigators. The Internet Tracking Registry of Acute Coronary Syndromes (I*trACS): A Multicenter Registry of Patients with Suspicion of Acute Coronary Syndromes Reported Using the Standardized Reporting Guidelines for Emergency Department chest Pain Studies. Ann Emerg Med 2006;48(6):666-677, 677 el-9.

128. Peacock WF, Januzzi JL, Pollack Jr CV. Response to the letter to the editor by Dr. Michael D. Brown: "Meta-analysis of diagnostic tests should include estimates for both sensitivity and specificity." Am Heart J 2006;0:e1-e2. 0002-8703/$. DOI:10.1016/j.ahj.2006.09.012.

129. Mehta RH, Newby LK, Patel Y, Hoekstra JW, Miller CD, Chen AY, Lytle BL, Diercks DB, Summers RL, Brogan GX, Peacock WF, Pollack CV, Roe MT, Peterson ED, Ohman EM, Gibler SB, for the CRUSADE Investigators. The impact of emergency department structure and care processes in delivering care for non-ST-segment elevation acute coronary syndromes. Am Heart J 2006;152(4):648-60.

130. Han JH, Lindsell CJ, Storrow AB, Luber S, Hoekstra JW, Hollander JE, Peacock WF, Pollack CV, Gibler SB, for the EMCREG I*trACS Investigators. The Role of Cardiac Risk Factor Burden in Diagnosing Acute Coronary Syndromes in the Emergency Department Setting. Ann Emerg 2007;49(2):145-152, 152 el.

131. Storrow AB, Lindsell CJ, Han JH, Slovis CM, Miller KF, Gibler WB, Hoekstra JW, Peacock WF, Hollander JE, Pollack Jr CV, on behalf of the EMCREG I*trACS Investigators. Discordant cardiac biomarkers: frequency and outcomes in emergency department patients with chest pain. Annals of Emergency Medicine 2006;48(6):660-665.

USCA5 1629

132.   Frank Peacock, Deborah L. Morris, Saif Anwaruddin, Robert H. Christenson, Paul O. Collinson, Steve W.Goodacre, James L.Januzzi, Robert L. Jesse, Juan C, Kaski, Michael c. Knotos, Guillaume Lefevre, Dave Mutrie, Denise Uettwiller-Geiger,Charles V. Pollack. Meta-analysis of ischemia-modified albumin to rule out acute coronary syndromes in the emergency department. Am Heart J 2006;153(1):e3-e4.

133.   Peacock WF, Hollander JE, Smalling RW, Bresler MJ. Reperfusion strategies in the emergency treatment of ST-segment elevation myocardial infarction. American Journal of Emergency Medicine 2007;25(3):353-366.

134.   Fonarow GC, Peacock WF, Phillips CO, Givertz MM, Lopatin M, for the ADHERE Scientific Advisory Committee and Investigators. Admission B-type Natriuretic peptide levels and in-hospital mortality in acute decompensated heart failure. Journal of the American College of Cardiology 2007;49(19):1943-1950.

135.   Peacock WF, Fonarow GC, Emerman CL, Mills RM, Wynne J, for the ADHERE Scientific Advisory Committee and Investigators and the ADHERE Study Group. Impact of early initiation of intravenous therapy for acute decompensated heart failure on outcomes in ADHERE. Cardiology 2007;107(1):44-51. DOI: 10.1159/000093612.

141.   Januzzi, Jr., JL, Peacock, WF, Maisel, AS, Chae, CU, Jesse, RL, Baggish, AL, O'Donoghue, M, Sakhuja, R, Chen, AA, van Kimmenade, RRJ, Lewandrowski, KB, Lloyd-Jones, DM, Wu, AHB.. Measurement of the Interleukin Family Member ST2 in Patients with Acute Dyspnea: Results from the PRIDE (Pro-Brain Natriuretic Peptide Investigation of Dyspnea in the Emergency Department) Study. J Am Coll Cardiol 2007;50(7):607-613.

142.   Gregg Fonarow, W. Frank Peacock, Horwich TB, Phillips CO, M. Givertz, M. Lopatin, Janet Wynne. Usefulness of B-type Natriuretic Peptide and Cardiac Troponin Levels to Predict In-hospital Mortality from ADHERE. American Journal of Cardiology 2008;101(2):231-237.

143.   Jonathan Glauser, James Erickson, Deepak Bhatt, Christopher Lindsell, Brian Gibler, James Hoekstra, Charles Pollack, Judd Hollander, W. Frank Peacock. Elevated Serum Cardiac Markers Predict Coronary Artery Disease in Patients with a History of Heart Failure Who Present with Chest Pain: Insights from the I*trACS Registry. Congestive Heart Failure 2007;13(3):142-148.

144.   Michel Zuber, Christine H. Attenhofer Jost, Peter Kipfer, Sean P. Collins, W. Frank Peacock. Improving Upon QRS Duration for Prediction of Left Ventricular Dysfunction and Clinical Outcomes.

145.   W. Frank Peacock, James L. Januzzi,Jr. and Charles V. Pollack, Jr. Response to the letter to the editor by Dr. Michael D. Brown: Meta-analysis of diagnostic tests should include estimates for both sensitivity and specificity. American Heart Journal 2007;153(1):e3-e4.

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 85 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 86 of 161

Page **48** of **91**

146.    Han JH, LindsellCJ, Hornung RW, Lewis T, Storrow AB, Hoekstra JW, Hollander JE, Miller CD, Peacock WF, Pollack CV, Gibler WB. The elder patient with suspected acute coronarysyndromes in the emergency department. Acad Emerg Med 2007;14(8):732-739.

146.    Zuber M, Attenhofer Jost CH, Kipfer P, Collins SP, Michota F, Peacock WF. Acoustic cardiography augments prolonged QRS duration for detecting left ventricular dysfunction. Ann Noninvasive Electrocardiol 2007;12(4):316-328.

147.    Diercks DB, Roe MT, Chen AY, Peacock WF, Kirk JD, Pollack CV, Gibler WB, Smith SC, Ohman M, Peterson ED. Prolonged Emergency Department stays of non-ST-segment elevation myocardial infarction patients are associated with worse adherence to the American College of Cardiology/American Heart Association Guidelines for Management and Increased adverse events. Annals of Emergency Medicine 2007;50(5):489-496.

148.    Atwater BD, Milford-Beland S, Newby LK, Hernandez AF, Peacock WF, Gibler WB, Christenson RH, Ohman EM, Peterson ED, Roe MT. Patterns and implications of B-type Natriuretic peptide measurement in patients with non-ST-segment  elevation acute coronary syndromes. Am J Cardiol 2007;100(12):1727-1733.

148.    Tallman TA, Peacock WF, Emerman CL, Lopatin M, Blicker JZ, Weber J, Yancy CW, for the ADHERE Registry. Noninvasive Ventilation Outcomes in 2,430 Acute Decompensated Heart Failure Patients: An ADHERE Registry Analysis. Academic Emergency Medicine 2008;15:1-8.

149.    Singer AJ, Emerman C, Char DM, Heywood JT, Kirk JD, Hollander JE, Summers R, Lee CC, Wynne J, Kellerman L, Peacock WF. Bronchodilator therapy in acute decompensated heart failure patients without a history of chronic obstructive pulmonary disease. Ann Emerg Med 2008;51(1):35-36.

150.    Pang PS, Cleland JG, Teerlink JR, Collins SP, Lindsell CJ, Sopko G, Peacock WF, Fonarow GC, Aldeen AZ, Kirk JD, Storrow AB, Tavares M, Mebazaa A, Roland E, Massie BM, Maisel AS, Komajda M, Filippatos G, Gheorghiade M; for the Acute Heart Failure Syndromes International Working Group. A proposal to standardize dyspnea measurement in clinical trials of acute heart failure syndromes: the need for a uniform approach. Eur Heart J. 2008;29(6):816-824.

151.    Ross M, Lipetz RW, Cannon CP, Waller CG, Carter D, Amsterdam E, Fesmire F, Peacock WF, Beecroft DG, Garvey JL, McCord J, Newby LK, Graff L, Toth M, Bahr R, Aghababian R, Robert J, Steinbuch R, Stomel R, Dadkhahsc, Sieck S, Friestad W, Strader C, Holmes K. Chest Pain Center Accreditation is Associated with Better Performance of Centers for Medicare and Medicaid Services Core Measures for Acute Myocardial Infarction. American Journal of Cardiology;102(2):120-4.

152.    Diercks DB, Fonarow GC, Kirk JD, Emerman CL, Hollander JE, Weber JE, Summers RL, Wynne J, Peacock WF, for the ADHERE Scientific Advisory Committee and Investigators. Risk stratification in women enrolled in the acute decompensated heart failure national registry emergency module (ADHERE-EM). Academic Emergency Medicine 2008;15:151-158.

153.    Peacock WF IV, DeMarco T, Fonarow GC, Diercks D, Wynne J, Apple FS, Wu AHB, for the ADHERE Investigators. Cardiac Troponin and outcome in acute heart failure. New England Journal of Medicine 2008;358(20):2117-2126.

154.    Peacock WF, Hollander JE, Diercks DB, Lopatin M, Fonarow G, Emerman CL. Morphine and outcomes in acute decompensated heart failure: An ADHERE Analysis. Emergency Med J 2008;25(4):205-209.

155.    Jois-Bilowich P, Michota F, Bartholomew JR, Glauser J, Diercks D, Weber J, Fonarow GC, Emerman CL, Peacock WF for The Adhere Scientific Advisory Committee and Investigators. Venous thromboembolism prophylaxis in hospitalized heart failure patients.  Journal of Cardiac Failure 2008;14(2):127-132.

156.  Summers RL, Woodward LH, Thompson JR, Jackson-Williams L, Peacock WF. Impedance Cardiographic waveform changes in response to treatment of acute heart failure: A case study. Congestive Heart Failure 2008;14(3):157-160.

157.  Styron JF, Jois-Bilowich P, Starling R, Hobbs RE, Kontos MC, Pang PS, Peacock WF. Initial emergency department systolic blood pressure predicts left ventricular systolic function in the acute decompensated heart failure. Congestive Heart Failure 2009;15(10:9-13.

158.  Peacock W Frank, Fonarow Gregg. Preamble. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical Pathways in Cardiology, June 2008;7(2).

159.  Ander Douglas S, Maisel A, Hollander JE, Januzzi James L Jr, Yancy Clyde W, Fonarow Gregg C, Peacock W Frank.  Diagnosis. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical Pathways in Cardiology, June 2008;7(2).

160.  Collins Sean P, Gheorghiade Mihai, Weintraub Neal L, Storrow Alan B, pang Peter S, Abraham William T, Hiestand Brian , Fonarow Gregg C, Peacock W Frank. Risk Stratification. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical Pathways in Cardiology, June 2008;7(2).

161.  Kirk, J Douglas, Filippatos Gerasimos, Gheorghiade Mihai, Pang Peter S, Levy, Phillip, Amsterdam Ezra, Peacock W Frank, Fonarow Gregg C. Acute Heart Failure

Treatment. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical Pathways in Cardiology, June 2008;7(2).

162.  Diercks Deborah B, Amsterdam Ezra, Gaieski David F, Gurney Diane, Peacock W Frank, Fonarow Gregg C. Discharge Criteria. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical Pathways in Cardiology, June 2008;7(2).

163.  Trupp Robin J, Hiestand Brian, Dodge Gail, Hayes Christy  O, Miller Chadwick, Selby Elsie, Peacock W Frank, Fonarow Gregg C. Patient Education. Society of Chest Pain Centers Recommendations for the Evaluation and Management of the Observation Stay Acute Heart Failure Patient. Critical pathways in Cardiology, June 2008;7(2).

164.  Peacock WF, Mueller C, DiSomma S, Maisel A. Emergency department perspectives on B-type Natriuretic peptide utility. Congest Heart Fail 2008;14(4 Suppl 1):17-20.

165.  DiSomma S, Magrin L, Pittoni V, Marino R, Peacock WF, Maisel A. Usefulness of serial assessment of Natriuretic peptides in the emergency department for patients with acute decompensated heart failure. Congest Heart Fail 2008;14(4 Suppl 1):21-24.

166.  Farmakis D, Filippatos G, Tubaro M, Peacock WF, DiSomma S, Mueller C, Kremastinos DT, Maisel AS. Natriuretic peptides in acute coronary syndromes: prognostic value and clinical implications. Congest Heart Fail 2008;14(4 Suppl 1):25-29.

167.  Aspromonte N, Valle R, Peacock WF, Vanderheyden M, Maisel A. Inpatient monitoring and prognostic importance of B-type Natriuretic peptide. Congest Heart Fail 2008;14(4 Suppl 1):30-34.

168.  Sinning C, Schnabel R, Peacock WF, Blankenberg S. Up-and coming markers: myeloperoxidase, a novel biomarker test for heart failure and acute coronary syndrome. Congest Heart Fail 2008;14(4 Suppl 1):46-48.

169.  W. Frank Peacock IV, MD, FACEP. Guest Editor. Diagnosis and Management of Suspected Venous Thromboembolism in the Emergency Department. Thrombosis Clinic 2008;2(2):20-28.

170.  Miller CD, Fermann GJ, Lindsell CJ, Mahaffey KW, Peacock WF, Pollack CV, Hollander JE, Diercks DB, Gibler WB, Hoekstra JW; EMCREG-International itrACS Investigators. Initial risk stratification and presenting characteristics of patients with evolving myocardial infarctions.  Emerg Med J 2008;25(8):492-497.

171.  Maisel A, Mueller C, Kirkwood Jr., A, Anker SD, Aspromonte N, Cleland JGF, Cohen-Solal A, Dahlstrom U, DeMaria A, Di Somma S, Filippatos GS, Fonarow GC, Jourdain P, Komajda M, Liu PP, McDonagh T, McDonald K, Mebazaa A, Nieminen MS, Peacock WF, Mubaro M, Valle R, Vanderheyden M, Yancy CW, Zannad F,

Braunwald E. State of the art: Using Natriuretic peptide levels in clinical practice. European Journal of Heart Failure 2008;10:824-839.

172.   Diercks DB, Fonarow GC, Kirk JD, Jois-Bilowich P, Hollander JE, Weber JE, Wynne J, Mills RM, Yancy C, Peacock WF 4th: ADHERE Scientific Advisory Committee and Investigators. Illicit stimulant use in a United States heart failure population presenting to the emergency department (from the Acute Decompensated Heart Failure National Registry Emergency Module). Am J Cardiol 2008 Nov 1;102(9):1216-1219. Epub 2008 Sep 5.

173.   Peacock WF, Bhatt, DL, Diercks D, Amsterdam E, Chandra A, Ohman EM, Brown DFM, Januzzi J. Cardiologists' and Emergency Physicians' Perspectives on and knowledge of Reperfusion Guidelines. Pertaining to ST-Segment-Elevation Myocardial Infarction. Texas Heart Institute Journal 2008;35(2):152-161.

174.   Maisel AS, Peacock WF, McMullin N, Jessie R, Fonarow GC, Wynne J, Mills RM. Timing of immunoreactive B-type Natriuretic Peptide levels and treatment delay in acute decompensated heart failure: an ADHERE (Acute Decompensated Heart Failure National Registry) analysis. J Am Coll Cardiol 2008;52(7):534-540.

175.   Peacock IV, WF. American College of Chest Physicians Guideline Recommendations for Prevention of Venous Thromboembolism in Medical, Cancer, and Critical Care Patients. Thrombosis Clinic 2009;3(1):9-20.

176.   Pollack Jr., CV, Hollander JE, Chen AY, Peterson ED, Bangalore S, Peacock FW, Cannon CP, Canto JG, Gibler BW, Ohman ME, Roe MT. Non-ST-elevation myocardial infarction patients who present during off hours have higher risk profiles and are treated less aggressively, but their outcomes are not worse. A report from Can Rapid Risk Stratification of Unstable Angina Patients Suppress Adverse Outcomes With Early Implementation of the ACC/AHA Guidelines CRUSADE Initiative. Crit Pathways in Cardiol 2009;8 (1):29-33.

177.   Peacock WF, Costanzo MR, DeMarco T, Lopatin M, Wynne J, Mills RM, Emerman CL, for the ADHERE Scientuific Advisory Committee and Investigators. Impact of intravenous loop diuretics on outcomes of patients hospitalized with acute decompensated heart failure: Insights from the ADHERE Registry. Cardiology 2009;113(1):12-19.

178.   Bhatt, DL, Peacock WF, Supplement Editors. Platelet response in acute coronary syndromes. Cleveland Clinic Journal of Medicine 2009;76 (Suppl 1):S1.

179.   Rhoney D, Peacock WF. Intravenous therapy  for hypertensive emergencies. Part II. .American Journal of Health-System Pharmacy 2008 ;66(16):1448-57..

180.   Rhoney D, Peacock WF. Intravenous therapy  for hypertensive emergencies. Part I. .American Journal of Health-System Pharmacy 2008 ;66(15):1343-52..

181.   Collins SP, Peacock WF, Lindsell CJ, Clopton P, Diercks DB, Hiestand B, Hogan

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 89 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/02/17   Page 89 of 161

Page **52** of **91**

C, Kontos MC, Mueller C, Nowak R, Chen W, Huang C, Abraham WT, Amsterdam E, Breidthardt T, Daniels L, Hasan A, Hudson M, McCord J, Naz T, Wagoner L, Maisel A. S3 detection as a diagnostic and prognostic aid in Emergency Department Patients with Acute Dyspnea: Primary results from the HEARD-IT multinational investigation. Annals of Emergency Medicine 2009;53(6):748-757.

182.  Styron JF, Jois-Bilowich P, Tallman T, Emerman C, Starling RD, Peacock IV WF. Outcomes associated with nesiritide administration for acute decompensated heart failure in the emergency department observation unit: a single center experience. Congestive Heart Failure 2009;15(3):103-107.

183.  Styron JF, Jois-Bilowich. Starling R, Hobbs RE, Kontos MC, Pang PS, Peacock IV WF. Initial emergency department systolic blood pressure predicts left ventricular systolic function in acute decompensated heart failure. Congestive Heart Failure 2009;15(1):9-13.

184.  Bhatt DL, Peterson ED, Harrington RA, Ou FS, Cannon CP, Gibson CM, Kleiman NS, Brindis RG, Peacock WF, Brener SJ, Menon V, Smith SC Jr., Pollack CV Jr, Gibler WB, Ohman EM, Roe MT; CRUSADE Investigators. Eur Heart J 2009;30(10): 1195-1202.

185.  Chandra A, Glickman SW, Ou FS, Peacock Wf, McCord JK, Cairns CB, Peterson ED, Ohman EM,Gibler WB,Roe MT.  An analysis of the Association of Society of Chest Pain Centers Accreditation to American College of Cardiology/American Heart Association non-ST-segment elevation myocardial infarction guideline adherence. Ann Emerg Med 2009;54(1):17-25.

186.  Fermann GJ, Raja AS, PetersonED, Roe MT, Hoekstra JW, Milford-Beland S, Diercks DB, PollackCV Jr, Peacock WF, Summers R, OhmanEM, Gibler WB. Early treatment for non-ST-segement elevation acute coronary syndrome is associated with appropriate discharge care. Clin Cardiol 2009;32(9):19-25.

187.  Hoekstra JW, O'Neil BJ, Pride YB, Lefebvre C, Diercks DB, Peacock WF, Fermann GJ, Gibson CM, Pinto D, Giglio J, Chandra A, Cairns CB, Konstam MA,Massaro J,Krucoff M. Acute detection of ST-elevation myocardial infarction missed on standard 12-led ECG with a novel 80-lead real-time digital body surface map: primary results from the multicenter OCCULT MI Trial. Annals of Emergency Medicine 2009;54(6):779-788.

188.  Katz JN, Gore JM, Amin A, Anderson FA, Dasta JF, Ferguson JF, Kleinschmidt K, Mayer SA, Multz AS, Peacock WF, Peterson E, Pollack C, Sung GY, Shorr A, Varon J, Wyman A, Emery LA, Granger CB, on behalf of the STAT Investigators. Practice Patterns, Outcomes, and End-Organ Dysfunction for Patients with Acute Severe Hypertension: The STAT Registry. Am Heart J 2009;159(4):599-606.

189.  Soto-Ruiz KM, Peacock WF. Exercise-associated hyponatremia and the Varon-Ayus syndrome. Critical Care and Shock 2009;12:104-108.

190.  Peacock IV, WF, Angeles JE, Soto KM, Lumb PD, Varon J. Parenteral clevidipine for the acute control of blood pressure in the critically ill patient.  Therapeutics and Clinical Risk Management 2009;5:1-8.

191.  Collins SP, Levy PD, Lindsell CJ, Pang PS, Storrow AB, Miller CD, Naftilan AJ, Thohan V, Abraham WT, Hiestand B, Filippatos G, Diercks DB, Hollander J, Nowak R, Peacock WF, Gheorghiade M. The rationale for an acute heart failure syndromes clinical trials network. Journal of Cardiac Failure 2009;15(6):467-474.

192.  Peacock FW, Varon J, Ebrahimi R, Dunbar L, Pollack CV Jr. Clevidipine for severe hypertension in heart failure. Congest Heart Fail. 2010 Mar-Apr;16(2):55-9

193.  Collins SP, Lindsell CJ, Naftilan AJ, Peacock WF, Diercks D, Hiestand B, Maisel A, Storrow AB. Low –risk acute heart failure patients. External validation of the Society of Chest Pain Center's Recommendations.  Critical Pathways in Cardiology 2009;8(3): 99-103.

194.  Cudnik MT, Peacock WF, Diercks DB, Roe MT, Chen AY. Prehospital electrocardiograms (ECGs) do not improve the process of emergency department care in hospitals with higher usage of ECGs in Non-ST-segment elevation myocardial infarction in patients. Clinical Cardiology 2009;32(12):668-674.

195.  Naccarelli G, Peacock F. Angiotensin II receptor blockers in the prevetion of complications from atrial fibrillation. Vascular Health and Risk Management 2009;5:783-791.

196.  Katz JN, Gore JM, Amin A, Anderson FA, Dasta JF, Ferguson JJ, Kleinschmidt K, MayerSA, Multz AS, Peacock WF, Peterson E, Pollack C, Sung GY, Shorr A, Varon J, Wyman A, Emery LA, Granger CB, STAT Investigators. Practice patterns, outcomes, and end-organ dysfunction for patients with acute severe hypertension: The Studying the Treatment  of Acute hypertension (STAT) registry. American Heart Journal 2009;158(4):599-606e1.

197.  Rhoney D, Peacock WF. Intravenous therapy for hypertensive emergencies, Part  I. Am J Health Syst Pharm. 2009 August 1 2009;66(15):1343-1352.

