UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT 1 TO
PLAINTIFFS' MOTION TO PRECLUDE EXPERT TESTIMONY
FROM SCOTT BONIOL, M.D. ABOUT ATTORNEY ADVERTISING**

# FILED UNDER SEAL