UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER RE: EXPERT TESTIMONY FROM SCOTT BONIOL, M.D. ABOUT ATTORNEY ADVERTISING

Before the Court is Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, M.D. about Attorney Advertising.  Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.**  Dr. Scott Boniol shall be precluded from testifying about attorney advertising.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**