UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on **March 23, 2017, at 9:00** o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. About Attorney Advertising, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  February 10, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

           Gerald E. Meunier (Bar No. 9471)
           ***GAINSBURGH BENJAMIN DAVID MEUNIER***
           ***& WARSHAUER, LLC***
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, LA  70163-2800
           Phone:  (504) 522-2304
           Fax: (504) 528-9973
           Email:  gmeunier@gainsben.com

           *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

           */s/ Leonard A. Davis*
           **LEONARD A. DAVIS**