UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
EXHIBIT UNDER SEAL**

NOW COME Plaintiffs who submit that on February 10, 2017, Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. About Attorney Advertising was filed into the record [Rec. Doc. 5404] ("Attorney Advertising Motion").  Exhibit 1 attached to the Attorney Advertising Motion refers to or contains information that has been designated confidential. Accordingly, movers request that Exhibit 1 attached to the Attorney Advertising Motion be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibit 1 attached to Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. About Attorney Advertising be filed UNDER SEAL.

|  |  |
|---|---|
| Dated:  February 10, 2017 | Respectfully submitted,<br><br>*/s/ Leonard A. Davis*<br>Leonard A. Davis, Esq. (Bar No. 14190)<br>**HERMAN, HERMAN & KATZ, LLC**<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>Phone:  (504) 581-4892<br>Fax:  (504) 561-6024<br>Email:  ldavis@hhklawfirm.com<br><br>Gerald E. Meunier (Bar No. 9471)<br>**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA  70163-2800<br>Phone:  (504) 522-2304<br>Fax: (504) 528-9973<br>Email:  gmeunier@gainsben.com<br><br>*Plaintiffs' Liaison Counsel* |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**