UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO:  *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**O R D E R**

CONSIDERING the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit 1 attached Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. About Attorney Advertising [Rec. Doc. 5404], be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge