MINUTE ENTRY
FALLON, J.
FEBRUARY 10, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Brian Barr, and Andy Birchfield. Defendants were represented by Jim Irwin, John Olinde, Susan Sharko, Steve Glickstein, and Andy Solow.

At the conference, the Court discussed (1) Defendants' request for additional information regarding the opinions of Dr. Curt Daniel Furberg; and (2) Defendants' request that the plaintiffs produce a spreadsheet identifying all of the data represented in each of the charts in Appendix F to Dr. Maggio's expert report.

The status conference was transcribed by Court Reporter Tana Hess. To obtain a copy of the transcript, contact Ms. Hess at (504) 589-7781.

JS10(00:09)