UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

MORGAN E. JACKSON, JR., an Incapacitated Adult,
by ALLEN YOUNGBLOOD, his Power of Attorney

Civil Action No. 2:15-cv-05642-EEF-MBN

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a) undersigned counsel hereby informs this Court of the death of Plaintiff, Morgan E. Jackson, Jr.

Dated: February 13, 2017                Respectfully submitted,

                                        /s/ Margret Lecocke
                                        Margret Lecocke
                                        mlecocke@williamskherkher.com
                                        John T. Boundas
                                        jboundas@williamskherkher.com
                                        Williams Kherkher Hart Boundas, LLP
                                        8441 Gulf Freeway, Suite 600
                                        Houston, Texas  77017-5051
                                        Telephone: (713) 230-2200
                                        Facsimile:  (713) 643-6226

                                        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           /s/ Margret Lecocke
                                           Margret Lecocke