UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Judith Brooks, Personal Representative of the Estate of Linda Nichols *v. Janssen Research & Development, LLC et al;***

Civil Action No. **2:16-cv-01789**

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Judith Brooks, Personal Representative of the Estate of Linda Nichols, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Judith Brooks, Personal Representative of the Estate of Linda Nichols, with Randall Nichols, Personal Representative of the Estate of Linda Nichols.

1. On February 9, 2017, The Henderson District Court Probate Division substituted Randall Nichols for Judith Brooks to represent the estate of Linda Nichols. This motion is made only to reflect that substitution.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: February 14, 2017                    Respectfully Submitted,

                            /s/ Jacob Levy

                            Jacob Levy
                            Gray & White
                            713 E. Market St. #200
                            Louisville, KY 40202

**CERTIFICATE OF SERVICE**

  I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of February 2017.

                    /s/ Jacob Levy
                    Gray & White