# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }                    MDL No. 2592
                               }
PRODUCTS LIABILITY LITIGATION }                     SECTION L
                               }                    JUDGE FALLON
                               }                    MAG. JUDGE NORTH
                               }

This Document relates to:

**Judith Brooks, Personal Representative of the Estate of Linda Nichols** *v. Janssen Research & Development, LLC et al;*

**Civil Action No. 2:16-cv-01789**

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Randall Nichols, Personal Representative of the Estate of Linda Nichols, as Plaintiff in the place of Judith Brooks, Personal Representative of the Estate of Linda Nichols, in the above referenced action.  The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.  The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.

Signed, this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
U.S. District Court Judge