UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY HEADLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | MDL No. 2592 |
| v. | : | |
| | : | SECTION L |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | JUDGE ELDON E. FALLON |
| **Defendants.** | : | |
| _____ | : | MAG. JUDGE MICHAEL NORTH |

## PROPOSED ORDER

      IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed by the above-captioned Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this____ day of_____, 2017.


                                                                                                                                                                           _____
                                                                                                                                                                            Honorable Eldon E. Fallon
                                                                                                                                                                            United States District Judge