# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HELENE HEADLEY,** : | |
| : | |
| Plaintiff, : | |
| : | MDL No. 2592 |
| v. : | |
| : | SECTION L |
| **JANSSEN RESEARCH AND** : | |
| **DEVELOPMENT LLC et al.** : | |
| : | JUDGE ELDON E. FALLON |
| **Defendants.** : | |
| _____: | MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COME NOW Plaintiff in the above-captioned action, by and through their undersigned counsel, and file with the Court, and serve the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as follows:

1. Plaintiff's Motion to Deem Prior Service Valid, or in the Alternative, Extension of Time to Serve Process on Defendants Bayer Healthcare Pharmaceutical, Inc. and Bayer Pharma AG;

2. Memorandum in Support of Plaintiff's Motion;

3. Proposed Order Declaring Prior Service Valid; and

4. Proposed Order Granting Extension of Time.

Dated this 15th day of February, 2017.

/s/ Timothy Litzenburg
Timothy Litzenburg (VSB: 76988)
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22906
Tel: (866) 529-3323
Fax: (540) 672-3055

tlitzenburg@millerfirmllc.com
jseldomridge@millerfirmllc.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                               By:    /s/ Timothy Litzenburg
                                                                          Timothy Litzenburg (VSB: 76988)
                                                                          The Miller Firm, LLC
                                                                          108 Railroad Ave.
                                                                          Orange, VA 22906
                                                                          Tel: (866) 529-3323
                                                                          Fax: (540) 672-3055
                                                                          tlitzenburg@millerfirmllc.com
                                                                          jseldomridge@millerfirmllc.com

                                                                          *Attorney for Plaintiff*