UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HELENE HEADLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **MDL No. 2592** |
| v. | : | |
| | : | **SECTION L** |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| **Defendants.** | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-captioned Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Judge