UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HERMAN BRIM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | MDL No. 2592 |
| v. | : | |
| | : | SECTION L |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | JUDGE ELDON E. FALLON |
| **Defendants.** | : | |
| _____ : | | MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

COME NOW Plaintiff, by and through undersigned counsel, in the above-captioned action and respectfully moves the Court for an Order declaring that the prior service of his Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG is valid.. In the alternative, Plaintiff respectfully moves for an extension of time within which to serve process on Defendants. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated this 15th day of February, 2017.

/s/ Timothy Litzenburg__
Timothy Litzenburg (VSB: 76988)
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22906
Tel: (866) 529-3323
Fax: (540) 672-3055

tlitzenburg@millerfirmllc.com  
jseldomridge@millerfirmllc.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

               By:  /s/ Timothy Litzenburg
                   Timothy Litzenburg (VSB: 76988)
                   The Miller Firm, LLC
                   108 Railroad Ave.
                   Orange, VA 22906
                   Tel: (866) 529-3323
                   Fax: (540) 672-3055
                   tlitzenburg@millerfirmllc.com
                   jseldomridge@millerfirmllc.com

                   *Attorney for Plaintiff*