UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DALE RUSH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **MDL No. 2592** |
| v. | : | |
| | : | **SECTION L** |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| **Defendants.** | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed by the above-captioned Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2017.

 

_____
Honorable Eldon E. Fallon
United States District Judge