# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANET RUSH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **MDL No. 2592** |
| v. | : | |
| | : | **SECTION L** |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| **Defendants.** | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |

## PROPOSED ORDER

  IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed by the above-captioned Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2017.

                   _____
                   Honorable Eldon E. Fallon
                   United States District Judge