**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ANTHONIA TRUJILLO,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **MDL No. 2592** |
| **v.** | : | |
| | : | **SECTION L** |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| **Defendants.** | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |


<u>**PROPOSED ORDER**</u>

      IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer

Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-captioned Plaintiff is

hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to

complete service of process through the streamlined service procedures for the informal service

of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this_____ day of_____, 2017.


                                      _____

                                        Honorable Eldon E. Fallon

                                        United States District Judge