UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

*******************************************

THIS DOCUMENT RELATES TO:

*Lorenzo Walton, as the Personal Representative of the Estate of decedent, Marion Walton v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-12490

### PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS OF DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COMES NOW, Plaintiff, Lorenzo Walton, as the Personal Representative of the Estate of decedent, Marion Walton by and through his undersigned counsel of record, respectfully moves the Court for an order declaring that prior service of his Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG is valid. In the alternative, Plaintiffs respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated:  February 14, 2017    Respectfully submitted,

                                                 **NIEMEYER, GREBEL & KRUSE, LLC**

By:  */s/ Michael Kruse*
      Michael S. Kruse
      Mark R. Niemeyer
      10 S. Broadway, Suite 1125
      St. Louis, MO  63102
      314-241-1919 phone
      314-665-3017 fax
      kruse@ngklawfirm.com
      niemeyer@ngklawfirm.com

*Attorneys for Plaintiffs*