UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*Lorenzo Walton, as the Personal Representative of the Estate of decedent, Marion Walton v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-12490

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, March 1, 2017, at 9:00 a.m., Plaintiff, Lorenzo Walton, as the Personal Representative of the Estate of decedent, Marion Walton's Motion To Deem Prior Service Valid In The Alternative For An Extension Of Time Within Which To Serve Process On Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG will be presented to the Court for ruling without the necessity of an oral hearing.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:    */s/ Michael Kruse*
Michael S. Kruse
Mark R. Niemeyer
10 S. Broadway, Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com
niemeyer@ngklawfirm.com

*Attorneys for Plaintiffs*