UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | MDL NO. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

******************************************

THIS DOCUMENT RELATES TO:

*Lorenzo Walton, as the Personal Representative of the Estate of decedent, Marion Walton v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-12490

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiffs is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge