**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*JAMES LYONS, as the Administrator of the Estate of decedent MICHAEL LYONS v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15696

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COMES NOW, Plaintiff, James Lyons, as the Administrator of the Estate of decedent Michael Lyons, by and through his undersigned counsel of record, respectfully moves the Court for an order for an extension of time within which to serve Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of this Motion, Plaintiff submit his contemporaneously filed Memorandum in Support.

WEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated:  February 14, 2017                    Respectfully submitted,

                                             **NIEMEYER, GREBEL & KRUSE, LLC**


                             By:    */s/ Michael Kruse*
                                    Michael S. Kruse
                                    Mark R. Niemeyer
                                    10 S. Broadway, Suite 1125
                                    St. Louis, MO  63102
                                    314-241-1919 phone
                                    314-665-3017 fax
                                    kruse@ngklawfirm.com
                                    niemeyer@ngklawfirm.com

                                    *Attorneys for Plaintiffs*