UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

*********************************************

THIS DOCUMENT RELATES TO:

*James Lyons, as the Administrator of the Estate of decedent, Michael Lyons v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15696

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, March 1, 2017, at 9:00 a.m., Plaintiff, James Lyons, as the Administrator of the Estate of decedent, Michael Lyons' Motion For An Extension Of Time Within Which To Serve Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, will be presented to the Court for ruling without the necessity of an oral hearing.

          Respectfully submitted,

          **NIEMEYER, GREBEL & KRUSE, LLC**

By:   */s/ Michael Kruse*
       Michael S. Kruse
       Mark R. Niemeyer
       10 S. Broadway, Suite 1125
       St. Louis, MO  63102
       314-241-1919 phone
       314-665-3017 fax
       kruse@ngklawfirm.com
       niemeyer@ngklawfirm.com

       *Attorneys for Plaintiffs*