UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

*******************************************

THIS DOCUMENT RELATES TO:

*James Lyons, as the Administrator of the Estate of decedent, Michael Lyons v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15696

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, filed by the above listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge