UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*Aurania Sobczak v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15293

### PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

NOW COMES, Plaintiff Aurania Sobczak, by and through her undersigned counsel of record, respectfully moves the Court for an order declaring that prior service of her Complaint and Summons on Defendant Bayer Pharma AG is valid. In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully request that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated:  February 14, 2017　　　　　　　　　Respectfully submitted.
　　　　　　　　　　　　　　　　　　　　　By: /s/ Jeffrey D Meyer
　　　　　　　　　　　　　　　　　　　　　The Meyer Law Firm, PC
　　　　　　　　　　　　　　　　　　　　　6363 Woodway Dr., Ste. 720
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77075
　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 974-4100
　　　　　　　　　　　　　　　　　　　　　Email: jeff@meyerlawfirm.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jeffrey D Meyer, certify that on February 14, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  February 14, 2017　　　　　　　　　Respectfully submitted.
　　　　　　　　　　　　　　　　　　　　　By: /s/ Jeffrey D Meyer
　　　　　　　　　　　　　　　　　　　　　The Meyer Law Firm, PC
　　　　　　　　　　　　　　　　　　　　　6363 Woodway Dr., Ste. 720
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77075
　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 974-4100
　　　　　　　　　　　　　　　　　　　　　Email: jeff@meyerlawfirm.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*