UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE NORTH |

**************************************************

THIS DOCUMENT RELATES TO:

*Aurania Sobczak v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15293

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, March 1, 2017, at 9:00 a.m., Plaintiff, Aurania Sobczak's ***Motion To Deem Prior Service Valid In The Alternative For An Extension Of Time Within Which To Serve Process On Bayer Pharma AG*** will be presented to the Court for ruling without the necessity of an oral hearing.

Respectfully submitted.

By: /s/ Jeffrey D Meyer
The Meyer Law Firm, PC
6363 Woodway Dr., Ste. 720
Houston, TX 77075
Telephone: (713) 974-4100
Email: jeff@meyerlawfirm.com

*Counsel for Plaintiff*