UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br> SECTION: L <br> JUDGE: FALLON <br> MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*Aurania Sobczak v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15293

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Pharma AG as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiffs is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge