UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *          SECTION L
THIS DOCUMENT RELATES TO:              *
    *ALL CASES*                        *          JUDGE ELDON E. FALLON
                                       *
                                       *          MAG. JUDGE NORTH
                                       *
* * * * * * * * * * * * * * * * * * * * * * * *

---

# O R D E R

---

CONSIDERING the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit 1 attached

Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. About Attorney

Advertising [Rec. Doc. 5404], be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 13th day of _____February_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge