UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

CONSIDERING the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1 and 2 attached Plaintiffs' Motion to Preclude Expert Testimony From Scott Boniol, M.D. and William Franklin Peacock, IV, MD, FACEP, About The Benefits of Earlier Detections From Anticoagulant-Related Bleeding Events [Rec. Doc. 5401], be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 13th day of February, 2017.

_____
Eldon E. Fallon
United States District Court Judge