UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

CONSIDERING the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1 through 14 attached Plaintiffs' Motion to Preclude Speculative Testimony From Six Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5399], be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 13th day of  February    , 2017.

_____
Eldon E. Fallon
United States District Court Judge