UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
_____  :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Leona M. Abrams vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05009-EEF-MBN

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Plaintiff Helen Abrams, daughter of decedent, Leona M. Abrams, substitution as Plaintiff in this action is GRANTED.

Signed this __14th__ day of __February__, 2017.

_____
UNITED STATES DISTRICT JUDGE

1