**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
_____:

**THIS DOCUMENT RELATES TO:**

*Lynn Ladner, as Legal Representative of the Estate of James Ladner, Deceased v. Janssen Research & Development, LLC, et al., 16-13906*

## ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 20__.

_____

Honorable Eldon E. Fallon

U.S. District Court Judge

1