UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
:
IN RE: XARELTO (RIVAROXABAN)          :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION         :
                                      : SECTION L
                                      :
                                      : JUDGE ELDON E. FALLON
                                      :
                                      : MAGISTRATE JUDGE NORTH
                                      :
_____:

**THIS DOCUMENT RELATES TO:**

*Lynn Ladner, as Legal Representative of the Estate of James Ladner, Deceased v. Janssen Research & Development, LLC, et al., 16-13906*

### NOTICE OF SUBMISSION

Please take notice that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 15th of March, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: February 15, 2017                                    Respectfully submitted,

                                                            */s/ Thomas Wm Arbon*
                                                            Ben C. Martin, TX 13052400
                                                            Thomas Wm Arbon TX 01284275
                                                            Law Offices of Ben C. Martin
                                                            3710 Rawlins Street, Suite 1230
                                                            Dallas, Texas 75219
                                                            Phone: (214) 761-6614
                                                            Fax: (214) 744-7590
                                                            bmartin@bencmartin.com
                                                            tarbon@bencmartin.com
                                                            **Attorneys for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 15th day of February, 2017.

*/s/ Thomas Wm Arbon*
**Attorney for Plaintiff**