UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*WENDI CALI, Individually and as Independent Executor of the ESTATE OF GERALDINE CALI v. Janssen Research & Development LLC, et al, 2:16-cv-15335*

## ORDER

Having considered all of the pleadings and documents relating to Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiff, *WENDI CALI, Individually and as Independent Executor of the ESTATE OF GERALDINE CALI*, shall have sixty (60) days from the date of this Order to serve process on Defendant Bayer Pharma AG.

New Orleans, Louisiana this 15th day of February, 2017.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      /s/ Jeffrey S. Singer
                                      Jeffrey S. Singer