**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |

**This Document Relates to:**

*COLIN TOWNER v. Janssen Research & Development LLC, et al, 2:15-cv-03379*

## ORDER

Having considered all of the pleadings and documents relating to Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharmaceuticals Inc., in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiff, **COLIN TOWNER,** shall have sixty (60) days from the date of this Order to serve process on Defendant Bayer Pharmaceuticals Inc.


New Orleans, Louisiana, this____15th____day of __February_____, 2017.


_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE

Case 2:14-md-02592-EEF-MBN Document 5146 Filed 01/15/17 Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


 */s/ John Jewell Pace*

John Jewell Pace


*/s/ Samuel C. Ward*

Samuel C. Ward