**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | :    **MDL No. 2592** <br> : <br> :    **SECTION L** <br> : <br> :    **JUDGE ELDON E. FALLON** <br> : <br> :    **MAGISTRATE JUDGE NORTH** <br> : <br> : |

**THIS DOCUMENT RELATES TO:**

*Gregan v. Janssen Research & Development, LLC, et al., 2:16-cv-15426*

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to

Serve Process on Defendant Bayer HealthCare Pharmaceuticals Inc., filed by the above-listed

Plaintiff Carol Gregan, is hereby GRANTED, and that Plaintiff shall have thirty (30) days from

the date of this Order to complete service of process through the streamlined service procedures

for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this 15th day of  February , 2017.

 

Honorable Eldon E. Fallon
United States District Judge