UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 : : SECTION L : : JUDGE ELDON E. FALLON : : MAGISTRATE JUDGE NORTH : : |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to

Serve Process on Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG,

filed by the above-listed Plaintiff Cheryl Aaron, is hereby GRANTED, and that Plaintiff shall

have thirty (30) days from the date of this Order to complete service of process through the

streamlined service procedures for the informal service of process set forth in Pretrial Order No.

10.

New Orleans, Louisiana, this 15th day of February , 2017.

_____
Honorable Eldon E. Fallon
United States District Judge