# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No 2:16-cv-13421-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| STROBEL, | § SECTION:   L |
|        Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
|   vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
|        Defendants. | § |

## **ORDER**

**IT IS ORDERED** that Plaintiffs' Motion to Expand Time To Serve Bayer Defendants (R. Doc. 5263) is **GRANTED.**

New Orleans, Louisiana this 15th day of February, 2017.

_____
United States District Judge