UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-12766*

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court to withdraw Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

In support of this motion, Plaintiff contends that he has cured or is in the process of curing the deficiencies of his Plaintiff Fact Sheet. Because of this fact, Plaintiff's counsel and opposing counsel have agreed that it is therefore unnecessary to file a Motion for Extension of Time. Consequently, Plaintiff moves to withdraw his previous motion for an extension of time to satisfy the deficiencies in Plaintiff's Plaintiff Fact Sheet and the accompanying memorandum of law.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves the Court for a withdrawal of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

1

Dated: February 15, 2017                          Respectfully Submitted,

                                                  */s/ Thomas Wm. Arbon*
                                                  Ben C. Martin, TX 13052400
                                                  Thomas Wm. Arbon, TX 01284275
                                                  Law Offices of Ben C. Martin
                                                  3710 Rawlins Street, Suite 1230
                                                  Dallas, Texas 75219
                                                  Phone: (214) 761-6614
                                                  Facsimile: (214) 744-750-
                                                  bmartin@bencmartin.com
                                                  tarbon@bencmartin.com
                                                  **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 15th day of February, 2017.

                                                  */s/ Thomas Wm Arbon*
                                                  **Attorney for Plaintiff**