UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
_____:

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-12766*

**ORDER**

THIS MATTER, having come before the Court, is Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants is hereby GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 20\_\_.

_____

Honorable Eldon E. Fallon

U.S. District Court Judge