UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
:
IN RE: XARELTO (RIVAROXABAN)         :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION        :
                                     : SECTION L
                                     :
                                     : JUDGE ELDON E. FALLON
                                     :
                                     : MAGISTRATE JUDGE NORTH
                                     :
_____ :

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-12766*

### NOTICE OF SUBMISSION

Please take notice that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 15th of March, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: February 15, 2017                                         Respectfully submitted,

                                                                 */s/ Thomas Wm Arbon*
                                                                 Ben C. Martin, TX 13052400
                                                                 Thomas Wm Arbon TX 01284275
                                                                 Law Offices of Ben C. Martin
                                                                 3710 Rawlins Street, Suite 1230
                                                                 Dallas, Texas 75219
                                                                 Phone: (214) 761-6614
                                                                 Fax: (214) 744-7590
                                                                 bmartin@bencmartin.com
                                                                 tarbon@bencmartin.com
                                                                 **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 1st day of February, 2017.

> */s/ Thomas Wm Arbon*
> **Attorney for Plaintiff**