# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| CHARLES SHELLENBERGER | |
| Plaintiff, | JUDGE: ELDON E. FALLON |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MAG. JUDGE MICHAEL NORTH  CIVIL ACTION NO. 2:16-cv-16400 |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case against Defendants in its entirety, without prejudice and with each party to bear its own costs.

Dated this 16th day of February, 2017.

Respectfully submitted,

/s/ *Michael P. McGartland*
Michael P. McGartland (TX Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

*/s/ Christopher L. Coffin*_____
Christopher L. Coffin (LA Bar # 27902)
ccoffin@pbclawfirm.com
Nicholas R. Rockforte (LA Bar # 31305)
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, L.L.P
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699