UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>      Plaintiffs,<br><br>      v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>      Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**JURY TRIAL DEMANDED** |

THIS DOCUMENT RELATES TO:  Javier Roman Perez, USDC EDLA 2:16-cv-12287

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiff, who desires to have Joseph C. Peiffer and Daniel J. Carr of the law firm of Peiffer Rosca Wolf Abdullah Carr & Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm, enroll as co-counsel of record in the above entitled and numbered cause.  As such, plaintiff asks this court to enroll Joseph C. Peiffer and Daniel J. Carr of the law firm of Peiffer Rosca Wolf Abdullah Carr

& Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm as co-counsel of record in the above entitled and numbered cause.

WHEREFORE, plaintiff move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Joseph C. Peiffer and Daniel J. Carr of the law firm of Peiffer Rosca Wolf Abdullah Carr & Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm as co-counsel of record in the above entitled and numbered cause.

Dated:  February 14, 2017

Respectfully submitted,
Newsome Melton, PA


/s/William C. Ourand
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.:   092503
**MICHELE L. REED, ESQUIRE**
Florida Bar No.:   124481
Newsome Melton
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile:  (407) 648-5282

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568

Cell: (321) 239-8026  
Email: michael@mblynchfirm.com  
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY ATHAT A COPY OF THE ABOVE AND FOREGOING Motion to Enroll as Co-Counsel of Record has contemporaneously or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/William C. Ourand  
**WILLIAM C. OURAND, ESQ.**  
Florida Bar No.:   092503  
**MICHELE L. REED, ESQUIRE**  
Florida Bar No.:   124481  
Newsome Melton  
201 South Orange Avenue, Suite 1500  
Orlando, Florida 32801  
Telephone: (407) 648-5977  
Facsimile:  (407) 648-5282
