UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) }<br>}<br>PRODUCTS LIABILITY LITIGATION }<br>}<br>}<br>} | MDL No. 2592<br><br>SECTION L JUDGE<br>FALLON MAG.<br>JUDGE NORTH |

This Document relates to:

    *QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY* vs. *Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Second Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff Fact Sheet. Upon consideration of all the documents relating to the Motion, **IT IS ORDERED** that Plaintiff shall have until March 15, 2017, to submit the Plaintiff Fact Sheeet. As was discussed following the January Monthly Status Conference, Plaintiff must submit a Plaintiff Fact Sheet with as much information as is currently available and may amend it once medical recoreds are received.

    New Orleans, Louisiana this 16th day of February, 2017.

                                                                                             */s/ Eldon E. Fallon*
                                                                             United States District Judge