UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ******************************************* | * | |

THIS DOCUMENT RELATES TO: Cindy Haggerty (2:15-cv-6790)

## ORDER

**IT IS ORDERED** that Motion to Dismiss Without Prejudice (R. Doc. 5103) shall be set for submission with oral argument on March 15, 2017, at 10:30 a.m., after the March Monthly Status Conference. If counsel wishes to appear by phone, they must contact the Court for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana, this 16th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE