UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*LINDA MATTINGLY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-11077*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Richard Mattingly, on behalf of the Estate of Linda Mattingly, is substituted for Plaintiff Linda Mattingly in the above captioned cause.

New Orleans, Louisiana this 16th day of February, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge