UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

HUMBELINA GUERRA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA and ALEJANDRO GUERRA, JR.  - 2:15-cv-117

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, HUMBELINA GUERRA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA and ALEJANDRO GUERRA, JR., by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, ALEJANDRO GUERRA passed away on February 23, 2014.

2. Plaintiff will seek to Substitute ALEJANDRO GUERRA, JR. as the Party Plaintiff. ALEJANDRO GUERRA, JR. has been appointed as Independent Administrator of

the Estate of ALEJANDRO GUERRA, deceased by the State of Texas, County Court of Jim Wells County.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute ALEJANDRO GUERRA, JR., INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA, as the named party in the place of HUMBELINA GUERRA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA and ALEJANDRO GUERRA, JR.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: February 17, 2017

                                                        Respectfully submitted,

                                                        **Hilliard Munoz Gonzales LLP**

                                                        By: /s/ T. Christopher Pinedo
                                                        Robert C. Hilliard
                                                        Texas State Bar No. 09677700
                                                        Federal Bar No. 5912
                                                        Catherine Tobin
                                                        Texas State Bar No. 24013642
                                                        Federal Bar No. 25316
                                                        John Martinez

Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 17th day of February, 2017.

        /s/ T. Christopher Pinedo
        Thomas Christopher Pinedo