UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

HUMBELINA GUERRA, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA and ALEJANDRO GUERRA, JR. - 2:15-cv-117

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute ALEJANDRO GUERRA, JR., INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "ALEJANDRO GUERRA, JR., INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ALEJANDRO GUERRA, DECEASED AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER UNDER THE TEXAS WRONGFUL DEATH FOR THE DEATH OF ALEJANDRO GUERRA", Plaintiff.

Dated this _____ day of _____, 2017.

                                              _____
                                              Honorable Eldon E. Fallon
                                              United states District Court Judge