UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JUNE HICKS, | SECTION: L |
| Plaintiff, vs. | JUDGE FALLON MAG. JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO SERVE PROCESS ON DEFENDANTS, BAYER HEALTHCARE
PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

COMES NOW Plaintiff, by and through the undersigned counsel, in the above-captioned action and respectfully moves the Court for an extension of time within which to serve process on Defendants. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated this 17th day of February, 2017     /s/ *Colin J. O'Malley*
Colin J. O'Malley (IL Bar #6270376)
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
Phone: (312) 464-1200
Facsimile: (312) 464-1212
Email: comalley@gwclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF, Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:  /s/ *Colin J. O'Malley*
Colin J. O'Malley (IL Bar #6270376)
Attorney for Plaintiff
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
Phone: (312) 464-1200
Facsimile: (312) 464-1212
Email: comalley@gwclaw.com