UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JUNE HICKS, | SECTION: L |
| Plaintiff, | |
| vs. | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR
AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS,
BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

Plaintiff submits this memorandum in support of her motion for an order from this Court, to provide Plaintiff an additional thirty (30) days, or such other timeframe this Court deems appropriate, within which to service process on Defendants, Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG (hereinafter referred to as Bayer) through the streamlined service of process set forth in PreTrial Order (PTO) Nos. 10. 10A, and 10B.

I.     **BACKGROUND**

1. On January 4, 2016, Plaintiff's Complaint was filed in *Re: Xarelto (Rivaroxaban) Product Liability Litigation*, MDL No. 2592, Case No. 2:16-cv-00033.

2. Plaintiff's Counsel believed that Service had been accomplished through the streamlined process, in keeping with other cases filed by his office.

3. After uploading the Plaintiff Fact Sheet, Plaintiff' counsel received an Unserved Complaint Notice from the MDL Centrality Administrator.  The notice of an Unserved Complaint Notice from the MDL Centrality Administrator was the first time plaintiff's counsel became aware that the defendants had not been served.

4. The failure to serve the defendants was a clerical error, and not an intentional delay.

I.     **LAW AND ANALYSIS**

1. If the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.  Fed.R.Civ.P.4(m).  Plaintiff has every intention of pursuing her claims against Defendants; it was due to clerical error that service was not perfected within the confines of PTO No. 10.

2. Notably, Defendants Bayer have received thousands of Complaints and Summons related to the Xarelto litigation currently in MDL 2592.

3. No intentional delay has been made in service on Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma.

4. Thousands of similarly situated plaintiffs have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Plaintiff.  No prejudice is effected by an extension of time for service when the Plaintiff uploaded into the MDL all

relevant personal and medical information required in the PFS. Plaintiff's counsel was mistakenly under the impression service had been effected at this point, and was proceeding in discovery on the substance of the case.

5. No actual prejudice has or will occur to Defendants Bayer by this Court granting the relief sought herein.

6. Plaintiff shows that as a matter of law and fact that she was not delaying service of the original Complaint in bad faith. To dismiss Plaintiff's claim here would elevate form over substance and deprive Plaintiff of her day in court based on an error.

7. Plaintiff's Counsel asks the Court to grant an appropriate extension for Plaintiff to serve process on Defendants Bayer through the streamlined procedures outlined in PTO 10.

## II.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests an Order from this Court granting thirty (30) days from the date of the Order entered, or such other length of time which the Court deems appropriate, within which to provide streamlined service of process on Defendants Bayer. No party herein will be prejudiced, nor will any MDL processes be adversely affected by granting the relief sought herein.

Dated this 17th day of February, 2017

/s/ *Colin J. O'Malley*
Colin J. O'Malley (IL Bar #6270376)
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
Phone: (312) 464-1200
Facsimile: (312) 464-1212
Email: comalley@gwclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2017, the foregoing document was filed with the clerk via CM/ECF, Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:   /s/ *Colin J. O'Malley*
Colin J. O'Malley (IL Bar #6270376)
Attorney for Plaintiff
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
Phone: (312) 464-1200
Facsimile: (312) 464-1212
Email: comalley@gwclaw.com