UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JUNE HICKS, | SECTION: L |
| Plaintiff, vs. | JUDGE FALLON MAG. JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## NOTICE OF SUBMISSION

COME NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file with the Court, and serve the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, as follows:

1. Plaintiff's Motion for an Extension of Time to Serve Process on Defendants, Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG;

2. Memorandum in Support of Plaintiff's Motion;

3. Proposed Order Granting Extension of Time

Dated this 17th day of February, 2017  Respectfully submitted,

/s/ *Colin J. O'Malley*
Colin J. O'Malley (IL Bar #6270376)
Attorney for Plaintiff
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
Phone: (312) 464-1200
Facsimile: (312) 464-1212
Email: comalley@gwclaw.com