UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF
JOHN E. MAGGIO, Ph.D.,
UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37

# FILED UNDER SEAL