UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Defendants' Motion for Leave to File Under Seal the Motion *In Limine* to Exclude Certain Opinions of John E. Maggio, Ph.D. Under Federal Rules of Civil Procedure 26 & 37 and Exhibits 1-5.

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Motion *In Limine* to Exclude Certain Opinions of John E. Maggio, Ph.D. Under Federal Rules of Civil Procedure 26 & 37, as well as Exhibits 1-5 to said motion, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of _____.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE