**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al.**<br>**Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |
| **Joseph Orr, Jr., et al. v. Janssen et al.**<br>**Case No. 2:15-cv-03708** | |

**EXHIBIT 1**
**TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D.,**
**UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37**

# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al.** <br> **Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |
| **Joseph Orr, Jr., et al. v. Janssen et al.** <br> **Case No. 2:15-cv-03708** | |

**EXHIBIT 2**
**TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D.,**
<u>**UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37**</u>

# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | **MAGISTRATE NORTH** |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

**EXHIBIT 3**
**TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D.,**
<u>**UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37**</u>

# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al.<br>Case No. 2:15-cv-03708 | |

**EXHIBIT 4**
**TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D.,**
<u>**UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37**</u>

# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al.<br>Case No. 2:15-cv-03708 | |

**EXHIBIT 5
TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN
OPINIONS OF JOHN E. MAGGIO, Ph.D.,
<u>UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 & 37</u>**

# FILED UNDER SEAL