UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brozovich et al. v. Janssen Research & Development LLC., et al. 2:16-CV-17355*

### PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.

Plaintiffs, John Brozovich and James J. Coggeshall, by and through undersigned counsel of record, and respectfully move this Court for an order granting and Extension of Time of thirty (30) days from granting of the Motion within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. through the streamlined service procedures for informal service of process set forth in Pretrial Order 10.

A memorandum in support of Plaintiffs' motion is submitted herewith.

WHEREFORE, Plaintiffs, by and through undersigned Counsel, respectfully requests this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

1

Signed: February 17th, 2017                    Respectfully submitted,

                                                     ROSSBACH LAW, PC

                                                     By:   /s/ William A. Rossbach

                                                     William A. Rossbach
                                                     P.O. Box 8988
                                                     Missoula, MT  59807
                                                     Telephone: (406) 543-5156
                                                     Facsimile: (406) 728/8878
                                                     Email: bill@rossbachlaw.com
                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of February, 2017.

                                                     By:   /s/ William A. Rossbach