UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brozovich et al. v. Janssen Research & Development LLC., et al. 2:16-CV-17355*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.

COME NOW Plaintiffs, John Brozovich and James J. Coggeshall, by and through undersigned counsel of record, and in support of Plaintiffs' First Motion for Extension of Time within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., states as follows:

1. Plaintiffs' Complaint was filed on December 13, 2016 in the U.S. District Court Eastern District of Louisiana (2:16-cv-17355). The case was subsequently docketed in MDL 2592 on December 14, 2016.

2. Plaintiffs erroneously believed that PTO 10B applied to service of their Complaint on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., which permitted Plaintiffs ninety (90) days from the date of the docketing of the Complaint.

1

3. Plaintiffs have discovered that the correct deadline for service of their Complaint was sixty (60) days from the docketing of the Complaint, which was February 13th.

4. Notably, Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. have received thousands of Complaints thus far in this MDL. As such, no material prejudice or harm occurred in this small window of time, currently at four (4) days, as Defendants were clearly aware of pending suits filed in this MDL, and are receiving notice of this particular litigation within a reasonable amount of time.

5. No intentional delay has been made in serving process on these Defendants.

6. Under FRCP 4, if a Plaintiff can show good cause for failure to serve within the specified time, the Court should extend the time for service for an appropriate period. F.R.Civ.P. 4(m).

7. No actual prejudice has or will occur to these Defendants by this Court granting the relief sought herein.

WHEREFORE, Plaintiffs, by and through undersigned Counsel, respectfully asks the Court to grant an extension of time of sixty (60) days from the Order to serve process on Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. through the streamlined procedures outlined in PTO 10.

Signed:  February 17th, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROSSBACH LAW, PC

　　　　　　　　　　　　　　　　　　　　By:   /s/ William A. Rossbach

　　　　　　　　　　　　　　　　　　　　William A. Rossbach
　　　　　　　　　　　　　　　　　　　　P.O. Box 8988
　　　　　　　　　　　　　　　　　　　　Missoula, MT  59807
　　　　　　　　　　　　　　　　　　　　Telephone: (406) 543-5156
　　　　　　　　　　　　　　　　　　　　Facsimile: (406) 728/8878
　　　　　　　　　　　　　　　　　　　　Email: bill@rossbachlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　By:   /s/ William A. Rossbach