UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brozovich et al. v. Janssen Research & Development LLC., et al. 2:16-CV-17355*

## NOTICE OF SUBMISSION

COME NOW Plaintiffs, John Brozovich and James J. Coggeshall, by and through undersigned counsel of record, and files this Notice of Submission of ***Plaintiffs' First Motion for Extension of Time Within Which to Service Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc.*** to be submitted on Wednesday, March 15, 2017, before the Honorable Judge Eldon E. Fallon.

1

Signed: February 17th, 2017               Respectfully submitted,

                                          ROSSBACH LAW, PC

                                          By:   /s/ William A. Rossbach

                                          William A. Rossbach
                                          P.O. Box 8988
                                          Missoula, MT  59807
                                          Telephone: (406) 543-5156
                                          Facsimile: (406) 728/8878
                                          Email: bill@rossbachlaw.com

                                          *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of February, 2017.

                                          By:   /s/ William A. Rossbach