UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brozovich et al. v. Janssen Research & Development LLC., et al. 2:16-CV-17355*

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to Service Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. filed by Plaintiffs John Brozovich and James J. Coggeshall is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process upon these Defendants set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Judge