AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Barbara Chavis, Executrix & Individually <br> *Plaintiff* <br> v. <br> Johnson & Johnson, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 2:15-cv-1415 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   02/20/2017

/s/ Benjamin T. Cochran
*Attorney's signature*

Benjamin T. Cocrhan NC Bar #28476
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Road, STE. 220
Raleigh, NC 27609

*Address*

Ben@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*