AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Jospeh O. Cole and Karen Cole | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:15-cv-539 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:    02/20/2017

/s/ Benjamin T. Cochran
*Attorney's signature*

Benjamin T. Cocrhan NC Bar #28476
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Road, STE. 220
Raleigh, NC 27609

*Address*

Ben@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*