AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| Timothy Carpenter and Linda Carpenter | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   2:15-cv-929 |
| Johnson & Johnson, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                      .

Date:     02/20/2017                                   /s/ Benjamin T. Cochran
                                                              *Attorney's signature*

                                                        Benjamin T. Cocrhan NC Bar #28476
                                                              *Printed name and bar number*

                                                           Hardison & Cochran, PLLC
                                                           4800 Six Forks Road, STE. 220
                                                           Raleigh, NC 27609

                                                              *Address*

                                                           Ben@lawyernc.com
                                                              *E-mail address*

                                                           (919) 829-0449
                                                              *Telephone number*

                                                           (919) 835-1379
                                                              *FAX number*