UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE:  XARELTO (RIVAROXABAN)      MDL No. 2592
PROCUTS LIABILITY LITIGATION     SECTION:  L
                                                             JUDGE FALLON
                                                             MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**Jimmy Brown and Vivian Brown**
**2:15-cv-936**

**Barbara Chavis**
**2:15-cv-1415**

**Joseph Cole and Karen Cole**
**2:15-cv-539**

**Timothy Carpenter and Linda Carpenter**
**2:15-cv-929**

---

MOTION BY JESSICA N. BEYER TO BE RELIEVED AS COUNSEL AND TO
SUBSTITUTE ATTORNEY BENJAMIN T. COCHRAN AS COUNSEL

NOW COMES counsel for plaintiff(s), Jessica N. Beyer of Hardison & Cochran, PLLC, and respectfully requests that the Court relieve Jessica N. Beyer as attorney of record in the above captioned action, and substitute Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) this action, and respectfully shows to the Court the following:

1. The undersigned counsel is attorney of record for plaintiff(s) in this action.

2. The undersigned attorney is leaving Hardison & Cochran PLLC in March 2017.

3. Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, has appeared in this action and will continue as counsel of record for plaintiff(s).

WHEREFORE, it is respectfully requested that this Court issue an Order relieving Jessica N. Beyer as attorney of record for plaintiff(s) in this action and substitute Benjamin T. Cochran of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) this action.

Dated:  February 21, 2017                                    Respectfully submitted,

/s/Jessica N. Beyer_____
Jessica N. Beyer (NC # 40715)
Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC  27609
Telephone:  (919) 829-0449
Fax:  (919) 835-1379
Email:  Jessica@lawyernc.com