# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROCUTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Jimmy Brown and Vivian Brown**
**2:15-cv-936**

**Barbara Chavis**
**2:15-cv-1415**

**Joseph Cole and Karen Cole**
**2:15-cv-539**

**Timothy Carpenter and Linda Carpenter**
**2:15-cv-929**

## ORDER

UPON reading and filing the motion of Jessica N. Beyer of Hardison & Cochran, PLLC, to be relieved as counsel for plaintiff(s) in this action, and to substitute Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) in this action, it is hereby

ORDERED that Jessica N. Beyer is hereby relieved as attorney of record for plaintiff(s) in this action, and it is further

ORDERED that Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, is now substituted attorney of record and notice counsel for plaintiff(s) this action.

SO ORDERED this _____ day of _____, 2017.

_____
HON.
UNITED STATES DISTRICT JUDGE