**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jessica N. Beyer