IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY ) | MDL NO. 2592<br>SECTION: L |
| | JUDGE: ELDON E. FALLON |
| FRED HARRY KING and wife HELGA KING, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | 2016-cv-06625<br>2016-cv-08632 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, ET AL, | |
| Defendants. | |

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff, FRED HARRY KING, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff FRED HARRY KING on January 3, 2017. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by the personal representative of the Estate of FRED HARRY KING.

Respectfully submitted, this the 14th day of February, 2017.

/s/ James R. Faucher
James R. Faucher
NC State Bar No.: 31514
***Attorney for Plaintiff***
822 N. Elm Street Suite 200
Greensboro, North Carolina 27401
Telephone (336) 478-6000
jfaucher@bbflaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel of record for Plaintiff certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 13th day of February, 2017.

/s/ James R. Faucher
James R. Faucher
Attorney for Plaintiffs
NC State Bar No.: 31514
**Benson, Brown & Faucher PLLC**
822 N. Elm Street Suite 200
Greensboro, North Carolina 27401
Telephone (336) 478-6000
jfaucher@bbflaw.com