UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br>    Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**JURY TRIAL DEMANDED** |

THIS DOCUMENT RELATES TO:  Luz Ramirez, USDC EDLA 2:16-cv-06578 L(5)

**ORDER**

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

IT IS HEREBY ORDERED that Joseph C. Peiffer and Daniel Carr of the law firm of Peiffer Rosca Wolf Abdullah Carr & Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm be enrolled as co-counsel of record for plaintiff.

New Orleans, Louisiana, this ___21st___ day of _____February_____ 2017.

_____
**UNITED STATES DISTRICT JUDGE**