UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*LOUISE M. MOSS, Individually and as the Administrator of the Estate of FRED C. MOSS*

**Civil Action No. 2:16-cv-16448**

<u>**UNOPPOSED MOTION FOR LEAVE TO FILE**</u>
<u>**FIRST AMENDED INDIVIDUAL COMPLAINT**</u>

Plaintiff Louise M. Moss, on behalf of the estate of Fred C. Moss, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Individual Complaint to reflect the correct dates of Xarelto usage. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Fred C. Moss, on November 17, 2016.
2. Plaintiff, on behalf of Decedent, duly served a copy of the Complaint on November 21, 2016.
3. Plaintiff, on behalf of Decedent, duly served the Plaintiff's Fact Sheet on February 1, 2017 with the correct dates of Xarelto usage.
4. Plaintiff's only modifications to the Individual Complaint, as set forth in the proposed Amended Individual Complaint attached hereto, are the following:

   a. Revision to Paragraph 8 to reflect the correct dates of Xarelto usage as follows: "Decedent first began using Xarelto on or about January 14, 2013 and, upon information and belief, used Xarelto up through approximately February 23, 2014 and from approximately March 1, 2014 to approximately March 23, 2015, and from approximately April 1, 2015 to April 14, 2015."
   b. No further changes to the Complaint are requested.
5. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
6. On February 3, 2017, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on February 14, 2017 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Louise M. Moss, on behalf of the Decedent, Fred C. Moss, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: February 21, 2017

Respectfully Submitted,

By: /s/ Lauren Weitz
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of February 2017, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                            /s/ Lauren Weitz
                                                            Lauren Weitz