IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY ) | MDL NO. 2592<br>SECTION: L |
| | JUDGE: ELDON E. FALLON |
| FRED HARRY KING and wife HELGA KING, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | This filing relates to:<br>2016-cv-06625<br>2016-cv-08632 |
| JANSSEN RESEARCH & DEVELOPMENT, ET AL, | |
| Defendants. | |

## MOTION TO SUBSTITUTE PARTY

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure Counsel, hereby move to substitute HELGA HAFERMAAS KING, in her capacity as Executrix of the Estate of Fred Harry King as Plaintiff in the place of FRED HARRY KING, deceased.  In support of this motion, Plaintiffs show unto the Court as follows:

    1.    FRED HARRY KING died on January 3, 2017.  See Certificate of Death attached hereto as Exhibit A.

    2.    On or about February 15, 2017, the Clerk of Superior Court of Caldwell County, North Carolina appointed HELGA HAFERMAAS KING as the Executrix of the Estate of FRED HARRY KING.  See Letters Testamentary attached hereto as Exhibit C.

    3.    Pursuant to North Carolina law, NCGS 28A-18-1, HELGA HAFERMAAS KING as the Executrix of the Estate of FRED HARRY KING is the appropriate person to be substituted as a proper Plaintiff is the place of FRED HARRY KING.

4.	On February 21, 2017, Plaintiffs undersigned counsel filed a Suggestion of Death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

5.	Plaintiff now move this Honorable Court, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure to enter an Order substituting HELGA HAFERMAAS KING as the Executrix of the Estate of FRED HARRY KING.

6.	A proposed Order is attached hereto as Exhibit C.

Respectfully submitted, this the 21st day of February, 2017.

/s/ James R. Faucher
James R. Faucher
NC State Bar No.: 31514
***Attorney for Plaintiff***
822 N. Elm Street Suite 200
Greensboro, North Carolina 27401
Telephone (336) 478-6000
jfaucher@bbflaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel of record for Plaintiff certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 21st day of February, 2017.

/s/ James R. Faucher
James R. Faucher
Attorney for Plaintiffs
NC State Bar No.: 31514
**Benson, Brown & Faucher PLLC**
822 N. Elm Street Suite 200
Greensboro, North Carolina 27401
Telephone (336) 478-6000
jfaucher@bbflaw.com