# CERTIFICATION OF VITAL RECORD - CALDWELL COUNTY, NC - REGISTER OF DEEDS

Death 500532

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**N.C. VITAL RECORDS**
**CERTIFICATE OF DEATH**

Book 104
Page 032

REGISTRATION DISTRICT NO. 014-80 LOCAL NO. _____ COUNTY OF DEATH Caldwell STATE FILE NO. _____

**TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK**

| DECEDENT'S LEGAL NAME | | | | |
|---|---|---|---|---|
| 1a. FIRST: Fred | 1b. MIDDLE: Harry | 1c. LAST: King | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |

| 2. SEX: M | 3a. AGE-LAST BIRTHDAY (Yrs): 81 | 3b. UNDER 1 YEAR (Months/Days) | 3c. UNDER 1 DAY (Hours/Minutes) | 4. DATE OF BIRTH (Month/Day/Year): January 31, 1935 | 5. BIRTHPLACE (County/State or Foreign Country): Blain/PA | 6. DATE OF DEATH (Month/Day/Year): January 3, 2017 |

7a. PLACE OF DEATH (Check only one) — IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA
7b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify)

| 7c. FACILITY NAME (If not institution, give street and number): Caldwell UNC Health Care | 7d. CITY OR TOWN: Lenoir | 7e. COUNTY OF DEATH: Caldwell |

8. MARITAL STATUS: ☒ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☐ Never married ☐ Unknown
9. SURVIVING SPOUSE (Give name prior to first marriage): Helga Hafermaas
10a. DECEDENT'S USUAL OCCUPATION (Do not use retired): Tax Administrator
10b. KIND OF BUSINESS/INDUSTRY: County Tax System

| 11. SOCIAL SECURITY NUMBER: 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 | 12a. RESIDENCE-STATE OR FOREIGN COUNTRY: North Carolina | 12b. COUNTY: Caldwell | 12c. CITY OR TOWN: Lenoir |

| 12d. STREET AND NUMBER: 3050 Three Kings Lane | 12e. INSIDE CITY LIMITS: ☐ Yes ☒ No | 12f. ZIP CODE: 28645 | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒ Yes ☐ No |

14. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death):
☐ 8th grade or less
☐ 9th-12th grade, no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g., AA, AS)
☒ Bachelor's degree (e.g., BA, AB, BS)
☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "no" box if decedent is not Spanish/Hispanic/Latino):
☒ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify) _____

16. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be):
☒ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) _____
☐ Asian Indian ☐ Japanese
☐ Chinese ☐ Korean
☐ Filipino ☐ Vietnamese
☐ Other Asian (Specify)
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander (Specify)
☐ Other (Specify)

| 17. FATHER'S NAME (First, Middle, Last): Joseph M. King, Sr. | 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): Mary Jane Detrick |

| 19a. INFORMANT'S NAME: Terry King | 19b. RELATIONSHIP TO DECEDENT: Son | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code): 3040 Three Kings Lane, Lenoir, North Carolina 28645 |

20a. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Nelson's Chapel Baptist Church Cemetery
20c. LOCATION (City or Town and State): Lenoir, North Carolina

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER: 2658 | 21c. NAME OF EMBALMER: Gary W. Dolen | 21d. LICENSE NUMBER: 2554 |

22. NAME AND ADDRESS OF FUNERAL HOME: Greer-McElveen Funeral Home and Crematory, 725 Wilkesboro Blvd., NE, Lenoir, North Carolina 28645

23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CONGESTIVE HEART FAILURE | DAYS |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. ACUTE ON CHRONIC RENAL FAILURE | MONTHS |
| UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. DIABETES MELLITUS | YEARS |
| | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I. _____
24a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

25. MANNER OF DEATH: ☒ Natural ☐ Homicide ☐ Accident ☐ Pending ☐ Suicide ☐ Cannot be determined
26a. WAS CASE REFERRED TO MEDICAL EXAMINER? ☐ Yes ☒ No
26b. IF YES: ☐ Declined by Medical Examiner
27. TIME OF DEATH (Approximate): 0056
28. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☒ Unknown
29. IF FEMALE:
☐ Pregnant at time of death
☐ Not pregnant within past year
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

**MEDICAL EXAMINER ONLY**
30. DATE PRONOUNCED (Month/Day/Year) _____
31a. DATE OF INJURY (Month/Day/Year) _____
31b. TIME OF INJURY _____
31c. INJURY AT WORK? ☐ Yes ☐ No
31d. PLACE OF INJURY—at home, farm, street, factory, office, building, etc. _____
31e. IF TRANSPORTATION INJURY SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
31f. DESCRIBE HOW INJURY OCCURRED _____
31g. LOCATION OF INJURY (Street/Number/City/State) _____

32. CERTIFIER (Check only one):
☒ Certifying physician/nurse practitioner/physician assistant – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner – On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER: A. Pierre Felix MD | 33b. LICENSE NUMBER: 200501918 | 33c. DATE SIGNED (Month/Day/Year): 1-9-2017 |

33d. NAME AND ADDRESS OF CERTIFIER (Print legibly): A. Pierre Felix MD 321 Mulberry St SW Lenoir N.C.

34. FOR LOCAL REGISTRAR (Name): Crystal E. Lane, Dep. Reg.
35. DATE FILED (Month/Day/Year): 01/11/2017
36. DATE REGISTERED BY STATE _____

DATE CORRECTED (Mo/Day/Yr): _____ ITEM(S) CORRECTED: _____
DATE AMENDED (Mo/Day/Yr): _____ ITEM(S) AMENDED: _____

DHHS 1872 (REVISED 06/15) N.C. VITAL RECORDS

---

Volume 104 Page 32

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

047375

Witness my hand and official seal this the 11TH day of JANUARY 20 17 By: _____

Wayne L. Rash
Register of Deeds
Caldwell County

Deputy / Assistant Register of Deeds

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE