IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY ) | MDL NO. 2592<br>SECTION: L |
| | JUDGE: ELDON E. FALLON |
| FRED HARRY KING and wife HELGA KING, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | This filing relates to:<br>2016-cv-06625<br>2016-cv-08632 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, ET AL, | |
| Defendants. | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Substitute Proper Party,   IT IS ORDERED that ELGA HAFERMAAS KING, in her capacity as Executrix of the Estate of Fred Harry King as Plaintiff in the place of FRED HARRY KING's, substitution as Plaintiff in this action is GRANTED.

Signed this the _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE