IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL NO. 2592 |
| (RIVAROXABAN) | ) | |
| | ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

NOW COMES the Plaintiffs, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiencies. The deadline is currently set for February 22, 2017. Plaintiffs request an additional 60 days with a new deadline of April 25, 2017 to provide a Declaration Page. This is the Plaintiffs' first request for an extension of deadlines.

In support of their motion, Plaintiffs submit the attached Memorandum in Support. In short, Plaintiffs' counsel notes:

1) There are 3 deficiencies listed. The first two are listed in error and aver that there is a failure to provide the date of death. The second deficiency noted is that there is no place of death provided. Plaintiff is living and is a high functioning individual. However, his brother James and/or his sister-in-law assist him with many daily or weekly functions. There is no appropriate location to document on the portal that plaintiff is living but assisted in this manner (at least none

that we were able to locate). Since Plaintiff is living, there are no deficiencies as to sections I.E. (date or place of death).

2) The third deficiency of a missing declaration page is accurate. Plaintiff's counsel has and continues to attempt to obtain this executed Declaration Page. Plaintiffs' counsel has sent a certified letter, return receipt requested, called all available phone numbers without successful contact, done a records search and is continuing due diligence in an attempt to obtain the executed Declaration. We ask for an extension to obtain the executed document.

This is Plaintiffs' First Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet deficiencies. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until April 25, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ *Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

February 21, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 21st day of February, 2017.

                MARC J. BERN & PARTNERS LLP

                By:*/s/ Debra J. Humphrey*
                Debra J. Humphrey (5050448)
                60 East 42nd St., Suite 950
                New York, NY 10165
                (212) 702-5000
                (212) 818-20164 (Fax)
                dhumphrey@bernllp.com
                Counsel for Plaintiffs