**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |
|---|---|

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed the Complaint in the above captioned case on November 23, 2016.

2) Plaintiffs subsequently filed Plaintiff Fact Sheets.

3) Plaintiffs were then informed of three deficiencies in their submitted Plaintiff Fact Sheets, specifically, that there was a failure to provide a date of death, failure to provide a place of death and failure to provide an executed Declaration page.

4) The injured party is living and is a fairly high functioning adult who needs some assistance with daily activities. There was no place on the portal (that we were able to locate) to enter this information, and so understandably the information came through to defendants as though there was a deceased Plaintiff, but there is not. The persons who assist him have

been his brother, James and his sister-in-law, who is the wife of James. Plaintiffs' counsel has an accurate address for Charles, but has been unsuccessful in recent attempts to reach his brother, James or his sister-in-law, to have the Declaration page executed by one of them. Certified Mail has been sent, return receipt requested and phone numbers called, without successful contact. A records search has been done by counsel, also not yet producing a positive result. We are requesting additional time to attempt to obtain the executed Declaration page, and will continue due diligence in an attempt to obtain it and submit it as soon as possible.

5) Plaintiffs are requesting a 60 day extension to allow Plaintiffs to continue working to locate James to have him assist in obtaining Charles' signature, or to sign himself on behalf of Charles.

6) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary executed Declaration as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until April 25, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ *Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

February 21, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Memorandum in Support of Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 21st day of February, 2017.

        MARC J. BERN & PARTNERS LLP

        By:*/s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        Counsel for Plaintiffs