**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) **PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2592** **SECTION: L** **JUDGE ELDON E. FALLON** **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |

**ORDER**

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency, namely the missing declaration page.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until April 25th, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

_____ _____
   DATE                                                                JUDGE ELDON E. FALLON