# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to be heard by the Honorable Eldon E. Fallon.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

February 21, 2017

**CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 21st day of February, 2017.

    MARC J. BERN & PARTNERS LLP

    By:/s/ *Debra J. Humphrey*
    Debra J. Humphrey (5050448)
    60 East 42nd St., Suite 950
    New York, NY 10165
    (212) 702-5000
    (212) 818-20164 (Fax)
    dhumphrey@bernllp.com
    Counsel for Plaintiffs