UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH ) ) |

**THIS DOCUMENT RELATES TO:**

*Chatman v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-15985**

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff Vanessa Chatman, Individually and as Personal Representative of the Estate of Ira Chatman, deceased, respectfully files this Motion for Leave to File Amended Complaint in this action in the form attached hereto as Exhibit A. The original Complaint was filed November 1, 2016 without complete medical records. Since filing, Plaintiff's counsel has obtained complete medical records and it has been determined the injury sustained by the injured party is different the injury originally alleged.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully requests the Court for an order granting leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Dated: February 16, 2017

Respectfully submitted,

 /s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593

1

Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  February 16, 2017

                                                          /s/ Joseph T. Waechter
                                                     Joseph T. Waechter