UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH ) ) THIS DOCUMENT RELATES TO: |

*Chatman v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-15985**

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**MAY IT PLEASE THE COURT**:

Plaintiff, by and through his counsel, hereby submits this memorandum in support of Plaintiff's Unopposed Motion for Leave to File Amended Complaint, to which the Defendants have not objected. Counsel for Plaintiff Vanessa Chatman, seeks leave from Court to file an amended complaint in this action. On November 1, 2016, Plaintiff's counsel filed the complaint without complete medical records in order to protect the statute of limitations. Upon receiving the additional medical records it was determined the injury sustained by the injured party is different than what as originally alleged. On February 15, 2017, Ms. Kelly Brilleaux with Irwin Fritchie, Urquhart & Moore, LLC indicated via email correspondence that Bayer and Janssen Defendants do not oppose the Motion for Leave to File Amended Complaint.

## **CONCLUSION**

Plaintiff's counsel respectfully requests that they be allowed to file an amended Complaint to reflect the correct alleged injury.

Dated: February 16, 2017

      /s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 26, 2017

                                                                                  /s/ Joseph T. Waechter
                                                                                  Joseph T. Waechter