UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     )
PRODUCTS LIABILITY LITIGATION    )
                                 )
                                 )    MDL No. 2592
                                 )
                                 )    SECTION: L
                                 )    JUDGE ELDON E. FALLON
                                 )    MAGISTRATE JUDGE NORTH
                                 )
                                 )    THIS DOCUMENT RELATES TO:

Chatman v. Janssen Research & Development, LLC, et al. *Civil Action No. 2:16-cv-15985*

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this _____ day of_____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge