**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | MDL No. 2592 |
| PROCUTS LIABILITY LITIGATION | SECTION:  L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Jimmy Brown and Vivian Brown**
**2:15-cv-936**

**Barbara Chavis**
**2:15-cv-1415**

**Joseph Cole and Karen Cole**
**2:15-cv-539**

**Timothy Carpenter and Linda Carpenter**
**2:15-cv-929**

**ORDER**

UPON reading and filing the motion of Jessica N. Beyer of Hardison & Cochran, PLLC, to be relieved as counsel for plaintiff(s) in this action, and to substitute Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) in this action, it is hereby **ORDERED** that Jessica N. Beyer is hereby relieved as attorney of record for plaintiff(s) in this action, and it is **FURTHER ORDERED** that Attorney Benjamin T. Cochran of Hardison & Cochran, PLLC, is now substituted attorney of record and notice counsel for plaintiff(s) this action.

New Orleans, Louisiana this 21st day of February, 2017.

_____
United States District Judge