UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*LOUISE M. MOSS, Individually and as the Administrator of the Estate of FRED C. MOSS*

*Civil Action No. 2:16-cv-16448*

## PROPOSED ORDER

**IT IS ORDERED** that the Unopposed Motion For Leave to File First Amended Individual Complaint filed by Plaintiff Louise M. Moss, on behalf of the estate of Fred C. Moss, is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this  21st  day of   February  , 2017.

_____
**UNITED STATES DISTRICT JUDGE**