UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**BRUCE HARRIS, Individually and as Legal Representative of the Estate of MARY C. HARRIS, Deceased**

**Civil Action No.: 2:15-cv-03118**

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Robert J. Talaska of The Talaska Law Firm, PLLC and formally enters his appearance as counsel for Plaintiffs in the above captioned matters.

Dated: February 23, 2017

Respectfully submitted,

THE TALASKA LAW FIRM, PLLC


By: /s/ Robert J. Talaska
    Robert J. Talaska
    State Bar of Texas: 19613600
    442 Heights Blvd.
    Houston, Texas 77007
    Telephone: 713-869-1240
    Facsimile: 713-869-1465
    rjt@ttlf.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of February, 2017, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 or the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Robert J. Talaska
      Robert J. Talaska