UNITED STATES FOR DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **Civil No. 0:14-md-02592-EEF-MBN**<br><br>Action No.: 2:15-cv-03148-EEF-MBN |
| Gloria Saffell, Individually and as the Representative of Florence Baker,<br><br>    Plaintiff(s),<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>    Defendant(s). | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the Sanders Phillips Grossman, LLC by and through Randi Kassan, moves this Court for an Order allowing withdrawal as an attorney of record for the Plaintiff based on the following:

1. Irreconcilable differences have surfaced over issues arising out of this litigation as well as over the management and direction of the litigation.

2. The Plaintiff, Gloria Saffell, Individually and as the Representative of Florence Baker, and counsel of record disagree over the further handling of this claim.

3. Furthermore the Plaintiff, Gloria Saffell, Individually and as the Representative of Florence Baker, has been evasive and/or unresponsive to all forms of communication made by Sanders

    Phillips Grossman, LLC, including but not limited to phone calls, emails, text messages and regular mail. As Counsel worked diligently to ascertain the necessary information to support Ms. Baker's claim, claimant ignored the efforts made to contact her.

4. Proof of injury that qualifies Ms. Baker for this litigation was not obtained from medical records retrieved and still cannot be found to date.

5. Claimant was unresponsive to our contact attempts. Counsel has been trying to contact this claimant since early November regarding missing information within the file that we need to pursue this claim. Unfortunately, Claimant was not reachable. Claimant contact was made on February 6, 2017 by phone. At this time we confirmed her phone number and address and then she abruptly hung up on our representative. We continued our efforts to contact Ms. Saffell via telephone repeatedly and she still did not respond or call us back. Alternatively our office has repeatedly tried to reach her via email, regular mail, and text message. A second contact was made on February 7, 2017 when claimant responded to a text message from the firm, within the message we urged her to please call us back, and she ignored such request.

6. A comprehensive search was done for additional phone numbers and additional email addresses as well as possible relatives with whom we might be able to contact and reach the Plaintiff on February 3, 2017. Our firm found numerous phone numbers, including numbers for various relatives, neighbors, family members, and associates of both the Deceased and the Representative. In total, upwards of 50 possible contact numbers were dialed in hopes of speaking with someone to reach Ms. Saffell. Unfortunately, these efforts did not produce a means of reaching Ms. Saffell either. Our firm then re-tried all of these phone numbers, a second time, on February 17, 2017, again to no avail. Ms. Saffell has not produced records or

additional information to comply with these Court Orders despite various warnings that her claim was in jeopardy of being dismissed without production of the necessary documentation.

7. Written notice of the filing of this Motion has been sent via certified mail to the Claimant's last known address, which is listed as: 5633 Shoffstall Road Weldon, CA 93283.

Dated: February 24, 2017

                                          Respectfully submitted,

                                          <u>/s/: Randi Kassan</u>
                                          SANDERS PHILLIPS GROSSMAN, LLC
                                          Randi Kassan, Esq.
                                          Marc Grossman, Esq.
                                          100 Garden City Plaza, Suite 500,
                                          Garden City, NY 11530
                                          Phone: 516-741-5600
                                          Fax: 516-741-0128
                                          Email: rkassan@thesandersfirm.com
                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon Claimant, Gloria Saffell, by certified US mail, return receipt requested, and upon all parties of record electronically by CM/ECF, on February 24, 2017.

        Respectfully submitted,

        /s/: Randi Kassan
        SANDERS PHILLIPS GROSSMAN, LLC
        Randi Kassan, Esq.
        Marc Grossman, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Phone: 516-741-5600
        Fax: 516-741-0128
        Email: rkassan@thesandersfirm.com