# UNITED STATES FOR DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **Civil No. 0:14-md-02592-EEF-MBN** <br><br> **Action No. 2:15-cv-03148-EEF-MBN** |
| Gloria Saffell, Individually and as Representative of Florence Baker <br><br> Plaintiff(s), <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG <br><br> Defendant(s). | **PROPOSED ORDER** |

## PROPOSED ORDER PERMITTING SANDERS PHILLIPS GROSSMAN, LLC TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER was heard on the Motion of Randi Kassan and Sanders Phillips Grossman, LLC. for permission to withdraw as counsel for Plaintiff and IT IS ADJUDGED that:

1. Randi Kassan and Sanders Phillips Grossman, LLC are permitted to withdraw as counsel for Plaintiff effective on the date of this Order.

2. Pleadings, motions and other papers shall be served on Plaintiff at 5633 Shoffstall Road Weldon, CA 93283.

**DONE AND ORDERED** in on this _____ day of _____, 2017.

_____