MINUTE ENTRY
FALLON, J.
FEBRUARY 23, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

    The parties reported to the Court that they continue to discuss the potential dismissal of certain defendants named in the first two bellwether trials (Boudreaux and Orr) and therefore request that the Court extend the briefing deadline of February 23, 2017 for dispositive motions relating to these entities in these cases. The Court agreed to the extension of the briefing deadline, and the parties will on or before the monthly conference on March 15, 2017 either report to the Court that the issues relating to the motions have been resolved or will request a briefing schedule for the motions.

JS10(00:02)