UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>THIS DOCUMENT RELATES TO: |

Chatman v. Janssen Research & Development, LLC, et al. ***Civil Action No. 2:16-cv-15985***

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this  24th  day of  February , 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge