UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | * * * * | MAG. JUDGE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE EXHIBIT "A" TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D., UNDER
FEDERAL RULES OF CIVIL PROCEDURE 26 & 37 UNDER SEAL**

NOW COME Plaintiffs who submit that on February 24, 2017, Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Certain Opinions of John E. Maggio, Ph.D., Under Federal Rules of Civil Procedure 26 & 37 [Rec. Doc. 5515] ("Maggio Opposition") was filed into the record.  Exhibit "A" attached to the Maggio Opposition refer to or contain information that has been designated confidential.  Accordingly, movers request that Exhibits Exhibit "A" attached to the Maggio Opposition be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibit "A" attached to Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Certain Opinions of John E. Maggio, Ph.D., Under Federal Rules of Civil Procedure 26 & 37 [Rec. Doc. 5515] be filed UNDER SEAL.

Respectfully submitted,

Dated:  February 24, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**