UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the Motion for Leave to File Exhibit "A' to Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Certain Opinions of John E. Maggio, Ph.D., Under Federal Rules of Civil Procedure 26 & 37 Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibit "A" attached to Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Certain Opinions of John E. Maggio, Ph.D., Under Federal Rules of Civil Procedure 26 & 37 [Rec. Doc. 5515] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge