UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *        MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *        SECTION L
THIS DOCUMENT RELATES TO:              *
                                       *        JUDGE ELDON E. FALLON
*Dora Mingo v. Janssen et al.*         *
*Case No. 2:15-cv-03469*               *        MAG. JUDGE NORTH
                                       *
*William Henry v. Janssen et al.*      *
*Case No.  2:15-cv-00224*              *
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**EXHIBITS 1 THROUGH 12 ATTACHED TO
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY
FROM SEVEN DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES
FROM OTHER ANTICOAGULANTS**

---

# FILED UNDER SEAL