UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | MAG. JUDGE NORTH |
| *William Henry v. Janssen et al.* Case No.  2:15-cv-00224 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER RE: TESTIMONY FROM SEVEN DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES FROM OTHER ANTICOAGULANTS

Before the Court is Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts about Potential Outcomes from Other Anticoagulants.  Having reviewed the parties' briefs and the applicable law,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED.**  The following experts shall be precluded from testifying about what may or may not have happened to Ms. Mingo and/or Mr. Henry if they had been using an anticoagulant other than Xarelto: (1) Dr. Steven Deitelzweig; (2) Demondes Haynes, MD, FCCP; (3) Alan E. Jones, FACEP; (4) Brian E. Persing, MD; (5) Vonda Reeves-Darby, MD; (6) Randy C. Roth, MD, FHM; and (7) Dr. Kevin Wheelan.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**