Expert Report of Dr. Kevin Wheelan

Regarding Xarelto and William Henry


Xarelto (Rivaroxaban) Litigation (MDL 2592)

USCA5 2977

### I.   Qualifications

My name is Kevin Wheelan. I am a clinical electrophysiologist and practice in Dallas, Texas. I am the chief of staff at the Baylor Heart and Vascular Hospital and chief of cardiology at Baylor University Medical Center in Dallas, Texas. I am board certified in cardiology and electrophysiology and licensed to practice in Texas. Additional details regarding my education, training and experience are outlined in my attached CV.

I am uniquely qualified to render an opinion in this case due to my extensive 36 year career in prescribing anticoagulants for patients with stroke risks similar to Mr. Henry and my involvement in teaching residents and fellows and lecturing on the use of NOAC medications. As an electrophysiologist I became intensely interested in atrial fibrillation and was one the earlier physicians to help pioneer the technique of ablation to cure atrial fibrillation. I was a principal investigator in the pivotal Stop AF trial which lead to the FDA approval of a revolutionary technique of cryoablation to treat atrial fibrillation. I have lectured and trained physicians worldwide on this treatment technique. More importantly to the case of Mr Henry, I was co-principal investigator at Baylor in the multi-national Rely Trial using Dabigatran vs. Warfarin for stroke prevention. This trial lead to the FDA approval of Pradaxa (Dabigatran). I was subsequently asked to be a speaker and educator on this medication and I was also invited to lecture on Eliquis (Apixaban) after its FDA approval. The development of these new medications along with Rivoroxaban and Endoxaban have revolutionized the treatment options for stroke prevention in atrial fibrillation. As a result of my experience, I have a unique insight into the performance of clinical trials, interpretation of their results and translation into real world patient treatment scenarios. I have helped understand and address other physicians concerns about new medications and treatments. This experience makes me highly qualified to render an opinion concerning the care and treatment given to Mr. Henry. My opinions are based on my personal experience and working knowledge of the medical literature and are expressed to the best of my medical judgment.

I have reviewed the medical records of Mr. William Henry, the depositions of Drs. David McCain, Jarrell Reynolds and James Henry and the reports of Plaintiff's experts - Dr. Gerald Pollukoff and Dr. Theresa Emory.

### II.   Professional Fees

My professional fees are $500.00 per hour for record review, meetings, and report preparation, and $600.00 per hour for deposition and trial testimony.

### III.   Prior Testimony

I have rendered opinions in patient specific medical defense cases in the past 4 years and provided depositions but no court testimony. I do not maintain copies of my opinions nor details of the services provided other than tax records. To the best of my knowledge, I have never before reviewed or testified about anticoagulant medications.

USCA5 2978

## IV.   General Information

### A.   Cardiac Function

The heart is a 4 chamber pump composed of a right and left side, upper and lower half. The upper chambers are called atria and the lower chambers ventricles. The right side of the heart pumps blood thru the lungs exchanging gases with the air and the left side circulates the oxygen rich blood throughout the rest of the body. The beating of the heart is controlled by an electrical system that is part of the heart tissue itself. The cardiac electrical conduction system flows throughout all of these chambers. This electrical conduction system consists of heart muscle cells and specialized fibers that conduct electricity. The normal cardiac electrical cycle starts in the sinoatrial (SA) node, which is the natural pacemaker of the heart; it sets the speed of the heartbeat. The SA node is located in the top right chamber of the heart, the right atrium (RA). The signal is then passed from the RA to the left atrium (LA) via a large muscle bundle called Bachmann's bundle. This allows the RA and LA to contract at the same time. The electrical signal then passes into the atrioventricular (AV) node in the middle region of the heart.

The AV node is located in the lower part of the right atrium, just above the bottom right chamber, the right ventricle. Its main purpose is to slow down the electrical signal long enough for the bottom two chambers (ventricles) to fill with blood. The AV node also acts to prevent electrical disturbances in the top part of the heart from becoming life threatening. The electrical stimulus exists the AV node and then passes through structures called the Bundle of His, the bundles branches, and the Purkinje fibers. These structures act like wires to spread the electricity throughout both ventricles and allow both sides of the heart to beat at the same time.

The SA node does not require any external input to fire and start a heartbeat. It has an inherent property called automaticity, which allows it to fire on its own at a rate that can be influenced by many factors such as sleeping, eating or exercise. This property can also be found in the AV node, Purkinje fibers, and ventricular heart cells but is often much slower and serves only as an emergency back-up pacemaker. The heart rate is affected by nerve inputs from the brain, which can affect the speed and intensity of the heartbeat. The parasympathetic system slows down the heartbeat, while the sympathetic system speeds it up. The normal coordination of electrical activity in the heart allows for its amazing function, but sometimes things go wrong.

### B.   Atrial Fibrillation

Atrial fibrillation is the most common abnormal heart rhythm in adults, particularly those over the age of 65. (National Center for Chronic Disease Prevention and Health Promotion, Division for Heart Disease and Stroke Prevention). It is an abnormal rhythm that most commonly starts in the top left chamber of the heart, the left atrium (LA), and spreads throughout both of the top chambers. Atrial fibrillation can lead to a variety of symptoms, including palpitations, dyspnea, lightheadedness, shortness of breath and chest pain. It can also lead to significant complications, including heart failure or stroke. Atrial fibrillation is classified as paroxysmal (terminates spontaneously in less than 7 days), persistent (fails to self-terminate within 7 days, but eventually terminates either spontaneously or with cardioversion),

and permanent (lasts for more than one year and cardioversion has not been attempted or fails). Cardioversion most commonly is performed by delivering an electrical shock to the heart to resynchronize its electrical activity, much like rebooting your computer.

It is unclear exactly what causes atrial fibrillation, and the mechanisms may be different among individual patients. Most researchers believe that a common trigger for atrial fibrillation is extra signals from the left atrium, which interfere with the normal electrical conduction cycle (Kowey, Mohmand-Borkowski, & Burke, 2011). Most of the time, these signals originate inside the pulmonary veins, which are the blood vessels that bring blood with oxygen back into the left atrium. This electrical irritability causes a short circuit and the atria begin to beat very rapidly and erratically, generally faster than 300-400 beats per minute. Although the atria are beating, they cannot effectively pump blood at that heart rate, and therefore are effectively just quivering. The electrical signals from atrial fibrillation are then conducted irregularly to the bottom two chambers of the heart (ventricles). This causes an irregular pulse, which can be the same rate as normal, slower than normal, or faster than normal. Many of the symptoms experienced by patients are related to changes in the pulse rate from the ventricles or the loss of the pumping function of the atria or a combination of both.

C. Risk Factors

There are many factors that can increase the risk of developing atrial fibrillation. Some heart conditions can create changes within the left atrium, such as enlargement and increased pressures. These conditions include heart disease related to high blood pressure, congestive heart failure, heart attack, or heart valve problems. High blood pressure (hypertension) is the most common risk factor for atrial fibrillation. (American Heart Association/American Stroke Association, 2014). While some of these conditions can trigger atrial fibrillation, some can also be worsened by atrial fibrillation. Patients with heart failure can worsen with atrial fibrillation, while those with coronary artery disease and atrial fibrillation have a higher rate of death. Heart surgery or other direct injury to the heart is extremely likely to trigger atrial fibrillation, due to physical and stress-related changes that occur within the left atrium, but often these resolve during post operative healing. (Creswell, L.L., et al., 1993). There are many non-heart related risk factors that can contribute to atrial fibrillation.

Some of the more common risk factors include obesity, sleep apnea, over-active thyroid, recent surgery, infections, alcohol and caffeine consumption. (Who is at risk for atrial fibrillation, 2014). Obesity can increase the risk of atrial fibrillation by 3-8%, particularly in those with a body mass index (BMI) greater than 30. (Asghar, O., et al. (2012). This is often linked with an increased incidence of sleep apnea, however, obesity by itself increases the frequency of atrial fibrillation through poorly understood mechanisms. Sleep apnea, even outside the setting of obesity, is a significant risk factor for atrial fibrillation. (Gami, et al., 2007). Over-active thyroid (hyperthyroidism) increases the risk of atrial fibrillation due to the direct effect of thyroid hormones on the heart muscle and electrical conduction system. Thyroid hormones also cause the heart to have a greater sensitivity to stress hormones, which can trigger increased electrical firing. (Jayaprasad & Francis, 2005). Atrial fibrillation frequently occurs after binge drinking (called holiday heart syndrome). This is caused by damage to individual heart cells, high-stress state, and impaired nervous system inhibition to the heart. While some patients can be sensitive to alcohol and have an atrial fibrillation episode with just one drink, most patients are more likely to have an episode when consuming three or more

USCA5 2980

drinks per day. In addition to atrial fibrillation chronic alcohol usage can result in permanent damage to the heart muscle and cause congestive heart failure. Some patients are very sensitive to caffeine or other stimulant containing drinks, but most commonly there is no specific identified trigger for an episode of atrial fibrillation. Recent work clearly indicates a genetic factor in some patients and these individuals often present with atrial fibrillation at a younger age than the general population. (Lubitz et al. (2010a).

