**Expert Report of Dr. Steven Deitelzweig**

*In re Xarelto Litigation (Rivaroxaban)*

*Dora Mingo et al.*

*Civil Case No. 2:15-cv-03469*

USCA5 3002

**Medical Overview**

Ms. Mingo is a 68 year old African American female with a past medical history of hypertension, hyperlipidemia, diabetes type II and associated diabetic neuropathy, anxiety, insomnia, and chronic osteoarthritis.

In 2000, Ms. Mingo was in an accident with an 18-wheeler injuring her back and requiring four months leave from work. Ongoing complaints of back pain is reported in her medical records. In October 2012, Ms. Mingo was seen by Stephen Hennington, DC for chiropractic treatment of her back pain which she reported as 8/10 and constant. "Overall, every activity that she aspires to do in a normal day, she knows is going to cause pain and be difficult. She likes to bake and cook to earn income and is also a substitute teacher and both of these conditions have become difficult."

Medical records also document a host of lower extremity pain, joint pain, and mobility limitations dating back as early as 2008. In October 2008, Ms. Mingo suffered from pain and swelling with ambulation requiring a physician ordered work note allowing for rest/sit breaks. On 5/18/2009, records document visible calcification of the Achilles tendon and pain with ambulation. Narcotics, steroids, and NSAIDs were prescribed. Disability paperwork was completed in May 2009 by Dr. Joseph Garbo. Medical records document that Ms. Mingo was assigned a partial disability designation due to her lower extremity limitations. Medical records document an intention to retire in 2010; and subsequent records (2011) note her employment status as retired. In 2011, Ms. Mingo began to report right knee pain and was seen by Dr. Jennifer Gholson for same. In 2013, records indicate that Ms. Mingo was treated for ankle and foot pain. On 5/8/2014, Ms. Mingo reported left leg/groin pain that often woke her during the night.

On 8/28/2014, Ms. Mingo was seen by an orthopedist, Dr. Jeffrey Burns, for complaints of right hip pain. At that time, she reported a one year history of ambulating using a cane. Treatment alternatives were discussed and she ultimately underwent a right hip fluoroscopically guided steroid injection. Repeat injections were discussed with total hip replacement to be scheduled when the hip injections no longer provided relief.

On 9/30/2014, Ms. Mingo was seen by her chiropractor and reported complaints of constant pain over her entire lower back. Chiropractic findings included inflammation of right lumbar nerve roots, bilateral lumbar nerve root compression syndrome, sciatica from lumbosacral or sacroiliac lesions, subluxation syndrome, disc lesions, spondylolisthesis, adhesions, or interventricular foraminal occlusion. She was seen on numerous occasions for chiropractic follow up.

On 11/26/2014, Ms. Mingo was seen by a second orthopedist, Dr. David Gandy, for a second opinion regarding her hip. Dr. Gandy noted bone on bone contact and, after discussing treatment options, Ms. Mingo wished to proceed with surgery. Ms. Mingo was placed on iron supplements prior to her hip replacement surgery.

USCA5 3003

On 1/6/2015, Ms. Mingo underwent a right total hip arthroplasty performed by Dr. David Gandy at St. Dominic Jackson Memorial Hospital. Post-operatively, Lovenox was ordered for DVT prophylaxis to begin on post op day 1, which was administered on 1/7/2015 at 11:12 a.m. Ms. Mingo was also placed back on low dose aspirin (81 mg/day), iron, and anti-hypertensives while in-patient. Ms. Mingo was discharged to her home on 1/9/2015 with Lovenox 40 mg subcutaneous daily for 7 days for continued DVT prophylaxis. HGB at discharge was 8.7 (reference range 12.0 – 16.0). Medical records document that Ms. Mingo reported "black stools since January 9[th]", the day of discharge.

Four days after discharge, on 1/13/2015, Ms. Mingo was observed by home health to have bilateral lower extremity edema. Ms. Mingo was seen on 1/21/2015 by Dr. Gholson for complaints of "feet swelling" for the last 12 days. A bilateral venous ultrasound was performed on 1/22/2015 and found, "occlusive thrombosis in the anterior proximal peroneal vein in the right. No other thrombosis identified." Ms. Mingo was sent to the ER at Southwest Mississippi Regional Medical Center for further evaluation. Hemoglobin was 11.2 (low; ref range 11.6-16.2 gm/dL). Lovenox 90 mg/0.9 ml [1 mg/kg] subcutaneously every 12 hours (DVT treatment dose), increased from 40 mg daily (DVT prophylaxis dose) and Coumadin 10mg daily were ordered. On 1/22/15, Lovenox 89 mg was administered at 7:05 p.m., Coumadin 10 mg was administered at 10:17 p.m., and aspirin 325 mg daily was noted as a current home medication. Following inpatient admission, Dr. Renie Jordan ordered transition to Xarelto 15 mg twice a day for 21 days then 20 mg daily. Lovenox and Coumadin were discontinued and Xarelto was administered at 8:30 a.m. on 1/23/15. Ms. Mingo was discharged from SMRMC on 1/24/2015 with continuation of home health services. Discharge instructions included continuation of Xarelto as instructed and discontinue aspirin 325 mg daily.

On 1/28/2015, Ms. Mingo was seen by Dr. Gandy for orthopedic follow up. Three weeks additional physical therapy were ordered as well as instructions to progress to a three-prong cane for mobility. Among the list of current medications listed were aspirin (dosage not indicated), anaprox DS 550 mg twice a day, and Xarelto (dosage not indicated).

On 2/2/2015, Ms. Mingo presented to King's Daughters Medical Center emergency room with complaints of bilateral lower extremity pain and swelling. Noted among current medications were aspirin 325 mg daily, ferrous sulfate 325 mg daily, and Xarelto 15 mg 1 tablet BID. Hemoccult test was positive. A tagged red blood cell scan was performed, and no evidence of active GI bleeding was found. Hemoglobin was 8.6 (reference range 11.2-15.2). Ms. Mingo was discharged from the ER with instructions to follow up with her physician for a repeat blood count the following day.

Ms. Mingo was seen the following day, 2/3/2015, by Dr. Gholson. Medical records document Ms. Mingo's stools were dark in color on the morning of this date. Hemoglobin was 8.2 (reference range 12.0-16.0g/dL). Ms. Mingo was referred to gastroenterology and instructed to decrease aspirin from 325 mg to 81mg and hold iron until seen by GI.

On 2/12/2015, Ms. Mingo was seen again by Dr. Gholson for follow up CBC. Hemoglobin was 5.8 (reference range 12.0-16.0 g/dL). Ms. Mingo was notified of these results on the morning of 2/13/2015 and instructed to go to the emergency department (ED).

USCA5 3004

Dr. David Casey evaluated Ms. Mingo in the ED on 2/13/2015 and documented that Ms. Mingo reported black stools since January 9th. Physical exam was positive for heme positive black stools and laboratory resulted in a hemoglobin of 6.4. Management plan for Ms. Mingo included admission for GI evaluation, and administration of IV PPI (Protonix).

An H&P dated 2/13/2015 by Dr. Danny Haddad noted, "The patient has been noticing black stools that she related to taking iron pills. She did feel weak at times and did have palpitations especially when she gets up in the morning, but she did not have any syncope or loss of consciousness." Physical exam revealed significant pitting edema of the right lower extremity with tenderness to palpation of the calf. Home medications, including Xarelto, were held.

Cardiology and cardiothoracic surgery consults were requested for consideration of a caval interruption device. A lower extremity ultrasound performed on 2/13/2015 demonstrated no DVT and cardiovascular services recommended discontinuation of anticoagulant therapy at that time.

On 2/13/2015, Ms. Mingo underwent esophagogastroduodenoscopy (EGD) performed by Dr. Stephen Keith and identified a 6mm oozing ulcer of the fundus. The active ulcer was treated with APC, and placement of a hemoclip. At his deposition, Dr. Keith stated that Ms. Mingo's aspirin use was the most likely cause of the ulcer; and that following this intervention for her ulcer, the risk of bleeding going forward was very low; therefore, Dr. Keith recommended resuming Xarelto.

On 02/14/2015, records indicate that Ms. Mingo looked well and was stable and that the GI bleed had resolved. Hemoglobin had increased to 9.8 after 4 units of packed red blood cells. 2 units of fresh frozen plasma were also given. Ms. Mingo was discharged to home on 2/15/2015. Although continued VTE monotherapy with rivaroxaban was recommended, the patient refused. She was discharged home on ASA given the negative findings on Doppler of her lower extremities.

A repeat EGD was performed on 5/4/2015 and documented healed gastric ulcers.

USCA5 3005

OPINIONS

Total hip replacement surgery is a known high risk procedure for development of venous thromboembolic (VTE) disease. As discussed in my general report, VTE is a condition associated with a high risk of morbidity and mortality. Ms. Mingo's DVT is a known complication of hip replacement surgery even despite appropriate DVT prophylaxis.

The choice of rivaroxaban in this case was appropriate for acute DVT management at the dosage that was selected (15mg BID). After EGD confirmed a bleeding gastric ulcer that was treated with mechanical intervention (clip and laser) by the gastroenterologist, VTE monotherapy with rivaroxaban was recommended; however, the patient opted to discontinue rivaroxaban.

It is my opinion that the cause of Ms. Mingo's gastric ulcer was the increased dose of aspirin and regularly scheduled NSAID use. Medical records document a six year history of daily aspirin use (81 mg daily documented in available records as far back as June 2009; followed by 325 mg daily aspirin use beginning 7 days after her THR surgery). Ms. Mingo's use of other NSAID use dates back to 2009 through 2015 and includes Vicoprofen, ibuprofen, Naprosyn, Mobic, Toradol, Celebrex, meloxicam, and anaprox. At different times from 2014 to 2015, Ms. Mingo was cautioned about use of NSAIDs by Drs. Gholson (primary care) and Keith (GI). NSAIDs, including aspirin, are known causes of gastric ulcers. Of all upper GI bleeds, peptic ulcers comprise nearly 50% of the lesions with the risk factors being NSAID use, H-pylori and stress induced in ICU ulcers. NSAIDs, including aspirin, inhibit cyclooxygenase leading to decreased production of prostaglandins that protect the stomach mucosa.[1]

Although Ms. Mingo's bleeding ulcer was first documented on 2/13/2015, the date the ulcer originally manifested is unknown. It is also unknown when the ulcer started bleeding. There is some indication that Ms. Mingo may have had occult bleeding prior to rivaroxaban (black stools since January 9th; low hemoglobin; and from 1/22/2015 to 1/23/2015 she received 4 different anticoagulants in close proximity with an anticoagulant half-life. The peak anticoagulant effect of Coumadin may be delayed 72 to 96 hours so a single dose can have an effect up to four days later). Ms. Mingo was also on three agents known to increase bleeding risk: aspirin, other NSAIDs, and rivaroxaban. The selection of rivaroxaban is ACCP endorsed and evidence based. The NOACs are the preferred agents for acute venous thrombosis. There is no preferred NOAC by the evidence based guidelines that exist in clinical practice today.[2] Selection of a different anticoagulant for Ms. Mingo's DVT would not have led to a different outcome.

---

[1] Sitaraman, S.V. & Friedman, L.S. (2012). Peptic ulcer disease. In S.V. Sitaraman and L.S. Friedman (Eds.), Essentials of gastroenterology (pp. 42-50). West Sussex, UK: John Wiley & Sons, Ltd.

[2] Kearon, C., Akl, E. A., Comerota, A. J., Prandoni, P., Bounameaux, H., Goldhaber, S. Z., ... & Crowther, M. (2012). Antithrombotic therapy for VTE disease: Antithrombotic therapy and prevention of thrombosis: American College of Chest Physicians evidence-based clinical practice guidelines. Chest Journal, 141(2_suppl), e419S-e494S; Streiff, M.B., Agnelli, G., Connors, J.M., Crowther, M., Eichinger, S., Lopes, R., McBane, R.D., Moll, S., & Ansell, J. (2016). Guidance for the treatment of deep vein thrombosis and pulmonary embolism. J. Thromb. Thrombolysis, 41(1), 32-67.

USCA5 3006

As discussed in my general report, PT interpretation with the NOACs provides qualitative information only and does not correlate with clinical outcomes. A PT of 26.2 indicates that Ms. Mingo was on an anticoagulant. It does not, however, provide information about her risk of bleeding.

Ms. Mingo's DVT resolved without additional therapy. Ms. Mingo's bleeding gastric ulcer also resolved without further intervention and with no long term clinical compromise.

I incorporate by reference my general report in the Xarelto Litigation including the referenced articles and materials. In forming my opinions in this matter, I have relied on my training and expertise, and scientific literature in the field. I have also reviewed the records of Ms. Mingo. I have used the same method of review and analysis as I use in my clinical and academic practice. All of my opinions are offered to a reasonable degree of medical certainty. I reserve the right to supplement my opinions if further information becomes available.

_____
Dr. Steven Deitelzweig

January 6, 2017
_____
Date

USCA5 3007

October, 2016

# CURRICULUM  VITAE

## PERSONAL   INFORMATION

**NAME:**  Steven B. Deitelzweig, MD, MMM, SFHM. FACP, FACC

**BUSINESS ADDRESS:**  Ochsner Clinic Foundation, Hospital Medicine
And Business Development
Eleventh Floor, Hospital Medicine
1514 Jefferson Highway, New Orleans, Louisiana 70121
Phone (504) 842-5766
Pager  1-877-419-6271
Cell (504) 296-8204
Fax (504) 842-6617
Internet: sdeitelzweig@ochsner.org

**HOME ADDRESSES:**  ████████████████████████████

████████████████████████

**DATE/PLACE OF BIRTH:**  ████████████████

**MARITAL STATUS:**  ████████████████

## EDUCATION AND TRAINING

**EDUCATION:**  B.A. Degree, Summa Cum Laude
Vassar College
1981 - 1985

M.D. Degree
State University of New York
at Stony Brook School of Medicine
1985 - 1989

**RESIDENCY:**  Cornell University Medical College
North Shore University Hospital
Resident in Internal Medicine (R1-R3)
1989-1992

**FELLOWSHIP:**  Department of Internal Medicine
Alton Ochsner Medical Foundation
New Orleans, Louisiana
Fellowship in Hepatology
1992 - 1993

University of New Orleans / Ochsner Clinic
Executive College for Health Care Professionals
1996 - 1997

University of New Orleans / Ochsner Clinic
Advanced Executive College for Health Care Professionals

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 2

1998 - 1999
Ochsner Clinic Foundation
New Orleans, Louisiana
Specialized Training in Vascular Medicine
2001-2002

Master of Medical Management (MMM)
Tulane University School of Public Health and Tropical
Medicine
2006- 2008

Academy GE Fellows Program for Physician Executives
Fall 08 class – 8 candidates. Completed April, 2011

## PROFESSIONAL DATA

**CERTIFICATION:** American Board of Internal Medicine, 1992, 2002, 2012 with Focused Practice in Hospital Medicine
Certified Medical Director 1997
American Board of Hospice and Palliative Medicine 2000
Registered Vascular Technologist 2002

**LICENSURE:**
State of Louisiana, #0921R, 1992
State of Florida, #ME 96968, 2006
State of New York, #185678, 1991 - inactive

**PRESENT POSITION: Medical Director of Regional Business Development and System Chairman, Department of Hospital Medicine**

**IMMEDIATE PRIOR POSITION: Regional Vice President of Medical Affairs,** Ochsner Medical Center and **System Department Chairman of Hospital Medicine,** Ochsner Health System, New Orleans, Louisiana.

The Ochsner Clinic Foundation is a 501(c) 3 tax exempt independent Academic Medical Center in the Greater New Orleans and Baton Rouge areas. The provider component with net revenues of $2.5 billion, includes a 1100 physician multi-specialty, multi-site physician group; nine acute care hospitals and one sub-acute rehabilitation. This position reports to the System Chief Medical Officer. This includes overseeing medical affairs, quality, clinical resource management, patient satisfaction, case management staff and clinical performance improvement functions. Current initiatives include goals to achieve zero unexpected, preventable deaths and zero post-op class 1 surgical infections.

