**Expert Report of Vonda Reeves-Darby, M.D.**

**Xarelto Litigation**

***Mingo v. Janssen, et al.*; Case No. 2:15-cv-3469**

_Vonda G. Reeves-Darby_                 01/06/17

_____          _____
Vonda Reeves-Darby, M.D.                              Date

1

I.      **Background and Qualifications**

I am a Board Certified Gastroenterologist licensed to practice medicine in Mississippi and Texas.  Since 1997, I have been in private practice at Gastrointestinal Associates, P.A. in Jackson, Mississippi.  I am also an Adjunct Assistant Professor in the Department of Internal Medicine at Meharry Medical College in Nashville, Tennessee.

I am a native Mississippian.  I graduated from Millsaps College in Jackson, Mississippi, in 1978 with a Bachelor's of Science in Chemistry.  I obtained my medical degree from Meharry Medical College, graduating with honors in 1982.  I completed a one-year internship (1982-1983) and a three-year residency (1983-1985) in Internal Medicine at the University of Texas Medical Branch (UTMB) in Galveston, Texas.  I was chosen to receive fellowship training in Gastroenterology at UTMB, which I completed from 1988-1991.  Before returning to Mississippi, I spent six years as an Assistant Professor of Medicine in the Division of Gastroenterology at UTMB.

In 1997, I joined Gastrointestinal Associates, P.A.  In addition to my full-time clinical practice, I was a Clinical Assistant Professor of Medicine at the University of Mississippi Medical Center (Jackson, MS) from July 1997 through 2010.  In 1999, I became a Senior Partner of Gastrointestinal Associates, which is now the largest gastroenterology group in Mississippi and one of the largest in the Southeast, employing twenty-three gastroenterologists and drawing patients from all over Mississippi and neighboring states.  Gastrointestinal Associates treats the full spectrum of gastrointestinal disorders, and we have three free standing endoscopy units.  In my clinic practice, rarely do I encounter patients without preexisting medical conditions in addition to the chief gastrointestinal complaint.  A significant portion of my patients are on prescription oral anticoagulants, such as Coumadin/warfarin, or are on a novel oral anti-coagulant (NOAC), which includes Xarelto.  On average, I may treat approximately 20-25 patients per day, which includes 60-80 procedures per week.  In addition to the patients I see in the office, I also see patients in the hospital setting by virtue of the hospital rotation I share with my partners at Mississippi Baptist Medical Center, Merit River Oaks Medical Center and St. Dominic/Jackson Memorial Hospital.  In the last five years, I have served as the on-call hospitalist approximately 20 to 40 times.

I have treated many patients with gastrointestinal (GI) bleeds, both in the hospital and in the clinical setting.  About 5 times per month, I see a patient with an acute existing GI bleed.  Many patients that experience bleeds may have taken some form of anticoagulant – either over-the-counter medicines consisting of anti-platelet agents such as aspirin or Non-Steroidal Anti-Inflammatory drugs (NSAIDs), COX inhibitors, prescription Coumadin/warfarin, or a NOAC such as Xarelto.  I have also treated active GI bleeds in patients that are not taking an anticoagulant at all.  In my personal experience, fatal bleeding associated with NOACs, and Xarelto specifically, is a rare event.  The bleeding that occurs while taking prescription NOACs can range in severity, but is usually manageable.

2

USCA5 3070

I have reviewed various materials in order to prepare this report, including the medical records of Dora Mingo, deposition testimony taken during the discovery of her case, and peer-reviewed medical literature. A list of the materials that I have relied upon in forming my opinions in this case is attached as Exhibit A. In addition, I have relied on my background, education, training and clinical experience to formulate my opinions. Further details regarding my credentials, accomplishments and research interests, including the conduction of clinical research trials on GI bleeding within the academic and private practice setting, are set forth in my Curriculum Vitae, which is attached as Exhibit B.

My fee schedule is attached as Exhibit C.

My previous testimony is attached as Exhibit D.

My opinions stated below are given to a reasonable degree of medical certainty.


## II.  **Ms. Mingo's Medical History**

Ms. Mingo was a 66-year old African American woman with a medical history of type II diabetes, polyneuropathy, obesity, hypertension, hyperlipidemia, smoking, iron deficiency anemia, dysuria, chronic knee/ankle/foot pain, lower extremity swelling/edema, arthritis, insomnia and depression/anxiety when she underwent a right total hip replacement on January 6, 2015. Past surgical history included tubal ligation, tonsillectomy and cholecystectomy. At the time of her surgery, she had been taking aspirin continuously since 2007 and a variety of concomitant NSAID use since 2009.

Ms. Mingo's records indicate onset of right hip pain in June 2013, and consistent treatment for symptoms of inflammatory arthritis or osteoarthritis as early as 2011. In June 2014, Mingo reported to her family medicine physician, Dr. Jennifer Gholson, that the Hydrocodone and Celebrex had been providing relief of her chronic right hip/inner thigh pain, "but she had run out of those meds." According to Dr. Gholson's record of June 4, 2014, she prescribed Hydrocodone/Acetaminophen, discontinued Celebrex and initiated Meloxicam but cautioned Ms. Mingo regarding the excessive use of NSAIDs. Ms. Mingo had previously been lectured about the improper use of pain medications prescribed to other family members. In August 2014, Ms. Mingo established care with an orthopedic and sports medicine clinic, stating that she had been taking Mobic (Meloxicam, an NSAID), but it had been discontinued upon her family doctor's advice. She was still taking Acetaminophen/Hydrocodone (Norco) and using a cane to ambulate. Dr. Jeffrey Burns diagnosed localized osteoarthritis in the right hip and discussed with Ms. Mingo the medical versus surgical options for treatment. Ms. Mingo was given a guided steroid injection to the right hip on 9/3/2014. She returned to Dr. Burns on 9/26/2014 on Norco (5 mg/325 mg), aspirin, and Hydrocodone/Ibuprofen. Dr. Burns discussed with Ms. Mingo the risk of narcotic addiction based on her use of narcotic pain medications. In November 2014, she sought a second medical opinion from Dr. Gandy. Ms. Mingo reported a pain level of 10 on a 10-point pain scale to him.

3

USCA5 3071

Ms. Mingo opted to proceed with total hip replacement surgery. She was scheduled for surgery on 1/6/2015.

Dr. Gandy's preoperative evaluation of Ms. Mingo on 12/29/2014 indicated that she was taking multiple medications, including aspirin, Metformin, Lortab, Anaprox (an NSAID), Furosemide, Azor, Alprazolam and iron.  Preoperative orders on 1/6/2015 indicate that aspirin and Metformin were withheld prior to surgery.  The surgery was performed without complication.

During her hospitalization for hip surgery, medication administration records indicate that Ms. Mingo received once daily treatment of Lovenox (40 mg), an anticoagulant therapy indicated to help reduce the risk of developing deep vein thrombosis (DVT), and aspirin (81 mg) starting on 1/7/2015. Ms. Mingo received a post-operative consultation related to the management of her medications, diabetes and hypertension in particular. "Low-dose aspirin" was to be reinitiated, as well as the anti-hypertensive and anti-depressant prescription medications.  A third dose of Lovenox and aspirin was administered at 0748 hours on 1/9/2015. She was later discharged from St. Dominic's with orders for Home Health to assist with aftercare related to limited mobility and medication management.  Dr. Gandy's discharge orders included Lovenox (40 mg) subcutaneously for 7 days, then Ecotrin/aspirin (325 mg) orally, once a day.

Laboratory values on the day of discharge include an elevated white blood cell count of 13.7; a decreased red blood cell count of 3.13; a decreased hemoglobin of 8.7 g/dL; and a decreased hematocrit of 26.4 g/dL.  It is not uncommon to see a decrease in the hemoglobin and hematocrit values after a total hip replacement surgery; however, these values were significantly lower than her pre-operative values.  Notably, Ms. Mingo was taking the anticoagulant, Lovenox, at this time.  These values indicate she was anemic at the time of discharge.

After Ms. Mingo's seven-day course of Lovenox ended on 1/16/2015, she was to resume aspirin (325 mg) per order of Dr. Gandy. She was also instructed to wear TED hose.  Ms. Mingo's lower extremity edema continued after her hip surgery. On 1/21/2015, Ms. Mingo saw her primary care physician, Dr. Jennifer Gholson, complaining of feet swelling. On 1/22/2015, she underwent venous ultrasound of her lower extremities.  Deep vein thrombosis (DVT) was diagnosed.  Ms. Mingo was admitted to the ER of Southwest Mississippi Regional Medical Center.  Her current home medications were reported as aspirin (325 mg); Lovastatin; Azor; Lasix; Metformin; Lortab; Xanax and Potassium. At 1905 hours, Lovenox (89 mg) was given and later, she received warfarin (10 mg) at 2217 hours.  At the time of her hospitalization for DVT, Ms. Mingo's hemoglobin was only slightly decreased to 11.2. Her chemistry panel was within normal limits except for her serum glucose.

Ms. Mingo had an international normalized ratio (INR) of 0.88 on 1/22/2015. INR is a calculation based on results of prothrombin time (PT) and is used to monitor the effectiveness of the anticoagulant warfarin (Coumadin). INR is not a useful test for

4

USCA5 3072

determining the therapeutic range of a patient with only one prior dose of Coumadin, as Ms. Mingo had received.

Ms. Mingo was admitted to Southwest Mississippi Regional Medical Center on 1/22/2015. Her primary attending was Dr. Renie Jordan on 1/23/2015. His evaluation was unremarkable except for an "obese abdomen and swollen R-lower extremity."  Dr. Jordan discontinued the order for Lovenox and Coumadin and switched her to Xarelto 15 mg orally twice per day, stating "[t]he patient is already on Xarelto. No further prophylaxis is needed."  He ordered Xarelto 15 mg twice daily for 21 days, with a plan to transition her to 20 mg orally once daily for 30 days. Dr. Jordan's treatment plan was appropriate as the approved dose of Xarelto for the treatment of DVT and prevention of recurrent DVT.

Records show that Ms. Mingo received her first three doses of Xarelto in the hospital – twice on 1/23/2015 and then once on the morning of 1/24/2015. On the morning of 1/23/2015, Ms. Mingo had an INR of 2.08. This was after one administration of warfarin (10 mg), which was the only dose of warfarin that Ms. Mingo received.

The discharge instructions on 1/24/2015 stated that she was to stop taking aspirin (325 mg) and continue the Xarelto.  Home health was resumed, which included instructions and education related to use of blood thinners. Records indicate that she had knowledge that she was at an increased risk for bleed on Xarelto and that she understood to report rectal bleeding to a physician. New medication orders on 1/27/2015 included Xarelto and (aspirin 325) mg, and subsequent home health records indicated that both were being taken as prescribed.

On 2/2/2015, Ms. Mingo presented to a King's Daughters emergency room with similar complaints of swelling.  At this time, she had developed a stage 2 pressure ulcer to her sacrum as a result of limited mobility. Current medications included Xarelto (15 mg) and aspirin (325 mg). Her hemoglobin was 8.6, her hematocrit was 27.2, and she had a heme-positive stool test.  She had a bleeding scan to detect active bleeding in the bowel, which was negative.  This test is reliable for detecting active, heavy bleeding, but often fails to detect low volume bleeds.  The test results therefore suggest absence of large volume bleeding at the time. It does not rule out the possibility that she had been bleeding beforehand, or that she was bleeding slowly.  She was discharged home from the ER in stable condition.  Her vital signs remained normal throughout her time in the emergency department. Ms. Mingo did not report knowledge or history of black or tarry stools to the medical care providers at that encounter.

