From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

January 6, 2017

**Expert report of Alan E. Jones, MD**

Dora Mingo, et al v. Janssen Research and Development, LLC, et al

**Introduction**

I am Chairman and Professor of Emergency Medicine at the University of
Mississippi Medical Center in Jackson, Mississippi, and I actively practice
emergency medicine as my full time profession.  I am Past President and a past
board member of the Society for Academic Emergency Medicine, which is a
leading professional organization of emergency medicine physicians in the
United States.  From 2012 to 2014, I served as Chairman of the American
College of Emergency Physicians Research Committee.  I am residency trained
and board certified in emergency medicine and am a diplomat of the American
Board of Emergency Medicine.  Currently, I serve as a peer reviewer to more
than 30 medical journals, including *American Journal of Emergency Medicine,*
*Annals of Emergency Medicine,* and *Chest.*  I am on the Editorial Board of
more than 10 medical journals, including *Annals of Emergency Medicine,*
*Academic Emergency Medicine,* and *Journal of Emergency Medicine and*
*Critical Care.*  Between 2006 and 2014, I served as an invited moderator at 20
national and international meetings.  I have published more than 130 articles in
the peer-reviewed literature.

I have particular expertise in venous thromboembolism and anticoagulation by
virtue of the fact that I have studied and written on the diagnosis and treatment
of venous thromboembolism extensively throughout my career.  I have
received funding from the National Institutes of Health and other entities to
study the pathophysiology and treatment of venous thromboembolism.  As an

1

USCA5 3115

Case 2:14-cv-02592-NIEF-MBN   Document 5517-8517-85517-8 Filed 02/24/17   Page 2 of 78

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

emergency medicine physician, I regularly diagnose and manage patients with thrombosis, patients on oral anticoagulants, and I prescribe oral anticoagulation routinely.  I train residents in identifying and treating thrombosis, and managing anticoagulation.  I also regularly diagnose and manage patients with gastrointestinal bleeding, including patients with GIB on oral anticoagulants.

Further details on my education, training, professional activities, and research and publications can be found in my *curriculum vitae*, including all articles I have published in the previous ten years, attached as Exhibit A.  I also attach a list of legal cases in which I have provided testimony at trial or deposition as an expert witness in the last 4 years, as Exhibit B.  A fee schedule of my rates for work on this case is attached, as Exhibit C.

**<u>Deep Venous Thrombosis</u>**
Deep vein thrombosis (DVT) is a disease caused by excessive fibrin production due to the action of thrombin on fibrinogen resulting in a clot in the venous system of a deep vein. Venous injury, slow blood flow and hypercoagulability are the major mechanisms for inducing DVT. DVT is represented by a spectrum from complete occlusion of the illeofemoral venous system to clots of the deep veins of the calf. In the United States, DVT results in about 600,000 hospitalizations per year. Lower extremity DVT is much more common as compared to upper extremity. Anatomically, proximal DVT refers to a thrombosis in the veins proximal to the popliteal vein and distal DVT refers to isolated calf vein thrombosis.

The initial symptoms of DVT can range from mild pain and cramping to severe swelling, pain and obstruction of blood flow. The typical clinical presentation of lower extremity DVT consists of some combination of leg pain, edema,

2

USCA5 3116

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

erythema, warmth, tenderness to palpation, dilation of superficial veins, and palpable venous system. The diagnosis is usually made by clinical suspicion prompting investigation using venous duplex ultrasonography, which has a sensitivity and specificity of up to 95% for proximal DVT and is the diagnostic test of choice.

After the diagnosis of DVT is established, anticoagulation should be initiated unless there are patient specific contraindications. Treatment can consist of the use of unfractionated or low molecular weight heparin initially with transition to oral vitamin K antagonists (warfarin) for 3 months. Until the approval of new oral anticoagulants (NOACs), warfarin was the only option. However, the EINSTEIN and XALIA trials demonstrated the comparable efficacy and safety of Xarelto compared to heparin-warfarin combination for the treatment of DVT and Xarelto is FDA approved for the treatment of DVT.

**<u>Gastrointestinal Bleeding</u>**

Gastrointestinal bleeding (GIB) is a common occurrence and is a very common cause for hospitalization, with some estimates of more than 1 million hospitalizations annually in the United States. GIB is classified according to the site of bleeding as upper or lower. Upper GIB is more common than lower GIB and carries a higher mortality rate.

The most common causes of upper GIB are peptic ulcer disease (PUD), esophagogastric varices, and mucosal tears. The most common causes of lower GIB are diverticular disease, angiodysplasia, colitis and neoplasm. Peptic ulcer disease has several major risk factors, including Helicobacter Pylori infection, chronic use of non-steroidal anti-inflammatory drugs, such as aspirin, and

USCA5 3117

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

smoking.  Known risk factors and clinical characteristics of high risk patients that develop GIB include:

1) The use of medications such as aspirin, nonsteroidal anti-inflammatory drugs, and corticosteroids that predispose to peptic ulcer formation;

2) The use of medications such as anticoagulants (Coumadin/warfarin, Lovenox, Xarelto) and antiplatelet agents (aspirin) that potentiate bleeding when present;

3) Preexisting medical conditions, including peptic ulcer disease, liver disease, alcoholism, congestive heart failure, diabetes, chronic renal failure and coronary artery disease;

4) Environmental factors such as smoking and alcohol consumption; and

5) Advancing age.

The usual approach to the clinical management of a patient with suspected GIB is to evaluate vital signs and perform a history and physical examination to determine if bleeding is apparent. Hypotension and tachycardia suggest hypovolemia from blood loss. Physical examination should evaluate for evidence of anemia such as pallor or cold skin. Rectal examination and stool hemoccult testing can help determine an obvious source of bleeding, such as hemorrhoids, and either the presence of gross GIB or occult (non-gross bleeding).

Laboratory studies can assist in the management and risk stratification of patients with GIB. Typical testing includes evaluation of the patient's hemoglobin, platelets, renal and liver function, and coagulation studies. Coagulation studies are typically done to determine if coagulopathy is present

4

USCA5 3118

Case 2:14-md-02592-EEF-MBN Document 5547-8 Filed 02/24/17 Page 5 of 78

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

and what impact it may have on the patient's blood loss. These tests are not used in isolation but in combination with the clinical assessment of the patient to determine which therapies to use and how rapidly those therapies should be administered. These tests are required as a matter of routine in patients taking warfarin to determine the degree of anticoagulation, given the narrow therapeutic range and extensive drug and food interactions.

**<u>Gastrointestinal Bleeding and Anticoagulants</u>**

Owing to its predictable pharmacokinetics, patients taking Xarelto do not require routine laboratory monitoring of coagulation tests. Different thromboplastin reagents used in the prothrombin time (PT) tests that are currently available result in variability in the test result that is too large to be accurate for samples containing the same concentrations of Xarelto. This variation is caused by different sensitivities of the reagents to Xarelto, possibly caused by interactions between Factor Xa inhibitors and phospholipids in thromboplastin reagents. This variability is not corrected by conversion of PT to INR values. The INR has been developed specifically for monitoring anticoagulation vitamin K antagonists and, therefore, should not be used for Xarelto. In fact, conversion of PT to INR values can increase the variability. A PT assay using a thromboplastin reagent sensitive to Xarelto (such as Neoplastin Plus®; Diagnostica Stago, Asnières-sur-Seine, France) may be useful to indicate whether the anticoagulant effect of Xarelto is present, provided that the patient's baseline PT is not abnormal; however, specific guidance for this type of assay in clinical use is not yet available and, therefore, is not considered standard. In addition, different PT assays use different reagents to measure the activity of the clotting pathway, and some of those reagents are not sensitive to the effects of Xarelto. In the cases of PT

5

assays where the reagent is not sensitive to Xarelto, a PT result can indicate a normal result, despite the patient being anticoagulated on Xarelto.

It should be noted that ordering coagulation tests in a bleeding patient may be used by a clinician for several possible reasons: 1) to establish a baseline level in the event that future changes in a patients condition warrants ongoing surveillance or intervention; and 2) to determine the balance of the coagulation cascade, including if any effect of an anticoagulant is still present. In the absence of use of monitoring of vitamin K antagonists, the use of PT or other coagulation tests in the clinical setting are typically performed to establish a baseline or indicate the presence of an occult underlying disease process such as liver disease, malignancy or hematologic disorder. In a bleeding patient or a patient that would potentially receive a medication to affect the coagulation system, the measurement of coagulation tests is done as a matter of routine. PT is just one piece of information among many pieces that are gathered to guide the clinician as to the ultimate management of the patient, given that patient's specific set of circumstances.

Empirical management principles for GIB vary depending on the site and rate of bleeding. In general supportive care in the form of fluid resuscitation and cardiopulmonary monitoring are provided. The first determination a clinician must make is if the patient is stable or unstable. This is typically done through the use of vital signs in combination with clinical assessment. Patients with unstable vital signs and/or evidence of shock physiology on clinical assessment suggest instability that requires emergent intervention to prevent future morbidity. Stable patients typically can follow a less time sensitive course and undergo urgent rather than emergent evaluation and intervention.

6

USCA5 3120

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

Blood and blood product transfusions are given when there is specific indication. Other medications such as acid suppression agents, pro-kinetic agents, antibiotics and anti-fibrinolytic agents are given in some situations. Diagnostic and therapeutic endoscopy is often performed.

When GIB occurs in patients on anticoagulants, the same general management supportive principles apply in the form of fluid resuscitation, cardiopulmonary monitoring, and blood product transfusions. Patients receiving oral anticoagulation with Coumadin/warfarin can be given vitamin K in order to overcome the competitive block produced by Coumadin/warfarin; however the effect of vitamin K is both dose dependent and may be delayed for several hours while liver synthesis of clotting factors (II, VII, IX, X) are initiated and reach adequate levels in the plasma. Other options for bleeding on Coumadin/warfarin include administration of fresh frozen plasma or prothrombin complex concentrate in order to directly replace vitamin K dependent clotting factors (II, VII, IX, X). It should be noted that the decision to administer a reversal agent to a patient on anticoagulation should only be done after careful consideration of the risks versus benefits by the clinician. Risks associated with occurrence or recurrence of the original indication for anticoagulation (thrombus development) may outweigh the benefit of reversal as compared to anticoagulant discontinuation and supportive care. These decisions are patient specific and should also take into account the clinical scenario, site and rapidity of the bleeding, and the clinical stability of the patient.

The new oral anticoagulant Xarelto is a direct factor Xa inhibitor that has predictable pharmacokinetics profiles making it unnecessary to perform routine laboratory monitoring on patients taking the medication. Xarelto has a

7

USCA5 3121

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

rapid onset of action after oral intake, a short half-life, no food or alcohol interactions and very few drug interactions. While no direct antidote is available for Xarelto, the administration of 4-factor prothrombin complex concentrate (either activated or not) has been reported to be beneficial in completely reversing the effects of the medication. Use of procoagulant drugs (antifibrinolytics) might also be considered is certain cases.

**Dora Mingo**

I have reviewed the medical records of Dora Mingo, the depositions of Dora Mingo and her treating physicians, Dr. Renie Jordan and Dr. Stephen Keith, as well as medical literature pertinent to the case. I have also reviewed the expert reports of Dr. Henry Rinder and Dr. Curt Furberg. The documents I have reviewed are attached as Exhibit D. In addition to these materials, I am basing my opinions on my education, training and experience as an active practicing physician and medical educator.

As of June 4, 2014, Ms. Mingo had a past medical history of hypertension, diabetes, hypercholesterolemia, osteoarthritis and insomnia. She had a past surgical history of cholecystectomy and was a regular smoker. She was taking the following medications regularly: amlodipine-olmesartan, furosemide, metformin, aspirin, Flonase, Lovastatin, potassium chloride, alprazolam, meloxicam and hydrocodone-acetaminophen. She was 5 foot 2 inches tall and weighed 185 pounds. She had begun a work up for chronic kidney disease, although her estimated glomerular filtration rates were mostly always above 60.

Ms. Mingo underwent right total hip arthroplasty performed by Dr. Gandy on January 6, 2015, with an estimated blood loss of 30 ml. Post-operatively she

8

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

had two hemovac drains that drained a total of 335 ml of serosangenous fluid from 1/6/15-1/9/15 when they were removed. Ms. Mingo was started on Lovenox 40 mg subcutaneous every day on January 7, 2015. She was continued on Lovenox while in the hospital (1/7/15-1/9/15) and then discharged home with instructions for the same dose of Lovenox to be administered by home health nursing for 7 more days. According to the home health records, Ms. Mingo's daughter was administering daily Lovenox injections as ordered. On January 17, her aspirin dose was increased from 81mg a day to 325 mg a day. Ms. Mingo's laboratory work shows a pre-procedure hemoglobin of 12.6 g/dl on December 29, 2014. Her immediate post-procedure hemoglobin was 10.2 g/dl on January 7, 2015. Her hemoglobin decreased further to 9.7 g/dl on January 8, and 8.7 g/dl on January 9, 2015. She was on Lovenox 40 mg and aspirin 81 mg during this entire time period. The next hemoglobin measured was on January 22, 2015, and was found to be 11.2 g/dl but by that time she had been off Lovenox since January 16, 2015. In total this represents a 4 g/dl drop in her hemoglobin peri-operatively.

On January 21, 2015, Ms. Mingo visited Dr. Gholson with complaints of bilateral lower extremity swelling. On January 22, 2015, a bilateral lower extremity Doppler ultrasound study was performed which revealed an occlusive thrombus in the anterior proximal peroneal vein in the right leg. Ms. Mingo was sent to Southwest Mississippi Regional Medical Center and in the emergency room was started on enoxaparin 89 mg subcutaneous and admitted to the hospital. She received a single dose of Coumadin 10 mg on January 22, 2015 at 2217. After admission, Ms. Mingo was transitioned to Xarelto 15 mg twice a day for 21 days on January 23, 2015, which was an appropriate dose for her given that her creatinine was 1.14 mg/dl on January 22, 2015, equating to a creatinine clearance of 68 ml/min. On January 22, 2015, her hemoglobin

9

USCA5 3123

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

was 11.2 g/dl. She was discharged on January 24, 2015, with instructions to discontinue the use of aspirin 325 mg. Home health orders dated January 27, 2015, indicate a new medication order for aspirin 325 mg.

On February 2, 2015 Ms. Mingo presented to the emergency department at King's Daughters Medical Center and was evaluated by Dr. Hercules. She complained of bilateral lower extremity swelling and pain. At that time Ms. Mingo denied black or bloody stools. On examination she was in no distress with a normal blood pressure of 125/69 and heart rate of 117. She was noted to have "weakly heme-positive stool" that was brown. Her labs on February 2, 2015, revealed a creatinine of 1.0 mg/dl and a hemoglobin of 8.6 g/dl. It was recommended by Dr. Hercules that she follow up with her primary care doctor the next day to have her blood count repeated. Dr. Hercules did not stop her Xarelto or aspirin at the time of her visit, which was a reasonable decision given her presentation and high risk for developing another blood clot.

Ms. Mingo had a visit with Nurse Practitioner Zachary on February 3, 2015, as advised by Dr. Hercules. She was noted to have a heart rate of 107 and blood pressure of 111/75. She noted a bowel movement the morning of the visit to be "dark in color but on iron." At that time her labs were re-checked and she had a hemoglobin of 8.2 g/dl. She was referred to a gastroenterologist due to the hemoccult positive stool and low hemoglobin. Again, at that time her Xarelto dose was not changed; however, her aspirin dose was decreased from 325 mg a day to 81mg a day.

One week later on February 10, 2015, Ms. Mingo had a gastroenterology office visit to be evaluated for hemoccult positive stool and anemia. She was seen by Nurse Practitioner Mary Thornton. At that time, Xarelto was listed as one of

USCA5 3124

**Alan E. Jones, MD, FACEP**
**Jackson, MS**

her medications and she was noted to have no blood in stool, decreased exercise tolerance, dyspnea on exertion, no bleeding or melena and abdominal pain only when having a bowel movement. Her blood pressure was 99/45 and her heart rate was 125. She was noted to have a normal color with no abdominal tenderness. The plan at that time was to schedule her to have a colonoscopy and esophagogastroduodenoscopy (EGD).

Ms. Mingo had a follow up with Dr. Gholson on February 12, 2015 to have her blood count re-checked. On the laboratory evaluation she was noted to have a hemoglobin of 5.8 g/dl. An attempt was made to get her a follow up appointment with gastroenterology on February 13, 2015, but there was no provider at the gastroenterology clinic that day. She was therefore instructed to go to the emergency room at Southwest Mississippi Regional Medical Center for evaluation and admission.

Upon evaluation in the emergency department on February 13, 2015, Ms. Mingo was noted to present at the request of Dr. Gholson due to anemia. At that time she denied dizziness, chest pain, shortness of breath but did report some mild abdominal cramping. She reported "black stools since January 9th" to the emergency physician, Dr. David Casey. On examination she had a blood pressure of 118/55 and a heart rate of 131; she was noted to be in no acute distress, with good pulses in all extremities, normal skin color, hemoccult positive black stool, and she had a normal mental status. Labs were performed and revealed a hemoglobin of 6.4 g/dl and a prothrombin time of 26.2 (normal ranges from 13-15 seconds). She was given a proton pump inhibitor, Protonix, to decrease acid production in the stomach and she was given a small amount of IV fluids and 1 unit of packed red blood cells were transfused. She was stable in the emergency department and did not require any emergency or life

11

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

saving interventions, and did not require massive transfusion. She was admitted to the intensive care unit but based on her presentation and lab values, there is no quantitative data in the medical record that suggests that her clinical condition was consistent with a critical illness. In fact, just prior to Ms. Mingo leaving the emergency department for the ICU it was noted that she was awake and talking to her family and her vital signs just prior to transfer were a blood pressure of 103/85, heart rate of 118 and respiratory rate of 20.

She underwent bilateral lower extremity ultrasound that revealed no deep venous thrombosis of the lower extremities. She subsequently underwent an EGD on February 13, 2015, which revealed a gastric ulcer at the fundus of the stomach that was 6mm in size that revealed a small amount of blood oozing. The oozing was ablated with APC followed by placement of a hemoclip and full hemostasis was achieved. By February 14, 2015, Ms. Mingo had received 4 units of packed red blood cell transfusion, 2 units of fresh frozen plasma, and her hemoglobin was 9.8 g/dl after the transfusion, and her PT was 16.4. This blood count remained stable and on the date of her discharge from the hospital her hemoglobin was 9.9 g/dl. At discharge on February 15, 2015, the gastrointestinal consultant recommended that the Xarelto could be restarted; however, Ms. Mingo refused the Xarelto and thus her aspirin dose of 325 mg a day was continued. She was also started on Protonix for peptic ulcer disease.

In March 2015, her creatinine was 1.1 mg/dl and her hemoglobin was 11.7 g/dl. In July of 2015 her hemoglobin was 13.1 g/dl. Ms. Mingo had a follow up gastrointestinal endoscopy in May 2015 that biopsies showed no Helicobacter Pylori infection. In January 2016 her creatinine was 0.9 mg/dl.

## Case Discussion and Opinions

12

USCA5 3126

Case 2:19-cv-02592-NJB-DPC Document 65-17 Filed 02/24/24 Page 13 of 78

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

Prior to her admission for GIB, Ms. Mingo was seen by 3 separate clinicians at different dates and locations (Dr. Hercules, NP Zachary, and NP Thornton). Each of these providers had knowledge that Ms. Mingo was on Xarelto and each of them had evidence that there was some degree of GI bleeding. However, none of them had significant enough concerns about the risks of the medication, in relation to the benefit of anticoagulation for DVT, to stop the Xarelto. Also, none of these practitioners measured a PT or even indicated that they considered such measurement. This highlights the fact that the use of PT Neoplastin testing, as suggested by Dr. Rinder in his report, is not in any way considered standard of care and furthermore, even if PT Neoplastin is measured, there are no evidence-based or other guidance for the use of such assays in the clinical management of patients as is further suggested by Dr. Rinder. The PT obtained on Ms. Mingo in the emergency department on February 13, 2015 does not give us information on how anticoagulated Ms. Mingo was, but does illustrate that she has some anticoagulant effect present in her system. This value would not guide a clinician to any particular decision, nor would it impact Ms. Mingo's treatment.  In fact, had this value been normal in Ms. Mingo, that measurement would not have excluded the presence of Xarelto in her system.

At the time of her GIB event, Ms. Mingo was not in a critical state. She arrived to the emergency department by private vehicle, and was noted by the triage nurse Mr. Fortenberry, the primary nurse Ms. Carr, and Dr. David Casey to have no specific symptoms and to be in no distress with a normal physical examination. While in the emergency department, she required no life saving interventions and despite admission to the intensive care unit, there is no evidence in the medical records that she was critically ill. As mentioned

13

USCA5 3127

Case 2:15-cv-03913-NBF Document 55-17 SEALED Filed 02/24/17 Page 14 of 78

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

earlier, her vital signs and clinical picture do not reflect those of a patient that is in a state of critical illness. Based on my experience, patients whom a physician thinks may require more resources or nursing care than is available on the floor will be admitted to a critical care unit, rather than their condition being that of a critical illness.

Ms. Mingo had two of the three most significant risk factors for PUD, including use of aspirin and smoking, and the fact that an ulcer was found on EGD suggests that the ulcer development pre-dated her Xarelto use and subsequent bleeding event. There is evidence in the medical records to suggest that Ms. Mingo had a subclinical bleeding event while on Lovenox post-operatively. Her hemoglobin dropped 4 g/dl in 4 days, an amount that is inconsistent with the 30 ml estimated blood loss at surgery. My opinion is that Ms. Mingo likely suffered occult gastrointestinal bleeding from the pre-existing ulcer while receiving Lovenox and aspirin 81 mg. This opinion is further supported by the history obtained by Dr. David Casey that Ms. Mingo reported having black stools since January 9th, suggesting occult GI bleeding, and the fact that when the Lovenox was discontinued her hemoglobin rebounded by 2.5 g/dl. These facts support, and it is my opinion, that regardless of the type of anticoagulant she had been placed on for her DVT (for example Coumadin or Lovenox) she would have had the same bleeding event that occurred while she was on Xarelto.

