IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL No. 2592 <br><br> Judge Eldon E. Fallon |

# Expert Report of Randy C. Roth, M.D., FHM

By: *[signature]* Date: 1/5/17

Randy C. Roth, M.D., FHM

USCA5 3193

# XARELTO LITIGATION

# EXPERT REPORT OF RANDY C. ROTH, M.D., FHM

I.     QUALIFICATIONS

I am the Chief Medical Officer for the Singing River Health System and the former Clinical Director of Hospital Services within the same system. I currently serve as a consultant in the Hospitalist Medicine area and am Medical Director of Inpatient Physician Services.

I received my medical degree from the University of Alabama School of Medicine in 1993 and followed that with an internship and residency at Baylor University Medical Center.

I practice medicine in Mississippi; I am also licensed to practice in Alabama and Texas.

My Curriculum Vitae is attached as Exhibit A. My hourly rate for medical legal matters is $500 per hour for chart review and preparation for reports. My hourly rate for depositions and trial time is an increased rate of $750 an hour, because it requires me to take time off from my Chief Medical Officer and Hospitalist duties. I have not provided trial and/or deposition testimony in the last four years.

I have reviewed various materials in preparation for this report, including medical records of Dora Mingo and all deposition testimony taken in her legal case. A list of materials which I rely upon in forming my opinions is attached as Exhibit B. In addition to the materials in Exhibit B, I incorporate and rely upon my background, education, training, and clinical experience in reaching the opinions offered in this report. I offer the opinions in this report to a reasonable degree of medical certainty.

II.     **Venous Thromboembolism**

Deep venous thrombosis and acute pulmonary embolism are two manifestations of the same disorder, venous thromboembolism (VTE). Deep vein thrombosis of the lower extremity is

2

further divided into two categories, distal vein thrombosis and proximal vein thrombosis which involve the popliteal, femoral, or iliac veins.  Ninety percent of the cases of acute pulmonary emboli are emboli that started in the proximal basal lower extremities.  Anticoagulation is highly effective and the standard of care for both deep vein thrombosis with or without pulmonary embolism.

      The causes of deep vein thrombosis are well-studied and described in the literature.  The major theory delineating the pathogenesis of venous thromboembolism is called Virchow's triad.  This triad consists of alterations of blood flow (stasis), vascular endothelial injury, and, lastly, inherited or acquired hypercoagulable states.  Risk factors for deep vein thrombosis include malignancy, central venous catheters, orthopedic surgeries, trauma, pregnancy, certain medications, mobilization, nephrotic syndrome, as well as the inherited deficiencies in the clotting cascade.

      One well-known risk factor for deep vein thrombosis with or without pulmonary embolic disease is total hip arthroplasty.  Thromboembolic disease is the complication that presents the highest risk of perioperative mortality following total hip replacement.  The combination of stasis due to torsion of the lower limb during surgery, as well as intimal injury to the vessels, has been implicated in the etiology of deep vein thrombosis with or without pulmonary embolic disease after hip arthroplasty.  Without thromboprophylaxis, perioperative mortality from pulmonary embolus occurs in 2-3 percent of patients.  With thromboprophylaxis, that percentage drops to 0.1.

      The diagnosis of deep vein thrombosis is relatively easy to make, especially as noninvasive technology continues to improve.  In most cases, compression ultrasonography is a noninvasive approach in the choice for the diagnosis of patients with deep vein thrombosis.

The primary objective for the treatment of deep vein thrombosis is based upon avoiding long-term complications that include clot extension, pulmonary embolic disease, massive thrombosis with acute lower limb ischemia acutely to venous gangrene, and, lastly, limiting the development of long-term complications such as pulmonary hypertension. Anticoagulation therapy is indicated for patients with proximal, symptomatic deep vein thrombosis, because pulmonary embolism will occur approximately 50 percent of the time if the individual remains untreated.

