## REPORT FOR XARELTO FEDERAL LITIGATION

### Expert Report of Demondes Haynes, MD. FCCP

I am submitting this report in connection with litigation regarding Xarelto (rivaroxaban), an oral anticoagulant medication. Xarelto is approved for the treatment of deep vein thrombosis (DVT) and pulmonary embolism (PE), and for the reduction in the risk of recurrence of DVT and of PE, as well as for certain other medical conditions. DVT and PE are blood clotting disorders and are referred to collectively as venous thromboembolism (VTE).

### I.      Qualifications

I am a physician specializing in pulmonology and critical care medicine and am Associate Professor of Medicine at The University of Mississippi Medical Center located in Jackson, Mississippi. I am a Fellow of the College of Chest Physicians and a member of the American Thoracic Society. I am board certified in pulmonary diseases and in critical care medicine. Currently, I am the program director for pulmonary and critical care fellowship training program, director of respiratory therapy, and chair of the procedural sedation committee for the University of Mississippi Medical Center.

My education, training, publications, and research interests are described forth more fully in my Curriculum Vitae attached as Exhibit A.

My clinical medical practice includes the care and treatment of patients with DVT and PE.

### II.      Materials Reviewed and Relied Upon in Forming Opinions

In forming my opinions in this matter, I have reviewed the published medical literature regarding Xarelto and DVT/PE discussed in this report and listed on Exhibit B. I have also

USCA5 3206

reviewed the medical records of Dora Mingo listed on Exhibit B.  I have also reviewed the reports of plaintiff's experts Dr. Rinder and Dr. Furberg.

In addition to the foregoing materials, in forming my opinions I also am relying on my knowledge and expertise based on my education and work as a physician and Associate Professor of Medicine.

My prior deposition and trial testimony in the past four years is set forth on the schedule attached as Exhibit C.  My rate in this matter is $750 per hour.

## III.    Assignment and Summary of Opinions

I have been asked to discuss the epidemiology, pathophysiology, diagnosis and treatment of DVT and PE, the scientific data regarding use of Xarelto for acute and prophylactic treatment of those conditions, and also to assess the medical history of Ms. Dora Mingo who was prescribed Xarelto for treatment of DVT and developed a bleed while on the medication.

As explained more fully below, my opinions to a reasonable degree of medical certainty are as follows:

- DVT and PE are common, potentially life-threatening, conditions that require treatment in accordance with medical guidelines, including use of anti-coagulant therapy.

- Current medical guidelines recommend prescription of Xarelto or another non-vitamin K antagonist oral anticoagulant (NOAC) as a first-line therapy (rather than warfarin) for acute and long-term treatment and prophylaxis of DVT and PE in patients without cancer.

- Xarelto was tested and demonstrated to be safe and effective for the treatment and prevention of recurrence of DVT and PE in several large, pre-approval clinical trials, and post-marketing real-world studies and clinical experience have confirmed the safety and efficacy of Xarelto for these conditions.

- There is a risk of bleeding with any anticoagulant therapy.  The risk of bleeding associated with Xarelto – including the risk of serious and fatal bleeds – is disclosed in the product label.  The label also discloses that there is no reversal agent for Xarelto.

2

- After reviewing Ms. Mingo's care and treatment in this case, Xarelto was appropriately prescribed to Ms. Mingo for the treatment of DVT and to prevent recurrence of DVT, and Xarelto was prescribed at the appropriate dose. There is no evidence that Ms. Mingo would not have sustained a bleed if she had been prescribed a different anticoagulant. Ms. Mingo received appropriate therapy for the treatment of her bleed and has made a full recovery without any lingering adverse effects. There is no evidence that a reversal agent, had one been available, would have affected the course of Ms. Mingo's bleed or resulted in a better outcome.

- As a clinician and prescriber of new oral anticoagulants (NOACs), I cannot agree with Dr. Rinder's opinions regarding Xarelto as the cause of Ms. Mingo's gastrointestinal bleeding. A peptic ulcer was confirmed by endoscopy to be the source of Ms. Mingo's bleed. Xarelto does not cause ulcers. Evidence suggests that Ms. Mingo's ulcer pre-dated her use of Xarelto. There is no scientific evidence to support an assertion that Ms. Mingo's ulcer would not have bled had she not taken Xarelto or that a bleed would not have occurred had she been taking a different anticoagulant. Further, there is no head-to-head clinical trial comparing the safety and efficacy of Xarelto to other NOACs on the market. Therefore, as a clinician, I cannot draw any conclusion as to whether a different NOAC would have proven to be a safer alternative for Ms. Mingo, and to do so would be pure conjecture. From a clinical standpoint, Xarelto was appropriate for Ms. Mingo, and if Ms. Mingo were my patient, I would not have ordered that she discontinue Xarelto at any point in time before the bleed.

## IV.    VTE Background

### A.    Epidemiology

VTE is a significant public health issue. According to the Centers for Disease Control and a recent study:[1]

- Every year in the United States there are 300,000-600,000 cases of VTE. Of these:

    - 60,000-100,000 Americans die of VTE each year.

    - 10 to 30% of people die within one month of diagnosis.

---

[1]    Centers for Disease Control, Venous Thromboembolism (Blood Clots), http://www.cdc.gov/ncbddd/dvt/data.html; Beckman MG, et al, Venous Thromboembolism: A Public Health Concern. Am J Prev Med. 2010 Apr;38(4 Suppl):S495-501.

USCA5 3208

• Sudden death is the first symptom in about one-quarter (25%) of people who have a PE.

• Among people who have had a DVT, one-half will have long-term complications (post-thrombotic syndrome) such as swelling, pain, discoloration, and scaling in the affected limb.

• One-third (about 33%) of people with DVT/PE will have a recurrence within 10 years.

• Approximately 5% to 8% of the U.S. population has one of several genetic risk factors, known as inherited thrombophilias, that increase the risk of thrombosis.

"All races and ethnicities are affected by VTE, as are both genders and all age groups.

With many of the known risk factors – advanced age, immobility, surgery, obesity – increasing

in society, it is an important and growing public health problem."[2]

## B.    Pathophysiology:  Virchow's Triad

Three etiologic factors have been identified as critical to the formation of venous blood

clots:[3]

• Vascular Endothelial Injury – damage to the inner lining of the veins.  Physical, chemical, or biological events such as surgery, trauma, inflammation, or immune responses can cause such damage.

• Venous Stasis – obstruction or slowing of blood flow.  Immobility can cause sluggish blood flow. This may be caused by surgery or illness, or by extended periods of travel or sitting.

• Hypercoagulability – activation of the coagulation system.   Certain inherited conditions (such as factor V Leiden), or use of medications such as hormone therapy or oral contraceptives, can increase the tendency to clot or decrease the tendency to break down clots.

---

[2]    Beckman MG, et al, Venous Thromboembolism: A Public Health Concern.  Am J Prev Med. 2010 Apr;38(4 Suppl):S495-501

[3]    Anderson FA, et al, Risk factors for venous thromboembolism.  Circulation. 2003 Jun 17;107(23 Suppl 1):I9-16.

4

VTE does not usually develop in the absence of at least one of these three factors.  These three factors are often referred to as Virchow's Triad because they were first recognized by pathologist Rudolf Virchow in 1884:



### C.    Risk Factors

Many factors have been identified as increasing the risk of VTE.  A table listing many of the known VTE risk factors, and quantifying the magnitude of the increased risk, is set forth below:[4]

---

[4]    Anderson FA, et al, Risk factors for venous thromboembolism.  Circulation. 2003 Jun 17;107(23 Suppl 1):I9-16 (Table 2).

USCA5 3210

**TABLE 2. Risk Factors for VTE**

Strong risk factors (odds ratio >10)
　Fracture (hip or leg)
　Hip or knee replacement
　Major general surgery
　Major trauma
　Spinal cord injury
Moderate risk factors (odds ratio 2–9)
　Arthroscopic knee surgery
　Central venous lines
　Chemotherapy
　Congestive heart or respiratory failure
　Hormone replacement therapy
　Malignancy
　Oral contraceptive therapy
　Paralytic stroke
　Pregnancy/, postpartum
　Previous venous thromboembolism
　Thrombophilia
Weak risk factors (odds ratio <2)
　Bed rest >3 days
　Immobility due to sitting (e.g. prolonged car or air travel)
　Increasing age
　Laparoscopic surgery (e.g. cholecystectomy)
　Obesity
　Pregnancy/, antepartum
　Varicose veins

**D.     Clinical Presentation**

**1.     DVT Presentation**

Deep vein thrombosis occurs when a blood clot forms in one or more of the deep veins in the body, usually in the legs or pelvis.  A graphic illustrating the deep veins is shown below:

6

USCA5 3211



A graphic illustrating normal blood flow through a vein – and contrasting that with DVT

– is shown below:



7

Of people that have DVT, only about half have signs and symptoms; the remainder are asymptomatic. When present, the signs and symptoms of DVT are usually unilateral, and often include:

- Swelling of the leg or along a vein in the leg.

- Pain or tenderness in the leg, which may be felt only when standing or walking or upon physical examination (by means of a test known as Homans' sign).

