IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 <br><br> Judge Eldon E. Fallon |

# Expert Report of Brian E. Persing, M.D.

By: _____

Brian E. Persing, M.D.

Date: _1/5/2017_

USCA5 3350

# XARELTO LITIGATION

# EXPERT REPORT OF BRIAN E. PERSING, M.D.

## I.     QUALIFICATIONS

I am on staff at Singing River Health System, Regional Cancer Center, where I have been employed since 2011.  I have staff privileges with both the Pascagoula and Ocean Springs hospitals.  I am board certified in Hematology and in Oncology.

I graduated from University of South Dakota School of Medicine in Vermillion, South Dakota, in 2002.  I participated in an internal medicine internship between 2002 and 2003 at University of Mississippi Medical Center in Jackson, Mississippi.  I performed my residency between 2003 and 2005 at University of Mississippi Medical Center in Jackson, Mississippi.  I participated in fellowship training in Hematology/Oncology from 2006 through 2009 at the University of Mississippi Medical Center in Jackson, Mississippi.

I am on the Mississippi Cancer Registry Advisory Board and am Vice President of the Mississippi Oncology Society.  I serve as an adjunct professor at the William Carey University College of Osteopathic Medicine.  I am also on the Credential Committee for Singing River Health System.

My Curriculum Vitae is attached as Exhibit A.  My hourly rate for medical legal matters is $300 per hour.  I have not provided trial and/or deposition testimony in the last four years.

I have reviewed various materials in preparation for this report, including medical records of Dora Mingo and all deposition testimony taken in the *Mingo* case.  A list of these materials is attached as Exhibit B.  In addition to the materials in Exhibit B, I rely on my background, education, training, and clinical experience in reaching the opinions authored in this report.  I offer the opinions in this report to a reasonable degree of medical and scientific certainty.

2

## II.  CASE SPECIFIC FINDINGS FOR DORA MINGO

### A.  Medical Overview:  Medical History Prior to Total Hip Replacement

Mrs. Mingo had total hip replacement surgery on January 6, 2015, at St. Dominick's Hospital under the care of Dr. Gandy.  At the time she proceeded with surgical intervention her documented medical conditions included tobacco use in the form of smoking, diabetes, hypertension, hypercholesterolemia, and obesity.  Undocumented medical conditions included, upon further review of the chart, intermittent leukocytosis and anemia.

#### Medical Statement:  Previous Medical History

As noted, anemia was not overtly documented in the chart prior to her surgery.  Labs from 2003 through 2016 were reviewed and documented and labeled as Graph 1.

As noted by the values obtained for both the hemoglobin and hematocrit, prior to her lab values in 2016, Mrs. Mingo's hemoglobin and hematocrit were either low normal or low.  This finding is consistent with a slow chronic bleed such as is seen with gastric ulcers.  During this time her therapy often included nonsteroidal anti-inflammatories (NSAIDs), including Celebrex, meloxicam, and Anaprox DS.  These medications were commonly used in conjunction with aspirin throughout the course of her medical history.  It is noted that in May 2014, upon seeing her, Dr. Gholson proceeded with therapy of meloxicam.  This was done after Mrs. Mingo had been unsuccessfully treated with Celebrex.  Celebrex has a safer profile from the standpoint of the development of gastric ulcers.  Meloxicam and later prescribed Anaprox DS are known to have potential toxicities that include development of gastric ulcers and associated bleeds.

### B.  Medical Overview:  Preoperative History: Total Hip Replacement

Mrs. Mingo saw Dr. Jeffrey Burns, orthopedic surgeon, on August 28, 2014.  In his medical note, he indicated that Mobic/meloxicam had been discontinued by Dr. Gholson. Recommendations from Dr. Burns included nonsurgical interventions, including physical

USCA5 3352

therapy and injections.  The medical records indicate that Dr. Burns also discussed with Mrs. Mingo possible surgical interventions.  His medical record reflects a detailed discussion of risk factors associated with total hip surgery, which included bleeding, transfusion, implant removal, blood clots in legs, and blood clots in lungs which could be fatal.  Mrs. Mingo appears to have opted to undergo injection with little improvement in her symptoms.  She was later referred to a second orthopedic surgeon, Dr. David Gandy.  She was given prescriptions for Anaprox DS one tablet by mouth twice daily with 2 refills.  Dr. Gholson saw Mrs. Mingo on December 8, 2014; at that time, Anaprox DS was not listed on the medication sheet.  However, at a follow-up visit with Dr. Gandy on December 29, 2014, Anaprox was listed in home medications.  Dr. Gandy made plans to proceed with total hip replacement surgery; a prescription for iron was placed on Mrs. Mingo's medication list.

