UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Dora Mingo v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAG. JUDGE NORTH |
| *William Henry v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE EXHIBITS TO
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY
FROM SEVEN DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES
FROM OTHER ANTICOAGULANTS UNDER SEAL**

NOW COME Plaintiffs who submit that on February 24, 2017, Plaintiffs' Motion to Preclude Speculative Expert Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] ("Other Anticoagulants Motion") was filed into the record. Exhibits 1 through 12 attached to the Other Anticoagulants Motion refer to or contain information that has been designated confidential. Accordingly, movers request that Exhibits 1 through 12 attached to the Other Anticoagulants Motion be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits 1 through 12 attached Plaintiffs' Motion to Preclude Speculative Expert Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be filed UNDER SEAL.

Respectfully submitted,

Dated:  February 24, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**