UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| *William Henry v. Janssen et al.* Case No. 2:15-cv-00224 | * * * * | |

## O R D E R

Considering the Motion for Leave to File Exhibits to Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1 through 12 attached Plaintiffs' Motion to Preclude Speculative Expert Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge