UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that David E. Dukes of the law firm of Nelson Mullins Riley & Scarborough, LLP, 1320 Main Street, 17th Floor, Columbia, SC, Telephone: 803-799-2000, email: David.Dukes@nelsonmullins.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 24th day of February, 2017.

                                              Respectfully submitted,

                                              */s/ David E. Dukes*
                                              NELSON MULLINS RILEY & SCARBOROUGH LLP
                                              1320 Main Street/17th Floor
                                              Post Office Box 11070 (29211-1070)
                                              Columbia SC 29201
                                              Telephone: (803) 799-2000
                                              Facsimile: (803) 256-7500
                                              David.Dukes@nelsonmullins.com

                                              *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Stree
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

*Co-Lead Defense Counsel*


CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24th 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                  */s/     John F. Olinde*