UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | MAG. JUDGE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No.  2:15-cv-03708 | |

_____

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF LAURA M. PLUNKETT, PH.D., UNDER FEDERAL RULE OF EVIDENCE 702 [REC. DOC. 5108]**

_____

# FILED UNDER SEAL IN ITS ENTIRETY

i