UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

**THIS DOCUMENT RELATES TO:**
*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

**MOTION FOR LEAVE TO FILE THE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF DAVID A. KESSLER, M.D. UNDER FEDERAL RULE OF EVIDENCE 702 [REC. DOC. 5111] UNDER SEAL IN ITS ENTIRETY**

NOW COME Plaintiffs who submit that The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111], as well as all exhibits, contain and/or refer to or contain information that has been designated confidential. Accordingly, movers request that The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111], be filed UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be granted and that The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111] be filed UNDER SEAL in its entirety.

                                                      Respectfully submitted,

Dated:  February 27, 2017

                                                      */s/ Leonard A. Davis*
                                                      Leonard A. Davis, Esq. (Bar No. 14190)
                                                      ***HERMAN, HERMAN & KATZ, LLC***
                                                      820 O'Keefe Avenue
                                                      New Orleans, LA  70113
                                                      PH: (504) 581-4892
                                                      FAX: (504) 561-6024
                                                      Email:  ldavis@hhklawfirm.com

                                                      Gerald E. Meunier (Bar No. 9471)
                                                      ***GAINSBURGH BENJAMIN DAVID MEUNIER***
                                                      ***& WARSHAUER, LLC***
                                                      2800 Energy Centre, 1100 Poydras Street
                                                      New Orleans, LA  70163-2800
                                                      PH: (504) 522-2304
                                                      FAX: (504) 528-9973
                                                      Email:  gmeunier@gainsben.com

                                                      ***Plaintiffs' Liaison Counsel***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                              */s/ Leonard A. Davis*
                                                                                              **LEONARD A. DAVIS**