## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   MDL No. 2592
PRODUCTS LIABILITY LITIGATION  SECTION L

             JUDGE ELDON E. FALLON
             MAGISTRATE NORTH

THIS DOCUMENT RELATES TO:
*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

---

# O R D E R

---

Considering the Motion for Leave to File The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this ___ day of _____, 2017.

           _____
           Eldon E. Fallon
           United States District Court Judge