**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION                   SECTION L

                                                JUDGE ELDON E. FALLON
                                                MAGISTRATE NORTH

**THIS DOCUMENT RELATES TO:**
*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

---

**THE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION**
***IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF DAVID A. KESSLER, M.D.**
**UNDER FEDERAL RULE OF EVIDENCE 702 [REC. DOC. 5111]**

---

# FILED UNDER SEAL

# IN ITS ENTIRETY