UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

THIS DOCUMENT RELATES TO:

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*,
Case No. 2:14-cv-02720

---

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. NATHANIEL WINSTEAD, M.D.
[RECORD NO. 5120]**

---

# FILED UNDER SEAL
# IN ITS ENTIRETY