UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE [REC. DOC. 5119] UNDER SEAL IN ITS ENTIRETY**

NOW COME Plaintiffs who submit that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine [Rec. Doc. 5119], as well as all exhibits, contain and/or refer to or contain information that has been designated confidential. Accordingly, movers request that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine [Rec. Doc. 5119], be filed UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be granted and that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine [Rec. Doc. 5119] be filed UNDER SEAL in its entirety.

Respectfully submitted,

Dated: February 27, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

                                                */s/ Leonard A. Davis*
                                                **LEONARD A. DAVIS**