UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L |
| | JUDGE ELDON E. FALLON<br>MAGISTRATE NORTH |

**This Document Relates To:**

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720

# O R D E R

Considering the Motion for Leave to File Plaintiffs' Response In Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine [Rec. Doc. 5118] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response In Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine [Rec. Doc. 5118] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge