**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELSON E. FALLON |
| *Boudreaux, Jr., et al. v. Janssen Research & Development LLC, et al.,* **Case No. 2:14-cv-02720** | MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Janssen Research & Development LLC, et al.,* **Case No. 2:15-cv-03708** | |

---

**O R D E R**

---

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens [Rec. Doc. 5113]; and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases [Rec. Doc. 5114] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens [Rec. Doc. 5113]; and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases [Rec. Doc. 5114] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge