UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELSON E. FALLON |
| *Boudreaux, Jr., et al. v. Janssen Research & Development LLC, et al.,* Case No. 2:14-cv-02720 | MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Janssen Research & Development LLC, et al.,* Case No. 2:15-cv-03708 | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT *DAUBERT* MOTIONS TO EXCLUDE EXPERT OPINIONS AND TESTIMONY REGARDING: (1) UNAPPROVED DOSING AND MONITORING REGIMENS [REC. DOC. 5113]; AND (2) THE EXPERTS' 20-SECOND PT CUT-OFF GUIDELINE IN THE *ORR* AND *BOUDREAUX* CASES [REC. DOC. 5114]**

# FILED UNDER SEAL
# IN ITS ENTIRETY