**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al.** <br> **Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |
| **Joseph Orr, Jr., et al. v. Janssen et al.** <br> **Case No. 2:15-cv-03708** | |

**EXHIBIT 3**
**TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION *IN LIMINE* TO**
**EXCLUDE CERTAIN OPINIONS OF JOHN E. MAGGIO, Ph.D.**

# FILED UNDER SEAL