**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al.** <br> **Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |
| **Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al.** <br> **Case No. 2:15-cv-03708** | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE JAMES A. REIFFEL, MD (AND ANY OTHER MEDICAL EXPERT'S TESTIMONY) ABOUT ATTORNEY ADVERTISING AND EARLIER CANCER DETECTION FROM ANTICOAGULANT-RELATED BLEEDS**

# EXHIBIT D

# FILED

# UNDER SEAL

Exhibits A -0 Placeholder