**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE JAMES A. REIFFEL, MD (AND ANY OTHER MEDICAL EXPERT'S TESTIMONY) ABOUT ATTORNEY ADVERTISING AND EARLIER CANCER DETECTION FROM ANTICOAGULANT-RELATED BLEEDS**

# EXHIBIT H FILED UNDER SEAL

Exhibits A -0 Placeholder