# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Judge Eldon E. Fallon |
| | ) | |

# Expert Report of Laura M. Plunkett, Ph.D., D.A.B.T.

By: _____
Laura M. Plunkett, Ph.D., D.A.B.T.

Date: __10/14/2016__

USCA5 3561

**EXPERT REPORT OF**

**Laura M. Plunkett, Ph.D., DABT**

**October 14, 2016**

## I.     Training and Qualifications

1.     I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship.  Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates. Attached as Appendix A is a copy of my curriculum vitae.

2.     I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over 20 years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3.     I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral research was focused in the area of cardiovascular pharmacology, and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides. My training required my understanding of the mechanisms of action and basic pharmacology of drugs from all classes, including drugs used in cardiovascular diseases to prevent clotting.

4.     From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My

1

USCA5 3562

research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

5.      From September 1986 to June 1989, I was an Assistant Professor of Pharmacology and Toxicology in the medical school at the University of Arkansas for Medical Sciences, Little Rock, Arkansas, where I performed basic research in the areas of neuropharmacology and toxicology as well as cardiovascular pharmacology and toxicology. I taught courses for both medical students and graduate students in pharmacology and toxicology as well as the neurosciences. As a pharmacologist, my work was directed towards understanding the biologic mechanisms of drug actions. As part of the medical school training we provided, drugs used to affect clotting mechanisms were discussed in lectures.

6.      From December 1989 to August 1997, I worked for ENVIRON Corporation, first in the Arlington, Virginia office and then in the Houston, Texas office. I worked specifically within the health sciences group and most of my projects dealt with issues surrounding products or processes regulated by the FDA. During my consulting career (ENVIRON, Plunkett & Associates, and Integrative Biostrategies), I have worked on a variety of projects dealing with the regulation of products by the FDA, including human drugs (both prescription and over-the-counter drugs), veterinary drugs, biologics, medical devices, consumer products, dietary supplements and foods. I have advised my clients on regulatory issues and strategies for their products, designed preclinical and clinical studies for both efficacy and safety, advised clients on issues related to statements regarding efficacy and warnings for their products based on the current labeling regulations, and generally acted as a regulatory affairs staff for small companies in early stages of product development. Among the clients that I have consulted with have been many drug manufacturers, both large and small companies. A tool common to all my work as a consultant would be risk assessment, including many projects where risks and benefits of human therapeutics were at issue. Also as part of my work in the area of risk assessment, I commonly review and rely on epidemiology data as well as animal data in order to assess risks to human health.

2

USCA5 3563

7.      With respect to my experience that is directly relevant to the issues in this case, I have done a great deal of work on projects related to regulation of human prescription drug products. As a pharmacologist, much of my consulting work has related to understanding and explaining the mechanisms of action of drugs of all types, as well as the toxic effects of drugs. I have specific expertise in cardiovascular pharmacology, which is the study of drugs used to treat cardiovascular diseases, including atrial fibrillation. I also have expertise in pharmacokinetics, where I have designed clinical trials and analyzed pharmacokinetic data. I have taught pharmacology to medical students, including specific lectures dealing with drugs used to treat cardiovascular diseases. I have lectured to graduate students, law students and pharmacy students on FDA regulations as they apply to human drug products, including lectures that have covered the human drug approval process, labeling of human drugs, both OTC and prescription products, and postmarket reporting requirements for drug manufacturers. Throughout my career, I have published dozens of peer-reviewed articles, which are listed in my curriculum vitae (Appendix A). I have authored a book chapter on FDA pharmacovigilance practices. I have served as a peer-reviewer for medical journals in my capacity as a pharmacologist and toxicologist. In litigation I have provided expert testimony and been qualified by both state and federal courts in the areas of pharmacology, pharmacokinetics, toxicology, risk assessment and FDA regulations. A list of my previous testimony for the past four years is included as Appendix B and fee schedule is included as Appendix C.

## II.    Information Reviewed

8.      During the course of work on this case, I have reviewed the following materials:

a)  scientific literature relating to the pharmacology and toxicology of rivaroxaban (Xarelto®);

b)  labeling for Xarelto;

c)  the Food, Drug and Cosmetic Act (FDCA) and regulations of the U.S. Food and Drug Administration (FDA) relating to the development, approval, labelling and marketing of human prescription drug products, including court interpretations of the FDA regulations; and

d)  documents produced during the litigation that are, for example, internal company documents, adverse event reports, FDA documents relating to Xarelto's regulatory submissions, or documents found on public sites.

3

USCA5 3564

It should be noted that all of the sources listed above are ones commonly used in my work as a pharmacologist, toxicologist, and risk assessor, including internal company documents that often outline what was known by a manufacturer concerning their drug product as well as outlining company policies that relate to human drug development in the United States. I have formed opinions in this case using standard methods that I apply in all of my work as a pharmacologist and toxicologist that is related to assessing the risks and benefits of therapeutic products, both litigation and non-litigation projects. These methods include reviewing available scientific literature and data describing the effects of a drug on living organisms, tissues and cells, and then using weight-of-the-evidence methodology to analyze the information. I was trained in the use of these methods as part of my undergraduate, graduate, and postdoctoral work in pharmacology and toxicology, as well as while working as a consultant in human health risk assessment. Weight-of-the-evidence methodology is used as part of regulatory decision making by many bodies including the FDA[1]. At the end of this report is attached a list of the published medical articles cited throughout this report. Attached to this report as Appendix D is a complete list of all materials that I have reviewed and relied upon in forming my opinions in this case. All of the opinions expressed in this report are based on a reasonable degree of scientific certainty.

## III. Summary of Opinions

9.      The following is a brief summary of the opinions I have formed in this case based on my training and experience as a pharmacologist, toxicologist and FDA regulatory specialist. All opinions expressed in this report are based on a reasonable degree of scientific certainty. I reserve the right to supplement my opinions as new information becomes available.

- Xarelto has a "narrow therapeutic index", or margin of safety, where narrow therapeutic index means that there is a small difference in the dose of Xarelto that produces therapeutic effects and the dose associated with an increased risk of toxicity (*i.e.,* major bleeding events in the case of Xarelto).

---

[1] *e.g.,* http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm079257.pdf; http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm074916.pdf; http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm079240.pdf

4

- Xarelto does not have a highly predictable pharmacokinetic-pharmacodynamic (PK/PD) profile, contrary to the position advanced by the manufacturer, Janssen Pharmaceuticals (hereafter refer to as Janssen). Patients taking Xarelto exhibit a high degree of inter-individual variability in various pharmacokinetic parameters. It is well established that differences among humans in the way that a drug is absorbed, distributed, metabolized and/or eliminated (*i.e.*, pharmacokinetics) can have important effects that impact the efficacy and safety profiles of a drug. Differences in drug absorption, distribution, metabolism and elimination among individuals can be attributed to a variety of host factors that include, but are not limited to, gender, age, genetics, body weight and/or ratios of fat to lean body mass, underlying disease state, use of concomitant drugs, liver and/or kidney function, and diet.

- Because of Xarelto's pharmacokinetic profile, it is not possible to reliably predict blood levels that will be achieved for individual patients dosed with Xarelto based solely on knowledge of the dose level administered. The large amount of inter-individual variability in Xarelto's pharmacokinetics impacts the efficacy of the drug as well as the safety of the drug.

- As a result of Xarelto's pharmacokinetic profile, where there may be increased inter-individual variability in rivaroxaban blood levels in certain individuals, patients may exhibit higher rivaroxaban blood levels than expected for any given Xarelto dose. The high level of inter-individual variability in rivaroxaban blood levels has been shown to be clinically relevant. Additionally, the level of inter-individual variability in rivaroxaban blood levels exceeds the level observed with some other anti-coagulants.

- The pivotal clinical study (known as ROCKET) performed to support Xarelto's New Drug Application and the indication sought, to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation, suffered from some important limitations that were identified by FDA. An important limitation was the lack of adequate information in the population of patients with atrial

5

fibrillation for dose selection in ROCKET. As FDA noted, there was no basis for choosing the 20 mg dose that was tested and also no basis for administering the dose only once a day. Instead of approaching the study and dose selection based on sound scientific principles, Janssen[2] chose to test only one dose in ROCKET and to administer that dose once a day. Without testing more than one dose in this new population of patients, Janssen failed to collect critical data that would guide physicians in understanding what the lowest effective dose would be that is also associated with less risk of serious adverse events, such as stroke and major bleeding.

- A program of measuring rivaroxaban blood levels or effect in patients is consistent with general principles of pharmacology and toxicology as a way to ensure that patients are receiving appropriate, non-toxic doses of Xarelto, doses that are both safe and effective. Additionally, in the case of Xarelto, other blood monitoring tests had also been shown to be predictive of the major safety concern for the drug, major bleeding episodes. Therefore, exposure assessment for Xarelto was possible for the drug before it was first marketed.

- Janssen marketed Xarelto as having an advantage over other anti-coagulant agents because no monitoring is required. Yet, Janssen was aware of the high level of inter-individual variability in Xarelto's pharmacokinetics. A high level of inter-individual variability in a drug's pharmacokinetics and a narrow margin of safety would dictate that exposure assessment would be an important patient safety tool.

- Janssen's position that patients on Xarelto therapy do not need to have their coagulation state assessed is not supported by available data. Xarelto clinical data has established that coagulation tests could be reliably used to identify patients at risk of major bleeding events.

---

[2] Note that "Janssen", "Bayer", "Defendant(s)", and/or "Sponsor(s)," as mentioned throughout the report, refer collectively to Bayer Healthcare Pharmaceuticals, Inc, Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG ("Bayer Defendants"), as well as Janssen Research & Development LLC, Janssen Ortho LLC, Jansen Pharmaceuticals Inc., Johnson & Johnson ("Janssen Defendants").

6

USCA5 3567

- Janssen chose not to inform physicians and their patients of the role that exposure assessment could play in identifying patients at risk of bleeding events, information that could lead to patients receiving Xarelto doses that would be both effective and safe. Janssen's decision not to inform physicians and their patients about the utility of exposure assessment put patients' health at risk.

- In contrast to warfarin, Xarelto was marketed without providing physicians with any guidance concerning exposure assessment, and, even more importantly, without providing physicians with an antidote agent that could be used in patients that experience bleeding events while on Xarelto therapy. As a result, as compared to warfarin, Xarelto poses a greater risk to patient health.

- Exposure assessment at the initiation of Xarelto therapy would be appropriate and protective of patient health, an issue that FDA had identified during its review of the Xarelto New Drug Application (NDA). Such assessment would identify those patients at an increased risk of bleeding events. Available evidence demonstrates that exposure assessment is of critical importance for all patients, but, in particular, in susceptible patient subpopulations.

- Janssen failed to adequately define the safety profile of Xarelto, and the Xarelto labeling failed to provide physicians with important safety information that would allow them to understand and reduce the actual risks to patients.

- Consistent with the FDA regulations pertaining to the duty of the manufacturer, the labeling for Xarelto is inadequate in several ways. First, the label does not adequately describe the high level of inter-individual (inter-patient) variability in both pharmacokinetics and pharmacodynamics that are characteristic of Xarelto use. Second, the label does not adequately describe that the pharmacodynamics measurement tool, prothrombin time, is linearly correlated with rivaroxaban blood levels and can be used as a surrogate marker for drug blood level. Finally, the label does not adequately describe that Xarelto clinical trial data (ROCKET) demonstrated a predictable exposure-response relationship between prothrombin time/ and major bleeding, an important safety issue for patients taking Xarelto.

7

The product labeling is not only inadequate in its inaccurate, incomplete description of Xarelto's exposure-response relationships, but also in turn places patient health at unnecessary risk because physicians and their patients rely on drug manufacturers to provide full and adequate labeling.

**IV.     Pharmacology and Toxicology of Xarelto**

10.     Xarelto is a member of a class of drugs known as anti-coagulants.  Anti-coagulants are drugs that control the fluidity of blood.  The mechanisms that control blood fluidity are complex and involve maintaining the balance between systems that initiate blood clotting and systems that control fibrinolysis, or the breakdown of blood clots. The balance between clotting and fibrinolysis prevents thrombosis, or the lack of blood flow, and hemorrhage, or uncontrolled blood flow. Blood thrombi are composed of an aggregation of platelets, fibrin and red blood cells trapped within the thrombosis. As a result, drugs developed to prevent thrombi formation have included drugs that are anti-platelet agents, anti-coagulants, and fibrinolytic agents. Anti-platelet drugs are ones that inhibit platelet aggregation and include agents such as aspirin. Fibrinolytic agents degrade fibrin and include drugs such as streptokinase and plasminogen. Anti-coagulants, the class of drugs that includes Xarelto, inhibit the formation of fibrin. Other well-known anticoagulant drugs include heparin and warfarin. Due to the complexity associated with maintaining a balance between clotting and bleeding in individuals treated with anticoagulants, the drugs as a class have a narrow therapeutic index (Wright *et al.* 2013; Duffull, S.B., 2012).

11.     Focusing on anti-coagulants as a class, there are a variety of drugs that target different points in the blood clotting cascade that involves fibrin formation. Reviews of the mechanism of action of anti-coagulant drugs can be found in textbooks of pharmacology and human physiology and disease (*e.g.,* Majerus and Tollefsen. 2006. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 12th edition*. 2013. Brunton et al. (eds.). McGraw-Hill: New York. Chapter 54; Weitz, J.L. 2006. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. Brunton et al. (eds.) McGraw-Hill: New York. Chapter 30; Marchlinski, F. 2013. In: *Harrison's Principles of Internal Medicine*, online edition. Chapter 233). Since anti-coagulants are drugs that affect blood coagulation processes, it is useful to review the basic mechanisms that have been defined to date.

USCA5 3569

12.     Injury to a blood vessel initiates coagulation. Injury can be a cut or tear in a blood vessel wall or injury due to shear forces introduced to blood vessels by disease processes such as hypertension or other diseases that affect blood flow (*e.g.,* atrial fibrillation). The coagulation process begins when platelets accumulate at the injury site and adhere to macromolecules in the subendothelial regions of the injured blood vessel. Platelets then become activated and release chemical mediators that activate nearby platelets and recruit those cells to the site of injury. In addition to triggering platelet adhesion and activation, injury to blood vessel walls exposes tissue factor, which then initiates other parts of the coagulation process. Platelets continue to support and enhance activation of the coagulation system by providing a surface for clotting factors to gather (tissue factor and factor VII), as well as by releasing stored clotting factors (*i.e.,* factors IX and VIII).  The interaction of platelets with tissue leads to generation of thrombin (factor IIa) from prothrombin (factor II). Thrombin converts fibrinogen to fibrin, which reinforces the platelet aggregation and anchors the clot to the blood vessel wall. Other factors involved in coagulation include factors V and X. Detailed depictions of the clotting process in humans are available and provide further evidence for the complexity of the system (*e.g.,* Duffull, S.B., 2012).

13.     In addition to the coagulation pathways that operate in blood and tissues, there are a series of anti-coagulant pathways that normally operate to prevent thrombosis, or to limit blood clotting to the site of local injury. Endothelial cells produce nitric oxide and prostacyclin, for example, which inhibit platelet binding, secretion and activation.   Endothelial cells also produce a variety of anti-coagulant factors such as heparan sulfate proteoglycans, antithrombin, TF pathway inhibitor, and thrombomodulin. Finally, endothelial cells produce fibrinolytic agents such as tissue plasminogen activator 1, urokinase, plasminogen activator inhibitor, and annexin-2.   A plasma protein involved in the process of preventing clot formation is protein C, which down-regulates thrombin generation. Another factor, tissue factor pathway inhibitor, is a natural anticoagulant found in plasma that also regulates thrombin generation.

14.     There are two basic groups of therapeutic anti-coagulants, parenteral drugs and oral drugs. Heparin is the parenteral agent used routinely in the hospital setting. Heparin is a

USCA5 3570

glycosaminoglycan that occurs naturally in secretory granules of mast cells. It is a polymer synthesized from alternating *D*-glucuronic acid and *N*-acetyl-*D*-glucosamine residues that are attached to a core protein to lead to formation of a proteoglycan; the proteoglycan then undergoes a series of modifications to result in formation of smaller glycosaminoglycan chains of from 5 to 30 kDa fragments. Despite the heterogeneity that exists among commercial heparin preparations, they have similar biological activity. Heparin produces its pharmacological effects by binding to antithrombin and accelerating the rate at which antithrombin inhibits coagulation proteases. Antithrombin circulates in plasma and inhibits activated coagulation factors such as factor IXa, factor VIIIa, factor Xa, factor Va, and factor IIa. Antithrombin has little activity to inhibit factor VIIa. Due to its rapid onset of action, heparin is routinely used as an initial anticoagulation agent in combination with oral anticoagulation agents. Because it is not absorbed orally, heparin is given parenterally (*i.e.*, intravenous or subcutaneous injection)

15.     Warfarin was the first marketed oral anti-coagulant agent. It is a synthetic agent developed based on the biological effects of bishydroxycoumarin (dicoumarol), a naturally occurring compound found in spoiled sweet clover grain. Warfarin was first marketed as a rodenticide in the 1930's, and then as a human drug starting in the late 1940's. Warfarin is approved for use in the prophylaxis and treatment of thromboembolic disorders (venous and pulmonary) and embolic complications arising from atrial fibrillation or cardiac valve replacement, as well as an adjunct treatment to reduce the risk of systemic embolism after myocardial infarction. Warfarin is a vitamin K antagonist. Vitamin K is a critical factor in the synthesis of coagulation factors II, VII, IX and X in liver. At therapeutic doses, warfarin reduces the amount of vitamin K-dependent coagulation factor synthesis and also results in under-carboxylation of secreted factor molecules. The net effect is a reduction in coagulation factor activity to only 10 to 40% of normal. Warfarin is well absorbed after oral dosing. It is metabolized by the liver, primarily by CYP2C9, with some metabolism through CYP2C8, CYP2C18, CYP2C19, CYP1A2, and CYP3A4. Warfarin is excreted primarily in the urine as inactive metabolites.

16.     The drug at issue in this case is Xarelto, the trade name for rivaroxaban, which carries the chemical name 5-chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-

USCA5 3571

oxazolidin-5yl}methyl)-2-thiophenecarboxamide. Xarelto is an oral anti-coagulant drug first approved for use in the United States in July 2011 under NDA 022406. The first FDA approval was for a 10 mg immediate release tablet and the indication was for "the prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement surgery or knee replacement surgery". The second FDA approval was in November 2011 under NDA 202439. This second Xarelto NDA covered 15 and 20 mg tablets and the approved indication was for use of Xarelto "to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation". In November 2012, Xarelto received FDA approval for a third indication for prophylaxis of deep vein thrombosis or pulmonary embolism. Xarelto is manufactured and marketed by Janssen Pharmaceuticals, hereafter referred to simply as Janssen. The pharmacological activity of Xarelto is discussed in textbooks and in the product labeling (*e.g.,* Majerus and Tollefson. 2013. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 12th edition*. Brunton et al. (eds.). McGraw-Hill: New York. Chapter 54; *Physician's Desk Reference* 2012 through 2016).

