# EXHIBIT F

USCA5 3647

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) Judge Eldon E. Fallon ) |

# Expert Report of Wayne L. Backes

By: _____     Date:  __10-12-2016__

    Wayne L. Backes

USCA5 3648

**Expert Report of Wayne L. Backes, PhD**

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)**

### I.     Background & Qualifications

I am a Professor of Pharmacology at Louisiana State University Health Sciences Center in New Orleans, Louisiana. I received my B.A. in Chemistry from Western Maryland College and my Ph.D. in Biochemistry from West Virginia University.  I did my postdoctoral work in Pharmacology under the direction of Dr. John B. Schenkman at the University of Connecticut Health Center.  At U Conn I was promoted to Instructor in 1981 and to Assistant Professor – Research in 1983.  I was appointed as a tenure track Assistant Professor in July 1984, became an Associate Professor in 1989, and a full Professor in 1995.  I served as Acting Head of the Department of Pharmacology at LSU Health Sciences Center from 1999-2001. I was promoted to my current position as Associate Dean for Research for the School of Medicine in 2001.  I have been an active member of both (1) the American Society for Biochemistry and Molecular Biology and (2) the American Society for Pharmacology and Experimental Therapeutics (ASPET) for about 25 years.  I have had several roles in ASPET where I was (1) Secretary-Treasurer of the Drug Metabolism Division, (2) Secretary-Treasurer of the Toxicology Division, and (3) Chair of the Drug Metabolism Division.  I was recently elected to the Executive Committee ASPET where I serve as a Councilor, and also serve as a member of the ASPET Finance Committee.  My research interests are in the areas of drug and foreign compound metabolism and pharmacokinetics.  I have taught this material to medical and other students since 1999, and have published over 65 peer-reviewed research papers in the area of drug and foreign compound metabolism, toxicology, and pharmacokinetics as well as 24 review articles. Over a dozen graduate students have or are currently under my guidance for their doctoral research.  My research has been continuously funded since 1988 by the National Institute of Environmental Health Sciences as well as other state and federal agencies.  I have also reviewed many manuscripts for publication in scientific journals in the area of drug and foreign compound metabolism, toxicology and pharmacokinetics.  I currently serve as an Associate Editor for the Journal <u>Drug Metabolism and Disposition</u>, where I send manuscripts to reviewers receive their responses and make decisions regarding their acceptability for publication.  Attached to this report is my curriculum vitae, which includes more information pertaining to my qualifications and a listing of my publications (Appendix A).

### II.     Methodology

In forming my opinions set forth herein, I have reviewed the materials cited within my report and listed in Appendix B. In addition, I also relied on my background, education, training, professional experience, publications, and applied the same method of review and analysis as I use in my academic practice.

USCA5 3649

I have not testified over the past four years. My fee schedule for this litigation (Appendix C) is attached to this report.

### III.  Summary of Opinions

1.  Xarelto, like all anticoagulants, reduces the risk of forming clots, but also carries the very serious side effect of major bleeding, which should be minimized if possible.

2.  Xarelto has a narrow therapeutic index.

3.  Xarelto is a highly variable drug considering the range in exposures observed in patients utilizing the same dose.

4.  Xarelto exhibits an exposure-response relationship with respect to bleeding.

5.  Although the mechanism of action of Xarelto is the same as other Factor Xa antagonists, the combination of its short half-life and once per day dosage regimen increase its risk for bleeding episodes as compared to other similar agents.

6.  Because of the short half-life of Xarelto, and the strategy for once per day administration, a higher dose is needed to maintain therapeutic drug concentrations for the entire time prior to the next dose. This strategy will lead to drug accumulation over time for patients who clear Xarelto more slowly, increasing the risk of adverse bleeding episodes.

7.  The pharmacokinetic behavior of Xarelto was characterized in young, healthy subjects where it exhibited a terminal half-life of about 5 h; however, the groups being treated with this drug are more elderly, and frequently have renal and/or hepatic impairment. This patient group is much more likely to have lower clearance values for Xarelto, and is more at risk for drug accumulation and adverse bleeding episodes. This is particularly relevant to its use for atrial fibrillation where the patients tend to be older.

8.  In the report by Mueck (2014), there was evidence that the half-life for Xarelto increased with dose, suggesting that the drug may be trending toward zero-order elimination, which indicates that some elimination process is becoming saturated. In this case, half-lives measured using a lower dose (e.g. 2.5 mg) may overestimate the clearance of Xarelto when given at higher concentrations.

### IV.  Narrow Therapeutic Index

Xarelto, as with all oral anticoagulants, has an intrinsically narrow therapeutic range because bleeding is both the therapeutic goal and the primary toxic effect (Center for Drug Evaluation and Research, 2011).[1] However, because of the manner in which the clinical trials

---

[1] The FDA stated that all anticoagulants "are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamics activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive

USCA5 3650

were conducted, obtaining a specific value for the therapeutic index of Xarelto was not determined.  Regardless of the difficulty in determining this specific value, it is known that the drug has a reported half-life of about 5 h.  When such a drug is given one time per day, this means that there is about a 32-fold change in the drug concentration over a 1 day period (actually 25 h).  Assuming that a drug concentration is chosen so the drug is effective over the entire 24 h period, this means that the peak drug concentration is about 30-fold higher than the minimum effective concentration.  In other words, because of the severity of the effect of overdose, the range of exposure between the beneficial effect of the drug, *e.g.*, preventing stroke, and the toxic effect of the drug, *e.g.*, major bleeding, necessitates careful dose selection in order to achieve optimal benefit/risk balance.  Consequently, a 30-fold difference in the minimum versus maximum concentration is likely excessive for a drug with a small therapeutic window, if one assumes that the plasma concentrations are above the minimum effective concentration during the entire time (even at the trough).  This concern is exacerbated when treating patients with diminished clearance, as the peak concentrations of the drug would be expected to accumulate with time and attain even higher concentrations.  The important implications of a narrow therapeutic index are enhanced when a drug also has variability in exposure either within a single patient or between a group of patients, as discussed in further detail below.



Figure 1 - [G&G 12th Edn (2011), Figure 3-6]

---

inhibition of physiologic clotting and excessive bleeding." (2011 FDA Summary Review Memorandum approving the A-fib indication).

USCA5 3651

## V.   Variability in Exposure

Xarelto has high inter-patient variability as demonstrated in the below table:

Table 3  Plasma concentrations of rivaroxaban in patient populations studied (licensed indications)

| Patient population/clinical setting | Rivaroxaban dose | $AUC_{24}$ (µg · h/L) | $C_{trough}$ (µg/L)[a] | $C_{max}$ (µg/L)[b] |
|---|---|---|---|---|
| VTE prevention after total hip replacement surgery | 10 mg od | 1,170 (772–2,118)[c] | 9 (1–38)[c] | 125 (91–196)[c] |
| DVT treatment (continued treatment) | 20 mg od | 2,814 (1,702–4,773)[d] | 26 (6–87)[d] | 270 (189–419)[d] |
| Stroke prevention in patients with AF ($CL_{CR} \geq$50 mL/min) | 20 mg od | 3,164 (1,860–5,434)[e] | 44 (12–137)[e] | 249 (184–343)[e] |
| Stroke prevention in patients with AF ($CL_{CR}$ 30–49 mL/min) | 15 mg od | 3,249 (1,929–5,311)[e] | 57 (18–136)[e] | 229 (178–313)[e] |
| Secondary prevention in patients with ACS | 2.5 mg bid | 376 (213–641)[f] | 17 (6–37)[f] | 46 (28–70)[f] |

[a] Defined as samples collected 20–28 h after dosing

[b] Defined as samples collected 2–4 h after dosing

[c] Median estimated values (5th–95th percentile range) in phase II studies in patients undergoing total hip replacement surgery [14]

[d] Parameter estimates at steady state—geometric means (5th–95th percentile range) in phase II studies in the acute treatment of DVT [15]

[e] Parameter estimates at steady state—geometric means (5th–95th percentile range) in stroke prevention in patients with AF (Girgis et al. unpublished data; Bayer HealthCare Pharmaceuticals and Janssen Research & Development, LLC: data on file)

[f] Median estimated values (5th–95th percentile range) at steady state in patients with ACS in the phase II ATLAS ACS TIMI 46 trial [55]. AUC provided as $AUC_{12}$

*ACS* acute coronary syndrome, $AUC_{12}$ area under the plasma concentration–time curve from time zero to 12 h, $AUC_{24}$ area under the plasma concentration–time curve from time zero to 24 h, *AF* atrial fibrillation, *bid* twice daily, $C_{max}$ maximum plasma concentration, $CL_{CR}$ creatinine clearance, $C_{trough}$ minimum plasma concentration, *DVT* deep vein thrombosis, *od* once daily, *VTE* venous thromboembolism

Maybe more importantly is the variability in the terminal half-life reported by Mueck (2014), which ranged from 4.8-36 h in those subjects receiving the 20 mg tablet. As previously mentioned, patients having a short Xarelto half-life will exhibit large fluctuations on a percentage basis; however, patients with a longer Xarelto half-life will accumulate drug with repeated dosing reaching a higher steady-state level.

Table 1  Pharmacokinetic parameters of rivaroxaban in healthy subjects after escalating doses [34]

| Parameter | Fasted | | | Fed | | |
|---|---|---|---|---|---|---|
| | 2.5 mg tablet | 5 mg tablet | 10 mg tablet | 10 mg tablet | 15 mg tablet | 20 mg tablet |
| AUC (µg · h/L) | 321 (28.8) | 626 (18.8) | 1,114 (25.2) | 1,201 (21.3) | 1,801 (22.2) | 2,294 (19,0) |
| | [165.4–551.9] | [422.6–851.4] | [685.3–1,842] | [621.5–1,798] | [952.1–2,870] | [1,464–3,227] |
| $C_{max}$ (µg/L) | 52.0 (28.1) | 90.6 (24.0) | 138.4 (29.7) | 161.7 (17.2) | 234.2 (17.4) | 294.4 (15.0) |
| | [28.6–103.0] | [56.2–145.0] | [77.4–251.0] | [127.3–235.4] | [170.8–347.1] | [225.4–360.6] |
| $t_{max}$ (h)[a] | 2.00 | 1.50 | 2.50 | 3.00 | 3.50 | 3.00 |
| | [0.75–4.00] | [0.75–6.00] | [1.00–4.00] | [0.50–6.00] | [1.00–6.00] | [0.50–6.00] |
| $t_{1/2}$ (h) | 4.99 (28.8) | 6.79 (33.4) | 10.77 (28.3) | 10.98 (44.7) | 11.10 (62.1) | 12.08 (60.8) |
| | [2.33–7.39] | [3.62–13.34] | [5.63–17.34] | [4.72–21.75] | [5.11–33.76] | [4.79–36.43] |

Values are geometric mean (% coefficient of variation), [range]

[a] Data are median (range)

*AUC* area under the plasma concentration–time curve after a single dose, $C_{max}$ maximum drug concentration in plasma after a single dose, $t_{1/2}$ half-life associated with the terminal slope, $t_{max}$ time to maximum concentration in plasma after a single dose

4

USCA5 3652

This problem is illustrated in Figure 2, where the rivaroxaban pharmacokinetics are simulated based on the half-life, and the estimate of $C_{max}$ (Mueck, 2014) after continued administration of 20 mg tablets. (In this simulation, these drugs were administered intravenously to simplify the math; however, extravascular administration would produce analogous curves except for a presence of a slower increase in the drug concentration, which would attain its maximum concentration at about 2 h (Mueck, 2014)). The red curve shows the predicted changes in drug concentration as a function of time when administered (OD), whereas the green curve shows that of BID administration at the same dose. If you assume that the therapeutic goal is to maintain an effective drug concentration over the entire treatment time, then the minimum effective concentration (MEC) would need to be near the lower horizontal line on the graph. Also, if you assume that the peak concentration is a safe dose (more on that later), the highest dose would be in the range of the upper dashed line denoting toxicity. This makes the dose range 12 – 311 ng/ml. From this graph, it is clear to see that dosing BID better maintains the drug concentration within the therapeutic window over the entire range (35-185 ng/ml), than can be seen with OD administration.



Figure 2 – Simulation of Xarelto pharmacokinetics in an individual with a half-life of 5 h and a peak concentration of 300 µg/L. These values are based on Table 1 from Mueck et al., 2014.

Now for some drugs, toxicity is not particularly life threatening (as examples – gastric upset, feeling lethargic, etc.); however, for anticoagulants, the toxic effect is an extension of the main pharmacologic effect, bleeding – which can be life threatening. Consequently, it is imperative that any dosing regimen given to a patient maintains the drug concentration within the therapeutic window. For rivaroxaban, as well as other anticoagulants, determination of this window is imperative.

As can be seen in Figure 3, the prothrombin time (PT) is linearly related to the rivaroxaban plasma concentration. Using the rivaroxaban range for a drug with the average half-life and $C_{max}$, this means that the PT would vary about 2-fold (ranging from about 13.5-27 s). From this graph, there does not appear to be any tendency for this effect to plateau, increasing to greater than 35 s at 500 µg/L as shown on the graph (Figure 3).

5

USCA5 3653



Figure 3 – This data was obtained from – [Kubitza, et al., Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939 – an oral, direct Factor Xa inhibitor – after multiple dosing in healthy male subjects, Eur. J Clin Pharmacok. 2005 61, 873-880, Figure 4b]

The problem with trying to force a short half-life drug into a once-per-day dosage regimen is that it would be very susceptible to interindividual pharmacokinetic variability. The published data shows significant variability in the half-life among individuals ranging from a low of 4.8 h to 36 h when administered at a dose of 20 mg OD (Mueck, 2014). This can be seen with Figure 4, where the time course for daily administration is shown to be affected by the half-life of the drug in different individuals.



Figure 4 – Effect of half-life on the time required to achieve steady state, and on the steady state Xarelto concentration. The half-lives used represent the average half-life for Xarelto reported by Mueck (2014), and the highest level reported in Table 1 of this reference. The $C_{max}$ used was also taken from that report.

Variability in the half-life delays the time required to attain the steady-state concentration and leads to extremely high plasma concentrations that are likely in the toxic range. The peak concentration in the individual having a $t_{1/2} = 35$ h would be expected to rise to about 800 µg/L (Figure 4). Using the data in Figure 3, which requires an extrapolation to this Xarelto concentration, the prothrombin time would be increased to greater than 50 seconds.

6

USCA5 3654

## VI.    Dose/Exposure-Response

Anticoagulants, including Xarelto, are well understood to exhibit exposure-response relationships with respect to bleeding, as demonstrated in the below figures:





[Earp, J.C. Edoxaban Dosing Considerations Based on Renal Function, Oct. 30, 2014, Slide 32]

7

USCA5 3655



Figure 5 – Panel A from Blann 2003.  Panel be from Earp, J.C. Edoxaban Dosing Considerations Based on Renal Function, Oct. 30, 2014, Slide 32.  Panel C from [Reilly 2014].

