UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' *EX PARTE* MOTION TO
FILE UNREDACTED MEMORANDUM AND CERTAIN EXHIBITS UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file an unredacted Memorandum in Opposition to Plaintiffs' Motion to Preclude James A. Reiffel, MD (and Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer detection from Anticoagulant-Related Bleeds[1] and Exhibits C, D, E, F, H, & I in the above-referenced matter under seal, as they contain references to the medical records and health conditions of a particular plaintiff, including copies of deposition testimony from experts or treating physicians discussing the same.[2] Accordingly, Defendants respectfully request that the unreadcted Memorandum and certain Exhibits be filed under seal.

---

[1] Plaintiffs Motion is Rec. Doc. 5116.
[2] A redacted copy of the Memorandum has been filed into the record, along with Exhibits A, B, & G, which were not filed under seal. *See* Rec. Docs. 5529, 5529-1, 5529-2, & 5529-7.

Reiffel motion to seal                                  1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
SUSAN M. SHARKO
600 Campus Drive
Florham Park, New Jersey  07932
Telephone:  ( 973) 549-7000
Fax:  (973) 360-9831
Susan.Sharko@dbr.com

*Counsel for Defendants*
*Janssen Pharmaceuticals, Inc., Janssen*
*Research & Development, LLC, Janssen Ortho*
*LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:   /s/ *Andrew Solow*_____
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com
*Counsel  for Defendants Bayer Healthcare*
*Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:   /s/ *James B. Irwin*_____
James B. Irwin
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By: /s/ *John F. Olinde*_____
     John F. Olinde
     1100 Poydras Street, Suite 2300
     New Orleans, LA 70163
     Telephone: (504) 585-7241
     olinde@chaffe.com
     *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     */s/ James B. Irwin*
     **James B. Irwin**