**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION                   SECTION L

                                                JUDGE ELDON E. FALLON
                                                MAGISTRATE NORTH

**This Document Relates To:**

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

---

**O R D E R**

---

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground That Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design Related Claims [Rec. Doc. 5109] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground That Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design Related Claims [Rec. Doc. 5109] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge