UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03708 | |

DEFENDANTS' *EX PARTE* MOTION TO
FILE MEMORANDUM AND EXHIBITS UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen

Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson

& Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached

Memorandum in Opposition to  Plaintiffs' Motion to Preclude Expert Testimony About Potential

Outcomes from Other Anticoagulants[1] and all accompanying Exhibits A-O in the above-

referenced matter under seal, as they contains references to the medical records and  health

conditions of a particular plaintiff, including copies of deposition testimony from treating

physicians and experts discussing the same.  Accordingly, Defendants respectfully request that the

attached Memorandum and accompanying Exhibits A-O be filed under seal.

---

[1] Plaintiffs Motion is Rec. Doc. 5121.

Other Anticoagulants motion to seal                1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
   SUSAN M. SHARKO
   600 Campus Drive
   Florham Park, New Jersey  07932
   Telephone:  ( 973) 549-7000
   Fax:  (973) 360-9831
   Susan.Sharko@dbr.com

   *Counsel for Defendants*
   *Janssen Pharmaceuticals, Inc., Janssen*
   *Research & Development, LLC, Janssen Ortho*
   *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
   Andrew Solow
   Steve Glickstein
   William Hoffman
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8485
   sglickstein@akps.com
   *Counsel  for Defendants Bayer Healthcare*
   *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
   James B. Irwin
   400 Poydras Street, Suite 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   jirwin@irwinllc.com
   *Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By:   /s/ *John F. Olinde*_____
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**