# Exhibit 1

# CURRICULUM VITAE

## Curriculum Vitae

**Date Prepared:** **November 15, 2016**

**Name:** **J. Michael Gaziano, MD, MPH**

**Office Address:** Brigham and Women's Hospital
Division of Aging
1620 Tremont Street
Boston, MA 02120

**Work Phone:** BWH 617-278-0848

**Work Email:** jmgaziano@partners.org

**Work FAX:** BWH 617-525-7740

## Education

| | | | |
|---|---|---|---|
| 09/1979-05/1983 | B.A. | Chemistry | West Virginia University, Morgantown, WV |
| 09/1983-06/1987 | M.D. | Medicine | Yale School of Medicine, New Haven, CT |
| 09/1991-06/1993 | M.P.H. | Epidemiology | Harvard School of Public Health, Boston, MA |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 07/1987-06/1988 | Intern in | Internal Medicine | Brigham and Women's Hospital (BWH), Boston, MA |
| 07/1987-06/1990 | Clinical Fellow | Medicine | Harvard Medical School (HMS), Boston, MA |
| 07/1988-06/1990 | Resident | Internal Medicine | BWH |
| 07/1989-06/1990 | Chief Resident | Medicine | Veterans Affairs Medical Center, Brockton/West Roxbury, MA |
| 07/1990-06/1993 | Fellow | Cardiology | BWH |
| 07/1990-06/1993 | Research Fellow | Medicine | HMS |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 1993-1995 | Instructor | Medicine | HMS |
| 1995-2000 | Assistant Professor | Medicine | HMS |

J. Michael Gaziano
11/15/2016

| 2000-2009 | Associate Professor | Medicine | HMS |
| 2009- | Professor | Medicine | HMS |
| 2010- | Adjunct Professor | Medicine | Boston University School of Medicine, Boston, MA |

## Appointments at Hospitals/Affiliated Institutions

| 1993- | Staff Physician | Medicine | VA Boston Healthcare System, Boston, MA |
| 1993- | Associate Physician | Medicine | BWH |
| 1993-2015 | Courtesy Staff | Medicine | Caritas Norwood Hospital, Norwood, MA |
| 2003- | Staff Physician | Medicine | Faulkner Hospital, Boston, MA |

## Major Administrative Leadership Positions

**Local**

| 1991-1997 | Co-Project Director and Chair of Endpoints Committee, Women's Health Study | BWH (Preventive Medicine) |
| 1992-1997 | Project Director, Boston Area Health Study | BWH (Preventive Medicine) |
| 1993-1997 | Project Director, Women's Antioxidant and Cardiovascular Study | BWH (Preventive Medicine) |
| 1993-1996 | Co-Director of Preventive Cardiology | Veterans Affairs Medical Center |
| 1993-2000 | Cardiologist and Outcomes Specialist Women's Health Initiative, Vanguard Center | BWH (Preventive Medicine) |
| 1996- | Director of Preventive Cardiology | VA Boston Healthcare System |
| 1996- | Director of Preventive Cardiology Fellowship | VA Boston Healthcare System |
| 1997-2000 | Director, Health Services Research and Development | VA Boston Healthcare System |
| 1997- | Project Director, Physicians' Health Study Enrollment Cohort | BWH (Preventive Medicine) |
| 1997- | Co-Director of Cardiovascular Epidemiology | BWH (Preventive Medicine) |
| 1997-2003 | Co-Director of Clinical Trials | BWH (Preventive Medicine) |
| 1997-2003 | Co-Director of Blood Studies | BWH (Preventive Medicine) |
| 1997- | Scientific Director, Massachusetts Veterans Epidemiology Research and Information Center (MAVERIC) | VA Cooperative Studies Program, Washington, DC |
| 1997- | Director of Education, MAVERIC | VA Boston Healthcare System |
| 1998-1999 | Research Director, Geriatric Research Education and Clinical Center (GRECC) | VA Boston Healthcare System |
| 1998-2012 | Director of the Harvard General Medicine Fellowship Program – VA Site | VA Boston Healthcare System |
| 2002- | Co-Director, Cooperative Studies Program, Coordinating Center | VA Cooperative Studies Program |

J. Michael Gaziano
11/15/2016

| 2002-2011 | Director, Boston Division, Geriatric Research Education and Clinical Center (GRECC) | VA Boston Healthcare System |
| 2003- | Chief | BWH (Division of Aging) |
| 2004- | Co-Director, Annual Review of Geriatric Medicine CME course | HMS |
| 2004-2010 | Co-Program Director of NRSA T32 (Research Training in Epidemiology in Aging) | BWH (Preventive Medicine) |
| 2005-2010 | Program Director, T35 (Boston Geriatric Research Scholars) | BWH (Aging) |
| 2006-2012 | Program Director, Special Fellowship Program in Advanced Geriatrics | VA Boston Healthcare System |
| 2010- | Program Director, NRSA T32 (Research Training in Epidemiology in Aging) | BWH (Aging) |
| 2014- | Co-Course Director, Introduction to Human Investigation Epidemiolgy Module | Harvard Catalyst, Boston, MA |

**National and International**

| 2007- | Director of Epidemiology | VA Central Office (Cooperative Studies Program), Washington, DC |
| 2009- | Co-Chair, Steering Committee, Million Veterans Program | VA Central Office (Cooperative Studies Program) |

## Committee Service

**Local**

| 1998- | Normative Aging Study Steering Committee | VA Boston Healthcare System |
| 1998- | Physicians' Health Study Steering Committee | BWH (Preventive Medicine) |
| | 1998- | Chair |
| 1998- | Physicians' Health Study Oversight Committee | BWH (Preventive Medicine) |
| | 1998- | Chair |
| 1999-2002 | GRECC Advisory Board | VA Boston Healthcare System |
| 1999-2003 | Future Leaders of Academic Medicine, | BWH |
| 1999-2010 | HOST Steering Committee | VA Cooperative Studies Program |
| | 1999-2010 | Co-Chair |
| 1999-2012 | Director's Committee, Harvard Medical School Faculty Development and Fellowship Program in General Internal Medicine Fellowship | Beth Israel Deaconess Medical Center, Harvard Medical School |
| 2000- | Executive Committee | BWH (Preventive Medicine) |
| 2002- | MAVERIC Pharmaco-Epi Steering Committee | VA Boston Healthcare System |
| 2003-2012 | Director's Committee, Harvard Medical School Geriatrics Fellowship Program | Hebrew Rehabilitation Center, Harvard Medicine School, Boston, MA |
| 2004- | Research Fellowship Review Committee | Division on Aging, Harvard Medical School |

3

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2004- | Division of Aging Faculty Search Committee | BWH (Division of Aging) |
| | 2004- | Chair |
| 2006- | VA Compensation Committee | VA Boston Healthcare System |
| 2006-2007 | Brookdale Leadership in Aging Fellowship Selection Committee | Harvard Medical School |
| 2007-2012 | Advisory Committee, BIDMC Reynolds Foundation Grant | Beth Israel Medical Center Gerontology Division |
| 2007 | Brookdale Leadership in Aging Fellowship Program, Abstract Reviewer | HMS |
| 2008 | Young Investigator's Award Program, Proposal Reviewer | Department of Medicine, Brigham and Women's Hospital |

**National and International**

| | | |
|---|---|---|
| 1997 | Women's Antioxidant Vitamin and Estrogen Trial Antioxidant Subcommittee | National Heart, Lung, and Blood Institute, Bethesda, MD |
| 1997 | Cooperative Studies Evaluation Committee | VA Central Office (Cooperative Studies Program), Ad Hoc Reviewer |
| 1997 | Toxic Substance Research Center | Veterans Affairs Medical Center, East Orange, NJ, Site Visitor |
| 1998 | Stroke Advisory Board | Merck, Inc., New Jersey |
| 1998-2005 | Member, Cooperative Studies Program Directors | VA Cooperative Studies Program |
| 1998-2000 | VA National Preventive Medicine Field Advisory Board | VA Central Office |
| 1999-2009 | Steering Committee, Selenium Vitamin E, Chemoprevention Trial (SELECT) | NCI/VA, Washington DC |
| 1999-2004 | VA ERIC National Epidemiology Summer Course Steering Committee | VA Central Office |
| | 1999 | Program Director and Course Developer |
| | 2000 | Chair |
| | 2001-2004 | Member |
| 2000 | Planning Committee, Hepatitis C Prevalence Study | VA Cooperative Studies Program, Director |
| 2000-2006 | Clinical Research Career Development Review Committee | VA Central Office |
| 2000- | Veterans Aging Cohort Study (VACS) Steering Committee | VA Cooperative Studies Program |
| 2000-2002 | VA National Health Care Prevention Committee | VA Central Office |
| 2001-2005 | Data Safety Monitoring Board Iron in Atherosclerosis Trial (FeAST) | VA Cooperative Studies Program |
| 2002- | Steering Committee, Breast and Prostate Cohort Consortium | National Cancer Institute |
| 2004 | Round Table Discussion, Safety of Beta Carotene | Oxygen Club of California, Santa Barbara, CA |

4

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2005-2006 | COPD Treatment Planning Committee 2005-2006 | VA Cooperative Studies Program Director |
| 2005-2010 | Steering Committee, Clinical Epidemiology Research Center | VA Connecticut Healthcare System, West Haven, CT |
| 2006- | SP 560 BREATH Study Executive Committee | VA Cooperative Studies Program Study Director |
| 2010 | Thesis Committee for Karine Scheuemaier | Harvard School of Public Health |
| 2012- | CSP 588 REGROUP Executive Committee | VA Cooperative Studies Program |
| 2012-2016 | CSP 593 Fenofibrate Intervention Trial Executive Committee | VA Cooperative Studies Program |
| 2013 | NIH BD2K Workshop on Enabling Research Use of Clinical Data | NIH |
| | | Participant |
| 2014 | NHLBI Genomics Workshop | NIH/NHLBI |
| | | Participant |
| 2015 | Food and Drug Administration Summit: The Future of Medical Evidence Generation | FDA, Washington DC |
| | | Participant |
| 2015 | Personalized Medicine Initiative Advisory Committee to the Director (ACD) Working Group | Washington, DC |
| | | Member |
| 2015- | Personalized Medicine Initiative Advisory Panel | Washington, DC |
| | | Member |
| 2015- | AHA Institute of Precision Cardiovascular Medicine Strategic Planning Committee | Dallas, TX |
| | | Member |
| 2015- | INVESTED Trial Steering Committee | Boston, MA |
| | | Member |

**International**

| | | |
|---|---|---|
| 1998-2009 | Bayer International Aspirin Award Selection Committee | Bayer Aspirin Award Selection Committee, Germany |
| 1999 | BASF Nutraceutical Young Investigators Research Award Selection Committee | BASF, Germany |
| 2004 | Ad Hoc Thesis Reviewer, Thesis Committee | The University of Western Australia, Crawley, Australia |
| 2014- | Advisory Board UK BioBank International | London, UK Member |
| 2014 | Advisory Board, International Aspirin Award | London, UK |
| | | Member |

**Professional Societies**

| | |
|---|---|
| 1984-1987 | Connecticut State Medical Society |

J. Michael Gaziano
11/15/2016

| | 1984-1987 | Member |
| | 1985, 1986 | Delegate to state convention |
| 1984-1987 | American Medical Association Medical Student Section | |
| | 1984-1987 | Member |
| | 1986 | Alternate delegate to national convention |
| 1987-1990 | American Medical Association Resident Physician Section | Member |
| 1987-1994 | Massachusetts Medical Society | Member |
| 1994-1997 | American Association for the Advancement of Science | Member |
| 1994- | American Heart Association | Member |
| 1995- | International Society of Cancer Chemoprevention | Founding Member |
| 1996- | American College of Cardiology | Fellow |
| 1996-1998 | American Heart Association Massachusetts Affiliate | Member |
| | 1996-1998 | Research Peer Review Committee |
| | 1996-1998 | Professional Education Committee |
| 2002-2009 | Gerontology Society of America | Member |
| 2003-2009 | American Geriatric Society | Member |
| 2005- | American Medical Association | Member |
| 2014- | Royal College of Physicians, London | International Fellow |

### Grant Review Activities

| | | |
|---|---|---|
| 2000-2003 | Cooperative Studies Program Letters of Intent | VA Cooperative Studies Program |
| | | Grant Reviewer |
| 2004 | Second Report Review Committee | World Cancer Research Fund International, AICR |
| | | Ad hoc reviewer |
| 2004-2006 | Grant Review Committee | HMS/(Division on Aging |
| | | Ad Hoc Reviewer |
| 2006- | Fellowship Review Committee | The Wellcome Trust |
| | | Reviewer |
| 2005 | Study Section for Small Grants, Clinical Epidemiology Research Center | VA Connecticut Healthcare System, West Haven, CT |
| 2006- | Study Section for Epidemiology Merit Review | VA Central Office |
| | 2008-2013 | Chair |
| 2007 | Review Committee | UKCRC Public Health Research Centres of |

6

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| | | Excellence Initiative<br>External Reviewer |
| 2007- | Review Committee | Research Grants Council, Hong Kong<br>External Reviewer |
| 2008 | Review Committee, Linnaeus Grant E 2007 | Swedish Research Council<br>External Reviewer |
| 2009 | NIH | NIH/NCI<br>Special Reviewer for Challenge Grants |
| 2009 | Review Committee | Health Research Board, Ireland<br>Peer Reviewer |
| 2010 | NIH | NIH/NIA<br>Ad hoc reviewer for T35 Grants |
| 2010 | NIH | NIH/NINDS<br>Ad hoc reviewer for Sleep Competitive<br>Renewal Application |
| 2012 | NIH | Ad hoc reviewer for T32 Grants<br>NIH/NIA |
| 2014 | AHA | Ad hoc reviewer for Cardiovascular<br>Genome Phenome Study (CVGPS) review<br>committee |

**Editorial Activities**

Ad Hoc Reviewer:
American Journal of Clinical Nutrition, Annals of Epidemiology, Annals of Internal Medicine, Archives of Internal Medicine, Atherosclerosis, Circulation, European Heart Journal; Hypertension, International Journal of Cancer, Journal of the American College of Cardiology, Journal of the American Medical Association, Journal of Cardiovascular Risk, Lancet, Lancet Neurology,  New England Journal of Medicine, Journal of Cardiovascular Risk, Preventive Cardiology, Proceedings of the National Academy of Sciences of the United States of America (PNAS), Vascular Medicine, World Health Organization

**Other Editorial Roles**

| | | |
|---|---|---|
| 1997-2010 | Editorial Board Member | Preventive Cardiology |
| 1997-2002 | Editorial Board Member | Eating Well |
| 1999-2009 | Editorial Board Member | Prevention Notes |
| 2005- | Editorial Board Member | International Review of Thrombosis |
| 2007- | Editorial Board Member | The American Journal of Geriatric<br>Cardiology |
| 2007- | Editor | Current Cardiovascular Risk Reports |
| 2008- | Associate Editor | Journal of the American Medical<br>Association |

**Honors and Prizes**

| | | |
|---|---|---|
| 1983 | Phi Beta Kappa | West Virginia University |

7

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 1983 | B.A., Summa Cum Laude | West Virginia University |
| 1983 | Mountain Honorary Award for Leadership and Scholastic Excellence | West Virginia University |
| 1983 | AED Medical School Scholastic Award | Yale University School of Medicine |
| 1987 | Alpha Omega Alpha | Yale University School of Medicine |
| 1987 | M.D., Cum Laude | Yale University School of Medicine |
| 1987 | Merck Award for Academic Excellence | Yale University School of Medicine |
| 1993 | Merck Fellowship in Prevention | Veterans Affairs Medical Center Brockton/West Roxbury, MA |
| 1993 | Henry Christian Award for Excellence in Research | American Federation of Clinical Research |
| 1996 | Fellow | American College of Cardiology |
| 1997 | Research Associate Career Development Award | Veterans Affairs Medical Center, Brockton/West Roxbury, MA |
| 1997 | Presidential Early Career Award for Scientists and Engineers | The White House, Washington, DC |
| 1999 | Key Note Speaker: Epidemiology Research Opportunities in the VA | VA Health Services Research and Development, Washington, DC |
| 2000 | Keynote Speaker: Nutrition and Cancer Prevention Cancer Expo | St. Luke's Community Health Education Center, St. Joseph's Hospital and American Cancer Society, Bellingham, WA |
| 2001 | Keynote Speaker: The Physicians' Health Study Twenty Years Later | The Thomas W. Mou Lecture. West Virginia University Medical School Research Conference, Charleston, WV |
| 2003 | VA Special Contribution Award for Outstanding Contribution to the Cooperative Studies Program | Department of Veterans Affairs |
| 2003 | Primary Mentor for recipient of the Abraham Lilienfeld Student Prize | Society of Epidemiologic Research |
| 2005 | Primary Mentor for the recipient of the Jeremiah and Rose Stamler Research Award for New Investigators | American Heart Association – Epidemiology and Prevention |
| 2006 | Kizer Recognition Award | VA New England Healthcare System |
| 2014- | Honorary Fellow | Royal College of Physicians |
| 2015 | Comencement Address | West Virginia Uuniversity School of Medicine |
| 2015 | Visiting Professor | University of Michigan School of Medicine |
| 2014 | One of 2014 World's Most Influential Scientific Minds | Thomas Rueters |
| 2015 | One of 2015 World's Most Influential Scientific Minds | Thomas Rueters |

**Report of Funded and Unfunded Projects**

**Funding Information**

**Past**

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 1992-1993 | Beta Carotene Bioavailability Trial<br>Henkel Corporation |
| 1993-1995 | Beta Carotene Chronic Supplementation Bioavailability Study<br>BASF |
| 1993-1995 | Antioxidants and Vascular Reactivity Study<br>Henkel Corporation |
| 1994-2003 | Women's Health Cohort Study Breast Implant Study<br>Dow Corning |
| 1996-2001 | Physicians' Health Study Ancillary Biomarker Study<br>McNeil Consumer Healthcare |
| 1997-1999 | Cholesterol Reduction in the Elderly<br>Veterans Affairs |
| 1997-2000 | Center for the Study of Practice in Veterans Patterns with Acute MI<br>Veterans Affairs |
| 1997-2002 | Long Term Follow-up Following CABG or MI<br>Veterans Affairs |
| 1997-2007 | Physicians' Health Study II: Trial of Vitamins in the Chemoprevention of Cancer,<br>Cardiovascular Disease and Eye Disease<br>NCI/BASF |
| 1999-2007 | Trial of Homocysteine Reduction with Folate, B12 and B6 in Renal Failure<br>VA Cooperative Studies Program |
| 1999-2012 | NIH / NCI<br>Selenium Vitamin E Chemoprevention Trial (SELECT) |
| 1999-2012 | NCI/VA CSP499<br>Selenium Vitamin E Chemoprevention Trial (SELECT) |
| 2001-2009 | VA cooperative Studies program<br>Aging Cohort to Improve Veterans Health (ACTIVE HEALTH) |
| 2002-2007 | BASF/DMS/Wyeth<br>Supplements for Packaging |
| 2004-2007 | NIA/VA CSP<br>Homocysteine Study Cognitive Function substudy |
| 2005-2007 | Pliva/Veroscience<br>A Randomized, Double-Blind, Placebo- Controlled Trial to Assess Safety and Tolerability<br>during Treatment of Type 2 Diabetes with Usual Diabetes Therapy and either Cycloset or<br>Placebo |
| 2003-2008 | NIH/NEI<br>Eye Disease in a Trial of Selenium and Vitamin E |
| 2004-2009 | NIH/NHLBI<br>Biochemical and Genetic Markers of Hypertension in Women |
| 2004-2009 | NIH/NCI<br>Women's Health Study: Continued Follow-up |
| 2006-2008 | Amgen<br>Health Outcomes in Patients with Chronic Kidney Disease ad End Stage Renal Disease |

J. Michael Gaziano
11/15/2016

| 2007-2011 | NIH/U01 CA98233 (Hunter) |
|---|---|

2007-2011   NIH/U01 CA98233 (Hunter)
            Characterizing Genetic Susceptibility to Breast and Prostate Cancer
2007-2012   Wyeth Pharmaceuticals
            Physicians' Health Study II: Pills and Packaging Costs
2007-2013   NIH/NCI CA097193
            Physicians' Health Study II: Prevention Trial of Vitamins
2008-2012   NIH/R01CA126846-01A2
            Sex Steroid Hormones, Gene Variants, and Colorectal Cancer
2008-2011   NIH / NCI/1R01CA127532-01A1
            Molecular Epidemiology and Lung Cancer: A Nested Case-Control Study
2008-2011   NIH / NHLBI/1 R01 HL091880-01
            Restless Legs Syndrome, Cardiovascular Risk Factors, and Cardiovascular Events
2009-2011   NIH/NHLBI/ 1 R21 HL088081
            Red blood cell omega-3 fatty acids and coronary artery disease
2003-2012   Prospective Latent Prostate Cancer Cohort Study
            Veterans Affairs CSP719B
            PI ($120,000)
2011-2014   Aging: New Model of Care
            Rx Foundation
            PI ($176,250)
2009-2014   Fatty acids and Heart Failure in the Physicians' Health Study
            NIH/NHLBI 5R01HL092946-04
            Co-Investigator (Djoussé)
2010-2014   Growth Factors and Lethal Prostate Cancer Signatures
            NIH/NCI 5R01CA141298-03
            Co-Investigator (Stampfer).

**Current**

1997-2017   Massachusetts Veterans Epidemiology Research and Information Center
            Veterans Affairs / EPC 710B
            Scientific Director/ Co-PI (6,296,661)
            MAVERIC is one of three Epidemiology Research and Information Centers funded by the
            Veterans Health Administration.  The purpose of this center is to promote the health and
            enhance the quality of healthcare of veterans through a better understanding of disease in
            populations.   MAVERIC. MAVERIC now includes an Epidemiology Center, a Trial
            Coordinating Center, the national  VA Biorepository and an Informatics Core.  This is a
            collaborative effort between the Bedford, Boston, and Brockton/West Roxbury VAMCs,
            Harvard School of Medicine and School of Public Health, and the Boston University
            School of Medicine and School of Public Health. (*total direct costs for entire project
            period)
2009-2016   Million Veteran Program (MVP)
            Veterans Affairs

10

Principal Investigator (1 of 2)
This project will enroll one million veterans into a longitudinal cohort with stored biospecimens.

2012-2015    Vitamin D Status, Vitamin D Receptor Gene Variants, and Hypertension Risk (R00)
NIH/NHLBI 4R00HL095649-03
Co-Investigator (Wang)
The goal of this proposal is to build a mentored and independent research program to comprehensively investigate the nutritional, biochemical, and genetic basis for the role of vitamin D in the development of hypertension in women and men.

2013-2015    Walnut consumption, endothelial function, and plasma adipokines in subjects with diabetes or coronary disease: a pilot trial
California Walnut Commission
Co-Principal Investigator $70,669 (Djousse)
The purpose of this pilot randomized trial is to examine the effects of walnuts on endothelial function, heart rate variability, and key hormones produced by adipocytes in patients with coronary artery disease or type 2 diabetes.

2014-2016    Development of Novel Imbedded Geriatric Programs
Rx Foundation
Principal Investigator ($223,259)
The goal of this project is to develop new models of care for the elderly in both the outpatient and inpatient settings.

2015-2019    Identification of Patients with Low Life Expectancy
NIH/AHRQ
Co-Investigator
The major goals of this project are to determine whether a combination of two advanced computational technologies – artificial intelligence technique Dynamic Logic and natural language processing – can improve accuracy of identification of patients with low life expectancy.

## Current Unfunded Projects

Established Working Group /Predictors of hypertension,
Established Working Group /Predictors of CHF
Established Working Group /Cardiovascular predictors of early renal decline
Established Working Group /Cardiovascular predictors of early cognitive decline
Established Working Group /Cardiovascular predictors of osteoporosis related fractures
Established Working Group /Cardiovascular predictors of peptic ulcer disease and GI bleed
Established Working Group /Predictors of exceptional longevity
Established Working Group /Predictors of prostate cancer

## Report of Local Teaching and Training

## Teaching of Students in Courses

**HMS**

J. Michael Gaziano
11/15/2016

| 1993-1995 | **Introduction to the Principles and Methods of Epidemiology** | Harvard Medical School |
| | 70-100 medical students | 5 contact hours/10 preparation hours/year |
| 1995-1996 | **Supervision of Harvard Medical Student Thesis** | Harvard Medical School |
| | 1 Medical Student | 15 contact hours/15 preparation hours/year |
| 2005 | **Supervision for Medical Student Research Project** | Harvard Medical School |
| | 1 Medical Student | 15 contact hours/20 preparation hours |
| 2007 | **Respiratory and Cardiovascular Pathophysiology (Modification of Cardiovascular Risk Factors and Preventive Cardiology)** | Harvard Medical School |
| | 2nd Year Medical Students | 1.5 hour lecture |
| 2008 | **Respiratory and Cardiovascular Pathophysiology** (*Modification of Cardiovascular Risk Factors and Preventive Cardiology)* | Harvard Medical School |
| | 2nd Year Medical Students | 1.5 hour lecture |

**HMS/WRVA**

| 1993, 1994 | **Student Conferences (Lecturer)** | VA Boston Healthcare System, West Roxbury Division |
| | 8-10 students | 2 contact hours/2 preparation hours/year |
| 2004 | **Triglycerides** (Morning Report) | West Roxbury VA |
| | 20 residents | 1 contact hour/3 preparation hours |

**HMS BWH**

| 1998 | **Introduction to Clinical Medicine** | Brigham and Women's Hospital |
| | 3 students | 30 contact hours/10 preparation hours/year |
| 2013 | **Lipid Management** | Brigham and Women's Hospital |
| | 10 Residents | 1 hour lecture |

**HSPH**

| 1996-1997 | **Epidemiology 205** Faculty Advisor /Preceptor | Harvard School of Public Health |
| | 2 student research projects | 20 contact hours/20 preparation hours/year |
| 1997 | **Epidemiology 206 Workshop** Preceptor | Harvard School of Public Health |
| | | 4 contact hours/2 preparation hours/year |
| 1998 - | **Epidemiology 208** Course Faculty | Harvard School of Public Health |

J. Michael Gaziano
11/15/2016

100-145 students                                25 contact hours/25 preparation hours/year

## Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| | | |
|---|---|---|

1994-1999     **Student Doctor II**                    West Roxbury VA
              2-4 medical Students                    10 contact hours/4 preparation hours/year

2001 - 2010   **Resident Research Report**            Brigham and Women's Hospital
              10 Residents                            1.5 hours per year leading discussions

## Clinical Supervisory and Training Responsibilities

1993-1997     Supervision/Teaching of Fellows in      1 -2 months annually
              Cardiology as inpatient consult attending
              VA Boston Healthcare System

1993-2000     Supervision/Teaching of Interns and     2 months annually
              Residents in Internal medicine on Medical
              Service

1993-         Supervisor/Teaching of Preventive       1-2 times per week
              Cardiology Fellows in outpatient clinics

2000-         Supervision/Teaching of Interns/Resident in   1 month annually
              Internal Medicine, Cardiology, Palliative
              Care on inpatient service

## Laboratory and Other Research Supervisory and Training Responsibilities

1993-         Supervision/Teaching of trainees in     As needed
              Epidemiology on Aging T32 Training Grant

## Formally Supervised Trainees

## RESEARCH FELLOWS

1995-2005   Howard Sesso, ScD. Assistant Professor of Medicine, Harvard Medical School; Associate
            Epidemiologist, Brigham and Women's Hospital

            Received AHA career development award; together we published 31 articles during this

13

time; continued collaboration

1996-1998    Mary Sabolsi, MD/ Physician, Infectious Disease, Shattuck Hospital, Boston, MA

1996-1997    Thomas Gaziano/ Assistant Professor Harvard Medical School and Health Policy and
             Management Harvard School of Public Health; Associate Physician in Cardiovascular
             Medicine, Department of Cardiology Brigham and Women's Hospital
             One published original article in *JACC*

1997-1998    Jorg Muntwyler/ Physician, University Hospital of Zurich, Switzerland
             Published 2 manuscripts, including one in *Lancet*

1997-1999    Paulo Lotufo/ Associate Professor, University of Sao Paulo, Brazil
             This collaboration resulted in 3 published manuscripts

1998-1999    Max Luna/ Physician, Guatemala
             One published letter in *JAMA*

1998-1999    Hans Kim, MD, MPH/ Assistant Professor, Medicine, Harvard Medical School;
             Physician Internal Medicine, Beth Israel Deaconess, Boston, MA;

1999-2000    James Levenson, MD/ Staff Physician BIDMC, Instructor of Medicine, Harvard Medical
             School
             Published one review article

1999-2006    Richard Scranton/ Assistant Clinical Professor of Medicine, Harvard Medical School
             Recipient of a VA career development award and co-authored 5 published articles;
             continued collaboration

1999-2001    Vicki Jackson, MD, MPH, Assistant Professor of Medicine, Harvard Medical School
             Chief, Palliative Care Service, Massachusetts General Hospital,
             Published one original manuscript.

1998-1999    Eric Weil, MD/ Associate Chief for Clinical Affairs, General Medicine, Medical Director,
             Mass General Care Management Program, MGPO Associate medical Director for Primary
             Care, Massachusetts General Hospital

1999-2001    James Orford/ Fellow, Cardiovascular Disease, Mayo Graduate School of Medicine
             Worked on coronary heart disease risk models resulting in one published article

1999-2003    Tobias Kurth/ Assistant Professor in Medicine, Harvard Medical School
             Recipient of the Abraham Lilienfeld Student Prize; published 7 original articles during this
             time including one in *Circulation* and 3 in *Stroke*

2000-2006    Elizabeth Lawler/ Instructor in Medicine, Harvard Medical School
             Published 3 manuscripts during this time

2001-2008    Thomas Bowman/ Assistant Clinical Professor in Medicine/Medical Director, Boston
             Scientific
             Recipient of VA Career Development Award; co-authored 9 original manuscripts during
             this time including one published in *Neurology* and two in *JACC*.

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 2001-2003 | Ryan Secan/ Private Practice Physician, Florida |
| 2002-2004 | Amy Weinstein/ Physician, Beth Israel Deaconess Medical Center; Instructor of Medicine, Harvard Medical School |
| | Produced 2 manuscripts, one of which was published in *JAMA* |
| 2002-2004 | Ruben Halprin/ Private Practice Physician, Portland Oregon |
| | Investigated the risk of dylipdemia and hypertension and smoking and hypertension resulting in two published manuscripts. |
| 2003-2005 | Wildon Farwell/ Medical Director |
| | Published one manuscript during this time |
| 2003-2005 | Rebekah Kapolwitz/ Private Practice Physician |
| | Produced 2 manuscripts |
| 2003-2006 | Laurel Yates/ Instructor of Medicine, Harvard Medical School, Associate Physician, Brigham and Women's Hospital |
| | Recipient of Hartford Fellowship Award; published a well received original work on exceptional aging |
| 2003-2005 | Jatin Dave/ Instructor of Medicine, Harvard Medical School, Associate Physician, Brigham and Women's Hospital |
| | Recipient of GACA Award |
| 2003-2005 | Heike Bishkoff-Ferrari/ Visiting Scientist, Jean Mayer USDA, Human Nutrition Research Center on Aging, Tufts University |
| 2004-2006 | Glen Kim/ Instructor of Medicine, Harvard Medical School; Hospitalist, Brigham and Women's Hospital, Boston, MA |
| 2004-2007 | Rebecca Gelber/ Physician, Hawaii |
| | Published 6 manuscripts including one in *JACC* |
| 2005-2008 | Thomas Issac/ Instructor of Medicine, Harvard Medical School; Physician, Beth Israel Deaconess Medical Center, Boston, MA |
| 2005-2009 | Catherine Rahilly/ Instructor Harvard Medical School |
| | Published two manuscripts during this time. |
| 2006-2009 | Lydia Siegel/ Instructor, Harvard Medical School |
| | Produced 1 published manuscript |
| 2006-2009 | Cara McLaughlin/ Instructor, Harvard Medical School |
| 2007-2009 | Lena Chen/ Assistant Professor of Medicine, University of Michigan |

## RESEARCH/CLINICAL FELLOWS

| | |
|---|---|
| 1996 | Christopher Roy/ Physician - Brigham and Women's Hospital |
| 1998-1999 | Agha Haidar/ Cardiologist, Elkins Park, PA |
| 2000-2001 | Francisco Lopez-Jimenez/ Senior Associate Consultant, Cardiovascular Division, Mayo Clinic |

J. Michael Gaziano
11/15/2016

|  | Produced 1 manuscript |
|---|---|
| 2000-2001 | Maciej K. Malinski/Cardiologist, Provena St. Joseph's Hospital, Elgin, IL |
|  | Produced 1 manuscript |
| 2001-2003 | Dawn Kershner/ Private Practice Physician, Bethesda, Maryland |
| 2001-2003 | Michael Widlansky/ Assistant Professor and Cardiologist, University of Wisconsin |
|  | Produced 1 manuscript |
| 2002-2003 | Jyothy J. Puthumana/ Northwestern Memorial Hospital, Chicago, IL |
| 2002-2005 | Satish Kenchaiah/ Assistant Professor, Boston University School of Public Health |
|  | Produced 3 manuscripts |
| 2004-2006 | Vignendra Ariyarajah/ Cardiology Fellow, Toronto Canada |
| 2007-2009 | Ravi Dhingra/Cardiology Fellow, Dartmouth-Hitchcock Hospital, New Hampshire |
|  | Produced 6 manuscripts |
| 2008-2010 | Kathryn Britton/Vascular Fellow, Brigham and Women's Hospital |
|  | Produced 5 manuscripts |
| 2009-2011 | Raghava Velagaleti/Cardiology Fellow, University of Massachusetts Medical Center |
| 2010-2011 | Jinesh Kochar/Geriatric Fellow, Beth Israel Medical Center |
|  | Produced 4 manuscripts |
| 2010-2012 | Owais Khawaja/ Cardiology Fellow/ |
|  | Produced 4 original manuscripts and 2 meta-analysis |
| 2011-2013 | John Dodson/Instructor of Medicine/ Brigham and Women's Hospital |
|  | Produced 1 manuscript and obtained independent funding |
| 2012-2013 | Michael Meidema/ Cardiologist/University of Minnesota |
|  | Produced 2 published manuscripts |
| 2010- | Peter Ofman/Preventive Cardiology Fellow, VA Boston Healthcare System |
|  | Produced 5 published manuscripts |
| 2014- | Jeremy Robbins/Preventive Cardiology Fellow/VA Boston Healthcare System |
| 2014-2015 | Taraka Vijay Gadiraju/Cardiology Fellow, Tulane School of Medicine |
| 2014- | Ariela Orkaby/Preventive Cardiology Fellow/VA Boston Healthcare System |
| 2015- | Yash Patel/Preventive Cardiology Fellow/VA Boston Healthcare System |
| 2015- | Hyuan Joon Shin/ Preventive Cardiology Fellow/VA Boston Healthcare System |

## CLINICAL FELLOWS

| 1994-1996 | Susan Godfried/ Cardiologist - South Shore Hospital, Weymouth, MA |
|---|---|
|  | Produced 1 original manuscript and 3 reviews |
| 1996-1997 | Prazad Katakam/ Private Practice, Georgia |
| 1997-1998 | Ahmer Zaheer/ Clinical Instructor, Baylor School of Medicine, Texas |
| 1997-1998 | Monzer Kumalmaz/ Internist/Nephrologist, Englewood Hospital Medical Center New Jersey |
| 1998-1999 | Sunil Patel/ Cardiologist/Lancaster, PA |
| 1999-2000 | Giulia Sheftel/ Private Practice, Newton Wellesley Hospital, Wellesley, MA |

16

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 1999-2000 | Carlos Albrecht/ Director of Cardiology Services, Valley View Hospital, Englewood, CO |
| 2001-2002 | Judy Lytle/ Internist, Private Practice, Boston, MA |
| 2002-2003 | Tahir Haytoglu/ Physician, American Hospital, Istanbul,Turkey |
| 2005- 2007 | Tanvir Hussain/ Cardiology Fellow, UCLA |

## CAREER DEVELOPMENT AWARDEES

2000-2005   Howard Sesso (AHA CDA- Primary Mentor)/ Associate Epidemiologist, Brigham and Women's Hospital; Assistant Professor of Medicine, Harvard Medical School

2002-2006   Richard Scranton (VA-CDA-Primary Mentor)/ Staff Physician VA Boston Healthcare System, Boston VA Healthcare System; Associate Physician Brigham and Women's Hospital; Instructor of Medicine, Harvard Medical School

2004-2006   Laurel Yates (Hartford Fellowship- Primary Mentor)/ Associate Physician Brigham and Women's Hospital; Instructor of Medicine, Harvard Medical School

2004-2008   Thomas Bowman (VA-CDA-Primary Mentor)/ Staff Physician VA Boston Healthcare System, Boston VA Healthcare System; Associate Physician Brigham and Women's Hospital; Instructor of Medicine, Harvard Medical School

2005-2007   Lisa Jovette Crossley (Jahnigen Career Development – Secondary mentor)/ Fellow – Brigham and Women's Hospital/ Assistant Professor of Medicine, Harvard Medical School; Associate Physician and Medical Director, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital

2005         Atul Maloltra, (Beeson Career Development Award. Mentor)/ Assistant Professor of Medicine, Harvard Medical School; Associate Physician and Medical Director, Division of Sleep Medicine, Department of Medicine, Brigham and Women's Hospital

2006-2010   Amy Helstrom – Secondary Mentor Clinical Psychologist –VA Boston Healthcare System
2009-2014   Jane Driver – Special Fellow in Geriatrics –VA Boston Healthcare System
2015-        Jason Vassy – Mentor for CDA – VA Boston Healthcare System

