**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE NORTH** |

**EXHIBIT 5
TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE
CERTAIN TESTIMONY FROM J. MICHAEL GAZIANO, MD, MPH**

# FILED UNDER SEAL