**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**　　　　　**MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

　　　　　　　　　　　　　　　　　　　　　　　**SECTION L**

**THIS DOCUMENT RELATES TO ALL CASES**　　**JUDGE ELDON E. FALLON**

　　　　　　　　　　　　　　　　　　　　　　　**MAGISTRATE NORTH**

**EXHIBIT 7**
**TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE**
**CERTAIN TESTIMONY FROM J. MICHAEL GAZIANO, MD, MPH**

# FILED UNDER SEAL