# Exhibit 8

# ORIGINAL RESEARCH ARTICLES

# Evaluation of Warfarin Management with International Normalized Ratio Self-Testing and Online Remote Monitoring and Management Plus Low-Dose Vitamin K with Genomic Considerations: A Pilot Study

Henry I. Bussey,[1,2,3,4,*] Marie Bussey,[4,5] Kristin L. Bussey-Smith,[6] and Christopher R. Frei[1,2]

[1]College of Pharmacy, The University of Texas, Austin, Texas; [2]School of Medicine, The University of Texas Health Science Center, San Antonio, Texas; [3]Genesis Clinical Research, San Antonio, Texas; [4]ClotCare.org, San Antonio, Texas; [5]Genesis Advanced Technologies, Inc., San Antonio, Texas; [6]Allergy, Asthma, Immunology, and Rheumatology Institute, San Antonio, Texas

STUDY OBJECTIVES  As better international normalized ratio (INR) control and self-testing reduce events in warfarin-treated patients, and vitamin K supplementation may improve INR control, our primary objective was to evaluate the effect of a system combining frequent INR self-testing with online remote monitoring and management (STORM$_2$) and low-dose vitamin K supplementation on INR control; our secondary objectives were to assess the impact of STORM$_2$ on clinician time and to evaluate the influence of pharmacogenomics on INR stability and warfarin dose after vitamin K supplementation.

DESIGN  Prospective pre- and postintervention study.

SETTING  Freestanding clinical research center.

PATIENTS  Fifty-five patients treated with long-term warfarin therapy who were referred from four anticoagulation clinics and seven medical practices.

INTERVENTION  All patients performed weekly INR self-testing and received vitamin K 100 μg/day and online anticoagulation management for 1 year.

MEASUREMENTS AND MAIN RESULTS  INR control and time required for anticoagulation management were assessed, and an analysis of warfarin dosing and INR stability by genetic polymorphism subgroup (vitamin K epoxide reductase complex 1 [VKORC1] and cytochrome P450 2C9 isoenzyme) was performed; vitamin K product content was also analyzed. The percentage of time that the INR is within the time in therapeutic range (TTR) improved from 56% before the intervention to 81% after the intervention (p<0.0001), and time spent at extreme INR values of lower than 1.5 or higher than 5 was reduced from 3.1% to 0.4% (p=0.01). Clinician time was less than 10 minutes per four patient visits per month. Genetic polymorphisms did not correlate with INR stability or the increase in warfarin dose after vitamin K supplementation. The content of the vitamin K product, however, was only 34–76% of the labeled amount. Patients with the GG VKORC1 genotype required a higher warfarin dose than predicted by the genomic-based dosing chart in the warfarin package insert.

CONCLUSION  The 25% point improvement in TTR with STORM$_2$ is a greater improvement than reported previously with other efforts to improve TTR. STORM$_2$ required a minimum amount of clinician time. Pharmacogenomics were not predictive of improved INR control or the magnitude of the warfarin dose after vitamin K supplementation, although the content of the product was unreliable. Patients with the GG VKORC1 genotype required a higher warfarin dose than predicted by the product information. The potential clinical impact of improved INR control with this method warrants comparisons with conventionally managed warfarin and with the new oral anticoagulants.

EXHIBIT  Bussey 10  PENGAD 800-631-6989

KEY WORDS warfarin, anticoagulation, self-testing, home INR monitoring, cost, genomics, vitamin K.
(Pharmacotherapy 2013;33(11):1136–1146) doi: 10.1002/phar.1343

The international normalized ratio (INR) measures the effect of warfarin and is used to adjust warfarin therapy. The percentage of time that the INR is within the therapeutic range (TTR) is the most commonly used measure of INR control. Patients with "good" individual TTR (iTTR) have more than a 50% lower rate of stroke, myocardial infarction, major hemorrhage, and death compared with those with "poor" iTTR.[1–8] Furthermore, a post hoc analysis of the Atrial Fibrillation Clopidogrel Trial with Irbesartan for Prevention of Vascular Events (ACTIVE W), which compared oral anticoagulation versus clopidogrel plus aspirin in patients with atrial fibrillation, led the investigators to recommend that centers set a minimum target TTR of 60–65%.[9] Based on a positive nonlinear relationship between higher TTR values and lower event rates, they also recommended that centers "attempt to achieve the highest possible TTR." Similarly, an analysis of the Randomized Evaluation of Long-Term Anticoagulation Therapy (RE-LY) trial (dabigatran vs warfarin in patients with atrial fibrillation) found that patients with higher iTTRs had lower event rates such that the 50% of patients with the best iTTRs (more than 67.2%) had a lower major event rate than the total warfarin group or either dabigatran group.[6]

In addition to the TTR, the percentage of time spent at extreme INR values (TEV) may correlate even more strongly with adverse outcomes because major event rates increase exponentially as the INR moves beyond certain threshold values.[7, 8, 10–12] Self-testing reports have shown a substantial reduction in the rate of major events even in the face of no improvement in the TTR, suggesting that the benefit is likely due to a reduction in time spent at extremes of the INR range.[13, 14]

In the United States, the TTR is ~51% in community-based settings and 63% in specialized anticoagulation clinics.[15] The TEV (reported as % INRs) can exceed 20% in community-based settings and 15% in specialized anticoagulation clinics.[4, 16] Furthermore, typical warfarin management is often difficult, time consuming, and costly. Daily low-dose vitamin K supplementation may improve INR control.[17–19]

Our group, therefore, postulated that a system that combined frequent INR self-testing and online remote monitoring and management (STORM$_2$) with vitamin K supplementation could improve the primary end point of anticoagulation control. In the meta-analysis of the Stroke Prevention Using an Oral Thrombin Inhibitor in Atrial Fibrillation (SPORTIF) trials[5] and the RE-LY trial,[6] patients with a 15% point higher TTR to a value above 78% had a 50% lower rate of major complications. Thus our primary objective was to evaluate the effect of STORM$_2$ on INR control, and our hope was to exceed the level of INR control found in the meta-analysis. Our secondary objectives were to assess the impact of STORM$_2$ on clinician time and to evaluate the influence of genetic polymorphisms on improved INR control and any increase in warfarin dose after vitamin K supplementation.

