# Exhibit 9

# FILED UNDER SEAL

USCA5 3844

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE: XARELTO         )    MDL NO. 2593
     (RIVAROXABAN)          )
 6   PRODUCTS LIABILITY     )
     LITIGATION             )    SECTION: L
 7                          )
                            )
 8                          )    JUDGE ELDON E. FALLON
     THIS DOCUMENT          )
 9   RELATES TO ALL         )
     CASES                  )    MAG. JUDGE NORTH
10                          )
11
12
     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
                             - - -
14
                       November 10, 2016
15
                             - - -
16
         Oral videotaped deposition of HENRY I.
17   BUSSEY, PHARM.D., FCCP, held at the Lambert Law
     Firm, 701 Magazine Street, New Orleans, Louisiana,
18   70130, commencing at 9:02 a.m., on the above date,
     before Kari J. Behan, Certified Court Reporter
19   (#97019), Registered Professional Reporter,
     Certified Realtime Reporter.
20
                             - - -
21
22
23
24
                   GOLKOW TECHNOLOGIES, INC.
25              877.370.3377 ph - 917.591.5672
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFFS:
 3       LEVIN PAPANTONIO
         316 S. BAYLEN STREET
 4       SUITE 600
         PENSACOLA, FLORIDA  32502
 5       (BY:  NEIL E. "NED" MCWILLIAMS, JR., ESQ.)
         E-mail:  nmcwilliams@levinlaw.com
 6       Phone:  (850) 435-7000
 7
         DOUGLAS & LONDON
 8       59 MAIDEN LANE, 6TH FLOOR
         NEW YORK, NEW YORK  10038
 9       (BY:  LARA J. SAY, ESQ.)
         E-mail:  lsay@douglasandlondon.com
10       Phone:  (212) 566-7500 x203
11
         SCHLICHTER, BOGARD & DENTON
12       100 S. 4TH STREET
         SUITE 1200
13       ST. LOUIS, MISSOURI  63102
         (BY:  ROGER C. DENTON, ESQ.)
14       E-mail:  rdenton@uselaws.com
         Phone:  (314) 621-6115
15
16
17   COUNSEL FOR THE JANSSEN DEFENDANTS:
18       DRINKER BIDDLE & REATH
         600 CAMPUS DRIVE
19       FLORHAM PARK, NEW JERSEY  07932-1047
         (BY:  SEAN A. KENNEDY, ESQ.)
20       E-mail:  sean.kennedy@dbr.com
         Phone:  (973) 549-7017
21
22
23
24
25
```

Case 2:14-md-02592-EEF-MBN Document 5534-17 Filed 02/27/17 Page 4 of 9
Case 2:14-md-02592-EEF-MBN Document 5684-17 SEALED Filed 03/07/17 Page 4 of 9
PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   APPEARANCES (CONTINUED):
 2   COUNSEL FOR THE JANSSEN DEFENDANTS:
 3       SEDGWICK, LLP
         BROOKFIELD PLACE
 4       225 LIBERTY STREET, 28TH FLOOR
         NEW YORK, NEW YORK 10281-1008
 5       (BY:  DAVID M. COVEY, ESQ.)
         E-mail:  david.covey@sedgwicklaw.com
 6       Phone:  (212) 422-0202
 7
 8   COUNSEL FOR THE BAYER DEFENDANTS:
 9       BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
         COURTHOUSE PLACE
10       54 WEST HUBBARD STREET
         SUITE 300
11       CHICAGO, ILLINOIS  60654
         (BY:  KASPAR J. STOFFELMAYR, ESQ.)
12       E-mail:  kaspar.stoffelmayr@bartlit-beck.com
         Phone:  (212) 494-4434
13
14
15   THE VIDEOGRAPHER:
16       DARREN GUSTELLA, VIDEOGRAPHER
             GOLKOW TECHNOLOGIES, INC.
17
18
19
20
21
22
23
24
25
```

Case 2:14-md-02592-EEF-MBN Document 5534-17 Filed 02/27/17 Page 5 of 9
Case 2:14-cv-02592-EEF-MBN Document 5601-17 Sealed 02/27/17 Page 5 of 9

