UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## O R D E R

Considering Defendants' Motion for Leave to File Under Seal the Un-Redacted Opposition Memorandum and Exhibits 2-7 and 9 in Support of Their Opposition to Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH:

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Defendants' Un-Redacted Opposition Memorandum to Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH, as well as Exhibits 2-7 and 9 to said Opposition, be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of February, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE