**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE NORTH** |

**DEFENDANTS' UN-REDACTED OPPOSITION MEMORANDUM TO PLAINTIFFS' MOTION TO PRECLUDE CERTAIN TESTIMONY FROM J. MICHAEL GAZIANO, MD, MPH**

# FILED UNDER SEAL