**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                         SECTION L

THIS DOCUMENT RELATES TO ALL CASES       JUDGE ELDON E. FALLON

                                         MAGISTRATE NORTH

**EXHIBIT 9**
**TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE**
**CERTAIN TESTIMONY FROM J. MICHAEL GAZIANO, MD, MPH**

# FILED UNDER SEAL