UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Robert Dyer v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*
LAED USDC No. 2:16-cv-16107

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time Within Which to Serve Process and issue an Order allowing him an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.  A brief memorandum in support of Plaintiff's motion is submitted herewith.

Dated:  February 27, 2017

                                              Respectfully submitted,

                                            /s/ Joseph T. Waechter
                                           Joseph T. Waechter
                                           Florida Bar Number 0092593
                                           Michael Goetz
                                           Florida Bar Number 0963984
                                           **Morgan & Morgan**
                                           **Complex Litigation Group**
                                           201 N. Franklin St., Suite 700
                                           Tampa, FL 33602

JWaechter@forthepeople.com  
MGoetz@forthepeople.com  
Phone: (813) 223-5505  
Fax: (813) 222-4730  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Joseph T. Waechter  
Joseph T. Waechter