UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
                                    :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Robert Dyer v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*
LAED USDC No. 2:16-cv-16107

## MEMORANDUM IN SUPPORT OF MOTION

## FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Now comes Plaintiff in the above-listed action, through undersigned counsel, and respectfully moves this Court for an Order allowing him an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and/or Bayer Healthcare Pharmaceuticals Inc. (the "Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. In support of his motion, Plaintiff states as follows:

The foregoing action has been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiff's Complaint in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to one or both of the Bayer Defendants. Each of the summons in these actions was served on the Bayer Defendants thru the streamlined process, at maximum, five (5) days

after the deadline set forth in Pre-Order #10 (complaints filed on November 4, 2016 and served on January 11, 2017). Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10. In addition, any delay to Defendants will not be prejudicial.

Undersigned counsel has contacted counsel for the Bayer Defendants to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that no such extensions would be granted.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow them an additional twenty (20) days within which to effect service on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Dated: February 27, 2017

Respectfully submitted,

 /s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Joseph T. Waechter
Joseph T. Waechter