UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Robert Dyer v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*
LAED USDC No. 2:16-cv-16107

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process filed by Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 15th of March, 2017, at 9:00 am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: February 27, 2017                    Respectfully submitted,

                                             /s/ Joseph T. Waechter
                                            Joseph T. Waechter
                                            Florida Bar Number 0092593
                                            Michael Goetz
                                            Florida Bar Number 0963984
                                            **Morgan & Morgan**
                                            **Complex Litigation Group**
                                            201 N. Franklin St., Suite 700
                                            Tampa, FL 33602
                                            JWaechter@forthepeople.com
                                            MGoetz@forthepeople.com
                                            Phone: (813) 223-5505
                                            Fax: (813) 222-4730

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


                                           /s/ Joseph T. Waechter
                                           Joseph T. Waechter