UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
                                      :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Robert Dyer v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al*.
LAED USDC No. 2:16-cv-16107


## ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

New Orleans, Louisiana this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon