**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) |
| Freddie Garcia v. Janssen Research & Development LLC, et al.; Case No. 2:16-cv-16639 | ) JUDGE: ELDON E. FALLON ) MAG. JUDGE: MICHAEL NORTH ) ) ) |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW, Freddie Garcia, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

The original Complaint was filed on November 29, 2016 (*Garcia v. Janssen Research & Development LLC, et al.,* 2:16-cv-16639-EEF-MBN [Doc. 1]) misstating the following: (1) Plaintiff's state of ingestion as the principal place of business for Bayer Corporation, (2) the appropriate transfer venue and (3) the Deceptive Trade statute for Plaintiff's state of residence.

Plaintiff's proposed amendment would now correctly name the appropriate transfer venue under 28 U.S.C. § 1391, as the Southern Division of the District of Nevada. The proposed amendment would also list Pennsylvania as the correct principal place of business for Defendant Bayer Corporation. Lastly, Plaintiff's proposed amendment would reference §598.0925 of the Deceptive Trade Practices Law of Nevada as the appropriate statute, which is the basis of Plaintiff's Ninth Cause of Action.

---

[1] Plaintiff's counsel consulted with all counsel for the Defendants regarding this motion and there was not any opposition.

Plaintiff's counsel conferred with Defendants, there was no opposition and Defendants will not be prejudiced by Plaintiff's amended complaint.[2]

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Respectfully submitted,

/s/ Leslie LaMacchia
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on February 27, 2017.

                                              Respectfully submitted,

                                              /s/ Leslie LaMacchia

                                              Leslie LaMacchia, Esq.
                                              Adam Pulaski, Esq.
                                              PULASKI LAW FIRM, PLLC
                                              2925 Richmond Avenue, Suite 1725
                                              Houston, TX 77098
                                              (713) 664-4555 Phone
                                              (713) 664-7543 Fax
                                              llamacchia@pulaskilawfirm.com
                                              adam@pulaskilawfirm.com

                                              *Attorneys for the Plaintiff*