# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL NO. 2592 )  ) SECTION: L |
| **THIS DOCUMENT RELATES TO:** | )  ) JUDGE: ELDON E. FALLON |
| Nakisha Lewis, on behalf of Brenda Lewis, and the Estate of Brenda Lewis v. Janssen Research & Development LLC, et al.; Case No. 2:16-cv-16641 | ) MAG. JUDGE: MICHAEL NORTH )  )  ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff, Nakisha Lewis, on behalf of Brenda Lewis, and the Estate of Brenda Lewis, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

The original Complaint was filed on November 29, 2016 (*Lewis v. Janssen Research & Development LLC, et al.,* 2:16-cv-16641-EEF-MBN [Doc. 1]) misstating the following: (1) the spelling of the representative Plaintiff's first name, (2) the appropriate transfer venue and (3) the Deceptive Trade statute for Plaintiff's state of residence.

Plaintiff's proposed amendment would now correctly name the appropriate transfer venue under 28 U.S.C. § 1391, as the Eastern District of Louisiana. The proposed amendment would also correct the spelling of the representative Plaintiff's first name from "Nakeisha" to "Nakisha". Lastly, Plaintiff's proposed amendment would reference §51.1405 of the Louisiana Unfair Trade Practices and Consumer Protection Law as the appropriate statute, which is the

---

[1] Plaintiff's counsel consulted with all counsel for the Defendants regarding this motion and there was not any opposition.

2

basis of Plaintiff's Ninth Cause of Action.

Plaintiff's counsel conferred with Defendants, there was no opposition and Defendants will not be prejudiced by Plaintiff's amended complaint.[2]

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Respectfully submitted,

 /s/ Leslie LaMacchia
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on February 27, 2017.

                Respectfully submitted,

                /s/ Leslie LaMacchia

                Leslie LaMacchia, Esq.
                Adam Pulaski, Esq.
                PULASKI LAW FIRM, PLLC
                2925 Richmond Avenue, Suite 1725
                Houston, TX 77098
                (713) 664-4555 Phone
                (713) 664-7543 Fax
                llamacchia@pulaskilawfirm.com
                adam@pulaskilawfirm.com

                *Attorneys for the Plaintiff*