IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Nakisha Lewis, on behalf of Brenda Lewis, and the Estate of Brenda Lewis v. Janssen Research & Development LLC, et al.; Case No. 2:16-cv-16641 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

### [PROPOSED] ORDER

Plaintiff, Nakisha Lewis, on behalf of Brenda Lewis, and the Estate of Brenda Lewis, by its designated attorneys, files a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Whereas the Court considered Plaintiff's motion, THE COURT FINDS that Plaintiff has demonstrated that justice requires the grant of the leave to file the proposed amended complaint. Therefore, Plaintiff's motion is granted.

**SO ORDERED** that Plaintiff's Amended Complaint and Demand for Jury Trial be filed with the Clerk of the Court and served within _____ days of the date of this Order; and it is further

**SO ORDERED**, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1