IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) JUDGE: ELDON E. FALLON |
| Verdie Gamble v. Janssen Research & Development LLC, et al.; Case No. 2:16-cv-16642 | ) MAG. JUDGE: MICHAEL NORTH ) ) ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Verdie Gamble, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

The original Complaint was filed on November 29, 2016 (*Gamble v. Janssen Research & Development LLC, et al.,* 2:16-cv-16642-EEF-MBN [Doc. 1]) misstating the following: (1) Plaintiff's state of residence during the time of ingestion and injury; (2) Plaintiff's state of ingestion as the principal place of business for each of the Defendants, (3) the appropriate transfer venue and (4) the Deceptive Trade statute for Plaintiff's state of residence.

Plaintiff's proposed amendment would now correctly name the state of ingestion and injury as Florida, instead of Georgia. The proposed amendment would name the appropriate transfer venue under 28 U.S.C. § 1391, as the Middle District of Florida. The proposed amendment would also list Pennsylvania as the correct principal place of business for Defendant Bayer Corporation. Lastly, Plaintiff's proposed amendment would reference §501.204 of the

---

[1] Plaintiff's counsel consulted with all counsel for the Defendants regarding this motion and there was not any opposition.

2

Deceptive Trade Practices Law of Florida as the appropriate statute, which is the basis of Plaintiff's Ninth Cause of Action.

Plaintiff's counsel conferred with Defendants, there was no opposition and Defendants will not be prejudiced by Plaintiff's amended complaint.[2]

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

                Respectfully submitted,

                 /s/ Leslie LaMacchia
                Leslie LaMacchia, Esq.
                Adam Pulaski, Esq.
                PULASKI LAW FIRM, PLLC
                2925 Richmond Avenue, Suite 1725
                Houston, TX 77098
                (713) 664-4555 Phone
                (713) 664-7543 Fax
                llamacchia@pulaskilawfirm.com
                adam@pulaskilawfirm.com

                *Attorneys for the Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on February 27, 2017.

    Respectfully submitted,

    /s/ Leslie LaMacchia

    Leslie LaMacchia, Esq.
    Adam Pulaski, Esq.
    PULASKI LAW FIRM, PLLC
    2925 Richmond Avenue, Suite 1725
    Houston, TX 77098
    (713) 664-4555 Phone
    (713) 664-7543 Fax
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com

    *Attorneys for the Plaintiff*