**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| George Amelung (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-06710 |
| Johnny Gray (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15112 |
| Rudolfo Morin (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15128 |
| Clifford Stone (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15157 |
| Leora Thompson (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15159 |

**ORDER**

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until

April 28th, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

_____                    _____
DATE                                                                                    JUDGE ELDON E. FALLON