# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO ) | MDL NO. 2592 |
| (RIVAROXABAN) ) | |
| ) | SECTION: L |
| ) | |
| PRODUCTS LIABILITY ) | JUDGE ELDON E. FALLON |
| LITIGATION ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Jugo Cimber v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15070 |
| Steven Davidson v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15072 |
| Reuben Donajkowski v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15077 |
| David Hills v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15119 |
| Joyce Sheridan v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15155 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiffs' Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed the Complaint in the above captioned case on September 29th, 2016.

2) Subsequently, Plaintiffs Fact Sheets were submitted.

3) Plaintiffs were informed of deficiencies in their submitted Plaintiff Fact Sheet on February 7th, 2017. Specifically, that there were outstanding medical and/or prescription records that would support Plaintiffs' claim.

4) Plaintiffs have ordered the necessary medical and/or prescription records from Plaintiffs' medical providers.

5) As of this date, Plaintiffs have not received the outstanding records.

6) Plaintiffs are requesting a sixty (60) day extension to allow Plaintiffs to receive the outstanding medical and/or pharmacy records.

7) Plaintiffs have worked diligently throughout the pendency of the litigation to obtain and compile all the necessary information and documentation to support their claim.

8) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until April 28th, 2017.

Respectfully submitted,


By: /s/ Eric Wiedemer
    Eric Wiedemer (0078947)
    Cochran Legal Group LLP
    PO Box 161151
    Cleveland, Ohio 44116
    (216) 505-1254
    (888) 508-2085 (Fax)
    eric@cochranlegalgroup.com
    Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of February, 2017.

                                            /s/ Eric Wiedemer
                                            Eric Wiedemer (0078947)