**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| | ) | |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Jugo Cimber v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15070 |
| Steven Davidson v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15072 |
| Reuben Donajkowski v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15077 |
| David Hills v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15119 |
| Joyce Sheridan v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-15155 |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for an Extension

of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Eldon E. Fallon.

Respectfully submitted,


By: /s/ Eric Wiedemer
    Eric Wiedemer (0078947)
    Cochran Legal Group LLP
    PO Box 161151
    Cleveland, Ohio 44116
    (216) 505-1254
    (888) 508-2085 (Fax)
    eric@cochranlegalgroup.com
    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of February, 2017.

/s/ Eric Wiedemer
Eric Wiedemer (0078947)