**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ralph Cottingham

CA# 2:16-cv-15445

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff Ralph Cottingham on July 27, 2016.

Respectfully submitted,

Dated: March 1, 2017

By: /s/ *Wesley G. Barr*
Alfred A. Olinde, Jr., La. Bar # 20061
Wesley G. Barr, La. Bar # 32332
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana 70130
Telephone: (504) 587-1440
Facsimile: (504) 587-1577
Email: wbarr@olindefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, a copy of the above and foregoing *Suggestion of Death* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Wesley G. Barr*