# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| CHARLES SHELLENBERGER | SECTION: L |
| Plaintiff, | |
| v. | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MAG. JUDGE MICHAEL NORTH CIVIL ACTION NO. 2:16-cv-16400 |
| Defendants. | |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff, through undersigned counsel, respectfully requests that this Court enter an order for the voluntary dismissal for his case, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs. The Defendants have not been served the Summonses or Complaint and there have been no counterclaims filed against Plaintiff, Charles Shellenberger. No other claims by any other Plaintiff are affected by this motion.

Dated this 1st day of March, 2017.

Respectfully submitted,

/s/ *Michael P. McGartland*
Michael P. McGartland (TX Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com


*/s/ Christopher L. Coffin*
Christopher L. Coffin (LA Bar # 27902)
ccoffin@pbclawfirm.com
Nicholas R. Rockforte (LA Bar # 31305)
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, L.L.P
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: 504-355-0086
Facsimile: 504-523-0699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

Dated this 1st day of March, 2017.

    /s/ *Michael P. McGartland*
Michael P. McGartland (TX Bar #13610800)
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:      (817) 332-9301
mike@mcgartland.com

*/s/ Christopher L. Coffin*_____
Christopher L. Coffin (LA Bar # 27902)
ccoffin@pbclawfirm.com
Nicholas R. Rockforte (LA Bar # 31305)
nrockforte@pbclawfirm.com
Pendley, Baudin & Coffin, L.L.P
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone:     504-355-0086
Facsimile:      504-523-0699