# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| CHARLES SHELLENBERGER | MDL NO. 2592 |
| Plaintiff, | SECTION:   L |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | JUDGE:  ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  **CIVIL ACTION NO. 2:16-cv-16400** |
| Defendants. | |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims in *Charles Shellenberger v. Jannsen Research & Development, LLC, et al; 2:16-cv-16400* are hereby DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge