UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*James Ray v. Janssen Research & Development, LLC, et al., 16-12766*

# ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants is hereby GRANTED.

New Orleans, Louisiana this 24th day of February, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

1