## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXIBAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **14-md-2592** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **HON. ELDON E. FALLON** |
| | : | |
| *Mire v. Janssen Research & Development LLC, et al,* | : | |
| *2:17-cv-1546,* | : | |
| | : | |

## WITHDRAWAL OF NOTICE OF APPEARANCE
## AND AS ATTORNEY OF RECORD

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance as counsel on behalf of the Plaintiffs in the case captioned above, as attorney Adam Pulaski, of the PULASKI LAW FIRM, PLLC has already entered an appearance and is attorney of record.

Respectfully submitted,

DATED: March 1, 2017

*/s/ Peter J. Flowers*

Peter J. Flowers
**MEYERS & FLOWERS, LLC**
3 N Second Street, Suite 300
St. Charles, IL 60174
Tel.: 630-232-6333
Fax: 630-845-8972
pjf@meyers-flowers.com

**CERTIFICATION OF SERVICE**

I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Peter J. Flowers*

Peter J. Flowers