MINUTE ENTRY
FALLON, J.
FEBRUARY 24, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. The PSC was represented by Leonard Davis, Gerald Meunier, Brian Barr, and Andy Birchfield. Defendants were represented by John Olinde, Susan Sharko, Steve Glickstein, Andy Solow, Rick Sarver, Beth Wilkinson, Jeremy Barber, Jennifer Saulino, and Mark Jones. The parties discussed scheduling and trial preparation.

**IT IS ORDERED** that the third bellwether trial (*Mingo*) will begin on August 7, 2017, in the Southern District of Mississippi. The fourth bellwether trial (*Henry*) will be scheduled at a later date.

**IT IS FURTHER ORDERED** that the parties will submit a proposed briefing schedule for the dispositive and *Daubert* Motions regarding the third and fourth bellwether trials on or before March 15, 2017. Any prior deadlines on such motions are hereby **CONTINUED**.

JS10(00:15)