UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:  ) <br> ) <br> *Lois J. Kremer & Donald K. Kremer*  ) <br> *v.*  ) <br> *Janssen Research & Development LLC, et al.*  ) <br> *Case No.:  2:16-CV-15241*  ) | MDL No. 2592 <br><br> SECTON: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT JANSSEN ORTHO LLC OR, IN THE ALTERNATIVE, TO DISMISS DEFENDANT JANSSEN ORTHO LLC WITHOUT PREJUDICE**

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, respectfully move this Court for entry of an order granting an extension of time of ninety (90) days from granting of this Motion within which to serve process on defendant Janssen Ortho LLC or, in the alternative, to dismiss defendant Janssen Ortho LLC from this case without prejudice to refile.

A memorandum in support of plaintiffs' motion is submitted herewith.

WHEREFORE, plaintiffs, by and through their undersigned counsel, respectfully request this Court exercise its discretion and enter an Order granting an extension of time within which to serve process or in the alternative to dismiss defendant Janssen Ortho LLC from this case without prejudice.

Signed: March 1, 2017                    Respectfully submitted,

                                         By:  /s/Patrick T. Fennell

                                         Patrick T. Fennell (Va. State Bar 40393)
                                         CRANDALL & KATT
                                         366 Elm Avenue, S.W.
                                         Roanoke, Virginia 24016
                                         Telephone:  540/342-2000
                                         Facsimile:  540/400-0616
                                         pfennell@crandalllaw.com

                                         Counsel for plaintiffs.

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 1st day of March, 2017.

                                         By: /s/Patrick T. Fennell