UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Lois J. Kremer & Donald K. Kremer* ) <br> *v.* ) <br> *Janssen Research & Development LLC, et al.* ) <br> Case No.:  2:16-CV-15241 ) | MDL No. 2592 <br><br> SECTON: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT JANSSEN ORTHO LLC OR, IN THE ALTERNATIVE, TO DISMISS DEFENDANT JANSSEN ORTHO LLC WITHOUT PREJUDICE**

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, and in support of their First Motion for Extension of Time in which to Serve Process on Defendant Janssen Ortho LLC or, in the alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice, state the following:

1.     Plaintiffs filed their original complaint in the U.S. District Court for the Eastern District of Louisiana on October 5, 2016 (Case No. 2:16-cv-15241).  On October 6, 2016 the case was docketed in MDL 02592.

2.     Plaintiffs, by counsel, made arrangements for service of process on defendant Janssen Ortho LLC, among others, through a private process server.  Without notice to plaintiffs or their counsel, the private process server cancelled the request for service of process on defendant Janssen Ortho LLC.  Consequently defendant Janssen Ortho LLC has not yet been officially served with process in this case.

3. Defendant Janssen Ortho LLC will suffer no material prejudice if the requested extension is granted. Thousands of complaints similar to that of these plaintiffs have been filed in this MDL, and doubtless defendant Janssen Ortho LLC has received service of those complaints, is clearly aware of the nature of the complaints filed in this MDL, and has received ample notice of the issues raised in these plaintiffs' complaints.

4. The registered agent designated to receive service of process on behalf of defendant Janssen Ortho LLC is located in Puerto Rico. Under the circumstances an extension of ninety (90) days is appropriate in order to allow sufficient time to accomplish such service.

5. There has been no intentional delay in service of process on defendant Janssen Ortho LLC in this case.

6. Pursuant to Fed. R. Civ. P. 4(m), the Court may extend the time for service of process if the plaintiffs show good cause for failure to serve within the prescribed period of time.

7. No actual prejudice has occurred, or will occur, if the requested relief is granted.

8. In the event the Court decides to deny the extension of time within which to serve process upon defendant Janssen Ortho LLC, plaintiffs request leave to dismiss such defendants from this case without prejudice to refile the complaint against defendant Janssen Ortho LLC.

WHEREFORE, plaintiffs respectfully asks the Court to grant their motion to extend the time within which to serve process upon defendant Janssen Ortho LLC to a date ninety (90) days or, in the alternative, to dismiss Janssen Ortho LLC from this case without prejudice to plaintiffs' to refile their complaint against such defendant.

Signed: March 1, 2017                              Respectfully submitted,

By: /s/Patrick T. Fennell

Patrick T. Fennell (Va. State Bar 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for plaintiffs Lois J. Kremer and Donald K. Kremer.

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 1st day of March, 2017.

By: /s/Patrick T. Fennell