UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Lois J. Kremer & Donald K. Kremer* ) <br> *v.* ) <br> *Janssen Research & Development LLC, et al.* ) <br> Case No.: 2:16-CV-15241 ) | MDL No. 2592 <br><br> SECTON: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, hereby give this Notice of Submission of Plaintiffs' First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice, which Motion will be submitted on Wednesday, March 29, 2017, before the Hon. Eldon E. Fallon, United States District Court Judge.

Signed: March 1, 2017

Respectfully submitted,

By: /s/Patrick T. Fennell

Patrick T. Fennell (Va. State Bar 40393)
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: 540/342-2000
Facsimile: 540/400-0616
pfennell@crandalllaw.com

Counsel for plaintiffs Lois J. Kremer and Donald K. Kremer.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 1st day of March, 2017.

                                                  By:  /s/Patrick T. Fennell