UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) ) ) | SECTON: L JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | ) ) | MAG. JUDGE NORTH |
| *Lois J. Kremer & Donald K. Kremer* *v.* *Janssen Research & Development LLC, et al.* *Case No.:  2:16-CV-15241* | ) ) ) ) ) | |

**PLAINTIFFS' MOTION FOR EXPEDITED HEARING OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT JANSSEN ORTHO LLC OR, IN THE ALTERNATIVE, TO DISMISS DEFENDANT JANSSEN ORTHO LLC WITHOUT PREJUDICE**

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, hereby move the Court to order an expedited hearing of Plaintiffs' First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice (Doc. 5560).

1.      As stated in Plaintiffs' Memorandum in Support of Plaintiffs' First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, In the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice, plaintiffs' counsel had made arrangements for service of process on defendant Janssen Ortho LLC and that without notice to plaintiffs or their counsel the request for service was cancelled.

2.      Plaintiffs' believe that the applicable statute of limitations applicable to defendant Janssen Ortho LLC may, arguably, expire on or about March 27, 2017.[1]

---

[1] Plaintiffs and their counsel do not concede that expiration of the applicable statute of limitation with respect to Janssen Ortho LLC is in fact March 27, 2017.  In seeking an expedited hearing on their motion for an extension of time within which to serve defendant Janssen Ortho LCC or alternatively to dismiss such defendant without

3.      Plaintiffs believe an expedited hearing or review of their motion to extend the

deadline for service of process on defendant Janssen Ortho LLC or, in the alternative, to dismiss

defendant Janssen Ortho LLC will further the ends of justice, and there will be no prejudice to

defendant Janssen Ortho LLC in the event the court grants an expedited hearing on such motion.

A proposed Order is submitted herewith.

WHEREFORE, plaintiffs, by and through their undersigned counsel, respectfully request

an expedited hearing of their First Motion for Extension of Time Within Which to Serve Process

on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho

LLC Without Prejudice.

Signed:  March 1, 2017                                    Respectfully submitted,

                                                        By:  /s/Patrick T. Fennell


                                                        Patrick T. Fennell (Va. State Bar 40393)
                                                        CRANDALL & KATT
                                                        366 Elm Avenue, S.W.
                                                        Roanoke, Virginia 24016
                                                        Telephone:  540/342-2000
                                                        Facsimile:  540/400-0616
                                                        pfennell@crandalllaw.com

                                                        Counsel for plaintiffs Lois J. Kremer and
                                                        Donald K. Kremer.


### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court
using the CM/ECF system, which will send notification of such filing to all counsel of record, on
this 1st day of March, 2017.

                                                        By: /s/Patrick T. Fennell

---

prejudice, plaintiffs and their counsel are acting cautiously in the event a court might later determine that March 27,
2017 is the date of expiration of the applicable SOL.