UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Lois J. Kremer & Donald K. Kremer* ) <br> *v.* ) <br> *Janssen Research & Development LLC, et al.* ) <br> <u>Case No.: 2:16-CV-15241</u> ) | MDL No. 2592 <br><br> SECTON: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

# **ORDER**

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, have moved the court for an expedited hearing on their First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice.

For good cause shown, it is hereby ORDERED that the Court will conduct a hearing on Plaintiffs' First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice, on March 15, 2017, at _____ a.m./p.m.

ENTER, this _____ day of March, 2017.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge