UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS    *    MDL NO. 2592
LIABILITY LITIGATION                                              *
                                                                                    *    SECTION: L
                                                                                    *
                                                                                    *    JUDGE: FALLON
                                                                                    *
                                                                                    *    MAG. JUDGE NORTH
*************************************************

THIS DOCUMENT RELATES TO:

*Aurania Sobczak v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-15293

## ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Pharma AG as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiffs is hereby GRANTED.

New Orleans, Louisiana, this  1st   day of March 2017.

Hon. Eldon E. Fallon
United States District Judge