UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  SECTION L

JUDGE ELDON E. FALLON
MAGISTRATE NORTH

THIS DOCUMENT RELATES TO:

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*,
Case No. 2:14-cv-02720

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Response In Opposition to Defendants' *Daubert* Motion to Exclude Certain Opinions of Dr. Nathaniel Winstead, M.D. [Record No. 5120] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response In Opposition to Defendants' *Daubert* Motion to Exclude Certain Opinions of Dr. Nathaniel Winstead, M.D. [Record No. 5120] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this  1st  day of       March      , 2017.

_____
Eldon E. Fallon
United States District Court Judge