**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ralph Cottingham

CA# 2:16-cv-15445

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiff Ralph Cottingham with Dora Cottingham, his widow and personal representative of his estate.

1. Ralph Cottingham filed a products liability lawsuit against defendants on October 12, 2016.
2. Subsequently, plaintiff's counsel learned that Ralph Cottingham died.
3. Ralph Cottingham's product liability action against defendants survived his death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on March 1, 2017, attached hereto as "Exhibit 1".
5. Dora Cottingham, surviving spouse of Ralph Cottingham, is a proper party to substitute for plaintiff- decedent Ralph Cottingham and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Attached is an order appointing Dora Cottingham as the personal representative for the Estate of Ralph Cottingham ("Exhibit 2").

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action and an order entered substituting Dora Cottingham, personal representative of the Estate of Ralph Cottingham, as the named party in place of Ralph Cottingham.

Respectfully submitted,

Dated: March 2, 2017

By: /s/ *Wesley G. Barr*
Alfred A. Olinde, Jr., La. Bar # 20061
Wesley G. Barr, La. Bar # 32332
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana  70130
Telephone:  (504) 587-1440
Facsimile:  (504) 587-1577
Email: wbarr@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017 a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Wesley G. Barr*