# EXHIBIT 2

STATE OF SOUTH CAROLINA
COUNTY OF <u>SUMTER</u>

IN THE MATTER OF
<u>RALPH ELTON COTTINGHAM</u>
(Decedent)

IN THE PROBATE COURT

**CERTIFICATE OF APPOINTMENT**

CASE NUMBER: <u>2016ES4300493</u>

**This is to certify that**

DORA KELLY COTTINGHAM

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the <u>30th</u> day of <u>August</u>, <u>2016</u> is now in full force and effect.

**RESTRICTIONS:** <u>NONE</u>

Executed this <u>30th</u> day of <u>August</u>, <u>2016</u>.

_Theresa A Duggan_
_Deputy_
DALE ATKINSON, PROBATE JUDGE

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103