# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> _____ : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ralph Cottingham

CA# 2:16-cv-15445

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Dora Cottingham, as surviving spouse and personal representative of the Estate of Ralph Cottingham, is substituted for Plaintiff Ralph Cottingham in the above captioned cause.


Dated: _____          _____
                                 **HON. ELDON E. FALLON**
                                 United States District Court Judge