UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

**O R D E R**

Considering Plaintiffs' withdrawal of Dr. Maggio as an expert in the bellwether trials, and Defendants' Motion for Leave to Withdraw as Moot Their Motion *In Limine* to Exclude Certain Opinions of John E. Maggio, Ph.D. in light of Dr. Maggio's withdrawal as an expert:

**IT IS ORDERED BY THE COURT** that the Defendants' motion is **GRANTED** and the Defendants' Motion *In Limine* to Exclude Certain Opinions of John E. Maggio, Ph.D., and subsequent Reply Memorandum (Doc. Nos. 5469 and 5528) be and are hereby **WITHDRAWN BECAUSE THEY ARE MOOT.**

New Orleans, Louisiana, this _____ day of March, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE