# EXHIBIT-2

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    IN RE:  XARELTO            )
 4  (RIVAROXABAN) PRODUCTS     )
    LIABILITY LITIGATION       )  MDL No.:  2592
 5                              )  Section:  L
                                )  Judge Eldon E. Fallon
 6                              )  Mag. Judge North
                                )
 7  THIS DOCUMENT RELATES      )
    TO ALL CASES               )
 8

 9

10

11  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12                     VOLUME I
13

14    Videotaped Deposition of LAURA M. PLUNKETT,
15  Ph.D., taken on Tuesday, December 6, 2016, in the
16  office of The Lambert Firm, A.P.L.C., 701 Magazine
17  Street, New Orleans, Louisiana 70130, commencing
18  at 8:02 a.m.
19

20

21

22

23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
1        A.   That is correct.
2        Q.   Have you ever published anything in a
3   peer-reviewed medical journal regarding the FDA
4   approval process of prescription medications?
5        A.   No.
6        Q.   Have you ever sat in and participated on
7   any FDA committee?
8        A.   No.
9        Q.   Have you ever testified in front of the
10  FDA advisory committee?
11       A.   Advisory committee, no.  I've done
12  presentations before the FDA on behalf of my
13  clients, but not at an advisory committee meeting.
14       Q.   Has the FDA ever consulted with you on any
15  prescription label?
16       A.   No.
17       Q.   Do you hold any boarding or certification
18  or academic degree in regulatory affairs?
19       A.   No.  I have experience and training, but
20  not -- I don't hold a degree or a certification
21  such as the RAC certification.
22       Q.   Have you ever consulted with any
23  pharmaceutical company on the content of their
24  labeling?
25       A.   General terms, yes.
```

Protected - Subject to Further Protective Review

```
 1   fibrillation?
 2           MR. DENTON:
 3              Object to the form.
 4           THE WITNESS:
 5              No.  I can't say that that's true.
 6           Because I have actually -- on many
 7           different regulatory projects I've worked
 8           on where arrhythmias were side effects of
 9           compounds in development even, atrial
10           fibrillation would have been in one of the
11           arrhythmias we would have described or
12           discussed and looked at in animal models,
13           and then also looked at the propensity in
14           people for a variety of arrhythmias.
15              But as far as a -- have I produced any
16           specific report that dealt with a drug
17           used to treat atrial fibrillation, I can't
18           recall that specifically.  But I --
19           certainly atrial fib is a -- is a -- also
20           a side effect of some types of compounds
21           in addition --
22           MR. HOROWITZ:
23              Right.
24           THE WITNESS:
25              -- to being a disease that is treated
```