KNMH TELEMETRY UNIT K4B
180 W Esplanade Ave
Kenner LA 70065
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN: 2639232
           Sex: M
Acct #: 8100018▮▮▮
Adm: 2/3/2014

## Progress Notes

### Progress Notes by Beverly Mandolph, RN at 2/3/2014 10:00 PM

Author: Beverly Mandolph, RN    Service: Nursing    Author Type: Registered Nurse
Filed: 2/4/2014 6:30 AM    Note Time: 2/3/2014 10:00 PM    Status: Signed
Editor: Beverly Mandolph, RN (Registered Nurse)

Arrived from St. Ann hosp with no distress noted. No active bleeding noted. Pt arrived by ambulance. Spouse arrived minutes later. Pt has no c/o of pain.

Electronically signed by Beverly Mandolph, RN on 2/4/2014 6:30 AM

### Progress Notes by Najy N. Masri, MD at 2/4/2014 7:40 AM

Author: Najy N. Masri, MD    Service: Internal Medicine    Author Type: Physician
Filed: 2/4/2014 11:29 AM    Note Time: 2/4/2014 7:40 AM    Status: Signed
Editor: Najy N. Masri, MD (Physician)

Patient seen and examined. I agree with the findings and plan of care as in the resident note.

1. GI Bleed - Related to recent Xarelto initiation. Monitor H/H closely. Transfuse as needed to maintain hemoglobin > 7. Continue PPI drip. GI consulted. Plan for EGD today. No indication for activated prothrombin complex concentrate at this point.
2. ARF - Likely prerenal azotemia from volume loss. Monitor renal function after resuscitation.
3. Ascites - Cardiac vs Hepatic. Will discuss with GI regarding diagnostic paracentesis. Check abdominal US. Echo with EF 40% last month.
4. Afib - Continue amiodarone. BB on hold. Xarelto discontinued.
5. HTN - Hold BP meds.
6. Dispo - GI workup

Electronically signed by Najy N. Masri, MD on 2/4/2014 11:29 AM

### Progress Notes by Patricia Jurado, RN at 2/4/2014 5:01 PM

Author: Patricia Jurado, RN    Service: Care Management    Author Type: Transitional Navigator
Filed: 2/4/2014 5:09 PM    Note Time: 2/4/2014 5:01 PM    Status: Signed
Editor: Patricia Jurado, RN (Transitional Navigator)

### Discharge Planning Assessment

**Patient Identification**
**Name:** Joseph J Boudreaux Jr.
**Age:** 71 y.o.
**Gender:** male.
**Admitting Diagnosis:** Afib
**PCP:** ANGELIQUE G TORRES, NP
**PCP Address:** 1015 Crescent Ave / Lockport LA
**PCP Phone Number:** 985-532-1620

**Telephone Contacts**
Extended Emergency Contact Information

Page 16

Generated on 2/2/2016 7:27 AM

JBoudreaux-OMC-K-MD-000017
USCA5 147