# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGINIA RACKERS,  ) | |
| ) | MDL NO. 2592 |
| Plaintiffs.  ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v.  ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH &  ) | CIVIL ACTION NO. 2:17-cv-1091 |
| DEVELOPMENT LLC F/K/A JOHNSON  ) | |
| AND JOHNSON PHARMACEUTICAL  ) | |
| RESEARCH AND DEVELOPMENT LLC,  ) | |
| JANSSEN ORTH LLC, JANSSEN  ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN  ) | |
| PHARMACEUTICALS, INC. F/K/A  ) | |
| JANSSEN PHARMACEUTICA INC,  ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN  ) | |
| PHARMACEUTICALS INC.,  ) | |
| JOHNSON & JOHNSON COMPANY  ) | |
| BAYER HEALTHCARE PHARMACEUTICALS,  ) | |
| INC., BAYER HEALTHCARE LLC, BAYER  ) | |
| PHARMA AG, BAYER CORPORATION,  ) | |
| BAYER HEALTHCARE AG, AND BAYER AG,  ) | |
| ) | |
| Defendants.  ) | |

## EX PARTE MOTION TO AMEND

      Plaintiff, Virginia Rackers, pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks to amend the Complaint by adding the additional defendant, BAYER HEALTHCARE LLC, into the heading, as well as the body of the Complaint, in Section II. No. 25-32.

      Plaintiff Virginia Racker's Complaint was filed via LAED CM/ECF on February 7, 2017 and service was executed thereafter on February 21, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: March 1, 2017

Respectfully submitted,

SWMK Law, LLC

By: /s/Stephen B. Wohlford
       Benjamin R. Schmickle, #6270568
       Stephen B. Wohlford, #IL6287698
       701 Market Street, Suite 1000
       St. Louis, MO 63101
       (314) 480-5180
       (314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**