UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>Mary J. Wertz v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:16-cv-12520<br>Plaintiff Mary J. Wertz | ***UNOPPOSED* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFF** |

COMES NOW undersigned counsel on behalf of Plaintiff, Mary J. Wertz files this *Unopposed* Motion for Leave to File Amended Complaint and Substitute Party Plaintiff in the above matter and in support hereof states as follows:

1. This action was filed by Mary J. Wertz on May 20, 2016.

2. On June 10, 2016, plaintiff's counsel was notified that Mary J. Wertz died on March 25, 2016.

3. Subsequent to Plaintiff Mary J. Wertz's death, William Donald Wertz has sought and has been appointed as the Personal Representative of the Estate of Mary J. Wertz. A copy of the Letters of Authority for Personal Representative dated February 20, 2017 is attached hereto and by reference incorporated herein as Plaintiff's Exhibit "A".

4. Undersigned counsel seeks leave of this court to file the attached Amended Complaint, attached hereto and by reference incorporated herein as Plaintiff's Exhibit "B" and for an Order substituting party plaintiff to include William Donald Wertz individually and as Personal Representative of the Estate of Mary J. Wertz.

5. Counsel for Plaintiff has conferred with counsel for the defendants and there is no objection to the relief requested herein.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file the Amended Complaint attached hereto as Exhibit "B" and for any and all such further relief as this Court deems just and proper.

Dated _____

Respectfully submitted,

By: /s/ Neil D. Overholtz_____
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and *Unopposed* Motion for Leave to File Amended Complaint and Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: _____.

            Respectfully submitted,

            By: /s/ Neil D. Overholtz_____
            Neil D. Overholtz
            Florida Bar No.: 0188761
            Aylstock, Witkin, Kreis & Overholtz, PLLC
            17 East Main Street, Suite 200
            Pensacola, FL 32502-5998
            Telephone: (850) 202-1010
            Fax: (850) 916-7449
            Noverholtz@awkolaw.com

            **ATTORNEYS FOR PLAINTIFFS**