**Exhibit A**

| Approved, SCAO | | JIS CODE: LET |
|---|---|---|
| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF DELTA | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>17-DE-21970 |

Estate of Mary Jane Wertz, Deceased

TO:
**Name and address**
William D. Wertz
20025 W. Rustic Ridge Drive
New Berlin, Wisconsin 53416

**Telephone no.**
414.254.0775

You have been appointed and qualified as personal representative of the estate on  02/20/2017 . You are authorized to perform all acts authorized by law unless exceptions are specified below.
                                                                                    Date

☐ Your authority is limited in the following way:
   ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
   ☐ Other restrictions or limitations are:

☐ These letters expire:  _____
                          Date

02/21/2017
Date

_Lindsey LaMarch_
~~Judge (formal proceedings)~~/Register (informal proceedings)    Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

| Howard H. Collens | P52789 |
|---|---|
| Attorney name (type or print) | Bar no. |
| 26075 Woodward Avenue, Suite 200 | |
| Address | |
| Huntington Woods, Michigan 48070 | 248.545.2500 |
| City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

_____                                Deputy register
Date

Do not write below this line - For court use only
FILED IN DELTA COUNTY

FEB 21 2017

_Lindsey LaMarch_
REGISTER OF PROBATE

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (2/13) **LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE**