## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** Mary J. Wertz v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:16-cv-12520 Plaintiff Mary J. Wertz | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS** |

**MAY IT PLEASE THE COURT:**

Counsel for Plaintiff Mary J. Wertz seeks to substitute her surviving spouse, William Donald Wertz, the Personal Representative of the Estate of Mary J. Wertz, as the named party in place of Mary J. Wertz, deceased. Plaintiff Mary J. Wertz died on or about March 25, 2016. William Donald Wertz was appointed as the Personal Representative of the Estate of Mary J. Wertz on February 20, 2017 by the State of Michigan Probate Court, Delta County. Co-Lead Counsel for Bayer and Janssen Defendants do not oppose William Donald Wertz' Amended Complaint and substitution as party Plaintiff.

## CONCLUSION

Plaintiff's counsel respectfully requests that they be allowed to amend the Joint Complaint to substitute William Donald Wertz as party Plaintiff, in place of Mary J. Wertz, deceased.

Dated _____.

Respectfully submitted,

By:  /s/ Neil D. Overholtz_____
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:_____                                    /s/ Neil D. Overholtz