UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE ELDON E. FALLON |
| MARY J. WERTZ | : | |
| CIVIL CASE NO.: 2-16-cv-12520 | : | MAGISTRATE JUDGE NORTH |
| | : | |
| _____ | : | **JURY TRIAL DEMANDED** |

# ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion to Substitute William Donald Wertz, as Personal Representative of the Estate of Mary J. Wertz, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered  t h a t  Plaintiff's Motion to Substitute and request for leave to file an amended complaint is

**HEREBY  GRANTED**.

The Clerk is hereby directed to correct the caption to reflect the proper party as "William Donald Wertz, Personal Representative of the Estate of Mary J. Wertz," Plaintiff.

 Dated this       day of           , 2017.

                                                                               Honorable Eldon E. Fallon
                                                                               United States District Court Judge