# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| : | |
| _____ : | |

**THIS DOCUMENT RELATES TO:**

*Marion L. Allen, et al. v. Janssen Research & Development, LLC et al;* Civil Action No.: 2:16-cv-03909

## PLAINTIFF'S EXPARTE MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

NOW Comes, Plaintiff Marion Allen by and through her undersigned counsel of record, and respectfully moves the Court for an order declaring that prior service of her Joint Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer HealthCare, LLC, Bayer Corporation, and Bayer Pharma AG is valid. In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc, and Bayer Pharma AG. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

| | |
|---|---|
| Dated: March 2, 2017 | /s/ W. Todd Harvey |
| | W. Todd Harvey |

Of Counsel:

BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:    205-930-9091
Facsimile:    205-930-9054
Email:           tharvey@burkeharvey.com

Brian L. Kinsley, Esq.
CRUMLEY ROBERTS
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone:    336-333-9899
Facsimile:    336-333-9894
Email:           BLKinsley@crumleyroberts.com

## CERTIFICATE OF SERVICE

I herby certify that on March 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/ W. Todd Harvey*
Of Counsel