UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :
                                    :    JUDGE ELDON E. FALLON
                                    :
                                    :    MAGISTRATE JUDGE NORTH
                                    :
                                    :

**THIS DOCUMENT RELATES TO:**

*Marion L. Allen, et al. v. Janssen Research & Development, LLC et al*; Civil Action No.: 2:16-cv-03909

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, March 15, 2017, Plaintiff, Marion Allen's *Motion to Deem Prior Service Valid or In The Alternative For An Extension Of Time Within Which To Serve Process On Bayer Healthcare Pharmaceuticals, Inc. And Bayer Pharma AG* will be presented to the Court for ruling without the necessity of an oral hearing.

Dated:      March 2, 2017                    /s/ W. Todd Harvey
                                             W. Todd Harvey

Of Counsel:

BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:    205-930-9091
Facsimile:    205-930-9054
Email:        tharvey@burkeharvey.com

Brian L. Kinsley, Esq.
CRUMLEY ROBERTS
2400 Freeman Mill Road

Greensboro, NC 27406
Telephone:	336-333-9899
Facsimile:	336-333-9894
Email:	BLKinsley@crumleyroberts.com

**CERTIFICATE OF SERVICE**

I herby certify that on March 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                                        */s/ W. Todd Harvey*
                                        Of Counsel