UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Marion L. Allen, et al. v. Janssen Research & Development, LLC et al;* **Civil Action No.: 2:16-cv-03909**

## PROPOSED ORDER

IT IS ORDERED that the Plaintiff, Marion L. Allen's Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG is herby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Joint Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge