# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No 2:16-cv-09840-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| WELCH, | § SECTION:  L |
| Plaintiff, | § |
| | § JUDGE: ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| Defendants. | § |

## ORDER

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time To Serve Bayer Defendants (R. Doc. 5287), being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED,** that said Plaintiff shall have 30 days from the date of this order to serve Bayer Defendants.

New Orleans, Louisiana, this the  2nd  day of         March         , 2017.

_____
UNITED STATES DISTRICT JUDGE