UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION     SECTION L

JUDGE ELDON E. FALLON
MAGISTRATE NORTH

**THIS DOCUMENT RELATES TO:**
*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

**O R D E R**

Considering the Motion for Leave to File The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that The Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5111] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this 1st day of March, 2017.

_____
Eldon E. Fallon
United States District Court Judge