IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) |
| Julio Reyes v. Janssen Research & Development LLC, et al.; Case No. 2:16-cv-16645 | ) JUDGE: ELDON E. FALLON ) MAG. JUDGE: MICHAEL NORTH ) ) ) |

**ORDER**

Plaintiff, by its designated attorneys, files a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Whereas the Court considered Plaintiff's motion, THE COURT FINDS that Plaintiff has demonstrated that justice requires the grant of the leave to file the proposed amended complaint. Therefore, Plaintiff's motion is granted.

**SO ORDERED** that Plaintiff's Amended Complaint and Demand for Jury Trial be filed with the Clerk of the Court and served within 30 days of the date of this Order; and it is further

**SO ORDERED**, this  2nd  day of  March , 2017.

_____
UNITED STATES DISTRICT JUDGE

1