UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Lois J. Kremer & Donald K. Kremer* ) <br> *v.* ) <br> *Janssen Research & Development LLC, et al.* ) <br> Case No.:  2:16-CV-15241 ) | MDL No. 2592 <br><br> SECTON: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

## ORDER

Plaintiffs Lois J. Kremer and Donald K. Kremer, by and through their undersigned counsel, have moved the court for an expedited hearing on their First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice.

For good cause shown, it is hereby ORDERED that the submission date for Plaintiffs' First Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Ortho LLC or, in the Alternative, to Dismiss Defendant Janssen Ortho LLC Without Prejudice (R. Doc. 5560), is reset to March 15, 2017.

New Orleans, Louisiana, this 2nd day of March, 2017.

Hon. Eldon E. Fallon
U.S. District Court Judge