# EXHIBIT-1

USCA5 837

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | Judge Eldon E. Fallon |
| ) | |

## EXPERT REPORT

## DAVID A. KESSLER, M.D.

USCA5 838

# TABLE OF CONTENTS

I.     QUALIFICATIONS………………………………………………………………...5

II.    FDA REGULATIONS REQUIRE THAT A MANUFACTURER MUST IDENTIFY IN THE WARNINGS AND PRECAUTIONS SECTION ANY LABORATORY TEST HELPFUL IN RECOGNIZING PATIENTS WITH ADVERSE REACTIONS…………8

III.   SERIOUS BLEEDING IS AN ADVERSE EVENT ASSOCIATED WITH THE USE OF XARELTO………………………………………………………………………...9

IV.    THERE IS VARIABILITY IN DRUG PLASMA CONCENTRATION LEVELS IN PATIENTS TAKING XARELTO………………………………………………….10

V.     THERE IS A RELATIONSHIP BETWEEN XARELTO PLASMA CONCENTRATION LEVELS AND PROTHROMBIN TIME (PT)…………………………………..11

VI.    AS OF AUGUST 2011, THERE IS A RELATIONSHIP BETWEEN PT LEVELS AND THE RISK OF BLEEDING…...……………………………………………15

VII.   MEASURING A PT LEVEL IN A XARELTO-TREATED PATIENT CAN BE HELPFUL IN IDENTIFYING PATIENTS AT RISK FOR SERIOUS ADVERSE EVENTS BASED UPON A PATIENT'S RESPONSE TO XARELTO………………..17

VIII.  THERE IS A LABORATORY TEST TO MEASURE PT LEVELS IN XARELTO-TREATED PATIENTS…………………………………………………………..17

IX.    WHILE MEASURING A PT LEVEL IN A XARELTO-TREATED PATIENT CAN BE HELPFUL IN IDENTIFYING PATIENTS AT RISK FOR SERIOUS ADVERSE EVENTS BASED UPON A PATIENT'S RESPONSE TO XARELTO, IT DOES NOT ALLOW A PHYSICIAN TO TITRATE THE DOSE IN SUCH PATIENTS. RATHER, IT ALLOWS A PHYSICIAN AND A PATIENT TO DECIDE WHETHER THE PATIENT SHOULD CONTINUE XARELTO THERAPY…………………………….19

X.     CHRONOLOGY OF FDA'S STATEMENTS INCLUDING LABEL NEGOTIATIONS BETWEEN FDA AND THE XARELTO SPONSORS…………………………….21

XI.    THE SPONSORS FAILED TO "IDENTIFY ANY LABORATORY TESTS HELPFUL IN FOLLOWING THE PATIENT'S RESPONSE OR IN IDENTIFYING POSSIBLE ADVERSE REACTIONS."……………………………………………………...30

XII.   WHILE FDA'S STATEMENTS REGARDING PRECISION DOSING WITH THE NOVEL ORAL ANTICOAGULANTS HAVE VARIED OVER TIME, IT IS THE PURVEYOR OF A DRUG, NOT THE FDA, WHO HAS PRIMARY RESPONSIBILITY FOR THE SAFETY OF ITS PRODUCT…………………………31

XIII.  INFORMATION ABOUT LABORATORY TESTS THAT COULD BE HELPFUL IN IDENTIFYING PATIENTS AT INCREASED RISK OF BLEEDING FROM XARELTO USE WOULD BE USEFUL INFORMATION FOR PHYSICIANS IN CLINICAL DECISION-MAKING………………………………………………...35

USCA5 839

XIV.    MINIMIZING RISKS……………………………………………………………42

XV.    POST-MARKET EVIDENCE FURTHER INDICATES NEED TO IMPROVE SAFETY
        OF XARELTO FOR PATIENTS VIA A HELPFUL LABORATORY TEST…………43

XVI.    THE USE OF INRATIO IN THE ROCKET CLINICAL TRIAL………………………52

XVII.    CONCLUSIONS…………………………………………………………………...80

## APPENDICES

Appendix A    Curriculum Vitae

Appendix B    Prior Testimony & Expert Witness Fee

Appendix C    Published Articles on FDA Issues

Appendix D    Materials Provided

## SCHEDULES[1]

Schedule 1    Description of Approved Anticoagulant Drugs

Schedule 2    List of Indications for Xarelto

Schedule 3    Xarelto (Rivaroxaban) – The Product and Its Regulatory History

Schedule 4    Summary of All Xarelto Label Changes

Schedule 5    Summary of Label Changes Regarding Bleeding Risk

Schedule 6    Summary of Mechanism of Action for Xarelto

Schedule 7    Description of Clinical Trials for Xarelto

Schedule 8    Deposition Excerpts

Schedule 9    List of Advisory Committee Materials Concerning Xarelto

Schedule 10    Sponsors' Key Employees Cited in Report

Schedule 11    Chronology Based on Section X

Schedule 12    List of Bellwether Plaintiffs

---

[1] The schedules were prepared by legal staff at my direction and under my review.

USCA5 840

Schedule 13    Data on Inter-patient Variability Associated with Approved Xarelto Indications

Schedule 14    Anticoagulants and the Clotting Cascade

Schedule 15    Description of Coagulation Testing Parameters

Schedule 16    The FDA Approval of New Drugs

Schedule 17    Chronology of INRatio Performance Issues in ROCKET

Schedule 18    Excerpts from FDA Reviews Concerning Dose Selection and Time in Therapeutic Range in ROCKET

Schedule 19    Post-Market Epidemiology Study Strengths and Limitations Identified by Study Authors

Schedule 20    Table 12 from FDA ROCKET AF Reanalysis Reviews

USCA5 841

## I.   QUALIFICATIONS

1.      My name is David A. Kessler, M.D. I received my M.D. degree from Harvard

Medical School in 1979 and my J.D. degree from the University of Chicago Law School in 1978.

2.      I did my pediatrics training at Johns Hopkins Hospital.

3.      In 1990, I was appointed by President George H. W. Bush as Commissioner of the

United States Food and Drug Administration ("Commissioner") and was confirmed by the United

States Senate. I also served in that position under President William Jefferson Clinton until

February 1997.

4.      I have taught food and drug law at Columbia University Law School, and I have

testified many times before the United States Congress on food, drug, and consumer protection

issues under federal and state law. Over the last thirty years, I have published numerous articles in

legal, medical, and scientific journals on the federal regulation of food, drugs, and medical

devices. I have had special training in pharmacoepidemiology at Johns Hopkins Hospital. My

resume is attached as Appendix A. A list of cases in which I have appeared as an expert witness

in the last four years, and documentation of my expert witness fee, is attached as Appendix B.  A

list of my published articles relating to FDA issues, including devices and drugs, is attached as

Appendix C.

5.      As Commissioner, I had ultimate responsibility for implementing and enforcing

the United States Food, Drug, and Cosmetic Act (the "Act"). I was responsible for overseeing

five Centers within the FDA. They included, among others, the Center for Drug Evaluation and

Research, the Center for Devices and Radiological Health and the Center for Biologics

Evaluation and Research. In addition to those duties, I placed high priority on getting promising

therapies for serious and life-threatening diseases to patients as quickly as possible.  During my

USCA5 842

tenure as Commissioner, the FDA announced a number of new programs including: the regulation of the marketing and sale of tobacco products to children; nutrition labeling for food; user fees for drugs and biologics; preventive controls to improve food safety; measures to strengthen the nation's blood supply; and the MEDWatch program for reporting adverse events and product problems involving both drugs and devices. I created an Office of Criminal Investigation within the Agency to investigate suspected criminal violations of the Act, FDA regulations and other related laws.

6.      I am a senior advisor to TPG Capital, a leading global private equity firm, which owns pharmaceutical and biomedical companies. I served on the board of Aptalis Pharma. I currently serve on the boards of Stoke Pharmaceuticals, Tokai Pharmaceuticals and the medical device and biologics company Immucor, Inc. In these advisory and fiduciary capacities, I have advised companies on the standards and duties of care within the pharmaceutical and medical device industry. I also chaired the compliance committee of Aptalis Pharma, and currently chair the quality committee at Immucor, Inc., which involves ensuring compliance with the FDA's regulations and requirements.

7.      The documents provided to me by counsel, or that I accessed independently from various sources, including, but not limited to, the FDA's website, are attached as <u>Appendix D</u>. At my request, and subject to my directions and review, the attached Schedules were prepared by legal staff. Based on my review of the documents listed in <u>Appendix D</u>, and my training and experience, I have a number of opinions that are detailed below.

8.      It is my understanding that the cases identified in Footnote 2, *infra*, include, but are not limited to, the following claims as they relate to Xarelto[2]:

---

[2] Xarelto is the brand name for the pharmaceutical drug rivaroxaban.

USCA5 843

a.  Louisiana Product Liability Act (La. R.S. 9:2800.51, *et seq.*)

b.  Negligence;

c.  Negligence – Failure to Warn;

d.  Negligence – Negligent Design;

e.  Negligent Misrepresentation;

f.  Strict Products Liability;

g.  Strict Products Liability – Failure to Warn;

h.  Strict Product Liability – Design Defect;

i.  Breach of Express Warranty;

j.  Breach of Implied Warranty(ies);

k.  Fraud;

l.  Fraudulent Misrepresentation;

m.  Fraudulent Concealment;

n.  Fraud and Deceit;

o.  Violation of Unfair Trade Practices and Consumer Protection Law §51:1401, *et. seq.*

p.  Violation of Consumer Protection Laws;

q.  Loss of Consortium

r.  Redhibition (La. C.C. 2520, *et seq.*);

s.  Punitive Damages[3]

9.      In this report, I use the term "sponsors" to refer to one or more of the following

corporate entities, including Janssen Research & Development, LLC f/k/a Johnson and Johnson

---

[3] *See* the following filed complaints for MDL 2592: Boudreaux, Joseph J., Jr., Case No. 2:14-cv-02720; Orr, Joseph, Jr., Case No. 2:15-cv-03708; Mingo, Dora, Case No. 2:15-cv-03469; and James Henry, Individually and as Executor of the Estate of William Henry, Case No. 2:15-cv-00224.

USCA5 844

Pharmaceutical Research and Development LLC; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Johnson and Johnson; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG f/k/a Bayer Schering Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; and Bayer AG.

10.     The bellwether plaintiffs in this case are listed in Schedule 12.

11.     My opinions in this case focus on the responsibilities of drug companies, focusing on the regulatory interface between drug companies, the FDA, and physicians and patients as well as industry standards. These types of issues involve the intersection of science and regulation, including pharmacology, pharmacokinetics, and statistics.

## II. FDA REGULATIONS REQUIRE THAT A MANUFACTURER MUST IDENTIFY IN THE WARNINGS AND PRECAUTIONS SECTION ANY LABORATORY TEST HELPFUL IN RECOGNIZING PATIENTS WITH ADVERSE REACTIONS

12.     In 1979, FDA promulgated a regulation which required manufacturers to: "identify any laboratory tests that may be helpful in following the patient's response or in identifying possible adverse reactions. If appropriate, information shall be provided on such factors as the range of normal and abnormal values expected in the particular situation and the recommended frequency with which tests should be done before, during, and after therapy."[4]

13.     The 1979 regulation required that such disclosures be in the Precautions section of the drug label.

14.     On January 24, 2006, FDA promulgated a regulation that merged the Warnings and Precaution section and slightly modified the above requirement to read:

> identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions. If appropriate, information must be provided on such factors as the range of normal and abnormal values expected in

---

[4] 21 CFR §201.57(f)(3).

8

the particular situation and the recommended frequency with which tests should be performed before, during, and after therapy.[5]

15.     In my opinion, any laboratory test that is helpful in identifying patients at risk for serious adverse events based upon a patient's response to a drug should be disclosed in the Warnings and Precautions section of the drug label.

## III.    SERIOUS BLEEDING IS AN ADVERSE EVENT ASSOCIATED WITH THE USE OF XARELTO

16.     According to the Phase III pivotal clinical trial conducted by the sponsors, Xarelto was shown to result in 14.9 major or non-major clinically relevant bleeding events per 100 patient years.[6]

17.     According to FDA medical reviewers, "With respect to safety, the single issue weighing on the approval decision for rivaroxaban [Xarelto] is bleeding risk."[7]

18.     In my opinion, any laboratory tests that could be helpful in identifying patients at increased risk of bleeding from Xarelto use should be identified in the Warnings and Precautions section of the drug label.

---

[5] 21 CFR §201.57(c)(6)(iii).

[6] The hazard ratios (Xarelto vs. warfarin) for the incidence of pre-designated types of bleeding events in the ROCKET US population alone were as follows: Safety Endpoint, HR = 1.28 (1.09, 1.50; p=0.003); Major Bleeding, HR = 1.50 (1.14, 1.98; p=0.004); Hb drop, HR = 1.64 (1.19, 2.24; p=0.002); Transfusion, HR = 1.61 (1.12, 2.33; p=0.011); Critical site, HR = 0.85 (0.46, 1.59; p=0.614); Death, HR = 0.63 (0.23, 1.72; p=0.365); Non-major, HR = 1.20 (1.00, 1.45; p=0.049); Minimal, HR = 1.20 (0.79, 1.81; p=0.395). *See* FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8 September 2011, Clinical Review, p. 228. In a letter dated January 28, 2014, FDA requested that the sponsors include a forest plot in the labeling that presented data on bleeding events in ROCKET, including the previous listed data for the US population. *See* XARELTO_JANSSEN_00000344. This forest plot and the relevant US population bleeding data is contained in the FDA approved Xarelto labeling as of September 2015. *See* US Xarelto Prescribing Information dated 9/2015, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2015/202439s015lbl.pdf.

[7] FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8 September 2011, Clinical Review, p. 16.

USCA5 846

## IV.   THERE IS VARIABILITY IN DRUG PLASMA CONCENTRATION LEVELS IN PATIENTS TAKING XARELTO

19.    The following inter-patient variability was observed in the pivotal Phase III trial supporting the atrial fibrillation indication[8,9,10]:

    a.  For the 20mg dose[11]:

        i.   The geometric mean AUC was 3,164 with a 5-95th percentile range of 1,860-5,434 mcg/h/L.

        ii.  The geometric mean $C_{trough}$ was 44 mcg/L with a 5th-95th percentile range of 12-137 mcg/L.

        iii. The geometric mean $C_{max}$ was 249 mcg/L with a 5th-95th percentile range of 184-343 mcg/L.

    b.  For the 15mg dose[12]:

        i.   The geometric mean AUC was 3,249 with a 5-95th percentile range of 1929-5311 mcg/h/L.

        ii.  The geometric mean $C_{trough}$ was 57 mcg/L with a 5th-95th percentile range of 18-136 mcg/L.

        iii. The geometric mean $C_{max}$ was 229 with the 5th-95th percentile range of 178-313 mcg/L.

---

[8] Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.* Clin Pharmacokinet (2014) 53:1-16.

[9] This section discusses the inter-patient variability in plasma drug concentration for a given dose of Xarelto. The sponsor's data also show that there is inter-patient variability in prothrombin time (PT) for a given dose of Xarelto (*see* Schedule 13, Box & Whiskers plots entitled "Prothrombin Time (Rivaroxaban Arm, ROCKET-AF) Week 12, 20-28 Hours Post 20mg Dose (N=293) and "Prothrombin Time (Rivaroxaban Arm, ROCKET-AF) Week 24, 20-28 Hours Post 20mg Dose (N=276)"). This variability between patients in PT with a given dose is expected given the variability between patients in concentration with a given dose and the relationship between drug concentration and PT, as discussed below. Simply put, at a given dose, there is variability in both drug plasma concentration and the effect of the drug, as measured by PT, because there is a linear correlation between drug plasma concentration and PT.

[10] See Schedule 13 for the inter-patient variability associated with other approved indications, as listed in Schedule 2.

[11] The 20mg qd dose is the recommended dose for a) stroke prevention in patients with non-valvular atrial fibrillation with CrCl >50 and b) the continued treatment of DVT/PE. For a discussion of FDA's concerns about dose selection, see Schedule 18.

[12] The 15mg qd dose is the recommended dose for a) stroke prevention in patients with non-valvular atrial fibrillation with CrCl <50 and b) the treatment of acute DVT/PE.

USCA5 847

20.      Similar inter-patient variability data were provided by the sponsors in the Xarelto

NDA that included the Exploratory Population Pharmacokinetic-Pharmacodynamic Analysis of

Rivaroxaban Based on Data from Study 39039039AFL3001 JNJ-39039039 (BAY 59-7939,

rivaroxaban) dated December 15, 2010.[13]

21.      According to these data, there is an approximately 10-fold difference in drug

exposure between those patients who are at the 5% and the 95% trough level.[14]

22.      In my opinion, there is variability in drug plasma concentration levels in patients

taking Xarelto.

## V.      THERE IS A RELATIONSHIP BETWEEN XARELTO PLASMA CONCENTRATION LEVELS AND PROTHROMBIN TIME (PT)

23.      According to Bayer's Dr. Wolfgang Mueck, et al., in an article titled *Clinical

Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban* published in 2014: "Prolongation of

the PT (using NeoPlastin)[15] was correlated with the rivaroxaban [Xarelto] plasma concentrations

in a linear relationship (Fig. 4)."[16,17]

24.      Dr. Mueck's Figure 4[18] demonstrates this relationship:

---

[13] XARELTO_BPAG_00006581.

[14] *See* Deposition of Dr. Wolfgang Mueck, Feb. 25, 2016, 391:12-18.

[15] At all times in this report, references to PT levels refer to PT levels obtained using the NeoPlastin reagent.

[16] Mueck 2014.

[17] A document prepared by the sponsor, dated May 11, 2016, stated: "The relationship between PT and rivaroxaban plasma concentration when Neoplastin® Plus, STA Neoplastine®, or Innovin® is used as the reagent is linear and closely correlated." XARELTO_JANSSEN_24478012, p. 1.

[18] Mueck 2014.

USCA5 848



Fig. 4 Concentration–effect relationship for Factor Xa activity (a) and prothrombin time (b) in healthy male subjects receiving rivaroxaban [16]. Reproduced from Mueck et al. [16] with permission from Dustri-Verlag Dr. Karl Feistle © 2007

25.     According to sponsor data, the correlation coefficient between drug concentrations and PT (using NeoPlastin) was reported as r value = 0.98.[19]

26.     According to FDA medical reviewers, "With respect to the PK-PD relationship, there is a direct linear relationship between serum concentrations of rivaroxaban [Xarelto]

---

[19] XARELTO_BPAG_37307156, p. 15.

USCA5 849

Case 2:14-md-02592-EEF-MBN   Document 5589-1 SEALED   Filed 03/02/17   Page 14 of 343

expected in human use at the doses used in ROCKET, as demonstrated by the results of PK study

10847 (PPK03-002), as seen in Figure 4 below:"[20]



27.     The FDA medical reviewers further questioned and, in turn, concluded: "Can

Prothrombin Time (PT) be used as a surrogate for PK? The PK data from 161 ROCKET patients

confirms the linear relationship between the plasma concentration of rivaroxaban [Xarelto], and

the PT, as demonstrated in Figure 6 below."[21,22]

---

[20] FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8
September 2011, Clinical Review, p. 37.

[21] FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8
September 2011, Clinical Review, p. 38.

USCA5 850



Figure 6. ROCKET prothrombin time vs. rivaroxaban plasma concentration

28.    A document created by the sponsors entitled "XARELTO® (rivaroxaban)

Coagulation Monitoring," dated May 11, 2016, stated the following:

- If assessment of rivaroxaban plasma concentrations is necessary, the PT was reported to be an appropriate coagulation test. The relationship between PT and rivaroxaban plasma concentration when Neoplastin® Plus, STA Neoplastine®, or Innovin® is used as the reagent is linear and closely correlated. The pharmacodynamics effects of rivaroxaban as measured by the PT are strongly affected by the type of PT reagent that is used.[23]

28.    The document goes on to state the following regarding prothrombin time:

PT is a widely used clotting test that measures extrinsic and final common pathways of coagulation cascade.

- There is a concentration-dependent relationship between rivaroxaban and prolongation of PT; however, there was considerable variability of PT measurements depending on the specific reagent used.

…

- In a human plasma study, STA Neoplastin Plus® was found to be the most precise method for determination of rivaroxaban.
- The higher cut-offs of rivaroxaban plasma concentrations correspond to values associated with a significant risk of bleeding.[24]

---

[23] XARELTO_JANSSEN_24478012 at p. 1, *internal citations removed*.

[24] XARELTO_JANSSEN_24478012 at p. 2-3, *internal citations removed*.

14

29.     In my opinion there is a relationship between Xarelto plasma concentration levels and prothrombin time.

## VI.  AS OF AUGUST 2011, THERE IS A RELATIONSHIP BETWEEN PT LEVELS AND THE RISK OF BLEEDING

30.     According to FDA's Stephen M. Grant, Deputy Division Director, Division of Cardiovascular and Renal Products, the Clinical Pharmacology and Clinical reviewers demonstrated "that there is also a correlation between PT and risk of bleeding."[25]

31.     According to FDA's clinical pharmacology review:

> Major bleeding events increased with an increase in pre-dose PT [trough] over the observed range (per protocol, on treatment analysis set). Probability of major bleeding by pre-dose PT with rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B) Cox regression model with a plot indicating probability of an event within 1 year.[26]



**Figure 4**     Major bleeding events increased with an increase in pre-dose PT over the observed range (per-protocol, on treatment analysis set). Probability of major bleeding by pre-dose PT with rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B) Cox regression model with a plot indicating probability of an event within 1 year. The PT measurements made either at week 12 or week 24, whichever was closer to the reported major bleeding event was used for the analysis. Majority of the PT measurements were made during 12-24 hours after the previous dose and is referred to as pre-dose PT.

---

[25] Center for Drug Evaluation and Research, Application Number 202439Orig1s000, Summary Review, Deputy Devision Director Decisional Memo, dated 04 November 2011, p. 9.

[26] Center for Drug Evaluation and Research, Application Number 202439Orig1s000, Clinical Pharmacology Review, dated 01/05/2011, p. 12, Section 3.3.

USCA5 852

32.     Janssen's Dr. Troy Sarich testified:

Q.      And are you aware, sir, that the FDA said that PT could be used as a surrogate marker for PK?

A.      I do recall they – they made that claim.

Q.      Do you agree or disagree with them in that?

A.      I – I don't agree. I don't think that that analysis was correct, and I don't think that their assessment was correct, and we spent a lot of time in the company and also working with external academic experts on this question. And – and I think as evidenced today by the fact that PT is not used by clinicians, it's just not helpful.

Q.      Okay. But had Janssen ever communicated to the FDA that PT would be a useful surrogate marker of PK?
...
A.      I – I don't recall exactly if we did. I think that we shared all the data we had on the various coagulation markers that are available. PT was one of those markers, which is prolonged by rivaroxaban. But I think we also pointed out that it's not – it's not a sensitive assay for rivaroxaban, so we didn't think the utility was very good.

Q.      But – but the assessment that you – that the FDA did that you disagree with, is that what they allegedly saw in the data, was that with increasing – or that there was a linear relationship between PK and PD, with PD being the pro – pro time, using the Neoplastine reagent, and that they also saw a correlation between increasing PT and bleed risk, right?
...
A.      They – they produced multiple assessments and, similar to our prior findings, yes, that PT is prolonged by rivaroxaban. The – the work they showed that PT is correlated to bleeding, we did not agree with that assessment or how they did the analysis.
...
Q.      And did you communicate that to the FDA, that you disagreed with their analysis?

A. Yes, we did.
...
Q.      Okay. So at the end of the day, the FDA and Janssen did not reach agreement on whether or not there is a relationship between PT and bleed risk?

A.      That's correct.[27]

---
[27] Deposition of Dr. Troy Sarich, June 29, 2016, 51:12-53:20; 54:19-22; 59:22-60:2.

USCA5 853

33.     In my opinion, as of August 2011, there is a relationship between PT levels and the risk of bleeding.[28, 29]

## VII.    MEASURING A PT LEVEL IN A XARELTO-TREATED PATIENT CAN BE HELPFUL IN IDENTIFYING PATIENTS AT RISK FOR SERIOUS ADVERSE EVENTS BASED UPON A PATIENT'S RESPONSE TO XARELTO

34.     As noted above:

a.  there is variability in drug plasma concentration levels in patients taking Xarelto;

b.  there is a relationship between Xarelto plasma concentration levels and PT; and

c.  there is a relationship between PT levels and the risk of bleeding.

35.     Therefore, in my opinion, measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto.

## VIII.   THERE IS A LABORATORY TEST TO MEASURE PT LEVELS IN XARELTO-TREATED PATIENTS

36.     The sponsors used the Neoplastin PT test as a pharmacodynamic measurement in its clinical trials that studied Xarelto.[30]

---

[28] Contrary to this finding with respect to bleeding, according to FDA's medical reviewers, "no PT-dependent reduction in ischemic stroke is demonstrated over the range of PT data." FDA Ad. Comm. Briefing Doc., Clinical Review, p. 43.

[29] *See also* Nakano Y, et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban*. J Cardiol (2014), http://dx.doi.org/10.1016/j.jjcc.2014.07.021 The conclusion stated as follows:

> In Japanese patients with non-valvular atrial fibrillation receiving rivaroxaban, a prolonged peak PT ($\geq$20 s) could indicate increased risk of bleeding, and both trough and peak SF levels were reduced relative to baseline. PT and SF are both valuable measures of coagulation status in patients receiving rivaroxaban, regardless of prior anticoagulant history.

[30] *See* Mueck 2014 at p. 13.

17

USCA5 854

37.     Xarelto prolongs PT when using reagents such as NeoPlastin that are sensitive to

Xarelto, including both Neoplastin Plus® (Diagnostic Stago, Asnieres-sur-Seine, France) and

HemsIL RecombiPlasTin 2G (Instrumentation Laboratory, Bedford, MA, USA).[31]

38.     A Janssen document titled "XARELTO® (rivaroxaban) Coagulation Monitoring,"

dated May 11, 2016, stated the following:

> If assessment of rivaroxaban plasma concentrations is necessary, the
> PT was reported to be an appropriate coagulation test. The relationship
> between PT and rivaroxaban plasma concentration when Neoplastin®
> Plus, STA Neoplastine®, or Innovin® is used as the reagent is linear
> and closely correlated. The pharmacodynamics effects of rivaroxaban
> as measured by the PT are strongly affected by the type of PT reagent
> that is used.[32]

39.     The 510(k) applications for STA Neoplastine (K922565) and Neoplastin Plus

(K922040) were cleared by FDA on December 7, 1992 and June 23, 1992, respectively.[33]

40.     On August 15, 2007, FDA issued a substantial equivalence determination decision

summary for the application regarding HemosIL RecombiPlasTin 2G, which contained the

following conclusion: "The submitted information in this premarket notification is complete and

supports a substantial equivalence decision."[34]

41.     The 510(k) for the Dade Innovin II reagent (K935702) was cleared by the FDA on

November 22, 1994,[35] and the Dade Innovin reagent (K94343) was approved on July 22, 1998.[36]

---

[31] Samama, M.M., et al. *Laboratory assessment of rivaroxaban: a review*. Thrombosis Journal 2013;11:11.

[32] XARELTO_JANSSEN_24478012 at p. 1, *internal citations removed*.

[33] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K922565;
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K922040

[34] 510(k) Substantial Equivalence Determination Decision Summary Assay Only Template, 510(k) Number
K070005, available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K070005.

[35] http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K935702.

[36] 510(k) Summary of Safety and Effectiveness, Dade® Innovin®, Prothrombin time assay, available at
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K974343.

USCA5 855

42. The sponsor indicates that the number of Xarelto prescriptions in the U.S. exceeds twenty million.[37] Since the drug is widely prescribed, the laboratory tests would be frequently utilized, giving both physicians and clinical laboratories experience on how to interpret and use the test.

43. In my opinion, while PT values change over the dosing interval, useful information can be obtained if the measurement is collected at the appropriate time (*e.g.*, peak, trough, etc.).

44. In my opinion, there is a laboratory test to measure PT levels in Xarelto-treated patients.

## IX. WHILE MEASURING A PT LEVEL IN A XARELTO-TREATED PATIENT CAN BE HELPFUL IN IDENTIFYING PATIENTS AT RISK FOR SERIOUS ADVERSE EVENTS BASED UPON A PATIENT'S RESPONSE TO XARELTO, IT DOES NOT ALLOW A PHYSICIAN TO TITRATE THE DOSE IN SUCH PATIENTS. RATHER, IT ALLOWS A PHYSICIAN AND A PATIENT TO DECIDE WHETHER THE PATIENT SHOULD CONTINUE XARELTO THERAPY

45. On August 10, 2011, when discussing dose adjustment in a single patient, FDA's Medical Reviewer stated that: "Monitoring rivaroxaban therapy with sequential prothrombin times to optimize safety outcomes cannot be recommended due to a lack of information regarding:

> a. Within-patient variability[38] of PT measurements on this drug in the setting of a short half-life and rapidly changing PD effects over each 24 hour period, and
>
> What action to recommend to the medical provider based on PT results, given that only a single dose was tested in ROCKET…."[39]

---

[37] https://www.xarelto-us.com/blood-thinner

[38] Within-patient, or intra-patient, variability is different from between patient, or inter-patient, variability.

[39] FDA Ad. Comm. Briefing Doc., Clinical Review, p. 44.

19

46.    Thus, the FDA has recognized that the sponsors have not collected enough data to allow a physician to titrate the dose in patients who may be at increased risk of bleeding.

47.    That same day, on August 10, 2011, the FDA's clinical pharmacology reviewers stated, "Major bleeding events increased with an increase in pre-dose PT [trough] over the observed range (per protocol, on treatment analysis set). Probability of major bleeding by pre-dose PT with rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B) Cox regression model with a plot indicating probability of an event within 1 year."[40, 41]



**Figure 4**    Major bleeding events increased with an increase in pre-dose PT over the observed range (per-protocol, on treatment analysis set).  Probability of major bleeding by pre-dose PT with rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B) Cox regression model with a plot indicating probability of an event within 1 year. The PT measurements made either at week 12 or week 24, whichever was closer to the reported major bleeding event was used for the analysis. Majority of the PT measurements were made during 12-24 hours after the previous dose and is referred to as pre-dose PT.

48.    On November 4, 2011, FDA's Deputy Division Director stated that, "The clinical pharmacology and clinical reviewers demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time (PT). They also demonstrated that there is also a correlation between PT and risk of bleeding. This applicant has not chosen to utilize this

---

[40] FDA Clinical Pharmacology Review, p. 12, Section 3.3.

[41] These data were available to the Sponsor no later than September 8, 2011, when this information became publicly available. In my opinion, these data constitute new information available to the Sponsor relating to the relationship between PT levels and risk of bleeding.

USCA5 857

Case 2:14-md-02592-EEF-MBN - Document 5589-1 SEALED   Filed 03/02/17 Page 22 of 343

information… infrequent monitoring (perhaps at initiation and yearly thereafter) to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients."[42],[43]

49.    In my opinion, while measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto, without additional adequate sponsor-generated clinical trial data exploring Xarelto dose adjustment based on bleeding risk (as measured by PT), measuring a PT level does not allow a physician to titrate the dose in such patients. Rather, it allows a physician and a patient to decide whether the patient should continue Xarelto therapy.

## X.    CHRONOLOGY OF FDA'S STATEMENTS INCLUDING LABEL NEGOTIATIONS BETWEEN FDA AND THE XARELTO SPONSORS.

50.    On October 1, 2005, the sponsors signed a Collaborative Development and License Agreement, which included a Marketing Plan. The "Product Positioning & Target Product Profile" section of that plan stated in part: "Compared to current and expected future

---

[42] Center for Drug Evaluation and Research, Application Number 202439Orig1s000, Summary Review, Deputy Devision Director Decisional Memo, dated 04 November 2011, p. 9.

[43] *See also* Lippi, G., et al. *Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests*. J Thromb Thrombolysis DOI 10.1007/s11239-014-1082-5 (09 May 2014). The abstract states as follows:

> The number of patients diagnosed with atrial fibrillation who will be candidates for antithrombotic therapy with direct oral anticoagulants (i.e., dabigatran, rivaroxaban, apixaban and edoxaban) is exponentially arising worldwide, thus posing substantial economic and organization challenges for their urgent monitoring…Based on literature data, we have hence developed an algorithm based on first-line tests for urgent screening of the anticoagulant effect of direct oral anticoagulants, which entails activated partial thromboplastin time (aPTT) for dabigatran and prothrombin time (PT) for rivaroxaban…According to the literature data, this strategy appears suitable to reliably define the thrombotic or bleeding risk in an urgent setting, contextually saving precious laboratory resources.

USCA5 858

agents, [Xarelto] provides an ideal balance of safety and efficacy with the convenience of oral

dosing and a predictable response and without the need for coagulation monitoring."[44]

51. "When Janssen filed NDA 022406 in July 2008, Janssen included the following

paragraph in Section 12.2 of its proposed label:

> Dose-dependent inhibition of Factor Xa activity was observed in
> humans and the prothrombin time (PT), activated partial
> thromboplastin time (aPTT) and HepTest® are prolonged dose
> dependently. The relationship between PT and rivaroxaban plasma
> concentration is linear and closely correlated. If assessment of the
> pharmacodynamics effect of rivaroxaban is considered necessary in
> individual cases, PT (measured in seconds) is recommended. The
> Neoplastin® PT assay was measured in the RECORD program and the
> 5/95 percentiles for PT (Neoplastin®) 2 to 4 hours after tablet intake
> (i.e., at the time of maximum effect) ranged from 13 to 26 seconds. The
> International Normalized Ratio (IN) should not be used for measuring
> rivaroxaban pharmacodynamics effect.
>
> *See* XARELTO_JANSSEN_00047659."[45]

52. An April 23, 2009 document entitled "The Xarelto USPI Labeling Contingency

Document" asked, "Will we need to add a new 5.4 laboratory test section like Lovenox?" The

document indicated that the company would include such language "only if section is

requested…"[46]

53. "On May 27, 2009, the FDA issued a Complete Response letter for NDA 022406,

which included further comments on labeling. Janssen responded to the Complete Response

---

[44] XARELTO_BHCP_00015914, Exhibit E, p. 3.

[45] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to
Defendants Affirmative Defense of Federal Preemption, at 8.

[46] XARELTO_JANSSEN_05911809.

USCA5 859

letter on December 27, 2010. In this response, Janssen included the same proposed language in Section 12.2. *See* XARELTO_JANSSEN_00054178 and XARELTO_JANSSEN_00054184."[47]

54.       "In January 2011, Janssen submitted draft labeling for NDA 202439, which included the same language in Section 12.2. XARELTO_JANSSEN_00001707."[48]

55.       "On June 13, 2011, FDA responded and sent Janssen a revised label for NDA 022406 with the proposed PT language removed from Section 12.2. FDA proposes, 'The predictive value of these coagulation parameters for bleeding risk or efficacy has not been adequately studied.' XARELTO_JANSSEN_05852123 and XARELTO_JANSSEN_05852122."[49]

56.       "Janssen responded and accepted FDA's proposal to remove the majority of the PT language, except with respect to INR, on June 16, 2011 (NDA 022406). Janssen also proposed changing 'has not been adequately studied' to 'has not been established.' Here is the full text of Janssen's proposal: 'The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamics effect.' XARELTO_JANSSEN_01231195, XARELTO_JANSSEN_01231199."[50]

---

[47] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9.

[48] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9.

[49] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9.

[50] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9.

57.     "On June 22, 2011, FDA returned comments in response to Janssen's June 16, 2011 submission (NDA 022406) and stated it disagreed with Janssen's proposal to retain the statement about INR. XARELTO_JANSSEN_00047264."[51]

58.     "Janssen responded to FDA (NDA 022406) on June 28, 2011 and stated in the comments section:

> For any specific level of warfarin anticoagulation, different commercially available PT assays will show varying prolongations measured in seconds. The conversion of PT results in seconds to INR values was developed to normalize these differences so that the INR value is the same regardless of the PT assay used. This INR conversion is specific for warfarin (and other VKA) and if applied to rivaroxaban actually increases conversion to assess rivaroxaban pharmacodynamic effects should not be done as the results will be more variable and potentially misleading (i.e., conversion could either increase or decrease apparent effect compared with PT in seconds). Additional details are provided below.
>
> The reagent used to perform the Prothrombin Time (PT), thromboplastin/tissue factor, is manufactured specifically for use in this test, and is refined to address the adjustment of vitamin K antagonist therapy. The reagents are produced by various commercial companies around the world, and as a result, the reagents vary in their sensitivity in this clotting assay. This leads to the situation where the plasma sample of a patient anticoagulated on warfarin may provide a PT of, for example, 17.0 seconds in one laboratory, but will not necessarily produce the same exact PT value in another laboratory. To accommodate for this, the INR was developed. While the INR does standardize the prothrombin time values obtained on the same plasma sample when tested in laboratories around the world, it is based on a World Health Organization standard plasma sample system of plasma drawn from patients who have been stably anticoagulated (usually for 2 weeks or longer) on a VKA like warfarin. Thus, when the INR is reported, it is reliable only for patients on a VKA. Moreover, the majority of laboratories today routinely only report out the calculated INR, not the actual PT value in seconds, the method and units used in the rivaroxaban pharmacodynamics studies. If prescribers of rivaroxaban are to use the pharmacodynamic information provided in this label to make clinical decisions, they must use the PT in seconds,

---

[51] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9.

not the INR which is based on plasma from patients anticoagulated with VKAs, and has no relation at all to the presence of rivaroxaban. Therefore it is important to warn the prescriber that "The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamics effect. The Sponsor proposes to add the statement that "the Prothrombin Time could be used for estimating rivaroxaban pharmacodynamics effect" (although Sponsor does not recommend it due to the short half-life and fact that the effect varies with the various available thromboplastin/tissue factor reagents)."

XARELTO_JANSSEN_00047272."[52]

59.     "On July 1, 2011, NDA 022406 was approved by the Agency, and contained the following statements in Section 12.2 of the Approved Package Insert:

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established.

XARELTO_JANSSEN_00047287."[53]

60.     "On July 12, 2011, Sanjay Jalota and Alla Rhoge (Janssen) had a call with Alison Blaus (FDA Project Manager) to obtain feedback from the FDA internal meeting held on July 12, 2011. On this call, 'Alison mentioned that NDA 22-406 approved label should be used as the basis for the updated label and the AFib specific information added to it.' *See* XARELTO_JANSSEN_00000200."[54]

---

[52] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 9-10.

[53] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 11.

[54] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 11.

USCA5 862

61.     On August 10, 2011, the FDA's clinical pharmacology reviewers stated, "Major

bleeding events increased with an increase in pre-dose PT [trough] over the observed range (per

protocol, on treatment analysis set). Probability of major bleeding by pre-dose PT with

rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B) Cox regression model with a

plot indicating probability of an event within 1 year."[55]



**Figure 4**     Major bleeding events increased with an increase in pre-dose PT over the
observed range (per-protocol, on treatment analysis set).  Probability of major bleeding
by pre-dose PT with rivaroxaban shown in (A) logistic regression model ($E_{max}$) and (B)
Cox regression model with a plot indicating probability of an event within 1 year. The PT
measurements made either at week 12 or week 24, whichever was closer to the reported
major bleeding event was used for the analysis. Majority of the PT measurements were
made during 12-24 hours after the previous dose and is referred to as pre-dose PT.

62.     "On Friday November 4, 2011, FDA provided final comments and a revised label

for NDA 202439. See XARELTO_JANSSEN_01499448. In this label, FDA struck the following

sentences from Section 12.2: 'There are no data on the use of the INR. The predictive value of

these coagulation parameters for bleeding risk or efficacy has not been established.' See

XARELTO_JANSSEN_08646664. From the time of the approval of NDA 202439 until May

2016, Section 12.2 stated:

> Dose-dependent inhibition of factor Xa activity was observed in
> humans and the Neoplastin prothrombin time (PT), activated partial

---

[55] FDA Clinical Pharmacology Review, p. 12, Section 3.3.

Case 2:14-md-02592-EEF-MBN   Document 5589-1 SEALED   Filed 03/02/17 Page 28 of 343

thromboplastin time (aPTT) and HepTest are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.

*See id.*; *see also* XARELTO_JANSSEN_23524564."[56]

63.    On November 4, 2011, FDA's Stephen M. Grant, Deputy Division Director, Division of Cardiovascular and Renal Products, stated that the Clinical Pharmacology and Clinical reviewers demonstrated "that there is also a correlation between PT and risk of bleeding."[57]

64.    On December 4 and 5, 2014, Dr. Temple gave a presentation entitled "Dose-Response – Anticoagulants," which stated:

> For the warfarin control we do not use a fixed dose. We titrate to desired INR. This is perhaps because we know blood levels can be very variable, but we also know that dose matters to outcome.
>
> …
>
> So, for the previous of standard of care, warfarin, we do not use a fixed dose, but always use a dose titrated to anticoagulant effect. Why are NOACs different? Maybe they shouldn't be.
>
> …
>
> People like to avoid monitoring, but dabigatran concentration response data suggests one blood level and adjustment could optimize stroke reduction and minimize bleeding.
>
> …
>
> It is possible that if blood levels were not too variable a single dose <u>could</u> get most people into proper range. We know that is not true for dabigatran and edoxaban, and we also know that apixaban and rivaroxaban did not reduce thromboembolic strokes compared to warfarin although they caused less bleeding. Coagulation measures might do as well as, or better than, blood levels. All of this is under

---

[56] Defendant Janssen Research & Development, LLC's Responses to Plaintiffs' Interrogatories Pertaining to Defendants Affirmative Defense of Federal Preemption, at 11-12.

[57] FDA Summary Review, p. 9.

active consideration. With steep dose-response for both benefit and risk, optimizing does or blood levels seems like a very good idea.[58]

65.    In July 2016, a published report[59] on the discussions held at the Cardiac Research

Safety Consortium (CSRC) think tank meeting in February 2015 stated:

> The NOACs have reasonably predictable pharmacologic profiles, with well-defined relationships between plasma concentrations and anticoagulant effects and generally predictable blood levels based upon administered dose. As such, routine monitoring of coagulation tests has not been a requirement for therapy. Moreover, even without such monitoring, the NOACs performed well versus monitored warfarin in their pivotal trials, including reduced fatal and intracranial bleeding and, at least in AF trials, a 10% reduction in all-cause mortality. **Nonetheless, it is possible that they might have performed even better regarding thrombotic or bleeding events and stroke reduction if PK or PD monitoring were available.**[60]

66.    On February 3, 2015, Dr. Temple gave a presentation that stated:

> Not having the optimal dose at initial dosing is tolerable for many drugs. You can adjust up or down according to response. But here being too low leads to a stroke, a very bad outcome, and being too high leads to major bleeds, also bad, so that early optimization seems worthwhile…So, the NOACs are very good, but could probably be better.[61]

67.    On October 26, 2015, Drs. Jeffry Florian and Martin Rose of FDA, gave a

presentation entitled "Correlation of Drug Levels and Outcomes in Phase III New Oral

---

[58] EMA EFPIA Workshop, Slides 4, 6, and 11.

[59] One of the authors of this report, Dr. Evardas Kaminskas, is an employee at the FDA Division of Hematology Products, CDER.

[60] Reiffel, et al. *NOAC monitoring, reversal agents, and post-approval safety and effectiveness evaluation: A cardiac safety research consortium think tank.* Am. Heart J 2016;177:74-86, *emphasis added, internal citations omitted.*

[61] Temple, R, M.D. "NOAC Dosing: Pharmacometric Guidance Regulatory Considerations." CSRC, Feb. 3, 2015, Slide 18.

USCA5 865

Anticoagulant (NOAC) Trials," in which they stated: "Relationships identified between drug exposure/coagulation markers and major bleeding rate."[62]

68.     On December 3, 2015, at a follow-up CSRC meeting, organized debate occurred between FDA's Dr. Robert Temple and Bayer's Dr. Scott Berkowitz. Dr. Temple gave a presentation which stated:

> So, for the previous of standard of care, warfarin, we do not use a fixed dose but always use a dose titrated to anticoagulant effect. Why are NOACs different? Maybe they shouldn't be.
>
> …
>
> Blood Levels Can Help…How hard would it be to get one NOAC blood level (when monthly or greater levels are SOC for warfarin) if blood levels predicted outcome (which they appear to do)? It seems self-evidently worth it.[63]

In turn, Dr. Berkowitz gave a presentation entitled "Counterpoint: PK based dosing strategy is impractical and may not add value," which stated:

> Clinical value of a PK/PD measurement for NOAC dosing not proven nor as straightforward as with PT/INR for VKAs.
>
> …
>
> Value added (for the patient) by taking a measurement not clear…A drug plasma concentration level does not provide information about the overall status of hemostasis in the patient in conjunction with that level[64]

69.     On December 3, 2015, at the CSRC meeting, FDA's Dr. Jeffry Florian, Team Leader, Division of Pharmacometrics CDER/OTS/Office of Clinical Pharmacology, in a presentation entitled "Observations from Novel Oral Anticoagulation (NOAC) Trials for Stroke

---

[62] Florian, Jeffry, Ph.D. (CDER/OTS/OCP/DPM) & Rose, Martin, M.D. (CDER/OND/ODE1/DCRP). "Correlation of Drug Levels and Outcomes in Phase III New Oral Anticoagulant (NOAC) Trials." Oct. 26, 2015, Slide 13.

[63] NOAC Dosing Precision Dosing – YES!, Robert Temple, MD, CSRC Meeting, Dec. 3, 2015, Slides 5 and 12.

[64] Berkowitz, S., M.D. "Counterpoint: PK based dosing strategy is impractical and may not add value." 3 Dec. 2015, Slides 3 and 5.

Prevention in Atrial Fibrillation (SPAF)," presented Figure 4(A) Logistic Regression model demonstrating increased bleed risk with prolongation of PT found at p. 12 of the Clinical Pharmacology Review, dated August 10, 2011.[65]

70.     In my opinion, while FDA originally stated in June 2011 (in its review of the hip and knee replacement VTE prophylaxis indication) that the predictive value of coagulation parameters for the bleeding risk had not been adequately studied, beginning in August 2011 (in its Clinical Pharmacology review of the atrial fibrillation indication), the agency stated that there was a relationship between bleeding risk and PT. Since then, the agency has repeatedly and consistently cited that relationship.

71.     In my opinion, while the sponsors proposed that language suggesting that if "assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual patients, PT (measured in seconds) is recommended"[66] be included in the Pharmacodynamics section of the label, they never offered language to include in the Warnings and Precautions section that suggested that measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto.

72.     In my opinion, the sponsors acknowledged that information about measuring PT could be helpful in patient care decision-making.

## XI.    THE SPONSORS FAILED TO "IDENTIFY ANY LABORATORY TESTS HELPFUL IN FOLLOWING THE PATIENT'S RESPONSE OR IN IDENTIFYING POSSIBLE ADVERSE REACTIONS."

73.     As discussed in this report:

---

[65] Florian, Jeffry, Ph.D. "Observations from Novel Oral Anticoagulant (NOAC) Trials for Stroke Prevention in Atrial Fibrillation (SPAF)." CSRC NOAC Dosing Workshop, Dec. 3, 2015, Slide 10.

[66] XARELTO_JANSSEN_05911809, p. 15.

USCA5 867

    a.  FDA regulations require that a manufacturer must identify in the Warnings and Precautions section any laboratory test helpful in recognizing patients with adverse reactions.

    b.  Serious bleeding is an adverse event associated with the use of Xarelto.

    c.  There is variability in drug plasma concentration levels in patients taking Xarelto.

    d.  There is a relationship between Xarelto plasma concentration levels and prothrombin time (PT). There is a relationship between PT levels and the risk of bleeding.

    e.  Measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto.

    f.  There is a laboratory test to measure PT levels in Xarelto-treated patients.

74.    Therefore, in my opinion, based on the preceding sections, the sponsors failed to "identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions."

## XII.  WHILE FDA'S STATEMENTS REGARDING PRECISION DOSING WITH THE NOVEL ORAL ANTICOAGULANTS HAVE VARIED OVER TIME, IT IS THE PURVEYOR OF A DRUG, NOT THE FDA, WHO HAS PRIMARY RESPONSIBILITY FOR THE SAFETY OF ITS PRODUCT.

75.    It is the purveyor of a drug that is responsible for the safety of the drug.

76.    A drug company has a responsibility, independent of what the FDA directs it to do, to alert physicians and patients to risks that were unknown to or poorly understood by the FDA, but that were known to the company. This duty predates by decades the advent of federal regulation of drugs.[67]

---

[67] *See, e.g.*, *Thomas v. Winchester*, 6 N.Y. 397 (1852).

USCA5 868

77.     The FDA's regulation of a drug cannot anticipate and protect against all safety risks to individual consumers.  Even the most thorough regulation of a product may fail to identify potential problems presented by the product.

78.     As I have written and testified about before the United States Congress, the Federal Food, Drug and Cosmetic Act grants the FDA substantial authority over the approval, labeling, and promotion of pharmaceutical products.  But, in my opinion, nothing in the Act, or in the FDA's implementing regulations, relieves a manufacturer of its duty to act prudently in light of the company's internal knowledge about a product and its potential risks.

79.     It was my opinion while Commissioner of the FDA, and remains to this day, that the two systems of state consumer protection (including potential product liability) and federal food and drug regulation should and do operate in a complementary but independent manner.

80.     As the Supreme Court has recently ruled, generally, state law imposes responsibilities on pharmaceutical companies to create products that are "reasonably safe," a duty that can be satisfied by the "presence and efficacy of a warning to avoid an unreasonable risk of harm from hidden dangers or from foreseeable uses."[68]

81.     The Institute of Medicine and Government Accountability Office have noted that the FDA's ability to oversee drug safety has been constrained, especially during the post-approval portions of a drug's life.  Specifically, the Institute of Medicine, in its report titled, "The Future of Drug Safety: Promoting and Protecting the Health of the Public," has stated that, "the drug safety system is impaired by the following factors: serious resource constraints that weaken the quality

---

[68] *Mutual Pharm. Co., Inc. v. Bartlett*, 133 S.Ct. 2466, 2480 (2013).  (internal citations omitted).  *Hill v. Searle Laboratories*, 884 F.2d 1064, 1068 (8th Cir. 1989) ("FDA regulations are generally minimal standards of conduct…"); *Wells v. Ortho Pharm. Corp.*, 788 F.2d 741, 746 (11th Cir. 1986) ("An FDA determination that a warning is not necessary may be sufficient for federal regulatory purposes but still not be sufficient for state tort law purposes."); *Feldman v. Lederle Lab.*, 125 N.J. 117, 121 (N.J. 1991); *Vautour v. Body Masters Sports Indus., Inc.*, 147 N.H. 150, 153-54 (N.H. 2001).

USCA5 869

and quantity of the science that is brought to bear on drug safety; an organizational culture in CDER that is not optimally functional; and unclear and insufficient regulatory authorities particularly with respect to enforcement." The report further stated, "the committee found that FDA, contrary to its public health mission, and the pharmaceutical industry, contrary to its responsibility to the users of its products (and its shareholders), do not consistently demonstrate accountability and transparency to the public by communicating safety concerns in a timely and effective fashion."[69]

82. In its report titled "Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process," the General Accounting Office stated:

> Two organizationally distinct FDA offices, the Office of New Drugs (OND) and the Office of Drug Safety (ODS), are involved in postmarket drug safety activities. OND, which holds responsibility for approving drugs, is involved in safety activities throughout the life cycle of a drug, and it has the decision-making responsibility to take regulatory actions concerning the postmarket safety of drugs. OND works closely with ODS to help it make postmarket decisions. ODS, with a primary focus on postmarket safety, serves primarily as a consultant to OND and does not have independent decision-making responsibility. ODS has been reorganized several times over the years. There has been high turnover of ODS directors in the past 10 years, with eight different directors of the office and its predecessors. In the four drug case studies GAO examined, GAO observed that the postmarket safety decision-making process was complex and iterative...FDA lacks clear and effective processes for making decisions about, and providing management oversight of, postmarket safety issues. The process has been limited by a lack of clarity about how decisions are made and about organizational roles, insufficient oversight by management, and data constraints. GAO observed that there is a lack of criteria for determining what safety actions to take and when to take them. Certain parts of ODS's role in the process are unclear, including ODS's participation in FDA's scientific advisory committee meetings organized by OND. Insufficient communication between ODS and OND has been an ongoing concern and has hindered the decision-making process. ODS does not track information about ongoing postmarket safety issues, including the recommendations that

---

[69] Institute of Medicine, "The Future of Drug Safety: Promoting and Protecting the Health of the Public," 2007, p.4; http://www.nap.edu/openbook.php?record_id=11750&page=4.

33

USCA5 870

ODS staff make for safety actions. FDA faces data constraints in making postmarket safety decisions. There are weaknesses in the different types of data available to FDA, and FDA lacks authority to require certain studies and has resource limitations for obtaining data.[70]

83.     Generally, the FDA does not test drugs nor conduct clinical trials. It can approve a company's drug application or take steps to withdraw a drug that is on the market.

84.     Once a drug is approved, the FDA's regulations make clear that a drug company has a duty to warn and modify labeling without delay when hazards emerge with one of its drugs.[71] The regulations specifically authorize a drug company to make labeling changes, and take other steps to inform physicians and patients of emerging risks, without advanced approval from the FDA. Such responsibility is intended to complement, not undercut, the FDA's job of protecting consumers from dangerous drugs.

85.     Drug companies have an obligation to revise a label "to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have not been definitely established."[72]

86.     Manufacturers have significant resources that are or should be committed to overseeing the safety of the drugs they market. As a result, manufacturers invariably get safety information before the FDA does, and have access to information that is not available to the FDA. Company scientists and physicians also develop impressions and an understanding of a drug's potential safety profile that may be more informed than the FDA's.

---

[70] Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process, GAO-06-402, March 31, 2006, Introduction page, http://www.gao.gov/new.items/d06402.pdf.

[71] 21 C.F.R. § 201.57(e) (1999).

[72] 21 C.F.R. § 201.57(c)(6), 21 C.F.R. § 314.70 (c)(6)(iii)(A)-(C). *See generally* Kessler D. A. and Vladeck D. C., "A Critical Examination of the FDA's Efforts to Preempt Failure-to-Warn Claims" (2007). *O'Neill Institute Papers*. Paper 2, for a discussion of manufacturers' responsibility to change the label in the face of new safety information.

34

87.     Thus, what a drug company knows about a drug and what the FDA knows may be different.

88.     The duties of a pharmaceutical company are based not only on the FDA's regulations and requirements, but also on the risks presented by a drug about which the company knew, should have known, or should have investigated.  BI's responsibility for the safety of its product and the adequacy of its warnings exists regardless of what the FDA did, did not do, and/or required of BI.

89.     As Commissioner of the FDA from 1990 through 1997, I can attest that the responsibility of drug sponsors have been in force for decades.

## XIII.   INFORMATION ABOUT LABORATORY TESTS THAT COULD BE HELPFUL IN IDENTIFYING PATIENTS AT INCREASED RISK OF BLEEDING FROM XARELTO USE WOULD BE USEFUL INFORMATION FOR PHYSICIANS IN CLINICAL DECISION-MAKING.

90.     In the Boudreaux matter (Case No. 2:14-cv-02720), the physician who prescribed Xarelto to the plaintiff testified as follows:

> Q.     If there were a simple blood test to determine the plasma concentration level for Xarelto that could significantly reduce the risk associated with the drug, would you want to know that?
>
> A.     In other words, let me just get that right. You wanted me -- you are asking me if there was a way to monitor the level that -- what was your question again?
>
> Q.     Well, let me back up. Do some patients respond to anticoagulants differently?
>
> A.     Yes.
>
> Q.     So some patients may take a pill and they may have a high response level, correct?
>
> A.     Yes. That applies to any drug, right?

35

Q.      So if there were a way to identify high responders to Xarelto with a one-time blood test, would that be important for you to know?

A.      If there was a way to identify high dose responders? I would like to know if that affects the therapeutic -- what is the therapeutic range and how we are going to monitor before I kind of give a definite answer to that.

Q.      Knowing the therapeutic range is important, correct?

A.      If there's such a -- if it's very specific what is the therapeutic range then you would use the therapeutic range.

Q.      If such a one-time blood test were available, would you use it for patients that you were putting on Xarelto?

A.      So if there is a test that would tell you that some people are high responders, is that what you said?

Q.      Yes.

A.      Like they are very sensitive to it?

Q.      Yes.

A.      That they would be at risk for bleeding?

Q.      Yes.

A.      Or proven bleeding, that they are clearly at higher risk? Yes, of course, I would want to know that.[73]

91.     In the Orr matter (Case No. 2:15-cv-03708), the physician who prescribed Xarelto to the plaintiff testified as follows:

Q.      But, again, we have looked at the interpatient variability. We have seen how high patients can be when they take Xarelto at steady-state and we have seen how low they can be, right?

A.      Right.

Q.      And knowing that the higher a patient is the more likely they are to bleed. If you could do a simple PT test and determine whether a patient was at the very

---

[73] Deposition of Dr. Kenneth Wong, July 11, 2016, 43:5-46:4.

36

high end and, therefore, much more likely to bleed, is that something that you
would want to know?

A.      It's something that I would want to know if the FDA had thought it was a
good idea.  I put a lot of faith in what the FDA allows the drug -- how it allows it
to be used.[74]

...

Q.      Do you think it would be acceptable to you and your patients to monitor
Xarelto levels at initiation and then once a year afterwards to make  sure they
weren't too much or too low on Xarelto?

A.      That's another hypothetical question. If I was going to try something like
that, I don't know why I would wait a year for the second piece of data.  I would
say maybe initiation and then four to six weeks, and then if you were in the right
ballpark, if you thought it was going to be stable, space it out.

Q.      And if you did the initial, after they got to steady-state, and you did the
initial test and they were up in the 95th percentile, what would you do?

 A.      You mean the 95th percent of being where they ought to be?

 Q.      When we looked at that scatter plot, the lowest was like .6 and the highest
was well over 600.  I'm saying if they are in the top of the class, what would you
do?

A.      If they were out of bounds, in other words?

Q.      Right.

A.      I would make an adjustment then.

Q.      And you said you frequently talked with patients about the difference
between Warfarin and the frequent monitoring --

A.      Yes.

Q.      -- and the Xarelto or Pradaxa where there is no monitoring, right?

A.      Right.

Q.      And in your experience, you know, having worked with these patients for a
long time, I think you also said you tell them the benefit is if you do the Warfarin,
you do the testing, you know where you are?

A.      Yes.

Q.      Whereas when you do Xarelto, Pradaxa, no testing, you don't know, right?

---

[74] Deposition testimony of Dr. Maurice St. Martin, June 27, 2016, 196:24-197:14.

USCA5 874

> A.      Right.
>
> Q.      Do you think that they would find it to be a happy medium to do this infrequent testing on Xarelto or Pradaxa to find out where they are?
>
> A.      From the patients that I deal with, and I've got a lot of long chronic patients that I really have got a close relationship to, I think they would go with anything suggested.
>
> Q.      If you knew that there was a way to monitor Xarelto levels in your patient and do it infrequently, was that something that you would suggest to them?
>
> A.      I would have to see it studied and see all the data, but if it turned out to be a good thing to do, I would certainly suggest it. Yes.
>
> Q.      I think what you said that we know is the higher the prothrombin time, the more likely they are to bleed, right?
>
> A.      That's correct.
>
> Q.      What other data would you need other than knowing kind of what the ballpark is to keep them in?
>
> A.      The outcome of the patient. In other words, if you want us to initiate a new way to use the drug, I would say you want the data on the measurement you want and then you want the data of how that measurement benefited or harmed or did nothing for the patient. The outcome data too.
>
> Q.      But you know if you keep the patient from being at the very high range of the PT that you are protecting them from bleeds, right?
>
> A.      You generally would think that.[75]

92.      In the Mingo matter (Case No. 2:15-cv-03469), the physician who prescribed

Xarelto to the plaintiff testified as follows:

> Q.      So if you could monitor Xarelto at initiation to see the effect that it was having on a patient's blood to ensure that the patient had the right dose, do you believe that would result in better outcomes for patients?
>
> A.      If the manufacturer of the drug and the FDA recommends that we as physicians do this, yes.[76]

---

[75] Deposition testimony of Dr. Maurice St. Martin, June 27, 2016, 225:13-228:9.

[76] Deposition of Dr. Renie Armstrong Jordon, August 12, 2016, 94:5-11.

…

Q.      So, Doctor, when you prescribed Xarelto to Ms. Mingo in January of 2015, it was your understanding that the anticoagulation effect of Xarelto on Ms. Mingo's blood could not be monitored; is that correct?

A.      That's my understanding, yes.

Q.      And the label in effect at that time for Xarelto specifically stated that the anticoagulation effect of Xarelto could not be monitored; is that correct?

A.      That's my understanding, yes.

Q.      But Janssen had information suggesting that the anticoagulation effect of Xarelto could actually be monitored; is that right?

A.      In some fashion, yes.
…

Q.      Doctor, when you prescribed Xarelto to Ms. Mingo in January of 2015, would you have liked to have known that it was possible to monitor the anticoagulation effect of Xarelto? Is that information that you would've liked to have had?

A.      Yes.

Q.      And if you would have known that, if you knew that it was possible to monitor the anticoagulation effect of Xarelto for Ms. Mingo, is that something you would have wanted to do?

A.      Yes.

Q.      Would it have been beneficial -- would it have been beneficial to you to monitor the effect it was having on her right after she initiated the drug?

A.      Yeah.[77]

…

Q.      So, Doctor, if after you prescribed Xarelto to her on the 23rd, --

A.      Uh-huh (affirmative response).

---

[77] Deposition of Dr. Renie Armstrong Jordon, August 12, 2016, 99:23-102:1.

USCA5 876

> Q.    -- if you knew that there was a test that you could have ran the next day that would have shown you the effect that Xarelto was having on her blood, you would have ran that test, correct?
>
> A.    Correct.
>
> Q.    And if that test showed that Xarelto was causing her blood to become too anticoagulated, would you have made some kind of adjustment to her dosage or her medication?
>
> A.    Yes, I would.[78]

93.    In the Henry matter (Case No. 2:15-cv-00224), the primary physician who prescribed Xarelto to the plaintiff testified as follows:

> Q.    Looking back, considering the flat efficacy curve between 9 or 10 and 30 seconds on the prothrombin time scale, looking at the increased risk as the prothrombin time increases and considering that Mr. Henry was also on aspirin, would you agree that it would have been safer for Mr. Henry with respect to bleeds for him to be on the lower part of the prothrombin scale versus the higher part?
>
> A.    Yes, I would. And, again, it goes back to the fact that that was not really offered as a way to track this. We were not really -- nobody was ever told that there was a way to track it.
>
> Q.    And I'm not being critical at all of you or your colleagues, Dr. McCain. I'm just -- I'm just asking what you would have liked to have known --
>
> A.    Uh-huh.
>
> Q.    -- and we'll get -- and then we'll get into the monitoring and how you could have checked. But that's not what I -- I'm not going there at all.
>
> A.    Okay.
>
> Q.    I'm just asking you as a doctor treating your patients, if you had been given this information, would you have concluded, it's better for Mr. Henry to be on the lower part of this scale than the upper part?

---

[78] Deposition of Dr. Renie Armstrong Jordon, August 12, 2016, 106:12-25.

40

> A.      Correct. If we -- if the medical community -- if we as physicians had
> known that there was a way to track this, a correlation, it would have been -- that
> would have been beneficial.
>
> Q.      And if there were a test that were available to tell you where your patient
> was on this scale, and that it was something that was relatively affordable, is that
> something that you as a physician, knowing what you know now, would want to
> utilize in your patients to see where they were on the scale?
>
> A.      It would be. I would also want to know that it affected their outcomes. I
> would want to know that the added testing cost, what have you, would affect that
> patient's long-term outcomes.[79]
>
> ...
>
> Q.      Are you familiar with ordering prothrombin time testing?
>
> A.      Yes.
>
> Q.      Is that something that you have the ability to do any day of the week when
> you're in the office?
>
> A.      Yes.
>
> Q.      ...Back when you were taking care of Mr. Henry, did anybody at Bayer or
> Janssen ever inform you that you could order a prothrombin time using one of
> these sensitive assays that are identified in this article to check levels of Mr.
> Henry's Xarelto and see where he was on those curves?
>
> A.      No.
>
> Q.      Is that something that you would have liked for them to have told you, for
> Mr. Henry and for your other patients?
>
> A.      It might have been useful. It would have been useful. It would be useful.[80]

94.      In my opinion, based in part on the above testimony, information about laboratory

tests that could be helpful in identifying patients at increased risk of bleeding from Xarelto use

would be useful information for physicians in clinical decision-making.

---

[79] Deposition of Dr. David B. McCain, July 1, 2016, 138:3-140:2.

[80] Deposition of Dr. David B. McCain, July 1, 2016, 162:17-163:13.

USCA5 878

## XIV.    MINIMIZING RISKS.

95.    With regard to anticoagulants, generally speaking, the same mechanism of action responsible for conferring the benefit is also responsible for conferring the risk of bleeding.

96.    A drug company has the responsibility to take steps to minimize the risks associated with a drug, and provide information to doctors and patients so that they, too, can take steps to minimize the risks associated with the drug.

97.    In addition to the requirement to "identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions," according to the Act, all manufacturers need to provide physicians with "adequate directions for use."[81]

98.    Drug companies have a responsibility to provide information to physicians so that they can use the drug safely.

99.    The FDA places great emphasis on a "serious adverse reaction that can be prevented or reduced in frequency or severity by appropriate use of the drug (e.g., patient selection, careful monitoring, avoiding certain concomitant therapy, addition of another drug or managing patients in a specific manner, avoiding use in a specific clinical situation)."[82]

100.    In my opinion, a reasonably prudent drug manufacturer, who knows that certain patients are at an increased risk of serious adverse events relative to others, would inform prescribers of that fact.

101.    In my opinion, based on the reasons cited above, the sponsors did not adequately notify physicians that some patients are at higher risk than others (*i.e.*, inter-patient variability).

---

[81] 21 U.S.C. §352(f)(1).

[82] Guidance of Industry, Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products – Content and Format, October 2011, p. 11.

USCA5 879

102.   In my opinion, based on the reasons cited above, the sponsors did not adequately instruct physicians how to identify those patients (*i.e.*, PT).

103.   In my opinion, based on the reasons cited above, the sponsors did not adequately instruct physicians on how to clinically manage the information (*e.g.*, titrate, discontinue, additional warnings).

## XV.   POST-MARKET EVIDENCE FURTHER INDICATES NEED TO IMPROVE SAFETY OF XARELTO FOR PATIENTS VIA A HELPFUL LABORATORY TEST

### A.   Post-Market Epidemiology[83]

104.   In an observational, nationwide cohort study assessing real-world safety, effectiveness, and persistence associated with rivaroxaban and warfarin in non-valvular AF patients by Laliberte, et al.,[84] rivaroxaban and warfarin did not differ significantly in real-world rates of composite stroke and systemic embolism and bleeding (major, intracranial or GI bleeding). In addition, rivaroxaban was associated with significantly fewer venous thromboembolism events in comparison to warfarin, as well as significantly better treatment persistence. A total of 14,616 warfarin patients and 3,654 rivaroxaban patients were included in the study using healthcare claims from Symphony Health Solutions' Patient Transactional Datasets (study period: May 2011 – July 2012). The results of the study were as follows:

> No significant differences were observed for bleeding and composite stroke and systemic embolism outcomes, although rivaroxaban users were associated with significantly fewer VTE events (hazard ratio [HR] = 0.36, 95% confidence interval [CI]: 0.24-0.54, p<0.0001) compared to warfarin users. Rivaroxaban was also associated with a significantly lower risk of treatment non-persistence (HR = 0.66; 95% CI: 0.60-0.72, p<0.0001).

---

[83] For a discussion of the strengths and limitations of each of these studies, see Schedule 19.

[84] Laliberte, et al., Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients, *Current Medical Research & Opinion*, 2014; 30(7):1317-1325.

43

105.    In a retrospective, propensity matched cohort study of new users of dabigatran, rivaroxaban, and warfarin by Abraham, et al.,[85] the risk of gastrointestinal bleeding related to novel oral anticoagulants was similar to that for warfarin. Using a large database of administrative claims data of privately insured and Medicare Advantage enrollees (study period: November 1, 2010 – September 30, 2013), the participants of the study consisted of new users of warfarin, dabigatran, and rivaroxaban. Specifically, the results of the study were as follows:

> The incidence of gastrointestinal bleeding associated with dabigatran was 2.29 (95% confidence interval 1.88 to 2.79) per 100 patient years and that associated with warfarin was 2.87 (2.41 to 3.41) per 100 patient years in patients with atrial fibrillation. In non-atrial fibrillation patients, the incidence of gastrointestinal bleeding was 4.10 (2.47 to 6.80) per 100 patient years with dabigatran and 3.71 (2.16 to 6.40) per 100 patient years with warfarin. With rivaroxaban, 2.84 (2.30 to 3.52) gastrointestinal bleeding events per 100 patient years occurred in atrial fibrillation patients (warfarin 3.06 (2.49 to 3.77)/100 patient years) and 1.66 (1.23 to 2.24) per 100 patient years in non-atrial fibrillation patients (warfarin 1.75 (1.25 to 1.99)/100 patient years). In propensity score matched models, the risk of gastrointestinal bleeding with novel oral anticoagulants was similar to that with warfarin in atrial fibrillation patients (dabigatran *v* warfarin, hazard ratio 0.79 (0.61 to 1.03); rivaroxaban *v* warfarin, 0.93 (0.69 to 1.25)) and in non-AF patients (dabigatran *v* warfarin, hazard ratio 1.14 (0.54 to 2.39); rivaroxaban *v* warfarin, 0.89 (0.60 to 1.32)). The risk of gastrointestinal bleeding increased after age 65, such that by age 76 the risk exceeded that with warfarin among atrial fibrillation patients taking dabigatran (hazard ratio 2.49 (1.61 to 3.83)) and patients with and without atrial fibrillation taking rivaroxaban (2.91 (1.65 to 4.81) and 4.58 (2.40 to 8.72), respectively).

106.    In a propensity-matched, nationwide cohort study comparing dabigatran or

---

[85] Abraham, et al., Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study, *BMJ*, 2015; 350:h1857, doi: 10.1136/bmj.h1857.

44

rivaroxaban to vitamin K antagonists (VKA) in new users with nonvalvular atrial fibrillation by Maura, et al.,[86] the findings suggest that physicians should exercise caution when initiating either NOAC (dabigatran or rivaroxaban) or VKA in patients with nonvalvular atrial fibrillation. The population was comprised of 19,713 VKA new users, 8,443 dabigatran new users, and 4,651 rivaroxaban new users, and all dabigatran- and rivaroxaban-treated patients were matched to 16,014 and 9,301 VKA-treated patients, respectively (using 1:2 matching on the propensity score). Specifically, the results of the study were as follows:

> Among dabigatran-, rivaroxaban- and their VKA matched-treated patients, 55 and 122 and 31 and 68 bleeding events and 33 and 8 and 12 and 28 arterial thromboembolic events were observed during follow-up, respectively. After matching, no statistically significant difference in bleeding (HR=0.88 [0.64-1.21]) or thromboembolic (HR=1.10 [0.72-1.69]) risk was observed between dabigatran and VKA new users. Bleeding (HR=0.98 [0.64-1.51]) and ischemic (HR=0.93 [0.47-1.85]) risks were comparable between rivaroxaban and VKA new users.

107.    In a population based, retrospective cohort study by Chang, et al.[87] comparing the safety of dabigatran or rivaroxaban to warfarin in terms of gastrointestinal bleeding, the study authors concluded that "[a]lthough rates of gastrointestinal bleeding seem to be similar in this commercially insured sample of adults in the United States, we cannot rule out as much as a 50% increase in the risk of gastrointestinal bleeding with dabigatran compared with warfarin or a more than twofold higher risk of bleeding with rivaroxaban compared with warfarin." The study comprised a population of 46,163 patients, including 4,907 patients using dabigatran, 1,649 patients using rivaroxaban, and 39,607 patients using warfarin. Specifically, the results of the study were as follows:

---

[86] Maura, et al., Comparison of the short-term risk of bleeding and arterial thromboembolic events in nonvalvular atrial fibrillation patients newly treated with dabigatran or rivaroxaban versus Vitamin K antagonists: A French nationwide propensity-matched cohort study, *Circulation*, 2015, doi:10.11/61/CIRCULATIONAHA.115.015710.

[87] Chang, et al., Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study, *BMJ*, 2015; 350:h1585, doi:10.1136/bmj.h1585.

USCA5 882

Dabigatran users tended to be older (dabigatran *v* rivaroxaban *v* warfarin: 62.0 *v* 57.6 *v* 57.4 years) and more likely to be male (69% *v* 49% *v* 53%). The rate of gastrointestinal bleeding was highest among dabigatran users and lowest among rivaroxaban users (dabigatran *v* rivaroxaban *v* warfarin: 9.01 *v* 3.41 *v* 7.02 cases per 100 person years). After adjustment for potentially confounding covariates, there was no evidence of a stastically significant difference in the risk of gastrointestinal bleeding between dabigatran and warfarin users (adjusted hazard ratio 1.21, 95% confidence interval 0.96 to 1.53) or between rivaroxaban and warfarin users (0.98, 0.36 to 2.69).

108.    In a prospective cohort study evaluating the effectiveness and safety of rivaroxaban compared to warfarin or dabigatran in routine care nonvalvular atrial fibrillation (AF) patients by Gorst-Rasmussen, et al.,[88] rivaroxaban was associated with similar or lower stroke rates, but higher bleeding and mortality rates. The study consisted of AF patients, identified using nationwide health registries (study period: February 2012 – August 2014) who were new users of rivaroxaban 15 mg or 20 mg, dabigatran 110 mg or 150 mg, or warfarin. The results of the study were as follows:

Rivaroxaban users (R15: n=776; R20: n=1629) were older and with more comorbidities than warfarin (n=11045) and dabigatran users (D110:n-3588; D150: n=5320). Rivaroxaban 15-mg users had the overall highest crude mortality rate. After propensity adjustment, rivaroxaban had lower stroke rates vs. warfarin. The bleeding rate was similar to warfarin and moderately higher vs. dabigatran (R15 vs. D110 HR: 1.28, 95%CI:0.82-2.01; R20 vs. D150 HR: 1.81, 95%CI: 1.25-2.62). The mortality rate was higher vs. dabigatran (R15 vs. D110 HR: 1.43, 95%CI: 1.13-1.81; R20 vs. D150 HR: 1.52, 95%CI: 1.06-2.19).

109.    In a retrospective cohort study comparing the major bleeding risk among

---

[88] Gorst-Rasmussen, et al., Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care, *Pharmacoepidemiology and Drug Safety*, 2016, doi:10.1002/pds.4034.

USCA5 883

new users of apixaban, warfarin, dabigatran, and rivaroxaban with nonvalvular atrial fibrillation
by Lip, et al.,[89] patients initiated on rivaroxaban or warfarin were associated with a significantly
greater risk of major bleeding compared to patients initiated on apixaban. In addition, patients
initiated on apixaban were associated with significantly lower risk of major bleeding compared
to patients initiated on warfarin. Using the Truven MarketScan® Commercial and Medicare
supplemental US database (study period: January 1, 2013 - December 31, 2013), there were
29,338 newly anticoagulated patients with non-valvular atrial fibrillation: 2,402 initiated on
apixaban (8.19%); 4,173 initiated on dabigatran (14.22%); 10,050 initiated on rivaroxaban
(34.26%); and 12,713 initiated on warfarin (43.33%). The results of the study were as follows:

> After adjusting for baseline characteristics, initiation on warfarin [adjusted HR
> (aHR): 1.93, 95% confidence interval (CI): 1.12-3.33, P=.018] or rivaroxaban
> (aHR: 2.19, 95% CI: 1.26-3.79, P=.005) had significantly greater risk of major
> bleeding vs apixaban. Dabigatran initiation (aHR: 1.71, 95% CI: 0.94-3.10,
> P=.079) had a non-significant major bleeding risk vs apixaban. When
> compared with warfarin, apixaban (aHR: 0.52, 95% CI: 0.30-0.89, P=.446) had
> a non-significant major bleeding risk vs warfarin.

110.    In a study comparing major bleeding risk among new users of apixaban,
warfarin, dabigatran, and rivaroxaban with non-valvular atrial fibrillation by Lip, et al.,[90] patients
initiated on apixaban and dabigatran were associated with significantly lower risk of major
bleeding compared to patients initiated on warfarin. In addition, patients initiated on rivaroxaban
were associated with significantly higher risk of major bleeding compared to patients initiated on
apixaban. Using the Truven MarketScan® Commercial and Medicare supplemental US database
(study period: January 1, 2012 - December 31, 2014), there were 45,361 newly anticoagulated

---

[89] Lip, et al., Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran,
rivaroxaban or warfarin: a "real-world" observational study in the United States, *International Journal of Clinical
Practice*, 2016; 70:752-763.

[90] Lip, et al., Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated
on apixaban, dabigatran, rivaroxaban, or warfarin: a propensity score matched analysis, Thrombosis and
Haemostasis, 2016 Aug 19;116(5).

USCA5 884

patients with nonvalvular atrial fibrillation: 15,461 initiated on warfarin (34.1%); 7,438 initiated

on apixaban (16.4%); 17,801 initiated on rivaroxaban (39.2%); and 4,661 initiated on dabigatran

(10.3%). The results of the study were as follows:

> Compared to matched warfarin initiators, apixaban (HR: 0.53; 95% CI: 0.39-
> 0.71) and dabigatran (HR: 0.69; 95% CI: 0.50-0.96) initiators had a
> significantly lower risk of major bleeding. Patients initiating rivaroxaban (HR:
> 0.98; 95% CI: 0.83-1.17) had a non-significant difference in major bleeding
> risk compared to matched warfarin patients. When comparisons were made
> between NOACs, matched rivaroxaban patients had a significantly higher risk
> of major bleeding (HR: 1.82; 95% CI: 1.36-2.43) compared to apixaban
> patients. The differences for apixaban-dabigatran and dabigatran-rivaroxaban
> matched cohorts were not statistically significant.

111.    In an observational, nationwide cohort study comparing new users of

dabigatran, rivaroxaban, apixaban, and warfarin with non-valvular atrial fibrillation by Larsen, et

al.,[91] no significant difference was found between the novel oral anticoagulants (NOACs) and

warfarin for ischemic stroke. In addition, the risks of death and bleeding (including major

bleeding) were significantly lower for apixaban and dabigatran compared to warfarin. Using

three (3) Danish nationwide databases (study period: August 2011-October 2015), there were

61,678 patients with nonvalvular atrial fibrillation naïve to oral anticoagulants: 35,436 warfarin

patients (57%); 12,701 dabigatran 150 mg patients (21%); 7,192 rivaroxaban 20 mg patients

(12%); and 6,349 apixaban 5 mg patients (10%). The study results were as follows:

> When the analysis was restricted to ischaemic stroke, NOACs were not
> significantly different from warfarin. During one year follow-up,
> rivaroxaban was associated with lower annual rates of ischaemic stroke
> or systemic embolism (3.0% v 3.3%, respectively) compared with
> warfarin: hazard ratio 0.83 (95% confidence interval 0.69 to 0.99). The
> hazard ratios for dabigatran and apixaban (2.8% and 4.9% annually,
> respectively) were non-significant compared with warfarin. The annual
> risk of death was significantly lower with apixaban (5.2%) and
> dabigatran (2.7%) (0.65, 0.56 to 0.75 and 0.63, 0.48 to 0.82,
> respectively) compared with warfarin (8.5%), but not with rivaroxaban

---

[91] Larsen, et al., Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort study, *BMJ*, 2016:353:i3189.

USCA5 885

(7.7%). For the combined endpoint of any bleeding, annual rates for apixaban (3.3%) and dabigatran (2.4%) were significantly lower than for warfarin (5.0%) (0.62, 0.51 to 0.74). Warfarin and rivaroxaban had comparable annual bleeding rates (5.3%).

112.    In a retrospective cohort study of first-time users by FDA's Office of Surveillance and Epidemiology CDER FDA, David J. Graham, MD, MPH, et al.[92] comparing risks of major extracranial bleeding (including major gastrointestinal bleeding) in patients with atrial fibrillation taking rivaroxaban 20 mg once daily and dabigatran 150 mg twice daily, treatment with Xarelto was associated with statistically significant increases in ICH and major extracranial bleeding, including major gastrointestinal bleeding, as compared to dabigatran. The study included a total of 52,240 dabigatran-treated patients and 66,651 rivaroxaban-treated patients (15,524 and 20,199 person-years of on-treatment follow-up, respectively). A total of 2,537 primary outcome events occurred. The results of the study were as follows:

> Rivaroxaban use was associated with a statistically nonsignificant reduction in thromboemoblic stroke (HR, 0.81; 95% CI, 0.65-1.01; P=.07; AIRD = 2.3 excess cases/1000 person-years), statistically significant increases in ICH (HR, 1.65; 95% CI, 1.20-2.26; P=.002; AIRD = 2.3 excess cases/1000 person-years) and major extracranial bleeding (HR, 1.48; 95% CI, 1.32-1.67; P<.001; AIRD = 13.0 excess cases/1000 person-years), including major gastrointestinal bleeding (HR, 1.40; 95% CI, 1.23-1.59; P<.001; AIRD = 9.4 excess cases/1000 person-years), and with a statistically nonsignificant increase in mortality (HR, 1.15; 95% CI, 1.00-1.32; P =.051; AIRD − 3.1 excess cases/1000 person-years). In patients 75 years or older with CHADS$_2$ score greater than 2, rivaroxaban use was associated with significantly increased mortality compared with dabigatran use. The excess rate of ICH with rivaroxaban use exceeded its reduced rate of thromboembolic stroke.

113.    In a nationwide cohort study by Halvorsen, et al.[93] evaluating bleeding risk in patients with atrial fibrillation prescribed dabigatran, rivaroxaban or apixaban compared to warfarin, the risk of gastrointestinal bleeding was higher with rivaroxaban compared to warfarin.

---

[92] Graham, et al., Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation, *JAMA*, 2016, doi:10.1001/jamainternmed.2016.5954.

[93] Halvorsen, et al., A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants, *European Heart Journal*, 2016.

49

In addition, apixaban and dabigatran were associated with a lower risk of major or CRNM bleeding compared to warfarin. The study consisted of a total of 32,675 patients with atrial fibrillation: 11,427 warfarin patients; 7,925 dabigatran patients; 6,817 rivaroxaban patients; and 6,506 apixaban patients. The results of the study were as follows:

> After a median follow-up of 173 days (25th-75th percentile 84, 340), 2,081 (6.37%) patients experienced a first major or CRNM bleeding. Using a Cox proportional hazard model adjusting for baseline characteristics, use of apixaban (HR 0.70, 95% CI 0.61-0.80, P<0.001) and dabigatran (HR 0.74, 95% CI 0.66-0.84, P<0.001) were associated with a lower risk of major or CRNM bleeding compared to warfarin whereas use of rivaroxaban was not (HR: 1.05, 95% CI 0.95-1.17, P=0.400). Use of dabigatran and rivaroxaban were associated with higher risk for gastrointestinal bleeding, while use of apixaban and dabigatran were associated with lower risk for intracranial bleeding, compared to warfarin.

## B. INRatio

114.    Due to issues concerning the reliability of the INRatio test that was utilized to titrate warfarin dosage levels in the treatment arm of the ROCKET trial,[94] FDA, among others, undertook a reanalysis of the ROCKET trial.

115.    FDA's Reanalysis of the ROCKET trial, while concluding that there was no change in the overall risk-benefit conclusion[95] of Xarelto, did find that the risk of major bleeding events increased 7 to 10% compared to the original ROCKET results.[96, 97]

---

[94] See Section XVI for a more detailed discussion of the chronology of events surrounding the INRatio device.

[95] According to the FDA Reviewers:

> FDA used two mathematical modeling approaches to estimate the clinical outcomes results that might have occurred in ROCKET if a more accurate INR assay had been used to guide warfarin dosing, i.e., one that reported results similar to the laboratory-based assay at Duke…

> Each of these analyses predicted a small decrease in the expected rate of major bleeding in the warfarin arm compared to the observed rate of 3.45 events per 100 patient years in ROCKET (reductions in the three models ranged from 7%-10% of the observed rate)….

> Overall, these estimated reductions in the rates of bleeding events in the warfarin arm were small enough so that the benefits of rivaroxaban would still outweigh its risks if efficacy were not affected. Notably, two of these three analyses also estimated the rate of ischemic stroke, and one estimated the rate of the primary efficacy endpoint of total stroke + systemic embolism. Both these

50

USCA5 887

## C. Summary

116.     In my opinion, some observational data and the FDA's ROCKET Reanalysis support a conclusion that serious adverse events associated with Xarelto therapy include a significant risk of major bleeds relative to other oral anticoagulants. These findings further support the need of the manufacturer to identify a helpful laboratory test to minimize serious adverse events associated with the use of their product.

---

models predicted that the rate of ischemic stroke would be increased in the warfarin arm, resulting in an expected improvement of the efficacy of rivaroxaban relative to warfarin….

The information summarized above indicates that it is quite likely that patients in the warfarin arm of ROCKET unintentionally received higher doses of warfarin than they would have received if the INRatio device had provided results similar to those provided by the laboratory-based device at Duke. However, the effects of this increased intensity of anticoagulation on clinical outcomes were likely to have been quite modest. It seems very unlikely that if the device had performed similarly to the INR assessment device at Duke, the benefit/risk profile of rivaroxaban compared to warfarin would have been notably different from the profile based on the observed results of ROCKET. Accordingly, the conclusion we made in 2011 that the benefits of rivaroxaban in patients with non-valvular atrial fibrillation outweigh its risks should not be changed.

Recommendations: 1) No changes in rivaroxaban labeling to reflect the impact of use of the INRatio device in ROCKET are warranted. No other major regulatory action should be taken with respect to rivaroxaban. 2) Our conclusions regarding the issues addressed by this review should be communicated to the public in a suitable manner, but not through any changes in labeling.

In regard to the Reviewers' rationale for the recommendations, the FDA provided:

Accordingly, the reviewers see no need for regulatory action at this time. We think that a labeling change to describe the modeling results would very difficult to write in a concise manner and might be more likely to confuse than to edify, and is not warranted. FDA might make a brief announcement regarding our conclusions and make this review or a summary of it available to the public online. A publication of our analyses in a journal might be desirable. If others think it is important to change labeling, we might add a simple statement that FDA has reviewed the INR and outcomes information in ROCKET and determined that the effect of use of the INRatio device on outcomes in ROCKET was too small to affect our prior conclusion that the benefits of rivaroxban outweigh its risks relative to warfarin.

*See* FDA ROCKET AF Reanalysis Reviews, NDA 202439, Sept. 26, 2016, at pp. 1-3, 42.

[96] The 7 to 10% range in FDA's Reanalysis comes from FDA's results derived from multiple approaches utilized by FDA. (See FDA Reanalysis of ROCKET AF, at p. 2). *See also* Schedule 20 for Table 12 from FDA ROCKET AF Reanalysis Reviews.

[97] According to the expert report of Dr. B. Burt Gerstman, Professor of Epidemiology and Biostatistics at San Jose State University, who performed a similar analysis and found that the increase was statistically significant (RR: 1.12; 95% CI 1.04-1.21). It has always been my common practice to rely on other statisticians for statistical analysis.

USCA5 888

## XVI.    THE USE OF INRATIO IN THE ROCKET CLINICAL TRIAL

117.    Xarelto sponsors utilized a Point-of-Care (POC) device in the ROCKET

clinical trial that was subsequently recalled.[98]

118.    The Alere, formally known as HemoSense, INRatio INR Monitor POC

device was used to monitor INR Levels in ROCKET patients.[99]

119.    On January 22, 2007, Janssen's Dr. William Byra circulated in an email to

colleagues at Janssen an October 4, 2005 FDA Warning Letter sent to the manufacturer of the

INRatio device stating: "Our review indicates that your firm has information indicating that

INRatio devices were generating clinically significant erroneous values."[100]

120.    On October 17, 2007, Janssen's Dr. Christopher Nessel and colleagues received

an email from Dr. Jonathan P. Paccini at DCRI, with the subject line "POC / SAE," stating:

> I received a number of helpline calls this morning regarding a
> ROCKET patient at site #11008 (PI Luten, SC Shannon Douglas).
>
> Apparently, this patient was warfarin naïve and was being titrated on
> study drug, when he presented with hematuria. His POC in the office
> was 2.9. Four hours later, he developed severe epistaxis which required
> hospitalization. He had an "unblinded" INR > 10. He received 4 units
> of FFP and IV vitamin K. ENT packed his nose and called me. I spoke
> with the ENT team, and helped them formulate a plan. I also asked
> them to keep the INR and other info to themselves due to the blind, but
> the study MD had already tracked down the information.
>
> The study PI, study coordinator, and family are very upset. The PI has
> concern that the POC device is defective, since there was a 7 unit
> different in the INR between the POC and serum assay within 4 hours.
> Apparently, they had a previous episode of what they considered "bad
> POC data," though on hearing the prior case, it sounded more like the
> usual travails of starting warfarin/study drug…[101]

---

[98] XARELTO_BHCP_07995641.

[99] XARELTO_BHCP_07995641.

[100] XARELTO_JANSSEN_04962074, 04962075.

[101] XARELTO_JANSSEN_03933641.

USCA5 889

121.     This bleeding event was recorded in the patient's case file as a Serious Adverse Event by the investigator to be reviewed by the ROCKET Independent Data Monitoring Committee (IDMC), was reviewed by Jonathan Piccini, a member of the Executive Committee, on February 19, 2009, and was reported as a Serious Adverse Event to the FDA by the sponsor on July 14, 2009. These reports did not disclose evidence of device malfunction.[102,103]

122.     On October 19, 2007, Dr. Paccini sent another email to his colleagues at DCRI, which was then forwarded to Dr. Nessel and other Janssen colleagues, with a subject line of "Another POC problem," which stated:

> I just got off the phone with another troubling helpline call. Rhonda Olmstead (SC in Lincoln, NE – site #1028) called me regarding a patient with AF and diabetes who came into clinic on 10/17 with a POC INR of 1.7. The patient's warfarin was changed from 2 mg 5 days a week with 2.5 Tu/Th to a new regiment [sic] of 2.5 daily. 48 hours later the patient had an appt with his PCP for diabetes, etc. His PMD checked a lab INR and unfortunately communicated the result to the ROCKET cardiologist. The lab INR was >6 [~48 hrs after the POC]. The [sic] called because she thought the patient need [sic] to be treated as if he was formally unblinded. We reviewed the difference, but she remains concerned (as am I) about the INR discordance…[104]

123.     On October 29, 2007, Janssen's Catherine Vanden Boom sent an email to colleagues regarding "ROCKET – INR Draft Proposal" attaching two documents entitled "ROCKET INR Education" and "Covance INR QC Proposal DRAFT1."[105]

124.     The "ROCKET Proposal for QC Checks of HemoSense Device" stated:

> **Issue:** The ROCKET study lacks a mechanism to check the accuracy of the HemoSense device. Although rare, a few investigator sites have expressed concern regarding the accuracy of the Point of Care (POC)

---

[102] XARELTO_JANSSEN_00020831.

[103] XARELTO_JANSSEN_18681720 at XARELTO_JANSSEN_18681922.

[104] XARELTO_JANSSEN_11444538.

[105] XARELTO_JANSSEN_04961856.

USCA5 890

device. In addition, the unblinded INR monitor could also request a QC check.

**Draft Proposal:** QC checks of the HemoSense device (i.e., concurrent INR testing) could be triggered by investigator (e.g., investigator contacts Parexel or the DCRI hotline) or by the unblinded monitor (UM). At this time, it is felt that a "random" surveillance of sites is not necessary since the device has been validated by the manufacturer and approved by the FDA. The site would be responsible for obtaining a blood sample for PT as well as the standard INR reading through the HemoSense device. The PT blood samples would then be shipped to Covance for analysis. The report would only be available to the unblinded monitor.[106]

125.    The "ROCKET Proposal for Additional Education on HemoSense Deivce," dated October 26, 2007, identified the issue as follows: "There is concern on the part of DCRI, Parexel and the investigator sites with the accuracy of the POC device. In addition, the unblinded monitor has suggested site education on the INR shamming."[107]

126.    On January 23, 2008, Janssen's Kimberly Schwabe sent an email to colleagues, including Drs. Byra and Nessel, regarding "ROCKET INVESTIGATOR 972022 SUBJECT #103804," which included the following email from Parexel's Daniel Smutek:

I have had a question from Israeli CRA this morning.

Q: The patient has a minor bleeding from mucosas and skin. The POC INR was 2.0 and then for some reason somebody (maybe other clinic) decided to perform unblinded INR which was 10.0.

A: The safest is to interrupt study drug temporarily, and put the patient on open label warfarin on LMWH for some time (or without anticoagulation on the discretion of the investigator)…[108]

---

[106] XARELTO_JANSSEN_04961857.

[107] XARELTO_JANSSEN_04961858.

[108] XARELTO_JANSSEN_07545439, p. 6.

54

127.    This bleeding event was recorded in the patient's case file as a Serious Adverse

Event by the investigator to be reviewed by the ROCKET Independent Data Monitoring

Committee (IDMC), was first reviewed by a member of the Executive Committee on February

13, 2009, and was submitted to the FDA as a Suspect Adverse Reaction Report on March 12,

2008. These reports did not disclose evidence of device malfunction.[109, 110]

128.    On January 28, 2008, Dr. Byra sent an email to Bernard Chalecki, the unblinded

INR monitor for ROCKET, regarding "FW: RocketAF_090003_104237_SAE," which

forwarded the following conversation between Sunerli Hande and Zuzana Capkova:

> Patient 104237 visited the emergency room of Yesilyurt Hospital
> yesterday evening they had tested the INR and the result was: **6.66**.
> Then the doctors of that hospital forwarded the patient to our site, this
> morning before our investigators notice of the event they had
> performed another INR test and the result was: **6.28**.
> Then PI called and informed me and I had advised him to perform
> blinded INR test and the result was: **1.7**.
>
> So PI got confused because of the huge difference of the test results.
> For now I had told PI to hold on the study drug for at least one day
> according to your advice.
> I am waiting your feedback for further actions.[111]

129.    This event of discrepant INRs was not reported as a Serious Adverse Event in the

study, though the relevant hospitalization was recorded in the patient's case file by the

investigator and submitted to the FDA as a Suspect Adverse Reaction Report on March 12, 2008.

These reports did not disclose evidence of device malfunction.[112,113]

---

[109] XARELTO_JANSSEN_00019462.

[110] XARELTO_JANSSEN_07233841, at XARELTO_JANSSEN_18681895.

[111] XARELTO_JANSSEN_14557758 at p. 3.

[112] XARELTO_JANSSEN_00020185.

[113] XARELTO_JANSSEN_07234059, at XARELTO_JANSSEN_18681902.

USCA5 892

130.     In a letter to ROCKET investigators dated February 21, 2008, Dr. Nessel

explained a new procedure involving a "special kit for collecting single samples for a SPECIAL

BLINDED INR" that was "designed to assist investigators who believe that a subject's INR

values obtained with the HemoSense point of care (POC) device are greatly different from what

was expected."[114]

131.     The letter further instructed investigators to "collect venous blood in the tub

provided and…send the frozen specimen…to Covance in the container provided. Perform a POC

INR reading at the same time so that a comparison can be made…The unblinded INR monitor

for the ROCKET study will receive the results and the site will be contacted."[115]

132.     Regarding this new program, Dr. Nessel testified as follows:

> Q.     So, sir, you – but you understand, sir, that one – you sent out the letter in
> Feb. 8, 2008, to every site around the country, around the world, because you
> know they had concerns about the accuracy of this device. And you set up a whole
> special separate program where Bud Chalecki [the unblinded INR monitor]
> would get sent the results of the CoVance unblinded lab samples. You know about
> that, don't you?
> …
> Sir?
> …
> A.     So there were rare and isolated questions brought to the attention of the
> sponsor about the performance of the device. The sponsor proactively put in
> measures. We called it the CoVance recheck system where patients who presented
> at an office clinic would have a point-of-care INR test done and then a laboratory
> test done and sent to CoVance central laboratories.[116]

133.     Janssen's Dr. Peter DiBattiste testified regarding the Covance Recheck Program

as follows:

> Q.     But the principal reason was to enact -- to use this program whenever the
> POC generated a result that was greatly different from what was expected?

---

[114] XARELTO_JANSSEN_07050218.

[115] XARELTO_JANSSEN_07050218.

[116] Deposition of Dr. Christopher Nessel, Feb. 16, 2016, 169:4-170:9.

USCA5 893

> *A.      Yeah. My understanding is, as we have discussed, that it was put in place to -- to -- as part of the investigation that we referred to in prior documents, to provide an opportunity for investigators when they suspected that they might have a result that they didn't think was accurate, to validate it.[117]*

134.      Janssen's Dr. William Byra testified regarding the Covance Recheck Program as follows:

> *Q.      As of February 2008, this was available for any investigator or any monitor that had any issue or any question about one of these 320,000 lab tests that were taken; is that right?*
>
> *A.      Yes.*
>
> *Q.      All right. Before February of 2008, if an investigator had a question about an INR reading or test, what was their procedure to follow?*
>
> *A.      If there was a question we would – we would discuss it with them, and then I would notify Mr. Chalecki of the issue and – and see if he could, just from looking at it, determine what was going on. And if we couldn't, we at that point would send a new device to the investigator.*
>
> *Q.      The procedure was formalized as of February 2008?*
>
> *A.      Yes.*
>
> *Q.      Okay.*
> …
>
> *Q.      Mr. Chalecki had access to the actual lab value as well as the point-of-care reading; is that right?*
>
> *A.      That's correct. He could, you know, check it just by – go on his computer and check the lab value.*
>
> *Q.      He was unblinded. He knew whether a patient was taking warfarin or whether a patient was receiving rivaroxaban?*
>
> *A.      Yes.[118]*

---

[117] Deposition of Dr. Peter DiBattiste, April 12, 2016, 217:16-218:8.

[118] Deposition of Dr. William Byra, April 6, 2016, 742:19-745:19.

57

135. Dr. DiBattiste testified as follows:

> Q. Well, what was the protocol -- and we'll get into the CoVance recheck program more, but what was the -- so if -- if Mr. Chalecki saw a paired sample and he saw that the lab INR was three units higher than the device INR, what was he supposed to do? How -- how does one address that issue -- that circumstance?
>
> A. My understanding -- so -- so you are talking specifically about the CoVance program?
>
> Q. Yes, sir.
>
> A. So my understanding was that he needed to get back to the site and let them know that the results were either generally consistent or inconsistent, in which case they would be encouraged, I believe, to -- to recheck the value.[119]

136. Dr. Nessel further testified:

> Q. Okay. And that secondly, with respect to the CoVance recheck program, with respect to the CoVance recheck program –
>
> A. Yeah.
>
> Q. Where Mr. Chalecki would have access to split samples, one – one analyzed by a central lab CoVance and the other analyzed by the INRatio device, correct?
>
> A. Yes.
>
> Q. How – how many times was that conducted?
>
> A. A hundred and – about 140.[120]

137. On March 14, 2011, FDA's Alison Blaus sent an email to Janssen's Alla Rhoge and Sanjay Jalota, with a subject line of "NDA 202439 – Clinical IR" that stated a number of requests regarding the INRatio device in ROCKET, including "any available information on the performance characteristics of the device(s) beyond the information found in labeling."[121]

---

[119] Deposition of Dr. Peter DiBattiste, April 12, 2016, 194:2-20.

[120] Deposition of Dr. Christopher Nessel, February 16, 2016, 218:24-219:13.

[121] XARELTO_JANSSEN_04932509.

138.    Regarding that request on March 14, 2011, Dr. Byra testified as follows:

> Q.    *[You] didn't provide the CoVance recheck program in response to that e-mail, right?*
>
> A.    *No.*[122]

139.    The INRatio device was subject to an FDA Class I recall on December 5, 2014, which stated: "The Alere INRatio Monitor System may provide an INR result that is lower than expected result [sic] obtained using a laboratory INR method."[123]

140.    In a report dated February 5, 2016, the EMA stated that "on September 9, 2015,[124] [Janssen Research & Development, LLC] became aware through a 3rd party that the recall notice of the Alere INRatio device might be applicable to the HemoSense INRatio devices used in the ROCKET AF trial program as well…[The sponsors] informed the respective Health Authorities per local regulations and practices in their respective territories…in parallel, as soon as the applicability of the device recall was confirmed by Alere."[125]

141.    EMA subsequently investigated the impact of the INRatio device on the ROCKET trial, and requested additional analyses from the sponsor.[126]

142.    In its assessment report, EMA stated:

> The preliminary data provided on INR values estimated simultaneously on weeks 12 and 24 with the two methods (POC device vs. laboratory testing) indicate that discrepancies of potential clinical relevance were rather frequently observed (approximately in 35% of the estimations).

---

[122] Deposition of Dr. William Byra, April 5, 2016, 335:11-14.

[123] FDA Class I Recall Notice, "Alere San Diego, Inc., Alere INRatio and INRatio2 PT/INR Monitor System (Professional and Prescription Home Use) – Falsely Low INR Test Results," dated Dec. 5, 2014.

[124] However, Janssen internal documents indicate that Alla Rhoge, Associate Direct, Regulatory Leader, received an email pertaining to the Alere INRatio recall in December 2014. *See, e.g.,* XARELTO_JANSSEN_14522268.

[125] EMA CHMP Assessment report dated 5 February 2016, pp. 5-6. It is my understanding that when the sponsors purchased the INRatio devices and testing strips for use in ROCKET, HemoSense Inc. was the manufacturer, but was subsequently purchased by a company now known as Alere.

[126] EMA CHMP Assessment report dated 5 February 2016, p. 3.

59

USCA5 896

The majority of these discrepancies were related to a lower device INR value compared with Lab INRs. Cross tabulations are requested for the number of test results with Lab INR vs. POC INR for the following four categories: INR<2, 2-3, >3-4 and > 4.[127]

143.    The EMA assessment report presented the following information[128]:

**Table 1: TSIINR23ZYa:** Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001:   Safety Analysis Set)
Visit Name: WEEK 12

|  | --- Lab INR --- | | | | |
|  | <2 | 2 - 3 | >3 - 4 | >4 | Total |
|  | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 – 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 – 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

144.    The EMA assessment report concluded:

The manufacturer of the point of care INR device (Alere Inc.TM) has identified that the device in certain clinical conditions gave inappropriately low INR values. The device was used for titration of the warfarin doses in the rocket AF study. The MAH of Xarelto was requested to provide clarification and further information in order to assess the potential impact on the pivotal Rocket AF study results supporting the the indication for rivaroxaban in the prevention of thromboembolism in non-valvular atrial fibrillation (The "Rocket AF" study). All requested analyses have been provided.

The inappropriately low INR values observed with the device as indicated in the device correction notice of Alere were in some instances reported to be clinically relevant leading to increases of anti-vitamin K agents with resulting increased bleeding tendency. Thus it was considered relevant to further investigate the impact of potentially inaccurate device INR estimations, that could have had on the study results. A major concern would be that the described deficiencies could lead to an increased bleeding rate in the control arm of the trial (warfarin) which would potentially hamper the interpretations of the

---

[127] EMA CHMP Assessment report dated 5 February 2016, p. 21.

[128] EMA CHMP Assessment report dated 5 February 2016, p. 28.

60

differences between treatment arms. The investigations performed and possible conclusions that can be made from them are summarised below[.]

Numerous extensive sensitivity analyses have been performed in order to estimate the potential impact on the study outcome.

The MAH initially performed three sensitivity analyses were based on the information provided by the INR device manufacturer (Alere) and taking both chronic and acute clinical conditions into account. Patients who were judged to have had any recall related clinical condition ahead of any endpoint event are excluded in the second of these sensitivity analyses which resulted in an exclusion of approximately 31% of the patients. The first and third sensitivity analyses are focussing [sic] on the time periods when such events occurred and fewer patients are excluded in these analyses. In all three analyses minor changes in the hazard ratios between the rivaroxaban and warfarin study arms were observed as compared to the original analyses. For the sensitivity Analysis 2 considered to be the most conservative analysis of the three analyses provided, warfarin was almost nominally statistically significantly better than rivaroxaban for the principal safety endpoint, major or clinically relevant bleedings (p = 0.092, HR: 1.08 (CI: 0.99, 1.17)).

As can be seen in Table 2, the pattern of bleeding components was different between rivaroxaban and warfarin with death due to bleeding, critical organ bleeding and intracranial haemorrhage being nominally in favor of rivaroxaban. This differential pattern remained unchanged in the sensitivity analyses cited above. (table 8). There was no indication that the most serious bleeding events on warfarin were related to recall related clinical conditions or events.

There are uncertainties related to the sensitivity analyses above discussed. In particular the available information is probably somewhat limited e.g. fibrinogen levels have not been measured regularly and is rarely measured in clinical routine. The analyses were based on the assumption that INR values are only affected in case of recall related conditions. This issue was addressed by additional analyses.

In a second step, these additional sensitivity analyses were provided upon request from CHMP. These analyses were focussing [sic] on the paired samples that were taken simultaneously at weeks 12 and 24 of the trial. In addition to the Alere device estimated INR, a laboratory prothrombin time measurement was made. The primary intention of this exercise was to evaluate the potential impact of rivaroxaban on prothrombin time during the Rocket AF trial. In retrospect, however, in view of the INR device issue under discussion, an INR ratio could be

61

USCA5 898

calculated allowing comparisons of the INR values as estimated by the two methods. (INR device and INR laboratory values calculated from the two sampling time points at week 12 and week 24).

The MAH has, as requested, provided Bland-Altman plots comparing the estimations made by the two methods (INR device and INR calculation based on the laboratory values). From visual impression of the Bland-Altman plots, it indicates that the majority of discrepancies were related to lower device based INR value as compared to the Lab INR value. This was also further elucidated when looking at the cross tabulations made based on clinically relevant INR categories which showed that 34% (1961 out of 5766) of the measurements has a lower device INR compared with lab INR (discordant values).The reverse, that the device INR was higher compared with the Lab INR, was observed in only 4% of the measurements (discordant values). However, consistency,( i.e. that the measurements fell in the same INR category), was observed in 62% of the instances ( concordance), The subjects with and without concordance whether further investigated to explore the impact of the device values. The principal safety endpoint event rates for subjects with and without concordance at Week 12 and at Week 24 were dissimilar (12.9/100 pt-yrs vs 14.0/100 pts-yrs, and 12.6/100 pt-yrs vs 13.6/100 pts-yrs, respectively), although closer with and without concordance at both week 12 & 24 (12.2/100 pt-yrs vs 12.9/100 pts-yrs, respectively). Based on these analyses modified event rates in the warfarin arm were calculated and compared with the observed event rates in the rivaroxaban arm. The impact on the originally reported Hazard Rate Ratios was small as seen in table 8.

Theoretically, the differences observed could, on group level, depend on higher warfarin doses than necessarily needed in patients with discrepancy. However, the differences above discussed are rather small, and when taking also efficacy data in these analyses into account it appears reasonable to conclude that the characteristics and risks in these non-randomised groups differ from the overall study population. This is further supported by the additional analyses provided by the MAH where a very similar pattern for the safety end-points is observed in the rivaroxaban patients and where doses were not adjusted. Furthermore, when looking at the patients who have no paired samples it becomes even more apparent that the sensitivity analyses reflect subsets of patients that are not representative for the over-all study population.

The CHMP acknowledges that there are also limitations related to the above analyses as they only represent two specific time points during treatment approximately 11.000 out of 160.000 INR measurements which were performed during the study.

USCA5 899

A single lab INR cannot be regarded as a true "golden standard". However, there is since long an awareness of the important influence different thromboplastins with different sensitivity have on the size of the prothrombin time prolongation. The INR calculations compensate for these differences. Among the frequently used routine coagulation tests laboratory INR testing is probably one of the best standardised methodologies. Point of care devices for INR estimations are generally speaking probably somewhat less well standardized however, they have important feasibility advantages together with sufficient reliability which could justify their use preferable in clinical studies or in clinical routine for individual patients. There is also available extensive external evidence, important to take into consideration when evaluating the bleeding events in the Rocket AF trials. The incidences and the characteristics of bleedings induced by rivaroxaban in comparison with warfarin were characterised in other large clinical trials supportive of the indication for secondary prevention of DVT/PE. The Alere INR device was not used in these studies. When looking at the characteristics of the study populations in the DVT/PE prevention studies and the doses of rivaroxaban used , they are rather similar to the Rocket AF trial. The targeted INR was also identical. Therefore, the DVT/PE prevention studies are considered relevant for external validation purposes. It can be noted that in the pooled analyses of the DVT and PE studies, the major and clinically relevant bleedings were numerically fewer and major bleedings significantly fewer in the rivaroxaban arm (HR 0.93, 95% CI 0.81;1.06 and HR 0.55, CI 0.34, 0,79, respectively). The bleeding characteristics were similar to those observed in the Rocket AF trial.

The bleeding rates and the bleeding characteristics in the warfarin arm in the Rocket trial is also within the expected range as the one described in the literature. Furthermore the analyses of the components of the primary safety endpoint, critical organ bleeding, fatal bleeding, ICH, clearly favoured the rivaroxaban group as did all-cause mortality. These differences remained largely unaffected in the sensitivity analyses performed and taking also the size of the differences into account they are considered to be robust. They are also consistent with the bleeding pattern seen for the other available oral Xa-inhibitors.

The conclusions derived from the Rocket AF trial are supported by the performed sensitivity analyses and by external evidence from large trials in other therapeutic areas comparing the efficacy and safety of rivaroxaban vs warfarin. The incidence of major and clinically relevant bleedings among the warfarin treated patients in the Rocket AF trial compares also well with the bleeding incidences observed in recently performed trials in AF populations. Incidences of major bleedings in

63

USCA5 900

warfarin arms in the dabigatran, apixaban and edoxaban pivotal trials in atrial fibrillation were 3.6, 3.1 and 3.4%, respectively, as compared to 3.5% in the Rocket AF trial.

It is agreed with the MAH that further analyses are not expected to provide additional information of substantial value.

In conclusion, the CHMP considered that there is sufficient evidence to conclude that the benefit/risk balance remains unchanged and favourable for treatment with rivaroxaban in the prevention of thromboembolism in non-valvular atrial fibrillation.

The CHMP also considered that the information provided in the SmPC is currently appropriate and does not warrant any amendment. The modified calculated INR values discussed in this report should be viewed as informative for the assessment of the INR values provided by the faulty device. Taking into account the extent of the potential impact of the modified INR values and the limitations of the post hoc sensitivity analyses, it is considered that an update in the SmPC section 5.1 is not relevant and would provide more confusion to the prescriber.[129]

145.     In a ROCKET Task Force meeting on September 22, 2015, Bayer's Dr. Berkowitz referred to the sensitivity analyses submitted to EMA as "fishing expeditions" that hold "almost no weight" and "can easily be turned to say what one does or does not want to hear."[130]

146.     Correspondences between the sponsors and FDA occurred concerning the FDA and the sponsors' investigations into the impact of the malfunction in the ROCKET trial, with the sponsor's responses submitted on the follow dates: September 29, 2015; October 15, 2015; November 16, 2015; December 14, 2015; December 21, 2015; December 23, 2015; January 21,

---

[129] EMA CHMP Assessment report dated 5 February 2016, pp. 38-41.

[130] XARELTO_BHCP_07993872.

64

2016; February 1, 2016; February 5, 2016; March 7, 2016; March 22, 2016; April 1, 2016; April 18, 2016; May 6, 2016; and May 13, 2016.[131]

147.    As part of IND 75238, on January 12, 2016, FDA's Dr. Norman L. Stockbridge, Director, Division of Cardiovascular & Renal Products, Office of Drug Evaluation I, CDER, submitted an Information Request to Janssen's Purve Patel, Director, Global Regulatory Affairs, that referred to Janssen's IND for Xarelto and to "amendments dated 29 September, 15 October, 16 November, and 14 December 2015."[132]

148.    FDA noted that those amendment submissions "contained information related to the potential impact of the recall of the Alere INRatio Monitor System, which was the Point of Care (POC) Device utilized to measure INR in the Phase 3 ROCKET-AF study. The submission also contained various sensitivity analyses conducted by you [Janssen] as well as those requested by the European Medicines Agency (EMA)."[133]

149.    The Information Request further stated, "Upon review of the above submissions, we have the following comments and requests for additional information. Please note that these requests are not clinical hold issues. However, response to them is requested."[134]

150.    The first request included in the January 12, 2016 Information Request was as follows: "1. Please provide reports of any serious adverse event reports mentioning the INRatio device in ROCKET-AF."[135]

151.    Regarding that request, Dr. DiBattiste testified as follows:

---

[131] XARELTO_JANSSEN_24277161 at p. 3.

[132] XARELTO_JANSSEN_18501728, p. 1.

[133] XARELTO_JANSSEN_18501728, p. 1.

[134] XARELTO_JANSSEN_18501728, p. 1.

[135] XARELTO_JANSSEN_18501728, p. 1.

65

> Q.    You said you were made aware that there were some patients around whom concerns existed and that there were adverse bleeding events. Would you agree that those are exactly the type of situations in patients that the FDA was seeking information about in their January 12, 2016, information request?
>
> A.    Possibly.[136]

152.    On February 5, 2016, in response to that first FDA information request dated January 12, 2016, the sponsors stated the following:

> There are 7,518 SAEs in the Bayer Global Pharmacovigilance Safety Database for the ROCKET AF Study. Janssen Global Medical Safety Data Analysis Group performed a search and identified 69 of the 7,518 (0.9%) SAE cases in which the narrative contained any of the following keywords:
>
> - Hemosense
> - INRatio
> - Point of care
> - POC
> - Device[137]

153.    Regarding the particular incident discussed in paragraphs 120-121,[138] Dr. DiBattiste testified:

> Q.    You would agree with me that's pretty much exactly what the FDA was asking for, right?
>
> A.    That's the topic.
> …
>
> Q.    Separate and apart from this being an adverse event report, you agree that this type of information, this narrative, is exactly the type of information that the FDA was asking for on January 12, 2016, when they were conducting their investigation into this topic?
>
> A.    I would say that if this were in an adverse event report, then I would say that the answer to that is yes.[139]

---

[136] Deposition of Dr. Peter DiBattiste, April 12, 2016, 162:2-10.

[137] XARELTO_JANSSEN_16397478, p. 3.

[138] See XARELTO_JANSSEN_03933641.

66

154.    The above response did not include the four instances of suspected device

malfunction discussed above in paragraphs 120-129.

155.    The January 12, 2016 FDA Information Request also included the following

request:

> 5. Please provide a summary report of information collected by the
> unblinded physician, if available and elaborate on the role and
> responsibilities of the unblinded physician that monitored the warfarin
> patients. Please explain whether the unblinded physician had access to
> the laboratory-based INR determination performed as part of the PK-
> PD substudy in ROCKET-AF and when.[140]

156.    On February 5, 2016, in response to that FDA information request dated January

12, 2016, the sponsors stated the following:

> The ROCKET AF study utilized an unblinded INR monitor (Bernard
> Chalecki)…His primary responsibility on the ROCKET AF study was
> to monitor trends among POC device INR values and to identify any
> overt aberrations (e.g., persistently high INRs)…Mr. Chalecki would
> have the ability to contact either the investigator or the Sponsor's
> medical monitor to discuss (in a blinded manner) any concerns about
> the INR. Likewise, the Sponsor's medical monitor could contact the
> unblinded INR monitor.
>
> At his discretion, the unblinded INR monitor had the ability to contact
> an unblinded physician, Dr. Stephanie Perry, a hematologist from Duke
> University Medical Center…She was available on an as needed basis to
> discuss issues about INRs…Finally, the unblinded physician did not
> have access to the laboratory-based INR determinations performed as
> part of the PK-PD substudy in ROCKET-AF.[141]

157.    Regarding the sponsor's above response to the FDA Information Request, Dr.

Nessel testified as follows:

---

[139] Deposition of Dr. Peter DiBattiste, April 12, 2016, 165:8-166:16.

[140] XARELTO_JANSSEN_18501728, p. 1.

[141] XARELTO_JANSSEN_16397478, p. 7-8.

67

> Q.      Sir, do you believe that this response, the FDA information request, with respect to the roles and responsibilities of Mr. Chalecki, is full and complete?
>
> A.      Well --
>
> Q.      Either you do or you don't.
>
> A.      Let me put a finer point on it. A summary of the report of information, the roles and responsibilities, so yes, it is a full and complete report of the roles and responsibilities of the unblinded physician.
>          It is a full and complete explanation or answer to whether the physician had access to unblinded INR determinations, performed as part of the PK-PD substudy. It is an accurate response to the FDA's question.
>
> Q.      Is it true that one of the roles and responsibilities of Mr. Chalecki was to compare INR values generated by the INRatio device with split samples analyzed by other methods?
>
> A.      That was part of his --
>
> Q.      Responsibilities?
>
> A.      -- responsibilities, yes.
>
> Q.      So then why is that responsibility not included in this information request, sir?
>
> A.      I believe it is subsumed in -- his primary responsibility, it stated, on the ROCKET-AF study was to monitor trends, et cetera.[142]
> …
> Q.      The CoVance recheck fell under the rubric -- the roles and responsibilities of Mr. Chalecki, correct?
>
> A.      Yes.[143]

158.    This response does not mention the unblinded monitor's role and responsibility with respect to the Covance recheck program, specifically. As noted above in paragraphs 130-136, Mr. Chalecki had access to both the POC and lab values for the samples taken per the Covance Recheck Program instructions.

---

[142] Deposition of Dr. Christopher Nessel, Feb. 16, 2016, 167:13-169:3.

[143] Deposition of Dr. Christopher Nessel, Feb. 16, 2016, 173:18-22.

USCA5 905

159. Further, in response to FDA's January 12, 2016 Information Request, specifically request number five (5), the sponsors did not provide a summary report of information collected by the unblinded physician, if available.

160. Janssen's Dr. Byra created a spreadsheet[144] containing, among other data, the following information regarding patients enrolled in the ROCKET trial:

a. Patient 104078, on June 19, 2008, "[s]ome discrepancy."

b. Patient 104078, on July 3, 2008, "INRs are discrepant by 1. Site to receive new devices and strips."

c. Patient 106080, on August 13, 2008, "[b]linded INR not consistent with HemoSense."

d. Patient 110000, on October 23, 2008, "[d]iscrepancy exists, but the subject still within target range."

e. Patient 102310, on February 27, 2008, "INR high from Covance replace machines."

f. Patient 113483, on March 12, 2009, "INR higher than expected and subject may be taking exogenous warfarin."

g. Patient 111178, on July 28, 2009, "INRs discrepant."

h. Patient 108508, on April 23, 2009, "blinded INR higher (2.0) than POC device."

i. Patient 112708, on May 15, 2009, "INR discrepant with POC."

---

[144] *See* Deposition of Dr. William Byra, Apr. 6, 2016, 744:16-24:

*Q. What is Exhibit 51?*

*A. This is a spreadsheet that I – I kept when we started the CoVance recheck system.*

*Q. Who prepared Exhibit 51?*

*A. I did.*

*Q. Are the comments and the notes yours in Exhibit 51?*

*A. Yes.*

69

     j.    Patient 106355, on February 8, 2010, "INR is 2 units higher than POC."[145]

161.    The information cited in the prior paragraph was provided to Dr. Byra by Mr.

Chalecki, the unblinded monitor. Dr. Byra testified as follows:

> Q.    *And I think we've talked about the 340,000 INRs that were taken during the course of the study. And was it Mr. Galecki's responsibility to review all of those INRs?*
>
> A.    *Chalecki.*
>
> Q.    *Chalecki. I'm sorry.*
>
> A.    *He would look at them. And, again, there weren't 340,000 all in one day. But he would go down the -- his spreadsheet that he created and would call if there were anything unusual that he would see.*[146]
> …
>
> Q. *The comments in the far right-hand corner of the document [Exhibit Byra 51, XARELTO_JANSSEN_18512019], where do those comments come from?*
>
> A. *It was -- the comments came from either e-mails or conversations from Mr. Chalecki or whatever was the final outcome of -- that's this particular sample and what was done with it.*[147]

162.    According to Dr. DiBattiste, the sponsor did not provide the information

referenced in paragraph 160 to the FDA:

> Q.    *And how about the data generated as part of that program? When, if ever, was that communicated to the FDA?*
>
> A.    *Never. We haven't seen it yet. And, in fact, it hasn't been formally transferred to us from CoVance yet after all the quality checks.*
>         *So -- so I would say never.*

---

[145] XARELTO_JANSSEN_18512019

[146] Deposition of Dr. William Byra, April 6, 2016, 636:16-637:4.

[147] Deposition of Dr. William Byra, April 6, 2016, 745:1-8.

USCA5 907

> *Q.     Okay. Both Dr. Byra and Dr. Nessel testified that they had seen -- they had a spreadsheet of the 140-some-odd instances it was used, and they reported that discrepancies were observed, I think 14 -- 14 -- in 14 instances.*
>
> *A.     Right. So --*
>
> *Q.     Does that sound familiar?*
>
> *A.     Well, it sounds somewhat familiar, but I can tell you that we are getting the formal quality control results from CoVance, but we don't have them yet.*
> *So what they have is, I guess, case-by-case reporting from -- from Bud [Chalecki]. But -- but I think that the full dataset, again, because the program did not uncover anything that we thought was material to the results of the trial, or apparently even mentioned here is --[148]*

163.     Federal law and FDA policy emphasize the importance of applicants not omitting any material fact in submissions to FDA (see FDA's Application Integrity Policy and 18 US Code 1001).

164.     On March 7, 2016, Janssen's Ms. Patel sent a letter to FDA's Dr. Stockbridge regarding INRatio, which she stated the following:

> A number of lawsuits have been filed in federal court by plaintiffs' lawyers against Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC (collectively, "Janssen") and Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG (collectively, "Bayer"), alleging that their clients have experienced bleeding events due to ingestion of the anticoagulant medicine, XARELTO®. As part of that litigation, as is now customary, over 50 million pages of internal e-mails, study and regulatory documents have been produced. These plaintiffs' lawyers have requested permission from the Court to provide certain internal Janssen and Bayer documents, including internal communications among colleagues relating to INR monitoring in the ROCKET AF study, to the Agency. For transparency, enclosed are the documents that the plaintiffs' lawyers have petitioned to share with the Agency.
> …
>
> The documents at issue consist of the following:
>
> 1. <u>Janssen and Bayer internal communications discussing INR issues</u>
> <u>(Attachments 2-7)</u>

---

[148] Deposition of Dr. Peter DiBattiste, April 12, 2016, 157:51-159:2.

These communications reflect contemporaneous e-mail discussions at Janssen and Bayer regarding consideration of INR issues when they arose.

…

2. Covance Recheck Program in ROCKET AF (Attachments 8-9)

The Covance Recheck Program in ROCKET was an external comparison on the INR levels from the POC device to standard laboratory-based assessments. It was implemented to give assurance to investigators who had not used a POC device before that the INR level readings were corrected by re-checking them at a lab (Covance). All investigators had access to the program and were so notified in a letter (Attachment 9). The program was instituted in response to questions that were received from investigators who were accustomed to getting INRs from the labs.

There were 142 inquiries from investigators who availed themselves of the recheck program in a study of more than 14,000 patients over three years. Most of the time, the values from the POC device and the lab re-check were consistent. There were just 16 instances identified from the 142 inquiries where the value from the POC device and lab were recorded as inconsistent. There were also instances where the device appeared to not be working or the investigator got an error message. Those patients went to the lab and the unblinded monitor provided the necessary code for the dose adjustment. On a few occasions, sites were sent raw devices.

3. Internal Emails Discussing Adverse Events During Study (Attachments 10-16)

In accordance with the Agency's reporting requirements, adverse event reports were submitted in connection with the ROCKET AF study. Of the documents at issue, three involved serious adverse events (Attachments 11, 12 and 15), all of which were reported (CIOMS attached). In addition, Attachment 15 was also included as a narrative in the Clinical Study Report for the ROCKET study…Moreover, Janssen specifically addressed the question of serious adverse events mentioning the INRatio device posed in FDA's Information Request from January 12, 2016 and provided the corresponding CIOMS reports in its February 5, 2016 submission.

Many of these communications do not involve incidents that fit within the definition of adverse events under the federal regulations;

72

USCA5 909

thus, they have not previously been submitted to the Agency (Attachments 10, 13, 14 and 16). These discussions address potential discrepancies with the monitoring device or other issues…

…

4. <u>Emails About the HemoSense Warning Letters and Alere Recall (Attachments 18-20)</u>

…

5. <u>"Helpline and HemoSense Update" (Attachments 21 and 22)</u>[149]

165.     In a presentation dated March 23, 2016, FDA Center for Devices and Radiological Health, in analyzing the performance of the INRatio device in ROCKET, stated that "discrepant low values that might cause a warfarin increase occurred at an alarming rate in the ROCKET AF trial."[150]

166.     On April 4, 2016, FDA's Dr. Stockbridge sent an Information Request letter to Janssen's Ms. Patel, which stated:

> [W]e make reference to your 18 March 2011 submission to NDA 202439 that responded to our 14 March 2011 information request during the NDA review of the ROCKET AF trial.
>
> We have the following comments and requests for additional information…
>
> > 1. Please describe the purpose of the Covance Recheck Program in the ROCKET AF trial. Please describe how it operated and provide any trial documents describing its operations. Please provide all data collected by the Covance Recheck Program as well as analyses of these data performed by you or by others on your behalf. Please describe all entities with access to data or analyses based on data from the Covance Recheck Program. In particular please indicate if the data and/analyses [sic] were

---

[149] XARELTO_JANSSEN_18681716.

[150] ALRX_00001447.

73

provided to the ROCKET AF Data Monitoring Committee and/or any members of the Executive Committee.[151]

167.    On April 18, 2016, the sponsor submitted its "Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall" that stated the following in response to the above detailed request:

> The Covance Recheck Program (hereafter Program) served several purposes. During the conduct of the ROCKET AF study, it became apparent that investigators who were accustomed to prescribing warfarin may be uncomfortable when blinded to both the treatment assignment (i.e., rivaroxaban or warfarin) and the actual INR. By "checking" the INR and speaking to the Sponsor or a Helpline clinician, the Program could provide reassurance to these investigators. Further, the Sponsor became aware of rare and isolated incidents of clinically unexpected INR values rendered by the point-of-care device. The Sponsor investigated these matters and, although for most cases investigated, problems other than device performance were identified, realized that it would be desirable to create a mechanism that would provide non-random checks of point-of-care device values via a central laboratory. Importantly, however, this had to be accomplished while maintaining the integrity of the study blind.

> …

> The results of both tests (i.e., point-of-care and central laboratory) were reported only to Mr. Bernard Chalecki, the unblinded INR monitor. The unblinded monitor would compare the results and advise the Sponsor's study responsible physician and/or the enrolling site (See Attachment 1- "Blinded INRs from Covance as of June 4, 2010"). To maintain the study blind, the unblinded INR monitor would only provide general information about the results, depending upon the value returned by Covance, the value generated by the POC device and the treatment to which the subject was assigned…

> …

> Covance received a total of 149 samples (rivaroxaban - 78; warfarin - 71). There were 136 INRs (rivaroxaban - 73; warfarin - 63) performed for 131 unique subjects (rivaroxaban - 71; warfarin - 60). Of the 136 samples run, 53 were solely for the purpose of obtaining an INR (See below and Attachment 2 Data Outputs, Tables 1, 2). Of the remaining

---

[151] XARELTO_JANSSEN_22661447.

74

83 samples, 55 Covance INRs were concordant with the result from the device (See Attachment 2 Data Outputs, Tables 3, 4);
19 were not concordant (See Attachment 2 Data Outputs, Tables 5, 6). To be consistent with previous analyses, the ISO acceptance criteria were used to ascertain concordance between the Covance and point-of-care INR values…

…

During the conduct of the study, only the unblinded INR monitor had access to the data generated by the Program. The data from the Program were not disclosed to the trial's Independent Data Monitoring Committee or any members of the Executive Committee. No formal analyses of the data were planned during the conduct of the trial. In fact, these data were not analyzed until receipt of this information request.[152]

168.    On April 15, 2016, Jannsen's Ms. Patel sent an email to colleagues, including Drs. DiBattiste and Nessel, regarding "DRAFT FDA Response" that stated: "We searched the terms Covance, Recheck, Unscheduled INR, INR CK, and special blinded INR and did not find reference to this program in the original NDA submission."[153]

169.    On May 27, 2016, FDA requested "revised labeling that describes the impact of using the INRatio device in ROCKET AF on the efficacy (in section 14) and the safety (in section 6) of rivaroxaban in the treatment of patients with atrial fibrillation."[154]

170.    In response, the sponsors stated their position "that a revision to the product labeling is not warranted."[155]

171.    On June 14, 2016, FDA's Dr. William H. Maisel wrote to Alere, Inc.'s Ms. Melissa D. Guerdan, Sr. Vice President, Global Quality & Regulatory:

---

[152] XARELTO_JANSSEN_22661455, p. 3-5.

[153] XARELTO_JANSSEN_23097568.

[154] XARELTO_JANSSEN_24277161, p. 12.

[155] XARELTO_JANSSEN_24277161.

USCA5 912

In response to your request, received by email May 23, 2016, and by letter dated June 1, 2016, I have reviewed the decision by the Office of In Vitro Diagnostics and Radiological Health (OIR) that Alere should conduct a voluntary recall of the Alere INRatio PT/INR Monitoring System ("INRatio System") due to product performance concerns.[156]

172.    Dr. Maisel further wrote:

After reviewing the information in your email dated May 23, 2016, your letter dated June 1, 2016 and the documents attached and referenced therein, and the administrative file, and after meeting with Alere on June 3, 2016, I have concluded that there is a reasonable probability that the use of, or exposure to, the Alere INRatio System will cause serious adverse health consequences or death…Because this is a serious public health matter, CDRH may pursue additional actions, as necessary, to protect the public health.[157]

173.    Finally, Dr. Maisel stated:

The decision is based, in part, on the following:

1) FDA has received more than 100 MDRs from January 2015 to April 2016 related to the INRatio System, including reports of serious injuries and one death. Included among these reports are dozens of cases of discrepant INRs where the INRatio INR value differs substantially when compared with a contemporaneous reference INR.

2) INRatio performed poorly in ROCKET-AF. Although Alere contends that continuous improvements have been made to the INRatio System rendering ROCKET-AF performance "irrelevant" to the currently marketed system, Alere has not submitted performance data that validates the claim that the currently released and marketed device (or the device with software version 1.12) has sufficiently mitigated the risk of discrepant low values.[158]

---

[156] ALRX_00002510, p. 1.

[157] ALRX_00002510, p. 2.

[158] ALRX_00002510, p. 2.

USCA5 913

174.     On July 13, 2016, FDA spokeswoman Deborah Kotz stated, "Our analyses so far indicate that effects on strokes or bleeding, including bleeding in the head, were minimal."[159]

175.     Regarding the FDA investigation, Dr. Peter DiBattiste testified:

> *Q. So to the best of your knowledge, has this – has this issue been resolved from the FDA, or is there review still ongoing?*
> *...*
> *A. I have nothing to indicate that the review is complete. So my assumption is that it is ongoing...*[160]

176.     In my opinion, the sponsors failed to meet their duty of a reasonably prudent drug manufacturer by:

    a.     Failing to report discrepant INR values, and associated adverse events, in response to the March 14, 2011 and January 12, 2016 FDA Information Requests.

    b.     Failing to inform FDA about the Covance recheck program in response to the March 14, 2011 and January 12, 2016 Information Requests.

177.     In my opinion, a reasonable and prudent manufacturer, asked by FDA, as part of an IND application process, to provide a summary of information collected by an unblinded physician would have provided such information. Such information was important to FDA because FDA was investigating the impact of the use of a recalled POC device in the ROCKET clinical trial, which evaluated the safety and efficacy of Xarelto.

178.     In my opinion, the sponsors did not disclose to FDA, physicians, or patients that the company was in possession of information indicating that "discrepancies of potential clinical relevance were rather frequently observed (approximately in 35% of the estimations) [in ROCKET]."[161]

---

[159] Hilzenrath, D.S. FDA Says Faulty Devices Had "Minimal" Impact on Trial Led by NewBoss. Project on Government Oversight. July 13, 2016, http://www.pogo.org/blog/2016/07/fda-faulty-devices-had-minimal-impact.html

[160] Deposition of Dr. Peter DiBattiste, July 20, 2016, 820:18-821:3.

[161] EMA CHMP Assessment report dated 5 February 2016, p. 21.

179.     As reported by the sponsor, FDA's Dr. Temple "volunteered his opinion that the problem should not have created bias in favor of riva efficacy thought it might have impacted bleed rates."[162] In response, Dr. DiBattiste stated, "I completely agree with Bob [Temple]'s perspective on the potential impact of the INR device issue on efficacy and safety."[163] In my opinion, an impact on "bleed rates" could affect the safety, and risk/benefit, equation of Xarelto by FDA, physicians, and patients.

180.     In a July 6, 2016 reply to a letter to the editor of the NEJM, regarding an article entitled "Point-of-Care Warfarin Monitoring in the ROCKET AF Trial," members of the ROCKET AF Executive Committee, Steering Committee, and Investigators stated as follows: "However, we acknowledge the limitations of these analyses. To be fully informative, we would need to provide paired central-laboratory and point-of-care INR values throughout the trial, and these values are not available."

181.     In addition, as discussed above, the EMA also identified limitations in the analyses performed by the sponsor to assess the impact of the INRatio device on ROCKET.[164]

182.     On September 26, 2016, the FDA issued its ROCKET AF Reanalysis Reviews. In the 'Summary and Recommendations' section of the review, FDA provided:

> … Janssen and FDA independently performed a variety of analyses intended to characterize the impact of use of the INRatio device on the safety and efficacy results of ROCKET.

> … FDA used two mathematical modeling approaches to estimate the clinical outcomes results that might have occurred I ROCKET if a more accurate INR assay had been used to guide warfarin dosing, i.e., one that [] reported results similar to the laboratory-based assay at Duke… Each of these analyses predicted a small decrease in the expected rate of major bleeding in the

---

[162] XARELTO_JANSSEN_18607702.

[163] XARELTO_JANSSEN_18607702.

[164] EMA CHMP Assessment report dated 5 February 2016, pp. 38-41

USCA5 915

warfarin arm compared to the observed rate of 3.45 events per 100 patient years in ROCKET (reductions in the three models ranged from 7% to 10% of the observed rate).… Overall, these estimated reductions in the rates of bleeding events in the warfarin arm were small enough so that the benefits of rivaroxaban would still outweigh its risks if efficacy were not affected. Notably, two of these three analyses also estimated the rate of ischemic stroke, and one estaimted the rate of the primary efficacy endpoint of total stroke + systemic embolism. Both these models predicted that the rate of ischemic stroke would be increase in the warfarin arm, resulting in an expected <u>improvement</u> of the efficacy of rivaroxaban relative to warfarin.

The information summarized above indicates that it is quite likely that patients in the warfarin arm of ROCKET unintentionally received higher doses of warfarin than they would have received if the INRatio device had provided results similar to those provided by the laboratory-based device at Duke. However, the effects of this increased intensity of anticoagulation on clinical outcomes were likely to have been quite modest. It seems very unlikely that if the device had performed similarly to the INR assessment device at Duke, the benefit/risk profile of rivaroxaban compared to warfarin would have been notably different from the profile based on the observed result of Srocket. Accordingly, the conclusion we made in 2011 that the benefits of rivaroxaban in patients with non-valvular atrial fibrillation outweigh its risks should not be changed.

183. The FDA's 'Recommendations' were as follows: "(1) No changes in rivaroxban labeling to reflect the impact of use of the INRatio device in ROCKET are warranted. No other major regulatory action should be taken with respect to rivaroxban; (2) Our conclusions regarding the issues addressed by this review should be communicated to the public in a suitable manner, but not through any changes in labeling."

184. In regard to the FDA's recommendation regarding labeling, the FDA added:

We think that a labeling change to describe the modeling results would [be] very difficult to write in a concise manner and might be more likely to confuse than to edify, and is not warranted. FDA might make a brief announcement regarding our conclusions and make this review or a summary of it available to the public online. A publication of our analyses in a journal might be desirable. If others think it is important to change labeling, we might add a simple statement that FDA has reviewed the INR and outcomes information in ROCKET and determined that the effect of use of the INRatio device on outcomes in ROCKET was too small to affect our prior conclusion that the benefits of rivaroxaban outweigh its risks relative to warfarin.

USCA5 916

## IV.    CONCLUSIONS[165]

**In my opinion:**

185.    Any laboratory test that is helpful in identifying patients at risk for serious adverse events based upon a patient's response to a drug should be disclosed in the Warnings and Precautions section of the drug label.

186.    Any laboratory tests that could be helpful in identifying patients at increased risk of bleeding from Xarelto use should be identified in the Warnings and Precautions section of the drug label.

187.    There is variability in drug plasma concentration levels in patients taking Xarelto.

188.    There is a relationship between Xarelto plasma concentration levels and PT.

189.    As of August 2011, there is a relationship between PT levels and the risk of bleeding.

190.    Measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto.

191.    There is a laboratory test to measure PT levels in Xarelto-treated patients.

192.    While measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto, without additional adequate sponsor-generated clinical trial data exploring Xarelto dose adjustment based on bleeding risk (as measured by PT), measuring a PT level does not allow a physician to titrate the dose in such patients. Rather, it allows a physician and a patient to decide whether the patient should continue Xarelto therapy.

193.    While FDA originally stated in June 2011 (in its review of the hip and knee replacement VTE prophylaxis indication) that the predictive value of coagulation parameters for

---

[165] This list is not meant to be an all-inclusive list. For a full list of opinions, please see the entire report.

USCA5 917

the bleeding risk had not been adequately studied, beginning in August 2011 (in its Clinical Pharmacology review of the atrial fibrillation indication), the agency stated that there was a relationship between bleeding risk and PT. Since then, the agency has repeatedly and consistently cited that relationship.

194.    While the sponsors proposed language suggesting that if "assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual patients, PT (measured in seconds) is recommended"[166] be included in the Pharmacodynamics section of the label, they never offered language to include in the Warnings and Precautions section that suggested that measuring a PT level in a Xarelto-treated patient can be helpful in identifying patients at risk for serious adverse events based upon a patient's response to Xarelto.

195.    The sponsors acknowledged that information about measuring PT could be helpful in patient care decision-making.

196.    Based on the preceding sections, the sponsors failed to "identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions."

197.    Nothing in the Act, or in the FDA's implementing regulations, relieves a manufacturer of its duty to act prudently in light of the company's internal knowledge about a product and its potential risks.

198.    The two systems of state consumer protection (including potential product liability) and federal food and drug regulation should and do operate in a complementary but independent manner.

199.    The two systems of state consumer protection (including potential product liability) and federal food and drug regulation should and do operate in a complementary but independent manner.

---

[166] XARELTO_JANSSEN_05911809, p. 15.

81

200.     Based in part on the above testimony, information about laboratory tests that could be helpful in identifying patients at increased risk of bleeding from Xarelto use would be useful information for physicians in clinical decision-making.

201.     While Xarelto was shown to be non-inferior to Warfarin with regard to safety and efficacy in clinical study populations, the sponsors failed to inform physicians and patients that certain individual patients taking Xarelto were at a demonstrable increased risk for serious adverse reactions.

202.     A reasonably prudent drug manufacturer, who knows certain patients are at an increased risk of serious adverse events relative to others, would inform prescribers of that fact.

203.     Based on the reasons cited above, the sponsors did not adequately notify physicians that some patients are at higher risk than others (*i.e.*, inter-patient variability).

204.     Based on the reasons cited above, the sponsors did not adequately instruct physicians how to identify those patients (*i.e.*, PT).

205.     Based on the reasons cited above, the sponsors did not adequately instruct physicians on how to clinically manage the information (*e.g.*, titrate, discontinue, additional warnings).

206.     The sponsors failed to meet their duty of reasonably prudent drug manufacturers by:

   a.   Failing to report discrepant INR values, and associated adverse events, in response to the January 12, 2016 FDA Information Request.

   b.   Failing to inform FDA about the Covance recheck program in response to the January 12, 2016 Information Request.

USCA5 919

207.    A reasonable and prudent manufacturer, asked by FDA, as part of an IND application process, to provide a summary of information collected by an unblinded physician would have provided such information. Such information was important to FDA because FDA was investigating the impact of the use of a recalled POC device in the ROCKET clinical trial, which evaluated the safety and efficacy of Xarelto.

208.    The sponsors did not disclose to FDA, physicians, or patients that the company was in possession of information indicating that "discrepancies of potential clinical relevance were rather frequently observed (approximately in 35% of the estimations) [in ROCKET]."[167]

209.    The POC device used in the ROCKET AF trial malfunctioned, raising questions regarding the validity of the trial.


_____
David A. Kessler, M.D.


10/13/2016
_____
Date

---

[167] EMA CHMP Assessment report dated 5 February 2016, p. 21.

83

USCA5 920

Case 2:14-md-02592-EEF-MBN Document 5569-1 SEALED Filed 03/02/19 Page 85 of 343

# APPENDIX A

USCA5 921

# DAVID A. KESSLER

| | |
|---|---|
| 1969-1973 | AMHERST COLLEGE, Amherst, Massachusetts<br>Bachelor of Arts, *magna cum laude* (B.A. Independent Scholar, 1973) |
| 1973-1979 | HARVARD MEDICAL SCHOOL, Boston, Massachusetts<br>Doctor of Medicine (M.D. 1979) |
| 1975-1977 | UNIVERSITY OF CHICAGO LAW SCHOOL, Chicago, Illinois<br>Doctor of Law (J.D., 1978), Harvard Law School, 1977-1978 |
| 1984-1986 | NEW YORK UNIVERSITY GRADUATE SCHOOL OF BUSINESS<br>ADMINISTRATION (Manhattanville), Purchase, New York<br>Advanced Professional Certificate in Management |

## EMPLOYMENT

| | |
|---|---|
| 2003-present | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO<br>Professor of Pediatrics, Epidemiology and Biostatistics |
| 2003-2007 | Dean, School of Medicine<br>Vice Chancellor of Medical Affairs |
| 1997-2003 | YALE UNIVERSITY SCHOOL OF MEDICINE<br>Dean<br>Professor of Pediatrics, Internal Medicine, and Public Health |
| 1990-1997 | UNITED STATES FOOD AND DRUG ADMINISTRATION<br>Commissioner<br>(Appointed by President George H. W. Bush, Reappointed by President William J. Clinton) |
| 1984-1990 | THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF<br>MEDICINE<br>Medical Director |
| 1986-1990 | COLUMBIA UNIVERSITY<br>Julius Silver Program in Law, Science and Technology<br>Lecturer on Law |
| 1982-1984 | MONTEFIORE MEDICAL CENTER<br>Special Assistant to the President |
| 1981-1984 | UNITED STATES SENATE COMMITTEE ON LABOR AND HUMAN<br>RESOURCES, Consultant to the Chairman |

David A. Kessler                                                                                    Page 2

## HONORARY DEGREES

1992        AMHERST COLLEGE, Amherst, Massachusetts
            Doctor of Science *honoris causa*

1992        GEORGE WASHINGTON UNIVERSITY, Washington, D.C.
            Doctor of Science *honoris causa*

1993        PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE, Philadelphia,
            Pennsylvania, Doctor of Science *honoris causa*

1993        DICKINSON COLLEGE OF LAW, Carlisle, Pennsylvania
            Doctor of Laws *honoris causa*

1995        ALBANY MEDICAL COLLEGE, Albany, New York
            Doctor of Science *honoris causa*

1997        NORTHEASTERN UNIVERSITY, Boston, Massachusetts
            Doctor of Science *honoris causa*

1998        MOUNT SINAI SCHOOL OF MEDICINE, New York, New York
            Doctor of Humane Letters *honoris causa*

1998        COLGATE UNIVERSITY, Hamilton, New York
            Doctor of Science *honoris causa*

1998        YALE UNIVERSITY, New Haven, Connecticut
            Master of Arts *privation*

1999        CONNECTICUT COLLEGE, New London, Connecticut
            Doctor of Humane Letters *honoris causa*

2001        DICKINSON COLLEGE, Carlisle, Pennsylvania
            Doctor of Science, *honoris causa*

2001        UNION COLLEGE, Schenectady, New York
            Doctor of Laws, *honoris causa*

2002        UNIVERSITY OF LOUISVILLE, Louisville, Kentucky
            Doctor of Public Service, *honoris causa*

2005        STATE UNIVERSITY OF NEW YORK, Syracuse, NY
            Doctor of Science, *honoris causa*

David A. Kessler                                                                    Page 3

2012          DREXEL UNIVERSITY, Philadelphia, PA
              Doctor of Science, *honoris causa*

2013          CLAREMONT GRADUATE UNIVERSITY, Claremont, CA
              Doctor of Science, *honoris causa*


HONORS

              NATIONAL ACADEMY OF SCIENCES, Public Welfare Medal,
              Honorary Member

              INSTITUTE OF MEDICINE, Member

              AMERICAN SOCIETY OF CLINICAL ONCOLOGY
              Distinguished Service Award for Scientific Achievement

              AMERICAN ACADEMY OF ARTS AND SCIENCES, Fellow

              PHI BETA KAPPA, Amherst College

              UNIVERSITY OF CHICAGO LAW REVIEW, Associate Editor

              2008 PUBLIC HEALTH HERO AWARD, UC Berkeley

              SIGMA XI, The Scientific Research Society of North America

              BARNARD COLLEGE Barnard
              Medal of Distinction

              CASPAR PLATT AWARD, The University of Chicago Law School

              HARVARD BLODGETT AWARD IN BIOLOGY, Amherst College

              WHITING FOUNDATION GRANT-IN-AID for research at
              Sloan-Kettering Institute

              NATIONAL SCIENCE FOUNDATION FELLOWSHIP (declined)

              JOHN WOODRUFF SIMPSON FELLOWSHIP, awarded by Amherst
              College for the study of medicine

              ALVAN T.--VIOLA D. FULLER AMERICAN CANCER SOCIETY
              JUNIOR RESEARCH FELLOW (declined)

              NATIONAL INSTITUTES OF HEALTH TRAINING FELLOWSHIP
              RECIPIENT for physiology research at the Marine Biological Laboratory,

Case 2:12-md-02592-EEF-MBN Document 5589-1 SEALED Filed 03/02/17 Page 89 of 343

Woods Hole, Massachusetts

PHI DELTA THETA SCHOLARSHIP
DISTINGUISHED PUBLIC SERVICE AWARD
The George Washington University School of Medicine and Health Sciences

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
Special Citation

AMERICAN SOCIETY OF PUBLIC ADMINISTRATION
National Capitol Area Chapter
President's Award for Outstanding Achievement

AMERICAN FEDERATION FOR AIDS RESEARCH (AmFAR)
Sheldon W. Andelson Public Policy Achievement Award

THE WOODROW WILSON AWARD FOR DISTINGUISHED
GOVERNMENT SERVICE Johns Hopkins University

HAL OGDEN AWARD
Association of State and Territorial Directors of Health Promotion and
Public Health Education and the U. S. Centers for Disease Control

NATIONAL ORGANIZATION FOR RARE DISEASES (NORD)
Outstanding Service to the Public Health Award

MARCH OF DIMES
Franklin Delano Roosevelt Leadership Award

CHILDREN'S HOSPITAL NATIONAL MEDICAL CENTER
Children's Research Institute Award of Academic Excellence

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Food Labeling

ISRAEL CANCER RESEARCH FOUNDATION
President's Award

INSTITUTE FOR ADVANCED STUDIES IN IMMUNOLOGY AND AGING
Lifetime Public Service Award

AMERICAN LUNG ASSOCIATION
Special Recognition Award

UNIVERSITY OF CHICAGO ALUMNI ASSOCIATION
Professional Achievement Award (Washington, D.C. Chapter)

U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

David A. Kessler                                                                                    Page 5

Secretary's Award for Excellence in Public Service

NATIONAL KIDNEY CANCER ASSOCIATION
Progressive Leadership Award

JOHNS HOPKINS UNIVERSITY SCHOOL OF PUBLIC HEALTH
Dean's Medal

AMERICAN CANCER SOCIETY
Medal of Honor

AMERICAN HEART ASSOCIATION
Meritorious Achievement Award

WORLD HEALTH ORGANIZATION Pan
American World Health Organization World
No Tobacco Day Award

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Tobacco

PROFESSIONAL ACHIEVEMENT CITATION, University of
Chicago Alumni Association

PENNSYLVANIA HOSPITAL Molly
and Sidney N. Zubrow Award

AMERICAN LUNG ASSOCIATION OF CONNECTICUT
Humanitarian Award

AMERICAN COLLEGE OF PREVENTIVE MEDICINE
Special Recognition Award

ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND THE ROBERT
WOOD JOHNSON FOUNDATION
David E. Rogers Award for Improving Health and Healthcare of the American
People

JACOBS INSTITUTE OF WOMEN'S HEALTH
Excellence in Women's Health Award

NARAL PRO-CHOICE AMERICA
Lifetime Achievement Award

THE ASSOCIATION OF STATE AND TERRITORIAL CHRONIC DISEASE
PROGRAM DIRECTORS
Joseph W. Cullen Award for Outstanding Contributions to Chronic Disease
Prevention and Control

Case 2:12-md-02592-EEF-MBN Document 5589-1 SEALED Filed 03/02/17 Page 91 of 343

David A. Kessler                                                        Page 6

THE COLLEGE OF WILLIAM & MARY LAW SCHOOL
2005 Benjamin Rush Medal

CALIFORNIA CENTER FOR PUBLIC HEALTH ADVOCACY
David Kessler Award for Extraordinary Contribution to the Public
Health

BOOKS FOR A BETTER LIFE AWARD

INTERNSHIP & RESIDENCY

1981-1982   SENIOR ASSISTANT RESIDENT, Department of Pediatrics,
            The Johns Hopkins Hospital

1980-1981   ASSISTANT RESIDENT, Department of Pediatrics,
            The Johns Hopkins Hospital

1979-1980   INTERN, Department of Pediatrics,
            The Johns Hopkins Hospital


ACADEMIC APPOINTMENTS

2003-       UNIVERSITY OF CALIFORNIA, SAN FRANCISCO
present     Professor of Pediatrics
            Professor of Epidemiology and Biostatistics

1997-       YALE UNIVERSITY
2003        Professor of Pediatrics
            Professor of Internal Medicine
            Professor of Public Health

1990-       ALBERT EINSTEIN COLLEGE OF MEDICINE
1997        Department of Pediatrics
(On leave)  Department of Epidemiology and Social Medicine
            Associate Professor of Pediatrics
            Associate Professor of Epidemiology and Social Medicine

1988-       ALBERT EINSTEIN COLLEGE OF MEDICINE
1990        Department of Epidemiology and Social Medicine
            Assistant Professor

1986-       COLUMBIA UNIVERSITY SCHOOL OF LAW
1990        Julius Silver Program in Law, Science and Technology
            Lecturer on Law

David A. Kessler                                                          Page 7

| 1982-<br>1990 | ALBERT EINSTEIN COLLEGE OF MEDICINE<br>Department of Pediatrics<br>Assistant Professor |

## SPECIAL STUDY

| June<br>1987 | JOHNS HOPKINS SCHOOL OF HYGIENE AND PUBLIC HEALTH<br>Graduate Summer Program in Epidemiology - Pharmacoepidemiology |

| June<br>1985 | YALE SCHOOL OF ORGANIZATION AND MANAGEMENT<br>Advanced Management Studies in Health Care Management |

1977-1978   HARVARD LAW SCHOOL, Special Student

## RESEARCH EXPERIENCE

| Summers<br>1970-1972 | SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH<br>Division of Drug Resistance, New York, New York<br>Research Asst |

| Summer<br>1972 | MARINE BIOLOGICAL LABORATORY, Woods Hole, Massachusetts<br>Physiology course |

| 1974-1975 | CHILDREN'S HOSPITAL MEDICAL CENTER<br>Department of Surgical Research, Boston, Massachusetts<br>Research Associate |

| Summer<br>1976 | DEPARTMENT OF HEALTH, EDUCATION and WELFARE<br>Office of the General Counsel, Chicago, Illinois<br>Law Clerk |

## VISITING COMMITTEE

1992-1994     UNIVERSITY OF CHICAGO LAW SCHOOL

## UNIVERSITY ACCREDITATION

| 2008-2012 | WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES,<br>Chair of LLU Accreditation Committee |

| 2013-Present | NORTHWEST COMMISSION ON COLLEGES AND UNIVERSITIES<br>University of Washington |

USCA5 928

## SPECIAL PROJECTS

1982-1988      THE ROBERT WOOD JOHNSON FOUNDATION
                       Program for Hospital Initiatives in Long-Term Care,

1989-1990      THE PEW CHARITABLE TRUSTS
                       THE ROBERT WOOD JOHNSON FOUNDATION
                       Program to Strengthen Hospital Nursing Co-Director

## CORPORATE BOARD AND ADVISORY POSITIONS AND COMMITTEES

2011 - 2014     APTALIS HOLDINGS
                       Member of Board, Chairman of Compliance Committee

2011 - Present  IMMUNCOR
                       Member of Board, Chairman of Compliance Committee

2009 - Present  TOKAI
                       Member of Board

2008 - Present  TPG
                       Senior Advisor

2007               GOOGLE HEALTH ADVISORY COUNCIL

2007               REVOLUTION HEALTH GROUP
                       Medical Advisory Board

2007               PERSEUS LLC
                       Advisory Board

2003 – Present  FLEISHMAN HILLARD INTERNATIONAL COMMUNICATIONS
                       International Advisory Board

2000 – 2003     PERSEUS-SOROS BIOTECHNOLOGY FUND Scientific Advisory Board

## ADVISORY COMMITTEES

2007               THE RHODES TRUST, THE RHODES SCHOLARSHIPS
                       Chair, California Selection Committee

David A. Kessler                                                                                    Page 9

| | |
|---|---|
| 2006 | CENTER FOR THE ADVANCED STUDIES ON AGING, UNIVERSITY OF MIAMI External Advisory Group |
| 2005 – Present | BROAD MEDICAL RESEARCH PROGRAM Advisory Board |
| 2005 | CLINTON SCHOOL OF PUBLIC HEALTH, UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES National Advisory Board |
| 2003, 2013 | HEINZ AWARDS (HEINZ FAMILY FOUNDATION) Awards Juror |
| 2003 | MARCH OF DIMES Chair, Prematurity Campaign in Northern California |
| 2002 – 2004 | CENTER ON ALCOHOL MARKETING AND YOUTH AT GEORGETOWN UNIVERSITY Advisory Board |
| 2001 - | UNIVERSITY OF CHICAGO LAW REVIEW Editorial Advisory Board |
| 2000 – 2005 | JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION Oversight Committee |
| 2000 | GOVERNOR'S BLUE RIBBON COMMISSION ON MENTAL HEALTH, STATE OF CONNECTICUT Honorary Chair |
| 2000 | FILM AID INTERNATIONAL, INTERNATIONAL RESCUE COMMITTEE Advisory Board |
| 1999 | WORLD HEALTH ORGANIZATION Expert Panel on Tobacco |
| 1997 | ADVISORY COMMITTEE ON TOBACCO AND PUBLIC HEALTH (Co-Chairman with C. Everett Koop) |
| 1993 | GOVERNMENT UNIVERSITY INDUSTRY ROUNDTABLE National Academy of Sciences |
| 1990 | ADVISORY COMMITTEE ON THE FOOD AND DRUG ADMINISTRATION Chairman, Drugs and Biologics Subcommittee |
| 1988 – 1989 | NATIONAL ADVISORY COUNCIL ON HEALTH CARE TECHNOLOGY ASSESSMENT, Department of Health and Human Services, Washington, D.C. Chairman, Patient Outcomes Subcommittee |

David A. Kessler                                                    Page 10

PRIOR FEDERAL COMMITTEE MEMBERSHIPS

      WHITE HOUSE COMMISSION ON PRESIDENTIAL SCHOLARS

      NATIONAL COUNCIL ON SCIENCE AND TECHNOLOGY
      Committee on Health, Safety and Food R&D, Vice Chair

      INSTITUTE OF MEDICINE
      Forum On Drug Development and Regulation

      INSTITUTE OF MEDICINE
      AIDS Roundtable

      NATIONAL TASK FORCE ON AIDS DRUG DEVELOPMENT

      OFFICE OF SCIENCE AND TECHNOLOGY POLICY Federal Coordinating
      Council for Science, Engineering and Technology Committee on Life Science
      and Health Biotechnology Research Subcommittee, Member ex officio


BOARDS OF DIRECTORS

Current:

      CENTER FOR SCIENCE IN THE PUBLIC INTEREST

      DRUG STRATEGIES

Past:

      AMHERST COLLEGE BOARD OF TRUSTEES

      ELIZABETH GLASER PEDIATRIC AIDS FOUNDATION
      Chairman, Board of Directors

      NATIONAL CENTER FOR ADDICTION AND SUBSTANCE ABUSE
      COLUMBIA UNIVERSITY

      INTERNATIONAL PARTNERSHIP FOR MICROBICIDES INDEPENDENT
      CITIZENS OVERSIGHT COMMITTEE OF THE CALIFORNIA INSTITUTE
      FOR REGENERATIVE MEDICINE

      HENRY J. KAISER FAMILY FOUNDATION

      DOCTORS OF THE WORLD

YALE-NEW HAVEN HOSPITAL

CONSUMERS UNION

NATIONAL COMMITTEE FOR QUALITY ASSURANCE

NEW YORK COUNTY HEALTH SERVICE REVIEW ORGANIZATION

COMPREHENSIVE MEDICAL REVIEW ORGANIZATION


FELLOWSHIP

YALE COLLEGE Fellow,
Calhoun College


LECTURESHIPS

THE REGIS J. FALLON LECTURE SERIES ON HEALTH AND LAW
University of Chicago

GRAYSON DISTINGUISHED LECTURE
Southern Illinois University School of Law

WEINBERG SYMPOSIUM LECTURE
Harvard Medical School

THE THOMAS B. FERGUSON LECTURE
Society of Thoracic Surgeons

GEORGE E. ALTMAN, M.D. LECTURE
Beth Israel Hospital

BETH AND RICHARD SACKLER LECTURE
University of Pennsylvania

MARTIN W. WITTE LECTURE
Newport Beach Public Library and Newport Beach Public Library Foundation

HERBERT L. ABRAMS LECTURE
Harvard Medical School

GEORGE GOODMAN LECTURE
State University of New York at Stony Brook

EVNIN LECTURE
Princeton University, Woodrow Wilson School

David A. Kessler                                                    Page 12

BOYARSKY LECTURE
Law, Medicine, and Ethics, Kenan Ethics Program, Duke University

CHARTER LECTURE
The University of Georgia

GARDERE & WYNNE LECTURE
Health Law and Policy Institute, University of Houston

DISTINGUISHED LECTURE IN NATIONAL SERVICE
University of Miami

TENTH ANNUAL JOHN O. VIETA, MD LECTURE
Lenox Hill Hospital

HARPER FELLOWSHIP LECTURE
Yale Law School

DR. JAMES STEWART KAUFMAN MEMORIAL LECTURE
The Mt. Sinai Health Care Foundation

DULCY B. MILLER MEMORIAL LECTURE
Smith College

JEAN MAYER LECTURE IN NUTRITION AND FOOD POLICY
Tufts University

HENRY BARNETT DISTINGUISHED LECTURESHIP
Albert Einstein College of Medicine

MARTIN A. CHERKASKY DISTINGUISHED LECTURESHIP
Robert Wagner Graduate School of Public Service New York
University

ALPHA OMEGA ALPHA DISTINGUISHED LECTURESHIP
Cornell Medical School--New York Hospital

ST. GEORGE SOCIETY LECTURESHIP
Johns Hopkins Medical School

GOVERNOR WINTHROP ROCKEFELLER DISTINGUISHED
LECTURESHIP University of Arkansas Medical School

MOLLY AND SIDNEY N. ZUBROW LECTURE
Pennsylvania Hospital

LEROY HOECK M.D. DISTINGUISHED LECTURESHIP
Children's Hospital National Medical Center

David A. Kessler                                                                 Page 13

JULES AND JANE HIRSH HEALTH POLICY ADDRESS
George Washington University

JOHN S. LATTA LECTURESHIP
University of Nebraska Medical
School

PAUL K. SMITH MEMORIAL LECTURE
George Washington University

WOLK HEART FOUNDATION LECTURE
Colgate University

HASTINGS LECTURE
Association for the Advancement of Medical Instrumentation
National Heart, Lung and Blood Institute

INSTITUTE OF MEDICINE 25TH DISTINGUISHED LECTURESHIP University
of Washington

RALPH CAZORT LECTURESHIP
Meharry Medical School

DAVID M. IFSHIN MEMORIAL LECTURE
Potomac, Maryland

CHARLES C. LEIGHTON MEMORIAL LECTURE
Leonard David Institute of Health Economics
University of Pennsylvania

D. W. HARRINGTON LECTURE State
University of New York At Buffalo School of
Medicine and Biomedical Sciences

SAMUEL RUBIN LECTURE FOR THE ADVANCEMENT OF LIBERTY
Columbia University

LEO S. WEIL MEMORIAL LECTURE
Tulane Medical Center, Touro Infirmary,
and Louisiana State University School of Medicine

THOMAS PARRIN LECTURE
University of Pittsburgh School of Public Health

DAVID PACKARD LECTURE
Uniformed Services University of the Health Sciences

NORMAN E. ZINBERG LECTURE
Harvard Medical School

David A. Kessler                                                                 Page 14

JOHN H. ERSKINE LECTURE
St. Jude's Children's Research Hospital

MARTIN V. BONVENTRE MEMORIAL LECTURE
The Brooklyn Hospital Center

PURVES LECTURE
Woodbridge Library, Woodbridge, Connecticut

VISITING SCHOLAR LECTURE University of
Oklahoma - Board of Regents Oklahoma Scholar
Leadership Extension Program

J. ROSWELL GALLAGHER LECTURER
Society of Adolescent Medicine

KATHERINE BOUCOT STURGIS LECTURESHIP
American College of Preventive Medicine

HELMUT SCHUMANN LECTURE
Dartmouth-Hitchcock Medical Center

50TH ANNIVERSARY COMMUNICATION LECTURE
Centers for Disease Control and Prevention

5TH JAMES BORDLEY III MEMORIAL LECTURE
Mary Imogene Bassett Hospital

TURNER LECTURE
University of California

MARIE SHULSKY MEMORIAL LECTURE ON HEALTH AND
SOCIAL RESPONSIBILITY
Fifth Avenue Synagogue, New York, New York

GERTRUDE AND G.D. CRAIN, JR. LECTURE SERIES
Medill School of Journalism, Northwestern University

GEORGE ARMSTRONG LECTURE
Ambulatory Pediatric Society

ARCO FORUM OF PUBLIC AFFAIRS
Institute of Politics, John F. Kennedy School of Government
Harvard University

PAUL LEVINGER LECTURE AND PROFESSORSHIP PRO TEM IN THE
ECONOMICS OF HEALTH CARE Brown University

ARNOLD J. SCHWARTZ MEMORIAL HEALTH LECTURE
Robert F. Wagner Graduate School of Public Service New York
University

RONALD ALTMAN MEMORIAL LECTURE
Festival of Arts, Books and Culture, Cherry Hills, New Jersey

SAMUEL MARTIN, M.D. III MEMORIAL LECTURE Division of
General Internal Medicine and Leonard Davis Institute University of
Pennsylvania

CARL J. MARTINSON, M.D. MEMORIAL LECTURESHIP ON HEALTH
PROMOTION AND DISEASE PREVENTION University of Minnesota

LEONARD SILK MEMORIAL LECTURE Mt.
Desert Island Biological Laboratories

CALDWELL LECTURE
American Roentgen Ray Society

RICHARD H. DENT LECTURE St.
George's School

ROBERT T. WONG DISTINGUISHED PROFESSORSHIP
University of Hawaii, Manoa

NIDA/American Psychiatric Association Obesity Symposium

HARVARD OBESITY COURSE

STANFORD BARIATRIC COURSE

AMERICAN BARIATRIC SOCIETY

RHODES ENDOWED LECTURE

STAFFORD LITTLE LECTURE PUBLIC LECTURES AT
PRINCETON

GERALD AND SALLY DENARDO LECTURESHIP, SANTA
CLARA UNIVERSITY

ALEX AND LENA CASPER MEMORIAL LECTURE, MIAMI
UNIVERSITY

UNIVERSITY OF VERMONT FOOD SYSTEMS
LEADERSHIP

GOOGLE LECTURE

GLOBAL STUDIES SYMPOSIUM, WHITMAN COLLEGE
Excellence in Public Service

DONALD DUNPHY LECTURE, MCCONE HOSPITAL,
UNIVERSITY OF NORTH CAROLINA

CENTER FOR GLOBAL HEALTH, STANFORD MEDICAL
SCHOOL

STANFORD UNIVERSITY: THE ETHICS OF FOOD & THE
ENVIRONMENT

STANFORD MEDICAL SCHOOL, DEPARTMENT OF
MEDICINE, GRAND ROUNDS

LEGACY WARNER SERIES LECTURE ON IMPACT OF
FAMILY AND SMOKING PREVENTION AND CONTROL
ACT

LEADING VOICES IN PUBLIC HEALTH, EAST
TENNESSEE STATE UNIVERSITY

92ND STREET YMCA PUBLIC LECTURE, NEW YORK

COMMONWEALTH CLUB OF CALIFORNIA

SAN FRANCISCO PUBLIC LIBRARY LECTURE

KANSAS CITY PUBLIC LIBRARY

YALE ROBERT WOOD JOHNSON CLINICAL SCHOLARS
PROGRAM


COMMUNITY/PUBLIC SERVICE AWARDS

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE
Montgomery County Chapter
Person of the Year

LEAGUE OF WOMEN VOTERS, NEW YORK
Carrie Chapman Catt Award

COMMON CAUSE
Public Service Achievement Award

AMERICAN ACADEMY OF PEDIATRICS
Excellence in Public Service

BUSINESS WEEK
Best in Public Service

GEORGE ORWELL AWARD FOR HONESTY AND CLARITY
IN PUBLIC LANGUAGE
National Conference of Teachers of English

ANTI-DEFAMATION LEAGUE OF B'NAI BRITH
Man of Achievement Five Towns, New York

GOLDEN SLIPPER CLUB OF PHILADELPHIA
Golden Slipper Award

NATIONAL FATHER'S DAY COMMITTEE
Father of the Year Award

UNITED SENIORS HEALTH COOPERATIVE
Seniors Advocate Award

NATIONAL ASSOCIATION OF GOVERNMENT COMMUNICATORS
Communicator of the Year Award

NATIONAL CONSUMERS LEAGUE
Trumpeter Award

THE INTERNATIONAL PLATFORM ASSOCIATION
George Crile Award

AMERICAN LUNG ASSOCIATION of New York
Life and Breath Award in Public Health

CONSUMER FEDERATION OF AMERICA
Philip Hart Public Service Award

CAMPAIGN FOR TOBACCO FREE KIDS
Distinguished Service Award

MEDICAL SOCIETY OF NEW YORK, 1st District Branch
Public Service Award

ONCOLOGY NURSING SOCIETY
Public Service Award

PUBLIC VOICE FOR FOOD & HEALTH POLICY
Special Recognition Award for Advancing the Consumer Interest in Food and
Agriculture Policy

David A. Kessler                                                        Page 18

ATTENDING PEDIATRICIAN

2003 - 3/2013    UNIVERSITY OF CALIFORNIA, SAN FRANCISCO MEDICAL
                 CENTER

1997-2003        YALE-NEW HAVEN HOSPITAL

1982-1990        BRONX MUNICIPAL HOSPITAL CENTER

1982-1990        NORTH CENTRAL BRONX HOSPITAL

1982-1990        MONTEFIORE MEDICAL CENTER

1982-1990        HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE


COMMUNITY ACTIVITIES

                 SCARSDALE SCHOOL DISTRICT, Scarsdale, New York

1986-1990        Legislative Affairs Advisory Committee 1988-
                 1990 Buildings and Facilities Advisory
                 Committee

1990             SCARSDALE STUDENT TRANSFER EDUCATION PLAN, Board of Trustees


GENERAL INFORMATION

Address:                                          Office Phone:




Married:                                          Born:




MEDICAL LICENSURE

        California
        Connecticut (non-active)
        Maryland (non-active)
        New York (non-active)

USCA5 939

David A. Kessler                                                                 Page 19

<u>PUBLICATIONS</u>

Books

Kessler, David A., <u>CAPTURE: A THEORY OF THE MIND</u>, Harper Collins (Publication date: March 15, 2016)

Kessler, David A. <u>THE END OF OVEREATING</u>: <u>TAKING CONTROL OF THE INSATIABLE AMERICAN APPETITE</u>, Rodale, 2009
    Translated and Adapted:
    過食にさようなら-止まらない食欲をコントロール [単行本]
    КОНЕЦ ОбЖОСТВЖУ
    이 페이지 번역하기
    Perché mangianmo troppo (e come fare per smetteria
    Laat je niet volvreten: Hoe de voedselindustgrie schade toebrengt ann onze gexondheid
    Das Ende des groben Fressens  Wie die Nahrungsmittelindustrie Sie zu ubermaBigem Essen berleitet und was Sie dagegen tun konnen
    Muszáj annyit enni? Hadüzenet a só, a zsír és a cukor ellen
    Also: Romania, Canada, UK, Australia, India
    Your Food is Fooling You: How Your Brain is Hijacked by Sugar Fat and Salt (US Young Adult Version)
    Hijacked: How Your Brain is Fooled by Food (Canadian Young Adult Version)

Kessler, David A., <u>A QUESTION OF INTENT: A GREAT AMERICAN BATTLE WITH A DEADLY INDUSTRY</u>, Public Affairs (Hardcover 2001) (Paperback 2002)

Edited Books

Eisdorfer, Carl, Kessler, David A., Spector, Abby (eds.), <u>CARING FOR THE ELDERLY: RESHAPING HEALTH POLICY</u>, Johns Hopkins University Press, 1989. Includes chapter by Coombs, C., Eisdorfer, C., Feiden, K., and Kessler, D.A. "Lessons from the Program for Hospital Initiatives in Long-Term Care."

Articles

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," <u>PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA</u>, 110(18):7108-9 (April 30, 2013)

David A. Kessler                                                                                    Page 20

Articles

McClellan M, Benner J, Schilsky R, Epstein D, Woosley R, Friend S, Sidransky D, Geoghegan C, Kessler D. An accelerated pathway for targeted cancer therapies. NATURE DRUG DISCOVERY. 2011 10(2):79-80

Kessler, David A., "Towards More Comprehensive Food Labeling," NEW ENGLAND JOURNAL OF MEDICINE, 371:193-195 (July 27, 2014)

Kessler DA, Mande JR, Scarbrough FE, Schapiro R, Feiden K. Developing the "nutrition facts" food label. HARVARD HEALTH POLICY REVIEW 2003;4:13-24

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA, 110(18):7108-9 (April 30, 2013)

Naleid, A.M., Grimm, J.W., Kessler, David A., Sipols, A.J., Aliakbari, S., Bennett, J.L., Wells, J., Figlewicz, D.P., "Deconstructing the Vanilla Milkshake: the Dominant Effect of Sucrose on Self-administration Flavor Mixtures," APPETITE, 50(1):128-38 (January 2008)

Halme, Dina J. and Kessler, David A., "FDA Regulation of Stem Cell-Based Therapies", NEW ENGLAND JOURNAL OF MEDICINE, 355 (16): 1730-1735 (October 19, 2006)

Kessler, David A., "Alcohol Marketing and Youth: The Challenge for Public Health," JOURNAL OF PUBLIC HEALTH POLICY, 26(3):292-295 (Autumn 2005)

Kessler, David A., "The Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 337:1082-1083 (October 9, 1997)

Kessler, David A., Wilkenfeld, J.P., Thompson. L.J. "The Food and Drug Adminstration's Rule on Tobacco: Blending Science and Law," PEDIATRICS, 99(6):884-887 (June 1997)

Kessler, David A., Natanblut, Sharon L., Wilkenfeld, Judith P., Lorraine, Catherine C., Mayl, Sharon Lindan, Bernstein, Ilisa B.G. and Thompson, Larry, "Nicotine Addiction: A Pediatric Disease," JOURNAL OF PEDIATRICS, 130:518-524 (April 1997)

Kessler, David A., Barnett, Philip S., Witt, Ann, Zeller, Mitchell R., Mande, Jerold R. and Schultz, William B., "The Legal and Scientific Basis for FDA's Assertion of Jurisdiction Over Cigarettes and Smokeless Tobacco," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 277:405-409 (February 5, 1997)

Kessler, David A., Hass, Arthur E., Feiden, Karyn L. , Lumpkin, Murray and

Temple, Robert, "Approval of New Drugs in the United States: Comparison with the United Kingdom, Germany and Japan," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 276:1826-1831 (December 11, 1996)

Kessler, David A., Witt, Ann, Barnett, Philip S., Zeller, Mitchell R., Natanblut, Sharon, Wilkenfeld, Judith, Lorraine, Catherine C., Thompson, Larry J. and Schultz, William B., "The Food and Drug Administration's Regulation of Tobacco Products," NEW ENGLAND JOURNAL OF MEDICINE, 335:988-994 (September 26, 1996)

Silverman, Barbara G., Brown, S. Lorie, Bright, Roslie A., Kaczmarek, Ronald G., Arrowsmith-Lowe, Janet B., Kessler, David A., "Reported Complications of Silicone Gel Breast Implants: An Epidemiologic Review," ANNALS OF INTERNAL MEDICINE, 124:744-756 (April 15, 1996)

Kessler, David A., "Nicotine Addiction in Young People," NEW ENGLAND JOURNAL OF MEDICINE, 333:186-189 (July 20, 1995)

Kessler, David A., "Accelerating the Approval of Drugs for Life-Threatening and Serious Diseases," SCIENTIFIC AMERICAN, 272:48-52 (March 1995)

Kessler, David A., Rose, Janet L., Temple, Robert J., Schapiro, Renie and Griffin, Joseph, "Therapeutic Class Wars: Drug Promotion in a Competitive Marketplace," NEW ENGLAND JOURNAL OF MEDICINE, 331:1350 (November 17, 1994)

Kessler, David A., Merkatz, Ruth B., Schapiro, Renie, "A Call for Higher Standards for Breast Implants," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 270:2607-2608 (December 1, 1993)

Kessler, David A., Siegel, Jay P., Noguchi, Philip D., Zoon, Kathryn C., Feiden, Karyn L., and Woodcock, Janet, "Regulation of Somatic Cell Therapy and Gene Therapy by the Food and Drug Administration," NEW ENGLAND JOURNAL OF MEDICINE, 329:1169-1173 (October 14, 1993)

Merkatz, Ruth B., Temple, Robert, Sobel, Solomon, Feiden, Karyn, Kessler, David A., and members of the working group on Women in Clinical Trials, "Women in Clinical Trials of New Drugs: A Change in FDA Policy," NEW ENGLAND JOURNAL OF MEDICINE, 329:292-296 (July 22, 1993)

Kessler, David A. for the Working Group, "A New Approach to Reporting Medication and Device Adverse Effects and Product Problems," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 269:2765-2768 (June 2, 1993)

Kessler, David A., Taylor, Michael A., Maryanski, James H., Flamm, Eric L., and Kahl, Linda S., "The Safety of Foods Developed by Biotechnology," SCIENCE, 256:1747-1749 (June 26, 1992)

Kessler, David A., "The Basis for the FDA's Decision on Breast Implants,"

David A. Kessler                                                                    Page 22

NEW ENGLAND JOURNAL OF MEDICINE, 326:1713-1715 (June 18, 1992)

Kessler, David A., "Communicating to Patients About Their Medication," NEW ENGLAND JOURNAL OF MEDICINE, 325:1650-1652 (December 5, 1991)

Kessler, David A., "Drug Promotion and Scientific Exchange," NEW ENGLAND JOURNAL OF MEDICINE, 325:201-203 (July 18, 1991)

Kessler, David A. and Pines, Wayne L., "The Federal Regulation of Prescription Drug Advertising and Promotion," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 264:2409-2415 (November 14, 1990)

Kessler, David A., "The Federal Regulation of Food Labeling: Promoting Foods to Prevent Disease," NEW ENGLAND JOURNAL OF MEDICINE, 321:717-725 (September 14, 1989)

Kessler, David A., "The Regulation of Investigational Drugs," NEW ENGLAND JOURNAL OF MEDICINE, 320:281-288 (February 2, 1989)

Kessler, David A., Pape, Stuart, and Sundwall, David, "The Federal Regulation of Medical Devices," NEW ENGLAND JOURNAL OF MEDICINE, 317:357-366 (August 6, 1987)

Kessler, David A., "Food Safety: Revising the Statute," SCIENCE, 223:1034-1040 (March 1984)

Kessler, David A., "Regulating the Prescribing of Human Drugs for Nonapproved Uses Under the Food, Drug and Cosmetic Act," HARVARD JOURNAL OF LEGISLATION, 693-760 (1978)

Kessler, David A., "Implementing the Anticancer Clauses of the Food, Drug and Cosmetic Act," THE UNIVERSITY OF CHICAGO LAW REVIEW, 44:817-850 (1977)

Kessler, David A., Langer, Robert S., Pless, Naomi A., and Folkman, Judah, "Mast Cells and Tumor Angiogenesis," INTERNATIONAL JOURNAL OF CANCER, 18:703-709 (November 15, 1976)

Kessler, David A., "Experimental Activation of the Herpes Virus Associated with the Lucke Renal Adenocarcinoma of the Leopard Frog, Rana Pipiens," unpublished thesis, Amherst College (1973)

Editorials

Kessler, David A., Myers, Matthew, "Beyond the Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 345:535-537 (August 16, 2001) (editorial)

David A. Kessler                                                              Page 23

Kessler, David A., "Cancer and Herbs," NEW ENGLAND JOURNAL OF MEDICINE, 342 (23):1742-43 (June 8, 2000) (editorial)

Koop, C. Everett, Kessler, David A., Lundberg, George D., "Reinventing American Tobacco Policy - Sounding the Medical Community's Voice," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 279:550-552 (February 18, 1998) (editorial)

Kessler, David A., "Addressing the Problem of Misleading Advertising," ANNALS OF INTERNAL MEDICINE, 116:950-951 (June 1, 1992) (editorial)


Published Speeches

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 52:1-5, presented at the Food and Drug Law Institute's 39th Annual Educational Conference, Washington, D.C. (December 10-11, 1996)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 51:207-216 (1996), presented at the Food and Drug Law Institute's 38th Annual Educational Conference, Washington, D.C. (December 12-13, 1995)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 50:327-334 (1995), presented at the Food and Drug Law Institute's 37th Annual Educational Conference, Washington, D.C.(December 13-14, 1994)

Kessler, David A., "Statement on Nicotine-Containing Cigarettes," TOBACCO CONTROL, 3:148-158 (1994)

Kessler, David A., "Issues in Approving Drugs for AIDS Treatment," REGULATORY AFFAIRS, 6:189-200 (1994), presented at the Institute of Medicine's 25th anniversary lecture series, Seattle, Washington

Kessler, David A., "FDA's Revitalization of Medical Device Review and Regulation," BIOMEDICAL INSTRUMENTATION AND TECHNOLOGY, May/June 1994:220-226, presented at the AAMI/NIH Cardiovascular Science and Technology Conference, Rockville, Maryland (December 10, 1993)

Kessler, David A., "Harmonization," PHARMACEUTICAL ENGINEERING, 14:38-40 (January/February 1994), presented at the Second International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use, Orlando, Florida (October 27, 1993)

Kessler, David A. "The Academic/Industry Interface: The Risks of Scientists Becoming Entrepreneurs," HOPKINS MEDICAL NEWS, Fall 1993:58

Kessler, David A., "Controlled Release and Rational Drug Development," presented at the Controlled Release Society Meeting, July 27, 1993, FOOD AND DRUG REPORTS, 4:9 (1993)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 48:1-10 (1993), presented at The Food and Drug Law Institute's 35th Annual Educational Conference, Washington, D.C. (December 8, 1992)

Kessler, David A., "Reinvigorating the Food and Drug Administration," FOOD TECHNOLOGY, 46:20 (August 1992), presented at the Annual Meeting of Institute of Food Technologists, New Orleans, LA (June 20-24, 1992)

Kessler, David A., "A Challenge for American Pharmacists," AMERICAN PHARMACY, 33-36 (January 1992)

Kessler, David A., "Remarks--1991 Annual DIA Meeting," DRUG INFORMATION JOURNAL (October 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 46:773-779 (November 1991), presented at the Association of Food and Drug Officials' Annual Conference, Grand Rapids, MI (June 17, 1991)

Kessler, David A., "Restoring the FDA's Preeminence in Regulation of Food," FOOD DRUG COSMETIC LAW JOURNAL (May 1991)

Kessler, David A., "Remarks Upon Taking the Oath of Office," JOURNAL OF THE ASSOCIATION OF FOOD AND DRUG OFFICIALS, 55:7-10 (April 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD DRUG COSMETIC LAW JOURNAL, 46:21-26 (January, 1991), presented at the Food and Drug Law Institute's 33rd Annual Educational Conference, Washington, D.C. (December 11, 1990)

# APPENDIX B

USCA5 946

# PRIOR TESTIMONY

Dr. David Kessler testified at trial or deposition in the following cases over the last seven years:

- ***In re Risperdal***, Philadelphia, PA and Texas cases, including No. 2012CCV-61916-1 (Tex. Dist. Ct. filed Oct. 2, 2012 and Pledger and Walker)
- ***Wells v. Allergan, Inc.*** No. 12-973 (W.D. Okla. filed Sept. 4, 2012); ***Drake v. Allergan***, Case No. 2013 vv00234 (U.S. Dist. Ct. Burlington, Vermont)
- ***In re C.R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.***, MDL No. 2187 (S.D.W.V. filed July 15, 2010)
- ***SB v. Ortho-McNeil-Janssen Pharm., Inc. (In re Risperdal Litig.)***, No. 100503629 (Pa. Ct. Com. Pl. filed May 27, 2010)
- ***In re Yaz & Yasmin (Drospirenone) Marketing, Sales Practices & Prods. Lib. Litig.***, MDL No. 2100 (J.P.M.L. filed July 30, 2009)
- ***In re Flonase Antitrust Litigation*** (American Sales Company, Inc. v. Smithkline Beecham Corp.), 08-cv-3149, United States District Court, Eastern District of Pennsylvania
- ***Pharmathene, Inc. v. Siga Techs., Inc.***, No. 2627 (Del. Ch. filed Dec. 20, 2006)
- ***Commonwealth v. Merck & Co.***, No. 09-1671 (Ky. Cir. Ct. filed Sept. 28, 2009) (and Utah)
- ***State v. Merck & Co.***, No. 05-3700 (E.D. La. filed Aug. 5, 2005)
- ***Commonwealth Care Alliance v. AstraZeneca Pharm. L.P.***, No. SUCV2005-269 (Mass. Super. Ct. filed Jan. 25, 2005)
- ***Smith & Nephew, Inc. v. N.H. Ins. Co.***, No. 04-3027 (W.D. Tenn. filed Dec. 17, 2004)
- ***In re Neurontin Marketing, Sales Practices & Prods. Liab. Litig.***, MDL No. 1629 (D. Mass. filed June 9, 2004)
- ***Brown v. Am. Brands, Inc.***, No. 711400 (Cal Super. Ct. filed June 10, 1997)
- ***In re: Actos (Pioglitazone) Prods. Lib. Litig.***, No. 11-md-2299 (W. D. La. filed Dec. 29, 2011)
- ***Brown v RJ Reynolds Tobacco Company et al.***, No. 2007 CA 002855 (Fla. Cir. Ct. filed Nov. 28, 2007)
- ***In re Merck & Co., Inc. Sec., Deriv. & "ERISA" Litig.***, MDL No. 1658, No. 05-2367 (D.N.J. filed May 5, 2005)
- ***In re Prograf  Antitrust Ligation*** MDL2242, United States District Court of Massachusetts
- ***In re Nexium Antitrust Litigation*** MDL 2419 United States District Court, District of Massachusetts
- ***Cabana v. Stryker.*** Superior Court of State of California, Los Angeles
- ***In Re: Fosamax Litigation,*** Civil Action No. 282, (Superior Court of New Jersey, Atlantic County) and Case No. 30-2012-00547764 (Superior Court of California, Orange County)
- ***Western Sugar Coop et al v. Archer-Daniels-Midland Co, et al***, U.S. District Court, Central District of California, No. 11-03473
- ***H.B., et al. v. Abbott Laboratories***, No. #15-cv-702-NJR-SCW (U.S District Court, Southern District of Illinois filed June 26, 2015)
- ***In re New England Compounding Pharmacy, Inc. Products Liability Litigation***, MDL No. 2419 (United States District Court of Massachusetts filed 2/14/13)
- ***In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.***, MDL No. 3:11-md-02244 (N.D. Tex. filed May 24, 2011)
- ***In re: Tropicana Orange Juice Mktg. & Sales Practices Litig.***, MDL No. 2353, No. 2:11-cv-07382 (D.N.J. filed Aug. 10, 2012)
- ***In re Cipro Cases I and II,*** Nos. 4154 & 4220 (Cal. Super. Ct., filed Feb. 25, 2002)
- ***Anders v. Medtronic, Inc., et al.,*** No. 1322-CC10219-02 (Mo Cir. Ct.)
- ***Austin v. C.R. Bard, Inc.***, No. CACE-15-008373 (Florida)

Dr. David Kessler provided sworn expert statements in the following cases over the last five years:
- ***DePuy ASR Hip System Cases***, No. CJC-10-4649 (Cal. Super. Ct. filed Dec. 22, 2010)
- ***Cordero v. Endoscopy Ctr. of S. Nev. LLC (In the Matter of Endoscopy Ctr. & Associated Businesses)***, No. 08-A-558091-C (Nev. Dist. Ct. filed Feb. 28, 2008)
- ***Jenkins et. al. v. Medtronic, Inc. et al.***, Case No. 2:13cv02985 (W.D. Tenn.)

Hourly rate: $1000/hr

USCA5 947

Case 2:14-md-02592-EEF-MBN   Document 5599-1 SEALED   Filed 03/02/17   Page 112 of 343

# APPENDIX C

USCA5 948

# Appendix C

## Publications of David A. Kessler MD on FDA related issues

1.  Kessler, David A., Pape, Stuart, and Sundwall, David, "The Federal Regulation of Medical Devices," NEW ENGLAND JOURNAL OF MEDICINE, 317:357-366 (August 6, 1987)

2.  Silverman, Barbara G., Brown, S. Lorie, Bright, Roslie A., Kaczmarek, Ronald G., Arrowsmith-Lowe, Janet B., Kessler, David A., "Reported Complications of Silicone Gel Breast Implants: An Epidemiologic Review," ANNALS OF INTERNAL MEDICINE, 124:744-756 (April 15, 1996)

3.  Kessler, David A., Merkatz, Ruth B., Schapiro, Renie, "A Call for Higher Standards for Breast Implants," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 270:2607-2608 (December 1, 1993)

4.  Kessler, David A., "The Basis for the FDA's Decision on Breast Implants," NEW ENGLAND JOURNAL OF MEDICINE, 326:1713-1715 (June 18, 1992)

5.  Kessler, David A., "Remarks—FDA General and Plastic Surgery Devices" SPEECHES BY FDA OFFICIALS: SPEECH ARCHIVE 1988-2010 (July 31, 1991)

6.  Kessler, David A., Myers, Matthew, "Beyond the Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 345:535-537 (August 16, 2001) (editorial)

7.  Kessler, David A., Barnett, Philip S., Witt, Ann, Zeller, Mitchell R., Mande, Jerold R. and Schultz, William B., "The Legal and Scientific Basis for FDA's Assertion of Jurisdiction Over Cigarettes and Smokeless Tobacco," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 277:405-409 (February 5, 1997)

8.  Kessler, David A., Wilkenfeld, J.P., Thompson. L.J. "The Food and Drug Adminstration's Rule on Tobacco: Blending Science and Law," PEDIATRICS, 99(6):884-887 (June 1997)

9.  Kessler, David A., "The Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 337:1082-1083 (October 9, 1997)

10. Kessler, David A., Witt, Ann, Barnett, Philip S., Zeller, Mitchell R., Natanblut, Sharon, Wilkenfeld, Judith, Lorraine, Catherine C., Thompson, Larry J. and Schultz, William B., "The Food and Drug Administration's Regulation of Tobacco Products," NEW ENGLAND JOURNAL OF MEDICINE, 335:988-994 (September 26, 1996)

USCA5 949

11. Kessler, David A., "Remarks—Utah International Medical Devices Congress and National Policy Summits" SPEECHES BY FDA OFFICALS (August 20, 1994)

12. Kessler, David A. for the Working Group, "A New Approach to Reporting Medication and Device Adverse Effects and Product Problems," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 269:2765-2768 (June 2, 1993)

13. Kessler, David A., "FDA's Revitalization of Medical Device Review and Regulation," BIOMEDICAL INSTRUMENTATION AND TECHNOLOGY, May/June 1994:220-226, presented at the AAMI/NIH Cardiovascular Science and Technology Conference, Rockville, Maryland (December 10, 1993)

14. Halme, Dina J. and Kessler, David A., "FDA Regulation of Stem Cell-Based Therapies", NEW ENGLAND JOURNAL OF MEDICINE, 355 (16): 1730-1735 (October 19, 2006)

15. Kessler, David A., Hass, Arthur E., Feiden, Karyn L. , Lumpkin, Murray and Temple, Robert, "Approval of New Drugs in the United States: Comparison with the United Kingdom, Germany and Japan," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 276:1826-1831 (December 11, 1996)

16. Kessler, David A., Rose, Janet L., Temple, Robert J., Schapiro, Renie and Griffin, Joseph, "Therapeutic Class Wars: Drug Promotion in a Competitive Marketplace," NEW ENGLAND JOURNAL OF MEDICINE, 331:1350 (November 17, 1994)

17. Merkatz, Ruth B., Temple, Robert, Sobel, Solomon, Feiden, Karyn, Kessler, David A., and members of the working group on Women in Clinical Trials, "Women in Clinical Trials of New Drugs: A Change in FDA Policy," NEW ENGLAND JOURNAL OF MEDICINE, 329:292-296 (July 22, 1993)

18. Kessler, David A., Siegel, Jay P., Noguchi, Philip D., Zoon, Kathryn C., Feiden, Karyn L., and Woodcock, Janet, "Regulation of Somatic Cell Therapy and Gene Therapy by the Food and Drug Administration," NEW ENGLAND JOURNAL OF MEDICINE, 329:1169-1173 (October 14, 1993)

19. Kessler, David A., "Addressing the Problem of Misleading Advertising," ANNALS OF INTERNAL MEDICINE, 116:950-951 (June 1, 1992) (editorial)

20. Kessler, David A. and Pines, Wayne L., "The Federal Regulation of Prescription Drug Advertising and Promotion," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 264:2409-2415 (November 14, 1990)

21. Kessler, David A., "Drug Promotion and Scientific Exchange," NEW ENGLAND JOURNAL OF MEDICINE, 325:201-203 (July 18, 1991)

USCA5 950

Case 2:14-md-02592-EEF-MBN   Document 5999-1 SEALED   Filed 03/02/17   Page 115 of 343

# APPENDIX D

| Materials Considered by Dr. David Kessler |
|---|
| In addition to the materials specifically referenced and/or discussed within the report and accompanying schedules, the other materials considered are as follows: |

| |
|---|
| **Depositions** |
| Deposition of Dr. Andrea Derix 03.01.16 & 03.02.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. Christopher C. Nessel 02.16.16 & 02.17.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. Dagmar Kubitza 02.29.16 & 03.01.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. David B. McCain 07.01.16 (*Henry v. Janssen Research & Development, et al.*) and all accompanying exhibits |
| Deposition of Dr. Gary Peters 04.20.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation)* and all accompanying exhibits |
| Deposition of Dr. Kenneth Wong 07.11.16 (*Boudreaux v. Janssen Research & Development, et al.*) and all accompanying exhibits |
| Deposition of Dr. Maurice St. Martin 06.27.16 (*Orr v. Janssen Research & Development, et al.*) and all accompanying exhibits |
| Deposition of Dr. Peter M. DiBattiste 04.12.16, 04.13.16 & 07.20.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. Renie Armstrong Jordan 08.12.16 (*Mingo v. Janssen Research & Development, et al.*) and all accompanying exhibits |
| Deposition of Dr. Troy C. Sarich 06.29.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. William Byra 04.05.16 & 04.06.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| Deposition of Dr. Wolfgang M. Mueck 02.23.16-02.25.16 (*In Re: Xarelto (Rivaroxaban) Products Litigation*) and all accompanying exhibits |
| |
| **Product Labels** |
| Pradaxa Label (11/2015) |
| Xarelto Label (11/2011) |
| Xarelto Label (01/2015) |
| Xarelto Label (09/2015) |
| Xarelto Label (New Zealand) |
| Xarelto Annex I: Summary of Product Characteristics |
| Xarelto (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09 |
| |
| **Literature** |
| Chin, P.K.L. *Which Patients May Benefit from Dose Adjustment of Non-Vitamin K Antagonist Oral Anticoagulants?* Seminars in Thrombosis & Hemostasis (2015) 41;2: 195-207. |
| Cohen, D. *Dabigatran: how the drug company withheld important analyses.* BMJ 2014;349:g4670. |
| Cohen, D. *Rivaroxaban: can we trust the evidence?* BMJ 2016;352:i575. |
| Douxfils, J., et al. *Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature.* Thrombosis Research (2012) |
| Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.* Clin Pharmacokinet (2014) 53:1-16. |

| | |
|---|---|
| Nakano, Y., et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels Japanese patients with atrial fibrillation receiving rivaroxaban.* J Cardiol (2014). | |
| Patel, J.P., et al. *New oral anticoagulants: dosing and monitoring.* BMJ 2015;350:h2655. | |
| Patel, M.R., et al. *Point-of-Care Warfarin Monitoring in the ROCKET AF Trial.* N Engl J Med (2016) 374;8:785-788. | |
| Patel, M.R., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation.* N Engl J Med (2011) 365;10:883-891. | |
| Sarrazin, M.S.V., et al. *Safety of new oral anticoagulants: We need reliable tools to predict risk of gastrointestinal bleeding.* BMJ 2015;350:h1679. | |
| ten Cate, H. *New oral anticoagulants: discussion on monitoring and adherence should start now!* Thrombosis Journal (2013) 11:8. | |
| Thomas, K. *Accuracy Concerns on Testing Device for Blood-Thinning Drug.* New York Times (2016) | |
| Thomas, K. *F.D.A. Asks If Faulty Blood Monitor Tainted Xarelto Approval.* New York Times (2016) | |
| Tripodi, A. *Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test.* Journal of Thrombosis and Haemostasis (2013) 11:576-8. | |
| Zantek, N.D., et al. *An Assessment of the State of Current Practice in Coagulation Laboratories.* American Journal of Clinical Pathology (2016). | |
| | |
| **Internal Documents** | |
| DCRI0002794 | |
| DCRI0003003 | |
| DCRI0093250 | |
| XARELTO_BHCP_00015914 | |
| XARELTO_BHCP_00267894 | |
| XARELTO_BHCP_00454343 | |
| XARELTO_BHCP_02678338 | |
| XARELTO_BHCP_05374715 | |
| XARELTO_BPAG_00004591 | |
| XARELTO_BPAG_00040364 | |
| XARELTO_BPAG_01566804 | |
| XARELTO_BPAG_01682712 | |
| XARELTO_BPAG_04701279 | |
| XARELTO_BPAG_05698549 | |
| XARELTO_BPAG_16414467 | |
| XARELTO_BPAG_25183363 | |
| XARELTO_JANSSEN_00000344 | |
| XARELTO_JANSSEN_00001644 | |
| XARELTO_JANSSEN_00020185 | |
| XARELTO_JANSSEN_00020831 | |
| XARELTO_JANSSEN_00047264 | |
| XARELTO_JANSSEN_00206990 | |
| XARELTO_JANSSEN_00208030 | |

| |
|---|
| XARELTO_JANSSEN_00208031 |
| XARELTO_JANSSEN_00631916 |
| XARELTO_JANSSEN_00838518 |
| XARELTO_JANSSEN_01164121 |
| XARELTO_JANSSEN_01207639 |
| XARELTO_JANSSEN_01296748 |
| XARELTO_JANSSEN_01330113 |
| XARELTO_JANSSEN_01471978 |
| XARELTO_JANSSEN_02179654 |
| XARELTO_JANSSEN_02406794 |
| XARELTO_JANSSEN_02531744 |
| XARELTO_JANSSEN_03818787 |
| XARELTO_JANSSEN_03927493 |
| XARELTO_JANSSEN_04122766 |
| XARELTO_JANSSEN_04781333 |
| XARELTO_JANSSEN_04932509 |
| XARELTO_JANSSEN_05057946 |
| XARELTO_JANSSEN_05057947 |
| XARELTO_JANSSEN_05467823 |
| XARELTO_JANSSEN_07076132 |
| XARELTO_JANSSEN_07234059 |
| XARELTO_JANSSEN_07234059 |
| XARELTO_JANSSEN_08583165 |
| XARELTO_JANSSEN_09443489 |
| XARELTO_JANSSEN_09562119 |
| XARELTO_JANSSEN_13389743 |
| XARELTO_JANSSEN_13523184 |
| XARELTO_JANSSEN_13567286 |
| XARELTO_JANSSEN_13570438 |
| XARELTO_JANSSEN_13991580 |
| XARELTO_JANSSEN_14192208 |
| XARELTO_JANSSEN_14557769 |
| XARELTO_JANSSEN_15153877 |
| XARELTO_JANSSEN_15329031 |
| XARELTO_JANSSEN_15368512 |
| XARELTO_JANSSEN_15426307 |
| XARELTO_JANSSEN_15426729 |

| |
|---|
| XARELTO_JANSSEN_15426731 |
| XARELTO_JANSSEN_17953423 |
| XARELTO_JANSSEN_17953738 |
| XARELTO_JANSSEN_17953993 |
| XARELTO_JANSSEN_17954008 |
| XARELTO_JANSSEN_18024405 |
| XARELTO_JANSSEN_18145975 |
| XARELTO_JANSSEN_18155094 |
| XARELTO_JANSSEN_18155094 |
| XARELTO_JANSSEN_18501728 |
| XARELTO_JANSSEN_18681716 |
| XARELTO_JANSSEN_18681720 |
| XARELTO_JANSSEN_19422282 |
| XARELTO_JANSSEN_19888385 |
| XARELTO_JANSSEN_22661447 |
| XARELTO_JANSSEN_22661453 |
| XARELTO_JANSSEN_22661455 |
| XARELTO_JANSSEN_24277161 |
| XARELTO_JANSSEN_24277232 |
| |
| **Other Documents** |
| "Dose - Response - Anticoagulants." Power Point by Dr. Robert Temple. (12/4/14-12/5/14) |
| "NOAC Dosing: Precision Dosing – Yes!" PowerPoint by Dr. Robert Temple (12.03.2015) |
| "When is Testing Needed? How to Interpret Tests?" PowerPoint by Dr. Stephan Moll (10/26/2015) |
| Adverse Event Report (AER) Database |
| All PADERs |
| All PSURs/PBRERs |
| All Risk Management Plans (RMPs) |
| Box & Whiskers plot presenting ROCKET PK data |
| Code of Federal Regulations Title 21; Chapter I – FDA Dept. of Health & Human Services: Subchapter C – Drugs (General): Part 201 – Labeling: Subpart B Labeling Requirements for Prescription Drugs and/or Insulin |
| DOAC Assessment at UCDHS: What's Important.  Power Point by Bob Gosselin (10/26/15) |
| European Medicines Agency: Assessment Report – Xarelto (02/05/16) |
| FDA - Confidentiality of Interim Results in Cardiovascular Outcome Safety Trials. (08/11/14) |
| FDA - Correlation of Drug Levels and Outcomes in Phase III New Oral Anticoagulant (NOAC) Trials. (10/26/15) |
| Federal Food Drug & Cosmetic Act, and all related FDA Statutes, Regulations, and Guidances (www.FDA.gov) |

| |
|---|
| FDA Approval History, Letters, Reviews, and Related Documents for NDA #202439 and #022406 (http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Overview&DrugName=XARELTO) |
| FDA Cardiovascular and Renal Drugs Advisory Committee :Errata and Clarifications to the FDA Briefing Book (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Agenda (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Agenda (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Agenda (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Agenda (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document (09.08.11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document: New Drug Application (NDA) 22-406: Rivaroxaban oral tablets (10 milligrams), Johnson & Johnson Pharmaceutical Research & Development, L.L.C., for the prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement or knee replacement surgery. (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Briefing Document: The ROCKET AF Trial (**R**ivaroxaban **O**nce Daily Oral Direct Factor Xa Inhibition **C**ompared with Vitamin **K** Antagonism for Prevention of Stroke and **E**mbolism **T**rial in Atrial Fibrillation) (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Draft Agenda. (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Errata to the FDA Briefing Book (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Minutes (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Minutes (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Minutes (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Minutes (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Roster (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Roster (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Roster (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Roster (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Transcript (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Transcript (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Transcript (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Transcript (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Meeting Transcript (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Backup slides (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Issues Affecting Interpretation of Efficacy (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: NDA 202439 Dose Selection (09/08/11 ) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: NDA 202-439 Rivaroxaban for Acute Coronary Syndromes (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban – NDA 22-406 (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban (03/19/09) |

| |
|---|
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban (Xaralto) (09/08/11) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban (Xarelto) (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban (Xarelto) (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Rivaroxaban for ACS sNDA 202439/S-002 (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Statistical Considerations, ENGAGE AF Trial (Edoxaban NDA 206316) (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Power Point: Xarelto (Rivaroxaban) (03/19/09) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Questions (01/16/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Questions (05/23/12) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Questions (10/30/14) |
| FDA Cardiovascular and Renal Drugs Advisory Committee: Questions to the Committee (09/08/11) |
| FDA Center for Devices and Radiological Health: In Vitro Diagnostic Testing for Direct Oral Anticoagulants Meeting Transcript (10.26.15) |
| FDA Center for Drug Evaluation and Research: Administrative and Correspondence Documents (#202439) |
| FDA Center for Drug Evaluation and Research: Approval Package (#202439) |
| FDA Center for Drug Evaluation and Research: Approval Package (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Chemistry Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Chemistry Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Clinical Pharmacology and Biopharmaceutics Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Clinical Pharmacology and Biopharmaceutics Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Cross Discipline Team Leader Review (#202439) |
| FDA Center for Drug Evaluation and Research: Cross Discipline Team Leader Review (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Environmental Assessment (#202439) |
| FDA Center for Drug Evaluation and Research: Exclusivity Summary (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Labeling (#202439) |
| FDA Center for Drug Evaluation and Research: Labeling (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Medical Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Medical Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Office Director Memo (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Officer/Employee List (#202439) |
| FDA Center for Drug Evaluation and Research: Officer/Employee List (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Other Action Letter(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Other Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Other Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Pharmacology Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Pharmacology Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Proprietary Name Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Proprietary Name Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: REMS (#202439) |

| |
|---|
| FDA Center for Drug Evaluation and Research: Risk Assessment and Risk Mitigation Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Risk Assessment and Risk Mitigation Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: ROCKET AF Reanalysis Reviews (#202439) |
| FDA Center for Drug Evaluation and Research: Statistical Review(s) (#202439) |
| FDA Center for Drug Evaluation and Research: Statistical Review(s) (NDA #022406) |
| FDA Center for Drug Evaluation and Research: Summary Review (#202439) |
| FDA Center for Drug Evaluation and Research: Summary Review (NDA #022406) |
| FDA Div. of Cardiovascular & Renal Products: IND 75,238 27Oct09 Pre-NDA Meeting Minutes |
| FDA Letter to Alere, Inc. re INRatio PT/INR Monitoring System voluntary recall (06.14.16) |
| FDA Letter to Diagnostica Stago, Inc. re K151867 (08.20.15) |
| FDA Letter to J&J Pharmaceutical Research and Development, LLC re NDA Approval. Richard Pazdur, M.D. (07/01/11) |
| FDA Letter to Janssen Pharmaceuticals, Inc. re NDA Approval. Dr. Norman Stockbridge (11/04/11) |
| FDA Letter to Janssen Pharmaceuticals, Inc. re Supplement Approval. Dr. Mary Ross Southworth (08/07/13) |
| FDA Letter to Janssen Pharmaceuticals, Inc. re Supplement Approval: Release REMS Requirement. Dr. Mary R. Southworth (02/12/14) |
| FDA Letter to Janssen Research & Development, LLC re Supplement Approval. Ann T. Farrell, M.D. (01/07/14) |
| FDA Letter to Janssen Research & Development, LLC re Supplement Approval. Ann T. Farrell, M.D. (11/02/12) |
| FDA Letter to Janssen Research & Development, LLC re Supplement Approval. Edvardas Kaminskas, M.D. (03/01/13) |
| FDA Letter to Janssen Research & Development, LLC re Supplement Approval. Robert C. Kane (03/06/14) |
| FDA Letter to Janssen Research & Development, LLC re Supplement Approval. Robert C. Kane, M.D. (02/13/14) |
| FDA warns about serious bleeding risk with over-the-counter antacid products containing aspirin: Safety Announcement (06/06/16) |
| FDA, HHS §201.57 Specific requirements on content and format of labeling for human prescription drug and biological products described in §201.56(b)(1). |
| FDA: 510(k) Premarket Notification (Search through 08/20/16) |
| FDA: 510(k) Premarket Notification : Neoplastine CL Plus (05/01/1992) |
| FDA: 510(k) Premarket Notification : Neoplastine(r) CI Kit (06/01/1992) |
| FDA: 510(k) Substantial Equivalence Determination: Decision Summary (No. K070005) |
| FDA: 510(k) Summary of Safety and Effectiveness: Dade Innovin. (11/18/97) |
| FDA: Establishment Registration & Device Listing (Search through 08/2016) |
| Feedback from the EMA. Is There a Role For Pharmacokinetic/Pharmacodynamics Guided Dosing for Novel Anticoagulants. Power Point by Dr. Jens Heisterberg (12.03.15) |
| Guidance for Industry: Good Laboratory Practices Questions and Answers. FDA Power Point (June 1981) |
| IND 112448 |
| IND 112582 |
| IND 64892 |
| IND 75238 |
| IND 75931 |
| Janssen Research & Development Advisory Committee Briefing Document: Rivaroxaban for Reducing the Risk of Thrombotic Cardiovascular Events in Patients with Acute Coronary Syndrome (12/08/13) |

| |
|---|
| Janssen's Responses to Interrogatories Pertaining to Defendant's Affirmative Defense of Federal Preemption (08.12.16) |
| Johnson & Johnson Pharmaceutical Research & Development Advisory Committee Briefing Document: Rivaroxaban for the Prevention of Stroke and Non-Central Nervous System (CNS) Systemic Embolism in Patients With Atrial Fibrillation (08/05/11) |
| Materials for the FDA Public Workshop held on October 26, 2015 entitled "In Vitro Diagnostic Testing for Direct Oral Anticoagulants." (available at http://www.fda.gov/MedicalDevices/NewsEvents/WorkshopsConferences/ucm459448.htm) |
| Materials from the CSRC Meeting held on December 3, 2015 entitled "Is There a Role for Pharmacokinetic/Pharmacodynamics Guided Dosing For Novel Anticoagulants?" (available at http://cardiac-safety.org/is-there-a-role-for-pharmacokineticpharmacodynamics-guided-dosing-for-novel-anticoagulants/) |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on January 16, 2014 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm378911.htm) |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on March 19, 2009 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm125999.htm) |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on May 23, 2012 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm285415.htm) |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on October 30, 2014 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm378911.htm) |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on September 8, 2011 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm250287.htm) |
| Methods for Measuring Direct Oral Anticoagulants. Power Point by Dr. Dorothy M. Adcock (10.26.15) |
| NDA 022406 including any and all supplemental NDAs |
| NDA 202439 including any and all supplemental NDAs |
| |
| **Medical Records** |
| All medical records for Joseph Boudreaux, Jr. |
| All medical records for Sharyn Orr |
| All medical records for Dora Mingo |
| All medical records for William Henry |

Case 2:14-md-02592-EEF-MBN Document 5999-15 SEALED Filed 03/02/17 Page 124 of 343

# Schedule 1

# Description of Approved Anticoagulant Drugs

USCA5 960

# DESCRIPTION OF APPROVED ANTICOAGULANT DRUGS[1]

| Medication Class | Active Ingredient (Brand Name) | Mechanism of Action |
|---|---|---|
| Univalent Direct Thrombin Inhibitors | Argatroban; Dabigatran (Pradaxa) | Inhibits the action of thrombin by binding to the catalytic site. |
| Bivalent Direct Thrombin Inhibitors | Bivalirudin (Angiomax); Desidurin (Iprivask) | Inhibits the action of thrombin by binding to both the catalytic site and exosite. |
| Indirect Thrombin Inhibitors (UFH and LMWH) | Heparin; Dalteparin (Fragmin); Enoxaparin (Lovenox) | Binds to antithrombin and thrombin to form a ternary complex to ultimately accelerate the inhibition of thrombin. |
| Direct Factor Xa Inhibitors | Rivaroxaban (Xarelto); Apixaban (Eliquis); Edoxaban (Savaysa) | Prevents formation of thrombin by antagonizing the activate site of the free-form and prothrombinase-bound forms of factor Xa. |
| Indirect Factor Xa Inhibitors | Fondaparinux (Arixtra) | Prevents formation of thrombin by binding to antithrombin. |
| Vitamin K Antagonists | Warfarin (Coumadin, Jantoven) | Mimics the proton abstraction from the gamma position of protein-bound glutamate, which leads to carboxylation and activation of the blood-clotting proteins. |
| Antiplatelet Drugs | Clopidogrel (Plavix); Eptifibatide (Integrilin); Prasugrel (Effient); Tirofiban (Aggrastat) | Induces a permanent function defect in platelets. |

Sources:

http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Search_Drug_Name

https://www.drugs.com/drug-class/anticoagulants.html

http://www.livestrong.com/article/26853-list-anticoagulants/

http://www.medscape.org/viewarticle/757521_2

http://www.medscape.com/viewarticle/755091_3

http://www.ncbi.nlm.nih.gov/pubmed/8527228

http://www.medscape.com/viewarticle/715597_2

http://atvb.ahajournals.org/content/21/7/1094.full

---

[1] This is not intended to be an exhaustive list of all anticoagulant drugs, and the mechanism of action is not intended to be a full description in detail.

# **<u>Schedule 2</u>**

## **List of Indications for Xarelto**

USCA5 962

Case 2:14-md-02592-EEF-MBN Document 5995-15 SEALED Filed 03/03/17 Page 127 of 343

1.  <u>Post Hip/Knee Replacement Surgery</u>: Xarelto is a prescription medication approved on July 1, 2011 for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery.

2.  <u>Stroke Prevention in Atrial Fibrillation (SPAF)</u>: Xarelto is a prescription medicine approved on November 4, 2011 to reduce the risk of stroke and blood clots in people with atrial fibrillation, not caused by a heart valve problem.

3.  <u>Treat/Reduce Risk of Venous Thromboembolism (VTE)</u>: Xarelto is a prescription medication approved on November 2, 2012 to treat deep vein thrombosis (DVT) and pulmonary embolism (PE), and to help reduce the risk of recurrence of DVT and PE.

Sources:

-   https://www.xarelto-us.com
-   Current Xarelto Label

# Schedule 3

## Xarelto (Rivaroxaban) –
## The Product and Its Regulatory History

USCA5 964

# Xarelto (Rivaroxban) – The Product and Its Regulatory History[1]

- On July 28, 2008, New Drug Application 022406 (NDA 022406) for Xarelto (rivaroxaban) was submitted to the Food and Drug Administration (FDA) by Sponsor Johnson and Johnson Pharmaceutical Research and Development, LLC. Specifically, the New Drug Application was for Xarelto (rivaroxaban) oral tablets (10 mg) for the proposed indication for use in prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement or knee replacement surgery (NDA 022406).

- On March 19, 2009, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss New Drug Application (NDA) 022406, Xarelto (rivaroxaban) oral tablets (10 mg) for the proposed indication for use in prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement surgery or knee replacement surgery. The Advisory Committee voted 15 to 2 that the available clinical data demonstrate a favorable risk-benefit profile for rivaroxaban in the prophylaxis of VTE in patients undergoing hip or knee replacement surgery (15 members of the committee voted yes, 2 members of the committee no, and no members of the committee abstained from voting).

- On January 4, 2011, New Drug Application 202439 (NDA 202439) for Xarelto (rivaroxaban) was submitted to the FDA by Sponsor Janssen Pharmaceuticals, Inc. Specifically, the New Drug Application was for Xarelto (rivaroxaban) tablets for the proposed indication for use in the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation (NDA 202439).

- In 2011, the following Amendments to NDA 022406 (the application for Xarelto (rivaroxaban) oral tablets (10 mg) for the proposed indication for use in prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement surgery or knee replacement surgery) were received by the FDA: January 4; February 2, 18, 25; March 25; April 18, 25, 26, 28; May 2, 4, 6, 10, 11, 25; and June 8, 20, 30.

- In 2011, the following Amendments to NDA 202439 (the application for Xarelto (rivaroxaban) tablets for the proposed indication for use in the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation) were received by the FDA: January 18 (two), 21, 28, 31; February 2, 4 (two), 8, 9, 11, 15 (two), 16, 18 (four), 25, 28; March 1, 4, 8, 16, 18 (two), 28, 29, 30, 31; April 1, 6, 8, 15 (two), 18, 22, 25, 26, 28, 29 (two); May 2, 4 (two), 5 (two), 6, 10, 13 (two), 16, 17 (two), 23 (three), 27 (two); June 3

---

[1] This is not intended to be an exhaustive history, nor a full description in detail.

(three), 9, 10 (five), 13, 16, 20, 22, 27, 29 (two), 30 (two); July 5, 11 (two), 14, 15, 19 (two), 20, 21 (two) 22, 26, 28, 29 (two); August 3, 4 (two), 9, 11 (two), 17, 19, 23; September 13, 23, 29, 30 (two); October 7, 11, 20, 21, 28; November 2 (four), 3 (four), 4 (three).

- On July 1, 2011, NDA 022406 for Xarelto was approved by the FDA. In particular, Xarelto (rivaroxaban) 10 mg immediate release tablets were approved in the United States by the Food and Drug Administration (FDA) for the prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement surgery or knee replacement surgery (NDA 022406). The July 2011 label approved by the FDA provided that, "Xarelto is a factor Xa inhibitor indicated for the prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery."

- On September 8, 2011, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss New Drug Application (NDA) 202439, Xarelto (rivaroxaban) tablets for the proposed indication for use in the prevention of stroke and systemic embolism (blood clots other than in the head) in patients with non-valvular atrial fibrillation (abnormally rapid contractions of the atria, the upper chambers of the heart). The Advisory Committee voted 9 to 2 in favor of approving Xarelto for the reduction of stroke and non-CNS systemic embolism in patients with non-valvular atrial fibrillation (9 members of the committee voted for approval, 2 members of the committee voted against approval, and 1 member of the committee abstained from voting).

- On November 4, 2011, NDA 202439 for Xarelto was approved by the FDA. In particular, the FDA approved Xarelto (rivaroxaban) for the reduction of risk of stroke and systemic embolism in nonvalvular atrial fibrillation (NDA 202439). The November 2011 label approved by the FDA provided that, "Xarelto is a factor Xa inhibitor indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation; and for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery."

- On December 29, 2011, the Sponsor submitted a Supplemental New Drug Application to NDA 202439 (S-002) for Xarelto (rivaroxaban) 2.5 mg tablets to reduce the risk of thrombotic cardiovascular events in patients with acute coronary syndrome (ACS) [ST elevation myocardial infarction (STEMI), non-ST elevation myocardial infarction (NSTEMI), or unstable angina (UA)] in combination with aspirin alone or with aspirin plus clopidogrel or ticlopidine..

- On May 1 and 28, 2012, the Sponsor submitted Supplemental New Drug Applications (sNDAs) to NDA 022406. The "Prior Approval" Supplemental New Drug Applications was for Xarelto (rivaroxaban) oral tablets (15 mg and 20 mg) for the proposed indication for the

treatment of deep vein thrombosis, the treatment of pulmonary embolism, the reduction in risk for deep vein thrombosis, and the reduction in risk for pulmonary embolism.

- In 2012, the following Amendments to the sNDAs for NDA 022406 (for the application of Xarelto oral tablets (15 mg and 20 mg) for the proposed indication for the treatment of deep vein thrombosis, the treatment of pulmonary embolism, the reduction in risk for deep vein thrombosis, and the reduction in risk for pulmonary embolism) were received by the FDA: May 7, 28; July 26, 30, 31; August 2, 3, 6, 27, 29; September 4, 27; October 4, 19, 23; and November 2.

- On May 23, 2012, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss Supplemental New Drug Application (sNDA) 202439/S-002, for Xarelto (rivaroxaban) 2.5 mg tablets to reduce the risk of thrombotic cardiovascular events in patients with acute coronary syndrome (ACS) [ST elevation myocardial infarction (STEMI), non-ST elevation myocardial infarction (NSTEMI), or unstable angina (UA)] in combination with aspirin alone or with aspirin plus clopidogrel or ticlopidine (also referred to as the "proposed indication for treatment of ACS"). The Advisory Committee voted 6 to 4 against approval of Xarelto for use in the treatment of ACS (6 members of the committee voted against approval, 4 members of the committee voted for approval, and one member of the committee abstained from voting).

- On June 21, 2012, the FDA issued a Complete Response Letter to the Sponsor declining to approve the Supplemental New Drug Application (sNDA) 202439/S-002, for the proposed indication for treatment of ACS. The primary reasons for the refusal to approve the application were: (1) the p-value for the primary efficacy analysis of ATLAS was insufficient to support approval; and (2) the number of subjects in ATLAS for whom follow-up for the primary endpoint was incomplete was large enough that it impugned the utility of the data for interpreting the results of the trial.

- On August 29, 2012, the Sponsor submitted a Complete Response to the FDA for their efficacy supplement in regard to the proposed indication for treatment of ACS. The information submitted to the FDA was intended to address the issue of incomplete follow-up of some subjects in ATLAS.

- On November 2, 2012, the sNDAs for NDA 022406 were approved by the FDA. In particular, Xarelto (rivaroxaban) was approved by the FDA for the treatment of deep vein thrombosis and pulmonary embolism, and the reduction in risk for deep vein thrombosis and pulmonary embolism. The November 2012 label approved by the FDA provided that, "Xarelto is a factor Xa inhibitor indicated: to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation; for the treatment of deep vein

USCA5 967

thrombosis (DVT), pulmonary embolism (PE), and for the reduction in the risk of recurrence of DVT and of PE; and for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery."

- On March 4, 2013, the FDA issued a second Complete Response Letter to the Sponsor, again declining to approve the application regarding the proposed indication for treatment of ACS. The primary reasons for the refusal to approve the application were: (1) the strength of evidence for the primary endpoint was inadequate; and (2) follow-up for mortality decreased the concern that subjects for whom follow-up was incomplete would have had markedly different outcomes had they been followed until the end of the trial but that the new information contributed nothing directly to an understanding of the primary endpoint.

- On May 13, 2013, the Sponsor submitted a Formal Dispute Resolution Request to the FDA's Office of Drug Evaluation 1 (ODE-1) seeking to have the efficacy supplement approved for the proposed indication for treatment of ACS. The ODE-1 denied the request, stating that the p-value for the analysis of the primary endpoint in the clinical trial ATLAS was not strong enough to support approval on the basis of a single trial.

- On August 12, 2013, the Sponsor submitted a Second Complete Response to the FDA for their efficacy supplement seeking approval to market Xarelto (rivaroxaban) for the proposed indication of the treatment of patients with recent ACS and limiting the suggested duration of treatment to 90 days.

- On January 16, 2014, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss the Supplemental New Drug Application (NDA) 202439/S-002, for Xarelto (rivaroxaban) 2.5 mg tablets for the proposed indication to reduce the risk of thrombotic cardiovascular events in patients for the first 90 days after suffering acute coronary syndrome (ACS) [ST elevation myocardial infarction (STEMI), non-ST elevation myocardial infarction (NSTEMI), or unstable angina (UA)]. The Advisory Committee voted 10 to 0 against approval of Xarelto for use in the treatment of ACS (10 members of the committee voted against approval, 0 members of the committee voted for approval, and one member of the committee abstained from voting).

- On February 13, 2014, the FDA issued a third Complete Response Letter to the Sponsor, again declining to approve Xarelto for use in the treatment of ACS.

USCA5 968

Sources:

- 3/19/2009 FDA Advisory Committee Meeting Materials (FDA Briefing Information), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Cardiovascular and RenalDrugsAdvisoryCommittee/UCM181524.pdf

- 3/19/2009 FDA Advisory Committee Meeting Materials (Meeting Minutes), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Cardiovascular and RenalDrugsAdvisoryCommittee/UCM151671.pdf

- 7/1/2011 NDA Approval Letter (NDA 022406), available at http://www.accessdata.fda.gov/drugsatfda_docs/appletter/2011/022406s000ltr.pdf

- 7/1/2011 Drug Approval Package for NDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/022406Orig1s000TOC.cfm

- 7/2011 Xarelto (rivaroxaban) Label, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2011/022406s000lbl.pdf

- 9/8/2011 FDA Advisory Committee Meeting Materials (FDA Briefing Information), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Cardiovascular and RenalDrugsAdvisoryCommittee/UCM270796.pdf

- 9/8/2011 FDA Advisory Committee Meeting Materials (Meeting Minutes), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Cardiovascular and RenalDrugsAdvisoryCommittee/UCM278480.pdf

- 11/2011 Xarelto (rivaroxaban) Label, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2011/202439s000lbl.pdf

- 11/2/2012 Supplemental Approval Letter (NDA 022406/S-001, 002, 003), available at http://www.accessdata.fda.gov/drugsatfda_docs/appletter/2012/022406Orig1s001,s002,s003ltr.pdf

- 11/2012 Xarelto (rivaroxaban) Label, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022406s001s002s003lbl.pdf

- 11/4/2011 NDA Approval Letter (NDA 202439), available at http://www.accessdata.fda.gov/drugsatfda_docs/appletter/2011/202439s000ltr.pdf

- 11/4/2011 Drug Approval Package for NDA 202439, available at http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202439toc.cfm

- 5/23/2012 FDA Advisory Committee Meeting Materials (FDA Briefing Information), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM304755.pdf

- 5/23/2012 FDA Advisory Committee Meeting Materials (Meeting Minutes), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM310093.pdf

- 1/16/2014 FDA Advisory Committee Meeting Materials (FDA Briefing Information), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM381462.pdf

- 1/16/2014 FDA Advisory Committee Meeting Materials (Meeting Minutes), available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM396034.pdf

- First Complete Response Letter from FDA denying application for approval of Xarelto for ACS indication (XARELTO_BPAG_02515034)

- Second Complete Response Letter from FDA denying application for approval of Xarelto for ACS indication (XARELTO_BPAG_02515046)

- Third Complete Response Letter from FDA denying application for approval of Xarelto for ACS indication (XARELTO_BPAG_00055741)

# Schedule 4

# Summary of All Xarelto Label Changes

USCA5 971

# ALL LABEL CHANGES FOR NDA 202439[1]

**XARELTO INDICATION FOR THE REDUCTION OF RISK OF STROKE AND SYSTEMIC EMBOLISM IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION
(NOVEMBER 4, 2011 APPROVAL DATE)**

The SPAF indication for Xarelto (NDA 202439; reduction of risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation) was approved by the FDA on November 4, 2011. Since that time, there have been three (3) labeling revisions to date regarding NDA 202439. A summary is provided below, as well as a more in-depth review of the label changes.

*Following is a summary of all label changes for NDA 202439:*

- **August 7, 2013[2]:**
    a) Boxed Warning was amended primarily to state that there is an increased risk of thrombotic events due to not only discontinuing use of Xarelto, *but also any anticoagulant*. The original label did not make any mention that discontinuing use *of any oral anticoagulant* poses such an increased risk.
    b) The same information added to the Black Box was also added to Section 5.1.
    c) A new warning was added under Section 5 regarding "Patients with Prosthetic Heart Valves"

- **September 10, 2015[3]:**
    a) Changes were made to Section 6 ADVERSE REACTIONS, to include, among other things, a forest plot of the risk of major bleeding events by baseline patient characteristics in ROCKET – reflected in Figure 1. This data is based on geographical region and as to the US patients who participated in the ROCKET trial. This plot shows that U.S. patients have a statistically significant increased risk of suffering a major bleed compared to warfarin users.
    b) Section 14 CLINICAL STUDIES, was also amended to be consistent with the newly added information in Section 6.
    c) Section 12.3 CLINICAL PHARMACOLOGY, was amended to show the effect of certain drugs on the PK of a NOAC in a plot instead of describing the data in paragraph form.

---

[1] Source: Label Information, NDA 202439, available at
http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Label_ApprovalHistory#labelinfo.
[2] Source: August 7, 2013 Label, NDA 202439, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2013/202439s008lbl.pdf.
[3] Source: September 10, 2015 Label, NDA 202439, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2015/202439s015lbl.pdf.

USCA5 972

- **May 6, 2016[4]:**
  a) Section 5.2 RISK OF BLEEDING, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.
  b) Section 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT, there was a deletion of this language, "Avoid the use of Xarelto in patients with CrCl<15 mL/min since drug exposure is increased."  In addition, last sentence was modified to read: "Consider dose adjustment or discontinuation of Xarelto in patients who develop acute renal failures while on Xarelto."
  c) Section 7.4 DRUG-DISEASE INTERATIONS WITH DRUGS THAT INHIBIT CYTOCHROM P450 3A4 ENSYMES AND DRUG TRANSPORT SYSTEMS.  Minor changes only.
  d) Section 8.7 RENAL IMPAIRMENT, the addition of a section addressing patients with end stage renal disease on dialysis.
  e) Section 12.2 PHARMACODYNAMICS SPECIFIC POPULATIONS, the addition of a section addressing renal impairment and hepatic impairment.
  f) Section 12.3 PHARMACOKINETICS EXCRETION, minor modifications.
  g) Section 12.3 PHARMACOKINETICS SPECIFIC POPULATIONS, the addition of a section addressing the effect of the level of renal impairment, age, body weight, etc. on the PK of rivaroxaban.
  h) Section 12.3 PHARMACOKINETCS ELDERLY, substantial reduction in the information pertaining to the elderly that eliminates all information previously stated except the length of the half-life in the elderly, which is 11 to 13 ours.
  i) Section 12.3 PHARMACOKINETCS BODY WEIGHT, removed from the label.
  j) Section 12.3 PHARMACOKINETICS RENAL IMPAIRMENT, added information about hemodialysis in ESRD subjects.
  k) MEDICATION GUIDE, included an addition to list SSRIs as a concomitant medication that may increase the risk of bleeding with use of Xarelto.

---

[4] Source: May 6, 2016 Label, NDA 202439, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2016/202439s017lbl.pdf.

USCA5 973

Case 2:14-md-02592-EEF-MBN   Document 5599-1 SEALED   Filed 03/02/17   Page 138 of 343

*Following is a detailed review of all label changes for NDA 202439:*

I.   **August 7, 2013 Label Changes (SPAF Indication)**

1. First label change related to the SPAF indication included a change to the **Boxed Warning**: The Black Box Warning was amended primarily to state that there is an increased risk of thrombotic events due to not only discontinuing use of Xarelto, *but also any anticoagulant*. The original label did not make any mention that discontinuing use *of any oral anticoagulant* poses such an increased risk.

| **11/2011 Approval Label – Boxed Warning** |
|---|
| **WARNINGS: (A) DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF STROKE, (B) SPINAL/EPIDURAL HEMATOMA**<br><br>**A. DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION**<br><br>**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following XARELTO discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant** *[see Dosage and Administration (2.1), Warnings and Precautions (5.1), and Clinical Studies (14.1)].* |

| **08/2013 Revised Label – Boxed Warning** |
|---|
| **WARNING: (A) PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS, (B) SPINAL/EPIDURAL HEMATOMA**<br><br>**A. PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS**<br><br>**Premature discontinuation of any oral anticoagulant, including XARELTO, increases the risk of thrombotic events. If anticoagulation with XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy, consider coverage with another anticoagulant** *[see Dosage and Administration (2.2, 2.6), Warnings and Precautions (5.1), and Clinical Studies (14.1)].* |

USCA5 974

2. In addition, **Section 5.1 Increased Risk of Thrombotic Events after Premature Discontinuation** was amended to include the same information added to the Black Box Warning. Specifically, to state that there is an increased risk of thrombotic events due to not only discontinuing use of Xarelto, but also any anticoagulant. The original label did not make any mention that discontinuing use of any oral anticoagulant poses such an increased risk.

---

**11/2011 Approval Label – Section 5.1 Increased Risk of Thrombotic Events after Premature Discontinuation**

**5   WARNINGS AND PRECAUTIONS**

**5.1   Increased Risk of Stroke after Discontinuation in Nonvalvular Atrial Fibrillation**

Discontinuing XARELTO in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant *[see Dosage and Administration (2.1) and Clinical Studies (14.1)]*.

---

**08/2013 Revised Label – Section 5.1 Increased Risk of Thrombotic Events after Premature Discontinuation**

**5   WARNINGS AND PRECAUTIONS**

**5.1   Increased Risk of Thrombotic Events after Premature Discontinuation**

Premature discontinuation of any oral anticoagulant, including XARELTO, in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy, consider coverage with another anticoagulant *[see Dosage and Administration (2.2, 2.6) and Clinical Studies (14.1)]*.

---

3. _A new warning_ was added to **Section 5 WARNINGS AND PRECAUTIONS:**

"**Patients with Prosthetic Heart Valves**

The safety and efficacy of XARELTO have not been studied in patients with prosthetic heart valves. Therefore, use of XARELTO is not recommended in these patients."

USCA5 975

## II.     September 10, 2015 Label Changes (SPAF Indication)

1. **Section 6 ADVERSE REACTIONS** – Table 1 was updated to "harmonize the presentation of safety and efficacy data in the labels" for all NOACs.

### 11/2011 Approval Label – Section 6 ADVERSE REACTIONS

Table 1:     Bleeding Events in ROCKET AF*

| Parameter | XARELTO N = 7111 n (%) | Event Rate (per 100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (per 100 Pt-yrs) |
|---|---|---|---|---|
| Major bleeding[†] | 395 (5.6) | 3.6 | 386 (5.4) | 3.5 |
| Bleeding into a critical organ[‡] | 91 (1.3) | 0.8 | 133 (1.9) | 1.2 |
| Fatal bleeding | 27 (0.4) | 0.2 | 55 (0.8) | 0.5 |
| Bleeding resulting in transfusion of ≥ 2 units of whole blood or packed red blood cells | 183 (2.6) | 1.7 | 149 (2.1) | 1.3 |
| Gastrointestinal bleeding | 221 (3.1) | 2.0 | 140 (2.0) | 1.2 |

\* For all sub-types of major bleeding, single events may be represented in more than one row, and individual patients may have more than one event.

[†] Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥ 2 g/dL, transfusion of ≥ 2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome. Hemorrhagic strokes are counted as both bleeding and efficacy events. Major bleeding rates excluding strokes are 3.3 per 100 Pt-yrs for XARELTO vs. 2.9 per 100 Pt-yrs for warfarin.

[‡] The majority of the events were intracranial, and also included intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

### 09/2015 Revised Label – Section 6 ADVERSE REACTIONS

Table 1:     Bleeding Events in ROCKET AF*- On Treatment Plus 2 Days

| Parameter | XARELTO N = 7111 n (%/year) | Warfarin N = 7125 n (%/year) | XARELTO vs. Warfarin HR (95% CI) |
|---|---|---|---|
| Major Bleeding[†] | 395 (3.6) | 386 (3.5) | 1.04 (0.90, 1.20) |
| Intracranial Hemorrhage (ICH)[‡] | 55 (0.5) | 84 (0.7) | 0.67 (0.47, 0.93) |
| Hemorrhagic Stroke[§] | 36 (0.3) | 58 (0.5) | 0.63 (0.42, 0.96) |
| Other ICH | 19 (0.2) | 26 (0.2) | 0.74 (0.41, 1.34) |
| Gastrointestinal (GI)[¶] | 221 (2.0) | 140 (1.2) | 1.61 (1.30, 1.99) |
| Fatal Bleeding[#] | 27 (0.2) | 55 (0.5) | 0.50 (0.31, 0.79) |
| ICH | 24 (0.2) | 42 (0.4) | 0.58 (0.35, 0.96) |

USCA5 976

| Parameter | XARELTO N = 7111 n (%/year) | Warfarin N = 7125 n (%/year) | XARELTO vs. Warfarin HR (95% CI) |
|---|---|---|---|
| Non-intracranial | 3 (0.0) | 13 (0.1) | 0.23 (0.07, 0.82) |

Abbreviations: HR = Hazard Ratio, CI = Confidence interval, CRNM = Clinically Relevant Non-Major.

\*    Major bleeding events within each subcategory were counted once per patient, but patients may have contributed events to multiple subcategories. These events occurred during treatment or within 2 days of stopping treatment.

[†]    Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥2 g/dL, a transfusion of ≥2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome.

[‡]    Intracranial bleeding events included intraparenchymal, intraventricular, subdural, subarachnoid and/or epidural hematoma.

[§]    Hemorrhagic stroke in this table specifically refers to non-traumatic intraparenchymal and/or intraventricular hematoma in patients on treatment plus 2 days.

[¶]    Gastrointestinal bleeding events included upper GI, lower GI, and rectal bleeding.

[#]    Fatal bleeding is adjudicated death with the primary cause of death from bleeding.

USCA5 977

2. **A forest plot was added to Section 6 ADVERSE REACTIONS**, which includes the Major Bleeding Events for U.S. and Outside the U.S. for riva and warfarin. [*See comment box which highlights data in Figure 1 below*]. ***Specifically, the label was changed to include U.S. bleeding rates, which show an increased risk of bleeding events for Xarelto users in comparison to warfarin users.***

Figure 1: Risk of Major Bleeding Events by Baseline Characteristics in ROCKET AF – On Treatment Plus 2 Days



USCA5 978

    3. **Section 14 CLINICAL STUDIES,** was also amended to be consistent with the newly added information in Section 6. [*See the label dated 09/2015 to view this Forest Plot*]

4. In Section 14, **CLINICAL STUDIES**, the forest plot was amended to include the same subgroups as the plot in Section 6 and also to present the data in an identical way as Section 6. The population used to generate the forest plot, however, is different than that in Section 6. The population used in Section 14 was Intent-to-Treat (ITT).

    4. **Section 12.3 CLINICAL PHARMACOLOGY,** was amended to show the effect of certain drugs on the PK of a NOAC in a plot instead of the describing the data in paragraph form.

In Section 12.3, **CLINICAL PHARMACOLOGY**, Pharmacokinetics, the effect of certain drugs on the pharmacokinetics of a NOAC were depicted in a plot rather than describing the study data in paragraph form. To eliminate redundancy, the descriptions of the studies included in the plot were removed.

USCA5 979

**III.      May 6, 2016 Label Changes (SPAF Indication)**

1. **Section 5.2 RISK OF BLEEDING**, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.

| SECTION 5.2 RISK OF BLEEDING | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y12 platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.3)]*. | Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y12 platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.4)]*, selective serotonin reuptake inhibitors, and serotonin norepinephrine reuptake inhibitors." |

2. **Section 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT**, there was a deletion of this language, "Avoid the use of Xarelto in patients with CrCl<15 mL/min since drug exposure is increased."  In addition, the last sentence was modified to read: "Consider dose adjustment or discontinuation of Xarelto in patients who develop acute renal failures while on Xarelto."

| SECTION 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Nonvalvular Atrial Fibrillation*<br>Avoid the use of XARELTO in patients with CrCl < 15 mL/min since drug exposure is increased. Periodically assess renal function as clinically indicated (i.e. more frequently in situations in which renal function may decline) and adjust therapy accordingly. Discontinue XARELTO in patients who develop acute renal failure while on XARELTO [*see Use in Specific Populations (8.7)]*. | *Nonvalvular Atrial Fibrillation*<br>Periodically assess renal function as clinically indicated (i.e., more frequently in situations in which renal function may decline) and adjust therapy accordingly [*see Dosage and Administration (2.3)]*. Consider dose adjustment or discontinuation of XARELTO in patients who develop acute renal failure while on XARELTO [*see Use in Specific Populations (8.7)]*. |

USCA5 980

3. **Section 7.4 DRUG-DISEASE INTERATIONS WITH DRUGS THAT INHIBIT CYTOCHROM P450 3A4 ENSYMES AND DRUG TRANSPORT SYSTEMS -** minor changes only.

| SECTION 7.4 DRUG-DISEASE INTERACTIONS WITH DRUGS THAT INHIBIT CYTOCHROM P450 3A4 ENZYMES AND DRUG TRANSPORT SYSTEMS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with either combined P-gp and/or weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)] *[see Use in Specific Populations (8.7)].* | While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and either weak (e.g., amiodarone) or moderate CYP3A4 inhibitors (e.g., diltiazem, verapamil, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)] *[see Use in Specific Populations (8.7)].* |

4. **Section 8.7 RENAL IMPAIRMENT**, the addition of a section addressing patients with end stage renal disease on dialysis.

| SECTION 8.7 RENAL IMPAIRMENT | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | ***Patients with End-Stage Renal Disease on Dialysis*** Clinical efficacy and safety studies with XARELTO did not enroll patients with end-stage renal disease (ESRD) on dialysis. In patients with ESRD maintained on intermittent hemodialysis, administration of XARELTO 15 mg once daily will result in concentrations of rivaroxaban and pharmacodynamic activity similar to those observed in the ROCKET AF study [see Clinical Pharmacology (12.2, 12.3)]. It is not known whether these concentrations will lead to similar stroke reduction and bleeding risk in patients with ESRD on dialysis as was seen in ROCKET AF. |

USCA5 981

5. **Section 12.2 PHARMACODYNAMICS SPECIFIC POPULATIONS**, the addition of a section addressing renal impairment and hepatic impairment.

<table>
<tr><td colspan="2" align="center">***SECTION 12.2 PHARMACODYNAMICS***<br>***SPECIFIC POPULATIONS***</td></tr>
<tr><td align="center">*PREVIOUS LANGUAGE*</td><td align="center">*REVISED LANGUAGE*</td></tr>
<tr><td>*Language in the right column did not exist in the previous label.*</td><td>

***Specific Populations***
***Renal Impairment***
The relationship between systemic exposure and pharmacodynamic activity of rivaroxaban was altered in subjects with renal impairment relative to healthy control subjects [see Use in Specific Populations (8.7)].

**Table 7: Percentage Increase in Rivaroxaban PK and PD Measures in Subjects with Renal Impairment Relative to Healthy Subjects from Clinical Pharmacology Studies**

| Measure | Parameter | Creatinine Clearance (mL/min) | | | | |
|---|---|---|---|---|---|---|
| | | 50-79 | 30-49 | 15-29 | ESRD (on dialysis)* | ESRD (post-dialysis)* |
| Exposure | AUC | 44 | 52 | 64 | 47 | 56 |
| FXa Inhibition | AUEC | 50 | 86 | 100 | 49 | 33 |
| PT Prolongation | AUEC | 33 | 116 | 144 | 112 | 158 |

***Hepatic Impairment***
Anti-Factor Xa activity was similar in subjects with normal hepatic function and in mild hepatic impairment (Child-Pugh A class). There is no clear understanding of the impact of hepatic impairment beyond this degree on the coagulation cascade and its relationship to efficacy and safety.

</td></tr>
</table>

USCA5 982

6.  **Section 12.3 PHARMACOKINETICS EXCRETION**, minor modifications.

| SECTION 12.3 PHARMACOKINETICS EXCRETION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| **Excretion**<br>Following oral administration, approximately one-third of the absorbed dose is excreted unchanged in the urine, with the remaining two-thirds excreted as inactive metabolites in both the urine and feces. In a Phase 1 study, following the administration of a [14C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown. | **Excretion**<br>In a Phase 1 study, following the administration of [14C]-rivaroxaban, approximately one-third (36%) was recovered as unchanged drug in the urine and 7% was recovered as unchanged drug in feces. Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown. |

USCA5 983

**7.** **Section 12.3 PHARMACOKINETICS SPECIFIC POPULATIONS**, the addition of a section addressing the effect of the level of renal impairment, age, body weight, etc. on the pharmacokinetics (PK) of rivaroxaban

| SECTION 12.3 PHARMACOKINETICS SPECIFIC POPULATIONS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| ***Language in the right column did not exist in the previous label.*** | **Specific Populations** The effects of level of renal impairment, age, body weight, and level of hepatic impairment on the pharmacokinetics of rivaroxaban are summarized in Figure 2. **Figure 2: Effect of Specific Populations on the Pharmacokinetics of Rivaroxaban**  * ESRD subjects maintained with chronic and stable hemodialysis; reported PK findings are following single dose of rivaroxaban post hemodialysis. † Creatinine clearance 15 to 29 mL/min. |

USCA5 984

8. **Section 12.3 PHARMACOKINETCS ELDERLY,** substantial reduction in the information pertaining to the elderly that eliminates all information previously stated, except the length of the half-life in the elderly which is 11 to 13 hours.

| SECTION 12.3 PHARMACOKINETICS ELDERLY | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| **Elderly** In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly [see Use in Specific Populations (8.5)]. | **Elderly** The terminal elimination half-life is 11 to 13 hours in the elderly [see Use in Specific Populations (8.5)]. |

9. **Section 12.3 PHARMACOKINETCS BODY WEIGHT**, removed from the label.

| SECTION 12.3 PHARMACOKINETICS BODY WEIGHT | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| **Body Weight** Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure. | *Removed from label.* |

10. **Section 12.3 PHARMACOKINETICS RENAL IMPAIRMENT**, additional information regarding hemodialysis in ESRD subjects.

| SECTION 12.3 PHARMACOKINETICS RENAL IMPAIRMENT | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| *Language in the right column did not exist in the previous label.* | *[ADDED THE FOLLOWING PARAGRAPH]* *Hemodialysis in ESRD subjects:* Systemic exposure to rivaroxaban administered as a single 15 mg dose in ESRD subjects dosed 3 hours after the completion of a 4-hour hemodialysis session (post-dialysis) is 56% higher when compared to subjects with normal renal function (see Table 7). The systemic exposure to rivaroxaban administered 2 hours prior to a 4-hour hemodialysis session with |

USCA5 985

| | a dialysate flow rate of 600 mL/min and a blood flow rate in the range of 320 to 400 mL/min is 47% higher compared to those with normal renal function. The extent of the increase is similar to the increase in patients with CrCl 15 to 50 mL/min taking XARELTO 15 mg. Hemodialysis had no significant impact on rivaroxaban exposure. Protein binding was similar (86% to 89%) in healthy controls and ESRD subjects in this study.<br><br>*[REMOVED TABLE 7 FROM LABEL – "Percent Increase of rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study"]* |
|---|---|

**11. MEDICATION GUIDE**, Included an addition to list SSRIs as a concomitant medication that may increase the risk of bleeding with use of Xarelto.

| *MEDICATION GUIDE* | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:<br>• aspirin or aspirin containing products<br>• non-steroidal anti-inflammatory drugs (NSAIDs)<br>• warfarin sodium (Coumadin®, Jantoven®)<br>• any medicine that contains heparin<br>• clopidogrel (Plavix®)<br>• other medicines to prevent or treat blood clots | You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:<br>• aspirin or aspirin containing products<br>• non-steroidal anti-inflammatory drugs (NSAIDs)<br>• warfarin sodium (Coumadin®, Jantoven®)<br>• any medicine that contains heparin<br>• clopidogrel (Plavix®)<br>• <u>Selective serotonin reuptake inhibitors (SSRIs) or serotonin norepinephrine reuptake inhibitors (SNRIs)</u><br>• other medicines to prevent or treat blood clots |

USCA5 986

# ALL LABEL CHANGES FOR NDA/sNDA 022406[5]

## XARELTO INDICATION FOR THE PROPHYLAXIS OF DVT FOLLOWING HIP AND KNEE REPLACEMENT SURGERY
### (JULY 1, 2011 APPROVAL DATE)

## XARELTO INDICATION FOR TREATMENT OF DVT AND PE, AND REDUCTION IN THE RISK OF RECURRENCE OF DVT AND PE
### (NOVEMBER 2, 2012 APPROVAL DATE)

The post-hip/knee replacement surgery indication for Xarelto (NDA 022406; prophylaxis of DVT following hip and knee replacement surgery) was approved by the FDA on July 1, 2011, and the VTE indication for Xarelto (sNDA 022406; treatment of DVT and PE, and reduction in the risk of recurrence of DVT and PE) was approved by the FDA on November 2, 2012.  Since that time, there have been seven (7) labeling revisions to date regarding NDA (and sNDA) 022406. A summary is provided below, as well as a more in-depth review of the label changes.

*Following is a summary of all label changes for NDA/sNDA 022406:*

- **March 1, 2013**[6]: Section 2.8 Administration Options was added to the label to provide information for patients who are unable to swallow whole tablets.

- **January 7, 2014**[7]:
  a) Section 5.2 RISK OF BLEEDING and Section 12.2 PHARMACODYNAMICS were modified to include updated data from the PCC clinical pharmacology study.
  b) Section 5.9 warning section added a warning/precaution for acute PE in hemodynamically unstable patients or patients who require thrombolysis or pulmonary embolectomy.
  c) Section 12 MECHANISM OF ACTION added more specific information about Factor Xa (FXa) inhibitor.

- **February 13, 2014**[8]:  Additions were made to Section 7 DRUG INTERACTIONS and Section 12.3 CLINICAL PHARMACOLOGY to include information from a *"Study to Estimate the Effect of Multiple Doses of Erythromycin on the PK, PD and Safety of a Single Dose of Riva in Subjects with Renal Impairment and Normal Renal Function."*

---

[5] Source: Label Information, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Label_ApprovalHistory#labelinfo.
[6] Source: March 1, 2013 Label, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2013/022406s004lbl.pdf.
[7] Source: January 7, 2014 Label, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s007lbl.pdf.
[8] Source: February 13, 2014 Label, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s010lbl.pdf.

USCA5 987

- **March 6, 2014[9]**:  Changes are limited to the risk of neuraxial hematoma.

- **December 19, 2014[10]**:  In Section 6.2 POSTMARKETING EXPERIENCE, "thrombocytopenia" was added as an adverse reaction.  Additionally, the adverse reaction "cytolytic hepatitis" was replaced with "hepatitis (including hepatocellular injury)".

- **January 15, 2015[11]**:  Update is limited to Section 2.8 ADMINISTRATION OPTIONS, to include information about riva 10 mg crushed tablets.

- **August 17, 2016[12]**:
    a) Section 5.2 RISK OF BLEEDING, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.
    b) Section 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT, there was a deletion of this language, "Avoid the use of Xarelto in patients with CrCl<15 mL/min since drug exposure is increased."  In addition, the last sentence was modified to read: "Consider dose adjustment or discontinuation of Xarelto in patients who develop acute renal failures while on Xarelto."

---

[9] Source: March 6, 2014 Label, NDA/sNDA 022406, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s009lbl.pdf.
[10] Source: December 19, 2014 Label, NDA/sNDA 022406, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s015lbl.pdf.
[11] Source: January 15, 2015 Label, NDA/sNDA 022406, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022406s012lbl.pdf.
[12] Source: August 17, 2016 Label, NDA/sNDA 022406, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2016/022406s017lbl.pdf.

USCA5 988

*Following is a detailed review of all label changes for NDA/sNDA 022406:*

I.     **March 2013 Label Changes (VTE & Post-Hip/Knee Surgery Indications)**

     1.  **Section 2.8 Administration Options** was added to the label in March 2013 to provide information for patients who are unable to swallow whole tablets.

## 2.8   Administration Options

For patients who are unable to swallow whole tablets, 15 mg or 20 mg XARELTO tablets may be crushed and mixed with applesauce immediately prior to use and administered orally. After the administration of a crushed XARELTO 15 mg or 20 mg tablet, the dose should be immediately followed by food *[see Dosage and Administration (2.1, 2.3, 2.4) and Clinical Pharmacology (12.3)]*.

*Administration via nasogastric (NG) tube or gastric feeding tube:* After confirming gastric placement of the tube, 15 mg or 20 mg XARELTO tablets may be crushed and suspended in 50 mL of water and administered via an NG tube or gastric feeding tube. Since rivaroxaban absorption is dependent on the site of drug release, avoid administration of XARELTO distal to the stomach which can result in reduced absorption and thereby, reduced drug exposure. After the administration of a crushed XARELTO 15 mg or 20 mg tablet, the dose should then be immediately followed by enteral feeding *[see Clinical Pharmacology (12.3)]*.

Crushed 15 mg or 20 mg XARELTO tablets are stable in water and in applesauce for up to 4 hours. An *in vitro* compatibility study indicated that there is no adsorption of rivaroxaban from a water suspension of a crushed XARELTO tablet to PVC or silicone nasogastric (NG) tubing.

USCA5 989

II.    **January 7, 2014 Label Changes (VTE & Post-Hip/Knee Surgery Indications)**

1.    **Section 5.2 RISK OF BLEEDING and Section 12.2 PHARMACODYNAMICS** were modified to include updated data from the PCC clinical pharmacology study.

| **07/2011 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| Bleeding can occur at any site during therapy with XARELTO. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss. |

| **11/2012 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban. Use of procoagulant reversal agents such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (rFVIIa) may be considered but has not been evaluated in clinical trials. |

| **01/2014 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| *Reversal of Anticoagulant Effect:*<br><br>A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. Partial reversal of prothrombin time prolongation has been seen after administration of prothrombin complex concentrates (PCCs) in healthy volunteers. The use of other procoagulant reversal agents like activated prothrombin complex concentrate (APCC) or recombinant factor VIIa (rFVIIa) has not been evaluated. |

USCA5 990

| 07/2011 Label – Section 12.2 Pharmacodynamics |
|---|
| **12.2 Pharmacodynamics**<br><br>Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established. |
| **01/2014 Label – Section 12.2 Pharmacodynamics** |
| **12.2 Pharmacodynamics**<br><br>Dose-dependent inhibition of FXa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. |

2. **Section 5.9 warning section** added a warning/precaution for acute PE in hemodynamically unstable patients or patients who require thrombolysis or pulmonary embolectomy.

### 5.9 Acute PE in Hemodynamically Unstable Patients or Patients Who Require Thrombolysis or Pulmonary Embolectomy

Initiation of XARELTO is not recommended acutely as an alternative to unfractionated heparin in patients with pulmonary embolism who present with hemodynamic instability or who may receive thrombolysis or pulmonary embolectomy.

3. **Section 12 MECHANISM OF ACTION** added more specific information about Factor Xa (FXa) inhibitor.

| 07/2011 Label – Section 12.1 Mechanism of Action |
|---|
| **12.1 Mechanism of Action**<br><br>XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation. |

USCA5 991

| 01/2014 Label – Section 12.1 Mechanism of Action |
| --- |
| **12.1  Mechanism of Action**<br><br>XARELTO is a selective inhibitor of FXa. It does not require a cofactor (such as Anti-thrombin III) for activity. Rivaroxaban inhibits free FXa and prothrombinase activity. Rivaroxaban has no direct effect on platelet aggregation, but indirectly inhibits platelet aggregation induced by thrombin. By inhibiting FXa, rivaroxaban decreases thrombin generation. |

USCA5 992

**III.**      <u>**February 13, 2014 Label Changes (VTE & Post-Hip/Knee Surgery Indications)**</u>

1. Additions were made to **Section 7 DRUG INTERACTIONS** to include information regarding the *"Study to Estimate the Effect of Multiple Doses of Erythromycin on the PK, PD and Safety of a Single Dose of Riva in Subjects with Renal Impairment and Normal Renal Function."*

<table>
<tr><td align="center"><b>07/2011 Label – Section 7 DRUG INTERACTIONS</b></td></tr>
</table>

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.

- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

<table>
<tr><td align="center"><b>02/2014 Label – Section 7 DRUG INTERACTIONS</b></td></tr>
</table>

USCA5 993

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors (ketoconazole, ritonavir, clarithromycin, erythromycin and fluconazole), increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. The increases in exposure ranged from 30% to 160%. Significant increases in rivaroxaban exposure may increase bleeding risk *[see Clinical Pharmacology (12.3)]*.

When data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors *[see Warnings and Precautions (5.6)]*.

2. Section **12.3 CLINICAL PHARMACOLOGY,** the following paragraph was added to include information regarding the "*Study to Estimate the Effect of Multiple Doses of Erythromycin on the PK, PD and Safety of a Single Dose of Riva in Subjects with Renal Impairment and Normal Renal Function.*"

In a study with 44 healthy subjects, both mean AUC and $C_{max}$ values for 20 mg rivaroxaban administered orally as a crushed tablet mixed in applesauce were comparable to that after the whole tablet. However, for the crushed tablet suspended in water and administered via an NG tube followed by a liquid meal, only mean AUC was comparable to that after the whole tablet, and $C_{max}$ was 18% lower.

USCA5 994

IV.     __March 6, 2014 Label Changes (VTE & Post-Hip/Knee Surgery Indications)__

    1.  Changes regarding the risk of neuraxial hematoma in the Boxed Warning.

<table>
<tr><td align="center"><strong>11/2012 Label – Boxed Warning</strong></td></tr>
<tr><td>

**B. SPINAL/EPIDURAL HEMATOMA**

Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:

- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery

*[see Warnings and Precautions (5.2, 5.3) and Adverse Reactions (6.2)].*

</td></tr>
<tr><td align="center"><strong>03/2014 Label - Boxed Warning</strong></td></tr>
<tr><td>

**B. SPINAL/EPIDURAL HEMATOMA**

Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:

- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery
- optimal timing between the administration of XARELTO and neuraxial procedures is not known

*[see Warnings and Precautions (5.2, 5.3) and Adverse Reactions (6.2)].*

</td></tr>
</table>

USCA5 995

2. **Section 5.3 Spinal/Epidural Anesthesia or Puncture** amended to include additional information regarding the risk of neuraxial hematoma. The following paragraphs were added to this section of the 03/2014 label:

To reduce the potential risk of bleeding associated with the concurrent use of rivaroxaban and epidural or spinal anesthesia/analgesia or spinal puncture, consider the pharmacokinetic profile of rivaroxaban *[see Clinical Pharmacology (12.3)]*. Placement or removal of an epidural catheter or lumbar puncture is best performed when the anticoagulant effect of rivaroxaban is low; however, the exact timing to reach a sufficiently low anticoagulant effect in each patient is not known.

Should the physician decide to administer anticoagulation in the context of epidural or spinal anesthesia/analgesia or lumbar puncture, monitor frequently to detect any signs or symptoms of neurological impairment, such as midline back pain, sensory and motor deficits (numbness, tingling, or weakness in lower limbs), bowel and/or bladder dysfunction. Instruct patients to immediately report if they experience any of the above signs or symptoms. If signs or symptoms of spinal hematoma are suspected, initiate urgent diagnosis and treatment including consideration for spinal cord decompression even though such treatment may not prevent or reverse neurological sequelae.

USCA5 996

## V.  December 19, 2014 Label Changes (VTE & Post-Hip/Knee Surgery Indications)

1. **Section 6.2 POSTMARKETING EXPERIENCE** adds "thrombocytopenia" as an adverse reaction and replaces the adverse reaction term "cytolytic hepatitis" with "hepatitis (including hepatocellular injury)" in **Section 6.2 POSTMARKETING EXPERIENCE.**

| 11/2012 Label – Section 6.2 Postmarketing Experience |
| --- |
| The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. |
| *Blood and lymphatic system disorders:* agranulocytosis |
| *Gastrointestinal disorders:* retroperitoneal hemorrhage |
| *Hepatobiliary disorders:* jaundice, cholestasis, cytolytic hepatitis |
| *Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock, angioedema |
| *Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis |
| *Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome |

| 12/2014 Label – Section 6.2 Postmarketing Experience |
| --- |
| The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. |
| *Blood and lymphatic system disorders:* agranulocytosis, thrombocytopenia |
| *Gastrointestinal disorders:* retroperitoneal hemorrhage |
| *Hepatobiliary disorders:* jaundice, cholestasis, hepatitis (including hepatocellular injury) |
| *Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock, angioedema |
| *Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis |
| *Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome |

USCA5 997

## VI.  January 15, 2015  Label Changes (VTE & Post-Hip/Knee Surgery Indications)

1.  Update limited to **Section 2.8 ADMINISTRATION OPTIONS** to include information about riva 10 mg crushed tablets.

| 03/2013·Label·---·Section·2.8·Administration·Options·¶<br>[*03/2013·is·the·date·this·section·was·added·to·the·label*]¤ |
| --- |
| Crushed 15 mg or 20 mg XARELTO tablets are stable in water and in applesauce for up to 4 hours. An *in vitro* compatibility study indicated that there is no adsorption of rivaroxaban from a water suspension of a crushed XARELTO tablet to PVC or silicone nasogastric (NG) tubing. |
| 01/2015·Label·Change·---·Section·2.8·Administration·Options¤ |
| Crushed 10 mg, 15 mg or 20 mg XARELTO tablets are stable in water and in applesauce for up to 4 hours. An *in vitro* compatibility study indicated that there is no adsorption of rivaroxaban from a water suspension of a crushed XARELTO tablet to PVC or silicone nasogastric (NG) tubing. |

USCA5 998

**VII.**   **August 19, 2016 Label Changes (VTE & Post-Hip/Knee Surgery Indications)**

1. **Section 5.2 RISK OF BLEEDING**, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.

| SECTION 5.2 RISK OF BLEEDING | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y$_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.3)]*. | Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y$_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.4)]*, selective serotonin reuptake inhibitors, and serotonin norepinephrine reuptake inhibitors." |

2. **Section 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT**, there was a deletion of this language, "Avoid the use of Xarelto in patients with CrCl<15 mL/min since drug exposure is increased."  In addition, the last sentence was modified to read: "Consider dose adjustment or discontinuation of Xarelto in patients who develop acute renal failures while on Xarelto."

| SECTION 5.4 USE IN PATIENTS WITH RENAL IMPAIRMENT | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Nonvalvular Atrial Fibrillation*<br>Avoid the use of XARELTO in patients with CrCl < 15 mL/min since drug exposure is increased. Periodically assess renal function as clinically indicated (i.e. more frequently in situations in which renal function may decline) and adjust therapy accordingly. Discontinue XARELTO in patients who develop acute renal failure while on XARELTO [*see Use in Specific Populations (8.7)]*. | *Nonvalvular Atrial Fibrillation*<br>Periodically assess renal function as clinically indicated (i.e., more frequently in situations in which renal function may decline) and adjust therapy accordingly [*see Dosage and Administration (2.4)]*. Consider dose adjustment or discontinuation of XARELTO in patients who develop acute renal failure while on XARELTO [*see Use in Specific Populations (8.7)]*. |

USCA5 999

Case 2:14-md-02592-EEF-MBN Document 5599-1 SEALED Filed 03/02/17 Page 164 of 343

# **Schedule 5**

# **Summary of Label Changes Regarding Bleeding Risk**

USCA5 1000

# LABEL CHANGES REGARDING BLEEDING RISK
# NDA 202439[1]

## XARELTO INDICATION FOR THE REDUCTION OF RISK OF STROKE AND SYSTEMIC EMBOLISM IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION
## (NOVEMBER 4, 2011 APPROVAL DATE)

The SPAF indication for Xarelto (NDA 202439; reduction of risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation) was approved by the FDA on November 4, 2011.  Below is a summary of labeling revisions regarding bleeding risk for NDA 202439, as well as a more in-depth review of the label changes.

*Following is a summary of label changes regarding bleeding risk for NDA 202439:*

- **September 10, 2015[2]:**
    a) Changes were made to Section 6 ADVERSE REACTIONS, to include, among other things, a forest plot of the risk of major bleeding events by baseline patient characteristics in ROCKET – reflected in Figure 1. This data is based on geographical region and as to the US patients who participated in the ROCKET trial. This plot shows that U.S. patients have a statistically significant increased risk of suffering a major bleed compared to warfarin users.

- **May 6, 2016[3]:**
    a) Section 5.2 RISK OF BLEEDING, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.
    b) MEDICATION GUIDE, included an addition to list SSRIs as a concomitant medication that may increase the risk of bleeding with use of Xarelto.

---

[1] Source: Label Information, NDA 202439, available at
http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Label_ApprovalHistory#labelinfo.
[2] Source: September 10, 2015 Label, NDA 202439, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2015/202439s015lbl.pdf.
[3] Source: May 6, 2016 Label, NDA 202439, available at
http://www.accessdata.fda.gov/drugsatfda_docs/label/2016/202439s017lbl.pdf.

USCA5 1001

*Following is a detailed review of label changes regarding bleeding risk for NDA 202439:*

I.  **September 10, 2015 Label Changes (NDA 202439)**

1.  **Section 6 ADVERSE REACTIONS** – Table 1 (Bleeding Events in ROCKET AF) was updated to "harmonize the presentation of safety and efficacy data in the labels" for all NOACs.

---

### 11/2011 Approval Label – Section 6 ADVERSE REACTIONS

Table 1:    Bleeding Events in ROCKET AF*

| Parameter | XARELTO N = 7111 n (%) | Event Rate (per 100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (per 100 Pt-yrs) |
|---|---|---|---|---|
| Major bleeding[†] | 395 (5.6) | 3.6 | 386 (5.4) | 3.5 |
| Bleeding into a critical organ[‡] | 91 (1.3) | 0.8 | 133 (1.9) | 1.2 |
| Fatal bleeding | 27 (0.4) | 0.2 | 55 (0.8) | 0.5 |
| Bleeding resulting in transfusion of ≥ 2 units of whole blood or packed red blood cells | 183 (2.6) | 1.7 | 149 (2.1) | 1.3 |
| Gastrointestinal bleeding | 221 (3.1) | 2.0 | 140 (2.0) | 1.2 |

\* For all sub-types of major bleeding, single events may be represented in more than one row, and individual patients may have more than one event.
† Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥ 2 g/dL, transfusion of ≥ 2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome. Hemorrhagic strokes are counted as both bleeding and efficacy events. Major bleeding rates excluding strokes are 3.3 per 100 Pt-yrs for XARELTO vs. 2.9 per 100 Pt-yrs for warfarin.
‡ The majority of the events were intracranial, and also included intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

---

### 09/2015 Revised Label – Section 6 ADVERSE REACTIONS

Table 1:    Bleeding Events in ROCKET AF*- On Treatment Plus 2 Days

| Parameter | XARELTO N = 7111 n (%/year) | Warfarin N = 7125 n (%/year) | XARELTO vs. Warfarin HR (95% CI) |
|---|---|---|---|
| Major Bleeding[†] | 395 (3.6) | 386 (3.5) | 1.04 (0.90, 1.20) |
| Intracranial Hemorrhage (ICH)[‡] | 55 (0.5) | 84 (0.7) | 0.67 (0.47, 0.93) |
| Hemorrhagic Stroke[§] | 36 (0.3) | 58 (0.5) | 0.63 (0.42, 0.96) |
| Other ICH | 19 (0.2) | 26 (0.2) | 0.74 (0.41, 1.34) |
| Gastrointestinal (GI)[¶] | 221 (2.0) | 140 (1.2) | 1.61 (1.30, 1.99) |
| Fatal Bleeding[#] | 27 (0.2) | 55 (0.5) | 0.50 (0.31, 0.79) |
| ICH | 24 (0.2) | 42 (0.4) | 0.58 (0.35, 0.96) |

---

USCA5 1002

| Parameter | XARELTO<br>N = 7111<br>n (%/year) | Warfarin<br>N = 7125<br>n (%/year) | XARELTO vs. Warfarin<br>HR<br>(95% CI) |
|---|---|---|---|
| Non-intracranial | 3 (0.0) | 13 (0.1) | 0.23 (0.07, 0.82) |

Abbreviations: HR = Hazard Ratio, CI = Confidence interval, CRNM = Clinically Relevant Non-Major.

\* Major bleeding events within each subcategory were counted once per patient, but patients may have contributed events to multiple subcategories. These events occurred during treatment or within 2 days of stopping treatment.

† Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥2 g/dL, a transfusion of ≥2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome.

‡ Intracranial bleeding events included intraparenchymal, intraventricular, subdural, subarachnoid and/or epidural hematoma.

§ Hemorrhagic stroke in this table specifically refers to non-traumatic intraparenchymal and/or intraventricular hematoma in patients on treatment plus 2 days.

¶ Gastrointestinal bleeding events included upper GI, lower GI, and rectal bleeding.

\# Fatal bleeding is adjudicated death with the primary cause of death from bleeding.

USCA5 1003

2. **A forest plot was added to Section 6 ADVERSE REACTIONS,** which includes the Major Bleeding Events for U.S. and Outside the U.S. for riva and warfarin. [*See comment box which highlights data in Figure 1 below*]. ***Specifically, the label was changed to include U.S. bleeding rates, which show an increased risk of bleeding events for Xarelto users in comparison to warfarin users.***

Figure 1: Risk of Major Bleeding Events by Baseline Characteristics in ROCKET AF – On Treatment Plus 2 Days



USCA5 1004

II.       **May 6, 2016 Label Changes (NDA 202439)**

1.  **Section 5.2 RISK OF BLEEDING**, there was an addition of SSRIs to the list of
    concomitant drugs that increase the risk of bleeding with Xarelto use.

| SECTION 5.2 RISK OF BLEEDING | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y12 platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.3)].* | Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y12 platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.4)],* selective serotonin reuptake inhibitors, and serotonin norepinephrine reuptake inhibitors." |

2.  **MEDICATION GUIDE**, Included an addition to list SSRIs as a concomitant medication
    that may increase the risk of bleeding with use of Xarelto.

| MEDICATION GUIDE | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:<br>• aspirin or aspirin containing products<br>• non-steroidal anti-inflammatory drugs (NSAIDs)<br>• warfarin sodium (Coumadin®, Jantoven®)<br>• any medicine that contains heparin<br>• clopidogrel (Plavix®)<br>• other medicines to prevent or treat blood clots | You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:<br>• aspirin or aspirin containing products<br>• non-steroidal anti-inflammatory drugs (NSAIDs)<br>• warfarin sodium (Coumadin®, Jantoven®)<br>• any medicine that contains heparin<br>• clopidogrel (Plavix®)<br>• Selective serotonin reuptake inhibitors (SSRIs) or serotonin norepinephrine reuptake inhibitors (SNRIs)<br>• other medicines to prevent or treat blood clots |

USCA5 1005

# LABEL CHANGES REGARDING BLEEDING RISK
# NDA/sNDA 022406[4]

## XARELTO INDICATION FOR THE PROPHYLAXIS OF DVT FOLLOWING HIP AND KNEE REPLACEMENT SURGERY
## (JULY 1, 2011 APPROVAL DATE)

## XARELTO INDICATION FOR TREATMENT OF DVT AND PE, AND REDUCTION IN THE RISK OF RECURRENCE OF DVT AND PE
## (NOVEMBER 2, 2012 APPROVAL DATE)

The post-hip/knee replacement surgery indication for Xarelto (NDA 022406; prophylaxis of DVT following hip and knee replacement surgery) was approved by the FDA on July 1, 2011, and the VTE indication for Xarelto (sNDA 022406; treatment of DVT and PE, and reduction in the risk of recurrence of DVT and PE) was approved by the FDA on November 2, 2012. Below is a summary of labeling revisions regarding bleeding risk for NDA (and sNDA) 022406, as well as a more in-depth review of the label changes.

*Following is a summary of label changes regarding bleeding risk for NDA/sNDA 022406:*

- **January 7, 2014[5]**:
  a) Section 5.2 RISK OF BLEEDING modified to include updated data from the PCC clinical pharmacology study.

- **August 17, 2016[6]**:
  a) Section 5.2 RISK OF BLEEDING, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.

---

[4] Source: Label Information, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Label_ApprovalHistory#labelinfo.
[5] Source: January 7, 2014 Label, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s007lbl.pdf.
[6] Source: August 17, 2016 Label, NDA/sNDA 022406, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2016/022406s017lbl.pdf.

USCA5 1006

*Following is a detailed review of all label changes for NDA/sNDA 022406:*

I.   <u>**January 7, 2014 Label Changes (VTE & Post-Hip/Knee Surgery Indications)**</u>

1. **Section 5.2 RISK OF BLEEDING** modified to include updated data from the PCC clinical pharmacology study.

| **07/2011 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| Bleeding can occur at any site during therapy with XARELTO. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss. |

| **11/2012 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban. Use of procoagulant reversal agents such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (rFVIIa) may be considered but has not been evaluated in clinical trials. |

| **01/2014 Label – Section 5.2 RISK OF BLEEDING** |
|---|
| *Reversal of Anticoagulant Effect:* <br><br> A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. Partial reversal of prothrombin time prolongation has been seen after administration of prothrombin complex concentrates (PCCs) in healthy volunteers. The use of other procoagulant reversal agents like activated prothrombin complex concentrate (APCC) or recombinant factor VIIa (rFVIIa) has not been evaluated. |

USCA5 1007

## II.   <u>August 19, 2016 Label Changes (VTE & Post-Hip/Knee Surgery Indications)</u>

1. **Section 5.2 RISK OF BLEEDING**, there was an addition of SSRIs to the list of concomitant drugs that increase the risk of bleeding with Xarelto use.

| SECTION 5.2 RISK OF BLEEDING | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y$_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.3)]*. | Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, P2Y$_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, non-steroidal anti-inflammatory drugs (NSAIDs) [*see Drug Interactions (7.4)]*, <u>selective serotonin reuptake inhibitors, and serotonin norepinephrine reuptake inhibitors.</u>" |

USCA5 1008

Case 2:14-md-02592-EEF-MBN Document 5995-3 SEALED Filed 03/02/17 Page 173 of 343

**<u>Schedule 6</u>**

**Summary of Mechanism of Action for Xarelto**

USCA5 1009

# SUMMARY OF MECHANISM OF ACTION FOR XARELTO[1]

Rivaroxaban (Xarelto) is a selective inhibitor of Factor Xa. Xarelto was designed to specifically target Factor Xa in the coagulation process because Factor Xa occupies the crossroads between the intrinsic and extrinsic pathways. Xarelto inhibits free, prothrombinase-associated and clot-associated Factor Xa, with no direct effect on platelet aggregation. Xarelto decreases thrombin generation by inhibiting Factor Xa. The half-life of Xarelto is 5-9 hours in healthy subjects (ages 20-45 years), and 11-13 hours in the elderly.



Sources:

https://www.xareltohcp.com/about-xarelto/about-factor-xa.html

http://thrombosisjournal.biomedcentral.com/articles/10.1186/1477-9560-11-10

_____

[1] This summary of the mechanism of action for Xarelto is not intended to be a full description in detail.

USCA5 1010

Case 2:14-md-02592-EEF-MBN Document 5599-1 SEALED Filed 03/02/17 Page 175 of 343

**Schedule 7**

**Description of Clinical Trials for Xarelto**

USCA5 1011

# DESCRIPTION OF CLINICAL TRIALS FOR XARELTO[1]

| | PHASE I CLINICAL TRIALS | | | | | |
|---|---|---|---|---|---|---|
| | *Study Title/Name* | *Study Number* | *Study Initiated Date* | *Study Completed Date* | *Patients Completed / Patients Enrolled* | *Clinical Study Report* |
| 1 | Randomized, single-blind, placebo-controlled, group-comparison (with one cross-over dose step) dose-escalation study in healthy male subjects to investigate the safety, tolerability and pharmacodynamics effect as well as the pharmacokinetics of BAY 59-7939 after single oral doses starting with 10 mg of BAY 59-7939 as oral solution or tablet | 10842 | 1/30/2002 | 2/10/2003 | 103 \| 108 | XARELTO_BHCP_00004116 XARELTO_BPAG_00154332-53 XARELTO_BPAH_00154354-5824 XARELTO_BPAG_00155825-7116 |
| 2 | Single dose, non-blinded, randomized, non-placebo-controlled crossover study to investigate the potential influence of 40 mg of enoxaparin on the safety, tolerability, pharmacodynamics, and pharmacokinetics of 10 mg BAY 59-7939 and vice versa in healthy-, male subjects | 10848 | 8/14/2002 | 10/2/2002 | 10 \| 12 | XARELTO_BHCP_00004151 XARELTO_BPAG_00168079-88 XARELTO_BPAG_00168089-696 XARELTO_BPAG_00168697 XARELTO_BPAG_00169052 |

---

[1] This is not intended to be an exhaustive list of all clinical trials for Xarelto.

USCA5 1012

| 3 | The effects of age and gender on the pharmacokinetics and pharmacodynamics of BAY 59-7939 | 10850 | 7/17/2002 | 9/5/2002 | 48 \| 48 | XARELTO_BHCP_00004123 |
|---|---|---|---|---|---|---|
| 4 | Single-center, non-randomized, non-placebo-controlled, nonblinded, cross-over investigation of the pharmacokinetics of BAY 59-7939 after single dose application of BAY 59-7939 either as conventional BAY 59-7939 tablets or as topical release of BAY 59-7939 drug substance or drug solution (both via the Enterion capsule) in healthy male volunteers | 10924 | 8/5/2002 | 2/26/2003 | 7 \| 9 | XARELTO_BHCP_00004065 XARELTO_BPAG_00186612-20 XARELTO_BPAG_00186621-7207 XARELTO_BPAG_00187208-544 |
| 5 | Single dose, non-blinded, randomized, non-placebo-controlled crossover study to compare safety, tolerability, pharmacodynamics and pharmacokinetics of 20 mg BAY 59-7939 given either as four 5 mg tablets or one 20 mg tablet and to investigate the effect of a high fat, high calorie or high carbohydrate meal on safety, tolerability and pharmacokinetics of one 20 mg tablet BAY 59-7939 in healthy, male subjects | 10989 | 8/14/2002 | 9/19/2002 | 10 \| 12 | XARELTO_BHCP_00004068 XARELTO_BPAG_00190327-36 XARELTO_BPAG_00190337-958 XARELTO_BPAG_00190959-1293 |
| 6 | Randomized, non-blind, non-controlled, 3-way crossover study | 10990 | 2/18/2003 | 4/17/2003 | 10 \| 12 | XARELTO_BHCP_00004070 XARELTO_BPAG_00189397- |

USCA5 1013

| | to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 203) with and without food in comparison to the immediate release formulation in healthy male subjects | | | | | 410 XARELTO_BPAG_00189411-967 XARELTO_BPAG_00189968-90326 |
|---|---|---|---|---|---|---|
| 7 | Single centre, open, non-randomized, non-placebo-controlled study to investigate the metabolism, excretion pattern, mass balance, safety, tolerability and pharmacokinetics after single dose oral administration of 10 mg (14C) BAY 59-7939 in healthy, male subjects | 10991 | 3/25/2003 | 7/28/2008 | 4 \| 4 | XARELTO_BHCP_00004121 XARELTO_BPAG_00109821-29 XARELTO_BPAG_00109491-99 XARELTO_BPAG_00185913-21 XARELTO_BPAG_00185922-23 XARELTO_BPAG_00186524-611 |
| 8 | Randomized, non-blinded, non-placebo-controlled, threefold cross-over study to investigate the influence of a coadministration of 7.5 mg midazolam on the safety, tolerability, pharmacodynamics and pharmacokinetics of 20 mg BAY 59-7939 single oral dose and vice versa in healthy male subjects | 10993 | 3/26/2003 | 5/19/2003 | 12 \| 12 | XARELTO_BHCP_00004157 XARELTO_BPAG_00170584-96 XARELTO_BPAG_00170597-1276 |
| 9 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (402) with and without food in | 10996 | 3/14/2005 | 4/20/2005 | 12 \| 13 | XARELTO_BHCP_00004073 XARELTO_BPAG_00171277 XARELTO_BPAG_00171652 |

USCA5 1014

| | | | | | |
|---|---|---|---|---|---|
| | comparison to the immediate release formulation in healthy male subjects | | | | | |
| 10 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 520) with and without food in comparison to the immediate release formulation in healthy male subjects | 10997 | 4/13/2005 | 5/24/2005 | 11 \| 12 | XARELTO_BHCP_00004075 |
| 11 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 431) with and without food in comparison to the immediate release formulation in healthy male subjects | 10998 | 5/18/2005 | 6/20/2005 | 11 \| 12 | XARELTO_BHCP_00004077 |
| 12 | Randomized, non-blind, non-placebo-controlled, 2-fold crossover study to investigate the influence of the simultaneous administration of multiple doses of BAY 59-7939 (20 mg bid) and of digoxin (0.375 mg od) on the pharmacokinetics of both drugs and to investigate the safety and tolerability of the combined | 10999 | 11/10/2003 | 1/14/2004 | 17 \| 20 | XARELTO_BHCP_00004159 |

USCA5 1015

| | | | | | |
|---|---|---|---|---|---|
| | treatment in 20 healthy male subjects | | | | |
| 13 | Randomized, non-blinded, non-placebo-controlled, cross-over study to investigate the influence of a 3 day pretreatment with 300 mg of Ranitidine on the safety, tolerability, pharmacodynamics and pharmacokinetics of 30 mg BAY 59-7939 single oral dose in healthy male subjects | 11000 | 9/25/2003 | 11/17/2003 | 12 \| 12 | XARELTO_BHCP_00004162 |
| 14 | Randomized, non-blinded, non-placebo-controlled, cross-over study to investigate the influence of a co-administration of 10 mL of Maalox on the safety, tolerability, pharmacodynamics and pharmacokinetics of 30 mg BAY 59-7939 single oral dose in healthy male subjects | 11001 | 9/10/2003 | 10/16/2003 | 11 \| 12 | XARELTO_BHCP_00004164 |
| 15 | Investigation of pharmacokinetics, pharmacodynamics, safety and tolerability of 10 mg BAY 59-7939 in male and female patients with renal impairment and in age comparable male and female subjects with normal renal function following single-dose administration in a multiple-center, non-randomized, non-controlled, non-blinded, observational study with group stratification | 11002 | 7/9/2004 | 5/4/2005 | 32 \| 32 | XARELTO_BHCP_00001800 XARELTO_BHCP_00001799 XARELTO_BHCP_00004125 |
| 16 | Investigation of pharmacokinetics, | 11003 | 1/19/2005 | 8/10/2005 | 32 \| 32 | XARELTO_BHCP_00001802 |

USCA5 1016

| | | | | | |
|---|---|---|---|---|---|
| | pharmacodynamics, safety and tolerability of 10 mg BAY 59-7939 in male and female patients with hepatic impairment (classified as Child Pugh A or B) and in age- and weight-matched male and female healthy subjects following single-dose administration in a single-center, non-randomized, non-controlled, non-blinded, observational study with group stratification | | | | | XARELTO_BHCP_00001801 XARELTO_BHCP_00004127 |
| 17 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 521) with and without food in comparison to the immediate release formulation in healthy male subjects | 11032 | 4/21/2006 | 6/2/2006 | 9 \| 9 | XARELTO_BHCP_00001804 XARELTO_BHCP_00004079 |
| 18 | Randomized, non-blinded, two-way cross-over study with an Aspirin run-in period to investigate the influence of two doses of Aspirin once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 15 mg BAY 59-7939 in 14 healthy male subjects and vice versa | 11123 | 4/6/2004 | 6/7/2004 | 13 \| 14 | XARELTO_BHCP_00004166 |
| 19 | Randomized, non-blinded, two- | 11124 | 4/26/2004 | 8/13/2004 | 11 \| 13 | XARELTO_BHCP_00004168 |

USCA5 1017

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | way cross-over study with a Naproxen run-in period to investigate the influence of two doses of Naproxen once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 15 mg BAY 59-7939 in 14 healthy male subjects and vice versa |  |  |  |  |  |
| 20 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 209) with and without food in comparison to the immediate release formulation in healthy male subjects | 11125 | 2/26/2003 | 4/14/2003 | 11 \| 12 | XARELTO_BHCP_00004081 XARELTO_BPABG_00187545-58 XARELTO_BPAG_00187559-8118 XARELTO_BPAG_00188119-491 |
| 21 | Randomized, open-label, two-fold cross-over pilot study to investigate the effect of 5 and 30 mg BAY 59-7939 on the thrombin generation in 12 health male subjects | 11140 | 1/10/2003 | 3/18/2003 | 12 \| 12 | XARELTO_BHCP_00004213 XARELTO_BPAG_00191294-302 XARELTO_BPAG_00757038-718 XARELTO_BPAG_00191303-526 |
| 22 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 206) with and without food in | 11197 | 4/10/2003 | 4/25/2003 | 11 \| 11 | XARELTO_BHCP_00004083 XARELTO_BPAG_00188492-504 XARELTO_BPAG_00188505-9050 XARELTO_BPAG_00189051-396 |

USCA5 1018

| | | | | | |
|---|---|---|---|---|---|
| | comparison to the immediate release formulation in healthy male subjects | | | | | |
| 23 | Randomized, non-blind, non-placebo-controlled, 3-way crossover study to assess the pharmacokinetics, pharmacodynamics, safety, and tolerability of BAY 59-7939 following single-dose administrations of either 5 mg or 20 mg immediate-release tablet doses in comparison to 1 mg BAY 59-7939 intravenous infusion for 30 minutes in healthy male subjects | 11273 | 8/21/2006 | 10/10/2006 | 12 \| 13 | XARELTO_BHCP_00001806 XARELTO_BHCP_00001805 XARELTO_BHCP_00004061 XARELTO_BPAG_00757719 |
| 24 | A randomized, double-blinded, double-dummy, 4-way crossover, placebo- and active-controlled Phase I study to investigate the influence of single doses (15 and 45 mg) of BAY 59-7939 on the QTc interval in healthy male and female subjects | 11275 | 5/3/2004 | 7/26/2004 | 50 \| 54 | XARELTO_BHCP_00004215 |
| 25 | Randomized, non-blinded, two-way cross-over study with a Clopidogrel run-in period to investigate the influence of two doses of Clopidogrel once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 15 mg BAY 59-7939 in 14 | 11279 | 6/28/2004 | 9/1/2004 | 11 \| 14 | XARELTO_BHCP_00004170 XARELTO_BPAG_00165630-6468 |

USCA5 1019

| | | | | | |
|---|---|---|---|---|---|
| | healthy male subjects and vice versa | | | | | |
| 26 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 521) with and without food in comparison to the immediate release formulation in healthy male subjects | 11302 | 4/21/2006 | 6/2/2006 | 9 \| 9 | XARELTO_BHCP_00001803 |
| 27 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 522) with and without food in comparison to the immediate release formulation in healthy male subjects | 11321 | 4/21/2006 | 5/18/2006 | 11 \| 12 | XARELTO_BHCP_00001808 XARELTO_BHCP_00001807 XARELTO_BHCP_00004085 XARELTO_BPAG_00194723-5443 |
| 28 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacodynamics, pharmacokinetics, safety, and tolerability of an extended release formulation of BAY 59-7939 (E 523) with and without food in comparison to the immediate release formulation in healthy male subjects | 11322 | 4/19/2006 | 5/30/2006 | 12 \| 12 | XARELTO_BHCP_00001810 XARELTO_BHCP_00001809 XARELTO_BHCP_00004087 XARELTO_BPAG_00195444 |
| 29 | Randomized, single-blind, | 11529 | 4/1/2004 | 6/15/2004 | 48 \| 52 | XARELTO_BHCP_00004135 |

USCA5 1020

| | | | | | XARELTO_BPAG_00208498 |
|---|---|---|---|---|---|
| | placebo-controlled dose escalation study in elderly male and female healthy subjects to investigate the safety, tolerability, pharmacodynamics and pharmacokinetics of BAY 59-7939 given after a standard breakfast | | | | | |
| 30 | Single-blind, randomized investigation of safety, pharmacodynamics and pharmacokinetics of a single oral dose of 10 mg BAY 59-7939 in male and female subjects of different weight categories | 11568 | 8/25/2004 | 10/29/2004 | 48 \| 48 | XARELTO_BHCP_00004137 |
| 31 | Investigation of safety, tolerability, pharmacodynamics, and pharmacokinetics of a single oral dose of 10 0mg BAY 59-7939 in male and female subjects older than 75 years compared to young subjects of both genders in a randomized, single-blind placebo-controlled trial | 11569 | 6/15/2004 | 9/27/2004 | 34 \| 34 | XARELTO_BHCP_00004139 |
| 32 | Randomized, non-blinded, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety, and tolerability of an extended release formulation of rivaroxaban / BAY 59-7939 (E 529) with and without food in comparison to the immediate release formulation in healthy male subjects | 11585 | 6/24/2008 | 8/4/2008 | 12 \| 12 | XARELTO_BPAG_00197906-8658 XARELTO_BPAG_00198658 XARELTO_BPAG_00330041-793 |

USCA5 1021

| 33 | Randomized, single-blind, placebo-controlled, dose-escalation study in healthy Chinese male subjects to investigate the tolerability, safety, pharmacokinetics and pharmacodynamics effects of BAY 59-7939 after multiple oral dose of 5 mg, 10 mg, 20 mg and 30 mg bid for 6 days | 11609 | 9/5/2005 | 12/27/2005 | 40 | 41 | XARELTO_BHCP_00004143 |
| 34 | Randomized, single-blind, placebo-controlled dose escalation study in elderly male and female healthy Chinese subjects to investigate the safety, tolerability, pharmacodynamics and pharmacokinetics of BAY 59-7939 (5 mg, 10 mg, 20 mg, 30 mg and 40 mg) given after a standard breakfast | 11708 | 10/11/2005 | 3/28/2006 | 76 | 79 | XARELTO_BHCP_00001761 XARELTO_BHCP_00001760 XARELTO_BHCP_00004145 XARELTO_BPAG_00224665 |
| 35 | The study will investigate the platelet aggregation response of healthy male subjects to clopidogrel and continue "responders" in a randomized, non-blinded, three-way cross-over study part to investigate the influence of two doses of clopidogrel once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 15 mg BAY 59-7939 | 11864 | 9/2/2005 | 12/5/2005 | 26 | 27 | XARELTO_BPAG_00173214-40 XARELTO_BHCP_00001763 XARELTO_BHCP_00001762 XARELTO_BHCP_00004173 |

USCA5 1022

| 36 | Randomized, open-label, two-fold, cross-over study to investigate the effect of a high-fat, high-calorie meal on safety, tolerability and pharmacokinetics of 10 mg BAY 59-7939 tablet given to healthy male subjects | 11937 | 10/18/2006 | 1/18/2007 | 24 \| 24 | XARELTO_BHCP_00001771 XARELTO_BHCP_00001770 XARELTO_BHCP_00004089 XARELTO_BPAG_00196124 |
| 37 | Randomized, open-label, two-fold cross-over study to investigate the effect of a high fat, high calorie meal on safety, tolerability and pharmacokinetics of 20 mg BAY 59-7939-rivaroxaban tablet given to healthy male subjects | 11938 | 3/27/2007 | 5/14/2007 | 22 \| 24 | XARELTO_BHCP_00004092 XARELTO_BPAG_00197020 |
| 38 | Clinical pharmacology study in Japanese healthy elderly subjects to investigate pharmacoldnetics, pharmacodynamics, safety and tolerability of BAY 59-7939 multiple doses with 10, 15 and 20 mg once daily under fed condition | 12026 | 7/6/2006 | 8/18/2006 | 36 \| 36 | XARELTO_BHCP_00001790 XARELTO_BHCP_00001789 XARELTO_BHCP_00004147 |
| 39 | Non-randomized, open-label study with two treatment periods to investigate the potential interaction between a single dose of 15 mg of warfarin and a single dose of 5 mg BAY 59-7939 in healthy male subjects in terms of safety, tolerability, pharmacodynamics and pharmacokinetics | 12089 | 1/26/2006 | 3/2/2006 | 7 \| 7 | XARELTO_BHCP_00001792 XARELTO_BHCP_00001791 XARELTO_BHCP_00004186 XARELTO_BPAG_00177397-8259 |
| 40 | A study to evaluate the single-dose pharmacokinetics of BAY 59-7939 (rivaroxaban) in Black, Hispanic | 12090 | 6/6/2006 | 10/19/2006 | 46 \| 47 | XARELTO_BHCP_00001794 XARELTO_BHCP_00001793 XARELTO_BHCP_00004149 |

USCA5 1023

| | and Caucasian healthy subjects | | | | | |
|---|---|---|---|---|---|---|
| 41 | Randomized, non-blinded, non-placebo-controlled, three-way crossover study to investigate the influence of multiple doses of 20 mg atorvastatin once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 20 mg BAY 59-7939 and vice versa in healthy male subjects | 12359 | 1/19/2007 | 4/27/2007 | 19 \| 26 | XARELTO_BHCP_00001796 XARELTO_BHCP_00001795 XARELTO_BHCP_00004188 |
| 42 | Randomized, non-blinded, non-placebo-controlled, twofold cross-over study to investigate the influence of multiple doses of 500 mg clarithromycin bid on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single dose of 10 mg rivaroxaban/BAY 59-7939 in comparison to a single dose of 10 mg rivaroxaban/BAY 59-7939 alone in healthy male subjects | 12612 | 12/19/2007 | 2/7/2008 | 15 \| 16 | XARELTO_BHCP_00004192 XARELTO_BPAG_00755905-7037 |
| 43 | Non-randomized, non-blinded, non-placebo-controlled study with intra-individual comparison to investigate the influence of multiple doses of rifampicin qd on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 20 mg BAY 59- | 12680 | 2/12/2007 | 3/24/2007 | 18 \| 20 | XARELTO_BHCP_00001798 BAYXRLTO_REV_005_00000050 XARELTO_BHCP_00004195 XARELTO_BPAG_00174302-5251 |

USCA5 1024

| | | | | | |
|---|---|---|---|---|---|
| | 7939/rivaroxaban in comparison to a single dose of 20 mg of BAY 59-7939/riva alone in healthy male subjects | | | | | |
| 44 | Randomized, non-blinded, two-way crossover study to establish the bioequivalency between a BAY 59-7939 tablet (development no. 365) 15 mg and a BAY 59-7939 tablet (development no. 367) 15 mg in healthy adult male subjects under fasting condition | 13371 | 11/14/2008 | 1/6/2009 | 20 \| 20 | XARELTO_BPAG_00145624-6583 XARELTO_BPAG_00146583 XARELTO_BPAG_00334610-5569 |
| 45 | Randomized, placebo-controlled, parallel-group study in healthy male subjects to investigate the pharmacodynamics during the switching procedure from warfarin to riva 2008-005540-16 clinical pharmacology study phase I primary objective: to investigate the pharmacodynamics while switching from warfarin (dosed to steady state; INR 2-3) to riva treatment (20 mg od) | 10849 | 11/11/2008 | 4/9/2010 | 83 \| 96 | XARELTO_JANSSEN_00002027 |
| 46 | Investigation of the effect of different doses of BAY 59-7939/riva with and without aspirin on thrombus formation in the perfusion chamber at high and low shear rates in an open label, randomized parallel group study in comparison to clopidogrel and aspirin | 11940 | 7/19/2007 | 7/1/2009 | 51 \| 51 | XARELTO_JANSSEN_00046653 |

USCA5 1025

| 47 | Randomized, parallel-group, open-label study to assess the effects of 3-factor and 4-factor prothrombin complex concentrates on the pharmacodynamics of riva | RIVAROXNAP1003 | 7/24/2012 | 8/31/2012 | 35 \| 35 | XARELTO_JANSSEN_00046653 |
|---|---|---|---|---|---|---|
| 48 | Randomized, open-label, two-fold cross-over study to investigate the effect of Japanese men on safety, tolerability and pharmacokinetics of 15 mg BAY 59-7939/riva tablet given to Japanese healthy male subjects | 15921 | 10/1/2011 | 11/9/2011 | 12 \| 22 | XARELTO_JANSSEN_00054739 |
| 49 | Randomized, open label, two-fold cross-over study to investigate the effect of a high fat, high calorie meal on safety, tolerability, pharmacodynamics and pharmacokinetics of 10 mg BAY 59-7939 given oral as 2 x 5 mg tablets in 12 healthy male subjects | IMPACT 10846 | 5/17/2002 | 6/27/2002 | 6 \| 10 | XARELTO_JANSSEN_00001872 |
| 50 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety and tolerability of different dose strengths of riva administered with food in healthy male subjects | 12362 | 7/1/2009 | 11/20/2009 | 24 \| 24 | XARELTO_JANSSEN_00001905 |
| 51 | Single-dose, open-label, randomized, 4-way crossover study to compare 10 and 20 mg of an oral suspension of riva under fasting and 20 mg of an oral suspension of riva under fed conditions to 10 mg of an | 14022 | 10/2/2009 | 12/16/2009 | 16 \| 17 | XARELTO_JANSSEN_00001909 |

USCA5 1026

| | | | | | |
|---|---|---|---|---|---|
| | immediate release tablet under fasting conditions in healthy subjects | | | | | |
| 52 | Single-dose, open-label, randomized, 2-way crossover pivotal bioequivalence study of 2x5 mg tablets riva versus 1x10 mg tablet riva under fasted condition in healthy subjects | 14588 | 8/17/2009 | 9/30/2009 | 26 \| 28 | XARELTO_JANSSEN_00001911 |
| 53 | Single-centre, randomized, placebo-controlled, single-blind, parallel-group investigation of the safety, tolerability, pharmacodynamics and pharmacokinetics of BAY 59-7939 after multiple dose applications of BAY 59-7939 as conventional BAY 59-7939 tablets in healthy male volunteers | 10847 | 7/15/2002 | 12/2/2002 | 64 \| 68 | XARELTO_JANSSEN_00001918 |
| 54 | A randomized, multicenter study to evaluate the pharmacokinetics, pharmacodynamics and safety of riva in subjects with acute (open-label, active-controlled) or chronic (double-blind, placebo-controlled) congestive heart failure | 12980 | 12/27/2009 | 3/24/2009 | 26 \| 36 | XARELTO_JANSSEN_00001923 |
| 55 | Randomized, single-blind, placebo-controlled, dose-escalation study in healthy Japanese male subjects to investigate the tolerability, safety, pharmacokinetics and pharmacodynamics effects of BAY | 11127 | 6/27/2003 | 9/8/2003 | 30 \| 30 | XARELTO_JANSSEN_00001934 |

USCA5 1027

| | | | | | |
|---|---|---|---|---|---|
| | 59-7939 tablet after multiple oral doses of 10, 20 and 30 mg bid for 6 days | | | | | |
| 56 | Randomized, single-blind, placebo-controlled, dose-escalation study in healthy Chinese men to investigate the tolerability, safety, pharmacokinetics and pharmacodynamics effects of BAY 59-7939 tablets after single oral doses of 2.5, 5, 10, 20 and 40 mg under fasting conditions | 11608 | 5/18/2005 | 7/19/2005 | 50 \| 50 | XARELTO_JANSSEN_00001944 |
| 57 | Randomized, non-blinded, non-placebo-controlled, two-fold cross-over study to investigate the influence of a pre- and coadministration of 200 mg ketoconazole once daily on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 10 mg BAY 59-7939 in comparison to a single oral dose of 10 mg of BAY 59-7939 alone in 12 healthy male subjects | 10992 | 2/21/2003 | 3/27/2003 | 12 \| 12 | XARELTO_JANSSEN_00001957 |
| 58 | Randomized, non-blinded, non-placebo-controlled, twofold cross-over study to investigate the influence of multiple doses of 500 mg erythromycin tid on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single dose of 10 mg BAY 59-7939 in | 11865 | 3/16/2006 | 10/5/2006 | 15 \| 16 | XARELTO_JANSSEN_00001978 |

USCA5 1028

| | | | | | |
|---|---|---|---|---|---|
| | comparison to a single dose of 10 mg BAY 59-7939 alone in healthy male subjects | | | | | |
| 59 | Non-randomized, non-blinded, non-placebo-controlled study with inter-individual comparison to investigate the influence of multiple doses of 600 mg ritonavir bid on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 10 mg BAY 59-7939 in comparison to a single oral dose of 10 mg of BAY 59-7939 alone in healthy male subjects | 11935 | 3/22/2006 | 8/15/2006 | 12 \| 18 | XARELTO_JANSSEN_00001981 |
| 60 | Non-randomized, non-blinded, non-placebo-controlled study with intra-individual comparison to investigate the influence of multiple doses of rifampicin qd on the safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 20 mg BAY 59-7939/riva in comparison to a single dose of 20 mg of BAY 59-7939/riva alone in healthy male subjects | 12680 | 2/12/2007 | 4/16/2007 | 18 \| 20 | XARELTO_JANSSEN_00002001 |
| 61 | Open-label, 2-way crossover study in healthy subjects to determine the effect of multiple doses of omeprazole on the pharmacokinetics, pharmacodynamics and safety of a | n/a | 4/12/2010 | 5/21/2010 | 22 \| 22 | XARELTO_JANSSEN_00002007 |

USCA5 1029

| | | | | | | |
|---|---|---|---|---|---|---|
| | single dose of riva | | | | | |
| 62 | Randomized, open-label, 2-fold cross-over study to investigate the influence of multiple doses of 400 mg fluconazole on safety, tolerability, pharmacodynamics and pharmacokinetics of a single oral dose of 20 mg riva in healthy male subjects | 12606 | 6/11/2010 | 10/6/2010 | 13 \| 14 | XARELTO_JANSSEN_00022490 |
| 63 | Randomized, placebo-controlled, parallel-group study in Japanese healthy male subjects to investigate the pharmacodynamics and pharmacokinetics during the switching procedure from warfarin to rivaroxaban | 14883 | 6/25/2010 | 9/14/2010 | 36 \| 77 | XARELTO_JANSSEN_00022494 |
| 64 | An open-label, non-randomized, sequential two-treatment period study to explore the pharmacodynamics changes when transitioning from rivaroxaban to warfarin | n/a | 10/10/2011 | 5/16/2012 | 31 \| 46 | XARELTO_JANSSEN_00046651 |
| 65 | Randomized, single-blind, placebo-controlled, dose-escalation study in healthy Japanese male subjects to investigate the tolerability, safety, pharmacokinetics and pharmacodynamics effects of BAY 59-7939 tablet after single oral doses of 5, 10, 20 and 40 mg under the fasting condition | 11608 | 1/23/2003 | 4/10/2003 | 40 \| 40 | XARELTO_JANSSEN_00065004 |
| 66 | Randomized, single-blind, | 11325 | 9/21/2004 | 12/28/2004 | 64 \| 64 | XARELTO_JANSSEN_00001936 |

USCA5 1030

| | | | | | |
|---|---|---|---|---|---|
| | placebo-controlled, dose-escalation study in healthy elderly male and female Japanese subjects to investigate the tolerability, safety, pharmacokeintics and pharamcodynamic effects of BAY 59-7939 tablet after single oral doses of 10, 20, 30, 40 and 50 mg under the fed condition | | | | | |
| 67 | Randomized, non-blind, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety, and tolerability of different dose strengths of rivaroxaban (2.5 mg, 5 mg, 10 mg) in healthy male subjects | 12361 | 11/11/2010 | 2/10/2011 | 23 \| 24 | XARELTO_JANSSEN_00023772 |
| 68 | Randomized, non-blinded, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety, and tolerability of an extended release formulation of rivaroxaban (E 202) with and without food in comparison to the immediate release formulation in healthy male subjects. | 12570 | 11/10/2010 | 2/23/2011 | 11 \| 12 | XARELTO_JANSSEN_00023774 |
| 69 | Randomized, non-blinded, non-controlled, 3-way crossover study to assess the pharmacokinetics, safety, and tolerability of an extended release formulation of rivaroxaban (GITS) with and without food in comparison to the immediate release formulation in | 12571 | 11/19/2010 | 3/2/2011 | 11 \| 12 | XARELTO_JANSSEN_00023776 |

USCA5 1031

| | healthy male subjects | | | | | |
|---|---|---|---|---|---|---|

### PHASE II CLINICAL TRIALS

| | Study Title/Name | Study Number | Study Initiated Date | Study Completed Date | Patients Completed / Patients Enrolled | Clinical Study Report |
|---|---|---|---|---|---|---|
| 1 | Oral direct factor Xa inhibitor BAY 59-7939 in the prevention of VTE in patients undergoing total hip replacement: OD/Xahip – a phase IIa dose escalating proof-of-principle trial | 10942 | 12/15/2002 | 12/19/2003 | 466 \| 642 | XARELTO_BHCP_00004220 |
| 2 | Oral direct factor Xa inhibitor BAY 59-7939 in the prevention of VTTE in patients undergoing total knee replacement OD/Xa-KNEE – a randomized, controlled, double-blind, double-dummy phase IIb dose-ranging trial (Study 10945) | 10945 | 2/26/2004 | 11/23/2004 | 570 \| 709 | XARELTO_BHCP_00004442 |
| 3 | Oral direct factor Xa inhibitor BAY 59-7939 in patients with acute symptomatic proximal deep vein thrombosis. ODIXa-DVT Study. A prospective randomized, multinational, multicenter, partially blinded, parallel-group, open-label active comparator | 11223 | 3/24/2004 | 10/5/2005 | 530 \| 636 | XARELTO_BHCP_00001776 XARELTO_BHCP_00001775 XARELTO_BHCP_00006198 |

USCA5 1032

| | | | | | |
|---|---|---|---|---|---|
| | controlled phase II dose finding and proof of principle trial | | | | |
| 4 | BAY 59-7939 (Factor Xa Inhibitor) Phase II study in patients with atrial fibrillation | 11390 | 6/30/2004 | 6/21/2005 | 51 \| 56 | XARELTO_BHCP_00006318 |
| 5 | Controlled, double-blind, randomized, dose-ranging study of once-daily regimen of BAY 59-7939 in the prevention of VTE in patients undergoing elective total hip replacement – ODIXa-OD Hip Study | 11527 | 11/12/2004 | 7/27/2005 | 845 \| 877 | XARELTO_BHCP_00006068 |
| 6 | BAY 59-7939 (Factor Xa Inhibitor) Phase II once daily dose study in patients with atrial fibrillation | 11886 | 7/3/2006 | 2/14/2007 | 100 \| 114 | XARELTO_BHCP_00006430 |
| 7 | BAY 59-7939 (Factor Xa Inhibitor) Phase II low dose study in patients with atrial fibrillation | 120024 | 9/13/2005 | 3/27/2006 | 95 \| 121 | XARELTO_BHCP_00006443 |
| 8 | The EINSTEIN CYP cohort study – Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep vein thrombosis or pulmonary embolism using a strong CYP3A4 inducer | 13238 | 5/22/2009 | 6/22/2011 | 14 \| 25 | XARELTO_JANSSEN_00054748 |
| 9 | The ATLAS ACS TIMI 46 Trial (Anti-Xa Therapy to Lower Cardiovascular Events in Addition to Aspirin with or without Thienopyridine Therapy in Subjects with Acute Coronary Syndrome) | 11898 | 11/17/2006 | 9/19/2008 | 3,406 \| 3,491 | XARELTO_JANSSEN_01301718 |

USCA5 1033

|   | | | | | |
|---|---|---|---|---|---|
| | A randomized, double-blind, placebo-controlled, multicenter, dose-escalation and dose-confirmation study to evaluate the safety and efficacy of rivaroxaban in combination with aspirin alone or with aspirin and a thienopyridine in subjects with acute coronary syndromes | | | | | |
| 10 | ODIXa-HIP2 Study<br><br>Controlled, double-blind, randomized, dose-ranging study on the prevention of VTE in patients undergoing elective total hip replacement | 10944 | 1/12/2004 | 9/16/2004 | 709 \| 726 | XARELTO_JANSSEN_00048178 |
| 11 | EINSTEIN-DVT Dose-Finding Study<br><br>Once-daily oral direct factor Xa inhibitor BAY 59-7939 in patients with acute symptomatic deep-vein thrombosis. | 11528 | 12/24/2004 | 12/7/2005 | n/a \| 543 | XARELTO_BHCP_00006326 |

USCA5 1034

# PHASE III CLINICAL TRIALS

| | Study Title/Name | Study Number | Study Initiated Date | Study Completed Date | Patients Completed / Patients Enrolled | Clinical Study Report |
|---|---|---|---|---|---|---|
| 1 | ROCKET-AF (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation)<br><br>A prospective, randomized, double-blind, double-dummy, parallel-group, multicenter, event-driven, non-inferiority study comparing the efficacy and safety of once daily oral rivaroxaban (BAY 59-7939) with adjusted dose oral warfarin for the prevention of stroke and non-central nervous system systemic embolism in subjects with non-valvular atrial fibrillation | 11630 | 12/18/2006 | 9/7/2010 | 12,064 \| 14,236 | XARELTO_JANSSEN_00054263 XARELTO_JANSSEN_00002047 |
| 2 | RECORD I<br><br>Regulation of coagulation in orthopedic surgery to prevent DVT and PE, controlled, double-blind, randomized study of Bay 59-7939 in the extended prevention of VTE | 11354 | 2/7/2006 | 3/13/2007 | 3,029 \| 4,541 | XARELTO_BHCP_00001778 XARELTO_BHCP_00001777 XARELTO_BHCP_00004554 |

USCA5 1035

| | | | | | |
|---|---|---|---|---|---|
| | in patients undergoing elective total hip replacement | | | | |
| 3 | RECORD II<br><br>Regulation of coagulation in orthopedic surgery to prevent DVT and PE, controlled, double-blind, randomized study of BAY 59-7939 in the extended prevention of VTE in patients undergoing elective total hip replacement | 11357 | 2/19/2006 | 6/26/2007 | 1,615 \| 2,509 | XARELTO_BHCP_00001784<br>XARELTO_BHCP_00001783<br>XARELTO_BHCP_00005726<br>XARELTO_BHCP_00005727 |
| 4 | RECORD III<br><br>Regulation of coagulation in orthopedic surgery to prevent DVT and PE, a controlled, double-blind, randomized study of BAY 59-7939 in the prevention of VTE in subjects undergoing elective total knee replacement | 11356 | 2/21/2006 | 1/18/2007 | 1,631 \| 2,531 | XARELTO_BHCP_00001782<br>XARELTO_BHCP_00001781<br>XARELTO_BHCP_00005396<br>XARELTO_BHCP_00005397<br>XARELTO_JANSSEN_00066223 |
| 5 | RECORD IV<br><br>Regulation of coagulation in orthopedic surgery to prevent DVT and PE controlled, double-blind randomized study of rivaroxaban in the prevention of VTE in subjects undergoing elective total knee replacement | 11355 | 6/16/2006 | 1/31/2008 | 3,034 \| 3,148 | XARELTO_BHCP_00588194 |
| 6 | Integrated analysis of rivaroxaban (BAY 59-7939) studies 11354 (RECORD 1, 11355 (RECORD 4), 11356 (RECORD 3) and 11357 (RECORD 2) with regard to efficacy and safety | 11357, 11356, 11355, 11354 | 2/7/2006 | 1/31/2008 | 12,383 \| 12,729 | XARELTO_BHCP_00006194<br>XARELTO_BHCP_00137087 |

USCA5 1036

| 7 | EINSTEIN DVT<br><br>Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep vein thrombosis | 11702 DVT | 3/22/2007 | 4/12/2010 | 3,429 \| 3,449 | XARELTO_JANSSEN_00054263<br>XARELTO_JANSSEN_00573217 |
|---|---|---|---|---|---|---|
| 8 | EINSTEIN PE<br><br>Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism | 11702 PE | 3/29/2007 | 12/1/2011 | 4,817 \| 4,833 | XARELTO_JANSSEN_04273006<br>XARELTO_JANSSEN_05405204<br>XARELTO_JANSSEN_00582486 |
| 9 | Analysis of the effect of rivaroxaban (BAY 59-7939) on bleedings and efficacy with selected co-medication cataegories in pool of studies SN 11702 DVT (EINSTEIN DVT) and SN 11702 PE (EINSTEIN PE) | 11702 DVT, 11702 PE | 2007 | 2011 | 8,282 \| 8,302 | XARELTO_JANSSEN_00581410 |
| 10 | EINSTEIN EXTENSION<br><br>Once-daily oral factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep vein thrombosis or pulmonary embolism | 11899 | 2/28/2007 | 9/17/2009 | 1,197 \| 1,200 | XARELTO_JANSSEN_01113391<br>XARELTO_JANSSEN_13321786 |
| 11 | ATLAS ACS 2 TIMI 51 Trial (The Second Trial of Anti-Xa Therapy to Lower Cardiovascular Events in Addition to Standard Therapy in Subjects with Acute Coronary Syndrome)<br><br>A randomized, double-blind, placebo-controlled, event-driven multicenter study to evaluate the | 13194 | 11/26/2008 | 9/19/2011 | 13,124 \| 15,526 | XARELTO_JANSSEN_02719942<br>XARELTO_JANSSEN_00023832 |

USCA5 1037

| | | | | | | |
|---|---|---|---|---|---|---|
| | efficacy and safety of rivaroxaban in subjects with a recent acute coronary syndrome | | | | | |
| 12 | Safe Simple Transitions (SST) Study<br><br>An open-label pharmacodynamics study of initiations of rivaroxaban following low molecular weight heparin (LMWH) for venous thromboembolism (VTE) prophylaxis after total joint replacement | n/a | 3/22/2010 | 12/17/2010 | 46 \| 56 | XARELTO_JANSSEN_00784631 |
| 13 | MAGELLAN<br><br>Multicenter, randomized, parallel-group efficacy and safety study for the prevention of venous thromboembolism in hospitalized medically ill patients comparing rivaroxaban with enoxaparin | 12839 | 12/4/2007 | 11/24/2010 | 4,050 \| 8,101 | XARELTO_JANSSEN_00993250 |
| 14 | Randomized, double-blind, parallel-group, active-controlled, dose confirmatory bridging study of rivaroxaban (BAY 59-7939) 5 to 10 mg once-daily regimen with a reference drug of enoxaparin in the prevention of venous thromboembolism in patients undergoing elective total knee replacement | 14398 | 6/14/2011 | 10/5/2012 | 279 \| 302 | XARELTO_JANSSEN_00044096 |
| 15 | VENTURE-AF<br><br>Randomized, open-label, active- | n/a | 2/22/2013 | 10/29/2014 | 213 \| 248 | XARELTO_BPAG_15138805 |

USCA5 1038

| | controlled multi-center study to evaluate the safety of rivaroxaban and vitamin K antagonists in subjects undergoing catheter ablation for atrial fibrillation | | | | | |
|---|---|---|---|---|---|---|

<table>
<tr><td colspan="7" align="center"><strong>PHASE IV CLINICAL TRIALS</strong></td></tr>
<tr><td></td><td><em>Study Title/Name</em></td><td><em>Study Number</em></td><td><em>Study Initiated Date</em></td><td><em>Study Completed Date</em></td><td><em>Patients Completed / Patients Enrolled</em></td><td><em>Clinical Study Report</em></td></tr>
<tr><td>1</td><td>XAMOS<br>(Xarelto in the prophylaxis of post-surgical venous thromboembolism after elective major orthopedic surgery of hip or knee)<br><br>Prospective, international, non-interventional cohort comparison of rivaroxaban vs. Any other pharmacological standard treatment for the prophylaxis of VTE after major orthopedic surgery</td><td>13802</td><td>2/18/2009</td><td>6/14/2011</td><td>17,413 | 17,701</td><td>XARELTO_JANSSEN_00046674</td></tr>
</table>

Sources:

- Internal documents as listed within chart
- Exhibit A to Janssen Defendants' Responses to Interrogatories

USCA5 1039

# **Schedule 8**

# **Deposition Excerpts**

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    -  -  -
 4

    IN RE:  XARELTO        :  MDL NO. 2592
 5  (RIVAROXABAN) PRODUCTS :
    LITIGATION             :  SECTION L
 6                         :
    THIS DOCUMENT RELATES  :  JUDGE ELDON
 7  TO ALL CASES           :  E. FALLON
                           :
 8                         :
                           :  MAG. JUDGE
 9                         :  NORTH
10                 VOLUME I
11                    -  -  -
12             February 16, 2016
13                    -  -  -
14               - PROTECTED -
15  - SUBJECT TO FURTHER PROTECTIVE REVIEW -
16          Videotaped deposition of
    CHRISTOPHER C. NESSEL, M.D., taken
17  pursuant to notice, was held at the law
    offices of Drinker, Biddle & Reath, 600
18  Campus Drive, Florham Park, New Jersey,
    beginning at 8:57 a.m., on the above
19  date, before Michelle L. Gray, a
    Registered Professional Reporter,
20  Certified Shorthand Reporter and Notary
    Public.
21
                    -  -  -
22

          GOLKOW TECHNOLOGIES, INC.
23    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
24
```

Protected - Subject to Further Protective Review

1    question.  Do you believe it's full and

2    complete?  I don't understand your

3    resistance unless you think it might be

4    incomplete.

5              MS. MOORE:  Same objection.

6              THE WITNESS:  I believe I

7         have answered this question.

8         Moreover, the sponsor believes

9         they have -- they have addressed

10        the specific request -- request of

11        the FDA.

12   BY MR. McWILLIAMS:

13        Q.   Sir, do you believe that

14   this response, the FDA information

15   request, with respect to the roles and

16   responsibilities of Mr. Chalecki, is full

17   and complete?

18        A.   Well --

19        Q.   Either you do or you don't.

20             MS. MOORE:  Let him finish.

21             THE WITNESS:  Let me put a

22        finer point on it.  A summary of

23        the report of information, the

24        roles and responsibilities, so

Protected - Subject to Further Protective Review

```
 1          yes, it is a full and complete

 2          report of the roles and

 3          responsibilities of the unblinded

 4          physician.

 5              It is a full and complete

 6          explanation or answer to whether

 7          the physician had access to

 8          unblinded INR determinations,

 9          performed as part of the PK-PD

10          substudy.  It is an accurate

11          response to the FDA's question.

12   BY MR. McWILLIAMS:

13          Q.    Is it true that one of the

14   roles and responsibilities of

15   Mr. Chalecki was to compare INR values

16   generated by the INRatio device with

17   split samples analyzed by other methods?

18          A.    That was part of his --

19          Q.    Responsibilities?

20          A.    -- responsibilities, yes.

21          Q.    So then why is that

22   responsibility not included in this

23   information request, sir?

24          A.    I believe it is subsumed
```

Protected - Subject to Further Protective Review

1   in -- his primary responsibility, it

2   stated, on the ROCKET-AF study was to

3   monitor trends, et cetera.

4        Q.    So, sir, you -- but you

5   understand, sir, that one -- you sent out

6   the letter in February 8, 2008, to every

7   site around the country, around the

8   world, because you know they had concerns

9   about the accuracy of this device.

10            And you set up a whole

11  special separate program where Bud

12  Chalecki would get sent the results of

13  the CoVance unblinded lab samples.  You

14  know about that, don't you?

15            MS. MOORE:  Object to the

16        form of the question.

17  BY MR. McWILLIAMS:

18        Q.    Sir?

19            MS. MOORE:  Object to the

20        form of the question.

21            THE WITNESS:  So there were

22        rare and isolated questions

23        brought to the attention of the

24        sponsor about the performance of

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

IN RE:  XARELTO            :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION                 :  SECTION L
                           :
THIS DOCUMENT RELATES  :  JUDGE ELDON
TO ALL CASES           :  E. FALLON
                           :
                           :
                           :  MAG. JUDGE
                           :  NORTH
                    VOLUME I
                      - - -
                February 16, 2016
                      - - -
                 - PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
            Videotaped deposition of
CHRISTOPHER C. NESSEL, M.D., taken
pursuant to notice, was held at the law
offices of Drinker, Biddle & Reath, 600
Campus Drive, Florham Park, New Jersey,
beginning at 8:57 a.m., on the above
date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter and Notary
Public.


                      - - -


           GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com

USCA5 1045

Protected - Subject to Further Protective Review

Page 169

1    in -- his primary responsibility, it

2    stated, on the ROCKET-AF study was to

3    monitor trends, et cetera.

4            Q.    So, sir, you -- but you

5    understand, sir, that one -- you sent out

6    the letter in February 8, 2008, to every

7    site around the country, around the

8    world, because you know they had concerns

9    about the accuracy of this device.

10           And you set up a whole

11   special separate program where Bud

12   Chalecki would get sent the results of

13   the CoVance unblinded lab samples.  You

14   know about that, don't you?

15           MS. MOORE:  Object to the

16           form of the question.

17   BY MR. McWILLIAMS:

18           Q.    Sir?

19           MS. MOORE:  Object to the

20           form of the question.

21           THE WITNESS:  So there were

22           rare and isolated questions

23           brought to the attention of the

24           sponsor about the performance of

USCA5 1046

Protected - Subject to Further Protective Review

Page 170

1           the device.  The sponsor

2           proactively put in measures.  We

3           called it the CoVance recheck

4           system where patients who

5           presented at an office clinic

6           would have a point-of-care INR

7           test done and then a laboratory

8           test done and sent to CoVance

9           central laboratories.

10  BY MR. McWILLIAMS:

11          Q.    Okay.  So show me where I

12  can find that in your response to the FDA

13  where they're asking about what

14  information the company has about this

15  device malfunctioning during ROCKET.

16  Show me where.  Highlight it for me.

17  Underline it.

18              MS. MOORE:  Object to the

19          form of the question.

20              THE WITNESS:  Nowhere in FDA

21          Request Number 5 does it say

22          information about, to use your

23          words, the device malfunctioning

24          in the trial.

USCA5 1047

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                   -  -  -
 4

    IN RE:  XARELTO       :  MDL NO. 2592
 5  (RIVAROXABAN) PRODUCTS :
    LITIGATION             :  SECTION L
 6                         :
    THIS DOCUMENT RELATES  :  JUDGE ELDON
 7  TO ALL CASES           :  E. FALLON
                           :
 8                         :
                           :  MAG. JUDGE
 9                         :  NORTH
10                 VOLUME I
11                   -  -  -
12            February 16, 2016
13                   -  -  -
14               - PROTECTED -
15  - SUBJECT TO FURTHER PROTECTIVE REVIEW -
16           Videotaped deposition of
    CHRISTOPHER C. NESSEL, M.D., taken
17  pursuant to notice, was held at the law
    offices of Drinker, Biddle & Reath, 600
18  Campus Drive, Florham Park, New Jersey,
    beginning at 8:57 a.m., on the above
19  date, before Michelle L. Gray, a
    Registered Professional Reporter,
20  Certified Shorthand Reporter and Notary
    Public.
21
                   -  -  -
22
          GOLKOW TECHNOLOGIES, INC.
23    877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
24
```

Case 2:14-md-02592-EEF-MBN Document 5589-1 Filed 03/02/17 Page 213 of 343

Protected - Subject to Further Protective Review

1          Q.    Okay.  So you're not -- so

2     you're -- you don't necessarily think the

3     FDA should, then, because you think that

4     its relevance is questionable?

5          A.    As I --

6               MS. MOORE:  Object to the

7          form of the question.

8          Mischaracterizes the witness's

9          answer.

10              THE WITNESS:  As I sit here,

11         it is my belief that the FDA was

12         informed of the CoVance recheck.

13         But I cannot say with certainty.

14         I want to be truthful.  So I'm not

15         going to say with certainty.  But

16         it's my belief they were.

17    BY MR. McWILLIAMS:

18         Q.    The CoVance recheck fell

19    under the rubric -- the roles and

20    responsibilities of Mr. Chalecki,

21    correct?

22         A.    Yes.

23         Q.    And there's no dispute that

24    there's no mention of that role of

Protected - Subject to Further Protective Review

Page 1

          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA
                     -   -   -

    IN RE:  XARELTO          :   MDL NO. 2592
    (RIVAROXABAN) PRODUCTS :
    LITIGATION              :   SECTION L
                            :
    THIS DOCUMENT RELATES   :   JUDGE ELDON
    TO ALL CASES            :   E. FALLON
                            :
                            :
                            :   MAG. JUDGE
                            :   NORTH
                   VOLUME I
                     -   -   -
             February 16, 2016
                     -   -   -
                - PROTECTED -
    - SUBJECT TO FURTHER PROTECTIVE REVIEW -
             Videotaped deposition of
    CHRISTOPHER C. NESSEL, M.D., taken
    pursuant to notice, was held at the law
    offices of Drinker, Biddle & Reath, 600
    Campus Drive, Florham Park, New Jersey,
    beginning at 8:57 a.m., on the above
    date, before Michelle L. Gray, a
    Registered Professional Reporter,
    Certified Shorthand Reporter and Notary
    Public.


                     -   -   -


           GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com

USCA5 1050

Protected - Subject to Further Protective Review

Page 218

1    I'll ask it -- I want to know about two

2    separate things you just mentioned.  And

3    I want to know if either one of them were

4    communicated to the FDA.

5              First, at any point in time,

6    has it been communicated to the FDA that

7    the sponsor was aware of rare and

8    isolated incidents whereby a clinical

9    investigator had questions about the

10   accuracy of the device?

11             MS. MOORE:  Object to the

12        form of the question.

13             THE WITNESS:  I cannot say

14        for certain, but I think it is

15        likely that the call logs held by

16        the physicians at DCRI -- I think

17        it is likely that those were

18        submitted as part of the sNDA.

19   BY MR. McWILLIAMS:

20        Q.    But sitting here today, you

21   don't know for certain?

22        A.    No, sir, I can't say one way

23   or the other.

24        Q.    Okay.  And that secondly,

USCA5 1051

Protected - Subject to Further Protective Review

Page 219

1   with respect to the CoVance recheck

2   program, with respect to the CoVance

3   recheck program --

4        A.    Yeah.

5        Q.    -- where Mr. Chalecki would

6   have access to split samples, one -- one

7   analyzed by a central lab CoVance and the

8   other analyzed by the INRatio device,

9   correct?

10       A.    Yes.

11       Q.    How -- how many times was

12  that conducted?

13       A.    A hundred and -- about 140.

14       Q.    140.  And have you seen the

15  results?

16       A.    I did during the conduct of

17  the study.  I have not seen them in five

18  or seven years.

19       Q.    Okay.  A hundred and -- so

20  that was 140 times during the trial when

21  an investigator was so uncomfortable with

22  the point-of-care readout that he

23  utilized this CoVance recheck program?

24            MS. MOORE:  Object to the

USCA5 1052

Protected - Subject to Further Protective Review

Page 363

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
MDL No. 2592, Section L
*******************************************
IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO ALL CASES
*******************************************
- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -


- - -


THURSDAY, FEBRUARY 25, 2016


WOLFGANG M. MUECK, Ph.D.


VOLUME III
- - -


Videotaped deposition of
WOLFGANG M. MUECK, Ph.D., held at the law
offices of Allen & Overy, LLP, Apollolaan 15,
1077 AB Amsterdam, The Netherlands,
commencing at 9:03 a.m., on the above date,
before Lisa A. Knight, Registered Diplomate
Reporter, Certified Realtime Reporter, and
Realtime Systems Administrator.



- - -
GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 391

1    on the population PK, at least.

2              And those values -- you have

3    that data, right?  The actual individual

4    measurements.

5        A.    The evaluation was done by our

6    colleagues at Johnson & Johnson.  And I

7    remember the report.  But whether the data

8    was made available, presumably yes, because

9    we had a cooperation.  But I did not do this

10   myself.  And I cannot say whether the raw

11   data is available at Bayer.

12       Q.    Okay.  Then let's stick with

13   your Table 3.  And you have the 5th and

14   95th percentile.

15             The difference between the low

16   end, which is the 5th percentile, and 137 is

17   about 10-fold; is that correct?

18       A.    Yes.  Yes, more or less.

19       Q.    Okay.  Right.

20             So -- and that means -- and a

21   10-fold difference means that the 137 folks

22   -- subjects at the 95 percentile would be a

23   thousand times higher -- a thousand percent

24   higher, I should say.

USCA5 1054

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

IN RE:  XARELTO         :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION             :  SECTION L
                       :
THIS DOCUMENT RELATES  :  JUDGE ELDON
TO ALL CASES           :  E. FALLON
                       :
                       :
                       :  MAG. JUDGE
                       :  NORTH

VOLUME I
- - -
April 5, 2016
- - -
- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
          Videotaped deposition of
WILLIAM BYRA, M.D., taken pursuant to
notice, was held at the law offices of
Drinker, Biddle & Reath, 600 Campus
Drive, Florham Park, New Jersey,
beginning at 9:10 a.m., on the above
date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter and Notary
Public.


- - -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

USCA5 1055

Protected - Subject to Further Protective Review

Page 335

 1   warning letters?

 2              MR. ZELLERS:  Object to

 3         form.

 4   BY MR. DENTON:

 5         Q.   Is that your testimony, sir?

 6         A.   Yes.

 7         Q.   You didn't provide the

 8   Bluestein article, did you, in response

 9   to that e-mail?

10         A.   No.

11         Q.   Didn't provide the CoVance

12   recheck program in response to that

13   e-mail, right?

14         A.   No.

15         Q.   Didn't provide the content

16   of the helpline calls to Dr. Piccini, did

17   you?

18         A.   No.

19         Q.   Did not provide any copies

20   of the e-mails that you kept on your

21   personal folders that you had labeled

22   "personal Afib HemoSense"?  You didn't

23   send any of those in either, did you, or

24   even a summary of them?

USCA5 1056

Case 2:14-md-02592-EEF-MBN Document 5589-1 Filed 03/02/17 Page 221 of 343
Case 2:14-md-02592-EEF-MBN Document 5589-1 Filed 03/02/17 Page 221 of 343
Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT

 2      FOR THE EASTERN DISTRICT OF LOUISIANA

 3                    -  -  -

 4

        IN RE:  XARELTO        :  MDL NO. 2592
 5      (RIVAROXABAN) PRODUCTS :
        LITIGATION             :  SECTION L
 6                             :
        THIS DOCUMENT RELATES  :  JUDGE ELDON
 7      TO ALL CASES           :  E. FALLON
                               :
 8                             :
                               :  MAG. JUDGE
 9                             :  NORTH

10              VOLUME II

11                    -  -  -

12            April 6, 2016

13                    -  -  -

14              - PROTECTED -

15   - SUBJECT TO FURTHER PROTECTIVE REVIEW -

16            Continued videotaped
     deposition of WILLIAM BYRA, M.D., taken
17   pursuant to notice, was held at the law
     offices of Drinker, Biddle & Reath, 600
18   Campus Drive, Florham Park, New Jersey,
     beginning at 9:03 a.m., on the above
19   date, before Michelle L. Gray, a
     Registered Professional Reporter,
20   Certified Shorthand Reporter and Notary
     Public.

21

                    -  -  -

22

            GOLKOW TECHNOLOGIES, INC.
23     877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com

24
```

USCA5 1057

Protected - Subject to Further Protective Review

```
 1          A.    He was a -- a scientist
 2    similar to the way our scientists are at
 3    Janssen.  And he worked on the
 4    ximelagatran SPORTIF trials as an
 5    unblinded monitor.
 6          Q.    Okay.  When you say a
 7    scientist, did he have a Ph.D.?
 8          A.    No.
 9          Q.    Did he have a master's
10    degree?
11          A.    I don't know what he had
12    beyond his bachelor's degree.
13          Q.    All right.  Do you know what
14    his bachelor's degree was in?
15          A.    No.
16          Q.    And I think we've talked
17    about the 340,000 INRs that were taken
18    during the course of the study.  And was
19    it Mr. Galecki's responsibility to review
20    all of those INRs?
21          A.    Chalecki.
22          Q.    Chalecki.  I'm sorry.
23          A.    He would look at them.  And,
24    again, there weren't 340,000 all in one
```

1    day.  But he would go down the -- his

2    spreadsheet that he created and would

3    call if there were anything unusual that

4    he would see.

5        Q.    And do you know what you

6    would define as something unusual?

7        A.    We left that to him.  So if

8    he saw somebody was controlled, for

9    example, and then all of a sudden their

10   INRs were -- were not controlled, he

11   would call.

12       Q.    If you left it to him, how

13   do you know he would call under those

14   circumstances?

15       A.    Because we had discussed

16   what he would call me on, and -- and it

17   would be anything that -- that he found

18   that was unusual.

19            And, again, if the -- if the

20   site was -- had INRs that were -- had

21   wild variations or swings to them, or

22   everybody was -- for example, that one

23   e-mail where everybody was out of

24   control, when it turns out they were

Protected - Subject to Further Protective Review

Page 396

            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
                      -   -   -

IN RE:  XARELTO          :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS  :
LITIGATION               :  SECTION L
                         :
THIS DOCUMENT RELATES   :  JUDGE ELDON
TO ALL CASES             :  E. FALLON
                         :
                         :
                         :  MAG. JUDGE
                         :  NORTH
                 VOLUME II
                  -   -   -
             April 6, 2016
                  -   -   -
              - PROTECTED -
    - SUBJECT TO FURTHER PROTECTIVE REVIEW -
            Continued videotaped
    deposition of WILLIAM BYRA, M.D., taken
    pursuant to notice, was held at the law
    offices of Drinker, Biddle & Reath, 600
    Campus Drive, Florham Park, New Jersey,
    beginning at 9:03 a.m., on the above
    date, before Michelle L. Gray, a
    Registered Professional Reporter,
    Certified Shorthand Reporter and Notary
    Public.


                  -   -   -


         GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

USCA5 1060

Protected - Subject to Further Protective Review

Page 742

1          Q.     How many INR readings or

2    values were obtained from the 14,000

3    study patients during the ROCKET-AF

4    trial?

5          A.     Approximately 320,000.

6          Q.     How many samples or tests,

7    measurements, were sent to the company as

8    part of the CoVance recheck program if an

9    investigator had a question or wanted to

10   double-check?

11         A.     Well, there were 142,

12   approximately.  But of those about 50

13   were just to -- to obtain an INR without

14   any question about checking it.

15                And then of the rest, it was

16   about -- that would leave about 50 or

17   so -- I'm sorry -- 90 or so that required

18   a check with the CoVance lab.

19         Q.     As of February 2008, this

20   was available for any investigator or any

21   monitor that had any issue or any

22   question about one of these 320,000 lab

23   tests that were taken; is that right?

24         A.     Yes.

USCA5 1061

Protected - Subject to Further Protective Review

Page 743

1      Q.    All right.  Before

2  February of 2008, if an investigator had

3  a question about an INR reading or test,

4  what was their procedure to follow?

5      A.    If there was a question we

6  would -- we would discuss it with them,

7  and then I would notify Mr. Chalecki of

8  the issue and -- and see if he could,

9  just from looking at it, determine what

10  was going on.  And if we couldn't, we at

11  that point would send a new device to the

12  investigator.

13      Q.    The procedure was formalized

14  as of February 2008?

15      A.    Yes.

16      Q.    Okay.

17          (Document marked for

18          identification as Exhibit

19          Byra-51.)

20  BY MR. ZELLERS:

21      Q.    Please take a look at what

22  we'll mark as Byra Exhibit 51.  I'll ask

23  you to identify that.

24      A.    This is --

Protected - Subject to Further Protective Review

Page 744

1          Q.    Hold on.  Stop.

2          A.    Okay.

3          Q.    Wait until I ask you.

4               MR. ZELLERS:  For the

5          record, Byra Deposition Exhibit 51

6          are Janssen Bates Numbers 18512019

7          through 18512024.

8               I don't remember reading

9          into the record the Bates number

10         for Deposition Exhibit 50.  That

11         was Janssen 14557987 to 14557988.

12   BY MR. ZELLERS:

13         Q.    Dr. Byra, have you had an

14   opportunity to review Exhibit 51?

15         A.    Yes.

16         Q.    What is Exhibit 51?

17         A.    This is a spreadsheet that

18   I -- I kept when we started the CoVance

19   recheck system.

20         Q.    Who prepared Exhibit 51?

21         A.    I did.

22         Q.    Are the comments and the

23   notes yours in Exhibit 51?

24         A.    Yes.

USCA5 1063

Protected - Subject to Further Protective Review

Page 745

1      Q.    The comments in the far
2   right-hand corner of the document, where
3   do those comments come from?
4      A.    It was -- the comments came
5   from either e-mails or conversations from
6   Mr. Chalecki or whatever was the final
7   outcome of -- that's this particular
8   sample and what was done with it.
9      Q.    Mr. Chalecki had access to
10  the actual lab value as well as the
11  point-of-care reading; is that right?
12     A.    That's correct.  He could,
13  you know, check it just by -- go on his
14  computer and check the lab value.
15     Q.    He was unblinded.  He knew
16  whether a patient was taking warfarin or
17  whether a patient was receiving
18  rivaroxaban?
19     A.    Yes.
20     Q.    Were you told, at least in
21  the ordinary course, whether or not a
22  patient was taking warfarin or
23  rivaroxaban?
24     A.    No.

USCA5 1064

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    -  -  -
 4
         IN RE:  XARELTO        :  MDL NO. 2592
 5      (RIVAROXABAN) PRODUCTS :
         LITIGATION             :  SECTION L
 6                              :
         THIS DOCUMENT RELATES  :  JUDGE ELDON
 7      TO ALL CASES            :  E. FALLON
                                :
 8                              :
                                :  MAG. JUDGE
 9                              :  NORTH
10              VOLUME I
11                    -  -  -
12           April 12, 2016
13                    -  -  -
14              - PROTECTED -
15  - SUBJECT TO FURTHER PROTECTIVE REVIEW -
16           Videotaped deposition of
    PETER M. DiBATTISTE, M.D., taken pursuant
17  to notice, was held at the law offices of
    Drinker, Biddle & Reath, 105 College Road
18  East, Princeton, New Jersey, beginning at
    8:58 a.m., on the above date, before
19  Michelle L. Gray, a Registered
    Professional Reporter, Certified
20  Shorthand Reporter and Notary Public.
21                    -  -  -
22           GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

Protected - Subject to Further Protective Review

1   device performance issues.

2          Q.   Well, in -- in March of this

3   year, your company wrote a letter to the

4   FDA notifying them about the CoVance

5   recheck program; is that correct?

6          A.   Can you show me that letter?

7          Q.   I will.  It's not a memory

8   test --

9          A.   Because I'm not sure I know

10  what you're referring to.

11         Q.   Well, sitting here today,

12  I'm happy -- to this day has FDA been

13  informed of the CoVance recheck program?

14         A.   I believe so.  I believe

15  that it was mentioned in some of the

16  training materials, for example, that we

17  submitted to FDA as -- as part of the

18  submission.  I can't attest that with

19  100 percent certainty.

20              But I -- I believe so.  I --

21         Q.   And how about the data

22  generated as part of that program?  When,

23  if ever, was that communicated to the

24  FDA?

1    A.    Never.  We haven't seen it

2  yet.  And, in fact, it hasn't been

3  formally transferred to us from CoVance

4  yet after all the quality checks.

5            So -- so I would say never.

6    Q.    Okay.  Both Dr. Byra and

7  Dr. Nessel testified that they had

8  seen -- they had a spreadsheet of the

9  140-some-odd instances it was used, and

10  they reported that discrepancies were

11  observed, I think 14 -- 14 -- in 14

12  instances.

13    A.    Right.  So --

14    Q.    Does that sound familiar?

15    A.    Well, it sounds somewhat

16  familiar, but I can tell you that we are

17  getting the formal quality control

18  results from CoVance, but we don't have

19  them yet.

20            So what they have is, I

21  guess, case-by-case reporting from --

22  from Bud.  But -- but I think that the

23  full dataset, again, because the program

24  did not uncover anything that we thought

Protected - Subject to Further Protective Review

```
 1   was material to the results of the trial,

 2   or apparently even mentioned here is --

 3        Q.    So when did you ask for that

 4   data from CoVance?

 5             MS. SHARKO:  Well, at

 6        this -- at this point, I think

 7        you're going into the area where I

 8        have an objection --

 9             MR. McWILLIAMS:  Okay.

10             MS. SHARKO:  -- as to

11        deliberative process.

12             MR. McWILLIAMS:  Okay.

13        Maybe he can tell me when, and we

14        can know better?  I think you said

15        I could ask anything up to the

16        March 7th submission?

17             MS. SHARKO:  I -- I don't

18        know everything.  I'll let the

19        witness answer this question.  The

20        question just calls for a date.

21   BY MR. McWILLIAMS:

22        Q.    Approximately when was

23   CoVance asked for this --

24        A.    Very recently.
```

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

IN RE:  XARELTO          :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS   :
LITIGATION               :  SECTION L
                         :
THIS DOCUMENT RELATES    :  JUDGE ELDON
TO ALL CASES             :  E. FALLON
                         :
                         :
                         :  MAG. JUDGE
                         :  NORTH

VOLUME I

- - -

April 12, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of
PETER M. DiBATTISTE, M.D., taken pursuant
to notice, was held at the law offices of
Drinker, Biddle & Reath, 105 College Road
East, Princeton, New Jersey, beginning at
8:58 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

USCA5 1069

Protected - Subject to Further Protective Review

Page 162

1   BY MR. McWILLIAMS:

2       Q.    You said you were made aware

3   that there were some patients around whom

4   concerns existed and that there were

5   adverse bleeding events.  Would you agree

6   that those are exactly the type of

7   situations in patients that the FDA was

8   seeking information about in their

9   January 12, 2016, information request?

10      A.    Possibly.

11      Q.    Okay.  And the full and

12  complete and truthful response of FDA

13  included such description of patients and

14  such events; is that fair?

15          MS. SHARKO:  Object to the

16          form of the question.

17          THE WITNESS:  We -- so I'm

18          not sure I see where you're going.

19          But I guess maybe your question is

20          whether or not we provided a full

21          and complete response.

22  BY MR. McWILLIAMS:

23      Q.    You know, that's it exactly.

24  I appreciate that.

USCA5 1070

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

IN RE:  XARELTO         :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION             :  SECTION L
                       :
THIS DOCUMENT RELATES  :  JUDGE ELDON
TO ALL CASES           :  E. FALLON
                       :
                       :
                       :  MAG. JUDGE
                       :  NORTH

VOLUME I
- - -
April 12, 2016
- - -
- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
Videotaped deposition of
PETER M. DiBATTISTE, M.D., taken pursuant
to notice, was held at the law offices of
Drinker, Biddle & Reath, 105 College Road
East, Princeton, New Jersey, beginning at
8:58 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter and Notary Public.
- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 165

1      Q.    Okay.  What's the subject

2   line of this e-mail, sir?

3             MS. SHARKO:  Wait.  Give the

4        witness a chance to read it,

5        please.

6             THE WITNESS:  POC/SAE.

7   BY MR. McWILLIAMS:

8      Q.    You would agree with me

9   that's pretty much exactly what the FDA

10  was asking for, right?

11     A.    That's the topic.

12     Q.    Okay.

13     A.    But this is not -- you

14  understand that this is not an adverse

15  event report.

16     Q.    I do understand that.  But I

17  guess the question is whether or not this

18  should have been put into an adverse

19  event report or whether this should have

20  otherwise been provided to the FDA.

21  Because if I'm able to find these

22  instances, certainly you and your

23  colleagues at Janssen can, right?

24             MS. SHARKO:  Well, wait a

USCA5 1072

Protected - Subject to Further Protective Review

Page 166

```
 1          minute.  I object to the speech
 2          and the commentary.
 3               What is the question you
 4          want him to answer?
 5   BY MR. McWILLIAMS:
 6          Q.    Separate and apart from this
 7   being an adverse event report, you agree
 8   that this type of information, this
 9   narrative, is exactly the type of
10   information that the FDA was asking for
11   on January 12, 2016, when they were
12   conducting their investigation into this
13   topic?
14          A.    I would say that if this
15   were in an adverse event report, then I
16   would say that the answer to that is yes.
17          Q.    Okay.  And so let's read
18   this.  And this is an e-mail chain that
19   you received; is that correct?  When did
20   you get added to it?
21          A.    Yes.  I'm on at least the
22   last one.
23          Q.    The last one in time?
24          A.    And the -- and the preceding
```

USCA5 1073

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

IN RE: XARELTO    :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION        :  SECTION L
                 :
THIS DOCUMENT RELATES  :  JUDGE ELDON
TO ALL CASES        :  E. FALLON
                 :
                 :
                 :  MAG. JUDGE
                 :  NORTH

VOLUME I

- - -

April 12, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
Videotaped deposition of
PETER M. DiBATTISTE, M.D., taken pursuant
to notice, was held at the law offices of
Drinker, Biddle & Reath, 105 College Road
East, Princeton, New Jersey, beginning at
8:58 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 194

1          A.     I don't know.

2          Q.     Well, what was the

3     protocol -- and we'll get into the

4     CoVance recheck program more, but what

5     was the -- so if -- if Mr. Chalecki saw a

6     paired sample and he saw that the lab INR

7     was three units higher than the device

8     INR, what was he supposed to do?  How --

9     how does one address that issue -- that

10    circumstance?

11         A.     My understanding -- so -- so

12    you are talking specifically about the

13    CoVance program?

14         Q.     Yes, sir.

15         A.     So my understanding was that

16    he needed to get back to the site and let

17    them know that the results were either

18    generally consistent or inconsistent, in

19    which case they would be encouraged, I

20    believe, to -- to recheck the value.

21         Q.     But how does that address a

22    potential trialwide device malfunction?

23              MS. SHARKO:  Object to the

24         form.

USCA5 1075

Protected - Subject to Further Protective Review

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

| | | |
|---|---|---|
| IN RE:  XARELTO | : | MDL NO. 2592 |
| (RIVAROXABAN) PRODUCTS | : | |
| LITIGATION | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES | : | JUDGE ELDON |
| TO ALL CASES | : | E. FALLON |
| | : | |
| | : | |
| | : | MAG. JUDGE |
| | : | NORTH |

VOLUME I
- - -
April 12, 2016
- - -
- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
Videotaped deposition of
PETER M. DiBATTISTE, M.D., taken pursuant
to notice, was held at the law offices of
Drinker, Biddle & Reath, 105 College Road
East, Princeton, New Jersey, beginning at
8:58 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter and Notary Public.
- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

USCA5 1076

Protected - Subject to Further Protective Review

Page 217

1          form of the question.

2     BY MR. McWILLIAMS:

3          Q.     Is that correct?

4          A.     That was probably the

5     principal reason, but not the only

6     reason.  There were circumstances where

7     it was really used as a backup for a

8     machine that, you know, didn't -- you

9     know, the battery was dead or something

10    like that.

11             But I think it was that and

12    to provide the investigator some

13    reassurance when they're in the context

14    of a blinded trial and not being able to

15    see their patient's INR.

16         Q.     But the principal reason was

17    to enact -- to use this program whenever

18    the POC generated a result that was

19    greatly different from what was expected?

20             MS. SHARKO:  Object to the

21             form.  Asked and answered.

22             THE WITNESS:  Yeah.  My

23             understanding is, as we have

24             discussed, that it was put in

USCA5 1077

Protected - Subject to Further Protective Review

Page 218

1         place to -- to -- as part of the

2         investigation that we referred to

3         in prior documents, to provide an

4         opportunity for investigators when

5         they suspected that they might

6         have a result that they didn't

7         think was accurate, to validate

8         it.

9   BY MR. McWILLIAMS:

10        Q.    Okay.  Is it true that there

11  are still Week 24 frozen samples from

12  ROCKET in storage somewhere?

13        A.    I don't know the answer to

14  that.  I don't know the answer to that.

15        Q.    Let me -- just a second.

16             Have -- to the best of your

17  knowledge, has all PK data, drug

18  concentration data collected as part of

19  the ROCKET trial, been communicated to

20  the FDA?

21        A.    We did a substudy.  We

22  submitted the study report.  And, yes.

23        Q.    All data analyzed, PK data?

24        A.    All data that were part of

USCA5 1078

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
                             *
                             *
IN RE: XARELTO (RIVAROXABAN)  * MDL NO. 2592
PRODUCTS LIABILITY LITIGATION *
                             * SEC. L
                             *
                             * JUDGE
                             * ELDON E. FALLON
*****************************  *
                             * MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:     *
JOSEPH ORR, JR., ET AL. v.    *
JANSSEN RESEARCH AND          *
DEVELOPMENT, LLC, ET AL.      *
CASE NO. 2:14-cv-03708        *
*****************************
```

Video Deposition of MAURICE ST. MARTIN, M.D.,
taken in accordance with Rules 30 and 34 of the
Federal Rules of Civil Procedure, taken at the
Lambert Firm, PLC, 701 Magazine Street, New
Orleans, Louisiana, on the 27th day of June, 2016.
Videographed By:
    Melissa Bardwell
    Adrienne Sanders

Reported By:

    Diana S. Ezell, CCR, RPR, RMR
    Certified Court Reporter

USCA5 1079

Protected - Subject to Further Protective Review

Page 196

1   laboratory test, is that something that you would

2   have done?  Would you have wanted to know whether

3   they were having too much or too little Xarelto?

4        A.   Well, it's kind of a hypothetical

5   question.  I think I would have to know more

6   details about it.  I don't think I would be the

7   only one in the United States monitoring it then.

8   It would either be a widespread thing or not, but

9   I would probably be in with whatever the

10  mainstream is doing.

11       Q.   Are you aware that there are a number of

12  physicians that have published in the

13  peer-reviewed literature arguing that patients

14  should be monitored so that you can identify

15  over-absorbers or high-absorbers so that you can

16  switch them to something else or reduce their dose

17  before they have a horrible bleeding event?

18       MR. IRWIN:

19            Object to the form.

20       MR. PAINE:

21            Objection.

22       A.   I don't remember that at all.

23  BY MR. ABNEY:

24       Q.   But, again, we have looked at the

25  interpatient variability.  We have seen how high

USCA5 1080

Protected - Subject to Further Protective Review

Page 197

1    patients can be when they take Xarelto at

2    steady-state and we have seen how low they can be,

3    right?

4        A.   Right.

5        Q.   And knowing that the higher a patient is

6    the more likely they are to bleed.  If you could

7    do a simple PT test and determine whether a

8    patient was at the very high end and, therefore,

9    much more likely to bleed, is that something that

10   you would want to know?

11       A.   It's something that I would want to know

12   if the FDA had thought it was a good idea.  I put

13   a lot of faith in what the FDA allows the drug --

14   how it allows it to be used.

15       Q.   I take it from your earlier testimony,

16   you don't have a whole lot of experience with the

17   FDA and how they approve drugs.  Is that fair to

18   say?

19       A.   How they approve them?  I don't know all

20   of their techniques with approving a drug.

21       Q.   Are you familiar with the term "medical

22   review officer"?

23       A.   No.

24       Q.   So at the FDA when a drug is submitted,

25   a new drug application, there are medical review

Protected - Subject to Further Protective Review

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
                            *
                            *
IN RE: XARELTO (RIVAROXABAN) * MDL NO. 2592
PRODUCTS LIABILITY LITIGATION *
                            * SEC. L
                            *
                            * JUDGE
                            * ELDON E. FALLON
******************************
                            * MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:    *
JOSEPH ORR, JR., ET AL. v.   *
JANSSEN RESEARCH AND         *
DEVELOPMENT, LLC, ET AL.     *
CASE NO. 2:14-cv-03708       *
******************************
```

Video Deposition of MAURICE ST. MARTIN, M.D., taken in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, taken at the Lambert Firm, PLC, 701 Magazine Street, New Orleans, Louisiana, on the 27th day of June, 2016. Videographed By:
Melissa Bardwell
Adrienne Sanders

Reported By:

Diana S. Ezell, CCR, RPR, RMR
Certified Court Reporter

USCA5 1082

Protected - Subject to Further Protective Review

Page 225

```
 1      Q.   And it goes on two sentences down, it
 2   says, "It's convenient for patients to be able to
 3   dispense with at least monthly monitoring required
 4   for Warfarin, perhaps increasing the willingness
 5   of health care professionals to prescribe and
 6   patients to take an anticoagulant.  However,
 7   infrequent monitoring, perhaps at initiation and
 8   yearly thereafter, to assure appropriate dosing of
 9   drugs that prevent stroke and cause bleeding may
10   improve outcomes and be acceptable to patients."
11   Do you see that?
12      A.   I see that.
13      Q.   Do you think it would be acceptable to
14   you and your patients to monitor Xarelto levels at
15   initiation and then once a year afterwards to make
16   sure they weren't too much or too low on Xarelto?
17      A.   That's another hypothetical question.
18   If I was going to try something like that, I don't
19   know why I would wait a year for the second piece
20   of data.  I would say maybe initiation and then
21   four to six weeks, and then if you were in the
22   right ballpark, if you thought it was going to be
23   stable, space it out.
24      Q.   And if you did the initial, after they
25   got to steady-state, and you did the initial test
```

Protected - Subject to Further Protective Review

Page 226

```
 1    and they were up in the 95th percentile, what
 2    would you do?
 3         A.    You mean the 95th percent of being where
 4    they ought to be?
 5         Q.    When we looked at that scatter plot, the
 6    lowest was like .6 and the highest was well over
 7    600.  I'm saying if they are in the top of the
 8    class, what would you do?
 9         A.    If they were out of bounds, in other
10    words?
11         Q.    Right.
12         A.    I would make an adjustment then.
13         Q.    And you said you frequently talked with
14    patients about the difference between Warfarin and
15    the frequent monitoring --
16         A.    Yes.
17         Q.    -- and the Xarelto or Pradaxa where
18    there is no monitoring, right?
19         A.    Right.
20         Q.    And in your experience, you know, having
21    worked with these patients for a long time, I
22    think you also said you tell them the benefit is
23    if you do the Warfarin, you do the testing, you
24    know where you are?
25         A.    Yes.
```

USCA5 1084

Protected - Subject to Further Protective Review

Page 227

1    Q.    Whereas when you do Xarelto, Pradaxa, no
2    testing, you don't know, right?
3    A.    Right.
4    Q.    Do you think that they would find it to
5    be a happy medium to do this infrequent testing on
6    Xarelto or Pradaxa to find out where they are?
7    A.    From the patients that I deal with, and
8    I've got a lot of long chronic patients that I
9    really have got a close relationship to, I think
10   they would go with anything suggested.
11   Q.    If you knew that there was a way to
12   monitor Xarelto levels in your patient and do it
13   infrequently, was that something that you would
14   suggest to them?
15   A.    I would have to see it studied and see
16   all the data, but if it turned out to be a good
17   thing to do, I would certainly suggest it.  Yes.
18   Q.    I think what you said that we know is
19   the higher the prothrombin time, the more likely
20   they are to bleed, right?
21   A.    That's correct.
22   Q.    What other data would you need other
23   than knowing kind of what the ballpark is to keep
24   them in?
25   A.    The outcome of the patient.  In other

Protected - Subject to Further Protective Review

Page 228

1    words, if you want us to initiate a new way to use

2    the drug, I would say you want the data on the

3    measurement you want and then you want the data of

4    how that measurement benefited or harmed or did

5    nothing for the patient.  The outcome data too.

6         Q.   But you know if you keep the patient

7    from being at the very high range of the PT that

8    you are protecting them from bleeds, right?

9         A.   You generally would think that.

10        Q.   Well, at least that's what the medical

11   review officers think when they say, "They also

12   demonstrated that there is a correlation between

13   PT and risk of bleeding," right?

14        A.   Yeah.  I remember that sentence.  I

15   don't see where it is on the page right now.

16        Q.   It was right there under "Additional

17   Issues."

18        A.   Okay.  Back up to the middle.  Okay.

19        Q.   I think that's all I have on that

20   document, Doctor.  Let me show what has been

21   marked as Exhibit 41 to your deposition.  This is

22   a document that was produced by the defendants,

23   but it's a letter from the FDA to Janssen, and I

24   just want to make two quick points.  The date it

25   was received by Janssen was February 20th, 2014.

Protected - Subject to Further Protective Review

        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF LOUISIANA
                    -   -   -

IN RE:  XARELTO         :   MDL NO. 2592
(RIVAROXABAN) PRODUCTS  :
LITIGATION              :   SECTION L
                        :
THIS DOCUMENT RELATES   :   JUDGE ELDON
TO ALL CASES            :   E. FALLON
                        :
                        :
                        :   MAG. JUDGE
                        :   NORTH


                -   -   -


            June 29, 2016

                -   -   -


          - PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

            Videotaped deposition of
TROY C. SARICH, Ph.D., taken pursuant to
notice, was held at the law offices of
Drinker, Biddle & Reath, 600 Campus
Drive, Florham Park, New Jersey,
beginning at 9:07 a.m., on the above
date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter and Notary
Public.


            -   -   -


        GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph| 917.951.5672
            deps@golkow.com

Protected - Subject to Further Protective Review

Page 51

1          rivaroxaban concentrations.

2    BY MR. McWILLIAMS:

3          Q.    Okay.  Sir, did you attend

4    the -- the advisory committee meeting

5    for -- in support of the Afib indication?

6          A.    Yes, I did.

7          Q.    And, therefore, you reviewed

8    the FDA's briefing document?

9          A.    Yes.  It was many years ago

10   since I read that document.  But I did at

11   the time.

12         Q.    And are you aware, sir, that

13   the FDA said that PT could be used as a

14   surrogate marker for PK?

15         A.    I do recall they -- they

16   made that claim.

17         Q.    Do you agree or disagree

18   with them in that?

19         A.    I -- I don't agree.  I don't

20   think that that analysis was correct, and

21   I don't think that their assessment was

22   correct, and we spent a lot of time in

23   the company and also working with

24   external academic experts on this

USCA5 1088

Protected - Subject to Further Protective Review

Page 52

1    question.  And -- and I think as

2    evidenced today by the fact that PT is

3    not used by clinicians, it's just not

4    helpful.

5        Q.    Okay.  But had Janssen ever

6    communicated to the FDA that PT would be

7    a useful surrogate marker of PK?

8              MS. KOLE:  Object to the

9          form.

10             THE WITNESS:  I -- I don't

11         recall exactly if we did.  I think

12         that we had shared all the data we

13         had on the various coagulation

14         markers that are available.  PT

15         was one of those markers, which is

16         prolonged by rivaroxaban.  But I

17         think we also pointed out that

18         it's not -- it's not a sensitive

19         assay for rivaroxaban, so we

20         didn't think the utility was very

21         good.

22   BY MR. McWILLIAMS:

23       Q.    But -- but the assessment

24   that you -- that the FDA did that you

Protected - Subject to Further Protective Review

Page 53

1  disagree with, is that what they

2  allegedly saw in the data, was that with

3  increasing -- or that there was a linear

4  relationship between PK and PD, with PD

5  being the pro -- pro time, using the

6  Neoplastine reagent, and that they also

7  saw a correlation between increasing PT

8  and bleed risk, right?

9           MS. KOLE:  Object to the

10          form.

11          THE WITNESS:  They -- they

12          produced multiple assessments and,

13          similar to our prior findings,

14          yes, that PT is prolonged by

15          rivaroxaban.

16          The -- the work they showed

17          that PT is correlated to bleeding,

18          we did not agree with that

19          assessment or how they did the

20          analysis.

21  BY MR. McWILLIAMS:

22     Q.    And -- and why not?  What

23  was wrong with it?

24     A.    They didn't take into

USCA5 1090

Protected - Subject to Further Protective Review

Page 54

1    account the fact that -- that PT also

2    varies based on a patient's risk factors.

3    So an individual with a high PT who is

4    taking rivaroxaban may not have a high PT

5    only because of rivaroxaban.  So the fact

6    that they have underlying bleeding risk

7    factors wasn't taken into account.

8                  In our assessments -- and we

9    looked at hundreds of patient samples

10   from the ROCKET study -- we found no

11   correlation between PT and bleeding.

12        Q.    Well, that's the same thing

13   that the FDA looked at and they claimed

14   they did see a correlation.

15        A.    I don't know exactly which

16   data the FDA used for their analysis.

17   But we found their analysis to be

18   incorrect.

19        Q.    And did you communicate that

20   to the FDA, that you disagreed with their

21   analysis?

22        A.    Yes, we did.

23        Q.    And did you communicate to

24   the FDA -- in -- in what form did you

USCA5 1091

Protected - Subject to Further Protective Review

Page 55

1    communicate that to the FDA?

2          A.    I don't recall exactly.  I

3    believe it was during one of our

4    face-to-face meetings at FDA.

5          Q.    So when did Janssen first

6    learn that FDA was of the opinion that

7    there was a relationship between PT and

8    bleed risk in ROCKET riva patients?

9                MS. KOLE:  Object to the

10               form.

11               THE WITNESS:  I believe that

12               during -- after submission of the

13               study to the FDA, and before the

14               FDA approved rivaroxaban for use

15               in that indication, sometime

16               during that period of time their

17               teams had done an analysis and --

18               and when we saw it, we let them

19               know that we didn't agree with how

20               they had done the analysis.

21   BY MR. McWILLIAMS:

22         Q.    But -- but you shared with

23   them the analysis -- and by "you," I'm

24   saying Janssen -- shared with them the

USCA5 1092

Protected - Subject to Further Protective Review

Page 56

1    analysis that Janssen had done with

2    respect to PT and bleed risk?

3         A.    Yes.  That was part of our

4    submission to the FDA.

5              (Document marked for

6              identification as Exhibit

7              Sarich-3.)

8    BY MR. McWILLIAMS:

9         Q.    Okay.  Well, let me hand you

10   what's been marked as Sarich-3, and

11   hopefully you can help me clear up what

12   is confusing me.

13        A.    Sure.

14        Q.    And, sir, I'll represent to

15   you that this is the summary review

16   document from the FDA website.  On the

17   very last page you can see this is dated

18   November 4, 2011.

19              And does that date ring a

20   bell as to when they approved the Afib

21   indication?

22        A.    I -- I believe that's

23   correct.  And the month and year is

24   definitely right.  I don't remember the

USCA5 1093

Protected - Subject to Further Protective Review

Page 57

1    exact day.

2          Q.    I understand.

3          A.    It sounds right.

4          Q.    Well, turn to Page 9,

5    please, because I'm exploring -- I am

6    exploring this issue today.  You know,

7    the FDA was of the opinion that there is

8    this PT bleed risk correlation.  You guys

9    looked into it.  You didn't see a

10   correlation, and then you communicated

11   that and -- and your scientific basis to

12   the FDA.

13              And do you -- were they

14   satisfied with your answer?

15         A.    I -- I don't know the answer

16   to that.  We'd have to ask them.

17         Q.    Okay.  Well, let's look and

18   see what they wrote in November of

19   2011 --

20         A.    Sure.

21         Q.    -- on Page 9 --

22         A.    Sure.

23         Q.    -- under the section

24   "Additional Issues, The desirability of

USCA5 1094

Protected - Subject to Further Protective Review

Page 58

```
1    monitoring for adjustment of Xarelto

2    dose"?

3          A.    Yep.

4          Q.    It says, "The clinical

5    pharmacology and clinical reviewers

6    demonstrated that there is a linear

7    correlation between rivaroxaban levels

8    and prothrombin time.  They also

9    demonstrated that there is also a

10   correlation between PT and risk of

11   bleeding.  This applicant has not chosen

12   to utilize this information."

13              Did I read that correctly,

14   sir?

15         A.    You did read that correctly.

16         Q.    Does -- do you agree that

17   that's at odds with what you've been

18   testifying the last few minutes, that

19   your company had done this analysis and

20   had communicated to the FDA?

21         A.    No, I -- that's not how I

22   read this.

23         Q.    Okay.  When they say, "This

24   applicant has chosen" -- "has not chosen
```

USCA5 1095

Protected - Subject to Further Protective Review

Page 59

 1   to utilize this information," what does

 2   that mean to you?

 3        A.    It means that what the FDA

 4   put forward as part of their analysis, we

 5   chose not to use that.  And we did so

 6   because we thought that it was a flawed

 7   analysis.  We didn't agree with how the

 8   FDA did the analysis.

 9        Q.    Okay.  But this doesn't read

10   like the FDA was convinced by your

11   analysis.  Would you agree with that?

12             MS. KOLE:  Object to the

13             form.

14             THE WITNESS:  I think that

15             there are many topics like this

16             that Janssen and the FDA were not

17             in agreement on.  And that's part

18             of normal, to me, scientific

19             debate on how to interpret data

20             and information.

21   BY MR. McWILLIAMS:

22        Q.    Okay.  So at the end of the

23   day, the FDA and Janssen did not reach

24   agreement on whether or not there is a

USCA5 1096

Protected - Subject to Further Protective Review

Page 60

1    relationship between PT and bleed risk?

2          A.    That's correct.

3          Q.    Okay.  So at the end of the

4    day, the FDA was of the opinion that

5    there was a correlation between PT and

6    bleed risk?

7                MS. KOLE:  Object to the

8          form.

9                THE WITNESS:  According --

10         according to this document, yes.

11   BY MR. McWILLIAMS:

12         Q.    Okay.  Let's keep reading

13   what the FDA wrote in November of 2011.

14               They say, "In fact, so far

15   as we are aware, none of the other

16   manufacturers/sponsors of other oral

17   anticoagulants that inhibit single

18   coagulation factors have chosen to

19   utilize pharmacokinetics/pharmacodynamic

20   information to explore adjusting dose to

21   optimize safety and efficacy.  It is

22   convenient for patients to dispense with

23   at least monthly monitoring required for

24   warfarin, perhaps increasing the

USCA5 1097

Protected - Subject to Further Protective Review

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: XARELTO              )
(RIVAROXABAN)               )
PRODUCTS LIABILITY          )   MDL No. 2592
LITIGATION                  )
-------------------------)      SECTION L
This Document Relates To: )
JAMES HENRY, INDIVIDUALLY )     JUDGE FALLON
AND AS EXECUTOR OF THE      )
ESTATE OF WILLIAM HENRY     )   MAG. JUDGE NORTH
v. Janssen Research &       )
Development, et al.;        )
Civil Case No.:             )
2:15-CV-00224               )
```

**************************************************
VIDEOTAPED DEPOSITION OF
DAVID B. McCAIN, M.D.
JULY 1, 2016
**************************************************

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

USCA5 1098

Protected - Subject to Further Protective Review

Page 138

1              THE WITNESS:  Okay.  Thanks.

2    BY MR. ABNEY:

3         Q.    Looking back, considering the flat

4    efficacy curve between 9 or 10 and 30 seconds on

5    the prothrombin time scale, looking at the

6    increased risk as the prothrombin time increases

7    and considering that Mr. Henry was also on

8    aspirin, would you agree that it would have been

9    safer for Mr. Henry with respect to bleeds for him

10   to be on the lower part of the prothrombin scale

11   versus the higher part?

12             MS. SHARKO:  Object to the form.

13        A.    Yes, I would.  And, again, it goes

14   back to the fact that that was not really offered

15   as a way to track this.  We were not really --

16   nobody was ever told that there was a way to track

17   it.

18   BY MR. ABNEY:

19        Q.    And I'm not being critical at all of

20   you or your colleagues, Dr. McCain.  I'm just --

21   I'm just asking what you would have liked to have

22   known --

23        A.    Uh-huh.

24        Q.    -- and we'll get -- and then we'll get

25   into the monitoring and how you could have

Case 2:14-md-02592-EEF-MBN   Document 5989-1-SEALED   Filed 03/02/17   Page 264 of 343

Protected - Subject to Further Protective Review

Page 139

1  checked.  But that's not what I -- I'm not going
2  there at all.
3       A.    Okay.
4       Q.    I'm just asking you as a doctor
5  treating your patients, if you had been given this
6  information, would you have concluded, it's better
7  for Mr. Henry to be on the lower part of this
8  scale than the upper part?
9             MS. SHARKO:  Object to the form.
10      A.    Correct.  If we -- if the medical
11 community -- if we as physicians had known that
12 there was a way to track this, a correlation, it
13 would have been -- that would have been
14 beneficial.
15 BY MR. ABNEY:
16      Q.    And if there were a test that were
17 available to tell you where your patient was on
18 this scale, and that it was something that was
19 relatively affordable, is that something that you
20 as a physician, knowing what you know now, would
21 want to utilize in your patients to see where they
22 were on the scale?
23      A.    It would be.  I would also want to
24 know that it affected their outcomes.  I would
25 want to know that the added testing cost, what

Protected - Subject to Further Protective Review

                                                    Page 140

1    have you, would affect that patient's long-term

2    outcomes.

3           Q.     Isn't that the idea behind doing

4    studies that show what the levels are and what the

5    anticipated risk is?

6           A.     It -- yes.

7                  MS. SHARKO:  Objection, form.

8    BY MR. ABNEY:

9           Q.     So you would agree with me that

10   patients that have a prothrombin time of 30, on

11   average, are going to be at a much greater risk of

12   bleeding than patients that have a prothrombin

13   time of 12, right?

14          A.     I would agree.

15          Q.     Especially in patients like Mr. Henry

16   that were also on aspirin, right?

17          A.     Correct.  It's interesting, at the top

18   of page 41, that it says -- and this is -- it is

19   reassuring that for the overall population, there

20   does not appear to be a shift from lesser

21   severities of ISTH major bleeding.  Again, I don't

22   know what ISTH stands for, i.e. hemoglobin drops

23   and transfusions to the more severe forms,

24   critical organ bleeding, fatal bleeding, as a

25   function of PT prolongation with rivaroxaban, as

USCA5 1101

Protected - Subject to Further Protective Review

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO                )
(RIVAROXABAN)                 )
PRODUCTS LIABILITY            )   MDL No. 2592
LITIGATION                    )
-------------------------)   SECTION L
This Document Relates To: )
JAMES HENRY, INDIVIDUALLY )   JUDGE FALLON
AND AS EXECUTOR OF THE    )
ESTATE OF WILLIAM HENRY   )   MAG. JUDGE NORTH
v. Janssen Research &     )
Development, et al.;      )
Civil Case No.:           )
2:15-CV-00224             )

*************************************************
VIDEOTAPED DEPOSITION OF
DAVID B. McCAIN, M.D.
JULY 1, 2016
*************************************************

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

USCA5 1102

Protected - Subject to Further Protective Review

Page 162

1    Q.    Are you aware that there is the
2   ability for labs to check antifactor Xa levels?
3    A.    Absolutely.
4    Q.    And the authors go on to say, But
5   because PT, prothrombin time, is a much less --
6   strike that.  That doesn't say much.
7          Do you agree that these
8   researchers nevertheless conclude that PT is less
9   expensive than chromogenic assays, and they would
10  recommend performing calibrated PT as a screening
11  test, and if the values exceed specific cutoffs,
12  then calibrated chromogenic antifactor X assays
13  should be performed?
14          MS. SHARKO:  Object to the form.
15   A.    Yes.  That's what it states.
16  BY MR. ABNEY:
17   Q.    Are you familiar with ordering
18  prothrombin time testing?
19   A.    Yes.
20   Q.    Is that something that you have the
21  ability to do any day of the week when you're in
22  the office?
23   A.    Yes.
24   Q.    If you -- well, strike that.
25          Back when you were taking care of

USCA5 1103

Protected - Subject to Further Protective Review

Page 163

1    Mr. Henry, did anybody at Bayer or Janssen ever

2    inform you that you could order a prothrombin time

3    using one of these sensitive assays that are

4    identified in this article to check levels of

5    Mr. Henry's Xarelto and see where he was on those

6    curves?

7         A.    No.

8         Q.    Is that something that you would have

9    liked for them to have told you, for Mr. Henry and

10   for your other patients?

11             MS. SHARKO:  Object to the form.

12        A.    It might have been useful.  It would

13   have been useful.  It would be useful.

14   BY MR. ABNEY:

15        Q.    Do you want to take a brief break?

16        A.    No, let's go.  I've got horses to see.

17             (Exhibit 19 marked.)

18        Q.    I'm going to show you what's been

19   marked as Exhibit 19 to your deposition.  This is

20   another article, and this is by two researchers,

21   Gosselin and Hadcock.  Do you see that?

22        A.    Yes.  It's International Journal of

23   Laboratory Hematology.  Is that what it says?

24   Okay.

25        Q.    It represents that Dr. Gosselin is

Transcript of the Testimony of
# Videotaped Deposition of Kenneth Wong, M.D.

**Date taken: July 11, 2016**

**In Re:  Xarelto (RIVAROXABAN)**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


------------------------------
                              )  MDL NO. 2692
IN RE:  XARELTO (RIVAROXABAN)  )
PRODUCTS LIABILITY LITIGATION  )   SECTION "L"
                              )
------------------------------
This Document Relates to:
JOSEPH J. BOUDREAUX v JANSSEN
RESEARCH & DEVELOPMENT, et al
CASE NO. 2:14-CV-02720


   Videotaped deposition of KENNETH WONG, M.D.,
taken in the offices of Cardiovascular Institute
of the South, 102 Twin Oaks Drive, Raceland,
Louisiana 70394, on Monday, the 11th day of
July, 2016.


APPEARANCES:


  BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
     MILES, P.C.
  (BY:  ANDY D. BIRCHFIELD, JR., ESQ.)
  218 COMMERCE STREET
  POST OFFICE BOX 4160
  MONTGOMERY, ALABAMA  36104-4160

     ATTORNEYS FOR THE PLAINTIFFS


  KAYE SCHOLER, LLP
  (BY:  JULIE B. du PONT, ESQ.)
  250 WEST 55TH STREET
  NEW YORK, NEW YORK  10019-9710

     ATTORNEYS FOR BAYER HEALTHCARE
     PHARMACEUTICALS AND BAYER PHARMA AG

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 43

```
 1              Objection.

 2         THE WITNESS:

 3              Yes.

 4  EXAMINATION BY MR. BIRCHFIELD:

 5     Q.    If there were a simple blood test to

 6  determine the plasma concentration level for

 7  Xarelto that could significantly reduce the risk

 8  associated with the drug, would you want to know

 9  that?

10         MS. du PONT:

11              Objection.

12         MR. McCAULEY:

13              Same.

14         THE WITNESS:

15              In other words, let me just get

16      that right.  You wanted me -- you are

17      asking me if there was a way to monitor

18      the level that -- what was your question

19      again?

20  EXAMINATION BY MR. BIRCHFIELD:

21     Q.    Well, let me back up.  Do some

22  patients respond to anticoagulants differently?

23     A.    Yes.

24         MS. du PONT:

25              Objection.
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 44

1    EXAMINATION BY MR. BIRCHFIELD:

2         Q.    So some patients may take a pill and

3    they may have a high response level, correct?

4              MR. McCAULEY:

5                   I object; vague.

6              THE WITNESS:

7                   Yes.  That applies to any drug,

8         right?

9    EXAMINATION BY MR. BIRCHFIELD:

10        Q.    So if there were a way to identify

11   high responders to Xarelto with a one-time blood

12   test, would that be important for you to know?

13             MS. du PONT:

14                  Objection.

15             MR. McCAULEY:

16                  I object.

17             THE WITNESS:

18                  If there was a way to identify

19        high dose responders?  I would like to

20        know if that affects the therapeutic --

21        what is the therapeutic range and how we

22        are going to monitor before I kind of give

23        a definite answer to that.

24   EXAMINATION BY MR. BIRCHFIELD:

25        Q.    Knowing the therapeutic range is

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 45

1    important, correct?
2            MS. du PONT:
3                Objection.
4            THE WITNESS:
5                If there's such a -- if it's very
6        specific what is the therapeutic range
7        then you would use the therapeutic range.
8    EXAMINATION BY MR. BIRCHFIELD:
9        Q.    If such a one-time blood test were
10   available, would you use it for patients that
11   you were putting on Xarelto?
12           MR. McCAULEY:
13               I object.
14           MS. du PONT:
15               Objection.
16           THE WITNESS:
17               So if there is a test that would
18       tell you that some people are high
19       responders, is that what you said?
20   EXAMINATION BY MR. BIRCHFIELD:
21       Q.    Yes.
22       A.    Like they are very sensitive to it?
23       Q.    Yes.
24       A.    That they would be at risk for
25   bleeding?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 46

1      Q.    Yes.

2      A.    Or proven bleeding, that they are

3  clearly at higher risk?  Yes, of course, I would

4  want to know that.

5      Q.    Is such a test available for Xarelto?

6      A.    I believe there may be, but I don't

7  know the specific of it.

8      Q.    Has anyone ever told you that there

9  is one available?

10      A.    I think there is a -- there is a like

11  PTT equivalent, something like that.

12      Q.    Where did you get that information,

13  Dr. Wong?

14      A.    Just -- I don't know.  Because all

15  these medica -- all these NOACs seem to have --

16  there is a level you can look at and in their

17  studies, but I don't recall.  But anyway, it did

18  not seem to be relevant because it didn't seem

19  like it was necessary to check those levels.

20      Q.    Why is that?  It's not necessary to

21  check those levels, why is that with Xarelto?

22      A.    Because there did not seem to be --

23  there was no study to show that monitoring that

24  level was going to decrease their risk of

25  bleeding.  There was no data regarding that

Protected - Subject to Further Protective Review

1        UNITED STATES DISTRICT COURT

         EASTERN DISTRICT OF LOUISIANA

2

    ******************************

3

    IN RE:  XARELTO                MDL No. 2592

4   (RIVAROXABAN)                  Section L

    PRODUCTS LIABILITY             Judge Eldon Fallon

5   LITIGATION                     Mag. Judge North

6   THIS DOCUMENT RELATES TO:

    ALL CASES

7

    ******************************

8

9   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

10

11

12    VIDEOTAPED DEPOSITION OF DR. FRANK MISSELWITZ

13

14           Wednesday, July 13th, 2016

15               8:45 a.m.

16

17      Held At:

18           Simmons & Simmons

19           Claude Debussylaan 247

20           1082 MC Amsterdam, Netherlands

21

22

23

24   REPORTED BY:

25   Maureen O'Connor Pollard, RMR, LA Cert #2011025

Protected - Subject to Further Protective Review

1    A.    You read it correctly.

2    Q.    Okay.  And again, they're talking

3  about all oral anticoagulants, so that would be

4  your competitors, Warfarin, Pradaxa, Eliquis, is

5  that correct?

6          MS. YATES:  Take your time to read the

7  document.

8          (Witness reviewing document.)

9    A.    Again, I was not familiar with this

10  document before, but as I read it now, this

11  particular paragraph under 3 is referring to

12  oral anticoagulants as a whole.  That would

13  include Warfarin.  And, of course, we need to

14  keep in mind that the use, say, specifically of

15  Xarelto is widespread with more than 20 million

16  patients now being exposed.  So, of course, this

17  also puts these numbers into perspective, and...

18          MR. McWILLIAMS:  Move to strike as

19  non-responsive.

20  BY MR. McWILLIAMS:

21    Q.    20 million patients exposed.  And what

22  percentage of those are for the Afib indication?

23    A.    I don't know exactly.

24    Q.    What's your best guess?

25          MS. YATES:  Objection.  Form.

Protected - Subject to Further Protective Review

Page 770

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - -

IN RE:  XARELTO          :  MDL NO. 2592
(RIVAROXABAN) PRODUCTS :
LITIGATION              :  SECTION L
                        :
THIS DOCUMENT RELATES   :  JUDGE ELDON
TO ALL CASES            :  E. FALLON
                        :
                        :
                        :  MAG. JUDGE
                        :  NORTH
            VOLUME III
              - - -
          July 20, 2016
              - - -
           - PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -
          Continued videotaped
deposition of PETER M. DiBATTISTE, M.D.,
taken pursuant to notice, was held at the
law offices of Drinker, Biddle & Reath,
105 College Road East, Princeton, New
Jersey, beginning at 9:08 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter and Notary
Public.


                - - -


        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
          deps@golkow.com

Protected - Subject to Further Protective Review

Page 820

1   specifically to say, "We just learned
2   about this device withdrawal.  Does this
3   raise any additional questions?  Is there
4   any" -- I don't know what the -- what the
5   initiating reason for that call was.
6           Q.    Do you believe FDA's review
7   of the performance of this device in
8   ROCKET led to its -- the recommendation
9   for the device to be recalled?
10          A.    I -- I'd be speculating.
11  Based on what was written in the -- I
12  guess in the Alere statement, I don't
13  think so.  I think it was more about
14  their satisfaction with modifications
15  that is -- were made in the software.
16  But I don't know.  And we've had no
17  conversations with Alere about it at all.
18          Q.    So to the best of your
19  knowledge, has this -- has this issue
20  been resolved from the FDA, or is there
21  review still ongoing?
22          A.    I have nothing to indicate
23  that the review is complete.
24          Q.    That it's complete?

Protected - Subject to Further Protective Review

Page 821

1          A.    I have nothing to indicate

2    that it is complete.  So my assumption is

3    that it is ongoing.

4              Since this isn't a formal

5    procedure as with EMA, there are no rules

6    or requirements for FDA to tell us when

7    they're done, which, to be honest, is a

8    little unsatisfying.  We'd like to know

9    when their assessment is done.  But it's

10   not clear that we will get that.

11         Q.    Is Janssen of the opinion

12   that the freezing of these Week 12 and

13   Week 24 samples and the time that elapsed

14   from collection and analysis resulted in

15   bias to the results?

16             MS. SHARKO:  I object to the

17             form of the question.

18             Dr. DiBattiste is here to testify

19             as to what Dr. DiBattiste knows or

20             believes.

21             MR. McWILLIAMS:  Okay.

22   BY MR. McWILLIAMS:

23         Q.    Are you familiar with

24   Janssen's position on this topic?

USCA5 1115

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: XARELTO (RIVAROXABAN)      MDL NO. 2592
PRODUCTS LIABILITY LITIGATION


                                  SECTION L


                                  JUDGE ELDON E. FALLON
                                  MAG. JUDGE NORTH
***************************************************
 PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

 This Document Relates To:
  Dora Mingo v. Janssen Research &
  Development, et al.
  Civil Case No. 2:15-cv-03469



     *********************************************
 VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.
     *********************************************
         Taken at Holiday Inn Express
             105 Holiday Lane,
           McComb, Mississippi,
            August 12, 2016,
      beginning at approximately 12:40 p.m.



      ***********************************
          AMY M. KEY, RPR, CSR
            Notary Public

USCA5 1116

Protected - Subject to Further Protective Review

Page 94

1      Q.   Well, let's just -- okay.  Let's not worry

2   about the word "infrequent."  It says -- it gives an

3   example, perhaps at initiation.

4      A.   Uh-huh (affirmative response).

5      Q.   So if you could monitor Xarelto at

6   initiation to see the effect that it was having on a

7   patient's blood to ensure that the patient had the

8   right dose, do you believe that would result in

9   better outcomes for patients?

10     A.   If the manufacturer of the drug and the

11   FDA recommends that we as physicians do this, yes.

12     Q.   Right.  But that was not recommended to

13   you in January of --

14     A.   No, it wasn't recommended.

15     Q.   I'm sorry.  In January of 2015, that was

16   not recommended to you, correct?

17     A.   No.

18     Q.   In fact, the label specifically said that

19   you could not monitor the anticoagulation effect of

20   Xarelto?

21     A.   That was my understanding, yes.

22     Q.   But this information in this 2011 FDA

23   document indicates that such monitoring is actually

24   possible; is that correct?

25          MS. PRUITT:  Object to the form.

USCA5 1117

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)       MDL NO. 2592
PRODUCTS LIABILITY LITIGATION


                              SECTION L


                              JUDGE ELDON E. FALLON
                              MAG. JUDGE NORTH
**************************************************
 PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

 This Document Relates To:
  Dora Mingo v. Janssen Research &
  Development, et al.
  Civil Case No. 2:15-cv-03469



     ********************************************
 VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.
     ********************************************
          Taken at Holiday Inn Express
               105 Holiday Lane,
               McComb, Mississippi,
               August 12, 2016,
      beginning at approximately 12:40 p.m.



          ***********************************
               AMY M. KEY, RPR, CSR
                 Notary Public

USCA5 1118

Protected - Subject to Further Protective Review

Page 99

1      Q.   And I do want to point out one more thing
2  from the U.S. label, page 21 of the January 2015
3  label, the pharmacodynamic section there.  And could
4  you just read that section to yourself, 12.2,
5  pharmacodynamics?

6           Doctor, what's your understanding of what
7  that information tells you?  I mean, is Neoplastin
8  mentioned in those sentences?

9      A.   Yes, it is.

10     Q.   Is that information different from what
11 was provided in the New Zealand label?

12     A.   No.

13     Q.   It's not different?  Okay.  What do you
14 take this --

15     A.   This is just a -- the New Zealand label is
16 much more detailed, and this is like an overall
17 summary that this is possible, that there's some
18 effect.  And in the case of what is in the New
19 Zealand label there, they went into a little bit
20 more detail.

21     Q.   Okay.

22     A.   Yeah.

23     Q.   So, Doctor, when you prescribed Xarelto to
24 Ms. Mingo in January of 2015, it was your
25 understanding that the anticoagulation effect of

USCA5 1119

Protected - Subject to Further Protective Review

Page 100

1   Xarelto on Ms. Mingo's blood could not be monitored;

2   is that correct?

3       A.   That's my understanding, yes.

4       Q.   And the label in effect at that time for

5   Xarelto specifically stated that the anticoagulation

6   effect of Xarelto could not be monitored; is that

7   correct?

8           MS. MOORE:  Object to the form.

9           THE WITNESS:  That's my understanding,

10      yes.

11  BY MR. VANZANDT:

12      Q.   But Janssen had information suggesting

13  that the anticoagulation effect of Xarelto could

14  actually be monitored; is that right?

15          MS. MOORE:  Object to the form.

16          MS. PRUITT:  Object to the form.

17          THE WITNESS:  In some fashion, yes.

18  BY MR. VANZANDT:

19      Q.   And we looked at the 2011 FDA document

20  where it was indicated that there was a correlation

21  between PT and Xarelto.  Do you recall that?

22      A.   Yes.

23      Q.   And we also looked at the New Zealand

24  label where doctors in New Zealand were being told

25  that you can monitor the anticoagulation effect of

Protected - Subject to Further Protective Review

Page 101

1    Xarelto.  Do you recall that?

2        A.   Yes.

3        Q.   But Janssen did not provide that

4    information to doctors in the United States; is that

5    correct?

6            MS. MOORE:  Object to the form.

7            THE WITNESS:  Right.

8    BY MR. VANZANDT:

9        Q.   Doctor, when you prescribed Xarelto to

10   Ms. Mingo in January of 2015, would you have liked

11   to have known that it was possible to monitor the

12   anticoagulation effect of Xarelto?  Is that

13   information that you would've liked to have had?

14           MS. PRUITT:  Objection.

15           THE WITNESS:  Yes.

16   BY MR. VANZANDT:

17       Q.   And if you would have known that, if you

18   knew that it was possible to monitor the

19   anticoagulation effect of Xarelto for Ms. Mingo, is

20   that something you would have wanted to do?

21       A.   Yes.

22       Q.   Would it have been beneficial -- would it

23   have been beneficial to you to monitor the effect it

24   was having on her right after she initiated the

25   drug?

USCA5 1121

Protected - Subject to Further Protective Review

Page 102

1      A.   Yeah.

2      Q.   And if you would have been able to run

3   such a test to monitor Xarelto's anticoagulation

4   effect and if a test showed you that Ms. Mingo's

5   blood was too anticoagulated, would you have made a

6   switch to her medication?

7           MS. MOORE:  Object to the form.

8           THE WITNESS:  Rephrase that.

9   BY MR. VANZANDT:

10     Q.   I'm sorry.  That's a terrible question.

11          Doctor, let's actually look -- let's look

12   at Ms. Mingo's laboratory testing from around the

13   time that you prescribed Xarelto to her.

14          MR. WILLS:  Is this Exhibit 11?

15          MR. VANZANDT:  What number are we on?

16          COURT REPORTER:  Yes, 11.

17           (EXHIBIT NO. 11 MARKED.)

18   BY MR. VANZANDT:

19     Q.   Now, Doctor, we discussed earlier that you

20   prescribed Xarelto to Ms. Mingo on January 23rd,

21   2015; is that correct?

22     A.   Correct.

23     Q.   And she had presented to the emergency

24   room the day before that on January 22nd, 2015; is

25   that correct?

Golkow Technologies, Inc. - 1.877.370.DEPS

USCA5 1122

Protected - Subject to Further Protective Review

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)        MDL NO. 2592
PRODUCTS LIABILITY LITIGATION


                                    SECTION L


                                    JUDGE ELDON E. FALLON
                                    MAG. JUDGE NORTH
**************************************************
 PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

 This Document Relates To:
  Dora Mingo v. Janssen Research &
  Development, et al.
  Civil Case No. 2:15-cv-03469



     *********************************************
 VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.
     *********************************************
         Taken at Holiday Inn Express
             105 Holiday Lane,
            McComb, Mississippi,
            August 12, 2016,
     beginning at approximately 12:40 p.m.



        ***********************************
            AMY M. KEY, RPR, CSR
              Notary Public

USCA5 1123

Protected - Subject to Further Protective Review

Page 106

1    suggest, yes.

2  BY MR. VANZANDT:

3    Q.   But you didn't know that back in

4  January 2015, did you?

5    A.   No.

6    Q.   And no one from Xarel- -- or no one from

7  Janssen had told you that back prior to January of

8  2015?

9    A.   No.

10       MS. MOORE:  Object to the form.

11  BY MR. VANZANDT:

12   Q.   So, Doctor, if after you prescribed

13  Xarelto to her on the 23rd, --

14   A.   Uh-huh (affirmative response).

15   Q.   -- if you knew that there was a test that

16  you could have ran the next day that would have

17  shown you the effect that Xarelto was having on her

18  blood, you would have ran that test, correct?

19   A.   Correct.

20   Q.   And if that test showed that Xarelto was

21  causing her blood to become too anticoagulated,

22  would you have made some kind of adjustment to her

23  dosage or her medication?

24       MS. PRUITT:  Objection.

25       THE WITNESS:  Yes, I would.

Case 2:14-md-02592-EEF-MBN   Document 5995-2   SEALED   Filed 03/02/17   Page 289 of 343

# Schedule 9

# List of Advisory Committee Materials
# Concerning Xarelto

## List of Advisory Committee Materials Concerning Xarelto

**1. March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting**

On March 19, 2009, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss New Drug Application (NDA) 022406, Xarelto (rivaroxaban) oral tablets (10 mg) for the proposed indication for use in prophylaxis of deep vein thrombosis and pulmonary embolism in patients undergoing hip replacement surgery or knee replacement surgery.

The following is a list of materials from the March 19, 2009 Meeting:

- Announcement of the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Agenda for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Roster for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Briefing Information and Errata for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Briefing Information for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Slides for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting:
  - Kathy Robie-Suh, M.D., Medical Officer/Team Leader, Division of Medical Imaging and Hematology Products, CDER, OND, OODP
  - Min Lu, M.D., M.P.H., Medical Officer, Division of Medical Imaging and Hematology Products, CDER, OND, OODP
  - Qing Xu, Ph.D., Statistical Reviewer, Office of Biostatistics, Division of Biometrics
  - Kate Gelperin, M.D., M.P.H., Medical Officer, Office of Surveillance and Epidemiology, Division of Epidemiology I
  - Christoffer W. Tornoe, Ph.D., Division of Pharmacometrics, Office of Clinical Pharmacology

2

- Janssen Slides for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting:
  - Core Presentation
  - Backup Files

- Open Public Hearing Speaker Slides for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Transcript for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Minutes for the March 19, 2009 Cardiovascular and Renal Drugs Advisory Committee Meeting

## 2.  September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

On September 8, 2011, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss New Drug Application (NDA) 202439, Xarelto (rivaroxaban) tablets for the proposed indication for use in the prevention of stroke and systemic embolism (blood clots other than in the head) in patients with non-valvular atrial fibrillation (abnormally rapid contractions of the atria, the upper chambers of the heart).

The following is a list of materials from the September 8, 2011 Meeting:

- Announcement of the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Agenda for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Questions for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Meeting Roster for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Committee Roster for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

3

- FDA Briefing Information and Errata for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Briefing Information for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Agenda for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Questions for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Meeting Roster for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Slides and Backup Slides for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Slides for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Transcript for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Minutes for the September 8, 2011 Cardiovascular and Renal Drugs Advisory Committee Meeting

### 3. May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

On May 23, 2012, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss Supplemental New Drug Application (sNDA) 202439/S-002, for Xarelto (rivaroxaban) 2.5 mg tablets to reduce the risk of thrombotic cardiovascular events in patients with acute coronary syndrome (ACS) [ST elevation myocardial infarction (STEMI), non-ST elevation myocardial infarction (NSTEMI), or unstable angina (UA)] in combination with aspirin alone or with aspirin plus clopidogrel or ticlopidine (also referred to as the "proposed indication for treatment of ACS").

The following is a list of materials from the May 23, 2012 Meeting:

4

Case 2:14-md-02592-EEF-MBN   Document 5599-1 SEALED   Filed 03/02/17   Page 293 of 343

- Announcement of the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Agenda for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Questions for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Draft Meeting Roster for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Committee Roster for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Webcast Information for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Briefing Information and Errata for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Briefing Information and Errata for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Agenda for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Questions for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Meeting Roster for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Slides for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Slides & Backup Slides for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

USCA5 1129

- Transcript for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Minutes for the May 23, 2012 Cardiovascular and Renal Drugs Advisory Committee Meeting

**4. January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting**

On January 16, 2014, the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration met to discuss the Supplemental New Drug Application (NDA) 202439/S-002, for Xarelto (rivaroxaban) 2.5 mg tablets for the proposed indication to reduce the risk of thrombotic cardiovascular events in patients for the first 90 days after suffering acute coronary syndrome (ACS) [ST elevation myocardial infarction (STEMI), non-ST elevation myocardial infarction (NSTEMI), or unstable angina (UA)].

The following is a list of materials from the January 16, 2014 Meeting:

- Announcement of the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Committee Roster for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- FDA Briefing Information and Errata for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Briefing Information for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Webcast Information for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Agenda for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Questions for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Final Meeting Roster for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

6

- FDA Slides for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Janssen Slides for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Transcript for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

- Minutes for the January 16, 2014 Cardiovascular and Renal Drugs Advisory Committee Meeting

Source:

- Archived Materials for the March 19, 2009 Meeting of the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration, available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm125999.htm.

- Archived Materials for the September 8, 2011 Meeting of the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration, available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm250287.htm

- Archived Materials for the May 23, 2012 Meeting of the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration, available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm285415.htm

- Archived Materials for the January 16, 2014 Meeting of the Cardiovascular and Renal Drugs Advisory Committee of the Food and Drug Administration, available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm378911.htm

USCA5 1131

# **Schedule 10**

## **Sponsors' Key Employees Cited in Report**

USCA5 1132

| Employee Name | Entity | Position |
|---|---|---|
| Mueck, Wolfgang, Ph.D. | Bayer | Head Clinical Pharmacokinetics Cardiovascular |
| Sarich, Troy, Ph.D. | Janssen | Vice President, Real World Evidence |
| Jalota, Sanjay, MRPharmS | Janssen | Senior Director, Global Regulatory Affairs |
| Rhoge, Alla | Janssen | Associate Director, Immunology Global Regulatory Affairs |
| Berkowitz, Scott, MD, FACP, FACC | Bayer | Global Clinical Development Thrombosis, Clinical Development |
| Byra, William | Janssen | Senior Director, Internal Medicine |
| Nesssel, Christopher, MD | Janssen | Vice President, Franchise Medical Leader, Cardiovascular |
| Vanden Boom, Catherine | Janssen | Associate Director, Clinical Project Scientist |
| Nessel (formerly Schwabe), Kimberly | Janssen | Director, Clinical Scientist |
| DiBattiste, Peter | Janssen | Global Therapeutic Area Head, Cardiovascular and Metabolism |
| Patel, Purve | Janssen | Director, Regulatory Affairs |

Case 2:14-md-02592-EEF-MBN Document 5989-1 Filed 03/02/17 Page 298 of 343

# **Schedule 11**

# **Chronology Based on Section X**

USCA5 1134



**Oct. 1**
Collaboration Agreement: develop Xarelto "without the need for coagulation monitoring"

**July**
NDA 22-406 Filed, Labeling Section 12.2: "If assessment of the pharmacodynamics effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended."

**April 23**
Re. Section 5.4 Lab Tests, include "only if section is requested"

**Dec. 27**
Repeat proposed language for Section 12.2

**Jan.**
Repeat proposed language for Section 12.2

'The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamics effect.'

"the Prothrombin Time could be used for estimating rivaroxaban pharmacodynamics effect" (although Sponsor does not recommend it due to the short half-life and fact that the effect varies with the various available thromboplastin/tissue factor reagents)."

2005    2008    2009    2010    2011

**June 22**
FDA disagrees

**July 12**
Update label with approved language

**June 13**
"The predictive value of these coagulation parameters for bleeding risk or efficacy has not been adequately studied."

**July 1**
Approved: "Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest are prolonged dose-dependently."

**Aug. 10**
"Major bleeding events increased with an increase in pre-dose PT [trough] over the observed range"

**Nov. 4**
Struck sentence from June 13.

Reviewers stated "that there is also a correlation between PT and risk of bleeding."

**Language Index:**
Red = Sponsor
Blue = FDA

Case 2:14-md-02592-EEF-MBN Document 5599-1 *SEALED* Filed 03/02/17 Page 300 of 343



**Language Index:**
Red = Sponsor
Blue = FDA or CSRC

**Dec. 3**
Berkowitz: "Clinical value of a PK/PD measurement for NOAC dosing not proven nor as straightforward as with PT/INR for VKAs."

2014 — 2015 — 2016

**Dec. 4 & 5**
Temple:
"With steep dose-response for both benefit and risk, optimizing does or blood levels seems like a very good idea."

**Feb. 3**
Temple:
"early optimization seems worthwhile…the NOACs are very good, but could probably be better"

**Oct. 26**
Florian & Rose:
"Relationships identified between drug exposure/coagulation markers and major bleeding rate"

**Dec. 3**
Temple:
"So, for the previous of standard of care, warfarin, we…always use a dose titrated to anticoagulant effect. Why are NOACs different? Maybe they shouldn't be… Blood Levels Can Help… It seems self-evidently worth it."

Florian & Rose
presented Figure 4(A) Logistic Regression model demonstrating increased bleed risk with prolongation of PT

**July**
CSRC: "it is possible that they [the NOACs] might have performed even better regarding thrombotic or bleeding events and stroke reduction if PK or PD monitoring were available"

USCA5 1136

Case 2:14-md-02592-EEF-MBN Document 5999-1 SEALED Filed 03/02/17 Page 301 of 343

# Schedule 12

# List of Bellwether Plaintiffs

USCA5 1137

| Case Caption | Plaintiff's Name | Case Number |
|---|---|---|
| Joseph J. Boudreaux, Jr. and Loretta Boudreaux v. Janssen Research & Development, LLC, et al. | Joseph J. Boudreaux | Case No. 2:14-cv-02720 |
| Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker, and Kim Orr DeAgano v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, et al | Sharyn M. Orr | Case No. 2:15-cv-03708 |
| Dora Mingo v. Janssen Research & Development, LLC, et al | Dora Mingo | Case No. 2:15-cv-03469 |
| James Henry, Individually and as the Executor of the Estate of William Henry v. Janssen Research & Development, LLC | William H. Henry | Case No. 2:15-cv-00224 |

Case 2:14-md-02592-EEF-MBN - Document 5599-1 SEALED   Filed 03/02/17   Page 303 of 343

# Schedule 13

# Data on Inter-Patient Variability Associated with Approved Xarelto Indications

USCA5 1139

**Table 3** Plasma concentrations of rivaroxaban in patient populations studied (licensed indications)

| Patient population/clinical setting | Rivaroxaban dose | $AUC_{24}$ (µg · h/L) | $C_{trough}$ (µg/L)[a] | $C_{max}$ (µg/L)[b] |
|---|---|---|---|---|
| VTE prevention after total hip replacement surgery | 10 mg od | 1,170 (772–2,118)[c] | 9 (1–38)[c] | 125 (91–196)[c] |
| DVT treatment (continued treatment) | 20 mg od | 2,814 (1,702–4,773)[d] | 26 (6–87)[d] | 270 (189–419)[d] |
| Stroke prevention in patients with AF ($CL_{CR} \geq 50$ mL/min) | 20 mg od | 3,164 (1,860–5,434)[e] | 44 (12–137)[e] | 249 (184–343)[e] |
| Stroke prevention in patients with AF ($CL_{CR}$ 30–49 mL/min) | 15 mg od | 3,249 (1,929–5,311)[e] | 57 (18–136)[e] | 229 (178–313)[e] |
| Secondary prevention in patients with ACS | 2.5 mg bid | 376 (213–641)[f] | 17 (6–37)[f] | 46 (28–70)[f] |

[a] Defined as samples collected 20–28 h after dosing

[b] Defined as samples collected 2–4 h after dosing

[c] Median estimated values (5th–95th percentile range) in phase II studies in patients undergoing total hip replacement surgery [14]

[d] Parameter estimates at steady state—geometric means (5th–95th percentile range) in phase II studies in the acute treatment of DVT [15]

[e] Parameter estimates at steady state—geometric means (5th–95th percentile range) in stroke prevention in patients with AF (Girgis et al. unpublished data; Bayer HealthCare Pharmaceuticals and Janssen Research & Development, LLC: data on file)

[f] Median estimated values (5th–95th percentile range) at steady state in patients with ACS in the phase II ATLAS ACS TIMI 46 trial [55]. AUC provided as $AUC_{12}$

*ACS* acute coronary syndrome, $AUC_{12}$ area under the plasma concentration–time curve from time zero to 12 h, $AUC_{24}$ area under the plasma concentration–time curve from time zero to 24 h, *AF* atrial fibrillation, *bid* twice daily, $C_{max}$ maximum plasma concentration, $CL_{CR}$ creatinine clearance, $C_{trough}$ minimum plasma concentration, *DVT* deep vein thrombosis, *od* once daily, *VTE* venous thromboembolism

Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban*. Clin Pharmacokinet (2014) 53:1-16.





USCA5 1142



Source: ROCKET Clinical Trial Database

Case 2:14-md-02592-EEF-MBN Document 5999-1 SEALED Filed 03/02/17 Page 308 of 343

# Schedule 14

## Anticoagulants and the Clotting Cascade

USCA5 1144

# ANTICOAGULANTS AND THE CLOTTING CASCADE[1]

Unlike traditional anticoagulant agents, novel oral anticoagulants – like rivaroxaban (Xarelto) – have been designed to inhibit specific single targets in the coagulation cascade. For example, some anticoagulants (rivaroxaban and apixaban) directly inhibit Factor Xa, while other anticoagulants (dabigatran) directly inhibit thrombin. To the contrary, fondaparinux and the heparins work indirectly through antithrombin.



Figure 1

The coagulation cascade and targets of anticoagulant agents. LMWH, low molecular weight heparin; TF, tissue factor; UFH, unfractionated heparin; VKA, vitamin K antagonist [9].

Sources:

- http://thrombosisjournal.biomedcentral.com/articles/10.1186/1477-9560-11-10
- https://www.thrombosisadviser.com/en/image/?category=coagulationcascade&image=anticoagulants-coag-cascade

---

[1] This information regarding anticoagulants and the clotting cascade is not intended to be a full description in detail.

USCA5 1145

# Schedule 15

## Description of Coagulation Testing Parameters

USCA5 1146

# DESCRIPTION OF COAGULATION TESTING PARAMETERS[1]

| Lab Test | Description |
|---|---|
| Activated Clotting Time (ACT) | ACT is a point-of-care whole-blood clotting test used to monitor high-dose heparin therapy or treatment with bivalirudin. It is also used to monitor treatment with anticoagulants when undergoing heart bypass surgery, coronary angioplasty or dialysis. |
| Activated Partial Thromboplastin Time (aPTT)<br><br>Partial Thromboplastin Time (PTT) | It is used primarily to investigate unexplained bleeding or clotting. It is used to evaluate the coagulation factors XII, XI, IX, VII, , V, II (prothrombin) and I (fibrogen), as well as prekallikrein (PK) and high molecular weight kininogen (HK). |
| Anti-Factor Xa Chromogenic Assays | Chromogenic anti-factor Xa assays are used to measure levels of heparin and low-molecular-weight heparin (LMWH). |
| Ecarin Clotting Time (ECT) | Venom from the Echis carinatus snake is used to convert prothrombin to meizothrombin. ECT cannot be used to detect states of disturbed coagulation. |
| Dilute Prothrombin Time (dPT) | It is used for screening and confirmation of the presence of phospholipid-dependent Lupus Anticoagulant (LA) autoantibodies in plasma. An example of such a test is the ACTICLOT dPT. |
| Factor V Assay | This test measures Factor V, which is a substance involved in clotting. |
| Fibrinogen Level (Factor I, hypo-fibrinogenemia) | This test measures how much fibrinogen is in your blood, and abnormal results may be a sign of excessive bleeding/hemorrhage. |
| HEMOCLOT | The HEMOCLOT Thrombin Inhibitors assay is suitable for determining the anticoagulant activity and calculating plasma concentrations of dabigatran (Pradaxa) using chronometric coagulation devices. The product is for *research use only* in the United States, instead of for use in diagnostic procedures. |
| HepTest (HepTest-STAT) | It is a clotting assay for monitoring of LMWH, and is an alternative to the chromogenic anti-factor Xa assay for monitoring heparin thromboprophylaxis in pregnancy. |
| International Normalized Ratio (INR) | An individual's Prothrombin Time (PT) is mathematically converted to INR in order to standardize the PT. |
| Lupus Anticoagulant Testing | Lupus anticoagulant testing is a series of tests used to detect lupus anticoagulant (LA) in the blood. It is used to help determine the cause of an unexplained prolonged PTT test. |
| Prothrombin Time (PT, Pro Time, ProTime) | It is used to help detect and diagnose a bleeding/excessive clotting disorder. Specifically, it is used to see how well and how |

---

[1] This is not meant to be an exhaustive list of all coagulation testing parameters, nor is it intended to provide a full description in detail.

2

USCA5 1147

| | long it takes blood to clot. |
|---|---|
| Prothrombinase-Induced Clotting Time (PiCT) | It is a clotting assay sensitive to factor Xa and factor IIa inhibitors. It is based on the addition of factor Xa and snake venom RVV-V (Russell viper venom factor V activiator) activating factor V and phospholipids to platelet-poor plasma. |
| Thrombin Clotting Time (TCT) | TCT is prolonged in patients with low fibrinogen levels/dysfibrinogenemia and in those with elevated fibrin degradation levels. |
| Thromboelastography (TEG) | Commercially available, rapid, point-of-care assay that assesses clot formation in whole blood, including plasmatic and cellular components. |

Sources:

https://labtestsonline.org/understanding/analytes/aptt/tab/test

https://labtestsonline.org/understanding/analytes/pt

https://labtestsonline.org/understanding/analytes/act

https://labtestsonline.org/understanding/analytes/lupus-anticoagulant/tab/test

http://circ.ahajournals.org/content/112/4/e53

http://www.ncbi.nlm.nih.gov/pubmed/22227958

http://www.ncbi.nlm.nih.gov/pubmed/10448601

http://www.ncbi.nlm.nih.gov/pubmed/19888540

http://www.ncbi.nlm.nih.gov/pubmed/18701419

http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3533209/

3

Case 2:14-md-02592-EEF-MBN Document 5999-1 SEALED Filed 03/02/17 Page 313 of 343

# Schedule 16

# The FDA Approval of New Drugs

USCA5 1149

## A.  The FDA's Standards for Approval

1.     Under United States food and drug laws, a drug may not be introduced into interstate commerce unless its sponsor has shown that the drug is safe and effective for the intended conditions of use.[1]

2.     The law requires that "adequate and well-controlled investigations" be used to demonstrate a drug's safety and effectiveness.[2]

3.     The FDA approves a drug if there are "adequate and well-controlled" clinical trials that demonstrate a drug's safety and effectiveness for its intended conditions of use.[3]

4.     The "intended conditions" for use of a drug are listed in the drug's labeling, which is reviewed and approved by the FDA.[4]

5.     Indications for use that are not listed in a drug's labeling have not been approved by the FDA.[5]

## B.  The FDA's Standard for Disclosure

6.     The following standards are based on my experiences as the FDA Commissioner from 1990 to 1997, having written about and taught food and drug law, dealt with FDA statutes and regulations and acted as chair of compliance committees of FDA-regulated companies.

---

[1] 21 U.S.C. § 355.

[2] 21 U.S.C. § 355(d)(7).

[3] 21 U.S.C. § 355(d)(7).

[4] 21 U.S.C. §§ 355(d)(1) and (2).

[5] "The labeling is derived from the data submitted with the new drug application.  It presents a full disclosure summarization of drug use information, which the supplier of the drug is required to develop from accumulated clinical experience and systemic drug trials of preclinical investigations and adequate, well-controlled clinical investigations that demonstrate the drug's safety and the effectiveness it purports or is represented to possess." (37 Fed. Reg. 16,503 (1972)).

USCA5 1150

7.    In 1979, the FDA, as part of a final rule titled "Labeling and Prescription Drug Advertising: Content and Format for Labeling for Human Prescription Drugs"[6] issued 21 C.F.R. §§ 201.57 (e) and (g) which stated, respectively[7]:

> (e) Warnings: Under this section heading, the labeling shall describe serious adverse reactions and potential safety hazards, limitations in use imposed by them, and steps that should be taken if they occur. The labeling shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved.[8]

> (g) Adverse Reactions: An adverse reaction is an undesirable effect reasonably associated with the use of the drug that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence.[9]

8.    In 2006, the FDA adopted final rules for 21 C.F.R. §§ 201.57 (c)(6) and (7) which stated:

> (c)(6) 5 Warnings and precautions. (i) General. This section must describe clinically significant adverse reactions….the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established….
> (c)(7) 6 Adverse reactions. This section must describe the overall adverse reaction profile of the drug based on the entire safety database. For purposes of prescription drug labeling, an adverse reaction is an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all adverse events observed during use of a drug, only those adverse events for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event.[10]

---

[6] 44 Fed. Reg. 37434 (June 26, 1979).

[7] 44 Fed. Reg. 37434 (June 26, 1979) at 37465.

[8] 21 C.F.R. § 201.57(e).

[9] 21 C.F.R. § 201.57(g).

[10] 71 Fed. Reg. 3922-3997 (January 24, 2006) at 3990.

9.  The FDA's regulations require that all prescription drug labeling contain:

> Adequate information for such use, including indications, effects, dosages, routes, methods, and frequency and duration of administration and any relevant warnings, hazards, contraindications, side effects, and precautions, under which practitioners licensed by law to administer the drug can use the drug safely and for the purposes for which it is intended, including all conditions for which it is advertised or represented… [21 C.F.R. § 201.100(d)(1)].

10. The FDA's regulations have the following general requirement for prescription drug labeling:  "The labeling must contain a summary of the essential scientific information needed for the safe and effective use of the drug." [21 C.F.R. § 201.56(a)(1)].

11. The FDA's regulations require that a pharmaceutical drug's labeling contain a section on dosing and administration consisting of:

> A concise summary of the information required under paragraph (c)(3) of this section [dosage and administration guidelines], with any appropriate subheadings, including the recommended dosage regimen, starting dose, dose range, critical differences among population subsets, monitoring recommendations, and other clinically significant clinical pharmacologic information. [21 C.F.R. § 201.57(7)].

12. The FDA's regulations require that a manufacturer must submit as part of its New Drug Application:

> A description and analysis of any other data or information relevant to an evaluation of the safety and effectiveness of the drug product obtained or otherwise received by the applicant from any source, foreign or domestic, including information derived from clinical investigations, including controlled and uncontrolled studies of uses of the drug … [21 C.F.R.§ 314.50(c)(5)(iv)].

13. The FDA's regulations require that:

> The applicant shall, under section 505(i) of the act, update periodically its pending application with new safety information learned about the drug that may reasonably affect the statement of contraindications, warnings, precautions, and  adverse reactions in the draft labeling and, if applicable, any Medication Guide required under part 208 of this chapter.  These

> 'safety update reports' are required to include the same kinds of
> information (from clinical studies, animal studies, and other sources) and
> are required to be submitted in the same format as the integrated summary
> in paragraph (d)(5)(vi)(a) of this section. [21 C.F.R. §
> 314.50(d)(5)(vi)(b)].

14. The FDA has stated that:

> Updates of safety information are required under the regulations to include
> 'new safety information learned about the drug that may reasonably affect
> the statement of contraindications, warnings, precautions, and adverse
> reactions in the draft labeling,' in essentially the same format as the
> integrated summary. Because the content of the update will depend on the
> nature of the additional data, it will generally be useful to consult with the
> reviewing division before preparing the update. It is possible to provide
> the safety update information as a report that refers only to the new data
> obtained since the last update or since the original submission, but it is
> preferable to provide a document incorporating the new data with the data
> and analyses in the initial integrated summary of safety information, as
> well as showing the new data. If the additional data are relatively few and
> come principally from foreign sources or other studies that have not been
> incorporated into overall analyses in the initial submission, it may be
> sufficient to concentrate on the serious or potentially serious adverse
> events, or an unusually high frequency of a less serious event, providing a
> narrative description of these events. [FDA, Center for Drug Evaluation
> and Research, "Guideline for the Format and Content of the Clinical and
> Statistical Sections of an Application," July 1988, p.33-34].

15. Further, a prescription drug is considered "deemed to be misbranded" if "it is dangerous to health when used in the dosage or manner, or with the frequency or duration prescribed, recommended, or suggested in the labeling thereof." [21 U.S.C. § 352(j)].

16. A manufacturer "must periodically submit any new information that may affect the FDA's previous conclusions about the safety, effectiveness, or labeling of the drug."[11]

---

[11] *Wyeth v. Levine*, 555 US 555, 608 (2009), citing 21 U.S.C. § 355(k).

Case 2:14-md-02592-EEF-MBN Document 5995-1 SEALED Filed 03/02/17 Page 318 of 343

# Schedule 17

# Chronology of INRatio Performance Issues in ROCKET



**Oct. 12**
Byra (Janssen) notes a ROCKET patient (Canada) "was bleeding from every orifice with an INR > 10" and a "wrong reading Hemosense device"

**Oct. 26**
Meeting re: "Covance INR QC Check – Hemosense Device", proposing that Covance perform quality checks of device due to "concern on the part of DCRI, Parexel and the investigator sites with the accuracy of the POC device."

**Jan. 20**
Byra (Janssen) forwards Oct. 4, 2005 FDA Warning Letter

**Nov. 3**
Becker (DCRI): Routine surveillance checks are "standard and expected"

**Oct. 4**
FDA issues 1st warning letter to HemoSense

**Dec. 18**
ROCKET-AF study is initiated

2005                    2006                                        2007

**Nov. 29**
FDA issues 2nd warning letter to Hemosense

**Jan. 11**
Jalota (Janssen) forwards Nov. 29, 2006 FDA Warning Letter

**Sept. 24**
Byra (Janssen): "Based upon INR values seen by our unblinded monitor, the machine may not be functioning properly."

**Oct. 17**
Piccini (DCRI) reports ROCKET patient (site #1028) had POC INR of 1.7 and lab INR > 6; another ROCKET patient (site # 11008, SC) had POC INR of 2.9 and lab INR of 10.

DiBattiste notes that questions have arisen re: accuracy of device and this is not the first time they have had concerns.

**Nov. 5**
Byra (Janssen) sends "INR issues tracker", detailing ROCKET patients who had discrepant results (POC INR v. Lab INR)

USCA5 1155



**Oct. 4**
Email regarding ROCKET patient (site #972022; patient #03804) with POC INR of 2.0 and Lab INR of 10.0

**Feb. 21**
Email from Byra (Janssen) attacking letter to ROCKET investigators regarding the program to take split samples measuring INR with POC device (INRatio) and central lab (Covance)

**October**
Spreadsheet detailing over 140 instances where there were split samples taken at the request of the site investigator(s), meaning the INR was analyzed by a central lab (Covance) and POC device (INRatio)

**Sept. 7**
ROCKET-AF Study Completed

2008 — 2009 — 2010

**Jan. 27**
Email to Byra (Janssen) involving ROCKET patient (patient #104237) with Lab INR of 6.66 and 6.28, and POC INR of 1.7

**June 15**
Email re: ROCKET patient (Site #044002; patient #105914) who had POC INR of 2.1 and lab INR of 8.0

**Aug. 5**
Email from Chalecki (unblinded monitor) re: INR for ROCKET patient (site 011608; patient #11178) was "almost three units higher than the result reported by the Hemosense device"

Sources:

- 10/4/2005: XARELTO_JANSSEN_04962074; XARELTO_JANSSEN_04962075
- 11/29/2006: XARELTO_JANSSEN_04962095; XARELTO_JANSSEN_04962097
- 12/18/2006: XARELTO_JANSSEN_00054263
- 1/11/2007: XARELTO_JANSSEN_04962095; XARELTO_JANSSEN_04962097
- 1/20/2007: XARELTO_JANSSEN_04962074; XARELTO_JANSSEN_04962075
- 9/24/2007: XARELTO_JANSSEN_14557687
- 10/12/2007: XARELTO_JANSSEN_13596622
- 10/17/2007: XARELTO_JANSSEN_11444538; XARELTO_JANSSEN_03933641; XARELTO_JANSSEN_07545453
- 10/26/2007: XARELTO_JANSSEN_11438111; XARELTO_JANSSEN_11438112; XARELTO_JANSSEN_04961856; XARELTO_JANSSEN_04961858
- 11/3/2007: XARELTO_JANSSEN_11471095
- 11/5/2007: XARELTO_JANSSEN_14557711; XARELTO_JANSSEN_14557712
- 1/14/2008: XARELTO_JANSSEN_07545439
- 1/27/2008: XARELTO_JANSSEN_14557758
- 2/21/2008: XARELTO_JANSSEN_14558184; XARELTO_JANSSEN_14558186
- 6/15/2008: XARELTO_JANSSEN_14558085
- 10/2008: XARELTO_JANSSEN_14724821
- 8/5/2009: XARELTO_JANSSEN_14556639
- 9/7/2010: XARELTO_JANSSEN_00054263

# Schedule 18

## Excerpts from FDA Reviews Concerning Dose Selection and Time in Therapeutic Range in ROCKET

USCA5 1158

## I.  DOSE SELECTION

- **Cross Discipline Team Leader Review NDA 202439, Oct. 6, 2011**
  - P. 1 – Introduction

---

**1. Introduction**

Rivaroxaban is an orally available Factor Xa inhibitor with a proposed indication for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation. Rivaroxaban (10 mg once daily) is currently approved for the prophylaxis of deep vein thrombosis (DVT) in patients undergoing knee or hip replacement surgery. It is also being developed for other thrombosis-mediated conditions, including secondary prevention of cardiovascular events after an acute coronary syndrome.

The CMC, pharmacology-toxicology and clinical pharmacology reviewers did not identify any issues that would preclude approval of the proposed doses (20 mg once daily and 15 mg once daily in patients with CrCl 30 to < 50 mL/min) in patients with atrial fibrillation. The clinical and statistical reviewers do not dispute the findings reported by the applicant for any of the critical analyses in the pivotal trial, an international, randomized, double-blind, double-dummy, event-driven, non-inferiority study comparing rivaroxaban to warfarin. The primary endpoint of this trial was a composite endpoint of stroke and systemic embolism and it is recognized that this trial established rivaroxaban's non-inferiority to warfarin *as it was used* in the study. At issue, however, is how well the active comparator, warfarin, was managed in the trial and how to interpret the study's findings in light of warfarin's management. This has also fueled discussion regarding what the regulatory standard should be for the approval of an anticoagulant in this indication. Other important issues identified by the reviewers include the following:
- strokes occurring in patients transitioned off of rivaroxaban at the end of the study
- data supporting the dose and dosing regimen studied

I did not identify any other major issues in my review of the NDA, hence this memorandum will focus on these same topics.

---

  - P. 5-7 – Data supporting the proposed dose/dosing regimen

---

*Data supporting the proposed dose/dosing regimen*: The discussion on dose and dosing regimen has been shaped by several observations and also by analyses that were conducted by Drs. Sabarinath and McDowell as part of their Clinical Pharmacology review.

- Rivaroxaban has a relatively short elimination half-life (6 to 8 hours in healthy subjects and 11 to 13 hours in elderly subjects).
- Effects on PD parameters vary greatly over the 24-hour dosing interval and simulations (shown below) suggest that a twice daily dosing regimen of rivaroxaban would have resulted in lower peak to trough ratios than a once daily regimen.

---

2

- No dose-ranging studies were performed in patients with atrial fibrillation. A single dose/dosing regimen (with adjustment for renal impairment) was studied in the applicant's pivotal phase 3 study and this was based on the findings in two DVT dose-ranging studies. The lowest total daily dose tested in these studies was 20 mg/day and only a small number of outcome events were seen. Only one study (study 11223) included treatment arms that studied the same total daily dose administered either as a once daily or twice daily regimen. One could argue (as the Applicant has) that the findings from the DVT studies do not show a clear and marked difference between regimens; one could also argue (as the Clinical Reviewers have) that the results of study 11223 suggest that a twice daily regimen might have been preferable.
- Data from a phase 2 study in the acute coronary syndrome (ACS) development program indicated that in patients on concomitant aspirin (a medication often used in patients with atrial fibrillation), a total daily dose of rivaroxaban given as a once daily as opposed to a twice daily regimen resulted in a greater incidence of bleeding. Based on this finding, lower doses (2.5 and 5.0 mg) and a twice daily dosing regimen were carried into the phase 3 ACS program.
- Analyses performed on data from ROCKET, the sponsor's phase 3 study in patients with atrial fibrillation, showed a flat relationship between PT and ischemic strokes at the doses studied (with confidence intervals that did not exclude a slope < 1). These analyses (see figures below) also showed that as the PT increased, the probability of a major bleed increased. Similar findings were seen when other pharmacodynamic measures were used (e.g., pre-dose factor Xa activity, PiCT, last observed INR).

Opinions have varied regarding whether or not it was sensible for the applicant to have used the dose/dosing regimen that was used in ROCKET. Opinions have also varied as to what one can and cannot conclude from these data regarding the relative merits of a different dose or dosing regimen from the one studied in ROCKET. This latter issue (whether or not a different dose or dosing regimen might have produced a better balance of safety and efficacy) has perhaps received the most attention and so I will focus on it as well. On the one hand, I do not think that the data as a whole provide a great deal of reassurance about the dose and dosing regimen used in ROCKET. On the other hand, I also do not think one can conclude from these data that a different dose or dosing regimen would have provided a better balance of safety and efficacy. Hence, I think attention should be placed on the experience in ROCKET with the dose that was studied. Clearly, drugs in this therapeutic area provide important clinical benefits and also pose significant risks and so it makes sense that one would want to identify a dose/dosing regimen that does a particularly good job of balancing a drug's risks and benefits. At the same time, the only way to get a clear understanding of the relative merits of one versus another dose/dosing regimen in this therapeutic area is to study more than one dose/dosing regimen in phase 3 studies. The Division routinely encourages sponsors to study more than one dose/dosing regimen in phase 3 studies but has not required it. Based on the regulations and considering the large size of trials conducted in this therapeutic area, I don't think the Division can do more than that.

USCA5 1160

- **November 2011 FDA Summary Review Memorandum approving the A-fib indication**
  - P. 2-3 – Introduction

> The primary clinical reviewers identify the following reasons in their review of this NDA as the bases for recommending this NDA not be approved:
>
> ...
>
> ○ There was no rational basis for the applicant's choice of the dose tested in ROCKET, 20 mg once a day. The pharmacokinetic/pharmacodynamic properties of rivaroxaban suggest the drug should be administered twice a day.

  - P. 8 – Dose of XARELTO administered in ROCKET

> **Dose of XARELTO administered in ROCKET**
> Anticoagulants are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamic activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive inhibition of physiologic clotting and excessive bleeding. Therefore, prudent drug development of anticoagulants should include robust investigation of the relationship between dose and outcomes in order to choose reasonable dose(s) for administration to patients.
>
> The Division concurs with all reviewers of this NDA that data adequate to select a dose to be tested in ROCKET were not available when the trial was designed. The applicant chose the dose to be tested in ROCKET based on two small dose-ranging studies. A rather narrow range of doses was explored (20-40 mg qd in one and 10- 30 mg bid and 40 mg qd in the other). The interpretation of the data from these studies was not obvious and the applicant's stated interpretation lacked adequate rationale. When the applicant inquired if the Division concurred with their dose selection, we said that we did not concur. The half-life of rivaroxaban is less than 12 hours (resulting in trough serum concentrations less than 25% of peak concentrations when administered once a day) so we suggested that administering XARELTO twice a day might result in better outcomes. Given the limitations in available information at the time dose(s) to be tested in ROCKET were selected, an additional dose (i.e., in addition to 20 mg once a day) should have been tested.
>
> Nonetheless, the Division allowed ROCKET to proceed. We did so because we lack authority to put trials on clinical hold for inadequate dose selection. We may put a trial on hold if "the protocol for the investigation is clearly deficient in design" [21 CFR 312.42 (b)(2)]. Clearly deficient is a high standard; it was not impossible that the trial testing a 20 mg dose would succeed (as it eventually did, although perhaps not as successfully as it might have had another dose or doses been tested).

4

## II.  TTR

- **Cross Discipline Team Leader Review NDA 202439, Oct. 6, 2011**
  - P. 1 – Introduction

---

**1. Introduction**

Rivaroxaban is an orally available Factor Xa inhibitor with a proposed indication for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation. Rivaroxaban (10 mg once daily) is currently approved for the prophylaxis of deep vein thrombosis (DVT) in patients undergoing knee or hip replacement surgery. It is also being developed for other thrombosis-mediated conditions, including secondary prevention of cardiovascular events after an acute coronary syndrome.

The CMC, pharmacology-toxicology and clinical pharmacology reviewers did not identify any issues that would preclude approval of the proposed doses (20 mg once daily and 15 mg once daily in patients with CrCl 30 to < 50 mL/min) in patients with atrial fibrillation. The clinical and statistical reviewers do not dispute the findings reported by the applicant for any of the critical analyses in the pivotal trial, an international, randomized, double-blind, double-dummy, event-driven, non-inferiority study comparing rivaroxaban to warfarin. The primary endpoint of this trial was a composite endpoint of stroke and systemic embolism and it is recognized that this trial established rivaroxaban's non-inferiority to warfarin *as it was used* in the study. At issue, however, is how well the active comparator, warfarin, was managed in the trial and how to interpret the study's findings in light of warfarin's management. This has also fueled discussion regarding what the regulatory standard should be for the approval of an anticoagulant in this indication. Other important issues identified by the reviewers include the following:
- strokes occurring in patients transitioned off of rivaroxaban at the end of the study
- data supporting the dose and dosing regimen studied

I did not identify any other major issues in my review of the NDA, hence this memorandum will focus on these same topics.

---

  - P. 14 – Adequacy of anticoagulation in the warfarin arm

---

ROCKET's low TTR (relative to other trials) appears to have resulted from important differences in the management of warfarin in different regions of the world, high enrollment at non-U.S. sites and ROCKET's design which largely left the management of warfarin to the discretion of study investigators. In ROCKET, TTR varied widely across the geographic regions. TTR was highest in North America (mean of 64.1%) and lowest in Eastern Europe (49.7%).

---

USCA5 1162

o   P. 15 – Site-level TTR analyses

---

*Site-level TTR analyses:* Several site-level TTR analyses were done as a way to explore the potential impact of warfarin management on the study's findings. Outcomes were compared after stratifying subjects into quartiles by site-level INR control. Because mean TTR in ROCKET was lower than in other recent RCTs, the TTR cuts defining ROCKET's quartiles were also lower. Hence, additional TTR cuts were examined (e.g., the TTR cut point defining the upper quartile in RE-LY). Finally, as a way to get around the issue of seemingly arbitrary cut points of site-level TTR, the relationship between outcomes and warfarin management was also explored in a more continuous manner- via excluding sites one by one/sequentially based on their TTR. The results of this latter analysis are shown below; in general, analyses based on various TTR cut points paint a similar picture. As shown in the figure, as the site-level TTR increases above ~65, the point estimate of the HR begins to rise. At higher values of site-level TTR, the point estimate appears to reach/exceed one and then drops down; it does not clearly exceed or consistently stay above the FDA margin of 1.38. As is also shown in the figure, the percent of study subjects at sites with higher values of TTR was small and the 95% CI corresponding to these HR point estimates are very wide reflecting the uncertainty around the point estimate. The upper bound of the 95% CI is also difficult to interpret at higher values of site-level TTR given the small number of subjects/events. The main impression one gets from the site-level TTR analyses is that the amount of data from sites exhibiting what might be considered "good" or "reasonable" warfarin management was limited in ROCKET, making it difficult to assess how rivaroxaban might have performed if warfarin had been managed better.

---

o   P. 22 – Risk Benefit Assessment

---

*Quality of warfarin administration and potential impact on efficacy findings:* An issue that weighs heavily on the regulatory decision for rivaroxaban is the adequacy of anticoagulation in the warfarin treatment arm of ROCKET. Time in therapeutic range (defined as an INR of 2-3) is commonly used to gauge the adequacy of anticoagulation in subjects randomized to warfarin in anticoagulant trials. In ROCKET, mean time in therapeutic range (TTR) was ~55%; in contrast, recent RCTs of novel anticoagulants for atrial fibrillation have reported mean TTRs upwards of 60% (range ~62-73).

It is impossible to know what ROCKET's results would have looked like if warfarin had been managed better. Some analyses (including estimates of the hazard function over time, some site-based TTR analyses and findings in VKA-naïve vs. –experienced patients) suggest that the findings for rivaroxaban might not have been as favorable. Admittedly, these analyses have limitations- they are based on subgroups, small numbers of events and/or seemingly arbitrary thresholds of TTR. Unfortunately, such an approach is forced in studies in which the adequacy of anticoagulation in the warfarin control arm is uncertain. Moreover, beyond what these analyses suggest, as in any trial using an active comparator, one could reasonably expect the study's findings to be influenced by how well the active comparator was used.

---

USCA5 1163

- **November 2011 FDA Summary Review Memorandum approving the A-fib indication**
  - o P. 2 – Introduction

---

The primary clinical reviewers identify the following reasons in their review of this NDA as the bases for recommending this NDA not be approved:

- o The primary basis for recommending that this NDA not be approved relates to the adequacy of international normalized ratio (INR) control among subjects randomized to warfarin in ROCKET. The mean time warfarin subjects in ROCKET spent in the therapeutic INR range (TTR) of 2.0 to 3.0 was 55%, lower than that attained in all other contemporary trials in which warfarin was a comparator (range 62-73%). Both stroke and bleeding outcomes in patients administered warfarin are directly correlated with the TTR. Because there were few subjects whose mean TTR was in the range attained in other contemporary trials (and can be attained in some clinical practices in the USA), ROCKET provides inadequate information to assess the relative safety and efficacy of XARELTO in patients whose warfarin administration can be well-controlled. If XARELTO were inferior to warfarin in patients in whom warfarin administration can be well-controlled then approval could result in American patients having worse outcomes than if not approved. The FDA has a policy enunciated in a 1995 Federal Register (FR) notice signed by William Schultz stating that we will not approve a drug intended to prevent mortality or serious irreversible morbidity if it is inferior to other available therapy. In addition, another anticoagulant drug, PRADAXA (dabigatran), which has been demonstrated superior to warfarin in prevention of stroke in atrial fibrillation patients, is available so there is no unmet medical need for an alternative anticoagulant drug to warfarin.

---

USCA5 1164

o P. 232-233

### Table 103. ROCKET US Major Bleeds By Site TTR Quartile (LD+2, Safety Pop)

| TTR Quartile | 20 mg Rivaroxaban | | | Warfarin | | | 20 mg Rivaroxaban vs. warfarin | |
|---|---|---|---|---|---|---|---|---|
| | Patients (n) | Events | Rate per 100 person-years | Patients (n) | Events | Rate per 100 person-years | HR | (95% CI) |
| **Major Bleeding** | | | | | | | | |
| 0.00 - 57.21 | 227 | 26 | 7.6 | 239 | 25 | 7.200 | 1.07 | (0.62 - 1.85) |
| 57.21 - 64.75 | 241 | 29 | 7.58 | 228 | 25 | 6.430 | 1.19 | (0.70 - 2.03) |
| 64.75 - 70.39 | 220 | 34 | 9.02 | 247 | 21 | 4.700 | 1.93 | (1.12 - 3.33) |
| 70.39 - 100 | 219 | 28 | 7.99 | 250 | 16 | 3.610 | 2.35 | (1.19 - 4.07) |
| Overall | 962 | 123 | 8.06 | 964 | 87 | 5.350 | 1.50 | (1.14 - 1.98) |

Of note, in all quartiles, overall major bleeding rates are higher with rivaroxaban. In contrast, per Table 104, the global major bleeding analysis by warfarin TTR demonstrated:

- No change in major bleeding rates for warfarin-treated patients based on TTR
- Increased major bleeding in rivaroxaban-treated patients as a function of warfarin TTR, and
- An overall HR of 1.04 for major bleeding (rivaroxaban vs. warfarin).

### Table 104. ROCKET Global Major Bleeds By Site TTR Quartile (LL+2, Safety Pop)

| TTR Quartile | 20 mg Rivaroxaban | | | Warfarin | | | 20 mg Rivaroxaban vs. warfarin | |
|---|---|---|---|---|---|---|---|---|
| | Patients (n) | Events | Rate per 100 person-years | Patients (n) | Events | Rate per 100 person-years | HR | (95% CI) |
| **Major Bleeding** | | | | | | | | |
| 0.00 - 46.8 | 1765 | 64 | 2.47 | 1725 | 80 | 3.25 | 0.76 | (0.55 - 1.06) |
| 46.8 - 55.9 | 1724 | 88 | 3.39 | 1764 | 96 | 3.54 | 0.95 | (0.71 - 1.27) |
| 55.9 - 63.9 | 1709 | 90 | 3.25 | 1787 | 99 | 3.43 | 0.95 | (0.72 - 1.27) |
| 63.9 - 100 | 1690 | 142 | 5.15 | 1803 | 108 | 3.50 | 1.47 | (1.14 - 1.89) |
| Overall | 7111 | 395 | 3.6 | 7125 | 386 | 3.45 | 1.04 | (0.90 - 1.20) |

Note the consistency that the lower 95% CI for major bleeding exceeds 1.00 in the 3rd quartile of the US data, and it does so in the 4th quartile of the global data, which is the US 3rd quartile TTR range equivalent.

Thus, the increased major bleeding rate noted in the US rivaroxaban arm relative to US warfarin-treated patients occurs by a different mechanism (decreased bleeding on

USCA5 1165

warfarin with improved warfarin TTR) than does the increased risk of bleeding on rivaroxaban in the global rivaroxaban-treated patient group in the 4th quartile of TTR (an increase in rivaroxaban-associated bleeding with improving warfarin management). This suggests the possibility that the US major bleeding rate difference as compared to the global trial may have been a chance finding in a relatively small subset analysis.

USCA5 1166

# **Schedule 19**

## **Post-Market Epidemiology Study Strengths and Limitations Identified by Study Authors**

USCA5 1167

| Article | Strengths | Limitations |
|---------|-----------|-------------|
| Laliberte, F., et al. *Real world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients*. Current Medical Research and Opinion 2014;30:7, 1317-1325. | No specific strengths were identified by the authors. | Claims data may have contained inaccuracies, and mortality and laboratory data were not available. Confounding may still have been possible even after propensity score matching. Early use pattern of medications may have changed over time. |
| Abraham, N.S., et al. *Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study*. BMJ 2015;350:h1857. | Despite these limitations, our investigation also had many strengths, including our inclusion of a diverse, real world population; follow-up that extended through 2013 with a large enough sample to examine both dabigatran and rivaroxaban; quantification of event rates for upper, lower, and total gastrointestinal bleeding; and assessment of the gastrointestinal bleeding profile of different novel oral anticoagulants by age, thus highlighting important safety concerns among older adults. | Firstly, our analysis was limited to the novel oral anticoagulants for which enough data were available (dabigatran and rivaroxaban). We were not able to assess apixaban owing to the limited number of patients prescribed this drug in our dataset during the period of observation. Secondly, we assessed the outcome and underlying risk by using administrative claims and the assessment may be susceptible to variability in coding and billing practices. Thirdly, we tried to account for the selection bias related to treatment choice by using propensity score matching. However, this still leaves the possibility of unobserved confounding. Fourthly, our inability to capture over the counter aspirin use limits our examination of its effect on overall bleeding rates. However, we have included the influence of prescribed aspirin, and we have no reason to suspect a differential rate of use that would substantially affect bleeding rates among patients. In addition, we were not able to assess the relative rates of gastrointestinal bleeding for patients receiving a 110 mg twice daily dose of dabigatran as this dose is not approved in the United States, although it is approved in Europe. This limits the generalizability of these results to patients in Europe receiving 150 mg twice a day. Fifthly, we did a one to |

USCA5 1168

| | | |
|---|---|---|
| | | one propensity score matched analysis. We could have considered one to two propensity score matched analysis, which would have increased precision but potentially increased the bias. Finally, we focused primarily on an incident cohort of users, and the risk among a prevalent cohort or among patients who switched from warfarin to a novel oral anticoagulant might be different. |
| Maura, G., et al. *Comparison of the Short-Term Risk of Bleeding and Arterial Thromboembolic Events in Nonvalvular Atrial Fibrillation Patients Newly Treated With Dabigatran or Rivaroxaban versus Vitamin K Antagonists: A French Nationwide Propensity-Matched Cohort Study.* Circulation 2015. | 1. Various techniques were used to mitigate this bias [due to confounding by indication]. 2. We therefore used a highly specific algorithm to more accurately identify treated AF outpatients.[24] The results are consistent with those obtained on patients identified only by I48 ICD-10 code or specific procedures. 3. However, only primary hospital discharge diagnoses were used to define outcomes. Furthermore, this database is used to calculate | 1. Due to the observational design and the two existing dosage regimens of NOAC, residual confounding by indication is a particular concern in this study... As this study was based on administrative data, confounders such as lifestyle or alcohol consumption and differences between severity levels of certain diseases such as renal impairment were not taken into account. Residual confounding therefore cannot be excluded... 2. Identifying AF on the basis of administrative data is challenging and a source of selection bias. 3. Outcome misclassification, although non-differential, also constitutes a limitation, as the external validity of the ischemic stroke and bleeding diagnoses codes have not been previously assessed in the French PMSI database... |

3

Case 2:14-md-02592-EEF-MBN   Document 5599-1 SEALED   Filed 03/02/17   Page 334 of 343

| | payments for acute inpatient care with internal and external quality control processes.<br><br>4. N/A<br><br><br><br><br><br>5. N/A | 4. Intention-to-treat analysis was performed because of the short-term follow-up and the use of medico-administrative databases. The accuracy of this approach to estimate the treatment assignment effect could be open to criticism, as exposure to treatment was based on pharmacy claims, which do not indicate how the patient actually takes the medications…<br><br>5. With a maximum three-month follow-up period, our study only captured early events. The outcomes studied are rare events and the small number of events in this study may not have allowed identification of small-to-moderate differences between groups. As the study was conducted at the time of introduction of NOAC for nv-AF patients in France, time-varying characteristics of both patients and prescribers cannot be ruled out. Finally, a much longer follow-up would be necessary to assess the long-term benefit-risk balance of NOAC versus VKA, especially for arterial thromboembolic events. |
| Gorst-Rasmussen, a., et al. *Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care.* | No specific strengths were identified by the authors. | There are several limitations to the present study. Some unmeasured and residual confounding is likely to persist… A second limitation is the risk of misclassification and ascertainment error, including the problem of inferring drug usage from purchase data…Third, various limitations of comparative effectiveness studies of newly marketed drugs were noted by Schneeweiss et al.; they all apply to the present study. |

4

| Pharmacoepidemiology and Drug Safety 2016. | | |
|---|---|---|
| Graham, D.J., et al. *Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated With Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrillation*. JAMA Intern Med 2016. | No specific strengths were identified by the authors. | The mean duration of on-treatment follow-up was less than 4 months, thereby reducing sample size at longer durations of use. Other studies of NOAC safety using other US databases have had mean follow-up shorter than 6 months, indicating a limited capacity to study longer-term risks. Despite this, we had a larger number of patients still receiving therapy at 6 or 8 months than the number who started NOAC therapy in these and other studies. This study was observational and may be subject to residual confounding by unmeasured factors. This could lead to biased estimates of risk. Also, our study was restricted to patients aged 65 years or older, the age group accounting for 80% of patients with AF. The comparative effects of dabigatran and rivaroxaban treatment could be different in younger populations. Finally, our study examined warfarin naïve first-time users of dabigatran or rivaroxaban for stroke prevention in AF. Results could differ in patients switching from warfarin to a NOAC. |
| Halvorsen, S., et al. *A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants*. European Heart Journal 2016. | The strength of our study is that it retrieves data from mandatory and nationwide registries in a public health care system that covers all residents. As a result, the dataset at hand gave us a complete picture of all hospitalisations and prescriptions dispensed nationwide for the entire study period. This complete coverage of data also eliminates selection bias and recall bias that is an apparent problem using other databases being based on selected hospitals, | An obvious limitation of this study is that we have not considered effectiveness in stroke prevention… As stroke events occur less frequently than overall bleeding complications of OAC treatment, and also considering the still early days of NOAC exposure, this study was not planned for, and deemed sufficiently powered to, evaluating NOAC effectiveness on stroke outcomes. More research is therefore needed to address the bleeding complications of NOACs in the context of stroke prevention in an unselected clinical practise setting. Although we have adjusted for baseline differences, we are unlikely to have captured the full extent and effect of different prescribing behaviour, especially in this early phase of NOAC introduction, and some unmeasured and residual confounding is undoubtedly still present. With the exception of |

5

USCA5 1171

| | health insurance schemes or self-reported questionnaires. | apixaban being granted general reimbursement 6 months after rivaroxaban and dabigatran, the same conditions for OAC prescribing was valid nationwide and throughout the study period. The time-restricted 180 days bleeding risk analysis gives support to our chosen approach and that results are robust irrespective of differences in OAC follow-up time. We did not have access to information on time in therapeutic range among warfarin users; nor did we have information on laboratory tests and other characteristics such as smoking and weight. One other caveat that influences the external validity of the results, is that the AF diagnosis was retrieved from the hospital level only, meaning that AF patients that were solely managed in primary care were not included in the study. Apart from co-medication, co-morbidities from primary care can be underrepresented. There is also a risk of misclassification related to coding errors of hospital admissions, however for serious conditions like bleeding this is not very likely. No formal validation studies of the AF diagnosis in NPR against health records have been conducted. We studied drug exposure at the level of pharmacy dispensation and have no information on patient's real OAC intake. |
| Larsen, T.B., et al. *Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation: propensity weighted nationwide cohort study*. BMJ 2016;353:i3189. | No specific strengths were identified by the authors. | The present study has several limitations, which mainly relate to the observational nature of the data. Some unmeasured and residual confounding is likely to persist. For example, the differences in stroke and bleeding could potentially be related to selective prescribing. Although we applied propensity weighting to account for baseline differences, we are unlikely to have captured the full extent and effect of different prescribing behaviour. We did not have access to information on time in therapeutic range among warfarin users; nor did we have information on laboratory, anthropometric, or socioeconomic factors. However, our sensitivity analyses did not change the |

6

USCA5 1172

| | | |
|---|---|---|
| | | conclusions from the main analyses, suggesting a limited potential for further adjustment for confounding within the setting of Danish administrative registry data. Our data also apply to a predominantly white European population, and differential efficacy and safety benefits are seen between people of Asian and non-Asian origin, which we were unable to investigate.30 31 Finally, there is the risk of misclassification, and various limitations of comparative effectiveness studies of newly marketed drugs have been noted previously32 that would also apply to the present study. Our analyses were not focused on direct comparisons of one NOAC agent against another; further research is warranted to establish comparative effectiveness and safety within the NOAC agent group. Moreover, in accordance with the described methods we chose to exclude patients treated with a non-standard (that is, reduced) dose of NOAC. It remains to be established whether each of the NOACs provide comparative effectiveness and safety compared with warfarin when prescribing a reduced dose of a specific NOAC drug. |
| Lip, G.Y.H., et al. *Major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban or warfarin: a "real-world" observational study in the United States*. 2016. Int J Clin Pract 2016;70:752-763. | The strengths of our study are that we assessed a real-world comparative safety of newly initiating warfarin, apixaban, rivaroxaban, and dabigatran using the comprehensive Truven MarketScan® claims database which incorporates all medical and pharmacy claims of patients in the United States and allows for longitudinal analysis of a nationally representative sample for the study. Medications being studied are | A limitation of this study is that as with any retrospective observational study and common to database analysis, we can only study association between variables. As with any retrospective observational database study, there is a potential for selection bias. We conducted rigorous and thorough multivariate analyses along with sensitivity analyses for bleeding definition to ensure robustness of our findings. Comorbidities at baseline (e.g. presence of renal impairment) are determined by presence of diagnosis code in the baseline period and not based on actual lab values or clinical assessment. As is the case with any claims database, there is a potential for coding errors and missing data. Similar to any pharmacy claims data in the United States, the Truven MarketScan pharmacy claims data does not |

7

USCA5 1173

relatively new to market and this database encompassing both commercial and Medicare lives allows for selection of the best sample size for this study. Our results are based on real-world data and incorporate observed treatment patterns as recorded in the Marketscan database. Although Truven MarketScan® database allows for selection of the nationally representative sample for this study, the results may not be necessarily generalisable to the entire NVAF population in the United States or extrapolated to other parts of the world.

routinely capture aspirin utilisation given that aspirin is typically obtained over-the-counter. Thus, aspirin use was not accounted in the analyses.

Oral anticoagulant initiation criterion was based on lack of anticoagulation prescription during 1 year baseline period. It was possible that patients may have used anticoagulation or aspirin concurrently prior to the baseline period. This design limitation is consistent across all OACs studied and hence is unlikely to change results. In addition, we do not have data on quality of anticoagulation control, as reflected by TTR which can influence efficacy and safety of VKA therapy.

In addition, only inpatient deaths are observed and information about mortality was not available in the database, which may have biased the survival analysis. The mean length of follow-up for apixaban-treated patients was approximately 1 month shorter than for the other OACs. We used survival methods to account for varying lengths of follow-up. However, if bleeding events tend to occur later on apixaban than the other OACs, the difference in follow-up period may have affected the results. Because of the difference in follow-up, we conducted sensitivity analyses by limiting the follow-up to 90 and 180 days and found the results to be generally consistent. However, larger sample size and longer follow-up is needed to compare adequately powered events among the NOACs and warfarin.

It was also not possible to apply dose-adjustment in this analysis for following reasons: (i) Renal function and weights are not available in claims analyses and (ii) warfarin treatment is continuously dose-adjusted so there is no low-or high-dose strategy which can be defined in a manner similar to NOACs in the study. Further, it is unclear if adjusted study results would be

8

| | | any different from a clinical study conducted with above variables in consideration. |
|---|---|---|
| Lip, G.Y.H., et al. *Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin*. Thromb Haemost 2016;116. | No specific strengths were identified by the authors. | Given the nature of retrospective observational study, only associations can be drawn from this study. As is the case with claims databases, there is a potential for coding errors and missing data. Permanent, persistent and paroxysmal AF cannot be differentiated using ICD-9 codes, which is a general limitation of retrospective database analysis of claims data. Although PSM minimizes the potential bias due to observed confounding, there may still be residual confounding due to unobserved confounders that cannot be measured in a claims database, such as over-the-counter aspirin use or incomplete claims. Given that patients were prescribed a particular agent depending on the physician in a nonrandomized manner, some possibility of selection bias is evident, as is the case for any observational study. The PSM was conducted between each of the two OAC cohorts, thus the results are not comparable across all matched populations. For example, the warfarin-dabigatran and apixaban-dabigatran matched cohorts were younger and had lower CHA2DS2-VASc scores compared to other matched populations, indicating better health conditions in these two cohorts and possibly lower incidence rates and risks of major bleeding. In addition, no adjustments were made for multiple comparisons.

We do not have data on the quality of anticoagulation control among warfarin users, as reflected by time in therapeutic range (TTR), which is important given the relationship of TTR to the efficacy and safety of VKA therapy (23). Additionally, we do not have laboratory results such as creatinine clearance or INR so we cannot control for their effects on the initiation of drugs. In addition, only inpatient deaths are observed and reasons for |

USCA5 1175

| | | |
|---|---|---|
| | | mortality are not available in the database, which may have biased the survival analysis. We conducted a sensitivity analysis using a subdistribution hazard model with the Fine and Gray test to evaluate death as a competing risk. The findings remained consistent with the main analysis and inpatient death did not have an impact on the results (24, 25). The mean length of follow-up for apixaban treated patients was approximately one month shorter than for the other OACs. We used survival methods to account for varying lengths of follow-up. However, if bleeding events tend to occur later on apixaban than the other OACs, the difference in follow-up period may have affected the results. Across all of the cohorts there is a relatively short follow-up period (4–6 months), which reflects the high discontinuation of anticoagulation observed in the real world setting.<br><br>These data are also based on the United States healthcare system and may have limited generalisability outside the US. Dabigatran 110 mg BID is not licensed in the US for stroke prevention in AF, and the 75 mg dose is only licensed for significant renal impairment (creatinine clearance 15–29 ml/minute) only in the US, and not in the rest of the world. Although Truven MarketScan® database allows for the selection of a nationally representative sample for this study, the results may not be necessarily generalisable to the entire NVAF population in the United States. Further research is needed to compare the effectiveness and safety of NOACs and warfarin in clinical practice. |
| Chang 2015 | Our study has several strengths. Firstly, we adopted a new user design, which allowed us to eliminate the residual effect of the previous exposure. Secondly, we | Our study also has some limitations. Firstly, we did not have access to information about patients' mortality or about laboratory tests such as prothrombin times. Secondly, we assumed that prescription fill data reflect actual patient usage. Thirdly, our inability to detect a significant difference between |

10

|  | focused on the incident cases to remove the effect of prevalent gastrointestinal bleeding, an important risk factor for subsequent bleeding. Thirdly, we used a validated algorithm to identify gastrointestinal bleeding cases. Fourthly, we included a wide range of potential confounders identified from the literature in constructing propensity scores. Fifthly, baseline balance between different exposure groups was achieved through the propensity score weighting and evaluated through the standardized difference to minimize confounding. Sixthly, we did several sensitivity analyses to evaluate the robustness of our results, including varying length of exposure washout periods and different methods of applying propensity scores. | dabigatran and warfarin may have been a result of a low number of events resulting in inadequate statistical power. Fourthly, our outcome of interest, gastrointestinal bleeding, may not have been fully captured by the algorithm. However, we used an approach that has been validated with reasonable accuracy in a previous study.18 Fifthly, this study might underestimate bleeding associated with novel agents, as patients are more likely to report and seek treatment for bleeding associated with these agents than for warfarin. Sixthly, the short observation time might not allow us to explore other important long term bleeding effects. In addition, the length of observation was different across the three drug user groups, with the shortest observation period for rivaroxaban users. Seventhly, we have limited clinical information on patients excluded from the cohort. The generalizability of these findings to European cohorts and those taking lower doses of dabigatran 110 mg is unknown. Eighthly, the average treatment effect of the treated weighting results in effect estimates standardized to different populations (rivaroxaban users or dabigatran users). Given the substantial differences between the two groups, the effect estimates could not be directly compared. Finally, our findings may be subject to unmeasured confounding. For example, it is particularly difficult to capture aspirin, which is obtained over the counter and a significant risk factor for gastrointestinal bleeding. Selection bias whereby health professionals may have channeled patients at risk of gastrointestinal bleeding to one class of agents is always possible. |
|---|---|---|

11

USCA5 1177

Case 2:14-md-02592-EEF-MBN Document 5995-1 SEALED Filed 03/02/17 Page 342 of 343

# **Schedule 20**

# **Table 12 – FDA ROCKET AF Reanalysis Reviews**

**Table 12 ROCKET AF: Reported and Model-Generated Outcomes Data for Selected Outcomes**

| Outcome Event | ROCKET AF Trial Results† | | | | Modified Results | |
|---|---|---|---|---|---|---|
| | Rivaroxaban ER | Warfarin ER | HR (95% CI) | RR | Modified warfarin ER | Modified RR |
| **Major Bleeding** | 3.61 | 3.45 | 1.05 (0.91, 1.20) | 1.04 | 3.11 | 1.16 |
| **Life Threatening or Fatal Bleeding** | 1.64 | 1.93 | 0.85 (0.70, 1.04) | 0.85 | 1.74 | 0.94 |
| **Hemorrhagic Stroke** | 0.26 | 0.44 | 0.59 (0.37, 0.93) | 0.59 | 0.40 | 0.65 |
| **Ischemic Stroke** | 1.34 | 1.42 | 0.94 (0.74,1.17) | 0.94 | 1.70 | 0.79 |

ER=Event rate (events per 100 patient-years); HR=Hazard Ratio; RR=Rate Ratio;
† ROCKET trial results was on treatment (last dose plus 2 days) analysis in the safety population
Note: The modified RR was calculated using the observed event rate for rivaroxaban and the modified ER for warfarin.

(FDA ROCKET AF Reanalysis Reviews, NDA 202439, at p. 32)