```
         IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
               FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                        CIVIL TRIAL DIVISION

         ------------------------------
         IN RE: RISPERDAL® LITIGATION  :
         March Term, 2010, No. 296     :
         _____ :
         PHILLIP PLEDGER, by BENITA    :   APRIL TERM 2012
         PLEDGER, as Guardian of his   :
         Person and Conservator of his :
         Estate,                       :
         Plaintiffs,                   :
                                       :
              v.                       :
                                       :
         JANSSEN PHARMACEUTICALS, INC.,:
         JOHNSON & JOHNSON COMPANY,    :
         and Janssen Pharmaceutical    :
         Research and Development,     :
         L.L.C.                        :
         Defendants                    :   NO. 01997
         ------------------------------
```

- - -

THURSDAY, JANUARY 29, 2015

**VOLUME IV**
**MORNING SESSION**
- - -

COURTROOM 425
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E:  THE HONORABLE RAMI I. DJERASSI, J.,
and a Jury
- - -

*REPORTED BY:*
*JUDITH ANN ROMANO, CRR*
*CERTIFIED REALTIME REPORTER*
*OFFICIAL COURT REPORTER*

APPEARANCES:

        SHELLER, P.C.
        BY:  STEVEN SHELLER, ESQUIRE
        CHRISTOPHER A. GOMEZ, Esquire
        E-mail:  Sasheller@sheller.com
        E-mail:  Cgomez@sheller.com
        1528 Walnut Street, 4th Floor
        Philadelphia, PA 19102
        Phone: (215) 790-7300 Fax: (215) 546-0942
        Counsel for Plaintiff(s)


        KLINE & SPECTER, A Professional Corporation
        BY:  THOMAS R. KLINE, Esquire
        KRISTEN LOERCH SIPALA, Esquire
        E-mail: Tom.Kline@KlineSpecter.com
        E-mail: Kristen.Loerch@KlineSpecter.com
        1525 Locust Street, 19th Floor
        Philadelphia, PA 19102
        Phone: (215) 772-1000 Fax: (215) 772-1359
        Counsel for Plaintiff(s)


        ARNOLD & ITKIN, LLP
        BY:  JASON A. ITKIN, ESQUIRE
        E-mail: jitkin@arnolditkin.com
        6009 Memorial Drive
        Houston, Texas 77007
        Phone: 713-222-3800 Fax: 713-222-3850
        Counsel for Plaintiff(s)


        DRINKER BIDDLE & REATH, LLP
        BY:  KENNETH A. MURPHY, ESQUIRE
        MELISSA A. GRAFF, ESQUIRE
        One Logan Square, Suite 2000
        Philadelphia, Pennsylvania 19103-6996
        Phone: (215)988-2700  F:(215)988-2757
        E-mail: kenneth.murphy@dbr.com
        E-mail: melissa.graff@dbr.com
        Counsel for Defendant Janssen Pharma.,
        J&J, and Janssen Research & Development

APPEARANCES: (Continued)

                    WEIL, GOTSHAL & MANGES, LLP
                    BY:  DIANE P. SULLIVAN, ESQUIRE
                    ALLISON BROWN, ESQUIRE
                    (admitted pro hac vice)
                    301 Carnegie Center, Suite 303
                    Princeton, New Jersey 08540
                    T: 609-986-1100 F: 212-310-8007
                    E-mail: diane.sullivan@weil.com
                    E-mail: allison.brown@weil.com
                    Counsel for Defendant Janssen

I N D E X

WITNESS                    DIRECT        CROSS        RD        RC
DAVID A. KESSLER, MD
   By Mr. Kline........6


EXHIBITS
P-23 Article...........................Page 16
P-24 Topline results...................Page 24
P-25 Call-Out..........................Page 32
P-26 Call-Out..........................Page 35
P-27 Article...........................Page 36
P-28 Chart.............................Page 50
P-29 Chart.............................Page 50
P-30 Chart.............................Page 55
P-31 E-mail............................Page 58
P-32 Document..........................Page 71

1              *(Pledger v Janssen, et al.)*

2              (Hearing is reconvened at 9:45 a.m.

3         with all parties present.)

4              THE COURT:  We are waiting for two

5         jurors.  Everyone be seated, please.  So we

6         are at the mercy of our jurors.  Is there

7         anything to discuss at this point while we

8         wait for the jurors?

9              MR. GOMEZ:  Your Honor, I wanted to

10        hand up to the Court a binder of documents

11        which would make it a little easier for you to

12        follow along today.  That's it for now, Your

13        Honor.

14             (Pause.)

15             THE COURT:  All right, we have our jury

16        and we are ready to proceed.

17             THE COURT:  I want to remind everyone

18        again, the rules of the use of computers in

19        this courtroom is I permit it, however, for

20        those who are reporting it, I do not permit

21        verbatim transcripts to be published out of

22        this courtroom.  So please do not do that,

23        otherwise there will be sanctions.  But

24        otherwise, if you want to make a writing from

25        here, that's okay, just as long as it's not a

1              *(Kessler - Direct)*

2         verbatim transcript of the actual testimony.

3                   (The jury enters the courtroom at

4         9:58 a.m.)

5                   THE COURT:  All right, good morning,

6         everybody, please be seated.  All right,

7         members of the jury, we are now resuming the

8         direct testimony of Dr. Kessler, and when Mr.

9         Kline is ready he may proceed.

10                  (DAVID A. KESSLER, MD, having been

11        previously sworn, resumes the witness stand.)

12                  MR. KLINE:  Your Honor, good morning,

13        nice to be here.

14                            - - -

15               DIRECT EXAMINATION (Continuing)

16                            - - -

17   BY MR. KLINE:

18   Q    Good morning, Dr. Kessler.

19   A    Good morning, Mr. Kline.

20   Q    I am prepared to continue.  We left off

21   yesterday with RIS, Risperdal International 41

22   Study, which we and they have labeled RIS 41, and I

23   moved my chart that I have been doing over here.

24               We had discussed the interim results

25   and we had discussed the topline results and we had

1                        *(Kessler - Direct)*

2     discussed the final results, and where we left off

3     was the 16 of the 419, that would be 3.8 percent,

4     were Very Likely or Probably had gynecomastia, the

5     boys in the study had gynecomastia, the boys five to

6     14.  I believe that's where we were, correct?

7     A     Yes, sir.

8     Q     Let's pick up from there and hopefully work to

9     completion and then have cross examination.

10                I would like to return to Exhibit 20,

11    and the pages we were on were Bates numbers

12    JJRE08344195.  So it's the Bates number ending 195

13    and 196.  And this is the table of patients with

14    prolactin-related adverse events.  You had told us

15    they also in their company files used the term PRAE.

16    Correct?

17    A     Yes.

18    Q     And we were discussing this table and what it

19    represented.  There are a few terms which I would

20    like to simply focus on which were included.  The

21    jury has had the definition of gynecomastia.  I

22    would like you to tell us briefly the definition of

23    amenorrhea.

24    A     Amenorrhea is the absence of menses, the

25    absence of menstruation.  The absence of having your

*(Kessler - Direct)*

1    period.

2    Q     I would like to display 195, that would be

3    page 81 in the study, and I would simply like to go

4    to, if you would kindly go across.  Among the

5    findings was a 14-year old girl who had amenorrhea

6    that is listed in this report as Very Likely

7    associated with the drug.  Correct?

8    A     Yes.

9    Q     And the next thing that I would like you to

10   point out -- if we can pull that down, and I just

11   want to get another one.  If I can get the 13-year

12   old, non-puerperal lactation, galactorrhea.  And

13   what is galactorrhea?

14   A     Galactorrhea is milk from the breasts.  So

15   it's a case where, in this case this 13-year old is

16   lactating or producing milk.

17   Q     Thirteen-year old girl in the study that is

18   lactating milk, correct?

19   A     Yes, and just to be exact, it says

20   non-puerperal.  So it's not associated with puberty.

21   Q     And I see, by the way, that the investigator

22   said in there "drug relationship doubtful", correct?

23   A     Yes.

24   Q     But nevertheless, it's included among the

*(Kessler - Direct)*

1

2   adverse events, correct?

3   A     It's one of those things that are within the

4   constellation definition that the company used of

5   prolactin-related adverse events.

6   Q     And I would like to go to on the next page, I

7   don't want to go through all 33, but let's look at

8   the very top one.

9            You have a 14-year old with

10  gynecomastia -- this is on page 196 -- 14-year old

11  boy, gynecomastia, the severity is Moderate and the

12  drug relationship is Probable, correct?

13  A     Yes.

14  Q     And the next one is a 12-year old boy,

15  gynecomastia, and the result is Possible, correct?

16  A     It is both Possible, and the way I interpret

17  it, it is also Very Likely.  There are two different

18  doses.  So it's both Possibly and Very Likely.

19  Q     At the one dose, it's Very Likely, correct?

20  A     Yes, and in the other one it's Possibly, yes.

21  Q     And this is the chart from which you counted

22  up all of your numbers to get to where you are,

23  correct, these numbers?

24  A     That's correct.

25  Q     And these weren't fancy statistics you did, it

*(Kessler - Direct)*

1   was just simple arithmetic?

3   A      And many of these numbers are in the texts,

4   too, the absolute numbers.

5   Q      And then moving down to get a sampling, and

6   this is the final report of RIS 41, which I believe

7   you showed yesterday was the study that paid special

8   attention to this symptom?

9   A      That's correct, that's what the study said.

10  Q      And it says here, I am looking at 3365, the

11  13-year old.

12                  MR. KLINE:  I am taking your advice,

13          Your Honor, and going a little slower rather

14          than rushing.  I was rushing too much

15          yesterday.

16  Q      It says here 13-year old, gynecomastia, and

17  the investigators say Very Likely.  Correct?

18  A      Yes.

19  Q      And then if I can go down, we have a 11-year

20  old, just two down, the one in between is a 12-year

21  old, Doubtful; and the next one is an 11-year old

22  boy who has gynecomastia, that means has breast

23  tissue formed?

24  A      Yes.

25  Q      And it's Very Likely, says the investigator,

*(Kessler - Direct)*

1

2    correct?

3    A      Yes, on this report, yes.

4    Q      And sir, when you have a rate of 3.8 percent,

5    it may not sound like very much, you know, three or

6    four in a hundred.  Why is three or four in a

7    hundred a very significant finding?

8    A      If I told you that the rate of getting hit by

9    lightening, we all go, No chance, you know, less

10   than a thousand, less than a hundred thousand,

11   that's not me.  But if I am a physician and I am

12   going to treat, how many patients would I treat with

13   this drug, could I treat a hundred patients?  So if

14   five of those patients, I mean it becomes very real

15   for that doctor.

16              And most importantly, it's not about

17   the doctor, it's about the child.  And once you are

18   five out of a hundred and there is that kind of, how

19   many times the drug is used.  So this drug is widely

20   used, I forget the exact number of prescriptions but

21   it's in the thousands and thousands, so those

22   numbers translate into real patients.

23   Q      And these here were real patients, correct,

24   who were using the drug?

25   A      Absolutely.  This was, understand, this was a

1                     *(Kessler - Direct)*

2    trial and a trial is always, you know, certainly

3    under ideal conditions.  It was a trial of about 500

4    patients total.  So you see these side effects

5    occurring in that population.

6                    Now, and this is what FDA always has to

7    be thinking about, okay, if I am using a trial of

8    500.  Now that the drug is used in thousands and

9    thousands of patients, what's going to happen.

10   That's why those numbers become -- when you are in

11   FDA you are looking for red flags, you are looking

12   for signals, because it's not just what's going to

13   happen in these 500, it's what's going to happen

14   once the drug is being used widely.  That's what you

15   have to think about.

16   Q    Let's just look at a few more.  We could go

17   through them all but let's just go on the same page

18   to a couple of girls with PRAE.

19                   On the next-to-last slide, amenorrhea.

20   We have a definition, and here it's Mild and

21   Probably, correct?

22   A    Yes.

23   Q    Lack of period, correct?

24   A    Yes.

25   Q    A girl who had begun to menstruate and then

*(Kessler - Direct)*

1

2    went on this drug and stopped, correct?

3    A     I would have to look at the exact case report

4    to know about this child.  We would have to pull it

5    up.

6    Q     Okay.  Now let's look at a nine-year old girl.

7    It says here C F; female, correct?

8    A     Yes.

9    Q     Nine years old, correct?

10   A     Yes.

11   Q     Breast enlargement, correct?

12   A     Yes, that's exactly what's been reported here.

13   Q     And the investigators in this very study said

14   that that was probably related to this drug

15   Risperdal in this study, correct?

16   A     Yes.

17   Q     And this would be one of the youngsters that

18   would be included among the 33 that were listed as

19   having prolactin-related adverse events, correct?

20   A     Exactly.

21   Q     Their term, not your term?

22   A     No.

23   Q     No what?

24   A     No, it's not my term.  I understand what the

25   term is.

*(Kessler - Direct)*

1

2     Q     That's what I wanted to know, you understand

3     that?

4     A     Yes.

5     Q     And all of these patients were included on

6     this table which we have already established bears

7     the Johnson & Johnson/Janssen topic, correct?

8     A     This was put together by the company and it

9     looks consistent with the results, yes.

10     Q     And I believe we established this study, until

11     the end of the study, until the final study, went on

12     about what period of time?

13     A     Well, this study -- there were some extensions

14     of this study, but I believe this was approximately

15     a year.  Maybe it was 48 weeks.  I would have to

16     look exactly.

17     Q     The study report which we have marked as

18     Exhibit 20 is a document which is, I just want you

19     to confirm this for me, a hundred pages long,

20     correct?  Just this document alone, in terms of what

21     you reviewed?

22     A     And I am sure I have appendices and schedules

23     but the body of the report, yes.

24     Q     Just the body of the report, that would be

25     just the writeup of the report, correct?

*(Kessler - Direct)*

1

2      A      Yes.

3      Q      And the document which the jury has seen and

4      which you have discussed with me is part of this

5      report, correct?

6      A      Yes, absolutely.

7      Q      For the record, it's paginated as Numbers 81

8      and 82 of the report.

9              Now on page 79 of the report, briefly,

10     the very last sentence, would you read that last

11     sentence for me and for the jury?

12     A      I am on Bates number ending 193?

13     Q      That's correct, page 79 in the report, Bates

14     number 193, within Exhibit 20?

15     A      The last sentence --

16     Q      No, I can display it since it's up, but I was

17     just going to quickly go by it.  But go ahead, it's

18     up and it's fine.

19     A      "In 15 patients gynecomastia was still present

20     at the end of the trial."

21     Q      And so the math on that would be 15 out of

22     419, which is something around --

23     A      I get 3.6 percent.

24     Q      3.6 percent, okay.  So 15 out of 419.  Is that

25     any significance to you as you review this?

*(Kessler - Direct)*

1

2   A      Sure.  It goes to the question --

3   Q      3.4 you said?

4   A      3.6.  Approximately.

5   Q      Okay, go ahead.

6   A      It goes to this question of whether this is

7   transient or whether this persists, and that's why

8   that issue is significant, because it's telling you

9   that gynecomastia is not transient but continues to

10  persist in these patients.

11  Q      Okay, moving along, I will push this forward

12  and go to the report of RIS 41.

13              MR. KLINE:  I am marking as exhibit

14          P-23 the article which is entitled,

15          "Risperidone in Children with Disruptive

16          Behavior Disorders and Subaverage

17          Intelligence: A One-Year Open Label Study of

18          504 patients".

19              (P-23 is marked for identification.)

20  A      Exactly, that's a study that was published in

21  the *Journal of the American Academy of Child and*

22  *Adolescent Psychiatry*.

23  Q      And did it include authors from the Janssen

24  company?

25  A      Yes.

*(Kessler - Direct)*

1

2  Q     If we can display just the first page -- I am

3  sorry, Exhibit JJ RE 03849812.

4              MR. KLINE:  For everyone's information,

5         the Bates numbers is what we work with to pull

6         up the document.  So that's why we have this

7         little bit of cumbersome system, because there

8         were millions of documents.

9  Q     Now on Exhibit 812, is this the format that

10 one finds is a medical journal generally, that is to

11 say, a title, authors, abstract, and then a

12 discussion of the writeup of the study?

13 A     Exactly.

14 Q     And does that change from journal to journal,

15 or is it pretty much the same?

16 A     It's pretty much the same.

17 Q     And eventually, this study was written up in

18 January 2005, correct?

19 A     That's when it was published, yes.

20 Q     The final results were known when?

21 A     We would have to go back, the final results,

22 as to when they were known I would have to check

23 that.  I can tell you that the report date, to go

24 back to the title page, I am reading that as

25 October 25, 2001.

1          *(Kessler - Direct)*

2     Q     If I can quickly side by side display 4114,

3     that would be JJ RE 08344114.

4               And the study itself is now being

5     published in the medical literature some three years

6     and four months later or so, correct?

7     A     Approximately, yes.

8     Q     There were other studies that were done that

9     we mentioned yesterday as part of the five

10    behavioral disorder studies?  RIS 93, 97 --

11    A     19, 20, and 41.

12    Q     Did it take three years or three and quarter

13    years for those studies to be written up?

14    A     I would have to go through each one to be

15    exact.  So 93, if I am correct -- I would have to

16    compare the dates to be exact how long it took.

17    Q     Perhaps we will just pass that and I will work

18    out the math on it and we will do it after our break

19    and I will see if that's what it is.

20               Would it be fair to say that those

21    studies were written up within a short period of

22    time, not a three-year period of time?

23               MS. SULLIVAN:  Objection, Your Honor,

24          lacks foundation.  The witness just testified

25          he doesn't know.

*(Kessler - Direct)*

1

2          MR. KLINE:  I will get that information

3      in front of the jury.

4  Q     This study, sir, the abstract, if I can now go

5  to the first page of Exhibit No. 23, sir, in the

6  abstract, does the abstract of that study have

7  conclusions to it?

8  A     Yes.

9  Q     And do the conclusions even say anything about

10  the fact that gynecomastia was a frequent

11  occurrence?

12  A     No, the conclusion is one sentence and it

13  simply says it was well tolerated and effective.

14  Q     And can we highlight that conclusion sentence.

15          Tell the members of the jury very

16  briefly what an abstract is and what is its

17  significance in the medical literature?

18  A     If I am a physician, I can't read every

19  journal article, I want to read the essential

20  points, I am going to read the abstract, and within

21  the abstract I am going to go to the conclusion for

22  the key points, what I should know.  The sum total.

23  Q     If we can look at the bottom of the page, the

24  italicized stuff, if you can pull that up, please.

25  I am looking for the italicized portion which is the

1                    *(Kessler - Direct)*

2   full, accepted July 28, 2004 --

3                    MS. SULLIVAN:  Your Honor, I am going

4        to object -- I withdraw the objection.

5   Q    I would like to call your eyes to the author,

6   I think the second full paragraph?

7   A    The second full paragraph of the footnote,

8   sir?

9   Q    Of the italicized portion that we have

10  displayed.

11                   I don't think we have to do anything

12  more.  "This research was supported by Johnson &

13  Johnson Pharmaceutical Research and Development,

14  Beerse, Belgium".  Correct?

15  A    Yes.

16  Q    And notice it discusses the risperidone

17  disruptive behavior study group that was working on

18  this inside the company, correct?

19  A    Yes.

20  Q    And if I --

21  A    And we can look at the exact definition how

22  they defined that.  There may be investigators in

23  that, too.  I just want to be careful.

24  Q    Okay, and then if I can go to the first

25  paragraph, we learn that Doctors De Smedt and

1                    *(Kessler - Direct)*

2    VanDongen are with Janssen Research and Development

3    in Beerse, Belgium, correct?

4    A     Yes, sir.

5    Q     And this study, you need to go deep in the

6    writeup of the study to find out the information

7    that we put in my chart which is in front of the

8    jury right now?

9               MS. SULLIVAN:  Your Honor, I would

10          object to lawyer argument, "you need to go

11          deep" into the study.  It's right in the

12          study.

13               THE COURT:  First of all, that's

14          already marked and all you have to refer to it

15          as P-22 or something.

16               MR. KLINE:  The reason I got up is I

17          didn't remember the number.

18               THE COURT:  What is it, Marianne?

19               THE COURT CRIER:  It's part of P-23.

20               THE COURT:  What's your question?

21               MR. KLINE:  I just didn't remember the

22          number.

23               THE COURT:  P-23.

24    BY MR. KLINE:

25    Q     Sir, where do you get this information found

*(Kessler - Direct)*

1   in this paper which has two Johnson & Johnson people

2   who are the authors?

3   A     So if you turn to five pages in, and you go to

4   page 68 of the article, Bates number ending 816.

5   Q     The article begins on page 64, and you go all

6   the way to page?

7   A     Go to page 68.

8   Q     Go to page 68, four pages in, yes?

9   A     And then you go to the paragraph that begins,

10  "Increases in serum prolactin."  It's the second

11  paragraph on the left-hand column.  And if you

12  kindly go about halfway through, and in the middle

13  of the sentence, if someone can he will help me

14  highlight where it says "adverse events," if you

15  look at that specifically if we are talking about

16  prolactin elevation and gynecomastia, they are

17  counting 22 boys and three girls.

18  Q     We are going to learn later that there is a

19  term that's invented called "symptoms hypothetically

20  attributed to prolactin".  Is that language used in

21  this article?

22  A     I don't see that term used here, no.

23  Q     In fact, they are referred to as adverse

24  events, correct?

1                    *(Kessler - Direct)*

2    A      Adverse events, yes, that could be potentially

3    attributed to prolactin, yes.

4    Q      And it says here, were reported in 32

5    patients, correct?

6    A      These are the prolactin, the PRAE of 32

7    events, yes.

8    Q      Those are the boys with gynecomastia and added

9    on the girls with amenorrhea and breast enlargement

10   and lactation, all those together?

11   A      Exactly.

12   Q      And, sir, was this an important finding in

13   this study?

14   A      Sure.

15   Q      Were some of the children who were -- and

16   these were mentally retarded children, all of these

17   children?

18   A      I just want to be -- as a pediatrician I want

19   to be very careful.  Mild to moderate intellectual

20   impairment.  So again, I just want to be...

21   Q      Precise?

22   A      I want to be precise, yes.

23   Q      And were children in this study, this study

24   that paid special attention to prolactin-related

25   adverse events, were some of them studied for an

1                      *(Kessler - Direct)*

2      extended period of time?

3      A      Yes, so what that means is you do the clinical

4      trial, you do the study of INT-41, that's a year,

5      but certain of the children could continue the drug.

6      Q      And like the previous study, did the extension

7      study say that it was a study that was going to pay

8      special attention to prolactin adverse events?

9      A      I am not sure they used exactly that word, I

10     would have to double check, we can find it but --

11     Q      I will display a document.

12     A      Thank you, sir.

13     Q      If you go to the next sub -- tab, there is the

14     topline reports of RIS-70.  Do you have that in

15     front of you?

16     A      Yes, I have the topline results and the

17     headline results for the extension.

18     Q      I need to identify stuff.

19                     MR. KLINE:  I will mark P-24 is the

20             next document that I am marking with a

21             Plaintiff's number.  It is the topline results

22             for a study called RIS International 70.

23                     I have a copy for Marianne and the

24             Court.

25                     (P-24 is marked for identification.)

