```
        IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
             FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                       CIVIL TRIAL DIVISION


     ------------------------------
     IN RE: RISPERDAL® LITIGATION  :
     March Term, 2010, No. 296     :
     _____ :
     PHILLIP PLEDGER, by BENITA    :  APRIL TERM 2012
     PLEDGER, as Guardian of his   :
     Person and Conservator of his :
     Estate,                       :
     Plaintiffs,                   :
                                   :
          v.                       :
                                   :
     JANSSEN PHARMACEUTICALS, INC.,:
     JOHNSON & JOHNSON COMPANY,    :
     and Janssen Pharmaceutical    :
     Research and Development,      :
     L.L.C.                        :
     Defendants                    :  NO. 01997
     ------------------------------
```

- - -

FRIDAY, JANUARY 30, 2015

**VOLUME V**
**MORNING SESSION**
- - -

COURTROOM 425
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E:  THE HONORABLE RAMI I. DJERASSI, J.,
and a Jury
- - -

*REPORTED BY:*
*JUDITH ANN ROMANO, CRR*
*CERTIFIED REALTIME REPORTER*
*OFFICIAL COURT REPORTER*

APPEARANCES:

SHELLER, P.C.
BY:  STEVEN SHELLER, ESQUIRE
CHRISTOPHER A. GOMEZ, Esquire
E-mail:  Sasheller@sheller.com
E-mail:  Cgomez@sheller.com
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Phone: (215) 790-7300 Fax: (215) 546-0942
Counsel for Plaintiff(s)


KLINE & SPECTER, A Professional Corporation
BY:  THOMAS R. KLINE, Esquire
KRISTEN LOERCH SIPALA, Esquire
E-mail: Tom.Kline@KlineSpecter.com
E-mail: Kristen.Loerch@KlineSpecter.com
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: (215) 772-1000 Fax: (215) 772-1359
Counsel for Plaintiff(s)


ARNOLD & ITKIN, LLP
BY:  JASON A. ITKIN, ESQUIRE
E-mail: jitkin@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Phone: 713-222-3800 Fax: 713-222-3850
Counsel for Plaintiff(s)


DRINKER BIDDLE & REATH, LLP
BY:  KENNETH A. MURPHY, ESQUIRE
MELISSA A. GRAFF, ESQUIRE
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
Phone: (215)988-2700  F:(215)988-2757
E-mail: kenneth.murphy@dbr.com
E-mail: melissa.graff@dbr.com
Counsel for Defendant Janssen Pharma.,
J&J, and Janssen Research & Development

*(Pledger v Janssen, et al.)*

APPEARANCES: (Continued)

                WEIL, GOTSHAL & MANGES, LLP
                BY:  DIANE P. SULLIVAN, ESQUIRE
                ALLISON BROWN, ESQUIRE
                (admitted pro hac vice)
                301 Carnegie Center, Suite 303
                Princeton, New Jersey 08540
                T: 609-986-1100 F: 212-310-8007
                E-mail: diane.sullivan@weil.com
                E-mail: allison.brown@weil.com
                Counsel for Defendant Janssen

1                    *(Pledger v Janssen, et al.)*

2                        I N D E X

3    <u>WITNESS</u>                <u>DIRECT</u>    <u>CROSS</u>    <u>RD</u>    <u>RC</u>
     DAVID A. KESSLER, MD
4      By Mr. Kline........8

5

     <u>EXHIBITS</u>
6    P-47 Manuscript.........................Page 10
     P-47(A) Draft...........................Page 12
7    P-48 E-mail.............................Page 16
     P-48(A) Call-Out........................Page 22
8    P-49 Article............................Page 27
     P-50 SHAP(A)............................Page 48
9    P-49(A) Screen shot.....................Page 56
     P-49(B) Table 2.........................Page 56
10   P-49(C) Screen shot E-mail..............Page 56
     P-51 Chart..............................Page 62
11   P-52 Chart..............................Page 62
     P-53 Chart..............................Page 62
12   P-54 Chart..............................Page 62
     P-49(D) Screen shot.....................Page 81
13   P-49(E) Screen shot.....................Page 82
     P-55 Letter.............................Page 85

14

15

16

17

18

19

20

21

22

23

24

25

1              *(Pledger v Janssen, et al.)*

2              (Hearing is reconvened at 9:54 a.m.

3       with all parties present.)

4              THE COURT:  Good morning, everybody.

5       Please be seated.  We do have the jury now,

6       and they sort have been reprimanded.  Let me

7       tell you a couple of things on the jury front.

8              One is that we have gotten an agreement

9       from the president of a charter school to pay

10      our juror at least until their board makes a

11      decision on her payment.  So right now that

12      particular juror should not be worried about

13      being paid while she is here.

14             Another juror had a situation involving

15      community college, and I received an informal

16      understanding that her tuition will be

17      refunded, and that will require a letter from

18      me and we will take care of that.

19             I also want to caution all witnesses,

20      all counsel and parties, that because of the

21      situation here that we have in City Hall where

22      there is a very narrow hallway dividing the

23      courtroom from the jury room, that all actions

24      of the parties, witnesses, lawyers can be

25      observed by our jury.

1              *(Pledger v Janssen, et al.)*

2              So I am just putting it out there that

3       it would probably be best, given the fact that

4       we have taken a lot of precautions with the

5       yellow badges and everything else, for all

6       parties, witnesses and lawyers to be mindful

7       of that and to stay away from jurors, unless

8       they wish to have jurors judging lawyers,

9       parties and witnesses, based on their conduct

10      outside of the courtroom.

11              All right, so we can have our jury now

12      come in.

13              MS. SULLIVAN:  Your Honor, would the

14      Court at some point during the trial give the

15      jurors or tell the jurors that lawyers and

16      jurors are not permitted to talk to each

17      other, so don't think any of us are rude by

18      not --

19              THE COURT:  I have said that.

20              MS. SULLIVAN:  I am sorry if I missed

21      it, Your Honor.

22              THE COURT:  I know that both counsel

23      don't seem to really be listening when I am

24      making my remarks to the jury, because I was

25      asked whether I have told them about the radio

1                        *(Kessler - Direct)*

2            and TV and all of that.  If you look at

3            record, I do warn them about these kind of

4            issues.

5                    But this matter of the contact, the

6            actual physical contact between lawyers,

7            parties and witnesses is a serious matter.

8                    MS. SULLIVAN:  Your Honor, was there an

9            issue with that, in terms of contact between

10           jurors and --

11                   THE COURT:  No, I just think that, you

12           know, it's one of these things where we are in

13           an old building, an old setup, and I think

14           people need to be mindful that we are all

15           walking around together in the hallway, going

16           to the men's room and ladies room, and I think

17           that all of us should be aware that we are

18           constantly being observed by this jury.  Okay?

19                   MS. SULLIVAN:  Thank you, Your Honor.

20                   (The jury enters the courtroom at

21           10 o'clock a.m.)

22                   THE COURT:  Good morning, please be

23           seated.  All right, when everyone is ready, we

24           are ready to resume now the direct examination

25           of Dr. Kessler by Mr. Kline.  You may proceed.

1                    *(Kessler - Direct)*

2              MR. KLINE:  Your Honor, official good

3         morning.  Dr. Kessler, good morning.  Good

4         morning, all.

5              (DAVID A. KESSLER, MD, having been

6         previously sworn, resumes the witness stand.)

7                         - - -

8                   DIRECT EXAMINATION

9                         - - -

10   BY MR. KLINE:

11   Q    Dr. Kessler, I would like to complete your

12   examination, and here we go.

13              Right when we left I was displaying an

14   Exhibit marked 46, and that was an E-mail from Caren

15   Binder to Gahan Pandina, et al, dated November 21,

16   2002, and I'd like to re-display it to the jury.  It

17   is JJRE 14088063.  It's in front of the jury.  And

18   if I can just have the "From:/To:"  Portion

19   displayed.

20              That E-mail was an E-mail, it appears

21   to have been from Binder to Pandina 10:01 p.m.,

22   correct?

23   A    Yes.

24   Q    And the E-mail attaches a draft which we have

25   described as the fourth draft of the pooled analysis

1                      *(Kessler - Direct)*

2     paper.  And this is the draft which, right where we

3     left off yesterday says, "Attached please find the

4     revised November 19 prolactin manuscript.  The

5     revisions now include a nauseating amount of

6     information on SHAP, specifically gynecomastia,

7     throughout all ages and a RIS total dose versus

8     prolactin analysis.  There is nothing to find,

9     people!  I have highlighted the conservative

10    approach to measuring the prolactin in the

11    discussion and would like your view as to whether we

12    should delete prolactin monitoring."

13                    Do you see that, sir?

14    A     I do.

15    Q     Now I would like to ask you a number of

16    things.  First of all, at the meeting, and you saw

17    the report of the meeting, was there a discussion in

18    that meeting as to whether there should be a

19    recommendation to do prolactin blood testing on

20    children and adolescents who are getting the drug?

21    A     I have to review the executive summary.  I

22    have the meeting minutes.  I don't know that off the

23    top of my head.  I have to review that report.

24    Q     We will pick that up in the next E-mail.

25    Let's continue on this document first, however.

1                      *(Kessler - Direct)*

2              The manuscript which was attached, sir,

3      we're going to mark as the next exhibit number,

4      which is P-47.  P-47 that is Bates number JJRE

5      14088064 through 093.

6              So it's 064 through 093.  And we will

7      display the first page.  I believe there is no

8      objection and the Court will permit it.

9              (P-47 is marked for identification.)

10             THE COURT:  All right, you may.

11             MS. SULLIVAN:  Your Honor, again,

12         subject to the Court's rulings.

13             THE COURT:  We understand that.  All of

14         these matters are of record and so any

15         objections that have been made are preserved.

16         Go ahead.

17             MR. KLINE:  Thank you.

18     Q     The title of the paper -- this is now draft

19     four -- the title of the paper remains the same,

20     which is, Normalization of Prolactin Levels in

21     Children and Adolescents with Long-Term Risperdal

22     Use."  Correct?

23     A     Yes.

24     Q     When I say "remains the same," remains the

25     same from the changed version in the prior draft,

*(Kessler - Direct)*

1

2    correct?

3    A     Exactly.

4    Q     And under the Acknowledgments, of course, it

5    still says it's sponsored by Janssen-Ortho, and now

6    we know this revised date of November 19, 2002.

7    Correct?

8    A     Yes.

9    Q     To put this in perspective on our timeline,

10   the meeting at the Palace Hotel in New York with the

11   Janssen outside advisors that we discussed at length

12   yesterday was November 15, 2004.  So they have put a

13   new draft together within four days?

14   A     Yes.

15   Q     And this draft that we are going to be looking

16   at is attached to the E-mail which had said it now

17   includes a "nauseating amount of information on

18   SHAP, specifically gynecomastia, throughout all ages

19   and a RIS total dose versus prolactin analysis."

20   Correct?

21   A     Yes.

22   Q     And if we can look at see, are we able to tell

23   what analysis is now in draft four, having seen

24   draft three where they had eliminated Table 21?

25   A     Yes.  Would you like me to explain?

*(Kessler - Direct)*

1

2    Q      Yes.

3    A      If you could kindly go to Bates number ending

4    in 8084, please.

5    Q      Okay, I have it in front of me, 084.  We will

6    display it, it will become -- this we will make

7    47(A).

8                   (P-47(A) is marked for identification.)

9    A      Again, and I apologize, go back to 8065.

10   Q      Okay, 8065.

11   A      And again, I just want to point out, the

12   background and what the purpose was remains the

13   same, it's to explore any relationship between

14   prolactin with the side effects hypothetically

15   attributable to prolactin.

16   Q      I see.  The words "any relationship" still

17   appear?

18   A      Yes.  I just want to point that out.  And if

19   you go to 8084, you see two things, there is two

20   important things on this page.  Let me just point

21   you to something called Table 4.  And here, if my

22   memory serves me right, this is the time when you

23   asked me about SHAP(A) and SHAP(B).

24   Q      First of all, if I can step back and then I

25   will let you answer my question, but just a few

1                        *(Kessler - Direct)*

2     things.   Prior to the drafting of this paper, SHAP

3     was known as prolactin-related adverse events?

4     A     Yeah.

5     Q     And then when the word SHAP appeared, was

6     there any such thing as SHAP(A) and SHAP(B)?

7     A     I don't believe so, no.

8     Q     Please explain?

9     A     You see in Table 4 -- let me explain.  Under

10    where it says SHAP(A), if you could kindly

11    highlight.  N is the number of children and

12    adolescents that are in that group.  So SHAP(A)

13    includes, in fact, all children above ten and below

14    ten.  So it includes 30 children.

15              What you see now, if you can highlight

16    SHAP(B), and this is explained elsewhere in the

17    paper, that now SHAP(B) only includes 13 children.

18    So all children above ten -- I apologize, I have

19    that wrong.  All boys above ten are no longer in

20    SHAP(B).

21              The key thing, if you go to the next

22    paragraph in the page, because you can't tell this

23    from the table, and if you highlight the sentence

24    beginning with, "The proportions were all

25    comparable".  And then please continue that down

*(Kessler - Direct)*

1

2      through that p equals .02, which is a sign of

3      statistical difference.

4                   So you see in draft form, and again

5      it's important, this is not from the table but from

6      these words, you see that notable finding that

7      Janssen had referred to earlier in the documents we

8      saw, the finding that I pointed out at week 8 to 12,

9      it was statistically significant, you see that's now

10     back into manuscript draft four.

11     Q     Sir, now that it's back in, is that the

12     correct thing to do?

13     A     Absolutely.

14     Q     And telling the story about the statistically

15     significant finding, would that be exactly what

16     would be required from a reasonably prudent

17     pharmaceutical company?

18     A     Of course.

19     Q     And by the way, the breaking down of SHAP(A)

20     and SHAP(B), would that be reporting the numbers, at

21     least as the numbers are reported, reporting a table

22     with their breakout of kids, excluding the ones over

23     ten in SHAP(B), and then reporting all of them in

24     SHAP(A)?

25     A     I am sorry, your question?

*(Kessler - Direct)*

1

2  Q    They reported all of them in SHAP(A), and they

3  reported breakout ones when they excluded the ones

4  over ten in SHAP(B)?

5  A    They are showing all the data.

6  Q    All the data; is that correct?

7  A    Yes.

8  Q    Broken down two different ways?

9  A    Yes.

10  Q    But as far as the writeup is concerned, does

11  the writeup point out to someone who is looking at

12  it this statistically significant finding?

13  A    Yes.  You can't tell that from the table, you

14  can only tell that from these sentences that I have

15  read.

16  Q    And, sir, would that in your opinion, would

17  you share the opinion that that's a nauseating

18  amount of information on gynecomastia?

19            MS. SULLIVAN:  Objection,

20       argumentative.

21            THE COURT:  Sustained.

22  Q    Okay, so moving on, what we have is this draft

23  four.  And that's November 19?

24  A    Yes.

25  Q    And, by the way, if I can go back while we

1                    *(Kessler - Direct)*

2      still have this up, in this particular writeup, is

3      it important, is there any significance or

4      importance, sir, to the written analysis in papers

5      like this?  That is to say, you present tables and

6      you write up what are the findings.  Is it important

7      to write up the full, complete, and important

8      findings?

9      A     That's a very important point, Mr. Kline.  You

10     can't tell the statistically significant finding.

11     That's only mentioned in that sentence.  It's not

12     mentioned -- you don't see any p-value of .02 in the

13     table.

14                  So that sentence is not a redundant

15     sentence, that adds important information.

16     Q     Moving on, I am marking the next exhibit as

17     Exhibit 48, an E-mail.  The E-mail is from Caren

18     Binder once again to Gahan Pandina and others.  And

19     the subject is, "Re: Latest prolactin manuscript."

20                  (P-48 is marked for identification.)?

21                  MR. KLINE:  So we now have it marked

22           and I will hand it to the Court.  And it is my

23           understanding that when I request it I will be

24           able to display it.

25     Q     Now, sir, we are looking at the second E-mail

1                     *(Kessler - Direct)*

2      from the top, the one that says December 3, 2002 at

3      2:13 p.m., and I apologize, I was looking at the top

4      E-mail.  This is not Binder to Pandina, this is

5      Pandina to Binder, et al.  And it says:

6                     "Dear Carin and Team:"  Do you see it,

7      sir?

8      A      I do.

9      Q      And to put it in perspective in terms of our

10     timeline, the last draft was November the 21st, the

11     one that attached draft four, and this E-mail is

12     December 3rd.  So we are a couple of weeks later,

13     correct?

14     A      Yes.

15     Q      And the year 2002 is now in December, correct?

16     A      Yeah.

17     Q      And the E-mail by Pandina to Binder starts

18     out, Dear Carin and Team, and it says, "I think the

19     results of these analyses are striking and made

20     stronger by the inclusion of the additional SHAP, as

21     well as the dose information."

22                     Do you see that sentence?

23     A      I do.

24     Q      The "additional SHAP," was it actually more

25     people, or was the additional SHAP analysis less

```
 1                    (Kessler - Direct)

 2   children studied?

 3   A      I read this as including SHAP(A), which is all

 4   children.   That's just my read, Your Honor.

 5   Q      The next word, and I would like to highlight

 6   the first part of the sentence, if I may, "The issue

 7   of prolactin and SHAP is obviously a charged one,

 8   and one that has hurt every segment of individual

 9   treated by risperidone based upon criticism from our

10   competitors, with the potential for continuing to

11   negatively impact CONSTA."

12                    Do you see that?

13   A      Yes.

14   Q      Do you know what CONSTA was?

15   A      A different formulation, I believe.

16   Q      It was Risperdal in a different formulation,

17   correct?

18   A      Yes.

19   Q      "The manuscript may need some reworking as the

20   additional information does as some bulk.   With

21   respect to normal development and SHAP, does the

22   Rogel, et al. reference cover the estimates of

23   normal developmentally appropriate rates for

24   gynecomastia?   I know that there were recent

25   references that might be relevant."
```

*(Kessler - Direct)*

1

2          That's the first paragraph, correct?

3     A     Yes.

4     Q     The second paragraph which I would like to

5     call your attention to discusses the question of

6     whether to do blood testing, monitoring that is, of

7     prolactin levels in children who are taking this

8     drug.  Correct?

9     A     Yes.

10    Q     And were blood levels ever either recommended

11    or required for this drug?

12    A     If you kindly go back to manuscript four, you

13    have some context.  And if you kindly turn to the

14    Bates number 089.

15    Q     089?

16    A     And if you could zoom in, please, under the

17    gray area.  This is, I believe, this is the last

18    page of the draft.

19          So here in the draft there was this

20    sentence -- again, I don't know the history of the

21    highlighting here -- but the sentence as I read it

22    was in this draft.  It says, "Based on these

23    results" -- we can discuss those if you would

24    like -- "obtaining prolactin levels at baseline" --

25    baseline means before you go on the drug -- "and at

*(Kessler - Direct)*

1

2    six months after the most recent increase in dose of

3    Risperdal would appear to be sufficient monitoring."

4                    And then there is a phrase:  "Do we

5    need to give any clinical guidance here?"

6                    Again, I don't know the history of

7    these two sentences.

8    Q     But as you read the draft, this consideration

9    was clearly in this draft.  Is that what you are

10    telling us?

11    A     Yes.

12    Q     Based on what you have seen?

13    A     This issue is clearly in this draft, yes.

14    Q     And when you were reading the words you said

15    based on these results, you said to me in our

16    discussion and therefore to the jury, we can discuss

17    this if you would like, what discussion do you have?

18    A     Well, there is an earlier paragraph that talks

19    about the considerations.  If you go to the prior

20    paragraph, or I can just summarize it.  It says --

21    Q     Well, let's look at it.

22                    THE COURT:  Again, just for my own

23          benefit, what document is this now?

24                    MR. KLINE:  The document is P-47.  The

25          Bates number, Your Honor, is the page before,

1                    *(Kessler - Direct)*

2          088, on the bottom of the page.

3                    THE COURT:  P-47, all right, go ahead.

4                    MR. KLINE:  Yes, as part of P-47, this

5          fourth draft.

6    BY MR. KLINE:

7    Q     You are looking at the words "the clinical

8    implications"?

9    A     Yes.  So this is all referring to this issue

10   of increased prolactin due to Risperdal, and there

11   is a certain discussion about whether that's in

12   fact -- Janssen is discussing whether that's active

13   and what the role is.  And this is just putting this

14   in context and saying the fact is that a small

15   percentage of children will ever develop SHAP and

16   that require intervention, and then the question

17   becomes what do you do.

18                    All right.  I mean if you know that you

19   are going to put a child on a drug, and you know

20   that drug increases prolactin more than other second

21   generation antipsychotic, and you know that you have

22   an increase in gynecomastia with these drugs, do you

23   want to follow, or can you do something to prevent

24   or minimize the risk.  Because that's really what,

25   when it comes down at the end of the day, what you

1                        *(Kessler - Direct)*

2      are concerned about if you are FDA or a doctor or a

3      pharmaceutical company is you are going to give a

4      powerful medicine that does have side effects, and

5      we recognize that drugs have side effects, it's what

6      are the steps you take to minimize the risks.

7                        So the issue of prolactin monitoring,

8      the question is, can I do a blood test, and if I see

9      an elevation or a super elevation, will that give me

10     information that I can do something about.

11                       So that's what's being discussed here.

12     And if you go to your E-mail --

13     Q     Yes?

14     A     -- you see the advisors at that New York

15     meeting, in that second paragraph on the

16     December 3rd E-mail, the second E-mail.

17     Q     And so we have it, this is Exhibit 48.   A

18     call-out with the paragraph beginning "Finally" is

19     being displayed.   We are going to mark that call-out

20     on that E-mail as 48(A), and we will snap a picture

21     of it.

22                       (P-48(A) is marked for identification.)

23     Q     Tell us about it, sir?

24     A     So you have in the manuscript a discussion of

25     prolactin monitoring at two points, at baseline and

```
 1                    (Kessler - Direct)
 2    six months, and here, Gahan Pandina from Janssen is
 3    saying, "Finally, I would advise against any
 4    recommendation regarding monitoring of prolactin.
 5                   "The advisory panel" -- that is the
 6    group that met in New York -- "that we had clearly
 7    stated that this wasn't warranted, even
 8    conservatively, as this would not be reflective of
 9    the data.  As one advisor aptly said, if we were an
10    HMO" -- that's a health insurance plan, as we all
11    know -- "if he were an HMO he would not agree to pay
12    for any monitoring based upon this information, as
13    there is not a higher incidence nor a correlation
14    that would lead one to expect aberrant, abnormal or
15    increased symptoms above and beyond the general
16    population.
17                   So he is saying here, he is advising
18    taking out any monitoring, because the advisory
19    committee looked at the data and they didn't see any
20    increase of risk between prolactin and side effect.
21    Q    But what data was shown to them, based on what
22    we know?
23    A    Clearly, if there is no increase, that would
24    be the "SHAP(B)" data, right, which took out the
25    boys above ten.  I do that by some logical
```

*(Kessler - Direct)*

1   inference.

2        MS. SULLIVAN:  I am going to object,

3   Your Honor, this is speculation.  He wasn't

4   there, he doesn't know.  We have got witness

5   testimony that they can play to show what was

6   actually happening.  He is speculating about

7   what was shared and what was not shared.

8        THE COURT:  Overruled.  Go ahead.

9   Q    Sir, you read all those depositions, didn't

10  you?

11  A    Yes.

12  Q    And there were a number of these witnesses,

13  including Binder and Pandina who have been deposed,

14  correct?

15  A    Yes.

16  Q    And you have taken into consideration what

17  they have said, correct?

18  A    Yes, and I have the minutes of the meeting.

19  We saw the minutes of the meeting.

20  Q    Were the minutes of the meeting prepared

21  during litigation or were they prepared sometime

22  before?

23  A    No, the minutes were prepared by the

24  contractor for Janssen, who again, I mean, is taking

*(Kessler - Direct)*

1    the minutes at the meeting and then writing them up.

2    It has nothing to do with Janssen.

3

4    Q    Let me try to target some questions.  The

5    prolactin analysis group, because I want to move

6    on -- the prolactin analysis group when they were

7    presented information, did they eventually have a

8    recommendation as to whether all kids had to be

9    included in the study; that is to say, the

10   under-tens and the over-tens?

11   A    That advisory board of child psychiatrists

12   clearly recommended it was important to include

13   everybody.

14   Q    And all of this time, sir, while there is this

15   discussion about this, whatever in this courtroom

16   the Plaintiffs have to say about it, whatever in the

17   courtroom the Defendants have to say about it, all

18   of this time, is this drug known by Janssen

19   Pharmaceuticals to be used off-label throughout the

20   country in -- we are going to show you at some

21   point, I hope, jurors the large number of

22   prescriptions?  Was it being used by large, large

23   numbers of children?

24   A    There was very significant use off-label, yes.

25   Q    Now that takes us to the writeup of this paper

                        *(Kessler - Direct)*

1

2    that ended up published as part of the medical

3    literature.  Are you familiar with the paper?

4    A     Yes, very familiar.

5    Q     Okay, and to put it in context, it was written

6    up; about a year later it got published, November of

7    2003, correct?

8    A     Yes.

9    Q     And it had a lead author; we know that he was

10   chosen by Janssen, correct, sir?

11   A     Yes.

12   Q     This is not a paper that Dr. Findling decided

13   as a researcher at Case Western Reserve to write

14   himself --

15             MS. SULLIVAN:  Objection, Your Honor.

16        Again, Dr. Findling has been deposed, they can

17        play it, instead of saying having Dr. Kessler

18        say this is why Dr. Findling did X and Y.

19        It's speculation.

20             THE COURT:  I haven't heard anything

21        about speculation yet.  Overruled.  You may

22        want to introduce the author through this

23        witness in some way if this is a document

24        relied upon by this witness.

25             MR. KLINE:  Yes.  Well, what I would

1                    *(Kessler - Direct)*

2           like to do is I will go to the document

3           itself.  Let's first of all mark it, as we are

4           now accustomed to do, P-49.

5                    (P-49 is marked for identification.)

6    Q      P-49 is an article that's entitled, "Prolactin

7    Levels During Long-Term Risperidone Treatment in

8    Children and Adolescents."

9    A      Yes.

10   Q      And it has a number of authors to it, correct?

11   A      Yes.

12   Q      Is it a writeup of the Janssen study?

13   A      Yes.  The Janssen pooled analysis, exactly.

14   Q      And is it fair to describe it as the Janssen

15   study, the Janssen pooled analysis study?

16   A      Sure.

17                    MR. KLINE:  I think we can display it

18           now.  I think we now have permission to

19           display it?

20                    MS. SULLIVAN:  No objection.

21   Q      I would like you to look at the top of the

22   article, first of all.

23                    First of all, Caren Binder, her name

24   appears on the article, correct?

25   A      Yes.

1                    *(Kessler - Direct)*

2     Q     She is the Director of Medical Affairs at

3     Janssen, correct?

4     A     Yes.

5     Q     So while she is listed last, she is the one

6     who we have seen all the E-mails about throughout

7     the entire drafting of the article, correct?

8     A     Yes, you have seen her E-mails, yes.

9     Q     And there is another person who happens to

10    appear next to last who is De Smedt.  Goedel De

11    Smedt, I am told her name is pronounced.  She is

12    from Belgium.  Is she a Janssen person, too?

13    A     Yes.

14    Q     And in all of those E-mails going back and

15    forth, did you see her name over and over again

16    about her involved in the study?

17    A     We have certainly seen her name before.

18    Q     And if we now take that down and look at the

19    right side italicized portion and the last two lines

20    here relating to Pharmaceutical Research and

21    Development Johnson & Johnson, Belgium.  Can you

22    start from Pharmaceutical Research and Development

23    and highlight the rest of that paragraph.