198.  Rhoney D, Peacock WF. Intravenous therapy for hypertensive emergencies, Part II. Am J Health Syst Pharm 2009. August 15, 2009;66(16):1448-1457.
199.  Peacock WF, Fonarow GC. Society of Chest Pain Centers Recommendations for the evaluation and management of the observation stay acute heart failure patient – Part I. A Report from the Society of Chest Pain. Acute Cardiac Care. 2009;11:3-6.

200.  Phelan MP, Glauser J, Smith E, Martin C, Schrump S, Mahone P, Peacock WF. Improving emergency department door-to-electrocardiogram time in ST segment elevation myocardial infarction. Critical Pathways in Cardiology 2009;8(3):119-121.

201.  Pang PS, Mebazaa A, Tavares MJ, Collins S, Storrow AB, Peacock WF, Andre S, Courtney M, Hasa J, Spinar J, Masip J, , Sliwa K, Gayat E, Filippatos G, Cleland JGF, Gheorghiade M. The impact of early standard therapy on dyspnea in patients with acute

heart failure: the URGENT – Dyspnoea study. European Heart Journal 2009 (Published November 11, 2009).

202. Maisel A, Mueller C, Peacock WF, Filippatos G. B-type natriuretic peptide consensus guidelines. Chinese Journal of Medicinal Guide 2009;11(10) Serial No. 72.

203. Rogers RK, Stehlik J, Stoddard GJ, Greene T, Collins SP, Peacock WF, Maisel AD, Clopton P, Michaels AD. Adjusting for clinical covariates improves the ability of B-type Natriuretic peptide to distinguish cardiac from non-cardiac dyspnea: a sub-sturdy of HEARD-IT. Eur J Heart Fail 2009 11:1043-1049;doi:10.1093/eurjhf/hfp 127.

204. Douglas PS, Taylor A, Bild A, Bonow R, Greenland P, Lauer M, Peacock F, Udelson J. Outcomes research in cardiovascular imaging: Report of a workshop sponsored by the National Heart, Lung, and Blood Institute. Circ Cardiovasc Imaging 2009;2:339-348.

205. Pollack C, Varon J, Garrison NA, Ebrahimi R, Dunbar L, Peacock WF 4th. Clevidipine, an intravenous dihydropyridine calcium channel blocker, is safe and effective for the treatment of patients with acute severe hypertension. Annals of Emergency Medicine 2009;53(3):329-338.

206. Katz JN, Gore JM, Amin A, Anderson FA, Dasta JK, Ferguson JK, Kleinschmidt K, Mayer SA, Multz AS, Peacock WF, Peterson E, Pollack, Sung GY, Shorr A, Varon J, Wyman A, Emery LA, Granger CB, on behalf of the STAT Investigators. Practice Patterns, Outcomes, and End-Organ Dysfunction for Patients with Acute Severe Hypertension. The STAT Registry. Am Heart J 2009;158(4):599-606.

207. Chandra A, Lindsell CJ, Limkakeng A, Diercks DB, Hoekstra JW, Hollander JE, Kirk JD, Peacock WF, Gibler WB, Pollack CV, on behalf of the EMCREG i*trACS Investigators. Emergency physician high pretest probability for acute coronary syndrome correlates with adverse cardiovascular outcomes. Academic Emergency Medicine 2009;16:740-748.

208. Miller CD, Blomkalns Al, Gersh BJ, PollackCV, Brogan GX, Diercks DB, Peacock WF, Stone GW, Hollander JE, Manoukian SV, Hoekstra JW, ACUITY Investigators. Safety and efficacy of bivalirudin in high-risk patients admitted through the emergency department. Acad Emerg Med 2009 Aug;16(8):717-725.

209. Peacock WF, Soto-Ruiz KM. Risk stratification for suspected acute coronary syndromes and heart failure in the emergency department. Acute Card Care 2009;11(3):138-145

210. Peacock, WF, Emerman C, Costanzo MR, Diercks DB, Lopatin M, Fonarow GC. Early vasoactive drugs improve heart failure outcomes. Congestive Heart Failure 2009;15(6):256-264.

211. Peacock WF, Fonarow GC, Ander DS, Collins SP, Gheorghiade M, Kirk JD, Filippatos G, Diercks DB, Trupp RJ, Hiestand B, Amsterdam EA, Abraham WT,

Amsterdam EA, Dodge G, Gaieski DF, Gurney D, Hayes CO, Hollander JE, Holmes K, Januzzi JL Jr., Levy P, Maise lA, Miller CD, Pang PS, Selby E, Storrow AB, Weintraub NL, Yancy CW, Bahr RD, Blomkains AL, McCord J, Nowak RM, Stomel RJ. Society of Chest Pain Centers recommendations for the evaluation and management of the observation stay acute heart failure patients-parts 1-6. Acute Card Care 2009;11(1):3-42.

212.  Phelan MP, Glauser J, Smith E, Martin C, Schrump S, Mahone P, Peacock WF. Improving emergency department door-to-electrocardiogram time in ST segment elevation myocardial infarction. Crit Pathw Cardiol 2009;8(3):119-121.

213.  Takakuwa KM,Ou FS, Peterson ED, Pollack CV Jr., Peacock  WF, Hoekstra JW, Ohman EM, Gibler WB, Blomkalns AL, Roe MT. The usage patterns of cardiac bedside markers employing point-of-care testing for Troponin in non-ST-segment elevation acute coronary syndrome: results from CRUSADE. Clin Cardiol 2009;32(9):498-505.

214.  Peacock IV WF, Varon J, Ebrahimi R, Dunbar L, Pollack Jr CV. Clevidipine for severe hypertension in acute heart failure: A VELOCITY Trial Analysis. Congestive Heart Failure2010;16(2):55-60.

215.  Glauser J,Emerman CL, Bhatt DL, Peacock WF 4th. Platelet aspirin resistance in ED patients with suspected acute coronary syndrome. Am J Emerg Med 2010;28(4):440-444.

216.  Maisel A, Mueller C, Nowak R, Peacock WF, Landsberg JW, Ponikowski P, Mocket M, Hogan C, Wu AHB, Richards M, Clopton P, Filippatos GS, Di Somma S, Anand I, Ng L, Daniels LBm, Neath S, Christenson R, Potocki M, McCord J, Terracciano G, Kremastinos D, Hartmann O, von Haehling S, Bergmann A, Morgenthaler NG, Anker SD. Mid-region pro-hormone markers for diagnosis and prognosis in acute dyspnea: Results from the BACH (Biomarkers in Acute Heart Failure) Trial.                    J Am Coll Cardiol 2010;55(19):2062-2076.

217.  Peacock WF. Use of Bioimpedance Vector Analysis in Critically Ill and Cardiorenal patients.Contrib Nephrol 2010:;165:226-235. Epub 2010 Apr 20.

218.  Peacock WF, Soto KM. Current techniques of fluid status assessment..Contrib Nephrol 2010;164:128-142.

219.  Szczech LA, Granger CB, Dasta JF, Amin A, Peacock WF, McCullough PA, Devlin JW, Weir MR, Katz JN, Anderson Jr. FA, Wyman A, Varon J and for the Studying the Treatment of Acute Hypertension Investigators. Circulation 2010;121:2183-2191.

220.  Peacock WF, Braunwald E, Abraham W, Albert N, Burnett J, Christenson R, Collins S, Diercks D, Fonarow G, Hollander J, Kellerman A, Gheorghiade M, Kirk D, Levy P, Maisel A, Massie BM, O'Connor C, Pang P, Shah M, Sopko G, Stevenson L, Storrow A, Teerlink J.  National Heart, Lung, and Blood Institute working group on emergency department management of acute heart failure: research challenges and

opportunities. J Am Coll Cardiol 2010 Jul 27;56(5):343-51.

221.  Mebazaa A, Pang PS, Tavares M, Collins SP, Storrow AB, Laribi S, Andre S, Courtney D, Hasa J, Spinar J, Masip J, Peacock WF, Sliwa K, Gayat E, Filippatos G, Cleland JG, Gheorghiade M. The impact of early standard therapy on dyspnea in patients with acute heart failure: the URGENT - dyspnea study. Eur Heart J 2010;31(7):832-841.

222.  Collins SP, Pang PS, Lindsell CJ, Kyriacou DN, Storrow AB, Hollander JE, Kirk JD, Miller CD, Nowak R, Peacock WF, Tavares M, Mebazaa A, Gheorghiade M. International Variations in the Clinical, Diagnostic, and Treatment Characteristics of Emergency Department Patients with Acute Heart Failure Syndromes. European Journal of Heart Failure. Doi:10.1093/eurjhf/hfq133. Published August 25, 2010.

223.  Engineer R, Benoit J, Hicks C, Kolattukudy S, Burkhoff D, Peacock WF. Hemodynamic Changes as a Diagnostic Tool for Acute Heart Failure – A Pilot Study. The American Journal of Emergency Medicine 2012;30(1):174-80.

224.  Maisel AS, Peacock WF, Shah KS, Clopton P, Diercks D, Hiestand B, Kontos MC, Mueller C, Nowak R, Chen WJ, Collins SP. Acoustic cardiography S3 detection use in problematic subgroups and B-type Natriuretic peptide "gray zone": secondary results from the Heart failure and Audicor technology for rapid diagnosis and initial treatment multinational investigation. Am J Emerg Med 2010 Jul 12. [Epub ahead of print] PMID: 20627217.

225.  Depta JP, Cannon CP, Fonarow GC, Zhao X, Peacock WF, Bhatt DL, for the Get With The Guidelines Steering Committee and Investigators. Patient characteristics associated with the choice of triple antithrombotic therapy in acute coronary syndromes. Am J Cardiol 2009;104(9):1171-1178.

226.  Kumbhani DJ, Cannon CP, Fonarow GC, Liang L, Askari AT, Peacock WF, Peterson ED, Bhatt DL, for the Get with the Guidelines Steering Committee and Investigators. Association of Hospital Primary Angioplasty Volume in ST-Segment Elevation Myocardial Infarction with Quality and Outcomes. JAMA 2009;302(20):2207-2213.

227.  Peacock WF, Jaffe A, Wu A. Low level Troponin interpretation in the era of high sensitivity Troponins. The Medical Roundtable, January 2010.

228.  Glaser RU, Peacock WF, Wu AH, Muller R, Mocker M, Apple FS. Placenta growth factor and B type natriuretic peptide as an independent predictors of risk from a multi-biomarker panel in suspected acute coronary syndrome (Acute Risk and Related Outcomes Assessed With Cardiac Biomarkers) [ARROW] The American Journal of Cardiology 2011;107(6):821-826.

229.  Peacock, WF.Heart Failure: Biomarkers of Diagnosis and Prognosis. EMCREG International Supplement;1-11, October 2010.

230.  Peacock WF, Diercks D, Kirk JD, Levy P, Pang PS, Storrow A. Expert Roundtable.

Emergency Department Risk Stratification of Suspected Acute Heart Failure. Medical Roundtable: Cardiovascular Edition. 2010:1(4):250-259.

231.  Soto-Ruiz KM, Peacock WF, Varon J. The men and history behind the venturi mask. Resuscitation 2011;82(3):244-246.

232.  Pines JM, Fee C, Fermann GJ, Ferroggiaro AA, Irvin CB, Mazer M, Peacock W, Schuur JD, Weber EJ, Pollack CV; SAEM Guidelines Committee. The role of the Society for Academic Emergency Medicine in the Development of Guidelines and Performance Measures. Academic Emergency Medicine 2010;17(11):e130-140..

233.  Glaser R, Peacock WF, Wu AH, Muller R, Mockel M, Apple FS. Placental growth factor and  B-type Natriuretic peptide as independent predictors of risk from a multibiomarker panel in suspected acute coronary syndrome (Acute Risk and Related Outcomes Assessed with Cardiac Biomarkers [ARROW]) Study. American Journal of Cardiology 2011 Mar 15;107(6):821-6.

234.  Peacock WF, Pina I. Primary role of B-type Natriuretic peptide across the clinical spectrum: from emergency medicine to transitional care and beyond into the community. Congestive Heart Failure 2011;17:8-13.

235.  Soto-Ruiz KS, Varon Joseph, Peacock WF. Encyclopedia of Intensive Care Medicine. Editors: Jean-Louis Vincent and Jesse Hall. Springer Science + Business Media LLC New York and Springer Japan KK. Chapter Title: Acute Heart Failure: Risk Stratification. Copyright Year: 2011.

236.  Diercks DB, Collins SP, Hiestand B, Kirk JD, Kontos MC, Mueller C, Nowak R, Maisel A, Peacock WF. Disparity of care in the acute care of patients with heart failure. Academic Emergency Medicine 2011;18(1):15-21.

237.  Xue Y, Clopton P, Peacock WF, Maisel AS. Serial changes in high-sensitive Troponin I predict outcome in patients with decompensated heart failure. European Journal of Heart Failure 2011;13:37-42.

238.  Peacock WF, Breitmeyer JB, Pan CP, Smith WB, Royal MA. A randomized study of the efficacy and safety of Intravenous acetaminophen compared to oral acetaminophen for the treatment of fever. Academic Emergency Medicine 2011; 18(4):360-366.

239.  McMullin N, Lindsell CJ, Lei L, Mafi J, Jois-Bilowich P, Anantharaman V, Pollack Jr., CV, Hollander JE, Gibler WB, Hoekestra JW, Diercks D, Peacock WF, for the EMCREG i*trACS Investigators. Outcomes associated with small changes in normal range cardiac markers.  The American Journal of Emergency Medicine 2011;29(2):168-173.

240.  O'Neil BJ, Hoekstra J, Pride YB, Lefebvre C, Diercks D, Peacock WF, Fermann GJ, Gibson M, Pinto D, Giglio JF, Chandra A, Cairns CB, Clark C, Massaro J, Krucoff M. Incremental benefit of 80-lead electrocardiogram body surface mapping over the

12-lead electrocardiogram in the detection of acute coronary syndromes in patients without ST-elevation myocardial infarction: results from the optimal cardiovascular diagnostic evaluation enabling faster treatment of myocardial infarction (OCCUL MI) trial. Academic Emergency Medicine 2010;17(9):932-939.

241. Collins S, Peacock WF, Lindenfeld J. Acute Heart Failure Guidelines: Moving in the Right Direction? Journal of Cardiac Failure 2011;17(1):1-2.

242. Peacock WF, Varon J, Ebrahim R, Dunbar L, Pollack Jr. CV. Clevidipine for severe hypertension in patients with renal dysfunction: A VELOCITY trial analysis. Blood Pressure 2011;20(Ther Suppl 1):20-25.

243. Tuy T, Peacock WF. Noninvasive Volume Assessment in the ED: A look at BNP and BIVA. Contributions to Nephrology. Eds Ronco C.m S Karger AG (Switzerland), 2011. DOI: 10.1159/000327205.

244. Tubaro M, Danchin N, Goldstein P, Filippatos G, Hasin Y, Heras M, Jansky P, Norekval TM, Swahn E, Thygesen K, Vrints C, Zahger D, Arntz HR, Bellou A, De La Coussaye JE, De Luca L, Huber K, Lambert Y, Lettino M, Lindahl B, McLean S, NIbbe L, Peacock WF, Price S, Quinn T, Spaulding C, Tatu-Chitoiu G, Van de Werf F. Pre-hospital treatment of STEMI patients. A scientific statement of the Working Group Acute Cardiac Care of the European Society of Cardiology. Acute Card Care 2011 Jun;13(2):56-67.

245. Shulkin DJ, Jewell KE, Alexandrov AW, Bernard DB, Brophy GM, Hess DC, Kohlbrenner J, Martin-Schild S, Mayer SA, Peacock WF, Qureshi AI, Sung GY, Lyles A. Impact of systems of care and blood pressure management on stroke outcomes. Popul Health Manag. 2011 Apr 20. [Epub ahead of print]

246. Than M, Cullen L, Reid CM, Lim SH, Aldous S, Ardagh MW, Peacock WF, Parsonage WA, Ho HF, Ko HF, Kasliwal RR, Bansal M, Soerianata S, Hu D, Ding R, Hua Q, Seok-Min K, Sritara P, Sae-Lee R, Chiu TF, Tsai KC, Chu FY, Chen WK, Chang WH, Flaws DF, George PM, Richards AM. A 2-h diagnostic protocol to assess patients with chest pain symptoms in the Asia-Pacific region (ASPECT): a prospective observational validation study. Lancet 2011;377(9771):1077-1084.

247. Collins S, Peacock WF, Lindenfeld J. Acute Heart Failure Guidelines: Moving in the Right Direction? Ann Emerg Med 2011;57:29-30.

248. Collins SP, Storrow AB, Fermann G, Roll S, Miller K, Weintraub N, Sawyer DB, Pang PS, Levy P, Gheorghiade M, Peacock WF, Lindsell C. Changing clinical profiles and timing of enrollment in acute heart failure Syndromes Clinical Trials. Journal of Cardiac Failure 2011. (Accepted for publication)

249. Peacock WF, Nagurney J, Birkhahn R, Singer A, Shapiro N, Hollander J, Glynn T, Nowak R, Safdar B, Miller C, Peberdy M, Counselman F, Chandra A, Kosowsky J, Neuenschwander J, Schrock J, Plantholt S, Lewandrowski E, Wong V, Kupfer K, Diercks D. Myeloperoxidase in the Diagnosis of Acute Coronary Syndromes: The

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 96 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/07/17 Page 96 of 161

Page **59** of **91**

Importance of Spectrum. The American Heart Journal 2011;162(5):893-899.

250.  Maisel AS, Nakato K, Ponikowski P, Peacock WF, Yoshimura M, Suzuki T, Tsuatamoto T, Filippatos GS,  Saito Y, Seino Y, Minamino N, Hirata Y, Mukoyama M, Nishikimi T, Nagai R. Japanese-Western Consensus Meeting on Biomarkers: Executive Summary. International Heart Journal. September 2011;52(5):253-265.

251.  Peacock WF, Nowak R, Christenson R, DiSomma S, Neath SX, Hartmann O, Mueller C, Ponikowski P, Mocket M, Hogan C, Wu AHB, Richards M, Filippatos GS, Anand I, Phil D, Ng LL, Daniels LB, Morgenthaler N, Anker SD. Short-term mortality risk in emergency department acute heart failure. Academic Emergency Medicine 2011;18(9):947-958.

252.  Peacock WF. The Value of Nothing: The consequence of a negative Troponin test. J Am Coll Cardiol 2011;58:1340-1342.

253.  Maisel A, Xue Y, Shah K, Mueller C, Nowak R, PeacockWF, Ponikowski P, Mocket M, Hogan C, Wu AHB, Richards M, Clopton P, Filippatos GS, Di Somma S, Anand I, Phil D, Ng L, Daniels LB, Neath SX, Christenson R, Potocki M, McCord J, Terracciano G, Kremastinos Dm, Hartman O, von Haehling S, Bergmann A, Morgenthaler NG, Anker SD. Increased 90-day mortality in acute heart failure patients with elevated copeptin: Secondary Results from the biomarkers in acute heart failure (BACH) Study. Circ HF 2011. (published online July 15, 2011, I:10.1161/CIRCHEARTFAILURE.110.960096.

254.  Peacock F, Amin A, Granger CB, Pollack  Jr. CV, Levy P, Nowak R, Kleinschmidt K, Varon J, Wyman A, Gore JM for the Stat Investigators. Hypertensive heart failure: patient characteristics, treatment, and outcomes American Journal of Emergency Medicine 2011;29(8):855-862.

255.  Maisel AS, Peacock WF, Shah KS, Clopton P, Diercks D, Hiestand B, Kontos MC, Mueller C, Nowak R, Chen WJ, Collins SP. Acoustic cardiography S3 detection use in problematic subgroups and B-type Natriuretic peptide "gray zone": secondary results from the Heart failure and Audicor technology for rapid diagnosis and initial treatment multinational investigation. Am J Emerg Med 2011;29(8):924-931.

256.   Yilmaz MB, Gayat E, Salem R, Lassus J, Nikolaou M, Saribi S, Parissis J, Follath F, Peacock WF, Mebazza A. Impact of diuretic dosing on mortality in acute heart failure using a propensity-matched analysis. European Journal of Heart Failure 2011;13(11):1244-1252.

257.   Antonio Piccoli MD, DSc, Marta Codognotto MD, Vito Cianci MD, Gianna Vettore MD, Martina Zaninotto PhD, Mario Plebani MD, Alan Maisel MD, FACC, W. Frank Peacock MD. Differentiation of Cardiac and Noncardiac /Dyspnea Using Bioelectrical Impedance Vector Analysis (BIVA). Journal of Cardiac Failure 2012;18(3):226-232.

258.  Peacock WF, Hilleman DE, Levy PD, Rhoney DH, Varon J. A systematic review of

nicardipine vs labetalol for the management of hypertensive crises. American Journal of Emergency Medicine 2011 Sep 9 [Epub ahead of print].

259.  Peacock WF, Varon J, Baumann BM, Borczuk P, Cannon CM, Chandra A, Cline DM, Diercks DB, Hiestand B, Hsu A, Jois-Bilowich P, Kaminski B, Levy P, Nowak RM, Schrock JW. CLUE: a randomized comparative effectiveness trial of IV nicardipine versus labetalol use in the emergency department. Critical Care 2011;15:R157(27 June 2011).

260.  Maisel A, Xue Y, Shah K, Mueller C, Nowak R, Peacock WF, Ponikowski P, Mocket M, Hogan C, Wu AHB, Richards M, Clopton P, Filippatos GS, DiSomma S, Anand I, NG L, Danield LB, Neath SX, Christenson R, Potocki M, MCCord J, Terracciano G, Kremastinos D, Hartmann O, van Haehling S, Bergmann A, Morgenthaler NG, Anker SD. Increased 90-day mortality in patients with acute heart failure with elevated copeptin: secondary results from the Biomarkers in Acute Heart Failure (BACH) study. Circ Heart Fail. 2011 Sep;4(5):613-20. Epub 2011 Jul 15

261.  Maisel A, Mueller C, Nowak RM, Peacock WF, Piotr Ponikowski , Mockel M, Hogan C, Wu AHB, Richards M, Clopton P, Filippatos GS, DiSomma S, Anand I, Ng LL, Daniels LB, Neath SX, Christenson R, Potocki M, McCord J, Hartmann O, Morgenthaler NG, Anker SD. Midregion prohormone adrenomedullin and prognosis in patients presenting with Acute dyspnea. Journal of the American College of Cardiology 2011;58(10):1057-1067.