D. Stroke Risk

Atrial fibrillation can lead to several long-term complications, including primarily stroke and congestive heart failure and is associated with a slightly reduced life expectancy. (Lubitz et al. (2010b). Stroke risk is by far the most discussed and evaluated concern. Patients with atrial fibrillation are 5 times more likely to have a stroke when compared to similar patients without atrial fibrillation. (Lubitz et al. (2010b). Strokes occur in the setting of atrial fibrillation because the left atrium does not squeeze effectively, thus allowing blood to sit within this chamber for long periods of time. Clots can form in the left atrium, and most commonly within the left atrial appendage, a sack like structure that is left over from the growth and development of the heart before birth. Blood clotting is a complicated process which is regulated by a number of different factors. When a person is cut or has injury to the skin special factors trigger clot formation and when blood does not flow smoothly and rapidly thru blood vessels or the heart similar factors can trigger the formation of a clot to form inside the heart - which will tend to enlarge over time. Some patients have specific disease processes which increase the risk of forming blood clots. These clots when large enough can be visualized using special imaging techniques such at transesophageal echo.

The risk of stroke in atrial fibrillation is assessed by a calculation that involves stroke risk factors. The CHA2DS2-VASc calculation is an internationally accepted tool to help define a patient's risk of stroke in the setting of atrial fibrillation. (Voukalis, Lip, & Shantsila, 2016). Points are given for each condition that the patient has including congestive heart failure, high blood pressure, age over 75 (2 points), diabetes, previous history of stroke or TIA (2 points), vascular disease, age 65-74, and female sex (ACC/AHA/ESC, 2011). Patients with zero points have essentially the same stroke risk as the general population, and therefore do not require any medications for stroke prevention. (Lip et al. 2015). Patients with a score of one can be treated with nothing (especially if only point comes from female sex), aspirin alone, or a more potent anticoagulant. (Lip et al. (2015). Any patient with a score above 2 has a 3% or higher risk of stroke yearly, and should be treated with an oral anticoagulant unless significant contraindications exist. (Olesen, Torp-Pedersen, Hansen, & Lip, 2012). Patients with a CHA2DS2VASc score of 2 have a stroke risk which is similar to the bleeding risk associated with Warfarin and in general as not felt to benefit from taking an oral anticoagulant such as Warfarin, however, this recommendation may in the future change with the increased safety profile associated with the NOAC class of drugs, of which Xarelto is a member.

Stroke risk assessment and the decision to begin an anticoagulant must also be balanced with bleeding risk assessment prior to selecting an anticoagulant for the patient. The bleeding assessment can involve use of a score called HAS-BLED. This score includes one point each for uncontrolled high blood pressure, kidney disease, liver disease, history of stroke, prior major bleed or predisposition to bleeding, variable INR, age greater than 65, medication usage

predisposing to bleeding, and excessive alcohol or drug usage. These are all factors that can independently increase the 1-year risk for major bleeding in patients with atrial fibrillation (AHA/ACC/ESC, 2011). Patients with a score of three or greater have an increased risk of bleeding, and should be monitored more closely for bleeding. (Lane & Lip, 2012). Unfortunately those patients at greater risk of a stroke are also often at increased risk of bleeding. Most clinicians believe that in cases of high stroke risk; the benefit of anticoagulation and stroke prevention exceeds the risk of bleeding. Patients should receive an anticoagulant unless they prove to be intolerant due to severe bleeding or other complications.

    E.  <u>Warfarin</u>

Once the scores are calculated, several options for anticoagulation exist. The primary medication used for over 60 years was Warfarin, brand name Coumadin. (Pirmohamed, 2006). Warfarin acts by inhibiting Vitamin-K related clotting factors (factors II, VII, IX, X). (Wigle, Hein, Bloomfield, Tubb, & Doherty, 2013). Its effect is typically measured by a common blood test called a prothrombin time (PT). A PT/INR lab test is used to regulate the amount of Warfarin that a patient takes and must be performed regularly to evaluate the level of Warfarin and its effectiveness in the blood. The effect of Warfarin occurs gradually and when stopped takes about three days for half of the medication to be eliminated. (Horton, Pharm. & and Bushwick, 1999). This medication is taken once daily, and usually takes several days to thin blood enough to be therapeutic. Historical studies on the use of warfarin have identified an INR level of between 2.0 and 3.0 to be the target range to balance the risk of clot formation against too much blood thinning and bleeding. (Schein, White, Nelson, Kluge, Mearns & Coleman, (2016). All medications which can prevent blood clots increase the risk of bleeding. Even aspirin which is so commonly used is associated with bleeding risk. A usual starting dose for Warfarin is 5 mg per day. (Wigle, Hein, Bloomfield, Tubb, & Doherty, 2013). Daily and weekly doses can be adjusted based on the results of the INR level, until stable INR levels have been achieved. INR levels should be checked weekly until therapeutic dosing is achieved, and then monthly thereafter (Meur & Jamieson, 2005; Kowey, Mohmand-Borkowski, & Burke, 2011). Many patients have significant variation in the level of blood thinning from warfarin and its proper use is complicated. Regular monitoring for warfarin patients is especially important because warfarin has such a narrow therapeutic range. Too much anticoagulation means increased bleeding risk. Too little anticoagulation means increased risk of stroke.

Due to the way that Warfarin works to prevent blood clots, many outside factors can influence its effectiveness. These include other medications including antibiotics, foods, supplements, and even genetic make-up. Foods that are high in Vitamin K can particularly affect warfarin effectiveness. (Wigle, Hein, Bloomfield, Tubb, & Doherty, 2013). The blood clotting factors which warfarin suppress are made in the liver and are effected by Vitamin K levels and the presence of liver disease. Common dietary factors which interfere with the effect of Warfarin include spinach, lettuce, kiwi, broccoli, liver, avocado, and soy beans, all of which can decrease the effectiveness of warfarin. (Du Breuil & Umland, 2007). Large amounts of green tea and alcohol can also negatively impact warfarin's absorption and metabolism. (Du Breuil & Umland, 2007).

The list of medications impacting Warfarin absorption is long, and includes antibiotics and antiviral drugs, anti-inflammatory medications, cardiac medications, antidepressants, gastrointestinal (GI) medications, and steroids. (Bungard, Yakiwchuk, Foisy & Brocklebank, 2011). The recommendation is generally that a patient may take these medications, but should have an INR check within a few days of starting the new medication, and then frequently until a therapeutic INR is maintained or until the new medication is stopped. These medications may either increase or decrease the absorption of Warfarin, which is why it is crucial to check the INR soon and frequently after starting any new medications. (Stenton, Bungard & Ackman, 2001). This also applies to supplements, including ginkgo, primrose oil, licorice, glucosamine, soy, melatonin, ginseng, and St. John's Wort.

Genetics also play a role in Warfarin metabolism. There are two primary genes that are involved in this metabolism, CYP2C9 and VKORC1. Research has found that 30% of patients taking Warfarin have mutations within at least one of these genes, which can significantly impact metabolism of the drug. (Li, Zou, Wang, Huang, Sun, Wang, et al. 2015). Genetic testing and computer algorithms are still being developed to address this issue.

Side effects of Warfarin include primarily bleeding risks. GI bleeds and brain bleeds are the two most serious types. The risk of bleeding increases dramatically with any INR above 3.5. (Levine, Raskob, Landefeld & Kearon, 2001). The use of warfarin is a complex process that requires understanding and good compliance by the patient to get the most benefit from treatment.

F. Novel Anticoagulants (NOACs)

A new class of medications referred to as NOAC's (for newer oral anticoagulants) became available over 5 years ago. NOACs had a significant, beneficial effect on how I and other cardiologists treat our patients. I regularly prescribe these medications to my patients and select the most appropriate medication for each patient by including consideration to their unique medical history and drug plan coverage benefits. All NOAC medications work on much more specific parts of the clotting process than Warfarin. As a class they are not affected by diet. (Douketis, Bell, Eikelboom & Liew, 2014). The first alternative to Warfarin to come on the market was Dabigatran (Pradaxa), a direct thrombin inhibitor. This medication reaches peak blood levels in $1.5 - 2$ hours, with a half-life of 14-17 hours and a steady state condition in 2-3 days. (Van Es, Eerneberg, Kamphuisen & Buller, 2011). Dabigatran is approved as a twice per day medication for the prevention of stroke in non-valvular atrial fibrillation. It is often taken with food to reduce GI side effects. It is eliminated primarily by the kidneys, thus the dosage must be adjusted in patients with kidney disease. (Hughes et al., 2014).

Dabigatran was tested in the *RE-LY* trial, which compared it head-to-head with Warfarin. The rate of thrombotic (non-hemorrhagic) stroke was significantly lower with Dabigatran as compared to Warfarin, with an overall bleeding rate that was similar to Warfarin. This study was a very large trial, including 18,113 patients (Connolly, et al., 2009) and led to the FDA approval of the medication.

Dabigatran does not have a predictable effect on PT/INR levels and no routine monitoring of clotting parameters is recommended with its use. (Samama, et al., 2013). Dabigatran

USCA5 2983

absorption is not affected by food, but may interact with a limited list of medications, including amiodarone, verapamil, quinidine, and ketoconazole. (Ellis & Kaiser, 2013).

One of the early concerns regarding Dabigatran was the lack of a reversal agent. Vitamin K and transfusion with fresh frozen plasma can be used to reverse Warfarin, but these treatments will not be effective for Dabigatran due to the way the medication prevents blood clots from forming. Praxbind was approved by the FDA in October 2015 for the reversal of Dabigatran. It is given as two 2.5 g doses back-to-back, for use in emergency situations. (Smythe, Trujillo & Fanikos, 2016).