75 physicians, 30 NPs and PAs in New Orleans, Kenner

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 3

Westbank, Baton Rouge, and Northshore Louisiana
Assistant Program Director for Internal Medicine
Staff Physician, Section of Vascular Medicine
Ochsner Heart and Vascular Institute
Ochsner Clinic Foundation
New Orleans, Louisiana
July 1993 – 2007
NBC News Medical Correspondent.
WDSU weekly medical segment titled: "Ask Dr. D".
2007-2012

Physician mentor for Tulane University Medical College
MD/MPH program.- Monthly rotation
2008 - present

Total Quality Management Course
Course Director
Tulane University – Health System Management
Adjunct Professor
2008 - present

**APPOINTMENTS:**

Medical Leadership Council Member
Ochsner Clinic
3/99 – 1/13

CEOs Physician Strategy Cabinet
Ochsner Health System
1/13 - present

Staff Executive Committee
Ochsner Foundation Hospital
Member 1997 – 2001
Secretary 2002 – 12/2003
Vice President 1/2004 – 12/31/05
President – 1/06 – 12/07
Member – ex officio – 1/08 to present

Credentials Committee
Ochsner Health System
Member 1997 – 2005, 3/07 - present
Chairman 1/2006 – 3/07
Member – ex officio – 1/08 to present

Practice Management Committee
Society of Hospital Medicine
Chairman – 2009 – 2013
Member – 2014 to 2015

Multi-Site Leaders Task Force
Member – 2014 - 2016

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 4

Key Characteristic Work Group
Chairman
2015 - present

Gulf States Hospital Society
Leadership including Presidency 1/2007 – present

Society of Cardiovascular Patient Care
Board of Directors – member
2011 - present

Leadership Task Force
Society of Hospital Medicine
2004 – 2005

Annual Meeting Committee
Society of Hospital Medicine
Member 2005 – 2006, 2006 – 2007, 2007-2008, 2009 - 2010

Core Curriculum Committee
Society of Hospital Medicine
Member 2006 – 2007
Benchmarks, Practice Analysis Committee
Society of Hospital Medicine
Member 2006 – 2007, 2007 – 2008, 2008 – 2009

CME Executive Committee
Member
Ochsner Health System
2006 - present

System Throughput Steering Committee Member
2007 - 2013

LEARN (Louisiana Education on Anticoagulation
Resource Network)   Physician Advisor
1/02 – 2012

System Quality Care Committee
Steering Committee Member
Ochsner Health System / Ardent
2006 - 2008

Anticoagulation Subcommittee, Chairman
9/01 – present

Associate Professor of Medicine
Ochsner Clinical School with University of Queensland
2012 - present

Clinical Associate Professor of Medicine
Tulane University Medical College

USCA5 3011

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 5

New Orleans, LA; 2001 – present

Clinical Associate, Department of Medicine
Cornell University Medical College
New York, NY;   1989 - 1992

Medical Director of Jefferson Healthcare Nursing Home
New Orleans, LA;   1992 – 4/02

Co-Director, Nutrition Support Team
New Orleans, LA;   1993 - 2007

Utilization Management Medicare Risk Committee
Ochsner Foundation Hospital; New Orleans, LA
Member   1/96 - 12/96
Chairman 1/97 - 12/99
Medical Director 1/00 – 12/09

Hospice Associates of America
Medical Director  1997 - 7/98
Associate Director  8/98 - 7/99

Hospice of Greater New Orleans
Medical Director  7/99 - Present
National Consultant   1/00 – 1/02

Medicare Risk Physician Liaison
Ochsner Foundation Hospital
1996 -2009

Board of Directors, Ochsner Home Health
1996 – 2009

Patient Care Education Committee Member
Ochsner Clinic
1997 - present

Urgent Care Committee Member
Ochsner Clinic
1996 - 1/99

Information Systems Steering Committee Member
Epic implementation planned for 2011
Ochsner Foundation Hospital
1997 – present

**PROFESSIONAL
AFFILIATIONS:**

Society of Hospital Medicine
American College of Physicians
American College of Cardiology
American College of Physician Executives
Society of Cardiovascular Patient Care
Alliance of Independent Academic Medical Centers
American Medical Association

USCA5 3012

CURRICULUM  VITAE
STEVEN  B.  DEITELZWEIG, M.D.
PAGE  6

Society for Vascular Medicine and Biology
Investigators Against Thromboembolism
North American Thrombosis Foundation
International Society of Thrombosis and Hemostasis
American Medical Director Association
Medical Society of the State of New York
Southern Medical Association
Louisiana State Medical Society
National Hospice Organization

**HONORS AND AWARDS:**

Delta Omega National Honor Society
in Public Health (Eta Chapter)
Inducted 5/08 - National guidelines state that each chapter can
induct 10% of their graduating class who should be
selected from the top 25% when ranked by GPA.

Outstanding student for the MMM Class of 2008
Tulane University Health Science Center
Health System Management – 3.95 GPA

System Department of the Year
Hospital Medicine 2009
Ochsner Health System

Physician Leader of the Year
Ochsner Health System 2007

Physician of the Year – One of Three Finalists for 2005
Ochsner Health System

Editorial Board - Hospitalist News

Editorial Board – OmniaCore in Hospital Medicine

Editorial Board – Society of Cardiovascular Patient Caret

Reviewer – Journal of Hospital Medicine

Reviewer – CHEST since 1/07, ACP Hospitalist, Hospitalist
News, American Journal of Cardiovascular Drugs, and Hospital
Practice

Editorial Advisory Board – Hospitalist and Inpatient
Management Report 2006 - 2007

Emergency Medicine - Editorial Board – 2005

Reviewer – Vascular Surgery since 1/07

Top Doctors – 2006-2016
New Orleans Magazine

USCA5 3013

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 7

Top Doctors 2007 - present
Louisiana Life Magazine

Best Doctors in America 2005 - 2016
(Guide to America's Top Physicians)

Quantia MD– prior Director

GME – Today   Reviewer and Author – 2004, 2005, 2006

Fellow of the Society for Vascular Medicine and Biology –
7/02 – present

Chair, Department of Medicine Chair Search Committee 1999

Hospitalist Programs; Medical Leadership Council for the
Advisory Board Company; Advisor – 1998

Fellow of the American College of Physicians; 7/98 – present
Honorable Mention, Ochsner Clinic Department of Medicine
Teacher of the Year - 1994, 1995, 1996, 1997,
1998, 1999, 2000, 2001

George M. Jaffin Scholarly Activity Award for Excellence
in Research  -  1991
Assistant Chief Medical Resident - 1991

Certificate of Achievement in Hospice Training - 1989

Distinctions for Independent Research on Medicine in China
and China Today  - 1985

## RESEARCH and ABSTRACTS

1.  Medicine in China: Acupuncture (100-page thesis), 1985

2.  Deitelzweig S, Foley C, Wolf-Klein GP: The Effects of Hyperglycemia on Alzheimer's
    Disease. Nerken Center for Geriatric Research, 1988

3.  Deitelzweig S, Grossman D, Klein I, Gottridge J: Hypercholesterolemia as a Marker for
    Thyroid Disease in an Outpatient Population, 1991

4.  Deitelzweig S, Regenstein F: Diagnosis of Metastatic Carcinoma by Transjugular
    Liver Biopsy, 1993, unpublished

5.  Messerli F., Deitelzweig S, sub-investigator: Clinical Trials in Hyponatremia.  VPA-985
    with Wyeth-Ayerst 1997-1999

6.  Messerli F, Deitelzweig S, sub-investigator: RAFT (Rythmol-SR Atrial Fibrillation

USCA5 3014

CURRICULUM  VITAE
STEVEN  B.  DEITELZWEIG,  M.D.
PAGE  8

Trial).  Knoll Pharmaceutical 1998

7.  Deitelzweig S, Simonson: Pharmacoeconomic Analysis of Outpatient Deep Vein
Thromboses 1/2000

8.  Messerli F, Deitelzweig S, sub-investigator: A randomized, double-blind, placebo-
controlled, multicenter, long-term trial of preventing hypertension using Candesartan
Cilexetil 16 mg in patients with high normal blood pressure  (TROPHY).  Astra-Zeneca
1999-2000

9.  Messerli F, Deitelzweig S, sub-investigator:  A randomized, multicenter, double-blind,
parallel group study to determine the safety and efficacy of Lotrel versus enalapril in the
treatment of hypertension in Type II diabetics.  Novartis 1/00

10.  Walker C, Deitelzweig S, co-investigator: Economic Analysis of Telemedicine at Home
for COPD Patients.  Board of Regents Proposal  1/00

11.  Deitelzweig S, Money S, co-investigator: Thrive V.  A double-blind, efficacy and safety
study of the oral direct thrombin inhibitors, H376/95 versus enoxaparin and Coumadin in
patients with acute, symptomatic deep venous thrombosis with or without pulmonary
embolism.  June 2000

12.  Deitelzweig S, principal investigator.   LITE trial (long-term Innohep Treatment
Evaluation). June 2000

13.  Messerli F, Deitelzweig S, sub-investigator. A double-blind, randomized, placebo-
controlled, parallel group, multicenter, flexible-dose study to evaluate the efficacy and
safety of Viagra (sildenafil citrate) in males with erectile dysfunction and arterial
hypertension who are taking multiple antihypertensive treatment.   January 2000

14.  Messerli F, Deitelzweig S, sub-investigator.  Omapatrilat in Persons with Enhanced Risk of
Atherosclerotic Events:  The OPERA Trial.  May 2001

15.  Deitelzweig S, principal investigator.  A phase II, multicenter, randomized, open-label
prospective study to evaluate Tinzaparin versus unfractionated heparin in subjects who are
receiving long-term warfarin and require parenteral anticoagulation after the discontinuation
of warfarin therapy for an invasive or surgical procedure.  March 2001

16.  Deitelzweig S, principal investigator.  A pilot feasibility study to evaluate patient
recruitment, safety, efficacy, and compliance for a 180-day period of enoxaparin alone
versus enoxaparin followed by warfarin in the secondary prevention of venous of venous
thromboembolism in patients with active malignancy. July 2001

17.  Messerli F, Deitelzweig S.  A randomize, placebo-controlled, multicenter, fixed-dose study
to compare the blood pressure response of patients with moderate hypertension receiving
Lercanidipine 10 mg, 20 mg, 40 mg or placebo.  July 2001

USCA5 3015

18. Deitelzweig S, Simonson D. A bridging trial utilizing enoxaparin for patients with arrhythmias, venous thromboembolic disease and mechanical heart valves. January 2001

19. Deitelzweig S, principal investigator. An Epidemiological Observation Study of Deep Vein Thrombosis DVT Free 10/01 – 4/02

20. Deitelzweig S, principal investigator. Phase III oral heparin/SNAC solution tolerability study. February 2002 – January 2003

21. Deitelzweig S, principal investigator. A Phase IV double-blind, placebo-controlled, parallel, multicenter study on extended VTE prophylaxis in acutely ill medical patients with prolonged immobilization. February 2002 – ongoing

22. Felberg R, Deitelzweig S. WASID study, a 5-year multicenter clinical trial. Coordinating Center: Emory University. Funded by: National Institute of Neurological Disorders and Stroke. February 2002 – 2004

23. Deitelzweig S, principal investigator. A bridging registry with LMWH (Enoxaparin). Started July 2002

24. Simonson D, Deitelzweig S. Safety collaboration for the outpatient environment. Initiation October 2002

25. Deitelzweig S, Alonzo M. Optimize heart failure: Organized program to initiate life-saving treatment in hospitalized patients with heart failure. July 2003

26. Deitelzweig S. EXULT Knee: Optimization of dose and confirmation of safety and efficacy of H376/95 (oral direct thrombin inhibitor compared to warfarin (Coumadin) for the prevention of venous thromboembolism following total knee arthroplasty (TKA). August 2002 – February 2003

27. Deitelzweig S. Enoxaparin for acute ischemic stroke for VTE prophylaxis. PREVAIL. Sponsored by Sanofi-Aventis. December 2003 to December 2005

28. Deitelzweig S. Clinical outcomes with the use of the low molecular weight heparin as perioperative and periprocedural bridging therapy in patients on long-term oral anticoagulant treatment requiring interruption for an elective procedure (REGIMEN) sponsored by Aventis. April 2002 to October 2004

29. Goldman C, Deitelzweig S. A phase II double-blind randomized placebo-controlled study to assess the safety and efficacy of AMG0001 to improve perfusion in critical leg ischemia sponsored by AGNES. January 2003 to 2006

30. Goldman C, Deitelzweig S. A phase II double-blind placebo-controlled parallel group efficacy and safety study of different doses and schedules of administration of NVIFGF in patients with severe peripheral artery occlusive disease. June 2003 to 2006

31. Deitelzweig, S. A multicenter, randomized, open label, prospective comparison of xi Melagatran (Exanta) to low molecular weight heparin (LMWH) or bridging during invasive procedures in patients receiving chronic anticoagulation with vitamin K antagonists (VEA) Evaluation of xi Melagatran in changing anticoagulation in a global environment

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 10

(EXCHANGE). Sponsored by Astra-Zeneca. April 2004

32. Deitelzweig, S. Improve registry (International medical prevention registry on venous thromboembolism). Sponsored by Center for Outcome Research. June 2004 to 2006

33. Money S, Sternbergh C, Deitelzweig S. Claudication trial with a primary end lovastatin/Niaspan versus placebo for six months, then all patients cross over to lovastatin with continued randomization between niacin and placebo. January 2004 to January 2005

34. Deitelzweig S, Lin J. Comparison of the 2-year clinical and economic outcomes of VTE prophylaxis options in medical patients at risk of VTE. December 2006 to June 2007

35. Deitelzweig S. Multinational multicenter randomized double-blind double-dummy comparison of once daily orally administered rivaroxabon with enoxaprin for the prevention of venous thromboembolism events in acute ill medical patient. Sponsored by Bayer. November 2007 to 2008

36. HIT Observation Thromboembolism study National Health, Lung and Blood Institute Collaboraton with Tulane University Medical Center. June 2008 initiation.

37. Deitelzweig S, Multicenter randomized parallel group efficacy superiority study in hospitalized medically ill patient; comparing rivaroxaban with enoxaprin. Sponsored by Sanofi-Aventis. May 2008 initiation.

38. CASSIOPEA – An international, multicenter, randomized, double-blind, double-dummy, parallel group, study of 3-month or 6-month treatment with SSR126517E (3.0 mg s.c. once weekly) versus oral INR-adjusted warfarin in the treatment of patients with symptomatic pulmonary embolism, with or without symptomatic deep vein thrombosis.

39. AHRQ sponsored COPD Outcomes-based Network for Clinical Effectivenes and Research Translation: Transitions in Care Working Group. March 2010 – 2012.

40. Deitelzweig S., Lin J., et al. Preventing Venous Thromboembolism Following Hip Replacement Surgery: Analysis of Special Populations in the US who may Require Alteration to Anticogulant Regimens. Abstract: Journal of Hospital Medicine. April 2010.

41. Deitelzweig S., Lin J., et al. Impact of Special Populations on Thromboprophylaxis and Clinical Outcomes of Patients undergoing Knee Replacement Surgery in the U.S. Abstract: Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke Conference. Washington, D.C. May 2010

42. Impact of CMS VTE Hospital Acquired Conditions (HAC) Policy on Hospital Cost and Revenue Associated with Major Surgical Hip and Knee Procedures. American Society of Hematology. Orlando, Florida. December 2010.

43. Medical Cost Avoidance among the General and Elderly Atrial Fibrillation Populations Differs According to Specific Anticoagulant Use, Based on the ARISTOTLE and RE-LY Trials. American Heart Association: QoC. Atlanta, Georgia. May 2012.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 11

44.  Evaluation of Total Medical Costs with the Use of Apixaban and Rivaroxaban vs. Warfarin
Among Atrial Fibrillation Patients. American Heart Association: QoC. Atlanta, Georgia.
May 2012.

45.  Predicting total medical cost reductions of NOACs vs. warfarin from the RE-LY,
ROCKET-AF and ARISTOTLE trials with adjustment for warfarin's time in therapeutic
n Society of Health System Pharmacists. Baltimore, Maryland. June 2012.

46.  Impact of warfarin's time in therapeutic range on the efficacy and safety of stroke
prevention among non-valvular atrial fibrillation patients.  American Society of Health
System Pharmacists. Baltimore, Maryland. June 2012.

47.  Predicting Impact of Warfarin's Time-in-Therapeutic Range on Stroke and Major Bleed
Rates and its Influence on Medical Cost Avoidance Associated with NOAC usage–
Learning from RE-LY, ROCKET-AF and ARISTOTLE Trials. Thrombosis and Hemostasis
Society of North America. Chicago, Illinois. May 2012.

48.  Costs of Patients with Nonvalvular Atrial Fibrillation Who have Bleeding Events in a Large
Managed Care Population. American College of Cardiology. San Francisco, California.
March 2013.

49.  Evaluation of Medical Costs Associated with Use of Novel Oral Anticoagulants Compared
with Warfarin Among Nonvalvular Atrial Fibrillation Patients with Moderate and High
Stroke Risk. American Heart Association: QCOR. Baltimore, MD May 2013

50.  Evaluation of differences in medical costs associated with venous thromboembolism prophylaxis
with desirudin vs. low molecular weight heparin among patients undergoing total hip replacement
surgery. American Society of Hematology 56th Annual Meeting, San Francisco, CA, December 6-9,
2014. Poster.

51.  An In-Hospital  Discharge Protocol for Optimal Care of Patients with Chronic Obstructive
Pulmonary  Disease. Society of Hospital Medicine. Washington DC May 2015

52.  A conservative approach to assess warfarin time-in-therapeutic ranges among nonvalvular atrial
fibrillation patients in an integrated healthcare delivery setting in the U.S. International Society for
Pharmacoeconomics and Outcomes Research (ISPOR) 20th Annual International Meeting,
Philadelphia, PA, May 16-20, 2015, Poster

53.  Real-world assessment of hospital readmission among hospitalized patients with nonvalvular atrial
fibrillation treated with new oral anticoagulants – An early evaluation. Academy of Managed Care
Pharmacy 27th Annual Meeting and Expo, San Diego, CA, April 7-10, 2015. Poster.

54.  Quality of warfarin therapy and its impact on healthcare resource utilization and costs among
nonvalvular atrial fibrillation patients in an integrated delivery network setting in the U.S. Society of
Hospital Medicine Annual Meeting, National Harbor, MD, March 29-April 1, 2015. Poster.

55.   Does warfarin time-in-therapeutic range affect healthcare resource utilization and costs among
nonvalvular atrial fibrillation patients in the U.S.? American College of Cardiology 64th Annual
Scientific Sessions and Expo, San Diego, CA, March 14-16, 2015. Poster.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 12

56.     Comparison of All-cause and Bleeding-related Hospitalizations among Non-Valvular Atrial Fibrillation Patients Receiving Oral Anticoagulants. 2015 AHA.

57.     Hospitalization Rates and Healthcare Costs Among Non-Valvular Atrial Fibrillation Patients who were Naïve Users of Oral Anticoagulants. Quality of Care and Outcomes Research (QCOR), April 29-May 1, 2015. Baltimore, MD.

58.     Impact of warfarin adherence status on healthcare costs among patients with nonvalvular atrial fibrillation. 2016 AMCP Managed Care & Specialty Pharmacy Annual Meeting, San Francisco, CA, April 19-22, 2016. Poster.

59.     Hospital readmissions among patients with nonvalvular atrial fibrillation treated with the new oral anticoagulants, apixaban, dabigatran, and rivaroxaban. American College of Cardiology 65th Scientific Sessions, Chicago, IL, April 2-4, 2016. Poster.

60.     Healthcare Costs among Patients Diagnosed with Deep Vein Thrombosis in the Outpatient Setting and Treated with Rivaroxaban versus Low-Molecular-Weight Heparin and Warfarin. Poster presentation at the International Society for Pharmacoeconomics & Outcomes Research (ISPOR) International meeting. May 21-24, 2016. Washington, DC.

61.     Hospital Length of Stay and Hospitalization Costs for Pulmonary Embolism Comparing Patients Receiving Rivaroxaban or Warfarin. Poster presentation at the 2016 American Thoracic Society (ATS). May 13-18, 2016. San Francisco, California.