On 2/3/2015, Ms. Mingo saw Dr. Gholson as a follow up from her ER visit the previous evening. Based on labs drawn on 2/3/2015, she had a decreased hemoglobin of 8.2 [12.0-16.0] and a decreased hematocrit of 27.8 [36-48]. Notably, Dr. Gholson decreased her aspirin dose and referred her to gastroenterologist, Dr. Stephen Keith, for anemia and hemoccult positive stool.  It was appropriate for Ms. Mingo to remain on Xarelto at this time to treat her existing DVT and to prevent recurrent DVT.

USCA5 3073

Dr. Keith testified that Ms. Mingo was referred to him mainly because she was hemoccult positive. I agree with Dr. Keith's definition of "hemoccult positive," which he defined as a stool test used to detect occult blood and, when positive, is "an indication of blood loss in the gut." Ms. Mingo was evaluated by Dr. Keith's Nurse Practitioner, Mary Thornton on 2/10/2015. The hemoccult positive stools were again noted. Ms. Mingo also reported decreased exercise tolerance and shortness of breath on exertion, signs and symptoms of anemia and gastrointestinal bleed. Ms. Mingo reported oral iron, aspirin (325 mg) and Xarelto (15 mg) as current medications. NP Thornton scheduled a colonoscopy an EGD, in addition to an "anemia work up." She documented uncontrolled chronic anemia, then she counseled Ms. Mingo on diet, weight loss and smoking cessation. Notably, since starting Xarelto on 1/23/2015, no health care provider had recommended that she stop taking Xarelto. Its usage was appropriate, given her need for anticoagulation, since her recent DVT within 6 days of completing a prophylactic course of Lovenox.

On 2/12/2015, a CBC was drawn at Dr. Gholson's office. The results, which were obtained the next day, showed a hemoglobin of 5.8 g/dL. Dr. Gholson's office called Ms. Mingo around 9:00 AM on 2/13/2015 with her lab results and advised her to report to the emergency room as soon as possible due to her anemia. Ms. Mingo presented to the Emergency Department at Southwest Mississippi Regional Medical Center at 9:37 AM with no signs of distress. Ms. Mingo was seen by the emergency physician, Dr. David Casey, who reported that Ms. Mingo "reports black stools since Jan 9th and says she was put on Xarelto around the 23rd." That same afternoon, Ms. Mingo was diagnosed with an acute upper GI bleed.

Dr. Stephen Keith performed an EGD that revealed a small, 6 mm oozing ulcer in the fundus of the stomach. It was treated with argon plasma coagulation (APC). In this procedure, a catheter is used that can sense tissue, which is moist, like blood. The catheter then directs argon gas to it, which in turn ignites to cauterize the lesion. The argon gas is directed as an arc, making it possible to access more difficult regions of the gastrointestinal organs. Dr. Keith next placed a clip on the ulcer as a secondary measure to prevent re-bleeding. No complications were noted during the procedure.

While in the hospital, Ms. Mingo was "profoundly" anemic. The H&P indicated that Ms. Mingo had noticed black stools which she assumed were due to taking iron. 4 units of packed red blood cells and 2 units of fresh frozen plasma. Records on 2/14/2015, the day after the procedure and transfusion, indicate that the GI bleed had resolved and her anemia was stable. Progress notes on 2/14/2015 included a plan for her to resume Xarelto and add a proton pump inhibitor and indicated that a lengthy discussion was held to address Ms. Mingo's concerns related to the risks of Xarelto. Ms. Mingo was discharged home on 2/15/2015, and because she was "worried about rebleeding on Xarelto," was instructed to start aspirin 325 mg on 2/18/2015.

Dr. Keith indicated in his records that peptic ulcer disease was the underlying cause of Ms. Mingo's GI bleed. He notes on 2/19/2015 that Ms. Mingo's "chronic

USCA5 3074

anemia due to peptic ulcer disease" had improved. He performed a repeat EGD on 5/4/2015, which showed her ulcer had healed. Findings also included a 2 cm area of "intense erythema of the distal gastric body," "subtle nodularity of the antrum" and a "small hiatal hernia." Ms. Mingo had no further complications from the bleeding incident on 2/13/2015; however, she continues to be followed closely by various doctors that treat her preexisting medical conditions, including iron deficiency anemia.

## III.   Case-Specific Opinions

### Ms. Mingo Was at Risk for Developing DVT

Ms. Mingo was at a high risk for developing deep-vein thrombosis (DVT) following the total hip replacement surgery on January 6, 2015. Venous thromboembolism (VTE) is a condition that occurs when a blood clot forms in a vein. VTE includes DVT and pulmonary embolism (PE), which may be potentially fatal. DVT is a common side effect complication of lower extremity surgery, even in patients without significant comorbidities. After surgery, Ms. Mingo received Lovenox (enoxaparin), an anticoagulant known to help prevent the formation of blood clots, specifically in post-surgical DVT.

Several preexisting conditions increased her risk for developing a blood clot after hip replacement surgery. These included HTN, DM2, smoking (for > 40 years), neuropathy, obesity, sedentary lifestyle and limited mobility secondary to hip replacement surgery, which was her greatest risk factor. Ms. Mingo did not develop a DVT while taking Lovenox. However, it developed shortly thereafter while she was on aspirin (325 mg). Anticoagulation was necessary as a prophylactic measure.

### Xarelto Treated Ms. Mingo's Blood Clot

Anticoagulants have become the mainstay for treatment of VTE and for the prevention of recurrent VTE. On 1/23/2015, Xarelto (rivaroxaban), 15 mg twice daily for 21 days, was prescribed for the treatment of her DVT (and prevention of recurrent DVT). Rivaroxaban is a novel oral anticoagulant (NOAC) that has been approved for use in the treatment of VTE at a dose of 15 mg twice daily for 21 days, followed by 20 mg once daily. It has been approved by the FDA for treatment of VTE since November 2012.

The prescription for Xarelto was filled on 1/23/2015. Records indicate the drug was taken as directed for 20 days. It is assumed that her last dose of Xarelto was taken on 2/13/2015. An ultrasound on 2/13/2015 showed no evidence of DVT. Xarelto effectively treated Ms. Mingo's acute DVT, and Ms. Mingo did not experience another blood clot while taking Xarelto.

USCA5 3075

I have evaluated and treated countless clinic patients who take Xarelto or other NOAC drugs or warfarin for the treatment of DVT and prevention of recurrent DVT. In my years of clinical experience, I have diagnosed hundreds of patients with "occult" bleeding, just as Ms. Mingo's bleed was described, where the patient presented without knowledge of the bleed. There has not been a noticeable difference in the presentation of patients who have or have not been exposed to Xarelto. I have not noticed any trend in "occult" bleeds being diagnosed more frequently among patients taking Xarelto, or other NOACs.   I have diagnosed occult bleeds in patients that were taking aspirin and/or non-steroidals, and I have treated many patients with and without a history of NOAC use.

## Ms. Mingo Had Anemia Before Taking Xarelto

Ms. Mingo had a documented history in 2013 of anemia and exhibited signs of anemia prior to taking Xarelto. She was diagnosed with iron-deficiency anemia, a condition that is not common in a post-menopausal woman who no longer has menses.

"Melena" is the presence of dark stools which are characteristically black in color with or without a maroon tinge that is seen in acute GI bleeding. It takes only 50 cc of blood in the stomach to make stools turn black.  A change in the color of stools similar to melena can be seen with the usage of iron or bismuth, as is contained in Pepto-Bismol. According to pharmacy records, Ms. Mingo was taking prescription ferrous sulfate (352 mg) as early as December 20, 2014.

Further, Ms. Mingo reported to the ER physician on 2/13/2015 that she had melena beginning on 1/9/2015, which corresponds with the date she was discharged from Southwest Mississippi Regional Medical Center, after having received 3 days of Lovenox injections and baby aspirin. Ms. Mingo confirmed compliance with 7-day usage of Lovenox post-discharge. Ms. Mingo's medical records do not support the use of an anticoagulant from January 16, 2015 through January 22, 2015; however, she continued to use aspirin during this time. Labs during and after her hospital stay were reported as follows:

| DATE | Hct | Hgb |
|---|---|---|
| 1/7/2015, 4:14 | 30.9L  [34.4 – 46.4] | 10.2L  [11.6-15.2] |
| 1/8/2015, 4:05 | 28.7L | 9.7L |
| 1/9/2015, 2:50 | 26.4L | 8.7L |
| 1/22/2015, 19:05 | 35.2  [40.0-54.0]. | 11.2L  [14.0-18.0] |

8

USCA5 3076

The use of iron before and after the total hip replacement surgery could easily have masked additional signs of blood loss. It is possible that Ms. Mingo had occult bleeding during this time.

## Management of GI Bleeds

It is essential to determine the severity of GI bleeding in order to correctly choose the right form of management. A good history from the patient and/or family is essential in order to try to determine if the bleeding is from the upper or lower intestinal tract. Melena usually signifies an upper GI bleed, whereas maroon or bright red blood per rectum usually suggests a lower intestinal source. One must quickly determine whether the patient is stable and ascertain the severity of the bleeding by checking the vital signs and testing for hemoccult positive stool.

GI bleeding can be characterized as (1) minor, (2) major and (3) massive. When assessing minor bleeding, vital signs are usually within normal range, there is no obvious paleness of the skin or conjunctiva of eyes, and there is no orthostatic hypotension. This is considered a minor bleed which can be handled in a non-emergent fashion. Non-emergent endoscopy may be scheduled along with obtaining blood to assess the level of anemia. Outpatient therapy is usually a generally accepted course of action.

If orthostatic hypotension is present along with tachycardia, a moderate amount of blood loss may be assumed, suggesting that greater than 10-20 percent of a patient's blood volume has been lost. These patients will usually need more attention to management within a shorter window of time, starting with hospitalization and stabilization with blood products prior to endoscopy.

In the setting of life threatening GI bleeding, the patient is clinically in shock and unstable in all clinical parameters. Immediate hospitalization in an intensive care unit is necessary to save this patient's life. Large bore IVs are established for resuscitation concomitant with consultation with a general surgeon along with an interventional radiologist for therapeutic embolization, if needed, is the standard of care. Blood products are given including FFP in order to reverse anticoagulation, although FFP is not given as a reversal agent to Xarelto.

Proton pump inhibitors (PPIs) are also given immediately in patients who have moderate to massive GI bleeding. Octreotide, or somatostatin analogue, is typically given in this setting of severe life threatening GI bleeding in order to lower the splanchnic venous blood pressure, which may secondarily decrease or halt massive bleeding.

In the case of Ms. Mingo, she would be categorized as a moderate GI bleed due to her clinical presentation. Dr. Stephen Keith, Ms. Mingo's treating gastroenterologist,

USCA5 3077

appropriately assessed the patient, controlled and managed her bleeding, and performed therapy that was consistent with the established medical standard of care.