I expressly disagree with the report of Dr. Rinder that aspirin can be ruled out as a cause of Ms. Mingo's GIB. At the time that Xarelto was started on January 22, 2015, her aspirin dose had already been increased from 81mg to 325 mg. The assertion that Ms. Mingo had no bleeding prior to using Xarelto and while on aspirin, as stated by Dr. Rinder, is a questionable conclusion because the

14

USCA5 3128

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

medical records contain evidence of signs, symptoms and statements to the contrary. Ms. Mingo's dose of aspirin had been increased to 325mg at the time the Xarelto was started. The fact that she had not bled on a lower dose of aspirin prior to her hip surgery is of no consequence to ruling out aspirin as a contributor to the bleeding. When using a medication such as aspirin there is no way to predict when an adverse effect may occur, and simply the use of the medication with no prior bleeding (especially as the dose was increased prior to Xarelto initiation) does not represent causal evidence and makes it impossible to 'rule out' the relative contribution of aspirin in the bleeding. Furthermore, the fact that Ms. Mingo had no further episodes of bleeding after the Xarelto was stopped but the aspirin was continued also does not represent evidence that the aspirin did not contribute to the bleeding, as suggested by Dr. Rinder. In fact, the definitive intervention during the EGD of APC ablation and placement of a hemoclip to the bleeding vessel in the ulcer is why there was no further bleeding. The GI intervention was the reason for no further bleeding and serves to highlight the fact the aspirin cannot be ruled out as a culprit in the bleeding using this evidence relied upon by Dr. Rinder.

It is my opinion that Ms. Mingo received standard therapies for her upper GIB. She received blood transfusion and upper GI endoscopy with therapy, as many patients with GIB from PUD receive. The evidence of no DVT found on repeat ultrasound of the lower extremities at the time of her hospitalization for GIB shows the effectiveness of Xarelto and obfuscated the needed for further anticoagulation or vena caval interruption. Further, I find no evidence in her medical records that Ms. Mingo suffered any ongoing damage to any organ as a result of her GIB.

15

From the Desk of
**Alan E. Jones, MD, FACEP**
**Jackson, MS**

I hold these opinions to a reasonable degree of medical certainty. I will review new materials pertinent to this matter as they are made available to me, and reserve the right to amend my opinions accordingly.

Respectfully yours,

Alan E. Jones, MD, FACEP

16

USCA5 3130

# EXHIBIT A

USCA5 3131

CV - Alan E. Jones, MD

## CURRICULUM VITAE

## ALAN E. JONES, MD

### Personal Information:

**Name:** Alan Edward Jones, MD

**Business Address:** University of Mississippi Medical Center
Department of Emergency Medicine
2500 North State Street
Jackson, MS 39216

**Phone:** (Work) 601-984-5572
(Fax) 601-984-5583

**Email:** ███████████

**Present Position:** Chairman
Department of Emergency Medicine
University of Mississippi Medical Center

### Education:

| | | |
|---|---|---|
| UNC Charlotte Charlotte, NC | Masters of Public Health Coursework | 2007-2009 |
| Carolinas Medical Center Charlotte, NC | Clinical Trials Research Fellow | 2002- 2003 |
| Carolinas Medical Center Charlotte, NC | Chief Resident, Emergency Medicine | 2001- 2002 |
| Carolinas Medical Center Charlotte, NC | Resident, Emergency Medicine | 1999- 2002 |
| University of Mississippi Jackson, MS | Doctor of Medicine Summa Cum Laude, Alpha Omega Alpha | 1995- 1999 |
| Millsaps College Jackson, MS | Bachelor of Science, Molecular Biology Magna Cum Laude | 1990- 1994 |

### Academic Appointments:

Professor, Tenure Track                                                      2011- Present
University of Mississippi School of Medicine

Updated 11-28-16

1

USCA5 3132

CV - Alan E. Jones, MD
Department of Emergency Medicine
Jackson, MS

Adjunct Professor                                              2013- Present
University of Mississippi School of Medicine
Department of Microbiology
Jackson, MS

Associate Professor                                            2007- 2011
Carolinas Medical Center
Department of Emergency Medicine
Charlotte, North Carolina

Assistant Professor                                            2003- 2007
Carolinas Medical Center
Department of Emergency Medicine
Charlotte, North Carolina

Adjunct Assistant Professor                                    2003- 2011
Department of Emergency Medicine
University of North Carolina School of Medicine
Chapel Hill, North Carolina

Adjunct Assistant Professor of Biology                         2003-2011
Department of Biology
University of North Carolina Charlotte
Charlotte, North Carolina

Instructor                                                     2002- 2003
Carolinas Medical Center
Department of Emergency Medicine
Charlotte, North Carolina

**Academic Administrative Positions:**

Chairman                                                       2013- Present
Department of Emergency Medicine
University of Mississippi Medical Center, School of Medicine

Vice Chairman                                                  2011- 2013
Department of Emergency Medicine
University of Mississippi Medical Center, School of Medicine

Research Director                                              2011- 2014
Department of Emergency Medicine
University of Mississippi Medical Center, School of Medicine

Research Director                                              2010- 2011

Updated 11-28-16

USCA5 3133

CV - Alan E. Jones, MD
Department of Emergency Medicine
Carolinas Medical Center, Charlotte NC

Director, EM Scheduling and Recruiting                          2009- 2011
Department of Emergency Medicine
Carolinas Medical Center, Charlotte NC

Director, EM Critical Care Services                              2007- 2011
Department of Emergency Medicine
Carolinas Medical Center, Charlotte NC

Assistant Director of Research                                   2003- 2010
Department of Emergency Medicine
Carolinas Medical Center, Charlotte NC

## Academic Education Positions

Director, Clinical Trials Tract                                  2016- Present
Masters of Science in Clinical Investigation
Graduate School, School of Medicine
University of Mississippi Medical Center

Assistant Director, MD/PhD Program                               2012- 2014
School of Medicine
University of Mississippi Medical Center

Director Resident Critical Care Mini-Fellowship                  2011- 2015
Emergency Medicine Residency
University of Mississippi School of Medicine

Director Resident Research Mini-Fellowship                       2011- 2014
Emergency Medicine Residency
University of Mississippi School of Medicine

Core Lecturer and Clinical Educator                              2011- Present
Emergency Medicine Residency
University of Mississippi School of Medicine

Course Director                                                  2011- 2014
4th Year Medical Student EM Research Elective
University of Mississippi Medical Center

Core Lecturer                                                    2011- Present
EM 4th Year Medical Student Elective
University of Mississippi Medical Center

Director Emergency Medicine Journal Club                         2011- 2012
University of Mississippi Medical Center

Updated 11-28-16

3

USCA5 3134

CV - Alan E. Jones, MD

| | |
|---|---|
| Director Emergency Medicine Research Fellowship<br>Department of Emergency Medicine<br>University of Mississippi Medical Center | 2011- 2014 |
| Director Emergency Medicine Research Fellowship<br>Department of Emergency Medicine<br>Carolinas Medical Center, Charlotte NC | 2010- 2011 |
| Core Lecturer and Clinical Educator<br>Emergency Medicine Residency<br>Carolinas Medical Center | 2002- 2011 |
| Core Lecturer<br>EM 4th Year Medical Student Elective<br>Carolinas Medical Center | 2002- 2011 |
| Director Evidence Based Medicine Series<br>Carolinas Medical Center | 2003- 2010 |
| Director, Emergency Medicine Journal Club<br>Carolinas Medical Center | 2003- 2010 |
| Director, EM Research Associate Program<br>Department of Emergency Medicine<br>Carolinas Medical Center and UNCC, Charlotte, NC | 2003- 2006 |

## Academic Administration

Chairman, Department of Emergency Medicine        2013- Present
University of Mississippi Medical Center
Responsibilities: Primary oversight of all departmental activities provided in the areas of clinical service, education and research. Oversight included 29 faculty physicians, 40 resident physicians, 7 advanced practice nurses, 16 staff and 80 nurses. Also, directly responsible for the Mississippi Telemergency and acute care telehealth, Mississippi Poison Control Center and Mississippi Center for Emergency Services. Report to the Vice-Chancellor for Health Affairs and provided strategic oversight ED clinical director of nursing and liaison to hospital CEO, COO, CMO. Primary oversight of yearly departmental budget of approximately 20 million dollars and research budget of 6 million dollars. Responsibilities include:

        Adult Emergency Department – 70,000 patient visits per year
        Mississippi Acute Care Telehealth Services
                Mississippi Telemergency – 5,000 patient encounters per year
                Telestroke
                Teleconcussion
        Mississippi Poison Control Center
        Mississippi Center for Emergency Services
                UMMC Comprehensive Transport Team (AirCare, Pediatrics and Neonate)

Updated 11-28-16

4

CV - Alan E. Jones, MD

        UMMC Grenada EMS
        Mississippi MedCom
        Local and State Disaster Medical Response
        Public Safety Medical Division
    Emergency Medicine Residency Program
    Emergency Medicine Fellowship Programs
        Emergency Medical Services
        Research
        Sports Medicine
        Ultrasound
    Southeastern Emergency Medicine Annual Conference Director

## Hospital Appointments

| | |
|---|---|
| Attending Emergency Physician, University of Mississippi Medical Center | 2011- Present |
| Attending Emergency Physician, Carolinas Medical Center Main | 2002- 2013 |
| Attending Emergency Physician, Carolinas Medical Center Mercy | 2008- 2013 |
| Attending Emergency Physician, Carolinas Medical Center University | 2008- 2013 |
| Independent Contractor, Carolinas Healthcare System Urgent Cares | 2000- 2002 |

## Certification/Licensure:

| | |
|---|---|
| Diplomat American Board of Emergency Medicine (00220189) | 2003- 2013 |
|     Recertification | 2013- 2023 |
| North Carolina Medical License (2000-00841) | 2000- Present |
| Mississippi Medical License (21394) | 2011- Present |

## Professional Societies:

| | |
|---|---|
| Association of Academic Chairs of Emergency Medicine | 2013- Present |
| Society for Academic Emergency Medicine | 1999- Present |
| American College of Emergency Physicians | 1999- Present |
|     Fellow Status (FACEP) | 2006- Present |
| Society of Critical Care Medicine | 2004- Present |
| Mississippi College of Emergency Physicians | 2011- Present |
| Mississippi State Medical Association | 2011- Present |
| Shock Society | 2005- 2013 |
| American Academy of Emergency Medicine | 2012- Present |
|     Fellow Status (FAAEM) | |
| Central Medical Society | 2011- Present |
| North Carolina College of Emergency Physicians | 1999- 2011 |
| American Medical Association | 1995- Present |

## Elected Positions:

**Society for Academic Emergency Medicine**

| | |
|---|---|
| • Immediate Past President | 2014- 2015 |
| • President | 2013- 2014 |

Updated 11-28-16

USCA5 3136

CV - Alan E. Jones, MD

| | |
|---|---|
| • President Elect | 2012- 2013 |
| • Board of Directors | 2009- 2010 |
| • Board of Directors | 2010- 2013 |

**SAEM Foundation**
| | |
|---|---|
| • President | 2014- 2015 |
| • Vice-President | 2012- 2013 |
| • Board of Trustees | 2009- 2015 |

**Emergency Medicine Foundation**
| | |
|---|---|
| • Board of Trustees | 2010- 2015 |

<u>**Service Positions**</u>:

INTERNATIONAL
    **Dutch Society of Emergency Physicians**
| | |
|---|---|
| • Sepsis Consultant | 2009- 2012 |

    **Global Network Conference on Emergency Medicine**
| | |
|---|---|
| • Scientific Committee Member | 2011-2012 |

    **World Congress on Acute Heart Failure**
| | |
|---|---|
| • Scientific Committee Member | 2013-2015 |

NATIONAL
    **Society for Academic Emergency Medicine**
| | |
|---|---|
| • Board of Directors | 2009- 2015 |
|    o Awards Committee Liaison | 2014- 2015 |
|    o AACEM Liaison | 2013- 2014 |
|    o Fellowship Approval Task Force Liaison | 2012- 2014 |
|    o SAEM/ACEP Research Work Group | 2012- 2015 |
|    o Global EM Academy Liaison | 2011- 2012 |
|    o External Collaboration Committee Liaison | 2011- 2012 |
|    o Triage Interest Group Liaison | 2011- 2012 |
|    o Regional Meeting Task Force | 2010- 2014 |
|    o GME Committee Liaison | 2010- 2011 |
|    o US Interest Group Liaison | 2010- 2011 |
|    o Toxicology Interest Group Liaison | 2010- 2013 |
|    o EMS Interest Group Liaison | 2009- 2010 |
|    o Web Editorial Board Liaison | 2009- 2010 |
|    o Grants Committee Liaison | 2009- 2012 |
|    o Quality Medical Management Interest Group Liaison | 2011- 2012 |
|    o AEMJ Strategic Plan Task Force | 2011 |
|       • **Chair** | |
|    o Consensus Conference Task Force | 2011- 2012 |
| • CEO Search Committee | 2014- 2015 |
| • AEMJ Editor-In-Chief Search Committee | 2015 |

Updated 11-28-16

USCA5 3137

CV - Alan E. Jones, MD

- - **Chair**
- Nominating Committee – **Chairman**                              2012- 2013
- Awards Committee                                                 2006- 2007
- Grants Committee                                                 2004- 2009
  - **Chairman**                                                   2008- 2009
  - Sub-chair – IRT Grants                                         2005, 2007
  - Sub-chair – MSIG Grants                                        2005, 2006
  - Sub-chair – RT Grants                                          2006
  - Sub-chair – SS Grants                                          2007
- Program Committee                                                2003- 2004
- Research Committee                                               2001- 2004
  - Sub-chair – Didactics subcommittee                            2003- 2004
- SE Region Meeting Program Committee                              2004- 2010
  - Scientific coordinator                                         2004- 2006
- USCIITG Task Force                                               2008- 2011
  - **Chairman** and Representative
- American Physician Scientist Association                         2010- 2014
  - Representative

**Society for Academic Emergency Medicine Foundation**
- Board of Trustees                                                2009- 2015
  - **Vice-chair**                                                 2012- 2013

**American College of Emergency Physicians**
- ACEP TCPI Sepsis Steering Committee                              2016- Present
- Quality Measures Technical Expert Panel: Sepsis Metrics          2015- Present
- Sepsis Expert Panel                                              2015- Present
- Research Committee                                               2006- 2015
  - **Co-chair**                                                   2011- 2012
  - **Chairman**                                                   2012- 2014
- EMF Scientific Review Committee                                  2003- 2014
  - **Chair-elect**                                                2008- 2010
  - **Chairman**                                                   2010- 2012
- Trauma Care and Injury Control Committee                         2000- 2002
- SSC Advisory Task Force                                          2008
- Annals of EM EIC Evaluation Task Force                           2012

**Emergency Medicine Foundation**
- Board of Trustees                                                2010- 2014

**American Academy of Emergency Medicine**
- Practice Guidelines Committee                                    2004- 2008

**Society of Critical Care Medicine**
- Graduate/Fellowship Education Committee                          2005- 2008
- Conduct of Critical Care Research Taskforce                      2011- 2013

Updated 11-28-16

7

USCA5 3138

CV - Alan E. Jones, MD

STATE
    **Mississippi State Department of Health**
| | | |
|---|---|---|
| • | Mississippi Stroke Advisory Committee | 2014- Present |
| • | Trauma and EMS Funding Task Force | 2016- Present |

INSTITUTIONAL
    **University of Mississippi Medical Center**
| | | |
|---|---|---|
| • | Physician Wellness Task Force | 2016 |
| | ○ **Co-Chairman** | |
| • | Leadership Cabinet | 2016- Present |
| • | Health System Executive Committee | 2016- Present |
| • | Administrative Advisory Council | 2014- 2015 |
| • | UMMC-VA Relations Committee | 2015- Present |
| • | Compliance Committee | 2015- Present |
| | ○ **Chairman**, Physician subcommittee | 2016- Present |
| • | Strategic Plan Task Force | 2015 |
| • | Faculty Compensation Plan Task Force | 2014- 2015 |
| • | Faculty Recruiting and Development Committee | 2015 |
| • | Search and Recruit Team | 2013- Present |
| | ○ Chair of Pathology | |
| | ○ Chief Telehealth and Innovation Officer | |
| | ○ Pediatric Surgeon in Chief | |
| | ○ Chief – Division of Trauma | |
| | ○ Chief – Division of Pediatric EM | |
| | ○ Chief – Division of Hospital Medicine | |
| • | Council of Clinical Chairs | 2014- Present |
| | ○ APP Council Liaison | 2016- Present |
| • | Center for Telehealth Internal Advisory Board | 2014- Present |
| | ○ **Chairman** | |
| • | Delay and Denial Task Force | 2014-2015 |
| • | Diversion Task Force | 2014 |
| | ○ **Chairman** | |
| • | ED Throughput Task Force | 2014- 2015 |
| | ○ **Chairman** | |
| • | Research Advisory Council | 2014- Present |
| | ○ **Chairman**, Awards Subcommittee | |
| • | EM Quality Council | 2013- Present |
| • | UP Board of Governors | 2013- 2014 |
| • | Clinical Chairs Committee | 2013- 2014 |
| • | Executive Faculty Committee | 2013- Present |
| • | Vice Chancellors Quality Advisory Committee | 2013- 2014 |
| • | Vice Chancellors Research Advisory Committee | 2013- 2015 |
| • | Medical Executive Committee | 2013- Present |
| • | MSCI Planning Committee | 2013- 2015 |
| • | EPIC Research Advisory Committee | 2013- 2015 |

Updated 11-28-16

USCA5 3139

CV - Alan E. Jones, MD

- CMO Clinical Advisory Group                                    2012- 2013
- Pediatric EM Division Chief Search Committee    2013
- Centers and Institutes Committee                           2012- 2013
- Fund U Committee                                                     2012- 2014
- Medical Student Research Program Committee    2012- 2015
- EM Promotions and Tenure Committee                 2011- Present
- Critical Care Committee                                            2011- 2013
- ICU Task Force                                                         2011- 2013
- DOM Clinical Council                                                2011- 2013
- IRB Advisory Board                                                  2011- 2013
- Jackson Heart Study Task Force                            2015

**Carolinas Medical Center**
- Academic Advancement Committee                      2010
- Sentinel Event Task Force                                      2008
  - **Chairman**
- Physician IT Advisory Council                               2008
- Institutional Review Board                                      2005- 2011
  - **Vice-Chairman**                                            2008- 2011
- Trauma Outcomes Committee                               2005- 2009
- Sepsis Therapy Task Force                                    2004- 2011
  - **Chairman**                                                    2004- 2011
- Intensive Care Advisory Committee                      2004- 2011
- Research Review Committee                                 2004- 2007
- Emergency Medicine RRC                                     2004- 2011
- Emergency Medicine QA Committee                     2003- 2011
- ACGME Institutional Site Visit Committee            2002
- Institutional Residency Review Committee           2001
- Trauma Committee                                                  1999- 2009

## Working Groups/Guidelines/Advisory Boards:

*Obo ACEP – American College for Emergency Physicians,*
1) Emergency Quality Network (E-QUAL) Sepsis Initiative, Member/Presenter/Panelist 2015-Present
2) Member ACEP Expert Panel on Sepsis DART (Detect, Act, Reassess, Titrate) – Tool to Guide the Early Recognition and Treatment of Sepsis and Septic Shock, 2015
3) Consultant for Sepsis Bundle Guidelines and Reporting to National Quality Forum Appeal Advisor, 2014
4) Joint ACEP/SCCM Task Force, 2016

*Obo AHRQ - Agency for Healthcare Quality and Research*
1) Stakeholder Panel for the Future Research Needs on Procalcitonin Guided Antibiotic Therapy, 2012

Updated 11-28-16

CV - Alan E. Jones, MD

*Obo GNYHA – Greater New York Hospital Association*
   1) Sepsis Bundle Guidelines and Reporting to NQF, 2013
   2) CMS Advisor, 2013

*Obo NEJM – New England Journal of Medicine*
   1) Group Open Forum Expert Commentator, @NEJM Ask the Authors & Experts: Trial of Early, Goal-Directed Resuscitation for Septic Shock, 2015

*Obo NGU - Next Generation University*
   1) Introduction to Emergency Medicine, Advisory Board, 2011

*Obo NIH/NIAID - National Institute of Allergy and Infectious Diseases*
   1) Guidelines Committee on the Clinical management of Viral Hemorrhagic Fevers, 2008

*Obo NBME – National Board of Medical Examiners*
   1) Clinical Research Professionals Item Writer Pilot Program, 2015

*Obo PQC - Partnership for Quality Care*
   1) Sepsis Bundle Implementation and Measurement Advisory Board, 2012

*Obo SAEM – Society for Academic Emergency Medicine*
   1) SSC - Surviving Sepsis Campaign, International Sepsis Management Guidelines Group, 2012 and 2016

*Obo UMMC – University of Mississippi Medical Center*
   1) Southeastern Emergency Medicine Annual Conference, Conference Medical Director, 2015- Present
   2) San Antonio Cardiovascular Proteomics Center, External Advisory Board, 2013-Present


**<u>Peer-Review Responsibilities</u>:**

<u>JOURNALS</u>

| | |
|---|---|
| *Academic Emergency Medicine* | 2001- Present |
| *AHRQ Effective Health Care Program* | 2011- Present |
| *Archives of Trauma Research* | 2015- Present |
| *American Journal of Emergency Medicine* | 2010- Present |
| *American Journal of Medical Sciences* | 2014- Present |
| *American Journal of Respiratory and Critical Care Medicine* | 2015- Present |
| *Annals of Emergency Medicine* | 2004- Present |
|     Senior reviewer | 2007- Present |
|     Peer reviewer mentor | 2007- 2010 |
| *Annals of Medicine* | 2015- Present |
| *Annals of Thoracic Medicine* | 2009- Present |
| *Annals of the American Thoracic Society* | 2013- Present |
| *Applied Clinical Informatics* | 2010- Present |
| Biomarkers | 2016- Present |
| *Blood* | 2009- Present |