Physicians have several pharmacologic options for the treatment of deep vein thrombosis. These include low molecular weight heparins, traditional unfractionated heparins, vitamin K antagonist (Coumadin), and the direct oral anticoagulants (DOACs). The DOACs are direct factor Xa and thrombin inhibitors and include agents like apixaban (Eloquis), dabigatran (Pradaxa), and rivaroxaban (Xarelto). Most all of these agents are clinically indicated and approved for treatment of such maladies as atrial fibrillation, deep vein thrombosis with or without pulmonary embolism and postoperative prophylaxis in orthopedic patient population, including both total hip replacement and total knee replacement.

Selection of which agent to use in these clinical scenarios depends on numerous factors. These factors include the extent of vascular compromise, the probability of compliance with medications, drug-drug interactions, ability to get blood testing done frequently, and doctor and patient preference. All of these agents have FDA approval for the treatment of deep vein thrombosis with or without pulmonary embolism, and it is up to the physician to consider possible drug interactions, compliance, and other risks when counseling a patient and deciding which to prescribe.

**III. DORA MINGO**

I reviewed Ms. Mingo's medical records. She underwent a total hip replacement on January 6, 2015, at St. Dominic-Jackson Memorial Hospital by Drs. Gandy and Davis. Leading up to her surgery, Ms. Mingo had been prescribed several medications, including, but not limited to, Anaprox, aspirin therapy, metformin, and Azor. Following her surgery, Ms. Mingo was started on Lovenox for deep vein thrombosis prophylaxis postoperatively while in the hospital. At the time of her discharge on January 9, 2015, she was prescribed seven days of Lovenox, 40 mg subcutaneously daily, and then she was to transition to aspirin 325. Assuming compliance by Ms. Mingo, she would have completed her outpatient regimen of Lovenox on or about January 16, 2015.

On January 22, 2015, she presented to the emergency department at Southwest Mississippi Regional Medical Center complaining of bilateral lower extremity edema. She was found to have deep venous thrombosis through compression ultrasonography. According to the medical records, Ms. Mingo had several risk factors for deep vein thrombosis, including stasis, obesity, and a recent major orthopedic surgery. Ms. Mingo was administered Lovenox 89 mg subcutaneously and Coumadin 10 mg orally upon admission to the hospital on January 22, 2015. The next day, Dr. Renie Jordon prescribed Xarelto, an oral agent factor Xa inhibitor, 15 mg twice daily for 21 days, and then transition to 20 mg a day.

Ms. Mingo went to King's Daughters Medical Center emergency room in Brookhaven, Mississippi, on February 2, 2015. The medical records indicate that she had bilateral lower extremity swelling. At the time, her hematocrit was 27.2 percent and her hemoglobin was 8.6. The records indicate that she had normal renal function. Her stool was heme-test positive. This indicates blood in the stool. While at King's Daughters Medical Center, Ms. Mingo had a nuclear

scan (tagged red blood cell test). The results of this test showed no evidence of active bleeding. Ms. Mingo was discharged with instructions to continue Xarelto and aspirin and to see her primary care physician the next day.

On February 3, 2015, Ms. Mingo presented to Dr. Jennifer Gholson's office where she was seen by nurse practitioner Zachary. At that time her hematocrit was 28 percent. Ms. Mingo was told to decrease her aspirin from 325 mg to 81 mg and she was referred to a gastroenterologist for evaluation of anemia.

On February 10, 2015, Ms. Mingo presented to the office of gastroenterologist Dr. Stephen Keith where she was seen by nurse practitioner Thornton for blood in stool and low blood count. It was noted that Ms. Mingo had anemia, non-specific abnormal findings in her stool, and a large abdominal wall hernia. A colonoscopy and EGD were to be scheduled.

On February 12, 2015, Ms. Mingo had follow-up labs drawn at Dr. Gholson's office. At that time, her hematocrit was 19.8 percent and her hemoglobin 5.8. On February 13, 2015, nurse practitioner Zachary of Dr. Gholson's office arranged for Ms. Mingo to have medical admission to Southwest Mississippi Regional Medical Center. The chief complaint was anemia. Ms. Mingo was transfused four units of packed red blood cells and two units of fresh frozen plasma.