- Increased warmth in the area of the leg that's swollen or painful.

- Red or discolored skin on the leg.

Differential diagnosis of DVT includes ruling out other conditions that are associated with similar signs and symptoms: Baker's cyst; cellulitis; muscle strain, tear or other injury; lymphatic obstruction; and leg swelling in a paralyzed limb.

Tests that may be used to diagnose and confirm the presence of DVT include Wells Score (a quantitative assessment of certain systems); Doppler examination (compression ultrasonography); D-Dimer blood test; venography imaging; MRI/MRA imaging; and CT angiogram imaging.

**2.    PE Clinical Presentation**

Pulmonary embolism is a blood clot that blocks an artery in the lungs. In most cases, PE is caused by a blood clot that originates in the deep veins of the legs or pelvis – but also may rarely originate in the renal veins, upper extremity veins, or the right side of the heart – and then travels (i.e., embolizes) into the lung:

USCA5 3213



© MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH. ALL RIGHTS RESERVED.

Once lodged in an artery that supplies blood to the lungs, the embolized clot obstructs blood flow, which can result in lung damage and failure, and right-side heart strain and failure.

Some patients are not aware that they have a deep vein clot until they have signs and symptoms of PE. These signs and symptoms include:

- Chest pain.
- Unexplained shortness of breath.
- Pain with deep breathing.
- Coughing up blood.
- Rapid breathing and a fast heart rate.

Differential diagnosis of PE includes ruling out other conditions that are associated with similar signs and symptoms. There are many such conditions, for example: pneumonia, acute myocardial infarction (heart attack), pneumothorax (collapsed lung), congestive heart failure, etc.

9

Tests that may be used to diagnose and confirm the presence of PE include D-Dimer blood test; ventilation perfusion (V/Q) scan (if the chest x-ray is normal); CT angiogram (PE protocol); pulmonary angiogram; and MRI/MRA imaging.

**E.      Treatment:      2012 & 2016 Antithrombotic Guidelines Promulgated by CHEST**

Objectives of VTE treatment include prevention of further clot extension, prevention of PE, reduction of the risk of recurrent VTE, and prevention of late complications (post-thrombotic syndrome, chronic venous insufficiency, and chronic thromboembolic pulmonary hypertension).[5]

The American College of Chest Physicians (ACCP), a professional medical organization of which I am a Fellow, "has been developing and publishing guidelines for the treatment of DVT and PE . . . for more than 30 years."[6]  The 2012 Guidelines indicated that NOACs were an acceptable alternative to warfarin for treatment of DVT.[7]  The most recent set of guidelines (the 10th Edition, published in 2016), was prepared by an appointed group of experts following extensive study using evidence-based medicine methodologies, and further confirms the evidence relied upon in 2012 for DVT treatment.  Prior to adoption, the guideline underwent external peer review by "content experts, a methodological expert, and a practicing clinician. The final manuscript was reviewed and approved by the CHEST guidelines oversight committee (GOC), the CHEST Board of Regents, and the CHEST journal."  The guideline was also

---

[5]      Kearon C, Natural history of venous thromboembolism. Circulation. 2003 Jun 17;107(23 Suppl 1):I22-30.

[6]      Kearon C, et al. Antithrombotic Therapy For VTE Disease: Chest Guideline And Expert Panel Report. Chest. 2016;149(2):315-352.

[7]      Bates SM, et al. Diagnosis of DVT: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012 Feb; 141(2 Suppl): e351S-418S.

USCA5 3215

reviewed and endorsed by "by the American Association for Clinical Chemistry, the American

College of Clinical Pharmacy, the International Society for Thrombosis and Haemostasis, and

the American Society of Health-System Pharmacists."

The 2016 Antithrombotic Guideline recommends prescription of Xarelto (or another

NOAC) as a first-line therapy in preference to warfarin for the treatment of DVT or PE in

patients without cancer:  "In patients with DVT of the leg or PE and no cancer, as long-term

(first 3 months) anticoagulant therapy, we suggest dabigatran, rivaroxaban, apixaban, or

edoxaban over vitamin K antagonist (VKA) therapy."[8]

The 2016 Antithrombotic Guideline explains in great detail why Xarelto (or another

NOAC) should be the first-line therapy in the treatment of DVT and PE (emphasis supplied,

citations omitted):

> In the 10th Edition of the Antithrombotic Guideline (AT10), the panel's overall
> assessment of the relative efficacy and risk of bleeding with different
> anticoagulant agents is that:  (1) the risk reduction for recurrent VTE with all of
> the NOACs appears to be similar to the risk reduction with VKA, including in
> patients with cancer;  (2) in patients with VTE and cancer, the risk reduction for
> recurrent VTE appears to be greater with LMWH than with VKA therapy;  (3) the
> risk reduction for recurrent VTE with the NOACs compared to LMWH has not
> been assessed but, based on indirect comparisons, LMWH may be more effective
> that the NOACs in patients with VTE and cancer;  (4) the risk reduction for
> recurrent VTE with different NOACs has not been directly compared but, based
> on indirect comparisons, appears to be similar to all of the NOACs;  **(5) the risk
> of bleeding with the NOACs, and particularly intracranial bleeding, is less
> with the NOACs than with VKA therapy;**  (6) based on patients with atrial
> fibrillation, GI bleeding may be higher with dabigatran, rivaroxaban, and
> edoxaban than with VKA therapy, although this has not been seen in patients with
> VTE;  (7) based on indirect comparisons, the risk of bleeding may be lower with
> apixaban than with the other NOACs; and  **(8) despite the lack of specific
> reversal agents for the NOACs, the risk that a major bleed will be fatal
> appears to be no higher for the NOACs than for VKA therapy**.

---

[8]  Kearon C, et al. Antithrombotic Therapy For VTE Disease: Chest Guideline And Expert Panel Report.
Chest. 2016;149(2):315-352.

USCA5 3216

**Based on less bleeding with NOACs and greater convenience for patients and healthcare providers, we now suggest that a NOAC is used in preference to VKA for the initial and long-term treatment of VTE in patients without cancer.** Factors that may influence which anticoagulant is chosen for initial and long-term treatment of VTE are summarized in Table 6. This decision is also expected to be sensitive to patient preferences. The order of our presentation of the NOACs (dabigatran, rivaroxaban, apixaban, edoxaban) is based on the chronology of publication of the phase 3 trials in VTE treatment and should not be interpreted as the guideline panel's order of preference for the use of these agents.

Considerations that are particularly important clinically are bolded in the foregoing passage. The lower risk of intracranial bleeding with Xarelto is highly significant because the consequences of an intracranial bleed can be devastating, whereas GI (gastrointestinal) bleeding is usually medically manageable. It is also noteworthy that despite the absence of a reversal agent for Xarelto, the risk of a fatal bleed is not greater than with warfarin.

The 2016 Antithrombotic Guideline also emphasizes that Xarelto and other NOACs are more convenient for patients and physicians than warfarin. Because warfarin has a slow onset of action, patients diagnosed with DVT or PE who are treated with warfarin must first be hospitalized and treated with injectable low molecular weight heparin (enoxaparin, also called Lovenox) or intravenous unfractionated heparin as they are "bridged" to warfarin over a period of several days. In contrast, because Xarelto (and other NOACs) have a rapid onset of action, in many instances patients can avoid hospitalization and bridging with intravenous or injectable heparin. Those are significant advantages for patients and for the healthcare system. Some other important attributes of Xarelto that make it more convenient than warfarin include: (1) fixed dosing (15mg twice daily for the first 21 days; 20mg once-daily thereafter); (2) predictable anticoagulant response; (3) no dietary restrictions; (4) few drug–drug interactions; (5) no routine coagulation monitoring or dose adjustment; and (6) simplified therapy which enhances patient adherence.