**Medical Statement:  Preoperative History: Total Hip Replacement**

Mrs. Mingo sought two separate orthopedic opinions regarding intervention for her hip. After failure of medical intervention such as nonsteroidal anti-inflammatories as well as injections, she opted to proceed with surgery.  The risks of thrombosis and bleeding were outlined in a consent for the procedure and documented in Mrs. Mingo's medical chart.  The risk of a fatal clot in the form of a pulmonary embolism was discussed as a possible risk with the surgery.  Mrs. Mingo agreed to proceed with the surgery even after having the risks described to her.

Anaprox DS 550 mg was prescribed 2 times daily by Dr. Gandy in anticipation of the total hip replacement, which was scheduled for January 2015.  In the package insert for Anaprox DS, serious reactions that are listed include gastrointestinal bleeding, gastrointestinal perforation, and ulcer development.  Interaction characteristics that include antiplatelet effects as well as

4

gastrointestinal or mucosal injury and bleeding are also included in the package insert. Anaprox DS combined with aspirin will increase the risk not only of ulcer development, but also of platelet dysfunction leading to an increased risk of bleeding.

### C.  Medical Overview:  Surgical History

Mrs. Mingo was taken to the operating room on January 6, 2015, and was discharged on January 9, 2015. During her hospitalization she became anemic, likely as a result of surgical blood loss. She was continued on aspirin and she was placed on deep vein thrombosis (DVT) prophylaxis with Lovenox. While in the hospital, she was also identified with a 40-year history of one-half pack per day smoking and also diagnosed with a Klebsiella urinary tract infection. She was administered Lovenox for three days in the hospital and then prescribed an additional seven days of anticoagulation with Lovenox at a dose of 40 mg administered subcutaneously daily along with aspirin. Her discharge plans indicated that at the end of her use of Lovenox (ten days total – seven days post-hospitalization), she was to transition to DVT prophylactically with aspirin at 325 mg.

### Medical statement:  Surgical History

Mrs. Mingo's hospital course was standard for what is typically expected with a right hip arthroplasty and treatment with deep vein thrombosis prophylaxis with low molecular weight heparin.

### D.  Medical Overview:  Postoperative Care Through Onset of Development of Deep Vein Thrombosis

Mrs. Mingo was continued on Lovenox after discharge from the hospital on deep vein thrombosis prophylactic doses (40 mg administered subcutaneously once daily) for a total of seven doses while continuing aspirin. After these seven doses of Lovenox were administered, aspirin was the only form of prophylaxis for deep vein thrombosis. Per pharmacy and chart

USCA5 3354

review, she completed her final dose of Lovenox on January 16, 2015.  In the postoperative

setting, there is no documentation that Mrs. Mingo attempted to stop smoking.  She then

presented back to Dr. Gholson on January 21, 2015, with evidence of leg swelling bilaterally that

prompted venous Dopplers.  These were obtained on January 22, 2015, and revealed evidence of

a right-sided peroneal (anterior proximal) deep vein thrombosis that was occlusive in nature.  On

January 22, 2015, she was admitted to Southwest Mississippi Regional Medical Center and was

started on DVT treatment doses of Lovenox (1 mg/kg administered subcutaneously twice daily),

continued on aspirin, and was given a loading dose of Coumadin at 10 mg.  At the time of

admission her PT/INR and PTT were normal and documentation of anemia by laboratory is

noted.  Coumadin and Lovenox were stopped after one day and then Dr. Renie Jordan switched

Mrs. Mingo to Xarelto as therapeutic DVT treatment doses.  At his deposition, Dr. Jordan

indicates that he discussed with Mrs. Mingo the risks associated with Xarelto.

Mrs. Mingo was started on Xarelto at a dose of 15 mg to be administered twice daily for

21 days followed by a dose of 20 mg administered once daily.  Of note, her INR rose to 2.08 on

January 24, 2015, after receiving two doses of Xarelto and one dose of Coumadin at 10 mg.