17.    Rivaroxaban is the active ingredient in Xarelto tablets. The drug inhibits Factor Xa. Factor Xa is a component of the blood coagulation cascade and is involved in the rate-limiting step in thrombin generation (Mann *et al.* 1988). Factor Xa converts prothrombin to thrombin by cleaving two peptide bonds on the prothrombin molecule. In preclinical studies (*in vitro* and *in vivo*) rivaroxaban was shown to exhibit dose-dependent inhibition of Factor Xa and to prolong clotting tests such as prothrombin time (PT) and activated partial thromboplastin time (aPTT) (Perzborn *et al.* 2005). The toxicological profile of Xarelto also has been reviewed in peer-reviewed publications, as well as in the labeling for the drug and in other publicly available documents (*e.g.,* Ufer, M. 2010; Mega *et al.* 2013; Stevenson *et al.* 2014; FDA Pharmacology Review of NDA 202439 dated February 2011; *Physician's Desk Reference* 2011 through 2016). Xarelto has a "narrow therapeutic index" (Powell, J.R. 2015; Chang *et al.* 2016; FDA Summary Review, November 4, 2011). Narrow therapeutic index means that there is a small difference in the dose of the drug that produces therapeutic effects and the dose associated with an increased risk of toxicity (*i.e.,* major bleeding events in the case of Xarelto). Bleeding is the major toxicity associated with use of oral anti-coagulants, including Xarelto, and is the result of exaggerated pharmacological activity. Thus, the risk of bleeding increases when the internal exposure to the

drug increases. Internal exposure, or blood level, is an important consideration given the inherent variability in Xarelto's pharmacokinetics that can lead to very different blood levels of the drug when the same dose is administered to different patients. The risk of bleeding with Xarelto use, as with any oral anti-coagulant drug, increases with use of other medications that interfere with hemostasis. This is because the resulting pharmacological activity of concomitant medication use can produce additive effects on the end result, decreased clotting.

18.     Before discussing specific opinions, it is important to review some of the basic concepts of pharmacokinetics that relate to patient safety. Pharmacokinetics is the study of the absorption, distribution, metabolism and elimination of a drug. Although pharmacokinetic studies in common laboratory species such as rats, mice and dogs are often performed during drug development, there are species differences in certain aspects of physiology such that pharmacokinetic studies in humans are a routine part of drug development.

19.     It is a general principle of pharmacology and toxicology that as the dose of a drug increases, so does the likelihood that the drug will produce both the desired pharmacological effects and the undesired adverse effects (*i.e.,* dose-response; Eaton, D.L. and S.G. Gilbert. 2013. In: *Casarett & Doull's Toxicology: The Basic Science of Poisons, 8th edition.* Klaassen, C.D. (ed.) McGraw Hill: New York. Chapter 2, pp.13-48). Another general principle of pharmacology and toxicology is that for most drugs, levels of a drug in blood can be identified that, when measured, represent both effective doses of a drug and toxic doses of a drug (Buxton, I.L.O. 2006. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.) McGraw-Hill: New York. Chapter 1, pp. 12). Thus, the internal dose, or blood level of a drug, is typically measured and used as an indicator of both drug efficacy and drug safety. This relationship is sometimes referred to as an "exposure-response" relationship, where the blood level of the drug is a measure of exposure.

20.     It also is well established that differences among humans in the way that a drug is absorbed, distributed, metabolized and/or eliminated (*i.e.,* pharmacokinetics) can have important effects that impact the efficacy and safety profiles of a drug (Buxton, I.L.O. 2006. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.)

USCA5 3573

McGraw-Hill: New York. Chapter 1, pp. 1-39). Differences in drug absorption, distribution, metabolism and elimination among individuals can be attributed to a variety of host factors that include, but are not limited to, gender, age, genetics, body weight and/or ratios of fat to lean body mass, underlying disease state, use of concomitant drugs, liver and/or kidney function, and diet.

21.    Examples of the impact of genetics on pharmacokinetics of drugs includes genetic variations (*e.g.,* polymorphisms) that have been shown to exist in the activity of drug metabolizing enzymes, wherein the polymorphism alters the activity of these enzymes and the capacity of certain individuals to metabolize drugs (Relling, M.V. and K.M. Giacomini. 2006. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.) McGraw-Hill: New York. Chapter 4, pp. 93-115). In the case of Xarelto, the fact that the drug is metabolized by the liver cytochrome P450 (CYP) enzymes indicates that genetic polymorphisms in any of these enzymes would affect the metabolic rate for the drug (Lynch and Price, 2007), which in turn could lead to individuals exhibiting higher than expected blood levels of rivaroxaban.

22.    In general, inter-individual differences in host factors can have clinically significant effects on the pharmacokinetics of a drug, which in turn can lead to differences in the pharmacologic and toxicologic responses to a drug in individuals within the general human population. The pharmacokinetic differences among individuals can be considered separately from pharmacodynamic differences that also exist among individuals, where pharmacodynamics is defined as the mechanisms underlying the actions a drug has in the human body.

23.    As a result of the known inter-individual differences that can exist in drug pharmacokinetics (Rowland, M. and T.N. Tozer. 2011. *Clinical Pharmacokinetics and Pharmacodynamics: Concepts and Applications, 4th edition.* Wolters Kluwer: Philadelphia), as well as drug pharmacodynamics, clinical studies used to support human drug development attempt to reduce variability among individuals by controlling for certain host factors in the different study groups. For example, test groups in a clinical trial will attempt to study the same number of men as women in each arm of a treatment group in order to control for any effect of

13

gender. Additionally, certain individuals may be excluded from a clinical study in order to reduce the variability in the population response to the drug. The term used to describe the characteristics of individuals that are not enrolled in a clinical study is sometimes referred to as "exclusion criteria". Examples of commonly used exclusion criteria include reduced levels of kidney or liver function, age (elderly), certain body weight ranges, and use of certain concomitant medications. Because study population characteristics in a clinical trial are controlled in order to reduce inter-individual variability as much as possible, it is anticipated that when a drug is then marketed in the general population the efficacy and safety profile of the drug may appear different. As a result, data collected in clinical trials do not fully delineate the safety profile of a drug that becomes evident once the drug is used in the general population (*e.g.*, Wysowski and Swartz, 2005; Lasser *et al.* 2002; Goldman, S.A. 1996; Ahmad, S.R. 2003; Ahmad *et al*. 2005). Recent examples of this phenomenon that have led to changes in the use of certain drugs would include cerivastatin (Baycol®) use and an increased risk of rhabdomyolysis, and refecoxib (Vioxx®) use and an increased risk of myocardial infarction.

24. The pharmacokinetics of Xarelto have been shown to be important to the toxicological profile of the drug (*e.g.*, Gong and Kim, 2013; Prescrire editorial staff, 2013; Powell, J.R. 2015). The pharmacokinetics of Xarelto have been reviewed (Mueck *et al.* 2014; Xarelto labeling). To briefly describe its pharmacokinetics, Xarelto is administered orally and has a bioavailability of approximately 80%, although the bioavailability is significantly less depending on whether the drug is administered with food or a high fat diet. Bioavailability is the measure of the amount of drug that is absorbed into the bloodstream and is then available to produce the desired pharmacological effects. Xarelto is a substrate for the efflux transporters known as P-glycoprotein, or P-gp, and breast cancer resistance protein, or BCRP. Drugs that are substrates for such efflux transporter proteins are transported across biological membranes, in particular the gastrointestinal tract and the kidney, thus resulting in smaller amounts of the drug circulating in blood. Substances can interfere with this transport and affect the bioavailability of the drug, increasing the amount of drug taken up into blood. Once absorbed, Xarelto is metabolized in the liver through the activity of liver enzymes known as cytochrome P450 enzymes, or CYP enzymes. There are many different isoforms of CYP enzymes that are involved in drug metabolism. In the case of Xarelto, the principal metabolic enzyme is CYP3A4, with some involvement of CYP2J2. About one third of any Xarelto dose ingested is eliminated

14

unchanged through the kidneys. Another 20% to 30% of the drug is excreted through the feces. The elimination half-life of Xarelto from blood initially was determined in healthy volunteers aged 20 to 45 years of age (see Xarelto labeling) and is reported to be from 5 to 9 hours. It is well-established that drug elimination times increase with age and decreases in renal function. Thus, it should be assumed that the elimination half-life of Xarelto would increase in these populations. The important features of the Xarelto pharmacokinetic profile that relate to potential patient safety concerns, therefore, would include the effects of P-gp transport and food on its bioavailability, the dependence on metabolism by CYP isoforms, and fact that significant amounts of the drug are eliminated through the kidneys and through the feces. Each of these features can affect the amount of rivaroxaban present in blood that can then produce biological effects, both desired effects and undesired effects. Thus, it is important to describe and understand the patient safety concerns associated with the pharmacokinetic profile of Xarelto.

25.     The level of renal excretion characteristic of Xarelto is high enough to raise a drug safety concern because the population of patients with atrial fibrillation that are treated with the drug is older, often above 70 years of age, and it is well documented that renal function declines significantly with age, even in otherwise healthy individuals (*e.g.,* Bargman J.M. and K. Skorecki. 2015. In: *Harrison's Principles of Internal Medicine, 19th edition.* Kasper et al. (eds.), McGraw-Hill: New York (online). Chapter 335; Dousdampanis *et al.* 2012). Thus, even healthy patients over 70 years of age are at risk of Xarelto toxicity due simply to the known association of age and reduced renal function. Decreases in renal function affect drug elimination, decreasing both the rate and extent of elimination. This in turn results in blood levels of the drug that persist at higher levels over time. In a pharmacokinetic study performed as part of Xarelto drug development, rivaroxaban exposure increased by approximately 44 to 64% in subjects with renal impairment (see Xarelto labeling). Additionally, reduced renal function that occurs after a patient has already been taking Xarelto under conditions of normal renal function will lead to differences in that patient's rivaroxaban blood levels as compared to levels that may have been achieved when renal function was normal (*i.e.,* intra-individual variability). The issue of intra- and inter-individual variability in rivaroxaban blood levels due to changes in renal function is, therefore, an important patient safety concern.

USCA5 3576

26.     Potential changes in Xarelto bioavailability is another patient safety concern because changes in drug absorption will affect the blood levels achieved with oral dosing. There are a variety of factors that can affect drug absorption. One important consideration is that absorption can be increased by the presence of drugs that inhibit the activity of the drug transporter protein P-gp (*e.g.,* Fromm, M.F. 2000; Lin and Yamazaki, 2003; Rowland, M. and T.N. Tozer. 2011. *Clinical Pharmacokinetics and Pharmacodynamics: Concepts and Applications, 4th edition.* Wolters Kluwer: Philadelphia, Chapter 7). Xarelto, as well as a variety of other drugs, are transported by the ATP-dependent efflux pump known as P-gp (*e.g.,* Fromm, M.F. 2000; see Xarelto labeling). P-gp is found in tissues with excretory function such as liver, kidney and intestine (Fromm, M.F. 2000; Lin and Yamazaki, 2003; Rowland, M. and T.N. Tozer. 2011. *Clinical Pharmacokinetics and Pharmacodynamics: Concepts and Applications, 4th edition.* Wolters Kluwer: Philadelphia. Chapter 7).  The transporter can reduce drug absorption from the gastrointestinal tract, while enhancing drug elimination into bile and urine. As a result, if a drug taken concomitantly with Xarelto competes for transport with P-gp, the result could be an increase in the amount of rivaroxaban absorbed into blood, and also a decrease in the movement of rivaroxaban out of blood through the kidneys and liver. Also of concern with respect to bioavailability of Xarelto is the fact that the presence of food has a significant effect on drug absorption (see Xarelto labeling). Clinical studies performed as part of the Xarelto development process showed that intake of food significantly increased the bioavailability of a 20 mg Xarelto dose; the maximal drug concentration in blood was increased by 75% with food intake as compared to taking the drug without food (see Xarelto labeling).  Therefore, just as discussed above for changes in renal function, the bioavailability of Xarleto can affect the level of both intra- and inter-individual variability observed with Xarleto treatment (Lin and Yamazaki, 2003), and also would impact patient safety.

27.     Another pharmacokinetic consideration for Xarelto that has implications for patient safety is its metabolism by CYP3A4. As has been reviewed by others, there are more than 50 CYP enzymes, but six are responsible for the metabolism of 90% of drugs (Lynch and Price, 2007).   The two CYP enzymes discussed most frequently in terms of pharmacokinetic interactions and drug safety concerns are CYP3A4 and CYP2D6. This is because there are genetic polymorphisms of these enzymes that exist in a significant percentage of the human

USCA5 3577

population, where the existence of the polymorphism results in decreased drug metabolism and prolonged exposure to the active drug. Additionally, CYP enzyme activity can be inhibited or induced by many drugs, resulting in clinically significant changes in drug response. As a result, the metabolism of Xarelto by CYP3A4 poses a safety concern given the narrow therapeutic index of the drug. Moreover, Xarelto's labeling discusses the issue of CYP enzyme metabolism on the safety profile of the drug. The importance of CYP3A4 to Xarelto's pharmacokinetics indicates that inter-individual variability would be expected in patient blood levels following dosing with the drug in real-world situations.

28.    As a result of Xarelto's pharmacokinetic profile, increased inter-patient variability in rivaroxaban blood levels in certain individuals would be expected, which could lead to an individual exhibiting either lower or higher blood levels for any given Xarelto dose. A higher level of variability among individuals given the same dose of a drug means that the likelihood of any given individual being at risk of ischemic events (due to under-exposure to Xarelto) or at risk of uncontrolled bleeding (due to over-exposure to Xarelto) is increased; therefore, patient health would be at risk.

29.    In addition to warfarin and Xarelto, three other oral anticoagulant agents have been approved for marketing, *i.e.,* dabigatran exilate (Pradaxa®), apixaban (Eliquis®), and edoxaban (Savaysa®). All three have been approved for use in treatment of non-valvular atrial fibrillation. The pharmacokinetics of each of these oral anti-coagulants, however, is significantly different from the pharmacokinetics of Xarelto. As discussed in a recent paper (Gong and Kim, 2013), the pharmacokinetic differences of dabigatran and apixaban as compared to rivaroxaban (Xarelto) should be considered when physicians are deciding which oral anti-coagulant agent to choose for individual patients. As the authors conclude, *"As the clinical use of NOACs increases, surveillance using therapeutic monitoring (measurement of plasma drug concentration or anticoagulant response) throughout the treatment period might be valuable in minimizing the risk of bleeding and lack of efficacy. Finally, because of the extent of interindividual variation in the metabolism and clearance of NOACs, it is likely that a greater range of NOAC doses will be needed to more precisely treat our patients."* (see page S31). Frost *et al.* (2014) also reported that rivaroxaban exhibits a higher level of inter-patient variability when compared to other

17

USCA5 3578

marketed oral anti-coagulants, and the clinical impact of these differences among the drugs. Clearly, the exposure-response relationship and the differences between individual patients are important to the safe and effective use of these drugs, including Xarelto.

## V.    Regulation of Human Prescription Drug Development and Marketing

30.    As a human drug product, Xarelto manufacturing and marketing are regulated by the FDA (21 CFR Parts 200 through 499 in particular). It is the drug manufacturer that is responsible for ensuring that its product is both safe and effective for its labeled uses. The FDA does no testing itself. This means that FDA does not conduct or monitor clinical trials, and does not choose the investigators or the sites. Instead, the FDA relies on companies to conduct all testing, both preclinical and clinical, and to provide the results of testing that is accurate and reliable and shows that the drug has therapeutic activity and is also safe for use in humans. FDA makes its decisions about drug approval based on the information provided by the manufacturer in its NDA.

31.    In the case of human drug products, FDA regulations pertain to the approval of new drug products, as well as the continued marketing of drugs once approved for human use. As already mentioned, the drug manufacturer is responsible for developing all of the data and analysis necessary to prove that the drug is both safe and effective.  The data companies develop includes preclinical (non-human) data that examines the pharmacology of the active ingredient as well as the toxicology of the active ingredient and the formulated drug product. The toxicology studies companies sponsor or perform are animal studies that use common mammalian species such as rats, mice, and dogs.  In some cases, studies may be performed using non-human primates, pigs, guinea pigs and rabbits. These preclinical studies form the basis of the submission to the FDA referred to as the Investigational New Drug (IND) application. Also submitted with the IND application is a proposed clinical testing plan. Once the FDA has reviewed and approved the IND application, clinical testing can begin. Clinical studies for any human prescription drug typically include three phases (*i.e.,* Phase I, Phase II and Phase III).  Phase I clinical studies are typically performed in healthy adults and are designed to investigate the pharmacokinetics of the drug product under development and to identify safe doses for human

18

testing. Phase II clinical studies are typically performed in patients and are the first studies of human efficacy, but also include measures of human safety. Phase III clinical studies are often referred to as "pivotal" clinical studies because they typically are the studies FDA bases its determination of whether the drug is safe and effective for use in humans for the indication that will be on the drug's label. Phase III studies are large, usually thousands of patients, complex and expensive to perform. As a result, Phase III clinical studies are carefully designed in terms of the characteristics of the patients included (*e.g.,* inclusion versus exclusion criteria are applied), the number of patients studied, and the endpoints used to determine both efficacy and safety.

32.     Labeling for a human drug product is written by the manufacturer, not the FDA. The term labeling includes all advertising and promotional materials as well as the package insert and any patient information materials, including materials such as a Medication Guide which is intended to be distributed directly to patients. It is the duty of the manufacturer to include in the labeling of its products complete and accurate information about health risks, adequate instructions regarding use, and adequate warnings to ensure that patient health is protected (*e.g.,* 21 CFR 201.57, 21 CFR 314.70, 21 CFR 314.80). The manufacturer has the responsibility for drafting the initial labeling for their product and for assuring that the labeling continues to reflect current knowledge concerning risks posed by the drug (see 21 CFR 314.80).

33.     FDA regulations also govern the reporting of adverse events that occur both during clinical testing and once a drug is marketed (post-market surveillance). Thus, the manufacturer is required to collect, monitor and report to FDA all significant developments relating to a drug product, including adverse event reports received directly by the company (postmarket surveillance; 21 CFR 314.80). An issue that is not always appreciated with respect to postmarket surveillance of human drug products is the reporting rate. It is well understood that significant under-reporting of drug adverse events occurs (*e.g.,* Scott *et al.* 1987; Ahmad, S.R. 2003, 2005; Goldman, S.A. 1998; Hazell, L. and S. Shakir. 2006; Murphy, S. and R. Roberts. 2006; Rodriguez, E.M. *et al.* 2001). In fact, it is estimated that only 1% to 10% of actual events experienced are reported (Ahmad, S.R. 2003; Goldman, S.A. 1998; Hazell, L. and S. Shakir. 2006; Murphy, S. and R. Roberts. 2006; Rodriguez, E.M. *et al.* 2001). Thus, the number of case reports appearing in the medical literature, in a company postmarket surveillance database, or the

19

FDA database, is not an indicator of the likelihood of any particular adverse event occurring in medical practice.

34.     The issue of postmarket surveillance is important to ensuring that a drug remains safe and effective after it is marketed.  Given that clinical testing for any drug product submitted in an NDA is limited to a small population of patients, usually a few thousand, and that the population studied has been selected often to exclude certain types of patients, it is not surprising that a new type of toxicity, or an increase in the rate of a known toxic effect, would be seen once a drug is used in the general population. It is generally understood that serious adverse events may not be detected for many drugs until after the drug has been marketed, often for many years (Lasser *et al.* 2002), pointing to the importance of post-market surveillance in assuring patient safety. It also should be remembered that drug manufacturers who sell their products globally are required to submit adverse event reports that occur in the United States as well as in other countries around the world.