Internal Janssen documents indicate that the exposure-response curves for edoxaban and dabigatran are "pretty similar" and that the curves for Xarelto are "probably similar as well." (XARELTO_JANSSEN_18580558). A dose-response relationship was observed with respect to the effect of rivaroxaban, as measured by prothrombin time (PT) in the analysis conducted by the FDA, as presented below:

8

USCA5 3656



Figure 6 – [FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication.]

With respect to ischemic strokes, the FDA found a flat response-curve.



Figure 7 – [FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication.]

Contrary to ischemic strokes, the FDA reported an observed exposure-response curve for PT and major bleeding.

9

USCA5 3657



Figure 8 – [FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication.]

Internal documents indicate that Janssen made similar observations. (XARELTO_JANSSEN_01207639, stating that "scientifically, [] there is no dose response curve for efficacy…there is a dose response curve on bleeding".) Similarly, the FDA stated, "there is a linear correlation between rivaroxaban levels and [PT]…there is also a correlation between PT and risk of bleeding…[t]his applicant [Janssen] has not chosen to utilize this information." (FDA Summary Review). The reviewer goes on to state that "infrequent monitoring…to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients." (FDA Summary Review). Thus, the FDA took the position that PT can be used to evaluate exposure to improve outcomes, but the manufacturers have failed to include such information in the label.[2]

## VII.    Dose

### A.  Dosing Regimen

The FDA primary clinical reviewers recommended against approval based in part on the dosing regimen, stating that, "There was no rational basis for the applicant's choice of the dose tested in ROCKET." (2011 FDA Summary Review Memorandum approving the A-fib indication). As noted above, the FDA also declared that all anticoagulants have a narrow therapeutic index, which affects the delicate balance of dose selection. The FDA went on to state that "prudent drug development of anticoagulants should include robust investigation of the relationship between dose and outcomes in order to choose reasonable dose(s) for administration to patients." Importantly, the FDA declared that there was no available data to adequately select

---

[2] This was also suggested by Kubitza, et al., *Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939 – an oral, direct Factor Xa inhibitor – after multiple dosing in healthy male subjects*, Eur. J Clin Pharmacok. 2005 61, 873-880.

USCA5 3658

the appropriate dosing regimen for ROCKET. Due to the intrinsically narrow therapeutic index of rivaroxaban, it was the FDA's preference that the sponsor test BID dosing, but it appears that the sponsor did not follow the FDA's recommendation. Importantly, the FDA also stated that it lacks the authority to require the sponsor to test its preferred dosing regimen. (2011 FDA Summary Review Memorandum approving the A-fib indication).

### B. The Dose is Too High

In addition to the FDA's comments prior to and at the time of approval regarding the lack of rationale for the dosing regimen in ROCKET, the co-principal investigator of the trial itself, Dr. Robert Califf, consistently questioned the choice of dose and repeatedly stated that it was simply too high. He worked with other members of the Executive Committee to create a proposal for a study (referred to as "ROCKET 2") to confirm the best possible dosing regimen for Xarelto, but it was ultimately rejected for reasons based almost solely on marketing considerations. (*See* XARELTO_JANSSEN_03927493; XARELTO_JANSSEN_01296748; XARELTO_JANSSEN_00206990; XARELTO_JANSSEN_08583165; XARELTO_JANSSEN_01330113; XARELTO_JANSSEN_00208030; XARELTO_JANSSEN_00208031; XARELTO_JANSSEN_02531744; XARELTO_JANSSEN_01207639). In fact, it appears that Dr. Califf's opinion that the 20mg dose was too high affected his decision regarding his own mother's rivaroxaban therapy, and declared that he would not allow her to take 20mg. (*See* DCRI0002794; DCRI0003003). In sum, the current commissioner of the FDA and co-principal investigator of ROCKET, and someone who is aware of the shallow efficacy dose-response and steep bleeding dose-response, stated that the doses currently sold for the atrial fibrillation indication were too high, and in fact recommended that his own mother take a lower-than indicated dose; and yet to this day the company has not endorsed the recommendations of Dr. Califf and declined to conduct a further study to determine the best possible dose.

### VIII.  Weaknesses of Xarelto Dosing Could have been Addressed

As mentioned previously, because of the short half-life of Xarelto, coupled with its large interindividual variability, there is a problem with once per day dosing of the drug. If the patient clears Xarelto with a short half-life ($t_{1/2} \sim 5$ h), there will be large fluctuations in the drug concentration with the risk of the patient being over-medicated at the peak and/or under-medicated at the trough. However, the risk of bleeding increases with individuals who are unable to clear Xarelto as effectively. Pharmacokinetic variability in the half-life was reported by Mueck (2014) to range from 5 h to over 36 h, significantly increasing the risk of drug accumulation to toxic levels.

A confounding factor with characterization of the pharmacokinetic behavior of Xarelto was that it was determined in young, healthy subjects where it exhibited a terminal half-life of about 5 h; however, the groups being treated with this drug are more elderly, and frequently have renal and/or hepatic impairment. These patient groups are much more likely to have lower clearance values for Xarelto, and are more at risk for drug accumulation and adverse bleeding episodes. This is particularly relevant to its use for atrial fibrillation where the patients tend to be older, as renal function has been reported to continually decrease with age (Gram, T.E. 1994).

11

USCA5 3659

Case 2:12-md-02592-EEF-MBN   Document 5529-14 SEALED   Filed 02/27/19   Page 94 of 60

Both the risk from excessive fluctuations and drug accumulation to toxic concentrations can be addressed.  First, the fluctuations can be decreased by either multiple dosing (e.g. twice per day at 10 mg vs. OD at 20 mg), or development of a time-released formulation of Xarelto. These changes would decrease the highest peak concentrations and avoid the troughs found with OD dosing.

Second, potential toxicity resulting in patients with lower Xarelto clearance (i.e. longer half-lives) can be avoided by therapeutic monitoring of the prothrombin time.  A characteristic of a drug having a longer half-life in an individual is that it takes longer for the drug to attain its steady state concentration.  It takes about 4-5 half-lives for a drug to achieve 95% of its steady state concentration.  A drug with a half-life of 5 h will not accumulate to any great extent with continued dosing, but will exhibit larger peak-to-trough variation (on a percentage basis).  In contrast, a drug with a half-life of 24 h will accumulate to a higher steady state concentration, but it will take about 4-5 days to achieve steady state.  Consequently, in patients who are elderly, or have either renal or hepatic impairment, they will likely have a longer half-life.  In order to avoid toxicity in these patients I would recommend that either the Xarelto concentration or the prothrombin time be measured at the trough of the first day (just before being given the second dose), and on the third or fourth day.  If the drug concentration or prothrombin times are increased on day three, a dosage adjustment (such as decreasing from a 20 mg to a 15 mg tablet) will decrease the risk of toxic bleeding.  If you want the most accurate measurement, you could then take a PT reading at the trough of the following day, and then 4-5 days later to ensure that a proper PT has been attained.

USCA5 3660

# APPENDIX A

USCA5 3661

# CURRICULUM VITAE
# WAYNE L. BACKES
August 2016

**HOME ADDRESS**:

**OFFICE ADDRESS**:
Dept. of Pharmacology and Experimental
Therapeutics
The Stanley S. Scott Cancer Center
LSU Health Sciences Center
533 Bolivar Street
New Orleans, LA  70112
(504)-568-6557

**PRESENT RANK**:
Professor & Associate Dean for Research
School of Medicine

**MARITAL STATUS**:

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 2

## **EDUCATION**:

College:                           Western Maryland College
                                   Westminster, MD
                                   B.A. in Chemistry
                                   1969-1973

                                   University of Delaware
                                   Newark, DE
                                   Biology
                                   1974

Graduate School:                   West Virginia University Medical Center
                                   Morgantown, WV
                                   Doctoral in Biochemistry
                                   1974-1979

                                   University of Connecticut Health Center
                                   Farmington, CT
                                   Postdoctoral in Pharmacology
                                   1979-1981

## **ACADEMIC APPOINTMENTS**:

Graduate Assistant, Department of Biochemistry, West Virginia University, 1975-1979
Postdoctoral Trainee, Department of Pharmacology, University of Connecticut Health
    Center, 1979-1981
Instructor of Pharmacology, University of Connecticut Health Center, 1981-1983
Assistant Professor of Pharmacology, University of Connecticut Health Center, 1983-
    1984
Assistant Professor of Pharmacology, LSU Medical Center–New Orleans, July 1984 –
    1989
Member of the Stanley S. Scott Cancer Center – 1989 - present
Associate Professor of Pharmacology, LSU Medical Center – New Orleans, July 1989 -
    1995
Professor of Pharmacology, LSU Medical Center – New Orleans, July 1995 – present
Vice Chair of Pharmacology, LSU Medical Center – New Orleans, July 1998 – Dec.
    1998
Acting Head of Pharmacology, LSU Health Sciences Center – New Orleans, January
    1999 – March 2001
Associate Dean for Research, LSU Health Sciences Center – New Orleans, October 2001
    – present

USCA5 3663

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 3

## L.S.U. TEACHING RESPONSIBILITIES:

Principles of Pharmacology (graduate course, **1986-present - *course director 1986-2001***) - enzyme kinetics, pharmacokinetics, drug metabolism, pharmacogenetics, mechanism of P450 function

Medical Pharmacology (**1984-present – *course director*, 1999-2002**) - pharmacokinetics, drug metabolism, pharmacodynamics

Ethics in Biomedical Sciences – Environmental Ethics Considerations (2000-2014) – Required course for all graduate students

Pharmacology for Graduate Nursing (2001-2002) pharmacokinetics, drug metabolism, pharmacodynamics

Molecular Biology of Cancer (1997-2005) course offered by the Department of Biochemistry and Molecular Biology - chemical carcinogenesis

Physiology and Pathophysiology of the Liver (1999-2005) course offered by the Department of Physiology – drug metabolism and the cytochrome P450 system

Dental Pharmacology (1984-1997) - drug-receptor theory, pharmacokinetics and drug metabolism

Nursing Pharmacology (1984-1994) - drug-receptor theory, pharmacokinetics, drug metabolism, drug interactions

Cardiopulmonary Pharmacology (1986-1996, 1998-2000, *course director* 1992-1994) - pharmacokinetics, drug metabolism, drug interactions, drug-receptor theory

Pharmacology for Physical Therapy Students (1989-1996, *course director* 1992-1994) - drug-receptor theory, pharmacokinetics, drug metabolism

Protein Biochemistry (1986-1989) - steady state enzyme kinetics, theories of catalysis

Physical Biochemistry (1986-1997) - stopped-flow spectrophotometry, non-steady state enzyme kinetics, Michaelis Menten kinetics, enzyme inhibition, bi-substrate kinetics

## ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:

### National and International

International Symposium on Microsomes and Drug Oxidations – Scientific Advisory Committee 2015 – present

Symposium Coordinator – 21st International Symposium on Microsomes and Drug Oxidations – Organization of drug metabolizing enzymes and their redox partners in the endoplasmic reticulum, Davis CA, 2016

ASPET Councilor – July 2015 – 2018

ASPET Finance Committee – At Large Member, 2013 – 2019

Symposium Coordinator – Experimental Biology 2015 – The Role of Protein-Protein and Protein-Membrane Interactions on P450 Function, March 2015

Chair of External Review Committee for the Graduate Program in Environmental and Molecular Toxicology at Oregon State University, 2013

USCA5 3664

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 4

Chair – Drug Metabolism Division of American Society of Pharmacology and Experimental Therapeutics, 2011-2014

Treasurer, Society for the Study of Cytochrome P450, 2006 – present

Secretary/Treasurer – Toxicology Division of American Society of Pharmacology and Experimental Therapeutics, 2008 – 2011

Symposium Coordinator – Gordon Research Conference on Drug Metabolism, The Role of Protein-Protein Interactions on Cytochrome P450 Function, July 2010

Symposium Coordinator – Gordon Research Conference on Drug Metabolism, Impact of Protein-Protein Interactions on Metabolism, July 2007

Member of the Organizing Committee - 14th International Conference on Cytochromes P450 in Dallas, 2002 - 2005, July 2005

Symposium Coordinator – Gordon Research Conference on Drug Metabolism, The Role of Protein-Protein Interactions on Cytochrome P450 Function, July 2003

Secretary/Treasurer – Drug Metabolism Division of American Society of Pharmacology and Experimental Therapeutics (1998 – 2002)

Nominating Committee (**Committee Chairman**) Drug Metabolism Division of American Society of Pharmacology and Experimental Therapeutics (1997)

**Regional**

Louisiana Cancer Consortium Steering Committee, 2002 - 2008
Southeastern Pharmacology Society Organizing Committee, 1991
Sigma Xi Board Member, 1990 - 1994

**University**

Animal Care Advisory Committee (HSC) – *Committee Chair* – 2015-present
Clinical Research Grants Committee – *Committee Chair* – 2015-present
LSU-LSUHSC Collaborative Grants Committee – *Committee Chair* – 2015-present
Internal Advisory Board – Cardiovascular Center of Excellence – 2014 - present
Junior Faculty Guidance and Mentoring Committee – *Committee Chair* – 2010-present
Clinical Practice Advisory Committee – 2010-present
Research Space Committee – *Committee chair* – 2002-present
Research Advisory Council (*Committee Chair*) – 2008-present
Executive Committee for Environmental Health & Safety (HSC) – 2006-present
General Safety Committee (HSC), 1985-1991, 2005-present
Office Space Committee – 2004-present
Executive Research Council (*ex officio*) – 2003-present
Core Laboratories Steering Committee – *Committee Chair* – 2002-present
Research Enhancement Program Committee – 2001-present (*ex-officio* 2005-present)
Medical Administrative Council – 1999-present
Animal Care Advisory Committee (*Committee Chair* 2015-present) – 2002-2015
Genetics Head Search Committee – *Committee Chair* – 2011-2014

USCA5 3665

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 5

Liaison Committee on Medical Education Self-Study – Educational Resources Committee (*Committee Co-chair*) – 2008-2009

LSUHSC/New Orleans Public Schools Science Partnership, member of the advisory committee – 2002-2008