## Formal Teaching of Peers (e.g., CME and other continuing education courses)

| | | |
|---|---|---|
| 1994 | Antioxidants for Primary Prevention of Coronary Heart Disease | Single Presentation |
| | Office Practice of Primary Care Medicine, Principles and Practices | Massachusetts General Hospital (MGH), Boston, MA |
| 1998 | Risk Factors for CVD:  Contribution of Different Kinds of Evidence | Single Presentation |
| | Update in Clinical Cardiology | MGH |
| 1999 | New Coronary Risk Factors | Single Presentation |
| | Office Practice of Primary Care Medicine | BWH and MGH |
| 2000 | Traditional and Novel Risk Factors for CVD | Single Presentation |

17

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| | Office Practice of Primary Care Medicine | BWH and MGH= |
| 2003 | Coronary Artery Disease Among the Elderly | Single Presentation |
| | 19th Annual Review of Geriatric Medicine | HMS |
| 2003 | Diagnostic Testing & Screening in the Elderly | Single Presentation |
| | Partners Physicians Day | Partners HealthCare System, Boston, MA |
| 2004 | Cardiovascular Health and Coronary Artery Disease Among the Elderly | Two Presentations |
| | 20th Annual Review of Geriatric Medicine, | HMS |
| 2005 | Management of Hypertension; Management of Coronary Artery Disease | Two Presentations |
| | 21st Annual Review of Geriatric Medicine | HMS |
| 2006 | Dyslipidemia | Single Presentation |
| | 22nd Annual Review of Geriatric Medicine | HMS |
| 2007 | Dyslipidemia | Single Presentation |
| | 23nd Annual Review of Geriatric Medicine | HMS |
| 2007 | Managing Large Trials and Databases:  An Investigator's Perspective | Single Presentation |
| | Clinical Trials:  Principles and Practice | HMS |
| 2008 | Dyslipidemia and Risk Factor Modification | Two Presentations |
| | 24th Annual Review of Geriatric Medicine | HMS |
| 2009 | Dyslipidemia and Risk Factor Modification | Two Presentations |
| | 25th Annual Review of Geriatric Medicine | HMS |
| 2010 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | 26th Annual Review of Geriatric Medicine | HMS |
| 2011 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | 27th Annual Review of Geriatric Medicine | HMS |
| 2012 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | 28th Annual Review of Geriatric Medicine | HMS |
| 2013 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | 29th Annual Review of Geriatric Medicine | HMS |
| 2014 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | Diet and Exercise Workshop | Two Workshops |
| | 29th Annual Review of Geriatric Medicine | HMS |
| 2015 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | Diet and Exercise Workshop | Two Workshops |
| | 30th Annual Review of Geriatric Medicine | HMS |
| 2016 | Prevention Made Ridiculously Easy and Dyslipidemia | Two Presentations |
| | Diet and Exercise Workshop | Two Workshops |
| | 31st Annual Review of Geriatric Medicine | HMS |

## Local Invited Presentations

| | |
|---|---|
| 1993 | **Oxidation, Antioxidants and CVD** / Medical Grand Rounds / Invited Speaker |
| | Veterans Administration Medical Center, West Roxbury, MA |
| 1995 | **Alcohol Intake and Risk of CHD** / Medical Grand Rounds / Invited Speaker |
| | Veterans Administration Medical Center |

18

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 1995 | **Alcohol, HDL and Risk of MI** / Cardiovascular Grand Rounds / Invited Speaker Veterans Administration Medical Center |
| 1996 | **Should We Take Vitamin E?** / Cardiovascular Grand Rounds / Invited Speaker New England Deaconess Hospital, Boston, MA |
| 1996 | **Update on Antioxidants** / Cardiovascular Grand Rounds / Invited Speaker Veterans Administration Medical Center, West Roxbury, MA |
| 1997 | **Evidence-based Prevention of CHD** / Medical Grand Rounds / Invited Speaker Veterans Administration Medical Center, West Roxbury, MA |
| 1997 | **Novel Lipid Predictors of CHD** / Medical Grand Rounds / Invited Speaker Brigham and Women's Hospital, Boston, MA |
| 1997 | **Biochemical Markers of CVD** / Medical Grand Rounds / Invited Speaker West Roxbury, VAMC |
| 1999 | **Primary and Secondary Prevention of CHD** / Invited Speaker VA Boston Healthcare System, Boston, MA |
| 1999 | **Beyond Cholesterol: Novel Biomarkers of Coronary Heart Disease (CHD) Risk** / Clinical Pathology Seminar / Invited Speaker/ VA Boston Healthcare System, West Roxbury Division |
| 1999 | **Preventing the First Vascular Event; Lipid Lowering Trials for Primary Prevention** / Lipid Disorders in Vascular Disease: Mechanisms and Management / Invited Speaker Brigham and Women's Hospital, Boston, MA |
| 1999 | **When Should Heart Disease Prevention Begin?** / Cardiovascular Grand Rounds / Invited Speaker/Brigham and Women's Hospital, Boston, MA |
| 1999 | **Update on Lipid Therapy** / Cardiovascular Grand Rounds / Invited Speaker VA Boston Healthcare System, West Roxbury, MA |
| 1999 | **Evidence-based Cardiovascular Prevention** / Cardiovascular Grand Rounds / Invited Speaker/Beth Israel Deaconess Medical Center, Boston, MA |
| 2000 | **Global Burden of CVD** / Medical Grand Rounds/ Invited Speaker VA Boston Healthcare System, West Roxbury, MA |
| 2000 | **Alcohol and Cardiovascular Disease** / Medical Grand Rounds/ Invited Speaker VA Boston Healthcare System, Jamaica Plain, MA |
| 2000 | **Should We Take Antioxidant Vitamins to Prevent Chronic Diseases** / Medical Grand Rounds / Invited Speaker/VA Boston Healthcare System, West Roxbury, MA |
| 2000 | **Evidenced Based Reading of Medical Literature** / Invited Lecture/VA Boston Healthcare System, Jamaica Plain Division |
| 2000 | **Preventive Cardiology: Traditional Risk Factors** / Invited Lecture/VA Boston Healthcare System, West Roxbury Division |
| 2000 | **Preventive Cardiology: Novel Risk Factors** / Invited Speaker/VA Boston Healthcare System, West Roxbury Division |
| 2001 | **Prostate Cancer and the SELECT Trial** / Medical Grand Rounds / Invited Speaker VA Boston Healthcare System, West Roxbury, MA |
| 2002 | **Preventive Cardiology: What's Old - What's New?** / Cardiovascular Grand Rounds / Invited Speaker/Massachusetts General Hospital |
| 2002 | **The Changing Global Burden of Chronic Disease** / Geriatric Grand Rounds / Invited Speaker/Harvard Medical School Division on Aging |
| 2002 | **Primary Care Clinical Conference (Lipid Cases)** / Primary Care Grand Rounds / Invited Speaker/Boston VA Medical Center |
| 2002 | **New Cardiac Risk Factors** / Primary Care Grand Rounds / Invited Speaker/Brigham and Women's Hospital |

19

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2003 | **Update in Preventive Cardiology** /Invited Lecture/Hebrew Rehabilitation and Convalescent Center, Boston, MA |
| 2004 | **Cardiovascular Disease Prevention in the Elderly** /Invited Lecture Korean Geriatric Program, Geriatric Education Center (GEC), ,Harvard Medical School Boston, MA |
| 2004 | **Aspirin for Prevention** / Geriatric Grand Rounds/ Invited Speaker/Harvard Medical School Division on Aging |
| 2004 | **Cardiovascular Health for all Ages** / Invited Lecture/Brigham and Women's Hospital Geriatric Education Center (GEC), Korean Exchange Program |
| 2005 | **Cardiovascular Disease Prevention in the Elderly** /Invited Lecture/Brigham and Women's Hospital Geriatric Education Center (GEC), Boston, MA |
| 2005 | **Management of Hyperlipidemia**/Best Practices Cardiology Workshop/VA New England Healthcare System |
| 2005 | **Aspirin in Primary and Secondary Prevention: An Update**/ Cardiology Grand Rounds / Invited Speaker/VA Boston Healthcare System West Roxbury Division, West Roxbury, MA |
| 2005 | **Aspirin in Primary and Secondary Prevention:  An Update**/ Medical Grand Rounds / Invited Speaker/VA Boston Healthcare System Jamaica Plain Division, Jamaica Plan, MA |
| 2006 | **Modification of Cardiovascular Risk Factors** / Medical Grand Rounds / Invited Speaker Faulkner Hospital, Boston, MA |
| 2007 | **Prevention Made Ridiculously Simple** / Medical Grand Rounds / Invited Speaker VA Boston Healthcare System West Roxbury Division, West Roxbury, MA |
| 2007 | **Cardiovascular Disease Prevention in the Elderly** /Invited Lecture Harvard Medical School,   Korean Geriatric Program, Geriatric Education Center (GEC), Boston MA |
| 2007 | **Bromocriptine in Diabetes** / TIMI Grand Rounds / Invited Speaker Brigham and Women's Hospital, Boston, MA |
| 2007 | **Bromocriptine in Diabetes** / Pathology and Laboratory Grand Rounds / Invited Speaker VA Boston Healthcare System, Boston, MA |
| 2007 | **New paradigm in management of cardio metabolic disease** / Cardiology Grand Rounds / Invited Speaker VA Boston Healthcare System, Boston, MA |
| 2008 | **Population-based research in aging** / Advanced Aging Research Training Seminar /Invited Speaker/Hebrew Rehabilitation Center, Boston, MA |
| 2008 | **The Role of MAVERIC in VA Population Research** / Research Day / Invited Speaker VA Boston Healthcare System |
| 2008 | **A Novel Approach to the treatment of Diabetes:  Results from a Large Randomized Trial** / Cardiology Grand Rounds/ Invited Speaker/Beth Israel Deaconess Medical Center |
| 2009 | **A Novel Approach to the Treatment of Diabetes:  Results from a Large Randomized Trial** / Geriatric Grand Rounds/ Invited Speaker/ Beth Israel Deaconess Medical Center |
| 2009 | **Million Veteran Program**/Invited Speaker/Medical Grand Rounds/ VA Boston Healthcare System |
| 2009 | **Statins and Myositis** / Medical Forum/ Invited Speaker/ VA Boston Healthcare System, West Roxbury Division |
| 2009 | **A Novel Approach to the Treatment of Diabetes**/ Preventive Medicine Seminar/ Invited Speaker/VA Boston Healthcare System |
| 2010 | **Genetic Research in VA**/Cardiology Grand Rounds/Invited Speaker/ VA Boston Healthcare System |

20

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 2010 | **Prevention Made Simple**/Medical Forum/Invited Speaker/VA Boston Healthcare System |
| 2010 | **A New Approach to Diabetes**/CVD Epidemiology Forum/Invited Speaker/Harvard Medical School |
| 2011 | **A New Paradigm for Diabetes: Results from a Large RCT**/Cardiology Grand Rounds/Invited Speaker/Brigham and Women's Hospital |
| 2011 | BWH Biomedical Research Institute Interdisciplinary Workshop/Invited Speaker/Brigham and Women's Hospital |
| 2012 | **A Novel Approach to the Treatment of Diabetes**/Biomedical Research Institute Annual Obesity Research Incubator Session/Invited Speaker/Brigham and Women's Hospital |
| 2013 | **Million Veteran Program**/ Weekly Informatics Seminar Series/ Invited Speaker/ Beth Israel Deaconess Medical Center |
| 2014 | **Prevention made simple with an update on recent guidelines**/Cardiology Grand Rounds/Invited Speaker/Beth Israel Deaconess Medical Center |
| 2015 | **Million Veteran's Program: A Mega Cohort**/Cardiology Grand Rounds/Invited Speaker/VA Boston Healthcare System, West Roxbury, MA |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses

### Regional

| | |
|---|---|
| 1992 | **Oxidized LDL and Atherosclerosis.**/Invited Speaker |
| | Greater Boston Interventional Cardiology Forum, Boston, MA |
| 1993 | **Vitamins in the Development of Cardiovascular Disease**/ Faculty |
| | Fourth Annual Massachusetts Conference on Cholesterol, Framingham, MA |
| 1993 | **Antioxidants and Atherosclerosis**/ Medical Grand Rounds/ Invited Speaker |
| | Glover Memorial Hospital, Needham, MA |
| 1993 | **Dietary Antioxidants and Cardiovascular Disease**/ Medical Grand Rounds/ Invited Speaker |
| | Maine Medical Center, Portland, ME |
| 1994 | **Risk Factor Modification in Coronary Artery Disease**/ Invited Speaker |
| | Youville Hospital & Rehabilitation Center, Cambridge MA |
| 1995 | **Oxidation and Atherosclerosis** / Invited Speaker |
| | Bar Harbor Medical Symposium, Bar Harbor, ME |
| 1995 | **Antioxidant Vitamins and CHD Risk** / Invited Speaker: |
| | Bar Harbor Medical Symposium, Bar Harbor, ME |
| 1995 | **Vitamin Antioxidants, Heart Disease and Cancer** / Invited Speaker: |
| | FASEB Summer Research Conference on Antioxidant Nutrients in the Cellular Biology of Health and Disease, Vermont |
| 1996 | **Controversies in Risk Factor Management of Coronary Heart Disease**/ Cardiovascular Grand Rounds/ Invited Speaker |
| | Boston Medical Center, Boston, MA |
| 1996 | **Beta Carotene and Risk of Cancer and Heart Disease** / Invited Speaker |
| | Oxygen Free Radical Society, Boston, MA |

21

J. Michael Gaziano
11/15/2016

1997     **Coronary Artery Disease Prevention: A Case Management Model** /Medical Ground /
Rounds/ Invited Speaker
Sound Shore Hospital, New Rochelle, CT

1997     **Prevention of Cardiovascular Disease** / Medical Ground Rounds/ Invited Speaker
University of Connecticut Medical Center, Farmington, CT

1998     **Triglycerides:  Risk Factor or Bystander?**/ Invited Speaker
First U.S. Japanese Dialogue on Lipid Disorder and Coronary Artery Disease:  New
Issues for the Next Millennium, Boston, MA

1998     **Beyond Cholesterol:  Novel Risk Factors for Coronary Disease**/ 27th Annual Samuel
Dresner Plotkin Symposium / Invited Speaker
Bay State Medical Center, Springfield, MA

1998     **Vitamin Therapy** / Key Note Presentation
Maine Chapter of the American College of Physicians Annual Meeting, Portland, ME

1999     Invited Speaker: **Hyper-Triglyceridemia as a Risk Factor for Cardiovascular Disease** /
Endocrine Grand Rounds/ Invited Speaker
Rhode Island Hospital, Providence, RI

2001     **The Physicians Health Study after Twenty Years**/ Medical Grand Rounds/ Invited
Speaker
Cambridge Hospital, Cambridge, MA

2004     **Update on Preventive Cardiology**/ Medical Grand Rounds/ Invited Speaker
Norwood Hospital, Norwood, MA

2004     **Utility of CRP as a Predictor of Cardiovascular Events.**/Invited Speaker
18th Annual Northeast Region Clinical Laboratory Management Association, Clinical
Ligand Assay Society and American Association for Clinical Chemistry, Boxborough,
MA,

2006     **Structure of VA Research and Application for General Research Funding Within VA
MAVERIC.**/ Invited Presenter:
VA Symposium Workshop, SGIM New England Regional Meeting, Boston, MA

2006     **Cardiovascular Issues in Managing Arthritis Pain.**/ Invited Presenter
Balancing the risks and benefits of treatment with NSAIDs including Cox-2 Selective
Agents Forum.  Boston, MA

2006     **Cardiovascular Issues in Managing Arthritis Pain.** / Invited Presenter.
Balancing the risks and benefits of treatment with NSAIDs including Cox-2 Selective
Agents Forum.  Worcester, MA

2006     **Cardiovascular Issues in Managing Arthritis Pain.** / Invited Presenter
Balancing the risks and benefits of treatment with NSAIDs including Cox-2 Selective
Agents Forum.  Cambridge, MA

2007     **Prevention Made Ridiculously Simple.**/ Invited Speaker:
Dovetail Healthcare, Boston MA

2008     **The Biological Clock and Its Impact on Cardiometabolic Health.** Cardiology Grand
Rounds/ Invited Speaker.
Boston University School of Medicine, Boston, MA

2008     **Prevention Made Ridiculously Simple.**/ Invited Speaker
Indian Medical Association of New England, Waltham, MA

2008     Invited Speaker. **Process Improvement for Integrated Care Management:  The VA
Experience.** Moving Beyond the Core Measures It's All Vascular: Managing the
Challenges of Integrated Care.  American Heart Association. Marlborough, MA.

22

J. Michael Gaziano
11/15/2016

2009    **Appraisal of risk assessment and risk reduction in cardiovascular disease** / Cardiology Grand Rounds / Invited Speaker.
Boston University School of Medicine, Boston, MA

2010    **A Novel Approach to the Treatment of Diabetes: results from a Large Randomized Trial**/Cardiology Grand Rounds
Tufts Medical Center, Boston, MA

2013    Million Veteran Program/Invited Speaker/ **Norfolk District Medical Society Annual Meeting**
Needham, MA

2013    **Multivitamin Findings from Physicians' Health Study II**/ Invited Speaker/ Medical Grand Rounds/ Lowell General Hospital, Lowell, MA

**National**

1992    **Antioxidants to Prevention Coronary Artery Disease.  The Wave of the Future.**
Cardiovascular Disease Update/Invited Speaker
Medical College of Ohio, Toledo, OH

1993    **Antithrombotic and Thrombotic Therapy**/ Key Note Speaker
HeartLife, Greenville NC

1993    **Antioxidants and CAD**/ Medical Grand Rounds / Invited Speaker
Manchester Memorial Hospital, Manchester, NH

1993    **Supplementation with Beta-carotene In Vivo or In Vitro does not Inhibit LDL Oxidation** Third Annual Health Science Association.  J Wayne Ebright Lipid Investigators Research Conference/ Invited Speaker  Rahway, NJ

1993    **Lipid Management: The Role of Dietary Antioxidants in the Prevention of Cardiovascular Disease**/ Medical Grand Rounds/ Invited Speaker
Orlando Regional Healthcare System, Orlando, FL

1993    **Vitamin Antioxidants in Cancer Prevention** /Invited Speaker
XVII Interamerican Medical Congress, Spanish American Medical Society, New York, NY

1993    **Thrombolytic Therapy** /Medical Grand Rounds / Invited Speaker
Montgomery Hospital, Norristown, PA

1993    **All Trans and 9-CIS Isomers of Beta-carotene After Chronic Supplementation/ Invited Speaker**
American Heart Association Annual Meetings, Atlanta, GA

1993    **Thrombolytic Therapy** Medical Grand Rounds / Invited Speaker
Mercy Catholic Medical Center, Darby, PA

1994    **Antithrombotic and Thrombolytic Therapy in Acute MI**/Medical Grand Rounds /Invited Speaker
North Pennsylvania Hospital, Lansdale, PA

1994    **Thrombolysis & Acute MI** / Medical Grand Rounds / Invited Speaker
Harbor Hospital Center, Baltimore, MD

1994    **From GISSI to ISIS to GUSTO:  Making Sense of the Thrombolytic Trials** /
Cardiology Grand Rounds / Invited Speaker
New York Medical College, Westchester County Medical Center, Valhalla, NY

1994    **Thrombolytic Therapy**/  Medical Grand Rounds / Invited Speaker
Westmoreland Regional Hospital, Greensburg, PA

J. Michael Gaziano
11/15/2016

| 1994 | **Alcohol and Coronary Heart Disease: Mechanisms of Action** / Invited Speaker |
| | The Italian Trade Commission, West Islip, NY |
| 1994 | **Dietary Antioxidants in CVD:  Epidemiologic Studies & Randomized Trials** / 24th |
| | Annual Meeting, American Aging Association / Invited Speaker |
| | Washington, DC. |
| 1994 | **Alcohol and CHD** / Belle Mini Symposium/ Invited Speaker |
| | Annual Conference of American College of Toxicology, Williamsburg, VA. |
| 1994 | **Thrombolytic Therapy** / Medical Grand Rounds / Invited Speaker |
| | University of Wisconsin Medical School, Mt. Sinai Campus, Milwaukee, WI |
| 1994 | **Antioxidants and the Risk of Coronary Heart Disease** / Medical Grand Rounds / Invited |
| | Speaker |
| | St. Francis Medical Center, Santa Barbara, CA |
| 1994 | **Thrombolytics** / Cardiology Conference/ Invited Speaker |
| | Bay State Medical Center, Springfield, MA |
| 1995 | **The Epidemiology of Antioxidants and Cardiovascular Disease**. The Second |
| | International Symposium on Vitamins and Biofactors / Invited Speaker |
| | San Diego, CA |
| 1995 | **Update on Antioxidants in Cardiovascular Disease** / Invited Speaker |
| | Manchester Memorial Hospital, Manchester, CT |
| 1995 | **The Physicians' Health Study and Others:  The Potential Effect of Antioxidant** |
| | **Agents on Atherosclerosis Disease Progression** /Invited Speaker |
| | Society of Vascular Medicine and Biology.  The Pharmacotherapy of Claudication:  A |
| | New Frontier for Vascular Therapies, Washington, DC |
| 1995 | **Antioxidants:  The Traditional Approach** / Invited Speaker |
| | American Heart Association.  Complementary Medicine and Heart Disease:  Separating |
| | Fact from Promise, Baltimore, MD |
| 1995 | **Are Antioxidants Effective Therapy?** / Invited Speaker |
| | The Tenth  Annual Meredith Morgan Symposium:  Today's Research, San |
| | Francisco, CA |
| 1995 | **Mechanisms of Antioxidants and CVD:  Beyond  LDL.**/ Invited Speaker: |
| | Antioxidant Vitamins and Cardiovascular Disease:  Current and Future Perspectives. |
| | American Heart Association Annual Meeting, Anaheim, CA |
| 1996 | **Trials of Vitamin E and Cardiovascular Disease** / Invited Speaker: |
| | Oxygen Club of California, Santa Barbara, CA |
| 1996 | **Antioxidant Vitamins and Coronary Artery Disease** / Invited Speaker |
| | Great Lakes Association of Clinical Medicine Symposium, Chicago, IL |
| 1996 | **Molecular Mechanisms and Health Effects of Vitamin E** / Invited Speaker |
| | FASEB Experiment Biology 96, Washington, DC |
| 1996 | **Supporting Data from Intervention Studies on Cardiovascular Disease Prevention** / |
| | Invited Speaker |
| | The Toxicology Forum, Given, Biomedical Institute, Aspen, CO |
| 1997 | Invited Speaker:  **Novel CVD Risk Factors** AHA Greater Los Angeles |
| | Affiliate Fall Symposium, Los Angeles, CA |
| 1997 | **Randomized Trials of Antioxidant Vitamins** / Invited Speaker |
| | Oxidant and Antioxidant Meeting of the US-Japan Nutrition and Metabolism Panel, |
| | Welches, OR |
| 1998 | **Clinical Research Methods Course (Faculty) Selecting Research Design** National VA |
| | Cooperative Studies Program, Chicago IL |

J. Michael Gaziano
11/15/2016

| 1998 | **Traditional Risk Factors Explain the High CHD Mortality in the Coronary Valley** / Coronary Valley Symposium/ Moderator<br>Lexington, KY |
|------|------|
| 1998 | **Reviewing the Evidence:  New Perspectives on Beta-Blockade and Other Appropriate Therapies in Cardiovascular Disease** / Cardiovascular Grand Rounds/ Invited Speaker<br>Long Island Medical Center, Long Island, NY |
| 1998 | **Reviewing the Evidence:  New Perspectives on Beta-Blockade and Other Appropriate Therapies in Cardiovascular Disease** / Medical Grand Rounds / Invited Speaker<br>Minneapolis VAMC, Minneapolis, MN |
| 1998 | **Update on Alcohol and Heart Disease** / Wine Institute: Moderation vs. No Use:  New Science Refutes Old Politics<br>National Press Club, Washington, DC |
| 1998 | **Reviewing the Evidence:  New Perspectives on Beta-Blockade and Other Appropriate Therapies in Cardiovascular Disease** / Cardiovascular Grand Rounds / Invited Speaker<br>Weirton Medical Center, Weirton, WV |
| 1998 | **Dietary Flavonoids in the Prevention of Heart Disease:  The Epidemiologic Evidence** / Invited Speaker<br>81st Annual Meeting of the American Dietetic Association, Kansas City, KS |
| 1998 | **Triglycerides as a Risk Factor:**  The Epidemiological Data Reducing Risk Factors for CHD/ Focus on Triglycerides and Long-Chain Omega-2 PUFA Symposium/ Invited Speaker<br>New York, NY |
| 1998 | **When Should Heart Disease Prevention Begin?** / Invited Speaker<br>Medical College of Ohio, 10th Annual Update in Cardiovascular Disease Symposium, Toledo, OH |
| 1998 | **New Risk Factors** / Session Moderator<br>American Heart Association 71st Scientific Sessions.  Dallas, TX |
| 1998 | **Should I Take Antioxidants, Red Wine, Garlic, Grapefruit Juice & Estrogens** / Invited Speaker:<br>The 31st Annual ACC New York  Cardiovascular Symposium, New York, NY |
| 1998 | **Antioxidants** Medical Grand Rounds, Miami Valley / Invited Speaker<br>Hospital, Dayton, OH |
| 1999 | **VA Summer Epidemiology Course (Course Co-Founder and Faculty) Critical Reading of the Literature** University of Washington, Seattle, WA |
| 1999 | **Epidemiology Research Opportunities in the VA**/ Key Note Address<br>VA Health Services Research and Development. Washington, DC |
| 1999 | **High Risk Study Populations in Prostate Cancer Prevention Trials** / Invited Presenter<br>Strategies for New Clinical Trials for Prostate Cancer<br>Chemoprevention, Prostate Cancer Workshop, National Cancer<br>Institute, Baltimore, MD |
| 2000 | **Evidence based preventive cardiology in the year 2000**/ Cardiovascular Grand Rounds/ Invited Speaker<br>University Hospital, Cleveland, OH |
| 2000 | **Alternative Therapies for Heart Disease** / Invited Speaker<br>Cardiovascular Patient Management in the New Millennium.  AHA Physicians' Conference, Richmond VA |

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 2000 | **Antioxidants and Cardiovascular Disease** /Invited Speaker<br>Antioxidants and Diseases of Elderly Persons.  American Geriatrics<br>Society/American Federation for Aging Research Annual Scientific<br>Meeting, Nashville, TN |
| 2000 | **Nutrition and Cancer Prevention** / Cancer Expo./ Keynote Speaker<br>St. Luke's Community Health Education Center, St. Joseph's Hospital<br>and American Cancer Society.  Bellingham, WA |
| 2000 | **Beta Carotene and Cardiovascular Disease.**/ Symposium / Invited Speaker:<br>Vitamins for Heart Disease Prevention: What's Hot and What's Not.<br>American Heart Association Meeting.  New Orleans, LA. |
| 2000 | **Antioxidants and Cancer.**  / Invited Speaker<br>St. Joseph's Hospital.  Bellingham, WA |
| 2000 | **Risk Factors for Heart Disease: Old and New**.  / Invited Speaker<br>St. Joseph Hospital, Bellingham, WA |
| 2000 | **Critical Reading of the Literature** / VA Summer Epidemiology Course /Course<br>Coordinator and Faculty) Harvard Medical School and Boston University Medical School,<br>Boston, MA |
| 2001 | **Beyond LDL: Vitamin E, Folate, Omega-3 Fatty Acids in Risk Factor Reduction** /<br>Invited Speaker<br>American College of Cardiology Cardiovascular Conference at Snowshoe, Snowshoe, WV |
| 2001 | **Randomized Trials of Vitamins by Mail: the Physicians Health Study and Women's<br>Health Study**. /Invited Speaker<br>Oxygen Club of California 2001 World Congress.  Santa Barbara, CA |
| 2001 | **Alternative Treatments for Coronary Artery Disease.**  /Invited Speaker<br>American College of Cardiology Cardiovascular Conference at Snowshoe, Snowshoe, WV |
| 2001 | **Will We Be Using CRP and Other Markers of  Inflammation for Management of<br>Patients at Risk of Future Cardiac Events**  /Invited Speaker<br>American College of Cardiology Cardiovascular Conference at  Snowshoe, Snowshoe,<br>WV |
| 2001 | **The Physicians' Health Study Twenty Years Later** /The Thomas W. Mou Lecture/<br>Keynote Speaker<br>University of West Virginia Medical School Research Conference.  Charleston, WV. |
| 2001 | **Dietary Antioxidants and Cardiovascular Disease:<br>Observational and Trial Data.**  /Invited Speaker<br>Diet and Optimum Health.  Linus Pauling Institute.  Oregon State University.  Portland,<br>OR. |
| 2001 | **Critical Reading of the Literature** / VA Summer Epidemiology Course/ Faculty<br>University of North Carolina, Durham, NC |
| 2002 | **Controversy in Cardiology.  Electron Beam Tomography.  Is it a Useful Tool for<br>Screening of Coronary<br>Disease?**  American College of Cardiology Cardiovascular Conference /Invited Speaker<br>Snowshoe, WV |
| 2002 | **Primary Prevention of Vascular Disease -What's Old? What's New?** American<br>College of Cardiology Cardiovascular<br>Conference/ Invited Speaker/ Snowshoe, WV |

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2002 | **Controversy in Cardiology.  LDL and HDL Subfactions Should Usually be Measured to Manage Lipid Disorders**  American College of Cardiology Cardiovascular Conference / Invited Speaker <br> Snowshoe, WV | |
| 2002 | **Novel Risk Factors for Cardiovascular Disease.** / Community Care Physicians Fall Education Forum / Invited Speaker <br> Letham, NY | |
| 2002 | **Homocysteine and Cardiovascular Disease**. Host Annual Meeting / Invited Speaker <br> Chicago, IL | |
| 2002 | **Introduction to Grant Writing** / VA Summer Epidemiology Course / Faculty <br> University of Washington, Seattle, WA | |
| 2003 | **Role and Impact of Epidemiology in Benefit-Risk  Assessment** CHPA 2003 Regulatory & Scientific Conference / Invited Speaker <br> Washington, DC. | |
| 2003 | **Patients with History of Cardio-Renal Disease** / State-of-the-Art Management of Mild-to-Moderate Pain: From Adolescence Through Old Age. / Invited Speaker. <br> Office of Women's Health and U.S. Department of Health and Human Services. <br> Washington DC | |
| 2003 | **Introduction to Grant Writing** / VA Summer Epidemiology Course / Faculty <br> University of Washington, Seattle, WA | |
| 2003 | **Role and Impact of Epidemiology in Benefit-Risk Assessment** / CHPA 2003 Regulatory & Scientific Conference / Invited Speaker <br> Washington, DC. | |
| 2003 | **Patients with History of Cardio-Renal Disease**  / State-of-the-Art Management of Mild-to-Moderate Pain: From Adolescence Through Old Age.  / Invited Speaker. Office of Women's Health and U.S. Department of Health and Human Services.  Washington DC | |
| 2004 | **Effect of Nonsteroidal Anti-inflammatory Drugs on the Clinical Benefits of Aspirin.** / Clinical Implications of concomitant non-opiod analgesia in patients with or at risk of CVD/ Invited Speaker <br> New Orleans LA | |
| 2004 | **Vitamin E and Cardiovascular Disease:  Observational Studies** / New York Academy of Sciences Vitamin E Conference / Invited Speaker. Boston, MA | |
| 2004 | **Effect of Non-opioid Analgesics on Blood Pressure.** Clinical Implications of Concomitant non-opiod analgesia in patients with or at risk of CVD / Invited Speaker.. New Orleans LA. | |
| 2004 | **Risk of Disability in Psychiatric and Complex  Medical Claims** / Disability Experts Forum. / Invited Speaker <br> Ft. Walton, FL. | |
| 2004 | **Epidemiology and Biostatistic Research Methods Distance  Learning/Cyber Session** / Developing Scientific Research Proposals (Grant Writing) / Faculty <br> Televised nationally on the Learning Channel | |
| 2005 | **Management of CVD in the Elderly**. Symposium: Management of Coronary Disease in Special Populations / Invited Speaker <br> Mayo Clinic, Rochester, MN. | |
| 2005 | **Women's Health Study.** Satellite Symposium/ Evolving Evidence of Aspirin Effectiveness / Invited Speaker <br> The Center for Health Care Education.    Dallas TX | |

J. Michael Gaziano
11/15/2016

2006    **The Role of CRP in Clinical Practice** and **Treatment of Obesity** /25[th] Midwinter American College of Cardiology Cardiovascular Conference / Invited Speaker. Snowshoe, WV.

2006    **Treatment of Obesity.** Change of Heart. A Clinical Prospective of Women and Heart Disease / Invited Speaker. WakeMed. Raleigh, NC.

2007    **Cycloset Trial Results** / American Diabetes Association Annual Meeting / Invited Speaker Chicago, IL

2008    **A Randomized Factorial Trial of Vitamins E and C in the Prevention of Cardiovascular Disease and Mortality in Men: The Physicians' Health Study II.** 2008 American Heart Association Annual Meeting / Invited Speaker (Abstract) New Orleans, LA

2009    **Nutrition and Cardiovascular Disease**/ Maine Chapter of the American College of Physicians/Invited Speaker/ Newry, Maine

2009    **Pilot Studies for a Large Genomic Mega-Cohort**/Genetic Medical Program Advisory Committee/Invited Speaker VA Central Office, Washington, DC

2010    **Design of the Million Veteran Program (MVP)**/Genetic Medical Program Advisory Committee/Invited Speaker VA Central Office, Washington, DC

2010    **Preventing CVD events among those with Type 2 Diabetes.** Mayo Clinic/Preventive Cardiology Grand Rounds/Rochester, MN

2011    **Million Veteran Program (MVP) Overview** Group on Research Advancement and Development (GRAND) 2011 Annual Meeting/Invited Speaker Bethesda, MD

2011    **Million Veteran Program (MVP) Overview** eMerge Consortium/Invited Speaker Washington, DC

2011    **Design and Implementation of the Million Veteran Program (MVP)**/Center for Aging Annual Meeting/Invited Speaker/University of Alabama, Birmingham, AL

2011    **The Million Veteran Program (MVP)**/ 2011 Annual Meeting of the NCI Cohort Consortium/ Invited Speaker/Boston, MA

2011    **Lifestyle modification and successful cognitive aging**/Gerontological Society of America, 64th Annual Scientific Meeting/Podium presentation/Boston, MA

2011    **Why the decline of TB in the United States**/West Virginia Tuberculosis Symposium/Invited participant/West Virginia Department of Health and Human Services/Charleston, WV

2012    **A novel treatment for diabetes: implications for vascular health**/University Hospitals, Harrington-McLaughlin Heart and Vascular Institute, Case Western Reserve Cardiology Grand Rounds/ Cleveland, OH

2012    **Million Veteran Program: A 21st century mega-cohort within a health system**/ National Bureau of Economic Research/Invited Speaker/Boston, MA

2012    **A randomized trial of a multivitamin in the prevention of cancer in men: the Physicians' Health Study II**/AACR Annual Meeting/ Podium presentation/Anaheim, CA

2012    **Million Veteran Program (MVP) a modern mega cohort**/Vanderbilt School of Medicine Renal Grand Rounds/Invited Speaker/Nashville, TN

2012    **A novel approach to the mechanism and management of type 2 diabetes**/Invited Speaker/Hungarian Medical Society Annual Meeting/Sarasota, FL

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2013 | **Enabling Research Use of Clinical Data**/Workshop Particpant/ NIH BD2K Workshop, Rockville, MD | |

2013      **Enabling Research Use of Clinical Data**/Workshop Particpant/ NIH BD2K Workshop, Rockville, MD

2013      **Targeting CNS Dopaminergic Activity for Improved Glucose Control: Examining the Evidence**/ Invited Speaker/ Cardiometabolic Health Congress Annual Meeting/Boston, MC

2013      **Lessons Learned from Multivitamin Interventions**/Micronutrient Supplment Summit: What Should Health Professional Recommend and How Should they Decide/Workshop Participant/ Columbia University School of Medicine

2014      Workshop Participant/ EMR Integration and Genomic Medicine Implementation - Summary Electronic Medical Records and Genomics Network (eMERGE), National Human Genome Research Institute, Washington DC

2014      **Lessons Learned From and Potential Next Steps for Genomics in the MVP**/ The Future of Genomic Research for the Prevention and Treatment of Heart Lung and blood diseases in populations and patients/Workshop Participant/NHLBI

2014      **Effects of Multivitamin, Mineral Supplements and Disease: Putting Research into Perspective**/ Invited Speaker/Experimental Biology 2013 Council for Responsibile Nutrition Symposium/ San Diego, CA

2014      **Design of the Million Veteran Chip**/Invited Speaker/American Society of Human Genetics Satellite Symposium/ San Diego, CA

2014      **IT/Big Data**/ Personalized Medicine Conference/ Invited Panelist/Harvard Medical School, Boston, MA

2015      **Creating Resources for Chronic Disease Epidemiology: the Million Veterans Program**/Medical Grand Rounds/Cincinnati VA Medical Center/ Cincinnatti, OH

2015      **Million Veteran Program: A Mega Cohort**/ Medical Grand Rounds/Edward Hines, Jr VA Hospital, Chicago, IL

2015      **The Million Veteran Program: A Modern Mega Cohort**/Renal Grand Rounds/ Vanderbilt University, School of Medicine, Nashville, TN

2015      **Blood Pressure: Treat Absolute Risk**/Invited Speaker/ Controversies in Prevention: Hypertension, Aspirin, Cholesterol/ American Heart Assocation Annual Meeting/Orlando, FL

**International**

1992      **Ongoing Intervention Beta-carotene Trials** / New Vitamin Research / Invited Speaker The University of Sydney, Sydney, Australia

1993      **Dietary Antioxidants, Coronary Heart Disease & Cancer** / Postgraduate Program in Human Nutrition / Invited Speaker Wageningen, The Netherlands

1993      **Oxidation and Antioxidant in Atherogenesis** / Invited Speaker University of Padua, Padua, Italy

1994      **Dietary Antioxidants & Coronary Risk** / Symposium on Modified Lipoproteins, Satellite of the Xth International Symposium on Atherosclerosis /Invited Speaker Vancouver, British Columbia

1994      **Fighting the #1 Cancer:  Lung** / Vitamins in Women's Health:  New Roles, New Directions /Invited Speaker St. Thomas, VI

J. Michael Gaziano
11/15/2016

1995        **Design of a Chemoprevention Study** Imperial Cancer Research Fund, Cancer
            Epidemiology Unit, Conference on Chemoprevention /Invited Speaker
            Lyon, France

1995        **An Update of Antioxidant Strategies**   Italian Cardiology Congress / Invited Speaker
            Florence, Italy

1995        **Antioxidant Vitamins and Cancer** / Lilly Conferences on Oxidants and Antioxidants in
            Human Diseases / Invited Speaker
            Paris, France

1997        **Lipids, Aspirin and risk of CHD in the Physicians' Health Study** / Satellite
            Symposium 4th International Conference on Cardiovascular Prevention /Invited Speaker
            Montreal, Canada

1998        **Biochemical & Genetic Determinants of Cardiovascular Disease.  Experience from
            the Physicians' Health Study**  Japanese Society of Hemostasis and Thrombosis / Keynote
            Address
            Toyama, Japan

1999        **Physicians' Health Study:  Prevention of Arterial Thrombosis by Aspirin** The 20th
            Platelet Lake Ashi Conference / Invited Speaker
            Tokyo, Japan

1999        **Should I Take Garlic, Red Wine, High Fiber Diet and Estrogen to Prevent Coronary
            Events?** 51st Annual Conference of Cardiological Society of India / Invited Speaker
            New Delhi, India

1999        **Atherosclerosis:  A continuing problem.** / 51st Annual Conference of Cardiological
            Society of India / Invited Speaker
            New Delhi, India

2001        **Alcohol and Coronary Artery Disease - Results of Epidemiological Studies.**  European
            Society of Cardiology XXIII Congress / Invited Speaker
            Stockholm, Sweden.