## Methods

### Design Overview

This study, approved by the institutional review board at IntegReview (Austin, TX [00001035-001]), was a prospective pre- and postintervention study. The initial plan was to evaluate 6 months of intervention in 100 patients from one anticoagulation clinic that had been managed by one of the authors (HIB) for more than a decade. After 14 patients had been enrolled, the medical director of that clinic withdrew his support because patients began to question the need for clinic visits after hearing about the new management method. Additional patients were referred from three other anticoagulation clinics and seven individual medical practices. It was discovered that a number of the patients from the added sites lacked appropriate patient education and/or had developed unacceptable practices. To allow time to identify patients who required additional patient education and/or remedial training, the intervention period was increased to 12 months, and a

An interim analysis of this project was presented at the annual meeting of the American College of Clinical Pharmacy, Austin, Texas, October 19, 2010.
*Address for correspondence: Henry I. Bussey, ClotCare.org, 19260 Stone Oak Parkway, Suite 101, San Antonio, TX 78258; e-mail: bussey@gcresearch.com.
© 2013 Pharmacotherapy Publications, Inc.

decision was made to exclude the first 3 months of intervention from the primary analysis. Doubling the length of the intervention period, in the absence of additional support, required that the number of patients be reduced by ~50%.

Setting and Patients

The study was conducted in a freestanding clinical research center in San Antonio, Texas. Eligible patients had to be at least 18 years of age and taking warfarin therapy for at least 7 months. The only four exclusion criteria were a life expectancy of less than 1 year, a diagnosis of antiphospholipid antibody syndrome, pregnancy, or known human immunodeficiency virus or acquired immunodeficiency syndrome. Recent bleeding or thrombosis were not exclusion criteria.

Intervention

Patients provided written informed consent and underwent a single education and training session of ~1 hour. Approximately 50% of the initial session was devoted to face-to-face patient education by one of the authors (HIB), and the other 50% was devoted to training the patient to use the self-testing device and the online management system (ClotFree; Genesis Advanced Technologies, Lakehills, TX, USA). Each patient viewed a video on how to use the self-testing device and then had the procedure demonstrated by the principal investigator or his research coordinator. Finally, each patient, or his or her caregiver, had to perform an INR measurement successfully with the self-testing device and complete an online ClotFree virtual visit during this initial session. Referring physicians signed a collaborative drug therapy management agreement (Appendix 1) that allowed the study investigators to assume responsibility for routine anticoagulation management, and the patient (and his or her caregiver when appropriate) signed a patient adherence agreement (Appendix 2), which required the patient to review additional educational materials posted under the "new patients" tab on the ClotCare.org home page. Patients received a CoaguChek testing device (Roche Diagnostics, Inc., Indianapolis, IN, USA) and test strips, and a supply of vitamin K 100-μg tablets (GNC, Pittsburgh, PA, USA), a dose our group evaluated previously[17] that is similar to the dose used by others.[18, 19] Sample tablets were retained from each lot for later analysis. Patients were instructed to take one vitamin K tablet daily and to test and report their INR weekly. Patients who consented to a genetic substudy provided blood samples for determination of genetic polymorphisms in vitamin K epoxide reductase complex (VKORC)1, the receptor site for warfarin, and in the cytochrome P450 (CYP) 2C9 isoenzyme of the CYP hepatic enzyme system (the primary route of warfarin metabolism).[20] Genetic polymorphisms were determined according to the multiplex Pyrosequencing protocol (Pyrosequencing AB, Uppsala, Sweden) by the Institute for Pharmacogenomics and Individualized Therapy at the Eshelman School of Pharmacy, University of North Carolina at Chapel Hill. Content analysis of the vitamin K tablets was conducted at the vitamin K laboratory in the Jean Mayer U.S. Department of Agriculture Human Nutrition Research Center on Aging, Tufts University, Boston, Massachusetts, by using reversed-phase high-performance liquid chromatography as described elsewhere.[21]

Each patient also was asked at the initial visit to complete a survey to assess their perspective of the preintervention anticoagulation management. A brief follow-up survey was also completed after 3 months of participation in the study. The before-and-after results of these intervention surveys are presented elsewhere.[22]

The ClotFree system, used throughout the study for patient management and data collection, is an online virtual clinic through which patients report their INR and warfarin dosage, and answer questions relating to signs and symptoms of bleeding or clotting, changes in medications or supplements, and changes in lifestyle issues (e.g., diet, exercise, alcohol use). The clinician can dialogue with the patient, if warranted, before providing instructions to the patient. All information is communicated in writing and captured in a secure, encrypted progress note. The patient's dosing calendar is updated automatically when the patient confirms understanding of new instructions. A complete description of ClotFree is beyond the scope of this discussion, but additional aspects are presented in the Discussion section of this article.

In this study, all dosage changes were made at the discretion of the investigator (HIB), and a dosing nomogram was not used.

Outcomes and Follow-up

For given time intervals, ClotFree calculated the group average TTR, the percentage of time

in the target range when expanded by ± 0.3 INR units (TTRexp), and the percentage of time at extreme INR values below 1.5 and above 5 (TEV). Similar values were calculated for individual patients (iTTR, iTTRexp, and iTEV). Clinician time was recorded on each progress note, with 1 minute assigned for automated visits. During the third month in the study, the average time for the clinician to complete four patient visits per month was calculated.