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1      Q.  She was not?
 2      A.  She is -- she was.
 3      Q.  I'm sorry.  So in 2013 she had already
 4  become a doctor?
 5      A.  Yes.
 6      Q.  Okay.  And then there's Christopher Frei?
 7      A.  Right.
 8      Q.  And if you look, sir, at the second
 9  page -- again, we're -- this was published in
10  2013, so I assume that certainly it was dealing
11  with 2011-2012 information?
12      A.  Information, I think it should say in
13  here, was generated from 2008 through 2011 or '12.
14      Q.  Okay.  Roughly similar years to when
15  ROCKET was being studied -- when the ROCKET study
16  was going?
17      A.  I guess.
18      Q.  Okay.  At the very bottom of the first
19  column, it says:  In the United States, the TTR
20  is 51 percent in community-based settings and
21  63 percent in specialized anticoagulation clinics?
22      A.  Yes.  Those are the numbers --
23      Q.  Hold up.  I got to ask you a question.
24      A.  Okay.
25      Q.  Did I read that accurately?
```

Case 2:14-md-02592-EEF-MBN Document 5534-17 Filed 02/27/17 Page 6 of 9
Case 2:14-md-02592-EEF-MBN Document 5684-17 *SEALED* Filed 02/17/17 Page 6 of 8
PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1      A.   Yes.
 2      Q.   And those are the numbers you reported in
 3   this peer-review publication that you put your
 4   name on, correct?
 5      A.   Yes.
 6      Q.   And you're critical of the ROCKET study
 7   for achieving TTR of 55 percent, correct?
 8      A.   I guess that's a component of my
 9   criticisms.
10      Q.   Fifty-five percent looks almost halfway
11   between 51 percent in community-based settings in
12   the United States and 63 percent in specialized
13   anticoagulation, correct?
14      A.   Yes.
15           MR. MCWILLIAMS:
16                Object to form.
17   BY MR. COVEY:
18      Q.   Okay.  Now, further in the study, you're
19   talking about the Cot -- ClotFree system, and I
20   wanted to go back to that just for a minute.
21   ████████████████████████████████████████
     ██████████████████████
     ██  ██  █████
     ██  ██  ██████████████████████████████
     ██  ████████████████████████████
```

Case 2:14-md-02592-EEF-MBN Document 5534-17 Filed 02/27/17 Page 7 of 9
Case 2:14-md-02592-EEF-MBN Document 5634-17 Filed 04/27/17 Page 7 of 8
PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                REPORTER'S CERTIFICATE
 2
 3         I, KARI J. BEHAN, CCR, RPR, CRR, Certified
 4   Court Reporter (LA Certificate #97019), as the
 5   officer before whom this testimony was taken, do
 6   hereby certify that HENRY I. BUSSEY, PHARM.D.,
 7   FCCP, after having been duly sworn by me upon
 8   authority of R.S. 37:2554, did testify as
 9   hereinbefore set forth in the foregoing 338 pages;
10         That this testimony was reported by me in
11   stenotype reporting method, was prepared and
12   transcribed by me or under my person direction and
13   supervision, and is a true and correct transcript
14   to the best of my ability and understanding;
15         That the transcript has been prepared in
16   compliance with transcript format guidelines
17   required by the complete arrangement, financial or
18   otherwise, with the person or entity making
19   arrangements for deposition services;
20         That I have acted in compliance with the
21   prohibition on contractual relationships, as
22   defined by Louisiana Code of Civil Procedure
23   Article 1434 and in rules and advisory opinions of
24   the board;
25         That I have no actual knowledge of any
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   prohibited employment or contractual relationship,
 2   direct or indirect, between a court reporting firm
 3   and any party litigant in this matter nor is there
 4   any such relationship between myself and a party
 5   litigant in this matter.  I am not related to
 6   counsel or to the parties herein, nor am I
 7   otherwise interested in the outcome of this
 8   matter.
 9           Signed this day, the November 17, 2016.
10
11
12
                  _____
13                KARI J. BEHAN, CCR, RPR, CRR
                  Certified Court Reporter
14                LA Certificate #97019
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS OF
LAURA M. PLUNKETT, PH.D.,
UNDER FEDERAL RULE OF EVIDENCE 702
[REC. DOC. 5108]**
_____

# FILED UNDER SEAL

USCA5 3852