1                     *(Kessler - Direct)*

2    Q     I will be doing this every time, doctor, every

3    time we discuss a study.  We are going to be at a

4    slower pace, a more mature pace.

5                    The study itself, sir, RIS-41, let's

6    look at it, if I can display it, assuming there is

7    no objection, assuming the Court permits me to do

8    so.

9                    THE COURT:  You may.

10                    MS. SULLIVAN:  I am just going to note,

11         this isn't the complete document, but I don't

12         have an objection.

13                    THE COURT:  P-24, the document may be

14         displayed.

15                    MR. KLINE:  I presented this document

16         exactly today to the Defendants, sir.

17                    MS. SULLIVAN:  It's still not complete.

18                    MR. KLINE:  To the extent it's not

19         complete I will add anything that needs to be

20         added.  We are all familiar with the document

21         having litigated this case now for years.

22    Q     The topline results, is this the first page of

23    the document, sir?

24    A     Yes.

25    Q     And if I can just show you the top box?

*(Kessler - Direct)*

1

2    A      I see it.

3    Q      What is the title, sir?

4    A      "The Long-Term Safety and Efficacy of

5    Risperdal in Conduct Disorders in Children with

6    Borderline, Mild or Moderate Mental Retardation, a

7    Follow-Up Trial of RIS-INT-41."

8    Q      When you say follow-up of RIS-41, have you

9    read this document?

10   A      Yes.

11   Q      And do you believe you have read it in its

12   entirety at some point, while the full thing may not

13   be in your binder?

14   A      I have the entire -- yes.  I have gone

15   through -- there are always schedules and appendices

16   and these go on and on, but I have gone through this

17   in detail.

18   Q      When you look at the full document with all of

19   its appendices, is it like this thick, sir?

20   A      I only have it on the computer, I haven't seen

21   how thick it is but it is very thick.  These are

22   very thick documents.

23   Q      Now the extension study, I want to look down

24   at the trial design.

25   A      Yes.

*(Kessler - Direct)*

1

2    Q     And by the way, were other things being looked

3    at as well in the study?

4    A     Of course.

5    Q     Of course, but does it say here on the third

6    bullet point it's going to pay, again the same

7    words, "special attention to serious adverse events

8    and EPS prolactin."  Do you see that?

9    A     Yes, that's what it says.

10   Q     And putting aside how anyone else might

11   characterize it, what words does this Janssen

12   document use?  Serious adverse events?

13   A     It says serious AEs, yes, it certainly

14   discusses that, and it talks about -- an EPS is

15   extrapyramidal symptoms, prolactin and glucose,

16   glucose being sugar.

17   Q     This study was completed; when were the

18   results known?

19   A     If you look, I am just looking for the -- the

20   date of the study is September -- the date of this

21   topline results is September 18, 2002.

22   Q     Do you have, and I only put the topline in

23   this presentation, do you by chance have in front of

24   you or in your notes when the final results were

25   known?

1                    *(Kessler - Direct)*

2       A      Give me one second, sir.  I may be able to get

3       you that.

4       Q      I would appreciate it if you have it.

5       A      I have in my notes August 2002.

6       Q      When the final was --

7       A      Well, when the study was complete, is what I

8       actually have in my notes.  I would have to check my

9       computer to look, but that's when the study was

10      complete that I have.

11      Q      Well, it appears the study was completed, if

12      your notes are correct, and would you tell the

13      members of the jury if you, when you were taking

14      your notes you went through the documents and were

15      taking notes contemporaneously with what you were

16      observing?

17      A      Sure.  These are based off of documents, yes.

18      Q      So it appears that the study was complete when

19      the topline results were out; is that correct?

20      A      That's what my notes indicate, yes, sir.

21      Q      And do you have for the jury an explanation of

22      what they found in the extension study -- before we

23      get there, and I am sorry.  In the extension study,

24      it went a year, how many children did they study?

25      A       In the extension study itself, in INT-70, I

1                    *(Kessler - Direct)*

2      have a total number of children of 48.  And there

3      are a number of different ways they are counting

4      perfectly appropriate.  This is sort of the second

5      year study, as I am reading this.

6      Q     Let me see if I can get an understanding with

7      the quick math board here.

8                    What you had in the RIS-41 study were

9      504 children; is that correct?

10     A     Yes.

11     Q     Okay, and in 504 children, being boys and

12     girls, mostly boys, correct?

13     A     Yes.

14     Q     And then RIS-70 has how many patients, 48?

15     A     Yes.

16     Q     And please explain, are these 48 the same --

17     48 of these same as the 504 kids?

18     A     That's a subset of those, yes.

19     Q     Just to be clear, when you say it's a

20     subset --

21     A     Sorry.

22     Q     -- there are 504 and then they follow 48 of

23     them for another year?

24     A     Yes.

25     Q     They don't follow 504 for another year, they

1                        *(Kessler - Direct)*

2    don't get 48 new kids, they follow 48 of the 504 for

3    another year?

4    A      Yes.

5    Q      Got it.

6    A      There is a footnote there, but it's

7    probably -- their actual accounting here on INT-41

8    is 433, but the 48 is a continuation of that INT-41.

9    Q      Okay.  Now, tell the members of the jury, as

10   to these 48 right here, what was found in the

11   extension study?

12   A      Can I point your attention to a table?

13   Q      Sure.

14   A      Because there are two tables and I just want

15   to be, again, exact.

16   Q      Which tables should we look at here?

17   A      If you kindly look at Table 4, Bates number

18   ending in 859.  If you would kindly go to the last

19   bolded heading on the page where it says Endocrine

20   Disorders?

21   Q      Yes.

22   A      And then if you would highlight the line

23   "gynecomastia".

24              And so you see, if you go over -- and I

25   apologize, could you just go back and show the

*(Kessler - Direct)*

1

2    headings to this table so we can see what those

3    three columns are.

4                 Right, so you have INT-41, and then you

5    have another reporting, but the key column for

6    INT-70 is the third column, where it says six.

7    That's an absolute number of six gynecomastia, for

8    12.5 percent.

9                 And just to add a footnote there, those

10   are the new and ongoing cases of gynecomastia in

11   INT-70, as I read this table.

12   Q    So what we have here in INT-41 is displayed --

13   would you capture that as an exhibit, what we have

14   displayed for the jury right now.  Will you print it

15   and I will give it a marked number.  We will call it

16   P-25, what is now being displayed?

17                 THE COURT:  You want this particular

18          page of this particular --

19                 MR. KLINE:  This call-out is P-25.

20          What the jury sees in front of them will be

21          made into an exhibit that is printed, handed

22          to Marianne and marked as P-25 at the next

23          break.

24                 (P-25 is marked for identification.)

25   Q    Okay, so what we have here is, let me

*(Kessler - Direct)*

1

2   understand this.  When they followed kids for a

3   year -- I am now going to add to my P-21, the

4   Plus-70 study -- for gynecomastia, what we have is

5   six patients had gynecomastia that happened either

6   in the first year or the second year of the study;

7   is that correct?

8   A      Well, no.  I mean I am reading -- correct me

9   if I am wrong, the first year you have got 18 cases

10  of gynecomastia in INT-41.  This is confusing.

11  Under INT-70 it says six cases.  And in studying

12  this report, those were defined as new and ongoing.

13  Q      New and ongoing.  So if you define new and

14  ongoing cases of gynecomastia as they did, this is

15  Janssen?

16  A      Yes, exactly.

17  Q      Janssen came up with, for gynecomastia in

18  INT-70, a rate of six out of 48?

19  A      Yes, for 12.5.  Now I need to be exact.  May

20  I?

21              THE COURT:  Mr. Kline, your witness is

22          asking whether he needs to be exact.

23          Obviously, my answer is be as exact as he can

24          be.  But I don't want to tread on the

25          question.

*(Kessler - Direct)*

1               MR. KLINE:  I think he said I need to
2          be exact.  I don't think he said do I need to
3          be exact.
4          be exact.
5     A     No, I need to be exact.
6     Q     Go ahead, sir.
7     A     Do me a favor, just kindly, if you can go
8     ahead to two pages further and show Table 7.
9               THE COURT:  One second.  This is now
10         for our purposes, Table 7 --
11              THE WITNESS:  Bates number 861.
12    Q     And in this study it is Table 3.2.2?
13    A     Yes, sir.  And if you kindly, if I may, just
14    point you to where it says Endocrine Disorders,
15    Gynecomastia, and then you have to have the heading,
16    too, so you can see.
17    Q     Yes, we will do the call-out for this.
18    A     Where it just says Total, you see here in this
19    table it's reporting for INT-70, those 48, three
20    cases as opposed to six cases.  This comes to
21    6.3 percent.
22              So again, it's a question of
23    accounting, whether it's new cases or new and
24    ongoing, and I just wanted to be complete here.
25              So you have a range.  You can either

1                   *(Kessler - Direct)*

2     count three new cases or six new cases for a range

3     of somewhere between 6.3 and 12.5 percent.  Thank

4     you for letting me get that exact.

5     Q     Sir, do you interpret the three as being three

6     that occurred in the second year?

7     A     Yes.

8     Q     So when they were studied the second year they

9     picked up three more?

10    A     Exactly, sir.

11    Q     And they had six total in 48, studied two

12    years, and three total in the extension year.  Do I

13    have it right, I hope?

14    A     Not exactly.  Because if you go back to Table

15    4, they are reporting 18 cases in 41.  Do you see

16    that?

17    Q     Yes.

18    A     So again, there are probably three cases that

19    are overlapping with 41, they are reporting four.

20    So again, you can basically say three new cases in

21    this, six total in this period.

22    Q     What is being displayed now, which is Table 4,

23    incidence of All Adverse Events, is displayed as a

24    call-out and I am going to mark it, print it, and

25    hand it to the Court at the recess, it will be P-26.

1                      (Kessler - Direct)

2      The call-out.

3                      THE COURT:  That's Table 7, the call

4           out.

5                      MR. KLINE:  Yes.

6                      MS. SULLIVAN:  Your Honor, are we going

7           to be sub-marking all the call-outs now?

8                      THE COURT:  We are.  Because anybody

9           reading the transcript wouldn't know what the

10          heck was going on unless they had the actual

11          documents.

12                     MR. KLINE:  Yes, I wanted to be precise

13          so we have a full record.

14                     THE COURT:  We are not taking

15          photographs here, Ms. Sullivan.

16                     MS. SULLIVAN:  Okay.

17                     (P-26 is marked for identification.)

18     BY MR. KLINE:

19     Q     Now the RIS-41 study, sir, which was

20     completed, as you told us, in August of 2002, was

21     that published in the medical journals any time

22     soon?

23     A     We are talking about INT-70?

24     Q     Yes.

25     A     Yes.  INT-70 was also published in the medical

1                        *(Kessler - Direct)*

2       literature.

3       Q      And I am going to show you Exhibit No. 27, I

4       am marking as Exhibit No. 27 --

5                        THE COURT:  Twenty-eight.

6                        MR. KLINE:  We are now at 27, I

7              believe.

8                        (P-27 is marked for identification.)

9       Q      I am marking as P-27, and I have been advised

10      it's in the Judge's hands, from Mr. Gomez to the

11      Court Officer to the Judge, Exhibit 27, which is an

12      article published in the *Journal of Child and*

13      *Adolescent Psychopharmacology*, November 3, 2006, and

14      it is entitled, "Long-Term Use of Risperidone in

15      Children with Disruptive Behavior Disorders and

16      Subaverage Intelligence: Efficacy, Safety, and

17      Tolerability."

18                       Sir, you alluded to this yesterday, but

19      please tell us the medical definition of efficacy?

20      A      Whether the drug works.  Whether it's

21      effective.

22      Q      If we can display Exhibit 260 to the jury,

23      assuming no objection, and the Court's permission.

24                       MS. SULLIVAN:  No objection.

25                       THE COURT:  All right.

*(Kessler - Direct)*

1

2    Q     The document has an abstract.  We are now

3    expert medical journal readers here, and we are

4    going we know to look for the abstract.  And when we

5    look at the abstract do we find anything in it about

6    the finding that there was up to 12 percent,

7    12.5 percent of the patients with gynecomastia -- I

8    should say gynecomastia and other prolactin-related

9    events?

10   A     There is no reference here.

11                 THE COURT:  What was the answer?

12                 THE WITNESS:  There is no reference

13         here, Your Honor.

14   Q     If I can look at the very bottom of the page

15   where it says page 260, the very bottom of the

16   page -- actually, let's go to the top and the bottom

17   and put it together, the authors and the footnotes.

18                 As to the authors, the lead author of

19   the study is someone whose name is Magali Reyes,

20   R-E-Y-E-S?

21   A     Yes.

22   Q     And that person is from Johnson & Johnson

23   Pharmaceutical Research and Development in

24   Titusville, New Jersey, correct?

25   A     Exactly.

*(Kessler - Direct)*

1

2    Q      And the third author, sir, is a person by the

3    name of Marielle Eerdekens?

4    A      Yes.

5    Q      And that is a person from Janssen Research and

6    Development, Beerse, Belgium?

7    A      Yes.

8    Q      And where in the article do I need to go to

9    find, roughly four years later, this result?

10   A      Approximately pages either six or seven.

11   Actually, page seven.  If you go to page 266 of the

12   article, the article starts on page 260.

13   Q      The article starts on page 260, and what page

14   of the article is this finding that they have

15   12 percent of the kids with gynecomastia show up?

16              MS. SULLIVAN:  Objection.  That lacks

17         foundation.  Dr. Kessler made clear it's half

18         that amount.

19              THE COURT:  Overruled.  Right now we

20         are on page 266, the document is 1524575.

21   A      If you go to 575, there is a discussion of

22   gynecomastia on that page, and there is a table two

23   pages further in on 268, Table 3, that also gives

24   the numbers.

25   Q      And if you go into the numbers, with the

```
1                    (Kessler - Direct)

2    article starting on page 260, so eight pages in, in

3    Table 3, twelve lines down, you get a report to the

4    medical literature which the doctors could read that

5    says these rates of gynecomastia you and I are

6    talking about?

7    A     Exactly.

8    Q     But I don't see the 12.2 percent --

9    12.4 percent that they had in their study?

10   A     As I said yesterday, the data, it says what it

11   says.  It says that --

12            THE COURT:  Well, hold it, doctor.

13        Again, you are now reading something.  Please

14        tell us what you are reading.

15            THE WITNESS:  I apologize, Your Honor.

16            MR. KLINE:  Yes, we are in the article

17        which was marked as P-27, the article begins

18        on page 260 with its abstract.  The article is

19        published in 2006.  In fact, I failed to

20        mention it was published November 3, 2006.

21        That would be four years after the final

22        results are known of this study, and we are

23        now, on page 268 of the article, Your Honor,

24        that's eight pages into the article, in a

25        table.
```

*(Kessler - Direct)*

1

2          THE COURT:  All right, Dr. Kessler is

3      going to read us something.  Is that where you

4      are going to be reading from?

5          THE WITNESS:  Yes.

6          MR. KLINE:  And he is showing us the

7      line which the technician Mr. Smith is

8      highlighting in front of the jury, which is

9      the table with the results of gynecomastia in

10      this four-year-later published study.

11  Q    Correct, sir?

12  A    Yes.

13  Q    And I just need to know what it says so that

14  we can then hopefully move forward?

15  A    So, in the column talking about -- the first

16  two columns talk about the original Year One study,

17  that's INT-41.  And the first column says, "Patients

18  Continuing into the Year Two study, and you see

19  there were four cases of gynecomastia that continued

20  into the Year Two study.  You see them reporting 18

21  cases not continuing into the Year Two study.

22          And then you see where it says Year

23  Three Extension, that third columns of numbers,

24  where it says three children, all patients,

25  6.3 percent.

*(Kessler - Direct)*

1

2    Q     Every piece of information that you have

3    discussed here, sir, that's now published in a

4    medical journal in November of 2006, was it known to

5    Janssen four years earlier?

6    A     It was known at the time of those studies,

7    yes, or at the time of those study reports,

8    absolutely.

9    Q     And so in terms of how it's reported here,

10   with two J&J, Janssen authors on it, is to say what,

11   in terms of the percent of patients with

12   gynecomastia?

13   A     So you have approximately, let's call it

14   6 percent.

15   Q     So in P-70, the published article, the 2006

16   published article of P-70, it has approximately --

17   do you have the numerator or the denominator to give

18   me?

19   A     Yes, I have 3 over 48.  These are the new

20   patients in the second year.  3 over 48 or

21   6.3 percent.

22                 THE COURT:  Counsel, we are going to

23        take a break.  Jury, we will take a recess and

24        we will continue.  Please don't discuss the

25        matter with each other and we will be back in

*(Kessler - Direct)*

1    about ten minutes.

2              (A brief recess is taken.)

3                        - - -

4              (The jury enters the courtroom at

5        11:17 a.m.)

6              THE COURT:  All right, be seated,

7        everybody.

8    BY MR. KLINE:

9    Q    Dr. Kessler, continuing with the 2006

10   published article, if I could call your attention

11   to, and we will not actually be displaying this, I

12   call your attention to page 266 of that study.

13   There is a sentences that begins, "Two cases of

14   gynecomastia," I want to look at the next sentence

15   that says "Importantly"?  Do you see that word

16   "Importantly"?

17   A    Yes.

18   Q    It says, "Importantly, as has been previously

19   observed, Findling, et al, 2003, occurrence of

20   gynecomastia was not related to increases in serum

21   prolactin levels."

22              Do you see that?

23   A    I do.

24   Q    And, sir, we are going to be discussing the

1                     *(Kessler - Direct)*

2     study which has the lead author Findling down the

3     road today, but as to that statement, sir, I just

4     wanted to point out that it's in this article for

5     right now.

6                     Also, I would like to turn our

7     attention to -- I would like to move forward from

8     this study.  There was a discussion, you and I

9     discussed the fact that the Janssen company people

10    did 18 children and adolescent studies.  Do you

11    recall our discussion?

12    A     Yes.

13    Q     Now at the end of our line here, at least for

14    our -- what I am presenting, in 2006, October of

15    2006, in the label there is a discussion of

16    the percent of incident rate of gynecomastia, and I

17    would like to display that as a reference point for

18    discussion.  The jury has previously seen it as P-9.

19                     And there is a section of that label

20    which says -- this is the 2006 label -- which says

21    2.3 percent, and I am going to display it right now,

22    as part of P-9.  It is Bates number 00838260.  The

23    jury is familiar with that.

24                     "Gynecomastia was reported in

25    2.3 percent."

*(Kessler - Direct)*

1

2            Now, you have reviewed all 18 of the

3     studies at some time, in some way, as part of your

4     engagement in this project at my and the other

5     lawyers' request?

6     A    Yes.

7     Q    And, sir, is this 2.3 figure the figure of

8     when you combine all of the children that were in

9     all 18 of the studies?

10    A    Exactly.  So as of 2006, what this 1885

11    children and adolescents, these are the studies in

12    autism or other psychiatric disorders treated with

13    risperidone.  So there were a total of 18, we talked

14    about a number of them, but if you add up all 18,

15    and you do the math, you find that 2.3 percent of

16    all of those children that were enrolled ended up

17    with gynecomastia.

18    Q    And I think it says there are 1865 of those

19    children, correct?

20    A    1885.  But I don't need to quibble.

21    Q    Please do.  You won't be the first.

22             And in 1885 patients, I have yet to

23    mark this -- for all studies there are 1885 is the

24    denominator, and I know it's 2.3 percent, so do you

25    know what the numerator is?

1                    *(Kessler - Direct)*

2     A      Not off the top of my head.

3     Q      We will fill that math in, but it includes all

4     the studies.  Now of all of those studies, sir, of

5     those 18 studies, how many of them were even

6     long-term studies?

7     A      I don't have the exact number, but I think

8     there are some eight studies that were long-term.  I

9     would have to count them.

10    Q      So --

11    A      The important point is there were short-term

12    studies, there were long-term studies, some looked,

13    as we talked about, looked specifically for

14    gynecomastia.  So this was the totality of all those

15    studies.

16    Q      At the next break or over the lunch period,

17    and then I will go back to it, and you are under

18    examination so I am not going to be talking to you

19    but I want to save time.  At the next break will you

20    look at the total number of long-term, total number

21    of short-term, and I want to ask you that question?

22    A      I would be happy to.  I have it in my notes.

23    Q      Here is what I would like to discuss with you

24    briefly.  There are, of the 18 studies, I want you

25    to assume that ten are short-term, and you can

1                     *(Kessler - Direct)*

2     confirm it for me when you get here later, okay?

3     A     Of course.

4     Q     So that would be, if you take the short-term

5     studies, and how many of the other studies were

6     paying special attention to gynecomastia and

7     prolactin-related side effects?

8     A     That term were in the two studies that we

9     talked about.

10    Q     So when you use the denominator of 1885, does

11    that dilute, if you will, the percentage?  Does it

12    make it appear to be a smaller percentage than

13    actually is found in RIS-41 and RIS-70?

14    A     I think I understand your question.  The

15    answer would be yes, as I understand the question.

16    Q     And in fact, sir, most of the patients that

17    are found in the 1885 are found in the two special

18    attention studies, correct?

19    A     Yes.

20    Q     Where they were looking for it, correct?

21    A     Yes.

22    Q     And then when you add up all of the studies,

23    which is what the drug company and the FDA

24    eventually agreed upon in 2006, correct?

25    A     Exactly.

*(Kessler - Direct)*

1

2   Q      They end up dividing by a bigger number and

3   have a smaller percentage?

4   A      Yes.  That again, as I said earlier, the data

5   is the data.  When you take all those studies, some

6   had zero, some had in short-term studies were not

7   looking for, others had other numbers.  Bottom line

8   is all those studies come to 2.3 percent.

9   Q      But I was asking a different question.  Does

10  adding up all of the studies dilute what the real

11  percentage is in RIS-41 and RIS-70?

12  A      It certainly dilutes that number because it

13  includes other studies that are short-term.

14  Q      Of some of the studies you have seen, sir, how

15  long were some of them?  Do you have those studies

16  to get out in front of you?

17  A      Sure.  I have, for example, NED-9 was six

18  weeks.

19  Q      Six weeks?

20  A      That's what I have.

21  Q      Would you expect to see gynecomastia in six

22  weeks?

23  A      I don't think so, but you could.  But I would

24  not expect.  You want to look over, you know, a year

25  or so in order to assess.

*(Kessler - Direct)*

1

2    Q    How many of the studies, since maybe it is a

3    good time to do it, do you have in front of you that

4    are weeks in duration, not six months or a year in

5    duration?

6    A    So NED-9 was six weeks.  Belgium-22 was four

7    weeks.  Belgium-24 was four weeks.  USA-93 was six

8    weeks.  CAN-19 was six weeks.

9                    THE COURT:  What was that, sir?

10                    MR. KLINE:  Can, meaning Canada.

11   A    My apologies, they abbreviated, C-A-N.

12                    So CAN-19 was six weeks, USA-150 was

13   eight weeks.  CAN-23 was eight weeks.  USA-231 was

14   eight weeks.  BIM-301 was nine weeks.  SCIL-302 was

15   six weeks.

16                    Those were the short-term studies that

17   I saw.

18   Q    Okay, now I won't have to come back to you on

19   that.  Ten of the 18 studies -- and do you know the

20   number of subjects that were in those studies?