24                De Smedt was from Johnson & Johnson

25    Belgium, and Binder was from Janssen-Ortho in

*(Kessler - Direct)*

Toronto, Ontario, both part of the Janssen/Johnson &

Johnson group of companies, correct?

A      Yes.

Q      And let's look at who supported the paper.

The paper was supported by Janssen-Ortho, correct?

A      Yes.

Q      Now I would like to go back, if I can take

this down, the background of the article.  The

background of the article, does it stay in line with

what Janssen was saying in the internal documents as

to what it was going to try to study?

A      Yes, that has not changed.  If you can

highlight, "explore any relationship."  That's

been -- that was the reason for the study from the

beginning.

Q      Okay, now, let me ask you in advance of going

through some questioning, is going through this

article something which is detailed and complex but

understandable?

A      Detailed and complex?

Q      But understandable?

A      I think this article is -- from my perspective

sitting here, yes.  This is detailed and complex.  I

mean, I can understand this, I think.

*(Kessler - Direct)*

1

2    Q       Can you also explain it?

3    A       I will try.

4    Q       Now we are going to work through this article

5    and what was said and what wasn't said.  First of

6    all, what wasn't said.  What wasn't said.

7               Does this article contain the

8    description that we saw in draft four, highlighting

9    in the text that there was a statistically

10   significant finding of the children who are on the

11   drug in weeks eight to 12?

12   A       No.  Not only doesn't it highlight it, I don't

13   see it there.

14   Q       In fact, at one point in the article does it

15   say the exact opposite?

16   A       It says there is -- go to the last sentence of

17   the abstract.  It says there was no direct

18   correlation between prolactin elevation and SHAP.

19   My footnote on correlation and association:  That's

20   misleading, in my view.

21   Q       To say there was no direct correlation between

22   prolactin and SHAP, did they have in their files a

23   known association when they round the data based on

24   the original study design?

25   A       At weeks eight to 12, it was statistically

*(Kessler - Direct)*

1   

2   significant when you looked at all the children, and

3   that should have been in here.

4   Q    And should it have been in the abstract?

5   A    Sure.

6   Q    And should it have been reported in the

7   article itself?

8   A    Sure.

9   Q    Now, I want to go to a statement which is made

10  in the article.  The article is now marked as 49,

11  and I want to go to a statement that's made in the

12  article, on page 1368 of the article.  The article

13  begins in the journal on page 1362 and runs through

14  1369.

15              THE COURT:  What journal is this in?

16              MR. KLINE:  Thank you, Your Honor, I

17        neglected to say, that it is published in the

18        *Journal of Clinical Psychiatry*.

19              THE COURT:  And again for the record,

20        and for the information, what volume -- do we

21        have a volume on this?

22              MR. KLINE:  I do, yes, and thank you

23        for the an assistance in the question.  It's

24        Volume 64:11, November 2003.

25              THE COURT:  Thank you.

*(Kessler - Direct)*

1            MR. KLINE:  Sure.  And it also says on

2        it received January 23, 2003, accepted

3        July 23, 2003, and the publication is November

4        of 2003.  So all of this was happening during

5        the year of 2003 leading to a publication in

6        2003 in the *Journal of Clinical Psychiatry*.

7   BY MR. KLINE:

8   Q      And the *Journal of Clinical Psychiatry* would

9   be a journal -- would that be a journal that would

10  be received and read by physicians practicing in

11  that specialty, generally speaking?

12  A      Yes.

13  Q      Would that be read, for example, generally --

14  generally, in the medical literature -- an item we

15  haven't covered -- are there specialty journals and

16  even subspeciality journals?

17  A      Yes.  You tend to read the journals in your

18  specialty.  There are a few journals, like the *New

19  England Journal*, the *Journal of the American Medical

20  Association* that are general journals, but these are

21  specific fields.

22            Psychiatrists read psychiatry journals.

23  Q      Neurologists read neurology journals?

24  A      Yes.

*(Kessler - Direct)*

1

2   Q    And when we sometimes hear on the news there

3   was a study in the *New England Journal of Medicine*,

4   that would be something that would have a much wider

5   circulation?

6   A    Exactly.  The New England Journal is one of

7   the most famous journals maybe in this country or in

8   the world, they publish articles that are of

9   interest to all of us.

10   Q    Now in this article in the *Journal of Clinical*

11   *Psychiatry,* I was about to focus on one statement

12   that was made, and the statement is on page 1368.

13            MR. KLINE:  Are you okay with that for

14       this document?  It's Bates 230.

15   Q    And in the "Discussion" section, I want to

16   pull out something that's stated there:

17            "No correlation was found between

18   SHAP" -- that's their word for the adverse events

19   with prolactin -- "and prolactin levels even when

20   male gynecomastia during puberty was included."

21            That would be the SHAP(A) analysis

22   including all children, correct?

23   A    Yes.

24   Q    Is that a true statement, sir?

25   A    I have problems with that statement.

1                    *(Kessler - Direct)*

2    Q    When you say you have problems with the

3    statement, does the statement reflect the data that

4    they had in their files?

5    A    That's my problem.  The data that are in their

6    files, that statistically significant finding in

7    eight to 12 weeks, is not in that article.  And that

8    sentence, in my view, obscures that fact.

9    Q    It says pointblank that there is no

10   correlation.  How about an association, sir, was

11   there a definite association?

12   A    There is certainly an association that's

13   statistically significant.  And I have read the

14   depositions of some of the authors, and they use

15   correlation and association interchangeably.  I am

16   trying to be very careful.

17   Q    Okay.  Now let's look at what was reported,

18   and to do so let's first of all look at what they

19   said that they did.

20              First of all, does this article reflect

21   what was written up in draft four which had the

22   SHAP(A) reported in the body in the text?

23   A    No.

24   Q    And let's look at what they said they did --

25   A    Excuse me.  No to that statistically

*(Kessler - Direct)*

1    significant finding.

2    Q      Yes.

3    A      Yes.

4    Q      And let's go to page 1364, and the bottom of

5    the page, with their description.

6            Beginning on the very last paragraph on

7    the right side, the paragraph beginning "Adverse

8    events" at the bottom:  "We have patients with SHAP

9    who were classified according to two sets of

10   criteria."  Do you see that?  SHAP(A) and SHAP(B)?

11   A      Yes.

12   Q      Predicate question before we get here:  When

13   they started this whole study with the studies, was

14   there any SHAP(A) and SHAP(B)?

15   A      No.

16   Q      And it says here, "The criteria used to define

17   SHAP(A) were breast enlargement, amenorrhea,

18   menorrhagia?

19   A      Menorrhagia, excessive bleeding.

20   Q      Lactation, nonpuerperal, menstral disorder and

21   vaginal hemorrhage.  And then it says here, "An

22   alternate definition of SHAP."  Do you see here "an

23   alternate definition of SHAP"?

24   A      Yes.

1                     *(Kessler - Direct)*

2    Q     Was there any alternate definition of SHAP

3    when this whole thing got started, when they did

4    their pooled analysis and got their statisticians

5    together and began writing this paper?

6    A     No.

7    Q     "An alternate definition of SHAP was used for

8    the SHAP(B) population," and do you see it says

9    right there, and we will highlight:  "SHAP(B)

10   excluded males ten years or older with

11   gynecomastia."

12               And then you don't need to highlight

13   the rest right now -- "females with less than 31

14   days of breast enlargement, and females with

15   amenorrhea less than a week."

16               And it goes on to say, "It is

17   considered normal for males to have gynecomastia at

18   some point in the evolution of puberty, with the

19   frequency estimated as high as 50 percent."  Do you

20   see that?

21   A     I do.

22   Q     Is that something that they put in the

23   original study design, that they have a puerperal

24   gynecomastia and therefore they are going to exclude

25   all the boys over ten?

*(Kessler - Direct)*

1

2   A     No, that was not part of the original design.

3   And most importantly, it wasn't part of the initial

4   statistical run that gave results.

5   Q     And also, sir, you have seen this, I know -- I

6   hope we don't have to go back to other documents --

7   prior to the original study design, did they have

8   endocrinologists involved in the study design?

9   A     They had the authors.  They had the two

10   endocrinologists and two psychiatrists when they met

11   in Toronto.

12   Q     So is this changing the rules in the middle of

13   the game?

14              MS. SULLIVAN:  Objection.

15         Argumentative.

16              MR. KLINE:  It's a question.

17              THE COURT:  That's overruled.  I am

18         going to ask all jurors to kind of sit up,

19         please.

20              Thank you.  Overruled.

21   Q     Is that changing the rules in the middle of

22   the game?

23   A     I think so.  Let me tell you my real concern

24   here.  My real concern is you run data and you get a

25   series of results, and that was done in May.  And

1                    (Kessler - Direct)

2    then you have those results.  What you do is you

3    don't change rules after you get those results.

4    Because, I mean for whatever reason, once you get

5    the results, you don't want to come up with

6    different rules after you get the results because if

7    you apply different rules after you get the results,

8    then you have a great chance of introducing bias.

9              So, I don't like the result, for

10   whatever reason, if I come up with a different set

11   of rules, I have the result, then I go, I am going

12   to change how I am going to do that.

13             So that's why in clinical trials, in

14   science, you try very hard, not always perfect, but

15   you decide how you are going to run the data.  They

16   did that, they ran the data, they got results, and

17   then you don't change the rules.

18   Q    Let's work through this.  They had a number of

19   tables in the report and the tables that relate to

20   this are actually all on one page, page 1367, Bates

21   229.  1367 is the paginated page of the journal

22   article.

23             MR. KLINE:  I believe you have a copy

24        of it, Your Honor, up there.

25             THE COURT:  I have it.

1                    *(Kessler - Direct)*

2               MR. KLINE:  Okay, great.

3    Q     Now I would like to first from these tables

4    learn some information and put it on my tablet, my

5    schoolhouse-type tablet here.

6               And, sir, I know that I have discussed

7    these numbers so they should be up there in your

8    notes as well.

9               First of all, let's see what these

10   tables are.  They have a table here for SHAP(A).

11   SHAP(A) is the run of the data which includes all of

12   the data, the starting data, all of the kids that

13   were in the study ages five to 14.  Correct?

14   A     Exactly.

15   Q     And this data here we have -- let's see what

16   they are saying.  They had a primary analysis, which

17   is what you focused on, and I believe you have told

18   us what the primary analysis was, correct?

19   A     Yes.  That's really the column we should focus

20   on.  There are subtle differences between ITT and PA

21   and non-PA, but it's really that column let's focus

22   on.  Those are the kids who, I believe, were

23   enrolled and also took one dose.

24   Q     Okay, and then let's go down the column.

25   Let's just for our eyes to focus on it, let's just

```
 1                         (Kessler - Direct)
 2     yellow the column PA all the way down for now so we
 3     are focused.
 4                    And in that column, we now know the
 5     number of all of the kids in the study is 592,
 6     correct?
 7     A     Boys and girls.
 8     Q     Yes, all, boys and girls.
 9                    THE COURT:  Counsel, I just want to
10            clarify, does that include all children, all
11            boys and girls from the ages of whatever it
12            is, five to puberty or --
13                    MR. KLINE:  Fourteen, yes.  We are
14            going to be showing what was shown and what
15            wasn't shown about that.
16                    THE COURT:  This column involves all of
17            the kids?
18                    MR. KLINE:  Yes.  In fact, that matches
19            to the numbers we discussed earlier when they
20            had 500-some kids.  Yes is the short answer,
21            Your Honor.
22     Q     So all kids, there are 592, correct?
23     A     Yes.
24     Q     And are we able to tell the number of boys
25     that they have in the study?
```

(Kessler - Direct)

A      Yes.

Q      Is that on the chart, or did you have to count

that up yourself?

A      I got it from elsewhere but it's accessible.

There was 489.

Q      So of these, this is not on the chart up on

the board, but you know from -- where did you get

that information from?

A      I got it from the data somewhere.  I would

have to track it exactly.

Q      Okay, there were 489 boys.  And that would

mean there is 103 girls?

A      Exactly.

Q      And another thing I'd like to know is of these

592, how many are boys under ten?

A      255, I believe.

Q      And since girls under ten weren't eliminated,

how many girls would there be?  That would remain

the same under ten.  All girls, since they only

eliminated boys under ten, for SHAP(B) would be 103;

is that correct?

A      Right, so if you want -- the one other number

that we probably should have is the number of girls,

all girls, and boys under ten and that's 358.  And

1                    *(Kessler - Direct)*

2      that will come up later.

3      Q     Yes.  So the SHAP(B) totals are 358 kids,

4      correct?

5      A     Yes.

6      Q     And all comers are, when you include the

7      over-tens, are 592, correct?

8      A     Yes.

9                    THE COURT:  Again, there is confusion.

10           Try to get this so we can all understand this.

11           There were 592 in this thing, 255 were boys

12           under ten.  How many girls under ten were

13           there?  So we can simplify it for the rest of

14           us.

15                    MR. KLINE:  The reason, they were only

16           excluding boys under ten so girls remained a

17           constant.

18                    THE COURT:  So how many are in this

19           group?

20                    MR. KLINE:  In SHAP(A) and in SHAP(B),

21           there were 103 girls in both.  Because they

22           didn't eliminate girls under ten.  They

23           eliminated boys under ten.

24                    THE COURT:  So we are talking about,

25           whatever you are looking at, 255 boys under

```
1                      (Kessler - Direct)

2          ten, there were also 103 girls under ten in

3          that group.

4                    MR. KLINE:  There are 103 girls period,

5          because they were only eliminating boys under

6          ten.  So girls remain a constant over and

7          under.  They consistently used girls five to

8          14.

9                    THE COURT:  I don't want to have you

10         testify on this, but I am just saying --

11                   MR. KLINE:  Dr. Kessler can explain it.

12                   THE COURT:  Go ahead.

13                   MR. KLINE:  No, our goal is that

14         everyone understands it.

15                   THE WITNESS:  Your Honor, there were --

16                   THE COURT:  Talk to the jury.

17                   THE WITNESS:  There were boys and

18         girls, that was the first analysis, that's all

19         SHAP(A).  Everyone is in that group.

20         Essentially, they took out boys over ten into

21         SHAP(B).  They left all the girls.

22                   Sorry for the confusion.  But it is

23         important to get to the right percentages, as

24         you will see.  That's really the goal, is

25         looking at these numbers and seeing what the
```

*(Kessler - Direct)*

percentage of PRAE or the percentage of

gynecomastia are.  That's why we are doing

this.  This is just the basis for this.

And the problem is that when you look

at this table, and things happen, I mean this

table is somewhat messed up because it doesn't

really use the right numbers.  But again, the

real point, my concern is the lack of

statistical association we talked about is not

in here.  But this table is somewhat messed

up, and I would be happy to go through it.

Q    That's what I am going to try to do.  And when

I started out by saying is it complicated but not

not understandable, it's all a bunch of arithmetic,

correct?

A    Yeah, and I guess I may be losing on whether

it's understandable or not.

Q    Let's try.  Let's try to do it in an efficient

manner and without burdening this jury.

A    Absolutely.

Q    We will try.  So is it correct that you have

592 SHAP(A), that would be what they used as SHAP(A)

in their study, which is all comers, the boys and

girl that were in the study to begin with?

```
 1                        (Kessler - Direct)

 2     A      Yes.

 3     Q      And then if you strip the boys out under ten,

 4     did you end up with 358, because the same girls were

 5     included back in?

 6     A      Yes.

 7     Q      And they call that SHAP(B).  That's what I

 8     wanted to do.  I will mark these all sequentially

 9     when I get through with these various things.

10                     Now, let's look up at that board.  This

11     is what they refer to as SHAP(A), all kids in the

12     study.  And when you looked at all kids in the

13     study, they said that there were 592 kids in the

14     study, correct?

15     A      Yes.

16     Q      We are looking right down this column.

17     Twenty-two had gynecomastia, correct?

18     A      Boys.

19     Q      Boys, yes, 23 males.  And it says gynecomastia

20     males, 22?

21     A      Yes.

22     Q      And it says, Reproductive Disorders in

23     Females, and they had -- let's go through them.

24     They had eight total females, correct?

25     A      Yes.
```

*(Kessler - Direct)*

Q     And they broke them down into amenorrhea,

menorrhea, breast enlargement, nonpuerperal

lactation, menstrual disorder, and vaginal

hemorrhage; correct?

A     Yes.

Q     Now let's go a little math if we can so we can

get to knowing how much gynecomastia there was in

boys.  It says here 22 boys had gynecomastia,

correct?

A     Yes.

Q     But we know how many boys were there?

A     489.

Q     489 total boys, correct?

A     Yes.

Q     And so that is what percent?

A     4.4.

Q     Is it a correct statement that 4.4 percent of

the boys in the study had gynecomastia?

A     According to my math.

Q     And, sir, of the total -- look right up there

at the top number -- of the total PRAE, what they

used to call PRAE, prolactin-related adverse events,

they are correct up there, 30 out of 592, is the

total number of kids, equals?

1                      (Kessler - Direct)

2    A      5.1.  That 5.1 is correct.

3    Q      5.1 percent?

4    A      Yes.

5    Q      30 out of 592 total children had a PRAE, a

6    prolactin-related adverse event?

7    A      Yes.

8    Q      Equaling 5.1 percent?

9    A      Yes.

10   Q      22 out of 489 of the total boys had

11   gynecomastia, 4.4 percent?

12   A      Yes.

13   Q      And since we know there are only 103 girls in

14   the whole study, correct?

15   A      Yes.

16   Q      We know that eight out of 103 girls, eight out

17   of 103 girls?

18   A      That's 7.7, according to my math.

19   Q      7.7 percent of the girls had a PRAE,

20   prolactin-related adverse event.

21                And by the way, if we trudge back five

22   hours into your testimony and a day or two ago,

23   these girls would show up as PRAE not SHAP, correct?

24   A      Yes.

25   Q      So the numbers I have put on my board here

1                          *(Kessler - Direct)*

2     break down, total PRAE versus total kids, for

3     5.1 percent.  Correct so far?

4     A     Yes.

5     Q     Total boys versus total boys in the study,

6     boys against boys, equaling 4.4 percent; correct?

7     A     Yes.

8     Q     And eight out 103 girls, 7.7 percent are

9     having amenorrhea, menorrhea, breast enlargement,

10    lactation of girls that aren't in puberty, and stuff

11    like that, correct?

12    A     Yes.

13    Q     Now, how we have presented the data, is that

14    to your understanding a correct view of the data?

15    A     Yes.

16    Q     Now this is, and I am going to put it in

17    quotes, "SHAP(A)."  I am going to mark it as the

18    next exhibit number, Mr. Gomez, which is number?

19                    MR. GOMEZ:  50.

20                    MR. KLINE:  50 is SHAP(A), blackboard.

21                    (P-50 is marked for identification.)

22    Q     And we will go to their Table 3, SHAP(B).

23    Now, SHAP(B), first of all, sir, do you see their

24    Table 3 says SHAP(B)?

25    A     Yes.

1              *(Kessler - Direct)*

2    Q      Now you know that they eliminated from SHAP(B)

3    all of the kids, we know there is only, for a

4    denominator, for what is going to end up being the

5    denominator, there are only -- and hang with me on

6    this -- there are only 358, correct?

7    A      If you take out the boys over ten.

8    Q      Yes.

9    A      You are left with 358 children.

10   Q      Yes, you are left with 358 total children?

11   A      Boys and girls.

12   Q      And you are left with 255 boys, which I am

13   going to want to focus on, because it's the boys

14   that are having the gynecomastia, by and large;

15   correct?

16   A      Yes.

17   Q      So now let's look at what they have up there

18   in this study, in this Janssen study, and what we

19   see is, let's go down the middle column on the

20   primary analysis.

21                  First of all, sir, they say number.

22   A      The number in SHAP(B) should be 358.

23   Q      That number up there that says 592, should not

24   be 592, should it?

25   A      Not by their definition of SHAP(B).

*(Kessler - Direct)*

1

2    Q      Right.  It should be only 358, correct?

3    A      Yes.

4    Q      And where they say number of patients with one

5    SHAP, that's 13, correct?

6    A      Yes.

7    Q      Well, that's not only 2.2 percent, is it?

8    A      No, it comes to 3.6.

9    Q      13 out of 358 is 3.6 percent, correct?

10   A      According to my math, yes.

11   Q      Let me just check with Corey for one moment.

12   (Pause.)

13              Let's go down to the next one,

14   Gynecomastia, Males.  Do you see Gynecomastia,

15   Males?

16   A      Yes.

17   Q      Follow along, please, much appreciated.  We

18   have five, okay?  Now let's go back for a second,

19   sir, before we go forward.  Please?  Thanks.

20              If you look here, there were 22 who had

21   gynecomastia when you included all the kids, right?

22   A      Yes.

23   Q      Now, if you eliminate over five, you only have

24   five.  Correct?

25   A      Yes.  If you eliminate the kids over ten.

*(Kessler - Direct)*

1

2   Q     Yeah, that's going to make the drug look

3   safer, correct?

4               THE COURT:  Wait, I want to be clear.

5          I am confused.  Is the elimination, SHAP(B),

6          under ten or over ten?

7               MR. KLINE:  No, this eliminates over

8          ten.  They eliminated all kids over ten for

9          SHAP(B).

10              THE COURT:  In other words, you are

11         saying on SHAP(B), that top number there

12         instead of being 592 should have been 358?

13              MR. KLINE:  Yes, because -- their

14         denominator is different because they

15         eliminated a whole bunch of kids.

16              Can I go on?  Okay.

17  BY MR. KLINE:

18  Q     All right, now, of the five, we are now down

19  to only five kids who have gynecomastia in their

20  study.  And they, of course, then in their study

21  report that it's five out of 592, five of 592, for

22  .8 percent, correct?

23  A     No.

24  Q     That's what they say?

25  A     Yes.

*(Kessler - Direct)*

1

2   Q      In this published paper in the *American*

3   *Journal of Psychiatry*, correct?

4   A      Yes, but you don't have -- that 592 is not

5   what the group is.

6   Q      Right.  In the group is gynecomastia males.

7   And in this group --

8   A      Gynecomastia of males under ten in SHAP(B).

9   Q      Yes.  Let's highlight Gynecomastia, Males?

10              THE WITNESS:  I think the Judge is

11         about to --

12              THE COURT:  I am with you.  I think I

13         understand.  I hope the jury is does, too.

14              MR. KLINE:  Me, too, because I am

15         working hard.  Let me step back, with the

16         Court's indulgence.

17   Q      They eliminate all the boys -- bear with me --

18   they eliminated all the boys that are over ten.

19   Correct so far?

20   A      In SHAP(B).

21   Q      That's what constituted SHAP(B).  SHAP(B) was

22   all boys over ten are now gone?

23   A      Yes.

24   Q      And so therefore, you no longer have 592 in

25   the study, correct?

*(Kessler - Direct)*

1

2      A      Yes.

3      Q      You have 358 in the study?

4      A      Yes.  You get rid of some of those kids, those

5      boys over ten, you are going to have less.

6      Q      Okay, now, you see gynecomastia in males, this

7      SHAP(B) is only males under ten?

8      A      Yes.  255.

9      Q      So I now know they got down to five boys, and

10     we will get to if that's good or bad for them, but

11     we have five boys, and how many boys are in SHAP(B),

12     that is, boys who are under ten, males who are under

13     ten?

14     A      That's 255.

15     Q      255 is the real number.  If you are looking

16     across that table, Gynecomastia, if you want to know

17     the rate of gynecomastia in males in SHAP(B), which

18     is only the ones under ten, you can't start with the

19     numerator for the boys under ten and the denominator

20     for all of them; correct?

21     A      Exactly.

22     Q      And if you were looking at the data properly,

23     it would be five over 255, correct?

24     A      Right.

25     Q      Which is that down to .8?

*(Kessler - Direct)*

1

2      A       No.

3      Q       What is that at?

4      A       So I got to check my math, but I get

5      2 percent.

6      Q       2 percent.  So there is gynecomastia of

7      2 percent even when they eliminate in the males all

8      of the boys over ten.  Correct?

9      A       Yes.

10     Q       And the girls, this would be the next line is

11     Reproductive Disorders of Females, and I am not

12     going to go to all the lines and break them out, but

13     Reproductive Disorders of Females you see as eight?

14     A       That's easy.  That should be eight out of a

15     103 girls, and that should be 7.7 percent.  Not

16     1.4 percent.

17     Q       So these numbers, sir, that are reported under

18     this SHAP(B), is the analysis that we have here the

19     correct numbers as they did SHAP(B)?

20     A       I believe so, yes.

21     Q       And even when you took out all the boys, and

22     even when you got down to only five, you still have

23     five of 255 of 2 percent, right?

24     A       Yes.

25     Q       Of boys under ten getting gynecomastia,

1                    *(Kessler - Direct)*

2    correct?

3    A      Yes.

4    Q      Now next --

5                    THE COURT:  May we stop right here for

6           break?  I think this is a good time.  We are

7           going to take a recess for about ten minutes

8           and come back.  Please do remember to not

9           discuss the matter and all the rest, and we

10          will be back later.

11                   (A brief recess is taken.)

12                   (The following transpired in open

13          court:)

14                   THE COURT:  All right, doctor, when you

15          are ready, Mr. Kline, when you are ready you

16          may proceed again.

17   BY MR. KLINE:

18   Q      Let's proceed to just a few more things.  Back

19   up on the screen Exhibit 50 -- oh, okay.

20                   MR. KLINE:  As we begin, Your Honor,

21          displayed in front of the jury is Exhibit

22          No. 49 on the screen, a portion of it which is

23          Table 3.  I am going to take a screen shot of

24          Table 3 and mark it as 49(A), and I am going

25          to take a screen shot of Table 2, we will

1                        *(Kessler - Direct)*

2          display it quickly, and we will mark that as

3          49(B).  And we will put back up the SHAP(B)

4          analysis.

5                        (P-49(A) is marked for identification.)

6                        (P-49(B) is marked for identification.)

7    BY MR. KLINE:

8    Q     Now as to the Table 3, just to make a note,

9    there is a Footnote A that describes the population

10   which we have been discussing.  And if you would put

11   the screen down on the footnote, please, and look at

12   "excluding males ten years or older," just so we

13   know that that's what that's showing.

14                    And that should take us to the next

15   point, which is, let's now -- sir, so as an overall

16   question, before we move on to Table 4, is there

17   anything else significant that went into your

18   opinion to discuss as to Tables 2 and 3, SHAP(A) and

19   SHAP(B).

20                    By the way, as long as we have this,

21   can I screen shot what's up in front of the jury now

22   as 49(C), pulling out "excluding males ten years or

23   older."

24                        (P-49(C) is marked for identification.)

25                        MR. KLINE:  And then if you will take

*(Kessler - Direct)*

1          *(Kessler - Direct)*

2          that down so I can have a discussion.

3     Q     I will ask you, as to Tables 2 and 3, is there

4     anything else significant, before we go on to a

5     discussion of the Table 21 versus Table 4 analysis,

6     which I would like to move to?

7     A     No.  The only thing that is worth emphasizing

8     really is the 5.1 and the 3.6 percent.  That is the

9     overall number that I see in these two tables.

10    Q     By the way, if we go again back to the

11    abstract of the study, and if we can focus in on the

12    front page, the left-hand column where it says,

13    Background Methods Results?  If we can take the

14    Conclusion section and put it in front of the jury.

15               Now we are on the first page of the

16    study.  Would this be the abstract, if you will,

17    that short thing that someone who is scanning the

18    journal, a physician scanning the journal would

19    read?

20    A     Yes.

21    Q     And if you notice, it says in the Results

22    section, there is a first sentence about "mean

23    prolactin levels rising," do you see that?

24    A     Yes.

25    Q     There is a sentence that says there was "no

1                        *(Kessler - Direct)*

2    relation between prolactin levels and age."  Do you

3    see that?

4    A      Yes.

5    Q      A sentence beginning "females", do you see

6    that?

7    A      Yes.

8    Q      All right, now the next sentence is what, is

9    the last sentence of the results?