262.  Qian F, Ling FS, Deedwania P, Hernandez AF, Fonarow GC, Cannon CP, Peterson EP, Peacock WF, Kaltenbach LA, Laskey WK, Schwamm LH, Bhatt DL, on behalf of the GWTG Steering Committee and Investigators. Care and outcomes of Asian Acute Myocardial Infarction Patients: Findings from the American Heart Association Get with the Guidelines – Coronary Artery Disease Program. Circ Cardiovasc Qual Outcomes. 2012 Jan;5(1):126-33. Epub 2012 Jan 10

263.  Collins SP, Lindsell CJ, Storrow AB, Fermann GJ, Levy PD, Pang PS, Weintraub N, Peacock WF, Sawyer DB, Gheorghiade M. Early changes in clinical characteristics after emergency department therapy for acute heart failure syndromes: identifying patients who do not respond to standard therapy. Heart Fail Rev. 2012 May;17(3):387-94. doi: 10.1007/s10741-011-9294-7

264.  Daniels LB, Clopton P, Potocki M, Mueller C, McCord J, Richards M, Hartmann O, Anand IS, Wu AHB, Nowak R, Peacock WF, Ponikowski P, Mockel M, Hogan C, Filippatos GS, DiSomma S, Ng L, Neath SX, Christenson R, Morgenthaler NG, Anker SD, Maisel AS. Influence of age, race, sex, and body mass index on interpretation of midregional pro atrial Natriuretic peptide for the diagnosis of acute heart failure: results from the BACH multinational study. European Journal of Heart Failure Advance Access published December 2, 2011. doi: 10.1093/eurjhf/hfr 157.

265.  Bhardwaj A, Truong QA, Peacock WF, Yeo KTJ, Storrow A, Thomas S, Curtis KM, Foote RS, Lee HK, Miller KF, Januzzi JL. A multicenter comparison of established and emerging cardiac biomarkers for the diagnostic evaluation of chest pain

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 98 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/07/17   Page 98 of 161

Page **61** of 91

in the emergency department. American Heart Journal 2011;162(2):276-282.

265.    Maisel A, Peacock WF, Wu A.  Spotlight Expert Roundtable. A practical approach for the use of biomarkers in heart failure. The Medical Roundtable – Cardiovascular Edition 2011;2(4):208-214.

266. Yilmaz MB, Gayat E, Salem R, Lassus J, Nikolaou M, Laribi S, Parissis J, Follath F, Peacock WF, Mebazaa A. Does high dose diuretic therapy influence mortality in acute heart failure? An analysis using propensity score methods. Eur J Heart Fail. 2011 Nov;13(11):1244-52

267. Collins, S. P., Lindsell, C. J., Storrow, A. B., Fermann, G. J., Levy, P. D., Pang, P. S., Weintraub, N., Peacock, WF., Sawyer, D. B., Gheorghiade, M. Early changes in clinical characteristics after emergency department therapy for acute heart failure syndromes: identifying patients who do not respond to standard therapy. Heart Fail Rev 2012 17(3):387-94

268. Collins SP, Lindsell CJ, Pang PS, Storrow AB, Peacock WF, Levy P, Rahbar MH, Junco DD, Gheorghiade M, Berry DA. Bayesian Adaptive Trial Design in Acute Heart Failure Syndromes: Moving Beyond the Mega Trial. Am Heart J. 2012 Aug;164(2):138-45. Epub 2012 Jul 9

269. Bangalore S, Fonarow GC, Peterson ED, Helkamp AS, Hernandez AF, Laskey W, Peacock WF, Cannon CP, Schwamm LH, Bhatt DL; Get with the Guidelines Steering Committee and Investigators. Age and Gender Differences in Quality of Care and Outcomes for Patients with ST-segment Elevation Myocardial Infarction. Am J Med. 2012 Oct;125(10):1000-9. doi: 10.1016/j.amjmed.2011.11.016. Epub 2012 Jun 27.

270.    Than M, Aldous S, Lord SJ, Goodacre S, Frampton CMA, Troughton R, George P, Florkowski CM, Ardagh M, Smyth D, Jardine DL, Peacock WF, Young J, Hamilton G, Deely JM, Cullen L, Richards AM. A 2-Hour Diagnostic Protocol for Possible Cardiac Chest Pain in the Emergency Department A Randomized Clinical Trial. JAMA Intern Med. 2013. E1-8. doi:10.1001/jamainternmed.2013.11362

271.    Neuenschwander J, Hiestand B, Peacock WF. A Pilot Study of Implantable Cardiac Device Interrogation by Emergency Department Personnel. Journal of Critical Pathways in Cardiology.

272.    Steinberg BA, Beckley PD, Deering TF, Clark CL, Amin A, Bauer KA, Cryer B, MD, Mansour M, Scheiman JM, Zenati MA, Newby K, Peacock WF, Bhatt DL, for the Society of Cardiovascular Patient Care. Evaluation and Management of the Atrial Fibrillation Patient A Report From the Society of Cardiovascular Patient Care. Critical Pathways in Cardiol 2013;12: 107–115). DOI: 10.1097/HPC.0b013e31829834ed

273.    Benoit J, Hicks K, Engineer R, Lindsell C, Peacock WF. ST2 in Emergency Department Patients with Non-cardiac Dyspnea. Academic Emergency Medicine.

274.     Peacock WF, Cullen L, Mueller T, Than M. Troponin Testing: End of an Era? Clinical Biochemistry.  46 (2013), 1627-28.

275.     Editor of Current Emergency and Hospital Medicine Reports : Heart Failure Section.  Springer Verlag, Vol 1(2), 2013.

276.     Choudhary R, DiSomma S, Maisel A. Biomarkers for Diagnosis and Prognosis in Acute Heart Failure. Curr Emerg Hosp Med Rep (2013) 1:133–140. DOI 10.1007/s40138-013-0009-3

277.     Hiestand B, Laribi S, Mebazaa A. Implantable Cardiac Devices and the Acute Care Management of Decompensated Heart Failure.  Curr Emerg Hosp Med Rep (2013) 1:105–111. DOI 10.1007/s40138-013-0008-4

278.     Levy PD, Bellou A. Acute Heart Failure Treatment. Curr Emerg Hosp Med Rep (2013) 1:112–121. DOI 10.1007/s40138-013-0012-8

279.     Pang PS, Zaman M. Airway Management and Assessment of Dyspnea in Emergency Department Patients with Acute Heart Failure. Curr Emerg Hosp Med Rep (2013) 1:122–125. DOI 10.1007/s40138-013-0011-9

280.     Tuy T, Than M. Fluid-Volume Assessment in the Investigation of Acute Heart Failure. Curr Emerg Hosp Med Rep (2013) 1:126–132. DOI 10.1007/s40138-013-0010-x

281.     Martins WA, Villacorta H, Peacock WF. 'Troponinemia' and Epidemic Pseudoinfarction. Rev Bras Cardiol. 2013;26(5):xx-xx

282.     Cavender MA, Rassi AN, Fonarow GC, Cannon CP, Peacock WF, Laskey WK, Hernandez AF, Peterson ED, Cox M, Grau-Sepulveda M, Schwamm LH, Bhatt DL. Relationship of Race/Ethnicity With Door-to-Balloon Time and Mortality in Patients Undergoing Primary Percutaneous Coronary Intervention for ST-Elevation Myocardial Infarction: Findings From Get With the Guidelines–Coronary Artery Disease. Clinical Cardiology. 36, 000-000 (2013). DOI:10.1002/clc.22213

283.     Peacock WF, Kontos MC, Amsterdam E, Cannon CP, Diercks D, Garvey L, Graff L, Holmes D, Holmes KS, McCord J, Newby K, Roe M, Dadkhah S, Siler-Fisher A, Ross M. Impact of Society of Cardiovascular Patient Care Accreditation on Quality: An Action Registry®-Get With the Guidelines™ Analysis. Critical Pathways in Cardiology 12(3), 2013, 116-20. DOI:10.1097/HPC.0b013e31828940e3

   **a.   Other full papers:**

       **i.   published without review by peer group**
      **ii.   in preparation**

**b.     Abstracts given during last three years**

USCA5 1645

a. Nowak R, Peacock F, Neath S, Hogan C, Mueller C, Clopton P, Anker S, Maisel A. Natriuretic Peptides Fail to predict short term mortality in emergency department patients with acute heart failure. Academic Emergency Medicine 2009;16(4):S10.

b. Peacock F, Nowak R, Neath S, Christenson R, Clopton P, DiSomma S, Anker S, Maisel A. ED prediction of short term mortality in acute heart failure: results of the international BACH Trial. Academic Emergency Medicine 2009;16(4):S11.

c. Benoit J, Hicks C, Kolattukudy S, Engineer R, Peacock WF. Hemodynamic Changes as a Diagnostic Tool for Acute Heart Failure. Academic Emergency Medicine 2009;16(4):S11.

d. Schrock J, Peacock WF. A Pilot Study Evaluating the Use of Ultrafiltration in Emergency Depasrtyment Observation Unit Patients Presenting with Acute Heart Failure. Academic Emergency Medicine 2009;16(4):S266.

e. Peacock F, Kleinschmidt K, Pollack C. Hypertensive Acute Heart Failure. Academic Emergency Medicine 2009;16(4):S270.

f. Benoit J, Hicks C, Kolattukudy S, Woolridge S, Engineer R, Peacock WF. Evaluation of ST2 for Risk Stratification in Patients presenting to the Emergency Department with Dyspnea. Academic Emergency Medicine 2009;16(4):S332.

g. Hicks C, Benoit J, Burkhoff D, Engineer R, Kolattukudy S, Dasarathy S, Peacock WF. Hemodynamic changes in Patients with Sepsis. Academic Emergency Medicine 2009;16(4):S397.

h. Hicks C, Benoit J, Burkhoff D, Engineer R, Kolattukudy, Dasarathy S, Peacock WF. Bioreactance predictors of hospitalization in patients with suspected sepsis. Academic Emergency Medicine 2009;16(4):S445.

i. Peacock IV W, Hoekstra J, Krucoff M, Diercks D, Fermann G, Clard C, Grines C, Jois-Bilowich P. Annals of Emergency Medicine 2009;54(3):S2.

j. Peacock IV W, Diercks D, Hollander J, Singer A, Birkhahn R, Shapiro N, Lewandrowski E, Nagumey J. Can point-of-care assays deliver lab quality accuracy. Annals of Emergency Medicine 2009;54(3):S7.

k. Phelan MP, Wickline D, Glauser J, Peacock WF, Meredith R, Joyce M, Martin C, Sturges Smith L. A performance improvement audit to assess airway documentation: how well do emergency physicians document confirmation of endotracheal tube placement?  Annals of Emergency Medicine 2009;54(3):S19.

l. Peacock IV W, Nowak R, Maisel A, DiSomma S, Mockel M, Mueller C, Xavier Nemth S, Harman O, McCord J, Anker S. Acute heart failure mortality prediction using copeptin: results of the biomarkers in acute heart failure trial. Annals of Emergency Medicine 2009;54(3):S29.

m. Apple FS, Glaser R, Peacock WF, Roberts WL, Wu AHB. Assessment of multiple biomarkers for diagnosis of myocardial infarction in patients presenting with

symptoms suggestive of acute coronary syndrome. Clin Chem 55 (S6) A-63 (2009).

n.  Nowak R, Muller c, Richards M, Christenson R, Wu A, Mockel M, Ponikowski P, Neath S, Daniels L, Hogan C, Peacock F, Anand I, Ng L, Disomma S, Filippatos G, Landsberg J. British Thoracic Society, December 2009.

o.  Hartman O, Landsberg J, Mueller C, Nowak R, Ponikowski P, Moeckel M, Hogan C,Wu AHB, Richards M, Filippatos GS, Di Somma S, Anand IS, Ng L, Neath SX, Christenson R, McCord J, Morgenthaler NG, Enginner R, Bergmann A, Anker SD, Maisel AS, Peacock WF. Procalcitonin Identifies Acute Heart Failure Biomarkers in Patients with Acute Heart Fauilure in Need of Antibiotic Therzapy Observational Results from the BACH (Biomarkers in Acute Heart Failure) Trial. Getting ahead in lung infection: Spoken Sessions, S123, Thorax 2009;64:A62-A64.

p.  Gore JM, Katz J, Kleinschmidt K, Wyman A, PeacockF, Anderson FA, Granger CB. Readmission in patients with acute severe hypertension is common and predictable: the Studying the Treatment of Acute hypertension registry. American College of Cardiology 58th Annual Scientific Session. J Am Coll Cardiol 2009.

q.  Peacock WF, Amin A, Granger CB, Wyman A, Levy P, Gore JM, Pollack D, Kleinschmidt K, Varon J. Hypertension emergencies presenting as acute heart failure. The Studying the Treatment of acute hypertension registry. Society of Academic Emergency Medicine 2009. [New Orleans FL]

r.  Peacock WF, Amin A, Granger CB, Wyman A, Levy P, Gore JM, Pollack C, Kleinschmidt K, Varon J. Acute hypertension Registry. 2009 Eur Heart J [European Society of Cardiology, Barcelona]

s.  Peacock WF, Naurney J, Diercks DB, Birkhahn R, Abhinav C, Counselman F, Glynn T, Hollander JE, Kosowsky JM, Lewandrowski K, Chadwick M, Neuenschwander J, Nowak RM, Peberdy M, Plantholt S, Safdar B, Schrock J, Shapiro NI, Singer A. The myeloperoxidase in the diagnosis of acute coronary syndromes (MIDAS) trial. Acad Emerg Med, May 2010;17(5). Suppl 1:S195.

t.  Diercks DB, Kontos M, Peacock WF, Amsterdam E, Hiestand B, Kirk JD, Maisel A, Mueller C, Nowak R, Collins SP. Disparity of care in the acute care of patients with dyspnea from suspected heart failure. Acad Emerg Med, May 2010;17(5). Suppl 1:S160.

u.  Engineer R, Burkhoff D, Benoit JL, Hicks C, Kolattukudy S, Peacock WF. Hemodynamic changes differentiate acute decompensated heart failure from other causes of dyspnea. Acad Emerg Med, May 2010;17(5). Suppl 1:S159.

v.  Diercks DB, Nagurney J, Birkhahn RH, Chandra A, Counselman FL, Glynn T, Hollander JE, Kosowsky J, Miller C, Neuenschweander J, Nowak RM, Peberdy MA, Planthol S, Shapiro N, Safdar B, Schrock J, Singer AJ, Peacock WF. Diagnostic accuracy of a contemporary tnI assay for myocardial infarction at 3 hours of serial testing in early presenters to the emergency department with chest pain. Acad Emerg Med, May 2010;17(5). Suppl 1:S157.

w.  McCullough PA, Peacock WF, O'Neil B, de Lemos JA. Capturing the pathophysiology of acute coronary syndromes with circulating biomarkers. Rev Cardiovasc Med 2010;11(suppl 2):S3-S12 doi: 10:3909/ricm 11S2S0005.

x.  de lemos JA, Peacock WF, McCullough PA. Natriuretic peptides in the prognosis and management of acute coronary syndromes. Rev Cardiovasc Med 2010;11(suppl 2):S24-S34 doi: 10:3909/ricm 11S2S0004.

y.  O'Neil B, Peacock WF. Cardiac computed tomography in the rapid evaluation of acute cardiac emergencies. Rev Cardiovasc Med 2010;11(suppl 2):S35-S44 doi: 10:3909/ricm 11S2S0003.

z.  Peacock WF. Time to treatment and acute coronary syndromes: bridging the gap in rapid decision making. Rev Cardiovasc Med 2010;11(suppl 2):S45-S50 doi: 10:3909/ricm 11S2S0001.

aa. McCullough PA, Peacock WF, O'Neil B, de lemos JA, Lepor NE, Berkowitz R. An evidence-based algorithm for the use of b-type Natriuretic testing in acute coronary syndromes. Rev Cardiovasc Med 2010;11(suppl 2):S51-S65 doi: 10:3909/ricm 11S2S0002.

bb. Peacock WF, Soto KM. Current technique of fluid assessment. Congestive Heart Failure, 2010;16(4):S45-51.

cc. Fonarow G, Bhatt DL, Helkamp AS, Webb LE, Peterson E, Friesenhahn TB, Shuey L, Hernandez A, Schwamm I, Peacock WF, Laskey W. Baseline Characteristics, Quality of Care, and Short-Term Outcomes of Young Patients Presenting with ST-Segment Elevation Myocardial Infarction: Insight from the Get With the Guidelines CAD Registry. American Heart Association 2010.

dd. Levy P, Cline D, Baumann B, Hsu A, Varon J, Peacock IV, WF, Impact of initial blood pressure on antihypertensive resonse in patients with acute hypertension. Hypertension 2010;56:e86.

ee. Peacock W, Baumann B, Borczuk P, Cannon C, Chandra A, Diercks D, Kaminski B, Levy P, Nowak R, Schrock J, Varon J. CLUE: A comparative effectiveness trial of Nicardipine versus Labetalol use in the Emergency Department. Annals of Emergency Medicine 2010;56(3):S34.

ff. Frank Peacock W, Soto KM. Current technique of fluid status assessment. Congestive Heart Failure 2010;16 Suppl 1:45-51.

gg. Daniels LB, Taub P, Clopton P, Peacock WF, Nowak R, Anker SD, Anand I, Christenson R, DiSomma S, Filippatos G, Hogan C, McCord J, Mockel M, Mueller C, Neath SX, Ng L, Ponikowski P, Potocki M, Richards AM, Wu A, Maisel AS. Prognostic Value of MR-proADM and Troponin in Patients with Acute Dyspnea: The Biomarkers in Acute Heart Failure (BACJ) Trial.  Journal of Cardiac Failure 2010.

hh. Cannon CM, Baumann B, Chandra A, Cline D, Diercks D, Hsu, A, Levy P, Nowak R, Schrock J, Varon J, Peacock WF. Intravenous Nicardipine and Labetalol Use in

Hypertensive Patients with Signs or Symptoms Suggestive of End Organ Dysfunction in the Emergency Department. Acad Emerg Med 2011;18(5) Suppl:S12.

ii.  Peacock W, Nowak R, Maisel A, Mueller C, Ponikowski P, Mockel M, Hogan C, Wu AHB, Richards M, Clopton P, Filippatos GS, Di Somma S, Anand I, Ng LL, Daniels L, Xavier-Neath, Christenson R, Potocki M, McCord J, Hartmann O, Morgenthaler N, Anker S. Serial Adrenomedullin Predicts Outcomes in Dyspneic Emergency Department Patients. Acad Emerg Med 2011;18(5) Suppl 1:S38.

jj.  Chandra A, Limkakeng A, Drake W, Mani G, Freeman D, Baumann BM, Borczuk P, Cannon C, Cline DM, Diercks D, Hiestand B, Hsu A, Jois-Bilowich P, Kaminski B, Levy P, Nowak R, Schrock J, Varon J, Peacock WF. Description of Patients Requiring Prolonged Intravenous Treatment for Hypertension: Observations From the Prospective, Multicenter, Randomized Clue Trial. Acad Emerg Med 2011;18(5) Suppl 1:S40.

kk.  Nowak RM, Peacock WF, Mueller C, Hogan C, DiSomma S, Neath S, Mockel M, Ponikowski P, Richards M, Wu AHB, Clopton P, Fillipatos GS, Anand I, Ng L, Daniels LB, Christenson R, Potocki M, McCord J, Hartmann O, Morgenthaler NG, Anker SD, Maisel A.  Mid-region Prohormone Adrenomedullin Identifies Acutely Dyspneic Emergency Department Patients with High 90 Day Mortality: Results From the Biomarkers in Acute Heart Failure Trial. Acad Emerg Med 2011;18(5) Suppl 1:S87.

ll.  Tuy, T, Fiessinger L, Talati A, Kim J, Peacock WF. Bioimpedance Improves the Diagnostic Accuracy for Acute Heart Failure in the Emergency Department. Journal of Cardiac Failure 2011;17(8) Suppl 1:S97.

mm.  Peacock WF, Diercks D, Hollander J, Singer a,Birkhahn R, Shapiro N, Arnold W, Noland B, Naugurney J. Can point of care be as good as the central lab? Ann EM 2011;58(4):S239.

nn.  Nowak RM, Peacock F, DiSomma S, Neath SX, Mueller C, Hartman O, Hogan C, Morgenthaler N, Anker SD, Maisel A. Biomarker predictionof 14-day mortality in emergency department patients presenting with the symptom of acute shortness of breath. Annals of Emergency Medicine 2011;58(48):S177.

oo.  Tuy TT, Talati A, Fiessinger L, Peacock WF. Bioimpedance vector analysis for volume assessment in dyspneic patients. Annals of Emergency Medicine 2011;58(48):S212

pp.  Tuy t, Talati A, Fiessinger L, Peacock WF. The association between Bioimpedance vector analysis measurements and disposition. Annals of Emergency Medicine 2011;58(48):S213.

qq.  Talati AN, Tuy T, Fiessinger L, Peacock WF. Comparison of Bioimpedance Vector Analysis (BIVA) to physical examination in assessment of volume status amongst African American and Caucasian patients. Annals of Emergency Medicine 2011;58(48):S213.

rr. Peacock W, Diercks D, Hollander J, Singer A, Birkhahn, R, Shapiro N, Arnold W, Noland B, Nagurney J. Can point of care be as good as the central lab? Annals of Emergency Medicine 2011;58(48):S239.

ss. Bainey KR, Fonarow GC, Cannon CP, Hernandez AF, Peterson ED, Peacock WF, Laskey WK, Zhao X, Schwamm LH, Bhatt DL. Contemporary Use of Renin-Angiotensin System Blockers in Acute Coronary Syndromes; Findings from Get With The Guidelines-Coronary Artery Disease Program. American Heart Association Scientific Sessions. QCOR 2012. Atlanta GA, May 9-11, 2012.

tt. Rassi A, Cannon CP, Peacock WF, Fonarow G, Laskey W, Hernandez A, Peterson E, Cox M, Schwamm L, Cavender M, Bhatt DL. Temporal Trends and Predictors in the Use of Aldosterone Antagonists Post-Acute Myocardial Infarction. American Heart Association Scientific Sessions. QCOR 2012. Atlanta GA, May 9-11, 2012.

c.     **Books:**

  i.     **complete books written (title, publishers, date)**

  ii.    **books edited (include names of other editors)**

1. Peacock WF. Heart Failure in the Emergency Department. Journal of Critical Pathways, December 2005.

2. Peacock WF, Tiffany BR. Cardiac Emergencies. The McGraw-Hill Companies,Inc. 2006.

    a.    Translated into Italian; Peacock WF, Tiffany BR. Emergenze Cardiache. The McGraw-Hill Companies, Inc. 2006.

    b.    Translated into Chinese; Peacock WF, Tiffany BR. Cardiac Emergencies. The McGraw-Hill Companies, Inc. 2007.

3. Peacock, WF.  Short Stay Management of Heart Failure. Lippincott Williams & Wilkins. Philadelphia, PA. 2006.

4. Peacock, WF.  Short Stay Management of Heart Failure, 2nd edition. Lippincott Williams & Wilkins. Philadelphia, PA. 2006.