G. Rivaroxaban

Rivaroxaban (Xarelto) was the second novel oral anticoagulant released in the market. This medication is a direct Factor Xa inhibitor, which acts at the merge of the two arms of the coagulation cascade (extrinsic and intrinsic pathways). It reaches peak levels in the blood in 2-3 hours, and has a half-life of 7-11 hours. One-third of the drug is excreted unchanged by the kidneys, one-third is metabolized by the kidneys, and one-third is metabolized by the liver. (Harenberg et al., 2015). It achieves higher blood concentrations if taken within two hours of food intake and is recommended at mealtime. (Stampfuss, Kubitza, Becka & Mueck,.(2013). Xarelto offers multiple benefits including that the patient does not require therapeutic blood monitoring and its once a day dosing means the medication is easy to use especially when a cardiologist has a non-compliant patient who does not or will not get his INR checked on a regular basis.

H. Rocket AF Trial

Rivaroxaban (Xarelto) was tested in the *ROCKET-AF* trial, which compared it in a double blind manner head-to-head with warfarin in 14,264 patients (Patel et al 2011). This was a world wide trial replicating well the population of patients who are treated with anticoagulants to prevent stroke in the setting of atrial fibrillation. It was a well conducted trial and the results from it lead to the FDA approval of Xarelto. Ninety percent (90%) of the patients enrolled in this trial had a high stroke risk score (CHADS2 = 3 or greater), which was higher than any of the other NOAC trials. The mean CHADS2 score was 3.48 in the Rivaroxaban treatment group. Stroke rates from embolic events were statistically similar to Warfarin, with a 1.7 % rate in the Xarelto treated group and 2.2% in the warfarin treated group, and highly significant for non-inferiority. Major and non-major clinically relevant bleeding occurred in 14.9% of the Xarelto group and 14.5 % in the Warfarin group which are not statistically different. There was a highly significant reduction in life threatening and intracranial hemorrhage in patients on Xarelto 0.2% compared to warfarin 0.5%.

The results of this trial made me and many other physicians very comfortable with using Xarelto as an alternative to Warfarin. Subsequent to the publishing of the Rocket AF Trial there was controversy over the validity of certain PT/INR testing used in a subgroup of the original clinical trial, and an extensive reanalysis of the data was conducted. In September 2016 this reanalysis was published and the FDA reaffirmed that the conclusions from the original trial were valid and that no changes to the package insert, prescribing or testing of the medication were made. There have also been several large real world post approval trials and meta-analysis done which confirm the safety, efficacy and dosing of Xarelto. (Ment, 2015).

USCA5 2984

A distinct advantage of the NOAC class of medications is that no routine blood testing for impact on anticoagulation parameters is recommended. Rivaroxaban specifically does not affect PT/INR levels in a predictable manner and routine blood testing for anticoagulant effect could mislead physicians to make inappropriate dosage adjustment. (Samama, et al., 2013; Testa, et al., 2016). I understand some plaintiffs' experts in these cases suggest that a PT test should be given to Rivaroxaban patients to try to determine whether a patient is at an increased bleeding risk. I do not agree, and I do not use a PT test in this way in my practice. As a clinician, I trust the careful analysis of data that has been performed and the FDA approved dosage and indications. The Rivaroxaban label includes detailed information about the risk of serious bleeding, including compared to warfarin. To the extent plaintiffs' experts criticize the label with respect to bleeding risks, I disagree.

Rivaroxaban levels can be effected by a number of medications and usage with drugs such as ketoconazole, ritonavir, erythromycin, clarithromycin, and rifampicin among others is not recommended. The design of the Rocket AF trial used once a day Xarelto and proved the safety and efficacy of a convenient dosing schedule which may improve patient compliance. Two additional factor 10a inhibitors have received FDA approval for use in stroke prevention in non-valvular atrial fibrillation; apixaban and endoxaban. They are both given as twice a day medications.

The availability of the NOAC class of medications has radically changed the options for stroke prevention in patients with atrial fibrillation. As a class they are much easier to use, do not require frequent blood testing and are at least as effective as warfarin. They all are associated with a significantly reduced risk of life threatening bleeding to the brain and are becoming the medication of choice for most patients.

## V. Opinions Relating to William Henry

### A. Pertinent Medical History

Mr. William Henry was a 79 year-old deceased male (from lung cancer) who had a greater than 20 year history of permanent atrial fibrillation and increased risk of stroke. His medical history was complex and significant with advanced COPD, diabetes, coronary artery disease, essential hypertension, pulmonary hypertension, morbid obesity, atrial fibrillation, osteoarthritis, depression, tobacco use and alcoholism. Mr. Henry was homebound and was frequently hospitalized for many years both before and after his Xarelto use. His CHA2DS2-VASc score at the time of being prescribed Xarelto was at least 6 or 7. He was appropriately treated with Warfarin for many years as this was the only FDA approved medication to prevent stroke in atrial fibrillation patients. His medical records and the testimony of his cardiologist, Dr. McCain, provide clear evidence of poor compliance with treatment, failure to follow up at appropriate intervals and numerous occasions where regulation of his Warfarin dose was either to low or too high. He had severe COPD most likely related to smoking. He was an admitted alcoholic who suffered from obesity and ultimately died due to lung cancer.

On 4/11/2012 he suffered a stroke with a central retinal artery thrombosis while on a clinically optimal level of Warfarin manifest as an INR level of 2.8. He was then switched to the

USCA5 2985

appropriate dose of Xarelto 20 mg/day by Dr. David McCain and continued on this medication. Xarelto was an excellent choice due to its different mechanism of action from Warfarin and much greater ease in usage since it does not require INR monitoring.

On 12/14/2012 he was hospitalized until 12/18/2012 at Coleman County Medical Center with acute COPD exacerbation and was noted to have a Hgb of 11.2 and a Hct of 35.4 There was no mention of any bleeding issues or difficulty with the use of Xarelto.

The patient had multiple hospitalizations for COPD. It was noted in his records that he had chronic constipation as a condition and took Miralax.

On 12/22/2012 he was brought to the hospital with a complaint of bright red blood per rectum. He was taking multiple medications at this time including albuterol and atrovent inhalers, baby aspirin, metoprolol xl, miralax, omperazole, hydrochlorothiazide, tiazac, pravastatin and Xarelto. He was not in distress and his hemodynamic condition was stable with BP of 93/77 to 117/80 and pulse rates in the 90's. His Hct was 35.3 with normal coagulation parameters PT 11, INR 1.1 and PTT 25.9. This self observed bleeding rapidly did not continue, however, a decision was made to transfer him to Hendricks Hospital in Abilene for work up of GI bleeding. He was given 2 units of FFP and Factor IX replacement and his blood thinners aspirin and Xarelto were held. He never required a transfusion of blood and remained stable without any further bleeding. He completed a comprehensive work up including negative upper and lower GI evaluations and the only diagnosis given for his bleeding was hemorrhoids which did not require intervention. It is also significant that there was no active bleeding at the time of the GI evaluation on 12/23/2012. He was not discharged until 1/2/2013 when he transferred to a swing bed facility and remained there until 1/9/2013. The length of his hospitalization was affected by a flare up of his COPD and lack of a supportive home environment. He was poorly compliant with treatment in the swing bed facility, refusing to bath. On 12/27/2012 Dr. Chant who was the covering cardiologist recommended resumption of Coumadin, however, at the swing bed facility Mr. Henry was placed back on Xarelto and no further bleeding was ever noted. He returned to his baseline state of health by one month later. He was, however, readmitted with an episode of cystitis on 1/24/2013 he remained on Xarelto without any bleeding problems at all through early 2015.

Mr. Henry was diagnosed with lung cancer on July 2, 2015 and he died in his home on August 23, 2015.

B. Summary of Opinions

1. Mr. Henry had a significant medical history and multiple chronic medical problems.

2. Mr. Henry was an appropriate candidate for Xarelto and in light of his history of noncompliance with Coumadin, it was the appropriate medical decision to prescribe Xarelto.

3. The benefits of Xarelto to Mr. Henry outweighed the risks associated with the medicine.

USCA5 2986

4. Mr. Henry suffered from a minor hemorrhoid bleed that was self-resolving and he returned to his base line following his hospitalization in December 2012. It is significant that Mr. Henry's hematocrit/hemoglobin levels, blood pressure and heart rate were essentially unchanged following his admission. This evidence supports my opinion that Mr. Henry's bleed was minimal and self-resolving. He completely recovered without any adverse sequela and the decision to resume Xarelto following Mr. Henry's hospitalization in December 2012 was also appropriate.

5. It is significant that Mr. Henry continued to use Xarelto following his minor hemorrhoid bleed and no further bleeding episodes were ever noted. It is reasonable to conclude that the bleeding which he observed on December 22, 2012 may have been aggravated by the combined use of his numerous medications or his over straining in connection with his documented constipation problems. It is my opinion that Mr. Henry's bleeding episode was not related to his use of Xarelto.

6. The fact that Mr. Henry's PT was normal with a value of 11 on his date of admission indicates that it is highly unlikely that he would have an excess of Rivaroxaban in his blood system.

7. Although Mr. Henry was an alcoholic he had never been diagnosed with cirrhosis. His Bilirubin (lab values) levels were always normal. Given his normal renal function, Mr. Henry's dose of Xarelto was appropriate.