62.     Hospitalizations and other health care resource utilization among patients with deep vein thrombosis treated with rivaroxaban versus low-molecular-weight heparin and warfarin in the outpatient setting (ESC). August 27 – 31, 2016. Rome, Italy.

63.     Hospital resource utilization, cost and inpatient mortality associated with hospitalizations for major bleeding among atrial fibrillation patients treated with factor Xa inhibitors (ESC). August 27 – 31, 2016. Rome, Italy.

64.     Incremental Economic Burden Associated with Major Bleeding among Atrial Fibrillation Patients Treated with Factor Xa Inhibitors (ACEP). October 16 – 19, 2016. Las Vegas, Nevada.


## PUBLICATIONS

1.     Deitelzweig SB, Medical management of venous thromboembolic disease. The Ochsner Journal. 2000; 2 (2):92-101.
2.     Deitelzweig SB, Management and prevention of venous thromboembolism including surgery and the pregnant state. The Ochsner Journal. 2002; 4 (1) 23-9.
3.     Deitelzweig SB, Vanscoy GJ, Niccolai CS, et al. Venous thromboembolism prevention with LMWHs in medical and orthopedic surgery patients. Ann Pharmacother. 2003; 37 (3) 402-11
4.     Deitelzweig, SB, Jaff MR, Medical management of venous thromboembolic disease. Tech Vasc Interv Radiol. 2004; 7 (2) 63-7.

5.  Deitelzweig SB, McKean, SC, Amin, AN, et al.  Prevention of venous thromboembolism in the orthopedic surgery patient. Cleve Clin J Med. 2008; 75 Suppl (3) S27-36.

6.  Deitelzweig SB, Hoeksra JW.  Peripheral arterial disease and the hospitalist:  the rationale for early detection and optimal therapy.  J Hosp Med. 2008; 3 Suppl (2) S4-8.

7.  Deitelzweig SB, Becker R, Lin J, et al. Comparison of the two-year outcomes and costs of prophylaxis in medical patients at risk of venous thromboembolism.  Thromb Haemost. 2008; 100 (5) 810-20.

8.  Del Cid MR, Anand, RG, Sossaman GN, et al.  Cardiac sarcoidosis:  a case report and review of the literature.  J La State Med Soc. 2008; 160 (3) 155-9.

9.  Deitelzweig SB, Sasahara A, Michota F, McKean SC, Jacobson A. Guidelines-based use of  thromboprophylaxis. J Hosp Med. 2009 Oct 14;4(S8):S8-S15.

10.  McKean SC, Deitelzweig SB, Sasahara A, Michota F, Jacobson A. Assessing the risk of venous thromboembolism and identifying barriers to thromboprophylaxis in the hospitalized patient. J Hosp Med. 2009 Oct;4(8 Suppl):S1-S7.

11.  Michota F, Connor PJ, McKean SC, Deitelzweig SB, Sasahara A, Jacobson A. Improving thromboprophylaxis: performance measures and practical strategies. J Hosp Med. 2009 Oct;4(8 Suppl):S24-S30.

12.  Sasahara A, Michota F, McKean SC, Deitelzweig SB, Jacobson A. Optimizing management of venous thromboembolism: diagnosis, treatment, and secondary prevention. J Hosp Med. 2009 Oct;4(8 Suppl):S16-S23.

13.  Amin AN, Deitelzweig SB. Optimizing the prevention of venous thromboembolism: recent quality initiatives and strategies to drive improvement. Jt Comm J Qual Patient Saf. 2009 Nov;35(11):558-564.

14.  Zarowitz BJ, Tangalos E, Lefkovitz A, Bussey H, Deitelzweig S, Nutescu E, O'Shea T, Resnick B, Wheeler A. Thrombotic risk and immobility in residents of long-term care facilities. J Am Med Dir Assoc. 2010 Mar;11(3):211-221.

15.  Deitelzweig SB, Lin J, Hussein M, Battleman D. Are surgical patients at risk of venous thromboembolism currently meeting the Surgical Care Improvement Project performance measure for appropriate and timely prophylaxis? J Thromb Thrombolysis. 2010 Jul;30(1):55-66. Epub 2009 Oct 1.

16.  Hull RD, Schellong SM, Tapson VF, Monreal M, Samama MM, Nicol P, Vicaut E, Turpie AG, Yusen RD (Deitelzweig S, collaborator); EXCLAIM (Extended Prophylaxis for Venous ThromboEmbolism in Acutely Ill Medical Patients With Prolonged Immobilization) study. Extended-duration venous thromboembolism prophylaxis in acutely ill medical patients with recently reduced mobility: a randomized trial. Ann Intern Med. 2010 Jul 6;153(1):8-18.

17.  Deitelzweig SB, Lin J, Kreilick C, Hussein M, Battleman D. Warfarin therapy in patients with venous thromboembolism: patterns of use and predictors of clinical outcomes. Adv Ther. 2010 Sep;27(9):623-633.

18.  Deitelzweig SB, Ogbonnaya A, Berenson K, Lamerato LE, Costas JP, Makenbaeva D, Corbelli J. Prevalence of stroke/transient ischemic attack among patients with acute coronary syndromes in a real-world setting. Hosp Pract (Minneap). 2010 Nov;38(4):7-17.

19.  Deitelzweig SB, Johnson BH, Lin J, Schulman KL. Prevalence of clinical venous thromboembolism in the USA: Current trends and future projections. Am J Hematol. 2011 Feb;86(2):217-220.

20.  Deitelzweig SB, Lin J, Johnson BH, Schulman KL. Venous thromboembolism in the US: does race matter? J Thromb Thrombolysis. 2011 Feb;31(2):133-138.

21. Deitelzweig SB, Lin J, Lin G. Preventing venous thromboembolism following orthopedic surgery in the United States: impact of special populations on clinical outcomes. Clin Appl Thromb Hemost. 2011 Nov;17(6):640-650. Epub 2011 May 17.

22. Deitelzweig SB, McCormick L. Hyponatremia in hospitalized patients: the potential role of tolvaptan. Hosp Pract (Minneap). 2011 Aug;39(3):87-98.

23. Bonafede M, Jing Y, Gdovin Bergeson J, Liffmann D, Makenbaeva D, Graham J, Deitelzweig SB. Impact of dyspnea on medical utilization and affiliated costs in patients with acute coronary syndrome. Hosp Pract (Minneap). 2011 Aug;39(3):16-22.

24. Deitelzweig S, Amin A, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J. Medical cost reductions associated with the usage of novel oral anticoagulants vs. warfarin among atrial fibrillation patients, based on the RE-LY, ROCKET-AF and ARISTOTLE trials. J Med Econ. 2012;15(4):776-785. Epub 2012 Apr 13.

25. Deitelzweig S. Preventing venous thromboembolic events after total hip arthroplasty: new developments in clinical practice. Hosp Pract (Minneap). 2012 Apr;40(2):79-87.

26. Deitelzweig S, Amin A, Lin J, Christian R, Baumer D, Lowe T. Impact of hyponatremia on health care resource utilization in decompensated cirrhosis patients. Value Health. 2012 Jun; 15(4):A176

27. Deitelzweig S, Dressler DD, Harte B. Update in hospital medicine: evidence published in 2011. Ann Intern Med. 2012 Jun 19;156(12):875-879.

28. Rosenman MB, Baker L, Jing Y, Makenbaeva D, Meissner B, Simon TA, Wiederkehr D, Deitelzweig S. Why is warfarin underused for stroke prevention in atrial fibrillation? A detailed review of electronic medical records. Curr Med Res Opin. 2012 Sep;28(9):1407-1414. Epub 2012 Jul 26.

29. Deitelzweig SB. Transitions of care in anticoagulation management for patients with atrial fibrillation. Hosp Pract (Minneap). 2012 Oct;40(4):20-27.

30. Amin A, Deitelzweig S, Christian R, Friend K, Lin J, Belk K, Baumer D, Lowe TJ. Evaluation of incremental healthcare resource burden and readmission rates associated with hospitalized hyponatremic patients in the US. J Hosp Med. 2012 Oct;7(8):634-639. Epub 2012 Sep 7.

31. Deitelzweig S, Amin A, Christian R, Friend K, Lin J, Lowe TJ. Hyponatremia-associated healthcare burden among US patients hospitalized for cirrhosis. Adv Ther. 2013 Jan;30(1):71-80. Epub 2012 Dec 21.

32. Amin A, Deitelzweig S, Christian R, Friend K, Lin J, Lowe TJ. Healthcare resource burden associated with hyponatremia among patients hospitalized for heart failure in the US. J Med Econ. 2013;16(3):415-420. Epub 2013 Jan 23.

33. Deitelzweig S, Amin A, Christian R, Friend K, Lin J, Lowe TJ. Health care utilization, costs, and readmission rates associated with hyponatremia. Hosp Pract (Minneap). 2013 Feb;41(1):89-95.

34. Deitelzweig SB, Buysman E, Pinsky B, Lacey M, Jing Y, Wiederkehr D, Graham J. Warfarin use and stroke risk among patients with nonvalvular atrial fibrillation in a large managed care population. Clin Ther. 2013 Aug;35(8):1201-1210. Epub 2013 Jul 16.

35. Deitelzweig S, Amin A, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J. Medical costs in the US of clinical events associated with oral anticoagulant (OAC) use compared to warfarin among non-valvular atrial fibrillation patients ≥75 and <75 years of age, based on the ARISTOTLE, RE-LY, and ROCKET-AF trials. J Med Econ. 2013 Sep;16(9):1163-1168. Epub 2013 Aug 8.

36. Deitelzweig S. Care transitions in anticoagulation management for patients with atrial

fibrillation: an emphasis on safety. Ochsner J. 2013 Fall;13(3):419-427. Feb;9(2):123-128.

37. Amin A, Deitelzweig S, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J.Comparison of medical costs of patients with atrial fibrillation unsuitable for warfarintreatment with apixaban or aspirin based on AVERROES Trial. Clin Appl Thromb Hemost.2013 Oct 9. [Epub ahead of print] 2013 24108232

38. Deitelzweig S, Amin A, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J. Medicalcosts in the US of clinical events associated with oral anticoagulant (OAC) use compared to warfarin among non-valvular atrial fibrillation patients ≥75 and <75 years of age, based on the ARISTOTLE, RE-LY, and ROCKET-AF trials. J Med Econ. 2013 Sep;16(9):1163-1168. Epub 2013 Aug 8. 2013 23869941

39. Deitelzweig S, Amin A, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J. Medicalcosts of oral anticoagulants vs warfarin for atrial fibrillation patients with differentstroke risks. Cardiol Ther. 2013 Dec;2(2):165-170. Epub 2013 Aug 17. 2013 25135394

40. Deitelzweig S. Care transitions in anticoagulation management for patients with atrialfibrillation: an emphasis on safety. Ochsner J. 2013 Fall;13(3):419-427. 2013 24052775

41. Deitelzweig SB, Buysman E, Pinsky B, Lacey M, Jing Y, Wiederkehr D, Graham J. Warfarin use and stroke risk among patients with nonvalvular atrial fibrillation in a largemanaged care population. Clin Ther. 2013 Aug;35(8):1201-1210. Epub 2013 Jul 16. 2013 23867114

42. Deitelzweig SB, Pinsky B, Buysman E, Lacey M, Makenbaeva D, Wiederkehr D, Graham J. Bleeding as an outcome among patients with nonvalvular atrial fibrillation in a large managed care population. Clin Ther. 2013 Oct;35(10):1536-1545.e1. Epub 2013 Sep 26. 2013 24075151

43. Fares H, Heist K, Lavie CJ, Kumbala D, Ventura H, Meadows R, Carter W, Deitelzweig S, Ray IB. Fragmented QRS complexes-a novel but underutilized electrocardiograhic marker of heart disease. Crit Pathw Cardiol. 2013 Dec;12(4):181-183. 2013 24240545

44. Amin A, Deitelzweig S, Jing Y, Makenbaeva D, Wiederkehr D, Lin J, Graham J. Estimation of the impact of warfarin's time-in-therapeutic range on stroke and major bleeding rates and its influence on the medical cost avoidance associated with novel oral anticoagulant use-learnings from ARISTOTLE, ROCKET-AF, and RE-LY trials. J Thrombolysis. 2014 Aug;38(2):150-159. Epub 2014 Jan 30. 2014 24477787

45. Amin AN, Cerceo EA, Deitelzweig SB, Pile JC, Rosenberg DJ, Sherman BM. Hospitalistperspective on the treatment of skin and soft tissue infections. Mayo Clin Proc. 2014 Jun 25. [Epub ahead of print]. 2014 24974260

46. Amin AN, Cerceo EA, Deitelzweig SB, Pile JC, Rosenberg DJ, Sherman BM. The hospitalist perspective on treatment of community-acquired bacterial pneumonia. Postgrad Med. 2014 Mar;126(2):18-29. 2014 24685965

47. Cawley P, Deitelzweig S, Flores L, Miller JA, Nelson J, Rissmiller S, Wellikson L, Whitcomb WF. The key principles and characteristics of an effective hospital medicine group: An assessment guide for hospitals and hospitalists. J Hosp Med. 2014

48. Amin A, Deitelzweig S. A case-based approach to implementing guidelines for stroke prevention in patients with atrial fibrillation: balancing the risks and benefits. Thromb J. 2015 Aug 21;13:29. eCollection 2015.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 16

49. Deitelzweig S, Amin A. Target-specific oral anticoagulants and the hospitalist. Hosp Pract (1995). 2015 Feb;43(1):1-12. Epub 2015 Jan 6.

50. McHorney CA, Crivera C, Laliberté F, Nelson WW, Germain G, Bookhart B, Martin S, Schein J, Lefebvre P, Deitelzweig S. Adherence to non-VKA oral anticoagulant medications based on the Pharmacy Quality Alliance measure. Curr Med Res Opin. 2015 Sep 22:1-16.

51. Deitelzweig S, Bruno A, Trocio J, Tate N, Gupta K, Lin J, Lingohr-Smith M. An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. Curr Med Res Opin. 2016;32:573-82.

52. Deitelzweig, S, Evans M, Hillson E, Trocio J, Bruno A, Tan W, Lingohr-Smith M, Singh P, Lin J. Warfarin time in therapeutic range and its impact on healthcare resource utilization and costs among patients with nonvalvular atrial fibrillation. Curr Med Res Opin. 2016;32:87-94.

53. Cerceo E, Deitelzweig SB, Sherman BM, Amin AN. Multidrug-resistant gram-negative bacterial infections in the hospital setting: overview, implications for clinical practice, and emerging treatment options. Microb Drug Resist. 2016 Jul;22(5):412-431. Epub 2016 Feb 11.

54. Deitelzweig S, Laliberté F, Crivera C, Germain G, Bookhart BK, Olson WH, Schein J, Lefebvre P. Hospitalizations and other health care resource utilization among patients with deep vein thrombosis treated with rivaroxaban versus low-molecular-weight heparin and warfarin in the outpatient setting. Clin Ther. 2016 Aug;38(8):1803-1816.e3. Epub 2016 Aug 2.

## PRESENTATIONS

1. Dementia. Winthrop Home Care Services, Minneola, N.Y. 1988.

2. Signs, Symptoms and Diagnosis of Osteoarthritis and Rheumatoid Arthritis. Herricks Senior Citizen's Center, Herricks, NY. 1988.

3. Cholesterol: Heath and Diet. The Franklin Square Senior Citizen's Center, Franklin Square, NY. 1988.

4. Hypertension; Screening for Lung Cancer. House Staff Conferences, New York. 1990.

5. Clinical Pathology Conference - Abnormal Liver Tests. Medicine Grand Rounds, Alton Ochsner Medical Foundation, New Orleans, LA. 1992.

6. MKSAP - Hepatology Review for Ochsner Medical Foundation, New Orleans, LA. 1995, 1996, 1997, 1998, 1999, 2000.

7. Thrombolytics: A Primary Care Prospective. Emory University School of Medicine,

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 17

Atlanta, GA. November 1997.

8. Hospice in Long Term Care Facilities. Jefferson Healthcare Nursing Home, New Orleans, LA. July 1998.

9. Deep Vein Thrombosis. Medicine Grand Rounds, Forrest General Hospital, Hattiesburg, MS. August 1998.

10. Community-Acquired Pneumonia. Ochsner Foundation Hospital, New Orleans, LA. September 1998.

11. Deep Vein Thrombosis and Pulmonary Embolism. Medicine Grand Rounds, Alton Ochsner Medical Foundation, New Orleans, LA. November 1998.

12. Coordination of Outpatient Treatment of Deep Vein Thrombosis. Grand Rounds, Wilson Jones Hospital, Sherman, Texas. January 1999.

13. New Approaches to the Management of Venous Thromboembolic Disease. Medicine Grand Rounds, Texas Tech University, Lubbock, Texas. January 1999.

14. Coordination of Outpatient Treatment of Venous Thromboembolic Disease. Medicine Grand Rounds, Norman Regional, Norman, Oklahoma. January 1999.

15. Community-Acquired Pneumonia. East Jefferson General Hospital, New Orleans, LA. February 1999.

16. DVT and PE -- Review of Catheter-Directed Thrombolytics and Low-Molecular-Weight Heparin, Chateau Elan, Atlanta, GA. February 1999.

17. New Approaches to the Management of Venous Thromboembolic Disease. Medicine Grand Rounds, Texas Tech University, Amarillo, Texas. February 1999.

18. New Approaches to the Management of Venous Thromboembolic Disease. Reunion Arena, Dallas, Texas. February 1999.

19. Prophylaxis of Venous Thromboembolic Disease. East Jefferson General Hospital Family Practice Program Grand Rounds, New Orleans, LA. April 1999.

20. DVT and Pulmonary Embolus: A Case Manager's and Medical Director's Perspective. April 1999.

21. How To Develop a Hospitalist Program. Ocean Springs, MS. April 1999.

22. Ochsner Pneumonia Pathway: Clinical implications. Hattiesburg, MS. April 1999.

23. DVT and Pulmonary Embolus: New Frontiers. Medicine Grand Round, Caraway Methodist Hospital, Birmingham, AL. June 1999.