## Causes of Gastric Ulcers and GI Bleeds

Approximately three-fourths of all patients that present to the emergency room with GI bleeding have an upper source. The most common causes of upper GI bleeding are peptic ulcers, varices and Mallory Weiss Syndrome, which is a tear of the mucosal membrane in the lower part of the esophagus or upper part of the stomach.

Peptic ulcers account for approximately 95% of GI bleeding. Peptic ulcers are commonly associated with the bacteria, Helicobacter pylori (H. pylori), the use of non-steroidal anti-inflammatory (NSAIDs) and/or stress. Other forms of peptic ulcer disease are less common. These are such as Zollinger-Ellison syndrome or severe gastric acid hypersecretion, and mucosal lesions induced by radiation or chemotherapy treatments.

The negative impact of aspirin and other NSAIDs on the gastrointestinal tract is well known and well-studied. NSAIDs have been associated with many gastrointestinal problems, ranging from mild to severe dyspeptic symptoms, the development of gastric or duodenal ulceration, hemorrhage or perforation, and other events which may lead to hospitalization or death. NSAIDs may have adverse effects in all parts of the gastrointestinal tract, not only the stomach or duodenum.

The gastrointestinal side effects associated with the use of NSAIDs has been a popularly studied subject because of their versatile effectiveness as analgesics and anti-inflammatory agents. Aspirin and many other non-steroidals, such as ibuprofen and naproxen, are carboxylic acids that are not ionized at the acidic pH found in the gastric lumen, and thus, can be absorbed across the gastric mucosa. Aspirin is also used in low doses as an anti-platelet agent.

It is well-established that chronic exposure to non-steroidal agents without the use of gastro-protective medications may cause peptic ulcer disease, which is a source for major GI bleeding. Gastric ulcers can be caused by H. pylori, gastritis, medications such as aspirin and other NSAIDs, smoking and stress.

The pathogenesis of symptomatic peptic ulcer disease caused by repeated exposure to NSAIDs is mainly a consequence of systemic (post-absorptive) inhibition of gastrointestinal mucosal cyclo-oxygenase (COX) activity. Even intravenous or intramuscular administration of aspirin or NSAIDs can cause gastric or duodenal ulcers. Endoscopic studies have shown a prevalence rate of 14%–25% of gastric and duodenal ulcers in NSAID users. Endoscopic studies tend to show more gastric than duodenal ulcers associated with NSAID use. There is a poor correlation between symptoms and endoscopically proved lesions; up to 50% of endoscopically confirmed ulcers that are associated with NSAIDs are asymptomatic.

10

USCA5 3078

The risk factors for NSAID-related gastrointestinal toxicity include: being over 65 years of age; a previous history of peptic ulceration; smoking; underlying respiratory or cardiovascular disease; and concomitant drug use, particularly corticosteroids, aspirin, and anticoagulants. Perioperative use is also a risk factor.  Higher doses of NSAIDs are associated with increased risk, as is the use of more than one type of NSAID. There is also an increased risk of gastrointestinal complications with the relatively prevalent use of low dose aspirin taken prophylactically.

It has been estimated that the individual risk of hospitalization with gastrointestinal complications of NSAIDs is between 1/50 and 1/150 patient years. The risk of an upper gastrointestinal bleed is between 1/100 and 1/500 patient years; the risk of a gastrointestinal related death is between 1/1000 and 1/5000 patient years.

The risk of serious ulcer complications in patients on NSAIDs has been calculated in various studies, the relative risk (RR) for a serious gastrointestinal event overall being reported as 2.74 in a large meta-analysis, upper gastrointestinal bleeding RR 3.09, perforation RR 5.93, and ulcer related death RR 7.62.

Xarelto does not cause ulcers or gastrointestinal bleeds. There is no known mechanism by which Xarelto can cause gastric ulcers.  Unlike the studies discussed above that provide scientific support for damage to the gastric and duodenal mucosa, there is no evidence in the medical literature that Xarelto causes damage to the mucosa.

11

USCA5 3079

Gastric ulcers, or any form of mucosal injury, may bleed due to exposure to aspirin, anticoagulants, or nonsteroidal agents. There is also a broad category of other agents that can injure the gastric mucosa that can cause the bleeding. A few of these include smoking, alcohol and steroids. Xarelto and other anticoagulants precipitate bleeding in these lesions of the GI tract.

### Xarelto Did Not Create Ms. Mingo's Ulcer or Cause Her Bleed

I agree with Dr. Keith's assessment that the etiology of Ms. Mingo's GI bleed was caused by underlying peptic ulcer disease. Ms. Mingo had an upper GI bleed, the source of which was gradually unmasked by her concomitant use of aspirin and anticoagulant. I further agree with Dr. Keith's testimony that Ms. Mingo's clinical course would not have been any different had she taken a different anticoagulant. In fact, during the time that Ms. Mingo was experiencing signs and symptoms of anemia while on Xarelto, no medical care provider suggested that she discontinue Xarelto or take a different NOAC. Even after the bleed, she was offered continuation of therapy on Xarelto. In this case, Ms. Mingo's bleed was appropriately controlled and she has not suffered any long term sequelae because of the bleeding.

According to the EGD performed on 2/13/2015, Ms. Mingo had a small gastric ulcer located in the fundus (top part) of her stomach, in the area of the hiatal hernia. This is not a typical location for a gastric ulcer, as the majority of ulcers are found more distally towards the bottom of the stomach. The ulcer was cratered, or had depth, which suggests chronicity. The exact age of the ulcer is not determined. The ulcer was "oozing," which refers to a slow trickle of blood, from a blood vessel in the ulcer base. The inspection of the remaining portion of Ms. Mingo's stomach was completely normal and had no evidence of additional ulcers or bleeding. The first and second portion of the small intestine, the duodenum, was inspected and it also had no active bleeding or ulcers. No additional sites of injury were noted. The operative note did not detail the presence of a large volume of blood in the GI tract.

Two methods of treatment were used to control the bleeding of Ms. Mingo's gastric ulcer. In this particular setting, two different types of treatment were necessary to assure hemostasis in the face of need to re-expose the patient to an anticoagulant. These included (1) argon plasma coagulation (APC), applying heat directly to the vessel to clot it off and (2) a secondary method to assure no additional bleeding, performed by placement of a clip which clamps off the blood vessel. The chances of re-bleeding are significantly lowered when this combination of intervention is used. Re-exposure to anticoagulants was necessary because Ms. Mingo was at risk for recurrent DVT.

There was no subsequent bleeding involved due to the appropriate treatment of the gastric ulcer which included APC and clipping/clamping and the parallel use of PPI, which protects the gastric mucosa from further injury from aspirin or any other anti-platelet agent. Ms. Mingo's ulcer was adequately treated to achieve complete

USCA5 3080

hemostasis when she was discharged from the hospital on 2/15/2015. Ms. Mingo subsequently had a second endoscopy in May 2015, which ultimately assured that the ulcer had healed. Ms. Mingo's gastroenterologist recommended that she re-initiate anticoagulation, but Ms. Mingo was worried about re-bleeding and refused despite her increased risk for a subsequent thrombotic event due to risk factors such as recent orthopedic surgery, obesity, and smoking. Medical literature strongly supports the re-introduction of anticoagulants after control of GI bleeding.

To withhold a NOAC under these circumstances is not supported by medical research. The standard of care suggests that the resumption of anticoagulation after endoscopic hemostasis is safe and predicts better outcome. Because of the shorter half-life, the use of Xarelto would probably have been more beneficial to the patient, and possibly easier to control. Resuming anticoagulation therapy following control of a GI bleed reduces the risk of subsequent bleeding. Studies show the overall mortality of bleeding is lower in all patients.

Dr. Keith's treatment of Ms. Mingo's ulcer was appropriate, and his treatment would not have changed had he known the concentration of Xarelto in her blood. Endoscopic therapy is based on the findings during the time of the examination and, therefore, is not significantly altered because of exposure to anticoagulants. The choice of therapy does not depend on the concentration of anticoagulation in the blood. Therefore, as more time passes, the risk of bleeding from an ulcer decreases as the NOAC is metabolized.

As discussed above in my report, gastric ulcers have many known causes. Ms. Mingo's medical history included several potential causes for her gastric ulcer. She had been taking a baby aspirin consistently since at least 2008, and started the higher dose of aspirin 325 mg after hip replacement surgery on 1/9/2015 until the time of her GI bleed on 2/13/2015. Her medical records also indicate the chronic use of non-steroidals such as Celebrex, meloxicam, and ibuprofen for the treatment of osteoarthritis, from 2013 until mid-2014, including at least two corticosteroid injections. Per PCP record of 6/4/2014, Ms. Mingo had run out of hydrocodone and Celebrex, and Dr. Gholson discontinued Celebrex and initiated Meloxicam, a COX-2 inhibitor. She further cautioned Ms. Mingo regarding the excessive use of non-steroidal medications. Chronic and frequent use of such drugs helped Ms. Mingo's mobility and arthritis prior to hip replacement surgery on 1/6/202015, but increased her risk for bleeding, as did her smoking.

Gastric ulcers can also develop in the absence of use of these medications. Often, the cause of a patient's gastric ulcer is may not be clear. Any of these medications alone, or any combination of them, may have caused Ms. Mingo's gastric ulcer. Such evidence suggests that, more likely than not, Ms. Mingo's ulcer was present prior to Xarelto use.

13

USCA5 3081

I reserve the right to respond to the expert witness testimony of plaintiff's witnesses and any other evidence to be presented at trial, and to supplement this report should additional materials become available to me.