Updated 11-28-16

10

CV - Alan E. Jones, MD

| | |
|---|---|
| *BMC Anesthesiology* | 2012- Present |
| *BMC Medical Education* | 2007- Present |
| *BMC Health Services Research* | 2012- Present |
| *BMC Research Notes* | 2015- Present |
| *Chest* | 2007- Present |
| *Critical Care* | 2010- Present |
| *Critical Care Medicine* | 2004- Present |
| *Critical Care Research and Practice* | 2012- Present |
| *Current Medical Research and Opinion* | 2016- Present |
| *Disease Markers* | 2010- Present |
| *Emergency Medicine Australasia* | 2009- Present |
| *Emergency Medicine Practice* | 2001- Present |
| *Expert Opinion on Drug Safety* | 2015- Present |
| *Headache* | 2010- Present |
| *Hospital Practice* | 2009- Present |
| *Intensive Care Medicine* | 2008- Present |
| *Internal and Emergency Medicine* | 2010- Present |
| *ISRN Critical Care* | 2012- Present |
| *Joint Commission Journal of Quality and Patient Safety* | 2011- Present |
| *Journal of Infection* | 2007- Present |
| *Journal of Clinical Pharmacology* | 2011- Present |
| *Journal of Critical Care* | 2012- Present |
| *Journal of Korean Medical Science* | 2015- Present |
| *Journal of Parenteral and Enteral Nutrition* | 2013- Present |
| *Journal of Microbiology, Immunology and Infection* | 2015- Present |
| *Lancet Respiratory Medicine* | 2015- Present |
| *Letters in Drug Design and Discovery* | 2009- Present |
| *Mayo Clinic Proceedings* | 2011- Present |
| *Mediators of Inflammation* | 2016- Present |
| *Minerva Anestesiologica* | 2009- Present |
| *PLOS ONE* | 2016- Present |
| *Proceedings of the American Thoracic Society* | 2012- Present |
| *Resuscitation* | 2008- Present |
| *Saudi Medical Journal* | 2011- Present |
| *Scandinavian Journal of Infectious Disease* | 2012- Present |
| *Scandinavian Journal of Trauma, Resuscitation and Emerg Med* | 2014- Present |
| *Thrombosis Research* | 2009- Present |

EDITORIAL BOARD APPOINTMENTS

| | |
|---|---|
| *Academic Emergency Medicine* – Associate Editor | 2005- Present |
| *Academic Emergency Medicine* – PCP Section Editor | 2007- Present |
| *Annals of Emergency Medicine* – Decision Editor | 2008- 2014 |
| *Annals of Emergency Medicine* – Associate Editor | 2014- Present |
| *Annals of Emergency Medicine* – SRS Section Co-Editor | 2008- Present |
| *Open Access Emergency Medicine* – Editorial Board | 2008- Present |
| *PIER (American College of Physicians)* – Editorial Consultant | 2009- Present |
| *SAEM Newslette*r – Medical Editor | 2010- Present |
| *Current Opinions in Critical Care* – Emergency Edition Guest Editor | 2012 |

Updated 11-28-16

CV - Alan E. Jones, MD

| | |
|---|---|
| *First Consult* – Editorial Consultant | 2011- Present |
| *Journal of Emergency & Disaster Medicine* – Editorial Board | 2012- Present |
| *Critical Care (ISRN)* – Editorial Board | 2012- Present |
| *Medscape* – Editorial Consultant | 2012- Present |
| *Journal of Emergency Medicine & Critical Care*  - Editorial Board | 2013- Present |
| *F1000 Prime* – Contributing Member | 2013- Present |
| *Advances in Medicine* – Editorial Board | 2013- Present |
| *Clinical and Experimental Emergency Medicine* – Editorial Board | 2014- Present |

## GRANT REVIEW

### Federal

| | |
|---|---|
| *NIGMS (NIH)* – **Chair** of Special Emphasis Panel - ZGM1 PPBC-5 (CT) | 2016 |
| *NIGMS (NIH)* - Special Emphasis Panel - ZGM1 PPBC-5 (CL) | 2015 |
| *CSR (NIH)* - Surgery, Anesthesia and Trauma (SAT) Study Section | 2014 |
| *NIDDK (NIH)* - UAB Clinical Nutrition Research Center | 2009 |
| *NIA (NIH)* -  Jahnigen CDA/GEMSSTAR | 2011 |
| *Netherlands Organization for Health Research and Development* | 2013, 2014 |
| *French Ministries of Health,* National Program of Clinical Research | 2014 |
| *Alberta Health Services,* Alberta Innovates – Health Solutions (AIHS) | 2014 |

### Foundation

| | |
|---|---|
| *Emergency Medicine Foundation,* Scientific Review Committee | 2003- 2014 |
| *Society for Academic Emergency Medicine,* Grants Committee | 2004- 2009 |
| *Carolinas Health Services Foundation,* Research Review Committee | 2004- 2007 |
| *Carolinas Healthcare Foundation*, JAM Research Fund | 2010- 2013 |
| *Genome British Colombia,* Strategic Opportunities Fund for Industry | 2011 |
| *Einstein Society*, Grant Reviewer | 2013 |

## ABSTRACT REVIEW FOR NATIONAL MEETINGS

| | |
|---|---|
| *Society for Academic Emergency Medicine* | 2002- 2014 |
| *American College of Emergency Physicians Research Forum* | 2002- 2014 |
| *Society of Critical Care Medicine Annual Meeting* | 2006- 2012 |
| *International Conference of Emergency Medicine* | 2007- 2010 |

## MODERATOR FOR NATIONAL/INTERNATIONAL MEETINGS

| | |
|---|---|
| *ACEP Research Forum*, Imaging and Resuscitation | 2006 |
| *ACEP Research Forum*, Imaging and Diagnosis/Treatment | 2007 |
| *4th MEMC*, Shock and Sepsis | 2007 |
| *ACEP Research Forum*, Imaging | 2008 |
| *29th ISICEM*, Catheter Related Infections | 2009 |
| *5th MEMC*, Shock and Sepsis | 2009 |
| *ACEP Research Forum*, Diagnosis/Treatment | 2009 |
| *ACEP Research Forum*, Diagnosis/Treatment | 2010 |
| *31st ISICEM*, Clinical Use of Biomarkers | 2011 |
| *SAEM Annual Meeting*, Mortality Prediction | 2011 |
| *6th MEMC*, Shock and Sepsis | 2011 |
| 6th *MEMC*, Resuscitation | 2011 |

Updated 11-28-16

USCA5 3143

CV - Alan E. Jones, MD

| | |
|---|---|
| *ACEP Research Forum*, Emerging Concepts in Diagnosis | 2011 |
| *32nd ISICEM*, Sepsis: EGDT and Beyond | 2012 |
| *32nd ISICEM*, Research Poster Presentation | 2012 |
| *SAEM Annual Meeting*, EuSEM Session | 2013 |
| *7th MEMC*, SAEM meets MEMC Session | 2013 |
| *7th MEMC*, EuSEM Debate: International EM | 2013 |
| *ACEP Research Forum*, Therapeutics Lightening Orals | 2013 |
| *SAEM Annual Meeting*, Plenary Session | 2014 |

## Publications – Full Length, Peer Reviewed (Beginning with most recent):

\*\* Indicates senior and corresponding author role.
## Indicates separate abstract publication as a part of national/international presentation

1. DJ Henning, MA Puskarich, WH Self, MD Howell, MW Donnino DM Yealy, **AE Jones**, NI Shapiro. An Emergency Department Validation of the SEP-3 Sepsis and Septic Shock Definitions. Annals of Emergency Medicine

2. P Schuetz, R Birkhahn, R Sherwin, **AE Jones**, A Singer, JA Kline, M Runyon, W Self, M Courtney, R Nowak, D Gaieski, E Panacek, S Ebmeyer, S Johannes, J Wiemer, A Schwabe, NI Shapiro. Procalcitonin kinetics predict mortality in Severe Sepsis patients: Results from the multicenter Procalcitonin MOnitoring SEpsis Study (MOSES). *Critical Care Medicine*

3. \*\*MA Puskarich, U Nandi, B Long, **AE Jones**. The Association Between Persistent Tachycardia and Tachypnea and In-hospital Mortality Among Non-hypotensive Emergency Department Patients Admitted to the Hospital. *Clinical and Experimental Emergency Medicine* ## In Press

4. \*\*MA Puskarich, DC Cornelius, J Tharp, U Nandi, **AE Jones**. Plasma syndecan-1 Levels Identify a Cohort of Patients with Severe Sepsis at a High Risk of Intubation Following Large Volume Intravenous Fluid Resuscitation. *Journal of Critical Care* ## In Press

5. \*\*Sterling SA, **AE Jones**, King M, Galli R. Isom K, Summers R, Henderson K. The Impact of the TelEmergency Program on Rural Emergency Care: An Implementation Study. *Journal of Telemedicine and Telecare* ## In Press

6. \*\*DC Cornelius, M McCalmon, J Tharp, MA Puskarich, **AE Jones**. Fluid Resuscitation in Animal Models of Sepsis: A Comprehensive Review of the Current State of Knowledge. *Archives of Emergency Medicine and Critical Care*, 1:1002-1009, 2016.

7. F Guirgis, S Brakenridge, S Sutchu, JD Khadpe, T Robinson, R Westenbarger, ST Topp, CJ Kalynych, J Reynolds, S Dodani, FA Moore, **AE Jones**. The Long-term Burden of Severe Sepsis and Septic Shock: Sepsis Recidivism and Organ Dysfunction. *Journal of Trauma, Infection and Critical Care*. In Press ## PMID: 27398984

CV - Alan E. Jones, MD

8. **JS Scott, SA Sterling, H To, AL Harris, **AE Jones**. Diagnostic Performance of Matrix-Assisted Laser Desorption Ionization Time-of-Flight Mass Spectrometry in Blood Bacterial Infections: A Systematic Review and Meta-analysis. *Infectious Diseases* 48:530-536, 2016. ## PMID: 27118169

9. **MA Puskarich, NI Shapiro, MJ Massey, JA Kline, **AE Jones**. The Relationship Between Microcirculatory Blood Flow, Lactate Clearance, and Organ Failure in Patients with Septic Shock. *Academic Emergency Medicine* 23:690-693, 2016 ## PMID: 26825368

10. SA Sterling, **AE Jones**, RD Cox. Longitudinal Trends in the Prevalence of Diabetes Mellitus in an Urban Emergency Department. *Southern Medical Journal* 109:222-227, 2016. ## PMID: 27043803

11. **MA Puskarich, JA Kline, J Watts, K Shirey, J Hosler, **AE Jones**. Early Alterations in Platelet Mitochondrial Function are Associated with Survival and Organ Failure in Patients with Septic Shock. *Journal of Critical Care* 31:63-67, 2016. ## PMID: 26511963

12. **K McKenzie, MA Puskarich, **AE Jones**. What is the Prognosis of Non-traumatic Hypotension and Shock in the Prehospital and Emergency Department Setting? *Annals of Emergency Medicine*, 67:114-116, 2016. PMID: 26231408

13. ** MA Puskarich, A Ruiz-Lopez, NI Shapiro, JA Kline, **AE Jones**. The Effect of Glucose-Insulin-Potassium (GIK) Infusion on Cardiovascular Function and Inflammation: Results from a Phase 1 Pilot Interventional Trial. *Applied Clinical Research Clinical Trials and Regulatory Affairs,* 2:12-19, 2015. ##

14. BC Geyer, AH Kaji, ED Katz, **AE Jones**, VS Bebarta. A National Evaluation of the Resident Scholarly Activity Requirement Residency Programs: A Survey of Emergency Medicine Program Directors. *Academic Emergency Medicine,* 22:1337-1244, 2015. PMID: 26473482 ##

15. **AC Barrett, JR Studnek, MA Puskarich, **AE Jones**. Utilizing Geographic Information Systems to Identify Clusters of Severe Sepsis Patients Presenting in the Out of Hospital Environment. *Prehospital Emergency Care* Oct 30:1-6, 2015. ## PMID: 26517062

16. Dehon E, Simpson K, Fowler D, **Jones AE**. Development of the Faculty 360. MedEdPORTAL Publications; 2015. www.mededportal.org/publication/10174 http://dx.doi.org/10.15766/mep_2374-8265.10174. ##

17. SA Sterling, **AE Jones**, TG Coleman, RL Summers. Theoretical Analysis of the Relative Impact of Obesity On Hemodynamic Stability During Acute Hemorrhagic Shock. *Archives of Trauma Research*, 4:e22602, 2015 ## PMID: 26566506

18. **SA Sterling, MA Puskarich, **AE Jones**. The Effect of Liver Disease on Lactate Normalization in Severe Sepsis and Septic Shock. *Clinical and Experimental Emergency Medicine*, 2:197-202, 2015. ##

Updated 11-28-16

CV - Alan E. Jones, MD

19. **JM Brewer, MA Puskarich, **AE Jones**. Can Vasopressors Safely Be Administered Through Peripheral Intravenous Catheters Compared to Central Venous Catheters? *Annals of Emergency Medicine*, 66:629-631, 2015. PMID: 26210381

20. KA Stringer, JG Younger, C McHugh, L Yeomans, MA Finkel, MA Puskarich, **AE Jones**, J Trexel, A Karnovsky. Whole Blood Reveals More Metabolic Detail of the Human Metabolome than Serum as Measured by 1H-NMR Spectroscopy: Implications for Sepsis Metabolomics. *Shock,* 44:200-208, 2015. ## PMID: 26009817

21. **SA Sterling, WR Miller, J Pryor, MA Puskarich, **AE Jones**. The Impact of Timing of Antibiotics on Outcomes in Severe Sepsis and Septic Shock: A Systematic Review and Meta-analysis. *Critical Care Medicine*, 43:1907-1915, 2015. ## PMID: 26121073

22. AM Mitchell, **AE Jones**, JA Tumlin JA Kline. Major Adverse Events 1 year after Contrast-Induced Nephropathy from Computed Tomography. *Annals of Emergency Medicine,* 66:267-274, 2015. ## PMID: 26004770

23. A DeCoux, Y Tian, NT Nguyen, LE de Castro Bras, ER Flynn, PL Cannon, ME Griswold, YF Jin, MA Puskarich, **AE Jones**, ML Lindsey. Plasma Glycoproteomics Reveals Sepsis Outcomes Predicted by Distinct Proteins in Common Pathways. *Critical Care Medicine*, 43:2049-58, 2015. ## PMID: 26086942

24. **MA Puskarich, U Nandi, NI Shapiro, S Trzeciak, JA Kline, **AE Jones**. The Value of microRNA For the Diagnosis and Prognosis of Emergency Department Patients with Sepsis. *Journal of Acute Disease*, 4:101-106, 2015. ##

25. FW Guirgis, DJ Williams, M Hale, AA Bajwa, A Shujaat, N Patel, CJ Kalynych, **AE Jones**, RL Wears, S Dodani. The Relationship of Intravenous Fluid Chloride Content to Kidney Function in Patients with Severe Sepsis or Septic Shock. *American Journal of Emergency Medicine,* 33:439-443, 2015. ## PMID: 25650359

26. LK Stewart, GW Peitz, KE Nordenholz, DM Courtney, C Kabrhel, **AE Jones**, MT Rondina, DB Diercks, JR Klinger, JA Kline. Fibrinolysis Increases the Physical Component Score of the Standard Form 36 After Acute Submassive Pulmonary Embolism Independently of Comorbid Conditions. *Journal of Thrombosis and Hemostasis*, 40:161-6, 2015. ## PMID: 25433511

27. JL Troyer, **AE Jones**, NI Shapiro, AM Mitchell, I Hewer, JA Kline. Cost-Effectiveness of Quantitative Pretest Probability Intended to Reduce Unnecessary Medical Radiation Exposure in Emergency Department Patients with Chest Pain and Dyspnea. *Academic Emergency Medicine*, 22:525-35, 2015. ## PMID: 25899550

28. MA Puskarich, M Finkel, A Karnovsky, **AE Jones**, J Trexel, BN Harris, KA Stringer. Pharmacometabolomics of L-carnitine Treatment Response Phenotypes in Patients with Septic Shock. *Annals of American Thoracic Society*, 12:46-56, 2015. ## PMID: 25496487

29. **SA Sterling, MA Puskarich, NI Shapiro, S Trzeciak, JA Kline, RL Summers, **AE Jones**.

CV - Alan E. Jones, MD

The Effect of Early Quantitative Resuscitation on Organ Function in Survivors of Septic Shock. *Journal of Critical Care,* 30:261-263, 2015. ## PMID: 25465026

30. FW Guirgis, DJ Williams, CJ Kalynych, ME Hardy, **AE Jones**, RL Wears. End-Tidal Carbon Dioxide as a Goal of Early Sepsis Therapy. *American Journal of Emergency Medicine*, 32:1351-1356, 2014 ## PMID: 25205615

31. **JP Sandifer, **AE Jones**. Are Inhaled Steroids Beneficial on Discharge from the Emergency Department for Acute Asthma? *Annals of Emergency Medicine*, 64:662-663, 2014. PMID:25043954

32. JH Kilgannon, BW Roberts, **AE Jones**, N Mittal, E Cohen, J Mitchell, ME Chansky, S Trzeciak. Arterial Blood Pressure and Neurological Outcome After Resuscitation from Cardiac Arrest. *Critical Care Medicine*, 42:2083-2091, 2014. PMID:24901606 ##

33. GW Peitz, J Troyer, **AE Jones,** NI Shaprio, RD Nelson, J Hernandez , JA Kline. Obesity Increases Cost of Care and Length of Stay for Emergency Department Patients with Chest Complaints. *Circulation: Cardiovascular Quality and Outcomes,* 7:292-298, 2014. PMID: 24594550 ##

34. JA Kline, KE Nordenholz, DM Courtney, C Kabrhel, **AE Jones**, MT Rondina, DB Diercks, JR Klinger, J Hernandez. Treatment of Submassive Pulmonary Embolism with Tenecteplase or Placebo: Cardiopulmonary Outcomes at Three Months (TOPCOAT): A Multicenter Double-Blind, Placebo-Controlled Randomized Trial. *Journal of Thrombosis and Hemostasis,* 12:459-468, 2014. PMID: 24484241 ##

35. **MA Puskarich, BM Illich, **AE Jones**. Prognosis of Emergency Department Patients with Suspected Infection and Intermediate Lactate Levels: A Systematic Review. *Journal of Critical Care,* 29:334-339, 2014. PMID: 24559577 ##

36. JA Kline, **AE Jones**, NI Shapiro, J Hernandez, MM Hogg, J Troyer, C Johnson, RD Nelson Multicenter Randomized Trial of Automated Pretest Probability to Reduce Unnecessary Medical Radiation Exposure in Emergency Department Patients with Chest Pain and Dyspnea. *Circulation: Cardiovascular Imaging,* 7:66-73, 2014. PMID: 24275953 ##

37. **AE Jones**. Unbundling Early Sepsis Resuscitation. *Annals of Emergency Medicine*, 63:654-655, 2014. PMID: 24841395

38. **F Guirgis, J Khadpe, G Kuntz, R Wears, C Kalynych, **AE Jones**. Persistent Organ Dysfunction After Severe Sepsis: A Systematic Review. *Journal of Critical Care,* 29:320-326, 2014. PMID: 24360598 ##

39. JA Kline, J Hernandez, MM Hogg, **AE Jones**, DM Courtney, C Kabrhel, DB Diercks, KE Nordenholz, MT Rondina. Rationale and Methodology for a Multicenter Randomized Trial of Fibrinolysis for Pulmonary Embolism That Includes Quality of Life Outcomes. *Emergency Medicine Australasia*, 25:515-526, 2013. PMID: 24224521 ##

CV - Alan E. Jones, MD

40. JA Kline, NI Shapiro, **AE Jones**, J Hernandez, MM Hogg, J Troyer, RD Nelson. Outcomes And Radiation Exposure Of Emergency Department Patients With Chest Pain And Shortness Of Breath And Ultra-Low Pretest Probability. *Annals of Emergency Medicine*, 63:281-288, 2014. PMID: 24120629 ##

41. **AE Jones**, MA Puskarich. The Surviving Sepsis Campaign Guidelines 2012: Update for Emergency Physicians. *Annals of Emergency Medicine,* 63:35-47, 2014. PMID: 24067755

42. JA Kline, J Garrett, **AE Jones**, J Hernandez. Pilot Study of a Protocol to Administer Inhaled Nitric Oxide to Treat Severe Acute Submassive Pulmonary Embolism. *Emergency Medicine Journal,* 31:459-462, 2014. PMID: 23585574 ##

43. **MA Puskarich, JA Kline, **AE Jones**. Preliminary Safety and Efficacy of L-carnitine Infusion for the Treatment of Vasopressor Dependent Septic Shock. *Journal of Parenteral and Enteral Nutrition,* 38:736-743, 2014. PMID: 23851424 ##

44. AM Mitchell, **AE Jones**, JA Tumlin, JA Kline. 1-Year Mortality Following Contrast-Induced Nephropathy. *American Journal of Internal Medicine*, 1:1-6, 2013. PMID: ##

45. S Skibsted, R Arnold, R Sherwin, S Singh, D Lundy, T Nelson, MA Puskarich, S Trzeciak, **AE Jones**, NI Shapiro. The Association of Near Infrared Spectroscopy Derived St02 Recovery Slope and Endothelial Markers in Sepsis. *Internal and Emergency Medicine*, 8:529-536, 2013. PMID: 23824446 ##