On February 13, 2015, Ms. Mingo underwent an endoscopy, which revealed a slowly oozing gastric ulcer. The ulcer was cauterized and a clip was placed on it. Ms. Mingo remained in the hospital for two days.

In May 2015, a repeat scope was performed indicating that Ms. Mingo's ulcer was healing. She had no repeat transfusions or any additional episodes.

IV. **OPINIONS AND CONCLUSIONS**

    A.    Post-total hip replacement surgery, Ms. Mingo was prescribed Lovenox and 325 aspirin prophylactically to prevent the development of a deep vein thrombosis. This regime failed. Xarelto, in a therapeutic dose, was an appropriate choice for treatment of Ms. Mingo's deep vein thrombosis.

    B.    Ms. Mingo's deep vein thrombosis was related to her total hip arthroplasty, which was done on January 6, 2015.

    C.    Ms. Mingo's slowly oozing gastric ulcer is most likely a result of her use of nonsteroidals in the preoperative setting along with her ongoing aspirin therapy.

    D.    Ms. Mingo's use of Xarelto for treatment of a deep vein thrombosis most likely unmasked the slowly bleeding gastric ulcer; the use of any anticoagulant to treat the deep vein thrombosis would most likely have resulted in the same oozing of the underlying gastric ulcer.

    E.    Increased risk of bleeding is a well-known and warned about side effect of Xarelto.

    F.    Ms. Mingo's gastric ulcer was treated appropriately and resulted in no long-term adverse health sequelae.

USCA5 3199

**EXHIBIT A**

USCA5 3200

# RANDY C. ROTH, M.D., FHM

## PRIMARY SPECIALTY

Internal Medicine - Board Certified 1996, Re-Certification 2005

## LICENSED TO WORK IN

ALABAMA, MISSISSIPPI, TEXAS

## EMPLOYMENT HISTORY

Chief Medical Officer — March 2014-Present
*Singing River Health System* — *Pascagoula, Mississippi*

Clinical Director of Hospital Services — March 2013-March 2014
*Singing River Health System* — *Pascagoula, Mississippi*

Consultant — May 2002-Present
*Hospitalist Medicine* — *Pascagoula, Mississippi*

Medical Director — February 1999-Present
*Inpatient Physician Services, Singing River Health System* — *Pascagoula, Mississippi*

Internal Medicine — 1996-1999
*Private Practice* — *Pascagoula, Mississippi*

Hospitalist Locum Tenens — 1995-1996
*Hospitalist* — *Denison, Texas*

Garland Family Practice Health Center — 1994-1996
*Staff Physician* — *Dallas, Texas*

Research Assistant — 1988 to 1989
*LSU Medical Center: Department of Hematology/Oncology* — *New Orleans, Louisiana*

## EDUCATION

Residency
    Baylor University Medical Center — 1994-1996
    *Internal Medicine* — *Dallas, Texas*

Internship
    Baylor University Medical Center — 1993-1994
    *Internal Medicine* — *Dallas, Texas*

Medical School
    University of Alabama School of Medicine — 1990-1993
    *Doctor of Medicine* — *Birmingham, Alabama*

    Louisiana State University — 1989-1990
    *Doctor of Medicine* — *New Orleans, Louisiana*

# RANDY C. ROTH, M.D., FHM
Page 2

### EDUCATION CONTINUED

   College
      Rhodes College                                                                                  1984-1988
      *Bachelor of Science Biology*                                                *Memphis, Tennessee*

### PROFESSIONAL SOCIETIES

- Gulf States Hospitalist Society, President
- Mississippi Medical Association
- Society of Hospitalist Medicine
- Mississippi Medical Society
- American Medical Association
- Pascagoula Rotary Club

### PRESENTATIONS

UPON REQUEST: SUBJECTS INCLUDING: TOTAL QUALITY MANAGEMENT, IMPLEMENTATION OF HOSPITALIST PROGRAMS, DVT MANAGEMENT, CLINICAL DOCUMENTAION, ETC.