USCA5 3217

The 2016 Antithrombotic Guideline summarizes the scientific evidence comparing Xarelto to enoxaparin-bridged-to-warfarin in Table 3 (reprinted below):

**TABLE 3** ] Summary of Findings: Rivaroxaban vs LMWH and VKA for Acute and Long-Term Treatment of VTE[a,b]

| Outcomes | No. of Participants (Studies) Follow-up | Quality of the Evidence (GRADE) | Relative Effect (95% CI) | Anticipated absolute effects | |
|---|---|---|---|---|---|
| | | | | Risk with LMWH and VKA | Risk difference with Rivaroxaban (95% CI) |
| All-cause mortality | 8,281 (2 studies) 3 mo | ⊕⊕⊕⊖ **Moderate**[c] because of imprecision | RR 0.97 (0.73-1.27) | 24 per 1,000[d] | 1 fewer per 1,000 (from 6 fewer to 6 more) |
| Recurrent VTE | 8,281 (2 studies) 3 mo | ⊕⊕⊕⊖ **Moderate**[c] because of imprecision | RR 0.90 (0.68-1.2) | 23 per 1,000[d] | 2 fewer per 1,000 (from 7 fewer to 5 more) |
| Major bleeding | 8,246 (2 studies) 3 mo | ⊕⊕⊕⊕ **High** | RR 0.55 (0.38-0.81) | 17 per 1,000[d] | 8 fewer per 1,000 (from 3 fewer to 11 fewer) |

The basis for the assumed risk (eg, the median control group risk across studies) is provided in the footnotes. The corresponding risk (and its 95% CI) is based on the assumed risk in the comparison group and the relative effect of the intervention (and its 95% CI). EINSTEIN-DVT = Oral Direct Factor Xa Inhibitor Rivaroxaban in Patients With Acute Symptomatic Deep Vein Thrombosis; EINSTEIN-PE = Oral Direct Factor Xa Inhibitor Rivaroxaban in Patients With Acute Symptomatic Pulmonary Embolism. See Table 1 legend for expansion of other abbreviations and GRADE Working Group grades of evidence.
[a]Included patients had acute, symptomatic, objectively verified proximal DVT of the legs or PE (unprovoked, 73%; cancer, 5%; previous VTE, 19%).
[b]Rivaroxaban 20 mg daily for 6 or 12 mo after initial long-term therapy.
[c]CI includes values suggesting no effect and values suggesting either benefit or harm.
[d]Pooled analysis of Bauersachs et al[21] (EINSTEIN-DVT) and Buller et al[20] (EINSTEIN-PE) performed by Prins et al.[153] Bibliography: Prins et al[153]

The 2016 Antithrombotic Guideline also summarizes factors that a physician may consider when deciding what specific anticoagulant medication to prescribe to a DVT or PE patient:

13

| TABLE 6 | Factors That May Influence Which Anticoagulant Is Chosen for Initial and Long-Term Treatment of VTE | |
|---|---|---|
| **Factor** | **Preferred Anticoagulant** | **Qualifying Remarks** |
| Cancer | LMWH | More so if: just diagnosed, extensive VTE, metastatic cancer, very symptomatic; vomiting; on cancer chemotherapy. |
| Parenteral therapy to be avoided | Rivaroxaban; apixaban | VKA, dabigatran, and edoxaban require initial parenteral therapy. |
| Once daily oral therapy preferred | Rivaroxaban; edoxaban; VKA | |
| Liver disease and coagulopathy | LMWH | NOACs contraindicated if INR raised because of liver disease; VKA difficult to control and INR may not reflect antithrombotic effect. |
| Renal disease and creatinine clearance <30 mL/min | VKA | NOACs and LMWH contraindicated with severe renal impairment. Dosing of NOACs with levels of renal impairment differ with the NOAC and among jurisdictions. |
| Coronary artery disease | VKA, rivaroxaban, apixaban, edoxaban | Coronary artery events appear to occur more often with dabigatran than with VKA. This has not been seen with the other NOACs, and they have demonstrated efficacy for coronary artery disease. Antiplatelet therapy should be avoided if possible in patients on anticoagulants because of increased bleeding. |
| Dyspepsia or history of GI bleeding | VKA, apixaban | Dabigatran increased dyspepsia. Dabigatran, rivaroxaban, and edoxaban may be associated with more GI bleeding than VKA. |
| Poor compliance | VKA | INR monitoring can help to detect problems. However, some patients may be more compliant with a NOAC because it is less complex. |
| Thrombolytic therapy use | UFH infusion | Greater experience with its use in patients treated with thrombolytic therapy |
| Reversal agent needed | VKA, UFH | |
| Pregnancy or pregnancy risk | LMWH | Potential for other agents to cross the placenta |
| Cost, coverage, licensing | Varies among regions and with individual circumstances | |

INR = International Normalized Ratio; NOAC = non-vitamin K oral coagulant. See Table 1 legend for expansion of other abbreviations.

## V.     Xarelto DVT and PE Clinical Trials and Real-World Observational Study

The safety and efficacy of Xarelto for the treatment of DVT and PE were demonstrated in a series of randomized, open label active-control trials dubbed the "EINSTEIN" studies.  The EINSTEIN clinical trial program consisted of three phase 3 clinical trials in more than 9400 patients:

- EINSTEIN–DVT investigated Xarelto for the treatment of deep vein thrombosis.

- EINSTEIN–PE investigated Xarelto for the treatment of pulmonary embolism.

- EINSTEIN–Extension investigated Xarelto for extended risk reduction for DVT and PE.

14

USCA5 3219

In addition, a pooled analysis of the EINSTEIN–DVT and –PE trials analyzed the safety and efficacy of Xarelto in pre-specified patient subgroups, such as those with cancer, and those with previous VTE.  Most recently, a prospective observational study dubbed XALIA examined the "real world" efficacy and safety of Xarelto for the treatment of DVT.

Each of these studies is summarized below.

**A.  EINSTEIN-DVT Clinical Trial**

EINSTEIN-DVT was a randomized, open label study which compared the efficacy and safety of Xarelto with standard therapy (enoxaparin-bridged-to-warfarin) in 3449 patients with confirmed DVT (without symptomatic PE).[9]  The study design is shown below:



In his report, Dr. Furberg criticizes EINSTEIN's open label design.  I agree with him that where feasible, a double-blind study is preferable to minimize a study's bias.  However, EINSTEIN's logistics made a double-blind trial impracticable.  To compensate for the open-

---

[9]     EINSTEIN Investigators, Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010 Dec 23; 363(26): 2499-510.

USCA5 3220

label design, other design features were utilized in EINSTEIN to minimize bias, including randomization and using hard endpoints that that were adjudicated by an independent body.

The study demonstrated that Xarelto was at least as effective as standard therapy, with the primary efficacy outcome (recurrent VTE) occurring in 36 Xarelto patients (2.1%) vs. 51 patients (3.0%) in the standard therapy group (hazard ratio, 0.68; 95% confidence interval [CI], 0.44 to 1.04; P<0.001)).

The principal safety outcome (composite of major bleeding and clinically relevant nonmajor bleeding) occurred in 139 Xarelto patients (8.1%) and in 138 patients given standard therapy (8.1%).[10]

Contrary to Dr. Furberg's stated criticism, EINSTEIN's primary safety endpoint did not change.  The primary endpoint was clinically relevant bleeding, which included major bleeding and clinically relevant non-major bleeding.  This remained the primary endpoint throughout the study, and the allegation that the primary safety endpoint changed is not supported by the Statistical Analysis Plans.

### B.    EINSTEIN-PE Clinical Trial

EINSTEIN-PE was a randomized, open-label trial which compared the efficacy and safety of Xarelto with standard therapy (enoxaparin-bridged-to-warfarin) in 4832 patients with

---

[10]    Major bleeding was defined as overt bleeding associated with a fall in hemoglobin of 2 g/dL or more, leading to a transfusion of 2 or more units of packed red blood cells or whole blood, that occurred in a critical site (intracranial, intraspinal, intraocular, pericardial, intra-articular, intramuscular with compartment syndrome, retroperitoneal), or contributing to death.  Clinically relevant nonmajor bleeding was defined as overt bleeding not meeting the criteria for a major bleeding event but associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, (temporary) cessation of study treatment, discomfort for the subject such as pain, or impairment of activities of daily life.

USCA5 3221

confirmed symptomatic PE (with or without symptomatic DVT).[11]  The study design is shown below:



The study demonstrated that Xarelto was at least as effective as standard therapy, with the primary efficacy outcome (recurrent VTE) occurring in 50 Xarelto patients (2.1%) vs. 44 patients in the standard therapy group (1.8%) (hazard ratio, 1.12; 95% confidence interval [CI], 0.75 to 1.68).

The principal safety outcome (composite of major bleeding and clinically relevant nonmajor bleeding) occurred in 249 Xarelto patients (10.3%) and in 274 patients given standard therapy (11.4%) (hazard ratio, 0.90; 95% CI, 0.76 to 1.07; P=0.23).

### C.    EINSTEIN Pooled Analyses

A pre-specified, pooled analysis of the EINSTEIN-DVT and EINSTEIN-PE studies was conducted to investigate the safety and efficacy of Xarelto in important subgroups of patients, including fragile patients (those with one or more of these criteria: age >75 years, CrCl <50

---

[11]    EINSTEIN–PE Investigators, Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012 Apr 5; 366(14): 1287-97.

USCA5 3222

mL/min, or body weight ≤50 kg), cancer patients, patients presenting with large clots, and those with a history of recurrent VTE.[12]

I disagree with Dr. Furberg's criticism about the appropriateness of the pooled analysis. The two studies used an identical design, treatment regimens, outcome definitions, and adjudication processes to allow for pre-specified pooled analysis based on individual patient data. In addition, the pooled analysis has increased statistical power for subgroup analysis.

In the pooled study, Xarelto was shown to be at least as effective as standard therapy and was associated with a significantly lower rate of major bleeding:



The efficacy and safety results were consistent among key patient subgroups, with major bleeding statistically significantly less frequent in patients treated with Xarelto (fragile patients were those age >75 years, CrCl <50 mL/min, and/or body weight ≤50 kg):

---

[12] EINSTEIN Investigators, Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thromb J. 2013 Sep 20; 11(1): 21.