Discharge information included education regarding risk of bleeding and included instructions to

hold aspirin.  Aspirin, however, remained on the medicine reconciliation sheet as a home

medication.  She was then discharged on January 24, 2015.

### Medical Statement:  Postoperative Care Through Onset of Development of Deep Vein Thrombosis

Mrs. Mingo received ten days of prophylactic subcutaneous Lovenox at a dose of 40 mg

(three days post-surgery in the hospital followed by seven days after discharge) in the

postoperative setting concomitantly with aspirin.  At the conclusion of her prophylactic Lovenox

therapy, she was transitioned to aspirin 325 for additional deep vein thrombosis prophylaxis.

USCA5 3355

The aspirin was ineffective as she developed a deep vein thrombosis within five days of discontinuing Lovenox prescribed at prophylactic doses. The risks for the development of a deep vein thrombosis were originally described by Virchow and are now known as Virchow's triad. It includes:

1. Hypercoagulable state

2. Stasis

3. Endothelial damage (vessel damage)

Orthopedic procedures, especially knee and hip arthroplasties, are considered high risk for the development of a deep vein thrombosis as the surgery itself fulfills two risk factors for the development of a deep vein thrombosis. Stasis and endothelial injury are both part of an orthopedic procedure given the patient's relative immobility and underlying endothelial injury. Moreover, hypercoagulable state could include congenital or acquired thrombophilic states, obesity, cancer, tobacco abuse, pre-existing thrombosis, pregnancy, or estrogen use. Post-surgical attempts to prevent the development of a deep vein thrombosis involve prophylactic interventions. As in Mrs. Mingo's case, this included Lovenox for a total of ten days in conjunction with aspirin with continuation of aspirin following the completion of Lovenox. This intervention failed and she developed a deep vein thrombosis. Unfortunately, once a deep vein thrombosis develops, prophylactic therapy is no longer adequate, and more aggressive anticoagulation becomes necessary. Increasing degrees of anticoagulation bring with them increasing risks of bleeding. This is inevitable with more aggressive anticoagulation. Below is a list of acceptable therapeutic options for the treatment of a deep vein thrombosis (Table 1) followed by a figure (Figure 1) regarding the site of action of each of these anticoagulants.

USCA5 3356

On admission to the emergency room, the physician initially ordered Mrs. Mingo a loading dose of Coumadin at 10 mg orally once as well as Lovenox at weight based dosing at 1 mg/kg, which is considered therapeutic DVT treatment. Lovenox was administered two times as indicated in the medication administration record for the treatment of underlying deep vein thrombosis. Coumadin administered at a 10 mg dose for one dose may be responsible in part for the elevation in Mrs. Mingo's PT/INR going from 0.88-2.08 between the 22nd and 24th of January, 2015, respectively. This may also be a result of Xarelto and therefore this finding does not yield any significant clinical weight.

Based on the FDA-approved package insert information and current recommendations, her therapy, which included Xarelto to be administered at 15 mg two times daily for 21 days with conversion to 20 mg once daily thereafter, was appropriate. During this time it is documented that Mrs. Mingo remained on aspirin.

The 2016 Antithrombotic Guidelines by CHEST recommend the prescription of Xarelto or one of the other NOACs as a first-line therapy in preference to Coumadin for initial and long-term treatment of DVT or PE in patients without cancer.

### E. Medical Overview: Medical Events that Took Place after Initiation of Deep Vein Thrombosis Treatment with Anticoagulation through Hospitalization for Gastrointestinal Bleed

On February 2, 2015, after having been on Xarelto for 11 days at 15 mg orally two times daily, Mrs. Mingo presented to the emergency room at King's Daughters Hospital with evidence of worsening anemia with a hemoglobin of 8.6 and weakly Hemoccult-positive stools as well as evidence of lower extremity swelling. According to her medical records, no dark stools were noted on this visit. A bleeding scan obtained in the emergency room did not reveal any evidence of overt bleeding and aspirin is documented on her medication list in conjunction with Xarelto.

USCA5 3357

Mrs. Mingo then followed up with nurse practitioner Deborah Zachary on February 3, 2015. A referral was made to a gastroenterologist.