35.     An important use of the postmarket surveillance and monitoring data collected by a company is ongoing safety assessment which enables a manufacturer to update the product labeling when either new types of toxicity are identified, or when the rate of occurrence of a particular type of toxicity is increasing from what was previously seen (21 CFR 314.70). All prescription drug products marketed in the United States are required to have a label (sometimes also referred to as a package insert) setting forth, among other things, the identity of the product, its manufacturer, and directions for use (see, *e.g.,* 21 C.F.R. § 201.1 through 201.26).  Also included in the label is information on the most serious health risks associated with use of a drug. Drug labeling is regulated in terms of what information must be included on the labeling as well as how that information is presented. An example of a regulation concerning the content of drug labeling is section 352(f) of title 21 of the United States Code. This provision requires that a drug's labeling contain "adequate directions for use" (including a statement of all conditions, purposes, and uses for which the drug is intended) and "adequate warnings against use". This latter provision becomes important when taking or administering the drug can be dangerous, posing a risk to human health. A label lacks adequate directions for use and adequate warnings against use when it fails to disclose harmful side effects of taking the drug. In the period before

20

drug approval by the FDA, premarket, the adequacy of a drug's label is assessed as part of the normal drug approval process for a NDA or a Supplemental New Drug Application (SNDA); the proposed drug labeling is submitted by the manufacturer as part of the NDA or SNDA. Thus, a new drug approval process includes FDA's approval of the drug's proposed labeling. In the postmarketing period for human prescription drug products, the FDA enforces this part of the regulations when they become aware of information, through either the drug manufacturer or through other sources, showing that the risk profile of the drug has changed, or that the use patterns of the drug have changed.

36. In addition, section 352(a) requires that a drug's labeling not be "false or misleading in any particular." If a drug's labeling does not satisfy this requirement, the drug is deemed misbranded under section 352 and may not be distributed in interstate commerce per section 331 of title 21 of the United States Code. Apart from the actual drug product label, advertising and promotional materials for prescription drug products are considered to be labeling for the product and are subject to similar standards. Specific provisions of the FDA statutes and regulations address the content of promotional or marketing materials for a drug, such as section 352(n) of title 21 of the United States Code and section 202.1 of title 21 of the Code of Federal Regulations. These provisions also include the fact that promotional materials cannot be false or misleading. In addition to the standard of not being "false and misleading", the information used in promotional materials must have "fair balance" (see e.g., 21 CFR 202.1(e)(6)). Like the product label or product insert itself, advertising and promotional materials must be submitted to FDA for their review at the time of their initial dissemination or the time of initial publication (21 U.S.C. 314.81(b)(3)(i)). Because of its limited resources, the FDA does not pre-approve each and every promotional material or advertisement. Yet, if the FDA determines that information in a drug label, or a drug advertisement or promotional material, is false or misleading, FDA will notify the company and the company is required to change the language of the label or the material. The typical communication from the FDA to a company concerning such labeling violations is in the form of a Warning Letter (see discussion in the FDA Regulatory Procedures Manual (www.fda.gov/ICECI/ComplianceManuals/RegulatoryProceduresManual/ucm176446.htm).

USCA5 3582

37.    Section 321(n) of title 21 of the United States Code provides that, when "an article is alleged to be misbranded because the labeling or advertising is misleading, then in determining whether the labeling or advertising is misleading there shall be taken into account (among other things) not only representation made or suggested by statement, word, design, device, or any combination thereof, but also the extent to which the labeling or advertising fails to reveal facts material in light of such representations or material with respect to consequences which may result from the use of the article to which the labeling or advertising relates under the conditions of use prescribed in the labeling or advertising thereof or under such conditions of use as are customary or usual." Any violations of the FDA regulations again would result in the company being notified and required to change the language of the label or the advertisement. As discussed above, the typical communication from the FDA to a company concerning such violations is in the form of a Warning Letter (see discussion in the FDA Regulatory Procedures Manual

(www.fda.gov/ICECI/ComplianceManuals/RegulatoryProceduresManual/ucm176446.htm).

38.    The FDA human prescription drug regulations make clear that information regarding harmful side effects of the drug must be disclosed immediately. FDA allows a drug company to strengthen a warning for a drug without prior approval by the FDA (see 21 CFR 201 and 202; Federal Register Volume 44, No. 124, June 26, 1979, Final Rule: Labeling and Prescription Drug Advertising: Content and Format for Human Prescription Drugs).    In particular, in the Final Rule, it is stated:

*The Commissioner also advises that these labeling regulations do not prohibit a manufacturer, packer, relabeler, or distributor from warning health care professionals whenever possibly harmful adverse effects associated with use of the drug are discovered.  The addition to labeling and advertising of additional warnings, as well as contraindications, adverse reactions, and precautions regarding the drug, or the issuance of letters directed to health care professionals (e.g., "Dear Doctor" letters containing such information) is not prohibited by these regulations.  As stated above, the act and FDA regulations require a warning in drug labeling as soon as a hazard is associated with the use of a drug.  In the case of a drug subject to an approved NDA,*

USCA5 3583

*314.8(d) (21 CFR 314.8(d)) permits the addition to the drug's labeling or advertising of information about a hazard without advance approval of the supplemental application by FDA.*

Therefore, drug manufacturers, such as Janssen, always have the ability under the current FDA regulations to update their labeling in order to strengthen warnings to physicians and patients. It also important to note that a "warning" on a prescription drug label is added when there is "reasonable evidence of an association," and that "cause and effect need not have been proven" (see 21 CFR 201.57). As a result, when a manufacturer has identified a safety signal for their drug product, they have the responsibility to investigate that signal and to consider strengthening their labeling even if the evidence is still developing as it pertains to cause and effect.

39.     In cases where the FDA determines that a warning needs to be strengthened in a drug label, the company is typically required to not only include a warning statement in the label of all product marketed but also to inform physicians about the change in the product label. A tool used by a company routinely is the "Dear Doctor" or "Dear Healthcare Provider" letter. The regulations provide specific mention of this form of physician communication (21 CFR § 200.5). These letters are defined as being a way for manufacturers to convey important new safety information to physicians, as well as a way to inform physicians about changes to drug labeling or to correct statements made in drug labeling or advertising. Like all drug information made available by the manufacturer to physicians, these letters are also considered to be in violation of FDA regulations if they are false and misleading (see Federal Food, Drug, and Cosmetic Act (FFDCA) § 502(a) and 201(n), now codified at 21 U.S.C. § 352, 321). Thus, statements made to physicians in these letters fall under the drug advertising provisions of the regulations and are reviewed by a FDA group formerly known as the Division of Drug Marketing, Advertising and Communications (DDMAC), and now known as the Office of Prescription Drug Promotion (OPDP).

40.     With respect to patient safety information that is included in prescription drug labeling, the regulations provide specific direction as to where information is to be listed and the distinctions between the types of safety information that appear on a drug label (see 21 CFR § 201.57) (2006)). There are major sections within a drug label that relate to patient safety and that

23

are required and described in 21 CFR § 201.57 (2006) sections (d) through (g). These sections are "Contraindications", "Warnings", "Precautions" and "Adverse Reactions." The regulations state that the "Contraindications" section of the labeling "shall describe those situations in which the drug should not be used because the risk of use clearly outweighs any possible benefit" (21 CFR 201.57(c)(3)(v)(d)). The situations normally encompassed by this section includes patients known to be hypersensitive, or use of the drug in a patient who, because of their particular age, sex, concomitant therapy, disease state, or other condition are at substantial risk of harm. Thus, "contraindications" is identifying individual patients that should not be prescribed the drug. The regulations state that the "Warnings" section of the label "shall describe serious adverse reactions and potential safety hazards, limitations in use imposed by them, and steps that should be taken if they occur." (21 CFR 201.57(c)(3)(v)(e)). Thus, the purpose of this section is to provide physicians with the important information they need to order to make prescribing decisions about use of the drug by their patients. The next label section discussed in the regulations is the "Precautions" section. The regulations state that the "Precautions" section must contain a description of special care instructions to be exercised for safe and effective use of a given drug product. Typically, the "Precautions" section has information relating to, for example, laboratory tests, drug interactions, pregnancy information, and geriatric uses (21 CFR 201.57(c)(3)(v)(f)). The "Adverse Reactions" section of the label is a laundry list of undesirable effects that have occurred in studies before marketing and/or in studies after marketing, where the listed reactions are ones reasonably associated with the use of the drug (21 CFR 201.57(c)(3)(v)(g)).

41.    Of importance in this case are provisions within 21 CFR 201.57 that requires manufacturers to *"identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions. If appropriate, information must be provided on such factors as the range of normal and abnormal values expected in the particular situation and the recommended frequency with which tests should be performed before, during, and after therapy."* This means that such lab tests should be disclosed in the Warnings and Precautions section of the product label.

42.     A specific type of label warning that can be found on human drug product labels is a "black box" warning (21 CFR 201.57). A "black box" is referred to in the regulations as a "boxed warning" and is stated to be:

> *A concise summary of any boxed warning required by paragraph (c)(1) of this section, not to exceed a length of 20 lines. The summary must be preceded by a heading, in upper-case letters, containing the word "WARNING" and other words that are appropriate to identify the subject of the warning. The heading and the summary must be contained within a box and bolded. The following verbatim statement must be placed immediately following the heading of the boxed warning: "See full prescribing information for complete boxed warning."*

A "black box" warning is the most serious type of warning that can be placed on a U.S. drug label and is boxed in order to draw the attention of a physician to the safety information discussed in the box.

43.     Although it is generally assumed that oversight of drug development and marketing by FDA is adequate to assure that the public is protected from exposure to dangerous products, and that the benefits of a product continue to outweigh any risks of its use, evaluations of FDA capabilities has proven those assumptions to be incorrect. For example, in its 2003 report the Office of the Inspector General, Department of Health and Human Services, of which FDA is a part, concluded that the FDA review process for human prescription drugs faced significant challenges that undermined the effectiveness of the process, in particular in the areas of drug labeling review, postmarket surveillance, and in the dissemination of information to the public that form the basis for its decisions (OIG, 2003). The report also concluded that these problems with the NDA review process needed to be addressed in order to ensure that public health was protected (OIG, 2003). In 2007, a report by the Subcommittee on Science and Technology was published entitled *"FDA Science and Mission At Risk"* (Subcommittee on Science and Technology, 2007). In the report it was concluded that the FDA has serious deficiencies that could affect its ability to meet its regulatory responsibilities. Specifically, the report states that the scientific demands on the FDA far exceed the capacity to respond and this imbalance places

25

the FDA at risk in terms of the integrity of the regulatory system and the ability to protect public health. In a more recent report by the GAO (GAO, 2009), the agency also found that the FDA lacks resources to adequately protect public health, particularly in the area of monitoring postmarket safety. This report also found that there are weaknesses in FDA monitoring and enforcement that impede its ability to effectively oversee phase IV post-marketing studies (GAO, 2009). Recent research specific to the impact of enactment of review deadlines under PDUFA (Prescription Drug User Fee Act[3]) has suggested that for drugs approved since January 1993, approvals made in the last two months before a review deadline were more likely to be associated with subsequent safety problems than were approvals made at other times (Carpenter *et al.* 2008). Therefore, consistent with other reviews of FDA capabilities with respect to post-market safety surveillance, assessments of drug risk are not conducted systematically and have led to both withdrawals due to safety concerns that arise after marketing and imposition of black box warnings. In another review of the issue of drug safety (Frank et al. 2014), the authors concluded that safety signals are not being detected early enough to prevent millions of patients from being exposed to unsafe drugs. Thus, it is clear that the FDA has limitations on its ability to ensure protection of public health, limitations that are not always appreciated by the public, including physicians that prescribe drugs to their patients.

44.    It is sometimes assumed that FDA participates actively in the conduct of clinical trials for human drug products. It is important to realize, however, that FDA does no clinical testing itself. Thus, the FDA, as well as physicians and their patients, must rely on drug manufacturers to properly design and conduct the clinical trials used by the FDA in their NDA approval decisions when determining whether a drug is safe and effective for its indicated use. Additionally, the FDA, as well as physicians and their patients, rely on drug manufacturers to provide full and adequate reporting and disclosure of all clinical data and analyses performed.

## VI.    Opinions

45.    As a result of my review of a variety of scientific literature and various internal company documents, I have developed opinions relating to the efficacy and safety of Xarelto and

---

[3] PDUFA was enacted in 1992 and renewed in 1997 (PDUFA II) and 2002 (PDUFA III). This law authorized FDA to collect fees from companies that produce human drug products. Since the passage of PDUFA, these user fees have been linked to decreased drug approval review times (speedier review).

USCA5 3587

its use in patients with atrial fibrillation. A key issue in this case is the safety profile of Xarelto and the risk of bleeding events in patients. The following is a discussion of those opinions. All opinions expressed in this report are based on my training and experience in pharmacology, toxicology, pharmacokinetics, and human health risk assessment, and also are based on a reasonable degree of scientific certainty.

46.     A key issue for all of the oral anti-coagulant drugs, including Xarelto specifically, is the fact that they inherently have a low or narrow margin of safety, or a narrow therapeutic index (Powell, J.R. 2015; Chang *et al.* 2016; FDA Summary Review). This is not surprising given the fact that there is a delicate balance that exists for such drugs to prevent clot formation and to prevent excess bleeding; the toxicity observed (bleeding) is an exaggerated pharmacological effect, not an effect that occurs through a separate mechanism of action. The term "therapeutic index" is a measure of the difference in the dose of a drug that produces the desired or beneficial effects and the dose associated with an increased risk of toxicity. Therefore, during drug development, a key measure of drug safety in humans is identifying the dose of a drug that is commonly associated with a particular toxic effect, and comparing that dose with the dose necessary to produce a therapeutic effect in most people. Another term for "therapeutic index" is "margin of safety." The "clinical therapeutic index" can also be calculated and is the ratio derived from clinical studies of the drug dose or blood concentration required to produce toxic effects, and the dose or concentration required to produce therapeutic effects (Oates, J.A. 2006). It should be noted that if a drug produces multiple therapeutic effects, there may be multiple therapeutic indices, depending on the endpoint considered; this is because a different dose may be needed to produce one effect versus another. In that case, it may be that there is an acceptable therapeutic index for one endpoint of efficacy, but an unacceptable therapeutic index for another endpoint of efficacy. Another concept related to margin of safety for human drugs is the "lowest effective dose." It is again a generally accepted principle of pharmacology and toxicology that, during drug development, the goal of clinical testing is to identify the lowest or minimum effective dose of the active ingredient. In pharmacology practice, administration of the lowest effective dose to patients will result in decreasing the risk of toxicity or adverse effects that result from drug treatment. In the case of Xarelto, only one dose of the drug was tested for efficacy in ROCKET, the pivotal clinical study used for determining the safety and efficacy of

rivaroxaban for use in patients with atrial fibrillation. Janssen failed to determine what the lowest effective dose was in their pivotal study, a practice that departed from generally accepted principles of drug development, pharmacology and toxicology. Therefore, there were limited data available for establishing the clinical therapeutic index for the drug in patients. Given that a significant portion of rivaroxaban patients in ROCKET experienced bleeding events (*i.e.*, a rate of 3.6/100 patient years for major bleeding events and 14.9/100 patient years for both major and non-major bleeding events), the margin of safety for the drug was shown to be narrow.

47.     It is important to realize as well that when Janssen selected the testing dose for their pivotal trial, ROCKET, in patients with atrial fibrillation, it was based on data that had been collected in a very different patient population, patients that had undergone knee and hip surgery and would be taking the drug for a much more protracted time period, and were not as sick and debilitated as the patient population tested in ROCKET. Yet, as discussed in the FDA Summary Review of the Xarelto NDA for use in patients with atrial fibrillation: *"There was no rational basis for the applicant's choice of the dose tested in ROCKET, 20 mg once a day. The pharmacokinetic/pharmacodynamic properties of rivaroxaban suggest the drug should be administered twice a day".* Instead of approaching the study and dose selection based on sound scientific principles, however, the company chose to test only one dose and to administer that dose once a day. Without testing more than one dose in this new population of patients, Janssen failed to collect critical data that would guide physicians in understanding what a lowest effective dose would be that is also associated with less risk of serious adverse events, such as stroke and major bleeding.

48.     There is no universal definition of the term "narrow therapeutic index" (Blix *et al.* 2010). FDA has attempted to define "narrow therapeutic index" within the realm of bioequivalence determinations for human drugs. During a presentation in 2011, FDA proposed a definition for "narrow therapeutic index drugs."[4] FDA proposed that the definition of a narrow therapeutic index drug would be as follows: *"Those drugs where small differences in dose or blood concentration may lead to serious therapeutic failures and/or adverse drug reactions.*

---

[4]

http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/AdvisoryCommitteeforPharmaceuticalScienceandClinicalPharmacology/UCM266777.pdf

*Serious events are those which are persistent, irreversible, slowly reversible, or life-threatening."* FDA also pointed out that drugs with a narrow therapeutic index generally exhibit steep dose-response curves for both efficacy and safety, or that the doses that produce serious toxicity are close to those that produce efficacy. This definition would apply to Xarelto given the steep dose-response curve and the fact that serious toxicity, major bleeding, was observed at the same dose that was shown to be effective (see ROCKET data).

49.     As discussed above, an important element when examining the safety and efficacy of Xarelto is the level of drug in the blood, or the level of rivaroxaban exposure. As already discussed in some detail above, the dose of Xarelto administered orally to patients can result in highly variable levels of rivaroxaban exposure, where exposure is the measure of the amount of the drug detected in blood. This is due to well-known characteristics of Xarelto (known before the drug was marketed) that include variable bioavailability associated with the effect of food, the effect of renal impairment on drug exposure, the importance of P-glycoprotein transport activity in modulating uptake and elimination of the drug into blood, the importance of CYP3A4 metabolism to Xarelto elimination, either due to the presence of concomitant drugs or hepatic impairment, and the fact that Xarelto is dosed on a mg per day basis that does not consider the impact of a patient's body weight (low versus high weight) and composition (lean mass versus fat mass). Thus, it is not possible to reliably predict rivaroxaban blood levels that will be achieved in any individual patient based solely on knowledge of the Xarelto dose administered. Supporting evidence is provided in the paper of Mueck *et al.* (2014; available online as of September 3, 2013). As discussed in that paper, following a 10 mg once daily dose of rivaroxaban in patients being treated for prevention of venous thromboembolism (VTE), trough blood levels varied by more than a factor of 30. In patients administered rivaroxaban (20 mg) once a day for prevention of deep vein thrombosis (DVT), trough blood levels varied by a factor of almost 15. In patients administered rivaroxaban for treatment of acute coronary syndrome, 2.5 mg twice a day, trough blood levels of rivaroxaban differed by a factor of 6. In patients with atrial fibrillation and good kidney function, administered a once daily 20 mg dose of rivaroxaban, trough blood levels differed by a factor of more than 10, while in patients administered that same dose but with lower levels of kidney function, trough blood levels differed by more than a factor of 8 (Mueck *et al.* 2014).

29

50. Yet, during development of Xarelto for prevention of stroke in patients with atrial fibrillation, Janssen performed only one pivotal Phase III study using only one dose of Xarelto that was administered once a day. Patients with creatinine clearance (CrCl) values greater than or equal to 50 mL/minute were given a single daily dose of 20 mg, while patients with CrCl between 30 and 49 mL/minute were given a single daily dose of 15 mg. The comparison group for the trial included patients administered warfarin that were titrated to a target INR range of 2.0 to 3.0.[5] The primary endpoint measured in the study was time to a composite of stroke and systemic embolism. The study was known by the acronym "ROCKET AF" or simply "ROCKET", and the study was entitled "Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation." A review of documents available at the FDA website shows that there were differences of opinion among FDA reviewers with respect to the safety and efficacy of Xarelto as demonstrated in the NDA submission (see Medical Reviews for NDA202439). A review of FDA statements clearly shows that there were significant concerns among FDA staff about the safety and effectiveness of Xarelto. In fact, in response to these concerns, FDA approved Xarelto for the SPAF indication in November 2011 only after the Deputy Division Director decided to override reviewer recommendations (see Summary Review of NDA 202439). A key finding of FDA that is important to this litigation is the finding that the FDA was in agreement among all reviews that anti-coagulants are "intrinsically narrow therapeutic range drugs" (FDA Summary Review) and that the Xarelto NDA lacked adequate data to support selection of the dose, 20 mg once a day, that was then tested in the ROCKET trial. As FDA admits, however, FDA lacked the authority to stop drug development because of inadequate dose selection (see page 8 of NDA 202439 Summary Review). Therefore, it is clear that the ROCKET clinical trial was not a robust evaluation of the safety and efficacy of Xarelto.