Physiology Head Search Committee – *Committee Chair* – 2008-2009

Pharmacology Department Head – Search Committee – 2007-2010

Office Space Committee – *Committee co-chair* – 2002-2008

Committee on Faculty Evaluation 2001-2009

Stanley S. Scott Cancer Center Director – Search Committee – 2006-2007

Chancellor's Award Selection Committee – 2000-2004

Curriculum Renewal Committee – 1999-2003

Curriculum Oversight Committee – 1998-2003

Council on Professional Conduct – 1990-2005

Curriculum Committee – Development Workgroup – 1998-2004

Executive Committee – Stanley S. Scott Cancer Center – 1998-2006

Faculty Assembly Delegate – 1993-1995 & 2000-2004

Biochemistry Head Search Committee – *Committee Chair* – 2002-2004

Board of Directors - LSUMC Core Laboratories, 1991-2002

Center Director Evaluation Committee (committee chair) - review of the director of the Stanley S. Scott Cancer Center – 2001-2002

Liaison Committee on Medical Education – Objectives Committee – 2000-2002

Committee on Faculty Awards and Fellowships - Basic Science Subcommittee, 1996-2000

Student Evaluation Focus Group, 1997-2000

Evaluation Working Group Subcommittee to evaluate Neurology Courses – 1999-2001

Dental Administrative Council – 1999-2001

Curriculum Committee - Accreditation Workgroup, 1996-1998

Stanley S. Scott Cancer Center Internal Advisory Committee, 1994-1996

Stanley S. Scott Cancer Center Steering Committee, 1992-1994

Institutional Cancer Research Grants Review Committee, 1990-1993

Radiation Safety Committee, 1989-1993

Southern Association of Colleges and Schools Accreditation Self Study Committee: Student Educational Services Subcommittee, 1992

Graduate Student Travel Award Review Committee, 1989-1991

Liaison Committee for Medical Education - Departments, Research, and Medical Education Self-Study Subcommittee for Accreditation, 1987, 1990

Graduate Research Day Organizing Committee, 1989-1991

Biomedical Research Support Group Equipment Grant Review Committee, 1988

**Departmental**

Chair – Department of Pharmacology Promotions and Tenure Committee, 1995-1999; 2001-2005, 2012

USCA5 3666

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 6

Acting Head – Department of Pharmacology, 1999-2001
Course Director – Medical Pharmacology, 1999-2001
Co-course Director – Principles of Pharmacology, 1999-2002
Course Director – Principles of Pharmacology, 1992-1998
Graduate Student Affairs Committee, 1994-1998
Course Director - Allied Health Pharmacology, 1992-1994
Graduate Student Coordinating Committee - Chairman, 1990-1991
Director - Pharmacology Seminar Program, 1987-1992

**GRADUATE STUDENTS:**

| | |
|---|---|
| Stephen T. Sier, M.S. | 8/1985-1988 |
| David J. Sequeira, Ph.D. | 8/1987-1992 |
| Wei Yuan, Ph.D. | 1/1990-1994 |
| Renee Bergeron, M.S., Ph.D. | 8/1991-1995 |
| Sonia Cardoza, Ph.D. | 1/1994-1997 |
| Angela Malin, M.S.P.H. | 9/1996-1997 |
| Shuxin Zhang, M.D., Ph.D. | 8/1997-2002 |
| Russell Kelley, B.S., Ph.D. | 10/2000-2004 |
| Warren (Jay) Huber, Ph.D. | 1/2004-2008 |
| Lauren Brignac-Huber, Ph.D. | 8/2005-2011 |
| Jiwon Park, Ph.D. | 6/2010-2015 |
| John Patrick Connick | 8/2011-present |
| Charles (Seth) Lott | 8/2016-present |

**POSTDOCTORAL ASSOCIATES & JUNIOR FACULTY:**

| | |
|---|---|
| Neelam Dwivedi, Ph.D. | 1998-2000 |
| Xue Jun Zhao, M.S., M.D. | 1999-2000 |
| Dongmei Cheng, M.D., M.S. | 2002-2006 |
| James Robert Reed, Ph.D. (Research Assistant Professor) | 2003-2015 |
| James Robert Reed, Ph.D. (Research Associate Professor) | 2015-present |

**AWARDS AND SOCIETIES:**

American Society for Pharmacology and Experimental Therapeutics (active)
Drug Metabolism Division of ASPET (active)
Toxicology Division of ASPET (active)
American Society for Biochemistry and Molecular Biology (active)
Society of Toxicology
American Chemical Society
New York Academy of Sciences

USCA5 3667

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 7


Phi Kappa Phi
Sigma Xi

## **GRANT AND JOURNAL REVIEWING RESPONSIBILITIES**

*GRANTS*

Superfund Research Program, P42 Study Section Member (ad hoc), NIEHS, Feb. 2015

National Institutes of Health, National Center for Complementary and Alternative Medicine, Botanical Dietary Supplement Research Centers P50 Study Section – 2014

National Institutes of Health, Gastroenterology, Kidney, Urology & Toxicology Study Section, *Chair*, 2013

National Institutes of Health, Xenobiotic and Nutrient Disposition and Action (XNDA) Study Section Standing Member, 2009-2012

NIH-NIAAA - IAR activated for Special Emphasis Panel (SEP) ZAA1 JJ (17), "RFA AA-08-001 / -002: The Role of Mitochondria in Alcohol-Induced Tissue Injury", March 17-18, 2008

National Institutes of Health, Xenobiotic and Nutrient Disposition and Action (XNDA) Study Section, 2004, 2006, 2007 (ad hoc)

National Institute of Environmental Health Sciences – Superfund Basic Research and Training Program – Center Reviews, National Institutes of Health, October 2004-April 2005

National Institute of Environmental Health Sciences – Special Emphasis Panel (Review of Superfund Supplements), National Institutes of Health, April 2004-2005

National Institute of Environmental Health Sciences – Environmental Health Center Review Site Visit Committee, National Institutes of Health, 2003

National Center for Complementary and Alternative Medicine National Institutes of Health, (study section) – 2002-2004

Merit Reviewer for Veterans Administration Grant Proposals - (1996-2002)

Grant Reviewer for National Science Foundation - (1996-2002)

Grant Reviewer for the Human Frontier Science Program - (1996-2002)

*JOURNALS*

Associate Editor for the Journal **Drug Metabolism and Disposition** (2012-present)

Editorial Board Member for **Frontiers Journals** (2016-present)

Editorial Board Member for the Journal **Drug Metabolism and Disposition** (2000-present)

Editorial Board Member for the Journal **Clinical Journal of Oncology Nursing** (2003-2008)

Specific Field Editor for **Journal of Pharmacology and Experimental Therapeutics** (1997-1998)

James Gillette Best Paper Award reviewer for the Journal **Drug Metabolism and**

USCA5 3668

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 8

**Disposition** – (1998)

Reviewer for the following Journals:
Alcohol (2001)
Alcoholism: Clinical and Experimental Research (2000)
American Journal of Physiology – Gastrointestinal and Liver Physiology (2006)
Analytical Biochemistry (2003)
Archives of Biochemistry and Biophysics (1998-2011)
Basic Methods in Protein Purification and Analysis (2012)
Biochemical Journal (2010)
Biochemical Pharmacology (1993, 1997, 2002-2008, 2012, 2013-2015)
Biochemistry (1999-2015)
Biochimica et Biophysica Acta (2006)
Biofactors (2015)
Brain Research (1997)
Canadian Journal of Physiology and Pharmacology (2002, 2006, 2009)
Chemical Research in Toxicology (2012)
Clinical Journal of Oncology Nursing (2006)
Comparative Biochemistry and Physiology (2006)
Current Drug Metabolism (2011, 2014)
Current Medicinal Chemistry (2010)
Drug Metabolism and Disposition (1995-2015)
Drug Metabolism Reviews (2002)
Expert Opinion on Drug Metabolism & Toxicology (2010)
Expert Opinion on Therapeutic Targets (2007)
FASEB Journal (2006)
FEBS Letters (2003)
Journal of the American Chemical Society (2006)
Journal of Biological Chemistry (2006-2007)
Journal of Computer-Aided Molecular Design (2005)
Journal of Inorganic Biochemistry (2002, 2003, 2006, 2007, 2012-2015)
Journal of Pharmacology & Experimental Therapeutics (1998-2009, 2012, 2013)
Medicinal Chemistry Letters (2015)
Molecular Pharmacology (1995-1996, 2004-2006, 2010, 2012-2015)
Pharmacology and Therapeutics (2002)
Pharmacology Research and Perspectives (2014)
PLOS One (2012, 2015)
The Pharmacogenetics Journal (2003)
Scientific Reports (2015)
Toxicology (2014)
Toxicology Letters (2012)
Xenobiotica (1994, 1997)

USCA5 3669

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 9

## COMMITTEE MEMBERSHIPS FOR NATIONAL & INTERNATIONAL SOCIETIES

ASPET Councilor, 2015-2018

Internal Advisory Committee, Nutrition and Obesity Research Center, Pennington Biomedical Research Center (2P30DK072476); NIDDK, January 2013-present

External Advisory Committee, Center for the Study of Botanicals and Metabolic Syndrome., Pennington Biomedical Research Center and Rutgers University; NCCAM, January 2006-present

ASPET Finance Committee – At Large Member, 2013 – 2016

Chair, Drug Metabolism Division of American Society of Pharmacology and Experimental Therapeutics (2011-2014)

Chair of External Review Committee for the Graduate Program in Environmental and Molecular Toxicology at Oregon State University, 2013

Symposium Coordinator – Gordon Research Conference on Drug Metabolism, July 2010

Secretary/Treasurer – Toxicology Division of American Society of Pharmacology and Experimental Therapeutics (2008-2011)

Member of the Organizing Committee – Gordon Research Conference on Drug Metabolism, Symposium Coordinator, July 2007

Member, Board of Directors, 14th International Conference on Cytochromes P450 in Dallas, July 2005

Member of the Organizing Committee - 14th International Conference on Cytochromes P450 in Dallas, July 2005

Member of the Organizing Committee – Gordon Research Conference on Drug Metabolism, Symposium Coordinator, July 2003

Secretary/Treasurer – Drug Metabolism Division of American Society of Pharmacology and Experimental Therapeutics (1999-2002)

The 1997 Nominating Committee of the Drug Metabolism Division of the American Society of Pharmacology and Experimental Therapeutics (*Committee Chairman*).

## COMMUNITY SERVICE

Expert witness for the Indigent Defenders Office – State of Louisiana (gratis) - 1998

Judge for Little Oak/Boyett Science Fair, Slidell, LA – 1998-2000

## PREVIOUS GRANT AWARDS:

Institutional Cancer Research Funds, "Factors Controlling the Rate of Activation of Small Aromatic Hydrocarbon Carcinogens", 1984, Wayne L. Backes, principal investigator, $7490.

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 10

National Institutes of Health Biomedical Research Support Group (LSU), "Molecular
Interactions between Components of the Microsomal Electron Transport Chain",
1984, Wayne L. Backes principal investigator, $3,000.

Cancer Association of Greater New Orleans, "Mechanism of Activation of Small
Aromatic Hydrocarbon Carcinogens", 1985, Wayne L. Backes principal
investigator, $13,800.

Cancer Association of Greater New Orleans, "Effects on the Disposition of Small
Chlorinated Aromatic Hydrocarbon Carcinogens", 1986, Wayne L. Backes
principal investigator, $11,641.

National Institutes of Health Biomedical Research Support Group (LSU), "Structure-
Activity Relationship for Xenobiotic Mediated Induction of Cytochrome P-450
Isozymes", 1986, Wayne L. Backes principal investigator, $3,500.

Hoffmann-La Roche, "Measurement of Benzphetamine and 7-Ethoxycoumarin
Metabolism", 1988, Wayne L. Backes principal investigator, $5,000.

National Cancer Institute, "Suicide Substrate of Cytochrome P-450 as Anticarcinogen",
1987-1990, William Alworth principal investigator, Wayne L. Backes co-
investigator, $269,343.

Hoffmann-La Roche, "Measurement of Benzphetamine and 7-Ethoxycoumarin
Metabolism", 1989, Wayne L. Backes principal investigator, $35,000.

National Institute of Environmental Health Sciences, "Toxicological Significance of
Alkylbenzene Metabolism", January 15, 1988 to December 31, 1992, Wayne L.
Backes principal investigator, $313,762 direct costs (years 1 – 5).

Neuroscience Center of Excellence (LSUMC), "Role of Cytochrome P450 in the
Metabolic Changes Produced by Cerebral Ischemia", January 1993 to December
1993, Wayne L. Backes, co-principal investigator, $10,000.

Louisiana Education Quality Support Fund (LEQSF), "Development of a Model for the
Production of Plant Medicinals", July 1, 1994 to June 30, 1995, Wayne L. Backes,
principal investigator, $50,000.

Neuroscience Center of Excellence (LSUMC), "Effect of Alkylbenzene Exposure on
P450 Expression in Brain", March 1, 1995 to June 30, 1995, Wayne L. Backes,
principal investigator, $10,000.

Lower Mississippi Region Interagency Cancer Study - Preliminary, "Measurement of

USCA5 3671

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 11

Benzene and Trans, Trans-Muconic Acid Levels as an Index of Benzene Exposure", November 1, 1995 to October 31, 1996, $30,000.

Lower Mississippi Region Interagency Cancer Study (Environmental Protection Agency), "Examination of Polymorphisms in P450 Genes in Human Subjects in the Lower Mississippi River Region", June 1, 1997 to October 31, 2001, $107,240 direct costs.

National Institute of Environmental Health Sciences (NIEHS – ES04344), "Toxicological Significance of Alkylbenzene Metabolism", May 1, 1996 to April 30, 2002, Wayne L. Backes, Ph.D., Principal Investigator, $711,876 direct costs, $939,901 total costs (years 6 – 10).

LSU Health Sciences Center Research Enhancement Fund, "Toxicological Significance of Alkylbenzene Metabolism", December 1, 2001 to November, 2002, Wayne L. Backes, Ph.D., Principal Investigator, $16,000 direct costs.

National Institute of Alcohol and Alcohol Abuse (NIH – T32 AA07577), "Biomedical alcohol Research Training Program", September 1, 1999 to August 31, 2004, (Bagby/Shellito – Principal Investigators), W.L. Backes – member of core faculty, $1,051,617 direct costs, $1,135,739, total costs.

Health Excellence Fund (HEF – State of Louisiana), "Genetics Studies in the Acadiana Population", July 1, 2000 to June 30, 2005, Bronya Keats, Ph.D., Principal Investigator, $4,150,500 total costs; Wayne L. Backes, Ph.D. – co-investigator, Sub-project "Pancreatic Cancer in Acadiana", $260,750 total costs for WLB subproject.

National Institute of Environmental Health Sciences (NIEHS – ES04344), "Toxicological Significance of Alkylbenzene Metabolism", July 1, 2002 to May 31, 2007, Wayne L. Backes, Ph.D., Principal Investigator, $1,125,000 direct costs, $1,588,565 total costs (years 11 – 15).