2003        **Inhibition of Clinical Benefits of Aspirin on first MI by Nonsteroidal Anti-
            inflammatory Drugs** / Inflammopharmacology Meeting / Invited Speaker
            Edinburg, Scotland

2005        **CVD Prevention: The role of low-dose aspirin**   4th Asian-Pacific Congress of
            Hypertension/ Invited Speaker/
            Seoul, Korea and Gaungzhou University, Gaungzhou Bejing University, Bejing, China

2005        **Women's Health Study.  Randomized Trial of Low-Dose Aspirin in Primary
            Prevention of Cardiovascular Disease.** European Society of Cardiology.  / Invited
            Speaker
            Stockholm, Sweden

2006        **Primary and Secondary Prevention with Aspirin.** / Invited Speaker
            Groote Schuur Hospital, Cape Town, South Africa

2006        **Differences in Risk Factors for Stroke and Heart Disease.** Stroke Workshop.  XIV
            International Symposium on Atherosclerosis / Invited Speaker and Co-Chair  Rome, Italy

2006        **Aspirin in the Secondary Prevention of CVD.** IUPHAR Symposium /Invited Speaker
            Bejing, China

2006        **Aspirin in the Primary Prevention of CVD.** AHA in Focus / Invited Speaker
            ShenYang, Shangaha, Xi'an, China

J. Michael Gaziano
11/15/2016

| | |
|---|---|
| 2006 | **The Benefits of Aspirin in the Primary Prevention of Cardiovascular Events: Expanding the Clinical Spectrum.** World Congress of Internal Medicine / Invited Speaker<br>Taipei and Tainan, Taiwan |
| 2006 | **Primary Prevention of Cardiovascular Complications - The Role of Low Dose Aspirin.** World Congress of Internal Medicine / Invited Speaker<br>Taiwan |
| 2007 | **Risk Assessment and Risk Reduction in the 21st Century.** 2007 Partners International Cardiovascular Conference / Plenary Speaker<br>Argentina. |
| 2007 | **The Global Burden of CVD** / Annual Symposium/ Invited Speaker<br>Landspitali University Hospital, Iceland |
| 2007 | **The benefit of Aspirin in the Primary Prevention of Cardiovascular Disease and The benefit of Aspirin in the Primary Prevention of Cardiovascular Disease.** / Taiwan Society of Lipids & Atherosclerosis / Invited Speaker. Taichung and Kaohsiung,Taiwan. |
| 2007 | **Aspirin in Primary Prevention: Differentiating Gender Based Benefits.** Argentina Cardiology Congress Symposium, Argentine Society of Cardiology / Chair and Invited Speaker<br>Buenos Aires, Argentina |
| 2007 | **Risk Assessment and Risk Reduction in the 21st Century..** 2008: A New Era for Cardiovascular Risk Reduction. Fourth Partners International Cardiovascular Conference / Plenary Speaker<br>Dubai, United Arab Emirates. |
| 2008 | **Results of the VA HOST Trial.** /Invited Speaker<br>Oxford University, Oxford , UK |
| 2011 | **Update on the Role of Aspirin in Primary and Secondary Prevention of CVD Events**/7th Annual Aso International Meeting: Thombosis, Hemostatsis and Vascular Science 2011/Invited Speaker<br>Kumamoto, Japan |
| 2011 | **A Novel Approach to Treating Diabetes: Can We Prevent Vascular Disease?**/Invited Speaker/University of Capetown<br>**Preventive Made Ridiculously**/Invited Speaker/University of Capetown<br>**Million Veteran Program**/Invited Speak/ University of Capetown<br>Capetown, South Africa |
| 2011 | **A Novel Approach to Treating Diabetes: Can We Prevent Vascular Disease events?**/Keynote Speaker/112th National Congress of Society of Internal Medicine International (SIMI)<br>Rome Italy |
| 2013 | **New Drugs: New Concept for Diabetes Management.**/Invited Speaker/20th IAGG World Congress of Gerontology and Geriatrics<br>**Seoul, Korea** |
| 2013 | **Prevention for Older Patients/ Invited Speaker** World Congress of Gerontology and Geriatrics<br>**Seoul, Korea** |
| 2013 | **Challenges in the managment of Older Patients/Invited Speaker** World Congress of Gerontology and Geriatrics<br>**Seoul Korea** |

31

J. Michael Gaziano
11/15/2016

| | | |
|---|---|---|
| 2015 | **Keys to CV Prevention.** Update in Medicine. BWH Internal Medicine and HCor Instituto de Ensino e Pesquisa and Sociedade Brasileira de Clinica Medica Sao Paulo, Brazil | |
| 2015 | **Case Studies in Cardiovascular Medicine.** Update in Medicine. BWH Internal Medicine and HCor Instituto de Ensino e Pesquisa and Sociedade Brasileira de Clinica Medica Sao Paulo, Brazil | |
| 2015 | **The Million Veterans Study: Lessons for the Cardiology Community.** European Biobanks: Large-scale Epidemiological research at Your Doorstep/ European Sociaty of Cardiology 2015 Annual Meeting/London, UK | |
| 2015 | **New Directions for large-scale trials and Observational Studies/Keynote Lecture/** 63rd Annual Scientific Session of the Japanese College of Cardiology/ Yokohama, Kanagawa, Japan | |
| 2015 | **Cardiovascular Prevention Targeting on Lipids/ Invited Special Lecture/**63rd Annual Scientific Session of the Japanese College of Cardiology/ Yokohama, Kanagawa, Japan | |
| 2015 | **Harvard Cohorts/** Invited Participant/ Richard Doll Epidemiological Studies Consortium, Classic Causes – Smoking, Drinking and Adiposity, London, UK | |

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

| | |
|---|---|
| 1987 | Diplomat, National Board of Medical Examiners |
| 1987 | Massachusetts Board of Registration |
| 1993 | Diplomat in Cardiovascular Disease American Board of Internal Medicine (2013) |

### Practice Activities

| | | | |
|---|---|---|---|
| 1993- | Outpatient clinic | VA Boston Healthcare Center | 1-2 sessions per week |

## Report of Education of Patients and Service to the Community

### Activities

| | |
|---|---|
| 1995-1996 | Medical Director, Children's Grove Cooperative School, Brighton, MA |
| 1996-1998 | Supervision/Teaching of High School Students in the Pathway Program, Cambridge Rindge and Latin School |
| 2004, 2007, | VA Boston Healthcare System, MAVERIC Mini Medical School |
| 2008 | Taught employees of VABHS about the causes of coronary artery disease, how to prevent it and risk factor modification during three lunch time seminars |
| 2009 | 2 separate service trips to Niciaugra checking sand filtration systems for the water supply and providing and delivering shoes, clothing and school supplies to orphanages and schools |
| 2007- | Judge at Science Fair, Newton Country Day School of the Sacred Heart, Newton, MA |
| 2009- | Annual lectures to students at Roxbury Latin School on the Evolution of Epidemiology, Boston, MA |

J. Michael Gaziano
11/15/2016

**Report of Scholarship**

**Publications**



**Peer reviewed publications in print or other media**

**Research Investigations**

1. Manson JE, Grobbee DE, Stampfer MJ, Taylor JO, Goldhaber SZ, **Gaziano JM**, Ridker PM, Buring JE, Hennekens CH. Aspirin in the primary prevention of angina pectoris in a randomized trial of United States Physicians. Am J Med 1990;89:772-6.

2. **Gaziano JM**, Gaziano DJ. Simultaneous gastropleural and gastrocolic fistulae in a quadriplegic male. W Va Med J 1990; 86:203-305.

3. Ridker PM, Manson JE, **Gaziano JM**, Buring JE, Hennekens CH. Low dose aspirin for chronic stable angina. Ann Intern Med 1991;114:835-839.

4. Frei B, **Gaziano JM**. Content of antioxidants, preformed lipid hydroperoxides, and cholesterol as predictors of susceptibility of human LDL to ion-dependent and independent oxidation. J Lipid Res, 1993;34:2135-2145.

5. **Gaziano JM**, Buring JE, Breslow JL, Goldhaber SZ, Rosner B, VanDenburgh M, Willett WC, Hennekens CH. Moderate alcohol intake, increased levels of high-density lipoprotein and its subfractions, and decreased risks of myocardial infarction. N Engl J Med 1993;329:1829-1834.

6. Keaney JF, **Gaziano JM**, Xu A, Frei B, Curran-Celentano J, Schwaery GT, Loscalzo J, Vita JA. Dietary antioxidants preserve endothelial-dependent vessel relaxation in cholesterol-fed rabbits. Proc Natl Acad Sci 1993;90:11880-11884.

7. Keaney JF, **Gaziano JM**, Xu A, Frei B, Curran-Celentano J, Shwaery GT, Loscalzo J, Vita JA. Low-dose alpha-tocopherol improves and high-dose alpha-tocopherol worsens endothelial vasodilator function in cholesterol-fed rabbits. J Clin Invest 1994;93:844-851.

8. **Gaziano JM**, Hatta A, Flynn M, Johnson EJ, Krinsky NI, Ridker PM, Hennekens CH, Frei B. Supplementation with B-carotene in vivo and in vitro does not inhibit low-density lipoprotein (LDL) oxidation. Atherosclerosis 1995;112:187-195.

9. **Gaziano JM**, Johnson ET, Frei B, Ridker PM, Russel R, Manson JE, Stampfer MJ, Krinsky NJ, Hennekens CH. Discrimination between all-trans and 9-cis isomers of beta-carotene after chronic supplementation. Am J Clin Nutr 1995;61:1248-1252.

10. Morrow JD, Frei B, Longmire AW, **Gaziano JM**, Lynch SM, Strauss WE, Oates JA, Roberts LJ. Products of lipid peroxiation ($F_2$-isoprostanes) are increased in the circulation of smokers: evidence that smoking causes oxidative damage in vivo. N Engl J Med 1995;332:1198-203.

11. **Gaziano JM**, Manson JE, Branch LG, Colditz GA, Willett WC, Buring JE. A prospective study of Consumption of carotenoids in fruits and vegetables and decreased cardiovascular mortality in the elderly. Ann Epidemiol 1995;5:255-260.

J. Michael Gaziano
11/15/2016

12. Manson JE, **Gaziano JM**, Spelsberg A, Ridker PM, Cook NR, Buring JE, Willett WC Hennekens CH. A secondary prevention trial of antioxidant vitamins and cardiovascular disease in women. Rationale, design, and methods. The WACS Research Group. Ann Epidemiol 1995; 5:261-9.

13. Verhoef P, Stampfer MJ, Buring JE, **Gaziano JM**, Allen RH, Reynolds RD, Kok FJ, Hennekens CH, Willett WC. Homocyst(e)ine metabolism and risk of myocardial infarction: relationship with vitamins $B_6$, $B_{12}$, and folate. Am J Epidemiol 1996;143:845-59.

14. Fotouhi N, Meydani M, Santos M, Nikbin-Meydani S, Hennekens CH, **Gaziano JM**. Carotenoids and tocopherol concentration in plasma, red blood cells and peripheral blood mononuclear cells following long term β-carotene supplementation in men. Am J Clin Nutr 1996;63:553-8.

15. Hennekens CH, Buring JE, Manson JE, Stampfer M, Rosner B, Cook NR, Belanger C, LaMotte F, **Gaziano JM**, Ridker PM, Willett W, Peto R. Lack of effect of long-term supplementation with beta- carotene on the incidence of malignant neoplasms and cardiovascular disease. N Eng J Med 1996;334;1145-49.

16. Burchenal JEB, Keaney JF, Curran-Celentano J, **Gaziano JM**, Vita JA. The lack of effect of β-carotene on restenosis in cholesterol-fed rabbits. Atherosclerosis 1996;123:157-167.

17. Schmitz C, Lindpaintner K, Verhoef P, **Gaziano JM**, Buring J. Genetic polymorphism of methylenetetrahydrofolate reductase and myocardial infarction: A case-control study. Circulation 1996;94:1812-4.

18. Santos MS, Meydani S, Leka L, Wu D, Fotouhi N, Meydani M, Hennekens CH, **Gaziano JM**. Elderly natural killer cell activity is enhanced by beta-carotene supplementation. Am J Clin Nutr 1996, 64:772-777.

19. Camargo CA, Hennekens CH, **Gaziano JM**, Glynn RJ, Manson JE, Stampfer MJ. Prospective study of moderate alcohol consumption and mortality in US male physicians. Arch Intern Med 1997;157:79-85.

20. Camargo CA, Stampfer MJ, Glynn RJ, Grodstein F, **Gaziano JM**, Manson JE, Buring JE, Hennekens CH. Moderate alcohol consumption and risk of angina pectoris or myocardial infarction in US male physicians. Ann Intern Med 1997;126:372-375.

21. Camargo CA, Stampfer MJ, Glynn RJ, Gaziano JM, Manson JE, Goldhaber SZ, Hennekens CH. Prospective study of moderate alcohol consumption and risk of peripheral arterial disease in US male physicians. Circulation 1997; 95:577-580.

22. **Gaziano JM**, Hennekens CH, O'Donnell CJ, Breslow JL, Buring JE. Fasting triglycerides, high-density lipoprotein and risk of myocardial infarction. Circulation 1997;96:2520-2525

23. Santos MS, **Gaziano JM**, Leka LS, Beharka AA, Hennekens CH, Meydani SN. Beta-carotene-induced enhancement of natural killer cell activity in elderly men: an investigation of the role of cytokines. Am J Clin Nutr 1998; 68:164-70.

24. Muntwyler J, Hennekens CH, Buring JE, **Gaziano JM**. Mortality and light to moderate alcohol consumption after myocardial infarction. Lancet 1998; 362:1882-85.

25. Sesso HD, **Gaziano JM**, Buring JE. Hennekens CH. Coffee and tea intake and the risk of myocardial infarction. Am J Epidemiol 1999;149:162-7.

26. **Gaziano JM**, Hennekens CH, Godfried SL, Sesso HD, Glynn RJ, Breslow JL, Buring JE. Type of alcoholic beverage and risk of MI. Am J Cardiol 1999;83:52-7.

27. Field TS, Gurwitz JH, Glynn RJ, Salive ME, **Gaziano JM**, Taylor JO, Hennekens CH. The renal

J. Michael Gaziano
11/15/2016

effects of nonsteroidal anti-inflammatory drugs in the elderly: findings from the Established Populations for Epidemiologic Studies of the Elderly.  J Am Geriatr Soc 1999;47:507-11.

28.   Strauss WE, Lapsely D, **Gaziano JM**. Comparative efficacy and tolerability of low dose pravastatin vs lovastatin patients with hypercholesterolemia. Am Heart J 1999; 137:458-62.

29.   Albert CM, Manson JE, Cook NR, Ajani UA, **Gaziano JM**, Hennekens CH.  Moderate alcohol consumption and the risk of sudden cardiac death among U.S. male physicians.  Circulation 1999; 100:944-50.

30.   Lee M-LT, Rosner BA, Weiss ST, **Gaziano JM**.  Predictors of cardiovascular death.  The Normative Aging Study 1963-1998.  Clin Geriatrics 1999; 7:77-85.

31.   **Gaziano JM**, Sesso HD, Breslow JL, Hennekens CH, Buring JE.  Relation between systemic hypertension and blood lipids on the risk of myocardial infarction.  Am J Cardiol 1999; 84:768-73.

32.   Berger K, Ajani UA, Kase CS, **Gaziano JM**, Buring JE, Glynn RJ, Hennekens CH.  Light to moderate alcohol consumption and the risk of stroke.  N Engl J Med 1999; 34:1557-64

33.   **Gaziano JM**, Hennekens CH, Satterfield S, Roy C, Sesso HD, Breslow JL, Buring JE.  Clinical utility of lipid and lipoprotein levels during hospitalization for acute myocardial infarction.  Vasc Med 1999; 4:227-231.

34.   **Gaziano JM**, Gaziano TA, Glynn RJ, Sesso HD, Ajani UA, Stampfer MJ, Manson JE, Hennekens CH, Buring JE.  Light-to-moderate alcohol consumption and mortality in the Physicians' Health Study enrollment cohort.  J Am Coll Cardiol 2000; 35:96-105.

35.   Christen WG, **Gaziano JM**, Hennekens CH for the Steering Committee of the Physicians' Health Study II.  Design of Physicians' Health Study II - A randomized trial of beta-carotene, vitamins E and C, and multivitamins in prevention of cancer, cardiovascular disease and eye disease - review of results of completed trials.  Ann Epidemiol 2000; 10:125-134.

36.   Ajani UA, **Gaziano JM**, Lotufo PA, Liu S, Hennekens CH, Buring JE, Manson JE.  Alcohol consumption and risk of coronary heart disease by diabetes status.  Circulation 2000; 102:500-505.

37.   Sesso HD, Stampfer MJ, Rosner B, **Gaziano JM**, Hennekens CH.  Two-year changes in blood pressure and subsequent risk of CVD in men. Circulation 2000; 102:307-312.

38.   Sesso HD, Stampfer MJ, Rosner B, Hennekens CH, Manson JE, **Gaziano JM**.  7-year changes in alcohol consumption and subsequent risk of CVD in men. Arch Int Med 2000; 160:2605-12.

39.   Sesso HD, Stampfer MJ, Rosner B, Hennekens CH, **Gaziano JM**, Manson JE, Glynn RJ.  Systolic and diastolic blood pressure, pulse pressure, and mean arterial pressure as predictors of cardiovascular disease risk in men. Hypertension 2000; 36:801-807.

40.   Lotufo PA, **Gaziano JM**, Chae CU Ajani UA, Moreno-John G, Buring JE, Manson JE.  Diabetes and all-cause and coronary heart disease mortality among US physicians.  Arch Intern Med 2001; 16:242-247.

41.   Hines LM, Stampfer MJ, Ma J, **Gaziano JM**, Ridker PM, Hankinson SE, Sacks F, Rimm EB, Hunter DJ.  Genetic variation in alcohol dehyrogenase and the beneficial effect of moderate alcohol consumption on myocardial infarction.  N Eng J Med 2001 344:549-555.

42.   Chan AW, Solankhi N, Webb JG, Dodek A, **Gaziano M**, Carere RG.  Correlation of remote ST segment depression and coronary anatomy during acute coronary occlusion.  Can J Cardiology 2001; 17:282-290.

J. Michael Gaziano
11/15/2016

43. Knapp HH, Schrott H, Ma P, Knopp R, Chin B, **Gaziano JM**, Donovan JM, Burke SK, Davidson MH. Efficacy and safety of combination simvastatin and colesevelam in patients with primary hypercholesterolemia. Am J Med 2001; 110: 352-360.

44. Cole SR, Kawachi I, Liu S, **Gaziano JM**, Manson JE, Buring JE, Hennekens CH. Time urgency and risk of nonfatal myocardial infarction. Int J Epidemiol 2001; 29:363-369.

45. Rexrode KM, Buring JE, Glynn RJ, Stampfer M, Youngman LD, **Gaziano JM**. Analgesic use and renal function in men. JAMA 2001; 286:315-321.

46. Sesso HD, Lee I-M, **Gaziano JM**, Rexrode KM, Glynn RJ, Buring JE. Maternal and paternal history of myocardial infarction and risk of cardiovascular disease in men and women. Circulation 2001; 104:393-398.

47. Ma J, Giovannucci E, Pollak M, Chan JM, **Gaziano M**, Willett W, Stampfer MJ. Milk intake, circulating levels of IGF-I and risk of colorectal cancer in men. JNCI 2001; 93:1330-6.

48. Chan JM, Stampfer MJ, Ma J, Gann PH, **Gaziano JM**, Giovannucci EL. Dairy products, calcium,, and prostate cancer risk in the Physicians' Health Study. Am J Clin Nutr 2001; 74:549-54.

49. Brady CB, Spiro A, McGlinchey-Berroth R, Milberg W, **Gaziano JM**. Stroke risk predicts verbal fluency decline in healthy older men: evidence from the Normative Aging Study. J Gerontol B Psychol Sci Soc Sci. 2001; 56(6):P340-6.

50. Briggs ME, Backer C, Hall R, **Gaziano JM**, Gagnon D, Bzowej N, Wright TL. Prevalence and risk factors for hepatitis C virus infection at an urban Veterans Administration medical Center. Hepatology 2001; 34:1200-5

51. Muntwyler J, Hennekens CH, Manson JE, Buring JE, **Gaziano JM**. Vitamin Supplement Use in a Low Risk Population of U.S. Male Physicians and Subsequent Cardiovascular Mortality. Arch Int Med 2002; 162:1472-1476.

52. Orford JL, Sesso HD, Stedman M, Gagnon D, Vokonas P, **Gaziano JM**. A comparison of the Framingham and European Society of Cardiology Coronary Heart Disease Risk Prediction Models in the Normative Aging Study. Am Heart J 2002; 144:95-100.

53. Klerk M, Verhoef P, Clarke R, Blom HJ, Kok FJ, Schouten EG, and the MTHFR Studies Collaboration Group. MTHFR 677C                                                                  ⌐
    Meta-analysis. JAMA 2002; 288:2023-2031.

54. Albert CM, **Gaziano JM**, Willett WC, Manson JE. Nut consumption and decreased risk of sudden cardiac death in the physician's Health Study. Arch Intern Med 2002; 162:1382-7.

55. Kurth T, **Gaziano JM**, Berger K, Kase CS, Rexrode K, Cook NR, Buring JE, Manson JE. Body mass index and the risk of stroke in men. Arch Int Med 2002;162:2557-2562.

56. Sesso HD, **Gaziano JM**, VanDenburgh M, Hennekens CH, Glynn RJ, Buring JE. Comparison of baseline characteristics and mortality experience of participants and non-participants in a randomized clinical trial: the Physicians' Health Study. CCT 2002; 23:686-702.

57. Christen WG, Manson JE, Glynn RJ, **Gaziano JM**, Sperduto RD, Buring JE, Hennekens CH. A randomized trial of beta carotene and age-related cataract in US physicians. Arch Ophthalmol 2003; 121:372-378.

58. Kurth T, Kase CS, Berger K, Schaeffner ES, Buring JE and **Gaziano JM**. Smoking and the risk

J. Michael Gaziano
11/15/2016

of hemorrhagic stroke in men.  Stroke 2003; 34:1151-1155.

59.    Jackson VA, Sesso HD, Buring JE, **Gaziano JM**.  Alcohol consumption and mortality in men with preexisting cerebrovascular disease.  Arch Int Med 2003;163:1189-93.

60.    Kurth T, Glynn RG, Walker AM, Rexrode KM, Buring JE, Stampfer MJ, Hennekens CH and **Gaziano JM**.  Analgesic use and change in kidney function in apparently healthy men.  Am J Kidney Dis 2003; 42:234-244.

61.    Sesso HD, Liu S, **Gaziano JM**, Buring JE.  Dietary lycopene, tomato-based food products and cardiovascular disease in women.  J Nutr 2003; 133:2336-41.

62.    Sesso HD, **Gaziano JM**, Liu S, Buring JE.  Flavonoid intake and the risk of cardiovascular disease in women.  Am J Clin Nutr 2003; 77:1400-1408.

63.    Schaeffner ES, Kurth T, Curhan GC, Glynn RJ, Rexrode KM, Baigent C, Buring JE, **Gaziano JM**.  Cholesterol and the risk of renal dysfunction in apparently healthy men.  J Am Soc Nephrol 2003; 14:2084-2091.

64.    Hak AE, Stampfer MJ, Campos H, Sesso HD, **Gaziano JM**, Willett W, Ma J.  Plasma carotenoids and tocopherols and risk of myocardial infarction in a low-risk population of US male physicians.  Circulation 2003; 108:802-807.

65.    Kurth T, Glynn RJ, Walker AM, Chan KA, Buring JE, Hennekens CH, **Gaziano JM**.  Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal anti-inflammatory drugs.  Circulation 2003; 108:1191-1195.

66.    Bowman TS, Sesso HD, Ma J, Kurth T, Kase CS, Stampfer MJ, **Gaziano JM**.  Cholesterol and the risk of ischemic stroke.  Stroke 2003; 34:2930-2934.

67.    Kurth T, Kase CS, Berger K, **Gaziano JM**, Cook NR, Buring JE.  Smoking and the risk of hemorrhagic stroke in women.  Stroke 2003;34:2792-2795.

68.    Sesso HD, Buring JE, Rifai N, Blake GJ, **Gaziano JM**, Ridker PM.  C-Reactive protein and the risk of developing hypertension. JAMA 2003; 290:2945-51.

69.    Sesso HD, Buring JE, Norkus EP, **Gaziano JM**.  Plasma lycopene, other carotenoids and retinol and the risk of cardiovascular disease in women.  Am J Clin Nutr 2004; 79:47-53.

70.    Ma Jing, Giovannucci E, Pollak M, Leavitt A, **Gaziano JM**, Stampfer M.  A prospective study of plasma C-peptide and colorectal cancer risk in men.  JNCI 2004; 96:546-53

71.    Malinski MK, Sesso HD, Lopez-Jimenez F, Buring JE, **Gaziano JM**. Alcohol consumption and cardiovascular disease mortality in hypertensive men.  Arch Int Med 2004; 164:623-8.

72.    Zhu K, Lee, IM, Sesso HD, Buring JE, Levine RS, **Gaziano JM**.  History of diabetes Mellitus and risk of prostate cancer in male physicians.  Am J Epidemiol 2004; 159:978-82.

73.    Li H, Stampfer MJ, Giovannucci EL, Morris JS, Willett WC, **Gaziano JM**, Ma J.  A prospective study of plasma selenium levels and prostate cancer risk.  JNCI 2004; 96-696-703.

74.    Coffey CS, Hebert PR, Ritchie MD, Krumholz HM, **Gaziano JM**, Ridker PM, Bown NJ, Vaughan DE, Moore JH.  An application of conditional logistic regression and multifactor dimensionality reduction for detecting gene-gene-interactions on risk of myocardial infarction: the importance of model validation.  BMC Bioinformatics 2004; 5:49.

75.    Arguilar D, Skali H, Moye LA, Lewis EF, **Gaziano JM**, Rutherford JD, Hartley LH, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD.  Alcohol consumption and

J. Michael Gaziano
11/15/2016

prognosis in patients with left ventricular systolic dysfunction after a myocardial infarction.  J Am Coll Cardiol 2004 43:2015-21.

76.  Scranton R, Sesso HD, Stampfer MJ, Levenson JW, Buring JE, **Gaziano JM**.  Predictors of 14-year changes in the total cholesterol to high-density lipoprotein cholesterol ratio in men.  Am Heart J 2004 147:1033-8.

77.  Hak AE, Ma J, Powell CB, Campos H, **Gaziano JM**, Willett WC, Stampfer MJ.  Prospective study of plasma carotenoids and tocopherols in relation to risk of ischemic stroke.  Stroke 2004; 35:1584-8.

78.  Weinstein AR, Sesso HD, Lee I-M, Cook NR, Manson JE, Buring JE, **Gaziano JM**. Relationship of physical activity vs body mass index with type 2 diabetes in women.  JAMA 2004; 292:1188-1194.

79.  Liu S, Song Y, Hu FB, Niu T, Ma J, **Gaziano M**, Stampfer MJ. A prospective study of the APOA1 XmnI and APOC3 SstI polymorphisms in the APOA1/C3/C4 gene cluster and risk of incident myocardial infarction in men.. Atherosclerosis 2004; 177:  199-126..

80.  Ajani UA, Lotufo PA, **Gaziano JM**, Lee IM, Spelsberg A, Buring JE, Willett WC, Manson JE. Body mass index and mortality among US male physicians. Ann Epidemiol 2004; 14:731-739.

81.  Widlansky M, Sesso HD, Rexrode KM, Manson JE, **Gaziano JM**.  Body mass index and total and cardiovascular mortality in men with a history of cardiovascular disease.  Arch Int Med 2004; 2326-2332.

82.  Heckbert SR, Kooperberg C, Safford MM, Psaty BM, Hsia J, McTiernan A, **Gaziano JM**, Frishman WH, Curb JD.  Comparison of Self-report, hospital discharge codes, and adjudication of cardiovascular events in Women's Health Initiative.  Am J Epidemiol 2004;1152-1158.

83.  Lippman SM, Goodman PJ, Klein EA, Parns HL, Thompson IM, Kristal AR, Santella RM, Probstfield JL, Moinpour CM, Albanes D, Taylor PR, Minasian LM, Hoque A, Thomas SM, Crowley JJ, **Gaziano JM**, Stanford JL, Cood ED, Fleshner NE, Lieber MM, Walther PJ, Khuri FR, Karp DD, Schwartz, Ford LG, Coltman CA.  Designing the selenium and vitamin E cancer prevention trial (SELECT).  JNCI 2005; 97:94-102.

84.  Scranton RE, Sesso HD, Glynn RJ, Levenson JW, Stedman M, Gagnon D, **Gaziano JM**.  Characteristics associated with differences in reported versus measured total cholesterol among male physicians.  J Prim Prev 2005; 26:51-61.

85.  Kurth T, Slomke MA, Kase CS, Cook NR, Lee I, **Gaziano JM**, Diener HC, Buring JE.  Migraine, headache and the risk of stroke in women: a prospective study.  Neurology 2005; 64:1020-6.

86.  Li H , Kantoff PW, Giovannucci E, Leitzmann MF, **Gaziano JM**, Stampfer MJ, Ma J.  Maganese superoxide dismutase polymorphism, prediagnostic antioxidant status, and risk of clinical significant prostate cancer.  Cancer Res 2005; 65:2498.

87.  Ridker PM, Cook NR, Lee IM, Gordon D, **Gaziano JM**, Manson JE, Hennekens CH, Buring JE.  A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med 2005; 352:1293-304.

88.  Schaefner ES, Kurth T, deJong PE, Glynn RJ, Buring JE, **Gaziano JM**. Alcohol consumption and risk of renal dysfunction apparently healthy men.  Arch Intern Med.  2005; 165(9): 1048-1053.

89.  Sesso H. Buring JE, Norkus E, **Gaziano JM**.  Plasma lycopene, other carotenoids, and retinol and the risk of cardiovascular disease in men.  Am J Clin Nutr 2005; 81:990-7.

J. Michael Gaziano
11/15/2016

90.    Sesso HD, Buring JE, Zhang SM, Norkus EP, **Gaziano JM**. Dietary and plasma lycopene and the risk of breast cancer. Cancer Epidemiol Biomarkers Prev 2005; 15:1074-1081

91.    Kurth T, Buring JE, Rexrode K, Kase C, Cook N, Manson JE, **Gaziano JM**. Prospective study of body mass index and stroke in apparently healthy women. Circulation 2005; 111:1992-8.

92.    Lee I-M, Cook NR, **Gaziano JM**, Gordon D, Ridker PM, Manson JE, Hennekens CH, Buring JE. A randomized trial of vitamin E in the primary prevention of cardiovascular disease and cancer: The Women's Health Study. JAMA 2005; 294:56-65.

93.    Cook NR, Lee I-M, **Gaziano JM**, Gordon D, Ridker PM, Manson JE, Hennekens CH, Buring JE. A randomized trial of low-dose aspirin in the primary prevention of cancer: The Women's Health Study. JAMA 2005; 294:47-55.

94.    Lim U, Peng K, Shane B, Stover PJ, Litonjua AA, Weiss ST, **Gaziano JM**, Strawderman RL, Raiszadeh F, Selum J, Tucker KL, Cassano PA. Polymorphisms in cytoplasmic serine hydroxmethyltransferase and methylenetrahydrofolate reductase affect the risk of cardiovascular disease in men. J Nutr 2005; 135:1989-94.

95.    Kurth T, Hennekens CH, Stuermer T, Sesso HD, Glynn RJ, Buring JE,  **Gaziano JM**. Analgesic use and risk of subsequent hypertension in apparently healthy men. Arch Intern Med 2005; 165:1903-9.

96.    Scranton RE, Young M, Lawler E, Solomon D, Gagnon D, **Gaziano JM**. Statin use and Fracture Risk. Study of US Veterans Population. Arch Intern Med 2005; 165:2007-2012.

97.    Farwell WR, Sesso HD, Buring JE, **Gaziano JM**. Non-high density lipoprotein cholesterol versus low-density lipoprotein, cholesterol as a risk factor for first nonfatal myocardial infarction. Am J Cardiol 2005;96:1129-1134.

98.    Gelber RP, Kurth T, Kausz AT, Manson JE, Buring JE, Levey AS, and **Gaziano JM**. Association between body mass index and chronic kidney disease in apparently healthy men. *Am J Kidney Dis* 2005;46:871-880.

99.    Kraft P, Pharoah P, Chanock SJ, Albanes D, Kolonel LN,  et al. Genetic variation in the HS17B1 gene and risk of prostate cancer. PLoS Genetics 2005; 603-613.

100.   Jamison RL, Hartigan P **Gaziano JM**, Formann SP, Goldfarb DS, Haroldson JA, Kaufman J, Lavori P, McCully KS, Robinson K. Design and Statistical Issues in the Homocysteinemia in Kidney and end Stage Renal Disease (HOST) Study. Clin Trials 2005; 1:451-60.

101.   Sesso HD, Buring JE, Chown MJ, Ridker PM, **Gaziano JM**. A prospective study of plasma lipids and hypertension in women. Arch Intern Med 2005; 165:2420-7.

102.   Brady CB, Spiro A, **Gaziano JM**. Effects of Age and hypertension status on cognition: The VA Normative Aging Study. Neuropsychology 2005; 19:770-7.

103.   Hunter DJ, Riboli E, Haiman CA, Albanes D, Altshuler D, Chanock SJ, Haynes RB, et al. A candidate gene approach to searching for low-penetrance breast and prostate cancer genes. Nat Rev Cancer 2005; 12:977-85.

104.   Kurth T, Walker AM, Glynn RJ, Chan KA, **Gaziano JM**, Berger K, and Robins JM. Results of multivariable logistic regression, propensity matching, propensity adjustment, and propensity-based weighting under condition on non-uniform effect. Am J Epidemiol 2006;163:262-70.

105.   Wang L, Manson JE, **Gaziano JM**, Buring JE, Sesso HD, Liu S. The consumption of lycopene,

tomato-based food products and risk of type 2 diabetes in women.  J Nutr 2006; 136:620-5.

106.    Kaplowitz RA, Scranton RE, Gagnon DR, Cantillon C, Levenson JW, Sesso HD, Fiore LD, **Gaziano JM**.  Health care utilization and receipt of cholesterol testing by veterans with and those without mental illness.  Gen Hosp Psychiatry 2006; 28:137-44.

107.    Bowman TS, Sesso HD, **Gaziano JM**.  The effect of age on blood pressure parameters and risk of cardiovascular death in men.  Am J Hypertens 2006; 19:47-52.

108.    Kaplowtiz RA, Fagan MJ, Sesso HD, **Gaziano JM**.  Psychiatric disease and hypercholesterolemia in an urban academic primary care clinic.  Primary Care Companion J Clin Psychiatry 2006; 2:77-81.

109.    Halperin RO, Sesso HD, Ma J, Buring JE, Stampfer MJ, **Gaziano JM**. Dyslipidemia and the risk of incident hypertension in men.  Hypertension 2006; 47:45-50.

110.    Sturmer T, Buring JE, Lee I-M, Kurth T, **Gaziano JM**, Glynn RJ.  Colorectal Cancer after Start of Nonsteroidal Anti-Inflammatory Drug Use.  Am J Med 2006; 119:494-502.

111.    Kurth T, Moore SC, **Gaziano JM**, Kase CS, Stampfer MJ, Berger K, Buring JE.  Healthy lifestyle and the risk of stroke in women.  Arch Intern Med 2006 166:1403-1409.

112.    Kurth T, **Gaziano JM**, Cook NC, Logroscino G, Diener HC, Buring JE.  Migraine and the risk of cardiovascular disease in women.  JAMA 2006; 296:283-91.

113.    Bowman TS, **Gaziano JM**, Stampfer MJ, Sesso HD.  Homocysteine and risk of developing hypertension in men.  J Hum Hypertens 2006; 20:631-4.

114.    Wang L, Liu S, Pradhan AD, Manson JE, Buring JE, **Gaziano JM**, Sesso HD.  Plasma lycopene, other cartenoids, and the risk of type 2 diabetes in women.  Am J Epidemiol 2006; 164:576-85.