The impact of the intervention on INR control was assessed by comparing the INR control for the 6 months before the intervention period with months 4 through 12 of the intervention period. Months 1 through 3 of the intervention period were analyzed separately because of the previously explained change in the sources of patients, which required additional patient education and training that was not anticipated in the initial study design. Whether INR control was different between months 1 through 3 and 4 through 12 was assessed as a secondary end point. During the intervention period, INR data were not excluded from analysis for periods of brief interruption in dosing for procedures, but INR data were excluded if circumstances required the transfer of management to a clinician not involved in the study. The impact of vitamin K supplementation on warfarin dose was assessed by comparing the average warfarin doses for 3 months before the intervention versus months 4 through 12 of intervention. This difference was assessed for the entire group and by VKORC1 and CYP2C9 subgroups. The relationships between the VKORC1 and/or CYP2C9 groups and INR stability were evaluated in a similar manner.

Statistical Analysis

Descriptive statistics were used to summarize study data. Continuous variables were reported as means and standard deviations (SDs). Dichotomous variables were reported as counts and percentages. INR control and warfarin dose changes were compared before and after the intervention by using analysis of variance and the Dunnett method. To test how genetic variants might influence the impact of vitamin K supplementation on the warfarin dose and INR stability, we categorized the patients into gene-based groups. The mean ± SD daily warfarin maintenance dose for the patients in each group was calculated pre- and postintervention (months 4–12). Similarly, INR stability (TTR) was calculated for the pre- and postintervention periods. Then we visually compared the expected warfarin doses (from the table in the package insert[23]) to the actual doses for our patients before and after the intervention. Differences were considered to be statistically significant if the 2-tailed p value was less than a prespecified α level of 0.05. All statistical tests were performed by using JMP statistical software, v.9.0 (SAS Institute, Inc., Cary, NC, USA).

Results

A total of 63 patients (13 more than specified in the revised protocol) were referred to the study from June 2008 through June 2010. Each patient was able to successfully perform INR self-testing and complete an online ClotFree virtual visit. Eight patients withdrew from the study within the first 2 weeks and were not included in the analysis. Four withdrew consent in the first week, three failed to report their INRs, and one discontinued warfarin on day 11. The baseline characteristics of the remaining 55 patients are provided in Tables 1 and 2. Forty-one (75%) of the 55 patients were referred from four anticoagulation clinics (one hematology clinic and three cardiology clinics) and 14 patients (25%) were referred from seven medical practices. Three (5%) of the 55 patients failed to complete all phases of the study. One patient moved and was lost to follow-up, one patient was discharged from the study due to repeated protocol violations, and one patient who completed the study was found to be a protocol violation because of fewer than 7 months of therapy prior to the intervention. Available data from these three patients were included in the analysis. In addition, 8 (15%) of the 55 patients experienced 10 episodes of hospitalization in which anticoagulation management had to be transferred to nonstudy clinicians temporarily. These 10 episodes totaled 200 hospital days for a mean of 20 days per episode (range 8–52 days). These periods were excluded from analysis. The 55 patients provided 25.12 patient-years of 6-month preintervention data and 52.55 patient-years of 12-month postintervention data.

Forty-two (76%) of the 55 patients signed the genetic substudy consent form and provided blood samples for genetic testing.

Table 3 summarizes the changes in INR control and average warfarin doses. STORM$_2$ plus daily low-dose vitamin K supplementation resulted in a 25% point increase in TTR from

Table 1. Baseline Characteristics of the 55 Study Patients

| Characteristic | Data |
|---|---|
| Sex | |
|   Male | 33 (60) |
|   Female | 22 (40) |
| Race/ethnicity | |
|   White | 42 (76) |
|   Mexican-American | 9 (16) |
|   Other or not reported | 4 (7) |
| Age, yrs | |
|   Median | 63 |
|   Mean | 63.1 |
|   < 30 | 0 (0) |
|   30–39 | 2 (4) |
|   40–49 | 5 (9) |
|   50–59 | 12 (22) |
|   60–69 | 20 (36) |
|   70–79 | 11 (20) |
|   80–89 | 5 (9) |
| Education (n=43)[a] | |
|   No high school | 1 (2) |
|   Some high school | 0 (0) |
|   Finished high school | 3 (7) |
|   Some college | 15 (35) |
|   Finished college | 8 (19) |
|   Some graduate school | 1 (2) |
|   Finished graduate school | 15 (35) |
| Marital status (n=43)[a] | |
|   Single | 2 (5) |
|   Married | 32 (74) |
|   Divorced | 3 (7) |
|   Widowed | 6 (14) |
| Annual household income (n=43)[a] | |
|   <$20,000 | 5 (12) |
|   $20,000–$50,000 | 18 (42) |
|   $50,000–$100,000 | 11 (26) |
|   >$100,000 | 9 (21) |

Data are no. (%) of patients.
[a]Some patients declined to answer the questions about education, marital status, and/or annual household income.

Table 2. Indications for Anticoagulation in the 55 Study Patients

| Characteristic | Data |
|---|---|
| No. of indications for anticoagulation | |
|   One | 26 (47.3) |
|   Two | 16 (29.1) |
|   Three | 8 (14.6) |
|   Four | 5 (9.1) |
| Primary indication | |
|   Atrial fibrillation | 29 (52.7) |
|     CHADS$_2$ score, mean[a] | 1.9 |
|     0 | 1 (3.4) |
|     1 | 11 (37.9) |
|     2 | 11 (37.9) |
|     3 | 4 (13.8) |
|     4 | 1 (3.4) |
|     5 | 0 (0) |
|     6 | 1 (3.4) |
|   Mechanical heart valve | 12 (21.8) |
|   DVT/PE | 12 (21.8) |
|   POAD | 2 (3.6) |
| Additional secondary indications | |
|   Heart failure | 8 (14.6) |
|   TIA/CVA | 8 (14.6) |
|   DVT/PE | 6 (10.9) |
|   Myocardial infarction/CAD | 6 (10.9) |
|   Atrial fibrillation | 4 (7.3) |
|   PAH | 4 (7.3) |
|   POAD | 2 (3.6) |
|   Venacaval filter | 1 (1.8) |

DVT/PE = deep vein thrombosis or pulmonary embolism; POAD = peripheral obstructive arterial disease; TIA/CVA = transient ischemic attack or cerebrovascular accident (stroke); CAD = coronary artery disease; PAH = pulmonary arterial hypertension.
Data are no. (%) of patients unless otherwise specified.
[a]The CHADS$_2$ score is a method of estimating the stroke risk in patients with atrial fibrillation not associated with valvular heart disease; 1 point is assigned for the presence of congestive heart failure, hypertension, and age older than 75 yrs, and 2 points for previous stroke. Although it is not appropriate to use the scoring system in the presence of valvular heart disease, we did so. Valvular heart disease was a diagnosis in one patient with a score of 0, one patient with a score of 2, and two patients with a score of 3.