21   A    I can read them off to you.  I don't know the

22   total.  I would be happy to -- we can do that.  I

23   have the number of children for each one here.  Do

24   you want me to read it off?

25   Q    We can do it efficiently and rather quickly.

1                    *(Kessler - Direct)*

2    A      I am giving you the total number of children.

3    NED-9 was 38.  BEL-22 was seven.  BEL-24 was 13.

4    USA-93 was 118.  CAN-19 was 110.  CAN-150 was 101.

5    CAN-23 was 80.  USA-231 was 279.  BIM-301 was 169.

6    SCIL-302 was 160.  That's what I have in my notes.

7    Q      All of these studies, of the 18 studies that

8    they did on the drug for children and adolescents,

9    which is what we are concerned about, were done in

10   six weeks or less, correct?

11   A      In weeks.  I don't know if there is any

12   eight-week studies.  I gave you the exact numbers.

13   Yes, they were all short term.

14   Q      Short term being less than eight weeks?

15   A      Yes.

16   Q      We will add those up while I continue to

17   question you.

18              So when the jury sees that eventually,

19   when they did warn they were Warning about 2.3

20   incidence, which was something that included all of

21   these ten of 18 short-term studies, correct?

22   A      Yes.

23              THE COURT:  Let's get this marked here.

24              MR. KLINE:  Oh, this, I have done an

25        18-studies document, which is P-28.  Thank

*(Kessler - Direct)*

1              you, Your Honor.

2                     (P-28 is marked for identification.)

3                     MR. KLINE:  And while we are marking

4              that, I am going to mark the -- can somebody

5              do the reverse math on this for me,

6              2.3 percent of 1885?  And I will mark this as

7              well.

8

9                     (P-29 is marked for identification.)

10                    MR. KLINE:  For identification

11             purposes, P-28 is the exhibit whic is entitled

12             18 studies, and then the ten short-term

13             studies, demonstrating the math -- I have two

14             different post-its handed to me -- of 1075.

15                    THE COURT:  1075 is the total number of

16             patients in the short-term studies?

17                    MR. KLINE:  In the short-term studies.

18                    THE COURT:  All right.

19                    MR. KLINE:  And out of the total of the

20             1885, out of 1885, which is the total number

21             that's shown up here as the number of children

22             in the clinical trials.

23      BY MR. KLINE:

24      Q    So on P-28, sir, and I will get to marking

25      P-27, of 1885, which is the label number, and the

1                      *(Kessler - Direct)*

2    total in all studies?

3    A      The 2006 label, right?

4    Q      Yes, the 2006 label.  1075, by the math you

5    just read, are from the short-term studies that are

6    eight weeks or less?

7    A      Yes.

8    Q      And yet they are included in getting to the

9    2.3 percent that's actually in that label?

10   A      That's the way that math was done, yes.

11   Q      And even though the special attention studies

12   showed these much higher rates, correct?

13   A      They do.

14   Q      I have marked as Exhibit 29 the page that's

15   developing, which is Special Attention Studies,

16   RIS-41 having 504 patients and RIS-70 having 48 of

17   those patients included.

18                   And if I might do the math, sir, of the

19   1885 patients, if you take out 1075 short-term

20   studies, that leaves you 810 for the long-term

21   studies, correct?

22   A      That's what I see, yes.

23   Q      Of which, of which 504 are in RIS-41.

24   Correct?

25   A      Yes.

1                         *(Kessler - Direct)*

2     Q       504 of 810, 504 is from RIS-41, 62 percent?

3     A       Yes.

4     Q       62 percent of the patients who were studied

5     here in long-term studies are right here in front of

6     our eyes in Exhibit P-21.  Correct?

7     A       Yes.

8     Q       Showing the incident percent that's on here,

9     correct?

10    A       Yes.

11    Q       Shows these incidence percents ranging from

12    3.75 up to 12.5, correct?

13    A       That's what that sheet shows, yes.

14    Q       Yes, "that sheet" referring to P-21.

15                    And our reverse math is something

16    like -- we will get to that, I don't need that exact

17    number.

18                    Okay, back to my desk and back to work

19    on some other stuff.

20                    So, sir, as to whether there was a high

21    incidence rate of gynecomastia in this drug, a

22    frequent rate, was a good answer provided in RIS-41

23    and RIS-70?

24    A       It certainly gives you important data, there

25    is no question in my mind.

1                     *(Kessler - Direct)*

2    Q     Is it more important data than adding in all

3    the other ten short-term studies and the other

4    studies that weren't special attention studies?

5                     MS. SULLIVAN:  Objection.  Your Honor,

6         I haven't been objecting but there has been a

7         lot of leading and lawyer argument.

8                     THE COURT:  That's sustained.  Get it

9         another way now.

10   BY MR. KLINE:

11   Q     All right, now, we will move on.  The Janssen

12   folks, after they have this information, do they --

13   I want to step back.  I have to do one more thing as

14   a predicate, and that is, we had mentioned, and I

15   want to put on the sheet of paper, five of the 18

16   studies on the drug -- and again, I may not have

17   been very precise.  The studies we are talking

18   about, the 18, these exclude any studies on adults,

19   correct?

20   A     Yes.

21   Q     We are only talking about the studies that

22   were done by these companies as it pertained to

23   children and adolescents, correct?

24   A     Yes.  Those 18 were part of what the company

25   gave to FDA as part of the autism application.

*(Kessler - Direct)*

1

2    Q    And the autism application had to do with an

3    indication for children, correct?

4    A    Yes.

5    Q    And the indication for children required

6    studies on children and adults which had never been

7    done before, correct?

8    A    I am sorry, just say that question again.

9    Q    I am just trying to get through this part in a

10   hurry, I believe it's not objectionable.

11            The children in autism studies had not

12   been done before because it was an adult drug

13   before?

14   A    Yes.

15   Q    And so the studies that we are talking about,

16   that's the only point that I was making.

17            Now, of the 18 studies there were five

18   that you called, I think, or you didn't call them,

19   the company called them something like, but you can

20   give me the precise term, conduct disorder studies?

21   There were five?

22   A    Disruptive behavior studies or conduct

23   disorder.

24   Q    Okay, and just bear with me.  And they called

25   them the DBD studies, correct?

1                          *(Kessler - Direct)*

2       A      Disruptive behavior, yes.

3       Q      And there was a series of them, five you

4       mentioned.  I want to get them out on a sheet of

5       paper, mark them as an exhibit and talk about them.

6       They are RIS?

7       A      They are CAN-19, CAN-20, USA-93, USA-97,

8       INT-41.

9       Q      Okay.  Does the Janssen company, after they

10      have the results or at or around the time they have

11      the results -- I am going to mark this as P-30.  I

12      am marking DBD, studies showing DBD as P-30 in my

13      handwriting on the chart.

14                     (P-30 is marked for identification.)

15      Q      Does Janssen decide to do, to use their words,

16      "reanalysis"?

17      A      Yes.

18      Q      And is the reanalysis designed to combine all

19      the information in the five studies, sir?

20      A      Yes.  All information may be too broad a term,

21      but certainly, it's looking at a very specific set

22      of questions about the association of prolactin and

23      side effects.

24                     So again, I don't need to quibble, sir.

25      Q      Yes.  Now in the -- let me follow-up on what

1                     *(Kessler - Direct)*

2      you just corrected me on.

3                     Was the purpose of the reanalysis to

4      look further at this prolactin question?

5      A      Exactly.  The purpose of the reanalysis was to

6      explore any relationship.

7      Q      From what you have seen so far, and now what

8      this jury has seen so far, and from documents you

9      have seen so far, was there in the company something

10     perceived as a "prolactin problem" with this drug as

11     it related to children and adolescents?

12                     MS. SULLIVAN:  Objection to the

13            leading.

14                     THE COURT:  Sustained.

15     Q      Did they have an issue with the drug and how

16     did they define it, sir?

17     A      Yes, there was an issue.  And the issue was

18     this second generation antipsychotic Risperdal, as I

19     believe we talked yesterday and as we showed in the

20     2006 label, they knew that Risperdal increased

21     prolactin levels, a hormone, higher than other

22     second generation antipsychotics.

23     Q      And what did they know now about this drug as

24     it related to those?  I thought we saw an E-mail

25     earlier about what they knew?

1                    *(Kessler - Direct)*

2    A    That's exactly what I said.  I am sorry, did I

3    miss --

4    Q    I thought you said they knew that all these

5    drugs caused --

6    A    No, that's not what I meant.  I apologize if

7    that's what I said.  What they knew was that their

8    drug Risperdal increased prolactin levels higher.

9    There was an increased elevation.  Those are the

10   E-mails that we saw yesterday.

11   Q    And did they also know from RIS-41 that they

12   had a high incident rate of the gynecomastia

13   appearing?

14             MS. SULLIVAN:  Objection, Your Honor.

15        This runs afoul of the Court's ruling.  He can

16        read the E-mails but he can't say this is what

17        they meant when they said it.  The real

18        witnesses should be asked.

19             THE COURT:  Why don't you rephrase it

20        within the lines of what this said.

21             MR. KLINE:  I didn't even know it had

22        anything to do with an E-mail.  I didn't have

23        an E-mail in mind.

24             THE COURT:  Whatever the data is, ask

25        him strictly from the data.

*(Kessler - Direct)*

1                    MR. KLINE:  I will just move to the

2         documents, Your Honor.

3    BY MR. KLINE:

4    Q    Did you review an E-mail which described what

5    the company was doing when they had a meeting in

6    Toronto, Canada in January 2002?

7    A    Yes.

8    Q    And I would like to discuss it with you.  It's

9    in the next tab of our book, and are you on the same

10   page with me, sir?

11   A    I am at a Bates number ending in 121.

12                    MR. KLINE:  Yes, I have stopped using

13         these tab numbers because it gets overly

14         confusing.

15                    THE COURT:  Are you using a Plaintiff's

16         exhibit number for this document?

17                    MR. KLINE:  Yes, I am.

18                    THE COURT:  What is it?

19                    MR. KLINE:  It's the next plaintiff's

20         Exhibit.  It's Exhibit 31.

21                    (P-31 is marked for identification.)

22   Q    I would like to review 31 with you and have

23   you tell me a few things.

24                    MR. KLINE:  MR. KLINE:  So with the

*(Kessler - Direct)*

1        Court's permission I will ask this to be

2        displayed.  It was the subject of some

3        pretrial discussion.  It's Bates number

4        02250121, and with the Court's permission I

5        will display it.

6                THE COURT:  Go ahead.

7                MR. KLINE:  Subject to the prior

8        objection.

9                MS. SULLIVAN:  Your Honor, that's not

10       proper.  He has objected to a whole bunch of

11       things and I don't refer to all of his

12       objections.

13               MR. KLINE:  Here we go.

14               THE COURT:  Is this the first E-mail or

15       the second one in this case?

16               MR. KLINE:  This is the bottom E-mail,

17       Your Honor, which we discussed.

18               THE COURT:  All right, thank you.  If

19       you could publish here just the bottom

20       document, that's all.

21               MR. KLINE:  The whole bottom, if you

22       would.

23               THE COURT:  Yes, that's it.

24               MR. KLINE:  We are calling no one's

*(Kessler - Direct)*

1

2          attention to the top.

3                    THE COURT:  All right, here we go.

4                    MS. SULLIVAN:  I don't mind the whole

5          thing published, Your Honor.

6                    THE COURT:  Now you don't mind, all

7          right, then we will have the whole thing

8          published.  Right now, though, counsel, you

9          want to focus on the bottom line, correct?

10                   Now that we have the whole document in

11         front of us, right now we are just focusing on

12         the second part.

13                   MR. KLINE:  Now that we have the whole

14         thing up, Your Honor, it does help context.

15                   THE COURT:  All right.

16   BY MR. KLINE:

17   Q    At the very top, and there isn't a person in

18   the room that doesn't know that these things are

19   generated with a later E-mail coming on top, but to

20   put it in context, there is an E-mail from Dr.

21   Pandina, we are going to hear a portion of his

22   deposition, I am sure, or see him live in the

23   courtroom.  He is the psychologist that's involved,

24   and he says, "Team, it appears that the child

25   prolactin advisory board held this week in Toronto

1                          *(Kessler - Direct)*

2      went quite well.  Below is a high level" -- high

3      level -- "summary passed on by Caren Binder.  We can

4      discuss but overall it looks very optimistic.  I

5      will keep you posted."

6                     Sir, do you have that in front of you?

7      A      I do.

8      Q      The jury has it in front of them as well.  Did

9      you see documents, including this E-mail relating to

10     that meeting that Janssen and outsiders that they

11     hired had in Toronto?

12     A      Yes.

13     Q      And in that E-mail, sir, it was entitled -- if

14     we could highlight those words -- "the child

15     prolactin advisory board".  Do you see that?

16     A      Yes.

17     Q      Is there anything uncommon or unusual that a

18     company like Janssen would hire or would have an

19     outside group of advisers brought in to discuss the

20     development of a drug?

21     A      Perfectly appropriate.

22     Q      And was it in fact something encouraged by the

23     FDA and as well as by good pharmaceutical practice?

24     A      Of course.  Get the best minds you can get.

25     Get the best scientists you can get, always.

*(Kessler - Direct)*

1

2      Q      When it mentions Caren Binder, I know it was a

3      day later, Ms. Binder to your understanding, while

4      she was an MBA by training, was she the Director of

5      Medical Affairs?

6      A      I believe that was her title at one point in

7      time, yes.

8      Q      And what is a MBA, sir?

9      A      Masters in business administration.

10     Q      I want to focus now on the second half on the

11     bottom, and look at her E-mail to a group of Janssen

12     individuals.  Do you see that?

13     A      I do.

14     Q      One of the individuals -- well, I will just

15     identify by name but not title without discussing it

16     with the Judge, is Carmen DeLoria.  Do you see that?

17     A      Yes.

18     Q      And --

19     A      Let me just see where exactly -- yes.

20     Q      And you will see, and I know you have reviewed

21     thousands of these documents, J-A-N-U-S, would that

22     be Janssen USA?

23     A      Yes.

24     Q      And JANBE, would be Janssen in Belgium?

25     A      I believe that's correct, yes.

1                       *(Kessler - Direct)*

2       Q     And do you understand in reviewing these

3       documents was part of the development of this drug

4       being done in Belgium?

5       A     Yes, you saw the international aspect of it in

6       the trial.

7       Q     Part of it being done in Canada?

8       A     Yes.

9       Q     Part of it being done in the U.S.?

10      A     Yes.

11      Q     And I'd like to look at the "Dear All."  Let's

12      look at the first paragraph.  It says, "A quick

13      update on the prolactin expert meeting held in

14      Toronto January 22, 2002."

15                  So we now know the date when they had

16      the meeting, correct?

17      A     Yes.

18      Q     And to put it in perspective, January 22nd,

19      2002 is roughly three months after the final INT-41

20      study was known, correct?

21      A     I take your word on that, yes.

22      Q     All right, now, it says here, "Attendees

23      including two P Endos."  You will have to help us

24      with that.  What are two P Endos?

25      A     Pediatric endocrinologists.

1                    *(Kessler - Direct)*

2       Q      And they are listed as T. Moshang and D.

3       Daneman.  Do you see that?

4       A      Yes.

5       Q      And do they figure in what we are about to

6       learn later on?

7       A      Yes.  They are authors on a paper that I

8       reviewed.

9       Q      To fast forward ahead, Janssen does a, what's

10      called a pooled analysis, correct?  To give

11      everybody a fast forward, they pool these five

12      studies together, right?

13      A      Exactly.

14      Q      And then what they do is eventually it gets

15      written up in a medical journal, correct?

16      A      Yes.

17      Q      And the authors include Janssen individuals,

18      correct?

19      A      Yes.

20      Q      And they also include some of these outside

21      individuals, correct?

22      A      Yes, exactly.

23      Q      And it has "and two psyches".  That would be

24      two psychiatrists?

25      A      Exactly.

1          *(Kessler - Direct)*

2     Q     Again a little clarification, is a

3     psychiatrist different than a psychologist?

4     A     Yes.

5     Q     Briefly?

6     A     One is an MD, one is not an MD.  One does

7     drugs, the other does more popular --

8     Q     One does drugs?

9     A     Sorry, I apologize.

10    Q     We are talking about --

11    A     I am sorry.  The MDs prescribe drugs.  I

12    apologize to my colleagues.

13    Q     Anybody who was raised in the 60s, sir.

14    A     No, no, I am not going there, sir.

15    Q     Let's go back to the second sentence:  "The

16    group discussed that there are several factors which

17    affect prolactin levels."

18                This is a report of a discussion,

19    correct?

20    A     Yes.

21    Q     And it says, "For example" -- can we take down

22    the Dear All part and work on what we have in front

23    of us.  That's it.

24                "The group discussed that there are

25    several factors which affect prolactin levels.  For

```
1                      (Kessler - Direct)

2    example, estrogen during adolescence increases

3    prolactin in the natural population, 25 percent of

4    boys over eight years of age will develop

5    gynecomastia which disappears.

6               Do you see that?

7    A     I see that.  You didn't read it exactly?

8    Q     Please let me not do the reading.  What does

9    it say?

10   A     Is said, Estrogen during adolescence increases

11   prolactin in the natural population, 25 to

12   40 percent of boys greater than eight years of age

13   will develop gynecomastia which disappears.

14   Q     By the way, sir, as a pediatrician, is that a

15   phenomena of which you are aware?

16   A     There are certain increased transient, as it

17   says here, breast development in boys that as you go

18   through puberty, yes, that's been well recognized.

19   Q     And they say it disappears, correct?

20   A     That's what Janssen says, yes.

21   Q     A whole group of them agreed according to

22   these notes, correct?

23   A     Yes.

24   Q     Now, next, the next sentence, please.

25   A     "The expert endocrinologists agreed that the
```

1                    *(Kessler - Direct)*

2    pediatric trial data shows no relationship to

3    prolactin elevation and prolactin levels decreased

4    to within normal ranges by Week 48 to 54."

5    Q      Now, the other thing is I would like to go to

6    the next page ending in 122 which is part of this

7    exhibit which is now marked as P-31.

8                    And they have a plan, correct?

9    A      Yes.

10   Q      All right, now they had an analysis plan

11   written up, correct?

12   A      That's what it says, exactly.

13   Q      Circulated, correct?

14   A      Yes.

15   Q      And they were -- they hired a company called

16   BrainWorks -- BrainWorks -- and BrainWorks was hired

17   to write the manuscript on the results.  Correct?

18   A      I see that, yes.

19   Q      So the document, the writeup of the study was

20   going to be done by somebody outside called

21   BrainWorks, correct?

22   A      Yes, that's -- I learned that from here and

23   from deposition testimony.

24   Q      And they identified who their authors were

25   going to be, correct?  "Authors will be Moshang,

1                      *(Kessler - Direct)*

2      Daneman, Findling, Kusumakar."  Correct?

3      A      The docs that were talked about earlier in the

4      E-mail.

5      Q      So when these articles end up in the

6      literature, sir, according to the E-mails that you

7      have seen, who is selecting the authors of these

8      studies?

9                      MS. SULLIVAN:  Objection, Your Honor,

10            this relates to one study, this E-mail, and I

11            would request we just limit it to that.

12                      THE COURT:  This study.

13                      MR. KLINE:  I thought we already showed

14            it in the others because it said so, okay.

15      Q      Who in this study, who was picking the

16      authors?

17      A      Janssen.

18      Q      Are there sometimes studies -- Oh, and it says

19      in the last sentence, "To discuss inclusion of

20      Janssen people as authors."  Correct?

21      A      Yes.

22      Q      Now, they have five studies, 19, 20, 93, 97,

23      41, they are going to pool them together, they are

24      going to look at prolactin, correct?

25      A      Yes.

*(Kessler - Direct)*

1

2   Q    They can going to look and see how it affects

3   these boys and girls, correct?

4   A    Can we be precise?

5   Q    Yes.

6   A    So again, they are going to look at prolactin

7   in the pooled data, prolactin levels.  They want to

8   see whether those prolactin levels were associated

9   with side effects.  So it was that relationship

10  between prolactin and prolactin-related side effects

11  that they were looking for.

12  Q    Was that something important and in fact

13  commendable to look for?

14  A    Sure.  It was especially important because, as

15  we talked earlier, we know that Risperdal increases

16  prolactin, especially.  It's a higher elevation of

17  prolactin with Risperdal, compared to other

18  antipsychotics.

19  Q    And did they also have the results of 41 in

20  front of them?

21  A    Yes.

22  Q    And --

23  A    41 was done because they are now going to pool

24  those results.  If you look at the E-mail you just

25  showed me.

*(Kessler - Direct)*

1    Q      Yes?

3    A      It says that, if you look at those studies,

4    the endocrinologists are saying, in January 2002,

5    this data they don't think shows any relationship to

6    prolactin elevation.  Right?

7               So that's why the question is so

8    important.

9    Q     Is this -- again, certainly, we have qualified

10   you -- is this something which is, in terms of

11   issues, is this a safety issue?

12   A      Of course.  We are talking about, one,

13   hyper-prolactin levels, which are an issue of

14   themselves, that's the hormone.  But what we are

15   also talking about is the adverse events:

16   Gynecomastia, the lactation, the amenorrhea.  And

17   the issue is, is there an association between

18   prolactin and those adverse events.  Very much a

19   safety issue.

20   Q      And in order to do a study do you need to have

21   a plan?

22   A      Sure.  You should have a plan, yes.

23   Q      And while it is rudimentary, did they have a

24   plan?

25   A      Yes.

1                        *(Kessler - Direct)*

2                        MS. SULLIVAN:  Objection, Your Honor,

3            to the testifying by Mr. Kline.

4                        THE COURT:  Overruled.

5    Q     You are correct, was the plan that they had,

6    which we are going to mark as the next exhibit,

7    Exhibit No. 32.

8                        (P-32 is marked for identification.)

9                        MR. KLINE:  Marking P-32, we have a

10           document, I believe it's only two pages, it's

11           marked P-32.  It is Bates, for my technician,

12           Corey Smith, as JJ RE 14119170 and 171.  And I

13           believe there is no objection?

14                       MS. SULLIVAN:  No objection.

15                       MR. KLINE:  So I will ask the court to

16           display it, in time.

17                       MS. SULLIVAN:  No objection.

18                       THE COURT:  All right, you can play it.

19   BY MR. KLINE:

20   Q     Sir, when you have a plan, are those the rules

21   of the road?

22   A     Yes.

23   Q     And the plan here, is it set out in

24   Prolactin-Revised Analysis?

25   A     Yes.

1                   *(Kessler - Direct)*

2    Q     And does the plan make certain statements as

3    to what is going to be done?

4    A     Yes.

5    Q     As far as reanalyzing the data?

6    A     It's a little rudimentary.  I just want to be

7    careful.

8              MS. SULLIVAN:  It's a draft.

9    Q     Ms. Sullivan wants me to ask you is it a

10   draft?  Whatever she would like to ask right now is

11   okay with me.

12              THE COURT:  Why don't you ask the

13         question, Mr. Kline, for her.

14   Q     Okay.  Sir, they sat around a room in Toronto,

15   and it says right here that it's a revised analysis,

16   outcome of the January 22nd, 2002 meeting, correct?