10   A      There's two sentences that are key there, sir.

11   Q      And what are those two key sentences?

12   A      So the first sentence, At least one SHAP was

13   reported in 2.2 percent of children, they give 13 of

14   592.  If I were writing this I would want the 5.1

15   there, certainly.  I think that that would reflect

16   all the children.

17                      And again, the most important thing for

18   me is also the next sentence, that I think should

19   talk about the association, not talk about there is

20   no direct correlation, there was a statistically

21   significant finding.

22   Q      Let's hold the "no direct correlation between

23   prolactin" and take it off from being highlighted.

24   I just want to focus on this part.

25   A      So, if you did the analysis by SHAP(A), all

*(Kessler - Direct)*

1  the kids, it would be 5.1 percent.  Not 2.2.

3  Q     That's what I want to go through with you very

4  briefly with the jury.

5               This is the result section of the

6  paper, and by the way, it's right on the first page

7  of the article, right here.  I am holding it up in

8  front of me, it's right here, the first page of the

9  article.  It's the result section.  So you see the

10 article, you see what the results are before you

11 even read the article?

12 A     The results of the abstract.

13 Q     Yes.

14 A     Yes.

15 Q     Yes, the results are the abstract, the results

16 in the abstract section?

17 A     Yes.

18 Q     It's what you see before you even read the

19 article?

20 A     Yes.

21 Q     And let's see what they say and compare it to

22 what we know.  And it's going to take a minute to do

23 but I feel obliged.

24               They said to everyone, At least one

25 SHAP was reported by 13 of 592 patients for

*(Kessler - Direct)*

1

2   2.2 percent.  Okay?  Now let's see where that comes

3   from.

4                    First of all, what they are saying is

5   in the SHAP(B), that's the kids where they have

6   eliminated boys over ten, what they did was they

7   took these five and these eight and got 13.

8   Correct?

9   A     Yes.

10  Q     And then they used the denominator for SHAP(A)

11  for all the kids, which is 592, correct?

12  A     Yes.

13  Q     And report in this study as the topline result

14  that it's 2.2 percent, correct?

15  A     Correct.

16  Q     The real fact, sir, if you took the 592

17  denominator, you would have to put in at least one

18  SHAP was reported by --

19  A     5.1 percent.

20  Q     By 30 of 592, correct?

21  A     Yes, which is 5.1 percent.

22  Q     So in the either/or category, sir, it's either

23  592 equaling what percent?

24  A     5.1.

25  Q     Or if you did their SHAP(B) analysis

*(Kessler - Direct)*

1

2       themselves, again this is boys and girls with a

3       prolactin-related event, it would be 13 of?

4       A     358.

5       Q     358.  It's one of those two, correct?

6       A     Yes.

7                   THE COURT:  What's the percentage of 13

8            over 358?

9                   THE WITNESS:  3.6 percent.

10      Q     With the correct numerators and denominators,

11      correct?

12      A     Yes.

13      Q     Am I correct the one thing it's not is 13 out

14      of SHAP(B) out of the denominator of 592?

15      A     That's correct.

16      Q     Would that be misleading, sir?

17      A     Those numbers are not correct.  You would look

18      at this and you would think that the incidence was

19      2.2 percent, and it's more than double.  It's a

20      5.1 percent.

21      Q     Have you seen any documents where Ms. Binder

22      or Mr. Pandina or Dr. De Smedt, Goedel De Smedt who

23      is an author said, Hey, this is wrong, let's change

24      it?

25      A     No, I have not seen it.

1                        *(Kessler - Direct)*

2      Q      I am labeling a document which I just came up

3      with a name for it called abstract numbers, as an

4      exhibit number which is 51.

5                        (P-51 is marked for identification.)

6      Q      By the way, sir, what we have been discussing

7      in this study so far is simply the reporting of the

8      incident rate, correct?

9      A      Yes.

10     Q      Now we are about to turn our attention to this

11     whole issue of Table 21 and whether that ever got

12     reported?

13     A      The association.

14     Q      The association.  I am marking as Exhibit 51

15     my next exhibit number -- my next exhibit number,

16     which is what Mr. Gomez, please?

17                     MR. KLINE:  I am marking as 52 the

18              SHAP(B) figures, and I believe for our record

19              I have everything marked.

20                        (P-52 is marked for identification.)?

21                     MR. KLINE:  I need one more exhibit

22              number.

23                        (P-53 is marked for identification.)

24                     MR. KLINE:  Exhibit 53 is the number of

25              children in the study in the pooled analysis.

*(Kessler - Direct)*

1

2     Q     Thanks for your patience, and let's go to the

3     next thing which is the association.

4                 Now, back to Table 21 for a moment,

5     which is Exhibit No. 34(A).  It's being displayed.

6     Straight across the 8 to 12-week row, very quickly.

7     The statistically significant association, correct?

8     A     Yes.

9     Q     And notice, sir, that the statistically

10    significant association is at weeks?

11    A     8 to 12.

12    Q     8 to 12.  And it's 20?

13    A     Versus seven.

14    Q     It's 20 versus seven, or 7.8 percent, versus

15    2.9 percent.  Correct?

16    A     Yes.

17    Q     And it's at .158?

18    A     The p-value.

19    Q     This is from Table 20 -- bear with me all on

20    the set up, you will see where it goes.

21                 That was from Table 21, and give me the

22    date again?  It's real important to me?

23    A     May 15, 2002.

24    Q     May 15, 2002?

25    A     It's when the data was run.

1              *(Kessler - Direct)*

2              THE COURT:  Let's go back for

3         everybody's memory.  What test was this run?

4         Wasn't there a number to this test, 41 or

5         something?

6              MR. KLINE:  No, Your Honor, this was

7         the pooled analysis where they took five

8         studies including 41, but it was studies 41.

9              THE WITNESS:  19, 20, 93, 97, 41.

10             MR. KLINE:  Combined.

11             THE WITNESS:  It was all those tables.

12             MR. KLINE:  And they looked for the

13        association, and this shows they found it.

14             THE COURT:  Memory is a funny thing,

15        you know.  So this is all of them combined?

16             MR. KLINE:  Yes, and, Your Honor, I

17        might add, this is a lot of information.

18             THE COURT:  That's why I am trying for

19        everybody's sake.  Now this is all of them

20        combined.

21             MR. KLINE:  Yes, the five studies

22        combined, as we have been discussing.

23             THE COURT:  Go ahead.

24   BY MR. KLINE:

25   Q    Now we have Table 21, May 15, 2002, weeks 8 to

*(Kessler - Direct)*

1

2    12, 7.8 percent versus 2.9 percent if you had a

3    normal versus an above the limits of normal

4    prolactin level as to when -- if your prolactin

5    level went up at this time interval, there was an

6    statistically significant association with you

7    getting gynecomastia later.  Correct?

8    A      All of PRAE, yes.

9    Q      Meaning girls and boys, the things that we

10   have seen?

11   A      That's the way this table was done, yes.

12   Q      Now let's look at Table 20.  What was the date

13   of Table 20?

14   A      Have we discussed Table 20?

15   Q      Table 20 --

16   A      I just want to make sure that everybody knows

17   what Table 20 is.

18   Q      I was going to get the date.  What's the date

19   of it?

20   A      It's data run on September 27, 2002.

21   Q      September?

22   A      27th, 2002.

23   Q      This is the table that included --

24   A      Everyone.

25   Q      -- everyone.  I am going to say, Included over

1                    *(Kessler - Direct)*

2    tens, and this is the table that Excluded over tens.

3    Okay, so far?

4                    And please tell me, let's go across

5    weeks 8 to 12?

6    A    You had nine findings of PRAE above the upper

7    limit of normal, nine cases, for a percentage of

8    3.5.

9    Q    And it was at 1.2 percent --

10   A    Was three cases for 1.2 percent if you were in

11   the normal range.

12   Q    Now both sets of information were known to

13   the -- when this article that appears in

14   November 2003, a year and months after both of the

15   data runs, this information was known to the

16   authors, correct?

17   A    Yes.

18   Q    And they presented a table on the comparison

19   of SHAP populations, and I would like to show it

20   now.

21                    Before I show it I want to go back and

22   do one thing.  Let me see if I can do one better.

23                    If I can look at Table 21, that is to

24   say, the pooled analysis of five studies table that

25   included all the kids including the over ten boys.

1               *(Kessler - Direct)*

2    And can we just crib out the prolactin -- just where

3    it says prolactin above normal, Corey, so we can see

4    them?

5               Now these are the different ranges --

6    Dr. Kessler went over this with the jury -- pre-dose

7    four to seven weeks, eight to 12 weeks, and what I

8    need to get from you, sir, on Table 21, is the

9    lowest and highest numbers of the normals and the

10   abnormals.

11   A    We are not just talking about weeks 8 to 12?

12   Q    Correct?

13   A    You want across all weeks, for any week.

14   Q    Yes.

15   A    So I see the highest in the above upper limits

16   of 7.8 percent.  And I see the lowest of

17   4.7 percent.

18   Q    I am going to mark that in there because the

19   jury is going to see why in a minute.  Highest,

20   lowest is -- tell me again?

21   A    Highest, 7.8.  Lowest, 4.7.

22   Q    Is that of any real significance, that number?

23   A    I don't know of any significance.  The

24   significance for me was the 8 to 12 weeks, the 7.8,

25   and the 2.9 that's going across.  That's the

1                      *(Kessler - Direct)*

2    comparison that's statistically significant.

3    Q     And how about in the normal, what's the

4    highest and the lowest if you pick those numbers

5    out?

6    A     If I pick those out, it's 6.5 and 2.9.

7    Q     And all that tells you what the percentages

8    were high and low, correct?

9    A     Yes.

10   Q     Bear with me, everyone.  In Table 20 let's do

11   the same thing.  And this number, this highest and

12   lowest, is that called the range?

13   A     Yeah, it's the range, the frequency of PRAE

14   for the upper limit of normal.

15   Q     Now let's go down to Table 20 real quick, and

16   what's the range and the upper limit?

17   A     1.8 to 3.5.

18   Q     And 3.5, of course, is this number, correct?

19   A     Yes.

20   Q     And then how about down here?

21   A     Within the normal, the range is 1.2 to 3.0.

22   Q     1.2 to 3.0?

23   A     Yes, sir.

24   Q     Now, of the ranges that we have here, the

25   highest and the lowest on Table 21 are both in weeks

1                    *(Kessler - Direct)*

2      12, 8 to 12, correct?  You are comparing the highest

3      to the lowest?

4      A    Yes.  That's the way it works out on 21, yes.

5      Q    And by the way, as it turned out, that number

6      was statistically significant, correct?

7      A    Yes.

8      Q    And if you do the same thing for Table 20, the

9      3.5 compared to the 1.2 range, why that's also in

10     the week 8 to 12 range.  Correct?

11     A    Yes.

12     Q    So if one were to display the ranges only, if

13     one were to display the ranges only, would it be

14     telling anyone that we had the lowest and highest

15     ranges in both weeks 8 to 12 in that cohort, meaning

16     those groups?

17     A    Yes.  The key is, the paper set out to see

18     whether there was any relationship between prolactin

19     levels and PRAE.  They found a relationship at weeks

20     8 to 12.  They don't say it.  The way they put the

21     numbers in the paper doesn't show the fact that they

22     found a relationship at those weeks.

23     Q    Now I am about to display what was in Table B,

24     with this in mind.  I am going to mark this the

25     Weeks 8 to 12 versus the ranges.  Exhibit 54.

1              *(Kessler - Direct)*

2                   (P-54 is marked for identification.)

3     Q      Now with this in mind, let's display Table 3

4     in the published Findling article.  We saw Tables 2

5     and 3, now we are going to see Table 4.  Okay?

6     A      Yes.

7     Q      Now, first of all, I think you already told us

8     but just to be sure, Table 4 does not, correct me if

9     I am wrong, does not show the data in Table 21,

10    correct?

11    A      It does not show the relationship, no, that's

12    correct.

13    Q      And it also doesn't even show the data as

14    presented in Table 20, correct?

15    A      No.

16    Q      What it shows is something completely

17    different, correct?

18    A      Yes.  It does it a completely different way.

19    Q      Let's look.  It shows these ranges, doesn't

20    it?  Instead of showing weeks 8 to 12, it shows

21    these ranges, correct?

22    A      Yes.

23    Q      It shows that in SHAP(A) -- and we are not

24    going to highlight because I am going to pick

25    certain numbers out in a moment -- it shows in

1                        *(Kessler - Direct)*

2      SHAP(A), if you go down the column, it says -- first

3      of all, the title of the table is "Comparison of

4      SHAP Populations (primary analysis populations).

5                        By the way, that's what they focused

6      on, correct?

7      A      Yes.  In that table.

8      Q      Yes.  And by the way, before we get other

9      information, note that in SHAP(A), the mean age of

10     the boy -- what's "mean"?

11     A      Average.

12     Q      Would you pass a statistic test if mean was an

13     average?  Is mean an average?

14     A      For now, so I don't get yelled at by the jury

15     and the Judge.

16                        THE COURT:  Why don't you keep it

17          simple.

18     Q      Mean is not exactly an average, is it?

19     A      No, it's not.

20     Q      What is it?  Come on, please?

21     A      There is a calculation that goes into the

22     mean.

23     Q      Okay.  The mean here is -- the mean age of the

24     boys in SHAP(A) is 11.4, correct?

25     A      Yes.

*(Kessler - Direct)*

Q      When they got rid of all the boys above ten,
the mean age went down to 7.8, correct?

A      Yes.

Q      The mean age of the girls in the study stayed
the same?

A      Yes, because they didn't eliminate the girls.

Q      Exactly.  And if you go down here, they show
ranges.  They show Patients with SHAP and Prolactin
Levels above the Upper Limits of Normal during any
time.  And you see they say -- we don't have to
highlight -- they say 4.7 to 7.8 percent?

A      Yes.

Q      That's telling us, not weeks 8 to 12, or
whoever is reading it, it's just telling them that
the highest and lowest percentage in the whole study
was within those two limits.  Correct?

A      And those numbers are those numbers.

Q      And the same thing if you go over and look at
the Normals, it tells you that the range is 2.9 to
6.5, correct?

A      Yes.  Again, those are the numbers.

Q      Did you ever hear, since we are headed into
the Super Bowl, head on head?  Head on head
competition?

*(Kessler - Direct)*

1

2 A     If you wanted to do head on head, right, you

3 would take that 7.8, and you can highlight it.

4 Q     7.8.

5 A     And the 2.9.

6 Q     2.9?

7 A     That's head on head.  If you look at Table 21,

8 just put that back, if you don't mind, and look at

9 the 8 to 12 weeks, you will see the head on head is

10 the 7.8 and the 2.9.  That's the statistically

11 significant head on head.

12 Q     And by the way, would you also say in the

13 paper it's statistically significant, it's a

14 statistically significant finding?

15 A     You have to because the purpose of the paper

16 is to look for any relationship, and that's a

17 relationship.

18 Q     So let's go back to what they reported.  Let's

19 go down SHAP(B).  That's their other thing.

20        Now there, they say that the range for

21 patients who have above the limits of normal, above

22 the limits of normal, the range is 1.8 to 3.5.  Do

23 you see that?

24 A     Yes.

25 Q     Is that at all a meaningful number?

1                         *(Kessler - Direct)*

2    A     That is the range that it is but head on head.

3    Q     Yes?

4    A     Please, highlight the 3.5, and the 1.2.  And

5    if you do me a favor and go to Table 20, and you

6    look at the 8 to 12 weeks, you will see that's the

7    comparison.  Or if you can't, it's the same thing,

8    if you want to do the head on head --

9                   THE COURT:  Patience, patience.  Is

10        this Table 20?

11                   MR. KLINE:  Yes.

12   Q     There is the 3.5 against the 1.2, correct?

13   A     Yes.

14   Q     And let's go back to the table that they

15   showed in the Findling study.  In the Findling

16   study --

17   A     The pooled analysis.

18   Q     The pooled analysis, yes, the Janssen pooled

19   analysis, this table here.  Does this table here

20   tell the medical community, tell doctors, tell

21   prescribers the problem that they found in Table 21

22   back a year ago?

23   A     No.

24   Q     Now, in addition to this, they write it up.

25   Because there is a Discussion section in the

(*Kessler - Direct*)

1

2      article.  Correct?

3      A      Yes.

4      Q      And let's look at the Discussion section.  On

5      page Bates number 229, for those who have the

6      article in front of them including the Court, it's

7      page 1367 of the article, right under Table 4.

8      Right under it.

9                  So before we get there, before we do

10     the pull-out, am I correct, sir, that if someone is

11     reading this article would see Table 4, and then

12     right under the Table 4 there would be a discussion

13     of what the authors are telling us.  Is that

14     correct?

15     A      That was, in fact, if you looked at the draft

16     four it had that.  And it had the table and it had

17     the statistical association in draft four, yes.  In

18     the text, too.

19     Q      Okay, now let's see what they say in this

20     article.  Starting with, "The percentage of patients

21     with SHAP," okay?  Do you see it there?

22     A      Yes.

23     Q      Again, SHAP is nothing other than PRAE?

24     A      Yes.

25     Q      "The percentage of patients with SHAP was

*(Kessler - Direct)*

1

2   assessed for SHAP(B) patients with prolactin levels

3   above the upper limits of normal versus patients

4   with prolactin levels within the normal range at the

5   various analysis time periods."

6   A     Yes.

7   Q     Do you see that?  Let me stop.  First of all,

8   the various analysis time periods included weeks 8

9   to 12.  Correct, sir?

10  A     Sure.

11  Q     And when it says here the percentage of

12  patients with SHAP was assessed for SHAP(B)?

13  A     Taking out the boys greater than ten.

14  Q     You are only now talking about the study that

15  takes out the boys over ten, correct?

16  A     Yes.

17  Q     And look what they report:  Can we highlight

18  it?

19             "There was no statistical difference in

20  the percentage of patients who reported SHAP for any

21  analysis time period, whether or not prolactin

22  levels were normal or above the upper limits of

23  normal (range, 1.8 to 3.5 percent with SHAP)."

24             Do you see that?

25  A     Yes.

1                    *(Kessler - Direct)*

2    Q     Now let's go back.  Right here, what they are

3    reporting is a range of -- actually, it's 1.2 to

4    3.5, not 1.8.  Correct?

5    A     Yes, I believe that is correct, yes.

6    Q     So that happens to be an error?

7    A     Yes.

8    Q     Right.  Because the range is 1.2 to 3.5?

9    A     Yes.

10   Q     Overlooking that error, just overlooking that

11   error, is the real story told here that there was no

12   statistical difference in the percentage of patients

13   who reported SHAP for any analysis time period?

14   A     That's a correct statement if you are only

15   looking at SHAP(B).  It's not a correct statement if

16   you are looking at all the children.

17   Q     And what did their outside advisors tell them

18   back in 2002?

19   A     Look at all the children.

20   Q     And, sir, would you expect all of the children

21   to be reported?

22   A     I would expect if there were a relationship,

23   there was a statistically significant relationship,

24   that that would be in the paper.  That said we are

25   going to investigate whether there was any

1                    *(Kessler - Direct)*

2    relationship.  It should have been in the paper.

3    Q     And if I can go down on page 1368, which is

4    the next page, which we already talked about

5    briefly, the statement "no correlation was found."

6    "No correlation was found between" -- you can

7    highlight that sentence -- "between SHAP and

8    prolactin levels, even when male gynecomastia during

9    puberty was included."  Would that be the over-tens?

10   A     Yes.

11   Q     And so would this statement be a correct one?

12   A     It should have included the association that

13   was statistically significant.  That's what it

14   should have said.

15   Q     Yes, but my question is a different one.  Is

16   this statement a correct one as stated there?

17   A     It's misleading.

18   Q     And, sir, then if you go down to the bottom of

19   the page, this paper which includes two Janssen

20   authors and is Janssen data, if I can get to this

21   paragraph here, it talks about the clinical

22   implications of the -- can I highlight this --

23   "novel findings."  Do you see that?  The novel

24   findings of this study?  What was the novel finding

25   of this study, sir?

1                    *(Kessler - Direct)*

2    A     The statistically significant association at

3    8 to 12 weeks.

4    Q     Okay, now --

5    A     But it's not in there.

6              MS. SULLIVAN:  Your Honor, that's about

7              the tenth time that we heard that.  I am

8              objecting to it.

9              THE COURT:  Just one second.  For all

10             of us, you are now looking at portions of

11             P-49, which was the Findling article,

12             "Prolactin Levels During Long-Term Risperdal

13             Treatment in Children and Adolescents," and I

14             think we described that as coming from the

15             *Journal of Clinical Psychiatry* or something?

16             MR. KLINE:  Yes, sir, and if I can step

17             back for a moment, I think that when we

18             were -- yes, and I believe it's well

19             identified in the record because I

20             consistently talked about the pages.

21             THE COURT:  You are going back and

22             forth in different tables.  All of us are

23             trying to follow you.

24             MR. KLINE:  I understand.

25

*(Kessler - Direct)*

1

2  BY MR. KLINE:

3  Q      So we are now going to pass November of 2003

4  with this study.  Oh, by the way, I will ask you

5  this question.  I think I covered what I wanted to,

6  but as to your opinion, which you expressed quite

7  awhile ago, is there anything else about the study

8  which I may have missed which comes to mind as being

9  important in discussion with the jury?

10  A      There is.

11  Q      Okay, so what is it?

12  A      So if you go to the last paragraph of the

13  article ending in 231, and if you just kindly

14  highlight the phrase -- the sentence that begins,

15  "If a highly distressing symptom hypothetically

16  attributable to prolactin," and then that includes

17  "substantial breast enlargement, especially in

18  males, develops, clinicians must balance the

19  risk-benefit."  I think this paper gets it right,

20  that these are conditions that are highly

21  distressing.  And if there are these symptoms this

22  all has to be information that's important to

23  physicians.

24  Q      Yes, but then two sentences lower they say,

25  "Although in some cases prolactin levels did remain

1                           *(Kessler - Direct)*

2    --

3                    MS. SULLIVAN:  Objection, Your Honor,

4         Mr. Kline is just testifying now.

5                    MR. KLINE:  I am reading a sentence and

6         asking him a question about it.

7    Q     Is there a sentence below that which says,

8    "Although in some cases prolactin levels did remain

9    above those seen prior to the initiation of

10   risperidone therapy, there is no evidence that

11   untoward effects related to prolactin are likely to

12   be seen at these dosing levels"?

13   A     That's correct.

14   Q     Is that a correct statement?

15   A     It doesn't reflect the statistically

16   significant association.

17                   MR. KLINE:  I want to do a couple of

18        screen shots so we have a record.  This is

19        49(D).

20                   (P-49(D) is marked for identification.)

21                   MR. KLINE:  I need two or three screen

22        shots, Your Honor.

23                   THE COURT:  We are going to recess

24        soon.  Will we close the direct examination

25        before 12:30?

*(Kessler - Direct)*

1

2          MR. KLINE:  I will be close but I don't

3      know if I can be done.

4          THE COURT:  You said you would have the

5      direct examination concluded before lunch.

6          MR. KLINE:  I think I can do that.  If

7      you step back and take this Table 23 as a

8      screen shot.  I think I can get there. I have

9      precious few documents left.

10          I want to do Table 3 as 49(E).  P-49(E)

11      will be that screen shot.

12          (P-49(E) is marked for identification.)

13  BY MR. KLINE:

14  Q    Sir, very quickly, let's see if we can cover

15  this in a heartbeat, I hope.  And maybe even without

16  documents.

17          I am going at your Tab 26 relating to

18  Janssen going to the FDA?

19  A    Yes.

20  Q    Now Janssen was doing these studies so that

21  they could try to get approval for the use of the

22  drug in autism, correct?

23  A    Sure.

24  Q    And they applied to the FDA for approval,

25  correct, sir?

*(Kessler - Direct)*

1

2    A    Yes.

3    Q    And in May of 2005, did the FDA approve it or

4    turn them down?

5    A    They turned them down.  They said it was

6    inadequate at that point in time.

7    Q    Okay, they said that the information was

8    inadequate; is that correct?

9    A    That's correct.

10   Q    And did the FDA tell Janssen that there were

11   deficiencies?

12   A    Yes.

13   Q    And did the FDA tell Janssen that one of the

14   concerns was the sequelae of prolonged increase

15   prolactin?

16   A    Yes.

17   Q    And by the way, what is a sequelae, one or two

18   words?

19   A    The effects.

20   Q    And did the FDA give Janssen a chance in May

21   of 2005 to add information so that the drug could be

22   approved?

23   A    Give more information for the safety profile

24   of the drug, yes.

25   Q    And as Commissioner of the FDA, former

*(Kessler - Direct)*

Commissioner of the FDA, is that anything usual, saying you still haven't given us enough, we would like more information?

A No, that should be done.

Q Okay, and did Janssen Pharmaceuticals then provide more information to the FDA?

A It did.

Q And we all know eventually, in October of 2006, they got approval; correct?

A Yes.

Q When they responded to the FDA's denial of the drug in -- am I correct, in May 2005?

A August 2005.

Q Thank you. I correct the record, August of 2005. When they responded on August 16, 2005 in a document entitled, "Response to FDA Action Letter For Autism and Requesting a Meeting."

A Yes.

Q By the way, anything unusual or untoward or bad about that, a drug company trying to provide additional information, get its drug approved?

A No.

Q I would like you to look at the document, which is August 16, 2005?

1                    *(Kessler - Direct)*

2    A    Yes.

3    Q    JJRE 11084197?

4    A    Yes.

5    Q    And Janssen in that document told the FDA

6    certain things -- it's not a document, it's really a

7    letter?

8    A    That's correct.

9    Q    It's Bates numbers 197 through 206.  And in

10   that letter, sir, which we are going to mark, this

11   is a Johnson & Johnson Pharmaceutical Research and

12   Development LLC letter to Thomas P. Laughren, Acting

13   Director, Division of Psychiatric Products, Center

14   for Drug Evaluation and Research of the Food and

15   Drug Administration in Beltsville, Maryland.

16                    MR. KLINE:  I have marked the document

17         as Exhibit 55, Your Honor.

18                    (P-55 is marked for identification.)

19   Q    I would like you to look at page six?

20   A    I am there.

21   Q    After the FDA told Johnson & Johnson and

22   Janssen no, Janssen's letter in response -- can we

23   display Exhibit 55, page six of the letter, bottom

24   of the page?  I am going to go to the first page,

25   actually.

1                    *(Kessler - Direct)*

2            The first page, the Bates number is

3    JJRE 11084197.  Please display the first page.

4            Johnson and Johnson Pharmaceutical

5    Research and Development LLC is at the top, and the

6    addressee in at the top, addressing it to him, as

7    you would expect in a letter, regarding Risperdal,

8    with the NDA number, and entitled, Response to FDA

9    Action Letter for Autism and Request for Meeting.

10           Now let's see what Janssen said on page

11   six of the letter.

12   A     I am there.

13   Q     Bottom of the page?

14   A     Yes.

15   Q     They talk about the DBD studies, correct?

16   A     I would highlight, Mr. Kline, where it says

17   long-term safety.  That's really the section that

18   this is referring to.  This is about long-term

19   safety.

20   Q     Yes, let's go back up if we can.  Was one of

21   the things that the FDA was still concerned about

22   prior to approval of the drug long-term safety?

23   A     Exactly.

24   Q     And is long-term safety including everything

25   we have been talking about for two days about this

*(Kessler - Direct)*

1

2    prolactin issue?

3    A     Yes.

4    Q     And rather than me telling the jury and you

5    confirming, please tell the jury what's important in

6    this paragraph that they told to the FDA?

7    A     There is a sentence, if I can ask you to

8    highlight, it's mid sentence.  And again, you are

9    correct that it's referring to -- let's actually

10   start with the first sentence.