5. Peacock WF, Cannon CP, Editors. Short Stay Management of Chest Pain. Society of Chest Pain Centers, Human Press, 2011.

    a.    Translated into Chinese; Peacock WF, Cannon CP, Editors. Short Stay Management of Chest Pain - Chinese. Society of Chest Pain Centers, Springer Dordrecht Heidelberg London New York, 2009. (Chinese publication 2011

  iii.   **book chapters written (include usual citations)**

1.      Peacock WF. <u>Clinical Applications of Markers in Cardiology – A Case-Oriented Approach</u>. Chapter 16: Congestive Heart Failure: Treatment Implications of Natriuretic Peptides. Editor, Jesse Adams, 2006

2.      Peacock, WF. <u>Future Options for Management of Heart Failure in an Emergency Department Observation Unit. Critical Pathways in Cardiology: A Journal of Evidence-Based Medicine</u>. December 2005, 4(4):177-181.

3.      Peacock WF, Tallman TA. <u>B-Type Natriuretic Peptide Assay</u>.  Critical Decisions in Emergency Medicine, January 2006, Lesson 10, page 13.

4.      Tallman TA, Peacock WF. <u>Managing Acute Decompensated Heart Failure in the Emergency Department: Does Standard of Care Mean Optimal Care</u>? Emergency Medicine Reports, July 10, 2006;27(15):1-15.
5.      Tallman TA, Peacock WF. <u>Managing Acute Decompensated Heart Failure in the Emergency Department: Does Standard of Care Mean Optimal Care? Part II</u>. Emergency Medicine Reports, 2006;27(1):1-16.

6.      W. Frank Peacock IV, MD. Improving Efficiencies within the Emergency Department: A Rapid, Serial, Multimarker Approach for Managing Acute Coronary Syndrome. A self-study accredited monograph. Supported by an educational grant for Alere. Biomarkers in Risk Stratification, pgs 6-11, 2011.

7.      Summers RL, Woodward LW, Peacock WF. Role for Impedance Cardiography in the Diagnosis and Management of Acute Heart Failure. Emergency Medicine and Critical Care Review, December 2006, Issue 2, www.TouchBriefings.com.

8.      Peacock WF. Markers in Cardiology. Chapter 16: Congestive heart failure: treatment implications of natriuretic peptides. Blackwell Futura Publishing, Malden, Massachusetts, USA. 2007.

9.      Peacock WF. Critical Pathways in Cardiovascular Medicine. 2nd Edition. Editors: Christopher P. Cannon and Patrick T. O'Gara. Chapter 7: Heart Failure in the Emergency Department, page 46. Lippincott Williams & Wilkins, Philadelphia Pennsylvania. Copyright 2007.

10.     Eric Bates, MD, Joseph Caprini, MD, John Fanikos, RPh, MBA, Diane Kelly, PhD, MBA, RN, W. Frank Peacock,  MD. Health Strategies, Thrombosis. The Issues Facing Clinical and Financial Decision Makers About Thrombosis Management. A CME Monograph for Healthcare Professionals, Update 2007.

11.     W. Frank Peacock. Initial Evaluation, Differential Diagnosis of Dyspnea; Management of Acute Heart Failure and Pulmonary Edema. Emergency Cardiovascular Care: The Reference Textbook by The American Heart Association and the American College of Emergency Physicians. Editors: M. Bresler, Field JM, Mattu A, O'Connor R, Vandenhoek T. Lippincott Williams & Wilkins, 2007.

Case 2:14-md-02592-EEF-MBN Document 5481-8 Filed 02/10/17 Page 106 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-34 *SEALED* Filed 02/10/17 Page 106 of 161

Page **69** of 91

12.     Frank Peacock. Congestive Heart Failure: Treatment implications of natriuretic peptides. Markers in Cardiology: A Case-oriented Approach. Edited by Jesse E. Adams, Fred S. Apple and Allan S. Jaffe. Blackwell Publishing, Malden MA, 2007.

13.     W. Frank Peacock. CHF. Tintinalli's Emergency Medicine, 7th edition, 2008, McGraw-Hill, New York.

14.     W. Frank Peacock. Cardiogenic Shock. Tintinalli's Emergency Medicine, 7th edition, 2008, McGraw-Hill, New York.

15.     P. Jois-Bilowich, F. Peacock.ED Observation Unit Management of Heart Failure in: ACEP Observation Unit Textbook.

16.     Peacock WF, Soto KM. Current Techniques of Fluid Status Assessment in Fluid Overload: Diagnosis and Management, eds Ronco C, Constanzo MR, Bellomo R, Maisel AS. Contributions to Nephrology, 2010, 164;128-42.

17.     Peacock WF. Use of Bioimpedance Vector Analysis in Critically Ill and Cardiorenal Patients, in Cardiorenal Syndromes in Critical Care, eds Ronco C, Bellomo R, McCullough PA. Contributions to Nephrology 2010, 165;226-35.

18.     W. Frank Peacock. Heart Failure. Tintinalli's Emergency Medicine: A Comprehensive Study Guide, 7th edition, 2010, McGraw-Hill, New York.

19.     J.im Edward Weber, W. Frank Peacock. Cardiogenic Shock. Chapter 54, page 385. Tintinalli's Emergency Medicine: A Comprehensive Study Guide, 7th edition, 2011, McGraw-Hill, New York.

20.     W. Frank Peacock. Congestive Heart Failure and Acute Pulmonary Edema. Chapter 57, page 405. Tintinalli's Emergency Medicine: A Comprehensive Study Guide, 7th edition, 2011, McGraw-Hill, New York.

21.     W. Frank Peacock, MD, FACEP.Cardiac Biomarkers in Clinical Practice. Ischemia Markers, Chapter 11, Page 221. Edited by James L. Januzzi, Jr. Jones and Bartlett Publishers, Sudbury, Massachusetts. 2011.

22.     Tuy T, Peacock WF. Diagnosis and Risk Stratification of Acute Coronary Syndrome in Cardiac Biomarkers in Clinical Practice: Present and Future applications. Editor, Alan Maisel. Jaypee Brother's Publishing. September 2011

d.      **Other works communicating research results to scientific colleagues**

6.      **Other works communicating research results to general public**

a.      **Electronic media**

Case 2:14-md-02592-EEF-MBN Document 5481-8 Filed 02/10/17 Page 107 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-84 *SEALED* Filed 02/10/17 Page 107 of 161

Page **70** of **91**

Peacock WF. Medscape from Web MD. Current Controversies in the Management of Acute Decompensated Heart Failure. July 11-18, 2005.

Engineer R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide, 6th edition, 2005, Judith E.Tintinalli, Editor. McGraw-Hill. Urologic Stone Disease, CD-Rom.

Haddon R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Face and Jaw Emergencies, CD-Rom.

Peacock WF, Weber J. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Cardiogenic Shock, CD-Rom.

Peacock WF, MD. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Heart Failure, CD-Rom.

Waters T, Peacock WF.. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Nasal Emergencies and Sinusitis, CD-Rom.

W. Frank Peacock. New Biomarkers in Acute Cardiac Care – Markers of Necrosis. American College of Cardiology Extended Learning (ACCEL) CD-ROM. 43(1), 2011.


**b.    Internet Publication(s)**

Peacock WF. Prehospital fibrinolysis: It's about time. The heart.org.2003

Editor:CaseStudyRx.com.http://www.casestudyrx.com/heart/current.htm 2003

Ander DS, Peacock WF, Karrjem-Norwood V, Keady M. Management of Heart Failure in the Emergency Department. E Med web page.

Peacock WF. How do you differentiate CHF from other causes of dyspnea in the ED? What will be the most effective way to do this in the next year or two? August 4, 2003, MDchoice.com

CCF Internet Web Site. Emergency Department Management of Heart Failure.

 Peacock, WF. Congestive Heart Failure in Tintinalli's Emergency Medicine On-line: www.AccessMedicine.com 2005

Peacock WF. Pertinent BNP Consensus Panel Recommendations. http://adhf.digiscript.com

USCA5 1653

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 108 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 108 of 161

Page **71** of **91**

Peacock, WF. Congestive Heart Failure in Tintinalli's Emergency Medicine On-line:
www.AccessMedicine.com

Peacock WF. Pertinent BNP Consensus Panel Recommendations.
http://adhf.digiscript.com

**c.** **Websites**

Peacock WF. Current Controversies in the Management of Acute Decompensated Heart
Failure, www.Medscape.com

Peacock WF. CCF Acute Decompensated Heart Failure Website.
https://www.clevelandclinicmeded.com/hfed/intro1.asp

Peacock WF: WWW.Inovise.com. The $S_3$ for Heart Failure Management.

Peacock WF: The heart.org. CME Center. Perspectives on acute decompensated heart
failure. November 11, 2005. (Supported by Scios, Inc.)

Peacock WF: Selecting the Right BNP for your Institution: Clinical and Technical
Considerations. Biosite. April 27, 2006. http://video.talkpoint.com/adhfwebcast.

Peacock WF: Selecting the Right BNP for your Institution: Clinical and Technical
Consideration, September 9, 2005. http://video.talkpoint.com/adhfwebcast.

Peacock WF. American Heart Association Acute Decompensated Heart Failure Webcast,
September 7, 2005.

Peacock WF. Heart Failure Diagnosis and Management, webcast, American Heart
Association, October 5, 2005.

Peacock WF. Heart Failure Diagnosis and Management, webcast, American Heart
Association, Dec 9, 2005.

Peacock WF. Current Controversies in the Management of Acute Decompensated Heart
Failure, www.Medscape.com

Peacock WF, CCF Acute Decompensated Heart Failure Website.
https://www.clevelandclinicmeded.com/hfed/intro1.asp

Web Site Director. The Cleveland Clinic Foundation, Cleveland OH. Management of
Acute Decompensated Heart Failure in the Emergency Department. An Online Learning
continuum. www.clevelandclinicmeded.com/hfed.

Peacock WF, Chairperson. The Chest Pain Kingdom: Triage, Technoogies and
Treatment. The Eleventh Congress of Chest Pain Centers, April 24, 2008.
www.ChestPainKingdom.com

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 109 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 109 of 161

Page **72** of **91**

Peacock WF, Reach MD Guest. Program aired week of September 1-7, 2008.  Listen Live from www.reachmd.com

Peacock WF, Section Editor, "Ask the Expert". American College of Cardiology's CardioSource website, (www.cardiosource.org/biomarkers). Cardiac Biomarkers Clinical Community. 2010.

### d.      Enduring Material

Peacock WF. AMI in the ED. The latest development in fibrinolytic therapy as an enduring material.

Peacock WF. IMPACT: Optimal Management of the AMI Patient. Central/Midwest Regional Working Group Monograph. Release date: January 2004.

Peacock WF. IMPACT: Optimal Management of the AMI Patient. West Regional Working Group Monograph. Release date: January 2004.

Peacock WF. IMPACT: Optimal Management of the AMI Patient. Northeast Regional Working Group Monograph. Release date: January 2004.

Peacock WF. IMPACT: Optimal Management of the AMI Patient. Southeast Regional Working Group Monograph. Release date: January 2004.

W. Frank Peacock MD.  The Evolving Role of BNP in the Diagnosis and Treatment of CHF: A Summary of the BNP Consensus Panel Report. EMCREG International. Advancing The Standard of Care: Cardiovascular and Neurovascular Emergencies, October 2004.

W. Frank Peacock MD. The Evolving Role of BNP in the Diagnosis and Treatment of CHF: A Summary of the BNP Consensus Panel Report. EMCREG International, January 2005, Vol. 1.

Peacock WF. The use of cardiac biomarkers in evaluation of patients with chest pain. Biolife Sciences.

Peacock WF. Management of Heart Failure in the Emergency Department Observation Unit. Cardiology Clinics of North America. 2005.

Diercks DB, Martinez JA, Peacock WF, Tiffany BR. Acute Coronary Syndromes and Thrombosis Treatment. ACEP. Monograph: December 1, 2004.

W. Franklin Peacock IV, MD. Special Report. Distributed by Cardiology Special Edition. Optimizing Treatment of Acute Decompensated Heart Failure in the Emergency Department: A Special Report From the ADHERE Registry, October 2004.

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 110 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 110 of 161

Page **73** of **91**

Peacock WF, CL Emerman. Assessment and Management of Decompensated Heart Failure. Critical Decisions in Emergency Medicine 2005;19(5):1-27.

Peacock WF. Observation Unit Care: A New Paradigm in the Treatment of Acute Decompensated Congestive Heart Failure (ADHF).

Emergency Diagnosis and Treatment of Acute Decompensated Heart Failure (ADHF). CME Monograph from the ACEP 2005 Spring Congress Satellite Symposium, Orlando, FL, March 4, 2005. Produced by EMCREG International.

Peacock WF. Congestive Heart Failure: Treatment Implications of Natriuretic Peptides. Markers in Cardiology: A Contemporary Case-oriented Approach.

Peacock WF. Heart Failure in the Emergency Department. Critical Pathways in Cardiovascular Medicine, 2nd edition.

Peacock WF. Avian Flu Symposium: Panel Discussion 01. ScribeMeddia.org. (http://www.scribemedia.org/2006/11/22/avian-flu/.

Peacock WF. Observation Unit Care: A New Paradigm in the Treatment of Acute Decompensated Congestive Heart Failure.

Adams Jr K, Boehmer JP, Costanzo MR, Crouch MA, Gheorghiade M, Kirk JD, Mehra M, O'Connor CM, Peacock IV F, Siegel EM, Warner-Stevenson L, Summers RL, Young JB. Managing Patients with Acute Decompensated Heart Failure. Clinical Courier, December 2006;23(56). ISSN 0264-6684.

Young JB, Adams Jr KF, Luber Jr JM, Peacock IV WF. Optimizing Treatment Strategies for Multiple ADHF Patient Types: A Case-based Newsletter. Proceedings, February 2007.

Peacock IV WF, Editor. Venous Thromboembolism Prophylaxis in Medical Patients. Thrombosis Journal Club 2008;1(1):1-67. Ernest Mario School of Pharmacy at Rutgers, Elsevier, New Jersey.

**e.   Publications on CD-ROM:**

1999   Peacock WF, Urologic Stone Disease, in Tintinalli JE, Ruiz E (eds): Emergency Medicine, A Comprehensive Study Guide, 1995, 4th ed. New York, McGraw Hill.

1999   Peacock, WF, Otolaryngologic Emergencies, in Tintinalli JE, Ruiz E (eds): Emergency Medicine, A Comprehensive Study Guide, 1995, 4th ed. New York, McGraw Hill.

2001    Double Therapy: Thrombolytics and 2B3A Antagonists for Acute MI. Advances in the Care of Acute Coronary Syndromes. 2001,EMCREG International, Cincinnati, OH

2001    The Role of BNP in CHF: A Round-Table Discussion on the Challenges of Diagnosing CHF. Biosite Diagnostics, San Diego, CA.

2002    W. Frank Peacock. "Advances in Treatment of Congestive Heart Failure" in Modern Advances in the Diagnosis and Treatment of Cardio- and Neurovascular Emergencies.

2002    Maximizing Care for the Heart Failure Patient: The Cleveland Clinic. Feb 1.

2004    ADHERE Investigator Meeting: Stat Diagnosis and Treatment of Heart Failure, Feb 20

2004    Peacock WF, et al. ADHERE Stat Diagnosis and Treatment of Heart Failure, April 17

2004    CD-ROM.ADHERE: EM Investigator Meeting, San Francisco, CA, October 15-17, 2004.

2004    Acute Heart Failure: The Emergency Department and the Economics of Care, June 15, 2004.

2004    The ADHERE Registry: Improving the Medical Management and Quality of Care of Heart Failure Patients

2003    WF Peacock. Congestive Heart Failure. Audio-Digest Emergency Medicine 22(3). February 7.

2005    CD-ROM publication: Peacock Frank. ADHERE EM / Core Investigator Meeting. ADHERE-EM, July 22, 2005.

2005    Waters T, Peacock WF. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Nasal Emergencies and Sinusitis, CD-Rom.

2005    Haddon R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Face and Jaw Emergencies, CD-Rom.

2005    Peacock WF, Weber J. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. Cardiogenic Shock, CD-ROM.

Case 2:14-md-02592-EEF-MBN   Document 5401-8 Filed 02/10/17   Page 112 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-94 *SEALED*   Filed 02/10/17   Page 112 of 161

Page **75** of **91**

2005    Peacock WF, MD. Emergency Medicine: A Comprehensive Study Guide. 6th edition. 2005, Judith E. Tintinalli, Editor. McGraw-Hill. <u>Heart Failure</u>, CD-ROM.

2005    Engineer R, Peacock WF. Emergency Medicine: A Comprehensive Study Guide, 6th edition, 2005, Judith E.Tintinalli, Editor. McGraw-Hill. <u>Urologic Stone Disease</u>, CD-ROM.

**f.    Webcasts:**

1.  Acute Decompensated Heart Failure: Exciting New Treatment Options. Live Web Conference with Telephone Audio, January 2004.

2.  Audioconference. Selecting the Right BNP for your Institution: Clinical, Technical and Economic Considerations.  January 25, 2005.

3.  Educational Teleconference. Selecting the Right BNP for your Institution: Clinical and Technical Considerations. May 13, 2005

4.  Peacock WF: Observation Unit Care: A new Paradigm in the Treatment of Acute Decompensated Heart Failure. July 11, 2005. <u>http://www.obsunit.com</u>.

5.  Peacock WF: Observation Unit Care: A new Paradigm in the Treatment of Acute Decompensated Heart Failure. July 12, 2005. <u>http://www.obsunit.com</u>.

6.  Peacock WF: Observation Unit Care: A new Paradigm in the Treatment of Acute Decompensated Heart Failure. July 13, 2005. <u>http://www.obsunit.com</u>.

7.  Peacock WF: Observation Unit Care: A new Paradigm in the Treatment of Acute Decompensated Heart Failure. July 19, 2005. <u>http://www.obsunit.com</u>.

7.  Peacock WF: Observation Unit Care: A new Paradigm in the Treatment of Acute Decompensated Heart Failure. July 20, 2005. <u>http://www.obsunit.com</u>.

8. Peacock WF. Current Controversies in the Management of Acute Decompensated Heart Failure, July 12, 2005.  <u>http://video.talkpoint.com/adhfwebcast</u>.

9. Peacock WF. Current Controversies in the Management of Acute Decompensated Heart Failure, July 14, 2005. <u>http://video.talkpoint.com/adhfwebcast</u>.

10. Peacock WF. Current Controversies in the Management of Acute Decompensated Heart Failure, July 19, 2005. <u>http://video.talkpoint.com/adhfwebcast</u>.

11. Peacock WF. Current Controversies in the Management of Acute Decompensated Heart Failure, July 20, 2005. <u>http://video.talkpoint.com/adhfwebcast</u>.

12. Peacock WF. Current Controversies in the Management of Acute Decompensated Heart Failure, July 21, 2005. <u>http://video.talkpoint.com/adhfwebcast</u>.

USCA5 1658

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 113 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 113 of 161

Page **76** of **91**

13. Selecting the Right BNP for your Institution: Clinical and Technical Consideration, September 9, 2005. http://video.talkpoint.com/adhfwebcast.

14. Peacock WF. American Heart Association Acute Decompensated Heart Failure Webcast, September 7, 2005.

15. Peacock WF: Selecting the Right BNP for your Institution: Clinical and Technical Considerations. Biosite. September 9, 2005.

16. Peacock WF. Heart Failure Diagnosis and Management, American Heart Association, October 5, 2005.

17. Peacock WF: Selecting the Right BNP for your Institution: Clinical and Technical Considerations. Biosite. November 10, 2005.

18. Peacock WF: WWW.Inovise.com. The $S_3$ for Heart Failure Management. Nov, 2005

19. Peacock WF: Theheart.org. CME Center. Perspectives on acute decompensated heart failure. November 11, 2005. (Supported by Scios, Inc.)

20. Peacock WF: Rapid Coronary Reperfusion with a Fibronlytic Approach in ST-elevation Myocardial Infarction. Live and Interactive Webcast. January 22, 2006.

21. Peacock WF: Selecting the Right BNP for your Institution: Clinical and Technical Considerations. Biosite. April 27, 2006

22. October 9, 2006. Emergency Department Management of Acute Coronary Syndromes: Survive.

23. October 11, 2006. Selecting the right BNP for your institution. Clinical and Technical Considerations.

24. October 11, 2006. Strive Critical Pathways. Emergency Medicine Management of Acute Coronary Syndromes: Including the Observation Unit.

25. May 18, 2010. Necessary for Medical Education. CME Webcast. Rural Management of Acute Coronary Syndromes.

26. 6th International Congress of Cardiology on the Internet. Symposium on Chest pain Units 2009. Evaluation and Management of Patients with Acute Heart Failure in the Chest Pain Unit / Observation Unit. September 1st – November 30th, 2009.