8. There is no data or evidence in this case to suggest that had Mr. Henry been on a different anticoagulant that this GI event would not have occurred. I disagree with plaintiff's experts that have offered opinions that Dabigatran may have been a better medication for Mr. Henry. My opinion is that his compliance would be better with a once a day medication and the incidence of GI upset or dyspepsia is reportedly greater with Dabigatran than with Rivaroxaban and Mr. Henry was already being treated for gastrointestinal issues with omeprazole.

9. I disagree with plaintiff's experts that have offered opinions that Mr. Henry should have received specific blood tests to adjust his Xarelto level or that he would have benefited from twice a day dosing. These are clearly off label and not FDA approved uses of the medication and represent speculation rather than the results of a double blind controlled clinical trial.

10. The bleeding event that took place in December 2012 had no material impact on Mr. Henry's long term health and well being.

USCA5 2987

All opinions which I have reached are expressed to a reasonable degree of medical certainty and are based on my education, knowledge, skill, training and the documents and records reviewed in this case. I reserve the right to supplement or modify my opinions should additional information with respect to Mr. Henry's medical history emerge and or new scientific data is discovered.

Kevin Wheelan, M.D.

4/15/16

Date

USCA5 2988

# KEVIN WHEELAN, M.D.
## C U R R I C U L U M   V I T A E

**PERSONAL**

HOME ADDRESS: ███████████████

OFFICE ADDRESS: Cardiology Associates of Dallas HTPN/BSW
612 North Hall, Ste. 120
Dallas, TX 75226

DATE OF BIRTH: ███████████

**EDUCATION**

| | | |
|---|---|---|
| UNDERGRADUATE | University of Texas<br>Austin, TX | 1974-76 |
| POST-GRADUATE | Washington University School of Medicine<br>St. Louis, Missouri | 1976-80 |
| INTERNSHIP | Baylor University Medical Center<br>Dallas, TX<br>*Internal Medicine* | 1980-82 |
| RESIDENCY | Baylor University Medical Center<br>Dallas, TX<br>*Internal Medicine* | 1982-83 |
| FELLOWSHIP | University of Texas Southwestern<br>Medical Center at Dallas, TX<br>*Clinical and Research Fellowship in Cardiology* | 1983-86 |

**EMPLOYMENT:**

| | | |
|---|---|---|
| | CPR/ HeartPlace, Dallas, TX | 1986-12/2013 |
| | HealthTexas Provider Network/Baylor Scott White<br>Dallas, TX | 2014-present |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| *Co-Medical Director- Cardiovascular Service Line*<br>Baylor Scott and White Health System<br>Dallas, TX | 2012-Present |
| *Chief of Staff*<br>Baylor Heart and Vascular Hospital<br>Dallas, TX | 2000-Present |
| *Chief – Department of Cardiology*<br>Baylor University Medical Center<br>Dallas, TX | 1994-Present |
| *Director of Pacing and Electrophysiology*<br>Baylor University Medical Center<br>Dallas, TX | 1986-2016 |

| | |
|---|---|
| *Director Cardiology Fellowship* <br> Baylor University Medical Center, Dallas, Tx | 2009-2014 |
| *Professor of Medicine* <br> University of Texas A&M Health Science Center <br> Dallas, Tx | *2016* |
| *Visiting Assistant Professor of Medicine* <br> Baylor College of Dentistry <br> Dallas, TX | 1981-1984 |
| *Clinical Instructor of Medicine* <br> University of Texas Southwestern Medical <br> Center at Dallas, TX | 1981-1983 |

## LICENSURE AND CERTIFICATION

| | |
|---|---|
| American Board of Internal Medicine | 1984 |
| American Board of Cardiovascular Disease | 1987 |
| American Board of Electrophysiology | 1992 |
| State of Texas License | 1980 |
| NASPE Specialty Certification in Pacing | 1986 |

## PROFESSIONAL AFFILIATIONS

Fellow-American College of Cardiology
Fellow Heart Rhythm Society
Texas Medical Association
Vice Chair National Healthcare Policy Advisory Committee, Heart Rhythm Society
  2008-2010
Chairman, Coding and Reimbursement Committee, Heart Rhythm Society, 2006-2010
Cardiovascular Provider Resources, Founding Member and Board of Director
Baylor Heart and Vascular Hospital, Founding Member and Board of Director
Specialty Physician Assurance Corporation, Founding Member and Board of Director

## NATIONAL INTERNATIONAL CONFERENCE PRESENTATIONS

1  Imaging For Balloon Occlusion Ablation. Heart Rhythm Society meeting, May 2012, Boston, MA
2  Argentine Society of Cardiology, Presentation on RF catheter ablation of SVT, 1992 Santa Fe, Argentine
3  Visiting lectureship service one week, Al Saud Hospital, Saudi Arabia May 2001
4  Asian Congress of Cardiology State of the Art, Cryo ballon ablation for atrial fibrillation, Shanghai, China May 2011
5  Visiting Professor St. Mary's Hospital London, United Kingdom. Recent advances in atrial fibrillation ablation, May 2012
6  Japanese Society of Cardiology Plenary Session, State of the Art cryo ballon ablation for atrial fibrillation, May 2013
7  Oriental Congress of Cardiology, atrial fibrillation cryo ablation, Update Shanghai, China May 2013
8  South American Congress of Cardiology, State of the Art Atrial Fibrillation Ablation, Medellin, Columbia Dec 2015

## PUBLICATIONS

1.  **Wheelan, KR**, Cooper B, Stone MJ. Multiple hematologic abnormalities associated with sulfasalazine. *Ann Int Med* 1982; 97:726.

2.  Wolfe CL, Winniford MD, **Wheelan KR**, Schaefer S, Firth BG, Hillis DL. Relation of coronary artery disease and left ventricular systolic dysfunction to left ventricular end-diastolic pressure after left ventriculography. *Am J Cardiol* 1985; 55:1622-1623.

USCA5 2990

3. **Wheelan KR**, Wolfe C, Corbert J, Rude RE, Winniford M, Parkey RW, Buja ML, Willerson JT. Early positive technetium-99m-stannous pyrophosphate images as a marker of reperfusion after thrombolytic therapy for acute myocardial infarction. *Am J Cardiol* 1885; 56:232-236.

4. **Wheelan KR**, Mukharji J, Rude RE, Poole KW, Custafson N, Thomas LJ, Strauss HW, Jaffee AS, Muller JE, Roberts R, Croft C, Passamani ER, Willerson JT, and the MILIS Study Group. Sudden death and its relation to QT interval prolongation following acute myocardial infarction (2 year follow-up). *Am J Cardiol* 1986; 67:745-750.

5. Winniford MD, **Wheelan KR**, Kremers MS, Ugolini V, Van den Serg E, Higgeman EH, Jansen De, Hillis LD. Smoking-induced coronary vasoconstriction in patients with artheroscleroticcoronary artery disease: evidence for adrenergically mediated alterations in coronary artery tone. *Circulation* 1986; 73:622-667.

6. Van den Berg E, Pacifico A, Lange RA, **Wheelan KR**, Winniford MD, Hillis LD. Measurements of cardiac output without right heart catherization: reliability, advantages, and limitations of a left-sided indicator dilation technique. <u>Cathet Cardiovasc Diagn</u> 1986; 12(3):205-208.

7. Kremers RJ, Frey FE, **Wheelan KR**, Fisher DF, Clagett SF:  Simultaneous horizontal and longitudinal dissociation of AV conduction due to trauma. In press.

8. Valentine RJ, Frey FE, **Wheelan KR**, Fisher DF, Clagett SF: Coronary-subclavian steal from reversed flow in an internal mammary artery used for coronary bypass. <u>Am J Cardiol</u> 1987; 59(6):719-720.

9. **Wheelan KR**, Kremers MS: The effect of fascicular block on ventriculoatrial conduction during AV reentrant tachycardia. <u>Pacing Clin Electrophysiol</u> 1987; 10(4 Pt 1):916-923.

10. **Wheelan KR**, Kremers MS, Soldvna M: Role of cycle length, cycle length alternans, and electrocardiographic lead in electrical alternans with rapid atrial pacing. <u>Am J Cardiol</u> 1987; 60(7):613-617.

11. Benditt DG, Wilbert L, Hansen R, Alagona P, Greenawald K, Ghali MG, **Wheelan KR**, Steinhaus D, Collins J, Getter J, Lurie K, Remole S: Late follow-up of dual chamber rate-adaptive pacing. *Am J Cardiol* 1993; 71(8):714-719.

12. Parris MT, Taylor ML, **Wheelan KR**, Pearl GJ, Roberts WC. The Baylor Jack and Jane Hamilton Heart and Vascular Hospital: Conversations with the editor. *Proc (Bayl Univ Med Cent)* 2002; 15:185-194.

13. Jain VC, **Wheelan K**. Successful cardioversion of atrial fibrillation using 360-Joules biphasic shock. *Am J Cardiol* 2002; 90:331-332.

14. Vikas C. Jain, MD and **Kevin Wheelan, MD**: Successful cardioversion of atrial fibrillation using 360-Joules biphasic shock. *Am J Cardiol* 2002; 90(3):331-332.

15. **Wheelan KR**, Schussler JM, Agauanno JJ, Glover EN, Vish NA, Wissinger LA, Schumacher JR. Comparison of the i-STAT handheld activated clotting time with the hemochron activated clotting time during and after percutaneous coronary intervention. *Am J Cardiol* 2003; 91(4):464-466.