USCA5 3024

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 18

24. DVT and Pulmonary Embolus: New Frontiers. Family Practice Board Review course. University of Arkansas, Fort Smith, Arkansas. June 1999.

25. Low-Molecular Heparin in Managed Care, NYL Care. Dallas, TX. August 1999.

26. Outpatient Treatment Protocols for venous thromboembolic Disease. Aetna, Houston, TX. August 1999.

27. How to Interface with the Hospitalist. POA Meeting for Bristol Myers Squibb. August 1999.

28. Hospice in the Long-Term Care Setting. Administration in Louisiana Nursing Homes. September 1999.

29. Advances in the Management of Pain and Arthritis Condition. Oklahoma City, OK, and Baton Rouge, LA, Orthopedic Journal Club. October 1999.

30. Community-Acquired Pneumonia - Ochsner; Pathway and Clinical Results. Medical Grand Round. November 1999.

31. Cox-2 Inhibitors. A Hospitalist Perspective with Gastrointestinal Protective Effects. Alexandria, LA. November 1999.

32. Aventis National Area Education programs. Evidence-Based Approach to Use of Low Molecular Weight Heparins. January 2000 - June 2000.

33. Influenza and Pneumonia. Where have we been and where are we going. Family Practice Journal Club. Mandeville, LA. January 2000.

34. Update in Pain Management: A Hospitalist's Perspective. Alexandria, LA. April 2000.

35. How to Develop and Implement an Outpatient DVT Protocol. Medical Grand Rounds. Naples Community Hospital. April 2000.

36. Reassessing Risk of the Medically Ill Patient: A Targeted Approach to Antithrombotic Therapy. Section leader to a closed consultants' meeting for Rhone-Poulenc Rorer. San Antonio, TX. May 2000.

37. The Use of LMWH's in the 2000's. Martin Memorial Medical Center. Stuart, FL. May 2000.

38. Hospice and Hospital Medicine by the Hospitalist. Trinity Hospice Medical Directors' Retreat. Bradford, PA. June 2000.

39. The Use of LMWH's in the 2000's. Texas Heart Institute. Houston, TX. June 2000.

40. Community-Acquired Pneumonia: Care across the Continuum. Memorial Medical Center Noon Conference. June 2000.

USCA5 3025

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 19

41. Current Approaches to the Clinical Uses of LMWH. University of South Florida Family Practice Residency. July 2000.

42. Clinical Uses of the Low Molecular Weight Heparins. NMA. Lafayette, Louisiana. August 2000.

43. Prophylaxis of the Medically Ill and Acute Coronary Syndromes. Tampa Regional Medical Center. August 2000.

44. Implementation of Protocol Development by a Hospitalist. Round-table discussion. Tampa Hospitalists. August 2000.

45. CAP Pathway. Clinical Outcomes by risk stratification. Metairie, Louisiana. August 2000.

46. State of the Art Symposium on Low Molecular Weight Heparin and Pharmacoeconomics. Primed Northeast. Boston, Massachusetts. September 2000.

47. Differentiation of LMWH's. Medicine Grand Round at Forrest General Hospital, Hattiesburg, Mississippi. August 2000.

48. Pain Management and JCAHO. Lafayette, Louisiana. September 2000.

49. Current and New Uses for LMWH: Bridging for Arterial and Venous Disease, Pregnancy, ACS, VTE. West Florida Regional Medical Center. October 2000.

50. LMWH in the Managed Care Arena. Tenncare. Nashville, Tennessee. October 2000.

51. Clinical Uses of LMWH: Arterial or Venous Disease. Northwest Regional Medical Center Grand Round. October 2000.

52. Inpatient and Outpatient Approaches to Community-Acquired Pneumonia. Hattiesburg, Mississippi. November 2000.

53. Use of LMWH's. Dinner Symposium. December 2000.

54. State of the Art Approaches to Venous Thromboembolic Disease from Heparin to Thrombolytics. Pearl Harbor Academy. Honolulu, Hawaii. December 2000.

55. How to Design an Outpatient VTE Protocol. Summit Hospital Grand Round. McComb, Mississippi. January 2001.

56. JCAHO/EPEC Manual Regarding Pain Management. Regional Medical Directors' Retreat. Biloxi, Mississippi. January 2001.

57. New Approaches to the Management of Venous Thromboembolic Disease. Halifax Hospital Grand Rounds. Daytona Beach, Florida. February 2001.

USCA5 3026

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 20

58.    Clinical Uses of Heparins.  University of South Carolina.  February 2001.

59.    Acute Coronary Syndrome, VTE, and Prophylaxis of the Medically Ill.  Athens Regional
       Medical Center.  Athens, Georgia.  March 2001.

60.    Prophylaxis of the Medically Ill and Surgical Patients – Risk Stratification.  Austin, Texas.
       April 2001.

61.    Pain Management with Pre-Emptive Analgesia for the Hospitalized Patient.  Lafayette,
       Louisiana.   April 2001.

62.    Venous Thromboembolic Disease Prophylaxis for the Obese:  An Evidence-Based
       Approach.  Fobi Clinic, Los Angeles, California.  May 2001.

63.    Clinical Uses of the Low Molecular Weight Heparin.  White Memorial Medical Center.
       Los Ángeles, California.  May 2001.

64.    Tifacogin and Tissue Factor Pathway Inhibition: Advisor and Discussant.  Chicago, Illinois.
       May 2001.

65.    Diagnosis and Treatment of Venous Thromboembolic Disease. Closed Consultant National
       Meeting.  Aventis Pharmaceuticals.  Vancouver, Canada.  May 2001.

66.    Outpatient VTE Treatment Workshop.  Closed Consultant National Meeting. Aventis
       Pharmaceuticals.  Carlsbad, California.  June 2001.

67.    State of the Art Symposium on Low Molecular Weight Heparin and Pharmacoeconomics.
       Primed Mid West.  Chicago, Illinois.  June 2001.

68.    Cardiovascular, Renal, Gastrointestinal Effect of Coxibs in the Hospitalized Patient.
       New Orleans, Louisiana.   June 2001.

69.    LMWH and Cancer.  International Society for Thrombosis and Hemostasis.  Paris, France.
       July 2001.

70.    LMWH: An Update on Bridging Louisiana Education for Anticoagulation Research
       Network.  New Orleans, Louisiana.  November 2001.

71.    New Cardiovascular Horizons Faculty.  Heparins and VTE.  New Orleans, Louisiana.
       November 2001.

72.    PAD for the PCP.  New Orleans, Louisiana.  December 2001.

73.    New Anticoagulants: What you need to know.  Halifax Hospital Grand Rounds.  Daytona
       Beach, Florida.  February 2002.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 21

74.  5th Annual VTE Experts and INATE (Investigators Against Thromboembolism) Meeting. Participant. Barcelona, Spain. March 2002.

75.  Care-Based Consultants' Meeting for Medically Ill Patients at Emory University School of Medicine. March 2002.

76.  What a Hospitalist Should Know About Anticoagulation. Inpatient Physician of Forsyth Winston-Salem, North Carolina. April 2002.

77.  Medical and Surgical Prophylaxis of VTE. Nashville, Tennessee. May 2002.

78.  VTE Awareness Campaign. WDSU – Channel 6. New Orleans, Louisiana. June 2002.

79.  VTE Treatment Area Consultant Forum. Memphis, Tennessee. June 2002.

80.  VTE Awareness. Department of Medicine, Grand Rounds at Ochsner Clinic Foundation. New Orleans, Louisiana. June 2002.

81.  Anticoagulation for the Orthopedist. Ochsner Clinic Foundation, Grand Rounds. New Orleans, Louisiana. June 2002.

82.  Management of Acute Coronary Syndrome and Bridging Hospitalists of Broward County. Fort Lauderdale, Florida. July 2002.

83.  "Bridging" the Surgical Patient. WDSU – Channel 6. New Orleans, Louisiana. August 2002.

84.  Care-Based Consultant Meeting for the Southeastern Region on Anticoagulation Issues. Asheville, North Carolina. August 2002.

85.  Care-Based Consultant Meeting for the Northeastern Region on DVT and Pulmonary Embolism and Thrombophilia. Conducted with Dr. Sam Goldhaber as co-moderator. Boston, Massachusetts. September 2002.

86.  LMWH and Thrombolytics in VTE Management for the Cardiologist. New Cardiovascular Horizons. New Orleans, Louisiana. October 2002.

87.  Hospitalists and Heart Failures: New Algorithms for Care. Phoenix, Arizona. November 2002.

88.  How to Initiate a VTE Prevention Campaign. Inpatient Physicians of Memphis / Annual Meeting. December 2002.

89.  LMWH and Cancer. Halifax Tumor Conference. Daytona Beach, Florida. January 2003.

90.  Use of Antithrombotic agents during pregnancy. Obstetrics grand rounds. Ochsner Clinic

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 22

Foundation. January 2003.

91.   VTE: State of the Art. Medical Grand Rounds at North Shore – Long Island Jewish Health System. New York, New York. April 2003.

92.   DVT-Free: One Health System's Experience. St. Thomas, Virgin Islands. April 2003.

93.   National UPA Consensus panel: Co-chair, Venous Thromboembolism. Cancun, Mexico. May 2003.

94.   Challenging Venous Thromboembolism Standards: Heparin, LMWHs, and Evolving Agents. Memphis, Tennessee. May 2003.

95.   Management of VTE. Medical Grand Round. North Shore Glencove and Forest Hills, New York, New York. June 2003.

96.   Prevention and Treatment of DVT in the Medically Ill Patient. St. Mary's Hospital. Knoxville, Tennessee. July 2003.

97.   Healthday.com Top News Story. Preventive Blood Clot Therapy Underused Review of ISTH Meeting. July 2003.

98.   2003: VTE Update State of the Art. Carolinas Medical Center. October 2003.

99.   Optimal Management of the Hospitalized Patient. "Big Easy Fall Symposium." Conference director. New Orleans, Louisiana. October 9-11, 2003.

100.  VTE for the At-Risk Rehabilitation Patient. National Meeting for the Association of Rehabilitation Nurses. New Orleans, Louisiana. October 2003.

101.  VTE in the Renal Impaired and Novel Anticoagulants. UMKC / Truman Medical Center. Kansas City, Missouri. November 2003.

102.  Management of VTE in special patient populations. St. Luke's Hospital. Kansas City, Missouri. November 2003.

103.  Visiting Professorship at University of Kansas/Wichita. December 2003.

104.  How to Develop, Implement, and Monitor a VTE Awareness Initiative. Medicine grand round. UT – Galveston. December 2003.

105.  Preventing Venous Thromboembolism among Hospitalized Patients. A VHA one-hour Simulcast to 2300 hospitals featuring Ochsner Clinic Foundation administrators, pharmacists, and physicians.

106.  In-Hospital Management of Heart Failure from a Hospitalist's Perspective: Regional

USCA5 3029

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 23

Symposium. Orlando, Florida. January 2004.

107.    Advancing into a New Era of Anticoagulant Therapy. Baton Rouge, Louisiana. January 2004.

108.    The U.S. DVT Safety Zone Initiative. Curve Investigator's Meeting. Montreal, Canada. January 2004.

109.    Update in CHF Management. East Tennessee Society of Hospital Medicine. Bristol, Tennessee. February 2004.

110.    VTE Care Presentation and Update. VT Houston. Section of Pulmonary Medicine. February 2004.

111.    Vascular Disease. NPR. March 2004.

112.    Advancing Into A New Era of Anticoagulant Therapy. Knoxville, Tennessee. April 2004.

113.    Challenging Venous Thromboembolism Standards: Heparin, LMWHs and Evolving Agents. UPA Scientific Panel. Sanibel, Florida. April 2004.

114.    The Evolving Role of the Hospitalist in the Management of Acute Decompensated Heart Failure. Annual Meeting SHM. New Orleans, Louisiana. April 2004.

115.    Visiting Professorship at Good Samaritan Hospital Department of Surgery and St. John Hospital Department of Medicine. Phoenix, Arizona. April 2004.

116.    Optimizing Injectable Anticoagulant Formulary Management: LMWHs and Novel Agents. Intermountain Health Systems. Salt Lake City, Utah. May 2004.

117.    How to Initiate A VTE Awareness Program. New Bern, North Carolina. July 2004.

118.    ADHF Update. Hospitalist Advisory Board. Amelia Island, Florida. August 2004.

119.    VTE 2005 – Medicine Grand Rounds. Kessler Air Force Base. Biloxi, Mississippi. August 2004.

120.    Coumadin in the Twenty-First Century. Augusta, Georgia. October 2004.

121.    Course Director and Presenter at the Second Annual Optimal Management of the Hospitalized Patient. New Orleans, Louisiana. October 2004.

122.    Coumadin in the Twenty-First Century. Brooklyn VA. Brooklyn, New York. November 2004.

123.    Consensus on Contemporary Issues With Unfractionated Heparin: Challenges in Variation and Responsiveness ASHP. Orlando, Florida. December 2004.

USCA5 3030

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 24

124.  VTE: Get With the Guidelines.  AHEC Grand Rounds.  Charlotte, North Carolina.  March 2005.

125.  Optimizing Observation Patient Management by the World Research Group.  Orlando, Florida and Las Vegas, Nevada.  March 2005 and April 2005.

126.  Hospital Medicine Update.  At SHM.  Chicago, Illinois.  April 2005.

127.  How to Design, Implement, and Maintain the DVT Safety Zone.  VTMB.  Galveston, Texas.  May 2005.

128.  Vascular Diseases and Core Measures.  Third Annual Stroke Conference at Ochsner Clinic Foundation.  New Orleans, Louisiana.  May 2005.

129.  Management of decompensated heart failure from a hospitalist perspective.  Phoebe Putney Memorial Family Medicine Residency – Affiliate of MCG.  Albany, Georgia.  May 2005.

130.  Covering the Hospital Patient:  Planning Hospitalist and House Staff Coverage.  Fiftieth Annual Six-Clinic Meeting.  Boston, Massachusetts.  June 2005.

131.  Oral Anticoagulants in the Twenty-First Century.  UT – Knoxville.  Knoxville, Tennessee.  June 2005.

132.  VTE and the medically ill patient. Medical Grand Rounds. Huntington Hospital. NSUH/LIJ health system. September 2005.

133.  New anticoagulants. What does the future hold. Appleton Medical Center. Greenbay, Wisconsin. September, 2005.

134.  Medical Management during Hurricane Katrina. Implications to Hospitalists. 6th Annual Hospital Medicine Update. Atlanta, Georgia. November 10-12, 2005.

135.  Co-chair with Dr. Mark Williams 6th Annual Southern Hospital Medicine Update. Atlanta, November 10-12, 2005.

136.  The Katrina Clot and hospital medicine. Department academic presentation. Medical College of Virginia. November 2005.

137.  Creating a Culture of Safety. Where there is alliance in NQF, JCAHO, and AHRQ University of Miami. Miami, Florida. January 2006.

138.  The development of a VTE awareness initiative: Lessons Learned. Emory Hospital Medicine Department. Atlanta, Georgia. February 2006.

139.  Get with the Guidelines: 2006 ACCP consensus update. Penbrook Memorial Hospital. Colorado Springs, Colorado.  March 2006.

USCA5 3031

CURRICULUM  VITAE
STEVEN  B.  DEITELZWEIG, M.D.
PAGE  25

140.    DVT  Awareness Month and Hospital Medicine. HCA Lakeside Hospital. Mandeville, LA.
        March 2006.

141.    Moderator for Hospital Medicine and Perioperative initiatives. Annual Meeting for the
        Society of Hospital Medicine. Washington, DC May 2006.

142.    Moderator for Sanofi-Aventis National Advisory Board for Congestive Heart Failure and
        Prevention of VTE. Santa Fe, New Mexico. May 2006.

143.    Thrombosis in 2007. AMCP. Chicago, Illinois. September 2006

144.    Enoxaparin for DVT Prophylaxis in the Medically Ill Patient. Summit Medical Center.
        Hermitage, Tennessee. October 2006.

145.    What It Takes To Improve Clinical Outcomes. Faculty for Hospital and Physician
        Relations:  An Executive Summit. Co-presented with Sue Bond of HealthGrades.
        Scottsdale, Arizona.  October 2006.

146.    Core Measures: What a Hospitalist Needs To Know. Kessler AFB. Biloxi, Mississippi.
        October 2006.

147.    Course director and presenter for the 7th Annual Hospital Medicine Update co-sponsored
        with Emory. New Orleans, LA. November 2006.

148.    Quality Measures for 2007 in Vascular Diseases. Grand Rounds for Dept of Medicine at
        Jewish General Hospital. Montreal, Canada. January 2007.

149.    Heparin Induced Thrombocytopenia. San Antonio,  Texas. January 2007.

150.    Quality Measures: What happens if you don't make the leap?. Miami, Florida. February
        2007.

151.    VTE in the Rehab patient. Grand Rounds at the Tampa VA. March 2007.

152.    Core measures: What is new on the horizon? Medicine Grand Rounds. West Virginia
        University. March 2007.

153.    Anticoagulation in the long term care patient. Chairman and moderator. New York City,
        New York. April 2007.

154.    VTE and Quality: Satellite symposium at SHM national meeting. Dallas, Texas. May 2007.

155.    Peripheral Artery Disease and Antiplatelets for the Hospitalist. Satellite symposium at the
        SHM national meeting. Dallas, Texas. May 2007.

156.    Core Measures: What happens if you don't make the Leap? Grand Rounds. Castle Medical
        Center, Hilo Medical Center. Oahu and Hilo, Hawaii. July 2007.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 26

157. Conference co-director and presenter at the ninth annual southern hospital medicine update Ochsner/Emory. New Orleans, LA. October 2007.

158. Leadership directives and core measures international investigations against thromboembolism. Lisbon, Portugal. October 2007.

159. Improving Patient Care through GME: Outcome Measures. The AIAMC National Initiative. Washington, DC. November 2007.

160. Cleveland Clinic VTE Symposium. Orthopedic initiatives. Miami, FL. December 2007.

161. Patient Satisfaction; The physician: role Ground rounds: Ochsner Medical Center New Orleans, LA. January 2008.

162. DVT and PE Prophylaxis in Patients with Cancer. Valley Presbyterian Hospital Medical Staff. Van Nuys, California. February 2008.