USCA5 3082

# EXHIBIT A

USCA5 3083

## REFERENCE LIST FOR VONDA REEVES-DARBY, M.D.

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Abraham NS, Singh S, Alexander GC, Heien H, Haas LR, Crown W, Shah ND. "Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study." BMJ. 2015 Apr 24; 350: h1857. |
| 2. | American Gastroenterological Association DDSEPeight. Digestive Diseases Self-Education Program. |
| 3. | American Board of Internal Medicine Maintenance of Certification: 2016, Gastroentergology and Hematology, recertification. |
| 4. | Caldeira D, Barra M, Ferreira A, Rocha A, Augusto A, Pinto FJ, Costa J, Ferreira JJ. "Systematic review with meta-analysis: the risk of major gastrointestinal bleeding with non-vitamin K antagonist oral anticoagulants." Aliment Pharmacol Ther. 2015 Dec; 42(11-12): 1239-49. |
| 5. | Chang HY, Zhou M, Tang W, Alexander GC, Şingh S. "Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study." BMJ. 2015 Apr 24; 350: h1585. |
| 6. | Clemens A, Strack A, Noack H, Konstantinides S, Brueckmann M, Lip GY. "Anticoagulant-related gastrointestinal bleeding--could this facilitate early detection of benign or malignant gastrointestinal lesions?" Ann Med. 2014 Dec;46(8):672-8. |
| 7. | Davidson BL, Verheijen S, Lensing AW, Gebel M, Brighton TA, Lyons RM, Rehm J, Prins MH. "Bleeding risk of patients with acute venous thromboembolism taking nonsteroidal anti-inflammatory drugs or aspirin." JAMA Intern Med. 2014 Jun;174(6):947-53. |
| 8. | Di Nisio M1, Ageno W, Rutjes AW, Pap AF, Büller HR. "Risk of Major Bleeding in Patients with Venous Thromboemolism Treated With Rivaroxaban or with Heparin and Vitamin K Antagonists", Thromb Haemost. 2016 Jan;115(2):424-32. |
| 9. | Eerenberg ES, Middeldorp S, Levi M, Lensing AW, Büller HR. "Clinical impact and course of major bleeding with rivaroxaban and vitamin K antagonists." J Thromb Haemost. 2015 Sep;13(9):1590-6. |
| 10. | EINSTEIN Investigators "Oral Rivaroxaban for Symptomatic Venous Thromboembolism." New England Journal of Medicine N Engl J Med 363.26 (2010): 2499-510. EINSTEIN DVT Study (2010) |
| 11. | EINSTEIN PE Investigators "Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism." New England Journal of Medicine N Engl J Med 366.14 (2012): 1287-297 |
| 12. | Garcia DA, Crowther M. "Management of bleeding in patients receiving direct oral anticoagulants." UpToDate. 2016 Nov 14; www.uptodate.com. |
| 13. | He Y, Wong IC, Li X, Anand S, Leung WK, Siu CW, Chan EW. "The association between non-vitamin K antagonist oral anticoagulants and gastrointestinal bleeding: a meta-analysis of observational studies." Br J Clin Pharmacol. 2016 Jul; 82(1): 285-300. |
| 14. | Holster IL, Valkhoff VE, Kuipers EJ, Tjwa ET. "New oral anticoagulants increase risk for gastrointestinal bleeding: a systematic review and meta-analysis." Gastroenterology. 2013 Jul; 145(1): 105-12. |

| | ARTICLE/DOCUMENT |
|---|---|
| 15. | Laine L. GI risk and risk factors of NSAIDs. *J Cardiovasc Pharmacol*. 2006; 47[Suppl 1]:S60-S66. |
| 16. | Loffredo L, Perri L, Violi F. "Impact of new oral anticoagulants on gastrointestinal bleeding in atrial fibrillation: A meta-analysis of interventional trials." Dig Liver Dis. 2015 May; 47(5): 429-31. |
| 17. | Kamath PS. Management of anticoagulants in patients undergoing endoscopic procedures. UpToDate. 2016 Feb 23; www.uptodate.com |
| 18. | Mayo School of Continuous Profssional Development Gastroenterology and Hematology Board Review: September 15-18, 2016. Chicago IL. |
| 19. | Mayo Clinic Gastroenterology and Hematology Board Review, 5th Edition. Ed. Hauser SC. Oxford University Press; 2014 |
| 20. | Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, Breithardt G, Halperin JL, Hankey GJ, Piccini JP, Becker RC, Nessel CC, Paolini JF, Berkowitz SD, Fox KA, Califf RM; ROCKET AF Investigators. "Rivaroxaban versus warfarin in nonvalvular atrial fibrillation." N Engl J Med. 2011 Sep 8; 365(10): 883-91. |
| 21. | Patel MR, Hellkamp AS, Fox KA; ROCKET AF Executive Committee and Investigators. "Point-of-Care Warfarin Monitoring in the ROCKET AF Trial." N Engl J Med. 2016 Feb 25; 374(8):785-8. |
| 22. | Patel MR, Hellkamp AS, Fox KA; ROCKET AF Executive Committee, Steering Committee, and Investigators. "Point-of-Care Warfarin Monitoring in the ROCKET AF Trial." N Engl J Med. 2016 Jul 28;375(4):390-1 |
| 23. | Prins, Martin H., Anthonie Wa Lensing, Rupert Bauersachs, Bonno Van Bellen, Henri Bounameaux, Timothy A. Brighton, Alexander T. Cohen, Bruce L. Davidson, Hervé Decousus, Gary E. Raskob, Scott D. Berkowitz, and Philip S. Wells. "Oral Rivaroxaban versus Standard Therapy for the Treatment of Symptomatic Venous Thromboembolism: A Pooled Analysis of the EINSTEIN-DVT and PE Randomized Studies." Thrombosis Journal Thrombosis J 11.1 (2013) |
| 24. | Rapid Responses to Abraham (2015) Kaur N, Medhi B. Re: Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ. 2015 Aug 26; http://www. bmj .content/350/bmj .h1857 /rr |
| 25. | Rapid Responses to Abraham (2015) Abraham NS, Shah N, Sangaralingham L. Re: Comparative risk of astrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ. 2015 Sept 23; http://www.bmj .corn/content/350/bmj .h1857 /rr-0 |
| 26. | Rapid Responses to Chang (2015) Patel JP, Couchrnan L, Chitongo PB, Flanagan RJ, Arya R. New oral anticoagulants dosing and monitoring. BMJ. 2015 May 8; http://www.bmj .corn/content/350/bmj .h1585/rr. |
| 27. | Rapid Responses to Chang (2015) Bhanwra S, Ahluwalia K. How safe are the newer "safe" anticoagulants? Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJ. 2015 May 25; http://www.bmj .corn/content/350/bmj .h1585/rr-O. |

USCA5 3085

| ARTICLE/DOCUMENT | |
|---|---|
| 28. | Rapid Responses to Chang (2015)<br>Lewis LS. Re: Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJ. 2015 May 26; http://www.bmj .com/content/350/bmj .h1585/rr-1. |
| 29. | Rapid Responses to Chang (2015)<br>Chang HY, Alexander GC, Singh S. Re: Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJ. 2015 Jun 4; http://www.bmj .corn/content/350/bmj .h1585/rr-2. |
| 30. | ROCKET AF Study investigators. "Rivaroxaban-once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation: rationale and design of the ROCKET AF study." Am Heart. 2010 Mar; 159(3): 340-347.el. |
| 31. | Saltzman JR. "Approach to acute upper gastrointestinal bleeding in adults." UpToDate.  2015 Nov 12; www.uptodate.com |
| 32. | Saltzman JR. "Overview of the treatment of bleeding peptic ulcers." UpToDate. 2015 Sep 1; www.uptodate.com |
| 33. | Schriner SL, "Microcytosis/Microcytic anemia." UpToDate. 2016 Jul 29; https://store.uptodate.com |
| 34. | Sengupta N, Feuerstein JD, Patwardhan VR, Tapper EB, Ketwaroo GA, Thaker AM, Leffler DA. "The risks of thromboembolism vs. recurrent gastrointestinal bleeding after interruption of systemic anticoagulation in hospitalized in patients with gastrointestinal bleeding: a prospective study." Am J Gastroenterol. 2015 Feb; 11 0(2): 328-35. |
| 35. | Sherid M, Sifuentes H, Sulaiman S, Samo S, Husein H, Tupper R, Thiruvaiyaru D, Spurr C, Sridhar S. "Risk of gastrointestinal bleeding with dabigatran: a head-to-head comparative study with rivaroxaban." Digestion. 2014; 90(2): 137-46. |
| 36. | Sherid M, Sulaiman S, SamoS, Husein H, Tupper R, Spurr C, Sifuentes H, Sridhar S. "Risk of gastrointestinal bleeding with rivaroxaban: a comparative study with warfarin." Gastroenterol Res Pract. 2016; 2016: 9589036. |
| 37. | Sherwood MW, Nessel CC, Hellkamp AS, Mahaffey KW, Piccini JP, Suh EY, Becker RC, Singer DE, Halperin JL, Hankey GJ, Berkowitz SD, Fox KA, Patel MR. "Gastrointestinal bleeding in patients with atrial fibrillation treated with rivaroxaban or warfarin: ROCKET AF trial." J Am Colt Cardiol. 2015 Dec 1; 66(21): 2271-81. |
| 38. | Solomon DH. "Overview of selective COX-2 inhibitors." UpToDate.  2016 Sep 22; www.uptodate.com |
| 39. | Staerk L, Lip GYH, Olesen JB, Fosb0l EL, Pallisgaard JL, Bonde AN, Gundlund A, Lindhardt TB, Hansen ML, Torp-Pedersen C, Gislason GH. "Stroke and recurrent haemorrhage associated with antithrombotic treatment after gastrointestinal bleeding in patients with atrial fibrillation: nationwide cohort study." BMJ. 2015; 351: h5876. |
| 40. | Travis AC. Saltzman JR. "Evaluation of occult gastrointestinal bleeding." UpToDate. 2016 Oct 24; www.uptodate.com. |
| 41. | Wilkins T, Khan N, et al. Diagnosis and management of upper gastrointestinal bleeding. *Am Fam Physician*. 2012; 85(5):469-476. |

| ARTICLE/DOCUMENT | |
|---|---|
| 42. | UpToDate:  numerous searches of related topics. |
| 43. | Henry Rinder Expert Report (Mingo) |
| 44. | Plaintiff Dora Mingo Medical Records - All medical records as of 12/15/2016 |
| 45. | Renie Jordan, MD 08/12/2016 Deposition transcript and exhibits |
| 46. | Stephen Keith, MD 08/11/2016 Deposition transcript and exhibits |
| 47. | Dora Mingo 06/20/2016 Deposition transcript and exhibits |
| 48. | January 2015 Xarelto Label |

USCA5 3087

# EXHIBIT B

USCA5 3088

# C U R R I C U L U M   V I T A E

## VONDA G. REEVES-DARBY, MD, AGAF, FACG, FACP

████████████████

Office Phone:      (601) 355-1234
Office Fax:        (601) 352-4882
Email:              ███████████████
Cell Phone:        ████████████

## EDUCATION

1988 – 1991   Fellowship – Gastroenterology
- University of Texas Medical Branch, Galveston, Texas

1983 – 1985   Residency – Internal Medicine
- University of Texas Medical Branch, Galveston, Texas

1982 – 1983   Internship – Internal Medicine
- University of Texas Medical Branch, Galveston, Texas

1978 – 1982   Medical Degree with Honors
Neuroanatomy, Obstetrics and Gynecology
- Meharry Medical College, Nashville, Tennessee

1975 – 1978   B.S. Chemistry
Academic Pre Medical Scholarship
- Millsaps College, Jackson, Mississippi

1975             Valedictorian
- Mt. Olive High School, Mt. Olive, Mississippi

## WORK EXPERIENCE

July 1997 – Present
Gastroenterologist/Senior Partner
Gastrointestinal Associates, P.A.
1421 N. State Street, Suite 203
Jackson, Mississippi 39202

Rev. 4/2016             1

USCA5 3089

July 1991 – 1997
Assistant Professor of Medicine, Division of Gastroenterology
Department of Internal Medicine
University of Texas Medical Branch
301 University Boulevard, 4.106 McCullough
Galveston, Texas 77555

## CREDENTIALS

### BOARD CERTIFICATION:
1995 – 2005
Recertified 2006 – 2023
ABIM - Gastroenterology
#104380

1994 – 2004
ABIM – Internal Medicine
#104380

MEDICAL LICENSURE:
State of Mississippi
#14517

State of Texas
#G5524

## FACULTY APPOINTMENTS

February 2016 – February 2018
Adjunct Assistant Professor, Non-Tenure Track/Series III
Department of Internal Medicine
Meharry Medical College, Nashville, Tennessee