46. **AC Heffner, DS Swords, MN Neale, **AE Jones**. Incidence and Factors Associated with Cardiac Arrest Complicating Emergency Airway Management. *Resuscitation,* 84:1500-1504, 2013. PMID: 23911630 ##

47. **SA Sterling, MA Puskarich, NI Shapiro, S Trzeicak, JA Kline, RL Summers, **AE Jones**. Characteristics and Outcomes of Patients with Vasoplegic Versus Tissue Dysoxic Septic Shock. *Shock,* 40:11-14, 2013. PMID: 23649098 ##

48. SJ Traub, A Mitchell, **AE Jones**, A Tang, J O'Connor, J Kellum, NI Shapiro. N-Acetylsteine Plus Intravenous Fluids Versus Intravenous Fluids Alone To Prevent Radiocontrast Nephropathy in Emergency Department Patients. *Annals of Emergency Medicine*, 62:511-520, 2013. PMID: 23769807 ##

49. **AE Jones**. Lactate Clearance for Assessing Response to Resuscitation in Severe Sepsis. *Academic Emergency Medicine*, 20:844-847, 2013. PMID: 23879729

50. S Skibsted, **AE Jones**, MA Puskarich, R Arnold, R Sherwin, S Trzeciak, P Schuetz, WC Aird, NI Shapiro. Biomarkers of Endothelial Cell Activation in Early Sepsis. *Shock*, 39:427-432, 2013. PMID: 23524845 ##

51. **JP Sandifer, **AE Jones**. Is the Addition of Vasopressin to Norepinephrine Beneficial for the Treatment of Vasodilatory Shock? *Annals of Emergency Medicine*, 62:534-535, 2013. PMID: 23083544

Updated 11-28-16

52. **RL Summers, S Baker, SA Sterling, **AE Jones**. Characterization of the Spectrum of Hemodynamic Profiles in Trauma Patients with Acute Neurogenic Shock. *Journal of Critical Care*, 28:531:e1-5. PMID: 23566731 ##

53. **SA Sterling, MA Puskarich, **AE Jones**. The Effect of Etomidate on Mortality in Sepsis Remains Unclear. *Critical Care Medicine*, 41:95, 2013. PMID: 23085599

54. **RJ Lewis, K Viele, K Broglio, SM Berry, **AE Jones**. An Adaptive, Phase II, Dose-finding Clinical Trial Design to Evaluate L-Carnitine in the Treatment Septic Shock Based on Efficacy and Predicted Probability of Subsequent Phase III Success. *Critical Care Medicine*, 41:1674-1678, 2013. PMID: 23514753

55. ** R Arnold, R Sherwin, NI Shapiro, JL O'Connor, L Glaspey, S Singh, P Medado, S Trzeciak, **AE Jones**. Multi-center Observational Study of the Development of Progressive Organ Dysfunction and Therapeutic Interventions in Normotensive Sepsis Patients in the Emergency Department. *Academic Emergency Medicine*, 20:433-440, 2013. PMID: 23672356 ##

56. Dellinger RP, Levy MM, Rhodes A, Annane D, Gerlach H, Opal SM, Sevransky JE, Sprung CL, Douglas IS, Jaeschke R, Osborn TM, Nunnally ME, Townsend SR, Reinhart K, Kleinpell RM, Angus DC, Deutschman CS, Machado FR, Rubenfeld GD, Webb SA, Beale RJ, Vincent JL, Moreno R, Aitken L, Al Rahma H, Bernard GR, Biban P, Bion JF, Calandra T, Carcillo JA, Clemmer TP, Divatia JV, Du B, Fujishima S, Gando S, Goodyear-Bruch C, Guyatt G, Hazelzet JA, Hirasawa H, Hollenberg SM, Jacobi J, Jenkins I, Jimenez E, **AE Jones**, Kacmarek RM, Kern W, Koh SO, Kotani J, Marini J, Marshall JC, Masur H, Mehta S, Muscedere J, Napolitano LM, Parker MM, Parrrillo JE, Qiu H, Randolph AG, Rello J, Resende E, Rhodes A, Rivers EP, Schorr CA, Shukri K, Silva E, Soth MD, Thompson AE, Vender JS, Welte T, Zimmerman JL, Hazelzet JA, Randolph AG, Parker MM, Thompson AE, Biban P, Duncan A, Mangia C, Kissoon N. Surviving Sepsis Campaign: International Guidelines for Management of Severe Sepsis and Septic Shock: 2012. *Critical Care Medicine*, 41:580-637, 2013. PMID: 23353941

57. **MA Puskarich, S Trzeciak, NI Shapiro, AB Albers, AC Heffner, JA Kline, **AE Jones**. Whole Blood Lactate Kinetics in Patients Undergoing Quantitative Resuscitation for Septic Shock. *Chest*, 143:1548-1553, 2013. PMID: 23740148 ##

58. BW Roberts, JH Kilgannon, ME Chansky, **AE Jones**, N Mittal, B Milcarek, JE Parrillo, S Trzeciak. Therapeutic Hypothermia and Vasopressor Dependency after Cardiac Arrest. *Resuscitation*, 84:331-336, 2013. PMID: 22885092 ##

59. **AC Heffner, DA Pearson, M Nussbaum, K Kraft, **AE Jones**. Regionalization of Post-Cardiac Arrest Care: Implementation of a Regional Cardiac Arrest Center. *American Heart Journal,* 164:493-501, 2012. PMID: 23067906 ##

60. **MA Puskarich, NI Shapiro, S Trzeciak, JA Kline, **AE Jones**. Serum Levels of Mitochondrial DNA in Patients Presenting to the Emergency Department with Sepsis. *Shock*, 38:337-40, 2012. PMID: 22777124 ##

CV - Alan E. Jones, MD

61. **AC Heffner, DS Swords, ML Nussbaum, JA Kline, **AE Jones**. Predictors of the Complication of Post-Intubation Hypotension during Emergency Airway Management. *Journal of Critical Care*, 27:587-593, 2012. PMID: 22762924 ##

62. **JP Sandifer, **AE Jones**. Dopamine versus Norepinephrine for the Treatment of Septic Shock. *Annals of Emergency Medicine*, 60:372-3, 2012. PMID: 22560465

63. **MA Puskarich, JA Kline, RL Summers, **AE Jones**. Prognostic Value of Incremental Lactate Elevations in Emergency Department Patients with Suspected Infection. *Academic Emergency Medicine,* 19:983-5, 2012. PMID: 22905962 ##

64. JA Kline, PM Roy, MP Than, J Hernandez, DM Courtney, **AE Jones**, CV Pollack. A Multivariate Model to Estimate the Probability of Death for Outpatients with Active Malignancy and Acute Pulmonary Embolism. *Thrombosis Research,* 129:e194-9, 2012. PMID: 22475313 ##

65. RC Arnold, RP Dellinger, JE Parrillo, ME Chansky, VE Lotano, JV McCoy, **AE Jones**, NI Shapiro, SM Hollenberg, S Trzeciak. Discordance Between Microcirculatory Alterations and Arterial Pressure in Patients with Hemodynamic Instability. *Journal of Critical Care*. 27:531.e1-7, 2012. PMID: 22591569 ##

66. AM Mitchell, **AE Jones**, JA Tumlin, JA Kline. Prospective Study of the Incidence of Contrast-Induced Nephropathy among Patients Evaluated for Pulmonary Embolism by Contrast-Enhanced Computed Tomography. *Academic Emergency Medicine*. 19:618-625, 2012. PMID: 22687176 ##

67. **JP Sandifer, **AE Jones**. Can Procalcitonin Levels Guide Antibiotic Therapy in Bacterial Infections and Reduce Antibiotic Overconsumption Without Having a Negative Effect on Clinical Outcomes? *Annals of Emergency Medicine*. 60:370-371, 2012. PMID: 22305332

68. **B Tollefson, **AE Jones**. Does resuscitation with albumin-containing solutions improve mortality in sepsis? *Annals of Emergency Medicine*. 59:432-3, 2012 PMID: 22153996

69. JA Kline, MM Hogg, DM Courtney, CD Miller, **AE Jones**, HA Smithline. D-dimer Threshold Adjustment to Decrease Unnecessary Computerized Tomographic Pulmonary Angiography. *Journal of Thrombosis and Hemostasis,* 10:572-81, 2012. PMID: 22284935 ##

70. **MA Puskarich, S Trzeciak, NI Shapiro, RC Arnold, AC Heffner, JA Kline, **AE Jones**. Prognostic Value and Agreement of Achieving Lactate Clearance or Central Venous Oxygen Saturation as Goals of Early Sepsis Resuscitation. *Academic Emergency Medicine*, 19:252-258, 2012. PMID: 22435856 ##

71. **AC Heffner, D Swords, JA Kline, **AE Jones**. The Frequency and Significance of Post-Intubation Hypotension during Emergency Airway Management. *Journal of Critical Care,* 417: e9-417, 2012. PMID: 22033053 ##

CV - Alan E. Jones, MD

72. NI Shapiro, R Arnold, R Sherwin, J O'Connor G Najarro, S Singh, D Lundy, T Nelson, S Trzeciak , **AE Jones**. The Association of Near-Infrared Spectroscopy Derived Tissue Oxygenation Measurements with Sepsis Syndromes, Organ Dysfunction, and Death in Emergency Department Patients with Sepsis Syndromes. *Critical Care,* 15:R223, 2011. PMID: 21939529 ##

73. **JP Sandifer, **AE Jones**. Is progesterone therapy beneficial for acute traumatic brain injury? *Annals of Emergency Medicine*, 58:541-542, 2011. PMID: 21816509

74. JA Kline, DM Corredor, MM Hogg, J Hernandez, **AE Jones**. Normalization of Vital Signs Does Not Reduce the Probability of Acute Pulmonary Embolism in Symptomatic Emergency Department Patients. *Academic Emergency Medicine*, 19:11-7, 2012. PMID: 22251189 ##

75. **MA Puskarich, S Trzeciak, NI Shapiro, AC Heffner, JA Kline, **AE Jones**. Outcomes of Patients Undergoing Early Sepsis Resuscitation for Cryptic Shock Compared with Overt Shock. *Resuscitation*, 82:1289-1293, 2011. PMID: 21752522 ##

76. JH Kilgannon, **AE Jones**, JE Parrillo, RP Dellinger, B Milcarek, K Hunter, NI Shapiro, S Trzeciak. Relationship Between Supranormal Oxygen Tension and Outcome After Resuscitation from Cardiac Arrest. *Circulation,* 123:2717-22, 2011. PMID: 21606393 ##

77. **MA Puskarich, S Trzeciak, NI Shapiro, JM Horton, JR Studnek, JA Kline, **AE Jones**. Association Between Timing of Antibiotic Administration and Mortality from Septic Shock in Patients Treated with a Quantitative Resuscitation Protocol. *Critical Care Medicine,* 39:2066-2071, 2011. (Accompanying editorial, Reviewed by F1000 Prime) PMID: 21572327 ##

78. P Schuetz, **AE Jones**, MD Howell, S Trzeciak, JG Younger, L Ngo, W Aird, NI Shapiro. Diabetes is Not Associated with Increased Mortality in Emergency Department Patients with Sepsis. *Annals of Emergency Medicine,* 58:438-44, 2011. PMID: 21683473 ##

79. P Schuetz, **AE Jones**, WC Aird, NI Shapiro. Endothelial Cell Response in Emergency Department Patients with Sepsis and Non-sepsis Hypotension. *Shock*, 36:104-8, 2011. PMID: 21522043 ##

80. AM Mitchell, **AE Jones**, JA Tumlin, JA Kline. Immediate Complications of Intravenous Contrast for Computed Tomography Imaging in the Outpatient Setting are Rare. *Academic Emergency Medicine*, 18:1005-1009, 2011. PMID: 21854485 ##

81. **AE Jones**, JL Troyer, JA Kline. Cost-Effectiveness of an Emergency Department Based Early Sepsis Resuscitation Protocol: A Prospective Study. *Critical Care Medicine,* 39:1306-12, 2011. (Accompanying editorial) PMID: 21336115 ##

82. **JR Studnek, MR Artho, CL Garner, **AE Jones**. The Impact of Emergency Medical Services on the Care of Severe Sepsis. *American Journal of Emergency Medicine,* 30:51-56, 2012. PMID: 21030181##

Updated 11-28-16

USCA5 3151

CV - Alan E. Jones, MD

83. DJ Lundy, SE Ross, C Schorr, **AE Jones**, S Trzeciak. Outcomes of Trauma Victims with Cardiac Arrest Who Survive to ICU Admission. *Journal of Trauma,* 71:E12-6, 2011. PMID: 21336197 ##

84. Howell MD, Talmor D, Schuetz P, Hunziker S, **Jones AE**, Shapiro NI. Proof of Principle: The Predisposition, Infection, Response, Organ Failure (PIRO) Sepsis Staging System. *Critical Care Medicine*, 39:322-327, 2011. (Accompanying editorial, Reviewed by Faculty of 1000 Medicine) PMID: 21099424 ##

85. Shapiro NI, Schuetz P, Yano K, Sorasaki M, Parikh S, **Jones AE**, Trzeciak SW, Ngo L, Aird WC. The Association of Endothelial Cell Signaling, Severity of Illness, and Organ Dysfunction in Sepsis. *Critical Care,* 14:R182, 2010. PMID: 20942957##

86. Kilgannon JH, **Jones AE**, Shapiro NI, Angelos MG, Milcarek B, Hunter K, Parrillo JE, Trzeciak S. Hyperoxia after Resuscitation From Cardiac Arrest and Association with Outcome. *JAMA,* 303:2165-71, 2010. (Accompanying editorial, Reviewed by Faculty of 1000 Medicine and Biology) PMID: 20516417 ##

87. Kline JA, Hogg MM, Courtney DC, Miller CD, **Jones AE**, Smithline HA, Klekowski N. D-dimer and Exhaled $CO_2/O_2$ to Detect Segmental Pulmonary Embolism in Moderate Risk Patients. *American Journal of Respiratory and Critical Care Medicine,* 182:669-75, 2010. PMID: 20448094 ##

88. **Jones AE**, Shapiro NI, Trzeciak S, Arnold RC, Claremont HA, Kline JA. Lactate Clearance Versus Central Venous Oxygen Saturation as Endpoints of Early Sepsis Therapy: A Randomized Clinical Trial. *JAMA,* 303:739-746, 2010. (Accompanying editorial, accompanying patient page, Reviewed by Faculty of 1000 Medicine) PMID: 20179283 ##

89. **Younger JG, Bracho DO, Chung H, Lee M, Rana GK, Sen A, **Jones AE**. Complement Activation in Emergency Department Patients with Severe Sepsis. *Academic Emergency Medicine,* 17:353-359, 2010. PMID: 20370773 ##

90. Trzeciak S, **Jones AE**, Shapiro NI, Pusateri AE, Arnold RC, Rizzuto M, Arora T, Parrillo JE, Dellinger RP. A Prospective Multi-center Cohort Study of the Association Between Global Tissue Hypoxia and Coagulation Activation during Early Sepsis Resuscitation. *Critical Care Medicine*, 38:1092-1100, 2010. (Accompanying editorial) PMID: 20124888 ##

91. Nypaver CM, Thornton MM, Yin SM, Bracho DO, Nelson PW, **Jones AE**, Bortz DM, Younger JG. Dynamics of Complement-Mediated Killing of Klebsiella Pneumoniae. *American Journal of Respiratory Cell and Molecular Biology*, 43:585-90, 2010. PMID: 20008281 ##

92. **Heffner AC, Horton JM, Marchick MR, **Jones AE**. Etiology of Illness in Patients Admitted to the Hospital From the Emergency Department with Severe Sepsis. *Clinical Infectious Diseases*, 50:814-820, 2010. (Reviewed by Faculty of 1000 Medicine) PMID 20144044 ##

93. Mitchell AM, **Jones AE**, Tumlin JA, Kline JA. Incidence of Contrast Nephropathy From Contrast-Enhanced Computed Tomography Scans Performed in the Outpatient Setting.

USCA5 3152

CV - Alan E. Jones, MD

*Clinical Journal of the American Society of Nephrology,* 5: 4-9, 2010. (Reviewed by Faculty of 1000 Medicine) PMID: 19965528 ##

94. Pope JV, **Jones AE**, Arnold R, Gaieski D, Trzeciak S, Shapiro NI. Multi-Center Study of Central Venous Oxygen Saturation (ScvO2) as a Predictor of Mortality in Patients with Sepsis. *Annals of Emergency Medicine,* 55: 40-46, 2010. (Reviewed by Faculty of 1000 Medicine) PMID: 19854541##

95. **Puskarich MA, Marchick MR, Kline JA, Steuerwald MT, **Jones AE**. One Year Mortality of Patients Treated With an Emergency Department Based Early Goal Directed Therapy Protocol for Severe Sepsis and Septic Shock. *Critical Care,* 13:R167, 2010. PMID: 19845956 ##

96. Trzeciak S, **Jones AE**, Kilgannon JH, Milcarek B, Hunter K, Shapiro NI, Hollenberg SM, Dellinger RP, Parrillo JE. Significance of Arterial Hypotension after Resuscitation from Cardiac Arrest. *Critical Care Medicine,* 37:2895-2903, 2009. (Accompanying editorial) PMID: 19866506 ##

97. Trzeciak S, **Jones AE**, Kilgannon JH, Fuller BM, Roberts BW, Parrillo JE, Farrar JT. Outcome Measures Utilized in Clinical Trials of Interventions for Post-Cardiac Arrest Syndrome: A Systematic Review. *Resuscitation*, 80:617-623, 2009. PMID: 19386408 ##

98. **Marchick MR, Kline JA, **Jones AE**. The Significance of Non-Sustained Hypotension in Emergency Department Patients with Sepsis. *Intensive Care Medicine*, 35:1261-1264, 2009. PMID: 19238354 ##

99. **Puskarich MA, Runyon MS, Trzeciak S, Kline JA, **Jones AE**. Effect of Glucose-Insulin-Potassium Infusion on Mortality in Critical Care Settings: A Systematic Review and Meta-Analysis. *Journal of Clinical Pharmacology*, 49:758-767, 2009. PMID: 19417124 ##

100. Arnold RC, Shapiro NI, **Jones AE**, Schorr C, Pope J, Casner E, Parrillo JE, Dellinger RP, Trzeciak S. Multi-Center Study of Early Lactate Clearance as a Determinant of Survival in Patients with Presumed Sepsis. *Shock*, 32:35-39, 2009. (Reviewed by Faculty of 1000 Medicine) PMID: 19106806 ##

101. Kline JA, Zeitouni RA, Hernandez-Nino J, **Jones AE**. Randomized Trial of Computerized Quantitative Pretest Probability in Low-Risk Chest Pain Patients: Impact on Safety and Resource Use. *Annals of Emergency Medicine*, 53:727-735, 2009. PMID: 19135281##

102. **Jones AE**, Trzeciak S, Kline JA. The Sequential Organ Failure Assessment Score for Predicting Outcome in Patients with Severe Sepsis and Evidence of Hypoperfusion at the Time of Emergency Department Presentation. *Critical Care Medicine*, 37:1649-1654, 2009. (Accompanying editorial) PMID: 19325482 **##**

103. Focht A, **Jones AE**, Lowe TJ. Early Goal-Directed Therapy: Improving Mortality and Morbidity of Sepsis in the Emergency Department. *Joint Commission Journal on Quality and Patient Safety,* 35:186-191, 2009. PMID: 19435157

CV - Alan E. Jones, MD

104.   Kilgannon JH, Roberts BW, Reihl LA, Chansky ME, **Jones AE**, Dellinger RP, Parrillo JE, Trzeciak S. Early Arterial Hypotension is Common in the Post-Cardiac Arrest Syndrome and is Associated with Increased In-Hospital Mortality. *Resuscitation*, 79:410-416, 2008. PMID: 18990478  ##

105.   **Jones AE**, Brown MD, Trzeciak S, Shapiro NI, Garrett JG, Heffner AC, Kline JA. The Effect of a Quantitative Resuscitation Strategy on Mortality in Patients with Sepsis: A Meta-Analysis. *Critical Care Medicine,* 36:2734-2739, 2008. (Accompanying editorial; Reviewed by Faculty of 1000 Medicine) PMID: 18766093 ##

106.   **Jones AE**, Saak J, Kline JA. Performance of the Mortality in Emergency Department Sepsis Score for Predicting Hospital Mortality among Patients with Severe Sepsis and Septic Shock. *American Journal of Emergency Medicine*, 26: 689-692, 2008. (Accompanying editorial; Reviewed by Faculty of 1000 Medicine) PMID: 18606322 ##

107.   **Jones AE**, Fordham Z, Yiannibias V, Johnson CL, Kline JA. Frequency of Thromboprophylaxis and Incidence of In-Hospital Venous Thromboembolism in a Cohort of Emergency Department Patients. Jo*urnal of Thrombosis and Thrombolysis*, 25:160-164, 2008. PMID: 17577627 ##

108.   **Jones AE**, Shapiro NI, Kilgannon JH, Trzeciak S. Goal-Directed Hemodynamic Optimization in the Post Cardiac Arrest Syndrome: A Systematic Review. *Resuscitation*, 77, 26-29, 2008. PMID: 18164117 ##

109.   **Jones AE**, Focht A, Horton JM, Kline JA. Prospective External Validation of the Clinical Effectiveness of an Emergency Department-Based Early Goal Directed Therapy Protocol for Severe Sepsis and Septic Shock. *Chest,* 132:425-432, 2007. (Reviewed by Faculty of 1000 Medicine) PMID: 17573521 ##

110.   **Jones AE**, Shapiro NI, Roshon M. Implementing Early Goal Directed Therapy in the Emergency Setting: The Challenges and Experiences of Translating Research Innovations Into Clinical Reality in Academic and Community Settings. *Academic Emergency Medicine*14:1072-1078, 2007. PMID: 17630356