### CME PRESENTATIONS

IPS GRAND ROUNDS                                                           1999-2005
*Inpatient Physician Services*
    Over 100 hours of CME presented on topics covering Hospital Medicine.
    Topics presented under separate cover, available on request.

### COMMITTEE AND ADMINISTRATIVE SERVICE

CHIEF OF STAFF, 2007-2009
MEDICAL EXECUTIVE COMMITTEE
INTERNAL MEDICINE, CHAIRMAN
MEDICAL STAFF QUALITY REVIEW BOARD
1NE COLLABORATIVE TEAM MEETING, CHAIRMAN
SRHS ADMINISTRATIVE RETREAT, FACULTY

REDESIGNED COMMITTEES:
  TOTAL QUALITY MANAGEMENT, CHAIRMAN
  SRHS JOINT CREDENTIALS COMMITTEE
  COMBINED PEER REVIEW

### RESEARCH

ROTHCHILD, HENRY, M. D., ROTH, RAND C.                     1990
    **Clinical Interviewing: A computer program for Medical Students**

# RANDY C. ROTH, M.D., FHM
Page 3

## RESEARCH CONTINUED

    RESEARCH ASSOCIATE                                                                  1988-1989
    *Louisiana State University Medical Center*
     *Department of Hematology/Oncology*

- **Coordinated lab work and animal research for effects of Methotrexate on fetal hemoglobin production.**

- **Coordinated clinical research on prevalence of sickle cell trait in population of Medical Centers of Louisiana**

## PUBLICATIONS

Veith, R., Dautenhahn, A. G. and Roth, R. C. "Methotrexate Stimulates Fetal Hemoglobin Production in Anemic Baboons." Journal of Cellular and Molecular Mechanisms, pp 363-370, 1989

## ACTIVITIES

- Chairman, Resurrection Catholic School Fund Raising Campaign
- Athletic Director/Coach Resurrection Catholic School
- Commodore, Singing River Yacht Club
- Rhodes College Alumni Association
- Diocese of Biloxi, School Board

## PERSONAL INFORMATION

Date of Birth: ▮
Gender: Male
Home Town: New Orleans, Louisiana
Marital Status: Married
Spouse's Name: ▮
Spouse's Occupation: M. D. - OB/GYN
Spouse's Home town:
Children:



## REFERENCES

Available upon request.

**EXHIBIT B**

## MATERIALS RELIED ON, REVIEWED, AND/OR CONSIDERED BY RANDY ROTH, MD

| |
|---|
| All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |
| **Depositions Transcripts:**<br>• Dora Mingo<br>• Jileta Mingo<br>• Stephen Keith, MD<br>• Renie Jordon, MD |
| **Product Labels** |
| Xarelto Label (08-2013) |
| Xarelto Label (01-2014) |
| **Medical Records** |
| All medical records for Dora Mingo |
| **Medical-Legal Report** |
| Case-Specific Mingo Report of Henry Michael Rinder, MD (11-30-2016) |
| **Medical Literature** |
| Rivaroxaban-once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation: rationale and design of the ROCKET AF study. Am Heart J. 2010;159(3):340-347.e1. |
| Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011;365(10):883-91. |
| Bansilal S, Bloomgarden Z, Halperin JL, et al. Efficacy and safety of rivaroxaban in patients with diabetes and nonvalvular atrial fibrillation: the Rivaroxaban Once-daily, Oral, Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation (ROCKET AF Trial). Am Heart J. 2015;170(4):675-682.e8. |
| Patel MR, Hellkamp AS, Fox KA. Point-of-Care Warfarin Monitoring in the ROCKET AF Trial. N Engl J Med. 2016;374(8):785-8. |