USCA5 3223



### D.    EINSTEIN-EXT Clinical Trial

EINSTEIN EXT was an extension trial that investigated the efficacy and safety of

Xarelto as a longer-term prophylactic treatment in 1196 patients with confirmed DVT or PE who

had already completed their originally prescribed duration of anticoagulant therapy.[13]  The study

was a double-blind clinical trial in which patients with confirmed symptomatic DVT or PE, who

had been treated for 6 or 12 months with  warfarin or Xarelto, were then randomly assigned to

receive continued treatment with Xarelto or placebo.  The study design is shown below:

---

[13]    EINSTEIN Investigators, Oral rivaroxaban for symptomatic venous thromboembolism.  N Engl J Med.
2010;363(26):2499-2510.

USCA5 3224



The primary efficacy outcome (recurrent VTE) occurred in 8 patients (1.3%) in the Xarelto group as compared with 42 patients (7.1%) in the placebo group (hazard ratio, 0.18; 95% CI, 0.09 to 0.39; P<0.001, relative risk reduction, 82%).



The principal safety outcome of major bleeding occurred in 4 patients (0.7%) in the Xarelto group and in none of the patients in the placebo group (P=0.11).

20

USCA5 3225

These results demonstrated that continuing Xarelto therapy provided extended risk reduction by reducing the rate of VTE recurrence by 82% with a small risk of major hemorrhage (0.7%, with no fatal hemorrhages, compared with no patients in the placebo group). Note that the placebo control was ethical in this trial because at the time the trial was run, it was not clear whether these patients would benefit from an extended regimen.

**E.  Responses to Dr. Furberg's Additional Criticisms of EINSTEIN**

1. EINSTEIN's non-inferiority margin of 2.0 is well within acceptable margins and is consistent with similar studies of other NOACs. Contrary to Dr. Furberg's assessment, EINSTEIN's non-inferiority margin was not arbitrary but rather was carefully chosen based on previous clinical trials. Further, EINSTEIN's margins are consistent with those recommended by the FDA in a recent guidance.

2. Dr. Furberg criticizes EINSTEIN's population as being too low risk and claims that many of the higher risk subjects were excluded from the study. However, VTE patients are necessarily high risk, and the characteristics of EINSTEIN's subjects demonstrate that the study actually included patients with several other serious comorbidities. Numerous high risk patients remained in the study after exclusion criteria were applied, including patients with thrombophilia, previous VTE, and active cancer. Exclusion criteria are necessary in studies to mitigate positive and negative biases. Further, the recently published Beyer-Westendorf analysis demonstrates that the patient population of EINSTEIN was at higher risk of VTE and bleeding than the patient population in AMPLIFY.

3. Dr. Furberg criticizes EINSTEIN's case confirmation rate as being too low. In EINSTEIN-DVT, the case confirmation rate was 16% in the rivaroxaban group, and 24% for standard treatment. EINSTEIN-PE had case confirmation rates of 10% in both groups. Compared to similar studies, this rate is typical and acceptable. From a clinical perspective, DVT is only diagnosed in a fraction of those patients in whom it is initially suspected. Symptoms of DVT, including pain and swelling, are non-specific and can be caused by a variety of conditions. DVT is usually on a clinician's differential diagnosis, but it is only after diagnostic testing that a case of it can be confirmed. Because I have seen this play out throughout my practice, I am not surprised over the case confirmation rates in the EINSTEIN study.

4. Dr. Furberg criticizes that EINSTEIN's study population was drawn from a broad geographic area. However, this study design is very common in large studies and is often necessary to enroll enough subjects to

USCA5 3226

appropriately power the study.  In EINSTEIN-DVT  and -PE specifically, sub analyses were performed and found that there were no differences in geographical areas.

### F.     XALIA Real World DVT Observational Study

XALIA was an international, prospective study of patients with objectively confirmed deep vein thrombosis who were treated with Xarelto or with standard anticoagulation therapy.[14] The study was designed as a "real world" assessment of the safety and effectiveness of Xarelto for the treatment of symptomatic deep vein thrombosis in patients typically seen and managed in routine practice.

With respect to efficacy, the study found that the primary efficacy outcome (recurrent VTE) occurred with similar frequency in the Xarelto group than in the standard anticoagulation group.  Thus, the frequency of recurrent venous thromboembolism was 1.4% (36/2505) in the Xarelto group and 2.3% (47/2010) in the standard anticoagulation group (propensity score-adjusted HR 0.91 [95% CI 0.54–1.54], p=0.72).

With respect to safety, the study found that major bleeding and mortality occurred at a similar rate in the Xarelto group than in the standard anticoagulation group.  Thus, the frequency of major bleeding was 0.8% (19/2505) in the Xarelto group and 2.1% (43/2010) in the standard anticoagulation group (propensity score-adjusted hazard ratio (HR) of 0.77 (95% CI 0·40–1·50); p=0.4).  The all-cause mortality frequency was 0.4% (11/2505) in the Xarelto group and 3.4% (69/2010) in the standard anticoagulation group (propensity score-adjusted HR 0.51 [95% CI 0.24–1.07], p=0.074).

---

[14]     Ageno, Walter et al. Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): an international, prospective, non-interventional study. The Lancet Haematology, Volume 3, Issue 1 , e12 - e21 (Jan. 2016).

USCA5 3227

XALIA confirmed the findings of the EINSTEIN studies in real world clinical experience.

**VI.    The Xarelto Label Discloses the Risk of Bleeding, Absence of a Reversal Agent, and Pertinent Data Regarding DVT and PE**

**A.    Bleeding Risk**

As part of their medical education and training, physicians are taught that all anticoagulant medications increase the risk of serious and potentially fatal bleeding.  For that reason, even if such information were not disclosed on the Xarelto label, prescribing physicians would be aware of the bleeding risk.

In addition, the Xarelto label advises physicians that the medication increases the risk of serious and fatal bleeding events.  Thus, the First Page of the USPI, under the heading "Warnings and Precautions," states "Risk of Bleeding:  Xarelto can cause serious and fatal bleeding," and that warning is repeated in section 5.2 of the label.

**B.    Reversal Agent**

Section 5.2 of the label advises physicians that there is no reversal agent for Xarelto, stating that "A specific antidote for rivaroxaban is not available."

**C.    DVT and PE Information**

Dosing recommendations for patients with DVT or PE are set forth in sections 2 and 2.4 of the label.

Information regarding bleeding events that occurred in the EINSTEIN clinical trials is set forth in section 6.1 the label.

Information regarding the design and results of the EINSTEIN clinical trials is set forth in section 14.1 of the label.

USCA5 3228

## VII. Review of Plaintiff's Medical History

After a lengthy history of hip pain, Ms. Mingo, a retired substitute teacher, underwent hip replacement surgery at St. Dominic's on January 6, 2015. She was discharged from St. Dominic's on January 9th, and was instructed to take Lovenox for 7 days, and transition to aspirin 325 mg after finishing the Lovenox. Ms. Mingo had a history of lower extremity swelling, and after her hip surgery, this swelling continued. On January 22, 2015, she received a Doppler that showed DVT in the right peroneal vein, with the left leg scan clear. She was admitted to Southwest Mississippi Regional Medical Center on January 22nd, put on Lovenox and Coumadin initially, and switched to Xarelto. Xarelto was initiated by Dr. Renie Jordan on January 23rd while Ms. Mingo was still in the hospital. She was discharged on January 24th, with a prescription for Xarelto 15mg BID for 20 days.

Ms. Mingo was at a high risk for a DVT due to her hip surgery. She was also a smoker, and she was obese; both of these are risk factors for blood clots. On the evening of February 2, 2015, she presented to the emergency room at King's Daughters hospital with complaints of BLE swelling and pain. Her labs showed a hematocrit of 27.2, and a hemoglobin of 8.6, and a weakly positive hemoccult test result. King's Daughters ran a nuclear scan, the tagged red blood test, to rule out the diagnosis of an active GI bleed. The results of this test showed no evidence of active bleeding. King's Daughters sent her home that same evening with instructions to visit her primary care physician the next day.

On February 13, 2015, Ms. Mingo reported to Southwest Mississippi Regional Medical Center for a suspected GI bleed after the results from her labs drawn the day before by PCP Dr. Gholson showed worsening anemia. Ms. Mingo reported having black stools since January 9 to the emergency room physician. At the time she was admitted, her hematocrit was 20.0, and her hemoglobin was 6.4. Her gastroenterologist, Dr. Keith, performed a scope the afternoon she was

24

admitted, diagnosed an oozing ulcer, performed an APC procedure, and placed a clip to treat the ulcer.  During Ms. Mingo's stay at Southwest Mississippi Regional Medical Center, she received 4 units of blood, and 2 units of fresh frozen plasma.  She remained in the hospital for two nights, and was discharged on aspirin 325 mg after refusing her physician's recommendation to reinitiate Xarelto.

A repeat scope performed by Dr. Keith in May 2015 showed healed gastric ulcers.  Ms. Mingo has had no repeat transfusions and no additional episodes.

## VIII.   Case-Specific Opinions:

Records show that Ms. Mingo had iron deficiency anemia diagnosed as of 8/20/2013. The most common cause of iron deficiency anemia in a post-menopausal woman is slow blood loss. This diagnosis would indicate she was experiencing abnormal bleeding from somewhere.