Mrs. Mingo was seen by nurse practitioner Mary Thornton at the office of Dr. Stephen Keith on February 10, 2015. Preparation for a colonoscopy was made and plans were also made to proceed with an esophagogastroduodenoscopy. An anemia workup was initiated. Laboratory tests obtained at that point in time revealed a hemoglobin of 5.8. These labs were reviewed by Dr. Jennifer Gholson, and Mrs. Mingo was directed to the emergency room at Southwest Mississippi Regional Medical Center. At the time of her admission, Mrs. Mingo had been prescribed Xarelto for a total of 21 days at 15 mg by mouth twice daily with the plan for her to move to 20 mg the following day. At Southwest Mississippi Regional Medical Center, Mrs. Mingo's documented hemoglobin was 6.4 with an INR of 2.34 and no evidence of a current DVT on repeat Doppler examination. Mrs. Mingo's medical chart documents that she had dark stools since initiating her iron in January 2015.

There is no documentation of hemodynamic instability or bright red blood per rectum at the time of admission to the hospital. Mrs. Mingo was, however, admitted to the intensive care unit and received a total of 4 units of packed red blood cells and was also given 2 units of fresh frozen plasma. On February 13, 2015, she was evaluated by gastrointestinal services and underwent an EGD revealing a 6 mm oozing ulcer that was treated with a Hemoclip and ACP. Additionally, a biopsy and stains for Helicobacter pylori, a common cause of gastric ulcers, were negative. Her hemoglobin with transfusion rose to 9.9. She was transferred to the floor and later discharged from the hospital on February 15, 2015.

USCA5 3358

**Medical Statement:  Medical Events that Took Place after Initiation of Deep Vein Thrombosis Treatment with Anticoagulation through Hospitalization for Gastrointestinal Bleed**

After anticoagulation for the treatment of Mrs. Mingo's deep vein thrombosis was initiated, she developed evidence of gastrointestinal bleeding confirmed by weakly Hemocult-positive stools as well as a rather sizable drop in her hemoglobin and hematocrit.  Given her stable appearance in the emergency room, the emergency room physician opted to recommend that she continue anticoagulation with her Xarelto and aspirin.  This was confirmed and supported by two additional practitioners on February 3, 2015, and February 10, 2015, that also chose to continue anticoagulation.  Presumably, anticoagulation would have been discontinued at these times if the medical practitioners felt that Mrs. Mingo was at risk for evidence of hypotension or further bleeding.  Upon admission to Southwest Mississippi Regional Medical Center on February 12, 2015, anticoagulation was held and Mrs. Mingo appropriately received packed red blood cells that resulted in an appropriate increment in her hemoglobin and hematocrit.

Treatment of bleeding is typically treated with:

1.     Stopping the medication

2.     Managing any evidence of hemodynamic instability

3.     Transfusion or volume expanding agents as needed to maintain blood pressure

4.     Addressing the site of bleeding

   a.     Systemically-reversal options/correction of anticoagulation bleeding

   b.     Locally-surgical or interventional procedures that manage bleeding at the site of bleeding

All of these steps were taken in an appropriate fashion.  At the time of admission she was noted to be on both aspirin and Xarelto.  These agents work on separate portions of the

coagulation system with aspirin effecting platelet function, which is the initial line of defense with an underlying bleed. Xarelto affects the protein-based side of the coagulation cascade that helps maintain and stabilize clots. Mrs. Mingo's co-administration of both aspirin and Xarelto increased her risk of bleeding over and above the individual risks associated with each medication by itself. Xarelto may have increased the rate of Mrs. Mingo's gastric bleed; however, administration of Lovenox with Coumadin, with the intent of treating a deep vein thrombosis, would have led, without reservation, to an increased risk of bleeding. Based on the EINSTEIN trial comparing Xarelto to Lovenox and Coumadin, there was a 1 percent risk in bleed with Xarelto that was severe or life-threatening and a 1.7 percent risk of bleed that was severe or life-threatening in the Lovenox and Coumadin arm of the trial. This correlated with a risk reduction of 46 percent favoring administration of Xarelto over Lovenox and Coumadin.

Mrs. Mingo underwent repeat Dopplers which no longer revealed deep vein thrombosis. This is likely a natural result of thrombus breakdown of the body. Failure of Xarelto and aspirin to manage her DVT would have been exhibited by progression of DVT by Doppler.

Of note, Helicobacter pylori negative biopsy of the stomach increases the likelihood that Mrs. Mingo's development of her gastric ulcers was the direct result of nonsteroidal anti-inflammatories and co-administration of aspirin.