51. When ROCKET was designed, the protocol dictated use of only one dose of rivaroxaban, 20 mg, given once a day. Additionally, the trial failed to incorporate a robust drug plasma level data collection process. This meant that the trial failed to gather sufficient data on

---

[5] This range is indicating the value of the "International Normalized Ratio," which is a standard measure of how long it takes blood to clot.

USCA5 3591

the dose-response relationship of Xarelto in patients with atrial fibrillation based on any clinical endpoint, while also failing to examine exposure-response relationships that could assist physicians in identifying a therapeutic blood level range for Xarelto, a range within which blood levels could be controlled to assure that both efficacy and safety were optimized for all patients. The importance of the missing data was discussed by FDA during a recent presentation in October 2015.[6] The FDA was discussing the issue of oral anti-coagulants, as a class, and how important it is to patient safety and efficacy to make sure that all patients are correctly dosed. As FDA stated: *"getting the dose right is critical and often challenging."* The presenter pointed out that both Xarelto and Eliquis sponsors failed to study dose-response in their pivotal studies. Also discussed by the presenter was the fact that these drugs exhibit steep exposure-response relationships (a narrow therapeutic margin), that there are serious consequences of a dose being either too low or too high (no routine monitoring is currently performed), and that these drugs exhibit significant variability in blood levels due to things such as altered renal function, body weight, drug-drug interactions, and even unexplained intra-patient variability. Clearly, the issue of Xarelto's individual variability in exposure to the drug is an important issue that physicians need to understand.

52.     Also as already discussed, a significant level of inter-individual variability in Xarelto blood levels can impact patient safety. The pharmacokinetic profile of Xarelto would dictate that it is not possible to predict what any individual's rivaroxaban blood level will be based on administration of a fixed dose of the drug. The lack of predictability is also apparent when available Xarelto pharmacokinetic data itself are examined. For example, in the Xarelto Clinical Pharmacology Review (NDA 202439; page 5), the elimination half-life of Xarelto is reported to double in elderly as compared to healthy young adults (6 to 8 hours in healthy adults and 11 to 13 hours in elderly subjects). Given that an important target population for Xarelto is elderly patients with atrial fibrillation, this is an important patient safety issue. Although the Xarelto label in 2011 lists the elimination half-life value for elderly patients, half-life of 11 to 13 hours (see Section 12.3), nowhere does the label discuss the implications of this value on blood levels of rivaroxaban and the value of exposure assessment in order to assure that patients are receiving doses of the drug that are both safe and effective. In fact, in Section 8.5 of the 2011

---

[6] see http://www.fda.gov/downloads/medicaldevices/newsevents/workshopsconferences/ucm473317.pdf

31

Xarelto label, Janssen instead stated that there was a favorable risk benefit profile for the elderly, without pointing out that the available rivaroxaban clinical data showed that there was good correlation between exposure and an increased risk of major bleeding. Therefore, the Xarelto label was inadequate due to the lack of information on the value of exposure-response assessment for at least some sensitive populations, such as the elderly, in order to reduce the risk of serious toxicity (major bleeding).

53.    It is important to note that when FDA reviewed the Xarelto clinical data in 2011, they stated that Janssen chose not to use data they had in hand pointing to the utility of monitoring patients in order to adjust Xarelto dosing and to improve patient outcomes (see FDA Summary Review dated July 2011).  These data, and the FDA analysis of these data, are described in more detail in the FDA Advisory Committee briefing materials (meeting of September 8, 2011), and in the Clinical Review document (Appendix 1 of the ROCKET-AF analysis by FDA). A review of those materials clearly shows that in the 161 subjects of the ROCKET-AF study which had blood samples drawn pre-dose and post-dose for PD/PK analyses, a plot of prothrombin time (PT) as a function of plasma rivaroxaban concentration results in a linear relationship between exposure and response. Prothrombin time increased linearly with rivaroxaban concentration (see Figure 3 of the FDA Appendix and Figure 4 of the Advisory Committee Briefing materials).  This finding was important because it provides objective evidence for the utility of measuring PT as a way to ensure patients are receiving doses of Xarelto that are both safe and effective. In the Advisory Committee Briefing materials, FDA summarized the issues surrounding measurement of PT as a surrogate for rivaroxaban blood levels by posing several questions. For the first question, "Can Prothrombin Time (PT) be used as a surrogate for PK?", the FDA found that the pharmacokinetic data from 161 ROCKET patients confirmed the linear relationship between the plasma concentration of rivaroxaban, and the PT. Another question FDA asked related to PT as a marker of effect, "Is there a PT-bleeding relationship?", the FDA found that PT data from 7,008 ROCKET patients demonstrated that the risk of major bleeds increased with PT, regardless of the definition of bleeding applied. The final conclusions reached by FDA and presented in the Briefing materials included the following: 1) PT can be used as a surrogate for PK in the range of plasma rivaroxaban concentrations demonstrated from this sample of patients in ROCKET; 2) the risk for major bleeding is

32

dependent on PT; and 3) twice a day dosing provides less PT fluctuation compared to once a day dosing in simulation modeling but the impact on efficacy and/or bleeding cannot be assessed due to lack of multiple dosing strategies in ROCKET. Therefore, Janssen should have been aware that measuring PT in patients administered Xarelto is a reliable method for identifying those patients at greatest risk of experiencing bleeding. By failing to provide physicians with the information on the utility of Xarelto exposure assessment for improving patient safety, Janssen put patient health at risk.

54.     In 2014, Janssen published the results of their pharmacokinetic modeling from the ROCKET-AF trial (Girgis *et al.* 2014; available online as of March 26, 2014). As mentioned above, the pivotal clinical trial, ROCKET, did not adequately monitor exposure-response for rivaroxaban. Of the 14,246 patients included in the ROCKET study, only 161 patients contributed blood samples for analysis. The article by Girgis *et al.* (2014) provided for the first time a measure of inter-individual variability in pharmacokinetic parameters for Xarelto patients, reporting variability of between 30% to 40% depending on the patient subgroup considered (atrial fibrillation, deep vein thrombosis, acute coronary syndrome). The authors concluded that age, renal function and lean body mass influenced their pharmacokinetic modeling, and that prothrombin time and prothrombinase-induced clotting time (monitoring assays) were significantly correlated, exhibiting a "near-linear relationship." These were significant findings because they demonstrate the important role that exposure-response assessment could play with Xarelto use.

55.     What is not discussed by Girgis *et al.* (2014), however, is the actual blood level ranges observed in terms of peak and trough rivaroxaban blood levels; the paper instead reports results of modeling and estimates of blood levels based on that modeling. Yet, the actual blood level data were available to Janssen. When the actual ROCKET-AF study blood sample data are examined, it is seen that observed rivaroxaban blood concentrations seen at trough after a 20 mg dose ranged from barely detectable to well over 600 µg/mL (*e.g.,* XARELTO_BPAG_00006608). These data showed that even when patients took the same dose of Xarelto at the same time, their exposure to the drug varied widely. Yet, physicians were not provided with this information at the time the drug was approved and were not told of the benefit

of exposure-response assessment for ensuring that the drug was being used safely and effectively.

56.    Just before the paper by Girgis and colleagues appeared in the published literature, Janssen published a review paper where a summary of available clinical pharmacokinetic data for Xarelto were presented (Mueck *et al.* 2014; available online as of September 3, 2013). Results of the company's pharmacokinetic modeling were presented here as well; this paper also fails to report actual blood level data and correlations of the data with responses. As discussed above, however, the paper reported for the first time the median, 5th percentile, and 95th percentile estimates of rivaroxaban blood levels when Xarelto was administered to various patient populations.  Following a 10 mg once daily dose of rivaroxaban in patients being treated for prevention of venous thromboembolism (VTE), trough blood levels varied by more than a factor of 30 (5th and 95th percentile range: 1 to 38 µg/L). In patients administered rivaroxaban (20 mg) once a day for prevention of deep vein thrombosis (DVT), trough blood levels varied by a factor of almost 15 (5th and 95th percentile range: 6 to 87 µg/L). In patients administered rivaroxaban for treatment of acute coronary syndrome, 2.5 mg twice a day, trough blood levels of rivaroxaban differed by a factor of 6 (5th and 95th percentile range: 6 to 37 µg/L). In patients with atrial fibrillation and good kidney function, administered a once daily 20 mg dose of rivaroxaban, trough blood levels differed by a factor of more than 10 (5th and 95th percentile range: 12 to 137 µg/L), while in patients administered that same dose but with lower levels of kidney function, trough blood levels differed by more than a factor of 8 (5th and 95th percentile range: 18 to 136 µg/L). In addition to the variability in trough blood levels, in atrial fibrillation patients with good kidney function given a 20 mg dose of Xarelto, peak blood levels varied by more than a factor of two (see Table 3).  In these same patients, the variability in total daily drug exposure, as estimated by the value known as "$AUC_{24}$," also varied by a factor of three. Similar variability in peak blood levels and measures of total exposure ($AUC_{24}$) were reported for all patient populations listed in Table 3 of this paper. With this high level of Xarelto exposure variability observed in patients of all types, including those with atrial fibrillation, the value of exposure assessment is clearly demonstrated based on Janssen's own analyses. It should be noted as well that a review of Janssen's unpublished document dated December 15, 2010, which reports the pharmacokinetic data analysis performed by the company, also fails to provide details on the actual blood level data (see XARELTO_BPAG_00006581 through 6635).

57.     It is also important to note that peer-reviewed publications support both Janssen's and FDA's conclusions regarding the validity of both rivaroxaban blood level monitoring and exposure monitoring, using PT as a way to monitor patient's exposure and assure patient safety (*e.g.,* Samama *et al.* 2013; Fenger-Erikssen *et al.* 2014; Haas *et al.* 2014; Lippi *et al.* 2014; Nakano *et al.* 2015; Zhang *et al.* 2016).  These studies provide further support for my opinion that Janssen should have been aware that measuring PT in patients administered Xarelto is a reliable method for identifying those patients at greatest risk of experiencing bleeding.

58.     Related as well to the issue of the PT-rivaroxaban blood level relationship and the utility of PT as an exposure assessment tool that would improve patient safety is the fact that Janssen marketed Xarelto as having an advantage over other anti-coagulant drugs because no monitoring was required (XARELTO_BHCP_00015914 through 16190; Xarelto's website https://www.xarelto-us.com/blood-thinner).  Thus, Janssen marketed Xarelto as having an advantage of not requiring monitoring even though they were aware of the high level of inter-individual variability in Xarelto's pharmacokinetics. As discussed in some detail above, a high level of inter-individual variability in a drug's pharmacokinetics, and a narrow margin of safety, would dictate that exposure assessment would be an important patient safety tool.

59.     Finally, with respect to the issue of inter-individual variability and the need for exposure assessment in Xarelto patients to ensure patient safety, a recent paper compares the therapeutic windows of various oral anti-coagulants head-to-head (Chang *et al.* 2016). The authors report that Xarelto's therapeutic window is smaller than other oral anti-coagulant drugs such as Pradaxa and Eliquis. . The analysis by Chang *et al.* (2016) is based on comparison of the slopes of dose-response curves for various oral anti-coagulant drugs based on the value of a parameter known as the "Hill coefficient." The Hill coefficient describes the slope of a dose-response curve for a drug based on its interaction with receptors or binding sites that lead to a response. Many drug-induced biological responses, when plotted, are sigmoidal in shape, a shape that can be approximated by means of the 4-parameter nonlinear logistic equation, also called the Hill equation (Gadagkar and Call, 2015). The Hill coefficient is part of that equation and describes the slope of the steepest part of the dose-response curve. Using the Hill coefficient as a measure of the therapeutic window for oral anti-coagulants is consistent with general principles of pharmacology and toxicology where the steeper the slope of the dose-response curve, the

35

smaller the difference is between a dose that produces a beneficial effect and a dose that is associated with toxicity. A smaller difference, or a steeper slope, means that the therapeutic window is smaller. As discussed by the authors, a drug with a shallow (less steep) dose-response curve will have less severe consequences for increases in dose as compared to drugs with steeper dose-response relationships. As stated by the authors:

> *A major challenge with rivaroxaban and others of similar administrative routes and chemical composition (like dabigitran and apixiban, also evaluated in this paper) is keeping the maximum plasma concentration ($C_{max}$) below a level with a high bleeding risk, while keeping the minimum plasma concentration ($C_{trough}$) high enough to be effective. Our results provide new insight for predicting these outcomes. We have shown that there is an approximately three-fold variation in the Hill coefficient among the five anticoagulants tested. This implies that certain anticoagulants could have a significantly wider "sweet spot" for delivering a beneficial bleeding risk/antithrombotic benefit ratio.*

Based on the results of their analysis, Xarelto would have a smaller therapeutic window than some of the other available anti-coagulant drugs.

60.     The ROCKET clinical data have been reviewed by FDA (as discussed above) and also published in the scientific literature (Patel *et al.* 2011). As required by FDA regulations, it was these data that formed the basis of the labeling that was drafted by Janssen and approved by FDA in 2011. The clinical data showed that Xarelto was non-inferior to warfarin in preventing ischemic events in patients with atrial fibrillation. However, the data failed to show that Xarelto was safer than warfarin (see FDA Advisory Committee Briefing materials; pages 194-195). There was no statistically significant decrease in major bleeding in Xarelto patients as compared to warfarin patients. In fact, there were signals for an increased risk of bleeding events with rivaroxaban treatment as compared to warfarin treatment, particularly in the United States (see FDA Advisory Committee Briefing materials; pages 194-195, 232-233). Therefore, at the time the drug was approved in 2011, there was no reliable scientific evidence to suggest that Xarelto was safer than warfarin in terms of the risk of major bleeding.

USCA5 3597

61.     Warfarin has been a standard anticoagulant used in patients with atrial fibrillation to reduce risk of clotting. Patients taking warfarin are monitored to ensure that the levels of the drug in blood are in a range that will prevent clotting but will not lead to serious bleeding. Additionally, there is an antidote agent, vitamin K, which can be used when patients experience bleeding events induced by warfarin therapy. In contrast to warfarin, Xarelto was marketed without providing physicians with any guidance concerning blood level monitoring (*i.e.,* exposure assessment), and, even more importantly, without providing physicians with an antidote agent that could be used in patients that experience bleeding events while on Xarelto therapy. As a result, as compared to warfarin, over-dosing with Xarelto poses a greater risk to patient health.

62.     In order to protect patients from the increased risk of bleeding events, measuring Xarelto exposure at the initiation of therapy would be appropriate and protective of patient health. The available evidence clearly indicates that 1) assessment of exposure, both at the start of Xarelto therapy and at times after initiation of therapy, will identify those patients at increased risk of bleeding events; and 2) that some form of exposure assessment should be implemented for all patients. The available evidence also demonstrates that such exposure assessment would be of critical importance for patients with reduced renal function, elderly patients, patients of low body weight, and patients taking concomitant medication that might interfere with Xarelto's absorption or metabolism.

63.     The conduit used most commonly by drug manufacturers to provide physicians with important safety information is product labeling. As already discussed, the manufacturer of a human prescription drug is responsible for ensuring that their drug product is both safe and effective, and also is the one responsible for updating the safety information on their drug products over time. In the case of Xarelto's product labeling, Janssen failed to adequately address the issue of increased exposure to rivaroxaban and the fact that exposure assessment provided a useful tool for reducing risks to patients taking the drug. The labeling also failed to describe the consequences of the high level of inter-individual variability that characterized Xarelto's pharmacokinetics and blood levels achieved with the indicated dosing regimen. Examples of specific information that was not conveyed to physicians and their patients would

37

include: 1) the lack of information about the high level of inter-individual (inter-patient) variability in both pharmacokinetics and pharmacodynamics that are characteristic of Xarelto use; 2) the lack of information about the utility of the pharmacodynamics measurement tool, PT, to identify patients at risk of serious toxicity; and 3) the lack of information about the results of the Xarelto clinical data that demonstrated that there is a predictable exposure-response relationship between PT and major bleeding, which is an important safety issue for patients taking Xarelto. Failure to provide physicians with such information puts patient health at risk.

## VII.   Compensation

64.   My compensation for litigation work, for both defense attorneys and plaintiff attorneys, is at the rate of $300.00 per hour for review of documents and materials related to the case and $400.00 per hour for testimony.

38

USCA5 3599

# REFERENCES

Ahmad, S.R. 2003. Adverse drug event monitoring at the Food and Drug Administration. *J. Gen. Intern. Med.* 18(1):57-60.

Ahmad, S.R., R.A. Goetsch, and N.S. Marks. 2005. Spontaneous reporting in the United States. In: *Pharmacoepidemiology, 4th edition*. Strom, BL (ed.), John Wiley & Sons, Ltd: Chichester, West Sussex, England, chapter 9.

Bargman, J.M. and K. Skorecki. 2015. Chronic kidney disease. In: *Harrison's Principles of Internal Medicine (On-line), 19th edition*. Kasper *et al.* (eds.), McGraw-Hill, Inc.: New York, NY, chapter 335.

Blix, H.S., K. Viktil, T.A. Moger, and A. Reikvam. 2010. Drugs with narrow therapeutic index as indicators in the risk management of hospitalised patients. *Pharm. Pract.* 8:50-55.

Buxton, I. L.O. 2006. Pharmacokinetics and pharmacodynamics: The dynamics of drug absorption, distribution, action, and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. Brunton *et al.* (eds.), McGraw-Hill Medical Publishing Division: New York, NY, chapter 1.

Carpenter, D., E.J. Zucker, J. Avorn. 2008. Drug-review deadlines and safety problems. *New Eng. J. Med.* 358:1354-1361.

Chang, J.B., K.M. Quinnies, R. Realubit, C. Karan, J.H. Rand and N.P. Tatonetti. 2016. A novel, rapid method to compare the therapeutic windows of oral anticoagulants using the Hill coefficient. *Sci. Reports* 6:29387.

Dousdampanis, P., K. Trigka, and C. Fourtounas. 2012. Diagnosis and management of chronic kidney disease in the elderly: a field of ongoing debate. *Aging Dis.* 3(5):360-372.

Duffull, S.B. 2012. Is the ideal anticoagulant a myth? *Expert Rev. Clin. Pharmacol.* 5(3):231-236.

Eaton, D.L. and S.G. Gilbert. 2013. Principles of toxicology. In: *Casarett and Doull's Toxicology, The Basic Science of Poisons, 8th edition*. C.D. Klaassen (ed.), The McGraw-Hill Education: New York, NY, chapter 2.

Fenger-Erikssen, C., A.-M. Munster, and E.L. Grove. 2014. New oral anticoagulants: clinical indications, monitoring and treatment of acute bleeding complications. *Acta Aneasthesiol.* 58:651-9.

Frank, C., D.U. Himmelstein, S. Woodhandler, D.H. Bor, S.M. Wolfe, O. Heymann, L. Zallman, K.E. Lasser. 2014. Era of faster FDA drug approval has also seen increased black-box warnings and market withdrawals. *Health Aff.* 33:1453-1459.

USCA5 3600

Fromm, M.F. 2000. P-glycoprotein: a defense mechanism limiting oral bioavailability and CNS accumulation of drugs. *Int. J. Clin. Pharmacol. Ther.* 38(2):69-74.

Frost, C. *et al.* 2014. A randomized direct comparison of the pharmacokinetics and pharmacodynamics of apixaban and rivaroxaban. *Clin. Pharmacol. Adv. Compar.* 4:179-187.

Gadagkar, S. and G.B. Call. 2015. Computational tools for fitting the Hill equation to dose-response curves. *J. Pharmacol Toxicol. Meth.* 71:68-76.