Departmental Excellence Through Faculty Excellence (DEFE – State of Louisiana), "Sustaining Excellence in the Department of Pharmacology and Experimental Therapeutics", July 1, 2000 to 2010, direct costs per year – $142,275; direct costs thus far - $1,422,275.

National Institute of Alcohol and Alcohol Abuse (NIH – T32 AA07577), "Biomedical alcohol Research Training Program", September 1, 2005 to August 31, 2010, (Bagby/Shellito – Principal Investigators), W.L. Backes – member of core faculty, $1,051,617 direct costs, $1,135,739, total costs.

National Institute of Environmental Health Sciences (NIEHS – P42 ES013648-), Health Impacts of Toxic Combustion By-Products, August 15, 2009 to August 14, 2011,

USCA5 3672

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 12

       Dellinger (PI) Backes (co-PI for program), Administrative Core – 5% effort (0.6 months), $36,540 direct costs (years 1 and 2)

National Institute of Environmental Health Sciences (NIEHS – P42 ES013648-01A2), Health Impacts of Toxic Combustion By-Products, August 15, 2009 to August 14, 2011, Project 4 (PI- Backes) – 5% effort (0.6 months), $158,683 direct costs

National Institute of Environmental Health Sciences (NIEHS – ES004344-S1), "Toxicological Significance of Alkylbenzene Metabolism" Supplement for Summer Student Research Experiences, July 1, 2009 to September 30, 2010, Wayne L. Backes, Ph.D., Principal Investigator, $14,040 direct costs.

National Institute of Environmental Health Sciences (NIEHS – P42 ES013648-03), LSU Superfund Research Center – Environmentally Persistent Free Radicals, August 1, 2011 to July 31, 2012, Dellinger (PI),   Backes (co-PI for program), Administrative Core – 5% effort (0.6 months), $13,964,825 total costs.


**PRESENT GRANT AWARDS**:

National Institute of Environmental Health Sciences (NIEHS – R01 ES004344), "Toxicological Significance of Alkylbenzene Metabolism", April 1, 2009 to March 31, 2016, Wayne L. Backes, Ph.D., Principal Investigator, (3 months – 25%) $1,413,000 direct costs, $1,979,000 total costs (years 16-20)

National Institute of Environmental Health Sciences (NIEHS – P42 ES013648), LSU Superfund Research Center – Environmentally Persistent Free Radicals, August 1, 2011 to July 31, 2016, Dellinger (PI),   Project 5 – 10% effort (1.2 months), $13,964,825 total costs (for project 5 - $656,610 direct costs; $932,390 total costs)


**PENDING GRANTS**:

National Institute of Environmental Health Sciences (NIEHS – R01 ES023743-01), Role of the Membrane on Heme Oxygenase and P450 Function, December 1, 2013 – November 30, 2018, Wayne L. Backes, Ph.D., Principal Investigator, $1,250,000 direct costs, $1,754,149 total costs.

National Institute of Environmental Health Sciences (NIEHS – R01 ES004344), "Toxicological Significance of Alkylbenzene Metabolism", April 1, 2016 to March 31, 2021, Wayne L. Backes, Ph.D., Principal Investigator, (2.4 months –

USCA5 3673

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 13

20%) $1,755,298 direct costs, $2,534,215 total costs (years 21-25)

**THESIS DISSERTATION**:

Backes, W.L. (1980), Substrate Binding to Cytochrome P-450, Ph.D. Thesis, West Virginia University, Morgantown, WV

**PUBLICATIONS**:

1. Turner, J., **Backes, W.**, Robinson, D. and Canady, W.J. (1977) A Reverse Type I Spectral Change Observed with Hemin and Its Possible Significance with Respect to Cytochrome P-450. *Biochem. Pharmacol.* **25**, 1543-1546.

2. **Backes, W.L.**, Krause, R.F., and Canady, W.J. (1979) Observations Relating Phenobarbital Induction of Cytochrome P-450 to the Obligatory Destruction or Release of Vitamin A. *Nutrition Reports International* **19**, 9-14.

3. **Backes, W.L.**, Sligar, S.G. and Schenkman, J.B. (1980) Cytochrome P-450 Reduction Exhibits Burst Kinetics. *Biochem. Biophys. Res. Commun.* **97**, 860-867.

4. **Backes, W.L.** and Canady, W.J. (1981) Solvent Effect on the Spectral Characteristics of Cytochrome P-450 - Specific Interactions with Dual Substrates. *J. Biol. Chem.* **256**, 7213-7227.

5. **Backes, W.L.** and Canady, W.J. (1981) Methods for the Evaluation of Hydrophobic Substrate Binding to Cytochrome P-450. *Pharmacology and Therapeutics* **12**, 133-158.

6. **Backes, W.L.**, Hogaboom, M.L. and Canady, W.J. (1982) Factors Controlling the Association of Substrates to Cytochrome P-450: Size Dependence for Hydrocarbon Binding. *J. Biol. Chem.* **257**, 4063-4071.

7. **Backes, W.L.**, Sligar, S.G. and Schenkman, J.B. (1982) Burst Kinetics of Cytochrome P-450 Reduction and Correlation Between Reduction and Spin State. *Biochemistry* **21**, 1324-1330.

8. Schenkman, J.B., Jansson, I., **Backes, W.L.**, Cheng, K.-C. and Smith, C. (1982) Dissection of Cytochrome P-450 Isozymes (RLM) from Fractions of Untreated Rat Liver Microsomal Proteins. *Biochem. Biophys. Res. Commun.* **107**, 1517-1523.

9. **Backes, W.L.**, Means, M.L. and Canady, W.J. (1984) Competition Between Hydrocarbon and Barbiturate for Spectral Binding to Hepatic Cytochrome P-450:

USCA5 3674

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 14

Inferences Concerning Spin State of the Enzyme. *J. Biol. Chem.* **259**, 10092-10099.

10. Tamburini, P.P., Gibson, G.G., **Backes, W.L.**, Sligar, S.G. and Schenkman, J.B. (1984) Reduction Kinetics of Purified Rat Liver Cytochrome P-450: Evidence for a Sequential Reaction Mechanism Dependent on the Hemoprotein Spin State. *Biochemistry* **23**, 4526-4533.

11. **Backes, W.L.**, Tamburini, P.P., Jansson, I., Gibson, G.G., Sligar, S.G. and Schenkman, J.B. (1985) Kinetics of Cytochrome P-450 Reduction: Evidence for Faster Reduction of the High-Spin Ferric State. *Biochemistry* **24**, 5130-5136.

12. **Backes, W.L.**, Jansson, I., Mole, J.E., Gibson, G.G. and Schenkman, J.B. (1985) Isolation and Comparison of Four Cytochrome P-450 Enzymes from Phenobarbital-Induced Rat Liver: Three Forms Possessing Identical $NH_2$-Terminal Sequences. *Pharmacology* **31**, 155-169.

13. **Backes, W.L.**, Turner, J., Heimann, T.G. and Canady, W.J. (1986) Association of Hydrophobic Substances with Hemin - Characteristics of the Reverse Type I Binding Spectrum and its Relationship to Cytochrome P-450. *Biochemical Pharmacology* **35**, 4443-4448.

14. Tamburini, P.P., Jansson, I., Favreau, L.V., **Backes, W.L.** and Schenkman, J.B. (1986) Differences in the Spectral Interactions Between NADPH-Cytochrome P-450 Reductase and a Series of Cytochrome P-450 Enzymes. *Biochem. Biophys. Res. Commun.* **137**, 437-442.

15. **Backes, W.L.** and Reker-Backes, C.E. (1988) The Effect of NADPH Concentration on the Reduction of Cytochrome P-450 LM2. *J. Biol. Chem.* **263**, 247-253.

16. Raeburn, D., Sequeira, D.J. and **Backes, W.L.** (1988) Possible Involvement of Cytochrome P-450 in the Epithelium- Modulated Responses to Methacholine in Guinea-Pig Trachea. *Biochemical Pharmacology* **37**, 573-576.

17. **Backes, W.L.**, and Eyer, C.S. (1989) Cytochrome P-450 LM2 Reduction: Substrate Effects on the Rate of Reductase-LM2 Association. *J. Biol. Chem.* **264**, 6252-6259.

18. Causey, K.M., Eyer, C.S. and **Backes, W.L.** (1990) Dual Role of Phospholipid in the Reconstitution of Cytochrome P-450 LM2-Dependent Activities. *Mol. Pharmacol.* **38**, 134-142.

19. Eyer, C.S. and **Backes, W.L.** (1991) Relationship Between the Rate of Reductase - Cytochrome P450 Complex Formation and the Rate of First Electron Transfer. *Arch. Biochem. Biophys.* **293**, 231-240.

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 15

20.  Sequeira, D.J., Eyer, C.S. Cawley, G.F., Nick, T.G. and **Backes, W.L.** (1992) Ethylbenzene-mediated Induction of Cytochrome P450 Isozymes in Male and Female Rats. *Biochem. Pharmacol.* **44**, 1171-1182.

21.  **Backes, W.L.**, Sequeira, D.J., Cawley, G.F., and Eyer, C.S. (1993) Relationship Between Hydrocarbon Structure and Induction of Cytochrome P450: Effects on Protein Levels and Enzyme Activities. *Xenobiotica* **23**, 1353-1366.

22.  **Backes, W.L.**, Cawley, G., Eyer, C.S., Means, M., Causey, K.M. and Canady, W.J. (1993) Aromatic Hydrocarbon Binding to Cytochrome P450 and Other Enzyme Binding Sites: Are Hydrophobic Compounds Drawn into the Active Site or Pushed from the Aqueous Phase? *Arch. Biochem. Biophys.* **304**, 27-37.

23.  Sequeira, D.J., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (1994) Temporal Changes in P-450 2E1 Expression with Continued Ethylbenzene Exposure.  *Biochim. Biophys. Acta* **1207**, 179-186.

24.  Yuan, W., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (1994)  Induction of P450 3A by Ethylbenzene Without Altering RNA Levels.  *Biochem. Biophys. Res. Commun.* **202**, 1259-1265.

25.  Yuan, W., White, T.B., Yuan, W., White, J.W., Strobel, H.W., and **Backes, W.L.** (1995) Relationship Between Hydrocarbon Structure and Induction of Cytochrome P450: Effect on RNA Levels. *Xenobiotica* **25**, 9-16.

26.  Cawley, G.F., Batie, C.J., and **Backes, W.L.** (1995) Substrate-Dependent Competition of Different P450 Isozymes for Limiting NADPH-Cytochrome P450 Reductase. *Biochemistry* **34**, 1244-1247.

27.  Yuan, W., Serron, S.C., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (1997) Ethylbenzene Modulates the Expression of Different Cytochrome P450 Isozymes by Unique Multistep Processes. *Biochim. Biophys. Acta* **1334**, 361-372.

28.  Yuan, W., Sequeira, D.J., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (1997) Time Course for the Modulation of Cytochrome P450 After Administration of Ethylbenzene and its Correlation with Toluene Metabolism. *Arch. Biochem. Biophys.* **339**, 55-63.

29.  Bergeron[1], R.M., Serron, S.C., Rinehart, J.J., Cawley, G.F., and **Backes, W.L.** (1998) Pituitary Component of the Ethylbenzene-Mediated Expression of Cytochrome P450s 2B1, 2B2 and 2C11. *Xenobiotica* **28**, 303-312.

30.  **Backes, W.L.**, Batie, C.J., and Cawley, G.F. (1998) Interactions Among P450 Isozymes:

USCA5 3676

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 16

Evidence for the Existence of a 2B4-1A2-Reductase Complex with Altered Catalytic Function. *Biochemistry* **37,** 12852-12859.

31.   Bergeron, R.M., Desai, K., Serron, S.C., Cawley, G.F., Eyer, C.S. and **Backes, W.L.,** (1999) Changes in the Expression of Cytochrome P450s 2B1, 2B2, 2E1, and 2C11 in Response to Daily Aromatic Hydrocarbon Treatment. *Toxicol. Applied Pharmacol.* **157,** 1-8.

32.   Serron, S.C., Dwivedi, N., and **Backes, W.L.** (2000) Ethylbenzene Induces Microsomal Oxygen Free Radical Generation: Antibody-directed characterization of the responsible cytochrome P450 isozymes. *Toxicol. Applied Pharmacol.* **164,** 305-311.

33.   Serron, S.C., Zhang, S., Bergeron, R.M., and **Backes, W.L.,** (2001) Effect of Hypophysectomy and Growth Hormone Replacement on the Modulation of P450 Expression after Treatment with the Aromatic Hydrocarbon Ethylbenzene *Toxicol. Applied Pharmacol.* **172,** 163-171.

34.   **Backes, W.L.**, Zhang, S., Kelley, R.W., and Cawley, G.F., (2001) Evidence supporting the interaction of CYP2B4 and CYP1A2 in microsomal preparations *Drug Metabol. Dispos.* **29,** 1529-1534.

35.   **Backes, W.L.** and Serron, S.C., (2001) Invited response to a letter to the editor regarding "Ethylbenzene Induces Microsomal Oxygen Free Radical Generation: Antibody-directed characterization of the responsible cytochrome P450 isozymes". *Toxicol. Applied Pharmacol.* **173,** 189-189.

36.   Zhang, S., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (2002) Altered Ethylbenzene-Mediated Hepatic CYP2E1 Expression in Growth Hormone Deficient Dwarf Rats. *Toxicol. Applied Pharmacol.* **179,** 74-82.

37.   Hunt, J.D., Strimas, A., Martin, J.E., Eyer, M., Haddican, M., Luckett, B.G., Ruiz, B., Axelrad, T. W., **Backes, W.L.**, and Fontham, E.T.H. (2002) Differences in KRAS Mutation Spectrum in Lung Cancer Cases between African Americans and Caucasians after Occupational or Environmental Exposure to Known Carcinogens. *Canc. Epidem. Biomarkers Prev.* **11,** 1405-1412.

38.   **Backes, W.L.** and Kelley, R.W. (2003) Organization of Multiple Cytochrome P450s and NADPH-cytochrome P450 Reductase in Lipid Membranes, *Pharmacol. Ther.*, **98,** 221-233.

39.   Cheng, Dongmei, Kelley, R.W., Cawley, G.F., and **Backes, W.L.** (2004) High Level Expression of Recombinant Rabbit Cytochrome P450 2E1 in *Escherichia coli* C41 and

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 17

Its Purification. *Prot. Express. Purific.* **33**, 66-71.

40.   Kelley, R.W., Reed, J.R. and **Backes, W.L.** (2005) Effects of Ionic Strength on the Functional Interactions between CYP2B4 and CYP1A2. *Biochemistry*, **44**, 2632-2641, (PMCID: PMC1993544).