115.    Sesso HD, Glynn RJ, Buring JE, **Gaziano JM**.  Value of an endpoints committee versus the use of nosologists for validating cause of death.  Contemp Clin Trials 2006; 27:333-9.

116.    Bowman TS, **Gaziano JM**, Kase CS, Sesso HD, Kurth T.  Blood pressure measures and risk of total ischemic and hemorrhagic stroke in men.  Neurology 2006; 67:820-3.

117.    Okereke OI, Kang JH, Ma J, **Gaziano JM**, Grodstein F.  Mid-life plasma insulin-like growth factor I and cognitive function in older men.  J Clin Endocrinol Metab 2006; 91:4306-12.

118.    Hegener HH, Diehl KA, Kurth T, **Gaziano JM**, Ridker PM, Zee RY.  Polymorphisms of prostaglandin-endoperoxide synthase 2 gene, and prostaglandin-E receptor 2 gene, C-reactive protein concentrations and risk of atherothrombosis: a nested case-control approach. J Thromb Haemost 2006; 4:1718-22.

119.    Okereke O, Kang JH, **Gaziano JM**, Ma J, Stampfer MJ, Grodstein F.  Plasma C-peptide and cognitive performance in older men without diabetes.  Am J Geriatr Psychiatry 2006; 1041-1050.

120.    Sturmer T, Buring JE,  Lee IM, **Gaziano JM**, Glynn RJ.  Metabolic abnormalities and risk for colorectal cancer in the Physicians' Health Study.  Cancer Epidemiol Biomarkers Prev 2006; 15:2391-7.

121.    Perlstein TS, Gumieniak O, Williams GH, Sparrow D, Vokonas PS, **Gaziano M**, Weiss, Litonjua AA. Uric Acid and the Development of Hypertension. The Normative Aging Study. Hyperten 2006; 48:1031-6.

122.    Sesso HD, Wang L, Buring JE, Ridker PM, **Gaziano JM**.  Comparison of interleukin-6 and C-reactive protein for the risk of developing hypertension in women.  Hypertension 2007; 49:304-

J. Michael Gaziano
11/15/2016

310.

123. Barr GB, Kurth T, Stampfer MJ, Buring JE, Hennekens CH, and **Gaziano JM**. Aspirin and decreased risk of adult-onset asthma: randomized comparisons from the Physicians' Health Study. Am J Resp Crit Car*e* 2007; 175:120-5.

124. Djousse L, **Gaziano JM**. Alcohol consumption and risk of heart failure in the PHS I. Circulation 2007; 115:34-9.

125. Driver JA, **Gaziano JM**, Gelber RP, Lee IM, Buring JE, Kurth TK. Development of a Risk Score for colorectal Cancer in Men. Am J Med 2007; 120:257-63.

126. Kurth T, Everett BM, Buring JE, Kase CS, Ridker PM, and **Gaziano JM**. Lipid levels and risk of ischemic stroke in women. Neurology 2007;68:556-62.

127. Christen WG, Manson JE, Glynn RJ, **Gaziano JM**, Chew EY, Buring JE, Hennekens CH. Beta carotene supplementation and age-related maculopathy in a randomized trial of US physicians. Arch Opthalmol 2007; 125:333-9.

128. Gelber RP, **Gaziano JM**, Manson JE, Buring JE, Sesso HD. A prospective study of body mass index and the risk of developing hypertension in men. Am J Hyperten 2007;20:370-377.

129. Schumacher FR, Feigelson HS, Cox DG, Haiman CA, Albanes D, Buring J, Calle EE, Chanock SJ, Colditz GA, Diver WR, Dunning AM, reedman ML, **Gaziano JM**, Giovannucci E, Hankinson SE, Hayes RB, Henderson BE, Hoover RN, Kaaks R, Key T, Kolonel LN, Kraft P, Le Marchand L, Ma J, Pike MC, Riboli E, Stampfer MJ, Stram DO, Thomas G, Thun MJ, Travis R, Virtamo J, Andriole G, Gelmann E, Willett WC, Hunter DJ. A common 8q24 variant in prostate and breast cancer from a large nested case-control study. Cancer Res 2007; 67:2951-2956.

130. Dhingra R, Sullivan LM, Fox CS, Wang TJ, D'Agostino RB, **Gaziano JM**, Vasan RS. Relations of serum phosphorus and calcium levels to the incidence of cardiovascular disease in the community. Arch Intern Med 2007; 167:879-885.

131. Gelber RP, Kurth T, Manson JE, Buring JE, **Gaziano JM**. Body mass index and mortality in men: evaluating the shape of the association. Int J Obes 2007;120:257-63.

132. Driver JA, Longroscino G, Buring JE, **Gaziano JM**, Kurth T. A prospective cohort study of cancer incidence following the diagnosis of Parkison's Disease. Cancer Epidemiol Biomarkers Prev 2007; 16:1260-5.

133. Li H, Bubley GJ, Balk SP, **Gaziano JM**, Pollak M, Stampfer MJ, Ma J. Hypoxia-inducible factor-1 alpha (HIF-1 alpha) gene polymorphisms circulating insulin-like growth factor binding protein (IGFBP)-3 levels and prostate cancer. Prostate 2007; 67:1354-1361.

134. Driver JA, Kurth T, Buring JE, **Gaziano JM**, Logroscino G. Prospective case-control study of nonfatal cancer preceding the diagnosis of Parkinson's disease. Cancer Causes Control 2007; 18:705-711.

135. Kurth T, **Gaziano JM**, Cook NR, Bubes V, Logroscino G, Diener HC, Buring JE. Migraine and the risk of cardiovascular disease in men. Arch Intern Med 2007;167:795-801.

136. Dhingra R, Sullivan L, Jacques PF, Wang TJ, fox CS, Meigs JB, D'Agostino RB, **Gaziano JM**, Vasan RS. Soft drink consumption and risk of developing cardiometabolic risk factors and the metabolic syndrome in middle-aged adults in the community. Circulation 2007; 116:480-8.

137. Scranton R, Lawler E, Botterman M, Chittamooru S, Gagnon D, Lew R, Harnett J, **Gaziano JM**. Effect of treating erectile dysfunction on management of systolic hypertension. Am J Cardiol

J. Michael Gaziano
11/15/2016

100:459-63.

138.   Djousse L, **Gaziano JM**.  Breakfast cereals and risk of heart failure in the Physicians' Health Study I.  Arch Intern Med  2007; 167:2080-5.

139.   Djousse L, Kochar J, **Gaziano JM**.  Secular trends of heart failure among US male physicians.  Am Heart  2007; 154:855-60.

140.   Jamison RL, Hartigan P, Kaufman J, Goldfarb DS, Warren SR, Guarino PD, **Gaziano JM**.  Effect of homocysteine lowering on mortality and vascular disease in advanced chronic kidney disease and end stage renal disease.  JAMA 2007; 298:1163-70.

141.   Cook NR, Albert CM, **Gaziano JM**, Zaharris E, MacFadyen J, Danielson E, Buring JE, Manson JE.  A randomized factorial trial of vitamins C and E and beta carotene in the secondary prevention of cardiovascular events in women.  Arch Intern Med 2007; 167:1610-1620.

142.   Wang L, **Gaziano JM**, Liu S, Manson JE, Buring JE, Sesso HD.  Whole-and refined-grain intakes and the risk of hypertension in women.  Am J Clin Nutr 2007; 86:472-9.

143.   Sesso HD, **Gaziano JM**, Jenkins DJ, Buring JE.  Strawberry intake, lipids, c-reactive protein and the risk of cardiovascular disease in women.  J Am Coll Nutr 2007; 26:303-10.

144.   Chen YC, Kraft P, Bretsky P, Ketkar S, Hunter DJ, Albanes D, Altshuler D, Andriole G, Berg CD, Boeing H, Burtt N, Bueno-de-Mesquita B, Cann H, Canzian F, Chanock S, Dunning A, Feigelson HS, Freedman M, **Gaziano JM**, Gioannuccii E, Sanchez MJ, Haiman CA, Hallmans G, Hayes RB, Henderson BE, Hirschhorn J, Kaaks R, Key TJ, Kolonel LN, Lemarchand L, Ma J, Overvad K, Palli D, Pharaoh P, Pike M, Riboli E, Rodriguez C, Setiawan VW, Stampfer M, Stram DO, Thomas G, Thun MJ, Travis RC, Virtamo J, Trichopoulou A, Wacholder S, Weinstein SJ.  Sequence variants of estrogen receptor (beta) and risk of prostate cancer in the national cancer institute breast and prostate cancer cohort consortium.  Cancer Epidemiol Biomarkers Prev 2007; 16: 1973-81.

145.   Bowman TS, **Gaziano JM**, Buring JE, Sesso HD.  A prospective study of cigarette smoking and risk of incident hypertension in women.  J Am Coll Cardiol.  2007; 50:2085-92.

146.   McIntyre MH, Kantoff PW, Stampfer MJ, Mucci LA, Parslow D, Li H, **Gaziano JM**, Abe M, Ma J.  Prostate cancer risk and ESR1 TA, ESR2 CA repeat polymorphisms.  Cancer Epidemiol Biomarkers Prev 2007; 16:2233-6.

147.   Dhingra R, Sullivan L, Jacques PF, Wang TJ, Fox CS, Meigs JB, D'Agostino RB, **Gaziano JM**, Vasan RS.  Soft drink consumption and risk of developing cardio-metabolic risk factors and the metabolic syndrome in middle-aged adults in the community.  Circulation 2007; 116:480-8.

148.   Setiawan VW, Schumacher FR, Haiman CA, Stram DO, Albanes D, Alshuler D, Berglund G, Buring JE, Calle EE, Clavel F, Cox DG, **Gaziano JM**, Hankinson SE, Hayes RB, Henderson BE, Hirschhorn J, Hoover R, Hunter DJ, Kaaks R, Kolonel LN, Kraft P, Ma J, LeMarchand L, Linseisen J, Lund E, Navarro C, Overvad K, Palli D, Peters PHM, Pike MC, Riboli E, Stampfer MJ, Thun MJ, Travis R, Trichopoulos D, Yeager M, Ziegler RG, Feigelson HS, Chanock S.  CYP17 Genetic variation and risk of breast and prostate cancer from the National Cancer Institute Breast and Prostate Cancer Cohort Consortium (BPC).  Cancer Epidemiol Bio Prev. 2007; 16:2237-46.

149.   Grodstein F, Kang JH, Glynn RJ, Cook NR, **Gaziano JM**.  A randomized trial of beta carotene supplementation and cognitive function in men in the Physicians' Health Study II.  Arch Intern

Med.2007; 167:2184-90.

150.    Kochar J, Djousse L, **Gaziano JM**. Breakfast Cereals and Risk of Type-2 Diabetes in the Physicians' Health Study I. Obesity 2007; 15:3039-44.

151.    Rich DQ, **Gaziano JM**, Kurth T. Geographic patterns in overall and specific cardiovascular disease incidence in apparently healthy US men. Stroke 2007; 38:2221-7.

152.    Bowman TS, Kurth T, Sesso HD, Manson JE, **Gaziano JM**. Eight-year change in body mass index and subsequent risk of cardiovascular disease among healthy non-smoking men. Prev Med 2007 45:436-41.

153.    Li H, Stampfer MJ, Hollis JB, Mucci LA, **Gaziano JM**. A prospective study of plasma vitamin D metabolites, vitamin D receptor polymorphisms, and prostate cancer. PLoS Med 2007; 4:e103.

154.    Scranton RE, **Gaziano JM**, Rutty D, Ezrokhi M, Cincotta AH. A randomized, double-blind, placebo-controlled trial to assess safety and tolerability during treatment of type 2 diabetes with usual diabetes therapy and either Cycloset or placebo. BMC Endocr Disord 2007; 7 (I):3 [Epub ahead of print].

155.    Djousse L, Kurth T, **Gaziano JM**. Cystatin C and risk of heart failure in the Physicians' Health Study (PHS). Am Heart J 2008; 155:8206. [PMCID: PMC2179893]

156.    Farwell WR, Scranton RE, Lawler EV, Lew RA, Brophy MT, Fiore LD, **Gaziano JM**. The association between statins and cancer incidence in a veteran's population. J Natl Cancer Inst 2008; 100: 134-39.

157.    Djoussé L, **Gaziano JM**. Egg consumption and risk of heart failure in the Physicians' Health Study. Circulation 2008; 117:512-6. [PMCID: none required, accepted before April 7, 2008]

158.    Gaziano TA, Young C, Fitzmaurice G, Atwood S, **Gaziano JM**. A simplified method for assessing cardiovascular disease risk: validation in the NHANES I follow-up Study cohort. Lancet 2008; 371:923-31. [PMCID: none required, accepted before April 7, 2008]

159.    Schaeffner ES, Kurth T, Bowman TS, Gelber RP, **Gaziano JM**. Blood pressure measures and risk of chronic kidney disease in men. Nephrol Dial Transplant 2008; 23:1246-51. [PMCID: none required, accepted before April 7, 2008]

160.    Yates LB, Djousse L, Kurth T, Buring JE, **Gaziano JM**. Exceptional longevity in men: modifiable factors associated with survival and function to age 90 years. Arch Intern Med 2008; 168:284-90. [PMCID: none required, accepted before April 7, 2008]

161.    Christen WG, Liu S, Glynn RJ, **Gaziano JM**, Buring JE. Dietary carotenoids, vitamins C and E, and risk of cataract in women: a prospective study. Arch Ophthalmol 2008; 126:102-9. [PMCID: none required, accepted before April 7, 2008]

162.    Halperin RO, **Gaziano JM**, Sesso HD. Smoking and the risk of incident hypertension in middle-aged and older men. Am J Hypertens 2008; 21:148-52. [PMCID: none required, accepted before April 7, 2008]

163.    Sesso HD, Cook NR, Buring JE, Manson JE, **Gaziano JM**. Alcohol consumption and the risk of hypertension in women and men. Hypertension 2008; 51:1080-7. [PMCID: none required, accepted before April 7, 2008]

164.    Freedberg DE, Dave J Kurth T, **Gaziano JM**, Bludau JH. Cognitive impairment over the age of 85: Hospitalization and mortality. Arch Gerontol Geriatr 2008; 46:137-45. [PMCID: none

J. Michael Gaziano
11/15/2016

required, accepted before April 7, 2008]

165.  Driver JA, Kurth T, Buring JE, **Gaziano JM**, Logroscino G. Parkinson's disease and risk of mortality: a prospective comorbidity-matched cohort study. Neurology 2008; 70:1423-30. [PMCID: none required, accepted before April 7, 2008]

166.  Djousse L, **Gaziano JM**. Egg consumption in relation to cardiovascular disease and mortality: the Physicians' Health Study. Am J Clin Nutr 2008; 87:964-9. [PMCID: PMC2386667]

167.  Albert CM, Cook NR, **Gaziano JM**, Zaharris E, MacFadyen J, Danielson E, Buring JE, Manson JE. Effect of Folic Acid and B-vitamins on risk of cardiovascular events and total mortality among women at high risk for cardiovascular disease: A randomized trial. JAMA 2008; 299:2027-36. [PMCID: PMC2684623]

168.  Weinstein AR, Sesso HD, Lee IM, Rexrode KM, Cook NR, Manson JE, Buring JE, **Gaziano JM**. The joint effects of physical activity and body mass index on coronary heart disease risk in women. Arch Intern Med 2008; 168:884-90. [PMCID: none required, accepted before April 7, 2008]

169.  Dhingra R, Sesso HD, Kenchaiah S, **Gaziano JM**. Differential effects of lipids on the risk of heart failure and coronary heart disease: the Physicians' Health Study. Am Heart J 2008; 155:869-75. [PMCID: none required, accepted before April 7, 2008]

170.  Okereke O, Kang JH, Cook NR, **Gaziano JM**, Manson JE, Buring JE, Grodstein F. Type 2 diabetes mellitus and cognitive decline in two large cohorts of community-dwelling older adults. J Am Geriatr Soc 2008; 56:1028-36. [PMCID: none required, accepted before April 7, 2008]

171.  Kurth T, Barr RG, **Gaziano JM**, Buring J. Randomised aspirin assignment and risk of adult-onset asthma in the Women's Health Study. Thorax 2008; 63:514-8. [PMCID: PMC2631398]

172.  Gelber RP, **Gaziano JM**, Orav EJ, Manson JE, Buring JE, Kurth T. Measures of obesity and cardiovascular risk among men and women. J Am Coll Cardiol 2008; 52:605-15. [PMCID: PMC2671389}

173.  Djousse L, **Gaziano JM**. Alcohol consumption and heart failure in hypertensive US male physicians. Am J Cardiol 2008; 102:593-7. [PMCID: PMC2535845]

174.  Wang L, **Gaziano JM**, Norkus EP, Buring JE, Sesso HD. Association of plasma carotenoids with risk factors and biomarkers related to cardiovascular disease in middle-aged and older women. Am J Clin Nutr 2008; 88:747-54. [PMCID: PMC2559966]

175.  Zhang SM, Cook NR, Albert CM, **Gaziano JM**, Buring JE, Manson JE. Effect of combined folic acid, vitamin $B_6$, and vitamin $b_{12}$ on cancer risk in women. JAMA 2008; 300:2012-2021. [PMCID: PMC2593624]

176.  Driver JA, Djousse L, Logroscino G, **Gaziano JM**, Kurth T. Incidence of cardiovascular disease and cancer in advanced age: prospective cohort study. BMJ 2008 337: a2467. [PMCID: PMC2600919]

177.  Sesso HD, Buring JE, Christen WG, Kurth T, Belanger C, MacFadyen J, Bubes V, Manson JE, Glynn RJ, **Gaziano JM**. Vitamins E and C in the prevention of cardiovascular disease in men: the Physicians' Health Study II randomized controlled trial. JAMA 2008: 300:2123-33. [PMCID: PMC2586922]

178.  Rahilly-Tierney C, Bowman TS, Djousse L, Sesso HD, **Gaziano JM**. Change in high-density lipoprotein cholesterol and incident coronary heart disease in apparently healthy male physicians.

J. Michael Gaziano
11/15/2016

Am J Cardiol 2008; 102: 1663-7. [PMCID: PMC2670559]

179.   Djousse L, **Gaziano JM**.  Parental history of myocardial infarction and risk of heart failure in male physicians.  Eur J. Clin Invest 2008; 38:896-901. [PMCID: PMC2597075]

180.   Ridker PM, Paynter NP, Rifai N, **Gaziano JM**, Cook NR.  C-reactive protein and parental history improve global cardiovascular risk prediction: the Reynolds risk score for men. Circ 2008 118:2243-51. [PMCID: PMC2752381]

181.   Djousse L, Rudich T, **Gaziano JM**.  Nut consumption and risk of heart failure in the Physicians' Health Study I.  Am J Clin Nutr. 2008; 88:930-933. [ PMCID: PMC2574424]

182.   Jesser C, Mucci L, Farmer D, Moon C, Li H, **Gaziano JM**, Stampfer M, Ma J, Kantoff P.  Effects of G/A polymorphism, rs266882, in the androgen response element 1 of the PSA gene on prostate cancer risk, survival and circulating PSA levels.  Br J Cancer 2008 99:1743-7. [PMCID: PMC2584945]

183.   Ma J, Li H, Giovannucci E, Mucci L, Qiu W, Nguyen PL, **Gaziano JM**, Pollak M, Stampfer MJ.  Prediagnostic body-mass index, plasma C-peptide concentration, and prostate-cancer-specific mortality in men with prostate cancer: a long-term survival analysis. Lancet Oncol 2008; 9:1039-47. PMCID: PMC2651222]

184.   Farwell WR, **Michael Gaziano J**, Norkus EP, Sesso HD.  The relationship between total plasma carotenoids and risk factors for chronic disease among middle-aged and older men.  Br J Nutr 2008 100(4):883-9. [PMCID: none required, accepted before April 7, 2008]

185.   Driver JA, Smith A, Buring JE, **Gaziano M**, Kurth T, Logroscino G. Prospective cohort study of type 2 diabetes and the risk of Parkinson's disease. Diabetes Care  2008; 31:2003-2005. [PMCID: PMC2551644]

186.   Hay JW, Lawler E, Vucel K, Guo A, Balzer T, **Gaziano JM**, Scranton RE.  Cost impact of diagnostic imaging for lower extremity peripheral vascular occlusive disease.  Value Health 2009; 12:262-266. [PMCID: NA]

187.   Djousse L, Rudich T, **Gaziano JM**.  Nut consumption and risk of hypertension in US male physicians.  Clin Nutr 2009 28:10-14. [PMCID: PMC2640451]

188.   Scranton RE, Farwell WR, Gaziano JM.  Lack of cholesterol awareness among physicians who smoke.  Int J Enviorn Res Public Health 2009; 6:635-642. [PMCID: PMC2672367]

189.   Djousse L, **Gaziano JM**, Buring JE, Lee IM.  Egg consumption and risk of type 2 diabetes in Men and women.  Diabetes Care 2009; 32:295-300. [ PMCID: PMC2628696]

190.   Chen B, Song Y, Ding E, Robert C, Manson J, Rifai N, Buring J, **Gaziano JM,** Liu S.  Circulating levels of resistin and risk of type 2 diabetes in men and women: results from two prospective cohorts.  Diabetes Care 2009; 32:329-334. [PMCID: PMC2628703]

191.   **Gaziano JM**, Glynn RJ, Christen WG, Kurth T, Belanger C, MacFadyen J, Bubes V, Manson JE, Sesso HD, Buring JE.  Vitamins E and C in the prevention of prostate and total cancer in men: The Physicians' Health Study II randomized controlled trial.  JAMA 2009; 301:52-62. [PMCID: PMC2774210]

192.   Lippman SM, Klein EA, Goodman PJ, Lucia MS, Thompson IM, Form LG, Parnes HL, Minasian LM, **Gaziano JM**, Hartline JA, et al.  Effect of Selenium and vitamin E on risk of prostate cancer and other cancers:  The selenium and vitamin E cancer prevention trial (SELECT).  JAMA 2009; 301:39-51.

J. Michael Gaziano
11/15/2016

193.    Kenchaiah S, Sesso HD, **Gaziano JM**. Body mass index and vigorous physical activity and the risk of heart failure among men. Circulation 2009; 119:44-52. [PMCID: PMC2727738]

194.    Lin J, Cook NR, Albert C, Zaharris E, **Gaziano JM,** Van Denburgh M, Buring JE, Manson JE. Vitamins C and E and beta carotene supplementation and cancer risk: a randomized controlled trial. J Natl Cancer Inst 2009; 101:14-23. [PMCID: PMC2615459]

195.    Driver JA, Logroscino G, **Gaziano JM**, Kurth T. The Incidence and remaining lifetime risk of Parkinson's disease in advanced age. Neurology 2009; 72:432-8.[PMCID: PMC267626]

196.    Liu C, Wang XD, Mucci L, **Gaziano JM**, Zhang SM. Modulation of lung molecular biomarkers by beta-carotene in the Physicians' Health Study. Cancer 2009; 115:1049-58. [ PMCID: PMC2649969]

197.    Jamison RL, Shih M-C, Humphries DE, Guarino PD, Kaulman JS, Goldfarb DS, Warren SR, **Gaziano JM**, Lavoiri P. Effect of the MTHFR c677T and A1298C polymorphisms on survival in patients with advanced CKD and ESRD: A prospective study. Am J Kidney Dis 2009; 53:779-789. [PMCID: NA]

198.    Lou H, Yeager M, Li H, Bosquet JG, Hayes RB, Orr N, Yu K, Hutchinson A, Jacobs KB, Kraft P, Wacholder S, Chatterjee N, Feigelson HS, Thun MJ, Diver WR, Albanes D, Virtamo J, Weinstein S, Ma J, **Gaziano JM**, Stampfer M, Schumacher FR, Giovannucci E, Cancel Tassin G, Cussenot O, Valeri A, Andrioloe G, Crawford ED, Anderson SK, Tucker M, Hoover RN, Fraumeni JF Jr, Thomas G, Hunter DJ, Dean M, Chanock SJ. Fine mapping and functional analysis of a common variant in MSMB on chromosome 10q11.2 associated with prostate cancer susceptibility. Proc Natl Acad Sci USA 2009; 106:7933-8. [PMCID: PMC2671324]

199.    Aizer A, **Gaziano JM**, Cook NR, Manson JE, Buring JE, Albert CM. Relation of vigorous exercise to risk of atrial fibrillation. Am J Cardiol 2009; 103:1572-1577. [PMCID: PMC2687527]

200.    Djousse L, Lee IM, Buring JE, Gaziano JM. Alcohol consumption and risk of cardiovascular disease and death in women: potential mediating mechanisms. Circulation 2009; 120:237-244. [PMCID: PMC2745640]

201.    Djousse L, Driver JA, Gaziano JM. Relation between modifiable lifestyle factors and lifetime risk of heart failure. JAMA 2009; 203: 394-400. [PMCID: PMC2742484]

202.    Mucci LA, Stark JR, Figg WD, Schumacher F, Li H, Abe M, Hennessy K, Stampfer MJ, **Gaziano JM**, Ma J, Kantoff PW. Polymorphism in endostatin, an agiogenesis inhibitor, and prostate cancer risk and survival: A prospective study. Int J Cancer 2009; 125:1143-1146. [PMCID: PMC2838373]

203.    Brady CB, **Gaziano JM**, Cxypoliski RA, Guarino PD, Kaufman JS, Warren SR, Hartigan P, Goldfarb DS, Jamison RL. Homocysteine lowering and cognition in CKD: The Veterans Affairs homocysteine study. Am J Kidney Dis 2009; 54:440-9. [PMCID: PMC2748786]

204.    Amudadottir L, Kraft P, Stolzenberg-Solomon RZ, Fuchs CS, Petersen GM, Arslan AA, Bueno-de-Medquita HB, Gross M, Helzlsouer K, Jacobs EJ, LCroix A, Zheng W, Albanes D, Bamlet W, Berg M, deAndrade M, Duell EJ, Fox JE Jr, Gallinger S, **Gaziano JM**, Giovannucci EL, Gogins M, Gonzalez CA, Hallmans G, Hankinson SE, Hassan M, Holly EA, Hunter DJ, Hutchinson A, Jackson M, McWilliams RR, Mendelsohn JB, Michaude DS, Olson SH, Overad K, Patel AV, Peeters PH, Rajkovic A, Riboli E, Risch HA, Shu XO, Thomas G, Tobias GS, Trichopoulos D, Van Den Eeden SK, Virtamo J, Wactawski-Wende J, Wolpin BM, Yu H, Yu K, Zeleniuch – Jacquotte A, Chanock SJ, Hartge P, Hoover RN. Genome-wide association study identifies

J. Michael Gaziano
11/15/2016

variants in the ABO locus associated with susceptibility to pancreatic cancer. Nat Genet 2009; 41:986-990. [PMCID:PMC2839871]

205.   Ahn J, Schumacher FR, Berndt SI, Pfeiffer R, Albanes D, Andriole GL, Ardanaz E, Boeing H, Buenode-Mesquita B, Chanock SJ, Clavel-Chapelon F, Diver WR, Feigelson HS, **Gaziano JM**, Giovannucci E, Haiman CA, Henderson BE, Hoover RN, Kolonel LN, Kraft P, Ma J, LeMarchand L, Overvad K, Palli D, Stattin P, Stampfer M, Stram DO, Thomas G, Thun MJ, Travis RC, Trichopoulos D, Virtamo J, Weinstein SJ, Yeager M, Kaaks R, Hunter DJ, Hayes RB. Quantitative train loci predicting circulating sex steroid hormones in men from the NCI-Breast and Prostate Cancer Cohort Consortium (BPC3). Hum Mol Genet 2009; 18:2749-57. [ PMCID: PMC2742399]

206.   Ding EL, Song Y, Manson JE, Hunter DJ, Lee CC, Rifai N, Buring JE, **Gaziano JM**, Liu S. Sex hormone-binding globulin and risk of type 2 diabetes in women and men. N Engl J Med 2009; 361:1152-63. [PMCID: PMC2774225]

207.   Travis RC, Schumacher F, Hirschhorn JN, Kraft P, Allen NE, Albanes D, Berglund G, Berndt SI, Boeing H, Bueno-de-Mesquita HB, Calle EE, Chanock S, Dunning AM, Hayes R, Feigelson HS, **Gaziano JM**, Giovannucci E, Haiman CA, Henderson BE, Kaaks R, Kolonel LN, Ma J, Rodriguez L, Riboli E, Stampfer M, Stram DO, Thun MJ, Tjonneland A, Trichopoulos D, Vineis P, Virtamo J, Le Marchand L, Hunter DJ. CYP19A1 genetic variation in relation to prostate cancer risk and circulating sex hormone concentrations in men from the breast and prostate cancer cohort consortium. Cancer Epidemiol Biomarkers Prev 2009; 18:2734-44. [PMCID: PMC2812905]

208.   Rahilly-Tierney CR, Lawler EV, Scranton RE, **Gaziano JM**. Cardiovascular benefit of magnitude of low-density lipoprotein cholesterol reduction. A comparison of subgroups by age. Circulation 2009 120:1491-7. [PMCID: NA]

209.   Kochar J, **Gaziano JM**, Djousse L. Nut consumption and risk of type II diabetes in the Physicians' Health Study. Eur J Clin Nutr 2009 [Epub ahead of print]. [PMCID: PMC2802656]

210.   Britton KA, **Gaziano JM**, Sesso HD, Djousse L. Relation of alcohol consumption and coronary heart disease in hypertensive male physicians (from the Physicians' Health Study). Am J Cardiol 2009; 104:932-5. [PMCID: PMC2749239]

211.   Siegel LC, Sesso HD, Bowman TS, Lee I-M, Manson JE, **Gaziano JM**. Physical activity, body mass index and diabetes risk in men: A prospective study. Am J Med 2009; 122:1115-21. [PMCID: PMC278937]

212.   Britton KA, **Gaziano JM**, Djousse L. Normal systolic blood pressure and risk of heart failure in US male physicians. Eur J Heart Fail 2009; 11:1129-34. [PMCID: PMC2779833]

213.   Dossus L, Kaak R, Canzian F, Albanes D, Berndt SI, Boeing H, Buring J, Chanock SJ, Clavel-Chapelon F, Feigelson HS, **Gaziano JM**, Giovannucci E, Gonzalez C, Haiman CA, Hallmans G, Hankinson SE, Hayes RB, Henderson BE, Hoover RN, Hunter DJ, Khaw KT, Kolonel LN, Kraft P, Ma J, LeMarchand L, Lund E, Peeters PH, Stampfer M, Stram DO, Thomas G, Thun MJ, Tjonneland A, Tricholopoulos D, Tumino R, Riboli E, Virtamo J, Weinstein SJ, Yeager M, Ziegler RG, Cox DG. PTGS2 and IL6 genetic variation and risk of breast and prostate cancer: results from the Breast and Prostate Cancer Cohort Consortium (BPC3). Carcinogenesis. 2010 31:455-61. [PMCID: PMC2832545]

214.   Rist PM, Berger K, Buring JE, Kase CS, **Gaziano JM**, Kurth T. Alcohol consumption and

J. Michael Gaziano
11/15/2016

functional outcome after stroke in men.  Stroke 2010; 41:141-146 . [PMCID: PMC2818546]

215.  Petersen GM, Amundadottir L, Fuchs CS, Kraft P, Stolzenberg-Solomon RZ, Jacobs KB, Arsian AA, Bueno-de-Mesquita HB, Gallinger S, Gross M, Helzlsouer K, Holly EA, Jacobs EJ, Dlein AP, Lacroix A, Li D, Mandelson MT, Olson SH, Risch HA, Zheng W, Albanes D, Barnlet WR, Berg CD, Boutron-Ruault MC, Buring JE, Bracci PM, Canzian F, Clipp S, Cotterchio M, deAndrade M, Duell EJ, **Gaziano JM**, Giovannucci EL, Goggins M, Hallmans G, Hankinson SE, Hassan M, Howard B, Hunter DJ, Hutchinson A, Jenab M, Kaaks R, , Kooperberg C, Krogh V, Kurtz RC, Lynch SM, McWilliams RR, Mendelshn JB, Michaud DS, Parikh H, Patel AV, Peeters PH, Rajkovic A, Riboli E, Rodriguez L, Seminsara D, Shu XO, Thomas G, Tjonneland A, Tobias GS, Trichopoulos D, Van Den Eeden SK, Virtarno J, Wactawski-Wende J, Wang Z, Wolpin BM, Yu H, Yu K, Zeleniuch-Jacquotte A, Fraumeni JF Jr. Hoover RN, Hartge P, Chanock SJ.  A genome-wide association study identifies pancreatic cancer susceptibility loci on chromosomes 13A22.1.1q32 and 5p15.33.  Nat Genet 2010 42:224-8. [PMCID: PMC2853179]

216.  Wolpin BM, Kraft P, Gross M, Helzlsouer K, Bueno-de-Mesquita HB, Steplowski E, Stolzenberg-Solomon RZ, Arslan AA, Jacobs EJ, Lacroix A, Petersen G, Zheng W, Albanes D, Allen NE, Amundadottir L, Anderson G, Boutron-Ruault MC, Buring JE, Canzian F, Chanock SJ, Clipp S, **Gaziano JM**, Giovannucci EL, Hallmans G, Hankinson SE, Hoover RN, Hunter DJ, Hutchinson A, Jacobs K, Kooperberg C, Lynch SM, Mendelsohn JB, Michaud DS, Overvad K, Patel AV, Rajkovic A, Sanchéz MJ, Shu XO, Slimani N, Thomas G, Tobias GS, Trichopoulos D, Vineis P, Virtamo J, Wactawski- Wende J, Yu K, Zeleniuch-Jacquotte A, Hartge P, Fuchs CS.  Pancreatic cancer risk and ABO blood group alleles:  results from the pancreatic cancer cohort consortium. Canc Res 2010 70:1015-23. [PMCID: PMC2943735]

217.  Okereke OI, Kurth T, Pollak MN, **Gaziano JM**, Grodstein F. Fasting Plasma Insulin, C-Peptide and Cognitive Change in Older Men without Diabetes: Results from the Physicians' Health Study II. Neuroepidemiology. 2010 Mar 3;34(4):200-207. [PMCID: PMC2883838]

218.  Jacobs EJ, Chanock SJ, Fuchs CS, Lacroix A, McWilliams RR, Steplowski E, Stolzenberg-Solomon RZ, Arslan AA, Bas Bueno-de-Mesquita H, Gross M, Helzlsouer K, Petersen G, Zheng W, Agalliu I, Allen NE, Amundadottir L, Boutron-Ruault MC, Buring JE, Canzian F, Clipp S, Dorronsoro M, **Gaziano JM**, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Jacobs KB, Jenab M, Kraft P, Kooperberg C, Lynch SM, Sund M, Mendelsohn JB, Mouw T, Newton CC, Overvad K, Palli D, Peeters PH, Rajkovic A, Shu XO, Thomas G, Tobias GS, Trichopoulos D, Virtamo J, Wactawski-Wende J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A. Family history of cancer and risk of pancreatic cancer: A pooled analysis from the pancreatic cancer cohort consortium (PANSCAN). Int J Cancer. 2010; 127:1421-8. [PMCID: PMC2926939]

219.  **Gaziano JM**, Cincotta AH, O'Connor CM, Ezrokhi M, Rutty D, Ma ZJ, Scranton RE. Randomized Clinical Trial of Quick Release-Bromocriptine among patients with type 2 diabetes on overall safety and cardiovascular outcomes. Diabetes Care. 2010; 33:1503-8. [ PMCID: NA]

220.  Lawler EV, Gagnon DR, Fink J, Seliger S, Fonda J, Do TP, **Gaziano JM**, Bradbury BD. Initiation of anemia management in patients with chronic kidney disease not on dialysis in the Veterans Health Administration.  Nephrol Dial Transplant 2010; [Epub ahead of Print] [PMCID: NA]

221.  Lawler EV, Bradbury BD, Fonda JR, **Gaziano JM**, Gagnon DR. Transfusion burden among patients with chronic kidney disease and anemia. Clin J Am Soc Nephrol. 2010; 5:667-72. [PMCID: PMC2849699]

222.  Djoussé L, **Gaziano JM**, Kase CS, Kurth T. Nut consumption and risk of stroke in US male

J. Michael Gaziano
11/15/2016

physicians. Clin Nutr. 2010 Apr 8; 29(5): 605-9. [PMCID: PMC2919604]

223. Lindström S, Ma J, Altshuler D, Giovannucci E, Riboli E, Albanes D, Allen NE, Berndt SI, Boeing H, Bueno-de-Mesquita HB, Chanock SJ, Dunning AM, Feigelson HS, **Gaziano JM**, Haiman CA, Hayes RB, Henderson BE, Hunter DJ, Kaaks R, Kolonel LN, Le Marchand L, Martínez C, Overvad K, Siddiq A, Stampfer M, Stattin P, Stram DO, Thun MJ, Trichopoulos D, Tumino R, Virtamo J, Weinstein SJ, Yeager M, Kraft P, Freedman ML. A Large Study of Androgen Receptor Germline Variants and Their Relation to Sex Hormone Levels and Prostate Cancer Risk. Results from the National Cancer Institute Breast and Prostate Cancer Cohort Consortium. J Clin Endocrinol Metab 2010; 95:E121-7. [PMCID: PMC2936075]

224. Arslan AA, Helzlsouer KJ, Kooperberg C, Shu XO, Steplowski E, Bueno-de-Mesquita HB, Fuchs CS, Gross MD, Jacobs EJ, Lacroix AZ, Petersen GM, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Amundadottir L, Bamlet WR, Barricarte A, Bingham SA, Boeing H, Boutron-Ruault MC, Buring JE, Chanock SJ, Clipp S, **Gaziano JM**, Giovannucci EL, Hankinson SE, Hartge P, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kraft P, Lynch SM, Manjer J, Manson JE, McTiernan A, McWilliams RR, Mendelsohn JB, Michaud DS, Palli D, Rohan TE, Slimani N, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Patel AV; Pancreatic Cancer Cohort Consortium (PanScan). Anthropometric measures, body mass index, and pancreatic cancer: a pooled analysis from the Pancreatic Cancer Cohort Consortium (PanScan). Arch Intern Med. 2010; 170(9):791-802. [PMCID: PMC20458087]

225. Schumacher FR, Cheng I, Freedman ML, Mucci L, Allen NE, Pollak MN, Hayes RB, Stram DO, Canzian F, Henderson BE, Hunter DJ, Virtamo J, Manjer J, **Gaziano JM**, Kolonel LN, Tjønneland A, Albanes D, Calle EE, Giovannucci E, Crawford ED, Haiman CA, Kraft P, Willett WC, Thun MJ, Le Marchand L, Kaaks R, Feigelson HS, Bueno-de-Mesquita HB, Palli D, Riboli E, Lund E, Amiano P, Andriole G, Dunning AM, Trichopoulos D, Stampfer MJ, Key TJ, Ma J. A comprehensive analysis of common IGF1, IGFBP1 and IGFBP3 genetic variation with prospective IGF-I and IGFBP-3 blood levels and prostate cancer risk among Caucasians. Hum Mol Genet 2010; 19:2089-101. [PMCID: PMC2901143]

226. Driver JA, Yung R, **Gaziano JM**, Kurth T.  Chronic disease in men with newly diagnosed cancer: a nested case-control study.  Am J Epidemiol 2010; 172:299-308.[PMCID: PMC2917057]

227. Wang L, Manson JE, Forman JP, **Gaziano JM**, Buring JE, Sesso HD.  Dietary fatty acids and the risk of hypertension in middle-aged and older women. Hypertension; 2010: 56:598-604. [PMCID: PMC 29404985]

228. Gu F, Schumacher FR, Canzian F, Allen NE, Albanes D, Berg CD, Berndt SI, Boeing H, Bueno-de-Mesquita HB, Buring JE, Chabbert-Buffet N, Chanock SJ, Clavel-Chapelon F, Dumeaux V, **Gaziano JM**, Giovannucci EL, Haiman CA, Hankinson SE, Hayes RB, Henderson BE, Hunter DJ, Hoover RN, Johansson M, Key TJ, Khaw KT, Kolonel LN, Lagiou P, Lee IM, Lemarchand L, Lund E, Ma J, Onland-Moret NC, Overvad K, Rodriguez L, Sacerdote C, Sánchez MJ, Stampfer MJ, Stattin P, Stram DO, Thomas G, Thun MJ, Tjønneland A, Trichopoulos D, Tumino R, Virtamo J, Weinstein SJ, Willett WC, Yeager M, Zhang SM, Kaaks R, Riboli E, Ziegler RG, Kraft P. Eighteen Insulin-like growth factor pathway genes, circulating levels of IGF-I and its binding protein and risk of prostate and breast cancer. Cancer Epidemiol Biomarkers Prev 2010 [PMCID: PMC2989404].