56% (± 26.4%) to 81.1% (± 11.3%). Except for the percentage of time spent above an INR of 5 (which was very low at 0.3% before the intervention), each measure of INR control improved significantly when the preintervention period was compared with months 4 through 12 of the intervention. Similar improvement was seen during the first 3 months of intervention but only

Table 3. Pre- and Postintervention International Normalized Ratio Control and Warfarin Daily Dose in the 55 Study Patients

| Outcome | Preintervention | 1–3 Mo Postintervention | 4–12 Mo Postintervention | p Value (ANOVA) |
|---|---|---|---|---|
| % TTR | 56.0 ± 26.4 | 75.8 ± 14.4[a] | 81.1 ± 11.3[a] | <0.0001 |
| % TTRexp | 80.3 ± 19.6 | 91.7 ± 10.0[a] | 94.4 ± 6.1[a] | <0.0001 |
| % Time < INR of 1.5 | 2.8 ± 7.2 | 0.5 ± 1.6[a] | 0.4 ± 0.8[a] | 0.0040 |
| % Time > INR of 5.0 | 0.3 ± 1.7 | <0.1 ± 0.2 | 0.1 ± 0.4 | 0.3670 |
| % TEV | 3.1 ± 7.2 | 0.5 ± 1.6[a] | 0.4 ± 0.9[a] | 0.0015 |
| Daily warfarin dose, mg | 6.0 ± 2.8 | 6.5 ± 3.3 | 6.4 ± 2.8 | 0.6063 |

ANOVA = analysis of variance; % TTR = percentage of time spent with the international normalized ratio (INR) in the target range; % TTRexp = percentage of time spent within the target range when expanded by ± 0.3 INR units; % TEV = percentage of time spent at extreme INR values < 1.5 or > 5.
Data are mean ± SD values.
[a]These measurements were significantly different from the preintervention period using the Dunnett method.

% TTR and % TTRexp showed significant further improvement in months 4 through 12 of the intervention. The warfarin dose increase following the intervention was not statistically significant. Clinician time required for management averaged 8.94 minutes per four visits, or 2.24 minutes per visit.

The preintervention iTTR was highly variable, with mean values of 22.9%, 48.0%, 68.5%, and 87.2% for quartiles 1, 2, 3, and 4, respectively (Table 4). The iTTR from the four anticoagulation clinics (groups A through D) and the seven medical practices (group E) were similar, with each group contributing to the lowest and highest iTTR quartiles (Table 4). The intervention had the greatest impact on those with the poorest iTTR, so that by months 4 through 12, each patient had an iTTRexp more than 75%, and 43 patients (78%) had an iTTRexp 90% or greater (Table 4).

The amount of vitamin K contained in the supplements was considerably less than the labeled amount, and most of the patients (49 [89%] of 55) received tablets containing less than 40 µg of vitamin K (Table 5). One vitamin K product purchased by one patient outside of the study (which was immediately confiscated by the investigators) proved to have only 5.5 µg of vitamin K, which is below the lower limit of the assay (Table 5).

The increases in warfarin doses and INR stability pre- and postintervention by genetic subgroup were not statistically significant (p>0.05 for all comparisons). Table 6 presents the distribution of various genetic polymorphisms, the predicted warfarin dose, and the observed warfarin dose. Patients with the GG VKORC1 genotype, however, required higher daily warfarin maintenance doses than predicted by the warfarin product labeling,[23] but the pre- and postintervention differences were not significant in this subgroup.

## Discussion

The 25% point increase in TTR is a greater degree of improvement than reported with any other method that has been shown to improve INR control. This study, however, is not the first to test STORM$_2$. Three other small trials, each using a different software system, reported ~10% point increases in TTR.[24–26] One of the three trials achieved a TTR of 80% and reported clinician management time of less than 10 minutes per month,[25] metrics identical to ours.

Although the use of computerized or manual dosing nomograms have been reported to improve INR control significantly, the degree of improvement in recent trials has been less than 10 percentage points to a TTR slightly less than 72%.[27–29] Furthermore, the nomograms do not recommend a dosage change as long as the INR is within the target range (even if the INR appears to be changing), and the nomograms either fail to recommend a dose or the dose has to be overridden in ~10–30% of instances.[28,29] ClotFree, rather than using a dosing nomogram, was designed to provide the clinician will all relevant information from the patient by having the patient respond to a series of questions with each INR report and by providing several color-coded alerts to help the clinician identify trends and other factors. For example, an increase in the dose of warfarin or the INR is displayed in red, whereas a decrease in either value is displayed in green. The intent is to allow the clinician to quickly identify trends in either value and adjust the dose preemptively if desired. Similarly, interacting drugs are displayed in a color-coded fashion to help identify the more significant drug interactions, and red-letter messages warn the clinician if he or she enters a dose change more than 20% or if the patient reports a dosing regimen different from the previously prescribed regimen. Any change in dose also results in the percentage change in the weekly dose displayed to the clinician. Also, all communications are provided in writing, and the patient can access and print a monthly dosing calendar at any time. We found the efficiency of this process for the clinician to be quite good in that, on average, less than 10 minutes were required to complete (and fully document) four virtual visits per month with scheduling being automated. Consequently, the need for ancillary personnel was virtually eliminated.

Assessing the impact of vitamin K supplementation was undermined by the low content of the product. The warfarin dose after vitamin K supplementation tended to be higher than preintervention doses, but the differences were not statistically significant (Table 3). The small statistically nonsignificant increase in warfarin dose may be due to more aggressive dosing to eliminate preintervention subtherapeutic INRs rather than the effect of the small doses of vitamin K administered.