17   A     Yes.  And if you go back to the earlier E-mail

18   you showed me, it says, "The revisional analysis

19   plan has been written up."  So I read it in that

20   context.

21   Q     Yes, it says the analysis plan has been

22   written up, and then the analysis plan, if we can

23   focus in on the very top words, please, everyone, it

24   says here:  "Outcome of the January 22nd, 2002

25   meeting."  Correct?

*(Kessler - Direct)*

1

2   A     Yes.

3   Q     That's the meeting that we learned they had

4   all of their outside advisers at -- yes, sir?

5   A     They had the authors of this paper.

6   Q     They had two pediatric endocrinologists,

7   correct?

8   A     Yes.

9   Q     And they had two psychiatrists there, correct?

10  A     Yes.

11  Q     They had the four people there whose names

12  ended up when this was written up as an article for

13  the doctors in the medical literature?

14  A     Along with some Janssen folks.

15  Q     Along with some Janssen folks, yes.  My point

16  is that it says here "outcome" of the meeting?

17  A     Yes.

18  Q     So I want to focus in on what they said they

19  are going to analyze.  Now, by the way, let's step

20  back.  I would put this down so we can focus on some

21  questions and then we will put it back up.

22              Sir, Study 19, 20, 93, 97 and 41 were

23  already done, correct?

24  A     Exactly.

25  Q     So we are not now going to do some new

(*Kessler - Direct*)

1    studies, correct?

2    A    Not for this, no.

3    Q    That's my point.  What they are going to do is

4    take the data they have and they are going to ask

5    some new questions?

6    A    Exactly.

7    Q    That surprises me that I got that right.

8              And what they are going to do is they

9    are going to --

10             MS. SULLIVAN:  Objection to the

11        leading, Your Honor.

12             THE COURT:  There is some leading, but

13        I am going to give some leeway.  It's getting

14        close to the lunch hour so let's get to the

15        point.

16   Q    I am going to get to the point.  So what they

17   do is they decide what the rules of road are, as you

18   said -- let's put it back up -- and they say they

19   are going to use the "full dataset."  Correct?

20   A    Yes.

21   Q    I am going to use a word that's been heard in

22   the courtroom already.  Do they say they are going

23   to cherrypick out the kids under ten?

24             MS. SULLIVAN:  Object to the --

*(Kessler - Direct)*

1

2   Q     I am sorry, cherrypick out the kids over ten

3   and eliminate them from the study.

4            MS. SULLIVAN:  Objection, Your Honor,

5        it's not opening or closing argument, it's

6        witness examination.

7            MR. KLINE:  May I ask --

8            THE COURT:  Sustained, unless

9        "cherrypick" appears in this document.

10           MR. KLINE:  It does not, it appears in

11       my head.

12           THE COURT:  Let's stick with the

13       document.

14  BY MR. KLINE:

15  Q     Does it say anything in this document -- I can

16  rephrase the question -- does it say anything in

17  this document about only studying the children who

18  are under ten years old?

19  A     It says, in fact, the opposite.  It says let's

20  look at the full dataset.

21  Q     The full dataset, how about that.  Okay.  What

22  they are going to do is pool all the five studies

23  together and they are going to have to run now some

24  analysis of it, correct?

25  A     Yes, because they are asking a new question

*(Kessler - Direct)*

1    here.

2    Q     And, since they are asking a new question,

3    which you described as -- as you described it, they

4    are going to need some help.  Do they have to hire

5    some statisticians, for example, to look at the

6    data?

7    A     Yes, they do that.

8    Q     And who did that, Janssen or someone else?

9    A     No, Janssen did that.  Perfectly appropriate.

10   Q     They could have gone and got any statisticians

11   in the world.  Did they pick who they wanted?

12   A     Yes.

13   Q     And they ended up coming up with some answers

14   to the question, correct?

15   A     Yes.  They asked certain questions, they asked

16   the data to be run; and the "statistician," the data

17   company runs the data and does the statistics.

18   Q     Okay, now before we get to that question --

19   looking at my time.

20             THE COURT:  I guess we are looking at

21        12:30 as the maximum.

22             MR. KLINE:  As the break point?

23             THE COURT:  Any time you want.

24             MR. KLINE:  No one will complain?

1                    *(Kessler - Direct)*

2    Q     What I want to do before we get to the

3    question is, these five studies, sir, included how

4    many kids total?  This 19, 20, 93, 97, 41.

5    A     There's two numbers.  Approximately -- the ITT

6    analysis, which is a very technical term, was 700.

7    The primary analysis was 592.

8    Q     And if you could briefly, without bogging us

9    down, tell us the primary analysis number and why

10   that's the analysis number you look at?

11   A     The primary analysis number was 592.  Those

12   are kids who were actually enrolled and took one

13   dose.

14   Q     And do we have among those, because I want to

15   put it on my chart, if we add up 19, 20, 93, 41, if

16   I could just go back to this developing chart, if we

17   pool 19, 20 -- what are the five of them?

18   A     I am sorry, I didn't hear your question.

19   Q     What are the number of five studies?

20   A     They are CAN-19, CAN-20, USA-93, USA-97 --

21   Q     19, 20, 93, 97, 41?

22   A     Yes, sir.

23   Q     And we have been keeping a scorecard here.

24   When you added those together, sir, all five

25   studies, putting aside the question that we are

*(Kessler - Direct)*

1  going to discuss with the jury after lunch about the

2  relationship between prolactin and adverse events,

3  when you pool the studies together, just what are

4  the incident numbers?  First of all, for PRAE?

5  A    So, for PRAE I have, of the 592, I have 30 out

6  of 592, for an incidence of 5.1 percent.

7  Q    30 of 592 is what percentage?

8  A    5.1.

9  Q    How about for gynecomastia?

10  A    So gynecomastia in boys, I calculate that as

11  4.4, which I have 22 into 489 for an incidence of

12  4.4 percent.  That's the overall bottom line for all

13  five studies.

14  Q    Recognizing that most of it showed up in the

15  41 study?

16  A    Exactly.  There was one case of gynecomastia

17  in 97, but the vast majority -- and there was zero

18  in three studies, and then there was, depending on

19  whether you just count boys, there were 22 in the

20  INT-41.

21  Q    And for the record, I have put on the bottom

22  of my chart, Pooled Analysis 19, 20, 41, 93, 97, and

23  I have now updated the chart P-21 which is being

24  displayed to the jury at this very moment.

*(Kessler - Direct)*

           The Janssen statisticians ran things
according to this plan, correct?  They followed the
plan?

A     They ran it per the instructions that Janssen
gave them.

Q     Right, under that analysis document that we
looked at?

A     I have seen that analysis plan and I have seen
that data.  I have not seen any other plan in that
time period.

Q     Did they come up with a result that was very
important and significant?

A     Yes.

Q     Was there a table that was in the studies run
by the statisticians which told them information
which was a red flag?

A     In my view, yes.

Q     And did that have to do with the relationship
of increased prolactin and the side effects which we
have been discussing now in this courtroom for days?

A     Exactly.

Q     And is there a table number for that study,
for that information?

A     Yes.

*(Kessler - Direct)*

1

2  Q      Now I need a little bit of background before I

3  display it.  I think I can do this and break before

4  12:30, for those that are thinking along those

5  lines.

6           When studies like this are done, and

7  statisticians are hired, do they set a rule, do they

8  set certain rules as to what is going to be

9  considered in their technical terms, which I need

10  you to explain.  You are a professor of

11  biostatistics?

12  A      I am.

13  Q      Which is -- statistically significant,

14  something which reaches the level that whoever is

15  doing the study says this finding shows an

16  association and I can't dispute it anymore.  Can you

17  explain?

18  A      What statistical significance means is it's

19  mathematical and scientific calculations, but when

20  we say something is statistically significant, it's

21  unlikely to happen by chance.

22           So that association is very likely to

23  be real.  If you redid this, general statistically

24  significant says if I redid this and redid the

25  analysis a hundred times, I would get the same

*(Kessler - Direct)*

1    result 95 of those times.

3              So it's a reliable result.  It's not a

4    quirk, to use a scientific term.

5    Q      So, sir, if we see on a study -- and by the

6    way, do the investigators of a study decided in

7    their own criteria what is statistically

8    significant?  Do they assign what's called a P

9    value?

10   A      Exactly.  So you can set it at 95, you can set

11   it at 98, you can set it at 90.  Generally, 95

12   significance level, for those of you who are

13   mathematicians or scientifically inclined, it's a P

14   less than .05.

15   Q      As a general rule?

16   A      Yes.

17   Q      So if I see a number that is .0158, next to a

18   dataset, that would mean that it occurs by chance

19   less than two in 100.  Correct?

20   A      Yes, that's what the P value is saying.

21   Q      And in fact, if I saw, regardless of this

22   statistically significant stuff, if I saw something

23   that said .0958, that would mean that it would be

24   less than 10 percent likely that it happened by

25   chance, correct?

*(Kessler - Direct)*

1

2    A      Yes.

3    Q      Here, it's less than 2 percent chance,

4    correct?

5    A      That it's happening by chance, yes.

6    Q      .05 means it's 95 percent likely that it did

7    not happen by chance, correct?

8    A      Yes.

9    Q      And it's less than 5 percent likely, I will

10   state it the other way, that it happened by chance?

11   A      Right.

12   Q      So you look to these numbers when we are

13   looking at the table to see what we are looking at,

14   correct?

15   A      To see whether it's a reliable result.

16   Q      Now we had information in the Table 21 when

17   they ran the data on the five studies together, they

18   looked at the particular thing -- let's display

19   it -- now or later?

20            THE COURT:  I think we have a good

21       education here, I think we need to kind of

22       nurture it along and save it for later.

23            MR. KLINE:  We will save it for after

24       lunch, stay tuned.

25            THE COURT:  All right, everybody, I

1                      *(Kessler - Direct)*

2          think we have done pretty well.  Let's take

3          our luncheon recess here until about 1:30 and

4          we will get started as soon as we are all

5          together.

6                  Same rules, yellow badges, please do

7          not discuss the matter with each other or

8          anyone else.  Have a good lunch and we will

9          see you back here at 1:30.

10                 We are in recess until about 1:30.

11

12                          - - -

13              (A luncheon recess is taken.)

14                          - - -

15

16

17

18

19

20

21

22

23

24

25

1                    *(Kessler - Direct)*

2

3              I HEREBY CERTIFY THAT THE PROCEEDINGS

4      AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN

5      THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE

6      CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF

7      THE SAME.

8

9                          JUDITH ANN ROMANO, RPR-CM-CRR
                           OFFICIAL COURT REPORTER
10                         COURT OF COMMON PLEAS
                           PHILADELPHIA COUNTY
11

12              THE FOREGOING CERTIFICATION OF THIS

13      TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE

14      SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL

15      AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

16

17

18

19

20

21

22

23

24

25

•

.0158 [1]   81/17
.05 [2]   81/14 82/6
.0958 [1]   81/23

# 0

00838260 [1]   43/22
01997 [1]   1/12
02250121 [1]   59/5
03849812 [1]   17/3
08344114 [1]   18/3
08540 [1]   3/5
0942 [1]   2/6

# 1

10 percent [1]   81/24
100 [1]   81/19
1000 [1]   2/12
101 [1]   49/4
1075 [4]   50/14 50/15 51/4 51/19
11-year [2]   10/19 10/21
110 [1]   49/4
1100 [1]   3/6
118 [1]   49/4
11:17 a.m [1]   42/6
12 percent [2]   37/6 38/15
12-year [2]   9/14 10/20
12.2 percent [1]   39/8
12.4 percent [1]   39/9
12.5 [2]   32/19 52/12
12.5 percent [3]   31/8 34/3 37/7
121 [1]   58/12
122 [1]   67/6
12:30 [2]   76/22 80/4
13 [1]   49/3
13-year [4]   8/12 8/16 10/11 10/16
1359 [1]   2/12
14 [1]   7/6
14-year [3]   8/6 9/9 9/10
14119170 [1]   71/12
15 [3]   15/19 15/21 15/24
150 [2]   48/12 49/4
1524575 [1]   38/20
1525 [1]   2/11
1528 [1]   2/5
16 [2]   4/6 7/3
160 [1]   49/6
169 [1]   49/5
171 [1]   71/12
18 [19]   27/21 32/9 34/15 40/20 43/10 44/2
  44/9 44/13 44/14 45/5 45/24 48/19 49/7 49/21
  50/12 53/15 53/18 53/24 54/17
18-studies [1]   49/25
1865 [1]   44/18
1885 [11]   44/10 44/20 44/22 44/23 46/10 46/17
  50/7 50/20 50/20 50/25 51/19
19 [13]   18/11 48/8 48/12 49/4 55/7 68/22
  73/22 77/4 77/15 77/17 77/20 77/21 78/23
19102 [2]   2/6 2/12
19103-6996 [1]   2/22
193 [2]   15/12 15/14
195 [2]   7/12 8/3
196 [2]   7/13 9/10
19th [1]   2/11
1:30 [2]   83/9 83/10
1:30 and [1]   83/3

# 2

2 percent [1]   82/3
2.3 [2]   44/7 49/19
2.3 percent [7]   43/21 43/25 44/15 44/24 47/8
  50/7 51/9
20 [13]   7/10 14/18 15/14 18/11 55/7 68/22

73/22 77/4 77/15 77/17 77/20 77/21 78/23
2001 [1]   17/25
2002 [9]   27/21 28/5 35/20 58/7 63/14 63/19
  70/4 72/16 72/24
2003 [1]   42/20
2004 [1]   20/2
2005 [1]   17/18
2006 [14]   36/13 39/19 39/20 41/4 41/15 42/10
  43/14 43/15 43/20 44/10 46/24 51/3 51/4
  56/20
2010 [1]   1/5
2012 [1]   1/6
2015 [1]   1/15
21 [5]   32/3 52/6 52/14 78/24 82/16
212-310-8007 [1]   3/6
215 [6]   2/6 2/6 2/12 2/12 2/23 2/23
22 [7]   21/15 22/18 48/6 49/3 63/14 78/12
  78/20
22nd [3]   63/18 72/16 72/24
23 [8]   4/6 16/14 16/19 19/5 21/19 21/23
  48/13 49/5
231 [2]   48/13 49/5
24 [7]   4/6 4/6 24/19 24/25 25/13 48/7 49/3
25 [7]   4/7 17/25 31/16 31/19 31/22 31/24
  66/11
25 percent [1]   66/3
26 [3]   4/7 34/25 35/17
260 [6]   36/22 37/15 38/12 38/13 39/2 39/18
266 [3]   38/11 38/20 42/13
268 [2]   38/23 39/23
27 [9]   4/8 36/3 36/4 36/6 36/8 36/9 36/11
  39/17 50/25
2700 [1]   2/23
2757 [1]   2/23
279 [1]   49/5
28 [6]   4/8 20/2 49/25 50/3 50/11 50/24
29 [4]   1/15 4/9 50/9 51/14
296 [1]   1/5

# 3

3.2.2 [1]   33/12
3.4 [1]   16/3
3.6 [1]   16/4
3.6 percent [2]   15/23 15/24
3.75 [1]   52/12
3.8 percent [2]   7/3 11/4
30 [6]   4/9 55/11 55/12 55/14 78/6 78/8
301 [3]   3/5 48/14 49/5
302 [2]   48/14 49/6
303 [1]   3/5
31 [5]   4/10 58/21 58/22 58/23 67/7
32 [8]   4/7 4/10 23/4 23/6 71/7 71/8 71/9
  71/11
33 [2]   9/7 13/18
3365 [1]   10/10
35 [1]   4/7
36 [1]   4/8
38 [1]   49/3
3800 [1]   2/17
3850 [1]   2/17

# 4

4.4 [1]   78/12
4.4 percent [1]   78/13
40 percent [1]   66/12
41 [37]   6/21 6/22 10/6 16/12 18/11 24/4 25/5
  26/7 26/8 29/8 30/7 30/8 31/4 32/10 34/15
  34/19 35/19 40/17 46/13 47/11 51/16 51/23
  52/2 52/22 55/8 57/11 63/19 68/23 69/19
  69/23 73/22 77/4 77/15 77/21 78/16 78/21
  78/23
4114 [1]   18/2

**4**

419 [3]  7/3 15/22 15/24
425 [1]  1/18
433 [1]  30/8
48 [17]  14/15 29/2 29/14 29/16 29/17 29/22
  30/2 30/2 30/8 30/10 32/18 33/19 34/11 41/19
  41/20 51/16 67/4
489 [1]  78/12
4th [1]  2/5

**5**

5 percent [1]  82/9
5.1 [1]  78/9
5.1 percent [1]  78/7
50 [2]  4/8 4/9
500 [3]  12/3 12/8 12/13
504 [11]  16/18 29/9 29/11 29/17 29/22 29/25
  30/2 51/16 51/23 52/2 52/2
54 [1]  67/4
546-0942 [1]  2/6
55 [1]  4/9
575 [1]  38/21
58 [1]  4/10
592 [5]  77/7 77/11 78/6 78/7 78/8

**6**

6 percent [1]  41/14
6.3 [1]  34/3
6.3 percent [3]  33/21 40/25 41/21
6009 [1]  2/16
609-986-1100 [1]  3/6
60s [1]  65/13
62 percent [2]  52/2 52/4
64 [1]  22/6
68 [3]  22/5 22/8 22/9
6996 [1]  2/22

**7**

70 [18]  24/14 24/22 28/25 29/14 31/6 31/11
  32/4 32/11 32/18 33/19 35/23 35/25 41/15
  41/16 46/13 47/11 51/16 52/23
700 [1]  77/6
71 [1]  4/10
713-222-3800 [1]  2/17
713-222-3850 [1]  2/17
7300 [1]  2/6
77007 [1]  2/17
772-1000 [1]  2/12
772-1359 [1]  2/12
79 [2]  15/9 15/13
790-7300 [1]  2/6

**8**

80 [1]  49/5
8007 [1]  3/6
81 [2]  8/4 15/7
810 [2]  51/20 52/2
812 [1]  17/9
816 [1]  22/5
82 [1]  15/8
859 [1]  30/18
861 [1]  33/11

**9**

90 [1]  81/11
93 [12]  18/10 18/15 48/7 49/4 55/7 68/22
  73/22 77/4 77/15 77/20 77/21 78/23
95 [3]  81/2 81/10 81/11
95 percent [1]  82/6
97 [9]  18/10 55/7 68/22 73/22 77/4 77/20
  77/21 78/18 78/23
98 [1]  81/11
988-2700 [1]  2/23

988-2757 [1]  2/23
988-10 [1]  2/13
9:58 a.m [1]  6/4

**A**

a.m [3]  5/2 6/4 42/6
abbreviated [1]  48/11
able [1]  28/2
ABOVE [1]  84/5
absence [3]  7/24 7/25 7/25
absolute [2]  10/4 31/7
absolutely [3]  11/25 15/6 41/8
abstract [11]  17/11 19/4 19/6 19/6 19/16
  19/20 19/21 37/2 37/4 37/5 39/18
Academy [1]  16/21
accepted [1]  20/2
according [3]  66/21 68/6 79/3
accounting [2]  30/7 33/23
ACCURATELY [1]  84/4
across [1]  8/5
add [7]  25/19 31/9 32/3 44/14 46/22 49/16
  77/15
added [3]  23/8 25/20 77/24
adding [2]  47/10 53/2
administration [1]  62/9
admitted [1]  3/4
adolescence [2]  66/2 66/10
adolescent [3]  16/22 36/13 43/10
adolescents [4]  44/11 49/8 53/23 56/11
adult [1]  54/12
adults [2]  53/18 54/6
adverse [15]  7/14 9/2 9/5 13/19 22/15 22/24
  23/2 23/25 24/8 27/7 27/12 34/23 70/15 70/18
  78/3
advice [1]  10/12
advised [1]  36/9
advisers [2]  61/19 73/4
advisory [2]  60/25 61/15
AEs [1]  27/13
Affairs [1]  62/5
affect [2]  65/17 65/25
affects [1]  69/2
afoul [1]  57/15
after [7]  18/18 39/21 53/12 55/9 63/19 78/2
  82/23
again [15]  5/18 23/20 27/6 30/15 33/22 34/18
  34/20 39/13 47/4 53/16 54/8 55/24 65/2 69/6
  70/9
age [2]  66/4 66/12
agreed [3]  46/24 66/21 66/25
ahead [6]  15/17 16/5 33/6 33/8 59/7 64/9
al [1]  42/20
all [63]  5/3 5/15 6/5 6/6 9/7 9/22 11/9 12/7
  14/5 21/13 21/14 22/6 23/10 23/16 25/20
  26/18 34/23 35/7 36/25 40/2 40/24 42/7 44/2
  44/8 44/9 44/14 44/16 44/23 45/3 45/4 45/14
  46/22 47/5 47/8 47/10 49/7 49/13 49/20 50/18
  51/2 53/2 53/11 55/18 55/20 57/4 59/12 59/19
  59/21 60/3 60/6 60/15 63/11 63/22 65/22
  67/10 71/18 73/4 75/22 77/24 78/5 78/13
  82/25 83/4
ALLISON [1]  3/4
allison.brown [1]  3/7
alluded [1]  36/18
alone [1]  14/20
along [6]  5/12 16/11 73/14 73/15 80/4 82/22
already [5]  14/6 21/14 68/13 73/23 74/23
also [9]  7/15 9/17 35/25 38/23 43/6 57/11
  64/20 69/19 70/15
always [4]  12/2 12/6 26/15 61/25
am [51]  6/20 10/10 10/12 11/11 11/11 12/7
  14/22 15/12 16/13 17/2 17/24 18/15 19/18
  19/20 19/21 19/25 20/3 24/9 24/20 25/10