11              "A detailed review of prolactin in

12   children with DBD treated for up to 12 weeks."  So

13   those are the studies.

14   Q     Up to 12 months.  You said weeks?

15   A     I am sorry.  Twelve months.  That's the

16   reference and those are, in fact, the DBD studies

17   that were pooled together.  But it's the sentence --

18   Q     That's the pooled analysis of the five studies

19   we have been talking about for the last day?

20   A     Exactly.  That's the pooled analysis.  And

21   it's the subject of that paper that we spent a lot

22   of time talking about.  If you highlight the

23   sentence that says, "A review of the safety

24   information."

25   Q     This is Janssen telling the FDA?

1                    *(Pledger v Janssen, et al.)*

2    A     Right, in 2005.  "A review of the safety

3    information did not show a correlation between

4    prolactin levels and adverse events that are

5    potentially attributable to prolactin."

6                    That's my concern.

7    Q     Tell us about the concern, sir?

8    A     It was a statistically significant finding

9    that was the result of that pooled analysis.  At

10   best, that's a misleading statement.

11   Q     At best?

12   A     At best.

13   Q     I won't ask you at worst.

14                   MS. SULLIVAN:  Objection, Your Honor,

15           that's argument.

16                   MR. KLINE:  I completed my direct

17           examination, Your Honor, as the Court

18           requested.

19                   THE COURT:  All right, then we will

20           adjourn right now for lunch.  Please be back

21           by 1:30.  Again, please wear the yellow

22           badges, do not discuss it with each other,

23           keep an open mind, we will hear the cross

24           examination after lunch.  Please do not talk

25           to anyone about this case.  Nobody.

1              *(Pledger v Janssen, et al.)*

2              All right, thank you very much.

3              (The jury is excused for the luncheon

4       recess and the following transpired in open

5       court:)

6              THE COURT:  There are some other issues

7       I think maybe we should address.

8              MS. SULLIVAN:  Your Honor, at this time

9       we moved to strike Dr. Kessler's testimony.

10      It's untethered to any Regulatory opinion.  He

11      is giving sort of his gut opinion, not citing

12      any regulations and instructing the jury on

13      common law, and we would object under the Frye

14      standard here, and also on 403 grounds.

15             His report was clear he was going to

16      give a labeling opinion, that we violated

17      regulations.  He didn't give that opinion.  He

18      has now completely changed it because he knows

19      the FDA has disagreed with him on the labeling

20      opinion, and that was our pre-emption motion,

21      Judge.

22             THE COURT:  You have got a lot of

23      different points in that one statement.  The

24      one I want to see for the moment is the one

25      involving the expert report.  Everyone please

*(Pledger v Janssen, et al.)*

1     be seated.

2         I am very comfortable with Dr.

3     Kessler's qualifications as he was presented

4     and the fields he was presented with as to his

5     testimony in this case.  I do want to see,

6     however, whether there were any issues that

7     go beyond the scope of the expert report and

8     whether those are a surprise in any way to the

9     defendant prior to cross examination.

10        MS. SULLIVAN:  Your Honor, the specific

11    objection is nowhere in his expert report --

12    the word Dear Doctor letter is not in his

13    expert report.

14        THE COURT:  That's not what we are

15    talking about.

16        MS. SULLIVAN:  I have Warning --

17        THE COURT:  These are all, you know, he

18    testified for three days.  So I doubt that

19    there was a verbatim translation of the expert

20    report.  Otherwise why would we have the trial

21    testimony itself.

22        MS. SULLIVAN:  But the core of his

23    opinion, in his report anyway, is that we

24    violated the labeling regulations.

1              *(Pledger v Janssen, et al.)*

2                   THE COURT:  Let me see that.

3                   MS. SULLIVAN:  He has now not given

4         that opinion.

5                   THE COURT:  Let me see that.  The

6         expert opinion that I heard was that there was

7         an inadequate warning on this particular

8         label.

9                   MS. SULLIVAN:  On the label.

10                  THE COURT:  As to this particular

11        label.  Let's see what he says as to his

12        opinion on his expert report.

13                  MS. SULLIVAN:  I am handing up page 67

14        of Dr. Kessler's report.  Paragraph 258 and

15        259 on page 67 is among the many places where

16        Dr. Kessler talks about the fact that we

17        violated Federal statute regulation and agency

18        policy by not having a warning in the Warnings

19        section of our label.  He didn't give that

20        opinion, instead, he has morphed into a common

21        law expert, instructing the jury on the law,

22        and we submit that's improper.

23                  THE COURT:  I am looking at paragraph

24        260 in his expert report:  "In my opinion

25        Janssen failed to adequately warn physicians

1              (*Pledger v Janssen, et al.*)

2        about the risk of gynecomastia."

3              That is in essence his opinion, it's

4        right there, paragraph 260.  So therefore,

5        your motion is denied.

6              MS. SULLIVAN:  I understand Your

7        Honor's ruling, but in his report at least it

8        was tethered to the regulations.  Here, it is

9        just instructing the jury on his common law

10       gut feelings.

11             THE COURT:  Motion denied.

12             MS. SULLIVAN:  Thank you, Your Honor.

13             THE COURT:  Anything else?

14             MR. KLINE:  Just to mark as part of the

15       record, I know it's denied and I know it

16       usually violates good practice to add when you

17       have won, but there was a deposition taken of

18       him.  Contrary to the custom and practice in

19       our Pennsylvania courts, these experts are all

20       deposed in pharma cases under our Mass Tort

21       protocol, and he was specifically asked

22       questions about all of these things.

23             He told a lawyer for Janssen, "It's the

24       best way to do it.  I mean there are other

25       ways, you can do Dear Doctor letters, but I

1          *(Pledger v Janssen, et al.)*

2          certainly wouldn't want, blah, blah, blah, he

3          goes on.

4                    Every issues was talked about.  He

5          talked about Dear Doctor letters, he talked

6          about notifying the sales rep --

7                    MS. SULLIVAN:  It's a different case,

8          Your Honor, it's a Texas case.

9                    MR. KLINE:  May I please?  Okay, it's

10         been denied, I am sorry I talked.

11                   THE COURT:  There is no surprise that

12         can be identified to the defense.  That motion

13         is denied, and I am very comfortable with the

14         doctor's qualifications to render that

15         opinion.

16                   MR. KLINE:  I have two matters.

17                   THE COURT:  Anything else?

18                   MR. KLINE:  I don't think we need to

19         argue, I have two matters to hand up, I know

20         the Court likes to be alerted ahead if we

21         think an issue is going to arise.

22                   There are two issues, one of which I

23         gave to the Court already, I don't want to

24         stand here and argue it, but it has to do

25         with, to the extent, I think we have already

1          (*Pledger v Janssen, et al.*)

2     covered this issue with money in

3     qualifications.  Ms. Sullivan didn't

4     cross-examine on it and I wouldn't expect to

5     hear about it again since that was her

6     opportunity.

7          MS. SULLIVAN:  Money doesn't go to

8     qualifications.

9          MR. KLINE:  To the extent she does try

10    to go to it and wants to go to it and the

11    Court allows her, I handed up case law that's

12    very specific in Pennsylvania that has to do

13    with the proper scope of cross examination.  I

14    gave these to you.

15         THE COURT:  I read those.

16         MR. KLINE:  Proper scope of cross

17    examination.

18         THE COURT:  You want that ruling on

19    that issue now?

20         MR. KLINE:  I just want to make sure

21    Court is aware.

22         THE COURT:  I am aware.  However, there

23    are some nuances in this area.  It is not

24    appropriate to discuss the fees in other

25    cases, but it is quite common in Pennsylvania

1              (*Pledger v Janssen, et al.*)

2        to discuss overall earnings from expert fees

3        in total part of a consulting or reporting or

4        expert report practice.  That's very common.

5              MR. KLINE:  I believe that that is

6        specifically in these cases that says that an

7        expert witness does not under Pennsylvania law

8        need to "turn his pockets inside out."  It

9        says so in the cases I gave the Court.  And

10       that doesn't go to his bias because he has a

11       relationship with.

12             THE COURT:  Hold on one second.

13             MS. SULLIVAN:  Your Honor, the argument

14       is twofold on that.  First, I am not sure Mr.

15       Kline read the cases he handed the Court, but

16       the cases make clear --

17             MR. KLINE:  Of course, I read them.

18             MS. SULLIVAN:  Including the Coward V

19       Owens Corning case, that testimony against the

20       same industry goes directly to bias and is

21       permissible.  And also, Your Honor, Mr. Kline

22       opens the door by spending about a half hour

23       asking Dr. Kessler about his testifying and

24       money, and it's clearly proper.

25             MR. KLINE:  Not money.  Not money.

1              *(Pledger v Janssen, et al.)*

2              THE COURT:  One second.  What is your

3      take, Mr. Kline, on the law in <u>Mohen versus</u>

4      <u>Hahnemann</u> that Judge Rau decided awhile ago,

5      regarding this issue as to what is permitted

6      regarding money?

7              MR. KLINE:  My understanding of

8      Pennsylvania law is it's very clear:  Money is

9      different from whether he testified against

10     the industry.  I think it's fair game to be

11     asked whether, under these cases,

12     collectively, whether the expert has testified

13     before in pharma cases against pharma

14     companies, whether he shows up every other

15     week to testify, whether he testifies more for

16     the plaintiff than for the pharma company in

17     these cases.  That's all fair game.

18              What is not fair game is to suggest as

19     she did in her opening, this man has made

20     "millions testifying against pharma."  That is

21     clearly unequivocally prohibited.  The other

22     is all fair game.

23              What is permitted as to money --

24              MS. SULLIVAN:  Your Honor --

25              MR. KLINE:  Again, may I please?

1          *(Pledger v Janssen, et al.)*

2          THE COURT:  Ms. Sullivan, let him

3     finish.

4          MS. SULLIVAN:  I am sorry.

5          MR. KLINE:  As to money, there is a

6     very famous Bob Dylan song from the 60s called

7     *Brownsville Gir*l where the line is, "She

8     changed the subject every time money came up."

9     That's just a 60's reference.

10          The fact of the matter is on money, she

11     can go to town on how much I paid him, how

12     much Mr. Sheller has paid him, and by the way,

13     I would agree how much he has been paid in the

14     Risperdal litigation.

15          THE COURT:  We already talked about

16     that.  It was a quarter of million dollars, so

17     far.

18          MR. KLINE:  It only goes to show you

19     the stakes.  We just would love everybody to

20     know what the stakes are here.  But the -- my

21     last point is, that's the distinction.  The

22     distinction is she cannot, and it will be

23     error, suggest to this jury that he has made

24     millions, paid by someone else.

25          For example, he was paid a significant

1               *(Pledger v Janssen, et al.)*

2       amount of money, we all know this, in a case

3       called Actos.  Actos was a single plaintiff, a

4       case in Texas, a company after he testified

5       was -- the plaintiff was awarded $9 billion.

6               So I guess we get that in if she gets

7       into money.  She can't get to the money that

8       another lawyer paid.

9               THE COURT:  There is a lot of danger in

10      your posture.  There is a lot of negativity

11      about your client that has been kept out of

12      this trial.  If we go into this who said what

13      against who for what purpose and which case,

14      you never know what ends up being permissible

15      in this trial.

16              MS. SULLIVAN:  Your Honor, just on the

17      subject of money and fees, and Mr. Kline's

18      threat that it's reversible error, it clearly

19      is not.  The very case Mr. Kline handed you,

20      the Coward versus Owens Corning, it was held

21      that the cross-examination of the expert

22      witness regarding the amount of the fees he

23      was paid to testify against other asbestos

24      defendants over the 20 years was allowed

25      because it goes to potential bias in favor of

1          *(Pledger v Janssen, et al.)*

2          the parties litigating the claims.

3                    THE COURT:  We will look at them again,

4          but what these cases stand for is that there

5          is some, as in virtually any evidentiary

6          ruling, a balancing between probativity and

7          prejudice.  So we will look at it with that in

8          mind and give you your instructions before

9          cross examination.

10                    MR. KLINE:  By the way, on that,

11         asbestos:  Product.  Risperdal:  Product.

12         It's not industry.  That was the distinction

13         made there.

14                    Very briefly, Your Honor --

15                    THE COURT:  I do think defense should

16         bear in mind that the opening up of other

17         matters in this case has the potential of

18         widening the door as to other prior acts by

19         the defendants.

20                    MS. SULLIVAN:  Well, Your Honor, one is

21         proper evidence and one is not, I would

22         submit.  Clearly, under the case law.

23                    THE COURT:  It depends on what

24         purpose -- it all depends on the posture of

25         the evidence that's being presented.  And I am

1              *(Pledger v Janssen, et al.)*

2       just cautioning you that you never know.  You

3       just never know what you have opened up.

4              MS. SULLIVAN:  One is bias and fair

5       game, one is prior bad acts.

6              THE COURT:  Again, you can argue

7       evidence later, but I am just warning you that

8       these kind of issues will be considered.  I

9       will give you some parameters.  If you wish to

10      break them, then do so.

11             MS. SULLIVAN:  Thank you.

12             MR. KLINE:  The other issue, Your

13      Honor, if I may hand up a brief bench memo,

14      and I know that defense counsel is going to

15      want to discuss FDA and FDA documents.

16             MS. SULLIVAN:  You put them in

17      evidence, counsel.

18             MR. KLINE:  I have not.

19             MS. SULLIVAN:  You put the FDA contact

20      report in and you read from the --

21             THE COURT:  Ms. Sullivan, let the

22      gentleman finish.  Whatever is in evidence is

23      already in evidence.  He can't take it back

24      and there it is.  So what's the issue?

25             MR. KLINE:  The issue is, Your Honor, I

1              *(Pledger v Janssen, et al.)*

2        am handing up a bench memo, rather than

3        arguing and taking our lunchtime, I will hand

4        it you to.  It's a couple of pages.  It says

5        what I would say if I were standing here

6        arguing, even if I were arguing uninterrupted.

7              It basically says that there are rules

8        as to what can come in from the FDA and not.

9        Pennsylvania law is different than Federal

10       Rule of Evidence 803(6), in that opinions are

11       not allowed, and our official records doctrine

12       in Pennsylvania, which is 42 Pa.C.S. 6104, has

13       an exception for Commonwealth documents, not

14       Federal documents.  So I just would like the

15       Court to take that into consideration.

16             THE COURT:  I will review that, but

17       again, our practice in this Court, FDA

18       documents and the nature of the relationship

19       between the FDA and their requirements and

20       state law is not preempted in evidence.

21             MR. KLINE:  FDA --

22             THE COURT:  Otherwise we wouldn't be

23       having this trial.

24             MR. KLINE:  Here is the distinction,

25       yes, Your Honor, here is the distinction:  FDA

1                    *(Pledger v Janssen, et al.)*

2         actions are not preempted.  FDA opinions are

3         hearsay under the current law in Pennsylvania,

4         and that is the bench memo I gave Your Honor,

5         respectfully, for consideration.

6              MS. SULLIVAN:  Your Honor, we weren't

7         provided with a copy.

8              MR. KLINE:  I just gave it to you.

9              MS. SULLIVAN:  Our argument would be

10        twofold.  First, as part of approval package,

11        the FDA documents come to Janssen, they

12        maintain them in the ordinary court of

13        business.  We will have witnesses --

14             THE COURT:  The difficulty I have is

15        the timing of this particular motion.  It

16        really should have come in before the trial.

17        It's a little bit of sabotage here in the

18        posture right before cross examination.  So it

19        may have been waived up until now.  So we will

20        take a recess now.

21             MR. KLINE:  Your Honor, respectfully,

22        you cannot waive a correct or incorrect legal

23        ruling.  And I am calling the Court's

24        attention to what I believe to be the law.

25        That's all I am doing.

1          *(Pledger v Janssen, et al.)*

2                THE COURT:  The law will be reviewed,

3          but I do believe this has been waived for the

4          purposes of fairness at trial, and that has

5          the overall -- that is the most important

6          thing that the appellate courts care about,

7          what is fair at a trial.

8                MR. KLINE:  I gave you the law, Your

9          Honor.  The law is the law.

10                             - - -

11          (A luncheon recess is taken at 12:40 p.m.)

12                             - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    *(Pledger v Janssen, et al.)*

2

3              I HEREBY CERTIFY THAT THE PROCEEDINGS

4     AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN

5     THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE

6     CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF

7     THE SAME.

8

9                         JUDITH ANN ROMANO, RPR-CM-CRR
                          OFFICIAL COURT REPORTER
10                        COURT OF COMMON PLEAS
                          PHILADELPHIA COUNTY

11

12             THE FOREGOING CERTIFICATION OF THIS

13    TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE

14    SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL

15    AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

16

17

18

19

20

21

22

23

24

25

**$**

**$9 [1]**  98/5
**$9 billion [1]**  98/5

**.**

**.............................Page [1]**  4/8
**.02 [2]**  14/2 16/12
**.158 [1]**  63/17
**.8 [2]**  51/22 53/25
**.8 percent [1]**  51/22

**0**

**01997 [1]**  1/12
**064 [1]**  10/6
**084 [1]**  12/5
**08540 [1]**  3/5
**088 [1]**  21/2
**089 [2]**  19/14 19/15
**093 [2]**  10/5 10/6
**0942 [1]**  2/6

**1**

**1.2 [7]**  68/21 68/22 69/9 74/4 74/12 77/3
 77/8
**1.2 percent [2]**  66/9 66/10
**1.4 percent [1]**  54/16
**1.8 [4]**  68/17 73/22 76/23 77/4
**10 [1]**  4/6
**10 o'clock [1]**  7/21
**1000 [1]**  2/12
**103 [10]**  41/13 41/21 42/21 43/2 43/4 47/13
 47/16 47/17 48/8 54/15
**10:01 p.m [1]**  8/21
**11.4 [1]**  71/24
**1100 [1]**  3/6
**11084197 [2]**  85/3 86/3
**12 [26]**  4/6 14/8 30/11 30/25 34/7 63/11
 63/12 65/2 66/5 67/7 67/11 67/24 69/2 69/2
 69/10 69/15 69/20 69/25 70/20 72/14 73/9
 74/6 76/9 79/3 87/12 87/14
**12-week [1]**  63/6
**12:30 [1]**  81/25
**12:40 [1]**  103/11
**13 [9]**  13/17 50/5 50/9 58/13 59/25 60/7 61/3
 61/7 61/13
**1359 [1]**  2/12
**1362 [1]**  31/13
**1364 [1]**  35/5
**1367 [3]**  38/20 38/21 75/7
**1368 [3]**  31/12 33/12 78/3
**1369 [1]**  31/14
**14 [2]**  39/13 43/8
**14088063 [1]**  8/17
**14088064 [1]**  10/5
**15 [4]**  11/12 63/23 63/24 64/25
**1525 [1]**  2/11
**1528 [1]**  2/5
**16 [3]**  4/7 84/16 84/25
**19 [4]**  9/4 11/6 15/23 64/9
**19102 [2]**  2/6 2/12
**19103-6996 [1]**  2/22
**197 [1]**  85/9
**19th [1]**  2/11
**1:30 [1]**  88/21

**2**

**2 percent [4]**  54/5 54/6 54/7 54/23
**2.........................Page [1]**  4/9
**2.2 [1]**  59/2
**2.2 percent [5]**  50/7 58/13 60/2 60/14 61/19
**2.9 [6]**  67/25 68/6 72/20 73/5 73/6 73/10
**2.9 percent [2]**  63/15 65/2
**20 [16]**  63/12 63/14 63/19 64/9 65/12 65/13

 65/14 65/15 65/17 68/10 68/15 69/8 70/14
**2000 [1]**  2/22
**2002 [10]**  8/16 11/6 17/2 17/15 63/23 63/24
 64/25 65/20 65/22 77/18
**2003 [9]**  26/7 31/24 32/3 32/4 32/5 32/6 32/7
 66/14 80/3
**2004 [1]**  11/12
**2005 [8]**  83/3 83/21 84/13 84/14 84/16 84/16
 84/25 88/2
**2006 [1]**  84/10
**2010 [1]**  1/5
**2012 [1]**  1/6
**2015 [1]**  1/15
**206 [1]**  85/9
**21 [14]**  8/15 11/24 57/5 62/11 63/4 63/21
 64/25 66/23 67/8 68/25 69/4 70/9 73/7 74/21
**212-310-8007 [1]**  3/6
**215 [6]**  2/6 2/6 2/12 2/12 2/23 2/23
**21st [1]**  17/10
**22 [5]**  4/7 45/20 46/9 47/10 50/20
**229 [2]**  38/21 75/5
**23 [4]**  32/3 32/4 45/19 82/7
**230 [1]**  33/14
**231 [1]**  80/13
**255 [9]**  41/17 42/11 42/25 49/12 53/8 53/14
 53/15 53/23 54/23
**258 [1]**  91/14
**259 [1]**  91/15
**26 [1]**  82/17
**260 [2]**  91/24 92/4
**27 [2]**  4/8 65/20
**2700 [1]**  2/23
**2757 [1]**  2/23
**27th [1]**  65/22
**296 [1]**  1/5
**2:13 p.m [1]**  17/3

**3**

**3.0 [2]**  68/21 68/22
**3.5 [9]**  66/8 68/17 68/18 69/9 73/22 74/4
 74/12 77/4 77/8
**3.5 percent [1]**  76/23
**3.6 [1]**  50/8
**3.6 percent [3]**  50/9 57/8 61/9
**30 [5]**  1/15 13/14 46/24 47/5 60/20
**301 [1]**  3/5
**303 [1]**  3/5
**31 [1]**  36/13
**34 [1]**  63/5
**358 [14]**  41/25 42/3 45/4 49/6 49/9 49/10
 49/22 50/2 50/9 51/12 53/3 61/4 61/5 61/8
**3800 [1]**  2/17
**3850 [1]**  2/17
**3rd [2]**  17/12 22/16

**4**

**4.4 [1]**  46/17
**4.4 percent [3]**  46/18 47/11 48/6
**4.7 [2]**  67/21 72/12
**4.7 percent [1]**  67/17
**403 [1]**  89/14
**41 [4]**  64/4 64/8 64/8 64/9
**42 [1]**  101/12
**425 [1]**  1/18
**46 [1]**  8/14
**47 [10]**  4/6 4/6 10/4 10/4 10/9 12/7 12/8
 20/24 21/3 21/4
**48 [8]**  4/7 4/7 4/8 16/17 16/20 22/17 22/20
 22/22
**489 [5]**  41/6 41/12 46/13 46/14 47/10
**49 [23]**  4/8 4/9 4/9 4/10 4/12 4/13 27/4 27/5
 27/6 31/10 55/22 55/24 56/3 56/5 56/6 56/22

**49... [7]** 56/24 79/11 81/19 81/20 82/10 82/10
82/12
**4th [1]** 2/5

**5**

**5.1 [5]** 47/2 47/2 57/8 58/14 60/24
**5.1 percent [7]** 47/3 47/8 48/3 59/2 60/19
60/21 61/20
**50 [5]** 4/8 48/19 48/20 48/21 55/19
**50 percent [1]** 36/19
**500-some [1]** 40/20
**51 [4]** 4/10 62/4 62/5 62/14
**52 [3]** 4/11 62/17 62/20
**53 [3]** 4/11 62/23 62/24
**54 [3]** 4/12 69/25 70/2
**546-0942 [1]** 2/6
**55 [4]** 4/13 85/17 85/18 85/23
**56 [3]** 4/9 4/9 4/10
**592 [23]** 40/5 40/22 41/16 42/7 42/11 44/23
45/13 46/24 47/5 49/23 49/24 51/12 51/21
51/21 52/4 52/24 58/14 59/25 60/11 60/16
60/20 60/23 61/14

**6**

**6.5 [2]** 68/6 72/21
**60's [1]** 97/9
**6009 [1]** 2/16
**609-986-1100 [1]** 3/6
**60s [1]** 97/6
**6104 [1]** 101/12
**62 [4]** 4/10 4/11 4/11 4/12
**64:11 [1]** 31/24
**67 [2]** 91/13 91/15
**6996 [1]** 2/22

**7**

**7.7 [1]** 47/18
**7.7 percent [3]** 47/19 48/8 54/15
**7.8 [6]** 67/21 67/24 72/3 73/4 73/10
**7.8 percent [4]** 63/14 65/2 67/16 72/12
**713-222-3800 [1]** 2/17
**713-222-3850 [1]** 2/17
**7300 [1]** 2/6
**77007 [1]** 2/17
**772-1000 [1]** 2/12
**772-1359 [1]** 2/12
**790-7300 [1]** 2/6

**8**

**8007 [1]** 3/6
**803 [1]** 101/10
**8065 [2]** 12/9 12/10
**8084 [2]** 12/4 12/19
**81 [1]** 4/12
**82 [1]** 4/13
**85 [1]** 4/13

**9**

**93 [1]** 64/9
**97 [1]** 64/9
**988-2700 [1]** 2/23
**988-2757 [1]** 2/23
**9:54 a.m [1]** 5/2

**A**

**a.m [2]** 5/2 7/21
**aberrant [1]** 23/14
**able [3]** 11/22 16/24 40/24
**abnormal [1]** 23/14
**abnormals [1]** 67/10
**above [17]** 13/13 13/18 13/19 23/15 23/25 65/3
66/6 67/3 67/22 72/10 73/21 73/21 76/3

76/22 81/9 104/5
**599-12 [1]** 74/24
**abstract [8]** 30/17 31/4 57/11 57/16 59/12
59/15 59/16 62/3
**accepted [1]** 32/3
**accessible [1]** 41/5
**according [4]** 35/10 46/20 47/18 50/10
**ACCURATELY [1]** 104/4
**accustomed [1]** 27/4
**Acknowledgments [1]** 11/4
**across [5]** 53/16 63/6 66/4 67/13 67/25
**Acting [1]** 85/12
**Action [2]** 84/17 86/9
**actions [2]** 5/23 102/2
**active [1]** 21/12
**Actos [2]** 98/3 98/3
**acts [2]** 99/18 100/5
**add [3]** 64/17 83/21 92/16
**addition [1]** 74/24
**additional [5]** 17/20 17/24 17/25 18/20 84/22
**address [1]** 89/7
**addressee [1]** 86/6
**addressing [1]** 86/6
**adds [1]** 16/15
**adequately [1]** 91/25
**adjourn [1]** 88/20
**Administration [1]** 85/15
**admitted [1]** 3/4
**adolescents [5]** 9/20 10/21 13/12 27/8 79/13
**advance [1]** 29/17
**adverse [7]** 13/3 33/18 35/8 46/23 47/6 47/20
88/4
**advise [1]** 23/3
**advising [1]** 23/17
**advisor [1]** 23/9
**advisors [3]** 11/11 22/14 77/17
**advisory [3]** 23/5 23/18 25/11
**Affairs [1]** 28/2
**after [8]** 20/2 38/3 38/6 38/7 66/14 85/21
88/24 98/4
**again [29]** 10/11 12/9 12/11 14/4 16/18 19/20
20/6 20/22 24/25 26/16 28/15 31/19 42/9 44/8
55/16 57/10 58/17 61/2 63/22 67/20 72/22
75/23 87/8 88/21 94/5 96/25 99/3 100/6
101/17
**against [9]** 23/3 48/6 74/12 95/19 96/9 96/13
96/20 98/13 98/23
**age [5]** 58/2 71/9 71/23 72/3 72/5
**agency [1]** 91/17
**ages [4]** 9/7 11/18 39/13 40/11
**ago [4]** 47/22 74/22 80/7 96/4
**agree [2]** 23/11 97/13
**agreement [1]** 5/8
**ahead [6]** 10/16 21/3 24/9 43/12 64/23 93/20
**al [3]** 8/15 17/5 18/22
**alerted [1]** 93/20
**all [120]**
**ALLISON [1]** 3/4
**allison.brown [1]** 3/7
**allowed [2]** 98/24 101/11
**allows [1]** 94/11
**along [1]** 50/17
**already [6]** 70/7 78/4 93/23 93/25 97/15
100/23
**also [12]** 5/19 30/2 32/2 37/5 39/23 43/2
58/18 69/9 70/13 73/12 89/14 95/21
**alternate [4]** 35/23 35/24 36/2 36/7
**Although [2]** 80/25 81/8
**always [1]** 38/14
**am [56]** 6/2 6/20 6/23 14/25 16/16 24/3 28/11
34/15 37/17 38/11 38/12 43/10 44/13 48/16
48/17 49/12 51/5 52/12 52/14 54/11 55/23
55/24 59/7 61/13 62/2 62/14 62/17 64/18