27. Edema in Complex Patients: Tailoring Treatment to the Patient's Needs., Medscape. April 2012.

## III   Teaching Information

Case 2:14-md-02592-EEF-MBN   Document 5481-8   Filed 02/10/17   Page 114 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-34 *SEALED*   Filed 02/10/17   Page 114 of 161

Page **77** of **91**

**A.  Didactic course work**

**1.  Courses taught at current institution: (include number of hours)**

a.  <u>Course Director</u>: Emergency Medicine and Cardiology: The Critical Interface. June 14, 2003, Intercontinental Hotel and Conference Center, The Cleveland Clinic. (16 hours CME hours)

b.  <u>Director</u>, The Cleveland Clinic Center for Continuing Education Web site: The Management of Acute Decompensated Heart Failure in the Emergency Department. (8 CME hours)

c.  <u>Web Site Director</u>. The Cleveland Clinic Foundation, Cleveland OH. Management of Acute Decompensated Heart Failure in the Emergency Department. An Online Learning Continuum. www.clevelandclinicmeded.com/hfed. (6 CME hours)

d.  <u>Chairman</u>: Management of Decompensated Heart Failure Critical Interface Series. UNITECH Communication, The Cleveland Clinic Foundation, Cleveland OH. (2 CME hours)

e.  Moderator: Management of Decompensated Heart Failure Critical Interface Series. The Pharmacist's Perspective on Emergency Management of Heart Failure, October 28, 2004. (2 CME hours)

f.  Moderator: Management of Decompensated Heart Failure Critical Interface Series. The Hospitalist's Perspective on Emergency Management of Heart Failure, November 15, 2004. (2 CME hours)

g.  Moderator: Management of Decompensated Heart Failure Critical Interface Series. The Nephrologist's Perspective on Emergency Management of Heart Failure, December 14, 2004. (2 CME hours)

h.  <u>Course Director</u>,The Cleveland Clinic Event Medicine Program "Covering the Crowd": Current Concepts in Disaster Management, Cleveland Browns Stadium, Cleveland, OH, June 7, 8, 2006. (8 CME hours)

i.  Chairman, Event Medicine: Covering the Crowd, The Terrace Club at Jacobs Field, Cleveland OH, September 12, 2007. (8 CME hours)

j.  Peacock, WF, Speaker, Cleveland Clinic Medicine Grand Rounds, entitled, Early Diagnosis and Risk Stratification in Patients Presenting with Suspected Acute Heart Failure", Cleveland Clinic Bunts Auditorium, Cleveland Ohio, December 18, 2008. (1 CME hour)

k.  Program Chair; Emergencies in Medicine. Annual CME course; 2003 to present, Park City, Utah. (26 CME hours)

l.  Program Chair: Institute for Emergency Medical Education. Annual CME course; 2008 to present, Maui, HI. (27 CME hours)

**2.  Courses taught at other institutions (All presentations 1 hr CME courses, chair/director will be longer)**

USCA5 1660

a. Symposium Chairman: 2B/3A Inhibitors and Acute Coronary Syndromes, sponsored by Searle Pharmaceuticals. At American Heart Association Annual Meeting, Dallas, TX, 1998.

b. Course Director: Acute Coronary Syndromes in Emergency Medicine, April 2001, Cleveland, OH

c. Course Director: Combination Therapy for Acute Myocardial Infarction Guidelines. Centocor Roundtable Discussion. August 22, 2002, Cleveland OH.

d. Program Chair, AMI in the ED: The Latest developments in Fibrinolytic Therapy. Seattle, Washington, October 2, 2002. With publication of enduring material.

e. Course Director: Management of acute decompensated heart failure in the emergency department ED ED HF STAT Roundtable. March 2003. Atlantis, Bahamas. Enduring material published.

f. Co-Chair. (WF Peacock, RL Summers) Impedance Cardiography (ICG): The Next Vital Sign Technology for the ED. Satellite symposia to the American College of Emergency Physicians Annual Scientific Meeting. October 2003, Boston, Massachusetts

g. Course Director, The Emergency Medicine and Cardiology Critical Interface Summit. Embassy Suites Hotel, Lake Tahoe Resort, Lake Tahoe, California, January 29-31, 2004.

h. Course Director: Acute Heart Failure: The Emergency Department and the Economics of Care. Continuing Medical Education. March 2004.

i. Chairman ADHERE Investigator Meeting: Seattle, WA, Apr 16-18, 2004.

j. Program Chair. The Emergency Medicine ADHERE Investigator Meeting, November 15, 2004, Las Vegas NV.

k. Course Director: SCIOS Cardiology / ED Heart Failure Consultant Meeting, June 28, San Francisco, CA.

l. Chairperson, Heart Failure Track of The 8th Congress of Chest Pain Centers. Bridging Gaps in Acute Coronary Care through education, advocacy and accreditation, April 2005.

m. Co-chairperson, INITIATE National CME Program.

n. Chairperson for the ADHERE Emergency Module (EM) Investigator meeting. Palace Hotel, San Francisco CA, October 15-17, 2004.

o. Chairman, Second Annual ADHERE Investigator's Meeting. Las Vegas, NV, Sep 25-26, 2004.

p. Faculty, The Heart Course, www:theheartcourse.com

q. Course Director, The Emergency Medicine and Cardiology Critical Interface Summit. Copper Mountain Colorado, Feb 15-18, 2005.

r. Ventricular Arrhythmias. Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cleveland OH, April 13, 2005.

Case 2:14-md-02592-EEF-MBN Document 5401-84 SEALED Filed 02/10/17 Page 116 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 116 of 161

Page **79** of **91**

s.      The Impact of Rapid Biomarkers for Enhancing Cardiovascular Patient Management. Satellite Symposium to the Society of Chest Pain 8th Annual Congress. Orlando, FL, April 28, 2005.

t.      Non-ST Segment Elevation MI – The Standard of Care and Where we Need to Improve. Intercontinental Hotel, Cleveland OH, April 26, 2005.

u. Moderator, Session Sports: Caring for Athletes and the Spectators. Society for Academic Emergency Medicine Annual Meeting, May 23, 2005.

v. Proteins for Profit and Fun! The Institute for Emergency Medical Education and the Washington Chapter of the American college of Emergency Physicians. Wailea Marriott, Maui, Hawaii, December 4-9, 2005.

w.      Myths and Miracles in Acute Heart Failure: What Do We Really Know? The Institute for Emergency Medical Education and the Washington Chapter of the American college of Emergency Physicians. Wailea Marriott, Maui, Hawaii, December, 2005

x. Chairperson/Moderator, Heart Failure Program, Ninth Congress of Chest Pain Centers, Boston, MA, May 3-6, 2006.

y. Cleveland Clinic Event Medicine Program Presents, Covering the Crowd: Current Concepts in Disaster Management. W. Frank Peacock, Speaker. Thrombolytics: Should They Be Considered Pre-hospital? June 7-8, 2006, Cleveland Ohio.

z. Discussion of Multimarker Testing & Myeloperoxidase (MPO) in ACS, June 29, 2006, Valley View, Ohio. Sponsored by The Center for Healthcare Education.

aa.     September 28, 2006. Heart Failure in the Emergency Department. Southpointe Hospital, Cleveland, OH.

bb.     MetroHealth Emergency Department Grand Rounds, Cardiovascular controversies. November 22, 2006, Cleveland, OH.

cc.     December 13, 2006. Department of Emergency Medicine Grand Rounds, MetroHealth Medical Center, Cardiac Biomarkers. Cleveland, OH.

dd.     January 18, 2007. The AHA/ACC Guidelines: The View from the Emergency Department. Cleveland, OH.

ee.      BNP Consensus Working Group Faculty, Cannes, France, April 27, 2007.

ff.     ST-segment elevation myocardial infarction management. A Life Flight Annual Conference, Cleveland Ohio, May 10, 2007.

gg.      Chairman, Acute Care Cardiology Debate at Society of Academic Emergency Medicine, Chicago IL, May 19, 2007.

hh.    BNP: Who Needs It? Debate at the Heart Failure Club, Ohio State University, Columbus OH. May 31, 2007.

ii.    Point of Care in the Emergency Department, Cleveland OH, September 5, 2007.

jj.    Go Direct to the Acute Decompensated Heart Failure Therapy at the Breathe Conference, Mason OH, September 28, 2007.

kk.    Interpretation of BNP Levels in Acute Care. At the Expanding The Role of BNP in the Management of Acute Heart Failure Satellite Symposium. Heart Failure Society of America Annual Meeting, September 17, 2007, Washington, DC.

ll.    Updates in Acute Coronary Syndromes. Risk Assessment and Treatment Strategies. Metropolitan Café, Cleveland OH. October 18, 2007.

mm.    Magic Markers Review of Impact in Biomarkers in Emergency Department. Emergencies in Medicine, Maui HI. December 5, 2007.

nn. Chairman, Society of Chest Pain Centers and Providers Annual Congress. Orlando, FLA, April 23 - 28, 2008.

oo. Acute Heart Failure Syndromes: Evolving Therapy in the ED. EMCREG International, SAEM-Approved Satellite Symposium, Marriott Wardman Park, Washington, DC. May 30, 2008.

pp. Chairman: Knockout at the Needle. Hot Topics in Emergency Medicine Debate Series. American College of Emergency Physicians, Seattle, WA. October 9, 2007.

qq. Chairman, Emergencies in Medicine Conference. March 5 – 12, 2008.

rr. Chairman, The Kingdom of Chest Pain Satellite Symposium, Society of Chest Pain Centers and Providers. Orlando, FLA, April 24, 2008.

ss. Chairman, Society of Chest Pain Centers and Providers Satellite Symposium. Orlando, FLA, Acute Decompensated Heart Failure Review. April 25, 2008.

tt. Management of Heart Failure. Grand Rounds Metrohealth Medical Center Emergency Medicine Residency. June 4, 2008.

uu. Course Director, Platelet Response in Acute Coronary Syndrome – Preventing Thrombotic Events in Percutaneous Coronary Interventions, Cleveland, OH, October 28, 2008.

vv. Jaffe AS, Peacock WF, Wu AHB. Managing Low Level Troponin Results: Case Study Presentations. Interactiver Workshop. AACC Scientific Programme, Washington DC, July 2008.

ww.    Course Co-Director: Peacock, WF. Platelet Response in Acute Coronary Syndrome. October 18, 2008. Cleveland Clinic, Beachwood OH.

xx. Grand Rounds Cleveland Clinic Metrohealth Emergency Medicine Residency Program. Review of Congestive Heart Failure. January 7, 2009.

yy. Update on the Current Management of Severe Acute Hypertension. The Medicines Company. Cleveland OH, September 23, 2009.

zz. December 9, 2009. Emergencies in Medicine Conference, Maui Hawaii. Review of Ophthamalogy.

aaa.    December 10, 2009. Emergencies in Medicine Conference, Maui Hawaii. Advances in Cardiology.

bbb.    Peacock WF, Speaker, 19th International Vicenza Course on Critical Care Nephrology. Scientific Session. St. Bortolo Hospital, Vicenza Italy, June 8-10, 2010.

ccc.    Peacock WF, Speaker. Dorrington Medical Associates Grand Rounds. Chest pain: initial evaluation. Maria Selma Restaurant, Houston TX, July 2, 2010.

ddd. Peacock WF, Speaker. EKR Therapeutics. Considerations in the Managtement of Hypertensive Emergencies. Giovanni's, Beachwood Ohio. August 11, 2010.

eee. Peacock WF. Grand Rounds Community Hospital, Munster, Indiana. Addressing Current Concepts and Controversies in UA/NSTEMI Management. A guideline-based Approach for 2011. Munster IN. February 17, 2011.

fff.        Peacock WF. 7th Annual Biomarkers in Heart Disease: What every provider should know. Figuring Troponin into the ED Evaluation of Chest Pain. San Diego CA. March 5, 2011.

ggg.      Peacock WF. 7th Annual Biomarkers in Heart Disease: What every provider should know. Natriuretic peptides use with Bioimpedance. San Diego CA. March 6, 2011.

hhh.    Peacock WF. Moses Cone Health System (MCHS) Acute Coronary Syndromes Management in the Emergency Department. Improving Acute Coronary Syndromes Management. A Hospital-specific Quality Improvement Initiative. March 15, 2011.

iii. Peacock WF. Moses Cone Health System (MCHS) Acute Coronary Syndromes Management in the Emergency Department. Improving Acute Coronary Syndromes Management. A Hospital-Specific Quality Improvement Initiative. March 16, 2011.

jjj. Peacock WF. Cardiovascular Symposium: Munster Indiana at the Center for Visual and Performing Arts. State of the Art: Guidelines for NSTEMI Management. April 16, 2011.

kkk. Peacock WF. 42nd ANMCO National Congress. Focus on the Value of Volume Assessment. Florence, Italy. May 13, 2011.

lll.   Peacock WF. Grand Rounds. Methodist Hospital. Addressing Current Concepts and Controversies in UA/NSTEMI Management: A Guideline-Based Approach for 2011. Philadelphia PA. June 1, 2011.

USCA5 1664

mmm.                Peacock WF. Wheaton Franciscan Healthcare – All Saints. HF at Point of Care. Racine WI. June 29, 2011.

nnn. Peacock WF. Keynote Speaker: Sepsis and Procalcitonin. Australian College for Emergency Medicine Winter Symposium. July 11, 2011.

ooo. Peacock WF. Australian College for Emergency Medicine Winter Symposium Lunch Symposium: The value of point of care in ED management. July 11, 2011.

ppp. Peacock WF. Keynote Speaker: ECG Mapping. Australian College for Emergency Medicine Winter Symposium. July 12, 2011.

qqq. Peacock WF.  Australian College for Emergency Medicine Winter Symposium Lunch Symposium: Novel markers of ED mortality; Review of the BACH trial. July 12, 2011.

rrr.   Peacock WF. European Society of Cardiology, Paris, Session Biomarkers that complete the picture for acute cardiovascular conditions in the Ed: the role of BNP in ACS and NGAL in ADHF – A novel evidence-based approach for the targed utilization B-type Natriuretic Peptide Testing in Acute Coronary Syndrome. August 29, 2011.

sss.  Peacock WF. Advanced Emergency and Acute Care Medicine Conference. A Best Practices Approach to Identifying and Treating Acute Coronary Syndrome. Atlanta City NJ. September 26, 2011.

ttt.   Peacock WF. Blood CME Center. Coagulopathy in the Non-Trauma and Trauma Settings. Cleveland, OH. October 6, 2011.

uuu. Peacock WF. Breathe Conference. Advances in Heart Failure Management. Cincinnati OH. October 8, 2011.

**3.   Courses expected to be taught at BCM**

**B.   Non-didactic teaching**

      **1.      Resident training (include estimate of time)**

        Emergency Department Clinical Training

        2009-10 Cleveland Clinic Emergency Department, Cleveland, OH: 32 hrs/week

        2002-09 Cleveland Clinic Emergency Department, Cleveland, OH: 27 hrs/week
        Included intermittent coverage at MetroHealth Medical Center (county trauma hospital.

        1994-04 Cleveland Clinic Emergency Department, Cleveland, OH: 18 hrs/wk

USCA5 1665

1990-94 William Beaumont Hospital Emergency Department, Royal Oak, MI: 20 hrs/wk

1990-92 University of Michigan Emergency Department, Ann Arbor, MI; 6 hrs/wk

1989-90 William Beaumont Hospital, Royal Oak, MI: 20 hrs/wk

**2.     Clinical Fellow training (include names of fellows, dates, current location)**

**3.     Research Fellow training: (as above)**
2 year Emergency Cardiac Research Fellowship
2005-2007 Preeti Jois. Currently Research Director at Tampa General Emergency Medicine Residency Program

1 year Research Fellowship: Current position
Jiuen Kim: Duke Singapore Medical School
Tertius Tuy: Duke Singapore Medical School

Summer Research Program
Asha Talat: Lerner/Cleveland Clinic School of Medicine
Caitlin Hicks: National Institute of Health Scholar
Amy Fissenger: Lerner/Cleveland Clinic School of Medicine
Justin Benoit: Senior Emergency Medicine Resident; University of Cincinnati
Alex Reedy: Lerner/Cleveland Clinic School of Medicine
John Mafi: General Surgery Residency, Case Western University
Joe Styron: Orthopedic Resident, Cleveland Clinic
Saul Butt: General Surgeon

Summer Research Program Lost to follow up
Katie McCray
Anrew McCoy
Lei Lei
Mark Mekhail
Emily Link
Gregory Roulette
Jessica Holmes
Jessie Cassada
Kashif Ali

**4.     Graduate Student training: (as above; major advisor, committee member)**

**5.     Estimate of kinds of non-didactic teaching expected at BCM**

Emergency Department Clinical training, extensive ad hoc research meetings

USCA5 1666

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 121 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 121 of 161

Page **84** of **91**

**C. Lectures: (include location, title of presentation, dates)**

    **1.**    **International (National and regional listed above under "invited presentations")**

Inpatient Versus Outpatient Management of Heart Failure. International College of Emergency Physicians Annual Meeting, Vancouver, Canada, March 1998.

Lytics in the Living Room: Improving Outcomes with Prehospital Thrombolysis. Canadian Heart Research Centre, 6th Annual Symposium, Toronto, Ontario, June 1, 2003.

Lytics in the living room. Sixth annual symposium. Management of Cardiovascular Patients, July 20, 2003, Deerhurst, Ontario.

Lytics in the living room: State of the art with prehospital thrombolysis. Canadian Heart Research Centre, Deerhurst, Ontario. July 20, 2003.

BNP: Role in Heart Failure Diagnosis. Toronto, Ontario, Sep 14, 2004.

2nd Asian Pacific Congress of Heart Failure Symposium. Understanding Sick Hearts: New and Evolving concepts of Heart Failure. Singapore, January 10, 2005.

Emergency Department Heart Failure Risk Stratification. European Consensus Panel: B-Type Natriuretic Peptide Consensus Panel, Nice, France, April 15, 2006.

Heart Failure Management in the United States. European Consensus Panel: B-Type Natriuretic Peptide Consensus Panel, Nice, France, April 15, 2006.

American Medical Association. Coding and Procedural Terminology Meeting. Redefinition of Ionized Calcium, San Juan, Puerto Rico, April 2006.

Canadian Association of Emergency Physicians International Conference of Emergency Medicine. Toronto, Ontario, Controversies in Acute Decompensated Heart Failure, June 4, 2006.

Heart Attacks: Killers in Disguise. Edinburgh International Science Festival. Royal Scotland Museum. Edinburgh, Scotland. April 10, 2007

State of the Art Lecture, Use of Integrated Biomarkers and Acute Chest Pain, Second International Symposium of Integrated Biomarkers in Cardiovascular Disease. Berlin Germany, June 22, 2007

State of the Art Lecture, Inflammatory Diseases of the Heart. Panel Discussant. Second International Symposium of Integrated Biomarkers in Cardiovascular Disease. Berlin Germany, June 22, 2007

Global Hypertension Management Conference; United States Emergency Department Management of Hypertension, Zurich Switzerland. April 17-20, 2008.

USCA5 1667

Case 2:14-md-02592-EEF-MBN Document 5401-8 Filed 02/10/17 Page 122 of 161
Case 2:14-md-02592-EEF-MBN Document 5401-8 *SEALED* Filed 02/10/17 Page 122 of 161

Page **85** of 91

Acute Heart Failure Working Group. Emergency Department Predictors of Mortality, Stressa Italy. June 18, 2008.

Heart Failure Risk Stratification in the United States. Sino-Western BNP Consensus Conference. Shanghai, China. June 22, 2008.

Troponin in Acute Heart Failure; Emergency Department Use. Sino-Western BNP Consensus Conference. Shanghai, China. June 23, 2008.

Fifteenth Annual Intensive Care in Emergency Medicine Conference. Acute Management of Hypertension, Kuta Bali, Indonesia. August 12, 2008.

Natriuretic Peptides in Acute Coronary Syndromes. 2008 European Society of Cardiology Acute Cardiac Care, Versailles, France.October 25, 2008.

Biomarkers in Acute Cardiac Care Across the Clinical Spectrum; Satellite of the 2008 European Society of Cardiology Acute Cardiac Care meeting. Risk Stratification in Acute Coronary Syndromes and Heart Failure. Versailles, France. October 26, 2008.

Chairman, Prehospital and Emergency Department Care Session of the 2008 European Society of Cardiology Acute Cardiac Care. Acute Heart Failure Session, Versailles, France. October 26, 2008.

Prehospital Management of ST segment Elevation Myocardial Infarction: American College of Cardiology Guidelines for Prehospital Acute Myocardial Infarction. European Society of Cardiology Acute Cardiac Care Writing Group. American Heart Association Versailles, France, October 28, 2008.

29th International Symposium on Intensive Care in Emergency Medicine. Bioimpedance techniques in the emergency department. March 26, 2009. Brussels, Belgium.

29th International Symposium on Intensive Care in Emergency Medicine, Brussels Belgium. Adrenomedullin predicts acute mortality in decompensated heart failure. March 27, 2009.

Argentina Virtual Conference. Short Stay Management of Heart Failure. May 31, 2009.

Grand Rounds. Department of Emergency Medicine. Saint Andrea Hospital, Rome Italy. July 2, 2009.

European Society of Cardiology Annual Meeting. Adrenomedullin Predicts Short Term Mortality in Acute Decompensated Heart Failure: Report of the BACH Trial. August 31, 2009. Barcelona Spain.

Japanese BNP Consensus Panel. Emergency Department Risk Stratification. Nagano Japan. November 20, 2009.

Japanese Natriuretic Peptide Consensus Panel. BNP in the emergency department. November 20, 2009.  Kurizawa Japan.

USCA5 1668

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 123 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 123 of 161

Page **86** of **91**

Japanese Natriuretic Peptide Consensus Panel. Interpreting low level Troponin in the emergency department. November 20, 2009.  Kurizawa Japan.

April 26, 2010. Nice, France, Biomarker Meeting of the European Society of Cardiology. Chest Pain Risk stratification.

April 26, 2010. Nice, France. Biomarker Meeting of the European Society of Cardiology. Diagnosis and Treatment of Acute and Chronic Heart Failure: 2010 State of Affairs.

April 26, 2010. Nice, France, Biomarker Meeting for the European Society of Cardiology. Managing Fluid Balance and Heart Failure using biomarkers.

April 27, 2010. Nice, France. Biomarker Meeting for the European Society of Cardiology. Troponins and Beyond: What can we expect from the new ischemia biomarkers.

April 27, 2010. Nice, France. Biomarker Meeting for the European Society of Cardiology. Panel Chair, Kidney Function and Injury.

May 30, 2010. European Society of Cardiology. Heart Failure Meeting. Nice France; Necrosis Markers in Acute Decompensated Heart Failure.

June 9, 2010. Vicenza Italy. Intensive Care Nephrology Review. Presentation: Bioimpedance Vector Analysis for Fluid Management.

August 30, 2010. European Society of Cardiology Annual Congress. Presentation: Markers of Necrosis in Acute Decompensated Heart Failure. Stockholm Sweden

August 31, 2010. European Society of Cardiology. Stockholm Sweden. Chairman, Neutrophil Gelatinase Associated Lipocalin Review Committee.

1st Annual Global Research on Acute Conditions Team (GREAT) Meeting, Rome, Italy; Workshop and luncheon panel – The cardiorenal syndrome in emergency medicine.

1st Annual Global Research on Acute Conditions Team (GREAT) Meeting, Rome, Italy; Utility of Bioimpedance Vector Analysis in the Emergency Room. October 19, 2010.

1st Annual Global Research on Acute Conditions Team (GREAT) Meeting, Rome, Italy; Chairman, Research in Acute Heart Failure: New Biomarkers, New Technology and New Therapeutic Approaches. October 20, 2010.

 1st Annual Global Research on Acute Conditions Team (GREAT) Meeting. Rome, Italy. Research in Emergency Medicine in USA: The State of the Art. October 20, 2010.

Asociacion Colombiana de Especialistas en Medicina de Urgencias y Emergencias ACEM. 1 Congreso Internacional En Medicina De Emergencias. Cardiology Block II. Chest Pain Management. Bogata, Columbia, November 11, 2010.

Asociacion Colombiana de Especialistas en Medicina de Urgencias y Emergencias ACEM. 1 Congreso Internacional En Medicina De Emergencias. Cardiology Block II. Congestive Heart Failure Risk Identificationer, Bogata, Columbia, November 11, 2010.

Adrenomedullin changes predict survival in dyspneic emergency department patients. European Society of Cardiology 2011, Scientific Programme. Paris Nord Villepinte, August 28, 2011.

A novel evidence-based approach for the targeted utilization of B-type Natriuretic peptide (BNP) testing in acute coronary syndrome (ACS). European Society of Cardiology 2011, Scientific Programme. Paris Nord Villepinte, August 29, 2011.

Mid-region proHormone adrenomedullin identifies acutely dyspneic emergency department patients with high 90 day mortality: results from the Biomarkers in Acute Heart Failure (BACH) trial. European Society of Cardiology 2011, Scientific Programme. Paris Nord Villepinte, August 30, 2011.

Global Research on Acute Conditions Team (GREAT) Conference. Rome, Italy. High Sensibility Troponins and Chest Pain Differential Diagnosis in Emergency Room. Rome, Italy, October 18, 2011.