16. Young JB, Abraham WT, Smith AL, Leon AR, Lieberman R, Wilkoff BL, Canby RC, Schroeder JS, Liem LB, Hall S, **Wheelan K**. (The MIRACLE ICD Trial Investigators). Combined cardiac resynchronization and implantable cardioversion defibrillation in advanced chronic heart failure. *J Am Med Assoc* 2003; 289(20):2685-2721.

17. **Wheelan KR**, Schussler JM, Aguanno JJ, Glover EN, Vish NA, Wissinger Laurie A, Schumacher JR: Comparison of the i-STAT handheld activated clotting time with the Hemochron activated clotting time during and after percutaneous coronary intervention. *Am J Cardiol* 2003; 91(4):464-466.

18. **Wheelan KR**, Legge DM, Sakowski BC, Bruce SS, Roberts DC, Johnson M, Moore BJ, Beveridge TP, Wells PJ, Vallabahn R, Donsky MS, Franklin JO. Do prehospital discharge pacemaker checks provide any additional clinical benefit? *Am J Cardiol* 2005; 96(3):414-416.

19. León AR, Abraham WT, Curtis AB, Daubert JP, Fisher WG, Gurley J, Hayes DL, Lieberman R, Petersen-Stejskal S, **Wheelan KR**; MIRACLE Study Program. Safety of transvenous cardiac

USCA5 2991

resynchronization system implantation in patients with chronic heart failure: combined results of over 2,000 patients from a multicenter study program. *J Am Coll Cardiol* 2005; 46(12):2348-2356.

20. Adams J, Julian P, Hubbard M, Hartman J, Baugh S, Segrest W, Russell J, **Wheelan KR.** A randomized controlled trial of a controlled breathing protocol on heart rate variability following myocardial infraction or coronary artery bypass graft surgery. *J Cardiopulm Rehab* 2005; 25:308.

21. Naffe A, Iype M, Easo M, McLeroy SD, Pinaga K, Vish N, **Wheelan KR**, Franklin J, Adams J. Appropriateness of sling immobilization to prevent lead displacement after pacemaker/implantable cardioverter-defibrillator implantation. *Proc (Bayl Univ Med Cent)* 2009; 22(1):3-6.

22. Johnson WB1, Abraham WT, Young JB, **Wheelan KR**, Smith AL, Chang Y, Brinkman P; InSync Registry Investigators. Long-term performance of the attain model 4193 left ventricular lead. *Pacing Clin Electrophysiol* 2009; 32(9):1111-1116.

23. **Kevin Wheelan, MD.** Expert Commentary: The Use of Cryoballoon Technology in Catheter Ablation of Atrial Fibrillation: The State of the Art. *The Journal of Innovations in Cardiac Rhythm Management* August 2011; 2:428-429.

24. Packer DL, Kowal RC, **Wheelan KR**, Irwin JM, Champagne J, Guerra PG, Dubuc M, Reddy V, Nelson L, Holcomb RG, Lehmann JW, Ruskin JN; STOP AF Cryoablation Investigators. Cryoballoon ablation of pulmonary veins for paroxysmal atrial fibrillation first results of the North American arctic front (STOP AF) pivotal trial. *J Am Coll Cardiol* 2013; 61(16):1713-1723.

25. Shin HJ, Cho E, Lee H-J, Fung TT, Rimm E, Rosner B, Manson JAE, **Wheelan K**, Hu FB. Instant noodle intake and dietary patterns are associated with distinct cardiometabolic risk factors in Korea. *J Nutr* 2014; 144(8):1247-1255.

26. Ball T, **Wheelan K**, McCullough PA. Chronic anticoagulation in chronic kidney disease. *J Am Coll Cardiol* 2014; 64(23):2483-2485.

27. Wilbur S, Kowal R, Kowalski M, Metzner A, Svinarich JT, **Wheelan K**, Wang P. Best Practice Guide for Cryoballoon Ablation in Atrial Fibrillation: The compilation experience of over 3000 Procedures. *Heart Rhythm* 2015; **IN PRESS.**

## ABSTRACTS

1. **Wheelan KR:** Cold vapor atomic absorption spectrophotometric detection of mercury in biologic samples. Presented to North Texas Chemistry Society, 1974.

2. **Wheelan KR**, Mendershausen P: Continuous flow determination of serum hydroxybazyrate dehydrogenase. *Clin Chem*, August 1976.

3. Pacifico A, Nasir M, Doyle T, Rodriguez I, **Wheelan KR**, Wells P, Seaton M, The Methodist Hospital Houston, TX and Baylor University, Dallas, TX: Initial Experience with the Metronic PCD 7219D. American Heart Association 67th Scientific Sessions Abstract. Nov 14-17, 1994.

4. Pacifico A, Nasir M, Doyle T, Rodriguez I, **Wheelan KR**, Wells P, Seaton M, The Methodist Hospital Houston, TX and Baylor University, Dallas, TX: Technique of Cath Lab ICD Implantation Without General Anesthesia. American Heart Association 67th Scientific Sessions Abstract. Nov 14-17, 1994.

5. **Wheelan KR.**, Steinhaus D, Foley F, Knoll K, Roberts D, and participating PCD Investigators, Mid American Heart Institute, Kansas City, MO and Medtronic Inc., Minneapolis, MN: Non-Thoracotomy Defibrillator Systems: Who Is a Candidate? NAPSE 14th Annual Scientific Session, December 3, 1992.

6. Abraham WT, Young JB, Leon AR, Adler S, Bank AJ, Hall SA, Lieberman R, Liem LB, O'Connell JB, Schroeder JS, **Wheelan KR,** and Multicenter InSync ICD II Study Group: Effects of cardiac resynchronization on disease progression in patients with left ventricular systolic dysfunction, an indication for an implantable cardioverter-difibrillator, and mildly symptomatic chronic heart failure, *Circulation* 2004; 110(18):2864-2868, Nov 2.

7. Young JB, Abraham WT, Smith AL, Leon AR, Lieberman R, Wilkoff B, Canby RC, Schroeder JS, Liem LB, Hall S, **Wheelan KR,** and Multicenter InSync ICD Randomized Clinical Evaluation (MIRACLE ICD) Trial Investigators: Combined cardiac resynchronization and implantable

cardioversion defibrillation in advanced chronic heart failure: the MIRACLE ICD Trial. *JAMA* 2003; 289(20):2719-21, May 28.

8. Benditt DG, Wilbert L, Hansen R, Alagona P, Greenawald K, Ghali MG, **Wheelan KR,** Steinhaus D, Collins J, Fetter J, et al: Late follow-up of dual-chamber rate-adaptive pacing. Abstract, *Am J Cardiol* 1993; 71(8):714-719, Mar 15.

9. Kremers MS, **Wheelan KR,** Solodyna M: Role of cycle length, cycle alternans with rapid atrial pacing. *Am J Cardiol* 1987; 60(7):613-617, Sep 1.

10. Kremers MS, **Wheelan KR,** Solodyna M: Role of cycle length, cycle length alternans, and electrocardiographic lead in electrical alternans with rapid atrial pacing. *Am J Cardiol* 1987; 60 (7):613-617, Sep 1.

11. Kremers MD, **Wheelan KR**: Management of refractory SVT with an antitachycardia pacemaker. *Tex Med* 1987 Aug; 83(8):32-33.

12. Winniford MD, **Wheelan KR,** Kremers MS, Ugolini V, van den Berg E Jr, Niggemann EH, Jansen DE, and Hillis LD: Smoking-induced coronary vasoconstriction in patients with atherosclerotic coronary artery disease: evidence for adrenergically mediated alterations in coronary artery tone. *Circulation* 1986; 73(4):662-627, Apr.

13. van den Berg E Jr, Pacifico A, Lange RA, **Wheelan KR,** Winniford MD, and Hillis LD: Measurement of cardiac output without right heart catheterization: reliability, advantages, and limitations of a left-sided indicator dilution technique. *Cathet Cardiovasc Diagn* 1986; 121(3):205-208.

14. Wolfe CL, Winniford MD, **Wheelan KR,** Schaefer S, Firth BG and Hillis LD. Relation of coronary artery disease and left ventricular systolic dysfunction to left ventricular end-diastolic pressure after left ventriculography. *Am J Cardiol* 1985; 55(13Pt 1):1622-1623, Apr.

15. **Wheelan KR,** Cooper B, and Stone MJ:  Multiple haematologic abnormalities associated with sulfasalazine. *Ann Intern Med* 1982; 97(5):726-727, Nov.

16. **Kevin Wheelan,** Baylor University, Dallas, Tx; James Young, Cleveland Clinic Foundation, Cleveland, OH; William Abraham, Ohio State University Heart Center, Columbus, OH; Ben Johnson, Iowa Heart Center, Des Moines, IA; Lorry Witte, Manya Harsch, Medtronic, Inc, Minneapolis, MN; on behalf of the investigators for the InSync Registry/InSync ICD Registry. Left Ventricular Lead Thresholds Remain Stable 36 Months Post-Implant in Patients with Heart Failure. Heart Rhythm Society, Dec 3, 2004.