163. Perioperative Management:Anticoagulation Society of Hospital Medicine Annual Meeting San Diego, CA April 2008.

164. SCIP and VTE management in the Vascular Surgery Patient. 9th Annual Vascular Symposium. Honolulu, Hawaii. April 2008.

165. Hospital Pharmacoeconomics of DVT Prophylaxis and Treatment. Rancho Mirage Medical Center Grand Rounds. Rancho Mirage, California. May 2008.

166. New approaches to managing VTE and quality measures. Medical Grand Rounds. Keesler Air Force Base. Biloxi, Mississippi. May 2008.

167. Patient Satisfaction. Gulf Coast States Chapter of the Society of Hospital Medicine. Conference Co-Director. Point Clear, Alabama. July 2008.

168. Quality in our Health System. Hospital Medicine Monthly Meeting Hackensack, NJ September 2008

169. Are Surgical Patients at Risk of Venous Thromboembolism Currently Meeting the Surgical Care Improvement Performance Target Goal for Appropriate and Timely Prophylaxis? ACCP Annual Meeting Philadelphia, Pennsylvania. October 2008

170. Are we Lean Enough in Healthcare. Chief Medical Officers Forum. Health Management Academy. Palm Beach, Florida. April 20009.

171. Venous Thromboembolic Disease Treatment update. Focus on the 8th ACCP guidelines. Society of Hospital Medicine Annual Meeting. Chicago, Illinois. May 2009.

172. A case-based review of the National Quality Forum / Joint Commission Resourses

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 27

Consensus Standards for the Prevention and Care of Venous Thromboembolism. Wisconsin. 2009.

173. Are we Lean Enough in Health Care? System ED meeting. Ochsner Health System. New Orleans, LA. June 2009.

174. Prevalence of Venous Thromboembolism in the USA: Now and In the Future. International Society of Thrombosis and Hemostasis. Boston, Mass. July, 2009.

175. Lean Performance Improvement and Re-admission Rates. Gulf States Hospitalist Society. Co-Director. Point Clear, Alabama. July 2009.

176. VTE management in the Acutely ILL Medical Patient Across the Health Care Continuum. Western Pennsylvania Hospital. Pittsburgh, PA. September 2009.

177. Intervention for Improving Care in the Hospital. Grand Rounds at Brockton Hospital. Boston, Mass. September 2009.

178. Clinical Thrombosis cases and update from the literature. 10th Annual Southern Hospital Medicine meeting. New Orleans, LA. October 2009.

179. Patient Services Experience at Ochsner Health System. GE learning, innovation, and growth program. Health Management Academy. Crotonville, New York. February 2010.

180. VTE update and care transitions. University of Miami Grand Rounds. Miami, Florida March 2010.

181. Managing the Care Transition: The Essentials of Effective Discharge Planning. Florida SHM Chapter Meeting. Miami, Florida. March 2010.

182. Current trends and future projections on the prevalence of venous thromboembolism in the USA. CDC National conference on Blood Disorders in Public Health. Atlanta, Georgia. March 2010.

183. The Hospitalist and the Patient Care Team: Working Together Toward Quality Outcomes. National Teleconference with Dr. Mark McClellan. Bridgewater, New Jersey. March 2010.

184. Teamwork and Group Effectiveness: Practice Management Workshop. Annual Society of Hospital Medicine Meeting 2010. Washington, DC. April 2010.

185. Guidelines in the Hospital to Meet Joint Commission Measures and Achieve National Patient Safety Goals. Annual Society of Hospital Medicine Meeting 2010. Washington, DC. April 2010.

186. Teamwork and Group Effectiveness. Annual Meeting of the Society of General Internal Medicine. Minneapolis, Minnesota. May 2010.

187. The Importance of Ensuring Appropriate DVT Prophylaxis Throughout the Continuum of Care. Medical Grand Rounds. Danbury Hospital and White Plains Hospital. Danbury, CT and White Plains, NY. May 2010.

CURRICULUM VITAE
STEVEN B. DEITELZWEIG, M.D.
PAGE 28

188. Deitelzweig S., Lin J., et al. Impact of Special Populations on Thromboprophylaxis and Clinical Outcomes of Patients undergoing Knee Replacement Surgery in the U.S. Abstract: Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke Conference. Washington, D.C. May 2010

188. Trends in the Prevalence of Venous Thromboembolism in the United States. 21st International Thrombosis Congress. Milan, Italy July 2010.

189. Hyponatremia and it's implications in the inpatient setting. Invited speaker to the New York SHM-ACP chapter meeting. New York, NY. September 2010

190. Teamwork and Communication. Southern Hospital Medicine Conference. Atlanta, Georgia. October 2010.

191. Dilemmas in VTE management and new anticoagulants. Southern Hospital Medicine Conference. Atlanta, Georgia. October 2010.

192. Hyponatremia and quality metrics. SHM Houston chapter meeting. Houston, Texas. October 2010.

193. Impact of CMS VTE Hospital Acquired Conditions (HAC) Policy on Hospital Cost and Revenue Associated with Major Surgical Hip and Knee Procedures. American Society of Hematology. Orlando, Florida. December 2010.

194. The CMS policy on venous thromboembolism as a hospital acquired condition: projected r revenue and cost impact of potential expansion to include medical and surgical patients. SH. Orlando, Florida. December 2010.

195. New anticoagulants in the management of atrial fibrillation. LSU neurology and family practice residency program. March 2011.

196. Patient satisfaction and Comtemporary management of acute decompensated heart failure. Invited speaker for the inaugural Hospital Medicine pre-course at the Annual ACP meeting. San Diego, California April 2011.

197. Hyponatremia for the hospitalist. Gulf States Hospitalist Society. Point Clear, Alabama. July 2011.

198. NOACs and their implications in the future. Southern Hospital Medicine Conference New Orleans, LA Oct 2011.

199. Non-monetary compensation for hospitalists. Annual Meeting Society of Hospital Medicine. San Diego, California. April 2012.

200. Update in Hospital Medicine. American College of Physicians. New Orleans, LA. April 2012.

USCA5 3035

CURRICULUM  VITAE
STEVEN  B.  DEITELZWEIG, M.D.
PAGE  29

201.    Transitions of Care. Gulf States Hospitalist Society. Point Clear, Alabama. July 2012.

202.    Venous Thromboembolic disease update from the 9th American College of Chest
        Physicians. Atlanta, Georgia. October 2012.

203.    Improving Patient Satisfaction - Two Success Stories. Society of Hospital Medicine.
        Washington, D.C. May 2013.

204.    Patient Experience: Practical tips to improve care tomorrow. Society of Cardiovascular
        Patient Care Annual Sympsium. Orlando, Florida. September 2013

205.    NOACs: How best to incorporate into your practice. Annual Southern Hospital Medicine
        conference. New Orleans, Louisiana. November 2013

206.    Tactics to improve the care of Patients with Atrial Fibrillation and Deep Vein Thrombosis.
        Emergencies in Medicine. Maui, Hawaii. December 2013.

207.    Leading Insights in Anticoagulation: Innovations in Practice. Cleveland Clinic and
        University of Miami Peri-operative Summit. Phoenix, Arizona. February 2014.

208.    The Key Principles and Characteristics of an Effective Hospital Medicine Group: An
        Assessment Guide for Hospitals and Hospitalists. Society of Hospital Medicine Annual
        Meeting. Practice Management Session. Las Vegas, Nevada. March 2014.

209.    Hospitalist and Emergency Medicine Collaborative. EDPMA. New Orleans, Louisiana.
        May 2014.

210.    NOACs and 9th ACCP anticoagulation update. Regional Chapter Meeting. Honolulu,
        Hawaii. June 2014.

211.    The Key Principles and Characteristics of an Effective Hospital Medicine Group: An
        Assessment Guide for Hospitals and Hospitalists. Regional Chapter Meeting. Gulf States
        Hospitalist Society. Point Clear, Alabama. June 2014.

212.    Key Principles and Characteristics of an Effective Hospital Medicine Group. Inaugural
        Mayo Clinic Hospital Medicine Grand Rounds. Rochester, Minnesota. August 2014.

213.    VTE controversies. 15th Annual Southern Hospital Medicine Conference: Collaborative
        Solutions Across Healthcare. Atlanta, Georgia. October 2014.

214.    Thrombosis in the 21st century. Emergencies in Medicine Symposium. Maui, Hawaii.
        December 2014.

215.    Hospital Medicine Alignment. Annual Society of Hospital Medicine Conference. National
        Harbor Washington, DC April 2015.

USCA5 3036

216.  Hot Topics in Medicine: Continuing Education Tour. I provided 6 hours of CME and CEU. Morrocco, Africa. May 2015.

217.  How to Implement the Key Characteristics of an Effective HMG. Gulf States Hospitalist Society. Point Clear, Alabama. July 2015.

218.  Case Based Update on the Use of Anticoagulants. Southern Hospital Medicine Symposium. New Orleans, Louisiana. October 2015.

219.  36th Current Concepts in Emergency Care. Electrolye Abnormalities in Liver Failure, Heart Failure, and Renal Failure. Maui, Hawaii. December 2015.

220.  Practice Management Pre-Course. Focus on the Key Characteristics of an Effective Hospital Medicine Group. Principles on Alignment, Recruitment, Adequate Resources. Society of Hospital Medicine. San Diego, California March 2016.

221.  Case Studies in Atrial Fibrillation and Chronic Kidney Disease. Society of Hospital Medicine Annual Meeting. San Diego, California March 2016.

222.  Hot Topics in Medicine: Continuing Education Tour. I provided 6 hours of CME and CEU. Tokyo, Japan. April 2016.

223.  Medicine on the Beach. 2016 VTE ACCP Update. Singing River Conference for PCPs. Destin, Florida April 2016.

224.  ACCP Update. Gulf States Hospitalist Society. Point Clear, Alabama July 2016.

225.  Real World Data NVAF advisory board chair for the American College of Cardiology. Buenos Aires, Argentina August 2016.

226.  Top Practice Management Strategies for a Successful Hospital Medicine Practice. 17th Annual Southern Hospital Medicine Conference. Atlanta, Georgia October 2016.

227.  Case Based VTE Management in 2016: Guidelines, Best Evidence, and Best Practice. 17th Annual Southern Hospital Medicine Conference. Atlanta, Georgia October 2016.

More than 200 additional presentations to internal medicine and family practice house staff and attendings on various internal medicine and subspecialty topics.

Steven B. Deitelzweig, M.D., M.M.M., F.A.C.P., F.S.V.M.B., R.V.T.
USDC, EDLA MDL 2592 "L"

RELIANCE LIST

Medical Records re: Joseph Boudreaux

1. Acadian Ambulance,
   750002_054_001_BoudreauxJrJosephJ_AcadianAmbulanceSvcs_00000001_00000031.pdf

2. Cardiovascular Institute of the South - Houma, partial of
   750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

3. Cardiovascular Institute of the South Houma Clinic Records,
   750002_025_004_CardiovascularInstituteoftheSouthHouma_00000501_00000571.pdf

4. Cardiovascular Institute of the South- Houma,
   750002_025_002_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000352_00000390.pdf

5. Cardiovascular Institute of the South- Houma,
   750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

6. Cardiovascular Institute of the South- Houma,
   750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

7. Cardiovascular Institute of the South- Houma,
   750002_025_003_CardiovascularInstituteoftheSouthHouma_00000391_00000500.pdf

8. Cardiovascular Institute of the South- Houma, partial of
   750002_025_001_BoudreauxJrJosephJ_CardiovascularInstituteoftheSouthHouma_00000001_00000351.pdf

9. Digestive Health Center,
   750002_068_001_BoudreauxJrJosephJ_DigestiveHealthCtr_00000001_00000005.pdf

10. Digestive Health Center,
    750002_068_002_BoudreauxJrJosephJ_DigestiveHealthCtr_00000006_00000006.pdf

1

USCA5 3038

11. Humana,
750002_037_001_BoudreauxJrJosephJ_HumanaIncAttentionCriticalInquiryDept_00000
001_00000038.pdf

12. Humana,
750002_069_001_BoudreauxJrJosephJ_HumanaHealthBenefitPlanofLouisianaInc_0000
0001_00000021.pdf

13. MATC Family Medicine -Dr. Andre Duplantis,
750002_019_001_BoudreauxJrJosephJ_DuplantisAndreMD_00000001_00000416.pdf

14. MATC Family Medicine - Dr. Andre Duplantis,
750002_019_002_BoudreauxJrJosephJ_DuplantisAndreMD_00000417_00000417.pdf

15. MATC Family Medicine - Dr. Andre Duplantis,
750002_019_003_BoudreauxJrJosephJ_DuplantisAndreMD_00000418_00000463.pdf

16. MATC Family Medicine - Dr. Andre Duplantis,
750002_019_004_BoudreauxJrJosephJ_DuplantisAndreMD_00000464_00000464.pdf

17. MATC Family Medicine - Elizabeth Foret, NP
750002_021_001_BoudreauxJrJosephJ_ForetElizabethNP_00000001_00000022.pdf

18. MATC Family Medicine -Elizabeth Foret, NP
750002_021_002_BoudreauxJrJosephJ_ForetElizabethNP_00000023_00000024.pdf

19. Medicare/Medicaid,
750002_036_001_BoudreauxJrJosephJ_CtrsforMedicareandMedicaidSvcsLegalDeptPriv
acyOffice_00000001_00000001.pdf

20. Ochsner - Dr. Katherine Baumgarten,
750002_067_001_BoudreauxJrJosephJ_BaumgartenKatherineMD_00000001_00000002.
pdf

21. Ochsner Medical Center Kenner Billing,
750002_014_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerPatientAccts_00000001_
00000011.pdf

22. Ochsner Medical Center Kenner Medicals,
750002_013_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerMedRecsDept_00000001
_00000531.pdf

2

23.  Ochsner Medical Center Kenner, Radiology,
     750002_015_001_BoudreauxJrJosephJ_OchsnerMedCtrKennerRadDept_00000001_000
     00002.pdf

24.  Ochsner Medical Center Kenner Radiology,
     750002_015_002_OchsnerMedCtrKennerRadDept_00000003_00000003.pdf

25.  Ochsner Medical Center Kenner Radiology,
     750002_015_003_OchsnerMedCtrKennerRadDept_00000004_00000004.pdf

26.  Ochsner Medical Center Kenner Radiology,
     750002_015_004_OchsnerMedCtrKennerRadDept_00000005_00000007.pdf

27.  Ochsner Medical Center Main Campus Billing,
     750002_048_001_BoudreauxJrJosephJ_OchsnerMedCtrPatientAccts_00000001_000000
     03.pdf

28.  Ochsner Medical Center Main Campus Medicals,
     750002_047_001_BoudreauxJrJosephJ_OchsnerMedCtrReleaseofInformation_00000001
     _00000013.pdf

29.  Ochsner Medical Center Main Campus Pathology,
     750002_050_001_BoudreauxJrJosephJ_OchsnerMedCtrPathDept_00000001_00000001.
     pdf

30.  Ochsner Medical Center Main Campus Radiology,
     750002_049_001_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000001_00000002.p
     df

31.  Ochsner Medical Center Main Campus Radiology,
     750002_049_002_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000003_00000003.p
     df

32.  Ochsner Medical Center Main Campus Radiology,
     750002_049_003_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000004_00000011.p
     df

33.  Ochsner Medical Center Main Campus Radiology,
     750002_049_004_BoudreauxJrJosephJ_OchsnerMedCtrRadDept_00000012_00000012.p
     df

3

34.  Ochsner Medical Center St. Anne Billing,
     750002_009_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000
     001_00000068.pdf

35.  Ochsner Medical Center St. Anne Billing,
     750002_009_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPatientAccts_00000
     069_00000069.pdf

36.  Ochsner Medical Center St. Anne Medicals,
     750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
     00001_00000750.pdf

37.  Ochsner Medical Center St. Anne Medicals,
     750002_008_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
     00751_00000982.pdf

38.  Ochsner Medical Center St. Anne Medicals,
     750002_008_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospMedRecsDept_000
     00983_00000983.pdf

39.  Ochsner Medical Center St. Anne Medicals,
     750002_039_001_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000001_00000280
     .pdf

40.  Ochsner Medical Center St. Anne Medicals,
     750002_039_002_BoudreauxJrJosephJ_OchsnerStAnneMedClinic_00000281_00000282
     .pdf

41.  Ochsner Medical Center St. Anne Pathology,
     750002_011_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospPathDept_0000000
     1_00000001.pdf

42.  Ochsner Medical Center St. Anne Radiology,
     750002_010_001_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000001
     _00000002.pdf

43.  Ochsner Medical Center St. Anne Radiology,
     750002_010_002_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000003
     _00000012.pdf

44.  Ochsner Medical Center St. Anne Radiology,
     750002_010_003_BoudreauxJrJosephJ_OchsnerStAnneGeneralHospRadDept_00000013
     _00000013.pdf

4

45. Ochsner Medical Center St. Anne,
750002_055_001_BoudreauxJrJosephJ_OchsnerStAnneFamilyDrClinicMathews_00000
001_00000493.pdf

46. Ochsner St. Anne Family Doctor Clinic – Dr. A. Duplantis Clinic Records,
750002_019_005_DuplantisAndreMD_00000465_00000499.pdf

47. Pharmacy Records of Rouses,
750002_035_004_RousesPharmacy_00000081_00000100.pdf

48. Plaintiff Fact Sheets,
750002_002_001_BoudreauxJrJosephJ_PlaintiffFactSheet_00000001_00000043.pdf

49. Plaintiff Fact Sheets,
750002_002_002_BoudreauxJrJosephJ_PlaintiffFactSheet_00000044_00000067.pdf

50. Plaintiff Fact Sheets,
750002_002_003_BoudreauxJrJosephJ_PlaintiffFactSheet_00000068_00000093.pdf

51. Plaintiff Fact Sheets,
750002_002_004_BoudreauxJrJosephJ_PlaintiffFactSheet_00000094_00000118.pdf

52. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000001_00000750.pdf

53. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00000751_00001500.pdf

54. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00001501_00002250.pdf

55. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00002251_00003000.pdf

56. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003001_00003750.pdf

57. Plaintiff Produced Records,
750002_003_001_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003751_00003845.pdf

58. Plaintiff Produced Records,
750002_003_002_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003846_00003856.pdf

5

59.   Plaintiff Produced Records,
      750002_003_003_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003857_00003857.pdf