July 1997 – 2010
Clinical Assistant Professor of Medicine, School of Medicine, University
of Mississippi Medical Center, Jackson, Mississippi

February 1993 – July 1997
Interim Director of Gastrointestinal Endoscopy, Department of Internal
Medicine, University of Texas Medical Branch, Galveston, Texas

July 1991 – July 1997
Co-Director, Gastrointestinal Motility Unit, University of Texas Medical
Branch, Galveston, Texas

Rev. 4/2016                                     2

July 1991 – July 1997
Assistant Professor of Medicine, Department of Internal Medicine,
Division of Gastroenterology, University of Texas Medical Branch,
Galveston, Texas
July 1988 – July 1991
Assistant Clinical Instructor, Department of Internal Medicine, University
of Texas Medical Branch

July 1988 – July 1991
Postgraduate Fellow, Division of Gastroenterology, University of Texas
Medical Branch, Galveston, Texas

July 1985 – July 1988
Liaison Physician for University of Texas Medical Branch and Texas
Department of Corrections, Galveston, Texas

July 1985 – July 1988
Director of Preventive Medicine Program, University of Texas Medical
Branch, Galveston, Texas

1986 – 1988
Director of AIDS Program, Texas Department of Corrections Hospital,
University of Texas Medical Branch, Galveston, Texas

1975
Chemistry Lab Instructor, Millsaps College, Jackson, Mississippi

## HOSPITAL AFFILIATIONS

| | |
|---|---|
| 1997 – Present | Gastrointestinal Associates Endoscopy Center: Jackson, Madison and Vicksburg, MS |
| 1997 – Present | Merit Health River Oaks, Flowood, MS |
| 1997 – Present | Merit Health Woman's, Flowood, MS |
| 1997 – Present | Mississippi Baptist Medical Center, Jackson, MS |
| 1997 – Present | St. Dominic/Jackson Memorial Hospital, Jackson, MS |
| 1997 – Present | Hardy Wilson Memorial Hospital, Forest, MS |
| 2006 – Present | Regency Hospital of Jackson, Jackson, MS |

## PAST COMMITTEE RESPONSIBILITIES

| | |
|---|---|
| 1996 | American College of Gastroenterology, Ad Hoc Committee Practice Affairs |

USCA5 3091

| 1995 | CPI – Intravenous Conscious Sedation Committee |
| 1995 – 1997 | Quality Assurance Committee – Department of Internal Medicine, Gastroenterology Representative |
| 1994 – 1997 | UTMB/TDCJ Utilization Review Committee – Gastroenterology |
| 1994 – 1997 | Alliance in Internal Medicine, Faculty Mentor |
| 1994 – 1997 | Quality of Care Subcommittee for Physician Health and Rehabilitation |
| 1995 – 1997 | Credentials Committee, University of Texas Medical Branch |
| 1993 – 1995 | Student Affairs Committee, University of Texas Medical Branch |
| 1987 – 1988 | Governor's Criminal Task Force:  Medical Subcommittee, State of Texas |
| 1986 – 1988 | Texas Department of Health Commissioner's Task Force on AIDS:  Member, Inter Agency Panel |

## PAST TEACHING RESPONSIBILITES:  University of Texas Medical Branch

Assistant Professor of Medicine –
Department of Internal Medicine

Family Medicine Lecturer
Pathophysiology of Peptic Ulcer Disease

Housestaff, Gastroenterology Consultation and Teaching Rounds

Internal Medicine Ward Attending Physician

## PRESENT COMMITTEE AFFILIATIONS

Women's Fund of Jackson, Board Member 2016-2019

Mississippi Gastrointestinal Society – President 2013-2015

Blue Cross Blue Shield Pharmacy and Therapeutics Committee
State of Mississippi, 1997 – Present

Boy Scouts of America – Executive Board
Andrew Jackson Council, 2007 – Present

St. Andrews Episcopal School
Board of Trustees, 2007 – Present

Rev. 4/2016                                      4

USCA5 3092

## PAST COMMITTEE AFFILIATIONS

Community Fund of Greater Jackson, 2006 - 2008
Millsaps College, Board of Trustees, 2007 - 2011

## PROFESSIONAL AND SCIENTIFIC SOCIETIES

Mary Susan Moore Medical Society – Treasurer, 1995 – 1997

Association of Black Women Physicians – Treasurer, 1992 – 1995
Houston, Texas

Leonidias Berry Society for Digestive Diseases, 1989 – 2009

American Women's Medical Association, 1990 – 1995

Texas Society of Gastrointestinal Endoscopy, 1990 – Present

American College of Gastroenterology, 1989 – Present

American Gastroenterological Association, 1988 – Present
AGA Fellow 2/1/2015

University of Texas Medical Branch Faculty Women's Caucus, 1989 – 1997

Texas Medical Foundation, 1989 – 1997

National Medical Association, 1987 – Present

Galveston County Medical Society, 1983 – 1997

Texas Medical Association, 1983 – 2009

American Medical Association, 1983 – Present

American College of Physicians, 1982 – Present

Mississippi State Medical Association, 1997 – Present

Mississippi GI Society, 1997 – Present, President 2013-2015

## HONORS AND AWARDS

2016          Diabetes Foundation of MS Woman of Excellence

Rev. 4/2016                    5

USCA5 3093

| 2014 | Mississippi Business Journal "Health Care Heroes" |
| 2013 | Jackson Free Press "Chicks We Love" |
| 2009 | Silver Beaver Award, Andrew Jackson Council, Boy Scouts of America |
| 2001 | Jim Livesay Award for Outstanding Alumni – Millsaps College |
| 1998 | Mississippi Business Journal's "Top 40 Under 40" Award |
| 1991 | The North American Conference of Gastroenterology Fellows: Second Annual Meeting; 1st Place Presenter |
| 1991 | James W. McLaughlin Fellowship in 1990 Infectious Diseases and Immunity, "Pathogenesis of Experimental Cholera: Effects of Antisecretory and Antimotility Pharmacologic Agents" |
| 1985 | Outstanding Young Women of America 1984 |
| 1977 | Neuroanatomy, Obstetrics-Gynecology, Honors, Meharry Medical College |

## PREVIOUS RESEARCH PROJECTS: University of Texas Medical Branch

NSAID Induced Gastric Ulcers

Diabetic Gastroparesis

Erosive Esophagitis

NSAID / Osteoarthritis

H Pylori Peptic Ulcer Disease

Irritable Bowel / Constipation

Motility Disorders in Immune Compromised Patients

Non-Ulcer Dyspepsia

AIDS Related Diarrhea

Ulcerative Colitis

USCA5 3094

**PREVIOUS RESEARCH PROJECTS: Gastrointestinal Associates, PA**

       Tarheel Clinical Research – 2012 – 2013

       Sarah Cannon Research Institute – 2002 – 2012

       Mississippi Center for Clinical Research – 1997 – 2002

       Mississippi Surgical Center – 1997 – 2002

## 2016

A Phase 2b, Randomized, Double-blind, Double-dummy, Placebo-controlled, Parallel group, Dose-range-finding Study of Two Delayed Release Formulations of XXX Administered Orally for 12 Weeks to Patients with Irritable Bowel Syndrome with Constipation

## 2015

A randomized, 12-week, double-blind, placebo-controlled study of the safety and efficacy of XXX in patients with Irritable Bowel Syndrome with Constipation (IBS-C)

A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter, Multiregional, One Year Study to Assess the Efficacy and Safety of XXX for Induction of Clinical Remission with Endoscopic Response at 16 Weeks followed by Clinical and Endoscopic Remission at 52 Weeks in Subjects with Active Moderate Crohn's Disease

A Phase 2, randomized, placebo-controlled, multicenter study to investigate the efficacy and safety of XXX for treatment of subjects with active ulcerative colitis

## 2014

Sample collection study to evaluate the DNA markers in subjects with Inflammatory Bowel Disease (IBD)

A phase 3, randomized, double-blind, placebo-controlled, parallel-group trial of  xxxx administered orally for 12 weeks to patients with Chronic Idiopathic Constipation

A phase 2, randomized, double-blind study of the efficacy and safety of xxxx versus xxxx in adult subjects with liver fibrosis due to Non-alcoholic Steatohepatitis (NASH)

A phase 2, multi-center, multi-national, randomized, double-blind, placebo-controlled parallel-group clinical trial to evaluate the efficacy and safety of xxxx in adult subjects with Eosinophilic Esophagitis

USCA5 3095

A multicenter, randomized, double-blind, placebo-controlled, parallel-group clinical study to evaluate the efficacy and safety of xxxx in women with symptoms associated with Diabetic Gastroparesis

A randomized, 12-week, double-blind, placebo-controlled study to assess the safety and efficacy of xxxx in patients with chronic idiopathic constipation

A multi-center, randomized, double-blind study to compare the efficacy and safety of xxxx versus xxxx in subjects with Clostridium difficile-associated diarrhea (CDAD)

## 2013

A phase 2b, randomized, double blind, placebo controlled dose-ranging study of the and safety of xxxx treatment in symptomatic Celiac Disease patients maintained on a gluten-free diet

A randomized, double blind, double dummy, placebo controlled, parallel group, multicenter study to evaluate the clinical equivalence of xxxx capsules with xxxx capsules in the treatment of chronic idiopathic constipation

A randomized, open label, multicenter study to evaluate the safety and antiviral activity of the combination of xxxx/xxxx/xxxx and xxxx with and without xxxx in treatment experienced subjects with genotype 1b chronic hepatitis C virus infection

An open label study to evaluate the safety, antiviral activity and pharmacokinetics of direct acting antiviral agent treatment in combination with xxxx and xxxx in chronic hepatitis C virus infected subjects who have experienced virologic failure in a previous Abbott DAA combination study

A phase III, open label trial of xxxx in combination with xxxx and xxxx for HCV genotype 1 infected subjects who participated in the placebo group of a Phase II/III xxxx study, or who received short term direct acting antiviral treatment for hepatitis C infection in a selected XXX sponsored Phase I study

## 2012

A Safety, Tolerance and Efficacy Evaluation of 3 Different Bowel Cleansing Treatments in Adult Subjects, Including the Elderly and Subjects with Hepatic or Renal Insufficiency

A Study to Assess Repeat Treatment Efficacy and Safety of xxxx in Subjects with Irritable Bowel Syndrome with Diarrhea (IBS-D)

A Randomized, Double-blind, Double dummy, Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Clinical Equivalence of xxxx Capsules With xxxx Capsules in the Treatment of Chronic Idiopathic Constipation

USCA5 3096

A Randomized, Double-Blind, Placebo-Controlled  Study to Evaluate the Efficacy and Safety of xxxx Extended-release Tablets as Add-on Therapy in Patients with Active, Mild or Moderate Ulcerative Colitis not Adequately Controlled on a Background Oral 5-ASA Regimen

A Phase 3b, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Trial of xxxx Administered Orally for 12 Weeks to Patients With Chronic Constipation and Prominent Abdominal Bloating at Baseline

A Phase II double-blind, randomized, comparator-controlled study of the safety and efficacy of xxxx in subjects with left-sided ulcerative colitis