111.   Kline JA, Hernandez J, **Jones AE**, Rose GA, Norton HJ, Camargo CA. Prospective Study of the Clinical Characteristics and Outcomes of Emergency Department Patients with Delayed Diagnosis of Pulmonary Embolism. *Academic Emergency Medicine*, 14:592-598, 2007. PMID: 17554011 ##

112.   **Jones AE**, Leonard ML, Hernandez-Nino J, Kline JA. Determination of the Effect of In-Vitro Time, Temperature and Tourniquet Use on Whole Blood Venous Point-of-Care Lactate Concentrations. *Academic Emergency Medicine*, 14: 587-591, 2007. PMID: 17513689 ##

113.   **Jones AE**, Fiechtl JF, Brown MD, Ballew JJ, Kline JA. Procalcitonin Test in the Diagnosis of Bacteremia: A Meta-Analysis. *Annals of Emergency Medicine*, 50:34-41, 2007. PMID: 17161501##

CV - Alan E. Jones, MD

114. Talmor D, Shapiro NI, **Jones AE**, Howell MD, Rubinson L. Simple Triage Scoring System Predicting Death and Need for Critical Care Resources for Use During Epidemics. *Critical Care Medicine*. 35:1251-6, 2007. (Accompanying editorial) PMID: 17417099 ##

115. **Jones AE**. What Vasopressor Should be Used to Treat Shock? *Annals of Emergency Medicine*, 49:367-8, 2007. PMID: 17328106

116. Kline JA, Hernandez J, **Jones AE**. Tenecteplase to Treat Pulmonary Embolism in the Emergency Department. Jo*urnal of Thrombosis and Thrombolysis*, 23:101-5, 2007. PMID: 17221330 ##

117. Tayal VS, Nielson A, **Jones AE**, Thomason M, Kellam J, Norton HJ. Accuracy of Trauma Ultrasound in Major Pelvic Injury. *Journal of Trauma, Injury, Infection and Critical Care,* 61:1453-1457, 2006. PMID: 17159690 ##

118. **Jones AE**, Yiannibas V, Johnson C, Kline JA. Emergency Department Hypotension Predicts Sudden Unexpected In-Hospital Mortality: A Prospective Cohort Study. *Chest*, 130: 941-946, 2006. (Accompanying editorial) PMID: 17035422 ##

119. **Jones AE**, Kuehne K, Steuerwald M, Kline JA. End Expiratory Oxygen Concentrations to Predict Central Venous Oxygen Saturation: An Observational Pilot Study. *BMC Emergency Medicine*, 6;9, 2006. PMID: 16987417 ##

120. Kline JA, Runyon MS, Webb WB, **Jones AE**, Mitchell AM. Prospective Study of the Diagnostic Accuracy of the Simplify D-dimer Assay for Pulmonary Embolism in Emergency Department Patients. *Chest*, 129: 1417-1423, 2006. PMID: 16778257 ##

121. Fiechtl JF, **Jones AE**, Jacobs DG. The FAST Scan: Beyond Free Fluid. *Annals of Emergency Medicine*, 47:293-294, 2006. PMID: 16492500

122. **Jones AE**, Craddock PA, Tayal VS, Kline JA. Diagnostic Accuracy of Left Ventricular Function for Identifying Sepsis Among Emergency Department Patients with Non-Traumatic Symptomatic Undifferentiated Hypotension. *Shock*, 24:513-517, 2005. PMID: 16317380 ##

123. Kline JA, Mitchell AM, Runyon MS, **Jones AE**, Webb WB. Electronic Medical Record Review as a Surrogate to Telephone Follow-up to Establish Outcome for Diagnostic Research Studies in the Emergency Department. *Academic Emergency Medicine*, 12:1127-1133, 2005. PMID: 16166598 ##

124. **Jones AE**, Kline JA. Use of Goal-directed Therapy for Severe Sepsis and Septic Shock in Academic Emergency Departments. *Critical Care Medicine* 33:1888-1889, 2005. PMID: 16096485 ##

125. Runyon MS, Webb WB, **Jones AE**, Kline JA. Comparison of the Unstructured Clinician Estimate of Pretest Probability for Pulmonary Embolism to the Canadian Score and the

Updated 11-28-16

CV - Alan E. Jones, MD

Charlotte Rule: A Prospective Study. *Academic Emergency Medicine* 12:587-593, 2005. PMID: 15995088 ##

126.   **Jones AE**, Fitch MT, Kline JA. Operational Performance of Validated Physiologic Scoring Systems for Predicting In-Hospital Mortality Among Critically Ill Emergency Department Patients. *Critical Care Medicine* 33:974-978, 2005. (Accompanying editorial) PMID: 15891323 ##

127.   **Jones AE**, Aborn LS, Kline JA. Severity of Emergency Department Hypotension Predicts Adverse Hospital Outcome.  Shock 22:410-414, 2004.   PMID:  15489632 ##

128.   Kline JA, Webb WB, **Jones AE**, Hernandez J. Impact of a Rapid Rule-out Protocol for Pulmonary Embolism on the Rate of Screening, Missed Cases, and Pulmonary Vascular Imaging in an Urban US Emergency Department. *Annals of Emergency Medicine* 44:490-502, 2004. PMID: 15520709 ##

129.   **Jones AE**, Tayal VS, Sullivan DM, Kline JA. Randomized Controlled Trial of Immediate Versus Delayed Goal-Directed Ultrasound to Identify the Cause of Nontraumatic Hypotension in Emergency Department Patients. *Critical Care Medicine* 32:1703-1708, 2004. (Accompanying editorial) PMID: 15286547 ##

130.   **Jones AE**, Stiell IG, Nesbitt LP, Spaite DW, Hasan N, Watts BA, Kline JA. Non-traumatic Out-of-hospital Hypotension Predicts In-Hospital Mortality. *Annals of Emergency Medicine* 43:106-113, 2004. PMID: 14707949 ##

131.   **Jones AE,** Kline JA.  Elevated Brain Natriuretic Peptide in Septic Patients Without Heart Failure.  *Annals of Emergency Medicine* 42:714-715, 2003. PMID: 14596247

132.   **Jones AE,** Kline JA.  Availability of Technology to Evaluate for Pulmonary Embolism in Academic Emergency Departments in the United States. *Journal of Thrombosis and Haemostasis* 10:2240-2242, 2003. PMID: 14521611 ##

133.   **Jones AE**, Tayal VS, Kline JA. Focused Training of Emergency Medicine Residents in Goal-Directed Echocardiography: A Prospective Study.  *Academic Emergency Medicine* 10:1054-1058, 2003. PMID: 14525737 ##

134.   **Jones AE**, Watts JA, Debelak J, Thornton LR, Younger JD, Kline JA.  Inhibition of Prostaglandin Synthesis During Experimental Massive Pulmonary Embolus in the Rat. *American Journal of Physiology - Lung Cellular and Molecular Physiology* 284: L1072-L1081, 2003. PMID: 12639842  ##

135.   **Jones AE**, Mason PE, Tayal VS, Gibbs MA. Sonographic Intraperitoneal Fluid in Patients with Pelvic Fracture: Two Cases of Traumatic Intraperitoneal Bladder Rupture. *Journal of Emergency Medicine*. 25: 373-377, 2003. PMID: 14654175 ##

136.   **Jones AE**, Summers RL, Deschamp C, Galli RL.  A National Survey of the Aeromedical Transport of High Risk Obstetric Patients.  *Air Medical Journal* 6: 17-20, 2001. PMID: 11250614 ##

Updated 11-28-16

CV - Alan E. Jones, MD

137.	Gibbs MA, **Jones AE**.  Cervical Spine Injury: A State-of-the-Art Approach to Assessment and Management.  *Emergency Medicine Practice* 3: 1-24, October 2001.

138.	Summers RL, McCoy B, Woodward LH, **Jones AE**.  Comparison of Non-Invasive Measures of Cardiac Function.  *ME Journal of Emergency Medicine* 1: 31-34, 2001. ##

139.	**Jones AE**, Summers RL.  Detection of Isopropyl Alcohol in a Patient with Diabetic Ketoacidosis.  *Journal of Emergency Medicine* 19: 165-168, 2000.  PMID: 10903466

140.	Summers RL, Mizelle HL, Montani JP, **Jones AE**.  Validation of a Computer Model of Aortic Compliance Curves.  *Computers in Cardiology* 26: 455-458, 1999.  ##

141.	**Jones AE**, Knoepp LF, Oxley DD.  Broncho-Pleural Fistula Resulting from the Use of a Thoracic Vent:  A Case Report and Review.  *Chest* 114: 1781-1784, 1998.  PMID: 9872222

142.	**Jones AE**, Kleinman P.  A 49-Year Old Woman with Depression, Migraine Headaches, and Partially Empty Sella Syndrome.  *Headache* 38: 58, 1998.  PMID: 9505010

143.	Carroll JF, **Jones AE**, Hester RL, Reinhart GA, Cockrell K, Mizelle HL.  Reduced Cardiac Responsiveness to Isoproterenol in Obese Rabbits.  *Hypertension* 30: 1376-1381, 1997.  PMID: 9403556 ##

144.	Barrett GR, Richardson K, Ruff CG, **Jones AE**.  The Effect of Suture Type on Meniscus Repair: A Clinical Analysis.  *American Journal of Knee Surgery* 10: 2-9, 1997.  PMID: 9051171 ##

145.	Herrera E, Correia JJ, **Jones AE**, Olson MOJ.  Sedimentation Analysis of Salt- and Divalent Ion- Induced Oligomerization of Nucleolar Protein B23.  *Biochemistry* 35: 2668-2673, 1996.  PMID: 8611572 ##

## In Revision:

JA Kline, C Hall, **AE Jones**, MA Puskarich, R Mastouri, T Lahm. Randomized Trial of Inhaled Nitric Oxide to Treat Acute Pulmonary Embolism: The iNOPE Trial. *American Heart Journal*

**SA Sterling, MA Puskarich, AF Glass, F Guirgis, **AE Jones**. The Impact of the SEPSIS-3 Septic Shock Definition on Previously Defined Septic Shock Patients. *Critical Care Medicine* ##

A Rhodes, L Evans, W Alhazzani, MM Levy, M Antonelli, A Kumar, R Ferrer Roca, JE Sevransky, CL Sprung, ME Nunnally, B Rochwerg, G Rubenfeld, D Angus, D Annane, R Beale, G Bellinghan, G Bernard, JD Chiche, C Coopersmith, D De Backer, C French, S Fujishima, H Gerlach, J Hidalgo, SM Hollenberg, **AE Jones**, D Karnad, R Kleinpell, Y Koh, T Lisboa, F Machado, J Marini, J Marshall, H Masur, J Mazuski, L McIntyre, A McLean, S Mehta, R Moreno, J Myburgh, P Navalesi, O Nishida, T Osborn, A Perner, CM Plunkett, M Ranieri, CE Schorr, M Seckel, C Seymour, L Shieh, K Shukri, SQ Simpson, M Singer, BT Thompson, SR Townsend, T Van der Poll, JL Vincent, J Wiersinga, J Zimmerman, RP Dellinger. Surviving

Updated 11-28-16

CV - Alan E. Jones, MD

Sepsis Campaign: International Guidelines for Management of Sepsis and Septic Shock: 2016. *Critical Care Medicine*

**In Review:**

FW Guirgis SA Sterling, C Smotherman, MA Puskarich, FA Moore, **AE Jones**. Evaluation of a Simple Sequential Organ Failure Assessment Score for Risk Assessment of Emergency Department Patients with Sepsis

Javed, FW Guirgis, SA Sterling, MA Puskarich, J Bowman, T Robinson, **AE Jones**. Clinical Predictors of Early Death from Sepsis. *Academic Emergency Medicine*

M Eckerle, L Ambroggio, **AE Jones**, M Puskarich, TJ Standiford, B Winston, KA Stringer. Metabolomics as a Driver in Advancing Precision Medicine in Sepsis. *Pharmacotherapy*

LK Stewart, KE Nordenholz, DM Courtney, C Kabrhel, **AE Jones**, MT Rondina, DB Diercks, JR Klinger, JA Kline. Comparison of Acute and Convalescent Biomarkers of Inflammation in Patients with Acute Pulmonary Embolism Treated with Systemic Fibrinolysis or Placebo. *Thrombosis Research*

AM Mitchell, SD Teague, **AE Jones**, JA Tumlin. A Clinical Decision Rule to Predict Acute Kidney Injury and 1-Year Major Adverse Events after Contrast-Enhanced CT Imaging. *Radiology*

SA Sterling, KR Butler, RL Summers, **AE Jones**, C Friedrich, L Loehr, TH Mosley. The Impact of Admission Time on Long-term Mortality in Patients with AMI. *Circulation* ##

**Editorials/Commentaries:**

1. U Nandi, MA Puskarich, **AE Jones**. Big Data to the Rescue of SIRS: Is electronic data mining the way of the future? *Annals of Translational Medicine*, 2016. doi: 10.21037/atm.2016.11.55

2. SA Sterling, MA Puskarich, **AE Jones**. Prehospital Treatment of Sepsis: What Really Makes the "Golden Hour" Golden? *Critical Care*, 18:697, 2014.

3. MA Puskarich, **AE Jones**. Clearing Lactate is Clearly Better.....But How Much? *Critical Care Medicine*, 42:729-731, 2014.

4. MA Puskarich, **AE Jones**. Explicitly Targeting Explicit Sepsis: Fair Metrics for Quality Assessment. *Critical Care Medicine*, 42:729-31, 2014.

5. **AE Jones**. Lactate Clearance in the Acutely Traumatized Patient. *Anesthesiology*, 117:1162-1164, 2012.

CV - Alan E. Jones, MD

6. **AE Jones**. Reply: Should Lactate Clearance Be Substituted for Central Venous Oxygen Saturation as Goals of Early Severe Sepsis and Septic Shock Therapy? No. *Chest*, 140:1406-1408, 2011.

7. **AE Jones**. Point: Should Lactate Clearance Be Substituted for Central Venous Oxygen Saturation as Goals of Early Severe Sepsis and Septic Shock Therapy? Yes. *Chest*, 140:1406-1408, 2011.

8. **Jones AE**. The Etomidate Debate. *Annals of Emergency Medicine*, 56:490-491, 2010.

9. **Jones AE**, Trzeciak S, Dellinger RP. Arterial Pressure Optimization in Septic Shock: A Complex Puzzle. *Critical Care*, 14: 102, 2010.

10. Zehtabchi S, **Jones AE**. Democracy, Ambiguity, Scrutiny, and Evidence-Based Medicine. *Academic Emergency Medicine*, 16: 439-440, 2009.

11. **Jones AE**, Puskarich MA. Is Lactate the "Holy Grail" of Biomarkers for Sepsis Prognosis? *Critical Care Medicine*, 37:1812-1813, 2009.

12. Fitch MT, **Jones AE**. Adjunctive Therapy for Migraine Headaches – Can We Teach an Old Dog a New Trick? *Academic Emergency Medicine*, 15:1310-1311, 2008

13. **Jones AE**, Kline JA. Risk Stratification of Community Acquired Pneumonia: What Does All of This Mean? *Annals of Emergency Medicine*, 52: 61-62, 2008.

14. **Jones AE**. Hypothermia After Cardiac Arrest: We Can Do This. *Academic Emergency Medicine*, 15:558-559, 2008.

15. **Jones AE**. Applying Research Findings at a Patient's Bedside: Progressing Clinical Practice. *Academic Emergency Medicine*, 15:86-87, 2008.

16. **Jones AE**. Evidence Based Therapies for Sepsis Care in the ED: Striking a Balance Between Feasibility and Necessity. *Academic Emergency Medicine*, 13:82-83, 2006.

17. **Jones AE**, Kline JA. Pleural Effusions in the Critically Ill: The Evolving Role of Bedside Ultrasound. *Critical Care Medicine* 33:1874-1875, 2005.

**<u>Letter to the Editor:</u>**

1. (Reply) SA Sterling, MA Puskarich, **AE Jones**. In Response to: Meta-Analysis of Time to Antimicrobial Therapy in Sepsis: Confounding as well as Bias. *Critical Care Medicine,* In Press.

2. (Reply) SA Sterling, WR Miller, MA Puskarich, **AE Jones**. In Response to: Time Matters: Antibiotic timing in Sepsis and Septic Shock. *Critical Care Medicine,* In Press.

3. (Reply) SA Sterling, MA Puskarich, **AE Jones**. In Response to: Timing of Antibiotic Administration in Sepsis and Septic Shock: The Impact That a Meta-Analysis Does

CV - Alan E. Jones, MD

Not Depict. *Critical Care Medicine,* 44:e235-236, 2016.

4.  (Reply) SA Sterling, MA Puskarich, **AE Jones**. In Response to: Systematic Bias in Meta-analyses of Time to Antimicrobial in Sepsis Studies. *Critical Care Medicine,* 44:e235-236, 2016.

5.  (Reply) SA Sterling, MA Puskarich, **AE Jones**. In response to: Time for a randomized controlled trial to investigate optimal time to antibiotics for patients with sepsis. *Critical Care Medicine,* 44:e110, 2016.

6.  (Reply) SA Sterling, MA Puskarich, **AE Jones**. In Reply: Timing of appropriate antibiotics in sepsis- how much does each hour matter? *Critical Care Medicine,* 44:e110, 2016.

7.  (Reply) **AE Jones**. Sepsis, Lactate and O2 Supply Dependence. *Chest*, 141:1362-1364, 2012.

8.  (Reply) MA Puskarich, JA Kline, **AE Jones**. Should or Should We Not Allow Delays in Antimicrobial Administration? Of Course Not! *Critical Care Medicine*, 40:1035-1036, 2012.

9.  (Reply) JH Kilgannon, **AE Jones**, JE Parrillo, RP Dellinger, B Milcarek, K Hunter, NI Shapiro, S Trzeciak. Hyperoxemia and the Outcome of Cardiac Arrest. *Circulation*, 125:e288, 2012.

10. (Reply) JH Kilgannon, S Trzeciak, **AE Jones**. Hyperoxia after Resuscitation from Cardiac Arrest and Association with Outcome. *JAMA*, 304: 1440-1441, 2010.

11. (Reply) **AE Jones**, S Trzeciak, JA Kline. Lactate Clearance Versus Central Venous Oxygen Saturation as Endpoints of Early Sepsis Therapy. *JAMA*, 303:2031-2032, 2010.

12. (Reply) JH Kilgannon, **AE Jones**, S Trzeciak. Arterial Hypotension After Resuscitation From Cardiac Arrest. *Critical Care Medicine*, 38:1235, 2010.

13. (Reply) **AE Jones**, JA Kline. Clinical Effectiveness of Early Goal Directed Therapy. *Chest*, 133:584-585, 2008.

14. (Reply) **AE Jones**, JA Kline. Economic Considerations in Patients Undergoing Early Goal-Directed Therapy (EGDT) for Severe Sepsis and Septic Shock. *Chest*, 133:315-316, 2008.

15. (Reply) JA Kline, MS Runyon, WB Webb, **AE Jones**, AM Mitchell. Simplify D-Dimer Assay for Pulmonary Embolism. *Chest*, 131:633-634, 2007.

## Orphaned Abstracts (presented but not published as full-length manuscript):

1.  M Koury, MA Puskarich, S Montgomery, **AE Jones**. Single Nucleotide Polymorphisms in Emergency Department Patients with Repeated Admissions for Sepsis. *Academic Emergency Medicine* 20: S304, 2013.

CV - Alan E. Jones, MD

2. SA Sterling, MA Puskarich, **AE Jones**. Organ Dysfunction in Survivors of Septic Shock Treated with Early Quantitative Resuscitation. *Academic Emergency Medicine* 20: S285, 2013.

3. SA Sterling, RL Summers, T Coleman, **AE Jones**. Theoretical Analysis of the Relative Effect of Obesity On Hemodynamic Stability During Acute Hemorrhagic Shock. *Academic Emergency Medicine* 20: S65, 2013.

4. J Davis, M Puskarich, R Summers, JA Kline, **AE Jones**. Prognostic Value of Peripheral Venous Oxygen Tension to Predict an Abnormal Initial Central Venous Oxygen Saturation in Emergency Department Patients Undergoing Quantitative Resuscitation for Septic Shock. *Academic Emergency Medicine* 19: 725, 2012.

5. M Marchick, JA Kline, **AE Jones.** Systemic Inflammatory Response Syndrome Criteria to Identify Low Risk Emergency Department Patients with Suspected Infection. *Academic Emergency Medicine* 17: S54, 2010.

6. MA Puskarich, M Bauknight, J Kline, **AE Jones**. Effect of Continuous Insulin Infusion on Time to Shock Reversal Among Patients with High Dose Vasopressor Dependent Septic Shock. *Academic Emergency Medicine* 16: S9, 2009.

7. J Walter, **AE Jones**, M Donnino, D Gaieski, M Goyal, S Trzeciak, N Shapiro. Bacteriology of Septic Shock in Four Urban Emergency Departments. *Academic Emergency Medicine* 14:187, 2007.

8. **AE Jones**, S Enseleit, JA Kline. Impact of Emergency Department Length of Stay on Outcomes of Critically Ill Adult Emergency Department Patients. *Academic Emergency Medicine* 14:187, 2007.

9. N Shapiro, M Goyal, D Gaieski, **AE Jones**, S Trzeciak. The Relationship of Central Venous Oxygen Saturation with Mortality in Septic Shock. *Academic Emergency Medicine* 14:183, 2007.

10. E Smith, **AE Jones**. Rate if Influenza Infection Among Emergency Department Patients Admitted to the Hospital with Severe Sepsis and Septic Shock During Influenza Season. MEMC, Sorrento Italy, September 2007.

11. M Marchick, **AE Jones**, JA Kline. Logit Based Risk Stratification Tools are Generic Predictors of In-Hospital Mortality. *Academic Emergency Medicine* 14:367, 2007.