Dr. Keith's EGD confirmed that Ms. Mingo had peptic ulcer disease (PUD), which was the source of Ms. Mingo's bleed on 2/13/2015.

There is no mechanism by which Xarelto causes ulcers to occur, nor by which Xarelto causes ulcers to bleed.

Ms. Mingo's prescription for prophylaxis that the orthopedic surgeon prescribed to her after her hip surgery, i.e., Lovenox transitioning to aspirin 325 mg, was not successful for Ms. Mingo.  She was diagnosed with a blood clot on January 22nd, just a few days after completing her course of Lovenox on or around January 16th and transitioning to aspirin 325 mg.  Xarelto was a good choice for her in part due to her failure on other courses of anticoagulation. Ms. Mingo needed this medication, and the benefits of the medication outweighed the risks of a bleed.

USCA5 3230

Although Ms. Mingo had had a few transient decreases in her eGFR levels prior to Xarelto treatment, these decreases did not reach the threshold at which a dose adjustment for Xarelto was indicated.  Ms. Mingo's creatinine levels and eGFRs were normal at the time Xarelto treatment was initiated, and normal at the time she was discharged after her GI bleed. Her kidney function did not put her at any increased risk of bleeding on Xarelto or any other anti-coagulant.

When Ms. Mingo was admitted to the hospital for a GI bleed, her hematocrit was 20.0, and her hemoglobin was 6.4.  While low, these are not life threatening in and of themselves, and she was stable at presentation.  In my opinion, she was not a candidate for any kind of reversal agent because she did not need that kind of treatment.

The pharmacodynamics of Xarelto are stable and predictable, and a PT test is not clinically useful for someone who is on Xarelto.  A PT test would not have provided me any clinically useful information on a patient like Ms. Mingo.  While a Factor Xa test could have been performed, these tests are not routinely ordered for clinical purposes. In fact, I cannot recall a time that I ordered one clinically, as checking the Xa level will not tell me anything of clinical significance that could or would change the course of treatment, and I will still manage patient in the same way.   Further, by the time it would take to obtain the result from this test, any urgent treatment has already been initiated to properly manage the bleed.

Ms. Mingo was diagnosed with an oozing ulcer; this ulcer was the cause of her GI bleed. She would have bled on any anticoagulant because all NOACs carry a risk of bleeding.  We know that Xarelto increases the risk that an existing ulcer will bleed, and based on the records, her PUD likely pre-dated the use of Xarelto.

USCA5 3231

Ms. Mingo was at a very high risk for a blood clot. She is a smoker, she is obese (medical records indicate that her BMI at the time of DVT diagnosis was around 35, which is well over the threshold of 30 for obesity), and she had recently undergone hip replacement surgery. After Dr. Keith treated her GI bleed, Ms. Mingo was still at this increased risk of a blood clot, and would have benefitted from continued anticoagulation after discharge from the hospital in February 2015.

Ms. Mingo suffered no long-term sequelae as a result of her GI bleed. She was diagnosed with an oozing ulcer, received treatment, and was discharged with no following complications. This is a typical course for someone with GIB who was treated promptly and effectively.

I reserve the right to update or amend my opinions if new information or records become available; to respond to deposition and trial testimony by plaintiff's experts; and also to use graphics and demonstratives to explain and illustrate the subjects discussed in my report.

Dated: 6th January, 2017

*Demondes Haynes, M.D.*

Demondes Haynes, MD, FCCP

USCA5 3232

# EXHIBIT A

USCA5 3233

Demondes Haynes, MD, FCCP                              Curriculum Vitae (September 2016)

**CURRICULUM VITAE**

**DEMONDES HAYNES, M.D., FCCP**

**Professional Address**
2500 North State Street
Jackson, MS 39216
█████████████████████████

**Academic Positions**

2013 - Present – Associate Professor of Medicine, Division of Pulmonary, Critical Care, and Sleep Medicine, University of Mississippi School of Medicine, Jackson, MS

2007 - 2013 – Assistant Professor of Medicine, Division of Pulmonary, Critical Care, and Sleep Medicine, University of Mississippi School of Medicine, Jackson, MS

**Education and Training**

2003-2006— Fellow, Department Medicine, Division of Pulmonary, Critical Care, and Sleep Medicine, University of Mississippi Medical Center, Jackson, MS

2002-2003—Chief Resident, Department of Internal Medicine, University of Mississippi Medical Center, Jackson, MS

1999-2002— Resident, Department of Internal Medicine, University of Mississippi Medical Center, Jackson, MS

1995-1999—University of Mississippi School of Medicine, Jackson, MS
          M.D., May 1999

1991-1995—University of Mississippi, Oxford, MS
            B.A. in Biology

**Honors and Awards**

2014 – Norman C. Nelson Order of Teaching Excellence Award Recipient

2011 – Teacher of the Year Award from the Department of Medicine, University of Mississippi School of Medicine, Jackson, MS

2009-2010 – All-Star Clinician Award from the Carl G. Evers, M.D. Society, University of Mississippi School of Medicine, Jackson, MS

2008-2009 – Certificate of Appreciation for Residency Education from Department of Family Medicine, University of Mississippi School of Medicine, Jackson, MS

2002-2003 – Chief Resident, Department of Internal Medicine, University of Mississippi Medical Center, Jackson, MS

2002 – Hellems House Officer of the Year Award, Department of Medicine, University of Mississippi Medical Center, Jackson, MS

USCA5 3234

2002 – Robert S. Caldwell Memorial Resident of the Year Award presented by the Medical Assurance Company of Mississippi (MACM)

2002 – Alpha Omega Alpha Resident of the Year Award, University of Mississippi School of Medicine, Jackson, MS

2001 – Special Recognition Award - G.V. (Sonny) Montgomery V.A. Medical Center, Jackson, MS

1999-2000 – Intern of The Year Award, Department of Internal Medicine, University of Mississippi School of Medicine, Jackson, MS

**Certification**

2008 – Fellow, American College of Chest Physicians

2006 – Diplomate American Board of Internal Medicine in Critical Care Medicine

2005 – Diplomate American Board of Internal Medicine in Pulmonary Medicine

2002 – Diplomate American Board of Internal Medicine in Internal Medicine

Mississippi State Board of Medical Licensure

United States Medical Licensure Examination

**Professional Society Memberships and Directorships**

March 2016 – present, Member, American College of Chest Physicians (ACCP), Diversity Task Force

Feb 2016 – present – Member, University of Mississippi Medical Center Hospital Mortality Review Task Force

May 2016 – present – Member, University of Mississippi Medical Center School of Medicine, Faculty Development Task Force

December 2008 – present – Medical Director, Respiratory Therapy Department, University of Mississippi Medical Center, Jackson, MS

July 2008 – June 2012 – Medical Director, Medical Intensive Care Unit, University of Mississippi Medical Center, Jackson, MS

August 2007 - July 2008 – Medical Director, Bronchoscopy Suite, University of Mississippi Medical Center, Jackson, MS

2003-present – American College of Chest Physicians

2003-present – American Thoracic Society

1995-present – American Medical Association

2006 – 2007 – Medical Director Cardiopulmonary Department of River Oaks Hospital, Flowood, MS

USCA5 3235

Demondes Haynes, MD, FCCP                                    Curriculum Vitae (September 2016)

2006 – 2007 – Medical Director Intensive Care Unit River Oaks Hospital Flowood, MS

2001-2003 – Member National Council of Associates for American College of Physicians-American Society of Internal Medicine

**University/Department Committees and Educational Service**

July 2016 – present – Member, Graduate Medical Education Committee (GMEC), University of Mississippi Medical Center

July 2012 – 2015 – Member, Environmental Health and Safety Committee
University of Mississippi Medical Center

May 2011 – 2013 – Mentoring Committee Member for Junior Faculty, Department of Medicine, University of Mississippi Medical Center

March 2011 – present – Physician Leader, Procedural Sedation Committee, University of Mississippi Medical Center

 2011 – 2012 – Member, ECMO Task Force, University of Mississippi Medical Center

January 2010 – present – Course Director for Third Year Medical Student Rotation in Pulmonary Medicine

July 2010 – present – Fellowship Program Director, Division of Pulmonary, Critical Care and Sleep Medicine, Department of Medicine

July 2010- present – Member, University of Mississippi School of Medicine Admissions Committee

January 2009 – present – Course Director for Fourth Year Medical Student Rotation in Pulmonary/Critical Care Medicine

July 2009 –  present – Lecturer, Internal Medicine Board Review Course, University of Mississippi School of Medicine, Jackson, MS

July 2009 – present – Member, Faculty Forward Task Force, University of Mississippi School of Medicine

August 2009 – present – House Officer Selection Committee, Department Of Medicine, University of Mississippi School of Medicine

July 2009 – 2012 – Preceptor, Introduction to Clinical Medicine, University of Mississippi School of Medicine, Jackson, MS

August 2009 – 2011 – Chair, Intern Recruitment Task Force, Department of Medicine, University of Mississippi Medical Center

July 2008 – present – Pulmonary Section Director for Introduction to Clinical Medicine, University of Mississippi School of Medicine, Jackson, MS

July 2008 – present – Health Careers Development Program, Mentor

August 2007-June 2010 —Associate Fellowship Program Director, Division of Pulmonary, Critical Care, and Sleep Medicine, Department of Medicine

USCA5 3236

Demondes Haynes, MD, FCCP                                    Curriculum Vitae (September 2016)

2008 – Member, Search Committee for Chair of Academic Information Systems and Director of Medical Library

2007 – 2012 – Critical Care Committee, University of Mississippi Medical Center

2007– 2016 – Residency Review Subcommittee, Team Leader, University of Mississippi Medical Center

**Faculty Development**

*Essentials of Instructional Design for Clinical Educators*. American College of Chest Physicians.  April 2010.