F.      **Medical Overview:  Resolution of Gastric Ulcer Bleeding and Recovery from Gastric Ulcer Bleed**

Four days after discontinuing coagulation and correction of gastric ulcer, Mrs. Mingo's red blood count was a hemoglobin of 11 and a hematocrit of 34.5. In May 2015, a repeat EGD was performed. It revealed resolution of the gastric ulcer while Mrs. Mingo was on aspirin but not taking any nonsteroidal anti-inflammatory drugs. There were, however, areas of increased and intense erythema documented in her records.

USCA5 3360

In January 2016, the medical chart notes reveal a hemoglobin of 13. Mrs. Mingo was referred to hematologist Dr. Yunus on February 1, 2016, with evidence of normal iron stores and normal blood counts.

Mrs. Mingo's medical records both before and after her gastric ulcer bleed describe depression and anxiety. On June 6, 2015, Dr. Gholson's notes specifically cite no evidence of anhedonia. However, the note reveals evidence of appetite changes, racing thoughts, panic, and paranoia. Other further notes following this point in time failed to demonstrate similar symptoms. By December 2, 2015, nurse practitioner Deborah Zachary notes no further fatigue or malaise.

**Medical Statement: Resolution of Bleeding and Recovery from Bleed**

After intervention for her underlying gastric ulcer and discontinuation of nonsteroidal anti-inflammatories and anticoagulants with the exception of aspirin, Mrs. Mingo's blood cells–her hemoglobin and hematocrit–rose to levels documented only once in the years between 2003 and 2015 preceding her gastrointestinal bleed. This finding is most consistent with the development of a chronic anemia related to chronic slow blood loss. Mrs. Mingo had documented depression and anxiety both before and after her hospitalization for her gastric ulcer bleed. There was testimony by Mrs. Mingo in her deposition that she believed her son had been falsely convicted of a crime and that this situation caused her stress and anxiety. Mrs. Mingo's son's conviction and incarceration occurred in 2004. As early as July 2003, Mrs. Mingo was noted to have a past medical history of anxiety. She was taking Xanax routinely at that time (and for many years). She was started on Lexapro in July 2007. The medical records also include an anxiety/depression diagnosis in March 2010 by Dr. Kyzar.

Mrs. Mingo experienced no consistent long-term sequelae following her gastric ulcer bleed. She had a complete resolution of her blood counts and no recurrence of underlying deep vein thrombosis.

**In Summary:**

Mrs. Mingo developed a postoperative and provoked deep venous thrombosis, which was treated appropriately with Xarelto based on FDA recommendations and current CHEST guidelines while continuing to take aspirin. She had taken Anaprox DS and other nonsteroidals prior to surgery with the development of an underlying gastric ulcer. Ultimately, this gastric ulcer bled and this was likely potentiated with anticoagulation in the form of Xarelto and aspirin. However, anticoagulation, including Lovenox and Coumadin, that would have been administered for deep vein thrombosis at treatment doses would have led to an equivalent if not more profound rate of bleed from the gastric ulcer. After correction of Mrs. Mingo's underlying gastrointestinal bleed, she had no long-term discernible deficits or symptoms that would have been associated with her underlying gastric bleed.

13

USCA5 3362

Table 1

| Mechanism of Action | Agent | Monitoring | Correction | Nuances | Half-life | Compliance | Factors involved |
|---|---|---|---|---|---|---|---|
| Vitamin K antagonists | Coumadin / warfarin | PT/INR Goal 2-3 | Vitamin K and fresh frozen plasma | Dietary restriction, regular lab monitoring, interference from other medications | 20 to 60 hours | Poor | Factors II, VII, IX, and X and protein C&S |
| Low molecular weight heparin | Lovenox Fragmin | Monitoring factor X a activity | Protamine –partial | Injectable | 4.5-7 hours 3-5 hours | Poor | Potentiates Antithrombin III |
| Factor Xa inhibitor – injectable | Arixtra | Monitoring factorXa activity | None | Injectable | 17-21 hours | Poor | Factor X |
| Direct thrombin inhibitor | Pradaxa | None | None | Oral | 12-17 hours | Good | Thrombin (Factor II) |
| Factor Xa inhibitor–oral | Xarelto Eliquis | None | None | Oral | 5-9 hours 12 hours | Good | Factor X |