Girgis, I.G., M.R. Patel, G.R. Peters, K.T. Moore, K.W. Mahaffey, C.C. Nessel, J.L. Halperin, R.M. Califf, K.A.A. Fox, and R.C. Becker. 2014. Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: results from ROCKET AF. *J. Clin. Pharmacol.* 54:917-27.

Government Accounting Office (GAO). 2009. *Food and Drug Administration: FDA faces challenges meeting its growing medical product responsibilities and should develop complete estimates of its resources.* June.

Goldman, S.A. 1996. *MedWatch: The clinical impact of adverse event reporting.*

Goldman, S. A. 1998. Limitations and strengths of spontaneous reports data. *Clin.Ther.* 20 Suppl C:C40-C44.

Goldman, S.A. and D.L. Kennedy. 1998. MedWatch: FDA's Medical Products Reporting Program. *Postgrad. Med.* 103(3):13-16.

Gong, I.Y. and R.B. Kim. 2013. Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. *Canad. J. Cardiol.* 29:S24-S33.

Haas, S., C. Bode, B. Norrving, and A.G.G. Turpie. 2014. Practical guidance for using rivaroxaban in patients with atrial fibrillation: balancing benefit and risk. *Vasc. Health Risk Manage.* 10:101-114.

Hazell, L. and S.A. Shakir. 2006. Under-reporting of adverse drug reactions : a systematic review. *Drug Saf.* 29(5):385-396.

Lasser, K.E. *et al.* 2002. Timing of new black box warnings and withdrawals for prescription medications. *JAMA* 287(17):2215-2220.

Lin, J.H. and M. Yamazaki. 2003. Role of P-glycoprotein in pharmacokinetics: clinical implications. *Clin. Pharmacokinet.* 42(1):59-98.

Lippi, G., D. Ardissino, D. Quintavalla, and G. Cervellin. 2014. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. *J. Thromb. Thrombolysis* 38:269-74.

USCA5 3601

Lynch, T. and A. Price. 2007. The effect of cytochrome P450 metabolism on drug response, interactions, and adverse effects. *Am. Fam. Physician* 76:391-396.

Majerus, P.W. and D.M. Tollefsen. 2006. Blood coagulation and anticoagulant, fibrinolytic, and antiplatelet drugs. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.), McGraw-Hill Medical Publishing Division: New York, chapter 54.

Mann, K.G., R.J. Jenny and S. Krishnaswamy. 1988. Cofactor proteins in the assembly and expression of blood clotting enzyme complexes. *Ann. Rev. Biochem.* 57:915-956.

Marchlinski, F. 2013. The tachyarrhythmias. In: *Harrison's Principles of Internal Medicine (on-line), 18th edition.* Longo et al. (eds.), McGraw-Hill, Inc.: New York, NY, chapter 233.

Mega, J.L., E. Braunwald, S.D. Wivott, S.A. Murphy, A. Plotnikov, N. Gotcheva, M. Ruda, and C.M. Gibson. 2013. Comparison of the efficacy and safety of two rivaroxaban doses in acute coronary syndrome (from ATLAS ACS 2eTIMI 51). *Am. J. Cardiol.* 112:472-478.

Mueck, W., J. Stampfuss, D. Kubitza, and M. Becka. 2014. Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. *Clin. Pharmacokinet.* 53:1-16.

Murphy, S. and R. Roberts. 2006. "Black box" 101: How the Food and Drug Administration evaluates, communicates, and manages drug benefit/risk. *J. Allergy Clin. Immunol.* 117(1):34-39.

Nakano, Y. *et al.* 2015. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. *J. Cardiol.* 65(3):185-190. *Epub* 2014 September 2.

Oates, John A. 2006. The science of drug therapy. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.), McGraw-Hill Medical Publishing Division: New York, NY, chapter 5.

Office of Inspector General (OIG). 2003. *FDA's review process for new drug applications; a management review.* March.

Patel, M.R., K.W. Mahaffey, J. Garg, G. Pan, D.E. Singer, W. Hacke, G. Breithardt, J.L. Halperin, G.J. Hankey, J.P. Piccini, R.C. Becker, C.C. Nessel, J.F. Paolini, S.D. Berkowitz, K.A.A. Fox and R.B. Califf. 2011. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *New Engl. J. Med.* 365:883-891.

Perzborn, E., J. Strassburger, A. Wilmen, J. Pohlmann, S. Roehrig, K.-H. Schlemmer, A. Straub. 2005. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939—an oral, direct Factor Xa inhibitor. *J. Thromb. Haemostas.* 3:514-521.

Powell, J.R. 2015. Are new oral anticoagulant dosing recommendations optimal for all patients? *JAMA* 313:1013-1014.

USCA5 3602

Prescrire editorial staff. 2013. Bleeding with dabigatran, rivaroxaban, apixaban: no antidote, and little clinical experience. *Rev. Prescrire* 33:202-206.

Relling, M.V. and K.M. Giacomini. 2006. Pharmacogenetics. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *11th edition*. Brunton *et al*. (ed,), McGraw-Hill Medical Publishing Division: New York, NY, chapter 4.

Rodriguez, E.M., J.A. Staffa, and D.J. Graham. 2001. The role of databases in drug postmarketing surveillance. *Pharmacoepidemiol. Drug Saf.* 10(5):407-410.

Rowland, M. and T.N. Tozer. 2011. Absorption. In: *Clinical Pharmacokinetics and Pharmacodynamics, Concepts and Applications*, *Fourth edition*, Lippincott Williams & Wilkins: Baltimore, MD, chapter 7.

Samama, M.M., G. Contant, T.E. Spiro, E. Perzborn, L.L. Flem, C. Guinet, Y. Gourmelin, G. Rohde, and J.-L. Martinoli. 2013. Laboratory assessment of rivaroxaban: a review. Thromb. J. 11:11.

Scott, H.D. *et al*. 1987. Rhode Island physicians' recognition and reporting of adverse drug reactions. *R.I. Med. J.* 70(7):311-316.

Stevenson, J.W., A.B. Minns, C. Smollin, T.E. Albertson, F.L. Cantrell, C. Tomaszewski, and R.F. Clark. 2014. An observational case series of dabigatran and rivaroxaban exposures reported to a poison control system. *Am. J. Emerg. Med.* 32:1077-1084.

Subcommittee on Science and Technology. 2007. *FDA science and mission at risk. Prepared for FDA Science Board*. November.

Ufer, M. 2010. Comparative efficacy and safety of the novel oral anticoagulants dabigatran, rivaroxaban and apixaban in preclinical and clinical development. *Thromb.Haemost.* 103(3):572-585.

Weitz, J.I. 2011. Blood coagulation and anticoagulant, fibrinolytic, and antiplatelet drugs. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics (On-line)*, *12th edition*. Brunton *et al*. (eds.), McGraw-Hill: New York, chapter 30.

Wright, D.F., H.S. Al-Sallami, and S.B. Duffull. 2013. Is the dose of dabigatran really more predictable than warfarin? *Br. J. Clin. Pharmacol.* 76(6):997-998.

Wysowski, D.K. and L. Swartz. 2005. Adverse drug event surveillance and drug withdrawals in the United States, 1969-2002: the importance of reporting suspected reactions. *Arch. Intern. Med.* 165:1363-1369.

Zhang, Y. *et al*. 2016. Labortory monitoring of rivaroxaban and assessment of its bleeding risk. *Brit. J. Biomed. Sci*. 73(3):134-139. *Epub* 2016 July 11.

USCA5 3603

**APPENDIX A**

**Curriculum Vitae**

USCA5 3604

# CURRICULUM VITAE

## Laura M. Plunkett, Ph.D., D.A.B.T

**ADDRESS**

████████████████

**EDUCATION**

| 1984 | Ph.D. | Pharmacology | University of Georgia |
| 1980 | B.S. | Zoology | University of Georgia |

**PROFESSIONAL EXPERIENCE**

**President**. Integrative Biostrategies (IB) LLC, 2001- present
    Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provides litigation support services as both consulting expert and testifying expert.

**Owner.** Plunkett & Associates, Houston, Texas, 1997 – 2001
    Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Houston, Texas, 1992 – 1997
    Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Arlington, Virginia, 1989 – 1992
    Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug administration.

1

USCA5 3605

**Assistant Professor**.   University of Arkansas for Medical Sciences, Department of Pharmacology and Toxicology, 1986 – 1989
     Taught medical and graduate student courses in pharmacology (lecture and laboratory), neurosciences, cardiovascular pharmacology, and neuropharmacology. Performed basic research in area of autonomic control of cardiovascular function and neurochemical systems involved in autonomic function.   Recipient of extramural funding from the Arkansas Heart Association (principal investigator).

**Postdoctoral fellow.**   National Institute of General Medical Sciences, Pharmacology Research Associate Training Program, 1984 – 1986
     Performed basic research in area of neurochemical control of cardiovascular function and neurochemical systems involved in autonomic function.

**Research Assistant.**   University of Georgia, College of Pharmacy, Department of Pharmacology and Toxicology 1980 – 1984
     Taught laboratory courses in pharmacology to pharmacy students as part of graduate student assistantship responsibilities.

## HONORS AND AWARDS

**Chosen for PRAT program at National Institutes of Health.**   Pharmacology Research Associate Training Program, 1984-1986.

**Rho Chi.**   The University of Georgia, College of Pharmacy, Initiated, 1984.

**Recipient of Excellence in Graduate Research Award.**   The University of Georgia, College of Pharmacy, 1983.

**Alpha Lambda Delta.**   The University of Georgia Chapter, 1978.

## PROFESSIONAL CERTIFICATION

Diplomate, American Board of Toxicology, 1993 to present.

Registered patent agent, 1999.

## PROFESSIONAL MEMBERSHIPS

**Member**, Society of Toxicology 1992 – present

**Member**, Lone Star Chapter Society of Toxicology 2007 – present

2

USCA5 3606

**Councilor**, Lone Star Chapter Society of Toxicology 2010 - 2013

**Secretary**, Lone Star Chapter Society of Toxicology 2013 – 2015

**Vice President**, Lone Star Chapter Society of Toxicology 2015-2016

**Member,** American College of Toxicology, 1997 - present

**Member,** Society for Risk Analysis, 2007- present

**President,** Lone Star Chapter of the Society for Risk Analysis, 1998

**Councilor**, Lone Star Chapter of the Society for Risk Analysis, 1999-2000

**Member,** Society for Neuroscience 1985 - present

**Member,** American Association for Pharmaceutical Sciences 1992 - present

**Member,** Society for Environmental Geochemistry and Health 1992 - present

**Member,** ASTM Committee E06, 1990 - present


## PUBLICATIONS

1. Cox, LA, Popken, DA, Kaplan, AM, **Plunkett, LM**, Becker, RA. How well can in vitro data predict in vivo effects of chemicals? Rodent carcinogenicity as a case study. *Regul. Toxicol. Pharmacol.* 2016. [Accepted for publication].

2. **Plunkett, LM**, Kaplan, AM, Becker, RA.   Challenges in using the ToxRefDB as a resource for toxicity modeling.  *Regul. Toxicol Pharmacol*. 2015. 72:610-614.

3. **Plunkett, LM**, Becker, RA, Kaplan, M. An enhanced tiered toxicity testing framework with triggers for assessing hazards and risks of commodity chemicals. *Regul. Toxicol. Pharmacol.* 2010. 58:382-394.

4. Chambers, A, Krewski, D, Birkett, N, **Plunkett, L,** Hertzberg, R, Danzeisen, R, Aggett, PJ, Starr, TB , Baker, S, Dourson, M, Jones, P, Keen, CL , Meek, B, Schoeny, R, and Slob, W *J*. An exposure-response curve for copper excess and deficiency. *Toxicol. Environ. Health.* 2010. 13:546- 578.

5. Krewski, D, Chambers, A, Stern, BA, Aggett, PA, **Plunkett, L,** Rudenko, L. Development of a copper database for exposure-response analysis. *J. Toxicol. Environ. Health.* 2010. 73:208-216.

3

6. **Plunkett, LM**, Becker, RA. Does the standard toxicological testing paradigm for industrial chemicals apply to screening for children's health risks? *The Open Toxicol. J.* 2008, 2:42-60.

7. Becker, RA, **Plunkett, LM**, Borzelleca, JF, Kaplan, AM. Tiered toxicity testing: Evaluation of toxicity-based decision triggers for human health hazard characterization. *Food Chem. Toxicol.* 2007, 45:2454-2469.

8. MacGregor, JA, **Plunkett, LM**, Youngren, SH, Manley, A, Plunkett, JB, Starr, TB. Humans Appear No More Sensitive than Laboratory Animals to the Inhibition of Red Blood Cell Cholinesterase by Dichlorvos (DDVP). *Regul. Toxicol. Pharmacol.,* 2005, 43:150-167.

9. **Plunkett, LM.** Do current FIFRA guideline tests protect infants and children? Lead as a case study. *J Regul Toxicol Pharmacol* 1999;29:80-87.

10. **Plunkett, LM,** Seifen E, Kennedy RH. Effect of morphine pretreatment on cocaine cardiotoxicity in anesthetized guinea pigs. *Arch Int Pharmacodyn* 1989;297:60-67.

11. Zorbas M., Owens SM, **Plunkett LM,** Bui H. The pharmacokinetics of [3H]-[1-(2-thienyl)cyclohexyl]piperidine (TCP) in Sprague Dawley rats. *J Drug Metab Disposit* 1989;17:641-645.

12. Seifen E, **Plunkett LM,** Kennedy RH. Cardiovascular and lethal effects of cocaine in anesthetized dogs and guinea pigs. *Arch Int Pharmacodyn* 1989;300:241-253.

13. McCarty R, **Plunkett LM.** Regulation of binding sites for atrial natriuretic factor (ANF) in rat brain. *Peptides* 1988;9(S1):3-8.

14. Stewart RE, Swithers SE, **Plunkett LM,** McCarty R. ANF receptors: distribution and regulation in central and peripheral tissues. *Neurosci Biobehav Rev* 1988;12:151-168.

15. **Plunkett LM,** Tackett RL. Central dopamine receptors and their role in digoxin-induced cardiotoxicity in the dog. *J Pharm Pharmacol* 1987;39:29-34.

16. **Plunkett LM,** Tackett RL. Increases in CSF norepinephrine associated with the onset of cardiac glycoside toxicity. *Eur J Pharmacol* 1987;136:119-122.

17. McCarty R, **Plunkett LM.** Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain. *Brain Res Bull* 1987;18:289-94.

18. **Plunkett LM,** Shigematsu K, Kurihara M, Saavedra JM. Localization of angiotensin II receptors along the anteroventral-third ventricle area of the rat brain. *Brain Res*

4

USCA5 3608

1987;405:205-212.

19. Israel A, **Plunkett LM,** Saavedra JM. Increased number of angiotensin II binding sites determined by autoradiography in anterior pituitary of water deprived and Brattleboro rats. *Neuroendocrinol* 1986;42:57-63.

20. Saavedra JM, Correa FMA, **Plunkett LM,** Israel A, Kurihara M, Shigematsu K. Angiotensin and atrial natriuretic peptide binding in brain of hypertensive rats. *Nature* 1986;320:758-760.

21. McCarty RM, **Plunkett LM.** Forebrain atriopeptin binding sites: Alterations in spontaneously hypertensive rats. *Neurochem Int* 1986;9:177-183.

22. Shigematsu K, Saavedra JM, **Plunkett LM,** Kurihara M, Correa FMA. Angiotensin II binding sites in the anteroventral-third-ventricle (AV3V) area and related structures of the rat brain. *Neurosci Lett* 1986 67:37-41.

23. Correa FMA, **Plunkett LM,** Saavedra JM. Quantitative distribution of angiotensin-converting enzyme (kininase II) in discrete areas of the rat brain by autoradiography with computerized microdensitometry. *Brain Res* 1986;275:259-266.

24. Saavedra JM, Israel A, **Plunkett LM,** Kurihara M, Shigematsu K, Correa FMA. Quantitative distribution of angiotensin II binding sites in rat brain by autoradiography. Peptides 1986;7:679-687.

25. McCarty R, **Plunkett LM**. Binding sites for atrial natriuretic factor (ANF) in brain: alterations in Brattleboro rats. *Brain Res Bull* 1986;17:767-772.

26. **Plunkett LM,** Gokhale RD, Vallner JJ, Tackett RL. Prazosin alters free and total plasma digoxin in dogs. *Am Heart J* 1985;109:847-851.

27. **Plunkett LM,** Tackett RL. The effects of central beta-receptor antagonism on digoxin cardiotoxicity. *Res Comm Chem Path Pharmacol* 1985;48:209-220.

28. Israel A, Saavedra JM, **Plunkett L.** Water deprivation upregulates angiotensin II receptors in rat anterior pituitary. *Am J Physiol* 1985;248 (Endocrino. Metabl. II):E264-E267.

29. Niwa M, Shigematsu K, **Plunkett L,** Saavedra JM. High affinity substance P binding sites in rat sympathetic ganglia. *Am J Physiol* 1985;249 (Heart Circ. Physiol 18):H694-H697.

30. Correa FMA, **Plunkett LM,** Saavedra JM, Hichens M. Quantitative autoradiographic determination of angiotensin-converting enzyme (kininase II) kinetics in individual rat

5

USCA5 3609

brain nuclei with 125I-351A, a specific enzyme inhibitor. *Brain Res* 1985;347:192-195.

31. Israel A, Niwa M, **Plunkett LM,** Saavedra JM. High affinity angiotensin receptors in rat adrenal medulla. *Regul Pept* 1985;11:237-243.

32. Israel A, **Plunkett LM,** Saavedra JM. Quantitative autoradiographic characterization of receptors for angiotensin II and other neuropeptides in individual brain nuclei and peripheral tissues from single rats. *Cell Mol Neurobiol* 1985;5:211-222.

33. **Plunkett LM,** Correa FMA, Saavedra JM. Quantitative autoradiographic determination of angiotensin-converting enzyme kinetics in rat pituitary and adrenal glands with 125I-135A, a specific inhibitor. Regul Pept 1985;12:1-10.

34. **Plunkett LM,** Saavedra JM. Increased angiotensin II binding affinity in the nucleus tractus solitarius of spontaneously hypertensive rats. *Proc Natl Acad Sci* 1985;82:7721-7724.

35. **Plunkett LM,** Tackett RL. Central alpha receptors and their role in digoxin cardiotoxicity. *J Pharmacol Exp Ther* 1983;227:683-686.


## ABSTRACTS

1. **Plunkett, LM**. THC and legal issues related to the state of the science. To be presented at the Society of Toxicology, New Orleans, LA, March 2016.

2. Goyak, K, Alyea, R, Becker, RA, **Plunkett, LM**, Plunkett, JB. Evaluating the ability of high-throughput screening (HTS) assays to capture the biological activity of industrial chemicals. To be presented at the Society of Toxicology, New Orleans, LA, March 2016.

3. MacGregor, JA, Plunkett, JB, **Plunkett, LM.** The occurrence of chemically induced lung tumors in rodents as an outcome in NTP chronic bioassays and the impact on cancer classifications. Presented at the Society of Toxicology, San Diego, CA, March 2015.

4. Urban, JD, Thompson, CM, **Plunkett, LM**, Perry, C, Haws, LC. A state of the science of copper reference dose for soil remediation. Presented at the Society of Toxicology, San Diego, CA, March 2015.

5. **Plunkett, LM**, Kaplan, AM, Becker, RA. Evaluation of a tiered toxicity testing decision trigger for assessing reproductive hazards of commodity chemicals. Submitted for presentation at the Society of Toxicology, Phoenix, AZ, March 2014.

6

6. **Plunkett, L.M.** Overview of key public and worker health concerns in Texas food production. Presented at the Society of Toxicology, San Antonio, TX, March 2012.