41.   **Backes, W.L.**, Kelley, R.W., Cheng, D., and Reed, J.R. (2005) How are NADPH-cytochrome P450 Reductase and Multiple Cytochromes P450 Organized in Membranes? Proceedings from the 14th International Conference on Cytochrome P450: Biochemistry, Biophysics and Bioinformatics 163-170.

42.   Reed, J.R., Kelley, R.W., and **Backes, W.L.** (2006) An Evaluation of Methods for the Reconstitution of Cytochromes P450 and NADPH P450 Reductase into Lipid Vesicles. Drug Metab. Dispos. **34**, 660-666, (PMCID: PMC2041853).

43.   Cormier, S.A., Lomnicki, S., **Backes, W.**, and Dellinger, B. (2006) Origin and Health Impacts of Emissions of Toxic By-Products and Fine Particles from Combustion and Thermal Treatment of Hazardous Wastes and Materials. Environmental Health Persp. **114**, 1-10 (PMCID: PMC1480527).

44.   Kelley, R.W., Cheng, D., and **Backes, W.L.** (2006) Heteromeric Complex Formation Between CYP2E1 and CYP1A2: Evidence for the Involvement of Electrostatic Interactions. Biochemistry **45**, 15807-15816, (PMCID: PMC1994092).

45.   Cheng, D., Reed, J.R. Harris, D., and **Backes, W.L.** (2007) Inhibition of CYP2B4 by the Mechanism-based inhibitor 2-Ethynylnaphthalene: Inhibitory Potential of 2EN is Dependent on Substrate Size. Arch. Biochem. Biophys. **462**, 28-37, (PMCID: PMC2041879).

46.   Cheng, D., Harris, D., Reed, J.R. and **Backes, W.L.** (2007) Inhibition of CYP2B4 by the Mechanism-based inhibitor 2-Ethynylnaphthalene: Evidence for the Co-Binding of Substrate and Inhibitor within the Active Site. Arch. Biochem. Biophys. **468**, 174-182, (PMCID: PMC2121586).

47.   Huber III, W.J. and **Backes, W.L.** (2007) Expression and Characterization of Full-Length Human Heme Oxygenase-1: Presence of intact membrane-binding region leads to increased binding affinity for NADPH-cytochrome P450 reductase. Biochemistry **46**, 12212-12219 (PMCID: PMC2788297).

48.   Huber III, W.J. and **Backes, W.L.** (2008) Quantitation of Heme Oxygenase-1: Heme Titration Increases Yield of Purified Protein, Anal. Biochem. **373**, 167-169, (PMCID: PMC2186295).

USCA5 3678

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 18

49. Reed, J.R., Brignac-Huber, L.M., **Backes, W.L.** (2008) Physical Incorporation of NADPH-cytochrome P450 Reductase and Cytochrome P450 into Phospholipid Vesicles using Glycocholate and Biobeads, Drug Metab. Dispos. **36**, 582–588 (<u>PMCID: PMC2789009</u>).

50. Huber III, W.J., Scruggs, B., and **Backes, W.L.** (2009) C-Terminal Membrane Spanning Region of Human Heme Oxygenase-1 Mediates a Time Dependent Complex Formation with Cytochrome P450 Reductase, Biochemistry **41**, 190-197 (<u>PMCID: PMC2789667</u>).

51. Huber III, W.J., Marohnic, C.C., Peters, M., Alam, J., Reed, J.R., Masters, B.S.S., and Backes, W.L. (2009) Measurement of Membrane-Bound Human Heme Oxygenase-1 Activity Using a Chemically Defined Assay System, Drug Metab. Dispos. **37**, 857-864 (<u>PMCID: PMC2680543</u>).

52. Reed, J.R., Eyer, M., and Backes, W.L. (2010) Functional Interactions between Cytochromes P450 1A2 and 2B4 Require Both Enzymes to Reside in the Same Phospholipid Vesicle: Evidence for physical complex formation, J. Biol. Chem. **285**, 8942-8952 (<u>PMCID: PMC2838316</u>).

53. Reed, J.R., Huber, W.J., and Backes, W.L. (2010) Human Heme Oxygenase-1 Efficiently Catabolizes Heme in the Absence of Biliverdin Reductase, Drug Metab. Dispos. **38**, 2060-2066 (<u>PMCID: PMC2967390</u>).

54. Reed, J.R., Cawley, G.F., and Backes, W.L. (2011) Inhibition of Cytochrome P450 1A2-Mediated Metabolism and Production of Reactive Oxygen Species by Heme Oxygenase-1 in Rat Liver Microsomes, Drug Metabolism Letters, **5**, 6-16 (<u>PMCID: PMC3252637</u>).

55. Brignac-Huber, L., Reed, J.R., and Backes, W.L. (2011) Organization of NADPH-Cytochrome P450 Reductase and CYP1A2 in the Endoplasmic Reticulum – Microdomain localization affects monooxygenase function, Mol. Pharmacol. **79**, 549-557 (<u>PMCID: PMC3061359</u>).

56. Marohnic, C.C., Huber, W.J. III, Connick, J.P., Reed, J.R., McCammon, K., Panda, S.P., Martásek, P., Backes, W.L., and Masters, B.S.S. (2011) Mutations of Human Cytochrome P450 Reductase Differentially Modulate Heme Oxygenase-I Activity and Oligomerization, Arch. Biochem. Biophys. **513**, 42-50 (<u>PMCID: PMC3516858</u>).

57. Reed, J.R., Connick, J.P., Cheng, D., Cawley, G.F., and Backes, W.L. (2012) Effect of Homomeric P450•P450 Complexes on P450 Function, Biochem. J. **446**, 489-497 (**PMID:** 22738171; <u>PMCID:PMC3518449</u>).

58. Reed, J.R. and **Backes, W.L.** (2012) Formation of P450•P450 Complexes and Their Effect on P450 Function, Pharmacology and Therapeutics **133**, 299-310 (**PMID:**

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 19

22155419; PMCID: PMC3272114).

59.   Reed, J.R., Cawley, G.F., and Backes, W.L. (2013) Interactions between CYP2B4 and
      CYP1A2 Lead to Alterations in Toluene Disposition and P450 Uncoupling, Biochemistry
      **52,** 4003-4013 (PMID: 23675771; PMCID:PMC3750074).

60.   Brignac-Huber, L., Reed, J.R., and **Backes, W.L.** (2013) Relationship between CYP1A2
      Localization and Lipid Microdomain Formation as a Function of Lipid Composition,
      Drug Metabolism and Disposition **41,** 1896-1905 (PMCID: PMC3807054).

61.   Johnson, E.F., Connick, J.P., Reed, J.R., Backes, W.L., Desai, M.C., Xu, L., Estrada, R.,
      Laurence, J.S., and Scott, E.E. (2014) Correlating Structure and Function of Drug-
      Metabolizing Enzymes: Progress and Ongoing Challenges, Drug Metabolism and
      Disposition **42,** 9-22 (PMID:24130370 PMCID:PMC3876788).

62.   Reed, J.R., Cawley, G.F., Ardoin, T.G., Dellinger, B., Lomnicki, S.M., Hasan, F., Kiruri,
      L.W. and Backes, W.L. (2014) Environmentally Persistent Free Radicals Inhibit
      Cytochromes P450 Activity in Rat Liver Microsomes, Toxicology and Applied
      Pharmacology **277,** 200-209 (PMID: 24713513; PMCID: PMC4049543).

63.   Park, J.-W., Reed, J.R., and Backes, W.L. (2014) Cytochrome P450 system proteins
      reside in different regions of the endoplasmic reticulum, Biochem. J. **464,** 241-249
      (PMID:25236845; PMCID: PMC4314108).

64.   Reed, J.R., Ardoin, T.G., dela Cruz, A. Lomnicki, S.M. and Backes, W.L. (2015)
      Inhibition of Cytochrome P450 2B4 by Environmentally Persistent Free Radical-
      containing Nanoparticles, Biochem. Pharmacol. **95,** 126-132. (PMID: 25817938;
      PMCID: PMC4406862).

65.   Park, J.-W., Reed, J.R., and Backes, W.L. (2015) The Localization of Cytochrome P450s
      CYP1A1 and CYP1A2 into Different Lipid Microdomains is Governed by their N-
      terminal and Internal Protein Regions, J. Biol. Chem. **290,** 29449-29460 (PMID:
      26468279; PMC Journal – In Process).

66.   Reed, J.R., dela Cruz, A.L.N., Lomnicki, S.M., and Backes, W.L. (2015)
      Environmentally persistent free radical-containing particulate matter competitively
      inhibits metabolism by cytochrome P450 1A2, Toxicol. Appl. Pharmacol. **289,** 223-230
      (PMID: 26423927; PMCID: PMC4651829).

67.   Scott, E.E., Wolf, C.R., Otyepka, M., Humphreys, S.C., Reed, J.R., Henderson, C.J.,
      McLaughlin, L.A., Paloncýová, M., Navrátilová, V., Berka, K., Anzenbacher, P., Dahal,
      U.P., Barnaba, C., Brozik, J.A., Jones, J.P., Estrada, D.F., Laurence, J.S., Park, J.W. and

USCA5 3680

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 20

Backes, W.L. (2016) The Role of Protein-Protein and Protein-Membrane Inateractions on P450 Function, Drug Metabolism and Disposition **44,** 1-15.

USCA5 3681

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 21

**<u>BOOK CHAPTERS and INSTRUCTIONAL VIDEOS</u>**:

1.  **Backes, W.L.** and Canady, W.J. *Methods for the Evaluation of Hydrophobic Substrate Binding to Cytochrome P-450*. <u>Hepatic Cytochrome P-450</u> <u>Monooxygenase System</u>, Schenkman, J.B. and Kupfer, D., eds., pp. 787-812, Pergamon Press, Oxford (1981).

2.  Schenkman, J.B., **Backes, W.L.** and Sligar, S.G. *Ferric Cytochrome P-450 Spin State Influence on P-450 Reduction Kinetics*. <u>Microsomes, Drugs, Oxidations, and Drug Toxicity</u>, Sato, R., and Kato, R., eds., pp. 335-343, Wiley-Interscience, NY (1982)

3.  **Backes, W.L.** and Moerschbaecher, J.M. (1993) *Principles of Pharmacology*. in <u>The Physiologic Basis of Surgery</u>, O'Leary, J.P. ed., Williams and Wilkins, Baltimore. Chapter 8, pp. 214-232.

4.  **Backes, W.L.** (1993) *NADPH-Cytochrome P450 Reductase: Function.* in <u>Cytochrome P450, Handbook of Experimental Pharmacology</u>, Schenkman, J.B. and Greim, H. eds. Springer-Verlag, Berlin. pp. 15-34.

5.  **Backes, W.L.** and Moerschbaecher, J.M. (1996) *Principles of Pharmacology*. in <u>The Physiologic Basis of Surgery</u>, O'Leary, J.P. ed., Williams and Wilkins, Baltimore. 2nd edition, Chapter 10, pp. 228-246.

6.  **Backes, W.L.** and Moerschbaecher, J.M. (1996) *Principles of Pharmacology,* <u>Self-Assessment Tutorial - Surgical Basic Science</u>, Training film, Cine-Med, Inc., Woodbury, CT.

7.  **Backes, W.L.** (2001) Prodrugs (invited review). *Clinical Journal of Oncology Nursing* **5,** 35.

8.  **Backes, W.L.** and Moerschbaecher, J.M. (2002) Principles of Pharmacology. in <u>The Physiologic Basis of Surgery</u>, O'Leary, J.P. ed., Williams and Wilkins, Baltimore. 3rd edition, Chapter 10, 259-280.

9.  **Backes, W.L.** (2003) Phase 1 Biotransformation Reactions – Cytochrome P450s. in <u>Xpharm</u>, Elsevier, New York.

10. **Backes, W.L.** (2003) Drug Transport Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

11. **Backes, W.L.** (2003) Passive Diffusion Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 22

12.    **Backes, W.L.** (2003) Filtration of Drugs Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

13.    **Backes, W.L.** (2003) Pharmacodynamics, in <u>Xpharm</u>, Elsevier, New York.

14.    **Backes, W.L.** (2003) Pharmacokinetics, in <u>Xpharm</u>, Elsevier, New York.**Backes, W.**L. (2003) Phase 1 Biotransformation Reactions – NADPH-Cytochrome P450 reductase, in Xpharm, Elsevier, New York.

16.    **Backes, W.L.** (2004) Prodrugs, in Oncology Nursing Forum and Clinical Journal of Oncology Nursing Clinical Reprint Series Two: Cancer Treatments.

17.    **Backes, W.L.** and Moerschbaecher, J.M. (2007) Principles of Pharmacology. in <u>The Physiologic Basis of Surgery</u>, O'Leary, J.P. ed., Williams and Wilkins, Baltimore. 4th edition, chapter 10.

18.    **Backes, W.L.** (2011) Drug Transport Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

19.    **Backes, W.L.** (2011) Passive Diffusion Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

20.    **Backes, W.L.** (2011) Filtration of Drugs Across Membranes, in <u>Xpharm</u>, Elsevier, New York.

21.    Reed, J.R. and **Backes, W.L.** (2012) Formation of P450•P450 Complexes and Their Effect on P450 Function, *Pharmacology and Therapeutics* **133,** 299-310 (<u>PMCID: PMC3272114</u>).

22.    **Backes, W.L.** (2015) Passive Diffusion Across Membranes, in Reference Module in Biomedical Sciences, Elsevier, New York.

23.    Brignac, L.M., Park, J.W., Reed, J.R., and **Backes, W.L.** (2016) Cytochrome P450 Organization and Function Are Modulated by Endoplasmic Reticulum Phospholipid Heterogeneity, *Drug Metabolism and Disposition* (*in press*).

24.    Reed, J.R. and **Backes, W.L.** (2016) The Functional Effects of Physical Interactions Involving Cytochromes P450: Putative mechanisms of action and the extent of these effects *in vivo*, *Drug Metabolism Reviews* **48,** 453-469.

USCA5 3683

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 23

## ABSTRACTS:

1. **Backes, W.L.** and Canady, W.J. (1977) Effect of Mode of Addition of Water Insoluble Substances on Their Association with Cytochrome P-450. Federation Proceedings **36**, 843.

2. **Backes, W.L.**, Krause, R.F., Colby, H.D. and Canady, W.J. (1978) Effects of Vitamin A Deficiency on Liver Microsomal Mixed Function Oxidase Activity. Federation Proceedings **37**, 1471.

3. **Backes, W.L.** and Canady, W.J. (1980) Effects of Organic Solvents on the Association of Hydrophobic Substrates with Cytochrome P-450. Federation Proceedings. **38**, 660.

4. Schenkman, J.B., **Backes, W.L.** and Sligar, S.G. (1981) Spin State Control of Cytochrome P-450 Reduction. Federation Proceedings **40**, 708.