229. Clarke R, Halsey J, Lewington S, Lonn E, Armitage J, Manson JE, Bønaa KH, Spence JD, Nygård O, Jamison R, **Gaziano JM**, Guarino P, Bennett D, Mir F, Peto R, Collins R; B-Vitamin

49

J. Michael Gaziano
11/15/2016

Treatment Trialists' Collaboration. Effects of lowering homocysteine levels with B vitamins on cardiovascular disease, cancer and cause-specific mortality: meta-analysis of 8 randomized trials involving 37,385 individuals. Arch Intern Med 2010 11:170:1622-31.

230.  Wolpin BM, Kraft PL, Xu M, Steplowski E, Olsson ML, Arslan AA, Bueno-de-Mesquita HB, Myron G, Helzlsouer K, Jacobs EJ, Lacroix A, Gloria P, Stolzenberg-Solomon RZ, Zheng W, Albanes D, Allen NE, Amundadottir L, Austin MA, Boutron-Ruault MC, Buring JE, Canzian F, Chanock SJ, **Gaziano JM**, Giovannucci E, Hallmans G, Hankinson SE, Hoover RN, Hunter DJ, Hutchinson A, Jacobs KB, Kooperberg C, Mendelsohn J, Michaud DS, Overvad K, Patel AV, Sanchez MJ, Sansbury LB, Shu XO, Slimani N, Tobias GS, Trichopoulos D, Vineis P, Visvanathan K, Virtamo J, Wactawski-Wende J, Watters JL, Yu K, Zeleniuch-Jacquotte A, Hartge P, Fuchs CS. Variant ABO Blood Group Alleles, Secretor Status and risk of pancreatic cancer: results from the pancreatic cancer cohort consortium.  Cancer Epidemiol Biomarkers Prev 2010; [PMCID: PMC3005538]

231.  Chen BH, Song Y, Ding EL, Manson JE, Robert CK, Rifai N, Buring JE, **Gaziano JM**, Liu S. Association of resistinpromoter polymorphisms with plasma resistin levels and type 2 diabetes in women and men.  Int J Mol Epidemiol Genet 2010; 1:167-174. [PMCID: PMC2992359].

232.  Christen WG, Glynn RJ, Sesso HD, Kurth T, MacFadyen J, Bubes V, Buring JE, Manson JE, **Gaziano JM**.  Age-related cataract in a randomized trial of vitamins E and C in men.  Arch Ophthalmol 2010; 128:1397-405. [PMCID: PMC3051399].

233.  Dhingra R**, Gaziano JM**, Djoussé L. Chronic kidney disease and the risk of heart failure in men. Circ Heart Fail. 2011 Mar 1; 4(2):138-44. [PMCID: PMC3059366].

234.  Djoussé L, **Gaziano JM**, Buring JE, Lee IM. Dietary omega-3 fatty acids and fish consumption and risk of type 2 diabetes. Am J Clin Nutr. 2011 Jan; 93(1):143-50. [PMCID: PMC3001602].

235.  Driver JA, Logroscino G, Lu L, **Gaziano JM,** Kurth T. Use of non-steroidal anti-inflammatory drugs and risk of Parkinson's diseases: nested case-control study. BMJ. 2011 Jan 20; 342: d198. doi: 10.1136/bmj.d198. [PMCID: PMC302397]

236.  Driver JA, Logroscino G, Lu L, **Gaziano JM**, Kurth T.  Use of non-steroidal inflammatory drugs and risk of Parkinson's Disease:  nested case-control study.  BMJ 2011; 342:d198. doi: 10.1136/bmj.d198. [PMCID: PMC3023971].

237.  Lindstrom S, Schumacher F, Siddiq A, Travis RC, Campa D, Berndt SI, Diver WR, Severi G, Allen N, Andriole G, Bueno-de-Mesquita B, Chanock SJ, Crawford D, **Gaziano JM**, Giles GG, Giovannucci E, Guo C, Haiman CA, Hayes RB, Halkjaer J, Hunter DJ, Johansson M, Kaaks R, Kolonel LN, Navarro C, Riboli E, Sacerdote C, Stampfer M, Stram DO, Thun MJ, Trichopoulos D, Virtamo J, Weinstein SJ, Yeager M, Henderson B, Ma J, Le Marchand L, Albanes D, Kraft P. Characterizing Associations and SNP-Environment Interactions for GWAS-Identified Prostate Cancer Risk Markers-Results from BPC3. PLoS One. 2011 Feb 24; 6(2):e17142. [PMCID: PMC3044744].

238.  Britton KA, Pradhan AD, **Gaziano JM**, Manson JE, Ridker PM, Buring JE, Sesso HD. Hemoglobin A1c, body mass index, and the risk of hypertension in women. Am J Hypertens. 2011 Mar;24(3):328-34. [PMCID: PMC3113494].

239.  Fang F, Kasperzyk JL, Shui I, Hendrickson W, Hollis BW, Fall K, MA J, **Gaziano JM,** Stampfer MJ, Mucci LA, Giovannucci E. Prediagnostic plasma vitamin D metabolites and mortality among patients with prostate cancer. PLoS One. 2011 Apr 6; 6(4):e18625. [PMCID: PMC3071841]

J. Michael Gaziano
11/15/2016

240.	Rahilly-Tierney CR, Spiro A 3rd, Vokonas P, **Gaziano JM**.  Relation between high-density lipoprotein cholesterol and survival to age 85 years in men (from the VA Normative Aging Study). Am J Cardiol. 2011 Apr 15; 107(8):1173-7.[PMCID: NA]

241.	Agler AH, Kurth T, **Gaziano JM**, Buring JE, Cassano PA.  Randomised vitamin E supplementation and risk of chronic lung disease in the Women's Health Study. Thorax. 2011 Apr; 66(4):320-5. [PMCID: PMC3062677]

242.	Rahilly-Tierney C, Sesso HD, Djoussé L, **Gaziano JM.** Lifestyle changes and 14-year change in high-density lipoprotein cholesterol in a cohort of male physicians. Am Heart J. 2011 Apr; 16(4): 712-8. [PMCID: PMC3073688].

243.	Gavin MC, Newton-Cheh C, **Gaziano JM**, Cook NR, Vandenburgh M, Albert CM. A common variant in the β(2)-adrenergic receptor and risk of sudden cardiac death. Heart Rhythm. 2011 May; 8(5):704-10. [PMCID: PMC3225286].

244.	Ashaye A, **Gaziano JM**, Djoussé L. Red meat consumption and risk of heart failure in male physicians. Nutr Metab Cardiovasc Dis 2012 Apr 1;109(7):994-7. [PMCID: PMC2974007]

245.	Wang L, Manson JE, **Gaziano JM**, Liu S, Cochrane B, Cook NR, Ridker PM, Rifai N, Sesso HD. Circulating inflammatory and endothelial markers and risk of hypertension in white and black postmenopausal women. Clin Chem 2011. 2011 May; 57(5):729-36. [PMCID: PMC3084895].

246.	Farewell WR, D'Avolio LW, Scranton RE, Lawler EV, **Gaziano JM.** Statins and prostate cancer diagnosis and grade in a veteran's population. J Natl Cancer Inst. 2011 Jun 8; 103(11): 885-92. [Epub 2011 Apr 15].[PMCID: NA]

247.	Fiore LD, Brophy M, Ferguson RE, D'Avolio L, Hermos JA, Lew RA, Doros G, Conrad CH, O'Neil JA Jr, Sabin TP, Kaufman J, Swartz SL, Lawler E, Liang MH, **Gaziano JM,** Lavori PW. A point-of-care clinical trial comparing insulin administered using a sliding scale versus a weight-based regimen. Clin Trial. 2011; 8(2): 183-95. doi: 10.1177/1740774510395635. [PMCID: PMC3195898].

248.	Warren SR, Raisch DW, Campbell HM, Guarino PD, Kaufman JS, Petrokatis E, Goldfarb DS, **Gaziano JM**, Jamison RL.  Medication adherence assessment in a clinical trial with centralized follow-up and direct-to-patient drug shipments.  Clin Trials 2011 Aug 3; [Epub ahead of print].[PMCID: NA]

249.	Rahilly-Tierney CR, Arnett DK, North KE, Pankow JS, Hunt SC, Ellison RC, **Gaziano JM**, Djousse L. Apolioprotien e4 polymorphism does not modify the association between body mass index and high-density lipoprotein cholesterol: a cross section cohort study.  Lipid Health Dis 2011 Sep 23; 10:167. [PMCID: PMC3187732].

250.	Wang L, Tsai M, Manson JE, Djousse L, **Gaziano JM,** Buring JE, Sesso HD. Erythrocyte fatty acid composition is associated with the risk of hypertension in middle-aged and older women. J Nutr. 2011 Sep;141(9):1691-7. [Epub 2011 Jul 6]. [PMCID: PMC3159054]

251.	Schumacher FR, Berndt SI, Siddiq A, Jacobs KB, Wang Z, Lindstrom S, Stevens VL, Chen C, Mondul AM, Travis RC, Stram DO, Eeles RA, Easton DF, Giles G, Hopper JL, Neal DE, handy FC, Donovan JL, Muir K, Al Olama AA, Kote-Jarai Z, Guy M, Severi G, Gronberg H, Isaacs WB, Karlsson R, Wiklund F, Xu J, Allen NE, Andriole GL, Barricarte A, Boeing H, Bueno-de-Mesquila HB, Crawford ED, Diver WR, Gonzalez CA, **Gaziano JM**, Gioavannucci EL, Johansson M, LeMarchand L, Ma J, Sieri S, Stattin P, Stampfer MJ, Tjonneland A, Vineis P, Virtamo J, Vogel LJ, Weinstein SJ, Yeager M, Thun MJ, Kolonel LN, Henderson BE, Albases D,

51

J. Michael Gaziano
11/15/2016

Hayes RB, Feigelson HS, Ribilie E, Hunger DJ, Chanock SJ, Haiman CA, Kraft P.  Genome-wide association study identifies new prostate cancer susceptibility loci. Hum Mol Genet 2011Oct 1; 201-2867-75. [PMCID: PMC3168287].

252.  Farwell WR, Lourenco C, Holmberg E, hall RB, D'Avolio L, Lawler EV, **Michael Gaziano J.** The association between height and prostate cancer grade in the early Stage Prostate Cancer Cohort Study.  Cancer Causes Control 2011 Oct 22; 10:1453-9 [PMCID: NA]

253.  Paynter NP, Mazer NA, Pradhan AD, **Gaziano JM**, Ridker PM, Cook NR.  Cardiovascular risk prediction in diabetic men and women using hemoglobin A1c vs diabetes as a high risk equivalent.  Arch Intern Med 2011. 2011 Oct 24; 171(19)1712-8. [PMCID: PMC3202025].

254.  Rist PM, Lee IM, Kase CS, **Gaziano JM**, Kurth T.  Physical Activity and functional outcomes from cerebral vascular events in men.  Stroke 2011;Dec 4 42(12):3352-6. [PMCID: PMC3226877].

255.  Djousse L, Driver JA, **Gaziano JM**, Buring JE, Lee IM.  Association between modifiable lifestyle factors and residual lifetime risk of diabetes.  Nutr Metab Cardiovasc Dis 2011 Oct 5; [Epub ahead of print] [PMCID: PMC3274624].

256.  Klein EA, Thompson IM JR, Tangen CM, Crowley JJ, Lucia MS, Goodman PJ, Minasian LM, Ford LG, Parns HL, **Gaziano JM**, Karp DD, Lieber MM, Wather PJ, Klotz L, Parsons JK, Chin JL, Karke AK, Lippman SM, Goodman GE, Meyskens FL JR, Baker LH. Vitamin E and the risk of prostate cancer: The Selenium and Vitamin E Cancer Prevention Trial (SELECT). JAMA. 2011 Oct 12;306: 1549-56.

257.  Calboli FC, Cox DG, Buring JE, **Gaziano JM**, Ma J, Stampfer M, Willett WC, Tworoger SS, Hunter DJ, Camargo CA Jr, Michaud DS.  Prediagnostic plasma IgE levels and risk of adult glioma in four prospective cohort studies. J Natl Cancer Inst. 2011 Nov 2;103(21):1588-95. Epub 2011 Oct 18. [PMCID: PMC3206038]

258.  Margalit DN, Kasperzyk JL, Martin NE, Sesso HD, **Gaziano JM**, Ma J, Stampfer MJ, Mucci LA. Beta-carotene antioxidant use during radiation therapy and prostate cancer outcome in the Physicians' Health Study. Int J Radiat Oncol Biol Phys. 2011 Nov 11. [Epub ahead of print] [PMCID: PMC3386602]

259.  Marshall JR, Tangen CM, Sakr WA, Wood DP Jr, Berry DL, Klein EA, Lippman SM, Parnes HL, Alberts DS, Jarrard DF, Lee WR, **Gaziano JM,** Crawford ED, Ely B, Ray M, Davis W, Minasian LM, Thompson IM Jr. Phase III trial of selenium to prevent prostate cancer in men with high-grade prostatic intraepithelial neoplasia: SWOG S9917. Cancer Prev Res (Phila).2011 Nov;4(11):1761-9. [PMCID: PMC3208719].

260.  Wernimont SM, Clark AG, Stover PJ, Wells MT, Litonjua AA, Weiss ST, **Gaziano JM**, Tucker KL, Baccarelli A, Schwartz J, Bollati V, Cassano PA. Folate network genetic variation, plasma homocysteine, and global genomic methylation content: a genetic association study. BMC Med Genet. 2011; 12: 150. Published online 2011 November 21. doi 10.1186/1471-2350-12-150. [PMCID: PMC3266217].

261.  Cao Y, Kenfield S, Song Y, Rosner B, Oiu W, Sesso HD, **Gaziano JM**, Ma J.  Cigarette smoking cessation and total and cause specific mortality:  a 22 year follow-up study among US male physicians.  Arch Intern Med 2011 Nov 28; 171921)1956-9 [PMCID: PMC3229033]

262.  Britton KA, Lee IM, Wang L, **Gaziano JM**, Manson JE, Buring JE, Sesso HD.  Physical activity and the risk of becoming overweight to obese in middle-aged and older women.  Obesity 2011

J. Michael Gaziano
11/15/2016

Dec 22; [Epub ahead of print]. [PMCID: Pubmed Journal – In Process]

263. Akinkuolie AO, Aleardi M, Ashaaye AO, **Gaziano JM**, Djousse L.  Height and risk of heart failure in the Physicians' Health Study.  Am J Cardiol 2012 Apr 1;109(7):994-7. [PMCID: PMC3313006]

264. Robinson JG, Rahilly-Tierney C, Lawler E, **Gaziano JM**.  Benefits associated with achieving optimal risk factor levels for the primary prevention of cardiovascular disease in older men.  J Clin Lipidol 2012 Jan;6(1) 56-65. [PMCID: PMC3266543]

265. Lindström S, Schumacher F, Cox DG, Travis RC, Albanes D, Allen NE, Andriole GL, Berndt SI, Boeing H, Bueno-de-Mesquita HB, Crawford D, Diver WR, **Gaziano JM**, Giles GG, Giovannucci EL, Gonzales C, Henderson B, Hunter DJ, Johansson M, Kolonel LN, Ma J, Le Marchand L, Pala V, Stampfer MJ, Stram DO, Thun M, Tjonneland A, Trichopoulos D, Virtamo J, Weinstein SJ, Willett WC, Yeager M, Hayes RB, Severi G, Haiman C, Chanock SJ, Kraft P. Common genetic variants in prostate cancer variants in prostate cancer risk predication.  Results from the NCI Breast and Prostate Cancer Cohort Consortium (BPC3). Cancer Epidemiol Biomarkers Prev.2012 Mar;21(3):437-44. [PMCID: PMC3318963]

266. Wang Z, Parikh H, Jia J, Myers T, Yeager M, Jacobs KB, Hutchinson A, Burdett L, Ghosh A, Thun MJ, Gapstur SM, Ryan Diver W, Virtamo J, Albanes D, Cancel-Tassin G, Valeri A, Cussenot O, Offit K, Giovannucci E, Ma J, Stampfer MJ, **Michael Gaziano J,** Hunter DJ, Dutra-Clarke A, Kirchhoff T, Alavanja M, Freeman LB, Koutros S, Hoover R, Berndt SI, Hayes RB, Agalliu I, Burk RD, Wacholder S, Thomas G, Amundadottir L. Y chromosome haplogroups and prostate cancer in populations of European and Ashkenazi Jewish ancestry. Hum Genet Jul;131(7):1173-85. [PMCID: PMC3374121].

267. Kochar J. **Gaziano JM**, Djousse L. Breakfast cereals and risk of hypertension in the Physicians' Health Study I. Clin Nutr 2012 Feb; 31(1) 89-92. [PMCID: PMC3289098]

268. Wang L, Manson JE, **Gaziano JM**, Buring JE, Sesso HD.  Fruit and vegetable intake and the risk of hypertension in middle-aged and older women. Am J Hypertens. 2012 Feb;25(2):180-9. [PMCID: PMC3258456].

269. Britton KA, Mukamal KJ, Ix JH, Siscovick DS, Newman AB, Deboer IH, Thacker EL, Biggs ML, **Gaziano JM**, Djousse L. Insulin resistance and incident peripheral artery disease in the Cardiovascular Health Study. Vasc Med. 2012 Apr;17(2):85-93. [PMCID:PMC3563259]

270. Winter AC, Schürks M, Glynn RJ, Buring JE, **Gaziano JM**, Berger K, Kurth T. Restless legs syndrome and risk of incident cardiovascular disease in women and men: prospective cohort study. BMJ Open. 2012 Mar 23;2(2):e000866. [PMCID: PMC3312075]

271. Tsilidis KK, Travis RC, Appleby PN, Allen NE, Lindstrom S, Schumacher FR, Cox D, Hsing AW, Ma J, Severi G, Albanes D, Virtamo J, Boeing H, Bueno-de-Mesquita HB, Johansson M, Quirós JR, Riboli E, Siddiq A, Tjønneland A, Trichopoulos D, Tumino R, **Gaziano JM**, Giovannucci E, Hunter DJ, Kraft P, Stampfer MJ, Giles GG, Andriole GL, Berndt SI, Chanock SJ, Hayes RB, Key TJ. Interactions between genome-wide significant genetic variants and circulating concentrations of insulin-like growth factor 1, sex hormones, and binding proteins in relation to prostate cancer risk in the National Cancer Institute Breast and Prostate Cancer Cohort Consortium. Am J Epidemiol. 2012 May 1;175(9):926-35. [PMCID: PMC3390010]

272. Fan VS, **Gaziano JM**, Lew R, Bourbeau J, Adams SG, Leatherman S, Thwin SS, Huang GD, Robbins R, Sriram PS, Sharafkhaneh A, Mador MJ, Sarosi G, Panos RJ, Rastogi P, Wagner TH, Mazzuca SA, Shannon C, Colling C, Liang MH, Stoller JK, Fiore L, Niewoehner DE. A

J. Michael Gaziano
11/15/2016

comprehensive care management program to prevent chronic obstructive pulmonary disease hospitalizations: a randomized, controlled trial. Ann Intern Med. 2012 May 15;156(10):673-83. [PMCID: NA]

273.    Rahilly-Tierney C, Vokonas P, **Gaziano JM,** Spiro A 3rd. Lifestyle change and high-density lipoprotein change: the US department of Veterans Affairs Normative Aging Study. Clin Cardiol. 2012 Apr;17(2):85-93 [PMCID: NA].

274.    Jacobs KB, Yeager M, Zhou W, Wacholder S, Wang Z, Rodriguez-Santiago B, Hutchinson A, Deng X, Liu C, Horner MJ, Cullen M, Epstein CG, Burdett L, Dean MC, Chatterjee N, Sampson J, Chung CC, Kovaks J, Gapstur SM, Stevens VL, Teras LT, Gaudet MM, Albanes D, Weinstein SJ, Virtamo J, Taylor PR, Freedman ND, Abnet CC, Goldstein AM, Hu N, Yu K, Yuan JM, Liao L, Ding T, Qiao YL, Gao YT, Koh WP, Xiang YB, Tang ZZ, Fan JH, Aldrich MC, Amos C, Blot WJ, Bock CH, Gillanders EM, Harris CC, Haiman CA, Henderson BE, Kolonel LN, Le Marchand L, McNeill LH, Rybicki BA, Schwartz AG, Signorello LB, Spitz MR, Wiencke JK, Wrensch M, Wu X, Zanetti KA, Ziegler RG, Figueroa JD, Garcia-Closas M, Malats N, Marenne G, Prokunina-Olsson L, Baris D, Schwenn M, Johnson A, Landi MT, Goldin L, Consonni D, Bertazzi PA, Rotunno M, Rajaraman P, Andersson U, Beane Freeman LE, Berg CD, Buring JE, Butler MA, Carreon T, Feychting M, Ahlbom A, **Gaziano JM,** Giles GG, Hallmans G, Hankinson SE, Hartge P, Henriksson R, Inskip PD, Johansen C, Landgren A, McKean-Cowdin R, Michaud DS, Melin BS, Peters U, Ruder AM, Sesso HD, Severi G, Shu XO, Visvanathan K, White E, Wolk A, Zeleniuch-Jacquotte A, Zheng W, Silverman DT, Kogevinas M, Gonzalez JR, Villa O, Li D, Duell EJ, Risch HA, Olson SH, Kooperberg C, Wolpin BM, Jiao L, Hassan M, Wheeler W, Arslan AA, Bueno-de-Mesquita HB, Fuchs CS, Gallinger S, Gross MD, Holly EA, Klein AP, LaCroix A, Mandelson MT, Petersen G, Boutron-Ruault MC, Bracci PM, Canzian F, Chang K, Cotterchio M, Giovannucci EL, Goggins M, Hoffman Bolton JA, Jenab M, Khaw KT, Krogh V, Kurtz RC, McWilliams RR, Mendelsohn JB, Rabe KG, Riboli E, Tjønneland A, Tobias GS, Trichopoulos D, Elena JW, Yu H, Amundadottir L, Stolzenberg-Solomon RZ, Kraft P, Schumacher F, Stram D, Savage SA, Mirabello L, Andrulis IL, Wunder JS, Patiño García A, Sierrasesúmaga L, Barkauskas DA, Gorlick RG, Purdue M, Chow WH, Moore LE, Schwartz KL, Davis FG, Hsing AW, Berndt SI, Black A, Wentzensen N, Brinton LA, Lissowska J, Peplonska B, McGlynn KA, Cook MB, Graubard BI, Kratz CP, Greene MH, Erickson RL, Hunter DJ, Thomas G, Hoover RN, Real FX, Fraumeni JF Jr, Caporaso NE, Tucker M, Rothman N, Pérez-Jurado LA, Chanock SJ. Detectable clonal mosaicism and its relationship to aging and cancer. Nat Genet. 2012 May 6;44(6):651-8. [PMCID: PMC3372921]

275.    Djoussé L, Wilk JB, Hanson NQ, Glynn RJ, Tsai MY, **Gaziano JM.** Association between adiponectin and heart failure risk in the Physicians' Health Study. Obesity (Silver Spring). 2013 Apr;21(4):831-4[PMCID: PMC23712986]

276.    Li D, Duell EJ, Yu K, Risch HA, Olson SH, Kooperberg C, Wolpin BM, Jiao L, Dong X, Wheeler B, Arslan AA, Bueno-de-Mesquita HB, Fuchs CS, Gallinger S, Gross M, Hartge P, Hoover RN, Holly EA, Jacobs EJ, Klein AP, LaCroix A, Mandelson MT, Petersen G, Zheng W, Agalliu I, Albanes D, Boutron-Ruault MC, Bracci PM, Buring JE, Canzian F, Chang K, Chanock SJ, Cotterchio M, **Gaziano JM,** Giovannucci EL, Goggins M, Hallmans G, Hankinson SE, Hoffman Bolton JA, Hunter DJ, Hutchinson A, Jacobs KB, Jenab M, Khaw KT, Kraft P, Krogh V, Kurtz RC, McWilliams RR, Mendelsohn JB, Patel AV, Rabe KG, Riboli E, Shu XO, Tjønneland A, Tobias GS, Trichopoulos D, Virtamo J, Visvanathan K, Watters J, Yu H, Zeleniuch-Jacquotte A, Amundadottir L, Stolzenberg-Solomon RZ. Pathway analysis of genome-wide association study data highlights pancreatic development genes as susceptibility factors for pancreatic cancer.

54

Carcinogenesis. 2012 Jul;33(7):1384-90. [PMCID: PMC3405651]

277. Faxon DP, Lawler E, Young M, **Gaziano M,** Kinlay S.  Prolonged clopidogrel use after base metal and drug-eluting stent placement: the Veterans Administration drug-eluting stent study. Circ Cardiovasc Interv 2012 ; 5:372-80. [PMCID: NA]

278. Wernimont SM, Clark AG, Stover PJ, Wells MT, Litonjua AA, Weiss ST, **Gaziano JM**, Vokonas PS, Tucker KL, Cassano PA. Folate network genetic variation predicts cardiovascular disease risk in non-Hispanic white males. J Nutr. 2012 Jul;142(7):1272-9. [PMCID: PMC3374665]

279. Ofman P, Cook JR, Navaravong L, Levine RA, Peralta A, **Gaziano JM**, Djousse L, Curillova Z, Hoffmeister P, Smoot K, Jiang L, Tighe DA, Stoenescu ML. T-wave inversion and diastolic dysfunction in patients with electrocardiographic left ventricular hypertrophy. J Electrocardiol. 2012 Nov-Dec;45(6):764-9. [PMCID: NA]

280. Khawaja O, Kotler G, **Gaziano JM**, Djoussé L. Usefulness of desirable lifestyle factors to attenuate the risk of heart failure among offspring whose parents had myocardial infarction before age 55 years. Am J Cardiol. 2012 Aug 1;110(3):326-30. [PMCID: PMC3398159]

281. Djoussé L, Matthan NR, Lichtenstein AH, **Gaziano JM**. Red blood cell membrane concentration of cis-palmitoleic and cis-vaccenic acids and risk of coronary heart disease. Am J Cardiol. 2012 Aug 5;110(4):539-44. [PMCID: PMC3408824]

282. Christen WG, Glynn RJ, Sesso HD, Kurth T, MacFadyen J, Bubes V, Buring JE, Manson JE, **Gaziano JM**. Vitamins E and C and Medical Record-Confirmed Age-related Macular Degeneration in a Randomized Trial of Male Physicians. Ophthalmology. 2012 Aug;119(8):1642-9. [PMICD: PMC353014]

283. Djoussé L, **Gaziano JM**. Plasma levels of FABP4, but not FABP3, are associated with increased risk of diabetes. Lipids. 2012 Aug;47(8):757-62..

284. Kitahara CM, Wang SS, Melin BS, Wang Z, Braganza M, Inskip PD, Albanes D, Andersson U, Beane Freeman LE, Buring JE, Carreón T, Feychting M, Gapstur SM,  **Gaziano JM**, Giles GG, Hallmans G, Hankinson SE, Henriksson R, Hsing AW, Johansen  C, Linet MS, McKean-Cowdin R, Michaud DS, Peters U, Purdue MP, Rothman N, Ruder AM, Sesso HD, Severi G, Shu XO, Stevens VL, Visvanathan K, Waters MA, White E, Wolk A, Zeleniuch-Jacquotte A, Zheng W, Hoover R, Fraumeni JF Jr, Chatterjee N, Yeager M, Chanock SJ, Hartge P, Rajaraman P. Association between adult height, genetic susceptibility and risk of glioma. Int J Epidemiol. 2012 Aug;41(4):1075-1085 [PMCID: PMC3429876]

285. Rajaraman P, Melin BS, Wang Z, McKean-Cowdin R, Michaud DS, Wang SS, Bondy M, Houlston R, Jenkins RB, Wrensch M, Yeager M, Ahlbom A, Albanes D, Andersson U, Freeman LE, Buring JE, Butler MA, Braganza M, Carreon T, Feychting M, Fleming SJ, Gapstur SM, **Gaziano JM**, Giles GG, Hallmans G, Henriksson R, Hoffman-Bolton J, Inskip PD, Johansen C, Kitahara CM, Lathrop M, Liu C, Le Marchand L, Linet MS, Lonn S, Peters U, Purdue MP, Rothman N, Ruder AM, Sanson M, Sesso HD, Severi G, Shu XO, Simon M, Stampfer M, Stevens VL, Visvanathan K, White E, Wolk A, Zeleniuch-Jacquotte A, Zheng W, Decker P, Enciso-Mora V, Fridley B, Gao YT, Kosel M, Lachance DH, Lau C, Rice T, Swerdlow A, Wiemels JL, Wiencke JK, Shete S, Xiang YB, Xiao Y, Hoover RN, Fraumeni JF Jr, Chatterjee N, Hartge P, Chanock SJ. Genome-wide association study of glioma and meta-analysis. Hum Genet. 2012 Dec;131(12):1877-88. [PMCID:NIHMS473795]

286. Wilk JB, Tsai MY, Hanson NQ, **Gaziano JM**, Djoussé L. Plasma and dietary omega-3 fatty acids, fish intake, and heart failure risk in the Physicians' Health Study. Am J Clin Nutr. 2012

J. Michael Gaziano
11/15/2016

Oct;96(4):882-8. 2012 Dec;131(12):1877-88. [PMCID: PMC3441114]

287. Wang L, Manson JE, **Gaziano JM**, Liu S, Cochrane B, Cook NR, Ridker PM, Rifai N, Sesso HD. Plasma adiponectin and the risk of hypertension in white and black postmenopausal women. Clin Chem. 2012 Oct;58(10):1438-45. [PMCID: PMC3462274]

288. Djoussé L, Weir NL, Hanson NQ, Tsai MY, **Gaziano JM**. Plasma phospholipid concentration of cis palmitoleic acid and risk of heart failure. Circ Heart Fail. 2012 Nov;5(6):703-9.[PMCID: PMC3618485]

289. Emerging Risk Factors Collaboration, Kaptoge S, Di Angelantonio E, Pennells L, Wood AM, White IR, Gao P, Walker M, Thompson A, Sarwar N, Caslake M, Butterworth AS, Amouyel P, Assmann G, Bakker SJ, Barr EL, Barrett-Connor E, Benjamin EJ, Björkelund C, Brenner H, Brunner E, Clarke R, Cooper JA, Cremer P, Cushman M, Dagenais GR, D'Agostino RB Sr, Dankner R, Davey-Smith G, Deeg D, Dekker JM, Engström G, Folsom AR, Fowkes FG, Gallacher J, **Gaziano JM,** Giampaoli S, Gillum RF, Hofman A, Howard BV, Ingelsson E, Iso H, Jørgensen T, Kiechl S, Kitamura A, Kiyohara Y, Koenig W, Kromhout D, Kuller LH, Lawlor DA, Meade TW, Nissinen A, Nordestgaard BG, Onat A, Panagiotakos DB, Psaty BM, Rodriguez B, Rosengren A, Salomaa V, Kauhanen J, Salonen JT, Shaffer JA, Shea S, Ford I, Stehouwer CD, Strandberg TE, Tipping RW, Tosetto A, Wassertheil-Smoller S, Wennberg P, Westendorp RG, Whincup PH, Wilhelmsen L, Woodward M, Lowe GD, Wareham NJ, Khaw KT, Sattar N, Packard CJ, Gudnason V, Ridker PM, Pepys MB, Thompson SG, Danesh J. C-reactive protein, fibrinogen, and cardiovascular disease prediction. N Engl J Med. 2012 Oct 4;367(14):1310-20.

290. **Gaziano JM,** Sesso HD, Christen WG, Bubes V, Smith JP, MacFadyen J, Schvartz M, Manson JE, Glynn RJ, Buring JE.  Multivitamins in the Prevention of Cancer in Men.  The Physicians Health Study II Randomized Controlled Trial.  JAMA 2012 Nov 14; 308(18):1871-801 [PMCID: PMC3517179]

291. Vinik AI, Cincotta AH, Scranton RE, Bohannon N, Ezrokhi M, **Gaziano JM.** Effect of Bromocriptine-QR on glycemic control in subjects with uncontrolled hyperglycemia on one or two oral anti-diabetes agents. Endocr Pract. 2012 Nov 27:1-34. [PMCID: NA]

292. Wu C, Kraft P, Stolzenberg-Solomon R, Steplowski E, Brotzman M, Xu M, Mudgal P, Amundadottir L, Arslan AA, Bueno-de-Mesquita HB, Gross M, Helzlsouer K, Jacobs EJ, Kooperberg C, Petersen GM, Zheng W, Albanes D, Boutron-Ruault MC, Buring JE, Canzian F, Cao G, Duell EJ, Elena JW, **Gaziano JM**, Giovannucci EL, Hallmans G, Hutchinson A, Hunter DJ, Jenab M, Jiang G, Khaw KT, Lacroix A, Li Z, Mendelsohn JB, Panico S, Patel AV, Qian ZR, Riboli E, Sesso H, Shen H, Shu XO, Tjonneland A, Tobias GS, Trichopoulos D, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Yu K, Zeleniuch-Jacquotte A, Chanock S, Hoover R, Hartge P, Fuchs CS, Lin D, Wolpin BM. Genome-wide association study of survival in patients with pancreatic adenocarcinoma] [PMCID NIHMS482535]

293. Winter AC, Schürks M, Berger K, Buring JE, **Gaziano JM**, Kurth T. Migraine and restless legs syndrome in men. Cephalalgia. 2013 Jan;33(2):130-5. [PMCID:PMC3528814]

294. Szentkirályi A, Winter AC, Schürks M, Völzke H, Hoffmann W, E Buring J, **Gaziano JM,** Kurth T, Berger K. Restless legs syndrome and all-cause mortality in four prospective cohort studies. BMJ Open. 2012 Nov 5;2(6). PMID:23129573

295. Ofman P, Rahilly-Tierney C, Djousse L, Peralta A, Hoffmeister P, **Gaziano JM,** Weiss A, Lotan C, Roseneck S. Pacing System Malfunction is a Rare Cause of Hospital Admission for Syncope in Patients with a Permanent Pacemaker. Pacing Clin Electrophysiol 2013 Jan;36(1):109-12

J. Michael Gaziano
11/15/2016

[PMCID: NA]

296.  Sesso HD, Christen WG, Bubes V, Smith JP, MacFadyen J, Schvartz M, Manson JE, Glynn RJ, Buring JE, **Gaziano JM**. Multivitamins in the prevention of cardiovascular disease in men: the Physicians' Health Study II randomized controlled trial. JAMA. 2012 Nov 7;308(17):1751-60. [PMCID: PMC3501249]

297.  Elena JW, Steplowski E, Yu K, Hartge P, Tobias GS, Brotzman MJ, Chanock SJ, Stolzenberg-Solomon RZ, Arslan AA, Bueno-de-Mesquita HB, Helzlsouer K, Jacobs EJ, Lacroix A, Petersen G, Zheng W, Albanes D, Allen NE, Amundadottir L, Bao Y, Boeing H, Boutron-Ruault MC, Buring JE, **Gaziano JM,** Giovannucci EL, Duell EJ, Hallmans G, Howard BV, Hunter DJ, Hutchinson A, Jacobs KB, Kooperberg C, Kraft P, Mendelsohn JB, Michaud DS, Palli D, Phillips LS, Overvad K, Patel AV, Sansbury L, Shu XO, Simon MS, Slimani N, Trichopoulos D, Visvanathan K, Virtamo J, Wolpin BM, Zeleniuch-Jacquotte A, Fuchs CS, Hoover RN, Gross M. Diabetes and risk of pancreatic cancer: a pooled analysis from the pancreatic cancer cohort consortium. Cancer Causes Control. 2013 Jan;24(1):13-25.  [PMCID: PMC3529822]

298.  Matsumoto C, Matthan NR, Wilk JB, Lichtenstein AH, **Gaziano JM**, Djoussé L. Erythrocyte stearidonic acid and other n-3 fatty acids and CHD in the Physicians' Health Study. Br J Nutr. 2013 Jun;109(11):2044-9. [PMCID: NIHMS427463]

299.  **Gaziano JM,** Cincotta AH, Vinik A, Blonde L, Bohannon N, Scranton R. Effect of bromocriptine-QR (a quick-release formulation of bromocriptine mesylate) on major adverse cardiovascular events in type 2 diabetes subjects. J Am Heart Assoc. 2012 Oct;1(5):e002279 [PMCID: PMC3541616.]