Analysis by genetic subgroups failed to show a correlation with either the change in warfarin dose after vitamin K supplementation or INR

Table 4. International Normalized Ratio Results Stratified by Patient Preintervention Time in Therapeutic Range Quartile

| Variable | Quartile 1 (n=14) | Quartile 2 (n=14) | Quartile 3 (n=14) | Quartile 4 (n=13)[a,b] | All Patients (n=55) |
|---|---|---|---|---|---|
| Mean % TTR (range), 6 mo before the intervention | 22.9 (0–34) | 48.0 (35–59) | 68.5 (60–74) | 87.2 (75–100) | 56.0 (± 26.4 [SD]) (0–100) |
| Patient sources[c] | | | | | |
| Group A | 2 | 3 | 3 | 6 | 14 |
| Group B | 4 | 1 | 5 | 2 | 12 |
| Group C | 4 | 4 | 0 | 3 | 11 |
| Group D | 1 | 2 | 0 | 1 | 4 |
| Group E | 3 | 4 | 6 | 1 | 14 |
| Mean ± SD % TTR, mo 4–12 of the intervention | 76.3 ± 13.0 | 82.3 ± 11.5 | 82.0 ± 11.6 | 85.3 ± 7.2 | 81.1 ± 11.3 |
| Percentage point change | +53.4 | +34.3 | +13.5 | −1.9 | +26 |
| % iTTRexp, mo 4–12 of the intervention, % | | | | | |
| < 65 | 0 | 0 | 0 | 0 | 0 |
| 65–75 | 0 | 0 | 0 | 0 | 0 |
| 75–80 | 0 | 1 | 2 | 0 | 3 |
| 80–90 | 4 | 3 | 1 | 1 | 9 |
| 90–100 | 10 | 10 | 11 | 12 | 43 |
| Combined | 14 | 14 | 14 | 13 | 55 |

Data are no. of patients unless otherwise specified.
iTTR = individual international normalized ratio (INR) time in the target range.
[a]Four patients had 100% iTTR during the 6 mo before the intervention, and eight patients had 100% iTTRexp during months 4 through 12 of the intervention.
[b]One patient had his iTTR fall from 100% before the intervention to 77.6% due to multiple hospitalizations for heart failure and infections.
[c]Groups A, B, C, and D consisted of the four anticoagulation clinics; three were in cardiology practices and one was in a hematology practice. Group E consisted of the seven medical practices.

Table 5. Analysis of Vitamin K Content/100-μg Tablet

| Brand (Lot Number) | Expiration Date | Percentage of Vitamin K 100 μg Actually Contained in Each Tablet (Mean ± SD) | No. (%) of Patients Who Received the Formulation During the First 3 Mo of the Study |
|---|---|---|---|
| GNC (35566HH0990) | August 2011 | 56.8 ± 2.5 | 1 (1.8) |
| GNC (5088JH0990) | November 2011 | 34.5 ± 2.4 | 36 (65.5) |
| GNC (2054DI0990) | May 2012 | 38.9 ± 1.8 | 13 (23.6) |
| GNC (4997JI0990) | December 2012 | 75.9 ± 3.9 | 5 (9.1) |
| GNC (0929CJ0990)[a] | March 2013 | 69.8 ± 2.5 | NA[a] |
| Mason[b] (6216J)[a] | April 2011 | 5.5 ± 1.2 | NA[a] |

NA = not applicable.
[a]Lot numbers not used during the first 3 mo of the study but were provided later.
[b]Mason Natural Vitamin K (Mason Vitamins, Inc., Miami Lakes, FL) was purchased by one patient after the initial 3 mo of therapy. This product was confiscated as soon as possible and replaced by a GNC product.

stability. The failure to identify a relationship between genetic subgroups and the effect of vitamin K on the warfarin dose may have resulted from the lower-than-intended dose of vitamin K supplementation. Others have reported that vitamin K supplementation required a 25% increase in warfarin dose in patients with the GG VKORC1 genotype but no dose increase in those with the AA VKORC1 genotype.[30] The inability to find an association between genetic subgroups and INR stability, although not unexpected, may have been due to the small sample size and the fact that virtually every patient achieved excellent INR stability.

This study was done in a real-world setting with inclusion and exclusion criteria that allowed almost all referred adult patients to qualify. The preintervention TTR of 56% is midway between the 51% and 63% reported for community-based and anticoagulation clinic–based care, respectively,[15] and it is comparable to the 55% TTR in the rivaroxaban versus warfarin in atrial fibrillation trial.[31]

In addition to the strengths and limitations just addressed, a number of additional issues should be acknowledged. This was a small pilot study that included only clinician-referred or self-referred patients. Conclusions regarding

Table 6. Expected and Observed Daily Warfarin Maintenance Doses by CYP2C9 and VKORC1 Genotype

| VKORC1 Genotype | Warfarin Dose | CYP2C9 Genotype | | | |
|---|---|---|---|---|---|
| | | *1/*1 | *1/*2 | *1/*3 | *2/*2 |
| GG (n=22) | Expected[a] | 5–7 | 5–7 | 3–4 | 3–4 |
| | Preintervention | 8.0 ± 2.9 (n=13) | 7.7 ± 0.6 (n=3) | 8.2 ± 5.2 (n=4) | 4.8 ± 0.3 (n=2) |
| | Postintervention | 8.9 ± 2.7 (n=13) | 7.6 ± 0.5 (n=3) | 8.0 ± 5.1 (n=4) | 5.3 ± 1.4 (n=2) |
| AG (n=13) | Expected[a] | 5–7 | 3–4 | 3–4 | 3–4 |
| | Preintervention | 5.1 ± 1.2 (n=9) | 4.3 ± 1.0 (n=4) | Na (n=0) | Na (n=0) |
| | Postintervention | 5.4 ± 1.1 (n=9) | 4.4 ± 0.6 (n=4) | Na (n=0) | Na (n=0) |
| AA (n=7) | Expected[a] | 3–4 | 3–4 | 0.5–2 | 0.5–2 |
| | Preintervention | 3.4 ± 1.3 (n=3) | 3.1 ± 0.6 (n=2) | 2.0 ± 0.8 (n=2) | Na (n=0) |
| | Postintervention | 4.3 ± 1.1 (n=3) | 3.5 ± 0.3 (n=2) | 2.2 ± 0.7 (n=2) | Na (n=0) |