**A**

**am... [31]** 27/19 28/23 29/5 32/3 32/8 32/9 34/24 36/3 36/4 36/9 43/14 43/21 45/18 49/2 50/5 54/8 54/9 55/11 55/12 57/2 58/12 58/18 60/22 65/11 65/14 74/14 74/17 74/22 75/2 77/18 80/12
**amenorrhea [6]** 7/3 7/24 8/6 12/19 23/9 70/16
**American [1]** 16/21
**among [4]** 8/5 8/25 13/18 77/14
**amount [1]** 38/18
**analysis [17]** 64/10 67/10 71/24 72/15 72/18 72/21 72/22 75/24 77/6 77/7 77/9 77/10 77/11 78/23 79/7 79/9 80/25
**analyze [1]** 73/19
**AND/OR [1]** 84/15
**ANN [2]** 1/24 84/9
**another [6]** 8/12 29/23 29/25 30/3 31/5 53/9
**answer [4]** 32/23 37/11 46/15 52/22
**answers [1]** 76/14
**antipsychotic [1]** 56/18
**antipsychotics [2]** 56/22 69/18
**any [11]** 15/25 35/21 49/11 53/18 56/6 70/5 76/11 76/24 79/10 84/13 84/14
**anybody [2]** 35/8 65/13
**anymore [1]** 80/16
**anyone [2]** 27/10 83/8
**anything [9]** 5/7 19/9 20/11 25/19 37/5 57/22 61/17 75/15 75/16
**apologies [1]** 48/11
**apologize [5]** 30/25 39/15 57/6 65/9 65/12
**appear [1]** 46/12
**APPEARANCES [2]** 2/2 3/2
**appearing [1]** 57/13
**appears [5]** 28/11 28/18 60/24 75/9 75/10
**appendices [3]** 14/22 26/15 26/19
**application [2]** 53/25 54/2
**APPLY [1]** 84/13
**appreciate [1]** 28/4
**appropriate [3]** 29/4 61/21 76/10
**approximately [7]** 14/14 16/4 18/7 38/10 41/13 41/16 77/5
**APRIL [1]** 1/6
**are [140]**
**argument [3]** 21/10 53/7 75/5
**arithmetic [1]** 10/2
**ARNOLD [1]** 2/15
**arnolditkin.com [1]** 2/16
**around [3]** 15/22 55/10 72/14
**article [22]** 16/14 19/19 22/5 22/6 22/22 36/12 38/8 38/12 38/12 38/13 38/14 39/2 39/16 39/17 39/18 39/23 39/24 41/15 41/16 42/11 43/4 73/12
**Article..........................Page [2]** 4/6 4/8
**articles [1]** 68/5
**aside [2]** 27/10 77/25
**asking [4]** 32/22 47/9 75/25 76/3
**aspect [1]** 63/5
**assess [1]** 47/25
**assign [1]** 81/8
**associated [3]** 8/8 8/21 69/8
**association [4]** 55/22 70/17 80/16 80/22
**assume [1]** 45/25
**assuming [3]** 25/6 25/7 36/23
**Attendees [1]** 63/22
**attention [14]** 10/8 23/24 24/8 27/7 30/12 42/11 42/13 43/7 46/6 46/18 51/11 51/15 53/4 60/2
**attributed [2]** 22/21 23/3
**August [2]** 28/5 35/20
**August 2002 [1]** 28/5
**author [4]** 20/5 37/18 38/2 43/2
**authors [14]** 16/23 17/11 22/3 37/17 37/18 37/24 38/4 43/25 64/24 64/25 67/15 71/6 68/20 73/5
**autism [4]** 44/12 53/25 54/2 54/11
**aware [1]** 66/15

**B**

**back [17]** 17/21 17/24 30/25 34/14 41/25 45/17 48/18 52/18 52/18 53/13 65/15 72/17 73/20 73/21 74/19 77/16 83/9
**background [1]** 80/2
**badges [1]** 83/6
**based [1]** 28/17
**basically [1]** 34/20
**Bates [12]** 7/11 7/12 15/12 15/13 17/5 22/5 30/17 33/11 43/22 58/12 59/4 71/11
**be [74]** 5/5 5/21 5/23 6/6 6/13 7/3 8/3 8/20 12/7 13/17 13/18 14/24 15/21 18/3 18/13 18/14 18/16 18/20 20/22 20/23 23/2 23/18 23/19 23/20 23/22 25/2 25/3 25/13 25/19 26/13 28/2 29/19 30/15 31/20 32/19 32/22 32/23 32/24 33/3 33/4 33/5 33/24 34/25 35/7 35/12 39/21 40/4 41/25 42/7 42/12 42/25 44/21 45/18 45/22 46/4 46/12 46/15 48/22 55/20 57/18 59/2 62/22 62/24 64/23 67/20 67/25 67/25 69/4 72/3 72/6 76/17 80/8 80/23 81/23
**bear [1]** 54/24
**bears [1]** 14/6
**because [14]** 12/12 16/8 17/7 30/14 34/14 35/8 47/12 52/18 58/14 68/14 69/14 69/23 75/25 77/14
**become [1]** 12/10
**becomes [1]** 11/14
**been [16]** 6/10 6/23 13/12 36/9 42/19 53/6 53/6 53/17 54/6 54/12 66/18 72/19 72/21 74/22 77/23 79/21
**Beerse [3]** 20/14 21/3 38/6
**before [8]** 28/22 54/7 54/12 54/13 76/19 77/2 80/2 80/3
**begins [4]** 22/6 22/10 39/17 42/14
**behavior [5]** 16/16 20/17 36/15 54/22 55/2
**behavioral [1]** 18/10
**being [13]** 12/14 18/4 27/2 27/16 29/11 31/16 34/5 34/22 49/14 63/4 63/7 63/9 78/24
**BEL [2]** 49/3 49/3
**BEL-22 [1]** 49/3
**BEL-24 [1]** 49/3
**Belgium [7]** 20/14 21/3 38/6 48/6 48/7 62/24 63/4
**Belgium-22 [1]** 48/6
**Belgium-24 [1]** 48/7
**believe [12]** 7/6 10/6 14/10 14/14 26/11 36/7 54/10 56/19 62/6 62/25 71/10 71/13
**Below [1]** 61/2
**BENITA [1]** 1/6
**best [2]** 61/24 61/25
**between [5]** 10/20 34/3 69/10 70/17 78/3
**BIDDLE [1]** 2/20
**bigger [1]** 47/2
**BIM [2]** 48/14 49/5
**BIM-301 [2]** 48/14 49/5
**binder [5]** 5/10 26/13 61/3 62/2 62/3
**biostatistics [1]** 80/11
**bit [2]** 17/7 80/2
**board [3]** 79/22 62/25 61/15
**body [2]** 14/23 14/24
**bogging [1]** 77/8
**bolded [1]** 30/19
**book [1]** 58/10
**Borderline [1]** 26/6
**both [2]** 9/16 9/18
**bottom [12]** 19/23 37/14 37/15 37/16 47/7

**B**

bottom... **[7]**  59/17 59/20 59/22 60/9 62/11
 78/13 78/22
box **[1]**  25/25
boy **[3]**  9/11 9/14 10/22
boys **[12]**  7/5 7/5 22/18 23/8 29/11 29/12 66/4
 66/12 66/17 69/3 78/11 78/20
BrainWorks **[4]**  67/16 67/16 67/16 67/21
break **[7]**  18/18 31/23 41/23 45/16 45/19 76/23
 80/3
breast **[4]**  10/22 13/11 23/9 66/17
breasts **[1]**  8/15
brief **[1]**  42/3
briefly **[6]**  7/22 15/9 19/16 45/24 65/5 77/8
broad **[1]**  55/20
brought **[1]**  61/19
BROWN **[1]**  3/4
bullet **[1]**  27/6
bunch **[1]**  59/11
business **[1]**  62/9

**C**

C-A-N **[1]**  48/11
calculate **[1]**  78/11
calculations **[1]**  80/19
call **[14]**  4/7 4/7 20/5 31/15 31/19 33/17
 34/24 35/2 35/3 35/7 41/13 42/11 42/13 54/18
call-out **[4]**  31/19 33/17 34/24 35/2
Call-Out...........................Page [2]  4/7
 4/7
call-outs **[1]**  35/7
called **[9]**  22/20 24/22 54/18 54/19 54/24
 64/10 67/15 67/20 81/8
calling **[1]**  59/25
came **[1]**  32/17
can **[61]**  8/11 8/12 10/19 15/16 17/2 17/23
 18/2 19/4 19/14 19/23 19/24 20/21 20/24
 22/14 24/10 25/6 25/25 29/6 30/12 31/2 32/23
 33/7 33/16 33/25 34/20 36/22 37/14 40/14
 45/25 48/8 48/10 48/12 48/13 48/21 48/22
 48/25 49/4 49/4 49/5 50/5 54/19 55/7 55/7
 57/15 61/3 61/24 61/25 65/21 69/2 69/4 71/18
 72/22 73/20 75/15 77/20 77/20 80/3 80/16
 81/10 81/10 81/11
can't **[3]**  19/18 57/16 80/16
CAN-150 **[1]**  49/4
CAN-19 **[5]**  48/8 48/12 49/4 55/7 77/20
CAN-20 **[2]**  55/7 77/20
CAN-23 **[2]**  48/13 49/5
Canada **[3]**  48/10 58/7 63/7
capture **[1]**  31/13
careful **[3]**  20/23 23/19 72/7
Caren **[2]**  61/3 62/2
Carmen **[1]**  62/16
Carnegie **[1]**  3/5
case **[6]**  8/16 8/16 13/3 25/21 59/16 78/17
cases **[15]**  31/10 32/9 32/11 32/14 33/20 33/20
 33/23 34/2 34/2 34/15 34/18 34/20 40/19
 40/21 42/14
CAUSE **[1]**  84/6
caused **[1]**  57/5
Center **[1]**  3/5
certain **[5]**  24/5 66/16 72/2 76/16 80/8
certainly **[6]**  12/2 27/13 47/12 52/24 55/21
 70/9
CERTIFICATION **[1]**  84/12
CERTIFIED **[1]**  1/24
CERTIFY **[1]**  84/3
CERTIFYING **[1]**  84/15
Cgomez **[1]**  2/5
chance **[9]**  11/9 27/23 80/21 81/18 81/25 82/3
 82/5 82/7 82/10

change **[1]**  17/14
chart **[8]**  6/23 9/21 21/7 55/13 77/15 77/16
 78/23 78/24
Chart..............................Page [3]  4/8
 4/9 4/9
check **[3]**  17/22 24/10 28/8
cherrypick **[3]**  74/24 75/7 75/9
child **[6]**  11/17 13/4 16/21 36/12 60/24 61/14
children **[29]**  16/15 23/15 23/16 23/17 23/23
 24/5 26/5 28/24 29/2 29/9 29/11 36/15 40/24
 43/10 44/8 44/11 44/16 44/19 48/23 49/2 49/8
 50/21 53/23 54/3 54/5 54/6 54/11 56/11 75/17
CHRISTOPHER **[1]**  2/4
Circulated **[1]**  67/13
CITY **[1]**  1/18
CIVIL **[1]**  1/3
clarification **[1]**  65/2
clear **[2]**  29/19 38/17
clinical **[2]**  24/3 50/22
close **[1]**  74/15
closing **[1]**  75/5
CM **[1]**  84/9
colleagues **[1]**  65/12
column **[5]**  22/12 31/5 31/6 40/15 40/17
columns **[3]**  31/3 40/16 40/23
combine **[2]**  44/8 55/18
come **[3]**  47/8 48/18 79/12
comes **[1]**  33/20
coming **[2]**  60/19 76/14
commendable **[1]**  69/13
COMMON **[2]**  1/2 84/10
companies **[1]**  53/22
company **[16]**  1/10 7/15 9/4 14/8 16/24 20/18
 43/9 46/23 53/24 54/19 55/9 56/9 58/6 61/18
 67/15 76/18
compare **[1]**  18/16
compared **[1]**  69/17
complain **[1]**  76/25
complete **[7]**  25/11 25/17 25/19 28/7 28/10
 28/18 33/24
completed **[3]**  27/17 28/11 35/20
completion **[1]**  7/9
computer **[2]**  26/20 28/9
computers **[1]**  5/18
concerned **[1]**  49/9
conclusion **[3]**  19/12 19/14 19/21
conclusions **[2]**  19/7 19/9
conditions **[1]**  12/3
conduct **[3]**  26/5 54/20 54/22
confirm **[2]**  14/19 46/2
confusing **[2]**  32/10 58/15
Conservator **[1]**  1/7
considered **[1]**  80/9
consistent **[1]**  14/9
constellation **[1]**  9/4
CONTAINED **[1]**  84/4
contemporaneously **[1]**  28/15
context **[3]**  60/14 60/20 72/20
continuation **[1]**  30/8
continue **[4]**  6/20 24/5 41/24 49/16
continued **[2]**  3/2 40/19
continues **[1]**  16/9
continuing **[4]**  6/15 40/18 40/21 42/10
CONTROL **[1]**  84/14
copy **[2]**  24/23 84/6
Corey **[1]**  71/12
Corporation **[1]**  2/9
correct **[99]**
corrected **[1]**  56/2
could **[13]**  11/13 12/16 23/2 24/5 30/25 39/4
 42/11 47/23 59/20 61/14 76/11 77/8 77/16
counsel **[7]**  2/7 2/13 2/18 2/24 3/7 41/22 60/8

**C**

count [3] 34/2 45/9 78/20
counted [1] 9/21
counting [2] 22/18 29/3
COUNTY [2] 1/2 84/10
couple [1] 12/18
course [5] 27/4 27/5 46/3 61/24 70/12
court [11] 1/2 1/25 5/10 24/24 25/7 34/25 36/11 71/15 84/9 84/10 84/15
Court's [4] 36/23 57/15 59/2 59/5
courtroom [8] 1/18 5/19 5/22 6/3 42/5 60/23 74/23 79/21
criteria [1] 81/7
cross [2] 4/3 7/9
CRR [2] 1/24 84/9
cumbersome [1] 17/7

**D**

Daneman [2] 64/3 68/2
data [18] 39/10 47/4 47/5 52/24 53/2 57/24 57/25 67/2 69/7 70/5 72/5 74/5 76/7 76/17 76/17 76/18 79/10 82/17
dataset [4] 74/20 75/20 75/21 81/18
date [4] 17/23 27/20 27/20 63/15
dates [1] 18/16
DAVID [2] 4/3 6/10
day [1] 62/3
days [1] 79/21
DBD [3] 54/25 55/12 55/12
dbr.com [2] 2/23 2/24
De [1] 20/25
Dear [2] 63/11 65/22
decide [2] 55/15 74/18
decided [1] 81/6
decreased [1] 67/3
deep [2] 21/5 21/11
Defendant [2] 2/24 3/7
Defendants [2] 1/12 25/16
define [2] 32/13 56/16
defined [2] 20/22 32/12
definition [6] 7/21 7/22 9/4 12/20 20/21 36/19
DeLoria [1] 62/16
demonstrating [1] 50/13
denominator [3] 41/17 44/24 46/10
depending [1] 78/19
deposition [2] 60/22 67/23
described [3] 58/5 76/4 76/4
design [1] 26/24
designed [1] 55/18
desk [1] 52/18
detail [1] 26/17
develop [2] 66/4 66/13
developing [2] 51/15 77/16
development [9] 1/11 2/25 20/13 21/2 37/23 38/6 61/20 63/3 66/17
DIANE [1] 3/3
diane.sullivan [1] 3/6
did [24] 9/25 16/23 18/12 24/6 28/24 32/14 43/10 49/8 49/19 56/15 56/16 56/23 57/2 57/11 58/5 61/8 69/19 70/23 76/9 76/10 76/12 79/12 79/19 82/6
didn't [7] 21/17 21/21 54/18 57/21 57/22 66/7 77/18
different [5] 9/17 29/3 47/9 50/14 65/3
dilute [2] 46/11 47/10
dilutes [1] 47/12
direct [4] 4/3 6/8 6/15 84/14
DIRECTION [1] 84/15
Director [1] 62/4
disappears [3] 66/5 66/13 66/19
discuss [10] 5/7 25/3 41/24 45/23 58/9 61/4 61/19 68/19 78/2 83/7
discusses [2] 20/16 27/14
discussing [4] 7/18 42/25 62/15 79/21
discussion [8] 17/12 38/21 43/8 43/11 43/15 43/18 59/4 65/18
disorder [3] 18/10 54/20 54/23
disorders [6] 16/16 26/5 30/20 33/14 36/15 44/12
display [13] 8/3 15/16 17/2 18/2 24/11 25/6 36/22 43/17 43/21 59/6 71/16 80/3 82/18
displayed [9] 20/10 25/14 31/12 31/14 31/16 34/22 34/23 59/3 78/25
displaying [1] 42/12
dispute [1] 80/16
disruptive [5] 16/15 20/17 36/15 54/22 55/2
DISTRICT [1] 1/2
dividing [1] 47/2
DIVISION [1] 1/3
DJERASSI [1] 1/21
do [78] 5/20 5/22 5/22 18/18 19/9 20/11 21/25 24/3 24/4 24/14 25/7 26/11 27/8 27/22 27/23 28/21 33/3 33/7 33/17 34/5 34/12 34/15 37/5 38/8 41/17 42/16 42/23 42/24 43/10 44/15 44/21 44/24 47/15 48/3 48/3 48/19 48/22 48/23 48/25 50/6 51/13 51/18 53/12 53/13 54/2 55/15 57/22 61/6 61/7 61/15 62/12 62/13 62/16 63/2 64/3 64/5 64/14 66/6 66/8 70/20 70/20 73/25 74/4 74/9 74/18 74/23 75/22 76/5 76/8 77/2 77/14 79/19 80/3 80/7 80/7 81/6 81/8 83/6
docs [1] 68/3
doctor [4] 11/15 11/17 25/2 39/12
doctors [3] 20/25 39/4 73/13
document [27] 14/18 14/20 15/3 17/6 24/11 24/20 25/11 25/13 25/15 25/20 25/23 26/9 26/18 27/12 37/2 38/20 49/25 58/17 59/21 60/10 67/19 71/10 75/9 75/13 75/15 75/17 79/7
Document..........................Page [1] 4/10
documents [11] 5/10 17/8 26/22 28/14 28/17 35/11 56/8 58/3 61/9 62/21 63/3
does [21] 17/14 19/6 27/5 27/11 46/10 46/11 47/9 55/9 55/15 60/14 64/9 65/6 65/7 65/8 66/8 72/2 75/10 75/15 75/16 76/18 84/13
doesn't [2] 16/25 60/18
doing [4] 6/23 25/2 58/6 80/15
don't [23] 9/7 20/11 22/23 25/11 29/25 30/2 32/24 33/3 39/8 41/24 44/20 45/7 47/23 48/21 49/11 52/16 55/24 57/19 59/12 60/4 60/6 70/5 72/12
done [16] 18/8 49/9 49/24 51/10 53/22 54/7 54/12 63/4 63/7 63/9 67/20 69/23 72/3 73/23 80/6 83/2
dose [2] 9/19 77/13
doses [1] 9/18
double [1] 24/10
doubtful [2] 8/23 10/21
down [10] 8/11 10/5 10/19 10/20 26/23 39/3 43/2 65/21 73/20 77/9
Dr [6] 6/8 6/18 38/17 40/2 42/10 60/20
draft [2] 72/8 72/10
DRINKER [1] 2/20
Drive [1] 2/16
drug [24] 8/8 8/23 9/12 11/13 11/19 11/19 11/24 12/8 12/14 13/2 13/14 24/5 36/20 46/23 49/8 52/21 53/16 54/12 56/10 56/15 56/23 57/8 61/20 63/3
drugs [4] 57/5 65/7 65/8 65/11
duration [2] 48/4 48/5
during [2] 66/2 66/10

**E**

E-mail [24]  2/4 2/5 2/10 2/11 2/16 2/23 2/24
3/6 3/7 56/24 57/22 57/23 58/5 59/15 59/17
60/19 60/20 61/9 61/13 62/11 68/4 68/10
69/24 72/17
E-mail.............................Page [1]
4/10
E-mails [3]  57/10 57/16 68/6
each [4]  18/14 41/25 48/23 83/7
earlier [6]  41/5 47/4 56/25 68/3 69/15 72/17
easier [1]  5/11
education [1]  82/21
Eerdekens [1]  38/3
effective [2]  19/13 36/21
effects [6]  12/4 46/7 55/23 69/9 69/10 79/20
efficacy [3]  26/4 36/16 36/19
efficiently [1]  48/25
eight [12]  36/5 39/2 39/24 45/8 48/13 48/13
48/14 49/12 49/14 51/6 66/4 66/12
eight-week [1]  49/12
either [3]  32/5 33/25 38/10
elevation [5]  22/17 57/9 67/3 69/16 70/6
eliminate [1]  75/3
else [3]  27/10 76/9 83/8
encouraged [1]  61/22
end [5]  14/11 15/20 43/13 47/2 68/5
ended [3]  44/16 73/12 76/14
ending [6]  7/12 15/12 22/5 30/18 58/12 67/6
Endocrine [2]  30/19 33/14
endocrinologists [4]  63/25 66/25 70/4 73/6
Endos [2]  63/23 63/24
engagement [1]  44/4
enlargement [2]  13/11 23/9
enrolled [2]  44/16 77/12
enters [2]  6/3 42/5
entire [1]  26/14
entirety [1]  26/12
entitled [4]  16/14 36/14 50/11 61/13
EPS [2]  27/8 27/14
especially [2]  69/14 69/16
ESQUIRE [9]  2/3 2/4 2/9 2/10 2/15 2/21 2/21
3/3 3/4
essential [1]  19/19
established [2]  14/6 14/10
Estate [1]  1/7
estrogen [2]  66/2 66/10
et [1]  42/20
even [4]  19/9 45/5 51/11 57/21
events [17]  7/14 9/2 9/5 13/19 22/15 22/25
23/2 23/7 23/25 24/8 27/7 27/12 34/23 37/9
70/15 70/18 78/3
eventually [4]  17/17 46/24 49/18 64/14
every [4]  19/18 25/2 25/2 41/2
everybody [4]  6/6 42/8 64/11 82/25
everyone [3]  5/5 5/17 72/23
everyone's [1]  17/4
EVIDENCE [1]  84/4
exact [17]  8/20 11/20 13/3 18/15 18/16 20/21
30/15 32/19 32/22 32/23 33/3 33/4 33/5 34/4
45/7 49/12 52/16
exactly [28]  13/12 13/20 14/16 16/20 17/13
23/11 24/9 25/16 32/16 34/10 34/14 37/25
39/7 44/10 46/25 56/5 57/2 62/19 64/13 64/22
64/25 66/7 67/12 73/24 74/7 78/17 79/22
81/10
examination [4]  6/15 7/9 45/18 75/6
example [4]  47/17 65/21 66/2 76/6
exclude [1]  53/18
exhibit [23]  7/10 14/18 15/14 16/13 17/3 17/9
19/5 31/13 31/21 36/3 36/4 36/11 36/22 50/11
51/14 52/6 55/5 58/17 58/21 58/21 67/7 71/6
71/7

Exhibit 20 [2]  7/10 15/14

expect [2]  47/21 47/24
expert [3]  37/3 63/13 66/25
explain [3]  29/16 80/10 80/17
explanation [1]  28/21
explore [1]  56/6
extended [1]  24/2
extension [9]  24/6 24/17 26/23 28/22 28/23
28/25 30/11 34/12 40/23
extensions [1]  14/13
extent [1]  25/18
extrapyramidal [1]  27/15
eyes [2]  20/5 52/6