# A

am... **[28]** 65/25 67/18 69/23 69/24 70/9 70/24 75/10 79/7 81/5 82/17 84/13 85/20 85/24 86/12 87/15 90/3 91/13 91/23 93/10 93/13 94/22 95/14 97/4 99/25 100/7 101/2 102/23 102/25
**amenorrhea [4]** 35/18 36/15 46/2 48/9
**American [2]** 32/20 52/2
**among [1]** 91/15
**amount [5]** 9/5 11/17 15/18 98/2 98/22
**analyses [1]** 17/19
**analysis [35]** 8/25 9/8 11/19 11/23 16/4 17/25 25/5 25/6 27/13 27/15 33/21 36/4 39/16 39/18 43/18 49/20 54/18 56/4 57/5 58/25 60/25 62/25 64/7 66/24 71/4 74/17 74/18 74/19 76/5 76/8 76/21 77/13 87/18 87/20 88/9
**and there [1]** 21/10
**AND/OR [1]** 104/15
**ANN [2]** 1/24 104/9
**another [4]** 5/14 28/9 41/15 98/8
**answer [2]** 12/25 40/20
**antipsychotic [1]** 21/21
**any [32]** 6/17 10/14 12/13 12/16 13/6 16/3 16/12 20/5 23/3 23/12 23/18 23/19 29/14 35/15 36/2 61/21 67/13 67/22 67/23 69/18 72/10 73/16 76/20 77/13 77/25 89/10 89/12 90/7 90/9 99/5 104/13 104/14
**anyone [2]** 69/14 88/25
**anything [8]** 26/20 56/17 57/4 80/7 84/2 84/20 92/13 93/17
**anyway [1]** 90/24
**apologize [3]** 12/9 13/18 17/3
**appear [3]** 12/17 20/3 28/10
**APPEARANCES [2]** 2/2 3/2
**appeared [1]** 13/5
**appears [3]** 8/20 27/24 66/13
**appellate [1]** 103/6
**applied [1]** 82/24
**apply [2]** 38/7 104/13
**appreciated [1]** 50/17
**approach [1]** 9/10
**appropriate [2]** 18/23 94/24
**approval [5]** 82/21 82/24 84/10 86/22 102/10
**approve [1]** 83/3
**approved [2]** 83/22 84/22
**APRIL [1]** 1/6
**aptly [1]** 23/9
**are [135]**
**are these [1]** 80/21
**area [2]** 19/17 94/23
**aren't [1]** 48/10
**argue [3]** 93/19 93/24 100/6
**arguing [3]** 101/3 101/6 101/6
**argument [3]** 88/15 95/13 102/9
**argumentative [2]** 15/20 37/15
**arise [1]** 93/21
**arithmetic [1]** 44/15
**ARNOLD [1]** 2/15
**arnolditkin.com [1]** 2/16
**around [1]** 7/15
**article [35]** 27/6 27/22 27/24 28/7 29/9 29/10 29/19 29/23 30/4 30/7 30/14 31/7 31/10 31/10 31/12 31/12 31/12 33/10 34/7 34/20 38/22 59/7 59/9 59/10 59/11 59/19 66/13 70/4 75/2 75/6 75/7 75/11 75/20 79/11 80/13
**Article...........................Page [1]** 4/8
**articles [1]** 33/8
**asbestos [2]** 98/23 99/11
**asking [2]** 81/6 95/23
**assessed [2]** 76/2 76/12
**assistance [1]** 31/23
**association [20]** 30/19 30/23 32/21 34/10

34/11 34/12 34/15 44/10 58/19 62/13 62/14
81/16
**attached [4]** 9/3 10/2 11/16 17/11
**attaches [1]** 8/24
**attention [3]** 19/5 62/10 102/24
**attributable [3]** 12/15 80/16 88/5
**August [4]** 84/14 84/15 84/16 84/25
**August 16 [2]** 84/16 84/25
**August 2005 [1]** 84/14
**author [3]** 26/9 26/22 61/23
**authors [6]** 27/10 34/14 37/9 66/16 75/13 78/20
**autism [3]** 82/22 84/18 86/9
**average [4]** 71/11 71/13 71/13 71/18
**awarded [1]** 98/5
**aware [3]** 7/17 94/21 94/22
**away [1]** 6/7
**awhile [2]** 80/7 96/4

# B

**back [33]** 12/9 12/24 14/10 14/11 15/25 19/12 28/14 29/8 37/6 45/5 47/21 50/18 52/15 55/8 55/10 55/18 56/3 57/10 63/4 64/2 66/21 73/8 73/18 74/14 74/22 77/2 77/18 79/17 79/21 82/7 86/20 88/20 100/23
**background [4]** 12/12 29/9 29/10 57/13
**bad [3]** 53/10 84/21 100/5
**badges [2]** 6/5 88/22
**balance [1]** 80/18
**balancing [1]** 99/6
**based [8]** 6/9 18/9 19/22 20/12 20/15 23/12 23/21 30/23
**baseline [3]** 19/24 19/25 22/25
**basically [1]** 101/7
**basis [1]** 44/4
**Bates [9]** 10/4 12/3 19/14 20/25 33/14 38/20 75/5 85/9 86/2
**be [75]** 5/5 5/12 5/16 5/24 6/3 6/6 6/23 7/14 7/17 7/22 9/18 11/15 14/15 14/16 14/20 16/23 18/25 20/3 23/8 23/24 25/8 25/19 32/10 32/10 32/11 32/14 33/4 33/21 34/16 39/7 40/14 41/19 41/21 44/12 44/17 44/23 49/22 49/24 50/2 51/4 53/23 54/10 54/14 54/15 55/10 57/16 59/2 61/3 61/16 69/13 70/8 75/12 77/6 77/21 77/24 78/9 78/11 80/22 81/12 82/2 82/3 82/11 83/21 84/5 88/20 90/2 93/12 93/20 96/10 97/22 100/8 101/22 102/9 102/24 103/2
**bear [4]** 52/17 63/19 68/10 99/16
**because [26]** 5/20 6/24 13/22 21/24 23/18 25/5 38/4 38/6 42/21 43/5 44/7 45/4 49/13 51/13 51/14 52/14 67/18 70/24 72/7 73/15 74/25 77/8 79/19 89/18 95/10 98/25
**become [1]** 12/6
**becomes [1]** 21/17
**been [22]** 5/6 8/5 8/21 10/15 24/14 26/16 29/15 31/3 31/4 31/6 51/12 56/10 62/6 64/22 78/2 86/25 87/19 93/10 97/13 98/11 102/19 103/3
**before [20]** 19/25 20/25 24/23 28/17 35/13 50/19 56/16 57/4 59/10 59/18 66/21 71/8 75/9 75/9 81/25 82/5 96/13 99/8 102/16 102/18
**beginning [6]** 13/24 22/18 29/16 35/7 35/8 58/5
**begins [2]** 31/13 80/14
**being [12]** 5/13 7/18 22/11 22/19 25/22 49/4 51/12 58/23 63/5 80/8 98/14 99/25
**Belgium [3]** 28/12 28/21 28/25
**believe [15]** 10/7 13/7 18/15 19/17 38/23 39/17 39/22 41/17 54/20 62/18 77/5 79/18 95/5 102/24 103/3
**below [2]** 13/13 81/7
**Beltsville [1]** 85/15

**B**

**bench [3]** 100/13 101/2 102/4
**benefit [2]** 20/23 80/19
**BENITA [1]** 1/6
**best [5]** 6/3 88/10 88/11 88/12 92/24
**better [1]** 66/22
**between [7]** 7/6 7/9 12/13 23/20 30/18 30/21 33/17 39/20 58/2 58/22 69/18 78/6 78/7 88/3 99/6 101/19
**beyond [2]** 23/15 90/8
**bias [5]** 38/8 95/10 95/20 98/25 100/4
**BIDDLE [1]** 2/20
**billion [1]** 98/5
**Binder [10]** 8/15 8/21 16/18 17/4 17/5 17/17 24/14 27/23 28/25 61/21
**bit [1]** 102/17
**blackboard [1]** 48/20
**blah [3]** 93/2 93/2 93/2
**bleeding [1]** 35/20
**blood [4]** 9/19 19/6 19/10 22/8
**board [5]** 5/10 25/11 41/8 45/10 47/25
**Bob [1]** 97/6
**body [1]** 34/22
**both [7]** 6/22 29/2 42/21 66/12 66/14 68/25 69/15
**bottom [6]** 21/2 35/5 35/9 78/18 85/23 86/13
**Bowl [1]** 72/24
**boy [1]** 71/10
**boys [56]** 13/19 23/25 36/25 40/7 40/8 40/11 40/24 41/12 41/16 41/21 41/25 42/11 42/16 42/23 42/25 43/5 43/17 43/20 44/24 45/3 45/18 45/19 46/9 46/9 46/12 46/14 46/19 47/10 48/5 48/5 48/6 48/6 49/7 49/11 49/12 49/13 52/17 52/18 52/22 53/5 53/9 53/11 53/11 53/12 53/19 54/8 54/21 54/25 60/6 61/2 65/9 66/25 71/24 72/2 76/13 76/15
**break [4]** 48/2 54/12 55/6 100/10
**breaking [1]** 14/19
**breakout [2]** 14/22 15/3
**breast [5]** 35/18 36/14 46/3 48/9 80/17
**brief [2]** 55/11 100/13
**briefly [3]** 59/4 78/5 99/14
**broke [1]** 46/2
**Broken [1]** 15/8
**BROWN [1]** 3/4
**Brownsville [1]** 97/7
**building [1]** 7/13
**bulk [1]** 18/20
**bunch [2]** 44/15 51/15
**burdening [1]** 44/20
**business [1]** 102/13

**C**

**calculation [1]** 71/21
**call [6]** 4/7 19/5 22/18 22/19 45/7 46/23
**call-out [2]** 22/18 22/19
**Call-Out.........................Page [1]** 4/7
**called [5]** 12/21 62/3 68/12 97/6 98/3
**calling [1]** 102/23
**came [2]** 62/2 97/8
**can [55]** 5/24 6/11 8/18 11/22 12/24 13/15 15/14 15/25 19/23 20/16 20/20 21/23 22/8 22/10 24/6 26/16 27/17 28/21 29/8 29/13 29/25 30/2 42/10 42/13 43/11 46/7 46/7 51/16 56/21 57/2 57/11 57/13 66/22 66/23 67/2 67/3 73/3 76/17 78/3 78/6 78/20 78/22 79/16 82/3 82/6 82/8 82/14 85/22 86/20 87/7 92/25 93/12 97/11 100/6 101/8
**can't [7]** 13/22 15/13 16/10 53/18 74/7 98/7 100/23
**cannot [2]** 97/22 102/22
**care [2]** 5/18 103/6

**careful [1]** 34/16
**Carin [2]** 17/6 17/18
**Carnegie [1]** 3/5
**case [13]** 26/13 88/25 90/6 93/7 93/8 94/11 95/19 98/2 98/4 98/13 98/19 99/17 99/22
**cases [14]** 66/7 66/10 80/25 81/8 92/20 94/25 95/6 95/9 95/15 95/16 96/11 96/13 96/17 99/4
**category [1]** 60/22
**CAUSE [1]** 104/6
**caution [1]** 5/19
**cautioning [1]** 100/2
**Center [2]** 3/5 85/13
**certain [3]** 21/11 70/25 85/6
**certainly [4]** 28/17 34/12 58/15 93/2
**CERTIFICATION [1]** 104/12
**CERTIFIED [1]** 1/24
**CERTIFY [1]** 104/3
**CERTIFYING [1]** 104/15
**Cgomez [1]** 2/5
**chance [2]** 38/8 83/20
**change [4]** 38/3 38/12 38/17 61/23
**changed [4]** 10/25 29/13 89/18 97/8
**changing [2]** 37/12 37/21
**charged [1]** 18/7
**chart [2]** 41/3 41/7
**Chart...........................Page [4]** 4/10 4/11 4/11 4/12
**charter [1]** 5/9
**check [2]** 50/11 54/4
**child [2]** 21/19 25/11
**children [28]** 9/20 10/21 13/11 13/13 13/14 13/17 13/18 18/2 18/4 19/7 21/15 25/23 27/8 30/10 31/2 33/22 40/10 47/5 49/9 49/10 58/13 58/16 62/25 77/16 77/19 77/20 79/13 87/12
**chosen [1]** 26/10
**CHRISTOPHER [1]** 2/4
**circulation [1]** 33/5
**citing [1]** 89/11
**CITY [2]** 1/18 5/21
**CIVIL [1]** 1/3
**claims [1]** 99/2
**clarify [1]** 40/10
**classified [1]** 35/10
**clear [4]** 51/4 89/15 95/16 96/8
**clearly [9]** 20/9 20/13 23/6 23/23 25/12 95/24 96/21 98/18 99/22
**client [1]** 98/11
**clinical [9]** 20/5 21/7 31/18 32/7 32/9 33/13 38/13 78/21 79/15
**clinicians [1]** 80/18
**close [2]** 81/24 82/2
**CM [1]** 104/9
**cohort [1]** 69/15
**collectively [1]** 96/12
**college [1]** 5/15
**column [10]** 39/19 39/21 39/24 40/2 40/4 40/16 45/16 49/19 57/12 71/2
**combined [4]** 64/10 64/15 64/20 64/22
**come [9]** 6/12 38/5 38/10 42/2 55/8 71/20 101/8 102/11 102/16
**comers [2]** 42/6 44/24
**comes [4]** 21/25 50/8 60/2 80/8
**comfortable [2]** 90/3 93/13
**coming [1]** 79/14
**Commissioner [2]** 83/25 84/2
**committee [1]** 23/19
**common [7]** 1/2 89/13 91/20 92/9 94/25 95/4 104/10
**Commonwealth [1]** 101/13
**community [2]** 5/15 74/20
**companies [2]** 29/3 96/14
**company [6]** 1/10 14/17 22/3 84/21 96/16 98/4

**C**

comparable [1]  13/25
compare [1]  59/21
compared [1]  69/9
comparing [1]  69/2
comparison [4]  66/18 68/2 71/3 74/7
competition [1]  72/25
competitors [1]  18/10
complete [2]  8/11 16/7
completed [1]  88/16
completely [3]  70/16 70/18 89/18
complex [3]  29/19 29/21 29/24
complicated [1]  44/14
concern [5]  37/23 37/24 44/9 88/6 88/7
concerned [3]  15/10 22/2 86/21
concerns [1]  83/14
concluded [1]  82/5
Conclusion [1]  57/14
conditions [1]  80/20
conduct [1]  6/9
confirming [1]  87/5
confused [1]  51/5
confusion [2]  42/9 43/22
conservative [1]  9/9
conservatively [1]  23/8
Conservator [1]  1/7
consideration [4]  20/8 24/17 101/15 102/5
considerations [1]  20/19
considered [2]  36/17 100/8
consistently [2]  43/7 79/20
CONSTA [2]  18/11 18/14
constant [2]  42/17 43/6
constantly [1]  7/18
constituted [1]  52/21
consulting [1]  95/3
contact [4]  7/5 7/6 7/9 100/19
contain [1]  30/7
CONTAINED [1]  104/4
context [3]  19/13 21/14 26/5
continue [2]  9/25 13/25
Continued [1]  3/2
continuing [1]  18/10
contractor [1]  24/25
Contrary [1]  92/18
CONTROL [1]  104/14
copy [3]  38/23 102/7 104/6
core [1]  90/23
Corey [2]  50/11 67/3
Corning [2]  95/19 98/20
Corporation [1]  2/9
correct [122]
correlation [12]  23/13 30/18 30/19 30/21
 33/17 34/10 34/15 58/20 58/22 78/5 78/6 88/3
could [5]  12/3 13/10 19/16 82/21 83/21
counsel [10]  2/7 2/13 2/18 2/24 3/7 5/20 6/22
 40/9 100/14 100/17
count [1]  41/3
country [2]  25/20 33/7
COUNTY [2]  1/2 104/10
couple [4]  5/7 17/12 81/17 101/4
course [5]  11/4 14/18 51/20 68/18 95/17
court [22]  1/2 1/25 6/14 10/8 16/22 53/13
 75/6 88/17 89/5 93/20 93/23 94/11 94/21 95/9
 95/15 97/2 101/15 101/17 102/12 104/9 104/10
 104/15
Court's [3]  10/12 52/16 102/23
courtroom [6]  1/18 5/23 6/10 7/20 25/15 25/17
courts [2]  92/19 103/6
cover [2]  18/22 82/14
covered [3]  32/16 80/5 94/2
Coward [2]  95/18 98/20
crib [1]  67/2

criteria [2]  35/11 35/17
cross [9]  4/3 88/23 90/10 94/4 94/13 94/16
 98/21 99/9 102/18
cross-examination [1]  98/21
cross-examine [1]  94/4
CRR [2]  1/24 104/9
current [1]  102/3
custom [1]  92/18

**D**

danger [1]  98/9
data [26]  15/5 15/6 23/9 23/19 23/21 23/24
 30/23 34/3 34/5 37/24 38/15 38/16 39/11
 39/12 39/12 39/15 41/10 48/13 48/14 53/22
 63/25 65/20 66/15 70/9 70/13 78/20
date [5]  11/6 63/22 65/12 65/18 65/18
dated [1]  8/15
DAVID [2]  4/3 8/5
day [3]  21/25 47/22 87/19
days [4]  11/13 36/14 86/25 90/19
DBD [3]  86/15 87/12 87/16
dbr.com [2]  2/23 2/24
De [5]  28/10 28/10 28/24 61/22 61/22
Dear [5]  17/6 17/18 90/13 92/25 93/5
December [4]  17/2 17/12 17/15 22/16
December 3 [1]  17/2
December 3rd [2]  17/12 22/16
decide [1]  38/15
decided [2]  26/12 96/4
decision [1]  5/11
defendant [3]  2/24 3/7 90/10
defendants [4]  1/12 25/17 98/24 99/19
defense [3]  93/12 99/15 100/14
deficiencies [1]  83/11
define [1]  35/17
definite [1]  34/11
definition [5]  35/23 35/24 36/2 36/7 49/25
delete [1]  9/12
denial [1]  84/12
denied [5]  92/5 92/11 92/15 93/10 93/13
denominator [7]  49/4 49/5 51/14 53/19 60/10
 60/17 61/14
denominators [1]  61/10
depends [2]  99/23 99/24
deposed [3]  24/14 26/16 92/20
deposition [1]  92/17
depositions [2]  24/10 34/14
describe [1]  27/14
described [2]  8/25 79/14
describes [1]  56/9
description [2]  30/8 35/6
design [5]  30/24 36/23 37/2 37/7 37/8
detailed [4]  29/19 29/21 29/24 87/11
develop [1]  21/15
development [7]  1/11 2/25 18/21 28/21 28/22
 85/12 86/5
developmentally [1]  18/23
develops [1]  80/18
DIANE [1]  3/3
diane.sullivan [1]  3/6
did [28]  25/7 26/18 28/15 30/22 34/19 34/24
 36/3 37/7 38/16 41/3 41/8 45/4 54/19 58/25
 60/6 60/25 72/23 77/17 80/25 81/8 83/3 83/10
 83/13 83/20 84/6 84/8 88/3 96/19
did remain [1]  80/25
didn't [7]  23/19 24/10 42/22 72/7 89/17 91/19
 94/3
difference [3]  14/3 76/19 77/12
differences [1]  39/20
different [16]  18/8 18/15 18/16 38/6 38/7
 38/10 51/14 67/5 70/17 70/18 78/15 79/22
 89/23 93/7 96/9 101/9

**D**

**difficulty [1]** 102/14
**direct [11]** 4/3 7/24 8/8 30/17 30/21 58/20 58/22 81/24 82/5 88/16 104/14
**DIRECTION [1]** 104/15
**directly [1]** 95/20
**Director [2]** 28/2 85/13
**disagreed [1]** 89/19
**discuss [8]** 19/23 20/16 55/9 56/18 88/22 94/24 95/2 100/15
**discussed [5]** 11/11 22/11 39/6 40/19 65/14
**discusses [1]** 19/5
**discussing [4]** 21/12 56/10 62/6 64/22
**discussion [14]** 9/11 9/17 20/16 20/17 21/11 22/24 25/15 33/15 57/2 57/5 74/25 75/4 75/12 80/9
**disorder [2]** 35/21 46/4
**Disorders [3]** 45/22 54/11 54/13
**display [13]** 8/16 10/7 12/6 16/24 27/17 27/19 56/2 69/12 69/13 69/23 70/3 85/23 86/3
**displayed [4]** 8/19 22/19 55/21 63/5
**displaying [1]** 8/13
**distinction [5]** 97/21 97/22 99/12 101/24 101/25
**distressing [2]** 80/15 80/21
**DISTRICT [1]** 1/2
**dividing [1]** 5/22
**DIVISION [2]** 1/3 85/13
**DJERASSI [1]** 1/21
**do [71]** 5/5 7/3 9/13 9/14 9/19 14/12 17/6 17/8 17/22 17/23 18/12 18/14 19/6 20/4 20/17 21/17 21/17 21/22 21/23 22/8 22/10 23/25 25/3 27/2 27/4 31/20 31/22 34/18 35/11 35/23 36/8 36/19 36/21 38/2 38/12 44/13 44/19 45/8 48/23 50/14 55/8 57/23 58/2 58/5 59/22 66/22 66/22 68/10 69/8 73/2 73/22 74/5 74/8 75/9 75/21 76/7 76/24 78/23 81/17 82/6 82/10 88/22 88/24 90/6 92/24 92/25 93/24 94/12 99/15 100/10 103/3
**doctor [5]** 22/2 55/14 90/13 92/25 93/5
**doctor's [1]** 93/14
**doctors [1]** 74/20
**doctrine [1]** 101/11
**document [12]** 9/25 20/23 20/24 26/23 27/2 33/14 62/2 84/17 84/24 85/5 85/6 85/16
**documents [11]** 14/7 29/11 37/6 61/21 82/9 82/16 100/15 101/13 101/14 101/18 102/11
**does [19]** 15/10 18/20 18/21 22/4 29/10 30/7 30/14 34/3 34/20 40/10 52/13 70/8 70/9 70/11 70/18 74/19 94/9 95/7 104/13
**doesn't [9]** 24/5 30/12 44/7 69/21 70/13 70/19 81/15 94/7 95/10
**doing [3]** 44/3 82/20 102/25
**dollars [1]** 97/16
**don't [25]** 6/17 6/23 9/22 13/7 16/12 19/20 20/6 30/12 36/12 37/6 38/3 38/5 38/9 38/17 43/9 52/4 67/23 69/20 71/14 71/16 72/11 73/8 82/2 93/18 93/23
**done [4]** 37/25 65/11 82/3 84/5
**door [2]** 95/22 99/18
**dose [6]** 9/7 11/19 17/21 20/2 39/23 67/6
**dosing [1]** 81/12
**double [1]** 61/19
**doubt [1]** 90/19
**down [29]** 13/25 14/19 15/8 21/25 28/18 29/9 39/24 40/2 45/16 46/2 48/2 49/19 50/13 51/18 53/9 53/25 54/22 56/11 57/22 68/15 68/20 71/2 72/3 72/8 73/19 78/3 78/18 83/4 83/5
**Dr [12]** 7/25 8/3 8/11 26/16 26/17 43/11 67/6 89/9 90/3 91/14 91/16 95/23
**Dr. [3]** 26/12 26/16 61/22
**Dr. De [1]** 61/22

**Dr. Findling [2]** 26/12 26/18
**Dr. Michael [1]** 26/17
**Draft............................Page [1]** 4/6
**drafting [2]** 13/2 28/7
**DRINKER [1]** 2/20
**Drive [1]** 2/16
**drug [18]** 9/20 19/8 19/11 19/25 21/19 21/20 25/18 30/11 51/2 82/22 83/21 83/24 84/13 84/21 84/22 85/14 85/15 86/22
**drug in [1]** 84/13
**drugs [2]** 21/22 22/5
**due [1]** 21/10
**during [8]** 6/14 24/22 27/7 32/5 33/20 72/10 78/8 79/12
**Dylan [1]** 97/6

**E**

**E-mail [25]** 2/4 2/5 2/10 2/11 2/16 2/23 2/24 3/6 3/7 8/14 8/20 8/20 8/24 9/24 11/16 16/17 16/17 16/25 17/4 17/11 17/17 22/12 22/16 22/16 22/20
**E-mail............................Page [1]** 4/7
**E-mail............Page [1]** 4/10
**E-mails [3]** 28/6 28/8 28/14
**each [2]** 6/16 88/22
**earlier [3]** 14/7 20/18 40/19
**earnings [1]** 95/2
**easy [1]** 54/14
**effect [1]** 23/20
**effects [5]** 12/14 22/4 22/5 81/11 83/19
**efficient [1]** 44/19
**eight [11]** 30/11 30/25 34/7 45/24 47/16 47/16 48/8 54/13 54/14 60/7 67/7
**either [3]** 19/10 60/22 60/22
**either/or [1]** 60/22
**elevation [3]** 22/9 22/9 30/18
**eliminate [6]** 42/22 50/23 50/25 52/17 54/7 72/7
**eliminated [9]** 11/24 41/18 41/21 42/23 49/2 51/8 51/15 52/18 60/6
**eliminates [1]** 51/7
**eliminating [1]** 43/5
**elimination [1]** 51/5
**else [7]** 6/5 56/17 57/4 80/7 92/13 93/17 97/24
**elsewhere [2]** 13/16 41/5
**emphasizing [1]** 57/7
**emption [1]** 89/20
**end [3]** 21/25 45/4 49/4
**ended [1]** 26/2
**ending [2]** 12/3 80/13
**endocrinologists [2]** 37/8 37/10
**ends [1]** 98/14
**England [3]** 32/20 33/3 33/6
**enlargement [5]** 35/18 36/14 46/3 48/9 80/17
**enough [1]** 84/3
**enrolled [1]** 39/23
**enters [1]** 7/20
**entire [1]** 28/7
**entitled [3]** 27/6 84/17 86/8
**equaling [3]** 47/8 48/6 60/23
**equals [2]** 14/2 46/25
**error [5]** 77/6 77/10 77/11 97/23 98/18
**especially [1]** 80/17
**ESQUIRE [9]** 2/3 2/4 2/9 2/10 2/15 2/21 2/21 3/3 3/4
**essence [1]** 92/3
**Essentially [1]** 43/20
**Estate [1]** 1/7
**estimated [1]** 36/19