Global Research on Acute Conditions Team (GREAT) Conference. Rome, Italy. BIVA in Acute Heart Failure. October 19, 2011.

Global Research on Acute Conditions Team (GREAT) Conference. Rome, Italy. Risk Stratification in suspected Acute Coronary Syndromes. October 19, 2011.

Grand Rounds, Bradford Royal Infirmary. Emergency Department Risk Stratification in Suspected Acute Coronary Syndromes. York, England. February 21st, 2012.

European Society of Cardiology, Annual Heart Failure Meeting; State of the Art Treatment of Acute Heart Failure. Belgrade, Serbia, May, 20, 2012.

European Society of Cardiology, Annual Scientific Assembly. Chair; How Biomarkers Improve Patient Assessment in Cardiology. August 26, 2012.

European Society of Cardiology, Annual Scientific Assembly. Diagnostic Accuracy of Point of Care Troponin I in the Emergency Department (MIDAS). August 26, 2012.

Annual meeting; Australian Association of Biochemists. The Use of Point of Care Troponin for Acute Myocardial Infarction in the Emergency Department. Sydney, Australia. July 26, 2012.

A to Z Cardiology Meeting. ACS Risk Stratification. Sydney, Australia. July 28, 2012.

A to Z Cardiology Meeting. Key Note Plenary. An Emergency Physician's Approach to Chest Pain Evaluation. Sydney, Australia. July 29, 2012.

A to Z Cardiology Meeting. Panel member; If I was Updating My Hospital's Protocol. Sydney, Australia. July 29, 2012.

**IV**          **Medical & Service Information**

    **A.**          **Patient care responsibilities**

        **1.**          **Department-wide**

2009-10 Cleveland Clinic Emergency Department, Cleveland, OH: 32 hrs/week

2002-09 Cleveland Clinic Emergency Department, Cleveland, OH: 27 hrs/week Included intermittent coverage at MetroHealth Medical Center (county trauma hospital.

1994-04 Cleveland Clinic Emergency Department, Cleveland, OH: 18 hrs/wk

1990-94 William Beaumont Hospital Emergency Department, Royal Oak, MI: 20 hrs/wk

1990-92 University of Michigan Emergency Department, Ann Arbor, MI; 6 hrs/wk

1989-90 William Beaumont Hospital, Royal Oak, MI: 20 hrs/wk

    **B.**          **Clinical laboratory responsibilities**

1996-98 Started and ran point of care lab at Cleveland Clinic Emergency Department

1998-12 Started and ran Cleveland Clinic Emergency Department Serum library

    **C.**          **National education or voluntary health organization participation**

2008-present   Board of Directors, Hope for Honduran Children orphanage in Honduras.

    **D.**          **Administrative assignments**

        2012-13          Get With The Guidelines Coronary Artery Disease Clinical Work Group

        2012-13          Get With The Guidelines Coronary Science Sub Committee

        2011-12          Chief Medical Officer, Society of Chest Pain Centers

        2010 – 2011          President, Society of Chest Pain Centers

| | |
|---|---|
| 2010-current | Get with the Guideline Quality Improvement Initiatives, ACS publication committee |
| 2010 | Society Hospital Medicine Observation Unit Guidelines Writing Committee. |
| 2009 - 2010 | Vice President, Society of Chest Pain Centers |
| 2008 - 2010 | Co-chair, National Heart Lung and Blood Institute Heart Failure Advisory Board |
| 2008 -2009 | Member SAEM Guidelines Committee |
| 2008 | Member, Search Committee for Chair, Department of Diagnostic Radiology, Cleveland Clinic |
| 2008 -current | Member, Society of Chest Pain Centers Research Committee |
| 2008 -2009 | Secretary/Treasurer, Society of Chest Pain Centers |
| 2007 | Member, Environmental Care Joint Commission Committee. |
| 2007 | Member, Pharmacy Committee, for JCAHO Response. |
| 2007 – 2008 | Faculty, The Heart Course. |
| 2007 | Program Chair, Society of Chest Pain Centers and Providers, Annual Congress |
| 2007-10 | American College of Cardiology Foundation, Quality Improvement Subcommittee |
| 2007 -Current | Board of Directors, Hope for Honduras Orphanage |
| 2005 -Current | Heart Failure Committee Chair, Society of Chest Pain Centers |
| 2004- Current | Medical Director, Cleveland Clinic Event Medicine |
| 2000-2008 | Chairman, Cleveland Clinic Emergency Preparedness Committee |
| 1998 – 2005 | Cleveland Health Network Emergency Department Services Committee. |
| 1994 – 1998 | Director of Clinical Operations, Department of Emergency Medicine, The Cleveland Clinic Foundation, Cleveland, OH. |

| 1992 – 1994 | Associate Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak, MI. |
|---|---|
| 1991 – 1993 | Quality Assurance Coordinator, Emergency Department, William Beaumont Hospital, Royal Oak, MI. |
| 1991 – 1993 | Chairman, Emergency Medicine Quality Assurance Committee, William Beaumont Hospital, Royal Oak, MI. |
| 1989 –1992 | Assistant Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak, MI. |

Hospital Committees:

| 2010 | CCF Center for Clinical Research Executive Committee |
|---|---|
| 2008 | Member, Search Committee for Chairman of General Radiology |
| 2007 - 2008 | Member, Environmental Care Joint Commission Committee. |
| 2007 - 2008 | Member, Pharmacy Joint Commission Committee. |
| 2006 | Reappointment Committee for CCF Chairman, Radiology |
| 2005 | Reappointment Committee for CCF Chairman, General Internal Medicine |
| 1998 | Cleveland Health Network Emergency Department Services Committee |
| 1997- 2008 | Chairman, Cleveland Clinic Foundation, Emergency Preparedness Committee |
| 1995-1997 | Pharmacy and Therapeutics Committee, The Cleveland Clinic, Cleveland, OH. |
| 1995-1997 | CPR and Disaster Committee, The Cleveland Clinic, Cleveland, OH. |
| 1992- 1994 | Associate Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak, MI |
| 1991-1994 | Utilization Review Committee, William Beaumont Hospital, Royal Oak, MI. |
| 1991-1992 | Quality Assurance Committee, William Beaumont Hospital, Royal Oak, MI. |

Case 2:14-md-02592-EEF-MBN   Document 5401-8   Filed 02/10/17   Page 128 of 161
Case 2:14-md-02592-EEF-MBN   Document 5401-8 *SEALED*   Filed 02/10/17   Page 128 of 161

Page **91** of **91**

| 1991- 1993 | Quality Assurance Coordinator, Emergency Department, William Beaumont Hospital, Royal Oak MI |
| 1991- 1993 | Chairman, Emergency Medicine Quality Assurtance Committee, William Beaumont Hospital, Royal Oak MI |
| 1990-1994 | Pharmacy and Therapeutics Committee, William Beaumont Hospital, Royal Oak, MI. |
| 1989- 1992 | Assistant Residency Director, Emergency Department, William Beaumont Hospital, Royal Oak MI |

1.    College, School or University administration, committees, etc.

D.    **Other pertinent information not given above**

Founding member Society of Cardiovascular Patient Care (originally Society of Chest Pain Centers and Providers).

Founding Member, Research in Emergency Management of Acute Heart Failure (REACH) Society, 2007.

Case 2:14-md-02592-EEF-MBN Document 5401-9 *SEALED* Filed 02/10/17 Page 129 of 161

William Franklin Peacock, IV, M.D., F.A.C.E.P.
USDC, EDLA MDL 2592 "L"

<u>Expert Testimony</u>

In the last 4 years, I have provided expert testimony in the following cases:

1. Chan vs. Kickstart, District Court of Texas, Harris County - 189th judicial district, NO. 2014-26008

2. Chiesi vs Exela, Sandoz, and Acs Dobfar, United States District Court, D. New Jersey  -  C.A. No. 1:13-cv-05723-NLH-AMD

USCA5 1675

# EXHIBIT "B"

William Franklin Peacock, IV, M.D., F.A.C.E.P.
USDC, EDLA MDL 2592 "L"

<u>RELIANCE LIST</u>

<u>Medical Records re: William Henry</u>

1.     019_002     The Wound Healing and Hyperbaric Medicine Center / Brownwood Regional Medical Center Medical Records, 750014_019_002_HenryWilliamHoward_TheWoundHealingandHyperbaricMedicineCtr_00000612_00000612.pdf

2.     040_002     Shannon Medical Center Radiology, 750014_040_002_HenryWilliamHoward_ShannonMedCtrRadDept_00000002_00000002.pdf

3.     Abilene Physicians Group Medical Records, 750014_030_001_HenryWilliamHoward_AbilenePhysiciansGroup_00000001_00000001.pdf

4.     Abilene Physicians Group Medical Records, 750014_030_002_HenryWilliamHoward_AbilenePhysiciansGroup_00000002_00000148.pdf

5.     Abilene Physicians Group Medical Records, 750014_030_003_HenryWilliamHoward_AbilenePhysiciansGroup_00000149_00000149.pdf

6.     Abilene Physicians Group Medical Records, 750014_030_004_HenryWilliamHoward_AbilenePhysiciansGroup_00000150_00000154.pdf

7.     Abilene Regional Medical Center Billing, 750014_022_001_HenryWilliamHoward_AbileneRegionalMedCtrPatientAccts_00000001_00000021.pdf

8.     Abilene Regional Medical Center Medical Records, 750014_021_001_HenryWilliamHoward_AbileneRegionalMedCtrMedRecsDept_00000001_00000412.pdf

9.     Abilene Regional Medical Center Medical Records, 750014_021_002_HenryWilliamHoward_AbileneRegionalMedCtrMedRecsDept_00000413_00000422.pdf

USCA5 1677

10. Abilene Regional Medical Center Medical Records,
750014_021_003_HenryWilliamHoward_AbileneRegionalMedCtrMedRecsDept_00000
423_00000433.pdf

11. Abilene Regional Medical Center Radiology,
750014_023_001_HenryWilliamHoward_AbileneRegionalMedCtrRadDept_00000001_0
0000001.pdf

12. Abilene Regional Medical Center Radiology,
750014_023_003_AbileneRegionalMedCtrRadDept_00000003_00000003 (1).pdf

13. Carlson, David E. / Abilene Cardiovascular Surgery,
750014_018_001_HenryWilliamHoward_CarlsonDavidEMD_00000001_00000008.pdf

14. Carlson, David E. / Abilene Cardiovascular Surgery,
750014_018_002_HenryWilliamHoward_CarlsonDavidEMD_00000009_00000009.pdf

15. Centers for Medicare and Medicaid Services (Region 6),
750014_025_001_HenryWilliamHoward_CtrsforMedicareandMedicaidSvcsLegalDeptPr
ivacyOffice_00000001_00000175.pdf

16. Centers for Medicare and Medicaid Services (Region 6),
750014_025_002_HenryWilliamHoward_CtrsforMedicareandMedicaidSvcsLegalDeptPr
ivacyOffice_00000176_00000890.pdf

17. Centers for Medicare and Medicaid Services (Region 6),
750014_025_003_HenryWilliamHoward_CtrsforMedicareandMedicaidSvcsLegalDeptPr
ivacyOffice_00000891_00001029.pdf

18. Coleman County EMS / Heart of Texas EMS,
750014_035_001_HenryWilliamHoward_ColemanCountyEMS_00000001_00000028.pd
f

19. Coleman County Medical Center Billing,
750014_010_001_HenryWilliamHoward_ColemanCountyMedCtrPatientAccts_0000000
1_00000260.pdf

20. Coleman County Medical Center Medical Records,
750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_000000
01_00000750.pdf

21. Coleman County Medical Center Medical Records, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00000751_00001500.pdf

22. Coleman County Medical Center Medical Records, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00001501_00002250.pdf

23. Coleman County Medical Center Medical Records, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00002251_00003000.pdf

24. Coleman County Medical Center Medical Records, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00003001_00003256.pdf

25. Coleman County Medical Center Medical Records, 750014_009_002_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00003257_00003673.pdf

26. Coleman County Medical Center Radiology, 750014_011_001_HenryWilliamHoward_ColemanCountyMedCtrRadDept_00000001_00000003.pdf

27. Coleman County Medical Center Radiology, 750014_011_002_HenryWilliamHoward_ColemanCountyMedCtrRadDept_00000004_00000004.pdf

28. Coleman County Medical Center Radiology, 750014_011_003_HenryWilliamHoward_ColemanCountyMedCtrRadDept_00000005_00000005.pdf

29. Coleman County Medical Center Radiology, 750014_011_004_HenryWilliamHoward_ColemanCountyMedCtrRadDept_00000006_00000006.pdf

30. Coleman County Medical Center, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00000001_00000750.pdf

31. Coleman County Medical Center, 750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00000751_00001500.pdf

32. Coleman County Medical Center,
750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00001501_00002250.pdf

33. Coleman County Medical Center,
750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00002251_00003000.pdf

34. Coleman County Medical Center,
750014_009_001_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00003001_00003256.pdf

35. Coleman County Medical Center,
750014_009_002_HenryWilliamHoward_ColemanCountyMedCtrMedRecsDept_00003257_00003673.pdf

36. Coleman Healthcare Center Nursing Home Clinic Records,
750014_058_001_HenryWilliamHoward_ColemanHealthcareCtrNursingHome_00000001_00000542.pdf

37. Coleman Medical Associates Medical Records,
750014_037_001_HenryWilliamHoward_ColemanMedAssocs_00000001_00000463.pdf

38. Coleman Medical Associates Medical Records,
750014_037_002_HenryWilliamHoward_ColemanMedAssocs_00000464_00000591.pdf

39. Coleman Medical Associates Medical Records,
750014_037_003_ColemanMedAssocs_00000592_00000594.pdf

40. Coleman Medical Associates Medical Records,
750014_037_004_ColemanMedAssocs_00000595_00000595.pdf

41. Coleman Medical Associates,
750014_037_001_HenryWilliamHoward_ColemanMedAssocs_00000001_00000463.pdf

42. Coleman Medical Associates,
750014_037_002_HenryWilliamHoward_ColemanMedAssocs_00000464_00000591.pdf

43. Coleman Medical Associates,
750014_037_003_ColemanMedAssocs_00000592_00000594.pdf

44.   Coleman Medical Associates,
      750014_037_004_ColemanMedAssocs_00000595_00000595.pdf

45.   Encompass Home Health of North Central / West Texas Home Nursing Home Health
      Records,
      750014_031_002_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00000002_00000279.pdf

46.   Encompass Home Health of North Central / West Texas Home Nursing Home Health
      Records,
      750014_031_003_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00000280_00000280.pdf

47.   Encompass Home Health of North Central / West Texas Home Nursing,
      750014_031_002_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00000002_00000279.pdf

48.   Encompass Home Health of North Central / West Texas Home Nursing,
      750014_031_003_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00000280_00000280.pdf

49.   Encompass Home Health of North Central Texas Home Nursing Home Health Records,
      750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00000281_00001030.pdf

50.   Encompass Home Health of North Central Texas Home Nursing Home Health Records,
      750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00001031_00001780.pdf

51.   Encompass Home Health of North Central Texas Home Nursing Home Health Records,
      750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00001781_00002530.pdf

52.   Encompass Home Health of North Central Texas Home Nursing Home Health Records,
      750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00002531_00003280.pdf

53.   Encompass Home Health of North Central Texas Home Nursing Home Health Records,
      750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
      00003281_00004030.pdf

54.  Encompass Home Health of North Central Texas Home Nursing Home Health Records,
     750014_031_004_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
     00004031_00004421.pdf

55.  Encompass Home Health of North Central Texas Home Nursing Home Health Records,
     750014_031_005_HenryWilliamHoward_EncompassHomeHealthofNorthCentralTexas_
     00004422_00004462.pdf

56.  Gastrology Associates Billing Records,
     750014_029_001_HenryWilliamHoward_GastrologyAssocs_00000001_00000001.pdf

57.  Gastrology Associates Medical Records,
     750014_029_002_HenryWilliamHoward_GastrologyAssocs_00000002_00000009.pdf

58.  Guardian EMS,
     750014_013_001_HenryWilliamHoward_GuardianEMS_00000001_00000009.pdf

59.  Heart of Texas EMS, Inc.,
     750014_080_001_HenryWilliamHoward_HeartofTexasEMSInc_00000001_00000014.p
     df

60.  Heart of Texas EMS, Inc.,
     750014_080_002_HenryWilliamHoward_HeartofTexasEMSInc_00000015_00000016.p
     df

61.  Heart of Texas EMS, Inc.,
     750014_080_004_HenryWilliamHoward_HeartofTexasEMSInc_00000018_00000029.p
     df

62.  Hendrick Cardiology / Cardiology Consultants,
     750014_034_001_HenryWilliamHoward_HendrickCardiology_00000001_00000007.pdf

63.  Hendrick Cardiology / Cardiology Consultants,
     750014_034_002_HenryWilliamHoward_HendrickCardiology_00000008_00000009.pdf

64.  Hendrick Medical Center Billing,
     750014_015_001_HenryWilliamHoward_HendrickMedCtrPatientAccts_00000001_0000
     0086.pdf

65.  Hendrick Medical Center Billing,
     750014_015_002_HenryWilliamHoward_HendrickMedCtrPatientAccts_00000087_0000
     0087.pdf

66.   Hendrick Medical Center Medical Records,
      750014_014_001_HenryWilliamHoward_HendrickMedCtrMedRecsDept_00000001_00
      000290.pdf

67.   Hendrick Medical Center Pathology,
      750014_017_001_HenryWilliamHoward_HendrickMedCtrPathDept_00000001_000000
      01.pdf

68.   Hendrick Medical Center Radiology,
      750014_016_001_HenryWilliamHoward_HendrickMedCtrRadDept_00000001_0000000
      2.pdf

69.   Hendrick Medical Center Radiology,
      750014_016_002_HenryWilliamHoward_HendrickMedCtrRadDept_00000003_0000000
      3.pdf

70.   Hendrick Medical Center Radiology,
      750014_016_003_HenryWilliamHoward_HendrickMedCtrRadDept_00000004_0000000
      4.pdf

71.   Hendrick Regional Laboratory Medical Records,
      750014_036_001_HenryWilliamHoward_HendrickRegionalLab_00000001_00000720.p
      df

72.   Hospice of San Angelo, Inc. Medical Records,
      750014_092_001_HenryWilliamHoward_HospiceofSanAngeloInc_00000001_00000256
      .pdf

73.   Mahur, Sandi, M.D. Medical Records,
      750014_028_001_HenryWilliamHoward_MahurSandiMD_00000001_00000035.pdf

74.   Mahur, Sandi, M.D. Medical Records,
      750014_028_002_HenryWilliamHoward_MahurSandiMD_00000036_00000036.pdf

75.   Mahur, Sandi, M.D. Medical Records,
      750014_028_003_HenryWilliamHoward_MahurSandiMD_00000037_00000037.pdf

76.   MedStar Mobile Healthcare Area Metropolitan Ambulance Authority / MedStar,
      750014_082_001_HenryWilliamHoward_MedStarMobileHealthcare_00000001_000000
      08.pdf

USCA5 1683

77. Outreach Health Services, Inc. Medical and Billing Records, 750014_085_001_HenryWilliamHoward_OutreachHealthSvcsIncMedRecsDept_00000001_00000550.pdf

78. Owl Drug Store, 750014_007_001_HenryWilliamHoward_OwlDrugStore_00000001_00000008.pdf

79. Peterson Regional Medical Center Billing, 750014_063_001_HenryWilliamHoward_PetersonRegionalMedCtrPatientAccts_00000001_00000015.pdf

80. Pharmacy Records of Owl Drug Store, 750014_007_001_HenryWilliamHoward_OwlDrugStore_00000001_00000008.pdf, collected 3/22/16

81. Pharmacy Records of Wal-Mart Stores, Inc., 750014_005_002_HenryWilliamHoward_WalMartStoresIncPharmacy_00000002-00000022.pdf

82. Pharmacy Records of Wal-Mart Stores, Inc., 750014_005_003_HenryWilliamHoward_WalMartStoresIncPharmacy_00000023_00000023.pdf

83. Plaintiff Fact Sheet, 750014_002_001_HentyWilliamHoward_PlaintiffFactSheet_00000001_00000062.pdf

84. Plaintiff Fact Sheet, 750014_002_002_HentyWilliamHoward_PlaintiffFactSheet_00000063_00000084.pdf

85. Plaintiff Fact Sheet, 750014_002_003_HentyWilliamHoward_PlaintiffFactSheet_00000085_00000105.pdf

86. Plaintiff Fact Sheet, 750014_002_004_HentyWilliamHoward_PlaintiffFactSheet_00000106_00000106.pdf

87. Plaintiff Fact Sheet, 750014_002_005_HentyWilliamHoward_PlaintiffFactSheet_00000107_00000128.pdf

88. Plaintiff Produced Records (Providers Various), 750014_003_002_HenryWilliamHoward_PlaintiffProducedRecs_00000409_00000414.pdf

89.  Plaintiff Produced Records (Providers Various),
     750014_003_003_HenryWilliamHoward_PlaintiffProducedRecs_00000415_00000422.p
     df

90.  Plaintiff Produced Records (Providers Various),
     750014_003_001_HemyWilliamHoward_PlaintiffProducedRecs_00000001_00000408.p
     df

91.  Radiology Associates of Abilene, PA,
     750014_020_001_HenryWilliamHoward_RadAssocsofAbilenePA_00000001_00000002.
     pdf

92.  Reynolds, Jarrell P., MD (Documents Produced at Deposition) Medical Records,
     750014_099_001_HenryWilliamHoward_ReynoldsJarrellPMD_00000001_00000637.pd
     f

93.  Robbins, Stewart, OD Billing Records,
     750014_093_002_HenryWilliamHoward_RobbinsStewartOD_00000019_00000030.pdf

94.  Robbins, Stewart, OD,
     750014_093_001_HenryWilliamHoward_RobbinsStewartOD_00000001_00000018.pdf

95.  Robbins, Stewart, OD,
     750014_093_002_HenryWilliamHoward_RobbinsStewartOD_00000019_00000030.pdf

96.  Roberts, Stephen, MD / Heart of Texas Orthopaedics Medical Records,
     750014_032_001_HenryWilliamHoward_RobertsStephenMD_00000001_00000025.pdf

97.  Roberts, Stephen, MD / Heart of Texas Orthopaedics Medical Report,
     750014_032_002_HenryWilliamHoward_RobertsStephenMD_00000026_00000026.pdf

98.  San Angelo Radiation Oncology Regional Cancer Treatment Center Medical Records,
     750014_096_001_HenryWilliamHoward_SanAngeloRadiationOncologyMedRecsDept_0
     0000001_00000015.pdf