17. **Kevin Wheelan, MD,** Darlene M. Legge, RN, BSN, Brent C. Sakowski, MS,  Sue S. Bruce, RN, David C. Roberts, MPH, L. Murphy Johnston, BA,  B. Jane Moore, BA, RCIS, Thomas P. Beveridge, MD, Peter J. Wells, MD, Ravi Vallabahan, MD, Michael S. Donsky, MD, and Jay O. Franklin, MD. Do Pre-Hospital Discharge Pacemaker Checks Provide Any Additional Clinical Benefit?  Heart Rhythm Society, San Francisco, May 2004.

18. James B Young M.D, W. Ben Johnson M.D., Andrew Smith M.D., **Kevin Wheelan M.D.,** William Abraham M.D., Manya R. Harsch M.S.,Malathi Jakkula and For the InSync ICD Registry Investigators. Long Term Data from the InSync ICD Condition of Approval Registry. Heart Rhythm Society 2007.

19. James B Young M.D, W. Ben Johnson M.D., Andrew Smith M.D., **Kevin Wheelan M.D.,** William Abraham M.D., Manya R. Harsch M.S.,Malathi Jakkula and For the InSync ICD Registry Investigators. Long-term Electrical Performance and Complications of a Left Ventricular (LV) lead. Heart Rhythm Society 2007.

20. William Abraham M.D, Andrew Smith M.D, W. Ben Johnson M.D, James B. Young M.D., **Kevin Wheelan M.D.,** Yanping Chang M.S.,  Daya Gulabani M.S., and For the InSync Registry Investigators. Long-term Performance of a Left Ventricular (LV) lead. Heart Rhythm Society 2007.

21. Kevin T. Ousdigian, Manya R. Harsch, W. Ben Johnson M.D., Andrew Smith, M.D., **Kevin Wheelan, M.D.,** James B. Young, M.D., and For the InSyn ICD Registry Investigators. Effect of Rate Control During Atrial Fibrillation on the Amount of Cardiac Resynchronization Pacing. Scientific Sessions 2007

USCA5 2993

22. Jenny Adams Baylor Hamilton Heart and Vascular Hospital, Dallas, Texas, Peter Julian Advanced Cardiologix, Estes Park, Colorado, Matthew Hubbard, Julie Hartman Baylor Heart and Vascular Hospital, Dallas, Texas, Sally Baugh Advanced Cardiologix, Estes Park, Colorado, Wendy Segrest American Heart Association, Dallas, Texas, Jenny Russell Medical City Hospital, Dallas, Texas, Jeff McDonnell Plano Independent School District; Plano, Texas and Kevin Wheelan, M.D. Baylor Hamilton Heart and Vascular Hospital Dallas, Texas, USA: A randomized controlled trial of a controlled breathing protocol on heart rate variability following myocardial infarction or coronary artery bypass graft surgery: *Clinical Rehabilitation* 2009; 23:782-789.

23. Paul Bhella, M.D., **Kevin Wheelan, M.D.**, Jeffrey Schussler, M.D. Baylor Hamilton Heart and Vascular Hospital Dallas, Texas, USA: Left Atrial Volume by 64-Slice CT and Failure Rates in Atrial Fibrillation Ablation. Society of Cardiovascular Computed Tomography 2010; 290SCCT10D1.

28. Jeremy N. Ruskin, MD, James M. Irwin, MD, Jean Champagne,MD, Peter G. Guerra, MD, Marc Dubuc, MD, **Kevin R. Wheelan**, MD, Robert C. Kowal, MD, John W. Lehmann, MD, MPH, Richard G. Holcomb, PhD, Douglas L. Packer, MD, the STOP-AF Cryoablation Investigators. Massachusetts General Hospital, Boston, MA, Bay Heart Group, Tampa, FL, University Institute of Cardiology and Pneumology of Quebec City, Quebec, QC, Canada, Montreal Heart Institute, Montreal, QC, Canada, Baylor Heart and Vascular Hospital, Dallas, TX, Member, STOP-AF Steering Committee, Wayland, MA, Member, STOP-AF Steering Committee, Minnetonka, MN, Mayo Clinic, Rochester, MN. North American STOP-AF Trial: Outcomes Assessments. Heart Rhythm, Denver, CO, May 2010.

29. Robert C. Kowal, MD/PhD, John W. Lehmann, MD, Douglas L. Packer, MD, James M. Irwin, MD, Jean Champagne, MD, Peter G. Guerra, MD, Mark Dubuc, MD, **Kevin R. Wheelan, MD**, Richard G. Holcomb, PhD, Jeremy N. Ruskin, MD for the STOP-AF Investigators. Incremental Experience on Outcomes and Procedure Times Using Cryo balloon Ablation to Treat Paroxysmal Atrial Fibrillation. 2011 Boston Atrial Fibrillation Symposium.

30. Douglas Packer, MD, FHRS, Robert C. Kowal, MD, PhD, **Kevin R. Wheelan, MD**, James M. Irwon, MD, Peter G. Guerra, MD, FRCP, Richard G. Holcomb, PhD, John W. Lehmann, MD, MPH and Jeremy N Ruskin, MD. Mayo Clinic – St. Mary's Hospital, Rochester, MN, Baylor Heart and Vascular Hospital, Dallas, TX, Bay Heart Group, Tampa, FL, Montreal Heart Institute, Montreal, QC, Canada, Member-STOP-AF Steering Committee, Minnetonka, MN, Member, STOP-AF Steering Committee, Wayland, MA, Chair, STOP AF Steering Committee, Massachusetts General Hospital, Boston, MA: Impact of Experience on Efficacy and Safety of Cryoballoon Ablation for Atrial Fibrillation: Outcomes of the STOP-AF Continued Access Protocol. Heart Rhythm, Vol 8, No5 May Supplement 2011.

31. Robert Kowal, MD and **Kevin Wheelan, MD**. HeartPlace/Baylor Heart and Vascular Hospital, Dallas, Texas. Cryoballoon Ablation Using Transluminal Circular Mapping: Defining the Relationship between Pulmonary Vein Electrophysiology and Catheter Temperature. 2012 Heart Rhythm Society Meeting, Boston, MA.

32. Sanjiv Narayan, John Day, Kenneth Ellenbogen, John Hummel, Robert Kowal, David Krummen, John Miller, Vivek Reddy, Kalyanam Shivkumar, Jonathan Steinberg, **Kevin Wheelan**, University of California San Diego. Elimination of Sources for Human Atrial Fibrillation (Focal Impulse and Rotor Modulation, FIRM) Organizes and Acutely Terminates AF Prior to Pulmonary Vein Isolation:A Multicenter Experience. AHA Scientific Sessions, November 2012.

33. Sanjiv M. Narayan, MD PhD, David E. Krummen, MD, Paul Clopton, MS, John Day, MD, James Daubert, MD, Kenneth Ellenbogen, MD, John Hummel, MD, Robert Kowal, MD PhD, Moussa Mansour, MD, Vivek Y. Reddy, MD, Kalyanam Shivkumar, MD PhD, Jonathan S. Steinberg[1], MD, Vijay Swarup, MD, **Kevin Wheelan**, MD and John M. Miller, MD. Multicenter Experience of Focal Impulse And Rotor Modulation (FIRM) Ablation for Atrial Fibrillation (CONFIRM-Extended Study), HRS 2013.

**Dr. Kevin Wheelan References and List of Materials Considered**

1. Xarelto Labels - April 2012, May 2016

2. Expert report of Theresa Emory, M.D.

3. Expert report of Gerald Polukoff, M.D.

4. Deposition transcript of David B. McCain, M.D. - July 1, 2016

5. Deposition transcript of J. Paul Reynolds, M.D. - July 29, 2016

6. Deposition transcript of James Henry – June 30, 2016

7. American Heart Association/American Stroke Association. (2014. April). *When the Beat is off-Atrial fibrillation.* Retrieved from http://www.strokeassociation.org/STROKEORG/LifeAfterStroke/HealthyLivingAfterStroke/UnderstandingRiskyConditions/When-the-Beat-is-Off---Atrial-Fibrillation_UCM_310782_Article.jsp#.WCpOJTiQzcs

8. Asghar, O., et al. (2012). Obesity, diabetes and atrial fibrillation: Epidemiology, mechanisms and interventions. *Current Cardiology Reviews*, 8, 253-264.

9. Beyer-Westendorf J, Forster K, Pannach S, Ebertz F, Gelbricht V, Thieme C, Michalski F, Kohler C, Werth S, Sahin K, Hansel U, Weiss N. Rates, management and outcome of bleeding complications during rivaroxaban therapy in daily care: results from the Dresden NOAC registry. *Blood* 2014 Aug. 7; 124(6): 955-62.

10. Bungard, T. J., Yakiwchuk, E., Foisy, M., & Brocklebank, C. (2011). Drug interactions involving warfarin: practice tool and practical management tips. *Canadian Pharmacists Journal/Revue des Pharmaciens du Canada*, 144(1), 21-25.

11. Camm AJ, Amarenco P, Haas S, Hess S, Kirchhof P, Kuhls S, van Eickles M, Turpie AGG, on behalf of the XANTUS Investigators. XANTUS: a real world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. *Eur Heart J.* 2016 Apr 7; 37(14): 1145-53.

12. Cheng, A. (2015). Does Atrial fibrillation really cause strokes? *EP Lab Digest,* 15(9).

13. Connolly, S. J., Ezekowitz, M. D., Yusuf, S., Eikelboom, J., Oldgren, J., Parekh, A. ... & Wang, S. (2009). Dabigatran versus warfarin in patients with atrial fibrillation. *New England Journal of Medicine*, *361*(12), 1139-1151.