60.   Plaintiff Produced Records,
      750002_003_004_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003858_00003961.pdf

61.   Plaintiff Produced Records,
      750002_003_005_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003962_00003965.pdf

62.   Plaintiff Produced Records,
      750002_003_006_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003966_00003966.pdf

63.   Plaintiff Produced Records,
      750002_003_007_BoudreauxJrJosephJ_PlaintiffProducedRecs_00003967_00004484.pdf

64.   Plaintiff Produced Records,
      750002_003_008_BoudreauxJrJosephJ_PlaintiffProducedRecs_00004485_00005047.pdf

65.   Plaintiff Produced Records,
      750002_003_009_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005048_00005117.pdf

66.   Plaintiff Produced Records,
      750002_003_010_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005118_00005233.pdf

67.   Plaintiff Produced Records,
      750002_003_011_BoudreauxJrJosephJ_PlaintiffProducedRecs_00005234_00005287.pdf

68.   Rouses Pharmacy,
      750002_035_001_BoudreauxJrJosephJ_RousesPharmacy_00000001_00000014.pdf

69.   Rouses Pharmacy,
      750002_035_002_BoudreauxJrJosephJ_RousesPharmacy_00000015_00000079.pdf

70.   Rouses Pharmacy,
      750002_035_003_BoudreauxJrJosephJ_RousesPharmacy_00000080_00000080.pdf

71.   Southeast Louisiana Veterans Health Care System Radiology,
      750002_033_002_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
      adDept_00000002_00000002.pdf

USCA5 3043

72. Southeast Louisiana Veterans Health Care System Radiology,
750002_033_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
adDept_00000001_00000001.pdf

73. Southeast Louisiana Veterans Health Care System,
750002_031_001_BoudreauxJrJosephJ_SoutheastLouisianaVeteransHealthCareSystemR
eleaseofInformation_00000001_00000112.pdf

74. Terrebonne General Billing,
750002_028_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPatientAccts_000000
01_00000012.pdf

75. Terrebonne General Medicals,
750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
001_00000750.pdf

76. Terrebonne General Medicals,
750002_027_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00000
751_00001180.pdf

77. Terrebonne General Medicals,
750002_027_002_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrMedRecsDept_00001
181_00001295.pdf

78. Terrebonne General Pathology,
750002_030_001_BoudreauxJrJosephJ_TerrebonneGeneralMedCtrPathDept_00000001_
00000001.pdf

79. Thibodeaux Regional Billing,
750002_061_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPatientAccts_000000
01_00000002.pdf

80. Thibodeaux Regional Medicals,
750002_060_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
001_00000011.pdf

81. Thibodeaux Regional Medicals,
750002_060_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
012_00000012.pdf

82. Thibodeaux Regional Medicals,
750002_060_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrMedRecsDept_00000
013_00000013.pdf

7

83.   Thibodeaux Regional Pathology,
      750002_062_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrPathDept_00000001_
      00000001.pdf

84.   Thibodeaux Regional Radiology,
      750002_063_001_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000001_
      00000001.pdf

85.   Thibodeaux Regional Radiology,
      750002_063_002_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000002_
      00000002.pdf

86.   Thibodeaux Regional Radiology,
      750002_063_003_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000003_
      00000003.pdf

87.   Thibodeaux Regional Radiology,
      750002_063_004_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000004_
      00000004.pdf

88.   Thibodeaux Regional Radiology,
      750002_063_005_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000005_
      00000005.pdf

89.   Thibodeaux Regional Radiology,
      750002_063_006_BoudreauxJrJosephJ_ThibodauxRegionalMedCtrRadDept_00000006_
      00000006.pdf

90.   Thibodeaux Surgical Specialists - Dr. William Bisland,
      750002_056_001_BoudreauxJrJosephJ_BislandWilliamBJrMD_00000001_00000016.pd
      f

91.   University Health Shreveport,
      750002_059_001_BoudreauxJrJosephJ_UnivHealthShreveportMedRecsDept_00000001_
      00000001.pdf

92.   Wal-Mart Pharmacy,
      750002_051_001_BoudreauxJrJosephJ_WalMartStoresIncPharmacy_00000001_000000
      05.pdf

8

Medical Records re: Mingo

1.  Ajagbe, Olukunle MD Medical Records, DMingo - Ajagbe, Olukunle, M.D.pdf

2.  Amite County Medical Services Medical Records, DMingo - Amite County Medical Services.pdf

3.  Barnes, Charles OD Medical and Billing Records, DMingo - Barnes, Charles, OD.pdf

4.  Blue Cross Blue Shield Mississippi Insurance Records, DMingo - Blue Cross Blue Shield of Mississippi.pdf

5.  Brookhaven Urology Clinic Records, DMingo - Brookhaven Urology.pdf

6.  Cardiovascular Institute of MS Medical Records, DMingo - Cardiovascular Institute of MS.pdf

7.  Center Medicare/Medicaid Insurance Records, DMingo - Center Medicare & Medicaid.pdf

8.  Clark, Jeffrey MD Medical and Billing Records, DMingo - Clark, Jeffrey, M.D.pdf

9.  Garbo, Joseph DPM Podiatry Records, DMingo - Garbo, Joseph, D.P.M.pdf

10. Genitiva Home Health Records, DMingo - Genitiva Home Health.pdf

11. Gholson, Jennifer MD Medical Records, DMingo - Gholson, Jennifer, M.D.pdf

12. Hattiesburg Clinic Billing, DMingo - Hattiesburg Clinic (billing).pdf

13. Hattiesburg Clinic Records, DMingo - Hattiesburg Clinic.pdf

14. Hennington, Stephen, D.C. Chiropractic Records, DMingo - Hennington, Stephen, D.C.pdf

15. Irby Braxter Pleasant MD Medical Records, DMingo - Irby Braxter Pleasant, M.D.pdf

16. Jackson Orthopedic Clinic Records, DMingo - Jackson Orthopedic Clinic.pdf

17. Keith, Stephen MD Medical Records, DMingo - Keith, Stephen, M.D.pdf

18. Kings Daughters Medical Center Billing, DMingo - Kings Daughters Medical Center (billing).pdf

USCA5 3046

19.  Kings Daughters Medical Center Medical, DMingo - Kings Daughters Medical Center (medical).pdf

20.  Kings Daughters Medical Center Radiology, DMingo - Kings Daughters Medical Center (radiology inventory).pdf

21.  Mississippi Cancer Institute Medical Records, DMingo - Mississippi Cancer Institute.pdf

22.  Perry, Amanda NP Medical Records, DMingo - Perry, Amanda, N.P.pdf

23.  Pharmacy records of Walgreens, DMingo - Walgreens.pdf

24.  Pharmacy records of Wal-Mart Pharmacy, DMingo - WalMart Pharmacy.pdf

25.  Plaintiff Produced Records (Providers Various), DMingo - PPR.pdf

26.  Premier Medical Clinic Records, DMingo - Premier Medical Clinic.pdf

27.  Premier Orthopedics & Sports Medicine Clinic Records, DMingo - Premier Orthopedics & Sports Medicine Clinic.pdf

28.  Southwest Family Medicine Medical Records, DMingo - Southwest Family Medicine.pdf

29.  Southwest Mississippi Ear, Nose, & Throat Clinic Records, DMingo - Southwest Mississippi Ear Nose & Throat Clinic.pdf

30.  Southwest Mississippi Regional Billing, DMingo - Southwest Mississippi Regional (billing).pdf

31.  Southwest Mississippi Regional Medical Records, DMingo - Southwest Mississippi Regional (medical).pdf

32.  Southwest Mississippi Regional Pathology, DMingo - Southwest Mississippi Regional (pathology inventory).pdf

33.  Southwest Mississippi Regional Radiology, DMingo - Southwest Mississippi Regional (radiology inventory).pdf

34.  St. Dominic Hospital Billing, DMingo - St. Dominic Hospital (billing).pdf

35.  St. Dominic Hospital Medical Records, DMingo - St. Dominic Hospital (medical).pdf

USCA5 3047

36. St. Dominic Hospital Radiology, DMingo - St. Dominic Hospital (radiology).pdf

37. Thornton, Mary CFNP Medical Records, DMingo - Thornton, Mary, CFNP.pdf

38. Thrift Home Care Home Health Records, DMingo - Thrift Home Care.pdf

39. Zevallos, Gabriel MD, CNR, DMingo - Zevallos, Gabriel, M.D. (CNR).pdf


<u>Depositions</u>

Depositions re: Boudreaux

1. Deposition Transcript of Alvin Michael Timothy, M.D.

2. Deposition Transcript of Angelique Torres, ANP, DNP-C

3. Deposition Transcript of Casie Duet Trosclair, N.P.

4. Deposition Transcript of Joseph Boudreaux, Jr.

5. Deposition Transcript of Kenneth Wong, M.D.

6. Deposition Transcript of Virendra Joshi, M.D.

7. Deposition Transcript of Loretta Boudreaux

8. Deposition Transcript of Peter Fail, M.D.

9. Deposition Transcript of Brent Futrell

10. Deposition Transcript of Najy Masri, M.D.

11. Deposition Transcript of Veronica Theriot, R.N.


Depositions re: Mingo

1. Deposition transcript of Jileta Mingo

2. Deposition transcript of Dora Mingo

USCA5 3048

3.      Deposition transcript of Stephen Keith

4.      Deposition transcript of Renie Jordan

5.      Deposition transcript of Bertha Ashley


<u>Expert Reports</u>

1.      Cuculich, Phillip S. MD Plaintiff expert report; Cuculich, Phillip - Expert Report.pdf

2.      Expert Report of Frank Smart (Plaintiff Expert - Cardiology)

3.      Expert Report of Joachim Ix (Plaintiff Expert - Nephrology)

4.      Expert Report of Phillip Cuculich (Plaintiff Expert - Cardiology)

5.      Ix, Joachim Plaintiff expert report; Ix, Joachim - Expert Report.pdf

6.      Plaintiff Expert Report of Cindy Leissinger, MD Hematology, Internal Medicine (Boudreaux)

7.      Plaintiff Expert Report of Henry Rinder, MD Hematology (Boudreaux)

8.      Plaintiff Expert Report of Nathaniel Winstead, M.D. Gastroenterology, Internal Medicine (Boudreaux)

9.      Plaintiff General Expert Report of Cindy Leissinger, M.D. Hematology, Internal Medicine

10.     Plaintiff General Expert Report of Henry Rinder, M.D. Hematology, Internal Medicine

11.     Plaintiff General Expert Report of Jan Rosing, Ph.D. Hematology

12.     Smart, Frank - Plaintiff expert report; Smart, Frank - Expert Report.pdf

13.     Expert report of Johnson, Robert (Mingo)

14.     Expert report of Rinder, Henry  (Mingo)


12

Literature

1.    16 State of Hospital Medicine Report.

2.    Abraham, N., et al. (2015). Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ 2015;350:h1857.

3.    Adcock, D. M., & Gosselin, R. (2015). Direct oral anticoagulants (DOACs) in the laboratory: 2015 review. Thrombosis research, 136(1), 7-12.

4.    Ageno, W., Mantovani, L. G., Haas, S., Kreutz, R., Monje, D., Schneider, J., ... & Turpie, A. G. (2016). Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): An international, prospective, non-interventional study. The Lancet Haematology, 3(1), e12-e21.

5.    Agnelli G, Gallus A, Goldhaber SZ, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-187.

6.    Ahmed, I., Majeed, A., & Powell, R. (2007). Heparin induced thrombocytopenia: Diagnosis and management update. Postgraduate medical journal, 83(983), 575-582.

7.    Alban, S. (2012). Adverse effects of heparin. In: Heparin-A Century of Progress (pp. 211-263). Springer Berlin Heidelberg.

8.    American Academy of Orthopaedic Surgeons. (2011). Preventing venous thromboembolic disease in patients undergoing elective hip and knee arthroplasty: evidence-based guideline and evidence report. AAOS Clinical Practice Guidelines, Retrieved from URL http://www.aaos.org/guidelines/.

9.    Amin, A., & Deitelzweig, S. (2015). A case-based approach to implementing guidelines for stroke prevention in patients with atrial fibrillation: Balancing the risks and benefits. Thrombosis journal, 13(29), 1-15.

10.   Amin, A., Deitelzweig, S., Jing, Y., Makenbaeva, D., Wiederkehr, D., Lin, J., & Graham, J. (2014). Estimation of the impact of warfarin's time-in-therapeutic range on stroke and major bleeding rates and its influence on the medical cost avoidance associated with novel oral anticoagulant use-learnings from ARISTOTLE, ROCKET-AF, and RE-LY trials. Journal of thrombosis and thrombolysis, 38(2), 150-159.

13

11.   Anderson DR, Harrison L, & Hirsh J. (1993). Evaluation of a portable prothrombin time monitor for home use by patients who require long-term oral anticoagulant therapy. Arch Intern Med, 153(12),1441-7.

12.   Anderson, F. A., Zayaruzny, M., Heit, J. A., Fidan, D., & Cohen, A. T. (2007). Estimated annual numbers of US acute-care hospital patients at risk for venous thromboembolism. American journal of hematology, 82(9), 777-782.

13.   Aoyama, T., Oka, S., Aikata, H., Nakano, M., Watari, I., Naeshiro, N., ... & Chayama, K. (2013). Small bowel abnormalities in patients with compensated liver cirrhosis. Digestive diseases and sciences, 58(5), 1390-1396.

14.   Baglin, T., Keeling, D., & Kitchen, S. (2012). Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology. British journal of haematology, 159(4), 427-429

15.   Baker, W. L., Cios, D. A., Sander, S. D., & Coleman, C. I. (2009). Meta-analysis to assess the quality of warfarin control in atrial fibrillation patients in the United States. Journal of Managed Care Pharmacy, 15(3), 244-252.

16.   Bang, C. S., Kim, H. S., Suk, K. T., Kim, S. E., Park, J. W., Park, S. H., ... & Park, C. K. (2016). Portal hypertensive gastropathy as a prognostic index in patients with liver cirrhosis. BMC gastroenterology, 16(1), 93.

17.   Bayer-Westendorf, et al., (2014).  Rates, management, and outcomes of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry. Blood. 2014;124(6).

18.   Beckman, M. G., Hooper, W. C., Critchley, S. E., & Ortel, T. L. (2010). Venous thromboembolism: A public health concern. American journal of preventive medicine, 38(4), S495-S501.

19.   Bjori, E., Arshad, N., Johnsen, H. S., Hansen, J. B., & Braekkan, S. K. (2016). Hospital-related first venous thromboembolism and risk of recurrence. Journal of Thrombosis and Haemostasis. J. Thromb. Haemost, 2016 Sep 2. doi: 10.1111/jth.13492.

20.   Brown JD, Shewale AR et al Adherence to Rivaroxaban, Dabigatran, and Apixaban for Stroke Prevention in Incident, Treatment-Naïve Nonvalvular Atrial Fibrillation.  J Manag Care Spec Pharm, 2016 Nov;22(11):1319-1329.

21.   Budnitz, D. S., Lovegrove, M. C., Shehab, N., & Richards, C. L. (2011). Emergency hospitalizations for adverse drug events in older Americans. New England Journal of Medicine, 365(21), 2002-2012.

14

22. Buller, H. R., Lensing, A. W., Prins, M. H., Agnelli, G., Cohen, A., Gallus, A. S., ... & Segers, A. (2008). A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: The Einstein–DVT Dose-Ranging Study. Blood, 112(6), 2242-2247.

23. Burton, P. & Peacock, W.F. (2016). A Medwatch review of reported events in patients who discontinued rivaroxaban (XARELTO) therapy in response to legal advertising. Heart Rhythm, 2(3), 248–249.

24. Camm, A.J., Amarenco, P., Haas, S., Hess, S., Kirchhof, P., Kuhls, S., van Eickels, M. & Turpie, A.G. (2015). XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation. European heart journal. 2015 Sep 1:ehv466.

25. Chan, Y. H., Kuo, C. T., Yeh, Y. H., Chang, S. H., Wu, L. S., Lee, H. F., ... & See, L. C. (2016). Thromboembolic, bleeding, and mortality risks of rivaroxaban and dabigatran in Asians with nonvalvular atrial fibrillation. Journal of the American College of Cardiology, 68(13), 1389-1401.

26. Chang, H. Y., Zhou, M., Tang, W., Alexander, G. C., & Singh, S. (2015). Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJj, 350, h1585.

27. Chapman, S. A., Irwin, E. D., Beal, A. L., Kulinski, N. M., Hutson, K. E., & Thorson, M. A. (2011). Prothrombin complex concentrate versus standard therapies for INR reversal in trauma patients receiving warfarin. Annals of Pharmacotherapy, 45(7-8), 869-875.

28. Chulilla, J. M., Colás, M. R., & Martín, M. G. (2009). Classification of anemia for gastroenterologists. World J Gastroenterol, 15(37), 4627-4637.

29. Ciervo, C. A., Granger, C. B., & Schaller, F. A. (2012). Stroke prevention in patients with atrial fibrillation: Disease burden and unmet medical needs. The Journal of the American Osteopathic Association, 112(9_suppl_2), eS2-eS8.

30. Coleman, C. I., Antz, M., & Simard, E. (2016). Real-world evidence on stroke prevention in patients with atrial fibrillation in the United States. In European Cardiac Arrhythmia Society Congress. April (Vol. 17).

31. Coleman, C.I., Fermann, G.J., Weeda, E.R., Wells, P.S., Ashton, V., Crivera, C., Bunz, T.J., Wildgoose, P., Schein, J.R. & Peacock, W.F. (2016). Is rivaroxaban associated with shorter hospital stays and reduced costs versus parenteral bridging to warfarin among patients with pulmonary embolism?. Clinical and Applied Thrombosis/Hemostasis, 1-8.