A Phase 2, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of xxxx  Administered to Patients with Diabetic Gastroparesis

A Phase 2, Multi-Center, Randomized, Double Blind, Placebo-Controlled, Multiple-Dose Study to Determine the Safety and Efficacy of Orally Administered xxxx in Subjects with Diarrhea-Predominant Irritable Bowel Syndrome (IBS-D)

A Randomized, Double-blind, Placebo-controlled, Phase 3 Study to Evaluate the Efficacy, Safety, and Tolerability of xxxx in the Treatment of Patients With Diarrhea-Predominant Irritable Bowel Syndrome

An Open-Label Study to Evaluate the Safety, Antiviral Activity and Pharmacokinetics of Direct-Acting Antiviral Agent (DAA) Treatment in Combination with xxxx and xxxx in Chronic Hepatitis C Virus (HCV) Infected Subjects Who Have Experienced Virologic Failure in a xxxx DAA Combination Study

A Randomized, Open-Label, Multicenter Study to Evaluate the Safety and Antiviral Activity of the Combination of xxxx with xxxx, xxxx  and xxxx With and Without xxxx in Treatment-Experienced Subjects with Genotype 1 Chronic Hepatitis C Virus (HCV) Infection

## **2011**

A Long Term Follow-up Registry for Subjects Who Achieve a Sustained Virologic Response to Treatment in xxxx Trials with Subjects with Chronic Hepatitis C Infection (SVR Registry)

A Long Term Follow-up Registry Study of Subjects Who Did Not Achieve Sustained Virologic Response in xxxx Trials in Subjects with Chronic Hepatitis C Infection (Sequence Registry)

A Randomized, Double-Blind, Placebo Controlled Study to Evaluate the Efficacy and Safety of Different Doses of xxxx for the Treatment of Celiac Disease

A Phase III, Open-Label Trial of xxxx in Combination with xxxx and xxxx for HCV Genotype-

USCA5 3097

1 Infected Subjects Who Participated in the Placebo Group of Phase II/III xxxx Study (xxxx), or Who Received Short-Term (up to 14 days) Direct-Acting Antiviral Treatment for Hepatitis C Infection in a Selected xxxx Phase 1 Study

A Randomized, Open Label, Multi-center Study to Evaluate the Antiviral Activity, Safety and Pharmacokinetics of xxxx with xxxx in Combination with xxxx and/or xxxx with and without xxxx for 8, 12, or 24 Weeks in Treatment Naïve and Null Responder Subjects with Genotype 1 Chronic Hepatitis C Virus Infection

A Phase III, Open-Label Study of Once Daily xxxx for 24 Weeks in Combination with xxxx and xxxx in Patients with Genotype I Chronic Hepatitis C Infection Who Failed a Prior xxxx Treatment

A Double-Blind, Randomized, Placebo Controlled, Parallel Group, Multi-Site Study to Evaluate the Clinical Equivalence of xxxx capsules with xxxx capsules in the Treatment of Chronic Idiopathic Constipation

A Phase 2b, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating Response Guided Therapy Using Combinations of Oral Antivirals with xxxx and xxxx in Treatment Experienced Subjects with Chronic Genotype 1 Hepatitis C Virus Infection

A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Treatment Group, Multicenter Efficacy and Safety Study of Intra-Anal Application of xxxx as a xxxx Ointment in Subjects with Symptomatic Internal Hemorrhoids

A Phase 2A, Randomized, Double-Blind, Sponsor Unblinded, Placebo-Controlled, Multiple Dose Study to Evaluate the Pharmacodynamics, Pharmacokinetics and Safety of xxxx in Patients with Active Ulcerative Colitis

Procurement of Blood Samples from IBD, GI Controls and Healthy Volunteer Subjects for Use in the Development of Gastrointestinal Disease Tests

A Phase III, randomized, double-blind, placebo-controlled study to investigate the efficacy, safety and tolerability of xxxx vs. placebo as part of a treatment regimen including xxxx and xxxx in treatment-naïve, genotype 1 hepatitis C-infected subjects

A Phase III, randomized, double-blind, placebo-controlled study to investigate the efficacy, safety and tolerability of xxxx vs. placebo as part of a treatment regimen including xxxx and xxxx in hepatitis C, genotype 1 infected subjects who relapsed after previous interferon-based therapy

## 2010

A Randomised, Double-Blind, Placebo-Controlled Study to Investigate the Efficacy and Safety of xxxx in the Treatment of Subjects with Moderately to Severely Active Crohn's Disease

USCA5 3098

A Phase 2b, Randomized, Double-Blind, Placebo Controlled Trial Evaluating 16 and 24 Weeks of a Four-Drug Regimen and 24 Weeks of a Three-Drug Regimen of xxxx, xxxx and xxxx With and Without xxxx Followed by Response Guided xxxx and xxxx in Treatment Naïve Subjects with Chronic Genotype 1 Hepatitis C Virus Infection

A Phase III, randomized, double-blind, placebo-controlled study to investigate the efficacy, safety and tolerability of xxxx vs. placebo as part of a treatment regimen including xxxx and xxxx in hepatitis C, genotype 1 infected subjects who relapsed after previous xxxx therapy

A Phase III, randomized, double-blind, placebo-controlled study to investigate the efficacy, safety and tolerability of xxxx vs. placebo as part of a treatment regimen including xxxx and xxxx in treatment-naïve, genotype 1 hepatitis C-infected subjects

A Randomised, Double-Blind, Placebo-Controlled Study to Investigate the Efficacy and Safety of xxxx in the Maintenance of Subjects with Crohn's Disease

An Open-Label Extension Study to Assess the Safety of xxxx in Subjects with Crohn's

A prospective 1-year virological follow-up study in subjects previously treated in a Phase IIb or Phase III study with a xxxx containing regimen for the treatment of hepatitis C virus (HCV) infection

A Phase II double-blind, placebo-controlled study of two doses of xxxx in patients with NASH

A Randomized, Double-blind, Placebo-controlled, Parallel group, Dose ranging, Multicenter Study to Evaluate the Efficacy, Safety, and Tolerability of xxxx in the Treatment of Patients with Irritable Bowel Syndrome with Diarrhea

Double-blind, dose-response, randomised, placebo-controlled, parallel group, multi-centre phase III clinical study on the efficacy and tolerability of xxxx vs. placebo for the prevention of recurrence of diverticulitis

A 12-Week, Randomized, Double-Blind,Placebo-Controlled Study of xxxx in Subjects with Diarrhea-Predominant Irritable Bowel Syndrome

**2009**

Antiviral effect, safety and pharmacokinetics of xxxx in hepatitis C virus genotype 1 infected treatment-naïve and treatment-experienced patients for 24 weeks as combination therapy with xxxx and xxxx (double-blinded, randomised, placebo-controlled, Phase II)

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Dose-Ranging Clinical Study to Evaluate the Efficacy and Safety of xxxx in Diabetic Subjects with Gastroparesis

A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial of xxxx

USCA5 3099

Administered Orally for 26 Weeks in Patients with Irritable Bowel Syndrome with Constipation

Prospective Evaluation of xxxx Performance for Colorectal Cancer Screening Antiviral effect and safety of once daily xxxx in hepatitis C virus genotype 1 infected treatment-naïve patients for 12 or 24 weeks as combination therapy with xxxx and xxxx (open label, randomised, Phase II).

A Phase IIb, randomized, double-blind, placebo-controlled trial to investigate the efficacy, tolerability, safety and pharmacokinetics, of xxxx as part of a treatment including xxxx and xxxx in HCV genotype 1 infected subjects who failed to respond or relapsed following at least 1 course of xxxx and xxxx therapy.

A multicentre, double-blind, controlled, randomized, parallel group comparison Phase IIIa treatment investigation on the efficacy and safety of xxxx versus placebo and active medicine in mild to moderate Ulcerative Proctitis

A randomized, double blind, placebo controlled, multi-centre phase IIb dose finding study to assess the effect on GERD symptoms, safety and tolerability during four weeks treatment with xxxx in doses xx mg, xx mg, xx mg, and xx mg bid as add-on treatment to a PPI in patients with GERD that are partial responders to PPI treatment

A Phase 3, Randomized, Double Blind, Placebo-Controlled, Multicenter Study to Assess the Efficacy and Safety of xxxx (xxxx for 2 Weeks, Followed by xxxx QD for 4 Weeks) versus Placebo in Subjects with Active Mild to Moderate Ulcerative Proctitis or Proctosigmoiditis

Collection of Blood Samples for the Discovery of Biomarkers Associated with Irritable Bowel Syndrome

## 2008

A Phase 2B, randomized, double-blind, placebo-controlled, parallel group, dose-ranging, multi-centre study to investigate the efficacy, safety and tolerability of the xxxxx in patients with Gastroesophageal Reflux Disease (GERD) who are partial responders to proton pump inhibitor (PPI) treatment. (SI)

An Open-label, Long-term Safety Study of xxxx Administered to Patients with Chronic Constipation or Irritable
Bowel Syndrome with Constipation (SI)

A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial of xxxx Administered Orally for 12 Weeks Followed by a 4-Week Randomized Withdrawal Period in Patients with Chronic Constipation (SI)

A Safety and Efficacy Evaluation of xxxx vs. xxxx as Bowel Cleansing Preparations in Adult Subjects (SI)

USCA5 3100

Randomised, placebo-controlled, multi-centre study to assess the efficacy and safety of xxxx in thrombocytopenic subjects with Hepatitis C Virus (HCV) infection who are otherwise eligible to initiate antiviral therapy (xxxx) xxxx (xxxx to INitate and Maintain Interferon Antiviral Treatment to Benefit Subjects with Hepatitis C related Liver DiseasE) (SI)

Randomised, placebo-controlled, multi-centre study to assess the efficacy and safety of xxxx in thrombocytopenic subjects with Hepatitis C Virus (HCV) infection who are otherwise eligible to initiate antiviral therapy (xxxx) xxxx (xxxx to INitate and Maintain Interferon Antiviral Treatment to Benefit Subjects with Hepatitis C related Liver DiseasE) (SI)

A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Efficacy and Safety of xxxx in the Treatment of Subjects with Non-Constipation Irritable Bowel Syndrome (SI)

A Double-Blind, Randomized, Placebo-Controlled Phase 2b Study of xxxx Dextofisopam in Female Outpatients with Irritable Syndrome (SI)

Prospective observational study of early on-treatment response and sustained virological response in a cohort of treatment naïve HCV-infected patients treated with xxxx (SI)

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study of xxxx in the Treatment of Patients with Moderate to Severe Ulcerative Colitis (SI)


## 2007

A Phase II, Randomized, Placebo-controlled Study of xxxx in Patients with Chronic Idiopathic Constipation (PI)

A Randomized, Double-Blind, Placebo-Controlled, Multi-National Study to Determine the Effect of xxxx on the Pain Associated with a Chronic Anal Fissure (SI)

A Safety and Efficacy Evaluation of xxxx vs xxxx as Split-Dose Bowel Cleansing Preparations in Adult Subjects (SI)

Quantitative mRNA Assays to Identify Individuals with Inflammatory Bowel Disease (SI)

## 2006

An Open-Label, 2-way, Crossover Study of Steady-state Intragastric pH Control Comparing 2 Dosage Regimens of xxxx and xxxx in Barrett's Esophagus Patients. (SI)