12. G Snead, V Tayal, **AE Jone**s, M Haley, J Norton, G Rose. Prospective Evaluation of Sonographic Inferior Vena Cava and Internal Jugular Vein Measurements to Estimate Central Venous Pressure. *Academic Emergency Medicine* 14:99, 2007.

13. **AE Jones**, V Yiannibas, JA Kline. Cryptic Shock is Uncommon in Critically Ill Adult Emergency Department Patients. *Academic Emergency Medicine* 13:182, 2006.

Updated 11-28-16

USCA5 3161

CV - Alan E. Jones, MD

14. JA Kline, JH Nino, GA Rose, **AE Jones**, HJ Norton. Equivalence of a 3-Test Instrument Versus Echocardiography for the Prediction of Adverse Outcome after the Diagnosis of Pulmonary Embolism. *Academic Emergency Medicine* 12:42, 2005.

15. MS Runyon, WB Webb, **AE Jones**, JA Kline. Derivation of a Clinical Decision Rule to Decrease the Rate of False-Positive D-dimer Assays in Emergency Department Patients Evaluated for Pulmonary Embolism. *Academic Emergency Medicine* 12:42, 2005.

16. MS Runyon, WB Webb, **AE Jones**, JA Kline. Unstructured Clinician Estimate of Low Clinical Probability for Pulmonary Embolism is Equivalent to the Canadian Score and the Charlotte Rule. *Academic Emergency Medicine* 11:448, 2004.

17. A Nielson, VS Tayal, **AE Jones**, J Kellam, M Thomason, J Norton. Accuracy of Ultrasound in Major Pelvic Injury. *Academic Emergency Medicine* 11:580, 2004.

18. DN Cowles, **AE Jones**, JA Kline. Operational Performance Comparison of Contrast-Enhanced CT Scanning with Ventilation-Perfusion Lung Scanning for Pulmonary Embolism. *Academic Emergency Medicine* 9:462, 2002.

19. **AE Jones,** M Bush, JW Runge. Pedestrian Injuries: Demographics and Injury Patterns During a One-Year Period. *Annals of Emergency Medicine* 38: S55, 2001.

20. **AE Jones,** VS Tayal, MA Gibbs, JA Marx. Pediatric Rapid Sequence Intubation at an Emergency Medicine Residency: Success Rate and Adverse Events. *Annals of Emergency Medicine* 38: S9, 2001.

21. **AE Jones,** HL Mizelle, RL Summers. Prevalence and Determinants of QT Dispersion in Patients Presenting to the Emergency Department with Chest Pain. *Annals of Emergency Medicine* 34: S77, 1999.

22. **AE Jones,** B Boes, G Haymans, R West, RL Summers, RW Rockhold. Body Weight Gain and Food Intake Following Recurrent Methcathinone Intoxication. *Annals of Emergency Medicine* 34: S30, 1999.

23. JC Kolb, RL Summers, **AE Jones**. Effect of Cold Water Immersion of Finger Pulse Oximetry Readings. *Annals of Emergency Medicine* 34: S74, 1999.

24. RL Summers, HL Mizelle, **AE Jones**, JP Montani. Effect of Primary Changes in Heart Rate on Circulatory Dynamics. *Annals of Emergency Medicine* 34: S48, 1999.

25. J Patch, RL Summers, **AE Jones**. Effect of the Initiation of Bi-PAP on Hemodynamic Stability. *Annals of Emergency Medicine* 34: S7, 1999.

26. RL Summers, **AE Jones**, HL Mizelle, LH Woodward. Reduction in Aortic Compliance as a Marker of Coronary Disease. *Academic Emergency Medicine* 6: 421, 1999.

**Book Chapters:**

Updated 11-28-16

CV - Alan E. Jones, MD

1. SA Sterling, K Henderson, **AE Jones**. Coordinating Emergency Care Through Telemedicine. In: Ward, Pines, et al eds. <u>Value and Quality Innovations in Acute and Emergency Care</u>. Cambridge Press. In Press

2. NI Shapiro, **AE Jones**. *Sepsis Syndromes*. In: Walls, Hockberger, et al eds. <u>Rosen's Emergency Medicine Concepts and Clinical Practice, 9th edn</u>. St. Louis, MO, Mosby, Inc; In Press.

3. **AE Jones**, MA Puskarich. *Shock*. In: Walls, Hockberger, et al eds. <u>Rosen's Emergency Medicine Concepts and Clinical Practice, 9th edn</u>. St. Louis, MO, Mosby, Inc; In Press.

4. MA Puskarich, **AE Jones**. *Sepsis*. In: Tintinalli, Stapczynski, et al eds. <u>Tintinalli's Emergency Medicine, 8th edn</u>. In Press.

5. SA Sterling, **AE Jones**. *Fever*. In: AB Wolfson, GW Hendey, LJ Ling et al eds. <u>Harwood-Nuss' Clinical Practice of Emergency Medicine, 6th edition</u>. Philadelphia, PA, Wolters Kluwer Health, 2015.

6. **AE Jones**, JA Kline. *Shock*. In: Marx JA, Hockberger RS, Walls RM et al eds. <u>Rosen's Emergency Medicine Concepts and Clinical Practice, 8th edn</u>. St. Louis, MO, Mosby, Inc; 2013.

7. **AE Jones**, AC Heffner. *Sepsis and Shock with Infection*. In: Yealy D, Callaway C eds. <u>Emergency Department Critical Care</u>. New York, NY, Oxford University Press 2013.

8. **AE Jones**, MA Puskarich. *Sepsis Induced Tissue Hypoperfusion*. In: Dellinger RP ed. <u>Critical Care Nursing Clinics of North America</u>, 23:115-125, 2011.

9. MA Puskarich, **AE Jones**. *Mitochondrial Function in Septic Shock*. In: Vincent JL ed. <u>Yearbook of Intensive Care and Emergency Medicine</u>, 32:355-365, 2011.

10. **AE Jones**, MA Puskarich. *Sepsis Induced Tissue Hypoperfusion*. In: Dellinger RP ed. <u>Critical Care Clinics of North America</u>, 25:469-479, 2009.

11. **AE Jones**, JA Kline. *Shock*. In: Marx JA, Hockberger RS, Walls RM et al eds. <u>Rosen's Emergency Medicine Concepts and Clinical Practice, 7th edn</u>. St. Louis, MO, Mosby, Inc; 2009.

12. **AE Jones**, JA Kline. *Shock*. In: Marx JA, Hockberger RS, Walls RM et al eds. <u>Rosen's Emergency Medicine Concepts and Clinical Practice, 6th edn</u>. St. Louis, MO, Mosby, Inc; 2005.

13. **AE Jones**, SA Colucciello, McQuillen KK, Lee P. *Maxillofacial Trauma*. In: Strange GR, Ahrens WR, McQuillen KK et al eds. <u>Pediatric Emergency Medicine Just the Facts</u>, New York, NY, McGraw-Hill; 2003.

Updated 11-28-16

USCA5 3163

CV - Alan E. Jones, MD

14. **AE Jones**, SA Colucciello. *Pediatric maxillofacial trauma.* In: Strange G, Ahrens B, Lelyveld S, Schafermeyer B eds. <u>Pediatric Emergency Medicine: A Comprehensive Study Guide, 2nd edn</u>. New York, NY, McGraw-Hill; 2002.

## Select Media Coverage

*Television*
1) WLBT, WAPT, WJTV, Prime Time News Interview "Spice Outbreak" April 2015.
2) WSOC Charlotte, Prime Time News Interview "Heat Related Illness" July 2010.
3) WLBT Jackson, Medical Matters Interview "Sepsis" November 2012.
4) WLBT Jackson, Prime Time News Interview "Emergency Room Wait Times" January 2014.
5) WLBT, WAPT, WJTV, Prime Time News Interview "Firework Injuries" July 2014.

*Print*
1) Nature Medicine "Adaptive methods help drug sponsors find best treatment dose" by Elie Dolgin www.nature.com/nm/journal/v20/n4/full/nm0414-321.html
2) Vitasearch, "Septic Shock and L-carnitine" August 8, 2013 by Kirk Hamilton. www.vitasearch.com/CP/experts/JonesAEAT2013-08-10.pdf
3) Northside Sun, "Clinical Trial at UMMC Could Save Sepsis Patients" January 17, 2013 by Jack Mazurak.
4) Mississippi Medicine, "Sepsis Study Explores Carnitine's Influence" Winter 2013 by Jack Mazurak.
5) Centerview, "Sepsis Solution?" September 24, 2012 by Jack Mazurak.
6) ACEP News, "Revised Sepsis Guidelines on the Way" August 2012 by Patrice Wendling.
7) Centerview, "Perfecting the Timing" June 10, 2011 by Jack Mazurak.
8) Charlotte Magazine, "On the Cutting Edge" by Annie Monjar, 2010.
9) The Charlotte Observer, "How One ER Doctor's Idea Saved Lives" June 2010 by Karen Garlouch.
10) ACEP News, "Lactate Measure Eased Therapy for Severe Sepsis" May 2010 by Mary Ann Moon.
11) ACEP News, "Non-sustained Hypotension in Sepsis a Red Flag" July 2009.
12) ACEP News, "ED Hypotension Predicts Sudden Hospital Death" January 2007.

## Investigational New Drug Applications (IND)

Title: <u>R</u>apid <u>A</u>dministration of <u>C</u>arnitine in s<u>E</u>psis (RACE) (Phase II)
Role: Sponsor and principle investigator
IND# 107186

Title: L-Carnitine Administration in Early Sepsis (Phase I)
Role: Sponsor and principle investigator
IND# 107186

Title: Rapid Administration of Insulin in Sepsis (Phase I)
Role: Sponsor and principle investigator
IND# 103700

Updated 11-28-16

USCA5 3164

CV - Alan E. Jones, MD

## Patents

US Provisional Application #61987319, *Markers for Sepsis Treatment*

## Active Federal Funded Grants:

**1U54GM115428-01**      **Wilson(PI)**      **8/20/2016-8/19/2021**
NIH/NIGMS      $19,500,000
Mississippi Center for Clinical and Translational Research
Role: Co-Investigator (Research Services Core Leader)

**1UH4ES027070-01**      **McCormick(PI)**      **4/1/2016-3/31/2017**
NIH/NIEHS      $314,942
Ebola Biosafety and Infectious Disease Response Training
Role: Co-Investigator

**1R01GM113843-01**      **Stringer (PI)**      **4/1/2016-3/31/2020**
NIH/NIGMS      $1,519,750
L-Carnitine Pharmacometabolomics in Sepsis (CaPS)
Role: Co-Investigator

**5R01HL118263-03**      **Miller (PI)**      **6/1/2013-5/31/2018**
NIH/NHLBI      $3,726,073
CMR-Impact
Role: Co-Investigator

**1K23GM113041-01**      **Puskarich(PI)**      **1/1/2015 – 12/31/2019**
NIH/NIGMS      $770,044
Platelet Activation in Septic Shock
Role: Primary Mentor

**1U01 HL123022-01**      **Talmor(PI)**      **6/1/2013- 5/31/2018**
NIH/NHLBI      $ 2,946,933
Clinical Centers for the NHLBI Prevention and Early Treatment of Acute Lung
Role: Co-Investigator

**U01CI000353**      **Talan(PI)**      **12/1/13- 11/30/18**
CDC      $12,000
*EMERGE*ncy ID NET
Role: Co-Investigator

**UM1 HL113203-01A1**      **Jones/Kline(Co-PI)** **10/1/2013 - 9/30/2017**
NIH/NHLBI      $3,234,811
Randomized Trial of Inhaled Nitric Oxide to Treat Acute Pulmonary Embolism
Role: Co-Investigator

**R01 HL112815-01A1**      **Trzeciak(PI)**      **4/1/2013- 3/31/2017**
NIH/NHLBI      $ 2,461,725

Updated 11-28-16

USCA5 3165

CV - Alan E. Jones, MD

Neurological and Cognitive Effects of Hyperoxia After Cardiac Arrest
Role: Co-Investigator

| | | |
|---|---|---|
| **1R01GM103799-01** | **Jones(PI)** | **6/1/2012 – 5/31/2017** |

NIH/NIGMS                         $ 3,258,709
Carnitine for the Treatment of Vasopressor Dependent Septic Shock
Role: Principal Investigator

| | | |
|---|---|---|
| **1T32HL105324-01** | **Granger(PI)** | **9/20/2015-08/31/2020** |

NIH/NHLBI                         $1,876,120
Hypertension and Cardiorenal Diseases Research Training Program
Role: Project Faculty

## Active Foundation/Association Funded Grants:

| | | |
|---|---|---|
| **Research Fellowship Award** | **Nandi(PI)** | **9/1/16-8/31/18** |

Emergency Medicine Foundation           $150,000
Developing Syndecan-1 as a Biomarker to Identify Sepsis Patients at Risk From Excessive
Fluid Resuscitation
Role: Primary Mentor

## Active Industry Funded Grants:

| | | |
|---|---|---|
| **EMROC Contract** | **Jones (Site PI)** | **7/01/14-6/30/17** |

Novartis                         $1,000,000
RELAX-2 Study (Seralaxin in Heart Failure)
Role: Site PI

## Completed Funded Grants:

*Federal*:

| | | |
|---|---|---|
| **3R01GM103799-03** | **Jones (PI)** | **7/1/2015-6/30/2016** |

NIH/NIGMS                         $167,645
L-carnitine Treatment for Vasopressor Dependent Septic Shock Collaborative Activities to
Promote Metabolomics Research
Role: Principal Investigator

| | | |
|---|---|---|
| **2R01GM069438-06** | **Younger(PI)** | **9/12/2011-9/11/2015** |

NIH/NIGMS                         $1,717,276
Complement C5a in Human Sepsis
Role: Co-Investigator

| | | |
|---|---|---|
| **R01GM103799-02S1** | **Jones(PI)** | **6/1/2013 – 5/31/2014** |

NIH/NIGMS                         $ 99,588
Carnitine for the Treatment of Vasopressor Dependent Septic Shock: Equipment Supplement
Role: PI

Updated 11-28-16

USCA5 3166

CV - Alan E. Jones, MD

**T32HL105324**        **Sterling(PI)**        **1/1/2013- 12/31/2013**
NIH/NHLBI        $41,500
T32 Post-Doctoral Fellowship Training
Role: Primary Mentor

**1R18HS18519-01**        **Kline(PI)**        **01/04/10-04/03/13**
AHRQ        $1,049,113
Quantitative Pretest Probability to Reduce Cardiopulmonary Imaging in the ED
Role: Co-Investigator

**3K23GM076652-04S1**        **Jones(PI)**        **8/1/06-7/31/11**
NIH/NIGMS        $105,000
ARRA Supplement to Randomized Clinical Trial of a Less-Invasive Resuscitation Protocol for Sepsis
Role: Principal Investigator

**1K23GM076652-01**        **Jones(PI)**        **8/1/06-7/31/11**
NIH/NIGMS        $600,000
Randomized Clinical Trial of a Less-Invasive Resuscitation Protocol for Sepsis
Role: Principal Investigator

**1R42HL086316-01**        **Kline(PI)**        **8/1/06-12/31/09**
NIH/NHLBI        $849,005
Expired $CO_2/O_2$ to Diagnose Pulmonary Embolism
Role: Consultant

*Industry:*

**Investigator Initiated Grant**        **Kline(PI)**        **6/1/08-5/30/12**
Carolinas Healthcare/Genentech        $545,800
Randomized Trial of Tenecteplase to Treat Submassive Pulmonary Embolism
Role: Co-Investigator

**Investigator Initiated Grant**        **Traub(PI)**        **10/1/07-4/04/11**
Cumberland Pharmaceuticals        $600,000
Multicenter Randomized Clinical Trial of N-Acetylcysteine to Prevent Contrast Nephropathy in Emergency Department Patients
Role: Co-Investigator

**Investigator Initiated Grant**        **Shapiro(PI)**        **10/1/08-9/30/10**
Hutchison Technology Incorporated        $200,000
$StO_2$ Measurements in Sepsis
Role: Co-Investigator

**Research Contract**        **Jones(PI)**        **3/01/08-3/01/15**
Critical Biologics Corporation        $100,000
Deliverables Were Plasma From Sepsis Patients for Biomarker Analysis.
Role: Principal Investigator

Updated 11-28-16

USCA5 3167

CV - Alan E. Jones, MD

*Industry:*

**Investigator Initiated Grant**    **Schutz(PI)**    **1/1/12-12/31/14**
Thermo-Scientific    $1,000,000
Procalcitonin and Outcome in Septic Shock (MOSES)
Role: Site-Investigator

*Foundation:*

**Medical Student Research Project**    **Scott(PI)**    **11/1/13-5/1/16**
University of Mississippi SOM    $6000
Use of a Mass Spectrometer System for Human Blood Bacterial Identification: Implications for
Antibiotic Stewardship and Cost Savings
Role: Primary Mentor

**IRSP**    **Puskarich(PI)**    **7/1/13-6/30/14**
University of Mississippi MC    $30,000
Platelet Bioenergetics in Human Sepsis
Role: Primary Mentor

**Career Development Award**    **Puskarich(PI)**    **7/1/13-6/30/14**
Emergency Medicine Foundation    $50,000
Mitochondrial Dysfunction in Early Severe Sepsis
Role: Primary Mentor

**Medical Student Research Project**    **Scott(PI)**    **5/1/13-9/1/13**
University of Mississippi SOM    $2500
Relative Value of Lactate and Central Venous Oxygen Saturation for Predicting Outcome in
Septic Shock
Role: Primary Mentor

**10POST3560001**    **Puskarich(PI)**    **7/01/10-6/30/12**
AHA Post-Doctoral Fellow    $82,000
L-Carnitine Administration in Early Sepsis
Role: Primary Mentor

**SRG10-004**    **Puskarich (PI)**    **7/1/2010-6/31/2012**
Cannon Research Grant    $32,000
L-carnitine administration in early sepsis
Role: Primary Mentor

**Small Project Grant**    **Jones(PI)**    **12/01/08-11/30/09**
Cannon Research Center    $20,000
Rapid Administration of Insulin in Sepsis: A Pilot Study
Role: PI

**Established Investigator Grant**    **Jones(PI)**    **8/28/06-8/27/09**

Updated 11-28-16

USCA5 3168

CV - Alan E. Jones, MD

Carolinas Health Services Foundation    $29,020
Development, Implementation and Maintenance of Electronic Case Report Forms for a
Randomized Clinical Trial of a Less-Invasive Resuscitation Protocol for Sepsis
Role: Principal Investigator

**Capnometry CDA**                  **Jones(PI)**            **7/1/07-6/30/08**
Emergency Medicine Foundation       $50,000
The Use of Capnography to Identify Elevated Lactate and Lactate Clearance in Emergency
Department Patients with Severe Sepsis and Septic Shock
Role: Principal Investigator

**Career Development Award**        **Mitchell(PI)**         **7/1/07-6/30/08**
Emergency Medicine Foundation       $50,000
Contrast Nephropathy from Computed Tomography Angiography in the Emergency
Department
Role: Primary Mentor

**Resident Research Award**         **Leonard(PI)**          **7/1/06-6/30/07**
Carolinas Health Services Foundation    $6280
Determination of the Contribution of Time and Tourniquet Use to Elevation of Whole Blood
Lactate Concentrations
Role: Primary Mentor

**Resident Research Award**         **Smith(PI)**            **7/1/06-6/30/07**
Carolinas Health Services Foundation    $12,648
Rate of Influenza Infection Among Adult Patients Admitted to the Hospital with Severe Sepsis
and Septic Shock During Influenza Season
Role: Primary Mentor

**Career Development Award**        **Jones(PI)**            **7/1/04-6/30/05**
Emergency Medicine Foundation       $50,000
Diagnostic Significance of Nontraumatic Emergency Department Hypotension.
Role: Principal Investigator

**Young Investigator Grant**        **Jones(PI)**            **4/1/04-7/1/05**
Carolinas Health Services Foundation    $39,975
Design and Implementation of Diagnostic Significance of Nontraumatic Emergency
Department Hypotension.
Role: Principal Investigator

**NCN Medical Student Grant**       **Jones(PI)**            **5/1/00-9/1/00**
University of Mississippi SOM        $2500
Contractile Responsiveness of Isolated Papillary Muscles from Obese Rabbits to
Isoproterenol.
Role: Principal Investigator

**National/International Oral Research Presentations:**

Updated 11-28-16

USCA5 3169

CV - Alan E. Jones, MD

1) SAEM Annual Meeting – **Gallery of Excellence** "Randomized Controlled Trial of Safety and Efficacy of L-carnitine Infusion for the Treatment of Vasopressor-Dependent Septic Shock" Atlanta, GA, May 2013.

2) SAEM Annual Meeting – **Plenary Session** "Whole Blood Lactate Kinetics in Patients Undergoing Quantitative Resuscitation for Septic Shock" Chicago, IL, May 2012.

3) 6th MEMC "Whole Blood Lactate Kinetics in Patients Undergoing Quantitative Resuscitation for Septic Shock" Kos, Greece, September 2011.

4) SAEM Annual Meeting "Pilot Study of Glucose-Insulin-Potassium Treatment for Vasopressor Dependent Septic Shock" Boston, MA, June 2011.

5) SAEM Annual Meeting – **Plenary Session** "Effect of Timing of Antibiotic Administration and Mortality in Emergency Department Patients with Sepsis" Boston, MA, June 2011.

6) SAEM Annual Meeting "Cost-Effectiveness of an Emergency Department Based Early Sepsis Resuscitation Protocol: A Prospective Study" Phoenix, AZ, June 2010.

2) SCCM Congress "Multi-Center Randomized Controlled Trial of Lactate Clearance Versus Central Venous Oxygen Saturation as the Endpoint of Early Sepsis Resuscitation" Miami, Fl, January 2010.