Physician Talent Development Partnership Training. Department of Medicine. University of Mississippi School of Medicine. December 2011.

**Employment Experience**

August 2006 – July 2007—Jackson Pulmonary Associates
Jackson, MS

1996 & 1999(summer)—Student Teaching Asst. Gross Anatomy, University of Mississippi Medical Center

**Publications**

**Journal Articles**

**Haynes, D**. and Baumann MH.  Management of Pneumothorax. Seminars in Respiratory and Critical Care Medicine 2010;31:769-780.

**Haynes, D.** and Baumann MH. Pleural Controversy: Etiology of Pneumothorax. Respirology 2011;16:604-610.

Burkart KM[1], Manichaikul A, Wilk JB, Ahmed FS, Burke GL, Enright P, Hansel NN, **Haynes D**, Heckbert SR, Hoffman EA, Kaufman JD, Kurai J, Loehr L, London SJ, Meng Y, O'Connor GT, Oelsner E, Petrini M, Pottinger TD, Powell CA, Redline S, Rotter JI, Smith LJ, Soler Artigas M, Tobin MD, Tsai MY, Watson K, White W, Young TR, Rich SS, Barr RG. APOM and high-density lipoprotein cholesterol are associated with lung function and per cent emphysema. The European Respiratory Journal 43:4; 2014; 1003-17.

**Haynes D**, Abraham George III, Dwyer Terry, and Petrini MF. Top Ten Things to Know about Spirometry. Journal MSMA 2015:56;95-98.

**Book Chapters**

**Haynes D** and Baumann MH. Chest Tubes. In: Bouros D. ed. Pleural Disease, 2nd Edition. New York: Informa Healthcare. 2009

**Haynes D** and Baumann MH**.** Non-Spontaneous Pneumothorax. In: Textbook of Pleural Diseases, 3rd edition.  Light RW, Lee YCG. ed. Florida: CRC Press. 2016

**Editorials**

Petrini MF and **Haynes D**. In Search of MIP and MEP Reference Equations.  Respiratory Care 2009; 54 (10): 1304-1305.

4

USCA5 3237

Demondes Haynes, MD, FCCP                              Curriculum Vitae (September 2016)

**Abstracts**

**Haynes D**, Petrini MF, Campbell GD, and Bhagat R.  Airflow Limitation in Black versus White Patients with Sarcoidosis.  Chest 2006; 130:143S-b
Sumrall BH, Petrini MF, and **Haynes D**.  Is Routine MVV Useful?  Am J Respir Crit Care Med 179;2009:A4409

Mohammed R, Petrini MF, Spurzem J, and **Haynes D**. Pulmonary hypertension in sickle cell disease: Is it associated with vaso-occlusive crisis? Southern Society for Clinical Investigation.  February 2010.  New Orleans, LA

Patel KC, Petrini MF, **Haynes D**. Impulse Oscillometry in Obese and Lean Smokers. Presented at the American Thoracic Society International Conference. May 2010. Am J Respir Crit Care Med 181;2010:A2117

Pressler JM, Jr., **Haynes D,** and Petrini MF.  Comparison Of Spirometry In Smokers Of Varying Weight Classifications.  Am. J. Respir. Crit. Care Med., May 2011; 183: A6452.

Hickson D. Abed H, Gawalapu R, Petrini MF, **Haynes D**, Liu J, Carr JJ, Taylor H. Is Pericardial Fat a Regional Risk Factor for Pulmonary Vascular Health? The Association Between Pericardial Fat and Pulmonary Artery Systolic Pressure (The Jackson Heart Study). CHEST 2011;140:731A

Abraham GE III, Petrini MF, **Haynes D**.  Inter-Rater Agreement on Subjective Aspects of Pulmonary Function Tests Quality Improves Reliability.  Am. J. Respir. Crit. Care Med., May 2011; 183: A3132.

Burkart KM, Aldrich M, Wilk J, Powell RE, Buxbaum SG, Enright P, Hansel N, **Haynes D,** Heckbert S, Loehr L, London SJ, Lyon H, Manichaikul A, Petrini MF, Redline S, Smith LJ, White W, Rich S, Barr RG. Genome-Wide Association Study (GWAS) of Lung Function Among African-Americans in 5 National Heart, Lung, and Blood Institute (NHLBI) Cohorts. The Candidate-Gene Association Resource (CARE). Am J Respir Crit Care Med 2011;183:A1752.

Ewaleifoh B, Bhagat R, Petrini MF, **Haynes D**, Dwyer TM. Expired Fluid Recovered During Cardiogenic Pulmonary Edema. Am J Respir Crit Care Med 185;2012:A1148

Keeton K, Petrini MF, **Haynes D**. Spirometry is Not an Adequate Predictor of Hospitalizations in Cystic Fibrosis Patients. Am J Respir Crit Care Med 187;2013:A4351.

Obi Izuchukwu, **Haynes D**, Petrini MF. Racial Differences of Presenting Diffusion Capacity of Carbon Monoxide (DLCO) in Sarcoidosis. Am J Respir Crit Care Med 191;2015:A3578

Michal Senitko , MD , George E. Abraham 3rd , M.D. , Marcy F. Petrini , PhD , **Demondes Haynes , M.D**. Sarcoid-Like Reaction In Regional Lymph Nodes In Patients With Lung Cancer: Incidence And Racial Disparities. American Thoracic Society International Conference 2016

Geraldo E. Holguin, MD , Marcy F. Petrini , PhD , **Demondes Haynes, M.D.** Antibiotic Stewardship In Medical ICU: Importance Of A Multidisciplinary Approach For Antibiotic De-Escalation. American Thoracic Society International Conference 2016.

**Case Reports/Poster Presentations**

Portis R and **Haynes D**. Ovarian Hyperstimulation Syndrome and Pleural Effusion.  Presented at Mississippi Chapter of American College of Physicians Scientific Session.

5

USCA5 3238

Demondes Haynes, MD, FCCP                                   Curriculum Vitae (September 2016)

Jackson, MS. October 2009

Carter C, Portis R, and **Haynes D**. Myasthenia gravis in the elderly: A cause of failure to extubate. Presented at Mississippi Chapter of American College of Physicians Scientific Session. Jackson, MS. October 2010

Senitko M., Tanner S., **Haynes D**. Bronchiolitis obliterans in a patient with Behcet's disease. Presented at Mississippi Chapter of American College of Physicians Scientific Session. Jackson, MS. October 2010

Ewaleifoh B, Bhagat R, Petrini MF, **Haynes D**, Dwyer TM. Expired Fluid Recovered During Cardiogenic Pulmonary Edema. Southern Society for Clinical Investigation. New Orleans, LA. February 2012

Vanasselberg C and **Haynes D**. Bronchiolocentric Chronic Lymphocytic Leukemia Presenting As Pneumonia. Am J Respir Crit Care Med 189;2014:A4060

Portis RL, Wilhelm A, and **Haynes D**. Diffuse Pulmonary Hemangiomatosis Presenting As A Large Intrapulmonary Vascular Shunt: A Case Report Of An Exceedingly Rare Pulmonary Vascular Proliferation. Am J Respir Crit Care Med 189;2014:A4856

Williams RA, Williamson T, Wright N, Sheppard J, and **Haynes D.** Significant Digital Clubbing in a Patient with Chronic Eosinophilic Pneumonia. AL and MS American College of Physicians (ACP) Annual Scientific Meeting. Birmingham, Al.


**<u>Presentations and Invited Lectures</u>**

*Introduction to Asthma.* Department of Respiratory Care Services. University of Mississippi Medical Center. April 2013.

*Asthma Diagnosis and Treatment.* Department of Otolaryngology Residency Program. University of Mississippi Medical Center. March 2013.

Pulmonary Hypertension. Mississippi Chapter of American Lung Association. Jackson, MS. August 2013.

*Thromboembolic Disease, Pulmonary Hypertension, and Cor Pulmonale*. Mississippi College Physician Assistants Program. January 2013. Jackson, MS.

*Pulmonary Hypertension.* Division of Hospital Medicine, Department of Medicine. University of Mississippi Medical Center. November 2012.

*Pulmonary Hypertension.* Department of Respiratory Care Services. University of Mississippi Medical Center. August 2012.

*Chronic Obstructive Pulmonary Disease (COPD).* Oral and Maxillofacial Surgery Grand Rounds. University of Mississippi Medical Center. Jackson, MS. September 2012.