USCA5 3363



Graph 1



USCA5 3364

Figure 1 



USCA5 3365

**EXHIBIT A**

USCA5 3366

# Brian E. Persing MD



## Education

M.D.    University of South Dakota School of Medicine, Vermillion, SD

B.S.    University of South Dakota, Vermillion, SD, May 1998, Major: Chemistry

## Residency Training
Internship: Internal Medicine 2002-2003, University of Mississippi Medical Center, Jackson
        Mississippi
Residency: 2003-2005, University of Mississippi Medical Center, Jackson, Mississippi

## Fellowship Training
Hematology/Oncology 2006-2009, University of Mississippi Medical Center, Jackson, Mississippi

## Board Certification and Credentialing
Board Certification Internal Medicine, Expiration 2015 Not Meeting MOC Requirements
Board Certification Hematology, Expiration 2019 Meeting MOC Requirements
Board Certification Oncology, Expiration 2019 Meeting MOC Requirements

## Current Staff Privileges
Singing River Health System. 2005-Present. Pascagoula and Ocean Springs, Mississippi

## Current Employment
Singing River Health System, Regional Cancer Center 2011-Present

## Past Employment
Southern Cancer Center, Mobile Alabama, 2009-2011

## Research
Summer Medical and Research Training, University of South Dakota School of Medicine, 1999.
        "Do Patients Understand Prescription Medication Information?" Supervisor: Scott Rand,
        M.D.
Joint Third Year Research Project, University of South Dakota School of Medicine, 2001.
        "Prescription Medications, Patient Information" Supervisor: David Brechtelsbauer, M.D.
Howard Hughes Medical Institute, University of South Dakota, Department of Chemistry, 1997-
        1998.  **Probing the presence of hydrophobic sites in anionic polyelectrolytes with
        tris(polypyridine)chromium(III) complexes.** *Inorganica Chimica Acta, Volume 308,
        Issues 1-2, 20 October 2000, Pages 107-115.*Silvia Ronco et. Al.
Validating an Assessment Tool for Frailty in an Ambulatory Geriatric Hematology and Oncology
        Setting, 2009 to present.  Initial Principal Investigator.

USCA5 3367

**Professional Organizations**

    American College of Physicians
    American Society of Clinical Oncology
    American Society of Hematology
    Mississippi Oncology Society

**Positions/Additional Professional Activities**

    Mississippi Cancer Registry Advisory Board
    Vice President Mississippi Oncology Society
    Adjunct Professor William Carey University College of Osteopathic Medicine
    Credentialing Committee Singing River Health System
    Blood Utilization Committee Singing River Health System

**Presentations**

    A Case Report of Pulmonary Papillomatosis with Progression to Multifocal Squamous Cell
        Cancer of the Lung. Oral Presentation at Southern Society of Clinical Investigators 2009

    Case Report of IgE Multiple Myeloma.  Poster Presentation at Southern Society of Clinical
        Investigators 2008

    Unusual Presentation of Diffuse Large B-Cell Lymphoma.  Poster Presentation at Southern
        Society of Clinical Investigators 2007

**Additional Recognition and Awards**

    Eagle Scout Class of 1992
    Spencer L. Schreiter Memorial Fellowship for Excellence in Hematology and Oncology,
        Department of Hematology and Oncology, University of Mississippi Medical Center,
        Jackson, MS

USCA5 3368

**EXHIBIT B**

USCA5 3369

## MATERIALS RELIED ON, REVIEWED, AND/OR CONSIDERED
## BY BRIAN PERSING, MD

| |
|---|
| All materials referenced and/or discussed within the report are incorporated.  In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |
| **Depositions Transcripts**<br>• Renie Jordon, MD<br>• Stephen Keith, MD<br>• Dora Mingo<br>• Jileta Mingo |
| **Product Labels** |
| Xarelto Label (08-2013) |
| Xarelto Label (01-2014) |
| **Medical Records** |
| All medical records for Dora Mingo |
| **Medical Literature** |
| 2016 Antithrombotic Guidelines, CHEST American College of Chest Physicians |
| Sabir I, Khavandi K, Brownrigg J, Camm AJ. Oral anticoagulants for Asian patients with atrial fibrillation. Nature Reviews Cardiology. 2014;11(5):290-303. doi:10.1038/nrcardio.2014.22. |