7. **Plunkett, L.M.**, Starr, T.B., MacGregor, J.A., Manley, A. Corn oil as a causative factor for proliferative lesions of the forestaomach in B6C3F1 mice exposed by gavage. Presented at Society of Toxicology, Washington, D.C., March 9, 2011. [Award received for "Best Presentation"]

8. **Plunkett, LM**, MacGregor, JA, Starr, TB, Manley, A. Daily gavage with corn oil is a causative factor for proliferative lesions of the forestaomach in B6C3F1 mice. Toxicology Lett. 189S:S142. Presented at EUROTOX, Dresden, Germany, September 14, 2009.

9. **Plunkett, LM**, MacGregor, JA, Starr, TB, Youngren, SH, Manley, A. Determination of a dichlorvos-specific acute interspecies uncertainty factor. Society of Toxicology, Seattle, WA, March 19, 2008.

10. **Plunkett, LM**, Starr, TB, Youngren, SH, MacGregor, JA, Manley, A. Determination of the magnitude of intraspecies differences in red blood cell cholinesterase inhibition in response to dichlorvos exposure. Society of Toxicology, San Diego, CA, March 6, 2006.

11. **Plunkett, LM**, Licata, JM.   What every technology manager needs to know about FDA law.   Association of University Technology Managers (AUTM), Orlando, FL, March 4, 2006.

12. **Plunkett, LM,** Licata JM.   What every technology manager needs to know about FDA law.   Association of University Technology Managers (AUTM), Phoenix, AZ February 2005.

13. **Plunkett, LM**.   Qualitative Interpretation of Complex and Disparate Data Sets for Dose-Response Assessment of Essential Trace Elements: Copper as a Case Study. Society for Toxicology, Baltimore, MD March 2004 .

14. **Plunkett, LM.**   Evaluating qualitative and quantitative dose-response data in complete data sets for comparative dose-response assessment.   Soc. Risk Analysis, Baltimore, MD, December 10, 2003.

USCA5 3611

15. **Plunkett, LM**, Rieth S, Starr T.   Issues in assessing risks for cholinesterase-inhibiting pesticides: A decision tree approach.   Soc. Risk Analysis, New Orleans, LA, December 9-12, 1996

16. **Plunkett, LM**, Brown S.   Assessment of the potential neuropathic risk to banana workers from dermal exposure to chlorpyrifos.   Soc. Risk Analysis, Honolulu, HI, December 3-7, 1995

17. **Plunkett, LM**, Russell K.   Cooperation versus Confrontation:   Reconciling Lead regulations, exposure studies, and public perception.   SEGH Conference, July, Salt Lake City, UT, 1994

18. **Plunkett LM**, Wixtrom RN, Cabrera CR.   Evaluation of the long-term safety of inflatable penile prostheses:   a critical analysis of potential carcinogenic, reproductive, teratogenic, or adverse immunological effects of silicone.   Western Section of American Urological Association Meeting, Seattle, WA, August 21-25, 1994

19. Wixtrom RN, **Plunkett LM**, Clarkin CM.   Complications of inflatable penile prostheses:   A comprehensive review of infection, mechanical complications, erosion/migration/extrusion, and fibrous capsule formation. 1994.

20. Wixtrom RN, Clarkin CM, Purkait B, **Plunkett LM**.   A review of clinical experience with the Mentor Alpha I and Mark II inflatable penile prostheses. 1994.

21. **Plunkett LM**, Rosolowsky LJ, Lerner DM, Washburn ST.   A biokinetic model for predicting blood lead levels in adults living near a former battery recycling facility. SEGH Conference, New Orleans, LA, July, 1993.

22. Rosolowsky LJ, Edelmann KG, **Plunkett LM**.   A biokinetic model for predicting blood lead levels in adults that accounts for intermittent exposures.   Society for Risk Analysis, December, 1993

23. **Plunkett LM**, Owens SM , Gunnell M, Owens RB.   The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) dosing on [3H]TCP and [3H] haloperidol binding in rat brain.   *FASEB J* 1990;4:A329.

USCA5 3612

24. Owens RB, Owens SM, Gunnell M, **Plunkett LM**. 1990. The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) on lymphocyte in subsets in rats. *FASEB J* 1990;4:A337.

25. Zorbas M, Owens SM, **Plunkett LM**, Bui H. [3H]TCP protein binding and pharmacokinetics in Sprague-Dawley rat. *FASEB J* 1989;3:A1036.

26. **Plunkett LM**, Kennedy RH, Seifen E. Effects of chronic stress on myocardial beta-adrenergic receptor binding. *The Pharmacologist* 1988;A1300.

27. Evans, R.E., **Plunkett LM**, Kennedy RH, Seifen E. [3H]Ouabain binding to regions of rat heart as determined by autoradiography. *The Pharmacologist* 1988;A41.

28. Massey BW, **Plunkett LM**, Kennedy RH, Seifen E. Alterations in brain angiotensin II binding in the aged rat. Soc. Neuroscience 1987 Abstracts, p. 722.

29. **Plunkett LM**, Alexander N, Saavedra JM. Altered angiotensin II binding in adrenal gland, pituitary gland and brain of sinoaortic denervated rats. Am. Soc. Hypertension. New York, NY, May 1986.

30. Saavedra JM, **Plunkett LM**, Correa FMA. Increased number of angiotensin II binding sites in the subfornical organ of spontaneously hypertensive rates. Am. Soc. Hypertension, New York, NY, May 1986.

31. **Plunkett LM**, Niwa M, Shigematsu K, Saavedra JM. Increased angiotensin II (ANG) binding in superior cervical ganglia of spontaneously hypertensive rats (SHR). *Fed. Proc* 1985;3: 498.

32. **Plunkett LM**, Saavedra JM. Discrete localization of angiotensin II (ANG) binding sites in rat brainstem by quantitative autoradiography. Neural and Endocrine Peptides and Receptors, Symposium, Washington, D.C., May, 1985.

33. **Plunkett LM**, Israel A, Niwa M, Shigematsu K, Saavedra JM. Alterations in angiotensin II binding in pituitary gland, adrenal gland and superior cervical ganglia of spontaneously hypertensive rats (SHR) as determined by quantitative autoradiography. Neural and Endocrine Peptides and Receptors, Symposium, Washington, DC, May 1985.

USCA5 3613

34. Shigematsu K, Niwa M, **Plunkett LM**, Saavedra JM. High affinity substance P binding sites in rat sympathetic ganglia. Neural and Endocrine Peptide and Receptors, Symposium '85, Washington, DC, May 1985.

35. McCarty R, **Plunkett LM**, Israel A, Saavedra JM. Quantitation of somatostatin binding sites in rat brain. Neural and Endocrine Peptides and Receptors, Symposium '85, Washington, DC, May, 1985.

36. **Plunkett LM**, Saavedra JM. Increased angiotensin II (ANG) binding in brainstem nuclei of adult spontaneously hypertensive rats (SHR) by quantitative autoradiography. Interamerican Society of Hypertension, Cleveland, OH, May 1985.

37. Saavedra JM, **Plunkett LM**, Niwa M, Israel A, Shigematsu K, R. McCarty, Correa FMA. Autoradiographic-microdensitometric methods for the kinetic analysis of neuropeptide receptors and peptidases in individual brain nuclei. IVth World Congress of Biological Psychiatry, Philadelphia, PA, September, 1985.

38. **Plunkett LM** Saavedra JM. 1985. Altered angiotensin II binding in ganglia and brainstem nuclei of spontaneously hypertensive rats (SHR). Council for High Blood Pressure Research, Cleveland, OH, September 1985.

39. **Plunkett LM**, Correa FMA, Saavedra JM. Quantification of angiotensin-1-converting enzyme kinetics in individual rat pituitary and adrenal glands with 125I-MK351A, a specific enzyme inhibitor. Society for Neuroscience, Dallas, Texas, October 1985.

40. McCarty R, **Plunkett LM**, Shigematsu K, Saavedra JM. Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain. Society for Neuroscience, Dallas, Texas, October, 1985.

41. Correa FMA, **Plunkett LM,** Saavedra JM. Quantitative autoradiographic determination of angiotensin-converting enzyme distribution in rat brain with 125I-MK351A, a specific inhibitor. Society for Neuroscience, Dallas, Texas, October 1985.

42. **Plunkett LM,** Saavedra JM. Altered angiotensin II binding kinetics in brainstem, pituitary gland, and adrenal gland in adult SHR. 5th International Symposium on SHR and Related Studies, Tokyo, Japan, October, 1985.

10

USCA5 3614

43. **Plunkett LM,** Tackett RL.   CSF catecholamine activity decreases during cardiac glycoside-induced arrhythmogenesis.   *The Pharmacologist* 1985; 25:745.

44. Tackett RL**, Plunkett LM**.   Naloxone inhibits the central hypotensive actions of propranolol.   *The Pharmacologist* 1983;25:101.

45. **Plunkett LM,** Vallner JJ, Tackett RL.   Prazosin lowers plasma digoxin levels. American Heart Assoc, pp 15, Savannah, GA, 1983.

46. Tackett RL**, Plunkett LM**.   1983.   BHT 933 lowers blood pressure and increases cerebrospinal fluid norepinephrine levels.   American Heart Assoc, pp 16, Savannah GA, 1983.

47. Bayoumi SM, Gokhale R, **Plunkett L,** Vallner JJ.   Pharmacokinetics of clortrimazole in dogs.   *Acad. Pharmaceut. Sci* 1983;13(2):204, (Miami meeting).

48. **Plunkett LM,** Tackett RL.   Central alpha receptors and their role in digitalis cardiotoxicity.   *The Pharmacologist* 1982; 24:489A.

49. **Plunkett LM,** Tackett RL.   Central alpha antagonism decreases blood pressure in the dog.   Proc. Soc. Exp. Biol. Med.   S.E. Sec. 7:12A 1982.

**PRESENTATIONS**

1. **Plunkett, LM.**   Non-obviousness and §103. Lecturer at Rutgers School of Law, Camden Campus. November 6, 2012.

2. **Plunkett, LM.** Regulatory primer for pharmacy students: focus on human therapeutics. Invited speaker for the AAPS Visiting Scientist Program, Texas A&M University, College of Pharmacy, Kingsville, TX, May 1, 2009.

3. **Plunkett, LM.** Strategies for reducing adverse drug reactions: Science versus regulatory considerations. Invited speaker for the AAPS Visiting Scientist Program, Texas A&M University, College of Pharmacy, Kingsville, TX, May 1, 2009.

4. **Plunkett, LM.**   Novelty requirement of §102. Lecturer at Drexel University School of Law. September 22 and 24, 2008.

USCA5 3615

5. **Plunkett, LM.** Novelty requirement of §102. Lecturer at Rutgers School of Law, Camden Campus. September 22 and 24, 2008.

6. **Plunkett, LM.** Discussion of the Adequacy of Current Regulatory Risk Assessment Approaches for Protection of Children's Health and the Health of Other "Sensitive" Human Subpopulations. Testimony before the U.S. Senate Enviornment and Public Works Committee. April, 29, 2008.

7. **Plunkett, LM.** Strategies for reducing adverse drug reactions: Science versus regulatory considerations. Invited speaker for the AAPS Visiting Scientist Program, Florida A&M University, Tallahassee, FL, October 26, 2006.

8. **Plunkett, LM**. The guidance as currently implemented: experience with Minnesota's draft risk levels. Presented at the ISRTP workshop entitled: EPA's New (Proposed) Guidance for Assessing Cancer Risks from Early Life Exposures. Genotoxic Mode of Action and Implications for Human Health-Based Standards. Baltimore, MD February 10, 2005.

9. **Plunkett, LM**. An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 17, 2004.

10. **Plunkett, LM**. Moderator of the symposium entitled "Regulation of genetically modified cells, foods, organisms and animals for consumer and therapeutic use. Meeting of the American Association of Pharmaceutical Sciences (AAPS), Baltimore, MD, November 11, 2004.

11. **Plunkett, LM**. A Road map to the US Food And Drug Administration Regulations. Invited Speaker and Session Co-chair, Federation of European Biochemical Societies (FEBS), Istanbul, Turkey, October 20-24, 2002.

12. **Plunkett, LM.** An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 2001.

13. **Plunkett, LM** . Differences and Similarities Between Children and Adults in their Exposure and Response to Environmental Chemicals: An Update Since 1992. Invited Speaker at ToxForum, Aspen CO, July 2001.

14. **Plunkett, LM.** Do current FIFRA guideline tests protect infants and children? Lead as a case study. Invited speaker at the Sixteenth International Neurotoxicology

12

USCA5 3616

Conference, Pesticides and Susceptible Populations: Who is at Risk and When? Little Rock, Arkansas, September 13-16 1998

15. **Plunkett, LM**. An overview of biotechnology regulations: the USFDA and the USEPA. Lecturer at University of Houston at Clearlake, October 16 1998.

16. Rodricks, JV, Santamaria, AB, **Plunkett, LM**. Risk Assessment as a Tool in Litigation: A Discussion of the Uses and Their Limits [Presented by **Plunkett LM**]. Society for Risk Analysis, , New Orleans, LA. December 10 1996.

17. **Plunkett, LM**. Current Issues in Lead Exposure and Risk Assessment. Symposia at the annual meeting of The American College of Toxicology, Valley Forge, PA. November 9 1996.

18. **Plunkett, LM** . An Overview of Biotechnology Regulations: Environmental Regulations. Lecturer at the South Texas School of Law, October 1995.

19. **Plunkett, LM**. An Overview of Biotechnology Regulations: FDA Regulations. Lecturer at the South Texas School of Law, October 1995.

20. **Plunkett, LM** . A Discussion of Toxicokinetics. Featured speaker at a symposium at the Int. Congress of Toxicol., July 5 1995.

21. **Plunkett, LM**. Chutes and Ladders: The Hazardous Journey for R&D to Market. Featured speaker at the Futurist's Conference, Irvine, CA, June 28, 1995.


**BOOK CHAPTERS**

1. **Plunkett, LM**, O'Donnell, JT. 2016. Ketorolac abuse and injury in college athletics. In: Drug Injury [In press].

2. **Plunkett, LM,** Timmerman, LE. 2011. Pharmacovigilance and Postmarket Surveillance in the United States: The Role of the U.S. Food and Drug Administration. In: Elements of Pharmacovigilance: Be Vigilant, Be Safe. R. Sehgal *et al.* (Eds.), Kongposh Publications: New Dehli.

3. Rodricks, JV, Frankos, VH, **Plunkett, LM**. 1995. Food Additives. In: Regulatory Toxicology. C.P. Chengelis, J.F. Holson and S.C. Gad (eds.) Raven

13

USCA5 3617

Press, New York, New York, 51-82.

4. **Plunkett, LM**, Turnbull, D, Rodricks, JV.  1992.  Differences between adults and children affecting exposure assessment.  In:  Similarities and Differences Between Children and Adults:  Implications for Risk Assessment.  P.S. Guzelian, C.J. Henry and S.S. Olin (eds.) ILSI Press, Washington D.C., 79-96.

5. Saavedra JM, **Plunkett LM**, Correa FMA, Israel A, Kurihara M, Shigematsu K. 1986.  Quantitative autoradiography of angiotensin and atrial natriuretic factor binding sites in brain nuclei of spontaneously hypertensive rats.  In Brain Peptides and Catecholamines in Cardiovascular Regulation in Normal and Disease States.

**MISCELLANEOUS**

1. **Plunkett LM.**  2008.  U.S. Senate Committee on Environment & Public Works. Oral testimony.  Full Committee hearing entitled "Oversight on EPA Toxic Chemical Policies".  Tuesday, April 29, 2008.

2. **Plunkett LM**, Brett SM.  1991.  A new look at lead:  sources, exposures, and uptake in populations at risk.  ENVIRON Report. 5:6-9.

3. **Plunkett LM**, Frankos VH.  1991.  FDA re-examines the safety of silicone gel-filled breast implants.  ENVIRON Report. 5:10-13.

14

USCA5 3618

**APPENDIX B**

**Deposition and Trial List**

USCA5 3619

*List of Testimony for Dr. Laura M. Plunkett, Ph.D, DABT*

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2011 | *Avandia MDL*<br>*Deposition – 4 Oct 2011* | Heard Robins<br>(Santa Fe, New Mexico) |
| 2011 | *Sheets v. Alex Ford*<br>*Deposition – 20 Oct 2011* | Johanson & Fairless<br>(Sugar Land, TX) |
| 2012 | *Risperdal New Jersey Cases*<br>*Trial Testimony – 3 Feb 2012* | Bailey Perrin Bailey<br>(Houston, TX) |
| 2012 | *Cathy General v. Durawood, et al*<br>*Deposition – 19 Mar 2012* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2012 | *Risperdal Arkanas State case*<br>*Trial Testimony – 29 Mar & 30 Mar 2012* | Bailey Perrin Bailey<br>(Houston, TX) |
| 2012 | *Levy Metals*<br>*Deposition – 01 May 2012* | Rebennack Law Firm<br>(Metairie, LA) |
| 2012 | *Braden case*<br>*Deposition – 09 May 2012* | Sheila Myers Law<br>(New Orleans, LA) |
| 2012 | *DePuy*<br>*Deposition – 20 Jul 2012* | Heard Robins<br>(Houston, TX) |
| 2012 | *Rice v. Sloan et al.*<br>*Deposition – 30 Oct 2012* | Fleming, Nolen & Jez<br>(Houston, TX) |
| 2012 | *Strum v. DePuy*<br>*Deposition – 12 Nov & 13 Nov 2012* | Heard Robins<br>(Houston, TX) |
| 2013 | *Strum v. DePuy*<br>*Deposition – 23 Jan 2013* | Heard Robins<br>(Houston, TX) |
| 2013 | *Dujardain v. Rodan & Fields*<br>*Deposition – 31 Jan 2013* | Foley Mansfield<br>(Los Angeles, CA) |
| 2013 | *Accutane – Esterbrook case*<br>*Deposition – 19 Feb 2013* | Connelly Law<br>(Tacoma, WA) |
| 2013 | *Gadolinium MDL*<br>*Trial Testimony – 07 Mar 2013* | Ashcraft & Gerel, P.C.<br>(Washington, DC) |

Last Updated October 3rd, 2016

USCA5 3620

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2013 | *Strum v. DePuy*<br>*Trial Testimony – 20 Mar & 21 Mar 2013* | Heard Robins<br>(Houston, TX) |
| 2013 | *Kidd et al. v. Motorola et al.*<br>*Deposition – 10 Apr 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *Cathy General v. Durawood, et al*<br>*Deposition – 16 May 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *State of Montana & State of Utah v. Janssen*<br>*(Risperdal)*<br>*Deposition – 01 August 2013* | Nix, Patterson & Roach, LLP<br>(Daingerfield, TX) |
| 2013 | *FourLoko*<br>*Deposition – 24 September 2013* | Simon Greenstone Panatier Bartlett<br>(Dallas, TX) |
| 2013 | *Gravitt case*<br>*Deposition – 25 September 2013* | Midani, Hinkle & Cole<br>(Houston, TX) |
| 2013 | *Rice v. Sloan Valve Company*<br>*Trial Testimony – 05 November 2013* | Fleming & Associates<br>(Houston, TX) |
| 2013 | *Vasquez case*<br>*Court Hearing – 14 November 2013* | Doyle Raizner<br>(Houston, TX) |
| 2013 | *Cell Phone Litigation*<br>*Court Hearing – 13 December 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *Accutane MDL*<br>*Deposition – 16 December 2013* | Matthews & Associates<br>(Houston, TX) |
| 2014 | *Ferguson case*<br>*Trial Testimony/Attendance*<br>*26 February – 03 March 2014* | The Law Office of David Mitcham<br>(Houston, TX) |
| 2014 | *Shirley case*<br>*Deposition – 09 April 2014* | Ware Jackson<br>(Houston, TX) |
| 2014 | *Crum et al v. Burney*<br>*Deposition – 12 May 2014* | The Krueger Law Firm<br>(Mexico, MO) |
| 2014 | *Lyles v. MacNeil, Johnson & Johnson, Inc.*<br>*Deposition – 27 May 2014* | Ashcraft & Gerel<br>(Alexandria, VA) |