5. **Backes, W.L.**, Sligar, S.G. and Schenkman, J.B. (1981) The Influence of Spin State on Cytochrome P-450 Reduction Kinetics. Federation Proceedings. **40**, 1639.

6. Schenkman, J.B., **Backes, W.**, Jansson, I., and Sligar, S.G. (1981) Cytochrome P-450 Exhibits Burst Kinetics of Reduction. Eighth International Congress of Pharmacology, IUPHAR, Tokyo, Japan.

7. Schenkman, J.B., **Backes, W.L.** and Sligar, S.G. The Influence of Spin State on Cytochrome P-450 Reduction Kinetics. Fifth International Symposium on Microsomes and Drug Oxidations, Tokyo, Japan.

8. **Backes, W.L.**, Jansson, I. and Schenkman, J.B. (1983) The Effect of Variation of NADPH-Cytochrome P-450 Reductase Concentration on the Reduction Kinetics of cytochrome P-450. Federation Proceedings. **42**, 1902.

9. **Backes, W.L.**, Jansson, I., Tamburini, P.P. and Schenkman, J.B. (1985) Kinetics of Cytochrome P-450 Reduction: Evidence for Faster Reduction of High Spin Ferric State. Federation Proceedings. **44**, 1447.

10. **Backes, W.L.** and Backes, C.R. (1987) Reduction of Cytochrome P-450 LM2 at Various NADPH Concentrations. Federation Proceedings. **46**, 378.

11. **Backes, W.L.** and Raeburn, D. (1988) Demonstration of Cytochrome P-450 in Airway Epithelium but not in Airway Smooth Muscle. American Review of Respiratory Disease.

12. **Backes, W.L.** and Eyer, C.S. (1988) Effect of Substrate on the Reduction Rate of Cytochrome P-450 LM2. FASEB J. **2**, A1055.

USCA5 3684

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 24

13.   **Backes, W.L.** and Eyer, C.S. (1989) The Effect of Phospholipid Concentration on the Reduction of Cytochrome P-450 LM2. FASEB J. **3**, A584.

14.   **Backes, W.L.** and Eyer, C.S. (1990)  Correlation Between NADPH-Cytochrome P-450 Reductase/Cytochrome P-450 Association and P-450 Reduction. FASEB J. **4**, A887 #3604.

15.   **Backes, W.L.**, Eyer, C.S., Causey, K.M. and Yuan, W. (1990)  Effect of Ethylbenzene Pretreatment on Cytochrome P-450 Dependent Monooxygenase Activities.  FASEB J. **4**, A1973 #1627.

16.   Sequeira, D.J., Eyer, C.S., Causey, K.M., and **Backes, W.L.** (1991)  Ethylbenzene Exposure Produces Unique Sex-Related Differences in Cytochrome P-450 Dependent Activities. FASEB J. **5**, A477 #615.

17.   Sequeira, D., Eyer, C., Cawley, G., and **Backes, W.** (1991)  Effect of Exposure Duration on Cytochrome P-450 Induction Patterns.  Pharmacologist, **33**, 187 #253.

18.   **Backes, W.L.**, Eyer, C.S., Cawley, G., and Moerschbaecher, J.M. (1991)  Alterations in Drug Metabolism Resulting From Prior Administration of Drugs of Abuse.  Neuroscience Lett., **17**, 890 #349.7.

19.   Sequeira, D.J., Eyer, C.S., Cawley, G.F., and **Backes, W.L.** (1992)  Time Course for Induction of Cytochrome P450-dependent Activities By Ethylbenzene.  FASEB J., **6**, A1202 #1539.

20.   Yuan, W., Sequeira, D.J., and **Backes, W.L.** (1992) Modulation of Rat Hepatic Cytochrome P450 by Ethylbenzene Treatment.  Pharmacologist, **34**, 183 #268.

21.   Bergeron, R.M. and **Backes, W.L.** (1993) Effect of Ethylbenzene on Cytochrome P450 Levels in Primary Hepatocyte Culture.  FASEB J. 7, A266, #1540.

22.   **Backes, W.L.**, Cawley, G.F., and Eyer, C.S. (1993) Effect of Hydrocarbon Structure on Cytochrome P450 Induction:  Propylbenzene and Butylbenzene Isomers.  FASEB J. 7, A666, #1539.

23.   Yuan, W., and **Backes, W.L.** (1994) Expression of P450 Isozymes After Single vs. Multiple Exposure to Ethylbenzene.  10th International Symposium on Microsomes and Drug Oxidations., Toronto, Canada, p. 399.

24.   Bergeron, R.M., Yuan, W., and **Backes, W.L.** (1994) Heme-Regulation of Cytochrome P450 Isozymes  After  Exposure  to  Ethylbenzene.   10th  International  Symposium  on

USCA5 3685

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 25

Microsomes and Drug Oxidations., Toronto, Canada, p. 535.

25. **Backes, W.L.**, and Cawley, G.F. (1995) Interaction Between Different P450 Isozymes in Mixed Reconstituted Systems. 9th International Conference on Cytochrome P450: Biochemistry, Biophysics and Molecular Biology, Zurich, Switzerland, p. 17.

26. **Backes, W.L.**, Yuan, W., Sequeira, D.J., Cawley, G.F., and Eyer, C.S. (1995) Aromatic Hydrocarbon Exposure Causes Suppression of P450 2C11 Followed by Induction of P450's 2B1/2 and 2E1: Implications for altered disposition/bioactivation of hydrocarbons. Cancer: The Interface Between Basic and Applied Research - An AACR Special Conference, Baltimore, MD, A-7.

27. Serron, S.C., Yuan, W., Bergeron, R.M., Cawley, G.F., and **Backes, W.L.** (1996) Strain Differences in Ethylbenzene Modulated Expression of Rat Hepatic Cytochrome P450 Isozymes, XI[th] International Symposium on Microsomes and Drug Oxidations, Los Angeles, CA, 204 P-168.

28. **Backes, W.L.**, Cawley, G.F., and Batie, C.J. (1997) Cross Talk Among P450 Isozymes - Existence of a 2B4-1A2-Reductase Complex With Altered Catalytic Function. 10th International Conference on Cytochrome P450: Biochemistry, Biophysics, and Molecular biology, San Francisco, CA, FASEB J. **11**, A789 (P105).

29. Serron, S.C., Rinehart, J.J., Cawley, G.F., and **Backes, W.L.** (1997) Pituitary Hormone Involvement in Ethylbenzene-Modulated P450 Expression. 10th International Conference on Cytochrome P450: Biochemistry, Biophysics, and Molecular Biology, San Francisco, CA, FASEB J. **11**, A819 (P281).

30. **Backes, W.L.**, and Cawley, G.F. (1998) Examination of the Interactions Among P450 Enzymes in Mixed Reconstituted Systems. 28th Annual Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire.

31. **Backes,** W.L., and Cawley, G.F. (1999) Interactions Among NADPH-Cytochrome P450 Reductase P450 1A1 and P450 2B4. Experimental Biology, Washington D.C. *FASEB J.* **13 Part II,** A811, #629.5.

32. Zhang, S. and **Backes, W.L.** (2000) Effect of Hypophysectomy on the Time Course of Ethylbenzene-Mediated Induction of P450 2B. Joint ASPET/ASBMB Meeting, Boston, MA. *FASEB J.* **14,** A1335, abstract # 141.

33. Zhang, S. and **Backes, W.L.** (2000) Partial Depletion of Thyroid Hormone with Methimazole Altered Ethylbenzene-Mediated Hepatic P450 Expression in the Rat. Gordon Conference on Drug Metabolism.

USCA5 3686

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 26

34. **Backes, W.L.**, Cawley, G.F., and Kelley, R.W. (2000) Organization of Reductase with Multiple P450 Enzymes. Gordon Research Conference on Drug Metabolism.

35. **Backes, W.L.**, and Cawley, G.F. (2000) Organization of Reductase with Multiple P450 Enzymes. 52nd Southeast/56th Southwest Combined Regional Meeting or the American Chemical Society, p. 193, Abstract # 316.

36. **Backes, W.L.**, Zhang, S., and Cawley, G.F. (2001) Interaction Among NADPH-Cytochrome P450 Reductase, P450 2B4 and P450 1A2 in Microsomal Preparations. 40th Annual Meeting of the Society of Toxicology, *Toxicologist* **60 (1),** 7, Abstract # 36.

37. Zhang, S., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (2001) Altered Ethylbenzene-Mediated Hepatic P450 2E1 Expression in Lewis Strain-Derived Dwarf Rats. *FASEB J.* **15(4),** A573, Abstract # 464.4.

38. Zhao, X.-J., Cawley, G.F., and **Backes, W.L.** (2001) Effect of Liposomal Lipid Composition on the Interactions among P450 1A2, 2B4 and Reductase in Reconstituted Systems. *FASEB J.* **15(5),** A918, Abstract # 713.5.

39. **Backes, W.L.**, Zhang, S. Zhao, X.-J., and Kelley, R.W. (2001) Interactions Among Reductase and Multiple P450s. The 1st Southwest P450 Meeting, Camp Allen, Navasota TX., L 12, p. 21.

40. Zhang, S., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (2001) Possible Involvement of Thyroid Hormone in Ethylbenzene-mediated Hepatic CYP2C11 Suppression in the Rat. The 1st Southwest P450 Meeting, Camp Allen, Navasota TX., P 1, p. 24.

41. Zhao, X.-J., Cawley, G.F., and **Backes, W.L.** (2001) Effect of Multiple P450s on Reactive Oxygen Species (ROS) Production. The 1st Southwest P450 Meeting, Camp Allen, Navasota TX., p. 38.

42. **Backes, W.L.**, Cawley, G.F., Zhang, S. (2001) Does the Presence of One P450 Affect the Function of Another P450 Enzyme? Gordon Conference on Drug Metabolism.

43. Zhang, S., Cawley, G.F., Eyer, C.S., and **Backes, W.L.** (2002) Induction of CYP2B Protein by Ethylbenzene Displays a Pituitary Hormone Dependence Different from that by Phenobarbital in the Rat, *FASEB J.* **16 (4),** A180.

44. Kelley, R., Zhang, S., and **Backes, W.L.** (2002) The Effect of Ethylbenzene on the Expression of CYP2D in Brain, the 2nd Southwest P450 Meeting, Camp Allen, Navasota TX.

45. Kelley, R.W., Cawley, G.F., and **Backes, W.L.** (2003) Organization of Multiple

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 27

Cytochrome P450s in Reconstituted Systems, the 3rd Southwest P450 Meeting, Camp Allen, Navasota, TX.

46.  **Backes, W.L.**, Kelley, R.W., and Cheng, D. (2003) Interactions Among Reductase and Multiple P450 Enzymes in Mixed Reconstituted Systems, the 3rd Southwest P450 Meeting, Camp Allen, Navasota, TX.

47.  Cheng, D. Kelley, R. W., Cawley, G.F. and **Backes, W.L.** (2003) High-level Expression of the Recombinant Rabbit Cytochrome P450 2E1 in Escherichia coli C41, the 3rd Southwest P450 Meeting, Camp Allen, Navasota, TX.

48.  **Backes, W.L.**, Kelley, R.W., and Cheng, D. (2003) Interactions Among Reductase and Multiple P450 Enzymes in Mixed Reconstituted Systems, 13th International Conference on Cytochrome P450: Biochemistry, Biophysics and Drug Metabolism, Prague, Czech Republic.

49.  Kelley, R.W., Cawley, G.F., and **Backes, W.L.** (2003) Protein Density and Electrostatic Charge Alter the Functional Organization Among CYP1A2, CYP2B4, and Reductase in Reconstituted Systems, Gordon Conference on Drug Metabolism.

50.  Cheng, D. Kelley, R. W., Cawley, G.F. and **Backes, W.L.** (2003) High-level Expression of the Recombinant Rabbit Cytochrome P450 2E1 in Escherichia coli C41, Gordon Conference on Drug Metabolism.

51.  Cheng, D., Reed, J.R., Kelley, R.W., and **Backes, W.L.** (2004) The Use of the Mechanism Based Inhibitor 2-Ethynylnaphthalene (2EN) to Probe the Active Site of CYP2B4, the 4th Southwest P450 Meeting, Camp Allen, Navasota, TX.

52.  Reed, J.R., Kelley, R. W., and **Backes, W.L.** (2004) Characterization of Comparison of Methods for Vesicular Reconstitution of Cytochrome P450 2B4 and NADPH-P450 Reductase, the 4th Southwest P450 Meeting, Camp Allen, Navasota, TX.

53.  **Backes, W. L.** (2004) Evidence for the Direct Interaction of Cytochrome P450 Enzymes: How Do These Interactions Affect P450 Function? 7th International Conference on Drug-Drug Interactions: Mechanism, Prediction, Accuracy, Clinical Approaches and Novel DDI Events.

54.  **Backes, W.L.,** Reed, J.R., Kelley, R.W., and Cheng, D. (2005) How Are NADPH-Cytochrome P450 Reductase And Multiple Cytochromes P450 Organized In Membranes?, 14th International Conference on Cytochrome P450: Biochemistry, Biophysics and Bioinformatics, Dallas, TX, USA.

55.  Reed, J.R., Brignac, L.M., and **Backes, W.L.** (2005) An Improved Method for Physically

USCA5 3688

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 28

Incorporating Proteins of the Cytochrome P450 Monooxygenase System into Phospholipid Vesicles, 14th International Conference on Cytochrome P450: Biochemistry, Biophysics and Bioinformatics, Dallas, TX, USA.

56. Cheng, D. and **Backes, W.L.** (2005) P450 Interaction Effects the Catalytic Properties of CYP1A2, 14th International Conference on Cytochrome P450: Biochemistry, Biophysics and Bioinformatics, Dallas, TX, USA.

57. Backes, W.L. (2006) How are NADPH-cytochrome P450 reductase and multiple cytochromes P450 organized in membranes? Experimental Biology, San Francisco, CA, April 2006.

58. Cheng, D. and **Backes, W.L.** (2007) P450 How Are Reductase (CPR) and Multiple P450s Organized in Membranes?, 15th International Conference on Cytochrome P450: Biochemistry, Biophysics and Bioinformatics, Dallas, TX, USA.

59. **Backes, W.L.** (2007) Interactions between Different P450 Enzymes: How do these Interactions Affect P450 Function?, Gordon Conference on Drug Metabolism, Plymouth, NH.

60. Brignac-Huber, Reed, J.R., and Backes, W.L. (2008) Potential lipid microdomains of the endoplasmic reticulum: How does this affect the P450 system?, Experimental Biology, San Diego, CA, April 2008.