300.  Amin Al Olama A, Kote-Jarai Z, Schumacher FR, Wiklund F, Berndt SI, Benlloch S, Giles GG, Severi G, Neal DE, Hamdy FC, Donovan JL, Hunter DJ, Henderson BE, Thun MJ, **Gaziano M**, Giovannucci EL, Siddiq A, Travis RC, Cox DG, Canzian F, Riboli E, Key TJ, Andriole G, Albanes D, Hayes RB, Schleutker J, Auvinen A, Tammela TL, Weischer M, Stanford JL, Ostrander EA, Cybulski C, Lubinski J, Thibodeau SN, Schaid DJ, Sorensen KD, Batra J, Clements JA, Chambers S, Aitken J, Gardiner RA, Maier C, Vogel W, Dörk T, Brenner H, Habuchi T, Ingles S, John EM, Dickinson JL, Cannon-Albright L, Teixeira MR, Kaneva R, Zhang HW, Lu YJ, Park JY, Cooney KA, Muir KR, Leongamornlert DA, Saunders E, Tymrakiewicz M, Mahmud N, Guy M, Govindasami K, O'Brien LT, Wilkinson RA, Hall AL, Sawyer EJ, Dadaev T, Morrison J, Dearnaley DP, Horwich A, Huddart RA, Khoo VS, Parker CC, Van As N, Woodhouse CJ, Thompson A, Dudderidge T, Ogden C, Cooper CS, Lophatonanon A, Southey MC, Hopper JL, English D, Virtamo J, Le Marchand L, Campa D, Kaaks R, Lindstrom S, Diver WR, Gapstur S, Yeager M, Cox A, Stern MC, Corral R, Aly M, Isaacs W, Adolfsson J, Xu J, Zheng SL, Wahlfors T, Taari K, Kujala P, Klarskov P, Nordestgaard BG, Røder MA, Frikke-Schmidt R, Bojesen SE, Fitzgerald LM, Kolb S, Kwon EM, Karyadi DM, Orntoft TF, Borre M, Rinckleb A, Luedeke M, Herkommer K, Meyer A, Serth J, Marthick JR, Patterson B, Wokolorczyk D, Spurdle A, Lose F, McDonnell SK, Joshi AD, Shahabi A, Pinto P, Santos J, Ray A, Sellers TA, Lin HY, Stephenson RA, Teerlink C, Muller H, Rothenbacher D, Tsuchiya N, Narita S, Cao GW, Slavov C, Mitev V; The UK Genetic Prostate Cancer Study collaborators/British Association of Urological Surgeons' Section of Oncology; The UK ProtecT Study Collaborators; The Australian Prostate Cancer Bioresource; The PRACTICAL Consortium, Chanock S, Gronberg H, Haiman CA, Kraft P, Easton DF, Eeles RA. A meta-analysis of genome-wide association studies to identify prostate cancer susceptibility loci associated with aggressive and non-aggressive disease. Hum Mol Genet. 2013 Jan 15;22(2):408-15. [PMCID:PMC3526158]

J. Michael Gaziano
11/15/2016

301.　Lin JH, Zhang SM, Rexrode KM, Manson JE, Chan AT, Wu K, Tworoger SS, Hankinson SE, Fuchs C, **Gaziano JM**, Buring JE, Giovannucci E. Association Between Sex Hormones and Colorectal Cancer Risk in Men and Women. Clin Gastroenterol Hepatol. 2012 Nov 28. S1542-3565(12)01409-7.[PMCID: PMC424792]

302.　Machiela MJ, Lindström S, Allen NE, Haiman CA, Albanes D, Barricarte A, Berndt SI, Bueno-de-Mesquita HB, Chanock S, **Gaziano JM**, Gapstur SM, Giovannucci E, Henderson BE, Jacobs EJ, Kolonel LN, Krogh V, Ma J, Stampfer MJ, Stevens VL, Stram DO, Tjønneland A, Travis R, Willett WC, Hunter DJ, Le Marchand L, Kraft P. Association of type 2 diabetes susceptibility variants with advanced prostate cancer risk in the breast and prostate cancer cohort consortium. Am J Epidemiol. 2012 Dec 15;176(12):1121-9. [PMCID:PMC3571230]

303.　Petrone AB, Weir N, Hanson NQ, Glynn R, Tsai MY, **Gaziano JM**, Djoussé L. Omega-6 fatty acids and risk of heart failure in the Physicians' Health Study. Am J Clin Nutr. 2012 Nov 28. [Epub ahead of print] [PMCID: PMC3522141]

304.　Wang L, Ma J, Manson JE, Buring JE, **Gaziano JM**, Sesso HD. A prospective study of plasma vitamin D metabolites, vitamin D receptor gene polymorphisms, and risk of hypertension in men. Eur J Nutr. 2012 Dec 21 [Epub ahead of print] [PMCID: PMC3609910]

305.　Bao Y, Giovannucci EL, Kraft P, Stampfer MJ, Ogino S, Ma J, Buring JE, Sesso HD, Lee IM, **Gaziano JM**, Rifai N, Pollak MN, Cochrane BB, Kaklamani V, Lin JH, Manson JE, Fuchs CS, Wolpin BM. A Prospective Study of Plasma Adiponectin and Pancreatic Cancer Risk in Five US Cohorts. J Natl Cancer Inst. 2013 Jan 16;105(2):95-103. [PMCID: PMC3545904]

306.　Khawaja O, Sarwar A, Albert CM, **Gaziano JM**, Djoussé L. Sleep Duration and Risk of Atrial Fibrillation (from the Physicians' Health Study). Am J Cardiol. 2013 Feb 15; 111(4):547-51. [PMCID: PMC3563866].

307.　Vollset SE, Clarke R, Lewington S, Ebbing M, Halsey J, Lonn E, Armitage J, Manson JE, Hankey GJ, Spence JD, Galan P, Bønaa KH, Jamison R, **Gaziano JM**, Guarino P, Baron JA, Logan RF, Giovannucci EL, den Heijer M, Ueland PM, Bennett D, Collins R, Peto R; for the B-Vitamin Treatment Trialists' Collaboration. Effects of folic acid supplementation on overall and site-specific cancer incidence during the randomised trials: meta-analyses of data on 50 000 individuals. Lancet. 2013 Mar 23;381(9871):1029-36.

308.　Winter AC, Berger K, Glynn RJ, Buring JE, **Gaziano JM**, Schürks M, Kurth T. Vascular risk factors, cardiovascular disease, and restless legs syndrome in men. Am J Med. 2013 Mar;126(3):228-35, 235.e1-2 [PMCID: PMC3574273]

309.　Winter AC, Schürks M, Glynn RJ, Buring JE, **Gaziano JM**, Berger K, Kurth T. Vascular risk factors, cardiovascular disease, and restless legs syndrome in women. Am J Med. 2013 Mar;126(3):220-7, 227.e1-2. [PMCID:PMC3574635]

310.　Leenders M, Bhattacharjee S, Vineis P, Stevens V, Bueno-de-Mesquita HB, Shu XO, Amundadottir L, Gross M, Tobias GS, Wactawski-Wende J, Arslan AA, Duell EJ, Fuchs CS, Gallinger S, Hartge P, Hoover RN, Holly EA, Jacobs EJ, Klein AP, Kooperberg C, LaCroix A, Li D, Mandelson MT, Olson SH, Petersen G, Risch HA, Yu K, Wolpin BM, Zheng W, Agalliu I, Albanes D, Boutron-Ruault MC, Bracci PM, Buring JE, Canzian F, Chang K, Chanock SJ, Cotterchio M, **Gaziano JM**, Giovannucci EL, Goggins M, Hallmans G, Hankinson SE, Hoffman-Bolton JA, Hunter DJ, Hutchinson A, Jacobs KB, Jenab M, Khaw KT, Kraft P, Krogh V, Kurtz RC, McWilliams RR, Mendelsohn JB, Patel AV, Rabe KG, Riboli E, Tjønneland A, Trichopoulos D, Virtamo J, Visvanathan K, Elena JW, Yu H, Zeleniuch-Jacquotte A, Stolzenberg-Solomon RZ.

J. Michael Gaziano
11/15/2016

Polymorphisms in genes related to one-carbon metabolism are not related to pancreatic cancer in PanScan and PanC4. Cancer Causes Control. 2013 Mar;24(3):595-602.

311.   Tokede OA, Petrone AB, Hanson NQ, Tsai MY, Weir NA, Glynn RJ, **Gaziano JM**, Djoussé L. Plasma phospholipid trans fatty acids and risk of heart failure. Am J Clin Nutr. 2013 Apr;97(4):698-705. [PMCID: PMC3607651].

312.   Mondul AM, Shui IM, Yu K, Travis RC, Stevens VL, Campa D, Schumacher FR, Ziegler RG, Bueno-de-Mesquita HB, Berndt S, Crawford ED, Gapstur SM, **Gaziano JM**, Giovannucci E, Haiman CA, Henderson BE, Hunter DJ, Johansson M, Key TJ, Marchand LL, Lindström S, McCullough ML, Navarro C, Overvad K, Palli D, Purdue M, Stampfer MJ, Weinstein SJ, Willett WC, Yeager M, Chanock SJ, Trichopoulos D, Kolonel LN, Kraft P, Albanes D. Genetic variation in the vitamin d pathway in relation to risk of prostate cancer--results from the breast and prostate cancer cohort consortium. Cancer Epidemiol Biomarkers Prev. 2013 Apr;22(4):688-96 [PMCID: PMC3617077.]

313.   Michaud DS, Siddiq A, Cox DG, Backes DM, Calboli FC, Sughrue ME, **Gaziano JM**, Ma J, Stampfer M, Tworoger SS, Hunter DJ, Camargo CA Jr, Parsa AT. Mannose-binding lectin 2 gene and risk of adult glioma. PLoS One. 2013 Apr 18;8(4):e61117. [PMCID: PMC3630225]

314.   Bao Y, Giovannucci EL, Kraft P, Qian ZR, Wu C, Ogino S, **Gaziano JM**, Stampfer MJ, Ma J, Buring JE, Sesso HD, Lee IM, Rifai N, Pollak MN, Jiao L, Lessin L,Cochrane BB, Manson JE, Fuchs CS, Wolpin BM. Inflammatory plasma markers and pancreatic cancer risk: a prospective study of five U.S. cohorts. CancerEpidemiol Biomarkers Prev. 2013 May;22(5):855-61[PMCID: PMC3650127]

315.   Backes DM, Siddiq A, Cox DG, Calboli FC, **Gaziano JM**, Ma J, Stampfer M, Hunter DJ, Camargo CA, Michaud DS. Single-nucleotide polymorphisms of allergy-related genes and risk of adult glioma. J Neurooncol. 2013 Jun;113(2):229-38 [PMCID: PMC3679351]

316.   Djoussé L, Matsumoto C, Hanson NQ, Weir NL, Tsai MY, Gaziano JM. Plasma cis-vaccenic acid and risk of heart failure with antecedent coronary heart disease in male physicians. Clin Nutr. 2013 Jul 9. doi:pii:S0261-5614(13)00190-8. 10.1016/j.clnu.2013.07.001. [Epub ahead of print] PubMed PMID: 23880347 [PMCID: PMC3851975]

317.   Wolpin BM, Bao Y, Qian ZR, Wu C, Kraft P, Ogino S, Stampfer MJ, Sato K, Ma J, Buring JE, Sesso HD, Lee IM, **Gaziano JM**, McTiernan A, Phillips LS, Cochrane BB, Pollak MN, Manson JE, Giovannucci EL, Fuchs CS. Hyperglycemia, Insulin Resistance, Impaired Pancreatic β-Cell Function, and Risk of Pancreatic Cancer. J Natl Cancer Inst. 2013 Jul 17;105(14):1027-35. [PMCID: PMC3714020]

318.   Petrone AB, Weir NL, Steffen BT, Tsai MY, **Gaziano JM**, Djoussé L. Plasma Vitamin D-Binding Protein and Risk of Heart Failure in Male Physicians. Am J Cardiol. 2013 Sep 15; 112:827-30. [PMCID: PMC3759533]

319.   Matsumoto C, Matthan NR, Lichtenstein AH, **Gaziano JM**, Djoussé L. Red blood cell MUFAs and risk of coronary artery disease in the Physicians' Health Study. Am J Clin Nutr. 2013 Sep; 98(3):749-54. [PMCID: PMC3743735]

320.   Klein AP, Lindström S, Mendelsohn JB, Steplowski E, Arslan AA, Bueno-de-Mesquita HB, Fuchs CS, Gallinger S, Gross M, Helzlsouer K, Holly EA, Jacobs EJ, Lacroix A, Li D, Mandelson MT, Olson SH, Petersen GM, Risch HA, Stolzenberg-Solomon RZ, Zheng W, Amundadottir L, Albanes D, Allen NE, Bamlet WR,  Boutron-Ruault MC, Buring JE, Bracci PM, Canzian F, Clipp S, Cotterchio M, Duell  EJ, Elena J, **Gaziano JM**, Giovannucci EL, Goggins M, Hallmans G,

J. Michael Gaziano
11/15/2016

Hassan M, Hutchinson A, Hunter DJ, Kooperberg C, Kurtz RC, Liu S, Overvad K, Palli D, Patel AV, Rabe KG, Shu XO, Slimani N, Tobias GS, Trichopoulos D, Van Den Eeden SK, Vineis P, Virtamo J, Wactawski-Wende J, Wolpin BM, Yu H, Yu K, Zeleniuch-Jacquotte A, Chanock SJ, Hoover RN, Hartge P, Kraft P. An absolute risk model to identify individuals at elevated risk for pancreatic cancer in the general population. PLoS One. 2013 Sep 13;8(9):e72311. [PMCID: PMC3772857]

321. Matsumoto C, Hanson NQ, Tsai MY, Glynn RJ, **Gaziano JM**, Djoussé L. Plasma phospholipid saturated fatty acids and heart failure risk in the physicians' health study. Clin Nutr. 2013 Oct; 32 (5): 819-23. [PMCID:PMC3703479]

322. Taguchi A, Hanash S, Rundle A, McKeague IW, Tang D, Darakjy S, **Gaziano JM**, Sesso HD, Perera F. Circulating pro-surfactant protein B as a risk biomarker for lung cancer. Cancer Epidemiol Biomarkers Prev. 2013 Oct;22(10):1756-61. [PMCID: PMC3866965]

323. Kitahara CM, Linet MS, Brenner AV, Wang SS, Melin BS, Wang Z, Inskip PD, Freeman LE, Braganza MZ, Carreón T, Feychting M, **Gaziano JM**, Peters U, Purdue MP, Ruder AM, Sesso HD, Shu XO, Waters MA, White E, Zheng W, Hoover RN, Fraumeni JF Jr, Chatterjee N, Yeager M, Chanock SJ, Hartge P, Rajaraman P. Personal history of diabetes, genetic susceptibility to diabetes, and risk of brain glioma: a pooled analysis of observational studies. Cancer Epidemiol Biomarkers Prev. 2014 Jan;23(1):47-54. [PMCID: PMC3947107]

324. Schürks M, Buring J, Dushkes R, **Gaziano JM**, Zee RY, Kurth T. Telomere length and Parkinson's disease in men: a nested case-control study. Eur J Neurol. 2014 Jan; 21(1):93-9 [PMCID: PMC3943750]

325. Miedema MD, Petrone AB, Arnett DK, Dodson JA, Carr JJ, Pankow JS, Hunt SC, Province MA, Kraja A, **Gaziano JM**, Djousse L. Adult height and prevalence of coronary artery calcium: the National Heart, Lung, and Blood Institute Family Heart Study. Circ Cardiovasc Imaging. 2014 Jan;7(1):52-7. [PMCID: PMC3970195]

326. Shui IM, Lindström S, Kibel AS, Berndt SI, Campa D, Gerke T, Penney KL, Albanes D, Berg C, Bueno-de-Mesquita HB, Chanock S, Crawford ED, Diver WR, Gapstur SM, **Gaziano JM**, Giles GG, Henderson B, Hoover R, Johansson M, Le Marchand L, Ma J, Navarro C, Overvad K, Schumacher FR, Severi G, Siddiq A, Stampfer M, Stevens VL, Travis RC, Trichopoulos D, Vineis P, Mucci LA, Yeager M, Giovannucci E, Kraft P. Prostate Cancer (PCa) Risk Variants and Risk of Fatal PCa in the National Cancer Institute Breast and Prostate Cancer Cohort Consortium. Eur Urol. 2014 Jun; 65 (6): 1069-75. [PMCID: PMC4006298]

327. Christen WG, Glynn RJ, Manson JE, MacFadyen J, Bubes V, Schvartz M, Buring JE, Sesso HD, **Gaziano JM**. Effects of multivitamin supplement on cataract and age-related macular degeneration in a randomized trial of male physicians. Ophthalmology. 2014 Feb;121(2):525-34. [PMCID: PMC3946650]

328. Brinton LA, Cook MB, McCormack V, Johnson KC, Olsson H, Casagrande JT, Cooke R, Falk RT, Gapstur SM, Gaudet MM, **Gaziano JM**, Gkiokas G, Guénel P, Henderson BE, Hollenbeck A, Hsing AW, Kolonel LN, Isaacs C, Lubin JH, Michels KB, Negri E, Parisi D, Petridou ET, Pike MC, Riboli E, Sesso HD, Snyder K, Swerdlow AJ; The European Rare Cancer Study Group, Trichopoulos D, Ursin G, van den Brandt PA, Van Den Eeden SK, Weiderpass E, Willett WC, Ewertz M, Thomas DB. Anthropometric and Hormonal Risk Factors for Male Breast Cancer: Male Breast Cancer Pooling Project Results. J Natl Cancer Inst. 2014 Mar; 106 (3):djt465. [PMCID: PMC 2975166] . Erratum in: J Natl Cancer Inst. 2014 May;106(5):dju117. PubMed

J. Michael Gaziano
11/15/2016

PMID: 24552677; PubMed Central PMCID: PMC3975166.

329.  Djoussé L, Matsumoto C, Petrone A, Weir NL, Tsai MY, **Gaziano JM**. Plasma galectin 3 and heart failure risk in the Physicians' Health Study. Eur J Heart Fail. 2014 Mar;16(3):350-4. PubMed PMID: 24464746. PMCID: Pub Med Journal – In process

330.  Park Y, Wang S, Kitahara CM, Moore SC, Berrington de Gonzalez A, Bernstein L,  Chang ET, Flint AJ, Freedman DM, **Gaziano JM**, Hoover RN, Linet MS, Purdue M, Robien K, Schairer C, Sesso HD, White E, Willcox BJ, Thun MJ, Hartge P, Willett WC. Body mass index and risk of death in asian americans. Am J Public Health. 2014 Mar;104(3):520-5. PubMed PMID: 24432919.

331.  Ofman P, Petrone AB, Peralta A, Hoffmeister P, Albert CM, Djousse L, **Gaziano JM**, Rahilly-Tierney CR. Aspirin use and risk of atrial fibrillation in the physicians' health study. J Am Heart Assoc. 2014 Jun 30;3(4). PubMed PMID: 24980132. PubMed Central PMCID: PMC4310361.

332.  Albanes D, Till C, Klein EA, Goodman PJ, Mondul AM, Weinstein SJ, Taylor PR, Parnes HL, **Gaziano JM**, Song X, Fleshner NE, Brown PH, Meyskens FL Jr, Thompson IM. Plasma tocopherols and risk of prostate cancer in the Selenium and Vitamin E  Cancer Prevention Trial (SELECT). Cancer Prev Res (Phila). 2014 Sep;7(9):886-95. doi: 10.1158/1940-6207.CAPR-14-0058. Epub 2014 Jun 24. PubMed PMID: 24961880.

333.  Cao Y, Lindström S, Schumacher F, Stevens VL, Albanes D, Berndt S, Boeing H, Bueno-de-Mesquita HB, Canzian F, Chamosa S, Chanock SJ, Diver WR, Gapstur SM, **Gaziano JM**, Giovannucci EL, Haiman CA, Henderson B, Johansson M, Le Marchand L, Palli D, Rosner B, Siddiq A, Stampfer M, Stram DO, Tamimi R, Travis RC, Trichopoulos D, Willett WC, Yeager M, Kraft P, Hsing AW, Pollak M, Lin X, Ma J. Insulin-like growth factor pathway genetic polymorphisms, circulating IGF1 and IGFBP3, and prostate cancer survival. J Natl Cancer Inst. 2014 Jun;106(6):dju085. PubMed PMID: 24824313.

334.  Shui IM, Lindström S, Kibel AS, Berndt SI, Campa D, Gerke T, Penney KL, Albanes D, Berg C, Bueno-de-Mesquita HB, Chanock S, Crawford ED, Diver WR, Gapstur SM, **Gaziano JM**, Giles GG, Henderson B, Hoover R, Johansson M, Le Marchand L, Ma J, Navarro C, Overvad K, Schumacher FR, Severi G, Siddiq A, Stampfer M, Stevens VL, Travis RC, Trichopoulos D, Vineis P, Mucci LA, Yeager M, Giovannucci E, Kraft P. Prostate cancer (PCa) risk variants and risk of fatal PCa in the National Cancer Institute Breast and Prostate Cancer Cohort Consortium. Eur Urol. 2014 Jun;65(6):1069-75. doi: 10.1016/j.eururo.2013.12.058. Epub 2014 Jan 4. PubMed PMID: 24411283; PubMed Central PMCID: PMC4006298

335.  Zenati MA, **Gaziano JM**, Collins JF, Biswas K, Gabany JM, Quin JA, Bitondo JM, Bakaeen FG, Kelly RF, Shroyer AL, Bhatt DL. Choice of Vein-Harvest Technique for Coronary Artery Bypass Grafting: Rationale and Design of the REGROUP Trial. Clin Cardiol. 2014 Jun;37(6):325-30. doi: 10.1002/clc.22267. Epub 2014 Mar 14. PubMed PMID: 24633760.

336.  Rautiainen S, Wang L, **Gaziano JM**, Sesso HD. Who uses multivitamins? A cross-sectional study in the Physicians' Health Study. Eur J Nutr. 2014 Jun;53(4):1065-72. PMCID: PMC Journal - in Process

337.  Robbins JM, Petrone AB, Ellison RC, Hunt SC, Carr JJ, Heiss G, Arnett DK, **Gaziano JM**, Djoussé L. Association of egg consumption and calcified atherosclerotic plaque in the coronary arteries: the NHLBI Family Heart Study. ESPEN J. 2014 Jun;9(3):e131-e135. PubMed PMID: 25642410; PubMed Central PMCID: PMC4309282.

338.  Kitahara CM, Flint AJ, Berrington de Gonzalez A, Bernstein L, Brotzman M, MacInnis RJ, Moore SC, Robien K, Rosenberg PS, Singh PN, Weiderpass E, Adami HO, Anton-Culver H, Ballard-

J. Michael Gaziano
11/15/2016

Barbash R, Buring JE, Freedman DM, Fraser GE, Beane Freeman LE, Gapstur SM, **Gaziano JM,** Giles GG, Håkansson N, Hoppin JA, Hu FB, Koenig K, Linet MS, Park Y, Patel AV, Purdue MP, Schairer C, Sesso HD, Visvanathan K, White E, Wolk A, Zeleniuch-Jacquotte A, Hartge P. Association between class III obesity (BMI of 40-59 kg/m2) and mortality: a pooled analysis of 20 prospective studies. PLoS Med. 2014 Jul 8;11(7):e1001673. doi: 10.1371/journal.pmed.1001673. eCollection 2014 Jul. PubMed PMID: 25003901; PubMed Central PMCID: PMC4087039.

339. Teras LR, Kitahara CM, Birmann BM, Hartge PA, Wang SS, Robien K, Patel AV, Adami HO, Weiderpass E, Giles GG, Singh PN, Alavanja M, Beane Freeman LE, Bernstein L, Buring JE, Colditz GA, Fraser GE, Gapstur SM, **Gaziano JM,** Giovannucci E, Hofmann JN, Linet MS, Neta G, Park Y, Peters U, Rosenberg PS, Schairer C, Sesso HD, Stampfer MJ, Visvanathan K, White E, Wolk A, Zeleniuch-Jacquotte A, de González AB, Purdue MP. Body size and multiple myeloma mortality: a pooled analysis of 20 prospective studies. Br J Haematol. 2014 Sep;166(5):667-76. doi: 10.1111/bjh.12935. Epub 2014 May 23. PubMed PMID: 24861847; PubMed Central PMCID: PMC4134758.

340. Djoussé L, Petrone AB, Weir NL, Hanson NQ, Glynn RJ, Tsai MY, **Gaziano JM**. Repeated versus single measurement of plasma omega-3 fatty acids and risk of heart failure. Eur J Nutr. 2014 Sep;53(6):1403-8. doi: 10.1007/s00394-013-0642-3. Epub 2014 Jan 7. PubMed PMID: 24395612; PubMed Central PMCID: PMC4085145.

341. Khawaja O, Petrone AB, Aleem S, Manzoor K, **Gaziano JM**, Djousse L. Sleep duration and risk of lung cancer in the physicians' health study. Zhongguo Fei Ai Za Zhi. 2014 Sep 20;17(9):649-55. doi: 10.3779/j.issn.1009-3419.2014.09.02. PubMed PMID: 25248705

342. Wolpin BM, Rizzato C, Kraft P, Kooperberg C, Petersen GM, Wang Z, Arslan AA, Beane-Freeman L, Bracci PM, Buring J, Canzian F, Duell EJ, Gallinger S, Giles GG, Goodman GE, Goodman PJ, Jacobs EJ, Kamineni A, Klein AP, Kolonel LN, Kulke MH, Li D, Malats N, Olson SH, Risch HA, Sesso HD, Visvanathan K, White E, Zheng W, Abnet CC, Albanes D, Andreotti G, Austin MA, Barfield R, Basso D, Berndt SI, Boutron-Ruault MC, Brotzman M, Büchler MW, Bueno-de-Mesquita HB, Bugert P, Burdette L, Campa D, Caporaso NE, Capurso G, Chung C, Cotterchio M, Costello E, Elena J, Funel N, **Gaziano JM**, Giese NA, Giovannucci EL, Goggins M, Gorman MJ, Gross M, Haiman CA, Hassan M, Helzlsouer KJ, Henderson BE, Holly EA, Hu N, Hunter DJ, Innocenti F, Jenab M, Kaaks R, Key TJ, Khaw KT, Klein EA, Kogevinas M, Krogh V, Kupcinskas J, Kurtz RC, LaCroix A, Landi MT, Landi S, Le Marchand L, Mambrini A, Mannisto S, Milne RL, Nakamura Y, Oberg AL, Owzar K, Patel AV, Peeters PH, Peters U, Pezzilli R, Piepoli A, Porta M, Real FX, Riboli E, Rothman N, Scarpa A, Shu XO, Silverman DT, Soucek P, Sund M, Talar-Wojnarowska R, Taylor PR, Theodoropoulos GE, Thornquist M, Tjønneland A, Tobias GS, Trichopoulos D, Vodicka P, Wactawski-Wende J, Wentzensen N, Wu C, Yu H, Yu K, Zeleniuch-Jacquotte A, Hoover R, Hartge P, Fuchs C, Chanock SJ, Stolzenberg-Solomon RS, Amundadottir LT. Genome-wide association study identifies multiple susceptibility loci for pancreatic cancer. Nat Genet. 2014 Sep;46(9):994-1000. doi: 10.1038/ng.3052. Epub 2014 Aug 3. PubMed PMID: 25086665; PubMed Central PMCID: PMC4191666

343. Wang L, Sesso HD, Glynn RJ, Christen WG, Bubes V, Manson JE, Buring JE, **Gaziano JM**. Vitamin E and C supplementation and risk of cancer in men: posttrial follow-up in the Physicians' Health Study II randomized trial. Am J Clin Nutr. 2014 Sep;100(3):915-23. doi: 10.3945/ajcn.114.085480. Epub 2014 Jul 9. PubMed PMID: 25008853; PubMed Central PMCID: PMC4135500

344. Petrone AB, **Gaziano JM**, Djoussé L. Alcohol consumption and risk of death in male physicians

with heart failure. Am J Cardiol. 2014 Oct 1;114(7):1065-8. doi: 10.1016/j.amjcard.2014.07.021. Epub 2014 Jul 18. PubMed PMID: 25129877; PubMed Central PMCID: PMC4163088.

345. Petrone AB, **Gaziano JM**, Djoussé L. Chocolate consumption and risk of heart failure in the Physicians' Health Study. Eur J Heart Fail. 2014 Dec;16(12):1372-6. doi: 10.1002/ejhf.180. Epub 2014 Oct 14. PubMed PMID: 25311633.

346. Wang Z, Zhu B, Zhang M, Parikh H, Jia J, Chung CC, Sampson JN, Hoskins JW, Hutchinson A, Burdette L, Ibrahim A, Hautman C, Raj PS, Abnet CC, Adjei AA, Ahlbom A, Albanes D, Allen NE, Ambrosone CB, Aldrich M, Amiano P, Amos C, Andersson U, Andriole G Jr, Andrulis IL, Arici C, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Beane Freeman LE, Berg CD, Berndt SI, Bertazzi PA, Biritwum RB, Black A, Blot W, Boeing H, Boffetta P, Bolton K, Boutron-Ruault MC, Bracci PM, Brennan P, Brinton LA, Brotzman M, Bueno-de-Mesquita HB, Buring JE, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Cao G, Caporaso NE, Carrato A, Carreon T, Carta A, Chang GC, Chang IS, Chang-Claude J, Che X, Chen CJ, Chen CY, Chen CH, Chen C, Chen KY, Chen YM, Chokkalingam AP, Chu LW, Clavel-Chapelon F, Colditz GA, Colt JS, Conti D, Cook MB, Cortessis VK, Crawford ED, Cussenot O, Davis FG, De Vivo I, Deng X, Ding T, Dinney CP, Di Stefano AL, Diver WR, Duell EJ, Elena JW, Fan JH, Feigelson HS, Feychting M, Figueroa JD, Flanagan AM, Fraumeni JF Jr, Freedman ND, Fridley BL, Fuchs CS, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, Garcia-Closas R, Gastier-Foster JM, **Gaziano JM**, Gerhard DS, Giffen CA, Giles GG, Gillanders EM, Giovannucci EL, Goggins M, Gokgoz N, Goldstein AM, Gonzalez C, Gorlick R, Greene MH, Gross M, Grossman HB, Grubb R 3rd, Gu J, Guan P, Haiman CA, Hallmans G, Hankinson SE, Harris CC, Hartge P, Hattinger C, Hayes RB, He Q, Helman L, Henderson BE, Henriksson R, Hoffman-Bolton J, Hohensee C, Holly EA, Hong YC, Hoover RN, Hosgood HD 3rd, Hsiao CF, Hsing AW, Hsiung CA, Hu N, Hu W, Hu Z, Huang MS, Hunter DJ, Inskip PD, Ito H, Jacobs EJ, Jacobs KB, Jenab M, Ji BT, Johansen C, Johansson M, Johnson A, Kaaks R, Kamat AM, Kamineni A, Karagas M, Khanna C, Khaw KT, Kim C, Kim IS, Kim JH, Kim YH, Kim YC, Kim YT, Kang CH, Jung YJ, Kitahara CM, Klein AP, Klein R, Kogevinas M, Koh WP, Kohno T, Kolonel LN, Kooperberg C, Kratz CP, Krogh V, Kunitoh H, Kurtz RC, Kurucu N, Lan Q, Lathrop M, Lau CC, Lecanda F, Lee KM, Lee MP, Le Marchand L, Lerner SP, Li D, Liao LM, Lim WY, Lin D, Lin J, Lindstrom S, Linet MS, Lissowska J, Liu J, Ljungberg B, Lloreta J, Lu D, Ma J, Malats N, Mannisto S, Marina N, Mastrangelo G, Matsuo K, McGlynn KA, McKean-Cowdin R, McNeill LH, McWilliams RR, Melin BS, Meltzer PS, Mensah JE, Miao X, Michaud DS, Mondul AM, Moore LE, Muir K, Niwa S, Olson SH, Orr N, Panico S, Park JY, Patel AV, Patino-Garcia A, Pavanello S, Peeters PH, Peplonska B, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Pu X, Purdue MP, Qiao YL, Rajaraman P, Riboli E, Risch HA, Rodabough RJ, Rothman N, Ruder AM, Ryu JS, Sanson M, Schned A, Schumacher FR, Schwartz AG, Schwartz KL, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Severi G, Shen H, Shen M, Shete S, Shiraishi K, Shu XO, Siddiq A, Sierrasesumaga L, Sierri S, Loon Sihoe AD, Silverman DT, Simon M, Southey MC, Spector L, Spitz M, Stampfer M, Stattin P, Stern MC, Stevens VL, Stolzenberg-Solomon RZ, Stram DO, Strom SS, Su WC, Sund M, Sung SW, Swerdlow A, Tan W, Tanaka H, Tang W, Tang ZZ, Tardon A, Tay E, Taylor PR, Tettey Y, Thomas DM, Tirabosco R, Tjonneland A, Tobias GS, Toro JR, Travis RC, Trichopoulos D, Troisi R, Truelove A, Tsai YH, Tucker MA, Tumino R, Van Den Berg D, Van Den Eeden SK, Vermeulen R, Vineis P, Visvanathan K, Vogel U, Wang C, Wang C, Wang J, Wang SS, Weiderpass E, Weinstein SJ, Wentzensen N, Wheeler W, White E, Wiencke JK, Wolk A, Wolpin BM, Wong MP, Wrensch M, Wu C, Wu T, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Yang HP, Yang PC, Yatabe Y, Ye Y, Yeboah ED, Yin Z, Ying C, Yu CJ, Yu K, Yuan JM, Zanetti KA, Zeleniuch-Jacquotte A, Zheng

J. Michael Gaziano
11/15/2016

W, Zhou B, Mirabello L, Savage SA, Kraft P, Chanock SJ, Yeager M, Landi MT, Shi J, Chatterjee N, Amundadottir LT. Imputation and subset-based association analysis across different cancer types identifies multiple independent risk loci in the TERT-CLPTM1L region on chromosome 5p15.33. Hum Mol Genet. 2014 Dec 15;23(24):6616-33. doi: 10.1093/hmg/ddu363. Epub 2014 Jul 15. PubMed PMID: 25027329; PubMed Central PMCID: PMC4240198.

347.  Christen WG, Glynn RJ, **Gaziano JM**, Darke AK, Crowley JJ, Goodman PJ, Lippman SM, Lad TE, Bearden JD, Goodman GE, Minasian LM, Thompson IM Jr, Blanke CD, Klein EA. Age-related cataract in men in the selenium and vitamin e cancer prevention trial eye endpoints study: a randomized clinical trial. JAMA Ophthalmol. 2015 Jan;133(1):17-24. doi: 10.1001/jamaophthalmol.2014.3478. PubMed PMID: 25232809

348.  Rautiainen S, Lee IM, Rist PM, **Gaziano JM**, Manson JE, Buring JE, Sesso HD. Multivitamin use and cardiovascular disease in a prospective study of women. Am J Clin Nutr. 2015 Jan;101(1):144-52. doi: 10.3945/ajcn.114.088310. Epub 2014 Nov 5. PubMed PMID: 25527758; PubMed Central PMCID: PMC4266884.

349.  Matsumoto C, Petrone AB, Sesso HD, **Gaziano JM**, Djoussé L. Chocolate consumption and risk of diabetes mellitus in the Physicians' Health Study. Am J Clin Nutr. 2015 Feb;101(2):362-7. doi: 10.3945/ajcn.114.092221. Epub 2014 Nov 26. PubMed PMID: 25646334; PubMed Central PMCID: PMC4307206.

350.  Hshieh TT, Petrone AB, **Gaziano JM**, Djoussé L. Nut consumption and risk of mortality in the Physicians' Health Study. Am J Clin Nutr. 2015 Feb;101(2):407-12. doi: 10.3945/ajcn.114.099846. Epub 2014 Dec 17. PubMed PMID: 25646339; PubMed Central PMCID: PMC4307210.

351.  Smith SC Jr, Bittner V, **Gaziano JM**, Giacomini JC, Pack QR, Polk DM, Stone NJ, Wang S. COCATS 4 Task Force 2: Training in Preventive Cardiovascular Medicine(1). J Am Coll Cardiol. 2015 Mar 9. pii: S0735-1097(15)00825-6. doi: 10.1016/j.jacc.2015.03.018. [Epub ahead of print] PubMed PMID: 25777651.

352.  Wang L, Manson JE, Rautiainen S, **Gaziano JM**, Buring JE, Tsai MY, Sesso HD. A prospective study of erythrocyte polyunsaturated fatty acid, weight gain, and risk of becoming overweight or obese in middle-aged and older women. Eur J Nutr. 2015 Mar 29. [Epub ahead of print] PubMed PMID: 25820817.