VKORC1 = vitamin K epoxide reductase complex 1, which determines the receptor sensitivity to warfarin: AA (relatively sensitive), AG (moderately sensitive), and GG (resistant). CYP2C9 = cytochrome P450 2C9, which is the most critical enzyme in the elimination of warfarin; *1/*1 is the wild type. Mutations *1/*2, *1/*3, and *2/*2 are less common and associated with slower warfarin elimination and more drug accumulation with continued dosing.
Data are daily warfarin maintenance doses (mg), expressed as mean ± SD values and (ranges).
[a]Expected doses were obtained from the warfarin product labeling.[23]

how the characteristics of the patients studied relate to the total pool of potential patients or to other populations is not possible. The study population varied in age but was relatively homogeneous in terms of race/ethnicity, education, and income. Further, although patients were referred from a total of 11 practices, the management occurred at a single site and was provided by a single individual (HIB). Patients with different characteristics and/or who were referred from—or managed in—other sites by other clinicians may yield different results.

Although it would have been reasonable to anticipate encountering some patients who could not perform INR self-testing, who could not complete an online virtual visit, or who did not have Internet access, we did not encounter any such patients even though 16 (29%) were at least 70 years old. It should be emphasized, however, that we allowed a family member, neighbor, or caregiver to perform these functions if necessary.

The low content of the vitamin K product undermines any conclusions regarding the impact of this supplement on INR control or warfarin dosing.

## Conclusion

STORM$_2$ with daily low-dose vitamin K supplementation is an efficient alternative to traditional management of warfarin therapy that achieved exceptional improvement in INR control. Pharmacogenomics did not appear to influence the degree of INR control achieved or the increase in warfarin dose after the addition of daily low-dose vitamin K. The content of the vitamin K product, however, was substantially less than labeled. Patients with the GG VKORC1 genotype required substantially more warfarin than expected based on the company's product information. Because higher TTR and/or INR self-testing have been associated with substantially lower major event rates, the effect of STORM$_2$ should be assessed prospectively in head-to-head comparisons with conventionally managed warfarin and the new oral anticoagulants.

## Acknowledgments

Ms. Bussey and Dr. Bussey designed the ClotFree system that was used to manage the patients in this study; Ms. Bussey's company, Genesis Advanced Technologies, Inc., owns the software. Dr. Bussey developed the protocol and secured funding for the study. Ms. Bussey extracted and organized data from the ClotFree system into a separate electronic database for analysis. Dr. Frei, with input from Dr. Bussey and Ms. Bussey, was responsible for data analysis, data interpretation, and drafting the section of the manuscript on statistics. Dr. Bussey was responsible for drafting all other sections of the manuscript. All authors read, edited, and approved the final manuscript. The authors would like to thank Kelly Daniels, Nicolas Forcade, Sarah Meyer, and Besu Teshome (research assistants at the University of Texas at Austin College of Pharmacy), who assisted with various administrative tasks related to this study while under the supervision of Dr. Frei. The authors are especially grateful for the assistance of the following individuals in this project: Howard McLeod, Janelle Hoskins, and their staff at the University of North Carolina Institute for Pharmacogenomics and Individualized Therapy, the Eshelman School of Pharmacy, University of North Carolina at Chapel Hill, for genetic testing; and Sarah Booth and James Peterson of the Vitamin K laboratory in the Jean

Mayer U.S. Department of Agriculture Human Nutrition Research Center on Aging, Tufts University, Boston, Massachusetts, for analysis of the vitamin K supplements. Dr. Bussey, in support of this project, received the 3-year (2009–2011) GSK Distinguished Scholar in Thrombosis Award from the Chest Foundation of the American College of Chest Physicians. The Chest Foundation also provided quarterly oversight of the study but had no role in study design, data analysis, or manuscript preparation. The Clot-Free system was provided by Genesis Advanced Technologies, Inc., Lakehills, Texas, owned by Ms. Bussey. Roche Diagnostics provided the testing devices and test strips in addition to partial financial support in the form of an investigator-initiated grant; however, Roche Diagnostics had no role in the study design, data analysis, or manuscript preparation or review. The authors are completely responsible for data analysis and manuscript preparation and content. During this study, Dr. Frei was supported by a Career Development Award from the U.S. National Institutes of Health (NIH/National Center for Research Resources [NCRR] 025766).