**F**

fact [9]  19/10 22/24 39/19 43/9 46/16 61/22
69/12 75/19 81/21
factors [2]  65/16 65/25
failed [1]  39/19
fair [1]  18/20
familiar [2]  25/20 43/23
fancy [1]  9/25
far [4]  56/7 56/8 56/9 72/5
fast [2]  64/9 64/11
favor [1]  33/7
Fax [3]  2/6 2/12 2/17
FDA [5]  12/6 12/11 46/23 53/25 61/23
female [1]  13/7
few [3]  7/19 12/16 58/24
figure [3]  44/7 44/7 64/5
files [1]  7/15
fill [1]  45/3
final [9]  7/2 10/6 14/11 17/20 17/21 27/24
28/6 39/21 63/19
find [5]  21/6 24/10 37/5 38/9 44/15
finding [5]  11/7 23/12 37/6 38/14 80/15
findings [1]  8/6
Findling [3]  42/20 43/2 68/2
finds [1]  17/10
fine [1]  15/18
first [14]  1/2 17/2 19/5 20/24 21/13 25/22
32/6 32/9 40/15 40/17 44/21 59/15 63/12 78/5
five [19]  7/5 11/14 11/18 18/9 22/4 53/15
54/17 54/21 55/3 55/19 64/11 68/22 75/22
77/3 77/17 77/19 77/24 78/14 82/17
flag [1]  79/17
flags [1]  12/11
Floor [2]  2/5 2/11
focus [6]  7/20 60/9 62/10 72/23 73/18 73/20
focusing [1]  60/11
folks [3]  53/12 73/14 73/15
follow [7]  5/12 26/7 26/8 29/22 29/25 30/2
55/25
follow-up [3]  26/7 26/8 55/25
followed [2]  32/2 79/3
footnote [3]  20/7 30/6 31/9
footnotes [1]  37/17
FOREGOING [1]  84/12
forget [1]  11/20
format [1]  17/9
formed [1]  10/23
forward [5]  16/11 40/14 43/7 64/9 64/11
found [6]  21/25 28/22 30/10 46/13 46/17 46/17
foundation [2]  18/24 38/17
four [13]  11/6 11/6 18/6 22/9 34/19 38/9
39/21 40/10 40/19 41/5 48/6 48/7 73/11
four-year-later [1]  40/10
frequent [2]  19/10 52/22
front [14]  19/3 21/7 24/15 27/23 31/20 40/8
47/16 48/3 52/5 60/11 61/6 61/8 65/22 69/20
full [9]  20/2 20/6 20/7 26/12 26/18 35/13
74/20 75/20 75/21

## F

**FULLY [1]** 84/4
**further [3]** 33/8 38/23 56/4

## G

**galactorrhea [3]** 8/13 8/14 8/15
**gave [3]** 49/12 53/25 79/6
**general [2]** 80/23 81/15
**generally [2]** 17/10 81/11
**generated [1]** 60/19
**generation [2]** 56/18 56/22
**get [31]** 8/12 8/12 9/22 10/5 15/23 19/2 21/25
  28/2 28/23 29/6 30/2 34/4 39/3 46/2 47/16
  49/23 50/24 52/16 53/8 54/9 55/4 61/24 61/24
  61/25 61/25 74/15 74/17 76/19 77/2 80/25
  83/4
**gets [2]** 58/14 64/14
**getting [3]** 11/8 51/8 74/14
**girl [4]** 8/6 8/18 12/25 13/6
**girls [5]** 12/18 22/18 23/9 29/12 69/3
**give [6]** 28/2 31/15 41/17 54/20 64/10 74/14
**gives [2]** 38/23 52/24
**giving [1]** 49/2
**glucose [2]** 27/15 27/16
**go [48]** 8/4 8/5 9/6 9/7 10/19 11/9 12/16
  12/17 15/17 15/17 16/5 16/12 17/21 17/23
  18/14 19/4 19/21 20/24 21/5 21/10 22/4 22/6
  22/8 22/9 22/10 22/13 24/13 26/16 30/18
  30/24 30/25 33/6 33/7 34/14 37/16 38/8 38/11
  38/21 38/25 45/17 59/7 59/14 60/3 65/15
  66/17 67/5 72/17 77/16
**goes [2]** 16/2 16/6
**going [55]** 10/13 11/12 12/9 12/12 12/13 15/17
  19/20 19/21 20/3 22/19 24/7 25/3 25/10 27/6
  32/3 34/24 35/6 35/10 36/3 37/4 40/3 40/4
  41/22 42/25 43/21 45/18 50/5 55/11 60/21
  65/14 67/20 67/25 68/23 68/24 69/2 69/6
  69/23 71/6 72/3 73/19 73/25 74/4 74/5 74/9
  74/10 74/14 74/17 74/20 74/22 74/23 75/22
  75/23 76/5 78/2 80/8
**GOMEZ [2]** 2/4 36/10
**gone [3]** 26/14 26/16 76/11
**good [9]** 6/5 6/12 6/18 6/19 48/3 52/22 61/23
  82/20 83/8
**got [5]** 21/16 30/5 32/9 74/8 76/11
**GOTSHAL [1]** 3/3
**GRAFF [1]** 2/21
**greater [1]** 66/12
**group [6]** 20/17 61/19 62/11 65/16 65/24 66/21
**Guardian [1]** 1/6
**guess [1]** 76/21
**gynecomastia [46]** 7/4 7/5 7/21 9/10 9/11 9/15
  10/16 10/22 15/19 16/9 19/10 22/17 23/8
  30/23 31/7 31/10 32/4 32/5 32/10 32/14 37/17
  33/15 37/7 37/8 38/15 38/22 39/5 40/9 40/19
  41/12 42/15 42/21 43/16 43/24 44/17 45/14
  46/6 47/21 52/21 57/12 66/5 66/13 70/16
  78/10 78/11 78/17

## H

**hac [1]** 3/4
**had [34]** 6/24 6/25 6/25 7/4 7/5 7/14 7/21 8/6
  12/25 29/8 32/5 34/11 35/10 39/9 47/6 47/6
  47/7 53/14 54/2 54/6 54/11 57/12 57/21 58/6
  61/11 63/15 67/10 71/5 73/3 73/5 73/6 73/9
  73/11 82/16
**half [2]** 38/17 62/10
**halfway [1]** 22/13
**HALL [1]** 1/18
**hand [3]** 5/10 22/12 34/25
**handed [2]** 31/21 50/14
**hands [1]** 36/10
**handwriting [1]** 55/13

## I

**happening [1]** 82/5
**happy [2]** 45/22 48/22
**have [128]**
**haven't [2]** 26/20 53/6
**having [6]** 6/10 7/25 13/19 25/21 51/16 51/16
**head [2]** 45/2 75/11
**heading [2]** 30/19 33/15
**headings [1]** 31/2
**headline [1]** 24/17
**hear [2]** 60/21 77/18
**heard [1]** 74/22
**Hearing [1]** 5/2
**heck [1]** 35/10
**held [2]** 60/25 63/13
**help [2]** 22/14 60/14 63/23 76/5
**her [3]** 62/6 62/11 72/13
**here [51]** 5/25 6/13 6/23 10/10 10/16 11/23
  12/20 13/7 13/12 22/23 23/4 27/5 29/7 30/7
  30/10 30/16 31/12 31/25 33/18 33/24 35/15
  37/3 37/10 37/13 41/3 41/9 43/13 45/23 46/2
  48/23 49/23 50/21 52/5 52/5 52/8 59/14 59/20
  60/3 63/22 66/17 67/22 71/23 72/15 72/24
  73/16 76/2 77/23 82/3 82/21 83/3 83/9
**HEREBY [1]** 84/3
**high [4]** 52/20 57/12 61/2 61/2
**higher [4]** 51/12 56/21 57/8 69/16
**highlight [4]** 19/14 22/15 30/22 61/14
**highlighting [1]** 40/8
**him [2]** 57/25 60/22
**hire [2]** 61/18 76/5
**hired [4]** 61/11 67/15 67/16 80/7
**his [4]** 1/6 1/7 59/12 60/21
**hit [1]** 11/8
**hold [1]** 39/12
**HONORABLE [1]** 1/21
**hope [1]** 34/13
**hopefully [2]** 7/8 40/14
**hormone [2]** 56/21 70/14
**hour [1]** 74/15
**Houston [1]** 2/17
**how [18]** 11/12 11/18 18/16 20/21 26/21 27/10
  28/24 29/14 41/9 45/5 46/5 47/14 48/2 56/15
  69/2 75/21 77/3 78/10
**however [1]** 5/19
**hundred [7]** 11/6 11/7 11/10 11/13 11/18 14/19
  80/25
**hurry [1]** 54/10
**hyper [1]** 70/13
**hyper-prolactin [1]** 70/13
**hypothetically [1]** 22/20

## I

**I'd [1]** 63/11
**ideal [1]** 12/3
**identification [11]** 16/19 24/25 31/24 35/17
  36/8 50/3 50/9 50/10 55/14 58/22 71/8
**identified [1]** 67/24
**identify [2]** 24/18 62/15
**impairment [1]** 23/20
**important [8]** 23/12 45/11 52/24 53/2 69/12
  69/14 70/8 79/13
**importantly [4]** 11/16 42/16 42/17 42/19
**in, [1]** 39/2
**in, in [1]** 39/2
**INC [1]** 1/10
**incidence [6]** 34/23 49/20 52/11 52/21 78/7
  78/12
**incidence percents [1]** 52/11
**incident [4]** 43/16 52/8 57/12 78/5
**incident percent [1]** 52/8
**inclined [1]** 81/13

## I

**include [3]**  16/23 64/17 64/20
**included [8]**  7/20 8/25 13/18 14/5 49/20 51/8 51/17 77/3
**includes [2]**  45/3 47/13
**including [2]**  61/9 63/23
**inclusion [1]**  68/19
**increased [5]**  56/20 57/8 57/9 66/16 79/20
**increases [5]**  22/11 42/21 66/2 66/10 69/15
**indicate [1]**  28/20
**indication [2]**  54/3 54/5
**individuals [4]**  62/12 62/14 64/17 64/21
**information [11]**  17/4 19/2 21/6 21/25 41/2 53/12 55/19 55/20 79/16 79/24 82/16
**inside [1]**  20/18
**instructions [1]**  79/5
**INT [19]**  24/4 26/7 28/25 30/7 30/8 31/4 31/6 31/11 31/12 32/10 32/11 32/18 33/19 35/23 35/25 40/17 55/8 63/19 78/21
**INT-41 [9]**  24/4 30/7 30/8 31/4 32/10 40/17 55/8 63/19 78/21
**INT-41 is [1]**  31/12
**INT-70 [8]**  28/25 31/6 31/11 32/11 32/18 33/19 35/23 35/25
**intellectual [1]**  23/19
**Intelligence [2]**  16/17 36/16
**interim [1]**  6/24
**international [3]**  6/21 24/22 63/5
**interpret [2]**  9/16 34/5
**invented [1]**  22/20
**investigator [2]**  8/22 10/25
**investigators [4]**  10/17 13/13 20/22 81/6
**involved [1]**  60/23
**is [216]**
**isn't [2]**  25/11 60/17
**issue [8]**  16/8 56/15 56/17 56/17 70/11 70/13 70/17 70/19
**issues [1]**  70/11
**it [202]**
**it's [65]**  5/25 7/12 8/16 8/21 8/25 9/3 9/18 9/19 9/20 10/25 11/16 11/17 11/21 12/12 12/13 12/20 13/24 15/7 15/16 15/17 15/18 16/8 17/16 21/11 21/19 22/11 25/17 25/18 27/6 29/19 30/6 33/19 33/22 33/23 36/10 36/20 38/17 41/9 43/4 44/24 54/10 55/21 58/9 58/20 58/21 59/4 69/16 71/10 71/10 72/6 72/8 72/15 74/14 75/5 75/5 80/18 80/20 81/3 81/3 81/13 82/3 82/5 82/6 82/9 82/15
**italicized [3]**  19/24 19/25 20/9
**ITKIN [2]**  2/15 2/15
**its [5]**  19/16 26/11 26/19 39/18 50/14
**itself [3]**  18/4 25/5 28/25
**ITT [1]**  77/5
**IV [1]**  1/16

## J

**J-A-N-U-S [1]**  62/21
**JANBE [1]**  62/24
**JANSSEN [34]**  1/10 1/11 2/24 2/25 3/7 14/7 16/23 21/2 27/11 32/15 32/17 38/5 41/5 41/10 43/9 53/11 55/9 55/15 61/10 61/18 62/11 62/22 62/24 64/9 64/17 66/20 68/17 68/20 73/14 73/15 76/9 76/10 79/2 79/5
**JANUARY [8]**  1/15 17/18 58/7 63/14 63/18 70/4 72/16 72/24
**January 2002 [2]**  58/7 70/4
**January 2005 [1]**  17/18
**January 22 [1]**  63/14
**January 22nd [3]**  63/18 72/16 72/24
**JASON [1]**  2/15
**Jersey [2]**  3/5 37/24
**jitkin [1]**  2/16

## JJ

**JJ [3]**  17/3 18/3 71/12
**JJ1041 [1]**  55/25
**JOHNSON [10]**  1/10 1/10 14/7 14/7 20/12 20/13 22/2 22/2 37/22 37/22
**Johnson/Janssen [1]**  14/7
**journal [9]**  16/21 17/10 17/14 17/14 19/19 36/12 37/3 41/4 64/15
**journals [1]**  35/21
**Judge [2]**  36/11 62/16
**Judge's [1]**  36/10
**JUDICIAL [1]**  1/2
**JUDITH [2]**  1/24 84/9
**July [1]**  20/2
**July 28 [1]**  20/2
**jurors [3]**  5/5 5/6 5/8
**jury [26]**  1/1 5/15 6/3 6/7 7/21 15/3 15/11 19/3 19/15 21/8 28/13 28/21 30/9 31/14 31/20 36/22 40/8 41/23 42/5 43/18 43/23 49/18 56/8 61/8 78/2 78/25
**just [49]**  5/25 8/11 8/20 10/2 10/20 12/12 12/16 12/17 14/18 14/20 14/24 14/25 15/17 17/2 18/17 18/24 20/23 21/21 23/18 23/20 25/10 25/25 27/19 29/19 30/14 30/25 31/9 33/7 33/13 33/18 33/24 40/13 43/3 51/5 54/8 54/9 54/24 56/2 58/2 59/20 60/11 62/14 62/19 68/11 69/24 72/6 77/16 78/4 78/20

## K

**keep [1]**  61/5
**keeping [1]**  77/23
**KENNETH [1]**  2/21
**kenneth.murphy [1]**  2/23
**KESSLER [7]**  4/3 6/8 6/10 6/18 38/17 40/2 42/10
**key [2]**  19/22 31/5
**kids [8]**  29/17 30/2 32/2 38/15 74/24 75/2 77/4 77/12
**kind [2]**  11/18 82/21
**kindly [6]**  8/5 22/13 30/17 30/18 33/7 33/13
**KLINE [8]**  2/9 2/9 6/9 6/19 32/21 58/25 71/3 72/13
**Kline........6 [1]**  4/4
**KlineSpecter.com [2]**  2/10 2/11
**knew [4]**  56/20 56/25 57/4 57/7
**know [24]**  11/5 11/9 12/2 13/4 14/2 18/25 19/22 35/9 37/4 40/13 44/24 44/25 47/24 48/19 48/21 49/11 56/23 57/11 57/21 60/18 62/2 62/20 63/15 69/15
**known [8]**  17/20 17/22 27/18 27/25 39/22 41/4 41/6 63/20
**KRISTEN [1]**  2/10
**Kristen.Loerch [1]**  2/11
**Kusumakar [1]**  68/2

## L

**L.L.C [1]**  1/12
**label [9]**  16/17 43/15 43/19 43/20 50/25 51/3 51/4 51/9 56/20
**labeled [1]**  6/22
**Lack [1]**  12/23
**lacks [2]**  18/24 38/16
**lactating [2]**  8/17 8/19
**lactation [3]**  8/13 23/10 70/16
**language [1]**  22/21
**last [6]**  12/19 15/10 15/10 15/15 30/18 68/19
**later [10]**  18/6 22/19 38/9 40/10 46/2 60/19 62/3 64/6 82/19 82/22
**lawyer [2]**  21/10 53/7
**lawyers' [1]**  44/5
**lead [2]**  37/18 43/2
**leading [4]**  53/7 56/13 74/12 74/13
**learn [3]**  20/25 22/19 64/6
**learned [2]**  67/22 73/3

## L

**least [1]**  43/13
**leaves [1]**  51/20
**leeway [1]**  74/14
**left [3]**  6/20 7/2 22/12
**left-hand [1]**  22/12
**less [10]**  11/9 11/10 49/10 49/14 51/6 81/14
  81/19 81/24 82/3 82/9
**let [5]**  29/6 31/25 55/25 62/19 66/8
**let's [18]**  7/8 9/7 12/16 12/17 13/6 25/5
  37/16 41/13 49/23 63/11 65/15 73/19 74/15
  74/19 75/12 75/19 82/18 83/2
**letting [1]**  34/4
**level [4]**  61/2 61/3 80/14 81/12
**levels [9]**  42/22 56/21 57/8 65/17 65/25 67/3
  69/7 69/8 70/13
**lightening [1]**  11/9
**like [24]**  7/10 7/20 7/22 8/3 8/4 8/10 9/6
  11/5 20/5 24/6 26/19 43/6 43/7 43/17 45/23
  52/16 54/19 58/9 58/23 61/18 63/11 67/5
  72/10 80/6
**likely [11]**  7/4 8/7 9/17 9/18 9/19 10/17
  10/25 80/22 81/24 82/6 82/9
**limit [1]**  68/11
**line [6]**  30/22 40/7 43/13 47/7 60/9 78/13
**lines [3]**  39/3 57/20 80/5
**listed [3]**  8/7 13/18 64/2
**literature [6]**  18/5 19/17 36/2 39/4 68/6
  73/13
**litigated [1]**  25/21
**LITIGATION [1]**  1/4
**little [6]**  5/11 10/13 17/7 65/2 72/6 80/2
**live [1]**  60/22
**LLP [3]**  2/15 2/20 3/3
**Locust [1]**  2/11
**LOERCH [1]**  2/10
**Logan [1]**  2/22
**long [12]**  5/25 14/19 18/16 26/4 36/14 45/6
  45/8 45/12 45/20 47/15 51/20 52/5
**long-term [8]**  26/4 36/14 45/6 45/8 45/12
  45/20 51/20 52/5
**look [35]**  9/7 12/16 13/3 13/6 14/16 19/23
  20/21 22/16 25/6 26/18 26/23 27/19 28/9
  30/16 30/17 37/4 37/5 37/14 42/15 45/20
  47/24 56/4 62/11 63/11 63/12 68/24 69/2 69/6
  69/13 69/24 70/3 75/20 76/6 77/10 82/12
**looked [5]**  27/45 12 45/13 79/8 82/18
**looking [13]**  10/10 12/11 12/11 19/25 27/19
  46/20 47/7 55/21 69/11 76/20 76/21 82/13
  82/13
**looks [2]**  14/9 61/4
**lot [1]**  53/7
**lunch [5]**  45/16 74/15 78/2 82/24 83/8
**luncheon [2]**  83/3 83/13

## M

**made [2]**  31/21 38/17
**Magali [1]**  37/19
**mail [24]**  2/4 2/5 2/10 2/11 2/16 2/23 2/24
  3/6 3/7 56/24 57/22 57/23 58/5 59/15 59/17
  60/19 60/20 61/9 61/13 62/11 68/4 68/10
  69/24 72/17
**mail.............................Page [1]**  4/10
**mails [3]**  57/10 57/16 68/6
**majority [1]**  78/18
**make [4]**  5/11 5/24 46/12 72/2
**making [1]**  54/16
**MANGES [1]**  3/3
**manuscript [1]**  67/17
**many [9]**  10/3 11/12 11/19 28/24 29/14 45/5
  46/5 48/2 77/4
**March [1]**  1/5

**Marianne [3]**  21/18 24/23 31/22
**mark [8]**  24/19 34/24 44/23 50/5 50/7 55/5
  55/11 71/6
**marked [19]**  14/17 16/19 21/14 24/25 31/15
  31/22 31/24 35/17 36/8 39/17 49/23 50/3 50/9
  51/14 55/14 58/22 67/7 71/8 71/11
**marking [9]**  16/13 24/20 35/7 36/4 36/9 50/4
  50/24 51/12 71/9
**Masters [1]**  62/9
**math [11]**  15/21 18/18 29/7 44/15 45/3 50/6
  50/13 51/4 51/10 51/18 52/15
**mathematical [1]**  80/19
**mathematicians [1]**  81/13
**matter [2]**  41/25 83/7
**mature [1]**  25/4
**maximum [1]**  76/22
**may [12]**  6/9 11/5 20/22 25/9 25/13 26/12 28/2
  32/19 33/13 53/16 55/20 75/7
**maybe [2]**  14/15 48/2
**MBA [2]**  62/4 62/8
**MD [4]**  4/3 6/10 65/6 65/6
**MDs [1]**  65/11
**me [31]**  11/11 14/19 15/4 15/11 22/14 25/7
  28/2 29/6 31/25 32/8 33/7 34/4 41/18 46/2
  48/24 50/6 54/20 54/20 54/24 55/25 56/2
  58/11 58/24 62/19 66/8 69/25 72/9 72/11
  72/18 74/8 84/5
**mean [4]**  11/14 32/8 81/18 81/23
**meaning [1]**  48/10
**means [5]**  10/22 24/3 80/18 82/6 84/14
**meant [2]**  57/6 57/17
**medical [12]**  17/10 18/5 19/17 35/21 35/25
  36/19 37/3 39/4 41/4 62/5 64/15 73/13
**meeting [8]**  58/6 61/10 63/13 63/16 72/16
  72/25 73/3 73/16
**MELISSA [1]**  2/21
**melissa.graff [1]**  2/24
**members [4]**  6/7 19/15 28/13 30/9
**Memorial [1]**  2/16
**menses [1]**  7/24
**menstruate [1]**  12/25
**menstruation [1]**  7/25
**Mental [1]**  26/6
**mentally [1]**  23/16
**mention [1]**  39/20
**mentioned [3]**  18/9 53/14 55/4
**mentions [1]**  62/2
**mercy [1]**  5/6
**middle [1]**  22/13
**might [2]**  27/10 51/18
**Mild [3]**  12/20 23/19 26/6
**milk [3]**  8/15 8/17 8/19
**millions [1]**  17/8
**mind [4]**  52/25 57/23 60/4 60/6
**minds [1]**  61/24
**minutes [1]**  42/2
**miss [1]**  57/3
**moderate [3]**  9/11 23/19 26/6
**moment [1]**  78/25
**months [3]**  18/6 48/4 63/19
**more [7]**  12/16 20/12 25/4 34/9 53/2 53/13
  65/7
**morning [5]**  1/16 6/5 6/12 6/18 6/19
**Moshang [2]**  64/2 67/25
**most [3]**  11/16 46/16 78/15
**mostly [1]**  29/12
**move [4]**  40/14 43/7 53/11 58/2
**moved [1]**  6/23
**moving [2]**  10/5 16/11
**Mr [7]**  4/4 6/8 6/19 32/21 58/25 71/3 72/13
**Mr. [2]**  36/10 40/7
**Mr. Gomez [1]**  36/10

**M**

**Mr. Smith [1]**  40/7
**Ms [1]**  62/3
**Ms. [2]**  35/15 72/9
**Ms. Sullivan [2]**  35/15 72/9
**much [6]**  10/14 11/5 17/15 17/16 51/12 70/18
**MURPHY [1]**  2/21
**my [26]**  6/23 13/24 21/7 28/5 28/8 28/8 28/20
32/3 32/23 44/4 45/2 45/22 48/11 49/6 52/18
52/25 55/12 65/12 71/11 73/15 74/4 75/11
76/20 77/15 78/23 79/18