## E

estimates [1]  18/22
et [3]  8/15 17/5 18/22
Evaluation [1]  85/14
even [12]  23/7 32/17 33/19 54/7 54/21 54/22
 59/11 59/18 70/13 78/8 82/15 101/6
event [3]  47/6 47/20 61/3
events [5]  13/3 33/18 35/9 46/23 88/4
eventually [2]  25/7 84/9
ever [4]  19/10 21/15 62/11 72/23
every [4]  18/8 93/4 96/14 97/8
everybody [4]  5/4 25/13 65/16 97/19
everybody's [2]  64/3 64/19
everyone [8]  7/23 43/14 43/19 59/24 65/24
 65/25 68/10 89/25
everything [3]  6/5 62/19 86/24
evidence [10]  81/10 99/21 99/25 100/7 100/17
 100/22 100/23 101/10 101/20 104/4
evidentiary [1]  99/5
evolution [1]  36/18
exact [1]  30/15
exactly [12]  11/3 14/15 27/13 33/6 39/14
 41/11 41/14 53/21 71/18 72/8 86/23 87/20
examination [13]  7/24 8/8 8/12 81/24 82/5
 88/17 88/24 90/10 94/13 94/17 98/21 99/9
 102/18
examine [1]  94/4
example [2]  32/14 97/25
exception [1]  101/13
excessive [1]  35/20
exclude [1]  36/24
excluded [3]  15/3 36/10 66/2
excluding [4]  14/22 42/16 56/12 56/22
Excuse [1]  34/25
excused [1]  89/3
executive [1]  9/21
exhibit [18]  8/14 10/3 16/16 16/17 22/17
 48/18 55/19 55/21 62/4 62/14 62/15 62/15
 62/21 62/24 63/5 69/25 85/17 85/23
EXHIBITS [1]  4/5
expect [5]  23/14 77/20 77/22 86/7 94/4
expert [14]  89/25 90/8 90/12 90/14 90/20 91/6
 91/12 91/21 91/24 95/2 95/4 95/7 96/12 98/21
experts [1]  92/19
explain [5]  11/25 13/8 13/9 30/2 43/11
explained [1]  13/16
explore [2]  12/13 29/14
expressed [1]  80/6
extent [2]  93/25 94/9
eyes [1]  39/25

## F

fact [13]  6/3 13/13 21/12 21/14 30/14 34/8
 40/18 60/16 69/21 75/15 87/16 91/16 97/10
failed [1]  91/25
fair [7]  27/14 96/10 96/17 96/18 96/22 100/4
 103/7
fairness [1]  103/4
familiar [2]  26/3 26/4
famous [2]  33/7 97/6
far [6]  15/10 48/3 52/19 62/7 66/3 97/17
favor [2]  74/5 98/25
Fax [3]  2/6 2/12 2/17
FDA [28]  22/2 82/18 82/24 83/3 83/10 83/13
 83/20 83/25 84/2 84/7 84/17 85/5 85/21 86/8
 86/21 87/6 87/25 89/19 100/15 100/15 100/19
 101/8 101/17 101/19 101/21 101/25 102/2
 102/11
FDA's [1]  84/12
Federal [3]  91/17 101/9 101/14
feel [1]  59/23
feelings [1]  92/10

## F (continued)

fees [4]  94/24 95/2 98/17 98/22
few [4]  12/25 32/19 55/18 82/9
fields [2]  32/22 90/5
figures [1]  62/18
files [3]  30/22 34/4 34/6
Finally [2]  22/18 23/3
find [2]  9/3 9/8
finding [12]  14/6 14/8 14/15 15/12 16/10
 30/10 34/6 35/2 58/21 73/14 78/24 88/8
findings [5]  16/6 16/8 66/6 78/23 78/24
Findling [7]  26/12 26/16 26/18 70/4 74/15
 74/15 79/11
finish [2]  97/3 100/22
first [33]  1/2 9/16 9/25 10/7 12/24 18/6 19/2
 27/3 27/22 27/23 30/5 34/18 34/20 39/3 39/9
 43/18 48/23 49/21 57/15 57/22 58/12 59/6
 59/8 60/4 70/7 71/2 76/7 85/24 86/2 86/3
 87/10 95/14 102/10
five [21]  39/13 40/12 43/7 47/21 50/18 50/23
 50/24 51/18 51/19 51/21 51/21 53/9 53/11
 53/23 54/22 54/23 60/7 64/7 64/21 66/24
 87/18
Floor [2]  2/5 2/11
focus [7]  33/11 39/19 39/21 39/25 49/13 57/11
 58/24
focused [3]  39/17 40/3 71/5
follow [3]  21/23 50/17 79/23
following [2]  55/12 89/4
Food [1]  85/14
footnote [3]  30/19 56/9 56/11
FOREGOING [1]  104/12
form [1]  14/4
former [1]  83/25
formulation [2]  18/15 18/16
forth [2]  28/15 79/22
forward [1]  50/19
found [7]  33/17 64/13 69/19 69/22 74/21 78/5
 78/6
four [12]  10/19 11/13 11/23 14/10 15/23 17/11
 19/12 30/8 34/21 67/7 75/16 75/17
Fourteen [1]  40/13
fourth [2]  8/25 21/5
frequency [2]  36/19 68/13
FRIDAY [1]  1/15
From: [1]  8/18
From:/To [1]  8/18
front [9]  5/7 8/17 12/5 55/21 56/21 57/12
 57/14 59/8 75/6
Frye [1]  89/13
full [1]  16/7
FULLY [1]  104/4
funny [1]  64/14

## G

Gahan [3]  8/15 16/18 23/2
game [7]  37/13 37/22 96/10 96/17 96/18 96/22
 100/5
gave [7]  37/4 93/23 94/14 95/9 102/4 102/8
 103/8
general [2]  23/15 32/21
generally [3]  32/12 32/14 32/15
generation [1]  21/21
gentleman [1]  100/22
get [25]  35/13 37/24 38/3 38/4 38/6 38/7 41/8
 42/10 43/23 45/9 46/8 53/4 53/10 54/4 65/18
 67/8 71/8 71/14 75/9 78/20 82/8 82/21 84/22
 98/6 98/7
gets [2]  80/19 98/6
getting [3]  9/20 54/25 65/7
girl [2]  44/25 97/7
girls [34]  40/7 40/8 40/11 41/13 41/18 41/19

## G

**girls... [28]**  41/20 41/24 41/25 42/12 42/16
42/21 42/22 43/2 43/4 43/6 43/7 43/18 43/21
45/4 47/13 47/16 47/17 47/19 47/23 48/8
48/10 49/11 54/10 54/15 61/2 65/9 72/5 72/7
**give [13]**  6/14 20/5 22/3 22/9 58/13 63/21
83/20 83/23 89/16 89/17 91/19 99/8 100/9
**given [3]**  6/3 84/3 91/3
**giving [1]**  89/11
**go [62]**  8/12 10/16 12/3 12/9 12/19 13/21
15/25 19/12 19/25 20/19 21/3 22/12 24/9 27/2
29/8 30/16 31/9 31/11 35/5 37/6 38/11 39/24
43/12 44/12 45/23 46/7 48/22 49/19 50/13
50/18 50/19 51/16 54/12 57/4 57/10 59/3 63/2
64/2 64/23 66/4 66/21 68/15 71/2 72/8 72/19
73/18 73/19 74/5 74/14 77/2 78/3 78/18 80/12
85/24 86/20 90/8 94/7 94/10 94/10 95/10
97/11 98/12
**goal [2]**  43/13 43/24
**Goedel [2]**  28/10 61/22
**goes [7]**  36/16 63/20 71/21 93/3 95/20 97/18
98/25
**going [51]**  7/15 10/3 11/15 21/19 22/3 22/19
24/3 25/20 28/14 29/12 29/17 29/18 30/4
36/24 37/18 38/11 38/12 38/15 40/14 44/13
48/16 48/17 49/4 49/13 51/2 53/5 54/12 55/7
55/23 55/24 59/22 65/18 65/25 67/18 67/19
67/25 69/24 70/5 70/24 70/24 77/25 79/21
80/3 81/23 82/17 82/18 85/10 85/24 89/15
93/21 100/14
**GOMEZ [3]**  2/4 48/18 62/16
**gone [1]**  52/22
**good [8]**  5/4 7/22 8/2 8/3 8/3 53/10 55/6
92/16
**got [15]**  24/5 26/6 36/3 36/4 38/16 41/5 41/10
53/9 54/4 54/22 60/7 62/11 72/2 84/10 89/22
**GOTSHAL [1]**  3/3
**gotten [1]**  5/8
**GRAFF [1]**  2/21
**gray [1]**  19/17
**great [2]**  38/8 39/2
**greater [1]**  76/13
**grounds [1]**  89/14
**group [11]**  13/12 23/6 25/5 25/6 29/3 42/19
43/3 43/19 52/5 52/6 52/7
**groups [1]**  69/16
**Guardian [1]**  1/6
**guess [2]**  44/17 98/6
**guidance [1]**  20/5
**gut [2]**  89/11 92/10
**gynecomastia [32]**  9/6 11/18 15/18 18/24 21/22
33/20 36/11 36/17 36/24 44/3 45/17 45/19
46/8 46/9 46/19 47/11 49/14 50/14 50/14
50/21 51/19 52/6 52/8 52/9 53/6 53/16 53/17
54/6 54/25 65/7 78/8 92/2

## H

**hac [1]**  3/4
**had [29]**  5/14 11/16 11/24 14/7 23/6 25/8 26/9
34/4 34/21 37/9 37/9 38/18 39/16 40/20 45/17
45/23 45/24 46/9 46/19 47/5 47/10 47/19
50/20 65/2 66/6 69/14 75/16 75/16 75/16
**Hahnemann [1]**  96/4
**half [1]**  95/22
**HALL [2]**  1/18 5/21
**hallway [2]**  5/22 7/15
**hand [5]**  16/22 57/12 93/19 100/13 101/3
**handed [3]**  94/11 95/15 98/19
**handing [2]**  91/13 101/2
**hang [1]**  49/5
**happen [1]**  44/6
**happening [2]**  24/7 32/5

**happens [2]**  28/9 77/6
**hard [2]**  38/14 52/15
**have [129]**
**haven't [3]**  26/20 32/16 84/3
**having [7]**  8/5 11/23 26/17 48/9 49/14 91/18
101/23
**head [17]**  9/23 72/24 72/24 72/24 72/24 73/2
73/2 73/7 73/7 73/9 73/9 73/11 73/11 74/2
74/2 74/8 74/8
**headed [1]**  72/23
**health [1]**  23/10
**hear [4]**  33/2 72/23 88/23 94/5
**heard [3]**  26/20 79/7 91/6
**Hearing [1]**  5/2
**hearsay [1]**  102/3
**heartbeat [1]**  82/15
**held [1]**  98/20
**hemorrhage [2]**  35/22 46/5
**her [11]**  5/11 5/16 27/23 28/8 28/11 28/15
28/16 28/17 94/5 94/11 96/19
**here [47]**  5/13 5/21 8/12 12/21 19/19 19/21
20/5 22/11 23/2 23/17 28/20 29/24 31/3 35/13
35/17 35/22 35/23 37/24 39/5 39/10 39/15
44/11 46/9 47/25 50/20 54/18 55/5 59/7 59/8
68/20 68/24 71/23 72/8 74/19 74/19 76/11
77/2 77/11 78/21 89/14 92/8 93/24 97/20
101/5 101/24 101/25 102/17
**HEREBY [1]**  104/3
**Hey [1]**  61/23
**high [2]**  36/19 68/8
**higher [1]**  23/13
**highest [10]**  67/9 67/15 67/19 67/21 68/4
68/11 68/25 69/2 69/14 72/16
**highlight [21]**  13/11 13/15 13/23 18/5 28/23
29/14 30/12 36/9 36/12 52/9 70/24 72/12 73/3
74/4 76/17 78/7 78/22 80/14 86/16 87/8 87/22
**highlighted [2]**  9/9 58/23
**highlighting [2]**  19/21 30/8
**highly [2]**  80/15 80/20
**him [7]**  81/6 86/6 89/19 92/18 97/2 97/11
97/12
**himself [1]**  26/14
**his [18]**  1/6 1/7 89/11 89/15 90/5 90/12 90/13
90/23 90/24 91/11 91/12 91/24 92/3 92/7 92/9
95/8 95/10 95/23
**history [2]**  19/20 20/6
**HMO [2]**  23/10 23/11
**hold [2]**  58/22 95/12
**holding [1]**  59/7
**Honor's [1]**  92/7
**HONORABLE [1]**  1/21
**hope [4]**  25/21 37/6 52/13 82/15
**Hotel [1]**  11/10
**hour [1]**  95/22
**hours [1]**  47/22
**Houston [1]**  2/17
**how [16]**  34/10 38/12 38/15 41/16 41/19 42/12
42/18 46/8 46/12 48/13 53/11 68/3 68/20
97/11 97/11 97/13
**however [3]**  9/25 90/7 94/22
**hurt [1]**  18/8
**hypothetically [2]**  12/14 80/15

## I

**I'd [2]**  8/16 41/15
**identification [16]**  10/9 12/8 16/20 22/22
27/5 48/21 56/5 56/6 56/24 62/5 62/20 62/23
70/2 81/20 82/12 85/18
**identified [2]**  79/19 93/12
**impact [1]**  18/11
**implications [2]**  21/8 78/22
**importance [1]**  16/4

**I**

**important [15]** 12/20 14/5 16/3 16/6 16/7 16/9 16/15 25/12 43/23 58/17 63/22 80/9 80/22 87/5 103/5
**importantly [1]** 37/3
**improper [1]** 91/22
**in and [1]** 100/20
**inadequate [3]** 83/6 83/8 91/7
**INC [1]** 1/10
**incidence [2]** 23/13 61/18
**incident [1]** 62/8
**include [4]** 9/5 25/12 40/10 42/6
**included [10]** 25/9 33/20 45/5 50/21 65/23 65/25 66/25 76/8 78/9 78/12
**includes [7]** 11/17 13/13 13/14 13/17 39/11 78/19 80/16
**including [8]** 18/3 24/14 33/22 64/8 66/25 75/6 86/24 95/18
**inclusion [1]** 17/20
**incorrect [1]** 102/22
**increase [5]** 20/2 21/22 23/20 23/23 83/14
**increased [2]** 21/10 23/15
**increased symptoms [1]** 23/15
**increases [1]** 21/20
**individual [1]** 18/8
**indulgence [1]** 52/16
**industry [3]** 95/20 96/10 99/12
**inference [1]** 24/2
**informal [1]** 5/15
**information [25]** 9/6 11/17 15/18 16/15 17/21 18/20 22/10 23/12 25/7 31/20 39/4 41/9 64/17 66/12 66/15 71/9 80/22 83/7 83/21 83/23 84/4 84/7 84/22 87/24 88/3
**initial [1]** 37/3
**initiation [1]** 81/9
**inside [1]** 95/8
**instead [4]** 26/17 51/12 70/20 91/20
**instructing [3]** 89/12 91/21 92/9
**instructions [1]** 99/8
**insurance [1]** 23/10
**interchangeably [1]** 34/15
**interest [1]** 33/9
**internal [1]** 29/11
**interval [1]** 65/5
**intervention [1]** 21/16
**introduce [1]** 26/22
**introducing [1]** 38/8
**investigate [1]** 77/25
**involved [2]** 28/16 37/8
**involves [1]** 40/16
**involving [2]** 5/14 89/25
**is [342]**
**is correct [1]** 77/5
**issue [14]** 7/9 18/6 20/13 21/9 22/7 62/11 87/2 93/21 94/2 94/19 96/5 100/12 100/24 100/25
**issues [6]** 7/4 89/6 90/7 93/4 93/22 100/8
**it [206]**
**it's [71]** 7/12 8/17 10/6 11/5 12/13 14/5 14/11 16/11 22/5 26/19 31/23 33/14 37/16 39/21 41/5 44/15 44/18 49/13 51/21 59/6 59/8 59/9 59/18 59/22 60/14 60/22 61/5 61/13 61/19 61/19 63/5 63/12 63/14 63/17 63/22 63/25 65/20 68/6 68/13 71/19 72/15 73/13 73/13 74/7 75/6 77/3 77/15 78/17 79/5 79/18 85/6 85/6 85/9 87/8 87/9 87/17 87/21 89/10 92/3 92/15 92/23 93/7 93/8 93/9 95/24 96/8 96/10 98/18 99/12 101/4 102/17
**italicized [1]** 28/19
**item [1]** 32/15
**ITKIN [2]** 2/15 2/15
**its [1]** 84/22

**J**

**itself [3]** 27/3 31/7 90/22
**itself's [2]** 27/6 90/16

**JANSSEN [41]** 1/10 1/11 2/24 2/25 3/7 11/5 11/11 14/7 21/12 23/2 24/25 25/3 25/18 26/10 27/12 27/13 27/14 27/15 28/3 28/12 28/25 29/2 29/6 29/11 49/18 74/18 78/19 78/20 82/18 82/20 83/10 83/13 83/20 84/6 85/5 85/22 86/10 87/25 91/25 92/23 102/11
**Janssen's [1]** 85/22
**Janssen-Ortho [3]** 11/5 28/25 29/6
**Janssen/Johnson [1]** 29/2
**JANUARY [2]** 1/15 32/3
**January 23 [1]** 32/3
**JASON [1]** 2/15
**Jersey [1]** 3/5
**jitkin [1]** 2/16
**JJRE [4]** 8/17 10/4 85/3 86/3
**JOHNSON [14]** 1/10 1/10 28/21 28/21 28/24 28/24 29/2 29/3 85/11 85/11 85/21 85/21 86/4 86/4
**journal [17]** 31/13 31/15 31/18 32/7 32/9 32/10 32/10 32/20 32/20 33/3 33/6 33/10 38/21 52/3 57/18 57/19 79/15
**journals [8]** 32/16 32/17 32/18 32/19 32/21 32/23 32/24 33/7
**Judge [4]** 52/10 71/15 89/21 96/4
**judging [1]** 6/8
**JUDICIAL [1]** 1/2
**JUDITH [2]** 1/24 104/9
**July [1]** 32/4
**July 23 [1]** 32/4
**juror [3]** 5/10 5/12 5/14
**jurors [8]** 6/7 6/8 6/15 6/15 6/16 7/10 25/21 37/18
**jurors the [1]** 25/21
**jury [30]** 1/21 5/5 5/7 5/23 5/25 6/11 6/24 7/18 7/20 8/16 8/17 20/16 43/16 44/20 52/13 55/21 56/21 57/14 59/4 67/6 67/19 71/14 80/9 87/4 87/5 89/3 89/12 91/21 92/9 97/23
**just [44]** 6/2 7/11 8/18 12/11 12/18 12/20 12/25 18/4 20/20 20/22 21/13 39/25 39/25 40/9 43/10 44/4 50/11 55/18 56/8 56/12 58/24 62/2 65/16 67/2 67/2 67/11 70/8 72/15 73/8 77/10 79/19 80/3 81/4 92/9 92/14 94/20 97/9 97/19 98/16 100/2 100/3 100/7 101/14 102/8

**K**

**keep [2]** 71/16 88/23
**KENNETH [1]** 2/21
**kenneth.murphy [1]** 2/23
**kept [1]** 98/11
**KESSLER [10]** 4/3 7/25 8/3 8/5 8/11 26/17 43/11 67/6 91/16 95/23
**Kessler's [3]** 89/9 90/4 91/14
**key [4]** 13/21 58/10 58/11 69/17
**kids [25]** 14/22 25/8 39/12 39/22 40/5 40/17 40/20 40/22 42/3 45/11 45/12 45/13 46/25 48/2 49/3 50/21 50/25 51/8 51/15 51/19 53/4 59/2 60/5 60/11 66/25
**kind [3]** 7/3 37/18 100/8
**kindly [5]** 12/3 13/10 19/12 19/13 80/13
**KLINE [14]** 2/9 2/9 7/25 16/9 48/20 55/15 81/4 81/21 85/16 86/16 95/15 95/21 96/3 98/19
**Kline's [1]** 98/17
**Kline........8 [1]** 4/4
**KlineSpecter.com [2]** 2/10 2/11
**know [43]** 6/22 7/12 9/22 11/6 18/14 18/24 19/20 20/6 21/18 21/19 21/21 23/11 23/22 24/5 26/9 37/5 39/6 40/4 41/8 41/15 46/12 47/13 47/16 49/2 49/3 53/9 53/16 56/13 59/22 64/15 67/23 82/3 84/9 90/18 92/15 92/15

**K**

**know... [7]** 93/19 97/20 98/2 98/14 100/2
100/3 100/14
**knowing [1]** 46/8
**known [5]** 13/3 25/18 30/23 66/12 66/15
**knows [2]** 65/16 89/18
**KRISTEN [1]** 2/10
**Kristen.Loerch [1]** 2/11

**L**

**L.L.C [1]** 1/12
**label [6]** 25/19 25/24 91/8 91/9 91/11 91/19
**labeling [4]** 62/2 89/16 89/19 90/25
**lack [1]** 44/9
**lactation [3]** 35/21 46/4 48/10
**ladies [1]** 7/16
**large [4]** 25/21 25/22 25/22 49/14
**last [11]** 17/10 19/17 28/5 28/10 28/19 30/16
35/7 58/9 80/12 87/19 97/21
**later [6]** 17/12 26/6 42/2 55/10 65/7 100/7
**Latest [1]** 16/19
**Laughren [1]** 85/12
**law [17]** 89/13 91/21 91/21 92/9 94/11 95/7
96/3 96/8 99/22 101/9 101/20 102/3 102/24
103/2 103/8 103/9 103/9
**lawyer [2]** 92/23 98/8
**lawyers [5]** 5/24 6/6 6/8 6/15 7/6
**lead [2]** 23/14 26/9
**leading [1]** 32/6
**learn [1]** 39/4
**least [6]** 5/10 14/21 58/12 59/24 60/17 92/7
**left [8]** 8/13 9/3 43/21 49/9 49/10 49/12
57/12 82/9
**left-hand [1]** 57/12
**legal [1]** 102/22
**length [1]** 11/11
**less [4]** 17/25 36/13 36/15 53/5
**let [15]** 5/6 12/20 12/25 13/9 25/4 29/17
37/23 50/11 52/15 66/22 76/7 91/2 91/5 97/2
100/21
**let's [50]** 9/25 20/21 27/3 29/5 34/17 34/18
34/24 35/5 38/18 39/9 39/15 39/21 39/24
39/25 39/25 44/19 44/19 45/10 45/23 46/7
49/17 49/19 50/13 50/18 52/9 55/18 56/15
58/22 59/21 60/2 61/23 63/2 64/2 65/12 66/4
68/10 68/15 70/3 70/19 73/18 73/18 74/14
75/4 75/19 77/2 82/14 86/10 86/20 87/9 91/11
**letter [11]** 5/17 84/17 85/7 85/10 85/12 85/22
85/23 86/7 86/9 86/11 90/13
**Letter...........................Page [1]**
4/13
**letters [2]** 92/25 93/5
**level [2]** 65/4 65/5
**levels [19]** 10/20 19/7 19/10 19/24 27/7 33/19
57/23 58/2 69/19 72/10 76/2 76/4 76/22 78/8
79/12 80/25 81/8 81/12 88/4
**like [24]** 8/11 8/16 9/11 9/15 11/25 16/5 18/5
19/4 19/24 20/17 27/2 27/21 29/8 32/19 38/9
39/3 41/15 48/11 57/6 66/19 84/4 84/24 85/19
101/14
**likely [1]** 81/11
**likes [1]** 93/20
**limit [3]** 66/7 68/14 68/16
**limits [8]** 65/3 67/15 72/10 72/17 73/21 73/22
76/3 76/22
**line [3]** 29/10 54/10 97/7
**lines [2]** 28/19 54/12
**listed [1]** 28/5
**listening [1]** 6/23
**literature [2]** 26/3 32/15
**litigating [1]** 99/2
**litigation [3]** 1/4 24/22 97/14

**little [2]** 46/7 102/17
**LLP [3]** 2/15 2/20 3/3
**Locust [1]** 2/11
**LOERCH [1]** 2/10
**Logan [1]** 2/22
**logical [1]** 23/25
**long [8]** 10/21 27/7 56/20 79/12 86/17 86/18
86/22 86/24
**long-term [7]** 10/21 27/7 79/12 86/17 86/18
86/22 86/24
**longer [2]** 13/19 52/24
**look [32]** 7/2 11/22 20/21 27/21 28/18 29/5
34/17 34/18 34/24 44/5 45/10 46/21 49/17
50/20 51/2 56/11 61/17 65/12 66/23 70/19
72/19 73/7 73/8 73/16 74/6 75/4 76/17 77/19
84/24 85/19 99/3 99/7
**looked [5]** 23/19 31/2 45/12 64/12 75/15
**looking [14]** 11/15 15/11 16/25 17/3 21/7
42/25 43/25 45/16 53/15 53/22 77/15 77/16
79/10 91/23
**losing [1]** 44/17
**lot [6]** 6/4 64/17 87/21 89/22 98/9 98/10
**love [1]** 97/19
**low [1]** 68/8
**lower [1]** 80/24
**lowest [10]** 67/9 67/16 67/20 67/21 68/4 68/12
68/25 69/3 69/14 72/16
**lunch [3]** 82/5 88/20 88/24
**luncheon [2]** 89/3 103/11
**lunchtime [1]** 101/3

**M**

**made [8]** 10/15 17/19 31/9 31/11 33/12 96/19
97/23 99/13
**mail [25]** 2/4 2/5 2/10 2/11 2/16 2/23 2/24
3/6 3/7 8/14 8/20 8/20 8/24 9/24 11/16 16/17
16/17 16/25 17/4 17/11 17/17 22/12 22/16
22/16 22/20
**mail.............................Page [1]** 4/7
**mail.............Page [1]** 4/10
**mails [3]** 28/6 28/8 28/14
**maintain [1]** 102/12
**make [6]** 12/6 51/2 56/8 65/16 94/20 95/16
**makes [1]** 5/10
**making [1]** 6/24
**male [2]** 33/20 78/8
**males [17]** 36/10 36/17 45/19 45/20 50/14
50/15 52/6 52/8 52/9 53/6 53/7 53/12 53/17
54/7 56/12 56/22 80/18
**man [1]** 96/19
**MANGES [1]** 3/3
**manner [1]** 44/20
**manuscript [7]** 9/4 10/2 14/10 16/19 18/19
19/12 22/24
**Manuscript........................Page [1]** 4/6
**many [7]** 41/16 41/19 42/12 42/18 46/12 53/11
91/15
**March [1]** 1/5
**mark [11]** 10/3 22/19 27/3 45/8 48/17 55/24
56/2 67/18 69/24 85/10 92/14
**marked [21]** 8/14 10/9 12/8 16/20 16/21 22/22
27/5 31/10 48/21 56/5 56/6 56/24 62/5 62/19
62/20 62/23 70/2 81/20 82/12 85/16 85/18
**marking [3]** 16/16 62/14 62/17
**Maryland [1]** 85/15
**Mass [1]** 92/20
**matches [1]** 40/18
**math [5]** 46/7 46/20 47/18 50/10 54/4
**matter [4]** 7/5 7/7 55/9 97/10
**matters [4]** 10/14 93/16 93/19 99/17
**may [20]** 7/25 10/10 18/6 18/19 26/21 37/25
44/17 55/5 55/16 63/23 63/24 64/25 80/8 83/3