99.  Shannon Clinic Clinic Records,
     750014_091_001_HenryWilliamHoward_ShannonClinic_00000001_00000080.pdf

100. Shannon Clinic Clinic Records,
     750014_091_002_HenryWilliamHoward_ShannonClinic_00000081_00000085.pdf

101. Shannon Medical Center Billing,
750014_039_001_HenryWilliamHoward_ShannonMedCtrPatientAccts_00000001_0000
0022.pdf

102. Shannon Medical Center Medical Records,
750014_038_001_HenryWilliamHoward_ShannonMedCtrMedRecsDept_00000001_000
00220.pdf

103. Shannon Medical Center Medical Records,
750014_038_002_HenryWilliamHoward_ShannonMedCtrMedRecsDept_00000221_000
00221.pdf

104. Shannon Medical Center Pathology,
750014_041_001_HenryWilliamHoward_ShannonMedCtrPathDept_00000001_0000000
4.pdf

105. Shannon Medical Center Radiology,
750014_040_001_HenryWilliamHoward_ShannonMedCtrRadDept_00000001_0000000
1.pdf

106. Shannon Medical Center Radiology,
750014_040_002_HenryWilliamHoward_ShannonMedCtrRadDept_00000002_0000000
2.pdf

107. Shannon Medical Center Radiology,
750014_040_003_HenryWilliamHoward_ShannonMedCtrRadDept_00000003_0000000
3.pdf

108. Shannon Medical Center Radiology,
750014_040_004_HenryWilliamHoward_ShannonMedCtrRadDept_00000004_0000000
4.pdf

109. Texas Health Harris Methodist Hospital – Azle Radiology,
750014_078_001_HenryWilliamHoward_TexasHealthHarrisMethodistHospAzleRadDep
t_00000001_00000001.pdf

110. Texas Health Harris Methodist Hospital – Azle Radiology,
750014_078_002_HenryWilliamHoward_TexasHealthHarrisMethodistHospAzleRadDep
t_00000002_00000003.pdf

111. Texas Health Harris Methodist Hospital – Azle Radiology,
750014_078_003_HenryWilliamHoward_TexasHealthHarrisMethodistHospAzleRadDep
t_00000004_00000004.pdf

112. Texas Medicaid and Healthcare Partnership,
750014_042_001_HenryWilliamHoward_TexasMedicaidandHealthcarePartnership_0000
0001_00000227.pdf

113. Texas Medicaid and Healthcare Partnership,
750014_042_002_HenryWilliamHoward_TexasMedicaidandHealthcarePartnership_0000
0228_00000228.pdf

114. The Wound Healing and Hyperbaric Medicine Center / Brownwood Regional Medical
Center Billing Records,
750014_019_003_HenryWilliamHoward_TheWoundHealingandHyperbaricMedicineCtr
_00000613_00000642.pdf

115. The Wound Healing and Hyperbaric Medicine Center / Brownwood Regional Medical
Center,
750014_019_001_HenryWilliamHoward_TheWoundHealingandHyperbaricMedicineCtr
_00000001_00000611.pdf

116. The Wound Healing and Hyperbaric Medicine Center / Brownwood Regional Medical
Center,
750014_019_002_HenryWilliamHoward_TheWoundHealingandHyperbaricMedicineCtr
_00000612_00000612.pdf

117. Wal-Mart Stores, Inc. Pharmacy,
750014_005_003_HenryWilliamHoward_WalMartStoresIncPharmacy_00000023_00000
023.pdf

118. Wal-Mart Stores, Inc.,
750014_005_002_HenryWilliamHoward_WalMartStoresIncPharmacy_00000002-
00000022.pdf

119. West Texas Medical Associates Medical Records,
750014_097_003_WestTexasMedAssocs_00000003_00000006.pdf

120. West Texas Retina Clinic Records,
750014_087_001_HenryWilliamHoward_WestTexasRetina_00000001_00000059.pdf

121. West Texas Retina Clinic Records,
750014_087_002_HenryWilliamHoward_WestTexasRetina_00000060_00000060.pdf

Medical Records re: Sharyn Orr

1.  Academic Dermatology Associates - Matherne, Ryan J. MD, SOrr - Academic Dermatology.pdf - SOrr-AcadDerm 000001 – 000022

2.  Acadian Ambulance Service, SOrr - Acadian Ambulance.pdf – Sorr-AAs-000001-000010

3.  Ambulatory Eye Surgery Center of Louisiana - Brint, Stephen F., MD, SOrr - Ambulatory Eye Surgery Center.pdf – Sorr-AESCL-000001-000077

4.  American Memorial Life, SOrr - American Memorial Life.pdf – SOrr-AmeMemLife-000001-000142

5.  Beeman, Chad MD - St. Elizabeth Physicians, SOrr - St Elizabeth Physicians.pdf – SOrr-StEP-000001-000061

6.  Casey, Dennis, M.D., SOrr - Casey, Dennis, M.D.pdf – SOrr-DCasey-00001-00010

7.  Cruz, Francisco, M.D., SOrr - Cruz, Francisco, M.D.pdf – SOrr-FCruz-000001-000180

8.  Cummings, Terry, M.D., SOrr - Cummings, Terry, M.D..pdf – SOrr-TCummings-000001-000067

9.  CVS Pharmacy, Inc., SOrr - CVS Pharmacy.pdf – SOrr-CVS-000001-000028

10. Danilyants, Eduard M.D. - Touro Infirmary (Medical Records Department), SOrr - Tulane Infirmary (medical).pdf - SOrr-TI-MD-000001-000199

11. Eye Surgery Center of Louisiana, SOrr - Eye Surgery Center of Louisiana.pdf – SO-ESCL-000001-000074

12. For Better Health, Inc. - Rai, Kashmir MD, SOrr - For Better Health.pdf – SOrr-FBH-000001-000037

13. HCA Patient Account Services – Billing, SOrr - HCA Patient Accounts (billing).pdf – SOrr-HCAPAS-000001-000111

14. Kenner Regional / Ochsner Medical Center-Kenner, SOrr - Kenner Regional (med, billing & radiology).pdf – SOrr-KennerR-000001-000233

USCA5 1688

15.      LabCorp of America – Billing, SOrr - Lab Corp of America (billing).pdf – SOrr-LabCorpAm-BD-000001-000015

16.      LabCorp of America – Medicals, SOrr - Lab Corp of America (medical).pdf – SOrr-LabCorpAmer-MD-000001-000017

17.      Lindsey, John T., M.D., SOrr - Lindsey, John, M.D..pdf – SOrr-JLindsey-000001-000030

18.      Lousteau, Ray Joseph, M.D., SOrr - Lousteau, Ray, M.D.pdf – SO-RJLousteau-000001-000007

19.      McNulty, Michael, M.D. - Southern Orthopaedic Specialists, SOrr - McNulty, Michael, M.D.pdf – SorrMMcNulty-000001-000022

20.      Ochsner Baptist Medical Center – Billing, SOrr - Ochsner Baptist (billing).pdf – SOrr-OBMC-BD-000001-000018

21.      Ochsner Baptist Medical Center – Medicals, SOrr - Ochsner Baptist (medical).pdf – SOrr-OBMC-MD-000001-0001123

22.      Ochsner Baptist Medical Center – Radiology, SOrr - Ochsner Baptist (radiology).pdf – SOrr-OBMC-RD-000001-000016

23.      Ochsner Medical Center – Billing, SOrr - Ochsner Medical Center (billingl).pdf – SOrr-OMC-BD-000001-000018

24.      Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1501-2250.pdf – SOrr-OMC-MD-0001501-002250

25.      Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 1-750.pdf – SOrr-OMC-MD-000001-000750

26.      Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 2251-2979.pdf – SOrr-OMC-MD-002251-002979

27.      Ochsner Medical Center – Medicals, SOrr - Ochsner Medical Center (medical) 751-1500.pdf – SOrr-OMC-MD-000751-001500

28.      Ochsner Medical Center (Radiology Department), SOrr - Ochsner Medical Center (radiology).pdf – SOrr-OMC-RD-000001-000004

29.      Ochsner Medical Center Alton Ochsner Medical Foundation (Pathology Department), SOrr - Ochsner Medical Center (pathology).pdf – SOrr-OMC-PD-000001

30.     Our Lady of the Lake Regional Medical Center, SOrr - Our Lady of the Lake Regional
        (medical).pdf – SOrr-OLLRMC-MD-000001-000003

31.     Plaintiff Produced Records (Police Department Records), SOrr – PPR 6312-6313.pdf –
        SOrr-PPR-006312-006313

32.     Plaintiff Produced Records (Providers Various), SOrr - PPR 6314-6323.pdf – SOrr-PPR-
        6314-6323

33.     Plaintiff Produced Records, SOrr – PPR 1501-2250.pdf – SOrr-PPR-001501-002250

34.     Plaintiff Produced Records, SOrr - PPR 1-750.pdf – SOrr-PPR-000001-000750

35.     Plaintiff Produced Records, SOrr – PPR 2251-3000.pdf – SOrr-PPR-002251-003000

36.     Plaintiff Produced Records, SOrr – PPR 3001-3750.pdf – SOrr-PPR-003001-003750

37.     Plaintiff Produced Records, SOrr – PPR 3751-4500.pdf - SOrr-PPR-003751-004500

38.     Plaintiff Produced Records, SOrr – PPR 4501-5250.pdf - SOrr-PPR-004501-005250

39.     Plaintiff Produced Records, SOrr – PPR 5251-5713.pdf – SOrr-PPR-005251-005713

40.     Plaintiff Produced Records, SOrr – PPR 5714-5786.pdf - SOrr-PPR-005714-005786

41.     Plaintiff Produced Records, SOrr – PPR 5787-5913.pdf - SOrr-PPR-005787-005913

42.     Plaintiff Produced Records, SOrr – PPR 5914-5997.pdf – SOrr-PPR-005914-005997

43.     Plaintiff Produced Records, SOrr – PPR 5998-6214.pdf - SOrr-PPR-005998-006214

44.     Plaintiff Produced Records, SOrr – PPR 6215-6242.pdf - SOrr-PPR-006215-006242

45.     Plaintiff Produced Records, SOrr – PPR 6243-6259.pdf - SOrr-PPR-006243-006259

46.     Plaintiff Produced Records, SOrr – PPR 6260-6288.pdf - SOrr-PPR-006260-006288

47.     Plaintiff Produced Records, SOrr – PPR 6289-6311.pdf - SOrr-PPR-006289-006311

48.     Plaintiff Produced Records, SOrr - PPR 751-1500.pdf - SOrr-PPR-000751-001500

49.     Quest Diagnostics, Inc., SOrr - Quest Diagnostics.pdf – SOrr-QD-LA-000001-000012

50.     Quest Diagnostics-Southwest (Patient Billing), SOrr - Quest Diagnostics Southwest (billing).pdf – SOrr-QDS-000001-000013

51.     Scalco, Steven A., MD, SOrr - Scalco, Steven, M.D.pdf – SOrr-SAScalco-000001-000003

52.     Singer Haley Vision Center, SOrr - Singer Haley Vision.pdf – SOrr-SHVC-000001-000099

53.     St. Martin, Maurice E., Jr., M.D., SOrr - St. Martin, Maurice, M.D..pdf – SOrr-MEStMartinJr-000001-00346

54.     Touro Infirmary (Pathology Department), SOrr - Tulane Infirmary (pathology).pdf – SOrr-TI-PD-000001-000006

55.     Touro Infirmary (Patient Accounts), SOrr - Tulane Infirmary (billing).pdf – SOrr-TI-BD-000001-000009

56.     Touro Infirmary (Radiology Department), SOrr - Tulane Infirmary (radiology).pdf – SOrr-TI-RD-000001-000016

57.     Tulane Hospital (Medical Records Department), SOrr - Tulane Hospital (medical).pdf – SOrr-TulaneH-MD-000001-000589

58.     Tulane Hospital (Patient Accounts) – Billing, SOrr - Tulane Hospital (billing).pdf – SOrr-TulaneH-BD-000001-000111

59.     Tulane Hospital (Radiology Department), SOrr - Tulane Hospital (radiology).pdf – SOrr-TulaneH-RD-000001

60.     Tulane University Hospital and Clinic (Pathology Department), SOrr - Tulane University Hospand Clinic (pathology inventory).pdf – SOrr-TUHC-PD-000001

61.     Tulane University Hospital and Clinic (Radiology Department), SOrr - Tulane University Hospand Clinic (radiology inventory).pdf – SOrr-TUHC-RD-000001-000045

62.     United Healthcare, SOrr - United Healthcare.pdf – SOrr-UH-000001-000358

<u>Depositions</u>

<u>Re:  William Henry</u>

1.      Deposition Transcript of James Henry

2.      Deposition Transcript of David McCain, M.D.

3.      Deposition Transcript of J. Paul Reynolds, M.D.

4.      Deposition Transcript of Jamie Foreman

5.      Deposition Transcript of Nurse Misty King

6.      Deposition Transcript of Edna Ramirez

<u>Re: Sharyn Orr</u>

1.      Deposition Transcript of Cuong Bui, M.D.

2.      Deposition Transcript of Francisco Cruz, M.D.

3.      Deposition Transcript of Terry Cummings, M.D.

4.      Deposition Transcript of Kim DeAgano

5.      Deposition Transcript of Toby Gropen, M.D.

6.      Deposition Transcript of Elizabeth Mahanna, M.D.

7.      Deposition Transcript of Brian Ogden, M.D.

8.      Deposition Transcript of Joseph Orr, III

9.      Deposition Transcript of Joseph Orr, Jr.

10.     Deposition Transcript of Kashmir Rai, M.D.

11.     Deposition Transcript of David Richardson

12.     Deposition Transcript of Maurice St. Martin, M.D.

13.     Deposition Transcript of Kelli Walker

Expert Reports

1.    Expert Report of Frank Smart (Plaintiff Expert - Cardiology)

2.    Expert Report of Joachim Ix (Plaintiff Expert - Nephrology)

3.    Expert Report of Phillip S. Cuculich (Plaintiff Expert - Cardiology)

4.    Plaintiff Expert Report of Gianluca Cerri, MD., FACEP, FAAEM, Emergency Medicine (Orr)

5.    Plaintiff Expert Report of Peter G. Liechty, MD., FAANS, FACS, Neurosurgeon (Orr)

6.    Plaintiff Expert Report of Randolph Rice, PH.D., Economics (Orr)

7.    Plaintiff's Expert Report of Gerald Polukoff (Henry), Cardiovascular Medicine

8.    Plaintiff's Expert Report of Theresa Emory, (Henry) Gastoenterology

9.    Plaintiff's General Expert Report of Cindy Leissinger, M.D., Hematology, Internal Medicine

10.   Plaintiff's General Expert Report of Henry Rinder, M.D., Hematology, Internal Medicine

11.   Plaintiff's General Expert Report of Jan Rosing, Ph.D., Hematology

Literature

1.    Abraham, N., et al. (2015). Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ 2015;350:h1857.

2.    Abraham, N.S. (2016). Prevention of gastrointestinal bleeding in patients receiving direct oral anticoagulants. Am. J. Gastroenterol. Suppl., 3, 2-12.

3.    Adcock, D. M., & Gosselin, R. (2015). Direct oral anticoagulants (DOACs) in the laboratory: 2015 review. Thrombosis research, 136(1), 7-12.

4.    Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard

anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. The Lancet Haematology, 3(1), e12-e21.

5.   Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187.

6.   Aguilar, M.I., Hart, R.G., Kase, C.S., Freeman, W.D., Hoeben, B.J., García, R.C., Ansell, J.E., Mayer, S.A., Norrving, B., Rosand, J. & Steiner, T., Treatment of warfarin-associated intracerebral hemorrhage: Literature review and expert opinion. Mayo Clinic Proceedings, Elsevier, 2007, January. 82(1): p. 82-92.

7.   Aisenberg, J. (2016). Introduction. Am. J. Gastroenterol. Suppl., 3, 1.

8.   Aisenberg, J. (2016). The specific direct oral anticoagulant reversal agents: Their current status and future place in gastroenterology practice. Am. J. Gastroenterol. Suppl., 3, 36-44.

9.   Anderson DR, Harrison L, & Hirsh J. (1993). Evaluation of a portable prothrombin time monitor for home use by patients who require long-term oral anticoagulant therapy. Arch Intern Med, 153(12),1441-7.

10.  Andrade, J., Khairy, P., Dobrev, D., & Nattel, S., The clinical profile and pathophysiology of atrial fibrillation relationships among clinical features, epidemiology, and mechanisms. Circulation research, 2014. 114(9): p. 1453-1468.

11.  Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. British journal of haematology, 159(4), 427-429

12.  Bayer-Westendorf, et al., (2014).  Rates, management, and outcomes of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry. Blood. 2014;124(6).

13.  Brown JD, Shewale AR et al Adherence to Rivaroxaban, Dabigatran, and Apixaban for Stroke Prevention in Incident, Treatment-Naïve Nonvalvular Atrial Fibrillation.  J Manag Care Spec Pharm, 2016 Nov;22(11):1319-1329.

14.  Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the

factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247.

15. Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising. Heart Rhythm, 2(3), 248–249.

16. Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M. & Turpie, A.G. (2015). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. European heart journal. 2015 Sep 1:ehv466.

17. Ceresetto, J.M., Venous thromboembolism in Latin America: A review and guide to diagnosis and treatment for primary care. Clinics, 2016. 71(1): p. 36-46.

18. Chan, Y. H., Kuo, C. T., Yeh, Y. H., Chang, S. H., Wu, L. S., Lee, H. F., ... & See, L. C. (2016). Thromboembolic, bleeding, and mortality risks of rivaroxaban and dabigatran in Asians with nonvalvular atrial fibrillation. Journal of the American College of Cardiology, 68(13), 1389-1401.

19. Chang, H. Y., Zhou, M., Tang, W., Alexander, G. C., & Singh, S. (2015). Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJj, 350, h1585.

20. Chatterjee, P., & Weitz, J.I. (2016). Assessment and management of gastrointestinal hemorrhage in the setting of direct oral anticoagulants: The hematology perspective. Am. J. Gastroenterol. Suppl., 3, 29-35.

21. Church, A., & Tichauer, M., The emergency medicine approach to the evaluation and treatment of pulmonary embolism. Emergency medicine practice, 2012. 14(12): p. 1-22.

22. Clemens, et al. Anticoagulant-related gastrointestinal bleeding—could this facilitate early detection of benign or malignant gastrointestinal lesions? Annals Of Medicine Vol. 46 , Iss. 8, 2014.

23. Cohen, A.T., Agnelli, G., Anderson, F.A., Arcelus, J.I., Bergqvist, D., Brecht, J.G., Greer, I.A., Heit, J.A., Hutchinson, J.L., Kakkar, A.K. & Mottier, D., Venous thromboembolism (VTE) in Europe. Thromb. Haemost., 2007. 98(4): p. 756-764.

24. Coleman, C. I., Antz, M., Bowrin, K., Evers, T., Simard, E. P., Bonnemeier, H., & Cappato, R. (2016). Real-world evidence of stroke prevention in patients with nonvalvular atrial fibrillation in the United States: the REVISIT-US study. Current Medical Research and Opinion, 1-7.

25.   Coleman, C.I., Fermann, G.J., Weeda, E.R., Wells, P.S., Ashton, V., Crivera, C., Bunz, T.J., Wildgoose, P., Schein, J.R. & Peacock, W.F. (2016). Is rivaroxaban associated with shorter hospital stays and reduced costs versus parenteral bridging to warfarin among patients with pulmonary embolism?. Clinical and Applied Thrombosis/Hemostasis, 1-8.

26.   Connolly, S. J., Laupacis, A., Gent, M., Roberts, R. S., Cairns, J. A., & Joyner, C. (1991). Canadian atrial fibrillation anticoaguiation (CAFA) study. Journal of the American College of Cardiology, 18(2), 349-355.

27.   Daverat, J P Castel, J F Dartigues and J M Orgogozo. (1991). Death and functional outcome after spontaneous intracerebral hemorrhage.  A prospective study of 166 cases using multivariate analysis. Stroke. 1991;22:1-6. http://dx.doi.org/10.1161/01.STR.22.1.1; Cervera, Á., Amaro, S. & Chamorro, Á. Oral anticoagulant-associated intracerebral  haemorrhage.J Neurol. (2012) 259: 212. doi:10.1007/s00415-011-6153-3.

28.   Day, I.S.C.f.W.T., Thrombosis: A major contributor to the global disease burden. J. Thromb. Haemost, 2014. 12: p. 1580-1590.

29.   Deitelzweig, S., Laliberté, F., Crivera, C., Germain, G., Bookhart, B.K., Olson, W.H., Schein, J. and Lefebvre, P. (2016). Hospitalizations and Other Health Care Resource Utilization Among Patients with Deep Vein Thrombosis Treated with Rivaroxaban Versus Low-molecular-weight Heparin and Warfarin in the Outpatient Setting. Clinical Therapeutics, 38(8), 1803-1816.

30.   Deitelzweig, S.B., Johnson, B. H., Lin, J., & Schulman, K. L., Prevalence of clinical venous thromboembolism in the USA: Current trends and future projections. American journal of hematology, 2011. 86(2): p. 217-220.

31.   Deitelzweig, S., Bruno, A., Trocio, J., Tate, N., Gupta, K., Lin, J., & Lingohr-Smith, M. (2016). An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. Current medical research and opinion, 32(3), 573-582.

32.   Desai, et al.  Incidence and Clinical Presentation of Gastrointestinal Bleeding in Atrial Fibrillation Patients Taking Direct Oral Anticoagulants. Am J Gastroenterol Suppl 2016; 3:13-21.

33.   Dhakal P1, Rayamajhi S2, Verma V3, Gundabolu K4, Bhatt VR4. (2016). Reversal of Anticoagulation and Management of Bleeding in Patients on Anticoagulants. Clin Appl Thromb Hemost. 2016 Oct 26. pii: 1076029616675970.

34.  Dlott, J.S., George, R. A., Huang, X., Odeh, M., Kaufman, H. W., Ansell, J., & Hylek, E. M., A national assessment of warfarin anticoagulation therapy for stroke prevention in atrial fibrillation. Circulation, CIRCULATIONAHA, 2014. 113: p. 1-21.

35.  Dowlatshahi D, Butcher KS, Asdaghi N, et al. (2012). Poor Prognosis in warfarin-associated intracranial hemorrhage despite anticoagulation reversal. Stroke, 43, 1812-1817.

36.  Dulli, D.A., Stanko, H., & Levine, R. L., Atrial fibrillation is associated with severe acute ischemic stroke. Neuroepidemiology, 2003. 22(2): p. 118-123.

37.  E. S. Eerenberg, P. W. Kamphuisen, M. K. Sijpkens, J. C. Meijers, H. R. Buller, and M. Levi, "Reversal of rivaroxaban and dabigatran by prothrombin complex concentrate: a randomized, placebo-controlled, crossover study in healthy subjects," Circulation, vol. 124, no. 14, pp. 1573–1579, 2011.