14. Creswell, L.L., et al. (1993). Hazards of postoperative atrial arrhythmias. *Ann Thorac Surg*, 56(3), 539-549.

15. Douketis, J., Bell, A. D., Eikelboom, J., & Liew, A. (2014). Approach to the new oral anticoagulants in family practice Part 2: addressing frequently asked questions. *Canadian Family Physician*, 60(11), 997-1001.

USCA5 2995

16. Du Breuil, A. L., & Umland, E. M. (2007). Outpatient management of anticoagulation therapy. *American family physician*, 75(7).

17. Ellis, C., & Kaiser, D. (2013). The clinical efficacy of dabigatran etexilate for preventing stroke in atrial fibrillation patients. *Vascular Health and Risk Management*, 9, 341-352.

18. Gami, A. S., Hodge, D. O., Herges, R. M., Olson, E. J., Nykodym, J., Kara, T., & Somers, V. K. (2007). Obstructive sleep apnea, obesity, and the risk of incident atrial fibrillation. *Journal of the American College of Cardiology*, 49(5), 565-571.

19. Harenberg et al. (2015). Anticoagulation in patients with impaired renal function and with haemodialysis. *Hämostaseologi.*, 1-7.

20. Horton, J. D., Pharm. D., & and Bushwick, B.M. (1999). Warfarin Therapy: Evolving strategies in anticoagulation. *Am Fam Physician*, 59(3), 635-646.

21. Hughes et al. (2014). Anticoagulation in chronic kidney disease patients—the practical aspects. *Clinical Kidney Journal*, 7 (5), 442-229.

22. Jayaprasad, N., & Francis, J. (2005). Atrial fibrillation and hyperthyroidism. *Indian pacing and electrophysiology journal*, 5(4), 305-311.

23. Kirley, K., Qato, D. M., Kornfield, R., Stafford, R. S., & Alexander, G. C. (2012). National trends in oral anticoagulant use in the United States, 2007 to 2011. *Circulation: Cardiovascular Quality and Outcomes*, 5(5), 615-621.

24. Kowey, P., Burke, J., & Mohmand-Borkowski, A. (2011). Clinical Management of Atrial Fibrillation. *Professional Communications.*

25. Laliberte F, Cloutier M, Nelson WW, Coleman CI, Pilon D, Olson WH, Damaraju CV, Schein JR, Lefebvre P. Real world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. *Curr Med Res Opin.* 2014 Jul; 30(7): 1317-25.

26. Lane, D.A., Lip, G.Y. (2012). Use of the CHA(2)DS(2)-VASc and HAS-BLED scores to aid decision making for thromboprophylaxis in nonvalvular atrial fibrillation. *Circulation*, 126(7), 860-865.

27. Levine, M.N., Raskob, G., Landefeld, S. & Kearon, C. (2001). Hemorrhagic complications of anticoagulant treatment. *Chest* 119(1_suppl),108S-121S.

28. Li, S., Zou, Y., Wang, X., Huang, X., Sun, Y., Wang, Y., et al. (2015). Warfarin dosage response related pharmacogenetics in chinese population. *PLOS ONE*, 10(1), 1-14.

29. Lip et al. (2015). Oral anticoagulation, aspirin, or no therapy in patients with nonvalvular AF with 0 or 1 stroke risk factor based on the CHA2DS2-VASc score. *Journal of the American College of Cardiology*, 65 (14), 1385-1394.

30. Lubitz et al. (2010a). Genetics of Atrial Fibrillation Implications for Future Research Directions and Personalized Medicine. Circ. *Arrhythm. Electrophysiol.*, 3, 291-299.

USCA5 2996

31. Lubitz et al. (2010b). Atrial fibrillation in congestive heart failure. *Heart Fail Clin.*, 6 (2), 187-200.

32. Ment, J. (2015). Direct oral anticoagulants: key considerations for use to prevent stroke in patients with nonvalvular atrial fibrillation. *Vasc. Health Risk Management*, 11, 317-322.

33. Meur, L.N. & Jamieson, B. (2005). What is the interaval for monitoring warfarin therapy once therapeutic levels are achieved? *J Fam Pract.*, 54(2), 156-178.

34. National Center for Chronic Disease Prevention and Health Promotion, Division for Heart Disease and Stroke Prevention. (n.d.). *Atrial fibrillation.* Retrieved from http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/docs/fs_atrial_fibrillation.pdf

35. Olesen, J., Torp-Pedersen, C., Hansen, M., & Lip, G. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. *Thrombosis and Haemostasis*, 1172-1179.

36. Patel, M. R., Mahaffey, K. W., Garg, J., Pan, G., Singer, D. E., Hacke, W., ... & Becker, R. C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New England Journal of Medicine, 365(10), 883-891.

37. Pirmohamed, M. (2006). Warfarin: almost 60 years old and still causing problems. *British Journal of clinical pharmacology*, 62(5), 509-511.

38. Rocket AF Reanalysis Reviews

39. Samama, et al. (2013). Laboratory assessment of rivaroxaban: a review. *Thrombosis Journal*, 11, 11.

40. Sarma, A. (2015). Update on reversal agents for novel oral anticoagulants. *American College of Cardiology,* available at http://www.acc.org/latest-in-cardiology/articles/2015/12/11/08/20/update-on-reversal-agents-for-novel-oral-anticoagulant

41. Schein, J. R., White, C. M., Nelson, W. W., Kluger, J., Mearns, E. S., & Coleman, C. I. (2016). Vitamin K antagonist use: evidence of the difficulty of achieving and maintaining target INR range and subsequent consequences. *Thrombosis Journal*, 14(1), 14.

42. Smythe, M., Trujillo, T., Fanikos, J. (2016). Reversal agents for use with direct and indirect anticoagulants. *Am J Health-Syst Pharm*, 73 (2), S27-48.

43. Stampfuss, J., Kubitza J., Becka, M., & Mueck, W. (2013). The effect of food on the absorption and pharmacokinetics of rivaroxaban. *Int. J. Clinical Pharmacol. Therapy*, 51(7), 549-61.

44. Stenton, S. B., Bungard, T. J., & Ackman, M. L. (2001). Interactions between warfarin and herbal products, minerals, and vitamins: A pharmacist's guide. The Canadian Journal of Hospital Pharmacy, 54(3), 186-192.

45. Tamayo S, Peacock WF, Patel M, Sicignano N, Hopf KP, Fields LE, Sarich T, Wu S, Yannicelli D, Yuan Z. Characterizing major bleeding in patients with nonvalvular atrial fibrillation: a pharmacovigilance study of 27,467 patients taking rivaroxaban. *Clin Cardiol*. 2015 Feb; 38(2) 63-8.

46. Testa S, Legnani C, Tripodi A, Paoletti O, Pengo V, Abbate R, Bassi L, Carraro P, Cini M, Paniccia R, Poli D, Palareti G. (2016). Poor comparability of coagulation screening test with specific measurement in patients receiving direct oral anticoagulants: results from a multicenter/multiplatform study. *J Thromb Haemost*. DOI:10.1111/jth.13486.

47. Tonelo, D., Providência, R., & Gonçalves, L. (2013). Holiday heart syndrome revisited after 34 years. Arquivos brasileiros de cardiologia, 101(2), 183-189.

48. Van Es, J., Eerneberg, S., Kamphuisen, P., & Buller, H. (2011). How to prevent, treat, and overcome current clinical challenges of VTE. *Journal of Thrombosis and Haemostasis*, 9, 265-274.

49. Voukalis, C., Lip, G. Y., & Shantsila, E. (2016). Emerging tools for stroke prevention in atrial fibrillation. *EBioMedicine*, 4, 26-39.

50. Wang, T.J., et al. (2003). Temporal relations of atrial fibrillation and congestive heart failure and their joint influence on mortality. *Circulation*, 107, 2920-2925.

51. Who is at risk for atrial fibrillation? (2014, September). National heart, lung, and blood institute. Retrieved from https://www.nhlbi.nih.gov/health/health-topics/topics/af/atrisk

52. Wigle, P., Hein, B., Bloomfield, H. E., Tubb, M., & Doherty, M. (2013). Updated guidelines on outpatient anticoagulation. *American family physician*, 87(8), 556-566.