15

USCA5 3052

32. Connolly, S.J., Eikelboom, J., Joyner, C., Diener, H.C., Hart, R., Golitsyn, S., Flaker, G., Avezum, A., Hohnloser, S.H., Diaz, R. & Talajic, M. (2011). Apixaban in patients with atrial fibrillation. New England Journal of Medicine, 364(9), 806-17.

33. Corey S. Miller, BAa,c, Sonia M. Grandi, MSca, Avi Shimony, Da,b,d, Kristian B. Filion, PhDa, and Mark J. Eisenberg, MD, MPH. Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients With Atrial Fibrillation.

34. Crivera, C., Nelson, W. W., Bookhart, B., Martin, S., Germain, G., Laliberté, F., & Lefebvre, P. (2015). Pharmacy Quality Alliance Measure: Adherence to non-warfarin oral anticoagulant medication. Circulation: Cardiovascular Quality and Outcomes, 8(Suppl 2), A366-A366.

35. Da Silva, M. S., & Sobel, M. (2002, December). Anticoagulants: To bleed or not to bleed, that is the question. In Seminars in vascular surgery (Vol. 15, No. 4, pp. 256-267). WB Saunders.

36. Dabos, K. J., Yung, D. E., Bartzis, L., Hayes, P. C., Plevris, J. N., & Koulaouzidis, A. (2016). Small bowel capsule endoscopy and portal hypertensive enteropathy in cirrhotic patients: Results from a tertiary referral centre. Annals of Hepatology: Official Journal of the Mexican Association of Hepatology, 15(3) 394-401.

37. Deitelzweig et al. (2016) unpublished data. Warfarin Persistence Among Atrial Fibrillation Patients (an updated analysis of previously published data in Deitelzweig SB, Buysman E, Pinsky B, et al. Warfarin use and stroke risk among patients with nonvalvular atrial fibrillation in a large managed care population. Clin Ther 2013;35:1201-10).

38. Deitelzweig, S. (2014). Practical considerations in the use of novel oral anticoagulants for stroke prevention in nonvalvular atrial fibrillation. Cardiovascular therapeutics, 32(2), 74-81.

39. Deitelzweig, S., Bruno, A., Trocio, J., Tate, N., Gupta, K., Lin, J., & Lingohr-Smith, M. (2016). An early evaluation of bleeding-related hospital readmissions among hospitalized patients with nonvalvular atrial fibrillation treated with direct oral anticoagulants. Current medical research and opinion, 32(3), 573-582

40. Deitelzweig, S. B., Johnson, B. H., Lin, J., & Schulman, K. L. (2011). Prevalence of clinical venous thromboembolism in the USA: Current trends and future projections. American journal of hematology, 86(2), 217-220.

16

41. Deitelzweig, S. B., Pinsky, B., Buysman, E., Lacey, M., Makenbaeva, D., Wiederkehr, D., & Graham, J. (2013). Bleeding as an outcome among patients with nonvalvular atrial fibrillation in a large managed care population. Clinical therapeutics, 35(10), 1536-1545.

42. Deitelzweig, S., Laliberté, F., Crivera, C., Germain, G., Bookhart, B.K., Olson, W.H., Schein, J. and Lefebvre, P. (2016). Hospitalizations and Other Health Care Resource Utilization Among Patients with Deep Vein Thrombosis Treated with Rivaroxaban Versus Low-molecular-weight Heparin and Warfarin in the Outpatient Setting. Clinical Therapeutics, 38(8), 1803-1816.

43. Diebold, J., & Lohrs, U. (1991). Venous thrombosis and pulmonary embolism: a study of 5039 autopsies. Pathology-Research and Practice, 187(2-3), 260-266.

44. Dlott, J. S., George, R. A., Huang, X., Odeh, M., Kaufman, H. W., Ansell, J., & Hylek, E. M. (2014). A national assessment of warfarin anticoagulation therapy for stroke prevention in atrial fibrillation. Circulation, DOI: 10.1161/CIRCULATIONAHA.113.002601, 1407 - 1414.

45. Dowlatshahi, D., Butcher, K. S., Asdaghi, N., Nahirniak, S., Bernbaum, M. L., Giulivi, A. & Coutts, S. B. (2012). Poor prognosis in warfarin-associated intracranial hemorrhage despite anticoagulation reversal. Stroke, 43(7), 1812-1817.

46. E. S. Eerenberg, P. W. Kamphuisen, M. K. Sijpkens, J. C. Meijers, H. R. Buller, and M. Levi, "Reversal of rivaroxaban and dabigatran by prothrombin complex concentrate: a randomized, placebo-controlled, crossover study in healthy subjects," Circulation, vol. 124, no. 14, pp. 1573–1579, 2011.

47. Eikelboom, J. W., & Hirsh, J. (2006). Bleeding and management of bleeding. European heart journal supplements, 8(suppl G), G38-G45.

48. Einstein Investigators. (2010). Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med, 2010(363), 2499-2510.

49. Einstein–PE Investigators. (2012).

50. Eriksson BI, Borris LC, Friedman RJ, et al; for the RECORD1 Study Group. (2008). Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med., 358(26), 2765-2775.

51. Falck-Ytter, Y., Francis, C. W., Johanson, N. A., Curley, C., Dahl, O. E., Schulman, S., & Colwell, C. W. (2012). Prevention of VTE in orthopedic surgery patients: antithrombotic therapy and prevention of thrombosis: American College of Chest

17

USCA5 3054

Physicians evidence-based clinical practice guidelines. CHEST Journal, 141(2_suppl), e278S-e325S.

52.  Fontaine, G. V., Mathews, K. D., Woller, S. C., Stevens, S. M., Lloyd, J. F., & Evans, R. S. (2014). Major bleeding with dabigatran and rivaroxaban in patients with atrial fibrillation: a real-world setting. Clinical and Applied Thrombosis/Hemostasis, 20, 665-672

53.  Fordyce, C. e. (2016). On-Treatment Outcomes in Patients with Worsening Renal Function with Rivaroxaban Compared with Warfarin. Circulation , 134, 37-47.

54.  Gage, B. F., Birman-Deych, E., Kerzner, R., Radford, M. J., Nilasena, D. S., & Rich, M. W. (2005). Incidence of intracranial hemorrhage in patients with atrial fibrillation who are prone to fall. The American journal of medicine, 118(6), 612-617.

55.  Gage, B. F., Waterman, A. D., Shannon, W., Boechler, M., Rich, M. W., & Radford, M. J. (2001). Validation of clinical classification schemes for predicting stroke: Results from the National Registry of Atrial Fibrillation. Jama, 285(22), 2864-2870.

56.  Gallego, P., Roldán, V., Torregrosa, J. M., Gálvez, J., Valdés, M., Vicente, V., ... & Lip, G. Y. (2012). Relation of the HAS-BLED bleeding risk score to major bleeding, cardiovascular events, and mortality in anticoagulated patients with atrial fibrillation. Circulation: Arrhythmia and Electrophysiology, 5(2), 312-318.

57.  Ghadimi, K., Levy, J. H., & Welsby, I. J. (2016). Prothrombin Complex Concentrates for Bleeding in the Perioperative Setting. Anesthesia & Analgesia, 122(5), 1287-1300.

58.  Girgis, I.G., et al., Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvar atrial fibrillation: Results from ROCKET AF, The Journal of Clinical Pharmacology. 2014; 54(8).

59.  Goldstein, J. N., Thomas, S. H., Frontiero, V., Joseph, A., Engel, C., Snider, R., & Rosand, J. (2006). Timing of fresh frozen plasma administration and rapid correction of coagulopathy in warfarin-related intracerebral hemorrhage. Stroke, 37(1), 151-155.

60.  Gomes, T., Mamdani, M. M., Holbrook, A. M., Paterson, J. M., Hellings, C., & Juurlink, D. N. (2013). Rates of hemorrhage during warfarin therapy for atrial fibrillation. Canadian Medical Association Journal, 185(2), E121-E127.

61.  Gong, I. Y., & Kim, R. B. (2013). Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. Canadian Journal of Cardiology, 29(7), S24-S33.

18

USCA5 3055

62.     Gorst-Rasmussen, A., Lip, G. Y., & Bjerregaard Larsen, T. (2016). Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care.  Pharmacoepideiol Drug. Saf. Nov25(11):1236-1244.

63.     Graham, D.J., et al. (2016). Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med, 176(11), 1662-1671.

64.     Granger, C.B., Alexander, J.H., McMurray, J.J., Lopes, R.D., Hylek, E.M., Hanna M, Al-Khalidi, H.R., Ansell, J., Atar, D., Avezum, A. & Bahit, M.C. (2011). Apixaban versus warfarin in patients with atrial fibrillation. New England Journal of Medicine, 365(11), 981-92.

65.     Guyatt, G. H., Akl, E. A., Crowther, M., Gutterman, D. D., & Schuünemann, H. J. (2012). Executive summary: Antithrombotic therapy and prevention of thrombosis: American College of Chest Physicians evidence-based clinical practice guidelines. CHEST Journal, 141(2_suppl), 7S-47S.

66.     Hagii, J., Tomita, H., Metoki, N., Saito, S., Shiroto, H., Hitomi, H., ... & Sasaki, S. (2014). Characteristics of Intracerebral Hemorrhage During Rivaroxaban Treatment Comparison With Those During Warfarin. Stroke, 45(9), 2805-2807.

67.     Halvosern, S., et al. (2016). A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants, Eur. Heart J. Cardiovasc Pharmacother.

68.     Hankey, G. J., Stevens, S. R., Piccini, J. P., Lokhnygina, Y., Mahaffey, K. W., Halperin, J. L., ... & Berkowitz, S. D. (2014). Intracranial Hemorrhage Among Patients With Atrial Fibrillation Anticoagulated With Warfarin or Rivaroxaban The Rivaroxaban Once Daily, Oral, Direct Factor Xa Inhibition Compared With Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation. Stroke, 45(5), 1304-1312.

69.     Hannon, N., Sheehan, O., Kelly, L., Marnane, M., Merwick, A., Moore, A., ... & Daly, L. (2009). Stroke associated with atrial fibrillation–incidence and early outcomes in the north Dublin population stroke study. Cerebrovascular Diseases, 29(1), 43-49.

70.     Heit, J. A. (2006). The epidemiology of venous thromboembolism in the community: implications for prevention and management. Journal of thrombosis and thrombolysis, 21(1), 23-29.

71.     Heit, J. A., Spencer, F. A., & White, R. H. (2016). The epidemiology of venous thromboembolism. Journal of thrombosis and thrombolysis, 41(1), 3-14.

19

72.  Hickey, M., Gatien, M., Taljaard, M., Aujnarain, A., Giulivi, A., & Perry, J. J. (2013). Outcomes of urgent warfarin reversal using fresh frozen plasma versus prothrombin complex concentrate in the emergency department. Circulation, CIRCULATIONAHA-113, 1 – 16

73.  Hippisley-Cox, J., & Coupland, C. (2014). Predicting risk of upper gastrointestinal bleed and intracranial bleed with anticoagulants: cohort study to derive and validate the QBleed scores. BMJ 2014; 349:g4606 doi: 10.1136/bmj.g4606, 1-21.

74.  Hirsh, J., & Raschke, R. (2004). Heparin and low-molecular-weight heparin: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. CHEST Journal, 126(3_suppl), 188S-203S.

75.  Hirsh, J., Dalen, J. E., Anderson, D. R., Poller, L., Bussey, H., Ansell, J., & Deykin, D. (2001). Oral anticoagulants: Mechanism of action, clinical effectiveness, and optimal therapeutic range. Chest Journal, 119(1_suppl), 8S-21S.

76.  Hsu, C. e. (2005). Elevated Blood Pressure and Risk of End-Stage Renal Disease in Subjects without Baseline Kidney Disease. Archives of Internal Medicine, 165 (8), 923.

77.  Hylek, E. M., Evans-Molina, C., Shea, C., Henault, L. E., & Regan, S. (2007). Major hemorrhage and tolerability of warfarin in the first year of therapy among elderly patients with atrial fibrillation. Circulation, 115(21), 2689-2696.

78.  ISTH Steering Committee for World Thrombosis Day. (2014). Thrombosis: A major contributor to the global disease burden. J. Thromb. Haemost; 12, 1580 - 90.

79.  January C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 64(21), e1-76

80.  January, C.T., Wann, L.S., Alpert, J.S., Calkins, H., Cigarroa, J.E., Conti, J.B., Ellinor, P.T., Ezekowitz, M.D., Field, M.E., Murray, K.T. & Sacco, R.L. (2014). 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: Executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society. Journal of the American College of Cardiology, 64(21), 2246-80.

USCA5 3057

81.  Johnson, C. E., Lim, W. K., & Workman, B. S. (2005). People aged over 75 in atrial fibrillation on warfarin: The rate of major hemorrhage and stroke in more than 500 patient-years of follow-up. Journal of the American Geriatrics Society, 53(4), 655-659.

82.  Kahler, Z. P., Beam, D. M., & Kline, J. A. (2015). Cost of treating venous thromboembolism with heparin and warfarin versus home treatment with rivaroxaban. Academic Emergency Medicine, 22(7), 796-802.

83.  Kakkar, A.K., Brenner, B., Dahl, O.E., et al; for the RECORD2 Investigators. (2008). Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. Lancet, 372 (9632).

84.  Kearon, C., Akl, E. A., Comerota, A. J., Prandoni, P., Bounameaux, H., Goldhaber, S. Z., ... & Crowther, M. (2012). Antithrombotic therapy for VTE disease: antithrombotic therapy and prevention of thrombosis: American College of Chest Physicians evidence-based clinical practice guidelines. Chest Journal, 141(2_suppl), e419S-e494S.

85.  Kearon, C., Akl, E.A., Ornelas, J., Blaivas, A., Jimenez, D., Bounameaux, H., Huisman, M., King, C.S., Morris, T.A., Sood, N. & Stevens, S.M. (2016). Antithrombotic therapy for VTE disease: CHEST guideline and expert panel report. CHEST Journal, 149(2), 315-352.

86.  Kirchhof, P., Benussi, S., Kotecha, D., Ahlsson, A., Atar, D., Casadei, B., Castella, M., Diener, H.C., Heidbuchel, H., Hendriks, J. & Hindricks, G. (2016). 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. Europace, euw295, 1-90.

87.  Kreutz, R. (2012). Pharmacodynamic and pharmacokinetic basics of rivaroxaban. Fundamental & clinical pharmacology, 26(1), 27-32; Uprichard, J. (2016). Management of rivaroxaban in relation to bodyweight and body mass index. Therapeutic advances in cardiovascular disease, 10(5), 294 –303.

88.  Kubitza D, e. a. (2008). Dose-escalation study of the pharmacokinetics and pharmacodynamics of rivaroxaban in healthy elderly subjects. Current Medical Research and Opinion, 24 (10), 2757-2765.

89.  Kubitza D, e. A. (2010). Effects of Renal Impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral, director Factor Xa inhibitor. British Journal of Clinical Pharmacology, 70 (5), 703-712.

90.  Laliberté, F., Cloutier, M., Nelson, W. W., Coleman, C. I., Pilon, D., Olson, W. H., & Lefebvre, P. (2014). Real-world comparative effectiveness and safety of rivaroxaban and

21

warfarin in nonvalvular atrial fibrillation patients. Current medical research and opinion, 30(7).

91.   Landefeld, C. S., & Beyth, R. J. (1993). Anticoagulant-related bleeding: Clinical epidemiology, prediction, and prevention. The American journal of medicine, 95(3), 315-328.

92.   Lane, D. A., & Lip, G. Y. (2012). Use of the CHA2DS2-VASc and HAS-BLED scores to aid decision making for thromboprophylaxis in nonvalvular atrial fibrillation. Circulation, 126(7), 860-865.

93.   Larsen, et al., (2016) Comparative effectiveness and safety of non-vitamin K antagonistoral anticoagulants and warfarin in patients with atrial fibrillation. BMJ.  2016; 353.

94.   Lassen MR, Ageno W, Borris LC, et al; for the RECORD3 Investigators. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008;358(26):2776-2786.

95.   Linkins, L. A., Choi, P. T., & Douketis, J. D. (2003). Clinical impact of bleeding in patients taking oral anticoagulant therapy for venous thromboembolism: A meta-analysis. Annals of internal medicine, 139(11), 893-900.

96.   Lip, G. Y. (2013). Stroke and bleeding risk assessment in atrial fibrillation: When, how, and why? European heart journal, 34(14), 1041-1049.

97.   Lip, G. Y., Andreotti, F., Fauchier, L., Huber, K., Hylek, E., Knight, E., & Kirchhof, P. (2011). Bleeding risk assessment and management in atrial fibrillation patients: A position document from the European Heart Rhythm Association, endorsed by the European Society of Cardiology Working Group on Thrombosis. Europace, 13(5), 723-746.

98.   Lip, G. Y., Nieuwlaat, R., Pisters, R., Lane, D. A., & Crijns, H. J. (2010). Refining clinical risk stratification for predicting stroke and thromboembolism in atrial fibrillation using a novel risk factor-based approach: the euro heart survey on atrial fibrillation. Chest Journal, 137(2), 263-272.

99.   Lip, G. Y., Pan, X., Kamble, S., Kawabata, H., Mardekian, J., Masseria, C., ... & Phatak, H. (2016). Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States. International Journal of Clinical Practice, 70(9), 752-763.

22

100.  Lip, G.H., Larsen T., Skjøth, F., Rasmussen, L. (2012). Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. J Am Coll Cardiol. 60(8):738-746.

101.  Lip, G.Y., Frison, L., Halperin, J.L. & Lane, D.A. (2011). Comparative validation of a novel risk score for predicting bleeding risk in anticoagulated patients with atrial fibrillation: the HAS-BLED (Hypertension, Abnormal Renal/Liver Function, Stroke, Bleeding History or Predisposition, Labile INR, Elderly, Drugs/Alcohol Concomitantly) score. Journal of the American College of Cardiology, 57(2), 173-80.

102.  Lip., et al. (2016) Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: A propensity score matched analysis. Thormb. Haemost. Oct. 28; 116(5):975-986.