A Multicenter, Open-Label Trial to Evaluate the Long-Term Safety and Tolerability of New xxxx Tablet Formulation in Patients with Ulcerative Colitis. (SI)

A Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of

USCA5 3101

xxxx for the Symptomatic Treatment of Diarrhea-Predominant Irritable Bowel Syndrome (d-IBS) in Females. (SI)

A Randomized, Placebo-Controlled, Double-Blind Study of xxxx for the Treatment of Chronic Constipation. (PI)

A 12-Week, Randomized, Double-Blind, Dose-Ranging, Placebo-Controlled Study of xxxx in Subjects with Irritable Bowel Syndrome.  (SI)

A Phase 3 Study to Evaluate the Efficacy and Safety of xxxx Compared to Placebo on Symptom Relief in Subjects with Symptomatic Non-Erosive Gastroesophageal Reflux Disease (GERD). (SI)

A Phase 3 Study to Evaluate the Safety and Efficacy of xxxx Compared to Placebo in Maintenance of Healing in Subjects with Healed Erosive Esophagitis. (SI)

Multi-center Randomized, Double-Blind, Placebo-Controlled Trial of xxxx in the Treatment of Mild to Moderate Active Crohn's Disease in Adults. (SI)

A Multicenter, Randomized, Double-Blind, Actively Controlled Trial to Evaluate the Safety and Efficacy of a New Tablet Formulation and Dosing Regimen of xxxx Versus xxxx as xxxx in Mildly to Moderately Active Ulcerative Colitis. (SI)

A Phase 2, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Efficacy and Safety of xxxx in the Treatment of Patients with Diarrhea-Associated Irritable Bowel Syndrome. (SI)

## 2005

A Phase 3, Randomized, Double-Blind, Dose-Controlled Study to Assess the Efficacy and Safety of xxxx for Minimal-to-Moderate Sedation in Patients Undergoing Colonoscopy. (SI)

Determination of the Minimal Clinically Important Difference (MCID) of the Patient-Oriented Self Assessment
Scale xxxx in Patients Suffering from Endoscopically Confirmed Gastroesophageal Reflux Disease (GERD), Grade A-D According to Los Angeles Classification Treated with Pantoprazole 40mg o.d. or Placebo o.d. Over One Week. (SI)

A Multicentre, Open-Label Study to Evaluate the Long-Term Safety and Efficacy of xxxx in Patients Suffering
From Functional Dyspepsia. (SI)

A Phase II, Randomized, Open-Label Study to Assess the Safety and Efficacy of xxxx Versus xxxx for Sedation in Elderly Patients Undergoing Colonoscopy Procedures. (SI)

A Phase 3, Multi-Center, 52-Week, Open-Label, Extension Study of the Safety and Efficacy of

USCA5 3102

xxxx in the Treatment of Subjects with Ulcerative Colitis. (SI)

A Randomized, Double-Blind, Dose-Response Study to Assess the Efficacy and Safety of xxxx for Procedural Sedation in Patients Undergoing Colonoscopy.  (SI)

Efficacy and Safety of xxxx for Treating Heartburn in Frequent Sufferers. (SI)

A Phase 3 Study to Evaluate the Efficacy and Safety of xxxx Compared to Placebo on Symptom Relief in Subjects with Symptomatic Non-Erosive Gastroesophageal Reflux Disease (GERD). (SI)

A Phase 3 Study to Evaluate the Efficacy and Safety of xxxx and an Active Comparator, xxxx on Healing of Erosive Esophagitis. (SI)

A Phase 3 Study to Evaluate the Safety and Efficacy of xxxx Compared to Placebo in Maintenance of Healing in Subjects with Healed Erosive Esophagitis. (SI)

A Phase 3, Open-Label Study to Assess the Long-Term Safety of xxxx.  (SI)

## 2004

A Multicentre, Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of xxxx in Patients Suffering from Functional Dyspepsia.

A Phase III, Randomized, Open-Label Study to Assess the Safety and Efficacy of xxxx Versus xxxx for Sedation in Patients Undergoing Colonoscopy Procedures.

A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Arm Study of the Efficacy and Safety of xxxx in the Treatment of Subjects with Active Ulcerative Colitis.

A double blind, placebo-controlled study of xxxx maintenance intermittent therapy following acute treatment in patients with symptomatic Gastroesophageal Reflux Disease.

A Multi-Center, Open-Label Study of the xxxx to Evaluate the Long-Term Safety and Tolerability of Repeated Administration of xxxx in Subjects with Crohn's Disease.

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of the xxxxfor the Induction of Clinical Remission in Subjects with Moderate to Severe Crohn's Disease who Have Lost Response or are Intolerant to xxxx.

## 2003

Multi-Center, Double- Blind, Randomized, Placebo-Controlled Phase III Study of the Efficacy and Safety of Oral xxxx for the treatment of Occasional Constipation.

Double-Blind, Placebo-Controlled, Randomized, Multi-Center Study to Investigate the Safety and

USCA5 3103

Efficacy of 2 mg TID of xxxx over 12 weeks in Diarrhea-Predominant Irritable Bowel Syndrome Subjects.

Functional Dyspepsia

Multi-Center, Randomized, Double-Blind, Double-Dummy, Parallel-Group Comparison of the Remission Rates for Once Daily Treatment with xxxx 20 mg and xxxx 15 mg for 6 months in Patients whose Erosive Esophagitis has been healed.

Comparative Efficacy and Safety Study of xxxx Delayed-Release Capsules 40 mg qd and 20 mg qd versus xxxx 150 mg bid for the Healing of NSAID-associated Gastric Ulcers when Daily NSAID use is continued.

Comparative Efficacy and Safety Study of xxxx Delayed-Release Capsules 40 mg qd and 20 mg qd versus Placebo for the Prevention of Gastric and Duodenal Ulcers Associated with Daily NSAID use in Patients at Risk.

Randomized, Double-Blind Trial Comparing the Early Profile of Heartburn Relief Associated with xxxx 20 mg
daily versus xxxx 20 mg once daily in Gastroesophageal Reflux Disease Patients with an Acute o
Documented History of Erosive Esophagitis.

Randomized, Double-Blind, Placebo-Controlled, Dose Finding, Multi-Center Study to Assess the Efficacy, Safety and Tolerability of xxxx given Orally at Three Doses 1.5 mg, 6 mg or 18 mg and Placebo in Patients with Functional Dyspepsia and Documented Normal Gastric Emptying.

10 Day Pre-Screen xxxx plus Aspirin versus xxxx plus Aspirin versus Placebo versus Aspirin; Two UGI Endoscopies in 7 Days, Healthy Adults 50-75.

## 2002

Osteo and Rheumatoid Arthritis
Multi-Center, Open-Label, Safety Study of Oral xxxx for the treatment of Occasional Constipation.

## 2001

Colon Polyps
Erosive Esophagitis
Irritable Bowel Syndrome
Surveillance study to assess the long-term safety and tolerability of xxxx in patients with symptoms of Functional Dyspepsia.

Open Label, Randomized, Multi-Center Clinical Trial to Assess the Long-Term Safety of xxxx 150 mg twice daily, and xxxx 300 mg once daily in subjects with Erosive Gastroesophageal Reflux Disease.

USCA5 3104

**2000**

Osteo and Rheumatoid Arthritis
Irritable Bowel Syndrome

Double-Blind, Placebo-Controlled, Randomized, Multi-Center to Investigate the Efficacy and
Safety of xxxx in Non-Constipated Patients with Established Irritable Bowel Syndrome.

**1999**

Ulcer
GERD
Erosive Esophagitis
Chronic Constipation
Irritable Bowel Syndrome/Constipation

**1998**

Irritable Bowel Syndrome
Non Constipation with Irritable Bowel Syndrome
Ulcers
Digestive Signs and Symptoms Associated with Diabetes
Erosive Esophagitis

**1997**

Irritable Bowel Syndrome
Non-Ulcer Dyspepsia in Patients with or without H. Pylori
Ulcers Associated Osteo/Rheumatoid Arthritis


**COMMUNITY**

Millsaps College Alumni Council, 1998 – 2002

YMCA Board of Trustees, 2000 – 2005

United Methodist Women:  Board of Directors/Community Fund of
Greater Jackson, 2004 – 2008

Boy Scouts of America, Andrew Jackson Council
Executive Committee, 2004 - Present

Millsaps College:  Board of Trustees, Academic Review Committee,

USCA5 3105

2006 – 2011

St. Andrew's Episcopal School:  Board of Trustees, Academic Review
Committee, Buildings and Grounds Committee, 2006 – Present

## RESEARCH EXPERIENCE

Investigation, using myoelectrical recording techniques, or nerve and muscle of
the small intestine in diarrhea caused by certain infectious organisms and their
enterotoxins.

Investigation of patients who are infected with human immunodeficiency
syndrome-1 (HIV – 1) with unexplained nausea, vomiting, and abdominal pain.

Treatment of CMV –Induced Gastrointestinal disease in patients who are
seropositive for HIV-1: a. Monoclonal Antibody, and b. Foscarvir.

Treatment of Hepatitis C. Virus in patients who are serpositive for HIV-1.

Saccharide Intestinal permeability in patients whose serum is positive for HIV-1.

## PROFESSIONAL PRESENTATIONS

1. **Endocinch:  A Novel Treatment for GERD.**  V. Reeves-Darby, M.D., presented at the
   SGNA Tri-State Meeting, Biloxi, Mississippi, September 2002.

2. **Gastroesophageal Reflux Disease.**  V. Reeve-Darby, M.D., presented at the Mississippi
   Physicians and Surgeons Association, Biloxi, Mississippi, May 1996.

3. **H Pylori.**  V. Reeves-Darby, M.D., presented to Brazosport Memorial Hospital,
   Brazosport, Texas, 1996.

4. **Hepatitis C Therapy.**  V. Reeves-Darby, M.D., presented to Brazosport Memorial
   Hospital, Brazosport, Texas, 1996.

5. **Gastrointestinal Manifestations of AIDS.**  V. Reeves-Darby, M.D., presented to St.
   Joseph Hospital, Houston, Texas, 1995.

6. **Gastrointestinal Manifestation of AIDS.**  V. Reeves-Darby, M.D., presented to the
   Memorial Southeast, Houston, Texas, 1995**.**

7. **Gastrointestinal Manifestations of AIDS.**  V. Reeves-Darby, M.D., presented at the
   Gulf Coast Regional Conference, Galveston, Texas, 1992.

USCA5 3106

8. **Pneumatosis Cystoids Intestinalis.** V. Reeves-Darby, M.D., presented at Houston Gastroenterological Society, September 1989, oral presentation.

9. **Pathophysiology of Chronic Hepatitis.** V. Reeves-Darby, M.D., presented to University of Texas Medical Branch, Division of Gastroenterology, May 1990, oral presentation.

10. **Gastrointestinal Manifestations of AIDS.** V. Reeves-Darby, M.D., presented to University of Texas Medical Branch, Department of Family Practice, October 1990, oral presentation.