3) SAEM Annual Meeting "Multi-Center Randomized Controlled Trial of Lactate Clearance Versus Central Venous Oxygen Saturation as the Endpoint of Early Sepsis Resuscitation" New Orleans, LA, May 2009.

4) SAEM Annual Meeting "Emergency Department Hypotension Predicts Sudden Unexpected In-Hospital Mortality" San Francisco, CA, May 2006.

5) SAEM Annual Meeting "Deep Venous Thromboembolism Prophylaxis Does Not Alter the Frequency of Development of In-Hospital Thromboembolic Events in Patients Admitted From the Emergency Department" San Francisco, CA, May 2006.

6) SAEM SE Regional Meeting. "End-Tidal Oxygen Concentration to Predict Central Venous Oxygen Saturation" Greensboro, NC, March 2006.

7) 28th Annual Conference on Shock "Severity of Emergency Department Hypotension Predicts Adverse Hospital Outcome" Marco Island, FL, June 2005.

8) ACEP Research Forum – **Plenary Session** "Validated Physiologic Scoring Systems are Inadequate for Predicting In-Hospital Mortality Among Critically Ill Emergency Department Patients" San Francisco, CA, October 2004.

9) SAEM Annual Meeting "Randomized Controlled Trial of Immediate Versus Delayed Goal-Directed Ultrasound to Identify the Cause of Nontraumatic Hypotension in Emergency Department Patients" Orlando, FL, May 2004

Updated 11-28-16

CV - Alan E. Jones, MD

10) SAEM Annual Meeting "Non-traumatic Prehospital Hypotension Predicts In-Hospital Mortality" Boston, MA, May 2003

11) 25th Annual Conference on Shock "Inhibition of Prostaglandin Synthesis During Experimental Massive Pulmonary Embolus in the Rat" Big Sky, MT, June 2002

12) SAEM Annual Meeting "Inhibition of Prostaglandin Synthesis During Experimental Massive Pulmonary Embolus in the Rat" St. Louis, MO, May 2002

13) 80th Annual Session American College of Physicians "Superior Mesenteric Vein Thrombosis as a Presenting Manifestation of Chronic Lymphocytic Leukemia" New Orleans, LA, April 1999

14) Twelfth Scientific Meeting of the American Society of Hypertension "Reduced Response of Isolated Papillary Muscles to Isoproterenol in Obese Rabbits" San Francisco, CA, May 1997

**Invited Oral Platform (non-research) Presentations:**

*National*

1) SAEM Grantsmanship Workshop "What Grants Are Out There" New Orleans, LA, May 2016.

2) Southeastern Emergency Medicine Annual Conference (SEEMAC) "Mechanical Ventilation 101", New Orleans, LA, April 2016.

3) Southeastern Emergency Medicine Annual Conference (SEEMAC) "How to Read a Head CT", New Orleans, LA, April 2016.

4) ICARE Conference, "Updates in Sepsis Management", Fayetteville, AR, July 2015.

5) Southeastern Emergency Medicine Annual Conference (SEEMAC) "Sepsis", New Orleans, LA, May 2015.

6) SAEM Annual Meeting "New Concepts in Sepsis Care" San Diego, CA, May 2015.

7) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" San Diego, CA, May 2015.

8) Trinity Health, "Sepsis Chart Review", Guest Commentator, Boise, ID, July 2014.

9) SAEM Annual Meeting "Early Care of Septic Shock: New Data and How Does it Fit?" Moderator, Dallas, TX, May 2014.

10) SAEM Annual Meeting "Junior Faculty Forum: Leadership" Dallas, TX May 2014.

11) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" Dallas, TX, May 2014.

Updated 11-28-16

USCA5 3171

CV - Alan E. Jones, MD

12) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" Atlanta, GA, May 2013.

13) SAEM Annual Meeting "Leadership Across Generations" Atlanta, GA, May 2013.

14) SAEM Annual Meeting, "Fostering Academic Productivity and Research for All Faculty" Atlanta, GA, May 2013.

15) Indiana ACEP – **Keynote Address** "What Survived in the Surviving Sepsis Campaign Guidelines 2012" Indianapolis, IN, May 2013

16) Emergencies in Medicine Conference "What Survived in the Surviving Sepsis Campaign Guidelines 2012" Park City, Utah, March 2013.

17) Greater New York Hospital Association 4th Annual Symposium on Controversies in Critical Care "Lactate clearance is Better Than CVP and Scv02 for Early Sepsis Resuscitation" New York City, NY, February 2013.

18) Current Concepts in Emergency Care Conference "Sepsis" Maui, HI 2012.

19) Current Concepts in Emergency Care Conference "Vasopressors" Maui, HI 2012.

20) SAEM Annual Meeting "Leadership Across Generations" Chicago, IL 2012.

21) SAEM Annual Meeting Resident Leadership Forum "Enhancing Your Leadership Skills" Chicago, IL 2012.

22) SAEM Annual Meeting "Surviving Sepsis Campaign 2012: An Update on Recommendations for Emergency Physicians" Chicago, IL, June 2012.

23) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" Chicago, IL, June 2012.

24) Greater New York Hospital Association Stop Sepsis Collaborative Conference "Lactate Clearance as an Important Goal of Early Sepsis Therapy" New York City, NY, February 2012.

25) ACEP Research Forum "Grant Writing: EMF Career Development Grants" San Francisco, CA, October 2011.

26) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" Boston, MA, June 2011.

27) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" Phoenix, AZ, June 2010.

Updated 11-28-16

CV - Alan E. Jones, MD

28) SAEM Annual Meeting "Conducting a High Quality RCT: From Design to Implementation" New Orleans, LA, May 2009.

29) SAEM Grantsmanship Workshop "Responding to Reviews and Revising" New Orleans, LA, May 2009.

30) AAEM Annual Meeting, "Do You Have to Practice EGDT Exactly as Published?" Phoenix, Az, March 2009.

31) USCIITG Inaugural Meeting "Role of Professional Societies" Washington, DC, November 2008.

32) SAEM Grantsmanship Workshop "Lessons From an Early Career Development Award" Washington, DC, May 2008.

33) AIUM Symposia, Use of Ultrasound in the Critically Ill and Injured "The Septic Patient: Preload, Afterload, and Cardiac Function: The Utility of Ultrasound in Diagnosis and Therapy" San Diego, CA, March 2008.

34) Harvard Medical School/Beth Israel Deaconess Medical Center Shock Symposia "Undifferentiated Shock: Ultrasound and Beyond" Boston, MA, June 2007.

35) SAEM Annual Meeting "Translating Research into Clinical Practice: Experiences and Observations from Implementing Early Goal-Directed Therapy for Sepsis in the Emergency Department" Chicago, IL, May 2007.

36) SAEM Annual Meeting "New Methods, Markers, and Devices to Diagnose and Risk-Stratify Non-Traumatic Circulatory Shock" New York City, NY, May 2005.

37) SAEM Annual Meeting "Implementing and Optimizing Morbidity and Mortality Conference" Boston, MA, May 2003.

38) CPC Semi-Finals, SAEM Annual Meeting "Flank Pain in a Young Male" Atlanta, GA, May 2001.

### *International*

1) 7th Annual Mediterranean Emergency Medicine Congress. "Evolution of Emergency Medicine in the US" Marseille, France, September 2013.

2) 7th Annual Mediterranean Emergency Medicine Congress. "Lactate in ED Sepsis" Marseille, France, September 2013.

3) 3rd Paris International Conference on Intensive Care. "Lactate Clearance". Paris, France, June 2013.

4) 14th International Conference of Emergency Medicine. "Clinical Trials in the ED Setting". Dublin, Ireland, June 2012.

Updated 11-28-16

USCA5 3173

CV - Alan E. Jones, MD

5) 14th International Conference of Emergency Medicine. "Vasopressors in Sepsis". Dublin, Ireland, June 2012.

6) 2nd Paris International Conference on Intensive Care, "Targeting Lactate Clearance". Paris, France, June 2012.

7) *32nd* International Symposium on Intensive Care and Emergency Medicine. "Lactate in the ED". Brussels, Belgium, March 2012.

8) *32nd* International Symposium on Intensive Care and Emergency Medicine. "ScvO2 - Targets for Resuscitation". Brussels, Belgium, March 2012.

9) *32nd* International Symposium on Intensive Care and Emergency Medicine. "High Dose Insulin in Septic Shock". Brussels, Belgium, March 2012.

10)    6th Annual Mediterranean Emergency Medicine Congress. "Lactate in ED Shock: What Does it Mean and How Do I Use It?" Kos, Greece, September 2011.

11)    5th Dutch North Sea Emergency Medicine Conference. "Treating Sepsis in 2011". Amsterdam, Netherlands, June 2011.

12)    31st International Symposium on Intensive Care and Emergency Medicine. "Endpoints of Resuscitation: Lactate versus ScvO2". Brussels, Belgium, March 2011.

13)    5th Annual Mediterranean Emergency Medicine Congress. "Optimal Endpoints of Early Sepsis Resuscitation". Valencia, Spain, September 2009.

14)    29th International Symposium on Intensive Care and Emergency Medicine. "Early Goal Directed Therapy: What is the Evidence". Brussels, Belgium, March 2009.

15)    29th International Symposium on Intensive Care and Emergency Medicine. "Lactate Versus ScvO2 as a Target". Brussels, Belgium, March 2009.

16)    29th International Symposium on Intensive Care and Emergency Medicine. "The Hypotensive Patient – Unknown Origin". Brussels, Belgium, March 2009.

17)    29th International Symposium on Intensive Care and Emergency Medicine. "Early Sepsis Resuscitation". Brussels, Belgium, March 2009.

18)    4th Annual Mediterranean Emergency Medicine Congress. "Approach to Diagnosis in Undifferentiated Shock". Sorrento, Italy, September 2007.

19)    3rd Annual Mediterranean Emergency Medicine Congress. "New Management Issues in Emergency Department Shock". Nice, France, September 2005.

***Regional***

USCA5 3174

CV - Alan E. Jones, MD

1) Keynote Address, Healthcare Quality Summit 2016. "Sepsis". Jackson, MS, April 2016.

2) Keynote Address, UM/UMMC Research Day. "Adaptation and Precision: A New Approach to Clinical Trials". Jackson, MS, March, 2016.

3) APSA Regional Meeting, "Finding a Mentor", Jackson, MS, January 2016.

4) Advance Disaster Life Support. "Disaster Basics". Jackson, MS March, 2014.

5) Jackson Academy Coach Seminar. "Exercise Induced Hyponatremia". Jackson, MS, September 16, 2014.

6) UMMC K-Writer Workshop. "K-Award Experience". Jackson, MS, September 11, 2014.

7) Mississippi ACEP Conference. "eFAST – Hands on Training". Jackson, MS, August 9, 2013.

8) Premier Quest Sprint Conference. "Code Sepsis Initiative". Charlotte, NC, January 19, 2011.

9) Cannon Clinical and Translational Research Conference. "Clinical Trial Safety Monitoring". Charlotte, NC, December 10, 2009.

10) Mecklenburg EMS Agency. "Pre-hospital Management of Sepsis". Charlotte, NC, November 9, 2009.

11) NCCEP and Wake Med Fall Conference. "Emergency Department Treatment of Sepsis in the Year 2008". Asheville, NC, September 22, 2008.

12) North Carolina College of Emergency Physician Annual Meeting. "New Concepts in the Management of Severe Sepsis in the ED". Myrtle Beach, SC, June 14, 2008.

13) Piedmont Emergency Medicine Associates, "Sepsis Resuscitation in the ED". Charlotte, NC, January 11, 2006.

14) Society of Critical Care Medicine Carolina/Virginia 23rd Annual Scientific Symposium "Trials and Tribulations of Transporting Critically Ill Patients". Charlotte, NC, June 2005.

## Grand Rounds/Visiting Professorships:

1) Department of Emergency Medicine, Carolinas Medical Center, 40th Residency Reunion and the Future of Emergency Medicine Medical Education, September 2016.

2) Department of Emergency Medicine, Carolinas Medical Center, Resident Academic Day, June 2014.

3) Department of Emergency Medicine, Georgetown University, "What Survived in the Surviving Sepsis Campaign Guidelines 2012" July 2013.

4) Department of Emergency Medicine, University of Arkansas Medical Center, "What Survived in the Surviving Sepsis Campaign Guidelines 2012" April 2013.

Updated 11-28-16

USCA5 3175

CV - Alan E. Jones, MD

5) Department of Emergency Medicine, New York Presbyterian Columbia, "Lactate in the ED" August 2012.

6) Department of Emergency Medicine, Louisiana State University School of Medicine, "Lactate in the ED" May 2012.

7) Department of Emergency Medicine, Northwestern University School of Medicine, "Evolving Strategies in Early Sepsis Management" November 2011.

8) Department of Emergency Medicine, Indiana University School of Medicine, "Evidence Based Approach to Vasopressor Use in the ED" October 2011.

9) Medical Staff Grand Rounds, Waccama Community Hospital, Myrtle Beach, SC, "Code Sepsis Initiative" August 2011.

10) Department of Emergency Medicine and Traumatology, University of Connecticut Health Center, "Evidence Based Approach to Vasopressor Use in the ED" July 2011.

11) Departments of Emergency Medicine and Critical Care, Cooper University Hospital Grand Rounds, "New Insights from the Lactates Trial" February 2011.

12) Department of Emergency Medicine, University of Pennsylvania Grand Rounds, "New Insights from the Lactates Trial" February 2011.

13) Cannon Research Center, Research Seminar, "New Initiatives in Sepsis Research" October 2010.

14) Department of Emergency Medicine, University of North Carolina Chapel Hill Grand Rounds "Evolving Strategies in Early Sepsis Management" July 2010.

15) Department of Emergency Medicine, Georgetown University Grand Rounds "Evolving Strategies in Early Sepsis Management" July 2010.

16) Department of Emergency Medicine, State University of New York, Stoneybrook Grand Rounds "Post Cardiac Arrest Syndrome" May 2009.

17) Department of Emergency Medicine, University of Michigan Grand Rounds "Quantitative Resuscitation for Early Sepsis: From Evidence to Implementation." August 2008.

18) Department of Emergency Medicine, State University of New York, Stoneybrook Grand Rounds "Use of Echocardiography in Emergency Department Hypotension" April 2006.

19) University of Mississippi Medical Center, Department of Emergency Medicine Grand Rounds "Ultrasound in Undifferentiated Hypotension" November 2002.

20) Carolinas Medical Center, Department of Surgery, Division of Trauma and Critical Care, Grand Rounds, "Stump the Experts: Unusual Trauma Cases" September 2002.

Updated 11-28-16

USCA5 3176

CV - Alan E. Jones, MD

**Web Sites Owned:**

Emergency Medicine Shock Research Network, www.emshocknet.com (expired)

BioEdge Research, www.bioedge.us (expired)

**Scholarly Course Faculty:**

1) SEEMAC "Cadaver Procedural Laboratory" Course Director. Sponsor: Department of Emergency Medicine, University of Mississippi Medical Center, 2015- Present

2) "Carolinas Shock Symposia" Course Co-Director and Lecturer. Sponsor: Department of Emergency Medicine, Carolinas Medical Center. Given 2004-2011.

3) "Use of Pretest Probability to Reduce Unnecessary Test Ordering in the Emergency Department" Faculty and Co-Author. Sponsor: Breathquant, Inc. Available online, January 2004. http://www.studymaker.com/courses/welcome/ptp.htm.

4) "Evidence Based Medicine: The Basics" Course Director and Lecturer. Sponsor, Department of Emergency Medicine, Carolinas Medical Center. Monthly lecture series given bi-annually 2003-2010.

5) "The Emergency Ultrasound Course" Practical Laboratory Faculty. Sponsor: South Carolina ACEP. September 2002, Charlotte, NC.

**Individuals Formally Mentored in Research/Career Development:**

**Junior Faculty**
Chad Washington, MD. Neurosurgery Faculty 2015-Present.
*Project Title*: Sildenafil in the Treatment of Subarachnoid Hemorrhage
*Status*: KL2 funded

Faheem Gurgis, MD. Emergency Medicine Faculty 2012-Present.
*Project Title*: Role of Dysfunctional-HDL in the Pathophysiology of Sepsis
*Status*: K23 funded

Sarah Sterling, MD. Emergency Medicine Faculty 2014-Present.
*Project Title*: Comparative Effectiveness of Telemergency Care Delivery
*Status*: IDeA award submitted

Amiee Parnell, MD. Pediatric Cardiology Faculty, 2013- Present.
External Career Development Mentor/Advisor

Michael Puskarich, MD. Emergency Medicine Faculty, 2012- Present.
*Project Title*: Mitochondrial Function in Septic Shock
*Status*: K23 Funded

Updated 11-28-16

USCA5 3177

CV - Alan E. Jones, MD

<u>Alice Mitchell, MS, MD</u>. Emergency Medicine Faculty, 2007- 2011.
*Project Title*: Contrast Nephropathy From Computed Tomography Angiography in the
    Emergency Department.
*Status*: EMF and HSF grant funded, Published, CJASN, 2010.


<u>Stacey Reynolds, MD.</u> Emergency Medicine Faculty, 2009- 2011.
*Project Title*: Diagnostic Testing in Blunt Pediatric Abdominal Trauma.
*Status*: Abstract presented, SAEM 2012.


**Fellows**
<u>Utsav Nandi, MD.</u> Emergency Medicine Research Fellow 2016-2018
*Project Title*: Developing Syndecan-1 as a Biomarker to Identify Sepsis Patients at Risk From
    Excessive Fluid Resuscitation
*Status*: Funded, Emergency Medicine Foundation; Data Collection Ongoing


<u>Sarah Sterling, MD</u>. Emergency Medicine Research Fellow 2012-2014
*Project Title*: Preemptive Resuscitation for Eradicating Septic Shock


<u>Michael Puskarich, MD</u>. Emergency Medicine Research Fellow, 2010- 2012
*Project Title*: L-Carnitine in the Treatment of Septic Shock
*Status*: Funded, AHA


<u>Michael Marchick, MD</u>. Emergency Medicine Research Fellow, 2008- 2010
*Project Title*: The Significance of Non-Sustained Hypotension in Emergency Department
    Patients with Sepsis
*Status*: Published, Intensive Care Medicine, 2010


<u>Richard P. Medlin, MD.</u> Emergency Medicine Research Fellow, 2009-2010
*Project Title*: Integration of Informatics in Emergency Medicine
*Status*: Entered NC-CH Medical Informatics Fellowship


**Residents**
<u>Allison Barrett, MD</u>. Emergency Medicine Resident, 2013
*Project Title*: Utilizing Geographic Information Systems to Identify Clusters of Severe Sepsis
    Patients Presenting in the Out of Hospital Environment
*Status*: Manuscript submitted.


<u>Michael Koury, MD</u>. Emergency Medicine Resident, 2012.
*Project Title*: Significance of SNPs in Patients with Repeat Sepsis
*Status*: Abstract Presented, SAEM Annual Meeting, 2013.


<u>Sarah Sterling, MD</u>. Emergency Medicine Resident, 2012.
*Project Title*: Outcomes of Patients with Vasoplegic verus Tissue Dysoxic Septic Shock
*Status*: Abstract Presented, SAEM Annual Meeting, 2012.


<u>Stephen Baker, MD</u>. Emergency Medicine Resident, 2012.
*Project Title*: Characterization of the Spectrum of Hemodynamic Profiles in Trauma Patients
    with Acute Neurogenic Shock

Updated 11-28-16

CV - Alan E. Jones, MD

*Status*: Abstract Presented, SAEM Annual Meeting, 2012; Published, Journal of Critical Care 2013.

Brent Lorenzen, MD. Emergency Medicine Resident, 2010.
*Project Title*: The Significance of Intermediate Range Blood Lactate Elevation in Emergency Department Patients with Infection: A Systematic Review
*Status*: Abstract Presented, SAEM Annual Meeting, 2010.

Melanie Artho, MD. Emergency Medicine Resident, 2010.
*Project Title*: The Impact of Emergency Medical Services in the Care of Severe Sepsis
*Status*: Published, American Journal of Emergency Medicine, 2010.

Michael Puskarich, MD. Emergency Medicine Resident, 2009.
*Project Title*: One Year Mortality of Patients Treated With an Emergency Department Based Early Goal Directed Therapy Protocol for Severe Sepsis and Septic Shock.
*Status*: Published, Critical Care, 2009.

Erin Smith, MD. Emergency Medicine Resident, 2007.
*Project Title*: Rate if Influenza Infection Among Emergency Department Patients Admitted to the Hospital with Severe Sepsis and Septic Shock during Influenza Season.
*Status*: HSF Grant Funded; Abstract presented 2007 MEMC, Sorrento Italy, September 2007.

Kristen Saak, MD. Emergency Medicine Resident, 2007.
*Project Title*: Performance of the MEDS Score for Predicting In-Hospital Mortality Among Emergency Department Patients with Severe Sepsis.
*Status*: Published, American Journal of Emergency Medicine, 2008.

Matthew Leonard, MD. Emergency Medicine Resident, 2006.
*Project title*: Determination of the Contribution of Time and Tourniquet Use to Elevation of Whole Blood Lactate Concentrations.
*Status*: HSF Grant Funded; Published, Academic Emergency Medicine, 2007.

Stephen Enseleit, MD. Emergency Medicine Resident, 2006.
*Project title*: Clinical Impact of Emergency Department Length of Stay in Critically Ill Adult Emergency Department Patients.
*Status*: Abstract presented, SAEM Annual Meeting, 2007.

James Fiechtl, MD and Jason Ballew, MD. Emergency Medicine Residents, 2005-2006.
*Project title*: The Utility of Procalcitonin to Predict Bacteremia in Ambulatory Patients: A Meta-Analysis.
*Status*: Published, Annals of Emergency Medicine, 2007.