*Chronic Obstructive Pulmonary Disease (COPD) Update.* Annual Nurse Practitioner Conference. Jackson, MS. September 2012.

Mechanical Ventilation. Department of Neurosurgery Residency Program. University of Mississippi Medical Center. May 2012.

6

USCA5 3239

Demondes Haynes, MD, FCCP                                    Curriculum Vitae (September 2016)

*Chronic Obstructive Pulmonary Disease (COPD).* Residency Program, Department of Medicine, University of Mississippi Medical Center. January 2012

*Thromboembolic Disease, Pulmonary Hypertension, and Cor Pulmonale*. Mississippi College Physician Assistants Program. January 2012. Jackson, MS.

*Pulmonary Hypertension.* Division of Cardiology, Department of Medicine. University of Mississippi Medical Center. August 19, 2011

*Sarcoidosis.* Discussion Panel Member for Department of Medicine Grand Rounds. August 2, 2011.

*Ventilator Weaning Part 2.* Department of Respiratory Care Services. University of Mississippi Medical Center. June 2011.

*Ventilator Weaning Part 1.* Department of Respiratory Care Services. University of Mississippi Medical Center. April 2011.

*Update on Adult Asthma Treatment.* Mississippi Medical and Surgical Association Annual Conference. Biloxi, MS May 2011.

*End-of-Life Issues.* Debate Panel Member for Department of Medicine Noon Conference. March 8, 2011.

CXR Interpretation Part 1. Department of Respiratory Care Services. University of Mississippi Medical Center. July 2010

*Pulmonary Hypertension*. Annual Nurse Practitioner Conference.
Jackson, MS September 2010.

CXR Interpretation Part 2. Department of Respiratory Care Services. University of Mississippi Medical Center. November 2010

*Control of Environmental Asthma Triggers.* Alabama, Louisiana, and Mississippi Tri-State Thoracic Society Conference. Natchez, MS January 2010.

*The Other Side of Neuro: Mechanical Ventilation*. American Association of Neuroscience Nurses. Jackson, MS. October 2009.

*Asthma.* Mississippi chapter of American Lung Association.
Jackson, MS. September 2009

*Chronic Obstructive Pulmonary Disease*. Annual Nurse Practitioner Update. Jackson, MS. September 2008

Clinicopathologic Conference. Department of Medicine Noon Conference, University of Mississippi School of Medicine. Jackson, MS.

*Pulmonary Hypertension in Sickle Cell Disease.* Sickle Cell Conference: Managing Complications of Sickle Cell Disease. May 2008. University of Mississippi Medical Center.

*COPD and Asthma.* Advanced Practitioner Provider Conference. Jackson, MS. April 2015.

*Chronic Obstructive Pulmonary Disease (COPD).* Oral and Maxillofacial Surgery Grand Rounds. University of Mississippi Medical Center. Jackson, MS. May 2015.

7

USCA5 3240

Demondes Haynes, MD, FCCP                                    Curriculum Vitae (September 2016)

Mechanical Ventilation. University of Mississippi Medical Center Advanced Practice Provider Conference. Pearl, MS, September 2016.

**Regional and National Invited Presentations**

Pleural Disease Literature Review. American College of Chest Physicians (ACCP) National Meeting. October 2013. Chicago, IL.

Pleural Disease Literature Review. American College of Chest Physicians (ACCP) National Meeting. October 2014. Austin, TX.

COPD Treatment. Alabama and Mississippi American College of Physicians (ACP) Annual Scientific Meeting. June 2016. Birmingham, AL.

**Community Activities/Service**

March 2011 – present – Member, Young Physicians Advisory Council to the Board of Directors of Medical Assurance Company of Mississippi

March 2011 – present – Member, Membership Committee, Medical Assurance Company of Mississippi

2005-2009—Co-Chair, Mentoring Program, Word and Worship Church

2002-present—Chairperson, Usher Ministry, Word and Worship Church

2002-2003—Member, Board of Directors of Crossings of Autumn Woods Property Owners Association.

May 2015 — present, Member, Clinical Advisory Board for Center for Health of Minority Males (C-HMM) at The Myrlie Evers-Williams Institute for Elimination of Health Disparities. Jackson, MS

July 2015 — present, Member, Mississippi Rural Physicians Scholars Commission Board

USCA5 3241

# EXHIBIT B

## REFERENCE LIST FOR DEMONDES HAYNES, M.D.

| | ARTICLE/DOCUMENT |
|---|---|
| 1 | Adcock, D.M., and Gosselin, R. "Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review." Thromb Res. 2015 Jul;136(1):7-12 |
| 2 | Ageno W, Mantovani LG, Haas S, et al. "Safety and effectiveness of oral rivaroxaban versus standard anticoagulation for the treatment of symptomatic deep-vein thrombosis (XALIA): an international, prospective, non-interventional study Supplement." Lancet Haematol 2015; published online Dec 7. http://dx.doi.org/10.1016/S2352-3026(15)00257-4. |
| 3 | Ageno W, Mantovani LG, Haas S, Kreutz R, Monje D, Schneider J, van Eickels M, Gebel M, Zell E, Turpie AG. "Safety and Effectiveness of Oral Rivaroxaban versus Standard Anticoagulation for the Treatment of Symptomatic Deep-vein Thrombosis (XALIA): An International, Prospective, Non-interventional Study." The Lancet Haematology 3.1 (2016) |
| 4 | Agnelli G, Buller HR, Cohen A, Curto M, Gallus AS, Johnson M, Masiukiewicz U, Pak R, Thompson J, Raskob GE, Weitz JI; AMPLIFY Investigators. "Oral apixaban for the treatment of acute venous thromboembolism." N Engl J Med. 2013 Aug 29;369(9):799-808 |
| 5 | Agnelli G, Buller HR, Cohen A, Curto M, Gallus AS, Johnson M, Porcari A, Raskob GE, Weitz JI; AMPLIFY-EXT Investigators. "Apixaban for extended treatment of venous thromboembolism." N Engl J Med. 2013 Feb 21;368(8):699-708 |
| 6 | Agnelli G, Buller HR, Cohen A, et al. "Apixaban for extended treatment of venous thromboembolism Supplementary Appendix." N Engl J Med 2013;368:699-708. |
| 7 | Agnelli G, Buller HR, Cohen A, et al. "Oral apixaban for the treatment of acute venous thromboembolism, Supplementary Appendix." N Engl J Med 2013;369:799-808 |
| 8 | Anderson, F. A. "Risk Factors for Venous Thromboembolism." Circulation 107.90231 (2003): n. pag. Web. |
| 9 | Beckman MG1, Hooper WC, Critchley SE, Ortel TL. "Venous Thromboembolism." Am J Prev Med. 2010 Apr; 38(4 Suppl):S495-501 |
| 10 | Beyer-Westendorf J, Lensing AW, Arya R, Bounameaux H, Cohen AT, Wells PS, Middeldorp S, Verhamme P, Hughes R, Kucher N, Pap AF, Trajanovic M, Prins MH, Prandoni P, Weitz JI. "Choosing wisely: The impact of patient selection on efficacy and safety outcomes in the EINSTEIN-DVT/PE and AMPLIFY trials." Thromb Res. 2017 Jan; 149:29-37 |
| 11 | Burnett, Allison E., Charles E. Mahan, Sara R. Vazquez, Lynn B. Oertel, David A. Garcia and Jack Ansell. "Guidance for the Practical Management of the Direct Oral Anticoagulants (DOACs) in VTE Treatment", J. Thromb Thrombolysis Journal 41:206-232 (2016) |
| 12 | Davidson BL, Verheijen S, Lensing AW, Gebel M, Brighton TA, Lyons RM, Rehm J, Prins MH. "Bleeding risk of patients with acute venous thromboembolism taking nonsteroidal anti-inflammatory drugs or aspirin." JAMA Intern Med. 2014 Jun;174(6):947-53. |
| 13 | Di Nisio, Marcello, Maria C. Vedovati, Antoni Riera-Mestre; Martin H. Prins; Katharina Mueller; Alexander T. Cohen; Philip S. Wells; Jan Beyer-Westendorf; Paola Prandoni; Henri Bounameaux; Dagmar Kubitza; Jonas Schneider; Ron Pisters; Jan |