USCA5 3621

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2014 | *Mercaptan Litigation (CV-2013-235)* <br> *Deposition – 16 Jun 2014* | J. Patrick Courtney III Law Firm, <br> (Mobile, AL) |
| 2014 | *Mercaptan Litigation (CV-2013-235)* <br> *Deposition – 16 Jul 2014* | J. Patrick Courtney III Law Firm, <br> (Mobile, AL) |
| 2014 | *Avandia* <br> *Deposition – 19 Aug 2014* | The Rosemond Law Group, <br> (Houston, TX) |
| 2014 | *Crum et al v. Burney* <br> *Trial Testimony – 23 October 2014* | The Krueger Law Firm <br> (Mexico, MO) |
| 2014 | *Liu case* <br> *Deposition – 11 November 2014* | Farisse Law Firm <br> (Los Angeles, CA) |
| 2015 | *Liu case* <br> *Deposition 06 January 2015* | Farisse Law Firm <br> (Los Angeles, CA) |
| 2015 | *Armstead v. USC, et al.* <br> *Deposition – 06 February 2015* | Dreyer Babich <br> (Los Angeles, CA) |
| 2015 | *Broussard v. Multi-Chem Group LLC, et al* <br> *Deposition – 12 March 2015* | Wynne & Wynne <br> (Houston, TX) |
| 2015 | *Simoneaux case* <br> *Deposition – 19 March 2015* | Frischhertz, Poulliard, Frischhertz LLC <br> (New Orleans, LA) |
| 2015 | *State of Texas v. Calloway* <br> *Trial Testimony – 17 April 2015* | The Silverman Law Group <br> (Austin, TX) |
| 2015 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al* <br> *Deposition – 21 April 2015* | The Javier Law Firm <br> (New Orleans, LA) |
| 2015 | *Tylenol – Hayes case* <br> *Deposition – 24 April 2015* | Ashcraft Gerel, LLP <br> (Alexandria, VA) |
| 2015 | *Good v. Pfizer, et al.* <br> *Deposition – 10 July 2015* | Law Offices of Todd A. Moore <br> (San Diego, CA) |
| 2015 | *Jensen v. Univ. of Washington, et al.* <br> *Deposition – 20 July 2015* | Swanson & Gardner, PLLC <br> (Seattle, WA) |
| 2015 | *Good v. Pfiezer, et al* <br> *Deposition – 10 Aug 2015* | Law Offices of Todd A. Moore <br> (San Diego, CA) |

USCA5 3622

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2015 | *Broussard, et al v. Multi-Chem Group LLC, et al*<br>*Trial Testimony – 14 Sep 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Paxil*<br>*Deposition – 23 Sep 2015* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2015 | *Liu case*<br>*Trial Testimony – 25, 28 Sep 2015* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Tylenol – Hayes case*<br>*Trial Testimony – 30 Sep 2015* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2015 | *Tobin Horn v. Edward Liscombe, et al*<br>*Deposition – 10 Nov 2015* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2015 | *Jacoby Moore & Shaquil Byrd v. Janssen, et al.*<br>*Deposition – 01 Dec 2015* | Matthews & Associates<br>(Houston, TX) |
| 2016 | *VICTORIA KLEIN and*<br>*ASHLEY SWADLEY,*<br>*Plaintiffs,*<br>*VS*<br>*FEDERAL INSURANCE CO.,*<br>*a/k/a CHUBB GROUP OF INSURANCE*<br>*COMPANIES;*<br>*INTERNATIONAL INSURANCE CO.,*<br>*a/k/a WESTCHESTER FIRE INSURANCE CO.,*<br>*n/k/a ACE, USA, Ltd,;*<br>*Defendants,*<br>*VS.*<br>*CVS CAREMARK, as a Successor to*<br>*CVS REVCO D.S., INC., as a Successor to*<br>*REVCO D,S.,INC.,*<br>*Third-Party Plaintiff*<br>*Deposition – 13 Jan 2016* | Seeley Savidge Ebert & Gourash<br>(Cleveland OH) |
| 2016 | *Brownstein, et al v. Merck, et al*<br>*Deposition – 28 Jan 2016* | Aaron Levine Law Firm<br>(Washington, DC) |

USCA5 3623

| Year | Case Name | Law Firm Represented |
|------|-----------|---------------------|
| 2016 | *Rader v. GSK (Paxil)*<br>*Deposition – 02 Mar 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Rader v. GSK (Paxil)*<br>*Expert Testimony – 22 Mar – 23 Mar 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Tylenol Litigation (Taylor Case)*<br>*Deposition - 19 Apr 2016* | Ashcraft & Gerel, LLP<br>(Alexandria, VA) |
| 2016 | *Osteen v. Bayer (Aspirin)*<br>*Deposition -13 May 2016* | Balaban & Spielberger, LLP<br>(Los Angeles, CA) |
| 2016 | *Nguyen v. BCBG et al.*<br>*Deposition - 27 May 2016* | Fibich, Leebron, Copeland, Briggs<br>& Josephson<br>(Houston, TX) |
| 2016 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al.*<br>*Trial Testimony – 14Jun -15 Jun 2016* | Javier Law Firm<br>(New Orleans, LA) |
| 2016 | *Orrick v. GSK (Paxil)*<br>*Deposition - 21 July 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Freeman v. Roche (Accutane)*<br>*Deposition – 10 Aug 2016* | Krupnick Campbell Malone<br>(Fort Lauderdale, FL) |
| 2016 | *Ehrenfelt v. Janssen (Risperdal)*<br>*Deposition – 30 Aug 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Edwards v. Kuy Creek et al*<br>*Deposition – 08 Sep 2016* | Johanson & Fairless, LLP<br>(Sugar Land, TX) |

USCA5 3624

**APPENDIX C**

**Materials Reviewed**

USCA5 3625

2014.2.13 Letter - Supp Approval 22406 S-010.pdf

2014.3.6 Letter - Supp Approval 22406 S-009.pdf

2012.11.2 Letter - Supp Approval 022406 S-001,002,003.pdf

2013.3.1 Letter - Supp Approval 22406 S-004.pdf

2014.1.7 Letter - Supp Approval 22406 S-007.pdf

Clinical Pharmacology and Biopharmaceutics Review(s) 022406Orig1s000.pdf

Cross Discipline Team Leader Review 022406Orig1s000.pdf

Labeling 022406Orig1s000.pdf

Medical Review(s) 022406Orig1s000.pdf

Office Director Memo 022406Orig1s000.pdf

Officer & Employee List 022406Orig1s000.pdf

Other Action Letter(s) 022406Orig1s000.pdf

Other Review(s) 022406Orig1s000.pdf

Pharmacology Review(s) 022406Orig1s000.pdf

Proprietary Name Review(s) 022406Orig1s000.pdf

Risk Assessment and Risk Mitigation Review(s) 022406Orig1s000.pdf

Statistical Review(s) 022406Orig1s000.pdf

Summary Review 022406Orig1s000.pdf

2011.7.1 Letter - Approval 022406.pdf

Administrative and Correspondence Documents 022406Orig1s000.pdf

Approval Package for 022406Orig1s000.pdf

Chemistry Review(s) 022406Orig1s000.pdf

2014.2.12 Letter - Supp Approval - Release REMS Requirement - 202439 S-012.pdf

2013.8.7 Letter - Supp Approval 202439 S-008.pdf

2011.11.4 NDA Approval Letter 202439.pdf

Administrative and Correspondence Documents 202439Orig1s000.pdf

Approval Package 202439Orig1s000.pdf

Chemistry Review(s) 202439Orig1s000.pdf

Clinical Pharmacology and Biopharmaceutics Review(s) 202439Orig1s000.pdf

Cross Discipline Team Leader Review 202439Orig1s000.pdf

1

Environmental Assessment 202439Orig1s000.pdf

Labeling 202439Orig1s000.pdf

Medical Review(s) 202439Orig1s000.pdf

Officer & Employee List 202439Orig1s000.pdf

Other Review(s) 202439Orig1s000.pdf

Pharmacology Review(s) 202439Orig1s000.pdf

Proprietary Name Review(s) 202439Orig1s000.pdf

REMS 202439Orig1s000.pdf

Risk Assessment and Risk Mitigation Review(s) 202439Orig1s000.pdf

Statistical Review(s) 202439Orig1s000.pdf

Summary Review 202439Orig1s000.pdf

1INR Monitor System (Professional and Prescription Home Use) - Falsely Low INR Test Results.pdf

510k K021923.pdf

FINAL_INRatio_Healthcare_Professional_Customer_Letter- DEC_10_2014.pdf

FINAL_INRatio_Patient_Self_Test_Customer_Letter-DEC_10_2014.pdf

INR Monitor System (Professional and Prescription Home Use) - Falsely Low INR Test Results.pdf

INRatio 510k K020679 2002.pdf

K072727 (1).pdf

K072727 (2).pdf

K072727.pdf

K092987 (1).pdf

K092987.pdf

K110212 (1).pdf

K110212.pdf

Pages from XARELTO_JANSSEN_00002054_PROTECTED INFORMATION-SUBJECT TO PRO....pdf

Rocket AF nejmoa1009638.pdf

XARELTO_BHCP_01846602.pdf

XARELTO_BHCP_01846607.pdf

XARELTO_BHCP_01846679.pdf

2

XARELTO_BHCP_02761522.pdf

XARELTO_BPAG_01168273.pdf

XARELTO_BPAG_01489946.pdf

XARELTO_JANSSEN_04961894.pdf

XARELTO_JANSSEN_04961988.pdf

XARELTO_JANSSEN_04962010.pdf

XARELTO_JANSSEN_04962036.pdf

XARELTO_JANSSEN_04962060.pdf

XARELTO_JANSSEN_04962075.pdf

XARELTO_JANSSEN_04962095.pdf

XARELTO_JANSSEN_04962147.pdf

XARELTO_JANSSEN_04990320.pdf

XARELTO_JANSSEN_07545460.pdf

XARELTO_JANSSEN_07770820.pdf

XARELTO_JANSSEN_07771510.pdf

XARELTO_JANSSEN_07860125.pdf

XARELTO_JANSSEN_07861657.pdf

XARELTO_JANSSEN_07861688.pdf

XARELTO_JANSSEN_08805696.pdf

XARELTO_JANSSEN_01297589.pdf

XARELTO_JANSSEN_01408507.pdf

XARELTO_JANSSEN_03764144.pdf

XARELTO_JANSSEN_03764147.pdf

XARELTO_JANSSEN_03764151.pdf

XARELTO_JANSSEN_03764158.pdf

XARELTO_JANSSEN_03764169.pdf

XARELTO_JANSSEN_03826985.pdf

XARELTO_JANSSEN_03826995.pdf

XARELTO_JANSSEN_03933615.pdf

XARELTO_JANSSEN_03933641.pdf

3

USCA5 3628

XARELTO_JANSSEN_04171364.pdf

XARELTO_JANSSEN_04821463.pdf

XARELTO_JANSSEN_04925896.pdf

XARELTO_JANSSEN_04925927.pdf

XARELTO_JANSSEN_04930780.pdf

XARELTO_JANSSEN_04931655.pdf

XARELTO_JANSSEN_04931659.pdf

XARELTO_JANSSEN_04931667.pdf

XARELTO_JANSSEN_04931686.pdf

XARELTO_JANSSEN_04932090.pdf

XARELTO_JANSSEN_04932510.pdf

XARELTO_JANSSEN_04932514.pdf

XARELTO_JANSSEN_04932516.pdf

XARELTO_JANSSEN_04932784.pdf

XARELTO_JANSSEN_04932837.pdf

XARELTO_JANSSEN_04932924.pdf

XARELTO_JANSSEN_04932932.pdf

XARELTO_JANSSEN_04933090.pdf

XARELTO_JANSSEN_04935233.pdf

XARELTO_JANSSEN_04961695.pdf

XARELTO_JANSSEN_04961729.pdf

XARELTO_JANSSEN_04961730.pdf

XARELTO_JANSSEN_04961741.pdf

XARELTO_JANSSEN_04961768.pdf

XARELTO_JANSSEN_04961777.pdf

XARELTO_JANSSEN_04961806.pdf

XARELTO_JANSSEN_04961812.pdf

XARELTO_JANSSEN_04961838.pdf

XARELTO_JANSSEN_04961852.pdf

XARELTO_JANSSEN_04961854.pdf

4

XARELTO_JANSSEN_04961857.pdf

XARELTO_JANSSEN_04961861.pdf

XARELTO_JANSSEN_04961891.pdf

December 2014 label.pdf

February 2014 label.pdf

January 2014 label.pdf

January 2015 label.pdf

July 2011 label.pdf

March 2013 label.pdf

March 2014 Label.pdf

November 2011 label.pdf

September 2014 label.pdf

XareltoMedGuide 2011.pdf

1INR Monitor System (Professional and Prescription Home Use) - Falsely Low INR Test Results.pdf

76869 - XARELTO_BPAG_00006581.pdf

202439Orig1s000SumR.pdf

202439s001lbl.pdf

643708; XARELTO_JANSSEN_03800316_HIGHLY PROTECTED INFORMATION-SUBJECT TO PROTECTIVE ORDER_pdf.pdf

20110726-ACPS-CP-S1-01-FDA-Slides.pdf

art%3A10.1007%2Fs40262-013-0100-7.pdf

Blix et al 2010.pdf

Box and Whiskers from ROCKET.pdf

CFR - Code of Federal Regulations Title 21.pdf

Chang et al 2016.pdf

Douxfils2012 Thromb Res - Assessment of the impact of rivaroxaban on coagulation assays.pdf

FDA 2011 AdCom briefing on Xarelto and ROCKET data 20110908-CRDAC-B1-01-FDA.pdf

FDA Adv Comm Mtg minutes Jan 16 2014 meeeting.pdf

FDA slides for Jan 16 2014 ADCOM.pdf

FINAL_INRatio_Healthcare_Professional_Customer_Letter- DEC_10_2014.pdf

5

FINAL_INRatio_Patient_Self_Test_Customer_Letter-DEC_10_2014.pdf

Freyburger et al 2014.pdf

Girgis et al 2014 .pdf

INR Monitor System (Professional and Prescription Home Use) - Falsely Low INR Test Results.pdf

INRatio slides.ppt

ISMP NOAC rpt 2012Q4.pdf

ISMP NOAC summary 2014Q4.pdf

ISMP xerelto 2015Q4.pdf

Janssen slides for Jan 16 2014 ADCOM.pdf

JR-Gong and Kim Dabigatran Rivaroxaban Apixaban Pharmacokinetics Review Can J Cardiol 2013 29 524-33.pdf

JR-Samama et al. Coagulation parameters in patients on dabigatran or rivaroxaban-Samama JTT 35 (2013) 140-46.pdf

Lippi 2014 - Urgent monitoring of direct oral anticoagulants in patients with AF.pdf

Pages from 20110908-CRDAC-B1-01-FDA.pdf - Adobe Acrobat Pro.pdf

Pages from Xarelto_CHMP_II-12_rapporteur_AR_March_2011_REDACTED.pdf

Prescribing Doctor Talking Points - Final.pdf

Rocket AF nejmoa1009638.pdf

Samama et al 2013.pdf

Sarich 07.pdf

WC500201726.pdf

XARELTO_BHCP_00042766.pdf

XARELTO_BHCP_00114847.pdf

XARELTO_BHCP_00895282.pdf

XARELTO_BHCP_00913395.pdf

XARELTO_BHCP_01846602.pdf

XARELTO_BHCP_01846607.pdf

XARELTO_BHCP_01846679.pdf

XARELTO_BHCP_02761522.pdf

XARELTO_BPAG_01168273.pdf

XARELTO_BPAG_01168277.pdf

XARELTO_BPAG_01168280.pdf

6

USCA5 3631

XARELTO_BPAG_01489946.pdf
XARELTO_BPAG_01567658.pdf
XARELTO_BPAG_01567662.pdf
XARELTO_BPAG_04369224.pdf
XARELTO_JANSSEN_00722264.pdf
XARELTO_JANSSEN_00801067.pdf
XARELTO_JANSSEN_01297589.pdf
XARELTO_JANSSEN_01408507.pdf
XARELTO_JANSSEN_01408525.pdf
XARELTO_JANSSEN_01418283.pdf
XARELTO_JANSSEN_01420701.pdf
XARELTO_JANSSEN_01461778.pdf
XARELTO_JANSSEN_01471812.pdf
XARELTO_JANSSEN_01471814.pdf
XARELTO_JANSSEN_01471816.pdf
XARELTO_JANSSEN_01536915.pdf
XARELTO_JANSSEN_03764144.pdf
XARELTO_JANSSEN_03764147.pdf
XARELTO_JANSSEN_03764151.pdf
XARELTO_JANSSEN_03764155.pdf
XARELTO_JANSSEN_03764158.pdf
XARELTO_JANSSEN_03764164.pdf
XARELTO_JANSSEN_03764169.pdf
XARELTO_JANSSEN_03764174.pdf
XARELTO_JANSSEN_03821333.pdf
XARELTO_JANSSEN_03826985.pdf
XARELTO_JANSSEN_03826995.pdf
XARELTO_JANSSEN_03826998.pdf
XARELTO_JANSSEN_03827000.pdf
XARELTO_JANSSEN_03827005.pdf
XARELTO_JANSSEN_03827017.pdf
XARELTO_JANSSEN_03933615.pdf
XARELTO_JANSSEN_03933619.pdf
XARELTO_JANSSEN_03933623.pdf

USCA5 3632

XARELTO_JANSSEN_03933633.pdf
XARELTO_JANSSEN_03933636.pdf
XARELTO_JANSSEN_03933638.pdf
XARELTO_JANSSEN_03933640.pdf
XARELTO_JANSSEN_03933641.pdf
XARELTO_JANSSEN_03933644.pdf
XARELTO_JANSSEN_03933647.pdf
XARELTO_JANSSEN_03933648.pdf
XARELTO_JANSSEN_03933650.pdf
XARELTO_JANSSEN_04170900.pdf
XARELTO_JANSSEN_04170901.pdf
XARELTO_JANSSEN_04171364.pdf
XARELTO_JANSSEN_04821463.pdf
XARELTO_JANSSEN_04821471.pdf
XARELTO_JANSSEN_04821515.pdf
XARELTO_JANSSEN_04829607.pdf
XARELTO_JANSSEN_04829669.pdf
XARELTO_JANSSEN_04829672.pdf
XARELTO_JANSSEN_04829674.pdf
XARELTO_JANSSEN_04830012.pdf
XARELTO_JANSSEN_04830127.pdf
XARELTO_JANSSEN_04830131.pdf
XARELTO_JANSSEN_04830153.pdf
XARELTO_JANSSEN_04830293.pdf
XARELTO_JANSSEN_04830497.pdf
XARELTO_JANSSEN_04830498.pdf
XARELTO_JANSSEN_04830505.pdf
XARELTO_JANSSEN_04830507.pdf
XARELTO_JANSSEN_04830508.pdf
XARELTO_JANSSEN_04830515.pdf
XARELTO_JANSSEN_04830517.pdf
XARELTO_JANSSEN_04830519.pdf
XARELTO_JANSSEN_04830525.pdf
XARELTO_JANSSEN_04833016.pdf