61. Huber, W.J. and Backes, W.L. (2008) C-terminal Membrane Spanning Region of Human Heme Oxygenase-1 Mediates a Time-Dependent Complex Formation with NADPH-cytochrome P450 Reductase. Experimental Biology, San Diego, CA, April 2008.

62. Brignac-Huber, L.M., Reed, J.R., and Backes, W.L. (2009) Heterogeneous organization of the P450 system in lipid microdomains of the endoplasmic reticulum. Experimental Biology, New Orleans, LA, April 2009.

63. Reed, J.R., and Backes, W.L. (2009) Functional interactions between CYP1A2 and CYP2B4 require both enzymes to reside in the same phospholipid vesicle. Experimental Biology, New Orleans, LA, April 2009.

64. Huber, W.J. III, Marohnic, C., Peters, M, Alam, J., Masters, B.S.S., and Backes, W.L. (2009) Measurement of membrane-bound human heme oxygenase-1 activity using a chemically defined assay system. Experimental Biology, New Orleans, LA, April 2009.

65. Marohnic, C.C., Panda, S.P., Backes, W.L., Huber, W.J. III, Kranendonk, M., Xia, C., Kim, J.-J., and Masters, B.S. (2010) Molecular and Cellular Consequences of Human Mutations in NADPH-Cytochrome P450 Reductase with Various Redox Partners.

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 29

Microsomes and Drug Oxidations, Beijing, China, May 2010.

66.   Backes, W.L., Reed, J.R., Huber, W.J. III, Connick, J.P., Brignac-Huber, L., Eyer, M., and Cawley, G.F. (2010) Effects of P450-P450 Complexes on Monooxygenase Function. Conference on Microsomes and Drug Oxidations, Beijing, China, May 2010.

67.   Reed, J.R., Cawley, G.F., and Backes, W.L. (2011) Interactions between Cytochromes P450 2B4 (CYP2B4) and 1A2 (CYP1A2) Lead to Alterations in Toluene Disposition and P450 Uncoupling, Experimental Biology, Washington, DC, April 2011.

68.   Brignac-Huber, L., Reed, J.R., and Backes, W.L. (2011) Organization of NADPH-Cytochrome P450 Reductase and CYP1A2 in the Endoplasmic Reticulum – Microdomain localization affects monooxygenase function, Experimental Biology, Washington, DC, April 2011.

69.   Park, J.W., Reed, J.R., Brignac-Huber, L.M., Cawley, G.F., Eyer, M. and Backes, W.L. (2012) Purification of Human Cytochromes P450 and Their Interactions in Vesicular Lipid Reconstituted Systems, Experimental Biology2012, San Diego, CA, April 2012.

70.   J. Patrick Connick, James R. Reed, Dongmei Cheng, George F. Cawley, and Wayne L. Backes (2012) Cytochrome P450 1A2 forms catalytically relevant homomeric complexes, Experimental Biology 2012, San Diego, CA, April 2012.

71.   Reed, J.R. and Backes, W.L. (2012) In vitro inhibition of cytochrome P450-specific enzymatic activities in liver microsomes by ultrafine nanoparticles containing environmentally persistent free radicals, American Chemical Society, Baton Rouge, LA November 2012.

72.   Park, J.W., Reed, J.R., Brignac-Huber, L.M., Cawley, G.F., and Backes, W.L. (2013) Organization of Cytochrome P450 System Components in the Endoplasmic Reticulum, Experimental Biology 2013, Boston, MA, April 2013

73.   J. Patrick Connick[1] , James R. Reed, and Wayne L. Backes (2013) Physical interactions among NADPH-cytochrome P450 reductase, CYP1A2 and CYP2B4 in the endoplasmic reticulum, Experimental Biology 2013, Boston, MA, April 2013

74.   Connick, J.P., Reed, J.R. and Backes, W.L. (2014) Physical interaction between CYP1A2 and CYP2B4 causes a disruption of inhibitory CYP1A2 complexes, Experimental Biology 2014, San Diego, CA, April 2014

75.   Park, J.W., Reed, J.R., Brignac-Huber, L.M., Cawley, G.F., and Backes, W.L. (2013) Organization of Cytochrome P450 System Components in the Endoplasmic Reticulum, Experimental Biology 2014, San Diego, CA, April 2014

USCA5 3690

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 30

76. Backes, W.L., Park, J.W., Connick, J.P., and Reed, J.R. (2014) CYP1A2 and CYP2E1 Reside in Different Regions of the Endoplasmic Reticulum, Conference on Microsomes and Drug Oxidations, Stuttgart, Germany, May 2014.

77. Park, J.-W., Reed, J.R., and Backes, W.L. (2014) Different Microdomain Localization of Cytochrome P450 System Components in the Endoplasmic Reticulum and Identification of Microdomain Targeting Sequences, Gordon Research Conference on Drug Metabolism, July 2014.

78. Connick, J. P., Reed, J.R. and Backes, W.L. (2014) Heteromeric CYP1A2-CYP2B4 complexes are associated with altered P450 activity, Gordon Research Conference on Drug Metabolism, July 2014.

79. Backes, Wayne L., Park, Ji-Won, Connick, J. Patrick, and Reed, James R. (2014) CYP1A2 and CYP2E1 Reside in Different Regions of the Endoplasmic Reticulum, International Conference on Microsomes and Drug Oxidations, Stuttgart, DE, May 2014.

80. Backes, Wayne L., Ardoin, Taylor, G. and Reed, James R. (2014) Environmentally Persistent Free Radicals Inhibit CYP2B4 by Disruption of NADPH-cytochrome P450 reductase-CYP2B4 Complex Formation, Superfund Research Program Annual Meeting, San Jose, CA, Oct 2014.

81. Reed, James R., Park, J.-W., Backes, W.L. (2015) The Role of the Endoplasmic Reticulum in Modulating P450 Function, Experimental Biology 2015, Boston MA, March 2015.

82. Park, J.-W., Reed, J.R., and Backes, W.L. (2015) The N-terminal Regions of CYP1AQ Proteins Affect Their Microdomain Localization in the Endoplasmic Reticulum, Experimental Biology 2015, Boston MA, March 2015.

83. Connick, J.P., Reed, J.R., and Backes,W.L. (2015) CYP1A2 and CYP2B4 Form Complexes Associated with Altered Catalytic Activity, Experimental Biology 2015, Boston MA, March 2015.

84. Backes, W.L., Park, J.W., Connick, J.P., and Reed, J.R. (2015) Role of the Lipid Membrane in the Localization of P450 System Proteins in the Endoplasmic Reticulum, International Conference on Cytochrome P450, Tokyo, Japan, June 12-15, 2015.

85. Reed J.R. and Backes, W.L. (2015) Environmentally Persistent Free Radicals Inhibit CYP1A2 and CYP2B4 by Different Mechanisms, Superfund Research Program Annual Meeting, San Juan, Puerto Rico, Nov. 18-20, 2015.

USCA5 3691

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 31

86.    Backes, W.L., Reed, J.R., Connick, J.P., and Park, J-W (2016) The Role of Membrane-P450 and P450-P450 Interactions on their Organization in the Endoplasmic Reticulum; 21st International Symposium on Microsomes and Drug Oxidations Conference (Davis, CA), Oct. 2-6, 2016.

USCA5 3692

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 32

## <u>INVITED LECTURES</u>

University of Surrey, Department of Biochemistry, "Effect of Spin State on the Reduction of Cytochrome P450", Guildford, Surrey, UK, August 26, 1981.

Louisiana State University Medical Center, Department of Microbiology, Immunology and Parisitology, "The Effect of Hydrophobicity on the Association of Substrates with Cytochrome P450", April 1987.

Mardi Gras Symposium, Louisiana State University Medical Center. "The Effect of the Reduction State of NADPH-Cytochrome P450 Reductase on the Rate of Electron Transfer to Cytochrome P450", New Orleans, LA, March 1988.

Louisiana State University Medical Center, Department of Biochemistry and Molecular Biology, "Factors Affecting the Reduction of Cytochrome P450", Feb. 1989.

West Virginia University Medical Center, Department of Biochemistry and Molecular Biology, "Factors Affecting Electron Transfer to Cytochrome P450", Morgantown, WV, April 12, 1990.

Tulane University Medical Center, Department of Pharmacology, "The Effect of Hydrocarbon Exposure on the Expression of Cytochrome P450", New Orleans, LA, October 1990.

University of New Orleans, Department of Chemistry, "The Effect of Hydrocarbon Exposure on the Induction of Cytochrome P450", New Orleans, LA, November 1990.

University of Texas Health Science Center, "Factors Affecting the Expression of Cytochrome P450 After Hydrocarbon Exposure", Houston, TX, January 1991.

Louisiana State University, Department of Biochemistry, "Effect of Hydrocarbon Exposure on Cytochrome P450 Expression", Baton Rouge, LA, April, 1992.

Louisiana State University Medical Center, Department of Physiology, "Effect of Aromatic Hydrocarbon Exposure on the Expression of Cytochrome P450", Feb. 20, 1995.

Emory University, Department of Pharmacology, "Effect of Aromatic Hydrocarbons on Cytochrome P450 Expression", Atlanta, GA, January 30, 1996.

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 33

Emory University, Department of Pharmacology, "Thermodynamic Factors Influenceing the Binding and Catalysis of Xenobiotics by the Cytochrome P450 System", Atlanta, GA, January 31, 1996.

Tulane University School of Public Health, Environmental Health Sciences, "Effect of Aromatic Hydrocarbon Exposure on the Expression of Cytochrome P450", February 23, 1996.

University of South Florida, Department of Pharmacology and Therapeutics, "Effect of Small Aromatic Hydrocarbons on P450 Expression", Tampa, FL, March 18, 1996.

Northeast Louisiana University, Divisions of Molecular Pharmacology, Toxicology, and Pharmaceutics, Protein-protein interactions and P450 induction – Two different processes that govern cytochrome P450 catalytic activities", March 21, 1997.

Louisiana State University Medical Center, Department of Pharmacology and Experimental Therapeutics, "Cross-Talk Among P450 Enzymes – Evidence for the existence of P450-P450 complexes with altered catalytic function", January 20, 1998.

Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire, "Interactions among Multiple P450 Enzymes and Reductase in Mixed Reconstituted Systems", July 2000.

52nd Southeast/56[th] Southwest Combined Regional Meeting or the American Chemical Society, New Orleans, LA, "Interactions between Reductase and P450, December 2000.

Oncology Grand Rounds, Stanley S. Scott Cancer Center, Louisiana State University Health Sciences Center, "Interactions among Proteins in the P450 Enzyme System and their Relation to Cancer", New Orleans, LA, March 8, 2001.

40th Annual Meeting of the Society of Toxicology Interaction Among NADPH-Cytochrome P450 Reductase, P450 2B4 and P450 1A2 in Microsomal Preparations, San Francisco, CA, March 28, 2001.

Pfizer, Inc., Groton, CT, "Interaction of CYP Isoforms with Reductase", May 8-10, 2001.

The 1st Southwest P450 Meeting, Camp Allen, Navasota TX, "Interactions Among Reductase and Multiple P450s", May 2001.

USCA5 3694

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 34

> LSU Health Sciences Center, New Orleans, LA, Department of Physiology, "Does the Presence of One P450 Enzyme Affect the Function of Other P450s?" November 12, 2001.

> Department of Pharmacology, Tulane University School of Medicine, "Does the Presence of One P450 Enzyme Affect the Function of Other P450s?" March 22, 2002.

> Tulane Cancer Center, Tulane University School of Medicine, "Alterations in Drug and Carcinogen Metabolism Due to Interactions Among Cytochrome P450 Enzymes" January 16, 2003.

> The 3rd Southwest P450 Meeting, Camp Allen, Navasota TX, "Does One P450 Influence the Function of Another P450 Enzyme", May 2003.

> The 13th International Symposium on Cytochrome P450: Biochemistry, Biophysics, and Drug Metabolism, Prague, Czech Republic, Interactions among Reductase and Multiple P450 Enzymes in Mixed Reconstituted Systems, July 2003.

> Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire, "Direct Interactions Among Reductase and Multiple Cytochrome P450 Enzymes", July 2003

> University of Texas Health Science Center, "Organization of Reductase and P450 in Reconstituted Systems: A Case for the Formation of Heteromeric P450 Complexes", Houston, TX, September 9, 2003.

> Louisiana State University Health Sciences Center – Shreveport, "Evidence for the Direct Interaction of Cytochrome P450 Enzymes: How do these interactions affect P450 function?" Shreveport, LA, January 20, 2004.

> Symposium in Honor of the Retirement of Dr. William Alworth, Tulane University, "Organization of Reductase and P450 in Reconstituted Systems: Formation of heteromeric P450 complexes and their effect on P450 function", New Orleans, LA, May 14, 2004.

> The 7th International Conference on Drug-Drug Interactions: Mechanism, Prediction, Accuracy, Clinical Approaches and Novel DDI Events, "Evidence for the Direct Interaction of Cytochrome P450 Enzymes: How do these interactions affect P450 function", San Diego, CA, June 14-16, 2004.

> Tulane University Health Sciences Center - School of Medicine, Department of Physiology, Evidence for the Direct Interaction of Cytochrome P450 Enzymes: How Do These Interactions Affect P450 Function?, New Orleans, LA, December

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 35

6, 2004.

The 14th International Symposium on Cytochrome P450: Biochemistry, Biophysics, and Bioinformatics, Dallas, USA, How are NADPH-cytochrome P450 Reductase and Multiple Cytochromes P450 Organized in Membranes?, June 2005.

Experimental Biology, San Francisco, CA, USA, How are NADPH-cytochrome P450 reductase and multiple cytochromes P450 organized in membranes? April 2006.

The 6th Southwest P450 Meeting, Camp Allen, Navasota TX, "Hurricane Katrina – Effects on Biomedical Research", May 2006.

Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire, "Hurricane Katrina – Effects on Biomedical Research", July 2006

West Virginia University Cancer Center, Cell and Molecular Biology Series, "Interactions among Multiple P450 Enzymes and P450 Reductase - How are these proteins organized in the membrane?" October 2006

University of Arkansas Medical School, "Does the Crowding of Multiple P450s in the Endoplasmic Reticulum Affect their Function?" February 2007

Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire, "Interactions between Different P450 Enzymes: How do these Interactions affect P450 function?" July 2007

LSU Health Sciences Center, New Orleans, LA, Department of Physiology, "Does the Crowding of Multiple P450s in the Endoplasmic Reticulum Affect their Function" November 12, 2007.

Tulane University Health Sciences Center, Louisiana Cancer Research Consortium, New Orleans, LA, "Does the crowding of multiple P450s into membranes affect their function?", August 13, 2009.

University of Missouri – Kansas City, Kansas City, MO, Department of Pharmacy, "How are Microsomal Electron Transport Proteins Organized with the Membrane?", September 10, 2009.