353.  Machiela MJ, Zhou W, Sampson JN, Dean MC, Jacobs KB, Black A, Brinton LA, Chang IS, Chen C, Chen C, Chen K, Cook LS, Crous Bou M, De Vivo I, Doherty J, Friedenreich CM, Gaudet MM, Haiman CA, Hankinson SE, Hartge P, Henderson BE, Hong YC, Hosgood HD 3rd, Hsiung CA, Hu W, Hunter DJ, Jessop L, Kim HN, Kim YH, Kim YT, Klein R, Kraft P, Lan Q, Lin D, Liu J, Le Marchand L, Liang X, Lissowska J, Lu L, Magliocco AM, Matsuo K, Olson SH, Orlow I, Park JY, Pooler L, Prescott J, Rastogi R, Risch HA, Schumacher F, Seow A, Setiawan VW, Shen H, Sheng X, Shin MH, Shu XO, VanDen Berg D, Wang JC, Wentzensen N, Wong MP, Wu C, Wu T, Wu YL, Xia L, Yang HP, Yang PC, Zheng W, Zhou B, Abnet CC, Albanes D, Aldrich MC, Amos C, Amundadottir LT, Berndt SI, Blot WJ, Bock CH, Bracci PM, Burdett L, Buring JE, Butler MA, Carreón T, Chatterjee N, Chung CC, Cook MB, Cullen M, Davis FG, Ding T, Duell EJ, Epstein CG, Fan JH, Figueroa JD, Fraumeni JF Jr, Freedman ND, Fuchs CS, Gao YT, Gapstur SM, Patiño-Garcia A, Garcia-Closas M, **Gaziano JM**, Giles GG, Gillanders EM, Giovannucci EL, Goldin L, Goldstein AM, Greene MH, Hallmans G, Harris CC, Henriksson R, Holly EA, Hoover RN, Hu N, Hutchinson A, Jenab M, Johansen C, Khaw KT, Koh WP, Kolonel LN, Kooperberg C, Krogh V, Kurtz RC, LaCroix A, Landgren A, Landi MT, Li D, Liao LM,

64

Malats N, McGlynn KA, McNeill LH, McWilliams RR, Melin BS, Mirabello L, Peplonska B, Peters U, Petersen GM, Prokunina-Olsson L, Purdue M, Qiao YL, Rabe KG, Rajaraman P, Real FX, Riboli E, Rodríguez-Santiago B, Rothman N, Ruder AM, Savage SA, Schwartz AG, Schwartz KL, Sesso HD, Severi G, Silverman DT, Spitz MR, Stevens VL, Stolzenberg-Solomon R, Stram D, Tang ZZ, Taylor PR, Teras LR, Tobias GS, Viswanathan K, Wacholder S, Wang Z, Weinstein SJ, Wheeler W, White E, Wiencke JK, Wolpin BM, Wu X, Wunder JS, Yu K, Zanetti KA, Zeleniuch-Jacquotte A, Ziegler RG, de Andrade M, Barnes KC, Beaty TH, Bierut LJ, Desch KC, Doheny KF, Feenstra B, Ginsburg D, Heit JA, Kang JH, Laurie CA, Li JZ, Lowe WL, Marazita ML, Melbye M, Mirel DB, Murray JC, Nelson SC, Pasquale LR, Rice K, Wiggs JL, Wise A, Tucker M, Pérez-Jurado LA, Laurie CC, Caporaso NE, Yeager M, Chanock SJ. Characterization of large structural genetic mosaicism in human autosomes. Am J Hum Genet. 2015 Mar 5;96(3):487-97. doi: 10.1016/j.ajhg.2015.01.011. PubMed PMID: 25748358; PubMed Central PMCID: PMC4375431.

354.   Robbins JM, Petrone AB, Carr JJ, Pankow JS, Hunt SC, Heiss G, Arnett DK, Ellison RC, **Gaziano JM**, Djoussé L. Association of ideal cardiovascular health and calcified atherosclerotic plaque in the coronary arteries: The National Heart, Lung, and Blood Institute Family Heart Study. Am Heart J. 2015 Mar;169(3):371-378.e1. doi: 10.1016/j.ahj.2014.12.017. Epub 2015 Jan 6. PubMed PMID: 25728727; PubMed Central PMCID: PMC4346707.

355.   Gaudet MM, Kitahara CM, Newton CC, Bernstein L, Reynolds P, Weiderpass E, Kreimer AR, Yang G, Adami HO, Alavanja MC, Beane Freeman LE, Boeing H, Buring J, Chaturvedi A, Chen Y, D'Aloisio AA, Freedman M, Gao YT, **Gaziano JM**, Giles GG, Håkansson N, Huang WY, Lee IM, Linet MS, MacInnis RJ, Park Y, Prizment A, Purdue MP, Riboli E, Robien K, Sandler DP, Schairer C, Sesso HD, Ou Shu X, White E, Wolk A, Xiang YB, Zelenuich-Jacquotte A, Zheng W, Patel AV, Hartge P, Berrington de González A, Gapstur SM. Anthropometry and head and neck cancer:a pooled analysis of cohort data. Int J Epidemiol. 2015 Apr;44(2):673-81. doi: 10.1093/ije/dyv059. Epub 2015 Jun 6. PubMed PMID: 26050257; PubMed Central PMCID: PMC4481608.

356.   Djoussé L, Petrone AB, **Gaziano JM**. Consumption of fried foods and risk of heart failure in the physicians' health study. J Am Heart Assoc. 2015 Apr 23;4(4). pii: e001740. doi: 10.1161/JAHA.114.001740. PubMed PMID: 25907125; PubMed Central PMCID: PMC4579942

357.   Chamarthi B, **Gaziano JM**, Blonde L, Vinik A, Scranton RE, Ezrokhi M, Rutty D, Cincotta AH. Timed Bromocriptine-QR Therapy Reduces Progression of Cardiovascular Disease and Dysglycemia in Subjects with Well-Controlled Type 2 Diabetes Mellitus. J Diabetes Res. 2015;2015:157698. doi: 10.1155/2015/157698. Epub 2015 Apr 28. PubMed PMID: 26060823; PubMed Central PMCID: PMC4427775.

358.   Panagiotou OA, Travis RC, Campa D, Berndt SI, Lindstrom S, Kraft P, Schumacher FR, Siddiq A, Papatheodorou SI, Stanford JL, Albanes D, Virtamo J, Weinstein SJ, Diver WR, Gapstur SM, Stevens VL, Boeing H, Bueno-de-Mesquita HB, Barricarte Gurrea A, Kaaks R, Khaw KT, Krogh V, Overvad K, Riboli E, Trichopoulos D, Giovannucci E, Stampfer M, Haiman C, Henderson B, Le Marchand L, **Gaziano JM**, Hunter DJ, Koutros S, Yeager M, Hoover RN; PRACTICAL Consortium, Chanock SJ, Wacholder S, Key TJ, Tsilidis KK. A Genome-wide Pleiotropy Scan for Prostate Cancer Risk. Eur Urol. 2015 Apr;67(4):649-57. doi: 10.1016/j.eururo.2014.09.020. Epub 2014 Sep 30. PubMed PMID: 25277271; PubMed Central PMCID: PMC4359641.

359.   Wang Z, Rajaraman P, Melin BS, Chung CC, Zhang W, McKean-Cowdin R, Michaud D, Yeager M, Ahlbom A, Albanes D, Andersson U, Freeman LE, Buring JE, Butler MA, Carreón T,

J. Michael Gaziano
11/15/2016

Feychting M, Gapstur SM, **Gaziano JM**, Giles GG, Hallmans G, Henriksson R, Hoffman-Bolton J, Inskip PD, Kitahara CM, Marchand LL, Linet MS, Li S, Peters U, Purdue MP, Rothman N, Ruder AM, Sesso HD, Severi G, Stampfer M, Stevens VL, Visvanathan K, Wang SS, White E, Zeleniuch-Jacquotte A, Hoover R, Fraumeni JF, Chatterjee N, Hartge P, Chanock SJ. Further Confirmation of Germline Glioma Risk Variant rs78378222 in TP53 and Its Implication in Tumor Tissues via Integrative Analysis of TCGA Data. Hum Mutat. 2015 Jul;36(7):684-8. doi: 10.1002/humu.22799. Epub 2015 May 18. PubMed PMID: 25907361; PubMed Central PMCID: PMC4750473.

360.    Mayers JR, Wu C, Clish CB, Kraft P, Torrence ME, Fiske BP, Yuan C, Bao Y, Townsend MK, Tworoger SS, Davidson SM, Papagiannakopoulos T, Yang A, Dayton TL, Ogino S, Stampfer MJ, Giovannucci EL, Qian ZR, Rubinson DA, Ma J, Sesso HD, **Gaziano JM**, Cochrane BB, Liu S, Wactawski-Wende J, Manson JE, Pollak MN, Kimmelman AC, Souza A, Pierce K, Wang TJ, Gerszten RE, Fuchs CS, Vander Heiden MG, Wolpin BM. Elevation of circulating branched-chain amino acids is an early event in human pancreatic adenocarcinoma development. Nat Med. 2014 Oct;20(10):1193-8. doi: 10.1038/nm.3686. Epub 2014 Sep 28. PubMed PMID: 25261994; PubMed Central PMCID: PMC4191991.

361.    Khawaja O, Petrone AB, Kanjwal Y, **Gaziano JM**, Djoussé L. Chocolate Consumption and Risk of Atrial Fibrillation (from the Physicians' Health Study). Am J Cardiol. 2015 Aug 15;116(4):563-6. doi: 10.1016/j.amjcard.2015.05.009. Epub 2015 May 21. PubMed PMID: 26076989; PubMed Central PMCID: PMC4522217.

362.    Robbins J, Petrone AB, **Gaziano JM**, Djoussé L. Dietary vitamin D and risk of heart failure in the Physicians' Health Study. Clin Nutr. 2015 Apr 22. pii: S0261-5614(15)00121-1. doi: 10.1016/j.clnu.2015.04.011. [Epub ahead of print] PubMed PMID: 26077474.

363.    Djoussé L, Petrone AB, Blackshear C, Griswold M, Harman JL, Clark CR, Talegawkar S, Hickson DA, **Gaziano JM**, Dubbert PM, Correa A, Tucker KL, Taylor HA. Prevalence and changes over time of ideal cardiovascular health metrics among African-Americans: the Jackson Heart Study. Prev Med. 2015 May;74:111-6. doi: 10.1016/j.ypmed.2015.02.006. Epub 2015 Feb 21. PubMed PMID: 25712326; PubMed Central PMCID: PMC4397893.

364.    Tokede OA, Onabanjo TA, Yansane A, **Gaziano JM**, Djoussé L. Soya products and serum lipids: a meta-analysis of randomised controlled trials. Br J Nutr. 2015 Aug 13:1-13. [Epub ahead of print] PubMed PMID: 26268987

365.    Petrick JL, Sahasrabuddhe VV, Chan AT, Alavanja MC, Beane Freeman LE, Buring JE, Chen J, Chong DQ, Freedman ND, Fuchs CS, **Gaziano JM**, Giovannucci EL, Graubard BI, Hollenbeck AR, Hou L, Jacobs EJ, King LY, Koshiol J, Lee IM, Linet MS, Palmer JR, Purdue MP, Rosenberg L, Schairer C, Sesso HD, Sigurdson AJ, Wactawski-Wende J, Zeleniuch-Jacquotte A, Campbell PT, McGlynn KA. NSAID use and risk of hepatocellular carcinoma and intrahepatic cholangiocarcinoma: The Liver Cancer Pooling Project. Cancer Prev Res (Phila). 2015 Sep 21. pii: canprevres.0126.2015. [Epub ahead of print] PubMed PMID: 26391917.

366.    Petrick JL, Freedman ND, Graubard BI, Sahasrabuddhe VV, Lai GY, Alavanja MC, Beane-Freeman LE, Boggs DA, Buring JE, Chan AT, Chong DQ, Fuchs CS, Gapstur SM, **Gaziano JM**, Giovannucci EL, Hollenbeck AR, King LY, Koshiol J, Lee IM, Linet MS, Palmer JR, Poynter JN, Purdue MP, Robien K, Schairer C, Sesso HD, Sigurdson AJ, Zeleniuch-Jacquotte A, Wactawski-Wende J, Campbell PT, McGlynn KA. Coffee Consumption and Risk of Hepatocellular Carcinoma and Intrahepatic Cholangiocarcinoma by Sex: The Liver Cancer Pooling Project. Cancer Epidemiol Biomarkers Prev. 2015 Sep;24(9):1398-406. doi:

10.1158/1055-9965.EPI-15-0137. Epub 2015 Jun 30. PubMed PMID: 26126626; PubMed Central PMCID: PMC4576990.

367.   Jiménez MC, Rexrode KM, Glynn RJ, Ridker PM, **Gaziano JM**, Sesso HD. Association Between High-Sensitivity C-Reactive Protein and Total Stroke by Hypertensive Status Among Men. J Am Heart Assoc. 2015 Sep 21;4(9). pii: e002073. doi: 10.1161/JAHA.115.002073. PubMed PMID: 26391131.

368.   Sesso HD, Jiménez MC, Wang L, Ridker PM, Buring JE, **Gaziano JM.** Plasma Inflammatory Markers and the Risk of Developing Hypertension in Men. J Am Heart Assoc. 2015 Sep 21;4(9). pii: e001802. doi: 10.1161/JAHA.115.001802. PubMed PMID: 26391130.

369.   Hennekens CH, Bensadon BA, Zivin R, Gaziano JM. Hypothesis: glutaminyl cyclase inhibitors decrease risks of Alzheimer's disease and related dementias. Expert Rev Neurother. 2015;15(11):1245-8. PMID: 26450764.

370.   Genkinger JM, Kitahara CM, Bernstein L, Berrington de Gonzalez A, Brotzman M, Elena JW, Giles GG, Hartge P, Singh PN, Stolzenberg-Solomon RZ, Weiderpass E, Adami HO, Anderson KE, Beane-Freeman LE, Buring JE, Fraser GE, Fuchs CS, Gapstur SM, **Gaziano JM,** Helzlsouer KJ, Lacey JV Jr, Linet MS, Liu JJ, Park Y, Peters U, Purdue MP, Robien K, Schairer C, Sesso HD, Visvanathan K, White E, Wolk A, Wolpin BM, Zeleniuch-Jacquotte A, Jacobs EJ. Central adiposity, obesity during early adulthood, and pancreatic cancer mortality in a pooled analysis of cohort studies. Ann Oncol. 2015 Sep 7. pii: mdv355. [Epub ahead of print] Review. PubMed PMID: 26347100.

371.   Thukkani AK, Agrawal K, Prince L, Smoot KJ, Dufour AB, Cho K, Gagnon DR, Sokolovskaya G, Ly S, Temiyasathit S, Faxon DP, **Gaziano JM**, Kinlay S. Long-Term Outcomes in Patients With Diabetes Mellitus Related to Prolonging Clopidogrel More Than 12 Months After Coronary Stenting. J Am Coll Cardiol. 2015 Sep 8;66(10):1091-101. doi: 10.1016/j.jacc.2015.06.1339. PubMed PMID: 26337986; PubMed Central PMCID: PMC4578293.

372.   Siddiqi OK, Smoot KJ, Dufour AB, Cho K, Young M, Gagnon DR, Ly S, Temiyasathit S, Faxon DP, **Gaziano JM**, Kinlay S. Outcomes with prolonged clopidogrel therapy after coronary stenting in patients with chronic kidney disease. Heart. 2015 Oct 1;101(19):1569-76. doi: 10.1136/heartjnl-2014-307168. Epub 2015 Jul 24. PubMed PMID: 26209334; PubMed Central PMCID: PMC4580134. .

373.   Miedema MD, Petrone A, Shikany JM, Greenland P, Lewis CE, Pletcher MJ, **Gaziano JM**, Djousse L. Association of Fruit and Vegetable Consumption During Early Adulthood With the Prevalence of Coronary Artery Calcium After 20 Years of Follow-Up: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Circulation. 2015 Nov 24;132(21):1990-8. doi: 10.1161/CIRCULATIONAHA.114.012562. Epub 2015 Oct 26. PubMed PMID: 26503880; PubMed Central PMCID: PMC4659718.

374.   Sampson JN, Wheeler WA, Yeager M, Panagiotou O, Wang Z, Berndt SI, Lan Q, Abnet CC, Amundadottir LT, Figueroa JD, Landi MT, Mirabello L, Savage SA, Taylor PR, De Vivo I, McGlynn KA, Purdue MP, Rajaraman P, Adami HO, Ahlbom A, Albanes D, Amary MF, An SJ, Andersson U, Andriole G Jr, Andrulis IL, Angelucci E, Ansell SM, Arici C, Armstrong BK, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Becker N, Benavente Y, Benhamou S, Berg C, Van Den Berg D, Bernstein L, Bertrand KA, Birmann BM, Black A, Boeing H, Boffetta P, Boutron-Ruault MC, Bracci PM, Brinton L, Brooks-Wilson AR, Bueno-de-Mesquita HB, Burdett L, Buring J, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Carrato A, Carreon T, Carta A, Chan JK, Chang ET, Chang GC, Chang IS, Chang J, Chang-Claude J, Chen CJ, Chen

CY, Chen C,  Chen CH, Chen C, Chen H, Chen K, Chen KY, Chen KC, Chen Y, Chen YH, Chen YS, Chen YM, Chien LH, Chirlaque MD, Choi JE, Choi YY, Chow WH, Chung CC, Clavel J, Clavel-Chapelon F, Cocco P, Colt JS, Comperat E, Conde L, Connors JM, Conti D, Cortessis VK, Cotterchio M, Cozen W, Crouch S, Crous-Bou M, Cussenot O, Davis FG, Ding T, Diver WR, Dorronsoro M, Dossus L, Duell EJ, Ennas MG, Erickson RL, Feychting AM, Foretova L, Fraumeni JF Jr, Freedman ND, Beane Freeman  LE, Fuchs C, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M,  García-Closas R, Gascoyne RD, Gastier-Foster J, Gaudet MM, **Gaziano JM**, Giffen C,  Giles GG, Giovannucci E, Glimelius B, Goggins M, Gokgoz N, Goldstein AM, Gorlick  R, Gross M, Grubb R 3rd, Gu J, Guan P, Gunter M, Guo H, Habermann TM, Haiman CA, Halai D, Hallmans G, Hassan M, Hattinger C, He Q, He X, Helzlsouer K, Henderson B, Henriksson R, Hjalgrim H, Hoffman-Bolton J, Hohensee C, Holford TR, Holly EA, Hong YC, Hoover RN, Horn-Ross PL, Hosain GM, Hosgood HD 3rd, Hsiao CF, Hu N, Hu W, Hu Z, Huang MS, Huerta JM, Hung JY, Hutchinson A, Inskip PD, Jackson RD, Jacobs EJ, Jenab M, Jeon HS, Ji BT, Jin G, Jin L, Johansen C, Johnson A, Jung YJ, Kaaks R, Kamineni A, Kane E, Kang CH, Karagas MR, Kelly RS, Khaw KT, Kim C, Kim HN, Kim JH, Kim JS, Kim YH, Kim YT, Kim YC, Kitahara CM, Klein AP, Klein RJ, Kogevinas M, Kohno T, Kolonel LN, Kooperberg C, Kricker A, Krogh V, Kunitoh H, Kurtz RC, Kweon SS, LaCroix A, Lawrence C, Lecanda F, Lee VH, Li D, Li H, Li J, Li YJ, Li Y, Liao LM, Liebow M, Lightfoot T, Lim WY, Lin CC, Lin D, Lindstrom S,  Linet MS, Link BK, Liu C, Liu J, Liu L, Ljungberg B, Lloreta J, Di Lollo S, Lu D, Lund E, Malats N, Mannisto S, Le Marchand L, Marina N, Masala G, Mastrangelo G, Matsuo K, Maynadie M, McKay J, McKean-Cowdin R, Melbye M, Melin BS, Michaud DS, Mitsudomi T, Monnereau A, Montalvan R, Moore LE, Mortensen LM, Nieters A, North KE, Novak AJ, Oberg AL, Offit K, Oh IJ, Olson SH, Palli D, Pao W, Park IK, Park JY, Park KH, Patiño-Garcia A, Pavanello S, Peeters PH, Perng RP, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Prokunina-Olsson L, Qian B, Qiao YL, Rais M, Riboli E, Riby J, Risch HA, Rizzato C, Rodabough R, Roman E, Roupret M, Ruder AM, Sanjose Sd, Scelo G, Schned A, Schumacher F, Schwartz K, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Setiawan VW, Severi G, Severson RK, Shanafelt TD, Shen H, Shen W, Shin MH, Shiraishi K, Shu XO, Siddiq A, Sierrasesúmaga L, Sihoe AD, Skibola CF, Smith A, Smith MT, Southey MC, Spinelli JJ, Staines A, Stampfer M, Stern MC, Stevens VL, Stolzenberg-Solomon RS, Su J, Su WC, Sund M, Sung JS, Sung SW, Tan W, Tang W, Tardón A, Thomas D, Thompson CA, Tinker LF, Tirabosco R, Tjønneland A, Travis RC, Trichopoulos D, Tsai FY, Tsai YH, Tucker M, Turner J, Vajdic CM, Vermeulen RC, Villano DJ, Vineis P, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Wang CL, Wang JC, Wang J, Wei F, Weiderpass E, Weiner GJ, Weinstein S, Wentzensen N, White E, Witzig TE, Wolpin BM, Wong MP, Wu C, Wu G, Wu J, Wu T, Wu W, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Xu P, Yang PC, Yang TY, Ye Y, Yin Z, Yokota J, Yoon HI, Yu CJ, Yu H, Yu K, Yuan JM, Zelenetz A, Zeleniuch-Jacquotte A, Zhang XC, Zhang Y, Zhao X, Zhao Z, Zheng H, Zheng T, Zheng W, Zhou B, Zhu M, Zucca M, Boca SM, Cerhan JR, Ferri GM,  Hartge P, Hsiung CA, Magnani C, Miligi L, Morton LM, Smedby KE, Teras LR, Vijai J, Wang SS, Brennan P, Caporaso NE, Hunter DJ, Kraft P, Rothman N, Silverman DT,  Slager SL, Chanock SJ, Chatterjee N. Analysis of Heritability and Shared Heritability Based on Genome-Wide Association Studies for Thirteen Cancer Types. J Natl Cancer Inst. 2015 Oct 12;107(12):djv279. doi: 10.1093/jnci/djv279. Print 2015 Dec. PubMed PMID: 26464424

375.    Harvey PD, Aslan M, Du M, Zhao H, Siever LJ, Pulver A, **Gaziano JM**, Concato J. Factor structure of cognition and functional capacity in two studies of schizophrenia and bipolar disorder: Implications for genomic studies. Neuropsychology. 2016 Jan;30(1):28-39. doi: 10.1037/neu0000245. PubMed PMID: 26710094; PubMed Central PMCID: PMC4693294.

J. Michael Gaziano
11/15/2016

376. Djoussé L, Khawaja OA, **Gaziano JM**. Egg consumption and risk of type 2 diabetes: a meta-analysis of prospective studies. Am J Clin Nutr. 2016 Feb;103(2):474-80. doi: 10.3945/ajcn.115.119933. Epub 2016 Jan 6. PubMed PMID: 26739035.

377. Yuan C, Clish CB, Wu C, Mayers JR, Kraft P, Townsend MK, Zhang M, Tworoger SS, Bao Y, Qian ZR, Rubinson DA, Ng K, Giovannucci EL, Ogino S, Stampfer MJ, **Gaziano JM**, Ma J, Sesso HD, Anderson GL, Cochrane BB, Manson JE, Torrence ME, Kimmelman AC, Amundadottir LT, Vander Heiden MG, Fuchs CS, Wolpin BM. Circulating Metabolites and Survival Among Patients With Pancreatic Cancer. J Natl Cancer Inst. 2016 Jan 11;108(6). pii: djv409. doi: 10.1093/jnci/djv409. Print 2016 Jun. PubMed PMID: 26755275.

378. Kitahara CM, McCullough ML, Franceschi S, Rinaldi S, Wolk A, Neta G, Olov Adami H, Anderson K, Andreotti G, Beane Freeman LE, Bernstein L, Buring JE, Clavel-Chapelon F, De Roo LA, Gao YT, **Gaziano JM**, Giles GG, Håkansson N, Horn-Ross PL, Kirsh VA, Linet MS, MacInnis RJ, Orsini N, Park Y, Patel AV, Purdue MP, Riboli E, Robien K, Rohan T, Sandler DP, Schairer C, Schneider AB, Sesso HD, Shu XO, Singh PN, van den Brandt PA, Ward E, Weiderpass E, White E, Xiang YB, Zeleniuch-Jacquotte A, Zheng W, Hartge P, de González AB. Anthropometric Factors and Thyroid Cancer Risk by Histological Subtype: Pooled Analysis of 22 Prospective Studies. Thyroid. 2016 Feb;26(2):306-18. doi: 10.1089/thy.2015.0319. PubMed PMID: 26756356; PubMed Central PMCID: PMC4754509.

379. Gaziano JM, Concato J, Brophy M, Fiore L, Pyarajan S, Breeling J, Whitbourne S, Deen J, Shannon C, Humphries D, Guarino P, Aslan M, Anderson D, LaFleur R, Hammond T, Schaa K, Moser J, Huang G, Muralidhar S, Przygodzki R, O'Leary TJ. Million Veteran Program: A mega-biobank to study genetic influences on health and disease. J Clin Epidemiol. 2016 Feb;70:214-23. PMID: 26441289.

380. Dodson JA, Petrone A, Gagnon DR, Tinetti ME, Krumholz HM, Gaziano JM. Incidence and Determinants of Traumatic Intracranial Bleeding Among Older Veterans Receiving Warfarin for Atrial Fibrillation. JAMA Cardiol. 2016 Apr 1;1(1):65-72. PubMed PMID: 27437657.

381. Rautiainen S, Rist PM, Glynn RJ, Buring JE, Gaziano JM, Sesso HD. Multivitamin Use and the Risk of Cardiovascular Disease in Men. J Nutr. 2016 Jun;146(6):1235-40. PMCID: PMC4877630.

382. Imran TF, Patel Y, Ellison RC, Carr JJ, Arnett DK, Pankow JS, Heiss G, Hunt SC, Gaziano JM, Djoussé L. Walking and Calcified Atherosclerotic Plaque in the Coronary Arteries: The National Heart, Lung, and Blood Institute Family Heart Study. Arterioscler Thromb Vasc Biol. 2016 Jun;36(6):1272-7. PMCID: PMC4882221.

383. Imran TF, Rahman I, Dikdan S, Shah R, Niazi OT, Thirunahari N, Alhaj E, Klapholz M, Gaziano JM, Djousse L. QT Prolongation and Clinical Outcomes in Patients with Takotsubo Cardiomyopathy. Pacing Clin Electrophysiol. 2016 Jun;39(6):607-11. PMID:27062153.

## Research Investigations without named authorship

1. Emerging Risk Factors Collaboration. The Emerging Risk Factors Collaboration: analysis of individual data on lipid, inflammatory and other markers in over 1.1 million participants in 104 prospective studies of cardiovascular diseases. Eur J Epidemiol 2007; 22:839-69.

2. Tinker LF, Bonds DE, Margolis KL, Manson JE, Howard B, Larson J, Perri MG, Beresford SA, Robinson JG, Rodriguez B, Safford MM, Wenger NK, Stevens VJ, Parker LM; Women's Health Initiative. Low-fat dietary pattern and risk of treated diabetes mellitus in post menopausal women: the Women's Health Initiative randomized controlled dietary modification trial. Arch Intern Med

J. Michael Gaziano
11/15/2016

2008; 168:1500-11.

3.  Brunner RL, Cochrane B, Jackson RD, Larson J, Lewis C, Limacher M, Rosal M, Shumaker S, Wallace R, Women's Health Initiative Investigators.  Calcium, vitamin D supplementation, and physical function in the Women's Health Initiative.  J Am Diet Assoc 2008; 108:1472-9.

4.  Chlebowski RT, Johnson KC, Kooperberg C, Pettinger M, Wactawski-Wende J, Rohan T. Rossouw J, Lane D, o'Sullivan MJ, Yasmeen S, Hiatt RA, Shikany JM, Vitolins M, Khandekar J, Hubbell FA; Women's Health Initiative Investigators.  Calcium plus vitamin D supplementation and the risk of breast cancer.  J Natl Cancer Inst 2008; 100:1581-91. [PMCID: PMC2673920]

5.  Ritenbaugh C, Stanford JL, Wu L, Shikany JM, Schoen RE, Stefanick ML. Taylor V, Garland C, Frank G., Lane D, Mason E, McNeeley SC, Ascensao J, Chlebowski RT; Women's Health Initiative Investigators.  Cancer Epidemiol Biomarkers Prev 2008; 2609-18.

6.  Chlebowski RT, Kuller LH, Prentice RL, Stfanick ML, Manson JE, Gass M, Aragaki AK , Ockene JK, Lane DS, Sarto GE, Rajkovic A, Schenken R, Hendrix SL, Ravdin PM, Rohan TE, Yasmeen S, Anderson G; WHI Investigators.  Breast cancer after use of estrogen plus progestin in postmenopausal women. N Engl J Med 2009; 360:573-87.

7.  Prospective Studies Collaboration, Whitlock G, Lewington S, Sherliker P, Clarke R, Emberson J, Halsey J, Qizilbash N, Collins R, Peto R.  Body-mass index and cause-specific mortality in 900,000 adults:  collaborative analyses of 57 prospective studies.  Lancet 2009; 373:1083-96

8.  Antithrombotic Trialists' (ATT) Collaboration, Baigent C, Blackwell L, Collins R, Emberson J, Godwin J, Peto R, Buring J, Hennekens C, Kearney P, Meade T, Patrono  C, Roncaglioni MC, Zanchetti A. Aspirin in the primary and secondary prevention of vascular disease collaborative meta-analysis of individual participant data from randomised trials. Lancet 2009; 373:1849-60.

9.  Emerging Risk Factors Collaboration, Erqou S, Kaptoge S, Perry PL, Di Angelantonio E, Thompson A, White IR, Marcovina SM, Collins R, Thompson SG, Danesh J. Lipoprotein (a) concentration and the risk of coronary heart disease, stroke and nonvascular mortality. JAMA 2009; 302:394-400.

10. McTiernan A, Wactawski-Wende J, Wu L, Rodabough RJ, Watts NB, Tylavsky F, Freeman R, Hendrix S, Jackson R, Women's Health Initiative Investigators.  Low-fat, increased fruit, vegetable and grain dietary pattern, fractures, and bone mineral density; the Women's Health Initiative Dietary Modification Trial. Am J Clin Nutr, 2009 89:1864-1876. [PMCID: PMC2682999]

11. Chlebowski RT, Schwartz AG, Wakelee H, Anderson GL, Stefanick ML, Manson JE, Rodabough RJ, Chien JW, Wactawski-Wende J, Gasss M, Kotchen JM, Johnson KC, O'Sullivan MJ, Ockene JK, Chen C, Hubbell FA; Women's Health Initiative Investigators.  Oestrogen plus progestin and lung cancer in postmenopausal women (Women's Health Initiative Trial): a post-hoc analysis of a randomized controlled trial. Lancet 2009; 274:1243-51.

12. Emerging Risk Factors Collaboration, Di Angelantonio E, Sarwar N, Perry P, Kaptoge S, Ray KK, Thompson A, Wood AM, Lewington S, Sattar N, Packard CJ, Collins R, Thompson SG, Danesh J.

J. Michael Gaziano
11/15/2016

Major lipids, Apolipoproteins, and risk of vascular disease. JAMA 2009; 302: 1993-2000.

13. Elliott KS, Zeggini E, McCarthy MI, Gudmundsson J, Sulem P, Stacey SN, Thorlacius S, Amundadottir L, Grönberg H, Xu J, Gaborieau V, Eeles RA, Neal DE, Donovan JL, Hamdy FC, Muir K, Hwang SJ, Spitz MR, Zanke B, Carvajal-Carmona L, Brown KM; Australian Melanoma Family Study Investigators, Hayward NK, Macgregor S, Tomlinson IP, Lemire M, Amos CI, Murabito JM, Isaacs WB, Easton DF, Brennan P; PanScan Consortium, Barkardottir RB, Gudbjartsson DF, Rafnar T, Hunter DJ, Chanock SJ, Stefansson K, Ioannidis JP. Evaluation of association of HNF1B variants with diverse cancers: collaborative analysis of data from 19 genome-wide association studies. PLoS One. 2010; 5:e10858. [PMCID: PMC2878330]

14. Sharp Collaborative Group.  Study of Heart and Renal Protection (SHARP): randomized trial to assess the effects of lowering low-density lipoprotein cholesterol among 9,438 patients with chronic kidney disease. Am Heart J. 2010 Nov;160(5):785-794.

15. Thompson S., Kaptoge S, White I, Wood A, Perry P, Danesh J; Emerging Risk Factors Collaboration. Statistical methods for the time-to-event analysis of individual participant data from multiple epidemiological studies. Int J. Epidemiol 2010; 29:1345-59.

16. Chlebowski RT, Anderson GL, Gass M, Lane DS, Aragaki AK, Kuller LH, Manson JE, Stefanick ML, Ockene J, Sarto GE, Johnson KC, Wactawski-Wende J, Ravdin PM, Schenken R, Hendrix SL, Rajkovic A, Rohan TE, Yasmeen S, Prentice RL; WHI Investigators. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. JAMA 2010 204:1684-92.

17. Emerging Risk Factors Collaboration, Sarwar N, Gao P, Seshasai SR, Gobin R, Kaptoge S. DiAngelantonio E, Ingelsson E, Lawlor DA, Selvin E, Stampfer M, Stehouwer CD, Lewington S, Pennells L, Thompson A, Sattar N, Whiate IR, Ray KK, Danesh J.  Diabetes mellitus, fasting blood glucose concentration, and risk of vascular disease:  a collaborative meta-analysis of 102 prospective studies.  Lancet 2010 275:2215-22.

18. Elliott KS, Zeggini E, McCarthy MI, Gudmundsson J, Sulem P, Stacey SN, Thorlacius S, Amundadottir L, Grönberg H, Xu J, Gaborieau V, Eeles RA, Neal DE, Donovan JL, Hamdy FC, Muir K, Hwang SJ, Spitz MR, Zanke B, Carvajal-Carmona L, Brown KM; Australian Melanoma Family Study Investigators, Hayward NK, Macgregor S, Tomlinson IP, Lemire M, Amos CI, Murabito JM, Isaacs WB, Easton DF, Brennan P; PanScan Consortium, Barkardottir RB, Gudbjartsson DF, Rafnar T, Hunter DJ, Chanock SJ, Stefansson K, Ioannidis JP.  Evaluation of association of HNF1B variants with diverse cancers: collaborative analysis of data from 19 genome-wide association studies. PLoS One 2010; 28:5:e10858.

19. LaCroix AZ, Chlebowski RT, Manson JE, Aragaki AK, Johnson KC, Martin L, Margolis KL, Stefanick ML, Brzyski R, Curb JD, Howard BV, Lewis CE, Wactawski-Wende J. Health outcomes after stopping conjugated eguine estrogens among postmenopausal women with prior hysterectomy: a randomized controlled trial. WHI Investigators.  JAMA  2011; 305:1305-14.

20. Baigent C, Landray MJ, Reith C, Emberson J, Wheeler DC, Tomson C, Wanner C, Krane V, Cass A, Craig J, Neal B, Jiang L, Hooi LS, Levin A, Agodoa L, **Gaziano M**, Kasiske B, Walker R, Massy ZA, Feldt-Rasmussen B, Krairittichai U, Ophascharoensuk V, Fellström B, Holdaas H, Tesar V, Wiecek A, Grobbee D, de Zeeuw D, Grönhagen-Riska C, Dasgupta T, Lewis D,

J. Michael Gaziano
11/15/2016

Herrington W, Mafham M, Majoni W, Wallendszus K, Grimm R, Pedersen T, Tobert J, Armitage J, Baxter A, Bray C, Chen Y, Chen Z, Hill M, Knott C, Parish S, Simpson D, Sleight P, Young A, Collins R; SHARP Investigators. The effects of lowering LDL cholesterol with simvastatin plus ezetimbe in patients with chronic kidney disease (Study of Heart and Renal Protection): a randomized placebo-controlled trial. Lancet 2011 June 25; 277:2181-92.

21. Emerging Risk Factors Collaboration, Seshasai SR, Kaptoge S, Thompson A, Di Angelantonio E, Gao P, Sarwar N, Whincup PH, Mukamal KJ, Gillum RF, Holme I, Njølstad I, Fletcher A, Nilsson P, Lewington S, Collins R, Gudnason V, Thompson SG, Sattar N, Selvin E, Hu FB, Danesh J. Diabetes mellitus, fasting glucose, and risk of cause-specific death. N Engl J Med. 2011 Mar 3;364(9):829-41. Erratum in: N Engl J Med. 2011 Mar 31;364(13):1281.

22. Rapsomaniki E, White IR, Wood AM, Thompson SG; Emerging Risk factors Collaboration. A framework for quantifying net benefits of alternative prognostic. Stat Med. 2012 Jan 30;31(2):114-30. doi:10.1002/sim.4362. [Epub 2011 Sep 9].