## References

1. Veeger NJ, Piersma-Wichers M, Hillege HL, Crijns HJ, van der Meer J. Early detection of patients with a poor response to vitamin K antagonists: the clinical impact of individual time within target range in patients with heart disease. J Thromb Haemost 2006;4:1625–7.
2. Witt DM, Delate T, Clark NP, et al. Twelve-month outcomes and predictors of very stable INR control in prevalent warfarin users. J Thromb Haemost 2010;8:744–9.
3. Witt DM, Delate T, Clark NP, et al. Outcomes and predictors of very stable INR control during chronic anticoagulation therapy. Blood 2009;114:952–6.
4. Witt DM, Sadler MA, Shanahan RL, Mazzoli G, Tillman DJ. Effect of a centralized clinical pharmacy anticoagulation service on the outcomes of anticoagulation therapy. Chest 2005;127:1515–22.
5. White HD, Gruber M, Feyzi J, et al. Comparison of outcomes among patients randomized to warfarin therapy according to anticoagulant control: results from SPORTIF III and V. Arch Intern Med 2007;167:239–45.
6. Wallentin L, Yusuf S, Ezekowitz MD, et al. Efficacy and safety of dabigatran compared with warfarin at different levels of international normalised ratio control for stroke prevention in atrial fibrillation: an analysis of the RE-LY trial. Lancet 2010;376:975–83.
7. Chimowitz MI, Lynn MJ, Howlett-Smith H, et al. Comparison of warfarin and aspirin for symptomatic intracranial arterial stenosis. N Engl J Med 2005;352:1305–16.
8. Koroshetz WJ. Warfarin, aspirin, and intracranial vascular disease. N Engl J Med 2005;352:1368–70.
9. Connolly SJ, Pogue J, Eikelboom J, et al. on behalf of the ACTIVE W Investigators. Benefit of oral anticoagulant over antiplatelet therapy in atrial fibrillation depends on the quality of international normalized ratio control achieved by centers and countries as measured by time in therapeutic range. Circulation 2008;118:2029–203.
10. Singer DE, Chang Y, Fang MC, et al. Should patient characteristics influence target anticoagulation intensity for stroke prevention in nonvalvular atrial fibrillation?: the ATRIA study. Circ Cardiovasc Qual Outcomes 2009;2:297–304.
11. Cannegieter SC, Rosendaal FR, Wintzen AR, van der Meer FJ, Vandenbroucke JP, Briet E. Optimal oral anticoagulant therapy in patients with mechanical heart valves. N Engl J Med 1995;333:11–7.
12. Azar AJ, Cannegieter SC, Deckers JW, et al. Optimal intensity of oral anticoagulant therapy after myocardial infarction. J Am Coll Cardiol 1996;27:1349–55.
13. Bloomfield HE, Krause A, Greer N, et al. Meta-analysis: effect of patient self-testing and self-management of long-term anticoagulation on major clinical outcomes. Ann Intern Med 2011;154:472–82.
14. Menendez-Jandula B, Souto JC, Oliver A, et al. Comparing self-management of oral anticoagulant therapy with clinic management: a randomized trial. Ann Intern Med 2005;142:1–10.
15. Baker WL, Cios DA, Sander SD, Coleman CI. Meta-analysis to assess the quality of warfarin control in atrial fibrillation patients in the United States. J Manag Care Pharm 2009;15:244–52.
16. Claes N, Buntinx F, Vijgen J, et al. The Belgian Improvement Study on Oral Anticoagulation Therapy: a randomized clinical trial. Eur Heart J 2005;26:2159–65.
17. Reese AM, Farnett LE, Lyons RM, Patel B, Morgan L, Bussey HI. Low-dose vitamin K to augment anticoagulation control. Pharmacotherapy 2005;25:1746–51.
18. Rombouts EK, Rosendaal FR, Van Der Meer FJ. Daily vitamin K supplementation improves anticoagulant stability. J Thromb Haemost 2007;5:2043–8.
19. Sconce E, Avery P, Wynne H, Kamali F. Vitamin K supplementation can improve stability of anticoagulation for patients with unexplained variability in response to warfarin. Blood 2007;109:2419–23.
20. Oldenburg J, Watzka M, Rost S, Muller CR. VKORC1: molecular target of coumarins. J Thromb Haemost 2007;5(Suppl. 1):1–6.
21. Booth SL, Sadowski JA. Determination of phylloquinone in foods by high-performance liquid chromatography. Methods Enzymol 1997;282:446–56.
22. Bussey HI. Impact of a new method of warfarin management on patient satisfaction, time, and cost. Pharmacotherapy (in press).
23. Coumadin package insert. Princeton, NJ, Bristol-Myers Squibb. Available at http://packageinserts.bms.com/pi/pi_coumadin.pdf. Accessed July 29, 2013.
24. Ryan F, Byrne S, O'Shea S. Randomized controlled trial of supervised patient self-testing of warfarin therapy using an Internet-based expert system. J Thromb Haemost 2009;7:1284–90.
25. Harper PL, Pollock D. Anticoagulation self-management using near patient testing and decision support software provided via an Internet Website improved anticoagulation control in patients on long-term warfarin. Blood 2008;112:Abstract #1278.
26. Ferrando F, Mira Y, Contreras MT, Aguado C, Aznar JA. Implementation of Sintromac Web, a new Internet-based tool for oral anticoagulation therapy telecontrol; study on consistency and patient satisfaction. Thromb Haemost 2010;103:1091–101.
27. Kim YI, Nieuwlaat R, Connolly SJ, et al. Effect of a simple two-step warfarin dosing algorithm on anticoagulant control as measured by time in therapeutic range: a pilot study. J Thromb Haemost 2010;8:101–6.
28. Nieuwlaat R, Hubers LM, Spyropoulos AC, et al. Randomised comparison of a simple warfarin dosing algorithm versus a computerized anticoagulation management system for control of warfarin maintenance therapy. Thromb Haemost 2012;108:1228–35.
29. Poller L, Keown M, Ibrahim S, For the European Action on Anticoagulation (EAA), et al. A multicentre randomized assessment of the DAWN AC computer-assisted oral anticoagulant dosing program. Thromb Haemost 2009;101:487–94.
30. Sconce EA, Avery PJ, Wynne HA, Kamali F. Vitamin K epoxide reductase complex subunit 1 (VKORC1) polymorphism influences the anticoagulation response subsequent to vitamin K intake: a pilot study. J Thromb Haemost 2008;6:1226–8.
31. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med 2011;365:883–91.1

Appendix 1. Collaborative Drug Therapy Management (CDTM) Agreement

Under the Medical and Pharmacy Practice Acts of Texas, a Collaborative Drug Therapy Management Agreement is required for a physician to delegate drug therapy management to a clinical pharmacist. This agreement has been reviewed and approved by the Texas Board of Pharmacy. This CDTM agreement should be signed by both parties and a copy retained by each.

Anticoagulation patients covered under this agreement will be managed with the ClotFree system. The physician can revoke this authority at any time, and patients who repeatedly fail to adhere to the management program will be referred back to the physician. This CDTM agreement has no termination date, but it can be terminated without cause at any time by written notice to either party. This service is to complement—not replace—the physician's management.