**N**

**name [3]**  37/19 38/3 62/15
**names [1]**  73/11
**natural [2]**  66/3 66/11
**NED [3]**  47/17 48/6 49/3
**NED-9 [3]**  47/17 48/6 49/3
**need [17]**  21/5 21/10 24/18 32/19 33/2 33/3
33/5 38/8 40/13 44/20 52/16 55/24 70/20 76/5
80/2 80/9 82/21
**needs [2]**  25/19 32/22
**never [1]**  54/6
**nevertheless [1]**  8/25
**new [17]**  3/5 30/2 31/10 32/12 32/13 32/13
33/23 33/23 34/2 34/2 34/20 37/24 41/19
73/25 74/6 75/25 76/3
**next [18]**  8/10 9/6 9/14 10/21 12/19 24/13
24/20 31/22 42/15 45/16 45/19 58/10 58/20
66/24 66/24 67/6 71/6 81/17
**next-to-last [1]**  12/19
**nice [1]**  6/13
**nine [3]**  13/6 13/9 48/14
**nine-year [1]**  13/6
**no [28]**  1/5 1/12 11/9 13/22 13/23 13/24
15/16 19/12 22/23 25/7 32/8 33/5 36/23 36/24
37/10 37/12 52/25 57/6 59/25 65/14 65/14
67/2 71/13 71/14 71/17 74/3 76/10 76/25
**No. [4]**  19/5 36/3 36/4 71/7
**No. 23 [1]**  19/5
**No. 27 [2]**  36/3 36/4
**No. 32 [1]**  71/7
**non [2]**  8/13 8/21
**non-puerperal [2]**  8/13 8/21
**normal [1]**  67/4
**not [44]**  5/20 5/22 5/25 8/21 11/5 11/11 11/16
12/12 13/21 13/24 16/9 18/22 24/9 25/17
25/18 26/12 34/14 35/14 40/21 42/12 42/21
45/2 45/18 47/6 47/24 48/4 53/16 54/10 54/11
57/6 59/10 62/15 65/6 65/14 66/8 73/25 74/3
75/5 75/10 79/10 81/3 82/7 83/7 84/13
**note [1]**  25/10
**notes [11]**  27/24 28/5 28/8 28/12 28/14 28/15
28/20 45/22 49/6 66/22 84/5
**notice [1]**  20/16
**November [3]**  36/13 39/20 41/4
**November 3 [2]**  36/13 39/20
**now [63]**  5/12 6/7 12/6 12/8 13/6 15/9 17/9
18/4 19/4 21/8 25/21 26/23 30/9 31/14 31/16
32/3 32/19 33/9 34/22 35/7 35/19 36/6 37/2
38/19 39/13 39/23 41/3 43/5 43/13 43/21 44/2
45/4 48/18 53/9 53/11 54/17 55/25 56/7 56/23
60/6 60/8 60/10 60/11 60/13 62/10 63/15
63/22 66/24 67/5 67/7 67/10 68/22 69/23
72/10 73/19 73/25 75/23 76/19 78/24 79/21
80/2 82/16 82/19
**number [38]**  7/12 11/20 15/12 15/14 21/17
21/22 22/5 24/21 29/2 29/3 30/17 31/7 31/15
33/11 43/22 44/14 45/7 45/20 45/20 47/2
47/12 48/20 48/23 49/2 50/15 50/20 50/21
50/25 52/17 58/12 58/17 59/4 77/9 77/10
77/11 77/19 79/23 81/17

**numbers [18]**  7/11 9/22 9/23 10/3 10/4 11/22
15/13 17/6 45/16 47/23 48/19 49/9 49/11 49/12
58/14 77/5 78/5 82/12
**numerator [2]**  41/17 44/25
**nurture [1]**  82/22

**O**

**object [3]**  20/4 21/10 74/25
**objected [1]**  59/11
**objecting [1]**  53/6
**objection [18]**  18/23 20/4 25/7 25/12 36/23
36/24 38/16 53/5 56/12 57/14 59/9 68/9 71/2
71/13 71/14 71/17 74/11 75/4
**objectionable [1]**  54/10
**objections [1]**  59/13
**observed [1]**  42/20
**observing [1]**  28/16
**Obviously [1]**  32/23
**occurred [1]**  34/6
**occurrence [2]**  19/11 42/20
**occurring [1]**  12/5
**occurs [1]**  81/18
**October [2]**  17/25 43/14
**October 25 [1]**  17/25
**off [6]**  6/20 7/2 28/17 45/2 48/21 48/24
**Officer [1]**  36/11
**OFFICIAL [2]**  1/25 84/9
**Oh [2]**  49/24 68/18
**old [15]**  8/6 8/13 8/16 8/18 9/9 9/10 9/14
10/11 10/16 10/20 10/21 10/21 13/6 13/9
75/18
**once [2]**  11/17 12/14
**one [31]**  2/22 8/12 9/3 9/8 9/14 9/19 9/20
10/20 10/21 13/17 16/17 17/10 18/14 19/12
28/2 33/9 40/16 48/23 53/13 59/16 62/6 62/14
65/6 65/6 65/6 65/8 68/10 70/12 76/25 77/12
78/17
**one's [1]**  59/25
**One-Year [1]**  16/17
**ongoing [5]**  31/10 32/12 32/13 32/14 33/24
**only [6]**  26/20 27/22 53/21 54/16 71/10 75/17
**Open [1]**  16/17
**opening [1]**  75/5
**opposed [1]**  33/20
**opposite [1]**  75/19
**optimistic [1]**  61/4
**order [2]**  47/25 70/20
**original [1]**  40/16
**other [20]**  9/20 18/8 27/2 37/8 41/25 44/4
44/12 46/5 47/7 47/13 52/19 53/3 53/3 56/21
65/7 67/5 69/17 79/10 82/10 83/7
**others [2]**  47/7 68/14
**otherwise [2]**  5/23 5/24
**out [24]**  5/21 8/11 11/18 15/21 15/24 18/18
21/6 28/19 31/19 32/18 33/17 34/24 35/2 35/4
43/4 47/16 50/19 50/20 51/19 55/4 71/23
74/24 75/2 78/6
**Out.........................Page [2]**  4/7 4/7
**outcome [3]**  72/16 72/24 73/16
**outs [1]**  35/7
**outside [4]**  61/19 64/20 67/20 73/4
**outsiders [1]**  61/10
**over [8]**  6/23 30/24 41/19 41/20 45/16 47/24
66/4 75/2
**overall [2]**  61/4 78/13
**overlapping [1]**  34/19
**overly [1]**  58/14
**Overruled [2]**  38/19 71/4
**own [1]**  81/7

**P**

**P-21 [4]**  32/3 52/6 52/14 78/24
**P-22 [1]**  21/15

P

**P-23 [5]** 4/6 16/14 16/19 21/19 21/23
**P-24 [4]** 4/6 24/19 24/25 25/13
**P-25 [5]** 4/7 31/16 31/19 31/22 31/24
**P-26 [3]** 4/7 34/25 35/17
**P-27 [5]** 4/8 36/8 36/9 39/17 50/25
**P-28 [5]** 4/8 49/25 50/3 50/11 50/24
**P-29 [2]** 4/9 50/9
**P-30 [4]** 4/9 55/11 55/12 55/14
**P-31 [3]** 4/10 58/22 67/7
**P-32 [4]** 4/10 71/8 71/9 71/11
**P-70 [2]** 41/15 41/16
**P-9 [2]** 43/18 43/22
**P.C [1]** 2/3
**PA [2]** 2/6 2/12
**pace [2]** 25/4 25/4
**page [35]** 8/4 9/6 9/10 12/17 15/9 15/13 17/2
 17/24 19/5 19/23 22/5 22/6 22/7 22/8 22/9
 25/22 30/19 31/18 37/14 37/15 37/16 38/11
 38/11 38/12 38/13 38/13 38/20 38/22 39/2
 39/18 39/23 42/13 51/14 58/11 67/6
**pages [10]** 7/11 14/19 22/4 22/9 33/8 38/10
 38/23 39/2 39/24 71/10
**paginated [1]** 15/7
**paid [2]** 10/7 23/24
**Pandina [1]** 60/21
**paper [5]** 22/2 53/15 55/5 64/7 73/5
**paragraph [6]** 20/6 20/7 20/25 22/10 22/12
 63/12
**part [14]** 15/4 18/9 21/19 43/22 44/3 53/24
 53/25 54/9 60/12 63/3 63/7 63/9 65/22 67/6
**particular [3]** 31/17 31/18 82/18
**parties [1]** 5/3
**pass [1]** 18/17
**passed [1]** 61/3
**patients [27]** 7/13 11/4 11/12 11/13 11/14 11/22
 11/23 12/4 12/9 14/5 15/19 16/10 16/18 23/5
 29/14 32/5 37/7 40/17 40/24 41/11 41/20
 44/22 46/16 50/16 51/16 51/17 51/19 52/4
**Pause [1]** 5/14
**pay [2]** 24/7 27/6
**paying [1]** 46/6
**pediatric [3]** 63/25 67/2 73/6
**pediatrician [2]** 23/18 66/14
**PENNSYLVANIA [3]** 1/2 1/19 2/22
**people [4]** 22/2 43/9 68/20 73/11
**per [1]** 79/5
**perceived [1]** 56/10
**percent [35]** 7/3 11/4 15/23 15/24 31/8 33/21
 34/3 37/6 37/7 38/15 39/8 39/9 40/25 41/1
 41/14 41/21 43/16 43/21 43/25 44/15 44/24
 47/8 50/7 51/9 52/2 52/4 52/8 66/3 66/12
 78/7 78/13 81/24 82/3 82/6 82/9
**percentage [5]** 46/11 46/12 47/3 47/11 78/8
**percents [1]** 52/11
**perfectly [3]** 29/4 61/21 76/10
**Perhaps [1]** 18/17
**period [9]** 8/2 12/23 14/12 18/21 18/22 24/2
 34/21 45/16 79/11
**permission [3]** 36/23 59/2 59/5
**permit [2]** 5/19 5/20
**permits [1]** 25/7
**persist [1]** 16/10
**persists [1]** 16/7
**person [5]** 1/7 37/22 38/2 38/5 60/17
**perspective [1]** 63/18
**pertained [1]** 53/22
**Pharma [1]** 2/24
**pharmaceutical [4]** 1/11 20/13 37/23 61/23
**PHARMACEUTICALS [1]** 1/10
**phenomena [1]** 66/15
**PHILADELPHIA [6]** 1/2 1/19 2/6 2/12 2/22 84/10

**PHILLIP [1]** 1/6
**phone [1]** 3/7
**photographs [1]** 35/15
**physician [2]** 11/11 19/18
**pick [2]** 7/8 76/12
**picked [1]** 34/9
**picking [1]** 68/15
**piece [1]** 41/2
**Plaintiff [3]** 2/7 2/13 2/18
**plaintiff's [3]** 24/21 58/16 58/20
**Plaintiffs [1]** 1/8
**plan [16]** 67/8 67/10 70/21 70/22 70/24 71/5
 71/20 71/23 72/2 72/19 72/21 72/22 79/3 79/4
 79/9 79/10
**play [1]** 71/18
**PLEAS [2]** 1/2 84/10
**please [13]** 5/5 5/22 6/6 19/24 29/16 36/19
 39/13 41/24 44/21 66/8 66/24 72/23 83/6
**PLEDGER [2]** 1/6 1/6
**Plus [1]** 32/4
**Plus-70 [1]** 32/4
**point [16]** 5/7 8/11 26/12 27/6 30/12 33/14
 43/4 43/17 45/11 54/16 62/6 73/15 74/4 74/16
 74/17 76/23
**points [2]** 19/20 19/22
**pool [6]** 64/11 68/23 69/23 75/22 77/17 78/4
**pooled [3]** 64/10 69/7 78/23
**popular [1]** 65/7
**population [3]** 12/5 66/3 66/11
**portion [3]** 19/25 20/9 60/21
**Possible [2]** 9/15 9/16
**Possibly [2]** 9/18 9/20
**post [1]** 50/14
**post-its [1]** 50/14
**posted [1]** 61/5
**potentially [1]** 23/2
**practice [1]** 61/23
**PRAE [5]** 7/15 12/18 23/6 78/5 78/6
**precise [6]** 23/21 23/22 35/12 53/17 54/20
 69/4
**predicate [1]** 53/14
**prepared [1]** 6/20
**prescribe [1]** 65/11
**prescriptions [1]** 11/20
**present [2]** 5/3 15/19
**presentation [1]** 27/23
**presented [1]** 25/15
**presenting [1]** 43/14
**pretrial [1]** 59/4
**pretty [3]** 17/15 17/16 83/2
**previous [1]** 24/6
**previously [3]** 6/11 42/19 43/18
**primary [3]** 77/7 77/9 77/11
**Princeton [1]** 3/5
**print [2]** 31/14 34/24
**printed [1]** 31/21
**prior [1]** 59/8
**pro [1]** 3/4
**Probable [1]** 9/12
**probably [5]** 7/4 12/21 13/14 30/7 34/18
**problem [1]** 56/10
**proceed [2]** 5/16 6/9
**PROCEEDINGS [1]** 84/3
**producing [1]** 8/17
**Professional [1]** 2/9
**professor [1]** 80/10
**project [1]** 44/4
**prolactin [43]** 7/14 9/5 13/19 22/11 22/17
 22/21 23/3 23/6 23/24 24/8 27/8 27/15 37/8
 42/22 46/7 55/22 56/4 56/10 56/21 57/8 60/25
 61/15 61/13 65/17 65/25 66/3 66/11 67/3 67/3
 68/24 69/6 69/7 69/8 69/10 69/10 69/16 69/17
 70/6 70/13 70/18 71/24 78/3 79/20

**P**

prolactin-related [7]   7/14 9/5 13/19 23/24
37/8 46/7 69/10
Prolactin-Revised [1]   71/24
proper [1]   59/11
provided [1]   52/22
psyches [1]   64/23
psychiatric [1]   44/12
psychiatrist [1]   65/3
psychiatrists [2]   64/24 73/9
Psychiatry [1]   16/22
psychologist [2]   60/23 65/3
Psychopharmacology [1]   36/13
puberty [2]   8/21 66/18
publish [1]   59/20
published [16]   5/21 16/20 17/19 18/5 35/21
35/25 36/12 39/19 39/20 40/10 41/3 41/15
41/16 42/11 60/5 60/8
puerperal [2]   8/13 8/21
pull [4]   8/11 13/4 17/5 19/24
purpose [2]   56/3 56/5
purposes [2]   33/10 50/11
push [1]   16/11
put [12]   14/8 21/7 27/22 37/17 53/15 60/20
63/18 73/20 73/21 74/19 77/15 78/22
putting [2]   27/10 77/25

**Q**

qualified [1]   70/9
quarter [1]   18/12
question [23]   16/2 16/6 21/20 32/25 33/22
45/21 46/14 46/15 47/9 49/17 52/25 54/8 56/4
70/7 72/13 75/16 75/25 76/3 76/15 76/19 77/3
77/18 77/25
questions [4]   55/22 73/21 74/6 76/16
quibble [2]   44/20 55/24
quick [2]   29/7 63/12
quickly [3]   15/17 18/2 48/25
quirk [1]   81/4
quite [1]   61/2

**R**

R-E-Y-E-S [1]   37/20
raised [1]   65/13
RAMI [1]   1/21
ran [3]   79/2 79/5 82/17
range [2]   33/25 34/2
ranges [1]   67/4
ranging [1]   52/11
rate [7]   11/4 11/8 32/18 43/16 52/21 52/22
57/12
rates [2]   39/5 51/12
rather [2]   10/13 48/25
RC [1]   4/3
RD [1]   4/3
RE [4]   1/4 17/3 18/3 71/12
reaches [1]   80/14
read [15]   15/10 19/18 19/19 19/20 26/9 26/11
31/11 39/4 40/3 48/21 48/24 51/5 57/16 66/7
72/19
readers [1]   37/3
reading [8]   17/24 29/5 32/8 35/9 39/13 39/14
40/4 66/8
ready [2]   5/16 6/9
real [6]   1/14 11/22 11/23 47/10 57/17 80/23
REALTIME [1]   1/24
reanalysis [4]   55/16 55/18 56/3 56/5
reanalyzing [1]   72/5
reason [1]   21/16
REATH [1]   2/20
recall [1]   43/11
recess [6]   34/25 41/23 42/3 83/3 83/10 83/13
recognized [1]   66/18

Recognizing [1]   78/15
record [3]   15/7 35/13 78/22
red [2]   12/11 79/17
redid [3]   80/23 80/24 80/24
refer [2]   21/14 59/12
reference [3]   37/10 37/12 43/17
referred [1]   22/24
referring [1]   52/14
regardless [1]   81/21
related [11]   7/14 9/5 13/14 13/19 23/24 37/8
42/21 46/7 56/11 56/24 69/10
relates [1]   68/10
relating [1]   61/9
relationship [8]   8/23 9/12 56/6 67/2 69/9
70/5 78/3 79/19
reliable [2]   81/3 82/15
remember [2]   21/17 21/21
remind [1]   5/17
rephrase [2]   57/19 75/16
report [17]   8/7 10/6 11/3 13/3 14/17 14/23
14/24 14/25 15/5 15/8 15/9 15/13 16/12 17/23
32/12 39/3 65/18
reported [1]   1/23 13/12 23/4 41/9 43/24
REPORTER [4]   1/24 1/25 84/9 84/15
reporting [6]   5/20 31/5 33/19 34/15 34/19
40/20
reports [2]   24/14 41/7
represented [1]   7/19
REPRODUCTION [1]   84/13
request [2]   44/5 68/11
required [1]   54/5
research [7]   1/11 2/25 20/12 20/13 21/2 37/23
38/5
result [6]   9/15 38/9 79/12 81/2 81/3 82/15
results [21]   6/24 6/25 7/2 14/9 17/20 17/21
24/16 24/17 24/21 25/22 27/18 27/21 27/24
28/19 39/22 40/9 55/10 55/11 67/17 69/19
69/24
results....................Page [1]   4/6
resumes [1]   6/11
resuming [1]   6/7
Retardation [1]   26/6
retarded [1]   23/16
return [1]   7/10
reverse [2]   50/6 52/15
review [3]   15/25 58/5 58/23
reviewed [4]   14/21 44/2 62/20 64/8
reviewing [1]   63/2
revised [2]   71/24 72/15
revisional [1]   72/18
Reyes [1]   37/19
right [36]   5/15 6/5 6/6 21/8 21/11 30/10 31/4
31/14 34/13 36/25 38/19 40/2 42/7 43/5 43/21
50/18 51/3 52/5 53/11 59/19 60/3 60/7 60/8
60/11 60/15 63/22 64/12 67/10 70/6 71/18
72/10 72/15 74/8 79/7 82/11 82/25
RIS [25]   6/21 6/22 10/6 16/12 18/10 24/14
24/22 25/5 26/7 26/8 29/8 29/14 35/19 46/13
46/13 47/11 47/11 51/16 51/16 51/23 52/2
52/22 52/23 55/6 57/11
RIS-41 [11]   25/5 26/8 29/8 35/19 46/13 47/11
51/16 51/23 52/2 52/22 57/11
RIS-70 [6]   24/14 29/14 46/13 47/11 51/16
52/23
RIS-INT-41 [1]   26/7
RISPERDAL [9]   1/4 6/21 13/15 26/5 56/18 56/20
57/8 69/15 69/17
risperidone [4]   16/15 20/16 36/14 44/13
road [3]   43/3 71/21 74/18
ROMANO [2]   1/24 84/9
room [2]   60/18 72/14
roughly [2]   38/9 63/19

## R

**RPR [1]**  84/9
**RPR-CM-CRR [1]**  84/9
**rudimentary [2]**  70/23 72/6
**rule [2]**  80/7 81/15
**rules [5]**  5/18 71/20 74/18 80/8 83/6
**ruling [1]**  57/15
**run [3]**  75/23 76/17 79/15
**runs [2]**  57/15 76/18
**rushing [2]**  10/14 10/14

## S

**safety [4]**  26/4 36/16 70/11 70/19
**said [18]**  8/23 10/9 13/13 16/3 33/2 33/3
39/10 47/4 57/2 57/4 57/7 57/17 57/20 66/10
68/14 73/18 74/19 81/23
**same [11]**  12/17 17/15 17/16 27/6 29/16 29/17
58/10 80/25 83/6 84/7 84/14
**sampling [1]**  10/5
**sanctions [1]**  5/23
**Sasheller [1]**  2/4
**sat [1]**  72/14
**save [3]**  45/19 82/22 82/23
**saw [6]**  48/17 56/24 57/10 63/5 81/21 81/22
**say [20]**  10/17 17/11 18/20 19/9 24/7 26/8
27/5 29/19 34/20 37/8 41/10 54/8 57/16 66/9
66/19 74/19 74/23 75/15 75/16 80/20
**saying [2]**  70/4 81/20
**says [47]**  8/20 10/10 10/16 10/25 13/7 19/13
22/15 23/4 27/9 27/13 30/19 31/6 32/11 33/14
33/18 37/15 39/5 39/10 39/11 39/11 40/13
40/17 40/22 40/24 42/16 42/19 43/20 43/20
44/18 60/24 63/12 63/22 65/21 66/17 66/20
67/12 68/18 70/3 72/15 72/18 72/21 72/24
73/16 75/19 75/19 80/15 80/24
**schedules [2]**  14/22 26/15
**scientific [2]**  80/19 81/4
**scientifically [1]**  81/13
**scientists [1]**  61/25
**SCIL [2]**  48/14 49/6
**SCIL-302 [2]**  48/14 49/6
**scorecard [1]**  77/23
**seated [3]**  5/5 6/6 42/7
**second [16]**  20/6 20/7 22/11 28/2 29/4 32/6
33/9 34/6 34/8 41/20 56/18 56/22 59/16 60/12
62/10 65/15
**section [1]**  43/19
**see [38]**  8/22 12/4 18/19 22/23 26/2 27/8 29/6
30/24 31/2 33/16 33/18 34/15 39/8 40/18
40/20 40/22 42/16 42/23 47/21 51/22 60/22
61/9 61/15 62/12 62/16 62/19 62/20 64/3 66/6
66/7 67/18 69/2 69/8 81/5 81/17 82/13 82/15
83/9
**seen [11]**  15/3 26/20 43/18 47/14 56/7 56/8
56/9 68/7 79/9 79/9 79/10
**sees [2]**  31/20 49/18
**selecting [1]**  68/7
**sentence [10]**  15/10 15/11 15/15 19/12 19/14
22/14 42/15 65/15 66/24 68/19
**sentences [1]**  42/14
**September [2]**  27/20 27/21
**September 18 [1]**  27/21
**series [1]**  55/3
**serious [3]**  27/7 27/12 27/13
**serum [2]**  22/11 42/21
**SESSION [1]**  1/16
**set [7]**  55/21 71/23 80/7 80/8 81/10 81/10
81/11
**seven [3]**  38/10 38/11 49/3
**several [2]**  65/16 65/25
**severity [1]**  9/11
**sheet [4]**  52/13 52/14 53/15 55/4