**M**

**may... [6]** 83/20 84/13 93/9 96/25 100/13 102/19
**May 2005 [1]** 84/13
**maybe [3]** 33/7 82/15 89/7
**MD [2]** 4/3 8/5
**me [36]** 5/6 5/18 11/25 12/5 12/20 12/22 12/23 13/9 20/15 22/9 25/4 29/17 34/25 37/23 49/5 50/11 52/14 52/15 52/17 58/18 59/8 63/19 63/21 63/22 66/4 66/22 67/20 67/24 68/10 70/8 74/5 76/7 87/4 91/2 91/5 104/5
**mean [18]** 21/18 24/25 29/25 38/4 41/13 44/6 57/22 71/9 71/10 71/12 71/13 71/18 71/22 71/23 71/23 72/3 72/5 92/24
**meaning [2]** 65/9 69/15
**meaningful [1]** 73/25
**means [2]** 19/25 104/14
**measuring [1]** 9/10
**medical [5]** 26/2 28/2 32/15 32/20 74/20
**medicine [2]** 22/4 33/3
**meeting [12]** 9/16 9/17 9/18 9/22 11/10 22/15 24/19 24/20 24/21 25/2 84/18 86/9
**MELISSA [1]** 2/21
**melissa.graff [1]** 2/24
**memo [3]** 100/13 101/2 102/4
**Memorial [1]** 2/16
**memory [3]** 12/22 64/3 64/14
**men's [1]** 7/16
**menorrhagia [2]** 35/19 35/20
**menorrhea [2]** 46/3 48/9
**menstral [1]** 35/21
**menstrual [1]** 46/4
**mentioned [2]** 16/11 16/12
**messed [2]** 44/7 44/11
**met [2]** 23/6 37/10
**Methods [1]** 57/13
**mid [1]** 87/8
**middle [3]** 37/12 37/21 49/19
**might [2]** 18/25 64/17
**million [1]** 97/16
**millions [2]** 96/20 97/24
**mind [7]** 69/24 70/3 73/8 80/8 88/23 99/8 99/16
**mindful [2]** 6/6 7/14
**minimize [2]** 21/24 22/6
**minute [2]** 59/22 67/19
**minutes [7]** 9/22 24/19 24/20 24/21 24/24 25/2 55/7
**misleading [4]** 30/20 61/16 78/17 88/10
**missed [2]** 6/20 80/8
**Mohen [1]** 96/3
**moment [5]** 50/11 63/4 70/25 79/17 89/24
**money [15]** 94/2 94/7 95/24 95/25 95/25 96/6 96/8 96/23 97/5 97/8 97/10 98/2 98/7 98/7 98/17
**monitoring [8]** 9/12 19/6 20/3 22/7 22/25 23/4 23/12 23/18
**months [5]** 20/2 23/2 66/14 87/14 87/15
**more [9]** 17/24 21/20 55/18 61/19 62/21 83/23 84/4 84/7 96/15
**morning [6]** 1/16 5/4 7/22 8/3 8/3 8/4
**morphed [1]** 91/20
**most [5]** 20/2 33/7 37/3 58/17 103/5
**motion [5]** 89/20 92/5 92/11 93/12 102/15
**move [3]** 25/5 56/16 57/6
**moved [1]** 89/9
**moving [2]** 15/22 16/16
**Mr [14]** 4/4 7/25 16/9 48/20 55/15 81/4 81/21 85/16 86/16 95/14 95/21 96/3 98/17 98/19
**Mr. [4]** 48/18 61/22 62/16 97/12
**Mr. Gomez [2]** 48/18 62/16
**Mr. Pandina [1]** 61/22

**Mr. Sheller [1]** 97/12
**Ms. [2]** 61/21 94/3
**Ms. Binder [1]** 61/21
**Ms. Sullivan [1]** 94/3
**much [7]** 33/4 46/8 50/17 89/2 97/11 97/12 97/13
**MURPHY [1]** 2/21
**must [1]** 80/18
**my [30]** 6/24 9/23 12/21 12/25 16/22 18/4 20/22 29/23 30/19 30/20 34/5 34/8 37/23 37/24 39/4 39/4 44/9 46/20 47/18 47/25 50/10 54/4 62/15 62/15 78/15 88/6 88/16 91/24 96/7 97/20

**N**

**name [5]** 27/23 28/11 28/15 28/17 62/3
**narrow [1]** 5/22
**nature [1]** 101/18
**nauseating [3]** 9/5 11/17 15/17
**NDA [1]** 86/8
**need [9]** 7/14 18/19 20/5 36/12 62/21 67/8 81/21 93/18 95/8
**negatively [1]** 18/11
**negativity [1]** 98/10
**neglected [1]** 31/17
**Neurologists [1]** 32/24
**neurology [1]** 32/24
**never [3]** 98/14 100/2 100/3
**new [8]** 3/5 11/10 11/13 22/14 23/6 32/19 33/3 33/6
**news [1]** 33/2
**next [17]** 9/24 10/3 13/21 16/16 18/5 28/10 48/18 50/13 54/10 55/4 56/14 58/8 58/18 62/15 62/15 63/3 78/4
**nine [2]** 66/6 66/7
**no [44]** 1/5 1/12 7/11 10/7 13/7 13/19 23/23 24/24 27/20 30/12 30/17 30/21 33/17 34/9 34/23 34/25 35/16 36/6 37/2 43/9 50/8 51/7 51/23 52/24 54/2 57/7 57/25 58/20 58/22 61/25 64/6 70/11 70/15 71/19 74/23 76/19 77/11 78/5 78/6 81/10 84/5 84/23 85/22 93/11
**No. [2]** 55/22 63/5
**No. 34 [1]** 63/5
**No. 49 [1]** 55/22
**Nobody [1]** 88/25
**non [1]** 39/21
**non-PA [1]** 39/21
**nonpuerperal [2]** 35/21 46/3
**normal [18]** 18/21 18/23 36/17 65/3 65/3 66/7 66/11 67/3 68/3 68/14 68/21 72/10 73/21 73/22 76/3 76/4 76/22 76/23
**Normalization [1]** 10/20
**normals [2]** 67/9 72/20
**not [72]** 5/12 6/16 6/18 14/5 16/11 16/14 17/4 23/8 23/11 23/13 24/8 26/12 29/13 30/12 34/7 37/2 38/14 41/7 44/10 44/14 44/15 44/18 47/23 49/23 49/25 50/7 52/4 54/11 54/15 55/8 58/19 59/2 61/13 61/17 61/25 67/11 70/8 70/9 70/11 70/23 71/18 71/19 72/14 76/21 77/4 77/15 79/5 85/6 88/3 88/22 88/24 89/11 90/13 90/15 91/3 91/18 94/23 95/7 95/14 95/25 95/25 96/18 98/19 99/12 99/21 100/18 101/8 101/11 101/13 101/20 102/2 104/13
**notable [1]** 14/6
**note [2]** 56/8 71/9
**notes [2]** 39/8 104/5
**nothing [3]** 9/8 25/3 75/23
**notice [2]** 57/21 63/9
**notifying [1]** 93/6
**novel [3]** 78/23 78/23 78/24
**November [11]** 8/15 9/4 11/6 11/12 15/23 17/10 26/6 31/24 32/4 66/14 80/3

**N**

**November 15 [1]** 11/12
**November 19 [3]** 9/4 11/6 15/23
**November 2003 [1]** 66/14
**November 21 [1]** 8/15
**November the [1]** 17/10
**now [87]** 5/5 5/11 6/11 7/24 9/5 9/15 10/18
  11/15 11/16 11/23 13/15 13/17 14/9 14/11
  16/21 16/25 17/15 20/23 25/25 27/4 27/18
  27/18 28/18 29/8 29/17 30/4 31/9 31/10 33/10
  34/17 36/13 39/3 40/2 40/4 45/10 46/7 48/13
  48/16 48/23 49/2 49/17 50/18 50/23 51/18
  51/18 52/22 53/6 53/9 55/4 56/8 56/15 56/21
  57/15 58/8 60/2 62/10 63/4 64/19 64/25 65/12
  66/12 66/20 67/5 68/15 68/24 69/23 70/3 70/5
  70/7 71/14 73/20 74/24 75/19 76/14 77/2 79/4
  79/10 80/3 81/4 82/20 86/10 88/20 89/18 91/3
  94/19 102/19 102/20
**nowhere [1]** 90/12
**nuances [1]** 94/23
**number [40]** 9/15 10/3 10/4 12/3 13/11 19/14
  20/25 24/13 25/21 27/10 38/18 40/5 40/24
  41/23 41/24 46/22 46/25 48/18 48/18 49/21
  49/22 49/23 50/4 51/11 53/15 57/9 62/4 62/15
  62/15 62/22 62/24 64/4 67/22 68/11 68/18
  69/5 73/25 75/5 86/2 86/8
**numbers [20]** 14/20 14/21 25/23 39/7 40/19
  43/25 44/8 47/25 54/17 54/19 61/17 62/3 67/9
  68/4 69/21 70/25 72/18 72/18 72/22 85/9
**numerator [1]** 53/19
**numerators [1]** 61/10

**O**

**o'clock [1]** 7/21
**object [2]** 24/3 89/13
**objecting [1]** 79/8
**objection [8]** 10/8 15/19 26/15 27/20 37/14
  81/3 88/14 90/12
**objections [1]** 10/15
**obliged [1]** 59/23
**obscures [1]** 34/8
**observed [2]** 5/25 7/18
**obtaining [1]** 19/24
**obviously [1]** 18/7
**October [1]** 84/9
**off [5]** 9/3 9/22 25/19 25/24 58/23
**off-label [2]** 25/19 25/24
**official [4]** 1/25 8/2 101/11 104/9
**oh [2]** 55/19 80/4
**old [2]** 7/13 7/13
**older [3]** 36/10 56/12 56/23
**once [2]** 16/18 38/4
**one [46]** 2/22 5/8 7/12 17/2 17/11 18/7 18/8
  23/9 23/14 28/5 30/14 33/6 33/11 38/20 39/23
  41/23 50/4 50/11 50/13 58/12 59/24 60/17
  61/5 61/13 62/21 66/22 66/22 69/12 69/13
  78/11 78/15 78/16 79/9 83/13 83/17 86/20
  89/23 89/24 89/24 93/22 95/12 96/2 99/20
  99/21 100/4 100/5
**ones [4]** 14/22 15/3 15/3 53/18
**only [24]** 13/17 15/14 16/11 30/12 41/20 42/15
  43/5 47/13 49/3 49/5 49/6 50/2 50/7 50/23
  51/19 53/7 53/18 54/22 57/7 69/12 69/13
  76/14 77/14 97/18
**Ontario [1]** 29/2
**open [3]** 55/12 88/23 89/4
**opened [1]** 100/3
**opening [2]** 96/19 99/16
**opens [1]** 95/22
**opinion [17]** 15/16 15/17 56/18 80/6 89/10
  89/11 89/16 89/17 89/20 90/24 91/4 91/6
  91/12 91/20 91/24 92/3 93/15

**opinions [2]** 101/10 102/2
**opportunities [1]** 99/12
**opposite [1]** 30/15
**ordinary [1]** 102/12
**original [4]** 30/24 36/23 37/2 37/7
**Ortho [3]** 11/5 28/25 29/6
**other [18]** 6/17 21/20 37/6 41/23 51/10 71/8
  73/19 75/23 88/22 89/6 92/24 94/24 96/14
  96/21 98/23 99/16 99/18 100/12
**others [1]** 16/18
**Otherwise [2]** 90/21 101/22
**out [41]** 6/2 12/11 12/18 14/8 15/11 17/18
  22/18 22/19 23/18 23/24 33/16 43/20 44/14
  45/3 46/24 47/5 47/10 47/16 47/16 48/8 49/7
  50/9 51/21 54/12 54/14 54/21 56/22 61/13
  61/14 67/2 68/5 68/6 69/4 69/5 69/17 70/25
  75/10 76/13 76/15 95/8 98/11
**Out......................Page [1]** 4/7
**outside [3]** 6/10 11/11 77/17
**over [30]** 14/22 15/4 25/10 28/15 28/15 36/25
  42/7 43/6 43/20 49/7 50/23 50/25 51/6 51/7
  51/8 52/18 52/22 53/5 53/23 54/8 60/6 61/8
  65/25 66/2 66/25 67/6 72/19 76/15 78/9 98/24
**over-tens [3]** 25/10 42/7 78/9
**overall [4]** 56/15 57/9 95/2 103/5
**overlooking [2]** 77/10 77/10
**overruled [4]** 24/9 26/21 37/17 37/20
**Owens [2]** 95/19 98/20
**own [1]** 20/22

**P**

**P-47 [9]** 4/6 4/6 10/4 10/4 10/9 12/8 20/24
  21/3 21/4
**P-48 [4]** 4/7 4/7 16/20 22/22
**P-49 [16]** 4/8 4/9 4/9 4/10 4/12 4/13 27/4
  27/5 27/6 56/5 56/6 56/24 79/11 81/20 82/10
  82/12
**P-50 [2]** 4/8 48/21
**P-51 [2]** 4/10 62/5
**P-52 [2]** 4/11 62/20
**P-53 [2]** 4/11 62/23
**P-54 [2]** 4/12 70/2
**P-55 [2]** 4/13 85/18
**p-value [2]** 16/12 63/18
**P.C [1]** 2/3
**p.m [3]** 8/21 17/3 103/11
**PA [5]** 2/6 2/12 39/20 39/21 40/2
**Pa.C.S [1]** 101/12
**package [1]** 102/10
**page [33]** 10/7 12/20 13/22 19/18 20/25 21/2
  31/12 31/13 33/12 35/5 35/6 38/20 38/20
  38/21 57/12 57/15 59/6 59/8 75/5 75/7 78/3
  78/4 78/19 85/19 85/23 85/24 85/24 86/2 86/3
  86/10 86/13 91/13 91/15
**pages [2]** 79/20 101/4
**paginated [1]** 38/21
**paid [8]** 5/13 97/11 97/12 97/13 97/24 97/25
  98/8 98/23
**Palace [1]** 11/10
**Pandina [9]** 8/15 8/21 16/18 17/4 17/5 17/17
  23/2 24/14 61/22
**panel [1]** 23/5
**paper [22]** 9/2 10/18 10/19 13/2 13/17 25/25
  26/3 26/12 29/5 29/6 36/5 52/2 59/6 69/17
  69/21 73/13 73/15 77/24 78/2 78/19 80/19
  87/21
**papers [1]** 16/4
**paragraph [16]** 13/22 19/2 19/4 20/18 20/20
  22/15 22/18 28/23 35/7 35/8 78/21 80/12 87/6
  91/14 91/23 92/4
**parameters [1]** 100/9
**part [10]** 18/6 21/4 26/2 29/2 37/2 37/3 58/24
  92/14 95/3 102/10

P

**particular [5]**   5/12 16/2 91/7 91/10 102/15
**parties [7]**   5/3 5/20 5/24 6/6 6/9 7/7 99/2
**pass [2]**   71/12 80/3
**patience [3]**   63/2 74/9 74/9
**patients [12]**   35/9 50/4 59/25 72/9 73/21
75/20 75/25 76/2 76/3 76/12 76/20 77/12
**Pause [1]**   50/12
**pay [2]**   5/9 23/11
**payment [1]**   5/11
**PENNSYLVANIA [11]**   1/2 1/19 2/22 92/19 94/12
94/25 95/7 96/8 101/9 101/12 102/3
**people [3]**   7/14 9/9 17/25
**percent [40]**   36/19 46/16 46/18 47/3 47/8
47/11 47/19 48/3 48/6 48/8 50/7 50/9 51/22
54/5 54/6 54/7 54/15 54/16 54/23 57/8 58/13
59/2 60/2 60/14 60/19 60/21 60/23 61/9 61/19
61/20 63/14 63/15 65/2 65/2 66/9 66/10 67/16
67/17 72/12 76/23
**percentage [11]**   21/15 44/2 44/2 61/7 66/7
72/16 75/20 75/25 76/11 76/20 77/12
**percentages [2]**   43/23 68/7
**perfect [1]**   38/14
**period [3]**   43/4 76/21 77/13
**periods [2]**   76/5 76/8
**permissible [2]**   95/21 98/14
**permission [1]**   27/18
**permit [1]**   10/8
**permitted [3]**   6/16 96/5 96/23
**person [3]**   1/7 28/9 28/12
**perspective [3]**   11/9 17/9 29/23
**pharma [6]**   2/24 92/20 96/13 96/13 96/16 96/20
**pharmaceutical [7]**   1/11 14/17 22/3 28/20
28/22 85/11 86/4
**PHARMACEUTICALS [3]**   1/10 25/19 84/6
**PHILADELPHIA [6]**   1/2 1/19 2/6 2/12 2/22
104/10
**PHILLIP [1]**   1/6
**Phone [4]**   2/6 2/12 2/17 2/23
**phrase [2]**   20/4 80/14
**physical [1]**   7/6
**physician [1]**   57/18
**physicians [3]**   32/11 80/23 91/25
**pick [4]**   9/24 68/4 68/6 70/24
**picture [1]**   22/20
**places [1]**   91/15
**plaintiff [6]**   2/7 2/13 2/18 96/16 98/3 98/5
**Plaintiffs [2]**   1/8 25/16
**plan [1]**   23/10
**play [2]**   24/6 26/17
**PLEAS [2]**   1/2 104/10
**please [24]**   5/5 7/22 9/3 12/4 13/8 13/25
19/16 37/19 50/17 50/19 55/8 56/11 62/16
66/4 71/20 74/4 86/3 87/5 88/20 88/21 88/24
89/25 93/9 96/25
**PLEDGER [2]**   1/6 1/6
**pockets [1]**   95/8
**point [13]**   6/14 12/11 12/18 12/20 15/11 16/9
25/21 30/14 36/18 44/9 56/15 83/6 97/21
**pointblank [1]**   34/9
**pointed [1]**   14/8
**points [2]**   22/25 89/23
**policy [1]**   91/18
**pooled [14]**   8/25 27/13 27/15 36/4 62/25 64/7
66/24 74/17 74/18 74/18 87/17 87/18 87/20
88/9
**population [3]**   23/16 36/8 56/9
**populations [3]**   66/19 71/4 71/4
**portion [3]**   8/18 28/19 55/22
**portions [1]**   79/10
**posture [3]**   98/10 99/24 102/18
**potential [3]**   18/10 98/25 99/17

**potentially [1]**   88/5
**practice [4]**   92/16 92/18 95/4 101/17
**practicing [1]**   32/11
**PRAE [12]**   44/2 46/22 46/23 47/5 47/19 47/23
48/2 65/8 66/6 68/13 69/19 75/23
**pre [2]**   67/6 89/20
**pre-dose [1]**   67/6
**pre-emption [1]**   89/20
**precautions [1]**   6/4
**precious [1]**   82/9
**Predicate [1]**   35/13
**preempted [2]**   101/20 102/2
**prejudice [1]**   99/7
**prepared [3]**   24/21 24/22 24/24
**prescribers [1]**   74/21
**prescriptions [1]**   25/22
**present [2]**   5/3 16/5
**presented [7]**   25/7 48/13 66/18 70/14 90/4
90/5 99/25
**preserved [1]**   10/15
**president [1]**   5/9
**prevent [1]**   21/23
**previously [1]**   8/6
**primary [4]**   39/16 39/18 49/20 71/4
**Princeton [1]**   3/5
**prior [9]**   10/25 13/2 20/19 37/7 81/9 86/22
90/10 99/18 100/5
**pro [1]**   3/4
**probably [2]**   6/3 41/24
**probativity [1]**   99/6
**problem [3]**   34/5 44/5 74/21
**problems [2]**   33/25 34/2
**proceed [3]**   7/25 55/16 55/18
**PROCEEDINGS [1]**   104/3
**Product [2]**   99/11 99/11
**Products [1]**   85/13
**Professional [1]**   2/9
**profile [1]**   83/23
**prohibited [1]**   96/21
**prolactin [54]**   9/4 9/8 9/10 9/12 9/19 10/20
11/19 12/14 12/14 12/15 13/3 16/19 18/7 19/7 19/24
21/10 21/20 22/7 22/25 23/4 23/20 25/5 25/6
27/6 30/18 30/22 33/19 34/23 47/6
47/20 57/23 58/2 58/23 61/3 65/4 65/4 67/2
67/3 69/18 72/9 76/2 76/4 76/21 78/8 79/12
80/16 80/25 81/8 81/11 83/15 87/2 87/11 88/4
88/5
**prolactin-related [5]**   13/3 46/23 47/6 47/20
61/3
**prolonged [1]**   83/14
**pronounced [1]**   28/11
**proper [4]**   94/13 94/16 95/24 99/21
**properly [1]**   53/22
**proportions [1]**   13/24
**protocol [1]**   92/21
**provide [2]**   84/7 84/21
**provided [1]**   102/7
**prudent [1]**   14/16
**Psychiatric [1]**   85/13
**psychiatrists [3]**   25/11 32/23 37/10
**psychiatry [7]**   31/18 32/7 32/9 32/23 33/11
52/3 79/15
**puberty [5]**   33/20 36/18 40/12 48/10 78/9
**publication [2]**   32/4 32/6
**publish [1]**   33/8
**published [5]**   26/2 26/6 31/17 52/2 70/4
**puerperal [1]**   36/23
**pull [2]**   33/16 75/10
**pull-out [1]**   75/10
**pulling [1]**   56/22
**purpose [4]**   12/12 73/15 98/13 99/24
**purposes [1]**   103/4

**P**

**put [17]**  11/9 11/12 17/9 21/19 26/5 36/22
 39/4 47/25 48/16 56/3 56/10 57/14 60/17
 69/20 73/8 100/16 100/19
**putting [2]**  6/2 21/13

**Q**

**qualifications [4]**  90/4 93/14 94/3 94/8
**quarter [1]**  97/16
**question [12]**  12/25 14/25 19/5 21/16 22/8
 31/23 35/13 37/16 56/16 78/15 80/5 81/6
**questioning [1]**  29/18
**questions [2]**  25/4 92/22
**quick [1]**  68/15
**quickly [3]**  56/2 63/6 82/14
**quite [2]**  80/6 94/25
**quotes [1]**  48/17

**R**

**radio [1]**  6/25
**RAMI [1]**  1/21
**ran [1]**  38/16
**range [15]**  66/11 68/12 68/13 68/16 68/21 69/9
 69/10 72/20 73/20 73/22 74/2 76/4 76/23 77/3
 77/8
**ranges [9]**  67/5 68/24 69/12 69/13 69/15 69/25
 70/19 70/21 72/9
**rate [2]**  53/17 62/8
**rates [1]**  18/23
**rather [2]**  87/4 101/2
**Rau [1]**  96/4
**RC [1]**  4/3
**RD [1]**  4/3
**re [3]**  1/4 8/16 16/19
**re-display [1]**  8/16
**read [19]**  15/15 18/3 18/4 19/21 20/8 24/10
 32/11 32/14 32/18 32/23 32/24 34/13 57/19
 59/11 59/18 94/15 95/15 95/17 100/20
**reading [4]**  20/14 72/15 75/11 81/5
**ready [4]**  7/23 7/24 55/15 55/15
**real [9]**  37/23 37/24 44/9 53/15 60/16 63/22
 67/22 68/15 77/11
**really [10]**  6/23 21/24 39/19 39/21 43/24 44/8
 57/8 85/6 86/17 102/16
**REALTIME [1]**  1/24
**reason [4]**  29/15 38/4 38/10 42/15
**reasonably [1]**  14/16
**REATH [1]**  2/20
**received [3]**  5/15 32/3 32/11
**recent [2]**  18/24 20/2
**recess [6]**  55/7 55/11 81/23 89/4 102/20
 103/11
**recognize [1]**  22/5
**recommendation [3]**  9/19 23/4 25/8
**recommended [2]**  19/10 25/12
**reconvened [1]**  5/2
**record [8]**  7/3 10/14 31/19 62/18 79/19 81/18
 84/15 92/15
**records [1]**  101/11
**redundant [1]**  16/14
**refer [1]**  45/11
**reference [3]**  18/22 87/16 97/9
**references [1]**  18/25
**referred [1]**  14/7
**referring [3]**  21/9 86/18 87/9
**reflect [4]**  34/3 34/20 58/15 81/15
**reflective [1]**  23/8
**refunded [1]**  5/17
**regarding [5]**  23/4 86/7 96/5 96/6 98/22
**regulation [1]**  91/17
**regulations [4]**  89/12 89/17 90/25 92/8
**Regulatory [1]**  89/10
**relate [1]**  38/19

**related [6]**  13/3 46/23 47/6 47/20 61/3 81/11
**relation [1]**  58/2
**relationship [14]**  12/13 12/16 29/14 69/18
 69/19 69/22 70/11 73/16 73/17 77/22 77/23
 78/2 95/11 101/18
**relationship with [1]**  95/11
**relevant [1]**  18/25
**relied [1]**  26/24
**remain [4]**  41/19 43/6 80/25 81/8
**remained [1]**  42/16
**remains [4]**  10/19 10/24 10/24 12/12
**remarks [1]**  6/24
**remember [1]**  55/8
**render [1]**  93/14
**rep [1]**  93/6
**report [15]**  9/17 9/23 38/19 51/21 60/13 76/17
 89/15 89/25 90/8 90/12 90/14 90/21 90/24
 91/12 91/14 91/24 92/7 95/4 100/20
**reported [16]**  1/23 14/21 15/2 15/3 31/6 34/17
 34/22 54/17 58/13 59/25 60/18 62/12 73/18
 76/20 77/13 77/21
**REPORTER [4]**  1/24 1/25 104/9 104/15
**reporting [6]**  14/20 14/21 14/23 62/7 77/3
 95/3
**reprimanded [1]**  5/6
**REPRODUCTION [1]**  104/13
**Reproductive [3]**  45/22 54/11 54/13
**request [2]**  16/23 86/9
**requested [1]**  88/18
**Requesting [1]**  84/18
**require [2]**  5/17 21/16
**required [2]**  14/16 19/11
**requirements [1]**  101/19
**Research [7]**  1/11 2/25 28/20 28/22 85/11
 85/14 86/5
**researcher [1]**  26/13
**Reserve [1]**  26/13
**respect [1]**  18/21
**respectfully [2]**  102/5 102/21
**responded [2]**  84/12 84/16
**response [3]**  84/17 85/22 86/8
**rest [4]**  28/23 36/13 42/13 55/9
**result [6]**  38/9 38/11 59/5 59/9 60/13 88/9
**results [18]**  17/19 19/23 20/15 37/4 37/25
 38/2 38/3 38/5 38/6 38/7 38/16 57/13 57/21
 58/9 59/10 59/12 59/15 59/15
**resume [1]**  7/24
**resumes [1]**  8/6
**reversible [1]**  98/18
**review [6]**  9/21 9/23 87/11 87/23 88/2 101/16
**reviewed [1]**  103/2
**revised [2]**  9/4 11/6
**revisions [1]**  9/5
**reworking [1]**  18/19
**rid [2]**  53/4 72/2
**right [44]**  5/11 6/11 7/23 8/13 9/2 10/10
 12/22 21/3 21/18 23/24 28/19 35/8 36/9 36/13
 41/23 43/23 44/8 45/16 46/21 50/2 50/21
 51/18 52/6 53/24 54/23 55/5 55/14 58/8 59/6
 59/7 59/8 73/2 75/7 75/8 75/12 77/2 77/8
 80/19 88/2 88/19 88/20 89/2 92/4 102/18
**RIS [2]**  9/7 11/19
**rising [1]**  57/23
**risk [4]**  21/24 23/20 80/19 92/2
**risk-benefit [1]**  80/19
**risks [1]**  22/6
**RISPERDAL [9]**  1/4 10/21 18/16 20/3 21/10
 79/12 86/7 97/14 99/11
**risperidone [3]**  18/9 27/7 81/10
**Rogel [1]**  18/22
**role [1]**  21/13
**ROMANO [2]**  1/24 104/9

# R

room [3]  5/23 7/16 7/16
round [1]  30/23
row [1]  63/6
RPR [1]  104/9
RPR-CM-CRR [1]  104/9
rude [1]  6/17
Rule [1]  101/10
rules [8]  37/12 37/21 38/3 38/6 38/7 38/11
 38/17 101/7
ruling [4]  92/7 94/18 99/6 102/23
rulings [1]  10/12
run [7]  37/4 37/24 38/15 39/11 63/25 64/3
 65/20
runs [2]  31/13 66/15