38.  Einstein Investigators. (2010). Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med, 2010(363), 2499-2510.

39.  Einstein–PE Investigators. (2012). Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl j Med, 2012(366), 1287-1297.

40.  Eriksson BI, Borris LC, Friedman RJ, et al; for the RECORD1 Study Group. (2008). Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med., 358(26), 2765-2775.

41.  Filbotte, J.J., Hagan, N., & O'Donnell, J., Warfarin, hematoma expansion, and outcome of intracranial hemorrhage. Neurology, 2004. 63(6): p. 1059-1064.

42.  Fontaine, G. V., Mathews, K. D., Woller, S. C., Stevens, S. M., Lloyd, J. F., & Evans, R. S. (2014). Major bleeding with dabigatran and rivaroxaban in patients with atrial fibrillation: a real-world setting. Clinical and Applied Thrombosis/Hemostasis, 20, 665-672.

43.  Fordyce, C. e. (2016). On-Treatment Outcomes in Patients with Worsening Renal Function with Rivaroxaban Compared with Warfarin. Circulation , 134, 37-47.

44.  Forum, N.Q. National voluntary consensus standards for prevention and care of venous thromboembolism: Policy, preferred practices, and initial performance measures. The National Quality Forum, 2006.

45.  Friberg L, Rosenqvist M, Lip GY. Evaluation of risk stratification schemes for ischaemic stroke and bleeding in 182 678 patients with atrial fibrillation: the Swedish Atrial

Fibrillation cohort study. Eur Heart J. 2012 Jun;33(12):1500-10. doi: 10.1093/eurheartj/ehr488. Epub 2012 Jan 13. PubMed PMID: 22246443.

46.    Girgis, I.G., et al., Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvar atrial fibrillation: Results from ROCKET AF, The Journal of Clinical Pharmacology. 2014; 54(8).

47.    Goldhaber, S.Z., Venous thromboembolism: Epidemiology and magnitude of the problem. Best Practice & Research Clinical Haematology, 2012. 25(3): p. 235-242.

48.    Goldstein, J. N., Thomas, S. H., Frontiero, V., Joseph, A., Engel, C., Snider, R., ... & Rosand, J. (2006). Timing of fresh frozen plasma administration and rapid correction of coagulopathy in warfarin-related intracerebral hemorrhage. Stroke, 37(1), 151-155.

49.    Gong, I. Y., & Kim, R. B. (2013). Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. Canadian Journal of Cardiology, 29(7), S24-S33.

50.    Gorst-Rasmussen, A., Lip, G. Y., & Bjerregaard Larsen, T. (2016). Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care.  Pharmacoepideiol Drug. Saf. Nov25(11):1236-1244.

51.    Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med, 176(11), 1662-1671.

52.    Hagii, J., Tomita, H., Metoki, N., Saito, S., Shiroto, H., Hitomi, H., ... & Sasaki, S. (2014). Characteristics of Intracerebral Hemorrhage During Rivaroxaban Treatment Comparison With Those During Warfarin. Stroke, 45(9), 2805-2807.

53.    Halvosern, S., et al. (2016). A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants, Eur. Heart J. Cardiovasc Pharmacother.

54.    Hankey, G. J., Stevens, S. R., Piccini, J. P., Lokhnygina, Y., Mahaffey, K. W., Halperin, J. L., ... & Berkowitz, S. D. (2014). Intracranial Hemorrhage Among Patients With Atrial Fibrillation Anticoagulated With Warfarin or Rivaroxaban The Rivaroxaban Once Daily, Oral, Direct Factor Xa Inhibition Compared With Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation. Stroke, 45(5), 1304-1312.

55.    Hemphill, et al.  (2015)  "Guidelines for the Management of Spontaneous Intracerebral Hemorrhage A Guideline for Healthcare Professionals From the American Heart Association/American Stroke Association."  Stroke, July 2015.

56.   Holbrook, A., Schulman, S., Witt, D. M., Vandvik, P. O., Fish, J., Kovacs, M. J., ... & Guyatt, G. H. (2012). Evidence-based management of anticoagulant therapy: antithrombotic therapy and prevention of thrombosis: American College of Chest Physicians evidence-based clinical practice guidelines. Chest Journal, 141(2_suppl), e152S-e184S.

57.   Hsu, C. e. (2005). Elevated Blood Pressure and Risk of End-Stage Renal Disease in Subjects without Baseline Kidney Disease. Archives of Internal Medicine, 165 (8), 923.

58.   January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L., 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation:  Executive summary: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 2014. 64(21): p. 2246-2280.

59.   Jorgensen, H.S., Nakayama, H., Reith, J., Raaschou, H. O., & Olsen, T. S., Acute stroke with atrial fibrillation:  The Copenhagen stroke study. Stroke, 1996. 27(10): p. 1765-1769.

60.   Kachroo, S., Boyd, D., Bookhart, B. K., LaMori, J., Schein, J. R., Rosenberg, D. J., & Reynolds, M. W., Quality of life and economic costs associated with postthrombotic syndrome. American Journal of Health-System Pharmacy, 2012. 69(7): p. 567-572.

61.   Kahn, M.R., Amara, R.S., & Halperin, J.L. (2016). Risks to reversal of anticoagulation: The cardiology perspective. Am. J. Gastroenterol. Suppl., 3, 22-28.

62.   Kahn, S.R., Hirsch, A., & Shrier, I., Effect of postthrombotic syndrome on health-related quality of life after deep venous thrombosis. Archives of Internal Medicine, 2002. 162(10): p. 1144-1148.

63.   Kakkar AK, Brenner B, Dahl OE, et al; for the RECORD2 Investigators. Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. Lancet. 2008;372(9632):31-39.

64.   Kearon, C., Akl, E.A., Ornelas, J., Blaivas, A., Jimenez, D., Bounameaux, H., Huisman, M., King, C.S., Morris, T.A., Sood, N. & Stevens, S.M., Antithrombotic therapy for VTE disease: CHEST guideline and expert panel report. CHEST Journal, 2016. 149(2): p. 315-352.

65.  Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J. & Hindricks, G., 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. Europace, 2016: p. 1-90.

66.  Kohn, C.G., Mearns, E. S., Parker, M. W., Hernandez, A. V., & Coleman, C. I., Prognostic accuracy of clinical prediction rules for early post-pulmonary embolism all-cause mortality: A bivariate meta-analysis. CHEST Journal, 2015. 147(4): p. 1043-1062.

67.  Kohn, C.G., Peacock, W. F., Fermann, G. J., Bunz, T. J., Crivera, C., Schein, J. R., & Coleman, C. I., External validation of the In-hospital Mortality for PulmonAry embolism using Claims daTa (IMPACT) multivariable prediction rule. International journal of clinical practice, 2016. 70(1): p. 82-88.

68.  Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303.

69.  Kubitza D, e. a. (2008). Dose-escalation study of the pharmacokinetics and pharmacodynamics of rivaroxaban in healthy elderly subjects. Current Medical Research and Opinion, 24 (10), 2757-2765.

70.  Kubitza D, e. A. (2010). Effects of Renal Impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral, director Factor Xa inhibitor. British Journal of Clinical Pharmacology, 70 (5), 703-712.

71.  Laliberté, F., Cloutier, M., Nelson, W. W., Coleman, C. I., Pilon, D., Olson, W. H., & Lefebvre, P. (2014). Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. Current medical research and opinion, 30(7).

72.  Lamassa, M., Di Carlo, A., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., ... & Wolfe, C. D., Characteristics, outcome, and care of stroke associated with atrial fibrillation in Europe data from a multicenter multinational hospital–based registry (the European Community Stroke Project). Stroke, 2001. 32(2): p. 392-398.

73.  Larsen, et al., (2016) Comparative effectiveness and safety of non-vitamin K antagonistoral anticoagulants and warfarin in patients with atrial fibrillation. BMJ. 2016; 353.

74. Lassen MR, Ageno W, Borris LC, et al; for the RECORD3 Investigators. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008;358(26):2776-2786.

75. Lin, H.J., Wolf, P. A., Kelly-Hayes, M., Beiser, A. S., Kase, C. S., Benjamin, E. J., & D'Agostino, R. B., Stroke severity in atrial fibrillation The Framingham Study. Stroke, 27(10), 1760-1764., 1996. 27(10): p. 1760-1764.

76. Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C., ... & Phatak, H. (2016). Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. International Journal of Clinical Practice, 70(9), 752-763.

77. Lip, G.H., Larsen T., Skjøth, F., Rasmussen, L. (2012). Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. J Am Coll Cardiol. 60(8):738-746.

78. Lip., et al. (2016) Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: A propensity score matched analysis. Thormb. Haemost. Oct. 28; 116(5):975-986.

79. Lopes, R.D., Crowley, M.J., Shah, B.R., Melloni, C., Wood, K.A., Chatterjee, R., Povsic, T.J., Dupre, M.E., Kong, D.F., Barros e Silva, P.G.M., Santos, M.H.H., Armaganijan, L.V., Katz, M., Kosinski, A., McBroom, A.J., Chobot, M.M., Gray, R., Sanders, G.D., Stroke prevention in atrial fibrillation. Comparative effectiveness review No. 123. (Prepared by the Duke Evidence-based Practice Center under Contract No. 290-2007-10066-I.), 2013.

80. M. Levi, K. T. Moore, C. F. Castillejos et al., "Comparison of three-factor and four-factor prothrombin complex concentrates regarding reversal of the anticoagulant effects of rivaroxaban in healthy volunteers," Journal of Thrombosis and Haemostasis, vol. 12, no. 9, pp. 1428–1436, 2014.

81. Magill, Shelley S., et al. "Multistate point-prevalence survey of health care–associated infections." New England Journal of Medicine 370.13 (2014): 1198-1208.

82. Mathai, S.C., Ghofrani, H. A., Mayer, E., Pepke-Zaba, J., Nikkho, S., & Simonneau, G., Quality of life in patients with chronic thromboembolic pulmonary hypertension. Eur. Respir. J., 2016. 48: p. 526-537.

83. Matthews, D.T., & Hemnes, A. R., Current concepts in the pathogenesis of chronic thromboembolic pulmonary hypertension. Pulmonary circulation, 2016. 6(2): p. 145-154.

84.  Maura G., et al., Comparison of the Short-Term Risk of Bleeding and Arterial Thromboembolic Events in Nonvalvular Atrial Fibrillation Patients Newly Treated With Dabigatran or Rivaroxaban Versus Vitamin K Antagonists: A French Nationwide Propensity-Matched Cohort Study. (2015). Ciruclation.  Sep. 29; 132(13): 1252-60.

85.  McCormick, D., Gurwitz, J. H., Goldberg, R. J., Becker, R., Tate, J. P., Elwell, A., & Radford, M. J., Prevalence and quality of warfarin use for patients with atrial fibrillation in the long-term care setting. Archives of internal medicine, 2001. 161(20): p. 2458-2463.

86.  Merli, G. J., Hollander, J. E., Lefebvre, P., Laliberté, F., Raut, M. K., Olson, W. H., & Pollack Jr, C. V. (2015). Rates of hospitalization among patients with deep vein thrombosis before and after the introduction of rivaroxaban. Hospital Practice, 43(2), 85-93.

87.  Miller, C. S., Grandi, S. M., Shimony, A., Filion, K. B., & Eisenberg, M. J. (2012). Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. The American journal of cardiology, 110(3), 453-460.

88.  Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. Clinical pharmacokinetics, 47(3), 203-216.

89.  Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1.

90.  Mueck, W., Stampfuss, J., Kubitza, D., Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clin Pharmacokinet. Jan; 53(1):1-16.

91.  Nakano, Y., et al. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol (2014), http://dx.doi.org/10.1016/j.jjcc.2014.07.021

92.  Nguyen, E., White, C. M., Patel, M. R., Fields, L. E., Peacock, W. F., Crivera, C., & Coleman, C. I., Doses of apixaban and rivaroxaban prescribed in real-world United States cardiology practices compared to registration trials. Current medical research and opinion, 2016. 32(7): p. 1277-1279.

93.  Nichol, M. B., Knight, T. K., Dow, T., Wygant, G., Borok, G., Hauch, O., & O'Connor, R. (2008). Quality of anticoagulation monitoring in nonvalvular atrial fibrillation

USCA5 1702

patients: comparison of anticoagulation clinic versus usual care. Annals of Pharmacotherapy, 42(1), 62-70.

94. Noseworthy, P.A., Yao, X., Abraham, N.S., Sangaralingham, L.R., et al. (2016). Direct comparison of dabigatran, rivaroxaban, and apixaban for effectiveness and safety in non-valvular atrial fibrillation. Chest 2016; epub ahead of print.

95. Okumura K, Inoue H, Atarashi H, Yamashita T, Tomita H, Origasa H; J-RHYTHM Registry Investigators.Validation of $CHA_2DS_2$-VASc and HAS-BLED scores in Japanese patients with nonvalvular atrial fibrillation: an analysis of the J-RHYTHM Registry. Circ J. 2014; 78(7):1593-9. Epub 2014 Apr 22.

96. Olesen, J.B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y., The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. Thrombosis and haemostasis, 107(6), 1172-1179., 2012. 107(6): p. 1172-1179.

97. Patel M, Tamayo S, Yuan Z, Sicignano N, Hopf K, Peacock, F. Major Bleeding Among Rivaroxaban Users with Nonvalvular Atrial Fibrillation and Diabetes. J Am Coll Cardiol. 2016 April; 67(13_S):733.

98. Patel, M. R., Hellkamp, A. S., & Fox, K. A. (2016). Point-of-care warfarin monitoring in the ROCKET AF trial. New England Journal of Medicine, 374(8), 785-788.

99. Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New England Journal of Medicine, 365(10), 883-891.

100. Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New England Journal of Medicine, 365(10), 883-891.

101. Peacock, W.F., et al. (Accepted for publication). Annals of Emergency Medicine.

102. Peacock, W.F. (2014). Managing bleeding and emergency reversal of newer oral anticoagulants: A review for primary care providers. Hospital Practice, 42(4), 75-82.

103. Peacock, W.F., Patel, M., Tamayo, S., Sicignano, N., Hopf, K. & Yuan, Z., Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban. Eur. Heart. J., 2015. 36(Suppl.): p. 687.

104.  Peacock, W.F., Rafique, Z., & Singer, A. J., Direct-acting oral anticoagulants: Practical considerations for Emergency Medicine physicians. Emergency Medicine International, 2016. 2016: p. 1-13.

105.  Peacock, W.F., Tamayo, S., Sicignano, N., Hopf, K.P., Yuan, Z., & Patel, M. (2016, October). Major Bleeding in VTE Patients Treated with Rivaroxaban. Presented at meeting of the American College of Emergency Physicians.

106.  Pengo, V., Lensing, A.W., Prins, M.H., Marchiori, A., Davidson, B.L., Tiozzo, F., Albanese, P., Biasiolo, A., Pegoraro, C., Iliceto, S. & Prandoni, P., Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. New England Journal of Medicine, 2004. 350(22): p. 2257-2264.

107.  Petty, G.W., Brown, R. D., Whisnant, J. P., Sicks, J. D., O'Fallon, W. M., & Wiebers, D. O., Ischemic stroke subtypes a population-based study of functional outcome, survival, and recurrence. Stroke, 2000. 31(5): p. 1062-1068.

108.  Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroixban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. Throm. J., Sep. 20;11(1):21.

109.  Ribeiro, D.D., Lijfering, W. M., Barreto, S. M., Rosendaal, F. R., & Rezende, S. M., Epidemiology of recurrent venous thrombosis. Brazilian Journal of Medical and Biological Research, 2012. 45(1): p. 1-7.

110.  Rivaroxaban US Package Insert 8/2016.

111.  Rockey, D.C. (2016). Endoscopy for gastrointestinal bleeding in patients treated with direct oral anticoagulants. Am. J. Gastroenterol. Suppl., 3, 45-50.

112.  Rose, A.J., Hylek, E. M., Ozonoff, A., Ash, A. S., Reisman, J. I., & Berlowitz, D. R., Risk-adjusted percent time in therapeutic range as a quality indicator for outpatient oral anticoagulation results of the Veterans Affairs Study To Improve Anticoagulation (VARIA). Circulation: Cardiovascular Quality and Outcomes4, 2011. 4(1): p. 22-29.

113.  Rose, A.J., Ozonoff, A., Henault, L. E., & Hylek, E. M., Warfarin for atrial fibrillation in community-based practise. Journal of Thrombosis and Haemostasis, 2008. 6(10): p. 1647-1654.

114.  Ruff, C. T., Giugliano, R. P., Braunwald, E., Hoffman, E. B., Deenadayalu, N., Ezekowitz, M. D., ... & Yamashita, T. (2014). Comparison of the efficacy and safety of

new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. The Lancet, 383(9921), 955-962.

115. Rybicki, F.J., Udelson, J. E., Peacock, W. F., Goldhaber, S. Z., Isselbacher, E. M., Kazerooni, E., ... & Woodard, P. K., 2015 ACR/ACC/AHA/AATS/ACEP/ASNC/NASCI/SAEM/SCCT/SCMR/SCPC/SNMMI/STR/STS Appropriate utilization of cardiovascular imaging in Emergency Department patients with chest pain: A joint document of the American College of Radiology Appropriateness Criteria Committee and the American College of Cardiology Appropriate Use Criteria Task Force. Journal of the American College of Cardiology, 2016. 67(7): p. 853-879.

116. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

117. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2013). Laboratory assessment of rivaroxaban: a review. Thrombosis Journal 2013, 11:11.

118. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

119. Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., & Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. Thrombosis and haemostasis, 103(4), 815-825.

120. Schneeweiss, S., Gagne, J. J., Patrick, A. R., Choudhry, N. K., & Avorn, J. (2012). Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. Circulation: Cardiovascular Quality and Outcomes, 5(4), 480-486.

121. Sherwood MW et al. Gastrointestinal Bleeding in Patients with Atrial Fibrillation Treated With Rivaroxaban or Warfarin. J Am Coll Cardiol 2015;66:2271-81.

122. Sjöblom, L., Hårdemark, H. G., Lindgren, A., Norrving, B., Fahlén, M., Samuelsson, M., ... & Wallvik, J. (2001). Management and Prognostic Features of Intracerebral Hemorrhage During Anticoagulant Therapy A Swedish Multicenter Study. Stroke, 32(11), 2567-2574.

USCA5 1705

123. Staerk, L., Fosbøl, E. L., Lip, G. Y., Lamberts, M., Bonde, A. N., Torp-Pedersen, C., ... & Olesen, J. B. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. European Heart Journal, ehw496.

124. Staessen JA, Fagard R, Thijs L, Celis H, Arabidze GG, Birkenhäger WH, Bulpitt CJ, de Leeuw PW, Dollery CT, Fletcher AE, Forette F, Leonetti G, Nachev C, O'Brien ET, Rosenfeld J, Rodicio JL, Tuomilehto J, Zanchetti A. (1997). Randomised double-blind comparison of placebo and active treatment for older patients with isolated systolic hypertension. The Systolic Hypertension in Europe (Syst-Eur) Trial Investigators. Lancet. Sep 13;350(9080):757-64.

125. Steger, C., Pratter, A., Martinek-Bregel, M., Avanzini, M., Valentin, A., Slany, J., & Stöllberger, C., Stroke patients with atrial fibrillation have a worse prognosis than patients without: Data from the Austrian Stroke registry. European heart journal, 2004. 25(19): p. 1734-1740.

126. Steinberg, B.A., Beckley, P.D., Deering, T.F., Clark, C.L., Amin, A.N., Bauer, K.A., Cryer, B., Mansour, M., Scheiman, J.M., Zenati, M.A., Newby, L.K., Peacock, W.F., Bhatt, D.L. and S.o.C.P.C. Evaluation and management of the atrial fibrillation patient: A report from the Society of Cardiovascular Patient Care. Critical pathways in cardiology, 2013. 12(3): p. 107-115.

127. Tamayo, S., Peacock, F.W., Patel, M., Sicignano, N., Hopf, K.P., Fields, L.E., Sarich, T., Wu, S., Yannicelli, D. & Yuan, Z., Characterizing major bleeding in patients with nonvalvular atrial fibrillation: A pharmacovigilance study of 27 467 patients taking rivaroxaban. Clinical cardiology, 2015. 38(2): p. 63-68.

128. Tamayo, S.G., Simeone, J. C., Nordstrom, B. L., Patel, M. R., Yuan, Z., Sicignano, N. M., & Peacock, W. F., Risk factors for major bleeding in rivaroxaban users with atrial fibrillation. Journal of the American College of Cardiology, 2016. 68(10): p. 1144-146.

129. Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14), 1587-1603.

130. Turpie, A.G.G., Lassen, M.R., Davidson, B.L., Bauer, K.A., et al. (2009). Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD 4): A randomized trial. Lancet, 373, 1673-80

131. Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... & Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation assays. Thrombosis and haemostasis, 113(1), 154-164.

132. Weeda, E.R., Kohn, C.G., Fermann, G.J., Peacock, W.F., Tanner, C., McGrath, D., Crivera, C., Schein, J.R. & Coleman, C.I., External validation of prognostic rules for early post-pulmonary embolism mortality: Assessment of a claims-based and three clinical-based approaches. Thrombosis journal, 2016b. 14(1): p. 1-9.

133. Weeda, E.R., Peacock, W.F., Fermann, G.J., Wells, P.S., Ashton, V., Crivera, C., Bunz, T.J., Wildgoose, P., Schein, J.R. & Coleman, C.I., Outcomes associated with observation stays versus inpatient admissions for pulmonary embolism. Journal of Thrombosis and Thrombolysis, 2016a: p. 1-7.

134. Weeda, E.R., White, C. M., Peacock, W. F., & Coleman, C. I., Rates of major bleeding with rivaroxaban in real-world studies of nonvalvular atrial fibrillation patients: A meta-analysis. Current medical research and opinion, 2016c. 32(6): p. 1117-1120.

135. Weinz C, e. a. (2009). Metabolism and excretion of rivaroxaban, an oral, direct factor Xa inhibitor in rats, dogs, and humans. Drug Metabolism and Disposition, 37 (5), 1056-1064.

136. Wilson D, Charidimou A, Shakeshaft C., et al. Volume and functional outcome of intracerebral hemorrhage according to oral anticoagulant type.  American Academy of Neurology, 86, 360-366; P.

137. Xu Xs, et al., Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with acute coronary syndrome, Br J Clin Pharmacol. 2012 Jul; 74(1).

138. Yao, X., Abraham, N. S., Alexander, G. C., Crown, W., Montori, V. M., Sangaralingham, L. R., ... & Noseworthy, P. A. (2016). Effect of adherence to oral anticoagulants on risk of stroke and major bleeding among patients with atrial fibrillation. Journal of the American Heart Association, 5(2), e003074.

139. Yao, X., Abraham, N. S., Sangaralingham, L. R., Bellolio, M. F., McBane, R. D., Shah, N. D., & Noseworthy, P. A. (2016). Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation. Journal of the American Heart Association, 5(6), e003725.

USCA5 1707