Medical Records for William Henry

| Description | Bates Number |
| --- | --- |
| Abilene Physicians Group (Abilene, TX) | WHenry-APG-000001 - 000154 |
| Abilene Physicians Group (Abilene, TX) - Plaintiff Provided | Henry-DMC-MedRecd-00001 - 00018 |
| Abilene Regional Medical Center (Abilene, TX) - Medical Records | WHenry-ARMC-MD-000001 - 000433 |
| Abilene Regional Medical Center (Abilene, TX) - Pathology Dept - No Records Cert Only | WHenry-ARMC-PD-000001 |
| Abilene Regional Medical Center (Abilene, TX) - Patient Accounts | WHenry-ARMC-BD-000001 - 000021 |
| Abilene Regional Medical Center (Abilene, TX) - Radiology Dept | WHenry-ARMC-RD-000001 |
| Amarillo Family Physicians Clinic, P.A. (Amarillo, TX) - No Records Cert Only | WHenry-AmarilloFPC-000001 |
| Bailey, Michael, D.O. (Levelland, TX) - No Records Cert Only | WHenry-MBailey-000001 |
| Ballinger Clinic (Ballinger, TX) - No Records Cert Only | WHenry-BC-000001 |

| Description | Bates Number |
|---|---|
| Ballinger Memorial Hospital (Ballinger, TX) - Medical Records - No Records Cert Only | WHenry-BMHospital-MD-000001 |
| Ballinger Memorial Hospital (Ballinger, TX) - Pathology Dept - No Records Cert Only | WHenry-BMHospital-PD-000001 |
| Ballinger Memorial Hospital (Ballinger, TX) - Patient Accounts - No Records Cert Only | WHenry-BMHospital-BD-000001 |
| Ballinger Memorial Hospital (Ballinger, TX) - Radiology Dept - No Records Cert Only | WHenry-BMHospital-RD-O000001 |
| Carlson, David E., M.D. (Abilene, TX) | WHenry-DECarlson-000001 - 000009 |
| Centers for Medicare and Medicaid Services (Region 6) (Dallas, TX) | WHenry-CMMS-R6-000001 - 001029 |
| CMS Health Care, Inc. (Early, TX) - No Records Cert Only | WHenry-CMSHC-000001 |
| Coleman County EMS (Coleman, TX) | WHenry-CCEMS-000001 - 000028 |
| Coleman County EMS (Coleman, TX) - Plaintiff Provided | Henry-CCEMS-MedRecd-00001 - 00014 |
| Coleman County Medical Center (Coleman, TX) - Medical Records | WHenry-CCMC-MD-000001 - 003673 |
| Coleman County Medical Center (Coleman, TX) - Medical Records - Plaintiff Provided | Henry-CCMC-MedRecd-00001 - 00129 |
| Coleman County Medical Center (Coleman, TX) - Pathology Dept - No Records Cert Only | WHenry-CCMC-PD-000001 |
| Coleman County Medical Center (Coleman, TX) - Patient Accounts | WHenry-CCMC-BD-000001 - 000260 |
| Coleman County Medical Center (Coleman, TX) - Patient Accounts - Plaintiff Provided | Henry-CCMC-MedBill-00001 - 00016 |
| Coleman County Medical Center (Coleman, TX) - Radiology Dept | WHenry-CCMC-RD-000001 - 000006 |
| Coleman Healthcare Center Nursing Home (Coleman, TX) | WHenry-CHCNH-000001 - 000542 |
| Coleman Medical Associates (Coleman, TX) | WHenry-CMA-000001 - 000591 |
| Concho County Hospital (Eden, TX) - Medical Records - No Records Cert Only | WHenry-CCH-MD-000001 |
| Concho County Hospital (Eden, TX) - Pathology Dept - No Records Cert Only | WHenry-CCH-PD-000001 |
| Concho County Hospital (Eden, TX) - Patient Accounts - No Records Cert Only | WHenry-CCH-BD-000001 |
| Concho County Hospital (Eden, TX) - Radiology Dept - No Records Cert Only | WHenry-CCH-RD-000001 |
| Eden Medical Clinic (Eden, TX) - No Records Cert Only | WHenry-EdenMedCent-000001 |
| Encompass Home Health of North Central Texas Home Nursing (Dallas TX) | WHenry-EHHNCT-000001 - 004462 |
| Family Wellness Clinic (Tahoka, TX) - No Records Cert Only | WHenry-FamilyWC-000001 - 000003 |
| Gastrology Associates (Abiline, TX) | WHenry-GastroA-000001 - 000009 |

USCA5 2999

| Description | Bates Number |
|---|---|
| Girling Health Care, Inc. (Austin, TX) | WHenry-GirlingHC-000001 |
| Guardian EMS (Columbus, TX) | WHenry-GEMS-000001 - 000009 |
| Guardian EMS (Columbus, TX) - Plaintiff Provided | Henry-GEMS-MedRecord-00001 - 00009 |
| Heart of Texas EMS, Inc. (Early, TX) | WHenry-HTEMS-000001 - 000017 |
| Hendrick Cardiology (Abilene, TX) | WHenry-HendrickC-000001 - 000009 |
| Hendrick Medical Center (Abilene, TX) - Medical Records | WHenry-HMC-MD-000001 - 000290 |
| Hendrick Medical Center (Abilene, TX) - Pathology Dept | WHenry-HMC-PD-000001 |
| Hendrick Medical Center (Abilene, TX) - Patient Accounts | WHenry-HMC-BD-000001 - 000087 |
| Hendrick Medical Center (Abilene, TX) - Patient Accounts - Plaintiff Provided | Henry-HMC-MedBill-00001 - 00019 |
| Hendrick Medical Center (Abilene, TX) - Radiology Dept | WHenry-HMC-RD-000001 - 000004 |
| Hendrick Regional Laboratory (Abilene, TX) | WHenry-HRL-000001 - 000720 |
| Holiday Hill RHC (Coleman, TX) - No Records Cert Only | WHenry-HolidayHillRHC-000001 |
| Hospice of San Angelo, Inc. (San Angelo, TX) | WHenry-HospiceSA-000001 - 000256 |
| Leverton, Robert S., M.D. (Abilene, TX) - No Records Cert Only | WHenry-RSLeverton-000001 |
| Lynn County Hospital District (Tahoka, TX) - No Records Cert Only | WHenry-LCHD-000001 - 000002 |
| Mahur, Sandi, M.D. (Abilene, TX) | WHenry-SMahur-000001- 000037 |
| MedStar Mobile Healthcare (Fort Worth, TX) | WHenryMedStarMH-000001 - 000008 |
| Miloy, David, M.D. (Kerryville, TX) - No Records Cert Only | WHenry-DMiloy-000001 |
| Owl Drug Store (Coleman, TX) | WHenry-ODS-000001 - 000008 |
| Owl Drug Store (Coleman, TX) - Plaintiff Provided | Henry-ODS-MedBill-00001 - 00006 |
| Peterson Regional Medical Center (Kerrville, TX) - Medical Records - No Records Cert Only | WHenry-PRMC-MD-000001 |
| Peterson Regional Medical Center (Kerrville, TX) - Pathology Dept - No Records Cert Only | WHenry-PRMC-PD-000001 |
| Peterson Regional Medical Center (Kerrville, TX) - Patient Accounts | WHenry-PRMC-BD-000001 - 000015 |
| Peterson Regional Medical Center (Kerrville, TX) - Radiology Dept - No Records Cert Only | WHenry-PRMC-RD-000001 |
| Radiology Associates of Abilene, PA (Abilene TX) | WHenry-RAA-000001 - 000002 |
| Renaissance at Kessler (Dallas, TX) - No Records Cert Only | WHenry-RK-000001 |
| Reynolds, Jarrell P., M.D. (Coleman, TX) - Documents Produced at Deposition | WHenry-Reynolds-000001 - 000637 |
| Robbins, Stewart (Ballinger, TX) | WHenry-SRobbins-000001 - 000030 |
| Roberts, Stephen, M.D. (Brownwood, TX) | WHenry-SRoberts-000001 - 000026 |

| Description | Bates Number |
|---|---|
| San Angelo Radiation Oncology (San Angelo, TX) - Medical Records | WHenry-SanAngeloRO-000001 - 000015 |
| Shannon Clinic (San Angelo, TX) | WHenry-SClinic-000001 - 000085 |
| Shannon Medical Center (San Angelo, TX) - Medical Records | WHenry-SMC-MD-000001 - 000221 |
| Shannon Medical Center (San Angelo, TX) - Pathology Dept | WHenry-SMC-PD-000001 - 000004 |
| Shannon Medical Center (San Angelo, TX) - Patient Accounts | WHenry-SMC-BD-000001 - 000022 |
| Shannon Medical Center (San Angelo, TX) - Radiology Dept | WHenry-SMC-RD-000001 - 000004 |
| Texas Health Harris Methodist Hospital Fort Worth (Fort Worth, TX) - Radiology Dept - No Records Cert Only | WHenry-THHMHFW-RD-000001 |
| Texas Health Harris Methodist Hospital-Azle (Arlington, TX) - Medical Records - No Records Cert Only | WHenry-THHMHA-MD-000001 |
| Texas Health Harris Methodist Hospital-Azle (Arlington, TX) - Patient Accounts - No Records Cert Only | WHenry-THHMHA-BD-000001 |
| Texas Health Harris Methodist Hospital-Azle (Azle, TX) - Radiology Dept | WHenry-THHMHA-RD-000001 - 000004 |
| Texas Health Resources (Fort Worth, TX) - No Records Cert Only | WHenry-TexHeaRes-000001-000001 |
| Texas Medicaid and Healthcare Partnership (Austin, TX) | WHenry-TMHP-INS000001 - 000228 |
| The Wound Healing and Hyperbaric Medicine Center (Brownwood, TX) | WHenry-TWHHMC-000001 - 000642 |
| Wal-Mart Pharmacy (Bentonville, AR) | WHenry-WMS-000001 - 000023 |
| Wal-Mart Pharmacy (Bentonville, AR) - Plaintiff Provided | Henry-WMP-MedBill-00001 - 00006 |
| West Texas Medical Associates (San Angelo, TX) - No Records Cert Only | WHenry-WestTexMA-000001 - 000002 |
| West Texas Retina (Abilene, TX) | WHenry-WesTexRet-000001 - 000060 |
| Yeh, Amelia, M.D. (Abilene, TX) - No Records Cert Only | WHenry-AYeh-000001 |