103.  Lucado, J., Paez, K., & Elixhauser, A. (2011). Medication-related adverse outcomes in US hospitals and emergency departments, 2008; retrieved from http://www.hcup-us.ahrq.gov/reports/statbriefs/sb109.pdf.

104.  M. Levi, K. T. Moore, C. F. Castillejos et al., "Comparison of three-factor and four-factor prothrombin complex concentrates regarding reversal of the anticoagulant effects of rivaroxaban in healthy volunteers," Journal of Thrombosis and Haemostasis, vol. 12, no. 9, pp. 1428–1436, 2014.

105.  Man-Son-Hing, M., Nichol, G., Lau, A., & Laupacis, A. (1999). Choosing antithrombotic therapy for elderly patients with atrial fibrillation who are at risk for falls. Archives of Internal Medicine, 159(7), 677-685.

106.  Maura G., et al., Comparison of the Short-Term Risk of Bleeding and Arterial Thromboembolic Events in Nonvalvular Atrial Fibrillation Patients Newly Treated With Dabigatran or Rivaroxaban Versus Vitamin K Antagonists: A French Nationwide Propensity-Matched Cohort Study. (2015). Ciruclation. Sep. 29; 132(13): 1252-60.

107.  Maynard G. Preventing hospital-associated venous thromboembolism: a guide for effective quality improvement, 2nd ed. Rockville, MD: Agency for Healthcare Research and Quality; August 2016. AHRQ Publication No. 16-0001-EF.

108.  Maynard G. Preventing hospital-associated venous thromboembolism: a guide for effective quality improvement, 2nd ed. Rockville, MD: Agency for Healthcare Research and Quality; August 2016. AHRQ Publication No. 16-0001-EF; The Joint Commission. (June 17, 2016). Core Measure Sets: Venous thromboembolism. The Joint Commission, Retrieved from URL https://www.jointcommission.org/core_measure_sets.aspx.

23

109.  McHorney, C. A., Crivera, C., Laliberté, F., Nelson, W. W., Germain, G., Bookhart, B. & Deitelzweig, S. (2015). Adherence to non-vitamin-K-antagonist oral anticoagulant medications based on the Pharmacy Quality Alliance measure. Current medical research and opinion, 31(12), 2167-2173.

110.  Merli, G. J., Hollander, J. E., Lefebvre, P., Laliberté, F., Raut, M. K., Olson, W. H., & Pollack Jr, C. V. (2015). Rates of hospitalization among patients with deep vein thrombosis before and after the introduction of rivaroxaban. Hospital Practice, 43(2), 85-93.

111.  Mi, Y. N., Ping, N. N., Xiao, X., Zhu, Y. B., Liu, J., & Cao, Y. X. (2014). The severe adverse reaction to vitamin K 1 injection is anaphylactoid reaction but not anaphylaxis. PloS one, 9(3), e90199.

112.  Miller, C. S., Grandi, S. M., Shimony, A., Filion, K. B., & Eisenberg, M. J. (2012). Meta-analysis of efficacy and safety of new oral anticoagulants (dabigatran, rivaroxaban, apixaban) versus warfarin in patients with atrial fibrillation. The American journal of cardiology, 110(3), 453-460.

113.  Morgan, C. L., McEwan, P., Tukiendorf, A., Robinson, P. A., Clemens, A., & Plumb, J. M. (2009). Warfarin treatment in patients with atrial fibrillation: observing outcomes associated with varying levels of INR control. Thrombosis research, 124(1), 37-41.

114.  Mueck, W., Eriksson, B. I., Bauer, K. A., Borris, L., Dahl, O. E., Fisher, W. D., ... & Kälebo, P. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor—in patients undergoing major orthopaedic surgery. Clinical pharmacokinetics, 47(3), 203-216.

115.  Mueck, W., Schwers, S., & Stampfuss, J. (2013). Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis journal, 11(1), 1.

116.  Mueck, W., Stampfuss, J., Kubitza, D., Becka, M. (2014). Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. Clin Pharmacokinet. Jan; 53(1):1-16.

117.  Nabauer, M., Gerth, A., Limbourg, T., Schneider, S., Oeff, M., Kirchhof, P., ... & Breithardt, G. (2009). The Registry of the German Competence Network on Atrial Fibrillation: patient characteristics and initial management. Europace, 11(4), 423-434.

118.  Nakano, Y., et al. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol (2014), http://dx.doi.org/10.1016/j.jjcc.2014.07.021

24

119. National Clinical Guideline Centre (NICE). (June, 2014). Atrial Fibrillation. Atrial fibrillation: The management of atrial fibrillation. Commissioned by the National Institute for Health and Care Excellence. National Clinical Guideline Centre, 2014.

120. National Quality Forum. (2006). National voluntary consensus standards for prevention and care of venous thromboembolism: Policy, preferred practices, and initial performance measures. Retrieved from URL http://www.qualityforum.org/Publications/2006/12/National_Voluntary_Consensus_Stan dards_for_Prevention_and_Care_of_Venous_Thromboembolism__Policy,_Preferred_Pra ctices,_and_Initial_Performance_Measures.aspx.

121. Nguyen, E., White, C. M., Patel, M. R., Fields, L. E., Peacock, W. F., Crivera, C., & Coleman, C. I., Doses of apixaban and rivaroxaban prescribed in real-world United States cardiology practices compared to registration trials. Current medical research and opinion, 2016. 32(7): p. 1277-1279.

122. Nieuwlaat, R., Capucci, A., Camm, A. J., Olsson, S. B., Andresen, D., Davies, D. W., ... & Lévy, S. (2005). Atrial fibrillation management: A prospective survey in ESC Member Countries. European heart journal, 26(22), 2422-2434.

123. Noseworthy, P.A., Yao, X., Abraham, N.S., Sangaralingham, L.R., et al. (2016). Direct comparison of dabigatran, rivaroxaban, and apixaban for effectiveness and safety in non-valvular atrial fibrillation. Chest 2016 epub ahead of print

124. Oldgren, J., Alings, M., Darius, H., Diener, H.C., Eikelboom, J., Ezekowitz, M.D., Kamensky, G., Reilly, P.A., Yang, S., Yusuf, S. & Wallentin, L. (2011). Risks for stroke, bleeding, and death in patients with atrial fibrillation receiving dabigatran or warfarin in relation to the CHADS2 score: a subgroup analysis of the RE-LY trial. Annals of internal medicine, 155(10), 660-7.

125. Olesen, J. B., & Torp-Pedersen, C. (2015). Stroke risk in atrial fibrillation: Do we anticoagulate CHADS2 or CHA2DS2-VASc≥ 1, or higher? Thromb Haemost, 113(6), 1165-1169.

126. Olesen, J. B., Torp-Pedersen, C., Hansen, M. L., & Lip, G. Y. (2012). The value of the CHA2DS2-VASc score for refining stroke risk stratification in patients with atrial fibrillation with a CHADS2 score 0–1: A nationwide cohort study. Thrombosis and haemostasis, 107(6), 1172-1179.

127. Patel M, Tamayo S, Yuan Z, Sicignano N, Hopf K, Peacock, F. Major Bleeding Among Rivaroxaban Users with Nonvalvular Atrial Fibrillation and Diabetes. J Am Coll Cardiol. 2016 April; 67(13_S):733

25

128. Patel, M. R., Hellkamp, A. S., & Fox, K. A. (2016). Point-of-care warfarin monitoring in the ROCKET AF trial. New England Journal of Medicine, 374(8), 785-788.

129. Patel, M.R., Mahaffey, K.W., Garg, J., Pan, G., Singer, D.E., Hacke, W., Breithardt, G., Halperin, J.L., Hankey, G.J., Piccini, J.P. & Becker, R.C. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New England Journal of Medicine, 365(10), 883-891.

130. Peacock, W.F., Patel, M., Tamayo, S., Sicignano, N., Hopf, K. & Yuan, Z., Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban. Eur. Heart. J., 2015. 36(Suppl.): p. 687.

131. Peacock, W.F., Tamayo, S., Sicignano, N., Hopf, K.P., Yuan, Z., & Patel, M. (2016, October). Major Bleeding in VTE Patients Treated with Rivaroxaban. Presented at meeting of the American College of Emergency Physicians.

132. Pharmacotherapy: The Journal of Human Pharmacology and Drug Therapy, 33(11), 1223-1245.

133. Pisters, R., Lane, D. A., Nieuwlaat, R., de Vos, C. B., Crijns, H. J., & Lip, G. Y. (2010). A novel user-friendly score (HAS-BLED) to assess 1-year risk of major bleeding in patients with atrial fibrillation: the Euro Heart Survey. Chest Journal, 138(5), 1093-1100.

134. Prins, M.H., Lensing, A.W., Bauersachs, R., Van Bellen, B., Bounameaux, H., Brighton, T.A., Cohen, A.T., Davidson, B.L., Decousus, H., Raskob, G.E. & Berkowitz, S.D. (2013). Oral rivaroixban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. Throm. J., Sep. 20;11(1):21.

135. Raskob, G. E., Angchaisuksiri, P., Blanco, A. N., Büller, H., Gallus, A., Hunt, B. J., ... & Wendelboe, A. (2014, October). Thrombosis: a major contributor to global disease burden. In Seminars in thrombosis and hemostasis (Vol. 40, No. 07, pp. 724-735). Thieme Medical Publishers.

136. Referred to as AT10; AT9 is the 2012, 9th Edition of the Antithrombotic Guideline.

137. Rico, J. I. A., Pitarch, J. V. L., & Fernández, J. A. P. (2010). Topical issues in venous thromboembolism. Drugs, 70(2), 11-18.

138. Rivaroxaban Package Insert.

139. Rose, A. J., Hylek, E. M., Ozonoff, A., Ash, A. S., Reisman, J. I., & Berlowitz, D. R. (2011). Risk-adjusted percent time in therapeutic range as a quality indicator for

USCA5 3063

outpatient oral anticoagulation results of the Veterans Affairs Study To Improve Anticoagulation (VARIA). Circulation: Cardiovascular Quality and Outcomes, 4(1), 22-29.

140. Ruff, C. T., Giugliano, R. P., Braunwald, E., Hoffman, E. B., Deenadayalu, N., Ezekowitz, M. D., ... & Yamashita, T. (2014). Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. The Lancet, 383(9921), 955-962.

141. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2012). Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: Results of a multicenter field trial. Clinical and Applied Thrombosis/Hemostasis, 18(2), 150-158.

142. Samama, M. M., Contant, G., Spiro, T. E., Perzborn, E., Le Flem, L., Guinet, C., ... & Martinoli, J. L. (2013). Laboratory assessment of rivaroxaban: a review. Thrombosis Journal 2013, 11:11.

143. Samama, M. M., Martinoli, J. L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F., & Perzborn, E. (2010). Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. Thrombosis and haemostasis, 103(4), 815-825.

144. Sarawate, C., Sikirica, M. V., Willey, V. J., Bullano, M. F., & Hauch, O. (2006). Monitoring anticoagulation in atrial fibrillation. Journal of thrombosis and thrombolysis, 21(2), 191-198.

145. Schneeweiss, S., Gagne, J. J., Patrick, A. R., Choudhry, N. K., & Avorn, J. (2012). Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. Circulation: Cardiovascular Quality and Outcomes, 5(4), 480-486.

146. Schulman, S., & Kearon, C. (2005). Definition of major bleeding in clinical investigations of antihemostatic medicinal products in non-surgical patients. Journal of thrombosis and haemostasis, 3(4), 692-694.

147. Sherwood MW et al. Gastrointestinal Bleeding in Patients with Atrial Fibrillation Treated With Rivaroxaban or Warfarin. J Am Coll Cardiol 2015;66:2271-81.

148. Sjöblom, L., Hårdemark, H. G., Lindgren, A., Norrving, B., Fahlén, M., Samuelsson, M., & Wallvik, J. (2001). Management and Prognostic Features of Intracerebral Hemorrhage During Anticoagulant Therapy A Swedish Multicenter Study. Stroke, 32(11), 2567-2574.

USCA5 3064

149. Skaistis, J., & Tagami, T. (2015). Risk of fatal bleeding in episodes of major bleeding with new oral anticoagulants and vitamin K antagonists: A systematic review and meta-analysis. PloS one, 10(9), e0137444.

150. Smythe, M. A., Priziola, J., Dobesh, P. P., Wirth, D., Cuker, A., & Wittkowsky, A. K. (2016). Guidance for the practical management of the heparin anticoagulants in the treatment of venous thromboembolism. Journal of thrombosis and thrombolysis, 41(1), 165-186.

151. Staerk, L., Fosbøl, E. L., Lip, G. Y., Lamberts, M., Bonde, A. N., Torp-Pedersen, C., ... & Olesen, J. B. (2016). Ischaemic and haemorrhagic stroke associated with non-vitamin K antagonist oral anticoagulants and warfarin use in patients with atrial fibrillation: a nationwide cohort study. European Heart Journal, ehw496.

152. Stein, J., Connor, S., Virgin, G., Ong, D. E. H., & Pereyra, L. (2016). Anemia and iron deficiency in gastrointestinal and liver conditions. World Journal of Gastroenterology, 22(35), 7908.

153. Steiner, T., Rosand, J., & Diringer, M. (2006). Intracerebral hemorrhage associated with oral anticoagulant therapy current practices and unresolved questions. Stroke, 37(1), 256-262.

154. Tamayo, S., Peacock, F.W., Patel, M., Sicignano, N., Hopf, K.P., Fields, L.E., Sarich, T., Wu, S., Yannicelli, D. & Yuan, Z., Characterizing major bleeding in patients with nonvalvular atrial fibrillation: A pharmacovigilance study of 27 467 patients taking rivaroxaban. Clinical cardiology, 2015. 38(2): p. 63-68.

155. Tamayo, S.G., Simeone, J. C., Nordstrom, B. L., Patel, M. R., Yuan, Z., Sicignano, N. M., & Peacock, W. F., Risk factors for major bleeding in rivaroxaban users with atrial fibrillation. Journal of the American College of Cardiology, 2016. 68(10): p. 1144-146.

156. Thromboembolic Risk Factors Consensus Group. (1992). Risk of and prophylaxis for venous thromboembolism in hospital patients. BMJ, 305, 567-74.

157. Tran, H. A., Chunilal, S. D., Harper, P. L., Tran, H., Wood, E. M., & Gallus, A. S. (2013). An update of consensus guidelines for warfarin reversal. Med J Aust, 198(4), 198-9.

158. Trujillo, T., & Dobesh, P. P. (2014). Clinical use of rivaroxaban: pharmacokinetic and pharmacodynamic rationale for dosing regimens in different indications. Drugs, 74(14), 1587-1603.

USCA5 3065

159. Turpie, A.G.G., Lassen, M.R., Davidson, B.L., Bauer, K.A., et al. (2009). Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD 4): A randomized trial. Lancet, 373, 1673-80

160. Van Blerk, M., Bailleul, E., Chatelain, B., Demulder, A., Devreese, K., Douxfils, J., ... & Coucke, W. (2015). Influence of dabigatran and rivaroxaban on routine coagulation assays. Thrombosis and haemostasis, 113(1), 154-164.

161. van Walraven, C., Hart, R. G., Connolly, S., Austin, P. C., Mant, J., Hobbs, F. R., ... & Boode, B. (2009). Effect of age on stroke prevention therapy in patients with atrial fibrillation the atrial fibrillation investigators. Stroke, 40(4), 1410-1416.

162. Verhoef, T. I., Redekop, W. K., Daly, A. K., Schie, R. M., Boer, A., & Maitland-van der Zee, A. H. (2014). Pharmacogenetic-guided dosing of coumarin anticoagulants: Agorithms for warfarin, acenocoumarol and phenprocoumon. British journal of clinical pharmacology, 77(4), 626-641.

163. Watson, H. G., Baglin, T., Laidlaw, S. L., Makris, M., & Preston, F. E. (2001). A comparison of the efficacy and rate of response to oral and intravenous Vitamin K in reversal of over-anticoagulation with warfarin. British journal of haematology, 115(1), 145-149.

164. Weeda, E.R., White, C. M., Peacock, W. F., & Coleman, C. I., Rates of major bleeding with rivaroxaban in real-world studies of nonvalvular atrial fibrillation patients: A meta-analysis. Current medical research and opinion, 2016c. 32(6): p. 1117-1120.

165. Weinz C, e. a. (2009). Metabolism and excretion of rivaroxaban, an oral, direct factor Xa inhibitor in rats, dogs, and humans. Drug Metabolism and Disposition, 37 (5), 1056-1064.

166. Woo, C. H., Patel, N., Conell, C., Rao, V. A., Faigeles, B. S., Patel, M. C., & Sheridan, W. F. (2014). Rapid warfarin reversal in the setting of intracranial hemorrhage: a comparison of plasma, recombinant activated factor VII, and prothrombin complex concentrate. World neurosurgery, 81(1), 110-115.

167. Xu Xs, et al., Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with acute coronary syndrome, Br J Clin Pharmacol. 2012 Jul; 74(1).

168. Yao, X., Abraham, N. S., Alexander, G. C., Crown, W., Montori, V. M., Sangaralingham, L. R., ... & Noseworthy, P. A. (2016). Effect of adherence to oral anticoagulants on risk of stroke and major bleeding among patients with atrial fibrillation. Journal of the American Heart Association, 5(2), e003074.

USCA5 3066

169.  Yao, X., Abraham, N. S., Sangaralingham, L. R., Bellolio, M. F., McBane, R. D., Shah, N. D., & Noseworthy, P. A. (2016). Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation. Journal of the American Heart Association, 5(6), e003725.

170.  Zhang, S., He, W. B., & Chen, N. H. (2014). Causes of death among persons who survive an acute ischemic stroke. Current neurology and neuroscience reports, 14(8), 1-11.

USCA5 3067

Steven B. Deitelzweig, M.D., M.M.M., F.A.C.P., F.S.V.M.B., R.V.T.
USDC, EDLA MDL 2592 "L"

<u>Expert Testimony</u>

In the last 4 years, I have provided expert testimony in the following cases:

1.  Harry Bell v. Summerset Medical Center – MID-L6100-12

USCA5 3068