11. **AIDS Diarrhea.** V. Reeves-Darby, M.D., presented at "Somatosatin Agonist Therapy: New Directions in Clinical Reasearch", University of Michigan, Ann Arbor, October 1990, oral presentation.

12. **Somastatin Analog Affects Small Bowel Motility in AIDS Patients with Cryptosporidiosis-Induces Diarrhea.** V. Reeves-Darby, M.D., "The North American Conference of Gastroenterology Fellows", San Diego, California, February 21-2, 1991, oral presentation.

13. **Drug-Induced Liver Injury.** V. Reeves-Darby, M.D., presented to Mississippi Pharmaceutical Association, May 2009, Biloxi, Mississippi.

14. **C. Difficile Colitis.** V. Reeves-Darby, M.D., VA Nurse Practitioners Course, September 2012, Jackson, Mississippi

**Research – Bench:**

Pathogenesis of experimental cholera: effects of antisecretory and antimotility agents in a rabbit model – completed 1996.

**Research – Clinical:**

"A Randomized Comparative Multicenter Trial of Fluconazole and Ketaconasone in the Treatment of Esophageal Candidiasis in Immunocompromised Patient" – completed 1990.

"A Comparative Study of the Efficiency and Safety of Misoprostol (Cytotec) and Sucralfate (Carafate) in the Prevention of NSAID-Induced Gastric Ulcers: - completed 1989.

"A Multicenter Placebo-Controlled dose Titration Study to Evaluate the Efficacy and Safety of Sandostatin (SMS201-9995) in Patients with Acquired Immunodeficiency Related Diarrhea" – completed 1992.

"Evaluation of the Small Bowel Motility in Patients Seropositive for the Human Immunodeficiency Virus Type I Syndrome" – completed 1995.

USCA5 3107

"Pathogenesis of Experimental Cholera: Effects of Antisecretory and Antimotility Pharmacologic Agents" – completed 1996.

"Saccharide Intestinal Permeability Study in HIV-1 Patients" – completed 1996.

"A Controlled Trial of the Treatment of Chronic Hepatitis C Virus (HCV) Infection with Alpha Interferon in Patients with Human Immunodeficiency Virus (HIV) Infections and CD4 Lymphocytes Greater than or Equal to cell/mm" – completed 1997.

"Phase III Multicenter, Open Label, Randomized Trial of Induction vs. Induction Plus Maintenance Foscavir Therapy for Gastrointestinal CMV Disease" – completed 1996.

## BIBLIOGRAPHY

## PUBLISHED

1. Faruque FS, Zhang X, Nichols EN, Bradley DL, Reeves-Darby R, Reeves-Darby VG, Duhe RJ. The Impact of Preventive Screening Resource Distribution on Geographic and Population-based Disparities in Colorectal Cancer in Mississippi. BioMed Central, 2015

2. Reeves-Darby VG, Soloway RD, Halpert R. Gastric Bezoar Complicating Gastric Stapling, Am J Gastroenterology 1990; 85:326-7. (Letter)

3. Reeves-Darby VG, Soloway RD, Halpert R. Gastric Bezoar Complicating Gastric Stapling, Am J Gastroenterology 1990; 95:1536 (letter).

4. Mathias, JR. Reeves–Darby VG, and Clench MH. Gastroduodenal Motility. Current Opinion in Gastroenterology 7:913-919, 1991.

5. Reeves-Darby VG, and Mathias JR. Motility Disorders of the Small Intestine. Contemporary Internal Medicine. 3 (10):92-113,1991.

6. Simon DM, Cello JP, Valenzuela J, Levy R, Dickerson G, Goodman R, Brown M, Lyche K, Fessel WJ, Grendell J, Wilcox MC, Afdhal N, Fogel R, Reeves-Darby VG, Stern J, Smith O, Graziano F, Pleakow D, Carpenter C, Loveless M, Erno L, Basuk P, Orenstein J. Multicenter Placebo-controlled Trial of the effectiveness of octreocide in patients with refractory AIDS-associated Diarrhea. Annals of Internal Medicine 115:705-710, 1991.

7. Mathias JR, Khanna R, Nealon WH, Browne RM, Reeves-Darby VG, and Clench MH. Roux limb motility after total gastrectomy and Roux-En-Y anastomosis in patients with Zollinger-Ellison Syndrome. Dig. Dis. Sci. 37:1761-1768, 1992

8. Mathias JR, Baskin GS, Reeves-Darby VG, Clench MH, Smith LL, and Calhoun JH. Chronic intestinal pseudo-obstruction in a patient with heart-lung transplant; therapeutic effect of leuprolide acetate. Dig. Sci. 37:1761-1768, 1992.

9. Kalangi S, Clench MH, Reeves-Darby VG, Roberts PH, Mathias JR. Therapeutic effects of leuprolide acetate (LA) in patients with Type I Diabetes Mellitus and associated neuromuscular disease of the GI tract. Digestive Diseases and Science, 1992.

10. Mathias JR, Reeves-Darby VG, and Clench MH. Gastroduodenal motility, Current Opinion in Gastroenterology 8:952-958, 1992.

USCA5 3108

11. <u>Reeves-Darby VG,</u> Pathogenicity of protozoa in stool. The Consultant. 33:10; 1993.
12. <u>Reeves-Darby VG,</u> Soloway RD, Biliary Infections. Current Opinion in Gastroenterology 9:817-820, 1993.
13. Mathias JR, Clench MH, <u>Reeves-Darby VG,</u> Fox LM, Hsu PH, Roberts PH, Smith LL, Stiglich NJ. Effects of leuprolide acetate in patients with moderate to severe functional bowel disease: double-blind, placebo-controlled study. Digestive Disease and Sciences 39:1155-1162, 1994.
14. Mathias JR, Clench MH, Roberts PH, <u>Reeves-Darby VG.</u> Effect of leuprolide acetate in patients with functional bowel disease: long-term follow-up after double-blind, placebo-controlled study. Digestive Disease and Sciences 39:1163-1170, 1994.
15. <u>Reeves-Darby VG,</u> Turner JA, Prasad R, Chopra AK, Chary P, Clench MH, Peterson JW, Mathias JR. Myoelectric activity of cloned cholera toxin-like enterotoxin from Salmonella typhimurium in rabbit ileum in vivo. FEMS 134:239-244, 1995.

## CHAPTERS

<u>Reeves-Darby VG,</u> Mathias JR, Toxigenic Diarrheas. Chapter 52, ed. William J. Snape, Jr., W. B Saunders Company, Philadelphia, PA 1996. p 372-380

## ABSTRACTS

1. Faruque F, Xu Z, Nichols EN, Bradley DL, Reeves-Darby R, <u>Reeves-Darby VG,</u> Duhé RJ, 2016, "The impact of preventive screening resource distribution on geographic and population-based disparities in colorectal cancer in Mississippi", [1st] Annual Symposium of the Southeastern Colorectal Cancer Consortium, Atlanta, GA
2. <u>Reeves-Darby VG,</u> Mathias JR. Somastatin Analog Effects of Small-Bowel Motility in AIDS Patients with Cryptosporidiosis-Induces Diarrhea. In: Abstracts of the World Congresses of Gastroenterology. Sydney 1990. Abingdon: The Medicine Group (UK) ltd 1990: PP711.
3. <u>Reeves-Darby VG,</u> Mathias JR. Somastatin Analog Effects of Small-Bowel Motility in AIDS Patients with Cryptosporidiosis-Induced Diarrhea. The James W. McLaughlin Fellowship Fund Research Colloquium, University of Texas Medical Branch, Galveston, Texas, March 15, 1990.
4. Khanna R, Browne R, Heiner AD, Nealon WH, <u>Reeves-Darby VG,</u> Clench MH, Mathias JR. Motility of the Roux-En-Y Anastomosis in Patients with the Zollinger-Ellison Syndrome. American Gastroenterological Association. San Antonio, Texas, May 15, 1990.
5. <u>Reeves-Darby VG,</u> Mathias JR, Abnormal Gastrointestinal (GI) Motility in Patients with Human Immunodeficiency Virus 1 (HIV-1), the James W. McLaughlin Fellowship Fund Research Colloquium, University of Texas Medical Branch, Galveston, Texas, March 1, 1991.
6. <u>Reeves-Darby VG,</u> Mathias JR, Clench MH. Abnormal Gastrointestinal (GI) Motility in Patients with Human Immunodeficiency Virus 1 (HIV-1). Gastroenterology, 100, No. 5, Part 2, A608, 1991.

USCA5 3109

7. Mathias JR, Baskin G, <u>Reeves-Darby VG,</u> Clench, MH, Smith LL, Calhoun JH. Chronic Intermittent Intestinal Pseudo-obstruction (CIPO) in a Patient with Heart-Lung Transplant: Etiologic Role Cytomegalovirus (CMV) Infection and Therapeutic Effect of Leuprolide Acetate. Gastroenterology, 100, No. 5, Part 2 A596, 1991.

8. <u>Reeves-Darby VG,</u> Mathias JR, Clench MH, Peristaltic Rush (PR) in Acquired Immunodeficiency Syndrome (AIDS)-Related Diarrhea: Effects of Somastatin Analog. Gastroenterology, 100, No. 5, Part 2, A486, 1991.

9. Schonecker JA, <u>Reeves-Darby VG,</u> Urrutia F. Small bowel enteroscopy: experience with 52 patients. American College of Gastroenterology, New York, New York, 1993

10. <u>Reeves-Darby VG,</u> Laine L, Rodriquez D, Wilcox CM, Foxx-Orenstein A, Rabeneck L, Cello J, Greenberg P, Kessler H, Brown M, Lake-Bakaar G, Climar N, Poles M, Dieterick Douglas. A Randomized Trail of Foscarnet Maintenance Therapy Versus Observation for CMV Gastrointestinal Disease (ASTRA FOS 29). XI International Conference on AIDS, 1996.

## <u>WITHDRAWN FOR PUBLICATION</u>

1. <u>Reeves-Darby VG,</u> Clench MH, Pollard RB, Mathias JR, Diarrheogenic motility in patients with human immunodeficiency virus type 1: effects of octreotide acetate. Journal of Gastrointestinal Motility, 1994. (withdrawn)

2. Mathias JR, Clench MH, Forsythe PA, Roberts PH, <u>Reeves-Darby VG.</u> Serum relaxin levels detected in non-pregnant women with functional bowel disease and reduced by leuprolide acetate. Fertility and Sterility, 1994. (withdrawn)

_____        _____
    Vonda G. Reeves-Darby, M.D.                                  Date

USCA5 3110

# EXHIBIT C

USCA5 3111

**VONDA REEVES-DARBY, M.D. FEE SCHEDULE**

1.  Medical review, literature search:      $500/hr

2.  Case review with attorneys:             $500/hr.

3.  Depositions:  1st hour                   $2000/hr

                       2nd or subsequent hr     $1000/hr

4.  Travel:        Full day                  $8000/d

                Half day or less         $4000/d

5.  Cancellations:  24 h notice             $4000

                    48 h notice             $2000

USCA5 3112

# EXHIBIT D

USCA5 3113

**CASE LIST**

**TRIAL – November 2013** - Testified as Expert for Defense in Margaret Byrd v. Kenneth Stubbs, MD, et al., in Adams County Circuit Court, MS.

USCA5 3114