Patrick A. Craddock, MD. Emergency Medicine Resident, 2004-2005.
*Project title*: Diagnostic Accuracy of Left Ventricular Function for Sepsis Among Emergency Department Patients with Non-Traumatic Undifferentiated Shock.
*Status*: Published, Shock, 2005.

Michael Fitch, MD, PhD. Emergency Medicine Resident, 2003-2004.

Updated 11-28-16

CV - Alan E. Jones, MD

*Project title*: Operational Performance of Validated Physiologic Scoring Systems in Critically Ill Emergency Department Patients.
*Status*: Manuscript Published, Critical Care Medicine, 2004.

Amiee Neilson, MD. Emergency Medicine Resident, 2002-2003.
*Project title*: Diagnostic Accuracy of Focused Assessment in Trauma Ultrasound in Major Pelvic Injury.
*Status*: Manuscript Accepted, Journal of Trauma, 2005.

**Medical Students**
Ben Illch, MS4. Medical Student, 2013.
*Project Title*: The Significance of Intermediate Range Blood Lactate Elevation in Emergency Department Patients with Infection: A Systematic Review
*Status*: Published, Journal of Critical Care, 2014

Jamie Scott, MS1-4. Medical Student, University of Mississippi Medical Center, 2013.
*Project title*: Diagnostic Performance of Matrix-Assisted Laser Desorption Ionization Time-of-Flight Mass Spectrometry in Blood Bacterial Infections: A Systematic Review and Meta-analysis.
*Status*: Manuscript submitted

Andrew Fredricks, MS3-4. Medical Student, University of Mississippi Medical Center, 2013.
*Project title*: Modeling Lactate Clearance and Central Venous Oxygen Saturation.

Douglas Swords, MS2. Medical Student, Wake Forest University, 2010.
*Project title*: Association Between Timing of Antibiotic Administration and Mortality in Emergency Department Patients with Severe Sepsis.
*Status*: Published, Critical Care Medicine, 2011.

Micheal Stuerwald, MS4. Medical Student, UNC Chapel Hill, 2009.
*Project title*: One year Mortality of Patients Treated With an Emergency Department Based Early Goal Directed Therapy Protocol for Severe Sepsis and Septic Shock
*Status*: Published, Critical Care. 2009.

Zachary W. Fordham, MS4. Medical Student, University of Mississippi SOM, 2005.
*Project title*: Validation of a Rule to Identify Patients at High Risk for Hospital Acquired Venous Thromboembolism.
*Status*: Published, Journal of Thrombosis and Thrombolysis, 2007.

**Undergraduate Students**
Robert Tramel. University of Mississippi Thesis Scholar, 2016
*Project title*: The Significance of Platelet Microparticles in Sepsis
*Status*: Ongoing.

Andrew Morris, BS. Cannon Summer Scholar, 2009.
*Project title*: Circulatory Insufficiency After Resuscitation From Cardiac Arrest (CircARREST)
*Status*: Published, Critical Care Medicine, 2014.

Updated 11-28-16

CV - Alan E. Jones, MD

<u>Karl Kuehue, BS</u>. Undergraduate Honor Thesis Project, 2004-2005.
*Project title*: Development of a Non-Invasive Method of Estimating SVO2.
*Status*: Published, BMC Emergency Medicine 2006.

**Community Service:**

| | |
|---|---|
| Stewpot Community Kitchen, Quarterly Service | 2015- Present |

Community Health Services
- Board of Directors                              2004- 2006
- Clinical Policy Committee                   2004- 2006
- Fund Development Committee            2004- 2006

Medical Response Team, Forest Hill Church          2004- 2008

Beverly Woods East Board of Directors                  2009- 2010

Community Lecture, "The Physical Death of Jesus Christ". Pastoral Care and Counseling Rounds, Carolinas Medical Center. March 2010.

Community Lecture, "The Physical Death of Jesus Christ". Hawthorne Lane Methodist Church. April 2007.

**Awards/Honors:**

*MEDICAL SCHOOL*

- 1999      John Houston Wear Foundation Scholarship
- 1999      F. A. Hunt Scholarship
- 1999      Wallace S. Leathers Award (highest 4 year academic average)
- 1999      Phi Kappa Phi Honor Society
- 1999      SAEM Excellence In Emergency Medicine Award
- 1999      General Surgery Award
- 1999      American College of Physicians, Certificate of Merit
- 1998      American Society of Clinical Pathologists Award
- 1998      Thomas J. Brooks, Jr. Award in Preventive Medicine
- 1998      Rice-Holland Memorial Award
- 1998      Bradley Baker Memorial Scholarship
- 1997-99   Dean's Scholarship
- 1997      American Society of Hypertension Travel Grant Award
- 1997      Williams &Wilkins Medical Neurobiology Award
- 1997      Alpha Omega Alpha Student Research Award
- 1997-99   Alpha Omega Alpha Medical Honor Society (Chapter President)

*RESIDENCY*

Updated 11-28-16

CV - Alan E. Jones, MD

- 2002     Finalist, SAEM Resident Basic Science Oral Presentation Award, SAEM Annual Meeting, St. Louis, May 2003.
- 2002     Outstanding Resident Research Achievement Award, Emergency Medicine, Carolinas Medical Center
- 2002     Outstanding Senior Resident Award, Emergency Medicine, Carolinas Medical Center
- 2001     Chief Resident, Emergency Medicine

*FACULTY*

- 2016     Platinum Award for Excellence in Research, University of MS Medical Center
- 2016     Best Faculty Lecture, Department of Emergency Medicine, UMMC
- 2016     SAEM Outstanding Contribution in Research Award
- 2015     UMMC Outstanding Achievement in Clinical Research Award
- 2015     James Kolb Outstanding Academician Award, UMMC Emergency Medicine
- 2015     Q Award UMMC – Promoting Patient Safety and Quality Care
- 2013     Gold Award for Excellence in Research, University of Mississippi Medical Center
- 2013     Clinical Star, UMMC Department of Emergency Medicine, March 2013
- 2013     Presidential Citation, Society for Academic Emergency Medicine
- 2012     Silver Award for Excellence in Research, University of Mississippi Medical Center
- 2012     SAEM Best Faculty Presentation Award
- 2011     Top 40 Under 40 Nominee, Mississippi Business Journal
- 2011     Trailblazer Award, Emergency Medicine Foundation
- 2010     Silver Award, CHS Sharing Day for Code Sepsis
- 2010     Senior Reviewer, Annals of Emergency Medicine
- 2010     Finalist, SAEM Established Investigator Clinical Science Oral Presentation Award
- 2009     Senior Reviewer, Annals of Emergency Medicine
- 2008     Carolinas Healthcare System, Record Breaker Award
- 2008     Senior Reviewer, Annals of Emergency Medicine
- 2008     The Joint Commission (JCAHO) Ernest A Codman Award, Carolinas Medical Center Code Sepsis Program, Team Leader
- 2007     Senior Reviewer, Annals of Emergency Medicine
- 2007     Top Peer Reviewer Award, Annals of Emergency Medicine
- 2006     Finalist, SAEM Young Investigator Clinical Science Oral Presentation Award
- 2006     Senior Reviewer, Annals of Emergency Medicine
- 2006     Top Peer Reviewer Award, Annals of Emergency Medicine
- 2006     Outstanding Peer Reviewer Award, Academic EM Journal
- 2006     Best Faculty Oral Research Presentation, SAEM SE Regional Meeting
- 2005     Top Peer Reviewer Award, Annals of Emergency Medicine
- 2005     Outstanding Peer Reviewer Award, Academic EM Journal
- 2005     SAEM Young Investigator Award
- 2004     Values in Action Award, Carolinas Healthcare System
- 2004     SAEM Young Investigator Clinical Science Oral Presentation Award

# EXHIBIT B

USCA5 3183

**Depositions**

2013
Brown v. Musicante et al, Tennessee

Bucciere v. Patel et al, Ohio

Hicks v. Watkins et al, North Carolina

Coonts v. Messner et al, Missouri


2014
Ward v. Morin et al, North Carolina

Hafler v. Levine et al, Arizona

Lowman v Huggins et al, North Carolina

Wise v Brandenburg et al, Oklahoma

Quinney v. Pheobe Putney et al, Georgia


2015
Franklin v. Pitcock et al, Mississippi

Memenga v Brady et al, Missouri

Hayes v. McNeil et al, Alabama (FEDERAL)

Taylor v. McNeil et al, New Jersey (FEDERAL)

Kutmas v. et al, Missouri

Cantu v. Herring et al, Alabama

Hodges v Warden, South Carolina

Ansley v. Domingo, Alabama

Gumarin v. Hill, Georgia

Harris v. Christopher, Tennessee

Brown v. Tisdale, Alabama

USCA5 3184

2016
Mohrmann v. Virtua Health et al

Reis v. Cunningham, Ohio

Abushaer v. Franklin, Tennessee

Hoaglin v. Cox Health, Missouri

Gartrell v. Carter, South Carolina


**Trials**

2013
Rogers v Jackson et al, Tennessee

Katy v Riser et al, North Carolina


2014
Hicks v. Watkins et al, North Carolina

Coonts v. Messner et al, Missouri


2015
Memenga v Brady et al, Missouri

Quinney v Pheobe Putney et al, Georgia


2016
Cantu v. Herring et al, Alabama

Ingram v. Ursal, Boland, Pardee et al, North Carolina

Brown v Tisdale, Alabama

Ansley v. Domingo, Alabama

# EXHIBIT C

USCA5 3186

2015 Fee Schedule for Alan E. Jones, MD, FACEP

Initial case acceptance and review fee:   $1500.00

Standard hourly rate: $400.00/hour
- Case or deposition review, phone calls or meetings, research used in deposition or preparation of written reports, preparation for deposition or trial

Depositions: $750.00/hour, $2250.00 per day minimum
- $2250.00 for each day reserved for scheduled deposition ($2250 represents minimum fee for each scheduled deposition).
- Add $750/hour for each hour after 3 hours of deposition.

Trial: $1500.00/hour, $3000.00 per day minimum
- $3000.00 for each day reserved for trial.
- $1500/hour for courtroom testimony in addition to $3000.00 for each day reserved for trial.

Travel: T&E plus $100 per hour with cap
- T&E: Transportation, hotel and meals reimbursed with receipts.
- $100/hour door-to-door, maximum $1200/day, in addition to T&E.


Examples:

Please sign and date to agree to the above stated fees, including the examples given in the attachment, and return.

_____
Signature

_____
Date

# EXHIBIT D

USCA5 3188

# REFERENCE LIST FOR ALAN JONES, M.D.

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Adcock, D.M., and R. Gosselin. "Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review." Thrombosis Research 136.1 (2015): 7-12. |
| 2. | Ageno W, Büller HR, Falanga A, Hacke W, Hendriks J, Lobban T, Merino J, Milojevic IS, Moya F, van der Worp HB, Randall G, Tsioufis K, Verhamme P, Camm AJ. "Managing reversal of direct oral anticoagulants in emergency situations Anticoagulation Education Task Force White Paper"; Thromb Haemost. 2016 Nov 30;116(6):1003-1010 |
| 3. | Ageno W, Mantovani LG, Haas S, Kreutz R, Monje D, Schneider J, van Eickels M, Gebel M, Zell E, Turpie AG. "Subgroup analysis of patients with concomitant pulmonary embolism in XALIA, a noninterventional study of rivaroxaban in routine treatment of deep vein thrombosis." European Heart Journal ( 2016 ) 37 ( Abstract Supplement ), 817818 |
| 4. | Ageno, Walter, Lorenzo G. Mantovani, Sylvia Haas, Reinhold Kreutz, Danja Monje, Jonas Schneider, Martin Van Eickels, Martin Gebel, Elizabeth Zell, and Alexander G G Turpie. "Safety and Effectiveness of Oral Rivaroxaban versus Standard Anticoagulation for the Treatment of Symptomatic Deep-vein Thrombosis (XALIA): An International, Prospective, Non-interventional Study." The Lancet Haematology 3.1 (2016) |
| 5. | Barnert J, Messmann H. "Diagnosis and management of lower gastrointestinal bleeding." Nat Rev Gastroenterol Hepatol. 2009 Nov; 6(11):637-46. |
| 6. | Barrett YC, Wang Z, Frost C, Shenker A., "Clinical laboratory measurement of direct factor Xa inhibitors: anti-Xa assay is preferable to prothrombin time assay." Thromb Haemost. 2010 Dec;1 04(6): 1263-71. |
| 7. | Baumann Kreuziger LM, Keenan JC, Morton CT, Dries DJ. "Management of the bleeding patient receiving new oral anticoagulants: a role for prothrombin complex concentrates." Biomed Res Int. 2014; 2014:583794. doi: 10.1155/2014/583794. Epub 2014 Jul 20. |
| 8. | Bouillon K, Bertrand M, Maura G, Blotière PO, Ricordeau P, Zureik M. "Risk of bleeding and arterial thromboembolism in patients with non-valvular atrial fibrillation either maintained on a vitamin K antagonist or switched to a non-vitamin K-antagonist oral anticoagulant: a retrospective, matched-cohort study." Lancet Haematol. 2015 Apr;2(4):e150-9. |
| 9. | Brooks J1, Warburton R, Beales IL. "Prevention of upper gastrointestinal haemorrhage: current controversies and clinical guidance." Ther Adv Chronic Dis. 2013 Sep;4(5):206-22. |
| 10. | Davidson BL, Verheijen S, Lensing AW, Gebel M, Brighton TA, Lyons RM, Rehm J, Prins MH. "Bleeding risk of patients with acute venous thromboembolism taking nonsteroidal anti-inflammatory drugs or aspirin." JAMA Intern Med. 2014 Jun;174(6):947-53. |
| 11. | Di Nisio M1, Ageno W, Rutjes AW, Pap AF, Büller HR. "Risk of Major Bleeding in Patients with Venous Thromboembolism Treated With Rivaroxaban or with Heparin and Vitamin K Antagonists", Thromb Haemost. 2016 Jan;115(2):424-32. |
| 12. | Eerenberg ES1, Kamphuisen PW, Sijpkens MK, Meijers JC, Buller HR, Levi M. |

| | ARTICLE/DOCUMENT |
|---|---|
| | "Reversal of rivaroxaban and dabigatran by prothrombin complex concentrate: a randomized, placebo-controlled, crossover study in healthy subjects." Circulation. 2011 Oct 4;124(14):1573-9. |
| 13. | Eerenberg ES, Middeldorp S, Levi M, Lensing AW, Büller HR. "Clinical impact and course of major bleeding with rivaroxaban and vitamin K antagonists." J Thromb Haemost. 2015 Sep;13(9):1590-6. |
| 14. | EINSTEIN Investigators "Oral Rivaroxaban for Symptomatic Venous Thromboembolism." New England Journal of Medicine N Engl J Med 363.26 (2010): 2499-510.  EINSTEIN DVT Study (2010) |
| 15. | EINSTEIN PE Investigators "Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism." New England Journal of Medicine N Engl J Med 366.14 (2012): 1287-297 |
| 16. | Faust AC, Woodard S, Koehl JL, Mees W, Steinke D, Denetclaw TH. "Managing Subdural Bleeding Associated With Rivaroxaban: A Series of 3 Cases. J Pharm Pract. 2016 Jun;29(3):257-62. |
| 17. | Fawole A, Daw HA, Crowther MA. "Practical management of bleeding due to the anticoagulants dabigatran, rivaroxaban, and apixaban." Cleve Clin J Med. 2013 Jul; 80(7): 443-51 |
| 18. | Gosselin, R.C. and Dm.M. Adcock. "The Laboratory's 2015 Perspective on Direct Oral Anticoagulant Testing." J Thrombo Haemost Journal of Thrombosis and Haemostasis 14.5 (2016): 886-93 |
| 19. | Holbrook A, Schulman S, Witt DM, Vandvik PO, Fish J, Kovacs MJ, Svensson PJ, Veenstra DL, Crowther M, Guyatt GH; American College of Chest Physicians. "Evidence-based management of anticoagulant therapy: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines." Chest. 2012 Feb;141(2 Suppl):e152S-84S. doi: 10.1378/chest.11-2295 |
| 20. | Kauffmann S1, Chabanne R, Coste A, Longeras F, Sinegre T, Schmidt J, Samama CM, Constantin JM, Lebreton A. "Favorable outcome of rivaroxaban-associated intracerebral hemorrhage reversed by 4-factor prothrombin complex concentrate: impact on thrombin generation." A A Case Rep. 2015 Jun 1;4(11):151-4. |
| 21. | Kearon C, Akl EA, Comerota AJ, Prandoni P, Bounameaux H, Goldhaber SZ, Nelson ME, Wells PS, Gould MK, Dentali F, Crowther M, Kahn SR; American College ofChest Physicians. "Antithrombotic therapy for VTE disease: Antithrombotic Therapy and Prevention of Thrombosis, 9th Ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines." Chest. 2012 Feb; 141(2 Suppl): e419S-94S. |
| 22. | Laine L. "GI risk and risk factors of NSAIDs." J Cardiovasc Pharmacol. 2006; 47(Suppl1): S60-S66. |
| 23. | Lanas A, Sopeña F. "Nonsteroidal anti-inflammatory drugs and lower gastrointestinal complications." Gastroenterol Clin North Am. 2009 Jun;38(2):333-52. |
| 24. | Lazo-Langner A, Lang ES, Douketis J. "Clinical review: Clinical management of new oral anticoagulants: a structured review with emphasis on the reversal of bleeding complications." Crit Care. 2013 Jun 17;17(3):230. |

| ARTICLE/DOCUMENT | |
|---|---|
| 25. | Levy JH, Ageno W, Chan NC, Crowther M, Verharnme P, Weitz JI; Subcommittee on Control of Anticoagulation, When and how to use antidotes for the reversal of direct oral anticoagulants: guidance from the SSC of the ISTH, J Thromb Haemost. 2016 Mar;14(3):623-7. |
| 26. | Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI, Spiro TE, "Assays for measuring rivaroxaban: their suitability and limitations." Ther Drug Monit. 2010 Dec;32(6):673-9. |
| 27. | Miller MP, Trujillo TC, Nordenholz KE. "Practical considerations in emergency management of bleeding in the setting of target-specific oral anticoagulants." Am J Emerg Med. 2014 Apr;32(4):375-82. |
| 28. | Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H, Ajioka M, Sakai K, Inden Y, Murohara T. "Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban." J Cardiol. 2015 Mar;65(3):185-90. |
| 29. | CV Jr., "Coagulation assessment with the new generation of oral anticoagulants." Emerg Med J. 2016 Jun;33(6):423-30. |
| 30. | Prins, Martin H., Anthonie Wa Lensing, Rupert Bauersachs, Bonno Van Bellen, Henri Bounameaux, Timothy A. Brighton, Alexander T. Cohen, Bruce L. Davidson, Hervé Decousus, Gary E. Raskob, Scott D. Berkowitz, and Philip S. Wells. "Oral Rivaroxaban versus Standard Therapy for the Treatment of Symptomatic Venous Thromboembolism: A Pooled Analysis of the EINSTEIN-DVT and PE Randomized Studies." Thrombosis Journal Thrombosis J 11.1 (2013) |
| 31. | Rabe J. "Novel Anticoagulants And Bleeding In The Emergency Department." http:/ /www.emdocs.net/anticoagulants-bleeding-emergency-department/. |
| 32. | Raja AS, Geyer B. "Emergency department management of patients on novel oral anticoagulant agents." Emerg Med Pract. 2013 Oct; 15(10): 1-18; quiz 18-9. |
| 33. | Samama MM, Contant G, Spiro TE, Perzbom E, Le Flem L, Guinet C, Gourmelin Y, Rohde G, Martinoli JL. "Laboratory assessment of rivaroxaban: a review." Thromb J. 2013 Jul 3;11(1):11. |
| 34. | Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G, Depasse F, Perzbom E. "Assessment of laboratory assays to measure rivaroxaban--an oral, direct factor Xa inhibitor." Thromb Haemost. 2010 Apr;l03(4):815-25. |
| 35. | Siegal DM. "Managing target-specific oral anticoagulant associated bleeding including an update on pharmacological reversal agents." J Thromb Thrombolysis. 2015 Apr; 39(3): 395-402. |
| 36. | Turpie AG, Haas S, Kreutz R, Mantovani LG, Pattanayak CW, Holberg G, Jamal W, Schmidt A, van Eickels M, Lassen MR. "A non-interventional comparison of rivaroxaban with standard of care for thromboprophylaxis after major orthopaedic surgery in 17,701 patients with propensity score adjustment." Thromb Haemost. 2014 Jan;111(1):94-102. |
| 37. | Wilkins T, Khan N, Nabh A, Schade RR. "Diagnosis and management of upper gastrointestinal bleeding." Am Fam Physician. 2012 Mar 1;85(5):469-76. |
| 38. | Furberg Expert Report (Generic) |
| 39. | Henry Rinder Expert Report (Mingo) |
| 40. | Plaintiff Dora Mingo Medical Records - All medical records as of 12/15/2016 |

| ARTICLE/DOCUMENT | |
|---|---|
| 41. | Renie Jordan, MD 08/12/2016 Deposition transcript and exhibits |
| 42. | Stephen Keith, MD 08/11/2016 Deposition transcript and exhibits |
| 43. | Dora Mingo 06/20/2016 Deposition transcript and exhibits |
| 44. | Xarelto Label Nov. 2011 |
| 45. | Xarelto Medication Guide Nov. 2011 |
| 46. | Xarelto Label Nov. 2012 |
| 47. | Xarelto Medication Guide Nov. 2012 |
| 48. | Xarelto Label March 2013 |
| 49. | Xarelto Medication Guide March 2013 |
| 50. | Xarelto Label August 2013 |
| 51. | Xarelto Medication Guide August 2013 |
| 52. | Xarelto Label March 2014 |
| 53. | Xarelto Medication Guide March 2014 |
| 54. | Xarelto Label Sept. 2015 |
| 55. | Xarelto Label May 2016 |
| 56. | Xarelto Medication Guide May 2016 |