| | Fedacko; Ricardo Fontes-Carvalho; Anthonie S.A. Lensing. "Treatment of Venous Thromboembolism with Rivaroxaban in Relation to Body Weight", Thrombosis and Haemostasis 116.4/2016 |
|---|---|
| 14 | Di Niso, Marcello; Walter Ageno; Anne W. S. Rutjes; Akos F. Pap; Harry R. Buller. "Rick of Major Bleeding in Patients with Venous Thromboemolism Treated With Rivaroxaban or with Heparin and Vitamin K Antagonists", Thrombosis and Haemostasis 115.2/2016 |
| 15 | EINSTEIN Investigators "Oral Rivaroxaban for Symptomatic Venous Thromboembolism." New England Journal of Medicine N Engl J Med 363.26 (2010): 2499-510.  EINSTEIN DVT Study (2010) |
| 16 | EINSTEIN PE Investigators "Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism." New England Journal of Medicine N Engl J Med 366.14 (2012): 1287-297 |
| 17 | Einstein Protocol |
| 18 | Eerenberg ES, Middeldorp S, Levi M, Lensing AW, Büller HR. "Clinical impact and course of major bleeding with rivaroxaban and vitamin K antagonists." J Thromb Haemost. 2015 Sep;13(9):1590-6. |
| 19 | FDA, Non-Inferiority Clinical Trials to Establish Effectiveness Guidance for Industry. November 2016, http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm202140.pdf |
| 20 | Gosselin, R.C. and Dm.M. Adcock. "The Laboratory's 2015 Perspective on Direct Oral Anticoagulant Testing." J Thrombo Haemost Journal of Thrombosis and Haemostasis 14.5 (2016): 886-93 |
| 21 | Guyatt GH1, Akl EA, Crowther M, Gutterman DD, Schuünemann HJ; American College of Chest Physicians Antithrombotic Therapy and Prevention of Thrombosis Panel. "Executive Summary Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines"; CHEST 2012; 141(2 Suppl):7S–47S |
| 22 | Hokusai-VTE Investigators, Büller HR, Décousus H, Grosso MA, Mercuri M, Middeldorp S, Prins MH, Raskob GE, Schellong SM, Schwocho L, Segers A, Shi M, Verhamme P, Wells P. "Edoxaban versus warfarin for the treatment of symptomatic venous thromboembolism." N Engl J Med. 2013 Oct 10;369(15):1406-15 |
| 23 | Kearon C, Akl EA, Ornelas J, Blaivas A, Jimenez D, Bounameaux H, Huisman M, King CS, Morris TA, Sood N, Stevens SM, Vintch JR, Wells P, Woller SC, Moores L. "Antithrombotic Therapy For VTE Disease: Chest Guideline And Expert Panel Report". Chest. 2016 149(2):315-352. |
| 24 | Kearon, C. "Natural History of Venous Thromboembolism." Circulation 107.90231 (2003) |
| 25 | Lindhoff-Last, Edelgard, Meyer Michel Samama, Thomas L. Ortel, Jeffrey I. Weitz, and Theodore E. Spiro. "Assays for Measuring Rivaroxaban: Their Suitability and Limitations." |
| 26 | Prins, Martin H., Anthonie Wa Lensing, Rupert Bauersachs, Bonno Van Bellen, Henri Bounameaux, Timothy A. Brighton, Alexander T. Cohen, Bruce L. Davidson, Hervé Decousus, Gary E. Raskob, Scott D. Berkowitz, and Philip S. Wells. "Oral Rivaroxaban versus Standard Therapy for the Treatment of Symptomatic Venous |

|    | Thromboembolism: A Pooled Analysis of the EINSTEIN-DVT and PE Randomized Studies." Thrombosis Journal Thrombosis J 11.1 (2013) |
|----|----------------------------------------------------------------------------------------------------------------------------------|
| 27 | Romualdi, Erica, Marco P. Donadini, and Walter Ageno. "Oral Rivaroxaban after Symptomatic Venous Thromboembolism: The Continued Treatment Study (EINSTEIN-Extension Study)." Expert Review of Cardiovascular Therapy 9.7 (2011): 841-44 |
| 28 | Schulman S, Kakkar AK, et al. "Treatment of acute venous thromboembolism with dabigatran or warfarin and pooled analysis Supplemental Material." Circulation. 2014 Feb 18; 129(7):764-72 |
| 29 | Schulman S, Kakkar AK, Goldhaber SZ, Schellong S, Eriksson H, Mismetti P, Christiansen AV, Friedman J, Le Maulf F, Peter N, Kearon C; RE-COVER II Trial Investigators. "Treatment of acute venous thromboembolism with dabigatran or warfarin and pooled analysis." Circulation. 2014 Feb 18;129(7):764-72 |
| 30 | Schulman S, Kearon C, Kakkar AK, et al. "Dabigatran versus warfarin in the treatment of acute venous thromboembolism Supplementary Appendix." N Engl J Med 2009; 361:2342-52. |
| 31 | Schulman S, Kearon C, Kakkar AK, et al. "Extended use of dabigatran, warfarin, or placebo in venous thromboembolism Supplementary Appendix." N Engl J Med 2013;368:709-18. |
| 32 | Schulman S, Kearon C, Kakkar AK, Mismetti P, Schellong S, Eriksson H, Baanstra D, Schnee J, Goldhaber SZ; RE-COVER Study Group. "Dabigatran versus warfarin in the treatment of acute venous thromboembolism." N Engl J Med. 2009 Dec 10;361(24):2342-52. |
| 33 | Schulman S, Kearon C, Kakkar AK, Schellong S, Eriksson H, Baanstra D, Kvamme AM, Friedman J, Mismetti P, Goldhaber SZ; RE-MEDY Trial Investigators; RE-SONATE Trial Investigators. "Extended use of dabigatran, warfarin, or placebo in venous thromboembolism." N Engl J Med. 2013 Feb 21;368(8):709-18. |
| 34 | Smythe, Maureen A., John Fanikos, Michael P. Gulseth, Ann K. Wittkowsky, Sarah A. Spinler, William E. Dager, and Edith A. Nutescu. "Rivaroxaban: Practical Considerations for Ensuring Safety and Efficacy." |
| 35 | The Hokusai-VTE Investigators. "Edoxaban versus warfarin for the treatment of symptomatic venous thromboembolism Supplementary Appendix." N Engl J Med 2013; 369:1406-15. |
| 36 | Weitz JI, Bauersachs R, Beyer-Westendorf J, Bounameaux H, Brighton TA, Cohen AT, Davidson BL, Holberg G, Kakkar A, Lensing AW, Prins M, Haskell L, van Bellen B, Verhamme P, Wells PS, Prandoni P; EINSTEIN CHOICE Investigators, " Two doses of rivaroxaban versus aspirin for prevention of recurrent venous thromboembolism Rationale for and design of the EINSTEIN CHOICE study" Thromb Haemost. 2015 Aug 31; 114(3):645-50. Epub 2015 May 21. |
| 37 | Xarelto Label and Medication Guide  Nov. 2011 |
| 38 | Xarelto Label Nov. 2012 |
| 39 | Xarelto Label and Medication Guide  March 2013 |
| 40 | Xarelto Label and Medication Guide  August 2013 |
| 41 | Xarelto Label and Medication Guide  Jan. 2014 |
| 42 | Xarelto Label and Medication Guide  Feb. 2014 |
| 43 | Xarelto Label and Medication Guide  Sept. 2014 |

| 44 | **Xarelto Label Dec. 2014** |
|----|------|
| 45 | **Xarelto Label and Medication Guide  Jan. 2015** |
| 46 | **Xarelto Label and Medication Guide  Sep. 2015** |
| 47 | **Xarelto Label and Medication Guide  May 2016** |
| 48 | **Misselwitz Deposition Exhibit 15** |
| 49 | **Misselwitz Deposition Exhibit 17** |
| 50 | **Furberg Expert Report (Generic)** |
| 51 | **Henry Rinder Expert Report (Mingo)** |
| 52 | **Plaintiff Dora Mingo Medical Records - All medical records as of 12/15/2016** |
| 53 | **Renie Jordan, MD 08/12/2016 Deposition transcript and exhibits** |
| 54 | **Stephen Keith, MD 08/11/2016 Deposition transcript and exhibits** |
| 55 | **Dora Mingo 06/20/2016 Deposition transcript and exhibits** |

# EXHIBIT C

8-3-16

**Deposition - October 2010,** Jackson, MS for Thomas C. Brown, Jr. vs Phillips 66 Company, et al.

**Trial - April 28, 2011.** Thomas C. Brown, Jr. vs Phillips 66 Company, et al. Civil Action No. 2006-196. Smith County Courthouse, Raleigh, MS. Smith County Circuit Court

**Trial - August 26, 2011**. Kenneth Fairchild vs Phillips 66 Company, et. al. Cause No. 2006-098-CV03; Jones County Courthouse, Laurel, MS; Jones County Circuit Court

**Trial - April 20, 2012.** Thomas C. Brown, Jr. vs CP Chem, et al. Jones County Courthouse, Laurel, MS

**Trial - June 26, 2013.** Huey P. Holmes vs Pangborn Corporation. Circuit Court of Jefferson County, Fayette, MS.

**Trial – September 10, 2013**. Patrick Claiborne, Brian Claiborne, Deonna Powell on behalf of beneficiaries of Lawrence Armstrong, deceased vs Pangborn Corporation, et. al. Civil Action 2011-189. Claiborne County Circuit Court. Port Gibson, MS.

**Trial – November 19, 2013.** Billy George Wachter vs  American Optical et. al. Washington County. Greenville, MS

**Deposition – November 2014**. Robert Rankin vs American Optical, et. al. Jackson, MS.

**Trial – December 12, 2014.** John Banks vs American Optical, et. al. Hinds County Circuit Court, Jackson, MS

**Trial – February 23, 2015**. Robert Rankin vs American Optical. Jefferson County Courthouse. Fayette, MS.