USCA5 3633

XARELTO_JANSSEN_04834684.pdf
XARELTO_JANSSEN_04837753.pdf
XARELTO_JANSSEN_04839350.pdf
XARELTO_JANSSEN_04839355.pdf
XARELTO_JANSSEN_04839362.pdf
XARELTO_JANSSEN_04839418.pdf
XARELTO_JANSSEN_04843320.pdf
XARELTO_JANSSEN_04925896.pdf
XARELTO_JANSSEN_04925927.pdf
XARELTO_JANSSEN_04930780.pdf
XARELTO_JANSSEN_04931655.pdf
XARELTO_JANSSEN_04931659.pdf
XARELTO_JANSSEN_04931662.pdf
XARELTO_JANSSEN_04931667.pdf
XARELTO_JANSSEN_04931670.pdf
XARELTO_JANSSEN_04931673.pdf
XARELTO_JANSSEN_04931676.pdf
XARELTO_JANSSEN_04931680.pdf
XARELTO_JANSSEN_04931683.pdf
XARELTO_JANSSEN_04931686.pdf
XARELTO_JANSSEN_04931692.pdf
XARELTO_JANSSEN_04931951.pdf
XARELTO_JANSSEN_04931958.pdf
XARELTO_JANSSEN_04932090.pdf
XARELTO_JANSSEN_04932507.pdf
XARELTO_JANSSEN_04932510.pdf
XARELTO_JANSSEN_04932513.pdf
XARELTO_JANSSEN_04932514.pdf
XARELTO_JANSSEN_04932516.pdf
XARELTO_JANSSEN_04932784.pdf
XARELTO_JANSSEN_04932837.pdf
XARELTO_JANSSEN_04932923.pdf
XARELTO_JANSSEN_04932924.pdf
XARELTO_JANSSEN_04932932.pdf

9

XARELTO_JANSSEN_04933004.pdf
XARELTO_JANSSEN_04933008.pdf
XARELTO_JANSSEN_04933089.pdf
XARELTO_JANSSEN_04933090.pdf
XARELTO_JANSSEN_04933095.pdf
XARELTO_JANSSEN_04933096.pdf
XARELTO_JANSSEN_04933101.pdf
XARELTO_JANSSEN_04935233.pdf
XARELTO_JANSSEN_04935238.pdf
XARELTO_JANSSEN_04955571.pdf
XARELTO_JANSSEN_04955574.pdf
XARELTO_JANSSEN_04961694.pdf
XARELTO_JANSSEN_04961695.pdf
XARELTO_JANSSEN_04961726.pdf
XARELTO_JANSSEN_04961729.pdf
XARELTO_JANSSEN_04961730.pdf
XARELTO_JANSSEN_04961738.pdf
XARELTO_JANSSEN_04961741.pdf
XARELTO_JANSSEN_04961758.pdf
XARELTO_JANSSEN_04961762.pdf
XARELTO_JANSSEN_04961766.pdf
XARELTO_JANSSEN_04961768.pdf
XARELTO_JANSSEN_04961776.pdf
XARELTO_JANSSEN_04961777.pdf
XARELTO_JANSSEN_04961804.pdf
XARELTO_JANSSEN_04961805.pdf
XARELTO_JANSSEN_04961806.pdf
XARELTO_JANSSEN_04961811.pdf
XARELTO_JANSSEN_04961812.pdf
XARELTO_JANSSEN_04961815.pdf
XARELTO_JANSSEN_04961838.pdf
XARELTO_JANSSEN_04961841.pdf
XARELTO_JANSSEN_04961845.pdf
XARELTO_JANSSEN_04961847.pdf

10

XARELTO_JANSSEN_04961848.pdf
XARELTO_JANSSEN_04961849.pdf
XARELTO_JANSSEN_04961852.pdf
XARELTO_JANSSEN_04961854.pdf
XARELTO_JANSSEN_04961857.pdf
XARELTO_JANSSEN_04961858.pdf
XARELTO_JANSSEN_04961859.pdf
XARELTO_JANSSEN_04961860.pdf
XARELTO_JANSSEN_04961861.pdf
XARELTO_JANSSEN_04961863.pdf
XARELTO_JANSSEN_04961864.pdf
XARELTO_JANSSEN_04961866.pdf
XARELTO_JANSSEN_04961870.pdf
XARELTO_JANSSEN_04961876.pdf
XARELTO_JANSSEN_04961877.pdf
XARELTO_JANSSEN_04961879.pdf
XARELTO_JANSSEN_04961881.pdf
XARELTO_JANSSEN_04961885.pdf
XARELTO_JANSSEN_04961888.pdf
XARELTO_JANSSEN_04961891.pdf
XARELTO_JANSSEN_04961894.pdf
XARELTO_JANSSEN_04961898.pdf
XARELTO_JANSSEN_04961969.pdf
XARELTO_JANSSEN_04961972.pdf
XARELTO_JANSSEN_04961974.pdf
XARELTO_JANSSEN_04961986.pdf
XARELTO_JANSSEN_04961988.pdf
XARELTO_JANSSEN_04961992.pdf
XARELTO_JANSSEN_04961993.pdf
XARELTO_JANSSEN_04962004.pdf
XARELTO_JANSSEN_04962007.pdf
XARELTO_JANSSEN_04962009.pdf
XARELTO_JANSSEN_04962010.pdf
XARELTO_JANSSEN_04962014.pdf

XARELTO_JANSSEN_04962021.pdf
XARELTO_JANSSEN_04962025.pdf
XARELTO_JANSSEN_04962028.pdf
XARELTO_JANSSEN_04962029.pdf
XARELTO_JANSSEN_04962030.pdf
XARELTO_JANSSEN_04962033.pdf
XARELTO_JANSSEN_04962035.pdf
XARELTO_JANSSEN_04962036.pdf
XARELTO_JANSSEN_04962045.pdf
XARELTO_JANSSEN_04962047.pdf
XARELTO_JANSSEN_04962048.pdf
XARELTO_JANSSEN_04962055.pdf
XARELTO_JANSSEN_04962057.pdf
XARELTO_JANSSEN_04962059.pdf
XARELTO_JANSSEN_04962060.pdf
XARELTO_JANSSEN_04962064.pdf
XARELTO_JANSSEN_04962066.pdf
XARELTO_JANSSEN_04962071.pdf
XARELTO_JANSSEN_04962074.pdf
XARELTO_JANSSEN_04962075.pdf
XARELTO_JANSSEN_04962078.pdf
XARELTO_JANSSEN_04962095.pdf
XARELTO_JANSSEN_04962102.pdf
XARELTO_JANSSEN_04962104.pdf
XARELTO_JANSSEN_04962106.pdf
XARELTO_JANSSEN_04962107.pdf
XARELTO_JANSSEN_04962111.pdf
XARELTO_JANSSEN_04962127.pdf
XARELTO_JANSSEN_04962129.pdf
XARELTO_JANSSEN_04962133.pdf
XARELTO_JANSSEN_04962134.pdf
XARELTO_JANSSEN_04962136.pdf
XARELTO_JANSSEN_04962139.pdf
XARELTO_JANSSEN_04962141.pdf

12

XARELTO_JANSSEN_04962147.pdf
XARELTO_JANSSEN_04962166.pdf
XARELTO_JANSSEN_04962168.pdf
XARELTO_JANSSEN_04962172.pdf
XARELTO_JANSSEN_04962189.pdf
XARELTO_JANSSEN_04962190.pdf
XARELTO_JANSSEN_04979418.pdf
XARELTO_JANSSEN_04990320.pdf
XARELTO_JANSSEN_05019290.pdf
XARELTO_JANSSEN_05019308.pdf
XARELTO_JANSSEN_05019323.pdf
XARELTO_JANSSEN_05021188.pdf
XARELTO_JANSSEN_05021249.pdf
XARELTO_JANSSEN_05021254.pdf
XARELTO_JANSSEN_05022938.pdf
XARELTO_JANSSEN_05022940.pdf
XARELTO_JANSSEN_05313202.pdf
XARELTO_JANSSEN_05354703.pdf
XARELTO_JANSSEN_05586104.pdf
XARELTO_JANSSEN_05586836.pdf
XARELTO_JANSSEN_06241115.pdf
XARELTO_JANSSEN_06288413.pdf
XARELTO_JANSSEN_06298956.pdf
XARELTO_JANSSEN_06305802.pdf
XARELTO_JANSSEN_06307094.pdf
XARELTO_JANSSEN_06476423.pdf
XARELTO_JANSSEN_06477226.pdf
XARELTO_JANSSEN_06477944.pdf
XARELTO_JANSSEN_06480239.pdf
XARELTO_JANSSEN_06556357.pdf
XARELTO_JANSSEN_07545453.pdf
XARELTO_JANSSEN_07545457.pdf
XARELTO_JANSSEN_07545459.pdf
XARELTO_JANSSEN_07545460.pdf

USCA5 3638

XARELTO_JANSSEN_07545464.pdf

XARELTO_JANSSEN_07545465.pdf

XARELTO_JANSSEN_07545466.pdf

XARELTO_JANSSEN_07756820.pdf

XARELTO_JANSSEN_07762723.pdf

XARELTO_JANSSEN_07770820.pdf

XARELTO_JANSSEN_07771510.pdf

XARELTO_JANSSEN_07771686.pdf

XARELTO_JANSSEN_07859217.pdf

XARELTO_JANSSEN_07860124.pdf

XARELTO_JANSSEN_07860125.pdf

XARELTO_JANSSEN_07860128.pdf

XARELTO_JANSSEN_07860130.pdf

XARELTO_JANSSEN_07861654.pdf

XARELTO_JANSSEN_07861657.pdf

XARELTO_JANSSEN_07861688.pdf

XARELTO_JANSSEN_07861761.pdf

XARELTO_JANSSEN_07863251.pdf

XARELTO_JANSSEN_07902916.pdf

XARELTO_JANSSEN_07902919.pdf

XARELTO_JANSSEN_08692697.pdf

XARELTO_JANSSEN_08805696.pdf

XARELTO_JANSSEN_09426443.pdf

XARELTO_JANSSEN_09829418.pdf

XARELTO_BHCP_00029418.pdf

XARELTO_BHCP_00042758.pdf

Xarelto medication guide.pdf

XARELTO_BHCP_000015914 - 10.1.2005 Collaborative Agreement - page 19 %28product will not require monitoring%29.pdf

XARELTO_JANSSEN_15522217 - 11.12.2015 email re. References for INR ratio specifications.pdf

XARELTO_JANSSEN_15522219 - 501k Substantial Equivalence Determination Decision Summary for INRatio 2 PT-INR Monitoring System.pdf

14

USCA5 3639

**Published Literature:**

07 Florian Rose.pdf

Ahmad SR 2003 J Gen Intern Med Jan 18(1) pp57-60.pdf

Ahmad SR et al 2005 Pharmacoepidemiology Chapter 9 4th Edition.pdf

Akwaa F and A Spyropoulos 2013 Hosp Pract (1995) Feb 41(1) pp8-18.pdf

Bargman JM and K SKorecki 2015 Harrison's Principles of Internal Medicine Chapter 335.pdf

Beyer-Westendorf J et al 2014 Blood May 23 () (Epub ahead of print).pdf

Beyer-Westendorf J et al 2014 Br J Clin Pharmacol APr 2 (Epub ahead of print) - Author Manuscript.pdf

Blix HS et al 2010 Pharm Pract Jan-Mar 8(1) pp50-55.pdf

Boland M et al 2012 J Med Case Rep May 14 6(1).pdf

Bondarenko et al 2013 J Pharm Pharmaceut Sci 16 pp 74-88.pdf

Buxton ILO 2006 Goodman & Gilman's Chapter 1.PDF

Carpenter D et al 2008 N Engl J Med Mar 27 358(13) pp1354-1361.pdf

Carter N and G Plosker 2013 Drugs May 73(7) pp715-739.pdf

Chang et al 2016 Scientific Rep doi 10 1038 srep29387.pdf

Cohen AT et al 2014 Adv Ther May 31(5) pp473-493 Epub 2014 May 13.pdf

Cytochrom P450 metabolism article.pdf

Dager W 2013 AM J Health Syst Pharm May 15 70(10 Suppl 1) ppS21-S31.pdf

Dousdampanis P et al 2012 Aging Dis October 3(5) pp360-372.pdf

Douxfils J et al 2012 Thrombosis Researfch Epub ahead of Print.pdf

DSM-Safety_Comparison_of_Newly_Approved_Anticoagulant,_Savaysa_(edoxaban)_-_media.pdf

Duffull S 2012 Expert Rev Clin Pharmacol May 5(3) pp231-236.pdf

Eaton DL and SG Gilbert 2013 Casarett and Doull's Chapter 2.pdf

Fenger-Eriksen C et al 2014 Acta Anaesthesiol Scand Apr 9 () (Epub ahead of print).pdf

Fontaine GV et al 2014 Clin Appl Thromb Hemost May 28 (Epub ahead of print).pdf

Frank C et al 2014 Health Aff (Millwood) Aug 33(8) pp1453-1459.pdf

Freyburger G et al 2011 Thrombosis Research 127 pp457-465.pdf

Fromm MF 2000 Int J Clin Pharmacol Ther Feb 38(2) pp69-74.pdf

Frost C et al 2014 Clin Pharmacol 2014 Nov 13 6 pp179-187.pdf

Gadagkar and Call 2015 J Pharmacol Toxicol Meth 71 pp 68-76.pdf

15

USCA5 3640

GAO 2009 report on FDA.pdf

Girgis IG et al 2014 J Clin Pharmacol 54 pp917-927.pdf

Goldman 1996 FDA AERs article.pdf

Goldman SA 1998 Clin Ther 20 Suppl 3 ppC40-C44.pdf

Goldman SA and DL Kennedy 1998 Postgrad Med Mar 103(3) pp13-16 (comment on 1997 Postgrad Med Apr 101(4) pp13-16).pdf

Gong I and R Kim 2013 Can J Cardiol Jul 29(7 Suppl) ppS24-S33.pdf

Gonsalves W et al 2013 Mayo Clin Proc May 88(5) pp495-511.pdf

Goodman S et al 2014 J AM coll Cardiol Mar 11 63(9) pp891-900 Epub 2013 Dec 4.pdf

Goutelle S et al 2008 Fundam Clin Pharmacol Dec 22(6) pp633-648.pdf

Haas S et al 2014 Vasc Health Risk Manag Mar 10 10 pp101-114.pdf

Halperin JL et al 2014 Circulation Jun 3 () (Epub ahead of print).pdf

Harenberg J et al 2012 Int Angiol AUg 31(4) pp330-339.pdf

Hazell L and SAW Shakir 2006 Drug Safety 29(5) pp385-396.pdf

Kubitza D et al 2005 Clin Pharmacol Ther Oct 78(4) pp412-421.pdf

Kubitza D et al 2008 Curr Med Res Opin Oct 24(10) pp2757-2765 Epub 2008 Aug 19.pdf

Lasser KE et al 2002 JAMA May 1 287(17) pp2215-2220.pdf

Lega JC et al 2014 PLoS One Mar 12 9(3) ppe9138.pdf

Lin J and M Yamazaki 2003 Clin Pharmacokinet 42(1) pp59-98.pdf

Lip G et al 2012 J Am Coll Cardiol Aug 21 60(8) pp738-746 EPub 2012 Jun 12.pdf

Lippi G et al 2014 j Thromb Thrombolysis 38 pp269-274.pdf

Lynch T and A Price 2007 AM Fam Physician 76 pp391-396.pdf

Majerus PW and DM Tollefsen 2006 Goodman & Gilman's 11th Edition Chapter 54

Mann KG et al 1988 Annu Rev Biochem 57() pp915-956.pdf

Mantha S and J Ansell 2012 Thromb Haemost Sep 108(3) pp476-484 EPub 2012 Jun 28.pdf

Marchlinski F 2013 Harrison's Principles of Internal Medicine Chapter 233.pdf

Mega J et al 2013 AM J Cardiol Aug 15 112(4) pp472-428 Epub 2013 May 24.pdf

Mohanty BD et al 2014 Vasc Med May 30 19(3) pp190-204 (Epub ahead of print).pdf

Mueck W et al 2007 Int J Clin Pharmacol Ther Jun 45(6) pp335-344.pdf

Mueck W et al 2008 Clin Pharmacokinet 47(3) pp203-216.pdf

16

Mueck W et al 2008 Thromb Haemost Sep 100(3) pp453-461.pdf

Mueck W et al 2011 Clin Pharmacokinet Oct 50(10) pp675-686.pdf

Mueck W et al 2014 Clin Pharmacokinet 53 pp1-16.pdf

Murphy S and R Roberts 2006 J Allergy Clin Immunol Jan 117(1) pp34-39.pdf

Nakano Y et al 2015 J Cardiol Mar 65(3) pp185-190 Epub 2014 Sep 2.pdf

No Authors 2010 Am Heart J Mar 159(3) pp340-347.pdf

Oates JA 2006 Goodman & Gilman 11th Edition Chapter 5.PDF

OIG 2003 report on FDA drug review.pdf

Patel et al 2011 NEJM 365 pp 883-891.pdf

Perzborn E et al 2005 J Thromb Haemost Mar 3(3) pp514-521.pdf

Poultsides L et al 2012 J Bone Joint Surg Br Jan 94(1) pp113-121.pdf

Powell JR 2015 JAMA Mar 10 313(10) pp1013-1014.pdf

Relling MV and KM Giacomini 2006 Goodman & Gilman 11 Edition Chapter 4.PDF

Rev Prescrire 33 pp202-206 - No Authors 2013 Prescrire Int Jun 22(139) pp155-159.pdf

Rodriguez EM et al 2001 Pharmacoepidemiol Drug Saf Aug-Sep 10(5) pp407-410.pdf

Roland M and TN Tozer 2011 Clinical Pharmacokinetics and Pharmacodynamics, Concepts and
    Applications 4th Edition, Chapter 7.

Samama M et al 2010 Thromb Haemost Apr 103(4) pp815-825 EPub 2010 Feb 2.pdf

Samama MM et al 2013 J Thromb Thrombolysis 35 pp140-146.pdf

Samama MM et al 2013 Thromb J Jul 3 11(1).pdf

Sardar P et al 2014 J Am Geriatr Soc May 62(5) pp857-864 Epub 2014 May 1.pdf

Schneeweiss S et al 2012 Circ Cardiovasc Qual Outcomes Jul 1 5(4) pp480-486 Epub 2012 Jul 10.pdf

Scott HD et al 1987 R I Med J 70(7) pp311-316.pdf

Singer De et al 2015 J Am Heart Assoc Mar 3 4(3).pdf

Special_Report-_Anticoagulant_and_Antiplatelet_Comparison.pdf

Stevenson JW et al 2014 AM J Emerg Med APr 30 () (Epub ahead of print).pdf

Stewart R 2009 Lancet Oct 3 374(9696) pp1145.pdf

Subcommittee on Science and Technology 2007.pdf

Tahir F et al 2013 Thromb J Sep 3 11(1).pdf

Thompson J et al 2013 J Thorac Cardiovasc Surg Sep 146(3) pp599-604 Epub 2012 Aug 24.pdf

17

Ufer M 2010 Thromb Haemost Mar 103(3) pp572-585 Epub 2010 Feb 2.pdf

van Diepen S et al 2013 Circ Heart Fail Jul 6(4) pp740-747 Epub 2013 May 30.pdf

Weitz JI 2011 Goodman & Gilman 12th Edition (On-line) Chapter 30.pdf

Wong P et al 2009 J Thromb Haemost Aug 7(8) pp1313-1320 Epub 2009 Jun 3.pdf

Wright D et al 2013 Br J Clin Pharmacol Dec 76(6) pp997-998.pdf

Wysowski DK and L Swartz 2005 Arch Intern Med Jun 27 165(12) pp1363-1369.pdf

Zhang Y et al 2016 Br J Biomed Sci Jul 73(3) pp134-139 Epub 2016 Jul 11.pdf

USCA5 3643