LSU Health Sciences Center, New Orleans, LA, Department of Physiology, "Effect of Protein-Protein Interactions on the Function of the Microsomal Electron Transport Chain" March 18, 2010.

Case 2:14-md-02592-EEF-MBN   Document 5529-14 *SEALED*   Filed 02/27/17   Page 51 of 60

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 36

Experimental Biology, Anaheim, CA, "Effect of P450-P450 Complex Formation on Monooxygenase Function", April 25-28, 2010.

Microsomes and Drug Oxidations International Conference, Beijing, China, "Complexes between Multiple P450s Affect Monooxygenase Function", May 2010.

Gordon Research Conference on Drug Metabolism, Holderness School, Plymouth, New Hampshire, " How are Microsomal Electron Transport Proteins Organized in the Membrane?" July 2010.

Vanderbilt University, Nashville Tennessee, "The Effect of P450•P450 Complexes on Monooxygenase Function", October 14, 2011.

Department of Biochemistry and Molecular Biology, LSU Health Sciences Center, New Orleans, LA, "The Role of P450-P450 Interactions on Drug and Foreign Compound Metabolism", September 28, 2012.

American Chemical Society, Baton Rouge, LA, Reed, J.R. and Backes, W.L. In vitro inhibition of cytochrome P450-specific enzymatic activities in liver microsomes by ultrafine nanoparticles containing environmentally persistent free radicals, November 2012

Backes, W.L., Oregon State University, Corvallis, OR, "Organization of P450 System Enzymes in their Membrane Environment", March 22, 2013

Backes, W.L., Park, J.W., Connick, J.P., and Reed, J.R., CYP1A2 and CYP2E1 Reside in Different Regions of the Endoplasmic Reticulum, Conference on Microsomes and Drug Oxidations, Stuttgart, Germany, May 2014.

Park, J.-W., Reed, J.R., and Backes, W.L., Different Microdomain Localization of Cytochrome P450 System Components in the Endoplasmic Reticulum and Identification of Microdomain Targeting Sequences, Gordon Research Conference on Drug Metabolism, July 2014.

Backes, W.L. (2015) The Role of Protein-Protein and Protein-Membrane Interactions on P450 Function – symposium Introduction, Experimental Biology 2015, Boston MA, March 2015

Reed, James R., Park, J.-W., Backes, W.L. (2015) The Role of the Endoplasmic Reticulum in Modulating P450 Function, in Symposium 157: The Role of Protein-Protein and Protein-Membrane Interactions on P450 Function, Experimental Biology 2015, Boston MA, March 2015.

USCA5 3697

Curriculum Vitae
Wayne L. Backes, Ph.D.
Page 37

Backes, W.L., Park, J.W., Connick, J.P., and Reed, J.R. (2015) Role of the Lipid Membrane in the Localization of P450 System Proteins in the Endoplasmic Reticulum, International Conference on Cytochrome P450, Tokyo, Japan, June 12-15, 2015.

Backes, Wayne L. (2016) Organization of Cytochrome P450 System Proteins in the Endoplasmic Reticulum, CEET/Penn SRP Center Seminar Series, University of Pennsylvania, March 3, 2016.

USCA5 3698

Case 2:14-md-02592-EEF-MBN   Document 5529-14 - SEALED   Filed 02/27/17   Page 93 of 60

# APPENDIX B

USCA5 3699

## Materials Relied On, Reviewed, and/or Considered by Wayne L. Backes, Ph.D.

**All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:**

### Literature

Abraham, N.S., et al. *Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study* . BMJ 2015;350:h1857.

Budnitz, D., et al. *Emergency Hospitalizations for Adverse Drug Events in Older Americans* . NEJM 2011; 365:2002-12

Buller, H.R., et al. *A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study.* Blood 2008;112:2242-2247.

Cappato, R., et al. *Uninterrupted rivaroxaban vs. uninterrupted vitamin-K antagonists for catheter ablation in non-vulvular atrial fibrillation* . European Heart Journal 2015;36:1805-1811.

Chang, H.Y., et al. *Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study* . BMJ 2015;350:h1585.

Chang, J., et al. *A novel, rapid method to compare the therapeutic windowsor oral anticoagulants using the Hill coefficient.* Scientific Reports 2016;10.1038.

Chatterjee, S., et al. *Association of Blood Transfusion With Increased Mortality in Myocardial Infarction: A Meta-analysis and Diversity-Adjusted Study Sequential Analysis.* JAMA Internal Med 2013; 173(2);132-139.

Chatterjee, S., et al. *Review: Blood transfusions are associated with higher mortality than no or restricted transfusions in MI.* JAMA Internal Med 2013; 173:132-9.

Chin, P. *Which Patients May Benefit from Dose Adjustment of Non-Vitamin K Antagonist Oral Anticoagulants?* Semin Thromb Hemost 2015; 41:195-207.

Cohen, A.T., et al. *Rivaroxaban for Thromboprophylaxis in Acutely Ill Medical Patients* . N Engl J Med 2013;368:513-23.

Cohen, D. *Dabigatran: how the drug company withheld important analyses.* BMJ 2014; 349:1-7.

Cohen, D. *Rivaroxaban: can we trust the evidence?* BMJ 2016; 352:1-4.

Connolly, Stuart, et al. *Dabigatran versus Wafarin in Patients with Atrial Fibrillation.* NEJM 2009: 361(12);1139-51.

Douxfils, J., et al. *Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature.* Thrombosis Research 2012.

EINSTEIN Investigators, The. *Oral Rivaroxaban for Symptomatic Venous Thromboembolism* . N Engl J Med 2010;363:2499-510.

EINSTEIN-PE Investigators, The. *Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism* . N Engl J Med 2012;336:1287-97.

Eriksson, et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Hip Arthroplasty* . N.Engl.J.Med. 2008;358:2765-75.

Ezekowitz MD et al. Dabigatran With or Without Concomitant Aspirin Compared with Warfarin Alone in Patients with Nonvalvular Atrial Fibrillation (PETRO Study). AJC 2007; 100:1419-26.

Giugliano, R., et al. Edoxaban versus Warfarin in Patients with Atrial Fibrillation. NEJM 2013; 369(22): 2093-2104.

Girgis, I.G., et al. Population Pharmacokinetics and Pharmacodynamics of Rivaroxaban in Patients with Non-valvular Atrial Fibrillation: Results from ROCKET AF. J Clin Pharmacol 2014;54(8):917-927.

Gorst-Rasmussen, A., et al. Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care. Pharmacoepidemiology and Drug Safety 2016.

Graham, et al. Stroke, bleeding and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA (2016).

Gram, T.E. Chapter 4 - Metabolism of Drugs in Modern Pharmacology 4th Ed. Charles R. Craig and Robert E. Stitzel, eds. Little, Brown and Company, Boston

Granger, C., et al. Apixaban versus Warfarin in Patients with Atrial Fibrillation. N Engl J Med 2011.

Halvorsen, S., et al. A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants. European Heart Journal 2016.

Hori, M., et al. Rivaroxaban vs. Warfarin in Japanese Patients With Atrial Fibrillation: The J-ROCKET Study. Circ J 2012;76:2104-2111.

Kakkar, A.K., et al. Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. Lancet 2008;372:31-39.

Kim, P., et al. Impact of Acute Blood Loss Anemia and Red Blood Cell Transfusion on Mortality after Percutaneous Coronary Intervention. Clinical Cardiology 2007; 30(II): 35-43.

Kowalsk, K., et al. Apixaban Exposure and Anti-Xa Activity in Nonvalvular Atrial Fibrillation Patients: An Application of Population PK/PD Analysis. J Pharmacokinet. Pharmacodyn. 2014; 41(suppl.1):S19.

Kubitza, D., et al. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939—an oral, direct Factor Xa inhibitor — after multiple dosing in healthy male subjects . EJCP 2005; 61:873-880.

Laliberte, F., et al. Real-word comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients . Current Medical Research and Opinion 2014;30(7):1317-1325.

Larsen, T.B., et al. Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation : propensity weighted nationwide cohort study. BMJ 2016;353:13189.

Lassen, M.R., et al. Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty . N.Engl.J.Med. 2008;358:2776-86.

Lip, G.Y.H., et al. Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: A propensity score matched analysis . Thromb Haemost 2016; 116: 1-12.

Lip, G.Y.H., et al. Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. JACC 2012; 60(2):1-8.

Lip, G.Y.H., et al. *Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States* . Int J Clin Pract 2016;70:752-763.

Lippi, G., et al. *Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based oon routine laboratory tests*. JTT 2014.

Mastracci, T.M., et al. *Operative blood loss, blood transfusion and 30-day mortality in older patients after major noncardiac surgery*.  Can J Surg 2012; 55(6); 426-428.

Maura, G., et al. *Comparison of the Short-Term Risk of Bleeding and Arterial Thromboembolic Events in Nonvalvular Atrial Fibrillation Patients Newly Treated With Dabigatran or Rivaroxaban versus Vitamin K Antagonists: A French Nationwide Propensity-Matched Cohort Study* . Circulation 2015.

Mega, J.L., et al. *Rivaroxaban versus placebo in patients with acute coronary syndromes (ATLAS ACS-TIMI 46): a randomised, double-blind, phase II trial* . Lancet 2009;374:29-38.

Mega, J.L., et al. *Rivaroxaban in Patients with a Recent Acute Coronary Syndrome* . N Engl J Med 2012:366:9-19.

Miller, C.S., et al. *Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients with Atrial Fibrillation*. AJC 2012.

Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban*.  2014; 53:1-16.

Nakano, Y., et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban*. Journal of Cardiology 2014.

Patel, M.R., et al. *Point-of-Care Warfarin Monitoring in the ROCKET AF Trial* . N Engl J Med (2016).

Patel, M.R., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation* . N Engl J Med 2011;365:883-91, including the Supplementary Appendix.

Patel, J.P., et al. *New oral anticoagulants: dosing and monitoring* . BMJ 2015;350:h2655.

Prins, M.H. *Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies* . Thrombosis Journal 2013;11:21.

Reiffel, J.A., et al. *NOAC Monitoring, Reversal Agents, and Post-Approval Safety and Effectiveness Evaluation: A Cardiac Safety Research Consortium Think Tank*. American Heart Journal (2016).

Reilly et al. *The Effect of Dabigatran Plasma Concentrations and Patient Characteristics on the Frequency of Ischemic Stroke and Major Bleeding in Atrial Fibrillation Patients* . JACC 2014.

Roumualdi, E., et al. *Oral rivaroxaban after symptomatic venous thromboembolism: the continued treatment study (EINSTEIN-Extension study)* . Expert Rev. Cardiovasc. Ther. 2011;9(7):841-844.

Sarrazin, M.S., et al. *Safety of new oral anticoagulants: We need reliable tools to predict risk of gastrointestinal bleeding* . BMJ 2015;350:h1679.

USCA5 3702

Schneeweiss, S., et al. *Comparative Efficacy and Safety of New Oral Anticoagulants in Patients With Atrial Fibrillation* . Circulation (2012) 5:480-486.

ten Cate, H. *New oral anticoagulants: discussion on monitoring and adherence should start now!* Thrombosis Journal 2013;11:8.

Turpie, G.G., et al. *BAY 59-7939: an oral, direct Factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study* . J Thromb Haemost 2005;3:2479-86.

Turpie, A.G.G., et al. *Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD 4): a randomised trial* . Lancet 2009;373:1673-80.

Villanueva, C., et al. *Transfusion Strategies for Acute Upper Gastrointestinal Bleeding* . N Engl J Med 2013;368:11-21.

Vincent, J.L., et al. *Anemia and Blood Transfusion in Critically Ill Patients* . JAMA 2002;288:1499-1507.

Weitz, J.I., et al. *Two doses of rivaroxaban versus aspirin for prevention of recurrent venous thromboembolism* . Thromb Haemost 2015;114:645-650 (including Supplementary Materials).

Weitz, J.I., et al. *Randomised, parallel-group, multicenter, multinational phase 2 study comparing edoxaban, an oral factor Xa inhibitor, with warfarin for stroke prevention in patients with atrial fibrillation* . Thromb Haemost 2010;104:633-641.

Wells, P.S., et al. *Long-term anticoagulation with rivaroxaban for preventing recurrent VTE: A benefit-risk analysis of EINSTEIN EXTENSION* . CHEST 2016.

Yao, X, et al. *Effectiveness & Safety of Dabi, Riva, & Apixa vs Warfarin in Nonvalvular Atrial Fibrillation* . J Am Heart Assoc. 2016;5:e003725.

Zhang, Y., et al. *Laboratory monitoring of rivaroxaban and assessment of its bleeding risk* . BJBS 2016.

| Internal Documents |
| --- |
| DCRI0002794 |
| DCRI0003003 |
| XARELTO_BHCP_00001777 |
| XARELTO_BHCP_00001779 |
| XARELTO_BHCP_00001783 |
| XARELTO_BHCP_00137087 |
| XARELTO_BHCP_00305753 |
| XARELTO_BPAG_00006581 |
| XARELTO_BPAG_00040364 |
| XARELTO_BPAG_39540728 |
| XARELTO_JANSSEN_00000344 |
| XARELTO_JANSSEN_00002047 |
| XARELTO_JANSSEN_00023832 |

XARELTO_JANSSEN_00066223
XARELTO_JANSSEN_00206990
XARELTO_JANSSEN_00207793
XARELTO_JANSSEN_00208030
XARELTO_JANSSEN_00208031
XARELTO_JANSSEN_00573216
XARELTO_JANSSEN_00573217
XARELTO_JANSSEN_00581410
XARELTO_JANSSEN_00582486
XARELTO_JANSSEN_01207639
XARELTO_JANSSEN_01296748
XARELTO_JANSSEN_01330113
XARELTO_JANSSEN_02531744
XARELTO_JANSSEN_03927493
XARELTO_JANSSEN_08583165
XARELTO_JANSSEN_13321786
XARELTO_JANSSEN_15329031
XARELTO_JANSSEN_15368512
XARELTO_JANSSEN_15440090
XARELTO_JANSSEN_15440093
XARELTO_JANSSEN_15440094
XARELTO_JANSSEN_18580558

**Other Documents**

Approaches to Demonstrate Bioequivalence of Narrow Therapeutic Index Drugs, Advisory Committee for Pharmaceutical Science and Clinical Pharmacology, July 26, 2011

ISMP QuarterWatch 2015Q4

Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on September 8, 2011 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm25028 7.htm)

# APPENDIX C

Case 2:14-md-02592-EEF-MBN   Document 5529-14 *SEALED*   Filed 02/27/19   Page 60 of 60

Wayne L. Backes, Ph.D. Consulting Services



Consulting Fee Schedule

    Research and General Consultation                         $400/hr

    Deposition and/or Court Appearance                     $500/hr