23. Clarke R, Bennett DA, Parish S, Verhoef P, Dotsch-Klerk M, Lathrop M, Xu P, Nordestgaard BG, Holm H., Hopewell JC, Saleheen D, Tanaka T, Anand SS, Chambers JC, Kleber ME, Ouwehand WH, Yamada Y, Elbers C, Peters B, Stewart AF, Reilly MM, Thorand B, Yusuf S, Engert JC, Assimes TL, Kooner J, Danesh J, Watkins H, Samani NJ, Colins R, Peto R; MTHRF Studies Collaborative Group. Homocysteine and coronary heart disease: met-analysis of MTHFR case-control studies avoiding publication bias. PloS Med 2012; 9:e1001177 Epub 2012 Feb 21

24. The Emerging Risk Factors Collaboration. Adult height and the risk of cause-specific death and vascular morbidity in 1 million people: individual participant meta-analysis. Int J Epidemiol 2012; July 23 [Epub ahead of print]

25. Bhattacharjee S, Rajaraman P, Jacobs KB, Wheeler WA, Melin BS, Hartge P; GliomaScan Consortium, Yeager M, Chung CC, Chanock SJ, Chatterjee N. A subset-based approach improves power and interpretation for the combined analysis of genetic association studies of heterogeneous traits. Am J Hum Genet. 2012 May 4;90(5):821-35. [PMCID: PMC3376551]

26. Singh GM, Danaei G, Farzadfar F, Stevens GA, Woodward M, Wormser D, Kaptoge S, Whitlock G, Qiao Q, Lewington S, Di Angelantonio E, Vander Hoorn S, Lawes CM, Ali MK, Mozaffarian D, Ezzati M; Global Burden of Metabolic Risk Factors of Chronic Diseases Collaborating Group; Asia-Pacific Cohort Studies Collaboration (APCSC); Diabetes Epidemiology: Collaborative analysis of Diagnostic criteria in Europe (DECODE); Emerging Risk Factor Collaboration (ERFC); Prospective Studies Collaboration (PSC). The age-specific quantitative effects of metabolic risk factors on cardiovascular diseases and diabetes: a pooled analysis. PLoS One. 2013 Jul 30;8(7):e65174. [PMCID: PMC3728292]

27. Blein S, Berndt S, Joshi AD, Campa D, Ziegler RG, Riboli E, Cox DG; NCI Breast and Prostate Cancer Cohort Consortium. Factors associated with oxidative stress and cancer risk in the Breast and Prostate Cancer Cohort Consortium. Free Radic Res. 2014 Mar;48(3):380-6. PubMed PMID: 24437375.

28. White IR, Rapsomaniki E; Emerging Risk Factors Collaboration. Covariate-adjusted measures of discrimination for survival data. Biom J. 2015 Jul;57(4):592-613. doi: 10.1002/bimj.201400061. Epub 2014 Dec 20. PubMed PMID: 25530064; PubMed Central PMCID: PMC4666552.

## Non-peer reviewed scientific or medical publications/materials in print or other media

### Proceedings of Meetings

1. Steinberg D and Workshop Participants. Antioxidants in the prevention of human atherosclerosis: Summary of the proceedings of a National Heart, Lung, and Blood Institute Workshop: September 5-6, 1991, Bethesda, Maryland. Circulation 1992;85(6):2337-47.

2. Hennekens CH, **Gaziano JM**. Epidemiology and clinical evidence. Antioxidants and heart disease. A satellite meeting prior to the American Heart Association Convention. Clin Cardiol 1993;16 (suppl I):I10-15.

3. **Gaziano JM**, Buring JE. Alcohol intake, lipids and risks of myocardial infarction. In: Chadwick DJ, Goode JA (eds) Alcohol and cardiovascular diseases. Novaritis Foundation symposium on alcohol and cardiovascular diseases. London. Wiley & Sons Ltd. 1998. pp 86-110.

4. **Gaziano JM**. Antioxidant vitamins and cardiovascular disease. In: Reviews on Antioxidant Vitamins (Buring JE, Hennekens CH, Guest Editors); Proceedings of the Association of American Physicians. 1999;111:2-9.

5. **Gaziano JM**. Triglycerides: Risk factor or bystander? In: Plutzky J (ed) First US-Japanese Dialogue on Lipid Disorders and Coronary Artery Disease. London. Royal Society of Medicine Press. 1999;238:33-41.

6. **Gaziano JM**. The epidemiology of flavonoids. In: Rice-Evans C (ed) Proceedings of Wake up to Flavonoids. London. Royal Society of Medicine. 2000; 226:53-62.

### Reviews, chapters, monographs and editorials

1. **Gaziano JM**, Manson JE, Buring JE, Hennekens CH. Dietary antioxidants in cardiovascular disease. Ann NY Acad Sci 1992;669:249-259.

2. **Gaziano JM**, Hennekens CH. Antioxidants and cardiovascular disease. Curr Opinion Lipid 1992;291-294.

3. **Gaziano JM**, Hennekens CH. The epidemiology of dietary antioxidants and atherosclerotic disease. Asia Pacific J Clin Nutr 1993;2 (Suppl 1): 27-31.

4. Manson JE, **Gaziano JM**, Jonas M, Hennekens CH. Antioxidants and cardiovascular disease. J Am Coll Nutr 1993;12:426-432.

5. **Gaziano JM**, Hennekens CH. The role of beta carotene in the prevention of cardiovascular

J. Michael Gaziano
11/15/2016

disease. Ann NY Acad Sci 1993;691:148-155.

6. **Gaziano JM**, Hennekens CH. Antioxidant vitamins, diabetes, and cardiovascular disease. Clin Diabet, 1994;12:88-91.

7. **Gaziano JM**, Hennekens CH. Oxidation and antioxidants in atherosclerotic disease. Heartbeat: J International Soc Federation of Cardiology. 1994;2:1-2.

8. **Gaziano JM**. Antioxidant vitamins and coronary artery disease risk. Am J Med 1994;97:18s-21s.

9. **Gaziano JM**, Hennekens CH. The lipid hypothesis of atherogenesis. Lancet 1994;343:905-906 (Book review).

10. **Gaziano JM**, Manson JM, Hennekens CH. Natural antioxidants and cardiovascular disease: observational epidemiologic studies and randomized trials. In: Frei, B, ed. Natural Antioxidants in Human Health and Science. San Diego: Academic Press, Inc., 1994. pp 387-409.

11. **Gaziano JM**, Hennekens CH. Royal colleges' advice on alcohol consumption. Maintaining existing limits seems justified on current evidence. Br Med J 1995;311:3-4.

12. Hebert PR, **Gaziano JM**, Hennekens CH. An overview of cholesterol lowering and risk of stroke. Arch Intern Med 1995;155:50-55.

13. **Gaziano JM**, Hennekens CH. Dietary Fat and Risk of Prostate Cancer. J Natl Cancer Inst 1995;87:14-15.

14. Manson JE, **Gaziano JM**, Spelsberg A, Ridker PM, Buring JE, Willett WC, Hennekens CH. A secondary prevention trial of antioxidant vitamins and cardiovascular disease in women: rationale, design and methods. Ann Epidemiol 1995;5:261-269.

15. Hennekens CH, **Gaziano JM**, Manson JE, Buring JE. Antioxidant vitamin-cardiovascular disease hypothesis. Still promising, but still unproven: The need for randomized trials. Am J Clin Nutr 1995; 62:1377S-1380S .

16. **Gaziano JM**, Hennekens CH. Antioxidant vitamins in the prevention of coronary artery disease. Contemp Intern Med 1995;7:11-14.

17. **Gaziano JM**, Hennekens CH, Buring JE. Methodological Issues in the Design of Primary Prevention Trials. In: Hakama M., Beral V, Buiatti E, Faivre J, Parkin DM, eds. Chemoprevention in Cancer Control. Lyon: IARC Scientific Publication No. 136. 1995. pp 7-12.

18. **Gaziano JM**, Manson JE. Diet and heart disease. The role of fat, alcohol, and antioxidants. Cardiol Clin 1996;14:69-83.

19. Lynch SM, **Gaziano JM**, Frei B. Ascorbic acid and atherosclerotic cardiovascular disease. Subcell Biochem 1996; 25:331-67.

20. **Gaziano JM**, Hennekens CH, Buring JE. Methodological issues in the design of primary prevention trials. IARC Sci Publ 1996; 136:7-12.

21. **Gaziano JM**, Hebert P, Hennekens CH. Cholesterol reduction: Weighing the benefits and risks. Ann Intern Med 1996; 124:914-918.

22. **Gaziano JM**, Hennekens CH. Update on dietary antioxidants and cancer. Path Biol 1996; 44:42-45.

23. Godfried SL, **Gaziano JM**, Hennekens CH. Antithrombotic and thrombolytic therapies for acute myocardial infarction. J Cardiovasc Risk 1996; 3:453-457.

24.	**Gaziano JM**. Antioxidants in cardiovascular disease: randomized trials. Nutrition 1996;12:583-588.

25.	Hennekens CH, Albert CM, Godfried SL, **Gaziano JM**, Buring JE.  Adjunctive drug therapy of acute myocardial infarction.  N Engl J Med 1996; 335:1660-1667.

26.	**Gaziano JM**, Godfried SL, Hennekens CH.  Alcohol and coronary heart disease.  Trends Cardiovasc Med 1996; 6:175-178.

27.	**Gaziano JM**.  Antioxidants in cardiovascular disease:  randomized trials.  Nutr Rev 1996;54:175-177.

28.	**Gaziano JM**.  Randomized trials of dietary antioxidants in cardiovascular disease prevention and treatment.  J Cardiovasc Risk 1996;3:368-372.

29.	Manson JE, **Gaziano JM**, Ridker PM, Hennekens CH. Myocardial infarction: Epidemiologic overview. In: Manson JE, Ridker PM, **Gaziano JM**, Hennekens CH, eds.  Prevention of Myocardial Infarction.  New York: Oxford University Press. 1996. pp 3-31.

30.	**Gaziano JM**, Steinberg D.  Natural antioxidants.  In: Manson JE, Ridker PM, **Gaziano JM**, Hennekens CH, eds.  Prevention of Myocardial Infarction. New York: Oxford University Press. 1996. pp 321-350.

31.	Ridker PM, **Gaziano JM**, Manson JE. Future directions in coronary disease prevention. In: Manson JE, Ridker PM, **Gaziano JM**, Hennekens CH eds. Prevention of Myocardial Infarction. New York: Oxford University Press. 1996. pp 513-519.

32.	Manson JE, **Gaziano JM**, Ridker PR, Hennekens CH. Summary and conclusions. In: Manson JE, Ridker PM, **Gaziano JM**, Hennekens CH, eds.  Prevention of Myocardial Infarction. New York: Oxford University Press. 1996. pp 520-528.

33.	**Gaziano J**.  Epidemiology of risk factor reduction.  In: Loscalzo J, Creager MA, Dzau VJ, eds. Vascular Medicine. New York: Little Brown and Co. 1996. pages not available.

34.	Lynch SM, **Gaziano JM**, Frei B.  Ascorbic acid and atherosclerotic cardiovascular disease.  In: Harris, Jr., ed.  Ascorbic Acid Biochemistry and Biomedical Cell Biology.  New York:  Plenum Press.  1996. Pp 331-3367

35.	Corti M-C, **Gaziano M**, Hennekens CH.  Iron status and risk of cardiovascular disease.  Ann Epidemiol 1997;7:62-68.

36.	Hebert PR, **Gaziano JM**, Chan KS, Hennekens CH.  Cholesterol lowering with risk statin drugs, risk of stroke and total mortality.  An overview of randomized trials. JAMA 1997; 278-313-321.

37.	Buring JE, **Gaziano JM**.  Antioxidant Vitamins and Cardiovascular Disease. In: Bendich A, Deckelbaum RJ, eds.  Preventive Nutrition. The Comprehensive Guide for Health Professionals. New Jersey: Humana Press Inc. 1997. pp 171-180.

38.	**Gaziano JM**.  When should heart disease prevention begin?  N Engl J Med 1998; 338:1690-1692. [Editorial]

39.	**Gaziano JM**.  Antioxidants, Intervention Studies. In:  Sadler M, Strain JJ, Caballero B, eds. Encyclopedia of Human Nutrition.  London: Academic Press Limited. 1999. pp 115-120.

40.	**Gaziano JM**.  Do antioxidants protect against cardiovascular disease?  Prev Cardiol 1999; 1:59-66.

J. Michael Gaziano
11/15/2016

41.     **Gaziano JM**. Cholesterol reduction and the risk of stroke. Cardiology Review 1999; 16:7-8.

42.     **Gaziano JM**. Triglycerides and coronary risk. Current Cardiol Rep 1999; 1:125-130.

43.     Sesso HD, **Gaziano JM**. Alcohol intake and cardiovascular morbidity and mortality. Current Opinions in Nephrology & Hypertension 1999;8:353-357.

44.     **Gaziano JM**, Amsterdam EA, Ockene IS. Modifying lipids through lifestyle changes. Patient Care. 1999; (suppl) 2-10.

45.     Fagrell B, DeFaire U, Bondy S, Criqui M, **Gaziano M**, Gronbaek M, Jackson R, Klatsky A, Salonen J, Shaper AG. The effects of light to moderate drinking of cardiovascular disease. J Intern Med 1999; 246:331-40.

46.     **Gaziano JM**, Manson JE. Antioxidant vitamins. In: Hennekens CH, Manson JE, Ridker PM, eds. Clinical Trials in Cardiovascular Disease. Philadelphia: WB Saunders & Company. 1999. pp 415-421.

47.     **Gaziano JM**, Castelli WP. Cholesterol reduction. In: Hennekens CH, Manson JE, Ridker PM, eds. Clinical Trials in Cardiovascular Disease. Philadelphia: WB Saunders & Company. 1999; pp 327-340.

48.     **Gaziano JM**. Antioxidants and cardiovascular disease. In: Keaney JF, ed. Oxidative Stress and Vascular Disease. Boston: Kluwer. 1999. pp 246-261.

49.     **Gaziano JM**. Dietary antioxidants and cardiovascular disease. Vitamins and Hormones 2000; 58:299-320.

50.     **Gaziano JM**, Skerrett PJ, Buring JE. Aspirin in the treatment and prevention of cardiovascular disease. Haemostatsis 2000; 30: (suppl 3): 1-13.

51.     Boyko EJ, Koepsell TD, **Gaziano JM**, Horner RD, Feussner JR. US Department of Veterans Affairs medical care system as a resource to epidemiologists. Am J Epidemiol 2000; 151:307-14.

52.     **Gaziano JM**. Global burden of cardiovascular disease. In: Braunwald E, ed. Heart Disease: A Textbook of Cardiovascular Disease. 6th ed. Philadelphia: WB Saunders & Company. 2001. pp 1-18.

53.     **Gaziano JM**, Manson JE, Ridker PM. Primary and Secondary Prevention of Coronary Heart Disease. In: Braunwald E, ed. Heart Disease: A Textbook of Cardiovascular Disease. 6th ed. Philadelphia: WB Saunders & Company. 2001. pp 1040-1065.

54.     Ridker PM, Skerrett P, **Gaziano JM**. Primary prevention of ischemic heart disease. In: Smith TW, Antman EM, eds. Cardiovascular Therapeutics: A Companion to Braunwald's Heart Disease, 2nd ed. Philadelphia: WB Saunders & Company. 2002. pp 53-96.

55.     Levenson JW, Skerrett PJ, **Gaziano JM**. Reducing the global burden of cardiovascular disease: The role of risk factors. Preventive Cardiology 2002; 5:188-199.

56.     Greenland P, **Gaziano JM**. Selecting Asymptomatic patients for computed tomography of exercise stress testing. N Engl J Med 2003; 349:465-473.

57.     Kurth T, **Gaziano JM**, Skerrett PJ, Manson JE. Excess weight and obesity as risk factors for stroke in men. Cardiovascular Reviews and Reports 2003; 24:473-476.

58.     **Gaziano JM**. Screening for coronary heart disease and its risk factors. In: Braunwald E., Goldman L, eds. Primary Cardiology. 2nd ed. Philadelphia: Saunders. 2003. pp 261-276.

J. Michael Gaziano
11/15/2016

59.    Kenchaiah S, **Gaziano JM**, Vasan RS.  Impact of obesity on the risk of heart failure and its
       prognostic significance after the onset of heart failure.  Med Clin N Am 2004; 88:1273-1294

60.    Kurth T, Hennekens CH, Buring JE, **Gaziano JM**.  Aspirin, NSAIDs and Cox-2 Inhibitors in
       Cardiovascular Disease:  Possible Interactions and Implications for Treatment of Rheumatoid
       Arthritis.  Curr Rheumatol Rep 2004; 6:351-6.

61.    Kershner DW, Skerrett PJ, **Gaziano JM**.  Alcohol and cardiovascular disease.  In: Watson R, ed.
       Nutrition and Alcohol.  Boca Raton: CRC Press LLC.  2004. pp. 89-104

62.    Sesso HD, **Gaziano JM**.  Heart and Vascular Diseases.  In: Krinsky NI, Mayne ST, Sies H, eds.
       Carotenoids in Health and Disease.  New York: Marcel Dekker, Inc. 2004. pp 473-490.

63.    **Gaziano JM**.  Global burden of cardiovascular disease.  In: Braunwald E, ed.  Heart Disease: A
       Textbook of Cardiovascular Disease.  7th ed. Philadelphia: Elsevier Saunders.  2004. pp 1-19.

64.    **Gaziano JM**, Manson JE, Ridker PM.  Primary and Secondary Prevention of Coronary Heart
       Disease.  In: Braunwald E, ed.  Heart Disease: A Textbook of Cardiovascular Disease.  7th ed.
       Philadelphia: Elsevier Saunders. 2004. pp. 1057-1084.

65.    Bassuk SS, **Gaziano JM**, Manson JE.  Antioxidant vitamins.  In: Manson JE, Ridker PM,
       **Gaziano JM**, eds. Clinical Trials in Cardiovascular Disease.  Philadelphia: Elsevier Saunders.
       2004. pp 364-376.

66.    Scranton RE, **Gaziano JM**.  Cholesterol reduction.  In: Manson JE, Ridker PM, **Gaziano JM**, eds.
       Clinical Trials in Cardiovascular Disease.  Philadelphia: Elsevier Saunders.  2004. pp 267-281.

67.    Kurth T, Buring JE, Ridker PM, **Gaziano JM**.  Aspirin, other antiplatelet agents and
       anticoagulants. In: Manson JE, Ridker PM, **Gaziano JM**, eds.  Clinical Trials in Cardiovascular
       Disease.  Philadelphia: Elsevier Saunders.  2004.  pp 333-348.

68.    **Gaziano JM**, Sesso HD.  Carotenoids and cardiovascular disease.  In: Packer L, Obermueller-
       Jevic U, Kraemer K, Sies H, eds.  Carotenoids and Retinoids: Biological Actions and Human
       Health. Chicago: AOCS Press. 2004. pp 321-337.

69.    **Gaziano JM** Vitamin E and Cardiovascular Disease: Observational Studies.  Ann NY Acad Sci
       2004; 1031:280-291 .

70.    Clegg DO, Cryer B, Dart RC, **Gaziano JM**, Litman DS.  State of the art management of mild-to-
       moderate pain.  Patient Considerations:  Special Populations.  Clinician 2005; 23:20-26.

71.    Bowman TS, Sesso HD, Glynn RJ, **Gaziano JM**. JNC-7 category and risk of cardiovascular death
       in men: are there differences by age? Am J Geriatric Cardiol 2005; 14:1260-131.

72.    The National Cancer Institute Breast and Prostate Cancer Cohort Consortium.  A candidate gene
       approach to searching for low-penetrance breast and prostate cancer genes.  Nature Reviews 2005;
       5:977-985.

73.    **Gaziano JM**, Gaziano TA.  Historical perspective on heart disease and worldwide trends.  In:
       **Gaziano JM**, ed.  Atlas of Cardiovascular Risk Factors. Philadelphia: Current Medicine.  2005. pp
       1-15.

74.    **Gaziano JM**.  About Risk Factors Introduction for Atlas.  In: **Gaziano JM**, ed.  Atlas of
       Cardiovascular Risk Factors. Philadelphia: Current Medicine.  2005. pp 16-26.

75.    Kurth T, Buring JE, **Gaziano JM**.  Aspirin in the Prevention of Heart Disease. In:  **Gaziano JM**,
       ed. Atlas of Cardiovascular Risk Factors. Philadelphia: Current Medicine.  2005. pp 232-244.

J. Michael Gaziano
11/15/2016

76.    **Gaziano JM**  Summary of recommendations.  In:  **Gaziano JM** (ed).  Atlas of Cardiovascular Risk Factors. Philadelphia: Current Medicine.  2005. pp 353-360.

77.    **Gaziano JM**, Gibson CM.  Potential for drug-drug interactions in patients taking analgesics for mild-to-moderate pain and low-dose aspirin for cardioprotection. Am J Cardiol 2006 97:23-9.

78.    **Gaziano JM**.  Nonnarcotic analgesics and hypertension.  Am J Cardiol 2006; 97:10-16.

79.    Lee IM, **Gaziano JM**, Buring JE.  Vitamin E in the prevention of prostate cancer:  where are we today?  J Natl Cancer Inst 2006; 98:225-227.

80.    Djousse L, Kochar J, **Gaziano JM**, Dietary factors and risk of heart failure: A systematic review. Curr Cardio Risk Rep 2007; 1:330-334.

81.    Scranton RE, Jatin D, **Gaziano JM**. Macrovascular Diseases. *In* Medha N. Munshi and Lewis , Geriatric Diabetes. Informa Healthcare. Lipsitz, ed. June-2007

82.    Gaziano TA, **Gaziano JM**.  Epidemiology of Cardiovascular Disease.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine. 17th Edition. New York: McGraw-Hill Companies, Inc. 2008. pp. 1375-1378.

83.    **Gaziano JM**.  Global burden of cardiovascular disease.  In: Braunwald E, ed.  Heart Disease: A Textbook of Cardiovascular Disease.  8th ed. Philadelphia:  Elsevier Saunders.  2008.  pp. 1-22.

84.    **Gaziano JM**, Manson JE, Ridker PM.  Primary and Secondary Prevention of Coronary Heart Disease.  In: Braunwald E, ed.  Heart Disease: A Textbook of Cardiovascular Disease.  8th ed. Philadelphia:  Elsevier Saunders.  2008. pp 1119-1148..

85.    **Gaziano JM**.  Marijuana Use Among Those at Risk for Cardiovascular Events.  Am Heart J. [Editorial]. 2008; 155:395-6.

86.    Bowman TS, Bassuk S, Gaziano MJ. Interventional trials of antioxidants. Kluwer Pub. (in press).

87.    Djousse L, **Gaziano JM**.  Metabolic syndrome and hypertension: a dangerous cocktail for older women?  Hypertension 2008; 52:  799-800.

88.    **Gaziano JM**, Gaziano TA.  Simplifying the approach to the management of dylipidemia.  JAMA 2009; 302:2148-9.

89.    Djousse L, **Gaziano JM**.  Dietary cholesterol and coronary artery disease: A systematic review. Curr Atherol Rep 2009; 11:418-422.

90.    Djousse L, Padilla H, Nelson TL, **Gaziano JM**, Mukamai J.  Diet and Metabolic Syndrome. Endocr Metab Immune Disord Drug Targets 2010; [Epub ahead of Print]

91.    **Gaziano JM**.  Fifth phase of the epidemiologic transition:  the age of obesity and inactivity. [Editorial] JAMA 2010; 303:275-6.

92.    **Gaziano JM.** The evolution of population science: advent of the mega cohort. JAMA. 2010 Nov 24; 304(20): 2288-9.

93.    Djoussé L, Padilla H, Nelson TL, **Gaziano JM**, Mukamal KJ. Diet and metabolic syndrome. Endocr Metab Immune Disord Drug Targets. 2010 Jun 1;10(2):124-37.

94.    Gaziano TA, **Gaziano JM**.  Epidemiology of Cardiovascular Disease.  In: Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine. 18th Edition. New York: McGraw-Hill Companies, Inc. 2012

95.    **Gaziano JM.**  The évolution of population science: advent of the mega cohort. JAMA 2010

J. Michael Gaziano
11/15/2016

204 :2288-9.

96. Concato J, Lawler EV, Lew RA, **Gaziano JM**, Aslan M, Huang GD. Observational methods in comparative effectiveness research. Am J Med. 2010 Dec;123(12 Suppl 1):e16-23.

97. Tokede OA, **Gaziano JM**, Djoussé L. Effects of cocoa products/dark chocolate on serum lipids: a meta-analysis. Eur J CLin Nutr. 2011 May 11. [Epub head of print]

98. Khawaja O, **Gaziano JM,** Djousse L. Chocolate and coronary heart disease: a systematic review. Curr Atheroscler Rep. 2011 Dec;13(6):447-52.

99. Peterson ED, Gaziano JM.  Cardiology in 2011 – amazing opportunities, huge challenges.  JAMA 2011 Nov 16; 206 (19) 2158-9.

100. Manolio TA, Weis BK, Cowie CC, Hoover RN, Hudson K, Kramer BS, Berg C, Collins R, Ewart W, **Gaziano JM,** Hirschfeld S, Marcus PM, Masys D, McCarty CA, McLaughlin J, Patel AV, Peakman T, Pedersen NL, Schaefer C, Scott JA, Sprosen T, Walport M, Collins FS. New models for large prospective studies: is there a better way? Am J Epidemiol. 2012 Mar 12. [Epub ahead of print]

101. E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of Internal Medicine. 18th Edition. New York: McGraw-Hill Companies, Inc. 2012

102. **Gaziano JM**.  Global burden of cardiovascular disease.  In: Bonow RO, Mann DL, Zipes DP, Libby P, ed.  Braunwald's Heart Disease: A Textbook of Cardiovascular Disease. 9th ed. Philadelphia:  Elsevier Saunders.  2012. pp 1-20.

103. **Gaziano JM**, Ridker PM., Libby P.  Primary and Secondary Prevention of Coronary Heart Disease.  In: Braunwald E, ed.  Heart Disease: A Textbook of Cardiovascular Disease.  9th ed. Philadelphia:  Elsevier Saunders.  2012. pp 1010-1035.

104. Gaziano JM, Wilson PW. Cardiovascular risk assessment in the 21st century. JAMA. 2012 Aug 22;308(8):816-7.

105. Khawaja O, **Gaziano JM**, Djoussé L. A meta-analysis of omega-3 fatty acids and incidence of atrial fibrillation. J Am Coll Nutr. 2012 Feb;31(1):4-13.

106. Gaziano JM, Peterson ED. The cover: Ritratto del Cuore (portrait of the heart). JAMA. 2012 Nov 7;308(17):1718-9.

107. Peterson ED, Gaziano JM. Viewing cardiovascular research through the eyes of past, present, and future generations. JAMA. 2012 Nov 7;308(17):1809-10.

108. Djoussé L, Akinkuolie AO, Wu JH, Ding EL, Gaziano JM. Fish consumption, omega-3 fatty acids and risk of heart failure: a meta-analysis. Clin Nutr. 2012 Dec;31(6):846-53.

109. Gaziano JM, Sesso HD. Multivitamins for cancer prevention in men-reply. JAMA. 2013 Mar 13;309(10):980-1. doi: 10.1001/jama.2013.1191. PubMed PMID: 23483160.

110. Gaziano JM. Should we fast before we measure our lipids? Arch Intern Med. 2012 Dec 10;172(22):1705-6. PubMed PMID: 23401886.

111. Peterson ED, Gaziano JM. JAMA Cardiovascular Disease Theme Issue: Call for Papers. JAMA. 2013 Jun 27:1. doi: 10.1001/jama.2013.8572. [Epub ahead of print] PubMed PMID: 23807147.

112. Gaziano JM. Progress with the polypill? JAMA. 2013 Sep 4;310(9):910-1. PubMed PMID: 24002274.

J. Michael Gaziano
11/15/2016

113.    Gaziano JM, Peterson E. The cardiovascular disease researcher. JAMA. 2013 Nov
        20;310(19):2048-9. doi: 10.1001/jama.2013.282990. PubMed PMID: 24240931.

114.    Gaziano JM, Gaziano TA. What's new with measuring cholesterol? JAMA. 2013 Nov
        20;310(19):2043-4. doi: 10.1001/jama.2013.282775. PubMed PMID: 24240929.

115.    Peterson ED, Gaziano JM, Greenland P. Recommendations for treating hypertension: what are the
        right goals and purposes? JAMA. 2014 Feb 5;311(5):474-6. doi: 10.1001/jama.2013.284430.
        PubMed PMID: 24352710.

116.    Matsumoto C, Miedema MD, Ofman P, Gaziano JM, Sesso HD. An expanding knowledge of the
        mechanisms and effects of alcohol consumption on cardiovascular disease. J Cardiopulm Rehabil
        Prev. 2014 May-Jun;34(3):159-71. PubMed PMID: 24667667.

117.    Khawaja OA, **Gaziano JM,** Djoussé L. N-3 fatty acids for prevention of cardiovascular disease.
        Curr Atheroscler Rep. 2014 Nov;16(11):450. doi: 10.1007/s11883-014-0450-0. PubMed PMID:
        25214423

118.    Greenland P, Peterson ED, **Gaziano JM.** Progress against cardiovascular disease: putting the
        pieces together. JAMA. 2014 Nov 19;312(19):1979-80.

119.    **Gaziano JM**, Greenland P. When should aspirin be used for prevention of cardiovascular events?
        JAMA. 2014 Dec 17;312(23):2503-4.

120.    **Gaziano JM**, Concato J, Galea S, Smith NL, Provenzale D. Epidemiologic approaches to
        veterans' health. Epidemiol Rev. 2015;37:1-6. 10.1093/epirev/mxu013. Epub 2015 Jan 22.
        PubMed PMID: 25613553

121.    Greenland P, Peterson ED, **Gaziano JM**. JAMA Cardiovascular Disease Theme Issue: Call for
        Papers. JAMA. 2015 Apr 2.. [Epub ahead of print] PubMed PMID: 25835373.

122.    Gadiraju TV, Patel Y, **Gaziano JM**, Djoussé L. Fried Food Consumption and Cardiovascular
        Health: A Review of Current Evidence. Nutrients. 2015 Oct 6;7(10):8424-30. doi:
        10.3390/nu7105404. Review. PubMed PMID: 26457715; PubMed Central PMCID:
        PMC4632424.

123.    Hennekens CH, Bensadon BA, Zivin R, **Gaziano JM**. Hypothesis: glutaminyl cyclase inhibitors
        decrease risks of Alzheimer's disease and related dementias. Expert Rev Neurother.
        2015;15(11):1245-8. doi: 10.1586/14737175.2015.1088784. Epub 2015 Oct 8. PubMed PMID:
        26450764.

124.    **Gaziano JM**, Peterson ED, Greenland P. Advancing Cardiovascular Science. JAMA. 2015 Nov
        10;314(18):1924-5.

125.    Gaziano TA, **Gaziano JM**.  Epidemiology of Cardiovascular Disease.  In: Fauci AS, Braunwald
        E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, eds.  Harrison's Principles of
        Internal Medicine. 19th Edition. New York: McGraw-Hill Companies, Inc. 2016; in press

126.    Gaziano TA, **Gaziano JM**.  Global burden of cardiovascular disease.  In: Bonow RO, Mann DL,
        Zipes DP, eds.  Braunwald's Heart Disease: A Textbook of Cardiovascular Disease. 10th ed.
        Philadelphia: Elsevier Saunders.  2016; in press

**Books/Textbooks for the medical or scientific community**

1.      Manson JE, Ridker P, **Gaziano JM**, Hennekens CH (editors). Prevention of Myocardial

Infarction. New York, Oxford University Press, 1996.

2.      Manson JE, Ridker PM, **Gaziano JM** (editors). Clinical Trials in Cardiovascular Disease. Philadelphia. WB Saunders & Company. 2004.

3.      **Gaziano JM** (editor). Atlas of Cardiovascular Risk Factor. Philadelphia. Current Medicine. 2005.


## Letters to the Editor

1.      Haider AW, Luna M, Patel S, **Gaziano JM**. Antibiotic use and risk of myocardial infarction. {Letter} JAMA 1999; 282:1997.

2.      **Gaziano JM**, Muntwyler J. Combined vitamin E and vitamin C supplement use and risk of cardiovascular disease mortality (Letter/Reply) . Arch Intern Med 2002; 162:2630.

3.      Kurth T, Glynn RJ, Walker AM, Chan KA, Buring JE, Hennekens CH, **Gaziano JM**. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal anti-inflammatory drugs. [Letter] Circulation 2004; 109(9):E157..

4.      Scranton RE, Lawler E, Young M, **Gaziano JM**. Statins and Fracture: Are all Variables Accounted For? [Reply to Letter]. Arch Intern Med 2006; 166:1041.

5.      Kurth T, **Gaziano JM**, Cook N, Logroscino G, Diener HC, Buring J. Association between migraine and cardiovascular disease in women. [Reply to Letter] JAMA 2006; 296:2677-2678.

6.      Farwell WR, Scranton RE, Lawler EV, Lew RA, Brophy MT, Fiore LD, **Gaziano JM**. The association between statins and cancer incidence in a veteran's population. [Reply to Letter] JNCI 2008; 100:973-974.

7.      Djousse L, Gaziano JM. Moderation effect of weight status on nut consumption and hypertension. Reply. Clin Nutr 2009; [Epub ahead of print}.

8.      12: Gaziano JM, Sesso HD. Multivitamins for cancer prevention in men-reply. JAMA. 2013 Mar 13;309(10):980-1. PubMed PMID: 23483160.


## Professional educational materials or reports, in print or other media

1.      Preventive Cardiology Fellowship syllabus and accompanying patient educational materials. Created in 1997 and updated periodically, this is an extensive syllabus with modules for each of the cardiovascular risk factors.

2.      Evidence Based Medicine and Critical Reading of Medical literature: Course syllabus developed for the VA Epidemiology Summer Course in 1999 and updated in 2000 and 2001.

3.      Study Design and Grant Writing: Course syllabus developed for the VA Epidemiology Summer Course in 2002 and updated in 2003.

J. Michael Gaziano
11/15/2016

4.  **Gaziano JM**.  Chronic Coronary Disease. Treatment General: Diet, Exercise Cigarette Smoking, Alcohol.  In: Lewis RP, ed.  ACCSAP V.  Bethesda: American College of Cardiology.  2002 and updated in 2006

5.  Use of Biochemical and Genetic Markers in Research Design:  Course syllabus developed for the VA Epidemiology Summer Course in 2002 and updated in 2004.

## Clinical Guidelines and Reports



1.  Dave J. Gandhi G, Jha S, Nazeer S, **Gaziano JM**, Kocheril AG.  2006.  Ventricular Premature Complexes.  http://www.emedicine.com/med/topic2364.htm (May 31, 2006)

2.  Dave J, **Gaziano JM**, Ganz L.  2006.  Syncope.  http://www.emedicine.com/med/topic3385.htm (July 12, 2006).

## Thesis

1.  Identifying the Cost of Graduate Medical Education: A Policy Review. Yale Medical School, 1987.

J. Michael Gaziano
11/15/2016

**Narrative Report (limit to 500 words)**

*Research*

My primary area of interest is chronic disease epidemiology, with a focus on the epidemiology of vascular disease. Much of my previous work focused on coronary heart disease and stroke, but more recently, my work has focused on the impact that small vessel atherosclerotic disease has on other organ systems. As the PI of several large databases, I have also been involved in the study of other chronic diseases such as cancer and age-related eye disease.  My secondary focus is the design and implementation of large-scale randomized trials and prospective cohort studies. Most recently I have developed a strong interest in imbedding both observational and trial research in the "Big Data" environment of the large health care system.

I am one of the Directors and founders of the Massachusetts Veterans Epidemiology Research and Information Center (MAVERIC). I serve as the Scientific Director and lead the Epidemiology component of the MAVERIC.  Research activities include a portfolio of many projects focusing on chronic disease epidemiology where I lead a team using the electronic medical record (EMR) data for large population epidemiology research. I served as Chair of the VA component of SELECT, and Co-Chair of the Homocysteine Lowering in Renal Failure Trial (HOST), PI of the Cycloset Trial, a large-scale trial of a novel anti-diabetic agent. I serve on the steering committee for the Normative Aging Study, a longitudinal cohort study of aging. In addition, MAVERIC serves as a trial coordinating center and a national repository for blood and biological specimens for VA multi-center studies.  I serve on the executive and planning committees of several CSP trials.

MAVERIC plays a major role in the Million Veterans Program (MVP) for which I serve as one of 2 PI's. This program is in the process of recruiting a million participants.  It will link questionnaire responses, biochemical and genetic data with visit information from the electronic medical record in order to understand how genes influence health and disease. I am also involved in several NIH sponsored studies serving as PI or Co-Investigator, Steering Committee Chair or member. I am the Principal Investigator of the Physicians' Health Study II (PHSII) and chair of the PHS steering committee, and a Co-Investigator on other large-scale trials and observational studies. These include the Women's Health Study (WHS).  I have initiated several new programs designed to enhance the utility of these large-scale Harvard-based cohorts for aging research.  A tertiary interest is the translation of research findings to the clinical setting through comprehensive reviews, book chapters and books. I also serve as an Associate Editor of JAMA

*Clinical:*

I direct the Preventive Cardiology Program at the VA Boston.  This innovative outpatient evidence-based case-management model for primary and secondary cardiovascular disease prevention has an accompanying fellowship and has multiple clinics in three locations involving four faculty members and four fellows who provide services for about 2000 patient visits per year.  In 2006, the program was awarded a Kizer Award.  I developed a Palliative Care Program at VA Boston. In close collaboration with

83

J. Michael Gaziano
11/15/2016

my clinical directors in the Geriatric Research, Education and Clinic Center and the Division of Aging at the Brigham, we are developing new clinical programs in geriatrics. This includes creating an integrated care model where geriatricians, generalists and subspecialists work as a team to optimize care for the older patient.

### *Teaching:*

My extensive clinical and research educational programs involve fellow and other trainee mentoring, junior faculty career development, and formal training in the classroom and conference center. I direct or lead the research component of several fellowship programs: the Preventive Cardiology Fellowship (one- to two-year clinical and research fellowship in preventive cardiology); the VA component of the Harvard General Medicine Fellowship; the research component of the GRECC fellowship (part of the Harvard Geriatric Fellowship Program) and a VA Special Fellowship Program for Advanced Geriatrics, all based at the VA. Each summer since 1998, I have served as one of 8 course faculty for Epidemiology 208 in the Clinical Effectiveness Program at the Harvard School of Public Health. I have developed a 1 week intro epidemiology course for the medical school as well. This course takes place under the direction of Dr. Daniel Singer, who oversees classroom and small group instruction and individual tutorials on study design and grant writing. I serve as Co-Director of an NIH T32 training program in the epidemiology of aging. I helped to develop a national, intensive summer program in epidemiology for the VA taught in that program for six years.