Henry I. Bussey, Pharm.D (or a clinical pharmacist selected by him) is **authorized** to:

1. **Determine the patient's target INR range** if not provided by the physician.
2. **Adjust the patient's dose** of warfarin to maximize control of the INR, which may include withholding or administering partial bolus doses of warfarin for up to 3 days.
3. **Determine the frequency for INR monitoring** which will not exceed 4 weeks.
4. **Renew warfarin prescriptions by phone and order appropriate tests** as an agent of the physician.
5. **Perform targeted patient assessment as appropriate** (vital signs, heart/lung sounds, assess peripheral edema, etc.).
6. **Administer oral vitamin K** as needed to reduce an elevated INR or in low doses (< 300 μg daily) to help stabilize the INR.
7. **Add low-dose aspirin** if indicated for additional clot protection.

Dr. Bussey agrees to:

1. **Provide the physician** with instructions, username, and password to **rapidly access the patient's complete anticoagulation record online in the ClotFree system.**
2. **Provide up-to-date dosing and INR data** upon request (an alternative to the online access above) by calling Dr. Bussey at 210-860-0487 or Ms. Ramirez at 210-495-4335, option 1.
3. **Contact**—or refer the patient to—the physician for two consecutive INRs < 1.5 (unless intentionally lowered) or > 4.5, a valid INR > 10, evidence of **major bleeding** or **new clotting.**
4. **Contact**—or refer the patient to—the physician for any additional anticoagulation or anticoagulation-related therapy other than specified above, or medical evaluations as appropriate.
5. Carry appropriate professional liability insurance.

**The physician agrees** to review Dr. Bussey's management at least annually, to provide written warfarin prescriptions if required, and to evaluate and manage intentional interruptions in anticoagulation and/or other medical conditions or instances requiring medical evaluation.

| Sign: | Sign: |
|---|---|
| Print (physician): | Print: Henry I. Bussey, PharmD, FCCP |
| Date: | Date: |

Appendix 2. ClotFree Patient Agreement (a service of Genesis Clinical Research)

It is very important that you **know important information** about warfarin therapy, that you carefully **follow all instructions,** and that you communicate clearly and effectively with the clinician(s) in a timely fashion.

In order to help assure your safety, we have identified the following responsibilities that you must agree to do if you are going to be managed in the ClotFree system. If you have a caregiver or family member who is going to assist you in this management, that individual must agree to the following responsibilities. Failure to comply with these responsibilities will jeopardize your safety and we may have to release you from the ClotFree system. Please contact Dr. Bussey or Ms. Ramirez at **210-495-4335** with any questions or if you need assistance in any way.

You agree that you will be responsible to:

1. **Know important information about your therapy:** As a minimum requirement, you will review the patient education materials posted under the "New Patients" tab on the home page at ClotCare.org (online at www.clotcare.org). This webpage contains 5 subheadings that serve

as links to more extensive information. Review all 5 subheading links. As you read through the information in each subheading link, you will find links to additional information on specific issues. These additional links can be identified because they are in BLUE rather than black. You should click on those other links and review that information as well. You can use the arrows in your toolbar to go back to the previous web page (ask Ms. Ramirez if you need assistance with this process). Also, let us know if you have any questions about any of the information you review.

2. **Follow all instructions:** This means that you will do all of the following:

- **Successfully perform an INR test** when instructed to do so. If the INR is outside of your target range, you should immediately repeat the test to confirm the result. If either INR is **more than 0.5 units** outside of your target range, notify us at 210-495-4335 immediately. Enter the INR result into Clot-Free (if you have 2 INR results to enter, enter one in the box for the INR and then tell us the 2nd INR result in the free text window). Answer the questions in ClotFree to the best of your ability. Any questions answered "yes" or "unknown" should be explained by typing an explanation in the free text window. If you are unable to complete this process on the assigned date, testing the day before or the day after the assigned date is acceptable.
- **Follow dosage instructions** provided through ClotFree (unless your doctor who is responsible for prescribing your warfarin tells you differently).
- **Click the "I Understand" button** in Clot-Free immediately upon receiving and reviewing any new instructions through ClotCare. If you do not understand the instructions, contact Ms. Ramirez at 210-495-4335.
- **Check for new messages** on ClotFree within 24–48 hours after submitting your INR result or responding to a question. If you do not have a new message after 48 hours, call Ms. Ramirez at 210-495-4335. ClotFree will send you an automated e-mail any time we enter instructions for you. If you are not receiving these automated e-mails, please contact us to be sure that we have the correct e-mail address on file for you and/or you may need to adjust your settings so that your e-mail system will accept these e-mails.

3. **Communicate clearly and effectively with your clinicians in a timely manner:** This requires that you:

- Continue to follow the instructions of the **doctor who is responsible for prescribing your warfarin** and that you contact him/her for any questions or problems just as you would if you were not in **ClotFree**. **ClotFree** is meant to assist your doctor with your anticoagulation management; it clearly is NOT replacing the role of your doctor. You, therefore, must have an identified doctor who is responsible for your anticoagulation and you must notify us if you change doctors.
- Be able to **communicate** effectively and clearly in **English**. This includes being able to read, write, speak, and understand English clearly.
- **Respond immediately** to any communications received through ClotFree. As mentioned above, you should receive such communications within 48 hours after submitting any new information in ClotFree. Call Ms. Ramirez (210-495-4335) if you fail to receive a communication within 48 hours after submitting information. Your typical response to received communications would include clicking the "I Understand" button when you receive new instructions or **replying** with the requested information if you receive a question through ClotFree. Call Ms. Ramirez at 210-495-4335 if you do NOT understand the instructions or the questions you receive through ClotFree.
- **Notify us immediately of any changes** in the medications you are taking, changes in your diet or supplements, a significant change in your health status, or if you are told by someone else to alter or stop your warfarin therapy.

I agree to be fully responsible for the above actions.

_____   _____
Signature(s) Patient (date)            Caregiver or family
                                        member (date)

Print name(s) below
 signature(s)