**SHELLER [2]**  2/3 2/3
**SHERLE [1]**  [[see complete identifier]]
**short [17]**  18/21 45/11 45/21 45/25 46/4 47/6
47/13 48/16 49/13 49/14 49/21 50/12 50/16
50/17 51/5 51/19 53/3
**short-term [14]**  45/11 45/21 45/25 46/4 47/6
47/13 48/16 49/21 50/12 50/16 50/17 51/5
51/19 53/3
**should [5]**  19/22 30/16 37/8 57/18 70/22
**show [5]**  25/25 30/25 33/8 36/3 38/15
**showed [7]**  10/7 51/12 56/19 68/13 69/25 72/18
78/15
**showing [3]**  40/6 52/8 55/12
**shown [1]**  50/21
**shows [5]**  52/11 52/13 67/2 70/5 80/15
**side [8]**  12/4 18/2 18/2 46/7 55/23 69/9 69/10
79/20
**signals [1]**  12/12
**significance [4]**  15/25 19/17 80/18 81/12
**significant [8]**  11/7 16/8 79/13 80/13 80/20
80/24 81/8 81/22
**simple [1]**  10/2
**simply [3]**  7/20 8/4 19/13
**since [3]**  15/16 48/2 76/3
**SIPALA [1]**  2/10
**sir [54]**  7/7 11/4 19/4 19/5 20/8 21/4 21/25
23/12 24/12 25/5 25/16 25/23 26/3 26/19 28/2
28/20 33/6 33/13 34/5 34/10 35/19 36/18 38/2
40/11 41/3 42/25 43/3 44/7 45/4 46/16 47/14
48/9 50/24 51/18 52/20 55/19 55/24 56/16
58/11 61/6 61/13 62/8 65/13 65/14 66/14 68/6
71/20 72/14 73/4 73/22 77/3 77/22 77/24 81/5
**six [20]**  31/6 31/7 32/5 32/11 32/18 33/20
34/2 34/11 34/21 38/10 47/17 47/19 47/21
48/4 48/6 48/7 48/8 48/12 48/15 49/10
**slide [1]**  12/19
**slower [2]**  10/13 25/4
**smaller [2]**  46/12 47/3
**Smedt [1]**  20/25
**Smith [2]**  40/7 71/12
**some [27]**  14/13 18/5 23/15 23/25 26/12 44/3
44/3 45/8 45/12 47/5 47/6 47/14 47/15 52/19
59/3 64/20 73/14 73/15 73/20 73/25 74/6
74/13 74/14 75/23 76/5 76/6 76/14
**somebody [2]**  50/5 67/20
**someone [3]**  22/14 37/19 76/9
**something [14]**  15/22 21/15 39/13 40/3 49/20
52/15 54/19 56/9 61/22 69/12 70/10 80/14
80/20 81/22
**sometimes [1]**  68/18
**somewhere [1]**  34/3
**soon [2]**  35/22 83/4
**sorry [9]**  17/3 28/23 29/21 54/8 57/2 65/9
65/11 75/2 77/18
**sort [1]**  29/4
**sound [1]**  11/5
**special [9]**  10/7 23/24 24/8 27/7 46/6 46/17
51/11 51/15 53/4
**specific [1]**  55/21
**specifically [2]**  22/16 45/13
**SPECTER [1]**  2/9
**Square [1]**  2/22
**stand [1]**  6/11
**started [1]**  83/4
**starting [1]**  39/2
**starts [2]**  38/12 38/13
**state [1]**  82/10
**statement [1]**  43/3
**statements [1]**  72/2
**statistical [1]**  80/18
**statistically [5]**  80/13 80/20 80/23 81/7
81/22
**statistician [1]**  76/17

**S**

statisticians [5]   76/6 76/11 79/2 79/16 80/7
statistics [2]   9/25 76/18
stay [1]   82/24
step [2]   53/13 73/19
STEVEN [1]   2/3
stick [1]   75/12
still [2]   15/19 25/17
stopped [2]   13/2 58/13
Street [2]   2/5 2/11
strictly [1]   57/25
studied [4]   23/25 34/8 34/11 52/4
studies [83]   18/8 18/10 18/13 18/21 41/6
 43/10 44/3 44/9 44/11 44/23 45/4 45/4 45/5
 45/6 45/8 45/12 45/12 45/15 45/24 46/5 46/5
 46/8 46/18 46/22 47/5 47/6 47/8 47/10 47/13
 47/14 47/15 48/2 48/16 48/19 48/20 49/7 49/7
 49/12 49/21 49/25 50/12 50/13 50/16 50/17
 51/2 51/5 51/11 51/15 51/20 51/21 52/5 53/3
 53/4 53/4 53/16 53/17 53/18 53/21 54/6 54/11
 54/15 54/17 54/20 54/22 54/25 55/12 55/19
 64/12 68/8 68/18 68/22 70/3 74/2 75/22 77/3
 77/19 77/25 78/4 78/14 78/19 79/15 80/6
 82/17
study [80]   6/22 7/5 8/4 8/18 10/7 10/9 13/13
 13/15 14/10 14/11 14/11 14/13 14/14 14/17
 16/17 16/20 17/12 17/17 18/4 19/4 19/6 20/17
 21/5 21/6 21/11 21/12 23/13 23/23 23/23 24/4
 24/6 24/7 24/7 24/22 25/3 25/5 26/23 27/3
 27/17 27/20 28/7 28/9 28/11 28/18 28/22
 28/23 28/24 28/25 29/5 29/8 30/11 32/4 32/6
 33/12 35/19 37/19 39/9 39/22 40/10 40/16
 40/18 40/20 40/21 41/7 42/13 43/2 43/8 63/20
 67/19 68/10 68/12 68/15 70/20 73/22 75/3
 78/16 79/23 80/15 81/5 81/6
studying [2]   32/11 75/17
stuff [4]   19/24 24/18 52/19 81/22
sub [2]   24/13 35/7
sub-marking [1]   35/7
Subaverage [2]   16/16 36/16
subject [2]   59/3 59/8
subjects [1]   48/20
subset [2]   29/18 29/20
sugar [1]   27/16
Suite [2]   2/22 3/5
SULLIVAN [3]   3/3 35/15 72/9
sum [1]   19/22
summary [1]   61/3
supported [1]   20/12
sure [10]   14/22 16/2 23/14 24/9 28/17 30/13
 47/17 60/22 69/14 70/22
surprises [1]   74/8
sustained [3]   53/8 56/14 75/8
sworn [1]   6/11
symptom [1]   10/8
symptoms [2]   22/20 27/15
system [1]   17/7

**T**

tab [3]   24/13 58/10 58/14
table [23]   7/13 7/18 14/6 30/12 30/17 31/2
 31/11 33/8 33/10 33/12 33/19 34/14 34/22
 35/3 38/22 38/23 39/3 39/25 40/9 79/15 79/23
 82/13 82/16
tables [2]   30/14 30/16
take [10]   18/12 41/23 41/23 46/4 47/5 51/19
 63/21 65/21 74/5 83/2
taken [3]   42/3 83/13 84/5
taking [4]   10/12 28/13 28/15 35/14
talk [2]   40/16 55/5
talked [6]   44/13 45/13 46/9 56/19 68/3 69/15
talking [11]   22/16 35/23 39/6 40/15 45/18

53/17 53/21 54/15 65/10 70/12 70/15
55/9 62/10 74/4
Team [1]   60/24
technical [2]   77/6 80/9
technician [2]   40/7 71/11
tell [9]   7/22 17/23 19/15 28/12 30/9 36/19
 39/14 58/24 77/9
telling [1]   16/8
ten [9]   42/2 45/25 48/19 49/21 50/12 53/3
 74/24 75/2 75/18
term [38]   1/5 1/6 7/15 13/21 13/21 13/24
 13/25 22/20 22/23 26/4 36/14 45/6 45/8 45/11
 45/12 45/20 45/21 45/25 46/4 46/8 47/6 47/13
 48/16 49/13 49/14 49/21 50/12 50/16 50/17
 51/5 51/19 51/20 52/5 53/3 54/20 55/20 77/6
 81/4
terms [6]   7/19 14/20 41/9 41/11 70/10 80/9
testified [1]   18/24
testifying [1]   71/3
testimony [3]   6/2 6/8 67/23
Texas [1]   2/17
texts [1]   10/3
than [14]   10/14 11/10 11/10 46/12 49/14 53/2
 56/21 65/3 66/12 81/14 81/19 81/24 82/3 82/9
thank [4]   24/12 34/3 49/25 59/19
that [236]
that's [61]   5/12 5/25 7/6 9/24 10/9 10/9
 11/11 12/10 12/14 13/12 14/2 15/13 16/7
 16/20 17/6 17/19 18/19 21/13 22/20 24/4 27/9
 28/9 28/20 29/18 31/7 35/3 39/24 40/17 41/3
 47/20 49/6 50/21 51/9 51/10 51/14 51/22 52/8
 52/13 53/8 54/16 57/2 57/6 57/7 59/10 59/21
 59/24 60/23 62/25 65/23 66/18 66/20 67/12
 67/22 70/7 70/14 73/3 74/4 74/22 77/10 78/13
 81/20
the percent [2]   41/11 43/16
their [10]   7/15 13/21 30/7 39/9 55/15 57/7
 67/24 73/4 80/9 81/7
them [25]   12/17 23/25 29/23 31/20 40/20 44/14
 45/5 45/9 47/15 48/21 54/18 54/19 54/25 55/3
 55/4 55/5 55/5 61/8 66/21 68/23 69/20 75/3
 77/17 79/6 79/16
themselves [1]   70/14
then [22]   7/9 10/5 10/19 12/25 17/11 20/24
 22/10 29/14 29/22 30/22 31/4 33/15 40/14
 40/22 45/17 46/22 50/12 60/7 64/14 72/22
 73/21 78/19
there [69]   5/6 5/23 7/8 7/19 8/23 9/17 11/18
 14/13 17/7 18/8 20/22 22/19 24/13 25/6 26/15
 28/23 29/2 29/22 30/6 30/6 30/14 31/9 34/18
 37/6 37/10 37/12 38/21 38/22 40/19 42/14
 43/8 43/15 43/19 44/13 44/18 44/23 45/8
 45/11 45/12 45/24 49/11 52/20 52/24 53/6
 54/17 54/21 55/3 56/9 56/17 57/9 60/17 60/20
 61/17 65/14 65/16 65/24 66/16 68/18 70/17
 71/13 73/9 73/11 74/13 78/17 78/18 78/19
 78/20 79/15 79/23
There's [1]   77/5
these [39]   9/23 9/25 10/3 11/23 12/4 12/13
 14/5 16/10 23/6 23/16 23/16 26/16 26/21
 28/17 29/16 29/17 30/10 39/5 41/19 44/11
 49/7 49/21 51/12 52/11 53/18 53/22 57/4
 58/14 60/18 62/21 63/2 64/11 64/20 66/22
 68/5 68/7 69/3 77/3 82/12
thick [4]   26/19 26/21 26/21 26/22
thing [8]   8/10 26/12 53/13 60/5 60/7 60/14
 67/5 82/18
things [6]   9/3 27/2 58/24 59/12 60/18 79/2
think [15]   12/15 20/6 20/11 33/2 33/3 44/18
 45/7 46/14 47/23 54/18 70/5 80/3 82/20 82/21
 83/2
thinking [2]   12/7 80/4
third [4]   27/5 31/6 38/2 40/23

**T**

**Thirteen [1]** 8/18
**Thirteen-year [1]** 8/18
**this [150]**
**THOMAS [1]** 2/9
**those [44]** 5/20 9/3 11/14 11/21 12/10 18/13
18/20 23/8 23/10 29/18 31/2 31/9 32/12 33/19
41/6 41/7 44/16 44/18 45/4 45/5 45/14 47/5
47/8 47/15 48/16 48/20 49/16 51/17 53/24
56/24 57/9 61/14 69/8 69/24 70/3 70/18 71/20
77/11 77/14 77/24 80/4 80/4 81/2 81/12
**though [2]** 51/11 60/8
**thought [3]** 56/24 57/4 68/13
**thousand [2]** 11/10 11/10
**thousands [5]** 11/21 11/21 12/8 12/9 62/21
**three [20]** 11/5 11/6 18/5 18/12 18/12 18/22
22/18 31/3 33/19 34/2 34/5 34/5 34/9 34/12
34/18 34/20 40/23 40/24 63/19 78/19
**three-year [1]** 18/22
**through [9]** 9/7 12/17 18/14 22/13 26/15 26/16
28/14 54/9 66/18
**THURSDAY [1]** 1/15
**time [18]** 14/12 18/22 18/22 24/2 25/2 25/3
35/21 41/6 41/7 44/3 45/19 48/3 55/10 62/7
71/16 76/20 76/24 79/11
**times [3]** 11/19 80/25 81/2
**tissue [1]** 10/23
**title [5]** 17/11 17/24 26/3 62/6 62/15
**Titusville [1]** 37/24
**today [3]** 5/12 25/16 43/3
**together [10]** 14/8 23/10 37/17 64/12 68/23
75/23 77/24 78/4 82/17 83/5
**told [4]** 7/14 11/8 35/20 79/16
**Tolerability [1]** 36/17
**tolerated [1]** 19/13
**Tom.Kline [1]** 2/10
**too [5]** 10/4 10/14 20/23 33/16 55/20
**took [2]** 18/16 77/12
**top [8]** 9/8 25/25 37/16 45/2 60/2 60/17
60/19 72/23
**topic [1]** 14/7
**topline [9]** 4/6 6/25 24/14 24/16 24/21 25/22
27/21 27/22 28/19
**Toronto [5]** 58/7 60/25 61/11 63/14 72/14
**total [17]** 12/4 19/22 29/2 33/18 34/11 34/12
34/21 44/13 45/20 45/20 48/22 49/2 50/15
50/19 50/20 51/2 77/4
**totality [1]** 45/14
**training [1]** 62/4
**transcript [4]** 6/2 35/9 84/6 84/13
**transcripts [1]** 5/21
**transient [3]** 16/7 16/9 66/16
**translate [1]** 11/22
**tread [1]** 32/24
**treat [3]** 11/12 11/12 11/13
**treated [1]** 44/12
**trial [12]** 1/3 12/2 12/2 12/3 12/7 15/20 24/4
26/7 26/24 63/6 67/2 84/5
**trials [1]** 50/22
**trying [1]** 54/9
**tuned [1]** 82/24
**turn [2]** 22/4 43/6
**twelve [1]** 39/3
**Twenty [1]** 36/5
**Twenty-eight [1]** 36/5
**two [26]** 5/4 9/17 10/20 22/2 30/14 33/8 34/11
38/22 40/16 40/18 40/20 40/21 41/10 42/14
46/8 46/17 50/13 63/23 63/24 64/23 64/24
71/10 73/6 73/9 77/5 81/19

**U**

**U.S [1]** 63/9

**uncommon [1]** 61/17
**uncover [1]** 59/10 75/24 79/7 79/7
84/14
**understand [7]** 11/25 13/24 14/2 32/2 46/14
46/15 63/2
**understanding [2]** 29/6 62/3
**unless [3]** 35/10 75/8 84/14
**unlikely [1]** 80/21
**until [4]** 14/10 14/11 83/3 83/10
**unusual [1]** 61/17
**up [42]** 5/10 7/8 9/22 13/5 15/16 15/18 17/6
17/17 18/13 18/21 19/24 21/16 26/7 26/8
32/17 34/9 37/6 38/15 44/14 44/16 46/22 47/2
47/10 49/16 50/21 52/12 55/25 60/14 64/15
67/11 68/5 72/19 72/22 73/12 73/12 73/21
74/19 76/14 76/14 77/15 78/15 79/12
**update [1]** 63/13
**updated [1]** 78/24
**upon [1]** 46/24
**USA [10]** 48/7 48/12 48/13 49/4 49/5 55/7 55/7
62/22 77/20 77/20
**USA-150 [1]** 48/12
**USA-231 [2]** 48/13 49/5
**USA-93 [4]** 48/7 49/4 55/7 77/20
**USA-97 [2]** 55/7 77/20
**use [8]** 5/18 27/12 36/14 46/10 55/15 74/20
74/22 81/4
**used [9]** 7/15 9/4 11/19 11/20 12/8 12/14
22/21 22/23 24/9
**using [4]** 11/24 12/7 58/13 58/16

**V**

**value [2]** 81/9 81/20
**VanDongen [1]** 21/2
**vast [1]** 78/18
**verbatim [2]** 5/21 6/2
**very [29]** 7/4 8/7 9/8 9/17 9/18 9/19 10/17
10/25 11/5 11/7 11/14 13/13 15/10 19/15
23/19 26/21 26/22 37/14 37/15 53/17 55/21
60/17 61/4 70/18 72/23 77/6 78/25 79/12
80/22
**vice [1]** 3/4
**view [1]** 79/18
**VOLUME [1]** 1/16

**W**

**wait [1]** 5/8
**waiting [1]** 5/4
**Walnut [1]** 2/5
**want [32]** 5/17 5/24 8/12 9/7 14/18 19/19
20/23 23/18 23/18 23/20 23/22 26/23 30/14
31/17 32/24 42/15 45/19 45/21 45/24 47/24
48/24 53/13 53/15 55/4 60/9 62/10 69/7 72/6
73/18 76/24 77/2 77/14
**wanted [6]** 5/9 14/2 33/24 35/12 43/4 76/12
**wants [1]** 72/9
**warn [1]** 49/19
**Warning [1]** 49/19
**was [113]**
**way [11]** 8/22 9/16 22/7 27/2 44/3 51/10 53/9
66/14 73/19 81/6 82/10
**ways [1]** 29/3
**week [3]** 49/12 60/25 67/4
**weeks [20]** 14/15 47/18 47/19 47/22 48/4 48/6
48/7 48/7 48/8 48/8 48/12 48/13 48/13 48/14
48/14 48/15 49/10 49/11 49/14 51/6
**WEIL [1]** 3/3
**weil.com [2]** 3/6 3/7
**well [14]** 14/13 19/13 27/3 28/7 28/11 32/8
39/12 50/8 61/2 61/8 61/23 62/14 66/18 83/2
**went [5]** 13/2 14/11 28/14 28/24 61/2
**were [64]** 7/4 7/6 7/11 7/11 7/18 7/20 11/23
11/24 13/18 14/5 14/13 17/8 17/20 17/22 18/8

**W**

were... **[49]**  18/8 18/21 23/4 23/15 23/15
23/16 23/23 23/25 27/17 27/24 28/13
28/24 28/15 28/19 29/8 32/12 34/8 40/19 44/8
44/13 44/16 45/5 45/8 45/11 45/12 46/5 46/8
46/20 47/6 47/15 48/16 48/20 49/9 49/13
49/19 52/4 53/22 53/24 54/17 54/21 67/15
67/24 68/3 69/8 69/11 73/22 77/12 78/20
weren't **[2]**  9/25 53/4
what **[93]**
what's **[7]**  12/9 12/12 12/13 13/12 21/20 64/9
81/8
Whatever **[2]**  57/24 72/10
when **[39]**  6/8 11/4 12/10 17/19 17/20 17/22
26/8 26/18 27/17 27/24 28/6 28/7 28/9 28/13
28/18 29/19 32/2 34/8 37/4 44/8 46/2 46/10
46/22 47/5 49/18 49/19 57/17 58/6 62/2 63/15
68/5 71/20 73/12 77/24 78/4 80/6 80/19 82/12
82/16
where **[17]**  7/2 7/6 8/16 9/22 21/25 22/15
30/19 31/6 33/14 33/18 37/15 38/8 40/3 40/22
40/24 46/20 62/19
whether **[10]**  16/6 16/7 32/22 33/23 36/20
36/20 52/20 69/18 78/20 82/15
whic **[1]**  50/11
which **[59]**  5/11 6/22 7/19 7/20 9/21 10/6 14/6
14/17 14/18 15/3 15/4 15/22 16/14 19/25 21/7
22/2 30/16 34/22 35/19 36/11 39/4 39/17 40/7
40/8 43/2 43/20 43/20 46/23 49/9 49/20 49/25
50/20 50/25 51/15 51/23 51/23 54/6 58/5
59/18 65/16 65/25 66/5 66/13 66/15 67/6 67/7
70/10 70/13 71/6 76/4 77/6 78/12 78/24 79/16
79/17 79/20 80/9 80/13 80/14
while **[6]**  5/7 26/12 49/16 50/4 62/3 70/23
who **[18]**  5/20 8/6 10/22 11/24 12/25 22/3
23/15 52/4 65/13 67/24 68/7 68/15 68/15
75/17 76/9 76/12 77/12 81/12
whoever **[1]**  80/14
whole **[7]**  59/11 59/22 60/4 60/7 60/10 60/13
66/21
whose **[2]**  37/19 73/11
why **[8]**  11/6 12/10 16/7 17/6 57/19 70/7
72/12 77/9
widely **[2]**  11/19 12/14
will **[49]**  5/23 16/11 18/17 18/17 18/18 18/19
19/2 22/14 24/11 24/19 25/2 25/19 31/14
31/15 31/15 31/20 33/17 34/25 41/23 41/24
41/25 42/12 45/3 45/17 45/19 46/11 49/16
50/7 50/24 52/16 53/11 58/2 59/2 59/6 60/7
61/5 62/14 62/20 63/23 66/4 66/13 67/25
71/15 73/21 76/25 82/9 82/23 83/4 83/8
withdraw **[1]**  20/4
within **[6]**  9/3 15/14 18/21 19/20 57/20 67/4
without **[2]**  62/15 77/8
witness **[5]**  4/3 6/11 18/24 32/21 75/6
witnesses **[1]**  57/18
won't **[2]**  44/21 48/18
word **[4]**  24/9 42/16 63/21 74/22
words **[5]**  27/7 27/11 55/15 61/14 72/23
work **[5]**  7/8 17/5 18/17 52/18 65/22
working **[1]**  20/17
works **[1]**  36/20
world **[1]**  76/12
would **[63]**  5/11 7/3 7/10 7/19 7/22 8/3 8/3
8/4 8/5 8/10 9/6 11/12 13/3 13/4 13/17 13/18
14/15 14/24 15/10 15/21 17/21 17/22 18/3
18/14 18/15 18/20 20/5 21/9 24/10 28/4 28/8
28/12 30/18 30/22 31/13 39/21 43/6 43/7
43/17 45/9 45/22 45/23 46/4 46/15 47/21
47/23 48/22 58/9 58/23 59/23 61/18 61/18
62/21 62/24 64/23 67/5 68/11 72/10 73/20
80/25 81/18 81/23 81/23

wouldn't **[1]**  35/9
writeup **[4]**  14/25 17/12 2176 67/19
writing **[1]**  5/24
written **[8]**  17/17 18/13 18/21 64/15 67/11
72/19 72/22 73/12
wrong **[1]**  32/9

**Y**

year **[38]**  8/6 8/12 8/16 8/18 9/9 9/10 9/14
10/11 10/16 10/19 10/20 10/21 13/6 14/15
16/17 18/22 24/4 28/24 29/5 29/23 29/25 30/3
32/3 32/6 32/6 32/9 34/6 34/8 34/12 40/10
40/16 40/18 40/20 40/21 40/22 41/20 47/24
48/4
years **[12]**  13/9 18/5 18/12 18/13 25/21 34/12
38/9 39/21 41/5 66/4 66/12 75/18
yellow **[1]**  83/6
yes **[161]**
yesterday **[8]**  6/21 10/7 10/15 18/9 36/18
39/10 56/19 57/10
yet **[2]**  44/22 51/8
you **[231]**
youngsters **[1]**  13/17

**Z**

zero **[2]**  47/6 78/18