# S

sabotage [1]  102/17
safer [1]  51/3
safety [7]  83/23 86/17 86/19 86/22 86/24
 87/23 88/2
said [23]  6/19 11/16 20/14 20/15 23/9 24/18
 30/5 30/5 30/6 30/6 34/19 34/24 45/13 59/24
 61/23 77/24 78/14 82/4 83/5 83/7 86/10 87/14
 98/12
sake [1]  64/19
sales [1]  93/6
same [14]  10/19 10/24 10/25 12/13 41/20 45/4
 68/11 69/8 72/6 72/19 74/7 95/20 104/7
 104/14
Sasheller [1]  2/4
saw [5]  9/16 14/8 24/20 30/8 70/4
say [25]  10/24 16/5 25/9 25/16 25/17 26/18
 30/15 30/21 31/17 34/2 36/16 49/21 50/4
 51/24 59/21 65/25 66/24 69/20 72/11 72/12
 73/12 73/20 75/19 80/24 101/5
saying [11]  21/14 23/3 23/17 26/17 29/11
 39/16 43/10 44/14 51/11 60/4 84/3
says [34]  9/3 11/5 13/10 17/2 17/5 17/18
 19/22 20/20 30/16 30/17 32/2 34/9 35/17
 35/22 36/8 45/19 45/22 46/9 48/24 49/23
 57/12 57/21 57/25 67/3 71/2 76/11 81/7 86/16
 87/23 91/11 95/6 95/9 101/4 101/7
scanning [2]  57/17 57/18
school [1]  5/9
schoolhouse [1]  39/5
schoolhouse-type [1]  39/5
science [1]  38/14
scope [3]  90/8 94/13 94/16
screen [14]  4/9 4/10 4/12 4/13 55/19 55/22
 55/23 55/25 56/11 56/21 81/18 81/21 82/8
 82/11
seated [3]  5/5 7/23 90/2
second [9]  16/25 19/4 21/20 22/15 22/16 50/18
 79/9 95/12 96/2
section [10]  33/15 57/14 57/22 59/5 59/9
 59/16 74/25 75/4 86/17 91/19
see [64]  9/13 11/22 12/16 12/19 13/9 13/15
 14/4 14/6 14/9 16/12 17/6 17/22 18/12 22/8
 22/14 23/19 28/15 30/13 35/11 35/23 36/8
 36/20 39/9 39/15 43/24 48/23 49/19 50/14
 53/6 54/13 57/9 57/23 58/3 58/5 59/9 59/10
 59/18 59/21 60/2 63/20 66/22 67/3 67/15
 67/16 67/19 69/17 70/5 72/11 73/9 73/23 74/6
 75/11 75/19 76/7 76/24 78/23 82/14
 86/10 89/24 90/6 91/2 91/5 91/11
seeing [1]  43/25
seem [1]  6/23
seen [11]  11/23 20/12 28/6 28/8 28/17 37/5
 61/21 61/25 65/10 81/9 81/12
segment [1]  18/8
sentence [26]  13/23 16/11 16/14 16/15 17/22

18/6 19/20 19/21 30/16 34/8 57/22 57/25 58/5
59/12 65/8 66/10 66/16 87/22 87/25 81/7
87/7 87/8 87/10 87/17 87/23
sentences [5]  15/14 20/7 58/10 58/11 80/24
September [2]  65/20 65/21
September 27 [1]  65/20
sequelae [2]  83/14 83/17
sequentially [1]  45/8
series [1]  37/25
serious [1]  7/7
serves [1]  12/2
SESSION [1]  1/16
set [3]  38/10 63/20 69/17
sets [2]  35/10 66/12
setup [1]  7/13
seven [3]  63/13 63/14 67/7
SHAP [110]
share [1]  15/17
shared [2]  24/8 24/8
SHELLER [3]  2/3 2/3 97/12
sheller.com [2]  2/4 2/5
short [2]  40/20 57/17
shot [6]  4/10 55/23 55/25 56/21 82/8 82/11
shot.....................Page [3]  4/9 4/12
 4/13
shots [2]  81/18 81/22
should [26]  5/12 7/17 9/12 9/18 31/3 31/4
 31/6 39/7 39/19 41/24 49/22 49/23 49/24 50/2
 51/12 54/14 54/15 56/14 58/18 78/2 78/12
 78/14 84/5 89/7 99/15 102/16
show [13]  24/6 25/20 47/23 66/19 66/21 69/21
 70/9 70/11 70/13 72/8 72/9 88/3 97/18
showed [1]  74/15
showing [4]  15/5 40/14 56/13 70/20
shown [3]  23/21 40/14 40/15
shows [7]  64/13 70/16 70/19 70/20 70/23 70/25
 96/14
side [6]  12/14 22/4 22/5 23/20 28/19 35/8
sign [1]  14/2
significance [4]  16/3 67/22 67/23 67/24
significant [27]  14/9 14/15 15/12 16/10 25/24
 30/10 31/2 34/6 34/13 35/2 56/17 57/4 58/21
 63/7 63/10 65/6 68/2 69/6 73/11 73/13 73/14
 77/23 78/13 79/2 81/16 88/8 97/25
simple [1]  71/17
simplify [1]  42/13
simply [1]  62/7
since [5]  41/18 41/20 47/13 72/23 94/5
single [1]  98/3
SIPALA [1]  2/10
sir [39]  9/13 10/2 14/11 15/16 16/4 16/25
 17/7 22/23 24/10 25/14 26/10 33/24 34/10
 37/5 39/6 46/21 48/23 49/21 50/19 54/17
 56/15 58/10 60/16 60/22 61/16 62/6 63/9 67/8
 68/23 75/10 76/9 77/20 78/18 78/25 79/16
 82/14 82/25 85/10 88/7
sit [1]  37/18
sitting [1]  29/24
situation [2]  5/14 5/21
six [5]  20/2 23/2 85/19 85/23 86/11
small [1]  21/14
Smedt [5]  28/10 28/11 28/24 61/22 61/22
snap [1]  22/20
some [20]  6/14 18/19 18/20 19/13 23/25 25/4
 25/20 26/23 29/18 34/14 36/18 39/4 40/20
 53/4 80/25 81/8 89/6 94/23 99/5 100/9
someone [4]  15/11 57/17 75/10 97/24
something [10]  12/21 21/23 22/10 29/19 33/4
 33/16 36/22 64/5 70/16 79/15
sometime [1]  24/22
sometimes [1]  33/2
somewhat [2]  44/7 44/11
somewhere [1]  41/10

**S**

song [1]  97/6
soon [1]  81/24
sorry [6]  6/20 14/25 43/22 87/15 93/10 97/4
sort [2]  5/6 89/11
speaking [1]  32/12
specialty [3]  32/12 32/16 32/19
specific [3]  32/22 90/11 94/12
specifically [4]  9/6 11/18 92/21 95/6
SPECTER [1]  2/9
speculating [1]  24/7
speculation [3]  24/4 26/19 26/21
spending [1]  95/22
spent [1]  87/21
sponsored [1]  11/5
Square [1]  2/22
stakes [2]  97/19 97/20
stand [3]  8/6 93/24 99/4
standard [1]  89/14
standing [1]  101/5
start [3]  28/22 53/18 87/10
started [3]  35/14 36/3 44/14
starting [2]  39/12 75/20
starts [1]  17/17
state [1]  101/20
stated [3]  23/7 33/16 78/16
statement [17]  31/9 31/11 33/11 33/12 33/24
 33/25 34/3 34/3 46/18 77/14 77/15 78/5 78/11
 78/16 81/14 88/10 89/23
statistic [1]  71/12
statistical [6]  14/3 37/4 44/10 75/17 76/19
 77/12
statistically [23]  14/9 14/14 15/12 16/10
 30/9 30/25 34/6 34/13 34/25 58/20 63/7 63/9
 65/6 68/2 69/6 73/10 73/13 73/14 77/23 78/13
 79/2 81/15 88/8
statisticians [1]  36/4
statute [1]  91/17
stay [2]  6/7 29/10
stayed [1]  72/5
step [4]  12/24 52/15 79/16 82/7
steps [1]  22/6
STEVEN [1]  2/3
still [6]  11/5 12/16 16/2 54/22 84/3 86/21
stop [2]  55/5 76/7
story [2]  14/14 77/11
Straight [1]  63/6
Street [2]  2/5 2/11
strike [1]  89/9
striking [1]  17/19
strip [1]  45/3
stronger [1]  17/20
studied [1]  18/2
studies [10]  35/14 64/8 64/8 64/21 66/24
 82/20 86/15 87/13 87/16 87/18
study [44]  25/9 27/12 27/15 27/15 28/16 29/12
 29/15 30/24 33/3 35/14 36/23 37/7 37/8 39/13
 40/5 40/25 44/24 44/25 45/12 45/13 45/14
 46/19 47/14 48/5 49/18 49/18 51/20 51/20
 52/25 53/3 57/11 57/16 60/13 62/7 62/25 72/5
 72/16 74/15 74/16 76/14 78/24 78/25 80/4
 80/7
stuff [1]  48/10
subject [5]  10/12 16/19 87/21 97/8 98/17
submit [2]  91/22 99/22
subspeciality [1]  32/17
substantial [1]  80/17
subtle [1]  39/20
such [1]  13/6
sufficient [1]  20/3
suggest [2]  96/18 97/23
Suite [2]  2/22 3/5

SULLIVAN [5]  3/3 92/12 94/3 97/2 100/21
 100/22
summary [1]  9/21
super [2]  22/9 72/24
supported [2]  29/5 29/6
sure [10]  27/16 31/5 31/8 32/2 65/16 70/8
 76/10 82/23 94/20 95/14
surprise [2]  90/9 93/11
Sustained [1]  15/21
sworn [1]  8/6
symptom [1]  80/15
symptoms [2]  23/15 80/21

**T**

Tab [1]  82/17
table [65]  4/9 11/24 12/21 13/9 13/23 14/5
 14/21 15/13 16/13 39/10 44/6 44/7 44/11
 48/22 48/24 53/16 55/23 55/24 55/25 56/8
 56/16 57/5 57/5 62/11 63/4 63/19 63/21 64/25
 65/11 65/12 65/13 65/14 65/15 65/17 65/23
 66/2 66/18 66/23 66/24 67/8 67/10 68/15
 68/25 69/8 69/23 70/3 70/5 70/8 70/9 70/14
 71/3 71/7 73/7 74/5 74/10 74/14 74/19 74/19
 74/21 75/7 75/11 75/12 75/16 82/7 82/10
tables [11]  16/5 38/19 38/19 39/3 39/10 56/18
 57/3 57/9 64/11 70/4 79/22
tablet [2]  39/4 39/5
take [19]  5/18 22/6 28/18 29/8 49/7 55/7
 55/23 55/25 56/14 56/25 57/13 58/23 59/22
 73/3 82/7 96/3 100/23 101/15 102/20
taken [6]  6/4 24/17 55/11 92/17 103/11 104/5
takes [2]  25/25 76/15
taking [5]  19/7 23/18 24/25 76/13 101/3
talk [6]  6/16 43/16 58/19 58/19 86/15 88/24
talked [8]  44/10 78/4 79/20 93/4 93/5 93/5
 93/10 97/15
talking [7]  42/24 67/11 76/14 86/25 87/19
 87/22 90/16
talks [3]  20/18 78/21 91/16
target [1]  25/4
Team [2]  17/6 17/18
tell [20]  5/7 6/15 11/22 13/22 15/13 15/14
 16/10 22/23 37/23 40/24 66/4 67/20 74/20
 74/20 74/20 77/17 83/10 83/13 87/5 88/7
telling [8]  14/14 20/10 69/14 72/14 72/15
 75/13 87/4 87/25
tells [2]  68/7 72/20
ten [49]  13/13 13/14 13/18 13/19 14/23 15/4
 23/25 36/10 36/25 41/16 41/18 41/20 41/21
 41/25 42/12 42/12 42/16 42/22 42/23 43/2
 43/2 43/6 43/20 45/3 49/7 50/25 51/6 51/6
 51/8 51/8 52/8 52/18 52/22 53/5 53/7 53/12
 53/13 53/18 53/19 54/8 54/25 57/7 56/12
 56/22 60/6 66/25 72/2 76/13 76/15
tend [1]  32/18
tens [6]  25/10 25/10 42/7 66/2 66/2 78/9
tenth [1]  79/7
term [9]  1/5 1/6 10/21 27/7 79/12 86/17 86/18
 86/22 86/24
terms [2]  7/9 17/9
test [4]  22/8 64/3 64/4 71/12
testified [4]  90/19 96/9 96/12 98/4
testifies [1]  96/15
testify [3]  43/10 96/15 98/23
testifying [3]  81/4 95/23 96/20
testimony [6]  24/6 47/22 89/9 90/6 90/22
 95/19
testing [2]  9/19 19/6
tethered [1]  92/8
Texas [3]  2/17 93/8 98/4
text [3]  30/9 34/22 75/18
than [10]  21/20 36/13 36/15 61/19 75/23 76/13
 87/4 96/16 101/2 101/9

**T**

**thank [10]**   7/19  10/17  31/16  31/22  31/25  37/20
  84/15  89/2  92/12  100/11
**Thanks [2]**   50/19  63/2
**that [355]**
**that's [81]**   14/9  15/17  15/23  16/9  16/11  18/4
  19/2  21/11  21/12  21/24  22/11  23/10  27/6
  29/14  30/19  31/11  33/16  33/18  34/5  34/12
  37/17  38/13  39/19  41/25  43/18  43/24  44/3
  44/13  45/7  47/18  50/5  50/7  51/2  51/24  52/21
  53/10  53/14  54/14  56/13  56/13  59/3  60/5
  61/15  64/18  65/11  67/25  67/25  68/2  69/4  69/9
  70/11  71/5  72/14  73/7  73/10  73/16  73/19  74/6
  77/14  78/13  79/6  80/22  81/13  83/9  85/8  86/17
  87/15  87/18  87/20  88/6  88/10  88/15  90/15
  91/22  94/11  95/4  96/17  97/9  97/21  99/25
  102/25
**their [21]**   5/10  6/9  14/22  30/22  33/18  34/4
  34/5  35/6  36/4  36/4  44/24  48/22  48/23  49/25
  51/13  51/19  51/20  60/25  73/19  77/17  101/19
**them [24]**   6/25  7/3  14/23  15/2  23/21  25/2
  45/23  46/2  53/10  53/20  54/12  64/15  64/19
  67/4  72/15  75/6  77/17  83/4  83/5  95/17  99/3
  100/10  100/16  102/12
**themselves [1]**   61/2
**then [26]**   12/24  13/5  13/25  14/23  20/4  21/16
  25/2  35/22  36/12  38/2  38/8  38/11  38/17  39/24
  45/3  51/20  56/25  60/10  68/20  75/11  78/18
  80/16  80/24  84/6  88/19  100/10
**therapy [1]**   81/10
**there [122]**
**There's [1]**   58/10
**therefore [4]**   20/16  36/24  52/24  92/4
**these [41]**   7/3  7/12  10/14  14/6  15/14  17/19
  19/22  20/7  20/15  21/22  24/13  32/21  39/3  39/7
  39/9  41/7  41/15  43/25  45/8  45/9  47/23  54/17
  57/9  60/7  60/7  67/5  70/19  70/21  80/21  80/21
  81/12  82/20  90/18  92/19  92/22  94/14  95/6
  96/11  96/17  99/4  100/8
**thing [19]**   13/6  13/21  14/12  36/3  41/15  42/11
  57/7  57/17  58/17  61/13  63/3  64/14  66/22
  68/11  69/8  72/19  73/19  74/7  103/6
**things [13]**   5/7  7/12  9/16  12/19  12/20  13/2
  44/6  45/9  55/18  65/9  85/6  86/21  92/22
**think [29]**   6/17  7/11  7/13  7/16  17/18  27/17
  27/18  29/23  29/25  37/23  52/10  52/12  55/6
  58/15  58/18  61/18  70/7  79/14  79/17  80/5
  80/19  82/6  82/8  89/7  93/18  93/21  93/25  96/10
  99/15
**this [186]**
**THOMAS [2]**   2/9  85/12
**those [26]**   19/23  24/10  28/14  38/2  38/3  39/22
  53/4  53/4  58/11  61/5  61/17  64/11  68/4  68/6
  69/16  69/22  72/17  72/18  72/18  72/22  75/5
  81/9  87/13  87/16  90/9  94/15
**threat [1]**   98/18
**three [4]**   11/24  66/10  81/21  90/19
**through [14]**   10/5  10/6  14/2  26/22  29/18  29/18
  30/4  31/13  38/18  44/12  45/9  45/23  59/3  85/9
**throughout [4]**   9/7  11/18  25/19  28/6
**time [15]**   12/22  25/14  25/18  55/6  65/5  72/11
  76/5  76/8  76/21  77/13  79/7  83/6  87/22  89/8
  97/8
**timeline [2]**   11/9  17/10
**timing [1]**   102/15
**title [3]**   10/18  10/19  71/3
**together [4]**   7/15  11/13  36/5  87/17
**told [9]**   6/25  28/11  39/17  70/7  77/11  85/5
  85/21  87/6  92/23
**Tom.Kline [1]**   2/10
**too [4]**   28/12  52/13  52/14  75/18
**took [7]**   23/24  39/23  43/20  54/21  60/7  60/16

64/7
86/5  86/6
**topline [1]**   60/13
**Toronto [2]**   29/2  37/11
**Tort [1]**   92/20
**total [15]**   9/7  11/19  45/24  46/14  46/21  46/22
  46/25  47/5  47/10  48/2  48/2  48/5  48/5  49/10
  95/3
**totals [1]**   42/3
**town [1]**   97/11
**track [1]**   41/11
**TRANSCRIPT [2]**   104/6  104/13
**translation [1]**   90/20
**transpired [2]**   55/12  89/4
**treated [2]**   18/9  87/12
**Treatment [2]**   27/7  79/13
**trial [10]**   1/3  6/14  90/21  98/12  98/15  101/23
  102/16  103/4  103/7  104/5
**trials [1]**   38/13
**trudge [1]**   47/21
**true [1]**   33/24
**try [11]**   25/4  29/12  30/3  38/14  42/10  44/13
  44/19  44/19  44/22  82/21  94/9
**trying [4]**   34/16  64/18  79/23  84/21
**tuition [1]**   5/16
**turn [4]**   19/13  62/10  83/4  95/8
**turned [2]**   69/5  83/5
**TV [1]**   7/2
**Twelve [1]**   87/15
**Twenty [1]**   45/17
**Twenty-two [1]**   45/17
**two [24]**   12/19  12/19  15/8  20/7  22/25  28/19
  35/10  37/9  37/10  45/17  47/22  57/9  58/10
  58/11  61/5  72/17  78/19  80/24  81/21  83/17
  86/25  93/16  93/19  93/22
**twofold [2]**   95/14  102/10
**type [1]**   39/5

**U**

**under [38]**   11/4  13/9  19/16  25/10  41/16  41/18
  41/20  41/21  41/25  42/12  42/12  42/16  42/22
  42/23  42/25  43/2  43/5  43/7  45/3  51/6  52/8
  53/7  53/12  53/12  53/18  53/19  54/17  54/25
  75/7  75/8  75/12  89/13  92/20  95/7  96/11  99/22
  102/3  104/14
**under-tens [1]**   25/10
**understand [6]**   10/13  29/25  42/10  52/13  79/24
  92/6
**understandable [4]**   29/20  29/22  44/15  44/18
**understanding [4]**   5/16  16/23  48/14  96/7
**understands [1]**   43/14
**unequivocally [1]**   96/21
**uninterrupted [1]**   101/6
**unless [2]**   6/7  104/14
**untethered [1]**   89/10
**until [2]**   5/10  102/19
**untoward [2]**   81/11  84/20
**unusual [1]**   84/20
**up [48]**   9/24  16/2  16/6  16/7  25/2  26/2  26/6
  34/21  37/18  38/5  38/10  38/24  39/7  41/4  41/7
  42/2  44/7  44/12  45/4  45/10  46/21  46/24  47/23
  49/4  49/17  49/23  55/19  56/3  56/21  59/7  62/2
  63/20  65/5  74/24  86/20  87/12  87/14  91/13
  93/19  94/11  96/14  97/8  98/14  99/16  100/3
  100/13  101/2  102/19
**upon [3]**   18/9  23/12  26/24
**upper [7]**   66/6  67/15  68/14  68/16  72/10  76/3
  76/22
**use [5]**   10/22  25/24  34/14  44/8  82/21
**used [8]**   25/19  25/22  35/17  36/7  43/7  44/23
  46/23  60/10
**usual [1]**   84/2

**U**

usually [1]  92/16

**V**

vaginal [2]  35/22 46/4
value [2]  16/12 63/18
various [3]  45/9 76/5 76/8
verbatim [1]  90/20
version [1]  10/25
versus [14]  9/7 11/19 48/2 48/5 57/5 63/13
 63/14 63/14 65/2 65/3 69/25 76/3 96/3 98/20
very [19]  5/22 16/9 25/24 26/4 34/16 35/7
 38/14 59/3 63/6 82/14 89/2 90/3 93/13 94/12
 95/4 96/8 97/6 98/19 99/14
vice [1]  3/4
view [4]  9/11 30/20 34/8 48/14
violated [3]  89/16 90/25 91/17
violates [1]  92/16
virtually [1]  99/5
volume [4]  1/16 31/20 31/21 31/24

**W**

Wait [1]  51/4
waive [1]  102/22
waived [2]  102/19 103/3
walking [1]  7/15
Walnut [1]  2/5
want [32]  5/19 12/11 12/18 21/23 25/5 26/22
 31/9 31/11 33/15 38/5 40/9 41/23 43/9 49/13
 51/4 53/16 58/14 58/24 59/3 65/16 66/21
 67/13 74/8 81/17 82/10 89/24 90/6 93/2 93/23
 94/18 94/20 100/15
wanted [3]  45/8 73/2 80/5
wants [1]  94/10
warn [2]  7/3 91/25
warning [4]  90/17 91/7 91/18 100/7
Warnings [1]  91/18
warranted [1]  23/7
was [130]
wasn't [8]  23/7 24/4 30/5 30/6 30/6 37/3
 40/15 64/4
way [24]  14/19 15/25 26/23 40/2 47/21 56/20
 57/10 59/6 62/6 65/11 69/4 69/5 69/20 70/18
 71/5 71/8 73/12 80/4 83/17 84/20 90/9 92/24
 97/12 99/10
ways [2]  15/8 92/25
we're [1]  10/3
wear [1]  88/21
week [6]  14/8 36/15 63/6 67/13 69/10 96/15
weeks [25]  17/12 30/11 30/25 34/7 63/10 64/25
 66/5 67/7 67/7 67/11 67/13 67/24 68/25 69/15
 69/19 69/22 69/25 70/20 72/14 73/9 74/6 76/8
 79/3 87/12 87/14
WEIL [1]  3/3
weil.com [2]  3/6 3/7
well [8]  17/21 20/18 20/21 26/25 39/8 50/7
 79/18 99/20
went [4]  56/17 65/5 67/6 72/3
were [45]  13/24 18/24 19/10 20/14 23/9 23/11
 24/13 24/21 24/22 24/24 25/6 35/10 35/18
 39/13 39/22 41/12 42/11 42/11 42/12 42/15
 42/21 43/2 43/5 43/15 43/17 44/25 45/4 45/13
 46/12 50/20 53/22 58/14 66/10 66/12 68/8
 69/12 69/13 76/22 77/22 79/18 83/10 87/17
 90/7 101/5 101/6
weren't [2]  41/18 102/6
Western [1]  26/13
what [107]
what percent [2]  46/16 60/23
what's [9]  22/11 56/21 61/7 65/18 68/3 68/16
 71/10 87/5 100/24
whatever [7]  25/15 25/16 38/4 38/10 40/11
 42/25 100/22

when [42]  6/23 7/23 8/13 10/24 12/22 13/5
 19/12 19/25 21/6 22/6 23/6 27/7 30/11 33/2
 33/19 34/2 35/13 36/3 36/3 37/10 40/19 42/6
 44/5 44/13 45/9 45/12 50/21 54/7 54/21 54/22
 55/14 55/15 63/25 65/4 66/13 72/2 76/11 78/8
 79/17 84/12 84/16 92/16
where [17]  5/21 7/12 9/2 11/24 13/10 41/8
 50/4 57/12 62/2 60/5 61/21 63/20 64/7 67/2
 86/16 91/15 97/7
whether [19]  6/25 9/11 9/18 19/6 21/11 21/12
 25/8 44/17 62/11 69/18 76/21 77/25 90/7 90/9
 96/9 96/11 96/12 96/14 96/15
which [44]  8/24 9/2 10/2 10/4 10/20 11/16
 14/2 18/3 19/4 23/24 29/19 31/9 34/21 39/11
 39/16 44/24 48/18 49/12 53/17 53/25 55/22
 56/10 56/15 57/6 60/11 60/21 62/2 62/4 62/16
 63/3 63/5 78/3 78/4 78/19 79/11 80/6 80/8
 80/8 81/7 84/25 85/10 93/22 98/13 101/12
while [4]  5/13 15/25 25/14 28/5
who [24]  9/20 15/11 19/7 24/14 24/25 28/6
 28/9 28/10 29/5 30/10 35/10 39/22 50/20
 51/19 53/12 53/12 57/17 61/22 73/21 75/5
 76/20 77/13 98/12 98/13
whoever [1]  72/15
whole [6]  35/14 36/3 47/14 51/15 62/11 72/16
why [8]  26/18 38/13 44/3 64/18 67/19 69/9
 71/16 90/21
widening [1]  99/18
wider [1]  33/4
will [50]  5/16 5/17 5/18 9/24 10/6 10/8 12/5
 12/6 12/6 12/25 16/22 16/23 21/15 22/9 22/20
 27/2 30/3 36/9 42/2 43/24 44/22 45/8 48/22
 53/10 55/10 55/25 56/2 56/3 56/25 57/3 57/16
 63/20 73/9 74/6 80/4 81/24 82/2 82/11 88/19
 88/23 97/22 99/3 99/7 100/8 100/9 101/3
 101/16 102/13 102/19 103/2
wish [2]  6/8 100/9
within [4]  11/13 68/21 72/17 76/4
without [2]  44/20 82/15
witness [7]  4/3 8/6 24/5 26/23 26/24 95/7
 98/22
witnesses [7]  5/19 5/24 6/6 6/9 7/7 24/13
 102/13
won [1]  92/17
won't [1]  88/13
word [4]  13/5 18/5 33/18 90/13
words [6]  12/16 14/6 20/14 21/7 51/10 83/18
work [2]  30/4 38/18
working [1]  52/15
works [1]  69/4
world [1]  33/8
worried [1]  5/12
worst [1]  88/13
worth [1]  57/7
would [80]  6/3 6/13 8/11 9/11 9/15 11/25
 14/15 14/16 14/20 15/16 15/16 18/5 19/4
 19/23 20/3 20/17 23/3 23/8 23/11 23/14 23/23
 26/25 27/21 29/8 32/9 32/10 32/10 32/14 33/4
 33/4 33/21 39/3 41/10 41/12 41/19 41/19
 41/21 44/12 44/23 47/23 53/23 54/10 56/10
 57/6 57/16 57/18 58/14 58/15 59/2 60/17 61/3
 61/16 61/17 61/18 66/19 69/13 71/12 73/3
 73/12 75/11 75/12 77/20 77/22 77/24 78/9
 78/11 82/4 84/3 84/24 85/19 86/7 86/16 89/13
 90/21 97/13 97/19 99/21 101/5 101/14 102/9
wouldn't [3]  93/2 94/4 101/22
write [4]  16/6 16/7 26/13 74/24
writeup [5]  15/10 15/11 16/2 25/25 27/12
writing [3]  25/2 36/5 58/14
written [3]  16/4 26/5 34/21
wrong [3]  13/19 61/23 70/9

**Y**

Yeah [5]  13/4 17/16 44/17 51/2 68/13

**Y**

**year [5]**  17/15 26/6 32/6 66/14 74/22
**years [4]**  36/10 56/12 56/22 98/24
**yelled [1]**  71/14
**yellow [3]**  6/5 40/2 88/21
**yes [177]**
**yesterday [2]**  9/3 11/12
**yet [1]**  26/21
**York [3]**  11/10 22/14 23/6
**you [277]**
**yourself [1]**  41/4

**Z**

**zoom [1]**  19/16