```
        IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
             FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                      CIVIL TRIAL DIVISION

    ------------------------------
    IN RE: RISPERDAL® LITIGATION  :
    March Term, 2010, No. 296     :
    _____ :
    PHILLIP PLEDGER, by BENITA    :   APRIL TERM 2012
    PLEDGER, as Guardian of his   :
    Person and Conservator of his :
    Estate,                       :
    Plaintiffs,                   :
                                  :
         v.                       :
                                  :
    JANSSEN PHARMACEUTICALS, INC.,:
    JOHNSON & JOHNSON COMPANY,    :
    and Janssen Pharmaceutical    :
    Research and Development,      :
    L.L.C.                        :
    Defendants                    :   NO. 01997
    ------------------------------
```

- - -

MONDAY, FEBRUARY 2, 2015

**VOLUME VI**
**MORNING SESSION**

- - -

COURTROOM 425
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E:  THE HONORABLE RAMI I. DJERASSI, J.,
and a Jury

- - -

*REPORTED BY:*
 *JUDITH ANN ROMANO, CRR*
 *CERTIFIED REALTIME REPORTER*
 *OFFICIAL COURT REPORTER*

APPEARANCES:

SHELLER, P.C.
BY:  STEPHEN SHELLER, ESQUIRE
CHRISTOPHER A. GOMEZ, Esquire
E-mail:  Sasheller@sheller.com
E-mail:  Cgomez@sheller.com
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Phone: (215) 790-7300 Fax: (215) 546-0942
Counsel for Plaintiff(s)


KLINE & SPECTER, A Professional Corporation
BY:  THOMAS R. KLINE, Esquire
KRISTEN LOERCH SIPALA, Esquire
E-mail: Tom.Kline@KlineSpecter.com
E-mail: Kristen.Loerch@KlineSpecter.com
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Phone: (215) 772-1000 Fax: (215) 772-1359
Counsel for Plaintiff(s)


ARNOLD & ITKIN, LLP
BY:  JASON A. ITKIN, ESQUIRE
E-mail: jitkin@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Phone: 713-222-3800 Fax: 713-222-3850
Counsel for Plaintiff(s)


DRINKER BIDDLE & REATH, LLP
BY:  KENNETH A. MURPHY, ESQUIRE
MELISSA A. GRAFF, ESQUIRE
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
Phone: (215)988-2700  F:(215)988-2757
E-mail: kenneth.murphy@dbr.com
E-mail: melissa.graff@dbr.com
Counsel for Defendant Janssen Pharma.,
J&J, and Janssen Research & Development

APPEARANCES: (Continued)

```
                WEIL, GOTSHAL & MANGES, LLP
                BY:  DIANE P. SULLIVAN, ESQUIRE
                ALLISON BROWN, ESQUIRE
                (admitted pro hac vice)
                301 Carnegie Center, Suite 303
                Princeton, New Jersey 08540
                T: 609-986-1100 F: 212-310-8007
                E-mail: diane.sullivan@weil.com
                E-mail: allison.brown@weil.com
                Counsel for Defendant Janssen
```

*(Pledger v Janssen, et al.)*

I N D E X

WITNESS                    DIRECT    CROSS    RD    RC

DAVID A. KESSLER, MD
  By Ms. Sullivan...............7


EXHIBITS
D-18 Chart.............................Page 15
D-19 Demonstrative....................Page 34
D-20 Draft manuscript.................Page 50
D-21 Document.........................Page 57
D-22 CFR reg..........................Page 81

P-56 Document).........................Page 86

D-24 1993 Label.......................Page 91

1                    *(Pledger v Janssen, et al.)*

2                    (Hearing is reconvened at 10:02 a.m.

3          and the following transpired in open court out

4          of the hearing of the jury:)

5                    THE COURT:  All right, good morning,

6          everybody.  Please be seated.  I understand

7          there is a scheduling issue before we start?

8                    MR. MURPHY:  Yes, Your Honor:  I don't

9          know if you want to deal with this with Dr.

10         Kessler here, it doesn't matter to me.  The

11         issue deals with Plaintiff's causation expert

12         Dr. Goldstein.

13                   Yesterday we received a notice for a de

14         bene esse deposition for Dr. Goldstein for

15         tonight at 6 o'clock.  On Saturday, Mr. Gomez

16         sent me an E-mail saying they intended to

17         proceed in that fashion.  I wrote him back

18         saying what's the reason.  I know that Dr.

19         Goldstein was here last week.  They sent him

20         home on Friday.  If there was a scheduling

21         issue, we could have done it Friday night --

22                   THE COURT:  I am not going to permit

23         that, that's the end of that.  If they have to

24         schedule it in the next three weeks they will

25         have to schedule it, but I am not going to

1              *(Pledger v Janssen, et al.)*

2         permit that at this point.

3              MR. MURPHY:  My point further to that,

4         Your Honor, is he ought to be brought in live.

5              THE COURT:  I agree.  Given the nature

6         of the attention to this case, I think it

7         should be live.  But I also think a short

8         videotaped deposition out of the presence of

9         this Court on such short notice at this time

10        is inappropriate, and frankly, we have three

11        weeks to go in this trial, I am sure it can be

12        fit in somewhere.

13             MR. MURPHY:  The other thing I would

14        bring to your attention, Your Honor, there is

15        an issue regarding Dr. Goldstein --

16             THE COURT:  I am not talking any issues

17        now about his testimony.  As far as scheduling

18        is concerned, I have ruled on that.

19             MR. MURPHY:  Fair enough, thank you,

20        Your Honor.

21             THE COURT:  All right, we will bring

22        the jury out.

23             (The jury enters the courtroom at

24        10:06 a.m.)

25             THE COURT:  All right, good morning,

```
 1                    (Kessler - Cross)

 2          everybody.  Are we all still in a state of

 3          shock after that game yesterday?  You never

 4          know, just never know.

 5                  All right, well, we are going to

 6          continue now, back to work, and we will

 7          continue with the cross examination by

 8          Ms. Sullivan of Dr. Kessler.  You may proceed.

 9                  (DAVID A. KESSLER, MD, having been

10          previously sworn, resumes the witness stand.)

11                  MR. KLINE:  Excuse me, Your Honor,

12          there is a problem with a live feed.

13                  (Pause.)

14                          - - -

15              CROSS-EXAMINATION (Continuing)

16                          - - -

17   BY MS. SULLIVAN:

18   Q    Good morning, Dr. Kessler.  Good morning,

19   jurors.  Thanks for coming in on a sleepy Monday

20   morning after the Super Bowl.

21              Dr. Kessler, when we left off on Friday

22   we were talking about the article by Dr. Findling

23   that you and Mr. Kline spent a fair amount of time

24   talking to the jury about.  We will go back to that,

25   okay?
```

*(Kessler - Cross)*

1

2    A    Thank you.

3    Q    And just to refresh everybody, this was the

4    article, and you and Mr. Kline had spent time

5    talking to our jurors about tables, SHAP(A) and

6    SHAP(B).  Do you remember that?

7    A    Yes, I do.

8    Q    And, Dr. Kessler, you and I talked about the

9    fact that all of the events except the one in the

10   SHAP(A) Table, and SHAP A, to remind ourselves, is

11   the table that includes all kids.  Right?  Over ten

12   and under ten?

13   A    All boys, all boys over ten and under ten, and

14   all girls.

15   Q    Right.  It included everybody?

16   A    Yes.

17   Q    And the events in Table A that included all

18   the kids, all those events except one came from one

19   study, correct?

20   A    I believe that's correct.

21              THE COURT:  I am sorry, Mrs. Sullivan,

22        in order to reorient ourselves after a festive

23        weekend, maybe we should remind ourselves

24        where this document is coming from and

25        everything.

1          *(Kessler - Cross)*

2                MS. SULLIVAN:  Sure, Your Honor.

3     Q     Dr. Kessler, this is the article by

4     Dr. Findling that -- just to step back, Janssen

5     funded a study to look at prolactin and adverse

6     events, correct?

7     A     Yes.

8     Q     And it's a good thing, in your view, for

9     companies to fund science?

10    A     Of course.

11    Q     And Janssen involved in this study outside

12    experts?

13    A     Yes.

14    Q     And they were "coauthors" on the study,

15    including Dr. Findling, Dr. Moshang from CHOP, and

16    Dr. Daneman from Toronto?

17    A     Yes.

18    Q     So the three experts outside the company were

19    also involved in this article, correct?

20    A     Yes.

21    Q     And that's a good thing, in your view?

22    A     Yes.

23    Q     And Mr. Kline and you spent a fair amount of

24    time talking about -- and this article was

25    actually --

1                    *(Kessler - Cross)*

2    A     We should probably put a footnote there, but I

3    don't want to interrupt your flow on that.

4    Q     Okay, and this article, Dr. Kessler, was

5    actually published in a scientific journal for

6    doctors to see, correct?

7    A     It was published in a *Journal of Clinical*

8    *Psychiatry.*

9    Q     And we have established that the prescriber in

10   this case did not read this article?

11   A     I have no reason to disagree with that

12   whatsoever.  I think that was right from the

13   deposition.

14   Q     Yeah, you saw it in the deposition?

15   A     Yeah, and he testified here.  I wasn't here.

16   Q     And, Dr. Kessler, looking at Table A in this

17   article, the outside authors and the Janssen authors

18   included all kids, correct?

19   A     In Table 2, yes.

20   Q     And they showed all of the kids, males, who

21   got gynecomastia, right?  Over ten and under ten?

22   A     Yes.  That's the 22.

23   Q     Yes.

24   A     Yes.

25   Q     And so this table shows the reader how many

*(Kessler - Cross)*

1

2  boys under ten, over ten, got gynecomastia in this

3  study, right?

4  A    It doesn't break it down that way, it just

5  gives a total.

6  Q    But the total includes boys over ten as well?

7  A    Exactly.

8  Q    Yes.  And it includes boys under ten?

9  A    Yes.

10  Q    It's everybody?

11  A    Yes.

12  Q    Okay.  And all of the events except one come

13  from one study?

14  A    In gynecomastia?

15  Q    Yes.

16  A    Yes.

17  Q    And that's the INT-41 study that you and Mr.

18  Kline spent a couple of hours talking about to our

19  jurors, correct?

20  A    You can paraphrase how many hours, yes, it

21  comes from INT-41.

22  Q    So 24 of the 25 events come from this study

23  INT-41, correct?

24  A    Are we doing the Primary Analysis or the ITT

25  Analysis?

                          *(Kessler - Cross)*

1

2   Q      Either way.  They come from INT-41?

3   A      Yes.

4   Q      There are actually five studies -- and I will

5   put back up Defense Exhibit 16 that you were looking

6   at on Friday -- there were actually five studies

7   that were analyzed in this paper, in this

8   Dr. Findling paper?

9   A      Exactly.

10  Q      And we can see that 24 of the 25 events come

11  from this study INT-41, right?

12  A      Yes.

13  Q      And INT-41 was an open-label study?

14  A      Yes.

15  Q      And you and I talked a little bit on Friday

16  about what an open-label study is, and one thing

17  that means is that there was no placebo control

18  group.

19  A      No, you and I actually defined it the same

20  way, but most people talk about open-label as being

21  unblinded.  But I am not going to disagree with you.

22              Open-label tends to be -- I think the

23  official definition means that the observer, the

24  investigator knows which -- what the patient has

25  taken.  But I am not going to dispute the way you

*(Kessler - Cross)*

1

2  characterized it.

3  Q      But also in INT-41 there was no control group,

4  there was no placebo control group?

5  A      Exactly.

6  Q      And so just to kind of talk about that a

7  little more, so when you have a placebo control

8  group in a study like this, you would have kids on

9  Risperdal and kids who did don't take Risperdal,

10  right?  And you would compare the results, including

11  who got adverse events in each side of the study,

12  right?

13  A      Usually.

14  Q      And the reason you do placebo-controlled

15  studies is you have in the general population people

16  getting adverse events for reasons that have nothing

17  to do with the medicine, correct?

18  A      No, the reason you do placebo control -- well,

19  there are many reasons why you do placebo control

20  groups.  Most of the time you do placebo control

21  groups, it's on the efficacy side.  You want to see

22  whether a drug works.

23  Q      Sure.

24  A      I mean when it cames to safety, safety is not

25  established just on placebo control groups, safety

1                    *(Kessler - Cross)*

2     is established from the entire safety database.

3     Q      A fair point, doctor, but in addition to

4     looking at effectiveness, you can also look at the

5     difference between the placebo group, the people not

6     on the medicine, and the people on the medicine in

7     terms of the difference in side effects?

8     A      Exactly.

9     Q      And one of the reasons people do that is to

10    control for background rates in side effects.  In

11    other words, in the general population people get

12    all kinds of things that have nothing to do with

13    medicine?

14    A      Exactly.

15    Q      And in INT-41, the study that had 25 of the

16    events in the Findling study, did not have a control

17    population, did not compare kids on the drug to kids

18    not on the drugs?

19    A      Janssen didn't design it that way, you are

20    correct.

21    Q      But, Dr. Kessler, you know that Janssen did

22    do --

23                     (Disruption by Juror No. 12.)

24                     THE COURT CRIER:  Can we take a break,

25          Your Honor?

1              *(Kessler - Cross)*

2              THE COURT:  Yes.  Sorry about that

3      Ms. Sullivan.

4              (The jury is excused, and the following

5      transpired in open court:)

6              THE COURT:  A little housekeeping so we

7      can find out what's going on.  The article by

8      Dr. Findling, that is P-49.  There is also a

9      chart here, I think it's been introduced

10     before as D-16, that's of the various clinical

11     trials, and then there is a drawing up there

12     now on the projector.  We will have that

13     marked as something when Marianne comes back.

14             MS. BROWN:  That will be D-18.

15             (D-18 is marked for identification.)

16             THE COURT:  Why don't we sit down and I

17     will find out what this is about.  And we will

18     be in recess.

19              (The following transpired in the

20     robing room with counsel present:)

21             THE COURT:  First of all, let me tell

22     you on the record what the problems are.  It

23     is probably the last time I will ever leave it

24     to the lawyers alone to pick the jury in a

25     case like this.

1                    *(Kessler - Cross)*

2              MR. KLINE:  That's quite a statement.

3              THE COURT:  At least from the Court's

4     perspective.  Your perspective, I understand

5     the tactical issues, but from the Court's

6     perspective you couldn't have done worse.

7              First of all, this juror here that just

8     asked for a recess has some health issues that

9     is affecting her, what she said for today.

10    She has also caused significant issues to

11    us -- what was the issue on Friday?

12             THE COURT CRIER:  She was the one that

13    was sleeping and slouching.

14             THE COURT:  I had to move her.  What

15    number is this?  We will put it on the record.

16             THE COURT CRIER:  That's Juror Number

17    12.

18             THE COURT:  Juror Number 12, Ms. Bibbs.

19    The history on Ms. Bibbs is the following:

20             During I think the direct examination

21    of Dr. Mathisen, she complained about the

22    draft on the window and we moved her then to

23    the front of the thing.  Then she was in the

24    front -- the next day she was in the front of

25    the jury panel group and she was slouching and

1                    *(Kessler - Cross)*

2       asleep.  I had to essentially wake her up and

3       remind her that she is at a jury trial.  We

4       had her moved back to the place that she

5       originally was sitting, and then this morning

6       she now is complaining of menstrual cramps and

7       that she is not feeling well today.

8              I am of the mood to excuse her at this

9       time.  Is there any objection?

10             MS. SULLIVAN:  I don't have an

11      objection, Your Honor.

12             THE COURT:  All right, she is excused.

13      Number 12 is gone.

14             MR. KLINE:  No objection, so there is a

15      clear record.

16             THE COURT:  Also, just so we know what

17      we are dealing with, we have now a jury of 15.

18      Which one is the one that has the, by

19      surprise, has the 4:30 issue?

20             THE COURT CRIER:  Juror Number one.

21             THE COURT:  Juror Number one, I believe

22      that's Ms. Gilliam.

23             I think -- it doesn't bother me per se,

24      but I think we are in a bind with her.  It was

25      not discovered that she has a hardship, that

1                    *(Kessler - Cross)*

2          she needs to leave here by 4:30 everyday.  I

3          am reading a letter from the After School

4          Program at Olney Elementary School.  I haven't

5          been successful in contacting the teachers

6          involved but it's, "Dear Parents, you must

7          pick up your child by 5 o'clock p.m. every

8          day.  The school building must be locked by

9          the School District at 5:30 and there can be

10         no exceptions.  ASI staff is not allowed to

11         stay in the building past 5:30 PM.  Any child

12         who is not picked up by five will be turned

13         over to Philadelphia Police.  We have no other

14         choice.  If you have any problems picking your

15         up your child by five, contact Ms. Ostertag,

16         there is a phone number.

17                  I tried to reach Ms. Ostertag, I have

18         not been able to reach her this morning.  I am

19         not of a mind to excuse her today, but there

20         is an issue.  She did cover with her family on

21         Friday and Thursday, she said that she can try

22         to do that down the road, but as far as today

23         is concerned, I don't believe we have

24         coverage.  Is that it?

25                  THE COURT CRIER:  Not as of now.  She

1                    *(Kessler - Cross)*

2          is still working on it.

3                    THE COURT:  So this is a long-term

4          issue.  I am not inclined to excuse her today,

5          but that is an issue in this case as far as

6          the jury is concerned.

7                    Another issue I think I have resolved.

8          Which one is that, the one involving community

9          college?

10                   THE COURT CRIER:  Number 16, Your

11         Honor.

12                   THE COURT:  Number 16, Ms. Cambridge.

13         I think it will be okay.  I have spoken to the

14         vice president of Community College, his

15         office, and then the Dean of Enrollment,

16         Dr. Hilton, and he assures me that upon

17         receipt of a letter that I have drafted, she

18         should be refunded the tuition that she has

19         expended on one of her classes this semester.

20         I don't believe that that will end up being a

21         problem.

22                   Then we have another one -- what was

23         the other one?  The charter school.  What

24         number is that?

25                   MR. MURPHY:  Five.  Ms. Rink.

*(Kessler - Cross)*

1

2          THE COURT:  Ms. Ring is being paid by

3     the Sankofa Freedom Academy until their board

4     decides formally on whether or not they are

5     going to change their policy to permit jurors

6     to be paid more than five days if the trial is

7     more than five days.

8          I have spoken twice now with the CEO of

9     Sankofa Freedom Academy, Dr. Imani.  She has

10    assured me now that she will be paid.  The

11    board meeting was scheduled for last Tuesday

12    night, that was the night, of course, we were

13    in a panic over a false report over a

14    snowstorm.  So that board meeting was

15    postponed that evening.

16          So that one is a little bit up in the

17    air.  I am not inclined to excuse her for any

18    reason, at least for another couple of weeks

19    no matter what we do.

20          So right now we are operating with a

21    jury of 15.  This brings to mind, what is the

22    real schedule and game plan for this case?  We

23    have spent one week on one witness, and we are

24    not even through the other witnesses in the

25    Plaintiff's case let alone the defense.  What,

1               *(Kessler - Cross)*

2          I think in all fairness to our jury, is the

3          real game plan for this case?  Is it a

4          six-week case, a five-week case, what kind of

5          case is it?  Because I don't think it's fair

6          to the jury to tell them it's a three-week

7          case and for me to turn around and hold them

8          here for six weeks.

9               MS. SULLIVAN:  I agree, Your Honor.  I

10         was surprised by a three-day direct of Dr.

11         Kessler, so I will let Mr. Kline talk to his

12         case.

13              MR. KLINE:  I don't know the exact

14         number of hours that Dr. Kessler has been on,

15         but I will speak to the rest of the case.  My

16         liability case is largely put in through Dr.

17         Kessler.  If I have my choice I will not be

18         playing deposition cuts ad infinitum, and in

19         fact, I plan to just simply read those

20         portions which I need to authenticate certain

21         documents.  The only thing I have left in the

22         case -- Your Honor, I am in favor of a quick

23         trial, too.  The only thing left in my case is

24         Dr. Goldstein, the causation expert, the mom,

25         and the sales rep, who is tomorrow, who we

*(Kessler - Cross)*

1

2      have tomorrow.

3              If we finish early with Dr. Kessler

4      today we have a videotape, but I don't need

5      that to prove the case, if you will.  That's

6      always been my case.

7              THE COURT:  So it looks to me, no

8      matter what, I don't want to press anybody, I

9      just need to have a reasonable estimate, it

10     seems to me that you will likely be done by

11     Thursday.

12             MR. KLINE:  I may be done as early as

13     Wednesday, if I am not forced into playing a

14     lot of video cuts, and if I am -- I still may

15     have a snippet here and there of evidence that

16     I need to get in.  And if I am not forced,

17     when I say I need a piece of evidence or a

18     document, to go to enormous lengths to prove

19     an obvious business records document, I say

20     that respectfully.  I have business records,

21     for example, like one that shows the number of

22     prescriptions that the children had that they

23     were having.  I mean it's a chart.  And it's a

24     business record.  And if I can just put in my

25     case, I will be done.  And I would hope to get

1                      *(Kessler - Cross)*

2          done Wednesday.  Maybe Thursday.  But I am not

3          going weeks and never had that intention.

4                  THE COURT:  Are we going to be able to

5          stipulate to the admission or are we still

6          going to have to go through all of these --

7          remember, I admitted some of these E-mails

8          based on the promise that they were admissible

9          through authentication through other means.

10                 MS. SULLIVAN:  Your Honor, we don't

11         think they should have come in through Dr.

12         Kessler, so preserving that objection, we are

13         happy to move things along to stipulate as if

14         he played the tapes of the right witnesses.

15                 THE COURT:  That's very helpful, okay.

16                 MR. KLINE:  So that will move things

17         along.  I do have a piece or two here and

18         there, but I have maybe a half a dozen more

19         documents to do that with.

20                 THE COURT:  So I see light at the end

21         of the tunnel there.  So let me ask you from

22         the defense perspective, let's assume you get

23         the case sometime on Thursday.

24                 MS. SULLIVAN:  We don't anticipate,

25         Your Honor, and again we can't control the

1                        *(Kessler - Cross)*

2          cross examination, but we don't anticipate

3          more than a week for the defense case, maybe

4          six days tops.

5                    THE COURT:  So we are in an overtime

6          probably in this case in the four-week range.

7          And I told them three.  I can live with that.

8          What I can't live with, without telling them

9          in advance, is a six-week type situation.

10                   MS. SULLIVAN:  Of course.

11                   THE COURT:  All right.  Then I have

12         done my best to hold this jury together.  I do

13         feel that permitting me to excuse this

14         particular juror will be helpful.

15                   MR. KLINE:  We understand, and we

16         obviously agree.

17                   THE COURT:  Are we ready now, is she

18         excused?

19                   THE COURT CRIER:  I just want to tell

20         them a couple numbers change.

21                   THE COURT:  And before they come out --

22         actually, can we put that on the record now?

23                   MR. KLINE:  The next juror is Juror

24         Number 13, now fits into her seat?

25                   THE COURT CRIER:  Yes.  So Juror Number

1           *(Kessler - Cross)*

2           13 --

3                    THE COURT:  First of all, again for the

4           record now, the one that we are excusing, for

5           hardship really, is?

6                    THE COURT CRIER:  Juror Number 12,

7           Ms. Bibbs.

8                    THE COURT:  I guess her number was

9           originally 0446 on the panel of January 22nd,

10          2015.  She is being excused now for hardship.

11          She claims she has menstruation issues today.

12          She has had some other concentration issues

13          involving this case, and I am excusing her.

14                   THE COURT CRIER:  So Juror Number 13

15          Ms. Mack will now be Juror Number 12.

16                   THE COURT:  That's fine.

17                   THE COURT CRIER:  Juror Number 14,

18          Mr. Graves will become Juror Number 13.

19                   Juror Number 15, be Juror Number 14.

20                   And Ms. Cambridge, Juror Number 16,

21          will now be Juror Number 15.

22                   THE COURT:  What number was

23          Ms. Cambridge?

24                   THE COURT CRIER:  She was number 16 and

25          she will now be 15.  And, Judge, they don't

1                   *(Kessler - Cross)*

2          all understand that they all have to be here.

3                   THE COURT:  I will tell them what's

4          going on.  I have a lot of things to go over.

5                   THE COURT CRIER:  They think they can

6          take the afternoon off and then come back

7          together.  They don't understand they have to

8          be here for all the proceedings.  She thought

9          she could come back tomorrow.  And the other

10         one asked me for the afternoon off, a couple

11         of different times, thought they could go for

12         an appointment and come back the next day.

13                  THE COURT:  We might as well tell them

14         what the rules are generally speaking and then

15         we will go back to Dr. Kessler.

16                  I think that's helpful that I know that

17         this is doable without getting this jury all

18         worried.  And we are having some difficulties,

19         as you can see.

20                  Off the record.

21                  (A discussion is held off the record.)

22                              - - -

23                  (The following transpired in open court

24         out of the hearing of the jury:)

25                  THE COURT:  I would like to see any

*(Kessler - Cross)*

1            reporters in the courtroom with the attorneys

2            in the antechambers.  Are there any reporters

3            in the courtroom from the press?  Let's talk

4            to you in the back.

5                 (The following transpired in the robing

6            room with counsel present:)

7  BY THE COURT:

8  Q     Are you Mr. Fair?

9  A     Yes.

10  Q     You are with *Law 360*?

11  A     Yes.

12  Q     My understanding is that when I have a sidebar

13  conference that is a private matter on the record

14  but not for publication or for transmittal to the

15  general public, for a lot of reasons involving

16  privacy of the jurors.

17  A     Okay.

18  Q     I am ordering you not to reveal any of the

19  sidebar conversation regarding jurors to the general

20  public.

21  A     Okay, I understand.

22                THE COURT:  Thank you.

23                (The jury enters the courtroom and the

24            following transpired in open court:)

1          *(Kessler - Cross)*

2               THE COURT:  Members of the jury, before

3          we resume cross examination, let me speak to

4          you again generally about this particular case

5          and jury service generally speaking.

6               First of all, I am doing my best to

7          keep this case within the bounds that we had

8          talked about in the three to four-week range.

9          Okay?  It's taking a little bit of good faith

10         on all of ours to get this done, with the

11         weather and everything else we are dealing

12         with.

13              So from that point of view, I want you

14         all to remember that we cannot do anything

15         unless all of you are together.  It should be

16         clear by now, but the whole premise of a jury

17         trial is that everyone hears the same stuff at

18         the same time together.  So we can't start if

19         one of you is still missing or whatever.  And

20         I realize that we all have different issues

21         and we had a roof leak today, I am aware of

22         it, but I just want to remind you that this is

23         the kind of thing where if we can resolve

24         these home issues earlier we can get the job

25         done here earlier.  The longer it takes for us

1                    *(Kessler - Cross)*

2          to get started, get moving, all the other

3          issues that are coming up, the longer this

4          trial will take.  The longer this trial will

5          take.

6                    So if we have different type of issues,

7          please try to get them done earlier, so we can

8          on time here at 9:30 or 9:15, whatever, in

9          that range, okay?  And please remember that

10         one of you not being here stops all of us from

11         continuing.

12                   That's the first thing.  I am not

13         blaming anybody, I am not doing anything like

14         that.  I am just letting you know that's how

15         it is, and the longer it takes for us to get

16         started, the longer this trial will last.  So

17         this is serious business for everybody.

18                   On the same lines about that, we have

19         excused the juror, Juror Number 12, so

20         everybody has now gone into -- Juror Number 13

21         is replacing 12, 14.  So you are all here now.

22         That was a hardship, no other reason, it was a

23         hardship.

24                   So bear in mind that I have worked hard

25         to keep this jury intact.  And as far as one

*(Kessler - Cross)*

1

2      of our juror's concern involving the refund

3      for the tuition, I have even drafted a letter

4      that is on my secretary's desk we are going to

5      get to you later in the day in order to

6      present to the Dean of Enrollment, who I have

7      spoken to personally.  It shouldn't be a

8      problem.  You either get the money back or

9      continue it for next semester.

10             We are also in touch with the principal

11     of a charter school and I am assured by her

12     that service up to now is being paid for, and

13     moreover, that the board of trustees of that

14     school is going to decide one way or the other

15     whether they are willing to change their

16     policy relating to jury service and whether or

17     not they will pay for jury service more than

18     five days.  That is an internal issue

19     regarding the school.

20             I am also reminding you now, again,

21     that it is imperative that none of you read or

22     look for, or do anything involving any type of

23     reporting about this case, whether it's on the

24     Internet, whether it's on the TV, whether it's

25     on radio, whether it's in the newspaper,

1                      *(Kessler - Cross)*

2          whether it's in a magazine.  Anywhere.  It is

3          imperative that the evidence in this case be

4          solely from the witness stand and from all the

5          other types of evidence we are having here.

6          Otherwise, why should we bother.  Why should

7          be bother.  Okay?  Because the evidence in

8          here is the only way we know in our society to

9          be fair about such issues.  There is no other

10         way.  That we know of.  It hasn't been

11         invented yet.  So I am relying on you to

12         follow my instructions to just turn away from

13         anything about this case anywhere.

14              The other thing is that regarding the

15         time that we are going to adjourn, I am aware

16         of a childcare issue, that is a serious

17         matter, and today we will adjourn at 4:30 to

18         accommodate that.  I am asking that juror,

19         however, to do her best to make any

20         arrangements possible, because the longer this

21         case takes for us during the day, the longer

22         this case is going to go on until we complete

23         it.

24              So that's what I really have to say at

25         the moment, other than one other thing:  I

1                        *(Kessler - Cross)*

2              realize that it's not like you are being paid

3              a great sum of money in order to be here.

4              Let's face it.  I know that.  We all know

5              that.  So chalk this one up to citizenship.

6              Okay?  Chalk this one up to citizenship.  I

7              have taught classes, we have this program

8              called ACE, Advancing Civic Education, which

9              is Judges and lawyers going to different

10             public schools and talking to ninth graders

11             about civics and ethics.  We talk about

12             citizenship.  We do.  Chalk this one up to

13             citizenship.  And you can tell all your family

14             and friends and kids that you did one for

15             Uncle Sam.

16                   So for right now we are going to

17             continue with the cross examination by

18             Ms. Sullivan of Dr. Kessler, and we will

19             continue.

20                   MS. SULLIVAN:  Thank you, Your Honor.

21     BY MS. SULLIVAN:

22     Q    All right, Citizens, Dr. Kessler, we will try

23     this again.  Dr. Kessler, when we left off we were

24     talking about this INT-41 study, which we confirmed

25     accounted for 24 of the 25 events in the published

1          *(Kessler - Cross)*

2    article, Dr. Findling's study, Plaintiff's

3    Exhibit 49 that we have spoken about?

4    A     That's exactly where we left off.

5    Q     And we were discussing the concept of a

6    placebo control trial and the fact that this trial

7    was not placebo control trial, correct?

8    A     That is correct.

9    Q     And so INT-41 just looked at kids on Risperdal

10   and didn't compare it to kids who didn't take

11   Risperdal?

12   A     That's correct.

13   Q     And a placebo control trial would be when you

14   would compare both groups?

15   A     Exactly.  It was only one arm on one group.

16   Q     And you know that Janssen in kids did do

17   placebo-controlled studies as well, correct?

18   A     There were certainly for the autism

19   application, there were placebo-controlled trials.

20   Q     Yeah, there were several placebo-controlled

21   studies that looked at both groups of kids, kids on

22   Risperdal and kids not on Risperdal?

23   A     Yeah.  I would have to pull the exact -- I

24   think you are right, yes.

25   Q     Do you recall, Dr. Kessler, do you know that

*(Kessler - Cross)*

1

2    in all of the placebo-controlled studies there was

3    no greater incidence of gynecomastia as between kids

4    on Risperdal and kids in the control group?

5    A     So we are talking about the placebo-controlled

6    trials that were submitted as part of the autism

7    application.

8    Q     Exactly.

9    A     Yes.  I think you are correct.

10   Q     So when you actually compare kids taking

11   Risperdal to kids not taking Risperdal, there is no

12   difference in the rates of gynecomastia in the

13   studies submitted as part of the autism approval?

14   A     That's correct.

15   Q     And in fact, the only studies that showed this

16   kind of incidence were 24 and 70, both of which did

17   not have a placebo control group?

18   A     Just give me the ones that had positives.  Are

19   you just talking about those five or are you talking

20   about --

21   Q     Maybe this is easier.  I will mark as Defense

22   Exhibit 19 a demonstrative that I don't think will

23   be controversial.

24             (D-19 is marked for identification.)?

25             MS. SULLIVAN:  I have one for the

*(Kessler - Cross)*

1

2          witness, and for the Court.)

3    Q      Dr. Kessler, looking at what's been marked as

4    Defense Exhibit 19, this is a summary of all of the

5    pediatric studies in kids that Janssen did and

6    submitted to the FDA?

7    A      I have no reason to dispute that.

8    Q      Yeah, and if you look at the studies that

9    Janssen did in kids, INT-41 stands out.  In many of

10   the studies there were no gynecomastia cases, right?

11   A      Yeah.

12   Q      And in others --

13   A      You say "many," just characterize that.

14   Q      Sure.  So, ten studies had no cases of

15   gynecomastia at all?

16   A      Thank you very much, yes.

17   Q      Okay?  So in ten studies there was no cases at

18   all, and in a few others there was one case, right?

19   A      Yes.

20   Q      And others, two, three, and we see the eight

21   and the 24, right?

22   A      We see there were --

23   Q      I am sorry, the 4.8?

24   A      Yes.

25   Q      And if we see the incident percentages, they

1                   *(Kessler - Cross)*

2     are all 2 percent or under except for INT-48 -- I am

3     sorry, INT-70, the other one we talked about,

4     correct?

5     A     Yes.

6     Q     And they stand out as compared to the other

7     studies, correct?

8     A     They stand out with regard to -- when you look

9     at that chart, the studies stand out for a lot of

10    different reasons, right, but some are short-term,

11    some are long-term, some have higher incidence, some

12    have zero incidence.

13    Q     But one thing we know about INT-41 and INT-70

14    is there was no placebo control group?

15    A     That's the way Janssen designed it.

16    Q     Yeah, but there are other studies on this

17    list, and we can go through them, that did have

18    placebo control groups?

19    A     Yes.

20    Q     And in those studies there was no difference

21    in the incidence rates of gynecomastia?

22    A     I am not going to dispute you, but you don't

23    have which ones are double-blind on there so I can't

24    quickly do that.  But I am not going to dispute

25    that.

*(Kessler - Cross)*

1

2  Q     And you don't recall any incidences where when

3  you had a placebo control group there was a

4  different rate in the kids not on the drug as

5  compared with the kids on the drug?

6  A     We should just be careful but -- I don't

7  dispute you at all.

8  Q     Okay, and one of the concerns in the authors

9  of the Findling article was that there was a pretty

10  big background rate of gynecomastia in boys going

11  through puberty, right?  They write in the paper,

12  "It's considered normal for males to have

13  gynecomastia at some point in the evolution of

14  puberty, with the frequency estimated as high as

15  50 percent"?

16  A     Big concern with regard to the question they

17  are asking, I certainly agree with you.  This was

18  discussed among the endocrinologists, yes.

19  Q     Right, so the outside authors, Dr. Moshang

20  from Penn and Dr. Daneman in Toronto, were concerned

21  about the big background rate in boys going through

22  puberty that have gynecomastia just because it's

23  part of the puberty process?

24  A     I think that that would be a fair assessment,

25  yes.

*(Kessler - Cross)*

1

2  Q     And in fact, they were so concerned about it

3  that they had recommended to Janssen that you do

4  this analysis of prolactin-related events excluding

5  boys going through puberty, right?

6  A     So to be exact, you raised this on Friday, and

7  I just went back and looked at the draft

8  manuscripts.  It's unclear exactly who raised what

9  with whom.  I think it's fair to say that Janssen

10 consulted with these endocrinologists, but I am not

11 sure who raised what with whom.  I can't be sure

12 from the evidence that I have seen.

13 Q     Because you weren't there?

14 A     Well, I can be provided with documents.  I

15 have gone through documents.  From the documents

16 that I have seen, it seems that Janssen consulted

17 with these endocrinologists.

18 Q     And these endocrinologists attributed to

19 puberty things like gynecomastia, amenorrhea, breast

20 enlargement, lactation, et cetera, right?

21 A     That's what that says.

22 Q     Right, and so one of the things that they told

23 Janssen is that to figure out whether there is

24 really an association with your drug, you got to

25 take out kids going through puberty because about

```
1                    (Kessler - Cross)

2    50 percent of them have things like gynecomastia?

3    A      Show me that, ma'am.  Show me where they say

4    that.

5    Q      Well, we looked, Dr. Kessler, at the -- let's

6    first look at the article.  It says that the outside

7    authors attributed to puberty these events, right?

8    A      What these outside endocrinologists, the two

9    endocrinologists, what's that saying is that they

10   excluded, right, they excluded -- it's part of a

11   certain definition.  That's what they did.

12   Q      Yeah.

13   A      There is nowhere that they say that you can't

14   say that there is an association, right, based on

15   the data in SHAP(A).  In fact, Dr. Daneman in his

16   deposition looks at that, right, and basically says

17   there is an association.

18                  So be careful what the endocrinologists

19   are saying.  They are defining, and again, this may

20   be post-HOP.  This looks like it was done after the

21   May analysis when Janssen consulted.  So again, it

22   says exactly what it says there.

23   Q      And we will take a look at some of the

24   statements about the pediatric endocrinologists, but

25   one of the studies, actually INT-41 you and Mr.
```

*(Kessler - Cross)*

1

2      Kline talked about was actually published, right?

3      A       Several years after this.

4      Q       Yeah, and, Dr. Kessler, you know that Janssen

5      gave all 25 of these gynecomastia events to the FDA

6      within eight months of receiving them, right?

7      A       I don't know exactly the timeframe.  I have no

8      dispute that Janssen reported the gynecomastia.

9      Q       Yeah, there is no dispute in this case that

10     each and every gynecomastia event and each and every

11     study Janssen did was reported to the FDA and they

12     had that information?

13     A       The dispute is that the association was not

14     reported.

15     Q       Right, we are going to talk about your eight

16     to 12.  But events, they knew that there were 24

17     events in INT-41?

18     A       I don't dispute that.

19     Q       And you don't dispute that Janssen gave FDA

20     that information within months of getting the study

21     results?

22     A       That information being -- so we are specific,

23     the number of cases, not the association.

24     Q       The number of cases, yeah.

25     A       Yes.

1                      *(Kessler - Cross)*

2   Q      And, Dr. Kessler, in the paper that -- and I

3   am putting up Plaintiff's Exhibit 23?

4   A      May I just ask you for a copy of that, please.

5   If possible.

6   Q      Sure.  Do you have it up there as part of the

7   exhibits you used with Mr. Kline?

8   A      I will be happy to go through the binder, I

9   just don't know which tab it is.

10                 MR. KLINE:  It's in Tab 23.

11  Q      Dr. Kessler, this is the INT-41 that we have

12  been talking about, the published version of the

13  study?

14  A      Give me one moment, ma'am, I apologize.  I

15  don't have it in my 23.

16                 THE COURT:  Why don't you give him your

17       copy then.

18                 MS. SULLIVAN:  It's Plaintiff's

19       Exhibit 23.

20                 THE WITNESS:  Is it Tab 23?  I

21       apologize, I just don't have it.

22                 THE COURT CRIER:  P-23 is being handed

23       to the witness.

24  Q      And this is, Dr. Kessler -- you have it, sir?

25  A      I do, thank you very much.

*(Kessler - Cross)*

1

2    Q      And this is the published version of INT-41

3    that we have been talking about?

4    A      This is the Kronenberg article that did

5    exactly that.

6    Q      And there were three outside authors who were

7    the lead authors in addition to the Janssen folks on

8    this study, correct?

9    A      Yes.

10   Q      Dr. Kronenberg, Dr. Fegert and Dr. Findling

11   don't work for Janssen, they are outside experts?

12   A      They are outside, yes.

13   Q      And in the published version of INT-41, the

14   authors note something that you and Mr. Kline didn't

15   show our jury but let's take a look at it, that

16   gynecomastia reported in 23 boys and two girls is

17   often observed in normal pubertal boys and girls so

18   it is not possible to assess the contribution of

19   risperidone without a placebo control group."

20   Right?

21   A      If you can go also down -- it says that, but

22   if you read the next sentence, too.

23   Q      I am happy to read the next sentence, but can

24   we just talk about this paragraph for a second, sir?

25               MR. KLINE:  Just please tell me what

*(Kessler - Cross)*

1       page you are on?

2               MS. SULLIVAN:  Sure, page ending Bates

3       818.

4       Q     Dr. Kessler, the outside authors and the

5       Janssen authors, when the study goes through peer

6       review, published the fact that you can't tell from

7       INT-41 whether it's Risperdal or puberty causing the

8       gynecomastia, right?  That's what they said?  It's

9       not possible to assess.  Correct?  I have read that

10      correctly?

11      A     Let me understand.  The sentence you are

12      quoting is referring to Findling 2003, or is it just

13      referring to the INT-41?  Just tell me how you are

14      reading that sentence.  Because it says gynecomastia

15      reported in 23 boys and two girls.  That matches --

16      we would have to check which number that matches,

17      but it's referencing Findling here.

18              "So it is not possible to assess the

19      contribution of risperidone without a placebo

20      control group."  Findling's purpose was prolactin

21      and SHAP, right?

22      Q     Yes, but, doctor --

23      A     I am not sure what that sentence refers to.

24      Q     The point the authors are making is without a

*(Kessler - Cross)*

1    control group you can't tell whether the

2    gynecomastia is coming from puberty as opposed to

3    being associated with Risperdal, that's what they

4    are saying?

5    A     That is probably what they are saying, yes.  I

6    mean there are other ways -- I mean, as we know, I

7    mean, for example, to assess whether something is

8    likely, very likely, we saw there were other

9    assessments.  They are making the statement that

10   they are making, exactly.

11   Q     So related to the events of gynecomastia in

12   the study that accounted for all of the cases of

13   gynecomastia in the Findling article except one, the

14   published article and the outside authors included

15   say, we can't tell if this is from Risperdal or from

16   puberty because there is not a placebo control

17   group?

18   A     I think that's probably what they are saying,

19   but if you can do me a favor and do the next

20   sentence, too, it might make sense.

21   Q     Sure.  They go on to say, "Both the 48-week

22   trial of risperidone in children and the analysis of

23   combined data from long-term trials of risperidone

24   in children and adolescents reported similar

1              *(Kessler - Cross)*

2      transient increases in prolactin levels and few

3      physical signs potentially associated with prolactin

4      elevation.  Right?

5      A      But if that's true, we know there were 30

6      SHAP, so that doesn't match the few that Kronenberg

7      is talking about.

8      Q      We are going to go back to look at that table,

9      but this is what the article and the outside authors

10     are saying, that without a control group, which

11     INT-41 didn't have, you can't tell if the cases are

12     from puberty or from association with the drug

13     because so many kids have gynecomastia in puberty?

14     A      I would certainly let the article speak for

15     the article.  But it's misrepresenting Findling.

16     Q      Fair enough.  And, Dr. Kessler, I want to go

17     back to this E-mail of November 2002, and this is

18     Plaintiff Exhibit number -- Plaintiff's Exhibit 45.

19     A      And I can find a copy in my book if I take a

20     couple of -- I may have it.  Let me see if I have it

21     in my book.  Thank you very much.

22                    THE COURT:  Is it P-45?

23                    MS. SULLIVAN:  P, it's a Plaintiff's

24          Exhibit 45.

25                    THE COURT:  P-45 has been presented to

                        *(Kessler - Cross)*

1

2         the witness.

3    Q     Dr. Kessler, you and I looked at this E-mail

4    briefly on Friday, and it talks about the fact that

5    the outside authors had just finished reviewing the

6    manuscript speaking of the Findling publication,

7    right?

8    A     Yes.

9    Q     And it also talks about Gahan and the U.S.

10   group, and we established that refers to Janssen,

11   right?

12   A     Yes -- no, I don't think that's -- correct me

13   if I am wrong, ma'am, that's a part of Janssen but I

14   think Binder is part of Janssen and Janssen is

15   worldwide, isn't it?

16   Q     Fair enough, but certainly the U.S. group is

17   talking about Janssen U.S.?

18   A     Fair.

19   Q     So Janssen U.S. and they talked about the fact

20   that they convened a children and adolescent

21   advisory board, right?

22   A     Yes.

23   Q     And they also go on to say that the U.S.

24   group, and that's Janssen U.S., right?

25   A     Right.

1              *(Kessler - Cross)*

2    Q     Recommended that the manuscript list all cases

3    of gynecomastia in males, right?

4    A     That's what that says.

5    Q     And they also say that by applying the endos'

6    position, and the only endos on the study were the

7    outside authors, the endocrinologists from Penn and

8    Toronto, right?

9    A     Yes.

10   Q     And it says that their position was not to

11   include boys in puberty as being a SHAP, right?

12   That's what it says?

13   A     That's exactly what that says.

14   Q     And the outside authors didn't even want to

15   list boys in puberty as a SHAP because of the

16   gynecomastia background rate, right, that boys in

17   puberty get gynecomastia?

18              MR. KLINE:  Objection, Your Honor.

19         Twofold.  One, this is exactly what was gone

20         over on Friday.  Two, this gets into it says

21         what it says.  We are going back and forth how

22         she wants to read it and how she would like

23         him to agree with the reading when the words

24         are on the page.

25              THE COURT:  Sustained.  These things

1                    *(Kessler - Cross)*

2          can be explained through other means, I

3          believe.

4     Q     Dr. Kessler, if we turn the page, it goes on

5     to say that -- Carin Binder is Janssen U.S., right?

6                    MR. KLINE:  Your Honor, same thing,

7          this was exactly gone over Friday afternoon.

8                    THE COURT:  You can read it,

9          Ms. Sullivan.  Again, the explanation for this

10         can be done, I believe, through other

11         witnesses.

12    Q     Dr. Kessler, we can agree that Janssen U.S.

13    and Janssen Canada in this document are saying we

14    have no problem putting all the gynecomastia cases

15    in the paper?

16                   MR. KLINE:  Objection to that.  There

17         is no reference to Janssen Canada.  It's the

18         rabbit in the hat.

19                   THE COURT:  It says what it says.  I

20         don't know, let the jury decide who is

21         referring to who here.

22    Q     And, Dr. Kessler, you know that Carin refers

23    to Carin Binder, Janssen Canada?

24    A     Yes.

25    Q     And Janssen Canada is saying, I have no

*(Kessler - Cross)*

1    problem adding gynecomastia in boys over ten, right?

2    MR. KLINE:  Objection.  It says Carin

3    Binder said.

4    MS. SULLIVAN:  Carin Binder from

5    Janssen --

6    THE COURT:  Ms. Sullivan, please, it

7    does say what it says.

8    Q    Dr. Kessler, you know that the outside authors

9    had seen the eight to 12-week statistical

10   association data that you talked to our jury about,

11   right?

12   A    I know that they saw the data, I read

13   Dr. Daneman's deposition.  I am not sure when he

14   ever saw -- if he ever saw the statistically

15   significant association before that deposition.  You

16   would have to ask him.

17   Q    And, Dr. Kessler, did you review manuscripts

18   that had the eight to 12-week data in it that had

19   these outside authors' comments on it?

20   A    I do not see outside comments by Daneman or

21   Moshang named by that.  We saw outside comments,

22   that were named by Gahan and Anne.  I don't believe

23   I saw anything that said Daneman specifically.  But

24   I could have missed that or my recollection could be

*(Kessler - Cross)*

1

2  off.

3  Q    Well, let's take a look at the next defense

4  exhibit, it's July 2002, draft manuscript.  It's

5  Defense Exhibit 20.

6              (D-20 is marked for identification.)

7              MS. SULLIVAN:  And if we can give the

8        Court and Dr. Kessler a copy, it's ID 45.  We

9        will get you one.

10              THE COURT:  I need to see this before

11        we put anything up on the screen.  Just one

12        second.

13              (Pause.)

14              THE COURT:  Has this previously been

15        admitted as a different number?

16              MS. SULLIVAN:  No, Your Honor.

17              THE COURT:  This is completely new to

18        us?

19              MS. SULLIVAN:  Yes, Your Honor.

20              THE COURT:  Is there any objection?

21              MR. KLINE:  I am trying to figure it

22        out.  The cover letter says if there are any

23        issues, please let me know, and we did use

24        that as an exhibit.  That's already marked as

25        P-whatever.

1                    *(Kessler - Cross)*

2               THE COURT:  I would like the know the

3          same thing.  Whatever that document was, that

4          looks familiar, let me see that now, please.

5               MR. KLINE:  I believe it's the same as

6          what we call draft one.

7               THE COURT:  That's what I am trying to

8          ascertain.

9               MS. SULLIVAN:  Yes, Your Honor, if it

10         was previously marked I apologize.

11              MR. GOMEZ:  P-39, Your Honor.

12              MS. SULLIVAN:  My apologies, Your

13         Honor.

14              THE COURT:  All right.

15    BY MR. GOMEZ:

16    Q    Dr. Kessler, if we take a look at what has

17    been marked as P-39?

18              THE COURT:  And now D-20 as well.

19    Q    It's an E-mail from Carin Binder at Janssen to

20    Gahan Pandina at Janssen regarding a draft

21    manuscript, right?

22    A    Yes.

23    Q    And again, you know they are talking about a

24    draft of the -- what ultimately became the Findling

25    publication that we have been talking about?

1                    *(Kessler - Cross)*

2    A      Right, and I believe this is, just so I am

3    correct, this is something that I talked about

4    earlier.

5    Q      Okay, great.  And if we look at page -- the

6    Bates page 723, it's got comments by VK.  Right?

7    A      Yes.

8    Q      And he is one of the outside authors?

9    A      Yes.

10   Q      And when we say outside authors, one of the

11   authors who don't work for Janssen, one of the

12   outside experts?

13   A      I believe that's correct, yes.

14   Q      And it also mentions clearly in this draft

15   manuscript being commented on by outside authors

16   this eight to 12-week data that you talked about the

17   statistically significant, right?

18   A      Show me, please.

19   Q      Bates number 740.

20   A      I am there exactly, ma'am.

21   Q      So you see, Dr. Kessler, it does contain this

22   eight to 12-week statistical association you have

23   been talking about, right?

24   A      Yes.

25   Q      And we also see that Dr. Findling comments on

*(Kessler - Cross)*

1

2    this very manuscript as well, right?  And you should

3    go to Bates number 745.

4    A     I see Dr. Findling, yes.  He is not one of the

5    endocrinologists, he is one of the psychiatrists,

6    yes.

7    Q     So we have outside authors commenting on a

8    draft of a manuscript that includes the data that

9    you stalked about, the statistical significant eight

10   to 12-week data?

11   A     We don't have evidence that the

12   endocrinologists from this.  They may or may not, I

13   just don't know.

14   Q     Right, and that's the point, you don't know.

15   But we at least have evidence that two of the

16   outside experts saw the eight to 12-week

17   statistically significant data, clearly, in this

18   manuscript?

19   A     Well, we see their comments, we don't know

20   what they focused on.  They had the document, let's

21   put it that way.

22   Q     They had the document with the eight to

23   12-week data?

24   A     Yes, you can assume that those two had the

25   document, yes.

*(Kessler - Cross)*

1          MR. KLINE:  Ms. Sullivan, what page was

2      that on?  I just need a Bates number.  That

3      last comment.

4          MS. SULLIVAN:  The Bates ending in

5      9745, counsel.

6  Q    And, Dr. Kessler, just going back to this

7  manuscript, there is also a comment in here by the

8  authors that gynecomastia is frequently seen in boys

9  going through puberty.  "The mean age of boys who

10 experienced SHAP --

11 A    Can you tell me what page?

12 Q    I am sorry, Bates number 9744.

13 A    Thank you, madam.  Yes?

14 Q    You are there, doctor?

15 A    Yes.

16 Q    And the draft manuscript says, "Gynecomastia

17 is frequently seen in boys going through puberty.

18 The mean age of boys who experienced the side effect

19 hypothetically attributed to prolactin was 11.6

20 years and for girls 12.7.  This higher than mean age

21 for the whole primary analysis population, which was

22 9.9, suggesting the possibility of a link between

23 puberty and SHAP.

24          Do you see that?

*(Kessler - Cross)*

1

2    A      I am sorry, you said a link with prolactin?

3    You read that?

4    Q      A link between puberty and SHAP?

5    A      I thought you used the word "prolactin".   I

6    may have misunderstood, I apologize.  I see those

7    exact words.

8    Q      And so what the authors are saying is because

9    the average age or mean age of people with the side

10    effect is older than the average age in the study,

11    it's a possible link between puberty and these side

12    effects, right?

13    A      That is certainly what that document says.

14    Q      And, doctor, I think you were fair to say that

15    you weren't an endocrinologist and you defer to the

16    endocrinologist on the issue of what the percentage

17    of boys are in the general population who develop

18    gynecomastia?

19    A      I think -- yes.  That's fair.  At a

20    pediatrician, you and I know, Ms. Sullivan, the

21    literature has rates all across the board.

22    Q      But the ones that the pediatric endos included

23    in the Findling article was about 50 percent, right,

24    and we looked at that?

25    A      The article says what it says.

1                    *(Kessler - Cross)*

2    Q       And it says about a 50 percent background?

3    A       I don't dispute --

4    Q       And just so we are clear, and you know,

5    doctor, better than I as a pediatrician, what

6    puberty is, so puberty is a time when, speaking of

7    boys, where hormone levels increase, where your

8    sexual organs develop and things like that, right?

9    A       You did that well.

10   Q       And so what the authors are talking about in

11   some of these documents is the fact that during this

12   time a high percentage of boys just develop

13   gynecomastia naturally?

14   A       It's pointing out that issue.

15   Q       And, doctor, talking about INT-41, the study

16   that had the highest incidence or highest reported

17   events of gynecomastia out of the 18 that we have

18   been talking about, I think you called it a "red

19   flag"?

20   A       That number?  Of adverse events?  Certainly.

21   Q       And, doctor, would you agree that open-label

22   studies like that are not adequate and

23   well-controlled studies in that they don't have all

24   the elements of a study that would allow a company

25   to make a change in the labeling?

*(Kessler - Cross)*

1

2    A    Open label.  Safety can be determined from

3    multiple factors including open-label studies.

4            MS. SULLIVAN:  Can we show Dr. Kessler,

5        and I will pull it out for you, sir.  It's

6        Kessler-20.  Your deposition from January 20,

7        2009 in a litigation against Pfizer.  And can

8        we give Dr. Kessler a copy of this?

9            THE COURT CRIER:  This will be D-21.

10           MS. SULLIVAN:  This is impeachment,

11       Your Honor.  Would the Court prefer we mark

12       the impeachment documents as well?

13           THE COURT:  As long as I have a copy

14       and it's properly marked, I am happy.

15           (D-21 is marked for identification.)

16           THE COURT:  Any objection now to the

17       use of this document?

18           MR. KLINE:  I haven't seen it.  It

19       hasn't been given to me.  I thought that I

20       would see a copy of what she is about to say

21       so I would have a chance to assess it.

22           MS. SULLIVAN:  We are looking at page

23       79 and 80.

24           MR. KLINE:  Is there a copy for me?

25           MS. SULLIVAN:  Yes.

1                    *(Kessler - Cross)*

2              MR. KLINE:  Give me a moment, Your

3         Honor, please?

4              Yes, Your Honor, I object.

5              THE COURT:  All right, we are going to

6         take a recess right here and we will take our

7         recess that we need anyway.  So we will take

8         about a five-minute recess.

9              (The following transpired in open court

10        out of the hearing of the jury:)

11             THE COURT:  Dr. Kessler, I am going to

12        ask that you stand outside just for a few

13        seconds here.

14             (Dr. Kessler exits the courtroom.)

15             THE COURT:  All right, for the record,

16        this is a deposition dated January 20, 2009,

17        In Re: Neurontin Marketing Sales Practice and

18        Products Liability Litigation.  It's a

19        videotaped deposition of Dr. Kessler in the

20        United States District Court, the Federal

21        matter in the District of Massachusetts,

22        Docket Number 1629.

23             So what's the objection?

24             MR. KLINE:  My objection is, and I am

25        looking at the realtime transcript here, that

1                    *(Kessler - Cross)*

2        he was asked questions about whether the

3        open-label study is -- are not adequate and

4        well controlled, and he said, Open label, he

5        said, safety can be determined from multiple

6        factors -- hold on, it just jumped on me.

7              But basically the testimony is a

8        discussion about the open label -- I just need

9        to get to it again, Your Honor, bear with me.

10       This computer jumps around a little bit.

11             MS. SULLIVAN:  Your Honor, I have the

12       question if you would like me to read it.  He

13       was asked here:  "Doctor, would you agree that

14       open-label studies like that are not adequate

15       and well-controlled studies in that they don't

16       have all the elements of a study that would

17       allow a company to make a change in the

18       labeling?

19             And he answered, "Open label.  Safety

20       can be determined from multiple factors

21       including open-label studies."

22             And I would like to impeach him with

23       his prior testimony, Your Honor.

24             MR. KLINE:  That's the point.  His

25       prior testimony which she has, which is page

1                        *(Kessler - Cross)*

2          80, he is asked the question about open-label

3          as a general term and he says, "Let's simply

4          say open-label studies are not adequate and

5          well-controlled studies.  They don't have all

6          the elements of which a study that would be

7          the basis of either an approval decision or

8          would allow a company to make a change in

9          labeling."

10                MS. SULLIVAN:  That's exactly right.

11                MR. KLINE:  He says the same thing.

12                THE COURT:  We will take a recess and I

13         will look at the realtime transcript to see

14         exactly what this is a impeachment of, if it's

15         relevant, and we will make a ruling.

16                MR. KLINE:  I am just saying he is

17         saying the same thing.

18                MS. BROWN:  Do you want the cite from

19         the realtime?

20                THE COURT:  There was a discussion

21         about open labeling, and once I understand

22         what the thrust of the impeachment is we will

23         make a ruling.

24                MS. SULLIVAN:  The point is I asked

25         him, You said it wouldn't warrant a label

1                    *(Kessler - Cross)*

2          change and he disagreed and in the past he

3          admitted it wouldn't warrant a label change.

4                    THE COURT:  I don't know we went into

5          detail like that just now.  Again, I am really

6          reluctant to use depositions from previous

7          testimony in other cases that have to do with

8          other issues probably, and just kind of --

9          because then we will get involved in a back

10         and forth on what this litigation was about

11         involving Neurontin.

12                   So let me take a look at whether it can

13         be limited to a very close issue to this case,

14         otherwise it may be something that is beyond

15         the scope of what we are addressing here,

16         unless it's really precise.  So we will take a

17         look at it and we will take a recess.

18                   (A brief recess is taken.)

19                   (The following transpired in open court

20         out of the hearing of the jury:)

21                   THE COURT:  Let me just say, I have

22         read now some of the realtime transcription

23         leading up to this question.  My conclusion at

24         the moment is a proper foundation has not been

25         laid for this particular avenue.  The

1               *(Kessler - Cross)*

2        difficulty here is we are now going -- if you

3        want to we can do it, but we are now going to

4        get into a whole discussion about what

5        open-labels mean.  It was difficult enough for

6        a jury to understand what off-label means, now

7        we are going to get into what open-label

8        means.  Unless that's clarified and there is

9        some specific, focused impeachment available,

10       I will not permit it.  The foundation hasn't

11       been laid.

12            MS. SULLIVAN:  And, Your Honor, just to

13       clarify, the witness has acknowledged that

14       INT-41, which is the core study, is an

15       open-label study.

16            THE COURT:  I understand that, however,

17       the way it's left right now is, I can't speak

18       for the jury but I can speak for myself, it is

19       not clear to me what the importance of the

20       open-label categorization of INT-41 is to the

21       defect that you are trying to establish with

22       that particular test.  If that's made clear

23       and then is compromised by some previous

24       testimony, that's fine.  But the way it is now

25       it's too fuzzy to get into, so I will not

1                    *(Kessler - Cross)*

2          permit it without a more appropriate

3          foundation.

4                    MS. SULLIVAN:  Thank you, Your Honor.

5                    THE COURT:  So we are going to bring

6          the jury back in here.  You may be seated,

7          everybody.

8                    (The jury enters the courtroom at

9          11:54 a.m.)

10                   THE COURT:  Ms. Sullivan, you may

11         proceed under the instructions as given.

12                   MS. SULLIVAN:  Thank you, Your Honor.

13   BY MS. SULLIVAN:

14   Q     And, doctor, INT-41, which we have been

15   talking about with our jurors, that as we

16   established, was not a controlled study and it was

17   what we call an open-label study, correct?

18   A     Exactly.

19   Q     And open-label means both the doctor and the

20   patient knows exactly what they are taking?

21   A     Exactly.

22   Q     Because everybody is on the medicine?

23   A     Exactly.

24   Q     There is no placebo controlled --

25   A     Not in INT-41.

*(Kessler - Cross)*

1

2    Q     And, Dr. Kessler, you have acknowledged, sir

3    that the results of INT-41 alone would not have been

4    a scientific basis to add pediatric safety

5    information to the Warning section of the label,

6    correct?

7    A     The -- I think the answer is yes.  The

8    standard is whether there is a reasonable

9    possibility of an association, a causal

10   association -- I am sorry, to the Warning section of

11   the label, is that what you said?

12   Q     Yes.

13   A     Let's just be clear.  That's correct, because

14   the Warning section of the label, that's a capital

15   W.  There are other sections of the label where

16   there can be small W warnings, right?  The adverse

17   event section, the precautions section.  But the

18   capital W section, right, the Warning section, where

19   it's labeled Warning, that requires a reasonable

20   possibility of an association -- a definitive causal

21   association need not be proven.  That's the

22   requirement.

23              So the question is what's a reasonable

24   possibility of an association.  And I think when I

25   saw the Findling data and that being statistically

1                    *(Kessler - Cross)*

2    significant, that certainly met the standard.  So

3    that met the reasonable possibility of an

4    association because that was a statistically

5    significant association.

6                    That's not necessarily required, just a

7    reasonable possibility of an association.  And as we

8    have seen in INT-41, the investigator, I think you

9    pointed out, some of them say there is a likelihood

10   or a very likelihood.  So that's pretty close to a

11   reasonable possibility of an association.

12   Q    But the answer to my question was yes, doctor,

13   that INT-41 would not have been a scientific basis

14   to add pediatric safety information to the Warning

15   section of the label, right?

16   A    To the capital W --

17   Q    Yeah.

18   A    -- section of the label.  There were other

19   sections of the label where it could have been

20   added.

21   Q    And, doctor, you have acknowledged in the past

22   that an open-label study like 41 wouldn't allow a

23   company to make any change in the labeling, correct?

24   A    No.

25                    MS. SULLIVAN:  And, Your Honor, may I

1                    *(Kessler - Cross)*

2          show Dr. Kessler his prior testimony against

3          Pfizer?

4                    THE COURT:  Any objection?

5                    MR. KLINE:  I need to know the page

6          again.

7                    MS. SULLIVAN:  It's the same, 79 and

8          80.

9                    THE COURT:  Well, again, we just had a

10         discussion about this.  Was this particular --

11         if you are going to do it this way you have to

12         describe the test and all of that, what the

13         test was that was relevant in that particular

14         case.  Because there are two variables

15         apparently in this INT-41.  You are driving at

16         one of them here.

17                    MS. SULLIVAN:  And, Your Honor, his

18         testimony relates generally to open-label

19         studies.

20                    THE COURT:  Then that's sustained.

21                    THE WITNESS:  Can I clarify?

22                    THE COURT:  No, we are not going to go

23         there right now, doctor.

24    Q    And so, doctor, we established that all of the

25    cases in the Findling article except for one come

1                    *(Kessler - Cross)*

2    from INT-41, right?

3    A      All the cases --

4    Q      Of gynecomastia?

5    A      Yes.  Thank you.

6    Q      And we have established that even you agree

7    that INT-41 wouldn't warrant a change to the Warning

8    section of the label, correct?

9    A      In and of itself, I didn't think that quite

10   did it, that's correct.

11   Q      But your testimony to the jury is even though

12   INT-41 accounts for 99 percent of the cases in the

13   Findling analysis, and INT-41 wouldn't justify a

14   warning in the label, the Findling study does.

15   That's your testimony?

16                    MR. KLINE:  Objection.

17                    THE COURT:  The Findling study what?

18            Overruled.  I think I heard that.

19   Q      And, doctor, on INT-41 --

20                    THE COURT:  Did you want an answer from

21            the witness on that question, that the INT-41

22            on the Findling letter required something?

23                    MS. SULLIVAN:  I will rephrase my

24            question, Your Honor.

25                    THE COURT:  Okay.

*(Kessler - Cross)*

1

2    Q     Dr. Kessler, we agree that the FDA had all of

3    the adverse event information from INT-41 and all of

4    the information from that study in their clinical

5    study report, correct?

6    A     And all the information from INT-41, not

7    Findling.

8    Q     We are going to talk about Findling.  I know

9    you want to talk about Findling, we are going to

10   talk some more about Findling, but let's stick to

11   INT-41.

12             MR. KLINE:  Objection, Your Honor.

13             THE COURT:  The objection is overruled.

14         Even though it's overruled I am going to ask

15         you to rephrase it so we are with you on this.

16   Q     So, doctor, just sticking with INT-41 for now,

17   and that's the study that we talked about that

18   accounted for all the events in the Findling article

19   except for one, right?

20   A     Exactly.

21   Q     You agree the FDA had all the information from

22   INT-41, had all of this information, correct?

23   A     Yes.

24   Q     And the FDA did not agree that INT-41 was a

25   red flag, right?

1                    *(Kessler - Cross)*

2    A      It certainly put in the INT-41 data as part of

3    the 1885, the 2.3 percent.

4    Q      Yeah, after the autism approval, in 2006.

5    A      The FDA put that INT data in -- let me

6    clarify.  FDA allowed Janssen to put that in the

7    label, and I think actually was part of that.  So

8    the INT data was part of the Precaution section of

9    the label.

10   Q      In 2006, when the autism indication was

11   approved?

12   A      Yes, exactly.

13   Q      But the FDA had INT-41 in the adverse events

14   in 2003, and the adverse events in 2002, and the

15   clinical study report with everything by 2003,

16   correct?

17   A      FDA had it.

18   Q      Yeah.  So FDA had INT-41, and FDA did not

19   agree that INT-41 required any change in the label

20   until the autism indication was approved in 2006;

21   right?

22   A      Janssen at no point in 2002-2003 asked FDA to

23   put that into the label.

24   Q      Well, certainly --

25   A      I am sorry, you said they didn't agree, right?

1          *(Kessler - Cross)*

2    So it's Janssen's responsibility to put it into the

3    label.  I don't see FDA saying any time between 2002

4    or 2003 that Janssen could not do that.

5    Q     But, Dr. Kessler, you said INT-41 in your

6    review is a red flag, right?

7    A     I said the incidence of that certainly was

8    higher, right, than what was in the label.  It's

9    certainly higher than rare.  So it stuck out.  It

10   was salient to me.  It was, you know, certain orders

11   of magnitude higher.

12   Q     And the FDA had INT-41, and, doctor, FDA has

13   teams of people that review safety data submitted by

14   companies.  They have endocrinologists,

15   toxicologists, doctors, neurologists, et cetera,

16   right?

17   A     There are thousands of pages that are

18   submitted.  We don't even know that anyone actually

19   saw the INT data at FDA.  Certainly, Janssen didn't

20   bring that number nor requested of the FDA.  So it's

21   incorrect to say that FDA did not agree.

22   Q     And, Dr. Kessler, you were gone from FDA by

23   this time, right?

24   A     Yes, exactly.

25   Q     In fact, you were ten years gone by --

*(Kessler - Cross)*

1

2              MR. KLINE:  Objection, that's been

3        asked about ten times.

4              THE COURT:  Overruled.

5   A     I am sorry, is my math wrong?  I left --

6   Q     I am sorry, five years?

7   A     Got it.

8   Q     And, Dr. Kessler, we know that Janssen

9   submitted all of the adverse event information of

10  INT-41 to the FDA in 2002 and 2003, correct?

11  A     In some document.

12  Q     Yeah.

13  A     Among thousands of pages of documents.

14  Q     And we know that the FDA did not conclude that

15  any change in the label was warranted before the

16  autism indication was actually approved, correct?

17  A     We don't know what FDA -- FDA didn't opine on

18  it.  We don't know what FDA said about it.  Janssen

19  didn't bring it to FDA's attention specifically or

20  asked.

21  Q     When you say they didn't bring it to FDA's

22  attention, they gave them all the information from

23  the study?

24  A     They didn't bring a label to FDA and say we

25  want to make this change, we have this result.

*(Kessler - Cross)*

1

2  Q    And, Dr. Kessler, the FDA often initiates

3  labeling changes?  In other words, they say I see

4  something in your clinical study report, I see

5  something in your adverse events database, and I

6  want you to change your label?

7  A    That certainly happens, but please don't leave

8  the impression that the responsibility is on the FDA

9  to do that.  It's the manufacturer who is in the

10  best state to be able to do that.  FDA doesn't catch

11  many things that get submitted to it.

12  Q    And, doctor, the truth is you don't know what

13  happened at the FDA in terms of who reviewed what in

14  2002-2003?

15  A    I have looked at the record, okay, I have

16  looked at the entire record, and I see no analysis

17  prior to the autism that FDA was looking at that

18  number.

19  Q    And, Dr. Kessler, even though the FDA often

20  requires labeling changes when they see safety

21  signals, the FDA did not do that for the INT-41

22  data, correct?

23  A    Not FDA's job, it's Janssen's job.

24  Q    But you talked to the jury about this being a

25  red flag.  The FDA disagreed with you?

*(Kessler - Cross)*

1

2   A      We don't know -- Janssen didn't put any

3   asterisk next to that number and say this is a red

4   flag.

5   Q      Because it wasn't a controlled study?

6   A      Ma'am, you are -- let's see if we are clarify

7   this, because this I think is the point that you are

8   missing.

9              Controlled studies, and it's well

10  stated in my report, controlled studies are very

11  important.  Randomized double-blind controlled

12  studies.  What you are confusing, Ms. Sullivan, is

13  that randomized double-blind controlled studies are

14  required to show efficacy.  Randomized double-blind

15  controlled studies are not required to show safety.

16  Safety is determined from many different sources of

17  information.  So adverse event reports,

18  epidemiological studies, open-label studies.  Safety

19  is not restricted, and in fact, we see it wasn't

20  restricted because FDA required Janssen to put in

21  that 2.3 percent in 2006, and that was an open-label

22  study.

23              So double-blind randomized controlled

24  studies are required for effectiveness, not required

25  for safety determinations.  As that would make

*(Kessler - Cross)*

1

2    sense.

3    Q     Can you answer my question, Dr. Kessler?

4    A     I think I did.

5    Q     The FDA never concluded that INT-41 was a

6    safety signal?

7    A     The FDA certainly showed that the data in INT

8    was a significant enough to require it in the 2006

9    label.

10   Q     Well, after it was approved for autism you

11   have to put the data from all your clinical trials

12   in the label, right?

13   A     You have to put information that physicians

14   have so they have adequate directions to use the

15   drug safely.

16   Q     So after the autism approval it had clinical

17   trial information about INT-41 and all of the other

18   pediatric studies as well?

19   A     But Janssen was selling this drug for

20   pediatric indications before that and had an

21   obligation to do that before that.

22   Q     And, doctor, from 2002 to 2006, even though

23   FDA had all the information from INT-41, it did not

24   conclude it was a red flag for safety, it didn't

25   agree that that required a labeling change, right?

*(Kessler - Cross)*

1

2   A      Certainly, when it analyzed that data, we know

3   that when FDA analyzed that data in 2005 and 2006,

4   it required a labeling change.  We know that.  We

5   don't know that FDA even looked at that data before

6   that time.

7   Q      Well, in 2006 there was a whole new label,

8   there was a whole new indication, right?  Of course,

9   there was going to be a labeling change.  There was

10  a whole new indication.

11  A      Ma'am, there was a whole new indication from

12  Janssen marketing this drug beginning in 2002, when

13  it was selling this drug for kids use off-label.  So

14  there was a whole new indication then.

15  Q      But just sticking to the facts, Dr. Kessler,

16  we know the fact of the matter is that FDA had all

17  the adverse events from -- INT-41 in 2002 and did

18  not conclude that there was a safety signal before

19  the autism indication?

20              MR. KLINE:  Asked and answered.

21              THE COURT:  That's sustained.

22  BY MS. SULLIVAN:

23  Q      I want to go back, Dr. Kessler, to the

24  Plaintiff's Exhibit 42(A) and Plaintiff's

25  Exhibit 48, these Table 20 and 21 from the Findling

1                    *(Kessler - Cross)*

2      analysis that you and Mr. Kline spoke some about, if

3      I may.

4                    Dr. Kessler, just so I have your

5      opinion clear, it's not your opinion that Janssen

6      should have changed the Warning section of the

7      label?

8      A      At what point in time?

9      Q      At any point in time.

10     A      So I do think -- my opinion is that I do think

11     Janssen should have changed the Warning section.

12     Q      And, doctor, do you consider gynecomastia to

13     meet the Regulatory definition of serious adverse

14     event?

15                    MR. KLINE:  Objection, Your Honor.

16            This is exactly what had been ruled out, this

17            issue with the letter in 2013.  That's where

18            she is heading.

19                    THE COURT:  That's overruled, based on

20            the most recent answer by this witness.  I

21            mean there was no objection there so I can't

22            do an objection here.

23                    MS. SULLIVAN:  Thank you, Your Honor.

24                    MR. KLINE:  The first predicate

25            question didn't open --

*(Kessler - Cross)*

1

2          THE COURT:  We are going to get into

3     it, evidently, we are going to get into it.

4     If your witness is saying that he feels there

5     should have been a warning, then we are

6     getting into it.

7          MR. KLINE:  I guess we will get into

8     what the Attorney General thinks as well.

9          THE COURT:  I think we are.  There

10    should be timely objections.

11         MR. KLINE:  Your Honor, the first

12    question was simply whether there was a

13    warning, the second one -- maybe when we don't

14    have the jury and we don't have to go to

15    sidebar we can talk about it.

16         THE COURT:  In any event, your witness

17    has now said that he believes that warnings

18    should have been given.  I don't know where

19    that goes, but it's fair game now.

20         MR. KLINE:  I hope what the Attorney

21    General thought was fair game, too.

22         THE COURT:  We will get there.

23         MS. SULLIVAN:  Objection Your Honor, I

24    move to strike the colloquy.

25         THE COURT:  Whatever.  I will permit

*(Kessler - Cross)*

1

2          some of the questioning regarding how the FDA

3          process works regarding warnings and whose

4          burden it is and what burdens there are.  It's

5          a little off target, it's a little off subject

6          so I will control that.  But you may proceed.

7    BY MS. SULLIVAN:

8    Q     Dr. Kessler, you know that the FDA disagrees

9    with your opinion that gynecomastia meets the

10   Regulatory definition of a serious adverse event,

11   right?

12              MR. KLINE:  Same objection.

13              THE COURT:  That FDA agrees?

14              MS. SULLIVAN:  Disagrees.

15              THE COURT:  I will have the witness

16         answer for himself.

17   A     So FDA has said --

18              MR. KLINE:  It's limited to yourself,

19         sir.

20              THE WITNESS:  Sorry?

21              THE COURT:  What's the question?

22   Q     So, doctor, the FDA has definitions, there is

23   a lot of regulations that pharmaceutical companies

24   have to abide by, right?

25   A     Yes.

1                    *(Kessler - Cross)*

2    Q    And there is a whole FDA regulatory scheme,

3    right?

4    A    Yes.

5    Q    And the regulatory scheme describes what goes

6    into certain sections of the label, correct?

7    A    Yes.  There are standards for different

8    sections of the label, yes.

9    Q    And even though gynecomastia certainly can be

10   distressing and serious for an individual, it

11   doesn't meet the Regulatory definition of "serious"

12   in terms of what goes in the Warning section of a

13   label?

14   A    So let's -- I just want to be very careful.

15   Don't misinterpret my opinion to mean that I think

16   that the only way you can warn is through the

17   Warning section.  There are little W warnings as

18   well as capital W warnings.

19                    So I assume we are talking about the

20   capital W Warning section?

21   Q    Let's start there?

22   A    So what the standard is for a Warning, is

23   something that could cause hospitalization,

24   something that is clinically significant, something

25   that could cause a deformity.  And in fact, as I

1                    *(Kessler - Cross)*

2    reviewed the record, both Janssen and FDA had, over

3    time, considered gynecomastia to be serious.  It

4    reported gynecomastia as serious, in certain

5    instances.

6                    There is not a pediatrician, I think,

7    that would tell you that gynecomastia can't be

8    serious in a boy.  I mean it has very significant

9    psychological effects on that boy and it certainly

10   could cause surgery.

11                   You want me -- FDA has made a statement

12   citing the IND reporting requirements, which require

13   serious and unexpected things to be reported.

14   That's the IND requirement.  You are asking me about

15   the Warning section.  I don't know of an FDA

16   determination about gynecomastia and the Warning

17   section specifically.  I know about FDA's citing

18   about serious and unexpected in the IND regulations,

19   but I know of no determination about gynecomastia

20   and the Warning section of the label.

21   Q     And, Dr. Kessler, you know, speaking of the

22   warnings in a label, that the FDA has concluded that

23   gynecomastia, regardless of cause, does not

24   represent a serious adverse event as defined by 21

25   CFR 312.32(a) of the Regulations, correct?

1                    *(Kessler - Cross)*

2              MR. KLINE:  Objection per prior

3         rulings.

4              THE COURT:  I am going to permit the

5         witness to answer the question because the

6         door has been open on this whole question of

7         warnings.  Go ahead, Dr. Kessler.

8              THE WITNESS:  If you could read the

9         entire paragraph, please.

10             MS. SULLIVAN:  Sure, and Your Honor may

11        I put --

12             THE COURT:  I think you need to put the

13        whole CFR up there and let the doctor explain

14        it.

15             MS. SULLIVAN:  May I put up the FDA's

16        conclusions?

17             THE COURT:  As long as the jury

18        understands that this goes to one portion of

19        the label, which is the Warning.  Not to the

20        whole obligation of the pharmaceutical company

21        to issue other types of warnings.

22             MS. SULLIVAN:  We will mark this as

23        Defense Exhibit 22.

24             MR. KLINE:  Your Honor, just for point

25        of clarification, is this the document, the

1              *(Kessler - Cross)*

2       Janssen document that calls gynecomastia --

3              THE COURT:  I am not permitting that.

4       If we are talking about a CFR, is has to be

5       some kind of publication of the government as

6       to CFRs.

7              MS. SULLIVAN:  Your Honor, I am going

8       to --

9              THE COURT:  Not from any letter, no,

10      no, no.  Once that document is put up there

11      it's an open document in this courtroom and I

12      am not going to permit that.

13             MS. SULLIVAN:  I am sorry, Your Honor

14      is not permitting the FDA's conclusion?

15             THE COURT:  You are asking the witness

16      about a particular regulation, right?

17             MS. SULLIVAN:  Yes, Your Honor.

18             THE COURT:  Then let's put that

19      regulation only up on the screen.  That, I

20      will permit.  This is the former Commissioner

21      of the FDA, he can tell us what he thinks that

22      particular Regulation means.

23             MS. SULLIVAN:  Just so I am clear, Your

24      Honor is not permitting me to show what the

25      FDA has concluded on this issue?

1                    *(Kessler - Cross)*

2               THE COURT:  No.  You are asking him

3          about a particular CFR.

4               MS. SULLIVAN:  I will move on, Judge.

5               THE COURT:  All right.

6    Q    Well, I won't put up the document, but, Dr.

7    Kessler, you know the FDA disagrees with you, right?

8               MR. KLINE:  Objection.

9               THE COURT:  Sustained.

10              MR. KLINE:  And move for an

11         instruction, Your Honor, because what she says

12         is not evidence.

13              THE COURT:  Well, again --

14              MR. KLINE:  And she says a lot.

15              THE COURT:  Ladies and gentlemen,

16         remember one thing I had not pointed out to

17         you earlier which I should have, and that is a

18         question is not evidence.  The only evidence

19         that you have comes from the witness stand or

20         comes from something that has been permitted

21         to be up there.  Questions are not evidence,

22         by either attorney.

23   Q    Dr. Kessler, are you aware -- let me just ask

24   you this on this warnings issue.  There are many

25   drugs outside of the antipsychotic class that

1                     *(Kessler - Cross)*

2     elevate prolactin, correct?  Do you know?

3     A     I really -- I shouldn't -- I have not reviewed

4     that specifically, I don't believe.  I have to go

5     back.  If you want I would be happy to do that.  I

6     assume that's correct.

7     Q     Do you know that there are other medicines

8     outside the antipsychotic class that elevate

9     prolactin more than Risperdal?

10    A     I have not studied that.  I have not studied

11    the exact level.

12    Q     And are you aware of any medicine, are you

13    aware of the label for any medicine that has

14    gynecomastia in the Warning section?

15    A     Oh, yes.

16    Q     Which medicine?

17    A     I think I submitted them at my deposition, but

18    I would have to review.  I would have to go back.

19    There were two -- I would have to review my

20    deposition.  I believe there were -- I am sorry, let

21    me correct.  There are certainly -- let me clarify.

22                 There is gynecomastia in the Warning

23    section of a label.  That, I know.  You are tying it

24    to prolactin, I don't know the answer to that.  I

25    certainly know there is gynecomastia in the Warning

1                    *(Kessler - Cross)*

2   section of the label.  So that -- and that met the

3   standard.

4   Q     You can't identify any medicine for the jury,

5   any label that has that?

6   A     That has what?

7   Q     That has gynecomastia in the Warning section.

8   A     I would be happy to pull my deposition, my

9   second deposition and get it.  I just don't have it

10  in front of me.

11  Q     But as you sit here --

12               MR. KLINE:  May he have it, Your Honor?

13               THE COURT:  Absolutely.

14  Q     As you sit here, Dr. Kessler --

15               THE COURT:  No, you are putting him on

16        the spot.

17               MS. SULLIVAN:  I am happy to have him

18        look at it.

19               THE COURT:  He will look at it right

20        now.  If it's admissible, I have to see it --

21        in the context of refreshing memory,

22        refreshing recollection.

23               MR. KLINE:  Do you want your first or

24        your second?

25               THE WITNESS:  I believe it was in my

*(Kessler - Cross)*

```
 1              second deposition.  I believe there was an

 2              Androgel and I think there was another drug.

 3              I would have to look at the Warning section.

 4                   THE COURT:  Mark this as a Plaintiff's

 5              Exhibit, and mark it whatever the next

 6              Plaintiff's exhibit is.  Look at the original

 7              here so you have the new document, and the

 8              idea is to look at only what may refresh your

 9              memory on this question only.

10     A    As I understand the question is, is

11     gynecomastia listed as a Warning section on any

12     other drug.  That's the question.

13     Q    Well, that question, and whether any other

14     drug as it relates to prolactin elevation?

15                   THE COURT:  No, no, no, the only

16              question I heard so far is whether or not --

17                   MS. SULLIVAN:  I will take either,

18              doctor.

19                   THE COURT:  Gynecomastia, is that

20              mentioned as a side effect in any Warning in

21              any drug somewhere else.

22                   THE COURT CRIER:  P-56.

23                   (P-56 is marked for identification.)

24     A    So if I can turn your attention to page 97 --
```

1                    *(Kessler - Cross)*

2    Q      Is this the June 12th deposition, Dr. Kessler?

3    A      Yes, ma'am.

4                    THE COURT:  June 12th of what year?

5                    THE WITNESS:  This is June 12th, 2014.

6    A      And if you begin on page 97, line 21, and I

7    think I go through two examples here, one for

8    Androgel and one for Striant.

9                    THE COURT:  Doctor, having read that

10        now, has that refreshed your memory?

11                    THE WITNESS:  Yes.

12                    THE COURT:  Why don't you testify from

13        your memory about those particular drugs.

14    A      It would be best, to be 100 percent sure, if I

15    pulled the actual labels, but it's my recollection

16    that there is gynecomastia listed in the Warning

17    sections of those two drugs.

18                    THE COURT:  What are those two drugs?

19                    THE WITNESS:  Androgel and Striant.

20    Q    Dr. Kessler, that happened after 2007, when

21    FDA combined the Warning and Precautions?

22                    MR. KLINE:  Objection.

23                    THE COURT:  That's overruled.

24                    MR. KLINE:  This is pre 2006 anyway.

25                    THE COURT:  This is all part of your

1                    *(Kessler - Cross)*

2          closing arguments, counsel.  But right now we

3          have the name of two drugs that have this

4          particular side effect on the Warning labels.

5     Q     Dr. Kessler, the FDA, so there used to be

6     during the timeframe when this -- when the events at

7     issue in this litigation occurred, there were two

8     different sections of the label, there was a

9     Precautions and a Warnings, correct?

10    A     Yes.

11    Q     And the FDA later combined, because doctors

12    viewed them both similarly, now there is not two

13    different sections, there is just a Warning section

14    where precautions and warnings are combined?

15    A     For drugs that -- for the new label after it

16    went into effect combined them.  But I just want to

17    make one thing very clear, if I may.

18                    The label has many different sections.

19    There is a section that's called Warnings, there is

20    a section that's called Precautions, there is a

21    section called Adverse Reactions.  Ms. Sullivan is

22    correct that in 2006-2007, Precautions and Warnings

23    were merged.  But a warning can occur in any section

24    of the label.

25                    Our discussion, correct me if I am

1                    *(Kessler - Cross)*

2    wrong, Ms. Sullivan, was about the specific Warnings

3    with a capital W.

4    Q    Yes.  And the drugs that you mentioned, those

5    things made it into the Warnings after the FDA

6    combined Precautions and Warnings, not before?

7    A    I would have to check the actual timing and

8    see exactly what those labels were submitted under.

9    Q    During the time when the FDA separated

10   precautions and warnings, it's true, Dr. Kessler,

11   that there was no medicine that had gynecomastia in

12   the Warning section?

13   A    I couldn't testify --

14              MR. KLINE:  Your Honor, I object to the

15         question.  It is completely contrary to the

16         facts.

17              MS. SULLIVAN:  It's not.  In fact, it

18         is the facts.

19              MR. KLINE:  As she has been told on

20         page 97 of the deposition.

21              THE COURT:  No, counsel, the question

22         is permitted.  That's a permissible question,

23         because he has testified that certain drugs

24         had certain warnings at a certain time, and

25         the question, I believe, had to do with the

1                    *(Kessler - Cross)*

2          2006 label.  Correct?

3                    MR. KLINE:  This is 2003 that she

4          questioned him on.

5                    THE COURT:  You will have redirect.

6          But I would ask that we either move on shortly

7          or we take a break soon.

8                    MS. SULLIVAN:  Why don't we break --

9                    THE COURT:  No, close the subject and

10          then we will take a break.

11    BY MS. SULLIVAN:

12    Q     Dr. Kessler, the FDA has pretty specific

13    regulations about what you can say in which sections

14    of the label for a medicine?

15    A     There are standards for what goes in the

16    Warning and what goes in the Adverse Reactions.

17    There is some overlap when you read that language.

18    Q     And the truth is that for Risperdal, right

19    from the beginning, back in 1993, the company had

20    prolactin elevation and gynecomastia in the

21    Precaution section of the label?

22    A     If you can do me a favor and pull up the 1993

23    label, because, I mean what would be correct to say

24    is it did -- I believe the sentence said something

25    like, although there were reports of gynecomastia,

1              *(Kessler - Cross)*

2     the hyperprolactinemia -- let's pull up the exact

3     language.

4     Q     Yeah, and I will show you what has been marked

5     as Defense Exhibit 7, we had it up on Friday.  This

6     is Section -- so the jury can see it better --

7                   THE COURT:  No, no, counsel, please

8             remove that.  I think he was talking about the

9             1993 label.

10                  MS. SULLIVAN:  I am sorry, I will pull

11            up the 1993 label.

12    Q     Well, it didn't change, did it, doctor?

13                  THE COURT:  Let's get the real deal up

14            there.  If we are going to go through this

15            kind of detail let's get the real deal there.

16                  (D-24 is marked for identification.)

17                  THE COURT:  What document was that for

18            us, what number?

19                  THE COURT CRIER:  D-24.

20                  THE COURT:  Does he have a copy of it?

21                  THE COURT CRIER:  Not yet.

22                  THE COURT:  He needs to have a copy of

23            it in his hand so when it's projected he

24            doesn't have to squint at it.

25                  I need my own glasses for this.

1                    *(Kessler - Cross)*

2    Q      And, Dr. Kessler, the FDA has a standard

3    format for labeling, correct?

4    A      The FDA has a standard format.  It has a

5    minimum size.  You can certainly enlarge it.

6    Q      And all of the medicines essentially follow

7    this format, Dr. Kessler, correct?

8    A      As far as sections of the label?

9    Q      Yeah.

10   A      Yes.

11   Q      And if we can put up on the screen, and this,

12   Dr. Kessler, we are looking at the 1993 label when

13   Risperdal was first approved?

14   A      Great, thank you.

15   Q      And looking at the Precautions section of the

16   label?

17   A      Thank you.

18   Q      There is a section on Hyperprolactinemia,

19   correct?

20   A      Yes, ma'am.

21   Q      And it was right -- the Precautions section of

22   the label is a pretty important section, correct?

23   A      No doubt about that.

24   Q      And it gives doctors a heads up that this is a

25   medicine in a class that can elevate prolactin,

(*Kessler - Cross*)

1   correct?

3   A     It says that.  It doesn't point out Risperdal,

4   as we saw it, there was a change that Risperdal had

5   increase over the other drugs.  I think you asked me

6   about gynecomastia and I asked for this, right?

7   Q     Yeah.  So no question, right from the

8   beginning in the Precautions section of the label,

9   Janssen tells doctors that Risperdal elevates

10  prolactin, right?

11              MR. KLINE:  Asked and answered the

12         other day, ten times.

13              THE COURT:  You might as well read the

14         whole thing or not.  It says, "As with other

15         drugs that antagonize dopamine receptors

16         risperidone elevates prolactin levels and the

17         elevation persists during chronic

18         administration."

19              Is there anything else that needs to be

20         read from this label?

21  Q     And, doctor, it also talks about the fact that

22  gynecomastia had been reported?

23              MR. KLINE:  Same objection.

24              THE COURT:  Why don't we read the

25         actual language, doctor, that relates to

1                      *(Kessler - Cross)*

2          gynecomastia in this label.

3                      MS. SULLIVAN:  I am happy to read it,

4          Your Honor.  It says --

5                      THE COURT:  Let the doctor answer it.

6     A     So the sentence reads, "Although disturbances

7     such as galactorrhea, amenorrhea, gynecomastia, and

8     impotence have been reported with

9     prolactin-elevating compounds, the clinical

10    significance of elevated serum prolactin levels is

11    unknown for most patients."

12                     So what this does, this is in essence

13    saying, well, although these things happen, the

14    clinical significance is unknown.  And that was

15    changed in 2006.

16                     So this is really diluted.  I mean by

17    the language saying although this happens, the

18    clinical significance is unknown, it doesn't, as the

19    2006 label does, I mean it doesn't warn

20    unequivocally.

21    Q     That's your opinion, you are not a prescriber,

22    you never prescribed Risperdal or any other

23    antipsychotic?

24                     MR. KLINE:  Objection.

25                     MS. SULLIVAN:  He is talking about what

*(Kessler - Cross)*

1    prescribers may have thought from this label.

2             THE COURT:  I think he is offering his

3        opinion as an expert in the regulation of

4        pharmaceuticals for which he was qualified as

5        an expert witness.  Are there anymore

6        questions along these lines?

7             MS. SULLIVAN:  Yes, Your Honor.

8             THE COURT:  Go ahead.

9    Q    And, Dr. Kessler, no question that it says

10   that elevated prolactin and gynecomastia had been

11   reported?

12   A    No question it says it elevates.  No question

13   that it doesn't say it elevates more than the other

14   drugs.  No question that it mentions gynecomastia.

15   No question that it doesn't talk about the

16   significance.

17   Q    This was 1993.  This was absolutely

18   100 percent accurate then?

19   A    By 2002 --

20   Q    My question, Dr. Kessler, in 1993 this label

21   was 100 percent accurate?

22   A    I would have to go back and review.  We

23   certainly know in the 1990s, I don't know the exact

24   date, but we certainly know in the 1990s, there was

1                    *(Kessler - Cross)*

2    evidence, I believe, that Risperdal caused greater

3    elevation than other drugs.  I would have to pull

4    that in the literature.  So if that was known, this

5    would not be the whole story.

6    Q     But you have no idea.  You are just kind of

7    making stuff up --

8    A     No, I would have to pull -- we do know

9    unequivocally that in 2002, this was not accurate.

10   Q     And, doctor, when it says the clinical

11   relevance of elevated prolactin is unknown, that's

12   still true today?  There is no level that's been

13   established that can lead to symptoms?

14   A     I will certainly let the endocrinologist

15   discuss that, but we do know that in 2006, FDA had

16   Janssen change that sentence so there was no

17   hedging.  "Although disturbances to clinical

18   significance", that sentence changed.  So it was a

19   declarative sentence without that dilution.

20   Q     You know, Dr. Kessler, that sentence changed

21   after the Government did a huge study comparing all

22   antipsychotics and changed the label for other

23   antipsychotics as well, saying one is worse on

24   diabetes, one is worse on tardive dyskinesia, and

25   that Risperdal elevated prolactin, after a huge

1                    *(Kessler - Cross)*

2    comparative trial, that's what changed that?

3                    MR. KLINE:  Objection.

4                    THE COURT:  That's sustained as to that

5            question.  We are going to take a recess very

6            shortly.  Right here?

7                    MS. SULLIVAN:  That's fine, Your Honor.

8                    THE COURT:  Let's come back around

9            1:30, 1:45, in that area.  We are only going

10           to continue today until 4:30, we do have a

11           childcare issue today, so we are going to be

12           recessing at 4:30.

13                   Please do not discuss this matter among

14           each other or with anyone else.  Same old

15           story.

16                   (A luncheon recess is taken at

17           12:39 p.m.)

18                           - - -

19

20

21

22

23

24

25

1                    *(Kessler - Cross)*

2              I HEREBY CERTIFY THAT THE PROCEEDINGS

3    AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN

4    THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE

5    CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF

6    THE SAME.

7

8                              JUDITH ANN ROMANO, RPR-CM-CRR
                               OFFICIAL COURT REPORTER
9                              COURT OF COMMON PLEAS
                               PHILADELPHIA COUNTY
10

11             THE FOREGOING CERTIFICATION OF THIS

12   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE

13   SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL

14   AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

15

16

17

18

19

20

21

22

23

24

25

•

....................................Page [1]   4/9

## 0

**01997 [1]**   1/12
**0446 [1]**   25/9
**08540 [1]**   3/5
**0942 [1]**   2/6

## 1

**100 percent [3]**   87/14 95/19 95/22
**1000 [1]**   2/12
**10:02 a.m [1]**   5/2
**10:06 a.m [1]**   6/24
**11.6 [1]**   54/20
**1100 [1]**   3/6
**11:54 a.m [1]**   63/9
**12 [9]**   14/23 16/17 16/18 17/13 25/6 25/15
29/19 29/21 40/16
**12-week [7]**   49/10 49/19 52/16 52/22 53/10
53/16 53/23
**12.7 [1]**   54/21
**12:39 p.m [1]**   97/17
**12th [3]**   87/2 87/4 87/5
**13 [5]**   24/24 25/2 25/14 25/18 29/20
**1359 [1]**   2/12
**14 [3]**   25/17 25/19 29/21
**15 [6]**   4/6 17/17 20/21 25/19 25/21 25/25
**1525 [1]**   2/11
**1528 [1]**   2/5
**16 [6]**   12/5 15/10 19/10 19/12 25/20 25/24
**1629 [1]**   58/22
**18 [4]**   4/6 15/14 15/15 56/17
**1885 [1]**   69/3
**19 [4]**   4/7 34/22 34/24 35/4
**19102 [2]**   2/6 2/12
**19103-6996 [1]**   2/22
**1990s [2]**   95/24 95/25
**1993 [8]**   4/10 90/19 90/22 91/9 91/11 92/12
95/18 95/21
**19th [1]**   2/11
**1:30 [1]**   97/9
**1:45 [1]**   97/9

## 2

**2 percent [1]**   36/2
**2.3 percent [2]**   69/3 73/21
**20 [8]**   4/7 50/5 50/6 51/18 57/6 57/6 58/16
75/25
**2000 [1]**   2/22
**2002 [10]**   45/17 50/4 69/14 70/3 71/10 74/22
75/12 75/17 95/20 96/9
**2002-2003 [2]**   69/22 72/14
**2003 [8]**   43/13 69/14 69/15 69/22 70/4 71/10
72/14 90/3
**2005 [1]**   75/3
**2006 [13]**   69/4 69/10 69/20 73/21 74/8 74/22
75/3 75/7 87/24 90/2 94/15 94/19 96/15
**2006-2007 [1]**   88/22
**2007 [2]**   87/20 88/22
**2009 [2]**   57/7 58/16
**2010 [1]**   1/5
**2012 [1]**   1/6
**2013 [1]**   76/17
**2014 [1]**   87/5
**2015 [2]**   1/15 25/10
**21 [6]**   4/8 57/9 57/15 75/25 80/24 87/6
**212-310-8007 [1]**   3/6
**215 [6]**   2/6 2/6 2/12 2/12 2/23 2/23
**22 [3]**   4/8 10/22 81/23
**22nd [1]**   25/9
**23 [8]**   41/3 41/10 41/15 41/19 41/20 41/22
42/16 43/16

**24 [9]**   4/10 11/22 12/10 32/25 34/16 35/21
35/23 35/25
**25 [5]**   11/22 12/10 14/15 32/25 40/5
**2700 [1]**   2/23
**2757 [1]**   2/23
**296 [1]**   1/5

## 3

**30 [1]**   45/5
**301 [1]**   3/5
**303 [1]**   3/5
**312.32 [1]**   80/25
**34 [1]**   4/7
**360 [1]**   27/11
**3800 [1]**   2/17
**3850 [1]**   2/17
**39 [2]**   51/11 51/17

## 4

**4.8 [1]**   35/23
**41 [54]**   11/17 11/21 11/23 12/2 12/11 12/13
13/3 14/15 32/24 33/9 35/9 36/13 39/25 40/17
41/11 42/2 42/13 43/8 43/14 45/11 56/15
62/14 62/20 63/14 63/25 64/3 65/8 65/13
65/22 66/15 67/2 67/7 67/12 67/13 67/19
67/21 68/3 68/6 68/11 68/16 68/22 68/24 69/2
69/13 69/18 69/19 70/5 70/12 71/10 72/21
74/5 74/17 74/23 75/17
**42 [1]**   75/24
**425 [1]**   1/18
**45 [5]**   45/18 45/22 45/24 45/25 50/8
**48 [2]**   36/2 75/25
**48-week [1]**   44/22
**49 [2]**   15/8 33/3
**4:30 [2]**   97/10 97/12
**4:30 everyday [1]**   18/2
**4:30 issue [1]**   17/19
**4:30 to [1]**   31/17
**4th [1]**   2/5

## 5

**5 o'clock [1]**   18/7
**50 [1]**   4/7
**50 percent [4]**   37/15 39/2 55/23 56/2
**546-0942 [1]**   2/6
**56 [3]**   4/9 86/23 86/24
**57 [1]**   4/8
**5:30 and [1]**   18/9
**5:30 PM [1]**   18/11

## 6

**6 o'clock [1]**   5/15
**6009 [1]**   2/16
**609-986-1100 [1]**   3/6
**6996 [1]**   2/22

## 7

**70 [3]**   34/16 36/3 36/13
**713-222-3800 [1]**   2/17
**713-222-3850 [1]**   2/17
**723 [1]**   52/6
**7300 [1]**   2/6
**740 [1]**   52/19
**745 [1]**   53/3
**77007 [1]**   2/17
**772-1000 [1]**   2/12
**772-1359 [1]**   2/12
**79 [2]**   57/23 66/7
**790-7300 [1]**   2/6

## 8

**80 [3]**   57/23 60/2 66/8
**8007 [1]**   3/6
**81 [1]**   4/8

**818 [1]** 43/4
**86 [1]** 4/9

**9**

**9.9 [1]** 54/23
**91 [1]** 4/10
**97 [3]** 86/25 87/6 89/20
**9744 [1]** 54/13
**9745 [1]** 54/6
**988-2700 [1]** 2/23
**988-2757 [1]** 2/23
**99 percent [1]** 67/12
**9:15 [1]** 29/8
**9:30 or [1]** 29/8

**A**

**a.m [3]** 5/2 6/24 63/9
**abide [1]** 78/24
**able [3]** 18/18 23/4 72/10
**ABOVE [1]** 98/4
**absolutely [2]** 85/13 95/18
**Academy [2]** 20/3 20/9
**accommodate [1]** 31/18
**accounted [3]** 32/25 44/13 68/18
**accounts [1]** 67/12
**accurate [3]** 95/19 95/22 96/9
**ACCURATELY [1]** 98/3
**ACE [1]** 32/8
**acknowledged [3]** 62/13 64/2 65/21
**across [1]** 55/21
**ad [1]** 21/18
**add [2]** 64/4 65/14
**added [1]** 65/20
**adding [1]** 49/2
**addition [2]** 14/3 42/7
**addressing [1]** 61/15
**adequate [5]** 56/22 59/3 59/14 60/4 74/14
**adjourn [2]** 31/15 31/17
**administration [1]** 93/18
**admissible [2]** 23/8 85/20
**admission [1]** 23/5
**admitted [4]** 3/4 23/7 50/15 61/3
**adolescent [1]** 46/20
**adolescents [1]** 44/25
**advance [1]** 24/9
**Advancing [1]** 32/8
**adverse [17]** 9/5 13/11 13/16 56/20 64/16 68/3
  69/13 69/14 71/9 72/5 73/17 75/17 76/13
  78/10 80/24 88/21 90/16
**advisory [1]** 46/21
**affecting [1]** 16/9
**after [14]** 7/3 7/20 8/22 18/3 39/20 40/3 69/4
  74/10 74/16 87/20 88/15 89/5 96/21 96/25
**afternoon [3]** 26/6 26/10 48/7
**again [14]** 23/25 25/3 28/4 30/20 32/23 39/19
  39/21 48/9 51/23 59/9 61/5 66/6 66/9 83/13
**against [2]** 57/7 66/2
**age [6]** 54/10 54/19 54/21 55/9 55/9 55/10
**agree [16]** 6/5 21/9 24/16 37/17 47/23 48/12
  56/21 59/13 67/6 68/2 68/21 68/24 69/19
  69/25 70/21 74/25
**agrees [1]** 78/13
**ahead [2]** 81/7 95/9
**air [1]** 20/17
**all [75]** 5/5 6/21 6/25 7/2 7/5 8/9 8/11 8/13
  8/13 8/14 8/17 8/18 10/18 10/20 11/12 14/12
  15/21 16/7 17/12 21/2 23/6 24/11 25/3 26/2
  26/2 26/8 26/17 28/6 28/10 28/14 28/15 28/20
  29/2 29/10 29/21 31/4 32/4 32/13 32/22 34/2
  35/4 35/15 35/18 36/2 37/7 40/5 44/13 47/2
  48/14 51/14 55/21 56/23 58/5 58/15 59/16
  60/5 66/12 66/24 67/3 68/2 68/3 68/6 68/18

68/21 68/22 71/9 71/22 74/11 74/17 74/23
**ALLISON [1]** 3/4
**allison.brown [1]** 3/7
**allow [4]** 56/24 59/17 60/8 65/22
**allowed [2]** 18/10 69/6
**alone [3]** 15/24 20/25 64/3
**along [3]** 23/13 23/17 95/7
**already [1]** 50/24
**also [17]** 6/7 9/19 13/3 14/4 15/8 16/10 17/16
  30/10 30/20 42/21 46/9 46/23 47/5 52/14
  52/25 54/8 93/21
**although [5]** 90/25 94/6 94/13 94/17 96/17
**always [1]** 22/6
**am [66]** 5/22 5/25 6/11 6/16 8/21 12/21 12/25
  17/8 18/3 18/18 19/4 20/17 21/22 22/13 22/14
  22/16 23/2 25/13 27/19 28/6 28/21 29/12
  29/13 29/14 30/11 30/20 31/11 31/15 31/18
  35/23 36/2 36/22 36/24 38/10 41/3 42/23
  43/24 46/13 49/14 50/21 51/7 52/2 52/20
  54/13 55/2 57/14 58/11 58/24 60/16 61/5
  64/10 68/14 69/25 71/5 71/6 81/4 82/3 82/7
  82/12 82/13 82/23 84/20 85/17 88/25 91/10
  94/3
**amenorrhea [2]** 38/19 94/7
**among [3]** 37/18 71/13 97/13
**amount [2]** 7/23 9/23
**analysis [9]** 11/24 11/25 38/4 39/21 44/23
  54/22 67/13 72/16 76/2
**analyzed [2]** 12/7 75/2 75/3
**AND/OR [1]** 98/14
**Androgel [3]** 86/3 87/8 87/19
**ANN [2]** 1/24 98/8
**Anne [1]** 49/23
**another [4]** 19/7 19/22 20/18 86/3
**answer [9]** 64/7 65/12 67/20 74/3 76/20 78/16
  81/5 84/24 94/5
**answered [3]** 59/19 75/20 93/11
**antagonize [1]** 93/15
**antechambers [1]** 27/3
**anticipate [2]** 23/24 24/2
**antipsychotic [3]** 83/25 84/8 94/23
**antipsychotics [2]** 96/22 96/23
**any [35]** 6/16 17/9 18/11 18/14 20/17 26/25
  27/3 27/19 30/22 31/19 37/2 50/20 50/22
  57/16 65/23 66/4 69/19 70/3 71/15 73/2 76/9
  77/16 82/9 84/12 84/13 85/4 85/5 86/12 86/14
  86/21 86/22 88/23 94/22 98/12 98/13
**anybody [2]** 22/8 29/13
**anymore [1]** 95/6
**anyone [2]** 70/18 97/14
**anything [7]** 28/14 29/13 30/22 31/13 49/24
  50/11 93/19
**anyway [1]** 58/7 87/24
**anywhere [2]** 31/2 31/13
**apologies [1]** 51/12
**apologize [4]** 41/14 41/21 51/10 55/6
**apparently [1]** 66/15
**APPEARANCES [2]** 2/2 3/2
**application [2]** 33/19 34/7
**APPLY [1]** 98/12
**applying [1]** 47/5
**appointment [1]** 26/12
**appropriate [1]** 63/2
**approval [4]** 34/4 60/7 69/4 74/16
**approved [5]** 69/11 69/20 71/16 74/10 92/13
**APRIL [1]** 1/6
**are [138]**
**area [1]** 97/9
**arguments [1]** 88/2
**arm [1]** 33/15
**ARNOLD [1]** 2/15
**arnolditkin.com [1]** 2/16

## A

**around [3]** 21/7 59/10 97/8
**arrangements [1]** 31/20
**article [22]** 7/22 8/4 9/3 9/19 9/24 10/4
  10/10 10/17 15/7 33/2 37/9 39/6 42/4 44/14
  44/15 45/9 45/14 45/15 55/23 55/25 66/25
  68/18
**ascertain [1]** 51/8
**ASI [1]** 18/10
**asking [5]** 31/18 37/17 80/14 82/15 83/2
**asleep [1]** 17/2
**assess [5]** 42/18 43/10 43/19 44/8 57/21
**assessment [1]** 37/24
**assessments [1]** 44/10
**associated [2]** 44/4 45/3
**association [18]** 38/24 39/14 39/17 40/13
  40/23 45/12 49/11 49/16 52/22 64/9 64/10
  64/20 64/21 64/24 65/4 65/5 65/7 65/11
**assume [4]** 23/22 53/24 79/19 84/6
**assured [2]** 20/10 30/11
**assures [1]** 19/16
**asterisk [1]** 73/3
**attention [5]** 6/6 6/14 71/19 71/22 86/25
**attorney [3]** 77/8 77/20 83/22
**attorneys [1]** 27/2
**attributed [3]** 38/18 39/7 54/20
**authenticate [1]** 21/20
**authentication [1]** 23/9
**authors [25]** 10/17 10/17 37/8 37/19 39/7 42/6
  42/7 42/14 43/5 43/6 43/25 44/15 45/9 46/5
  47/7 47/14 49/9 52/8 52/10 52/11 52/15 53/7
  54/9 55/8 56/10
**authors' [1]** 49/20
**autism [11]** 33/18 34/6 34/13 69/4 69/10 69/20
  71/16 72/17 74/10 74/16 75/19
**available [1]** 62/9
**avenue [1]** 61/25
**average [2]** 55/9 55/10
**aware [5]** 28/21 31/15 83/23 84/12 84/13
**away [1]** 31/12

## B

**back [26]** 5/17 7/6 7/24 9/4 12/5 15/13 17/4
  26/6 26/9 26/12 26/15 27/5 30/8 38/7 45/8
  45/17 47/21 54/7 61/9 63/6 75/23 84/5 84/18
  90/19 95/23 97/8
**background [5]** 14/10 37/10 37/21 47/16 56/2
**based [3]** 23/8 39/14 76/19
**basically [2]** 39/16 59/7
**basis [3]** 60/7 64/4 65/13
**Bates [7]** 43/3 52/6 52/19 53/3 54/3 54/5
  54/13
**be [75]** 5/6 6/4 6/7 6/11 12/22 15/14 15/18
  18/8 18/9 18/12 19/13 19/18 20/6 20/10 21/17
  22/10 22/12 22/25 23/4 24/14 25/15 25/19
  25/21 25/25 26/2 26/8 28/15 30/7 31/3 31/7
  31/9 32/3 33/13 34/23 37/6 37/24 38/6 38/11
  38/14 39/18 39/20 41/8 48/2 48/10 49/25 57/2
  57/9 59/5 59/20 60/6 61/13 61/14 63/6 64/13
  64/16 64/21 72/10 75/9 77/10 79/9 79/14 80/3
  80/7 80/13 82/4 83/21 84/5 85/8 87/14 87/14
  88/5 90/23 93/19 96/5 97/11
**bear [2]** 29/24 59/9
**became [1]** 51/24
**because [24]** 21/5 31/7 31/20 37/22 38/13
  38/25 43/15 44/17 45/13 47/15 55/8 61/9
  63/22 64/13 65/4 66/14 73/5 73/7 73/20 81/5
  83/11 88/11 89/23 90/23
**become [1]** 25/18
**been [35]** 7/9 15/9 18/5 18/18 21/14 22/6
  31/10 35/3 41/12 42/3 45/25 50/14 51/17
  51/25 52/23 56/18 57/19 61/24 62/11 63/14

**before [12]** 5/7 15/10 24/21 28/2 49/16 50/10
  71/15 74/20 74/21 75/5 75/18 89/6
**beginning [3]** 75/12 90/13 93/8
**being [14]** 12/20 19/20 20/2 25/11 29/10 30/12
  32/2 40/22 41/22 44/4 47/11 52/15 64/25
  72/24
**believe [17]** 8/20 17/21 18/23 19/20 48/3
  48/10 49/23 51/5 52/2 52/13 84/4 84/20 85/25
  86/2 89/25 90/24 96/2
**believes [1]** 77/17
**bene [1]** 5/14
**BENITA [1]** 1/6
**best [5]** 24/12 28/6 31/19 72/10 87/14
**better [2]** 56/5 91/6
**between [6]** 14/5 34/3 54/23 55/4 55/11 70/3
**beyond [1]** 61/14
**Bibbs [3]** 16/18 16/19 25/7
**BIDDLE [1]** 2/20
**big [3]** 37/10 37/16 37/21
**bind [1]** 17/24
**binder [7]** 41/8 46/14 48/5 48/23 49/4 49/5
  51/19
**bit [4]** 12/15 20/16 28/9 59/10
**blaming [1]** 29/13
**blind [5]** 36/23 73/11 73/13 73/14 73/23
**board [6]** 20/3 20/11 20/14 30/13 46/21 55/21
**book [2]** 45/19 45/21
**both [7]** 33/14 33/21 34/16 44/22 63/19 80/2
  88/12
**bother [3]** 17/23 31/6 31/7
**bounds [1]** 28/7
**Bowl [1]** 7/20
**boy [2]** 80/8 80/9
**boys [22]** 8/13 8/13 11/2 11/6 11/8 37/10
  37/21 38/5 42/16 42/17 43/16 47/11 47/15
  47/16 49/2 54/9 54/10 54/18 54/19 55/17 56/7
  56/12
**break [5]** 11/4 14/24 90/7 90/8 90/10
**breast [1]** 38/19
**brief [1]** 61/18
**briefly [1]** 46/4
**bring [7]** 6/14 6/21 63/5 70/20 71/19 71/21
  71/24
**brings [1]** 20/21
**brought [1]** 6/4
**BROWN [1]** 3/4
**building [2]** 18/8 18/11
**burden [1]** 78/4
**burdens [1]** 78/4
**business [4]** 22/19 22/20 22/24 29/17

## C

**call [2]** 51/6 63/17
**called [5]** 32/8 56/18 88/19 88/20 88/21
**calls [1]** 82/2
**Cambridge [3]** 19/12 25/20 25/23
**came [1]** 8/18
**cames [1]** 13/24
**can [54]** 6/11 11/20 12/10 14/4 14/24 15/7
  18/9 18/21 22/24 24/7 24/22 26/5 26/19 28/23
  28/24 29/7 32/13 36/17 38/14 42/21 42/23
  44/20 45/19 48/2 48/8 48/10 48/12 50/7 53/24
  54/12 57/2 57/4 57/7 59/5 59/20 61/12 62/3
  62/18 64/16 66/21 74/3 77/15 79/9 79/16
  82/21 86/25 88/23 90/13 90/22 91/6 92/5
  92/11 92/25 96/13
**can't [14]** 23/25 24/8 28/18 36/23 38/11 39/13
  43/7 44/2 44/16 45/11 62/17 76/21 80/7 85/4
**Canada [4]** 48/13 48/17 48/23 48/25
**cannot [1]** 28/14
**capital [6]** 64/14 64/18 65/16 79/18 79/20

C

capital... [1]  89/3
careful [3]  37/6 39/18 79/14
Carin [6]  48/5 48/22 48/23 49/3 49/5 51/19
Carnegie [1]  3/5
case [34]  6/6 10/10 15/25 19/5 20/22 20/25
21/3 21/4 21/4 21/5 21/7 21/12 21/15 21/16
21/22 21/23 22/5 22/6 22/25 23/23 24/3 24/6
25/13 28/4 28/7 30/23 31/3 31/13 31/21 31/22
35/18 40/9 61/13 66/14
cases [13]  35/10 35/14 35/17 40/23 40/24
44/13 45/11 47/2 48/14 61/7 66/25 67/3 67/12
catch [1]  72/10
categorization [1]  62/20
causal [2]  64/9 64/20
causation [2]  5/11 21/24
cause [5]  79/23 79/25 80/10 80/23 98/5
caused [2]  16/10 96/2
causing [1]  43/8
Center [1]  3/5
CEO [1]  20/8
certain [8]  21/20 39/11 70/10 79/6 80/4 89/23
89/24 89/24
certainly [23]  33/18 37/17 45/14 46/16 55/13
56/20 65/2 69/2 69/24 70/7 70/9 70/19 72/7
74/7 75/2 79/9 80/9 84/21 84/25 92/5 95/24
95/25 96/14
CERTIFICATION [1]  98/11
CERTIFIED [1]  1/24
CERTIFY [1]  98/2
CERTIFYING [1]  98/14
cetera [2]  38/20 70/15
CFR [5]  4/8 80/25 81/13 82/4 83/3
CFRs [1]  82/6
Cgomez [1]  2/5
chalk [3]  32/5 32/6 32/12
chance [1]  57/21
change [20]  20/5 24/20 30/15 56/25 59/17 60/8
61/2 61/3 65/23 67/7 69/19 71/15 71/25 72/6
74/25 75/4 75/9 91/12 93/4 96/16
changed [7]  76/6 76/11 94/15 96/18 96/20
96/22 97/2
changes [3]  72/3 72/20
characterize [1]  35/13
characterized [1]  13/2
chart [3]  15/9 22/23 36/9
Chart..............................Page [1]  4/6
charter [2]  19/23 30/11
check [2]  43/17 89/7
child [3]  18/7 18/11 18/15
childcare [2]  31/16 97/11
children [4]  22/22 44/23 44/25 46/20
choice [2]  18/14 21/17
CHOP [1]  9/15
CHRISTOPHER [1]  2/4
chronic [1]  93/17
cite [1]  60/18
citing [2]  80/12 80/17
Citizens [1]  32/22
citizenship [4]  32/5 32/6 32/12 32/13
CITY [1]  1/18
Civic [1]  32/8
civics [1]  32/11
CIVIL [1]  1/3
claims [1]  25/11
clarification [1]  81/25
clarified [1]  62/8
clarify [5]  62/13 66/21 69/6 73/6 84/21
class [3]  83/25 84/8 92/25
classes [2]  19/19 32/7
clear [9]  17/15 28/16 56/4 62/19 62/22 64/13
76/5 82/23 88/17

clearly [2]  52/14 53/17
close [3]  61/13 65/10 90/9
closing [1]  88/2
CM [1]  98/8
coauthors [1]  9/14
college [2]  19/9 19/14
colloquy [1]  77/24
combined [6]  44/24 87/21 88/11 88/14 88/16
89/6
come [11]  11/12 11/22 12/2 12/10 23/11 24/21
26/6 26/9 26/12 66/25 97/8
comes [4]  11/21 15/13 83/19 83/20
coming [4]  7/19 8/24 29/3 44/3
comment [2]  54/4 54/8
commented [1]  52/15
commenting [1]  53/7
comments [6]  49/20 49/21 49/22 52/6 52/25
53/19
Commissioner [1]  82/20
COMMON [2]  1/2 98/9
community [2]  19/8 19/14
companies [3]  9/9 70/14 78/23
company [8]  1/10 9/18 56/24 59/17 60/8 65/23
81/20 90/19
comparative [1]  97/2
compare [5]  13/10 14/17 33/10 33/14 34/10
compared [2]  36/6 37/5
comparing [1]  96/21
complained [1]  16/21
complaining [1]  17/6
complete [1]  31/22
completely [2]  50/17 89/15
compounds [1]  94/9
compromised [1]  62/23
computer [1]  59/10
concentration [1]  25/12
concept [1]  33/5
concern [2]  30/2 37/16
concerned [5]  6/18 18/23 19/6 37/20 38/2
concerns [1]  37/8
conclude [3]  71/14 74/24 75/18
concluded [3]  74/5 80/22 82/25
conclusion [2]  61/23 82/14
conclusions [1]  81/16
conference [1]  27/14
confirmed [1]  32/24
confusing [1]  73/12
Conservator [1]  1/7
consider [1]  76/12
considered [2]  37/12 80/3
consulted [3]  38/10 38/16 39/21
contact [1]  18/15
contacting [1]  18/5
contain [1]  52/21
CONTAINED [1]  98/3
context [1]  85/21
continue [6]  7/6 7/7 30/9 32/17 32/19 97/10
Continued [1]  3/2
continuing [2]  7/15 29/11
contrary [1]  89/15
contribution [2]  42/18 43/20
control [26]  12/17 13/3 13/4 13/7 13/18 13/19
13/20 13/25 14/10 14/16 23/25 33/6 33/7
33/13 34/4 34/17 36/14 36/18 37/3 42/19
43/21 44/2 44/17 45/10 78/6 98/13
controlled [19]  13/14 33/17 33/19 33/20 34/2
34/5 56/23 59/4 59/15 60/5 63/16 63/24 73/5
73/9 73/10 73/11 73/13 73/15 73/23
controversial [1]  34/23
convened [1]  46/20

**C**

conversation [1]  27/20
copy [11]  41/4 41/17 45/19 50/8 57/8 57/13
 57/20 57/24 91/20 91/22 98/5
core [1]  62/14
Corporation [1]  2/9
correct [51]  8/19 8/20 9/6 9/19 10/6 10/18
 11/19 11/23 13/17 14/20 33/7 33/8 33/12
 33/17 34/9 34/14 36/4 36/7 42/8 43/10 46/12
 52/3 52/13 63/17 64/6 64/13 65/23 67/8 67/10
 68/5 68/22 69/16 71/10 71/16 72/22 79/6
 80/25 84/2 84/6 84/21 88/9 88/22 88/25 90/2
 90/23 92/3 92/7 92/19 92/22 93/2 98/5
correctly [1]  43/11
could [11]  5/21 26/9 26/11 49/25 49/25 65/19
 70/4 79/23 79/25 80/10 81/8
couldn't [2]  16/6 89/13
counsel [11]  2/7 2/12 2/13 2/18 2/24 3/7 15/20
 27/7 54/6 88/2 89/21 91/7
COUNTY [2]  1/2 98/9
couple [5]  11/18 20/18 24/20 26/10 45/20
course [4]  9/10 20/12 24/10 75/8
court [20]  1/2 1/25 5/3 6/9 15/5 26/23 27/8
 27/25 35/2 50/8 57/9 57/11 58/9 58/20 61/19
 61/21 71/4 98/8 98/9 98/14
Court's [2]  16/3 16/5
courtroom [8]  1/18 6/23 27/2 27/4 27/24 58/14
 63/8 82/11
cover [2]  18/20 50/22
coverage [1]  18/24
cramps [1]  17/6
CRIER [1]  57/9
cross [6]  4/3 7/7 7/15 24/2 28/3 32/17
CROSS-EXAMINATION [1]  7/15
CRR [2]  1/24 98/8
cuts [2]  21/18 22/14

**D**

D-16 [1]  15/10
D-18 [3]  4/6 15/14 15/15
D-19 [2]  4/7 34/24
D-20 [3]  4/7 50/6 51/18
D-21 [3]  4/8 57/9 57/15
D-22 [1]  4/8
D-24 [3]  4/10 91/16 91/19
Daneman [5]  9/16 37/20 39/15 49/21 49/24
Daneman's [1]  49/14
data [22]  39/15 44/24 49/11 49/13 49/19 52/16
 53/8 53/10 53/17 53/23 64/25 69/2 69/5 69/8
 70/13 70/19 72/22 74/7 74/11 75/2 75/3 75/5
database [2]  14/2 72/5
date [1]  95/25
dated [1]  58/16
DAVID [2]  4/4 7/9
day [7]  16/24 18/8 21/10 26/12 30/5 31/21
 93/12
days [4]  20/6 20/7 24/4 30/18
dbr.com [2]  2/23 2/24
de [1]  5/13
deal [3]  5/9 91/13 91/15
dealing [2]  17/17 28/11
deals [1]  5/11
Dean [2]  19/15 30/6
Dear [1]  18/6
decide [2]  30/14 48/20
decides [1]  20/4
decision [1]  60/7
declarative [1]  96/19
defect [1]  62/21
Defendant [2]  2/24 3/7
Defendants [1]  1/12
defense [10]  12/5 20/25 23/22 24/3 34/21 35/4

50/3 50/5 81/23 91/5
defined [2]  12/19 80/24
defining [1]  39/19
definition [5]  12/23 39/11 76/13 78/10 79/11
definitions [1]  78/22
definitive [1]  64/20
deformity [1]  79/25
demonstrative [1]  34/22
Demonstrative.....................Page [1]  4/7
deposition [18]  5/14 6/8 10/13 10/14 21/18
 39/16 49/14 49/16 57/6 58/16 58/19 84/17
 84/20 85/8 85/9 86/2 87/2 89/20
depositions [1]  61/6
describe [1]  66/12
describes [1]  79/5
design [1]  14/19
designed [1]  36/15
desk [1]  30/4
detail [2]  61/5 91/15
determination [2]  80/16 80/19
determinations [1]  73/25
determined [4]  57/2 59/5 59/20 73/16
develop [3]  55/17 56/8 56/12
Development [2]  1/11 2/25
diabetes [1]  96/24
DIANE [1]  3/3
diane.sullivan [1]  3/6
did [31]  10/10 13/9 14/16 14/17 14/21 18/20
 32/14 33/16 34/16 35/5 35/9 36/17 39/11
 40/11 42/4 49/18 50/23 56/9 67/10 67/20
 68/24 69/18 70/21 71/14 72/21 74/4 74/23
 75/17 90/24 91/12 96/21
didn't [17]  14/19 33/10 33/10 42/14 45/11
 47/14 67/9 69/25 70/19 71/17 71/19 71/21
 71/24 73/2 74/24 76/25 91/12
difference [4]  14/5 14/7 34/12 36/20
different [12]  26/11 28/20 29/6 32/9 36/10
 37/4 50/15 73/16 79/7 88/8 88/13 88/18
difficult [1]  62/5
difficulties [1]  26/18
difficulty [1]  62/2
diluted [1]  94/16
dilution [1]  96/19
direct [4]  4/3 16/20 21/10 98/13
DIRECTION [1]  98/14
directions [1]  74/14
disagree [2]  10/11 12/21
disagreed [2]  61/2 72/25
disagrees [3]  78/8 78/14 83/7
discovered [1]  17/25
discuss [2]  96/15 97/13
discussed [1]  37/18
discussing [1]  33/5
discussion [6]  26/21 59/8 60/20 62/4 66/10
 88/25
dispute [11]  12/25 35/7 36/22 36/24 37/7 40/8
 40/9 40/13 40/18 40/19 56/3
Disruption [1]  14/23
distressing [1]  79/10
DISTRICT [4]  1/2 18/9 58/20 58/21
disturbances [2]  94/6 96/17
DIVISION [1]  1/3
DJERASSI [1]  1/21
do [53]  8/6 8/7 13/14 13/17 13/18 13/19
 13/20 14/9 14/12 14/22 18/22 20/19 23/17
 23/19 24/12 28/14 30/22 31/19 32/12 33/16
 33/25 33/25 36/24 38/3 41/6 41/25 44/20
 44/20 49/21 54/25 60/18 61/7 62/3 66/11 70/4
 72/9 72/10 72/21 74/21 76/10 76/10 76/12
 76/22 84/2 84/5 84/7 85/23 89/25 90/22 96/8
 96/15 97/10 97/13
doable [1]  26/17

**Docket [1]**  58/22
**doctor [29]**  14/3 43/23 54/15 55/14 56/5 56/15 56/21 59/13 63/14 63/19 65/12 65/21 66/23 66/24 67/19 68/16 70/12 72/12 74/22 76/12 78/22 81/13 86/19 87/9 91/12 93/21 93/25 94/5 96/10
**doctors [5]**  10/6 70/15 88/11 92/24 93/9
**document [19]**  4/9 8/24 22/18 22/19 48/13 51/3 53/20 53/22 53/25 55/13 57/17 71/11 81/25 82/2 82/10 82/11 83/6 86/8 91/17
**Document............................Page [1]**  4/8
**documents [8]**  21/21 23/19 38/14 38/15 38/15 56/11 57/12 71/13
**does [8]**  49/8 52/21 67/14 80/23 91/20 94/12 94/19 98/12
**doesn't [12]**  5/10 11/4 17/23 45/6 72/10 79/11 91/24 93/3 94/18 94/19 95/14 95/16
**doing [3]**  11/24 28/6 29/13
**don't [61]**  5/8 10/3 13/9 15/16 17/10 18/23 19/20 21/5 21/13 22/4 22/8 23/10 23/24 24/2 25/25 26/7 34/22 36/22 37/2 37/6 40/7 40/18 40/19 41/9 41/15 41/16 41/21 42/11 46/12 48/20 49/23 52/11 53/11 53/13 53/14 53/19 56/3 56/23 59/15 60/5 61/4 70/3 70/18 71/17 71/18 72/7 72/12 73/2 75/5 77/13 77/14 77/18 79/15 80/15 84/4 84/24 85/9 87/12 90/8 93/24 95/24
**don't we [1]**  90/8
**done [12]**  5/21 16/6 22/10 22/12 22/25 23/2 24/12 28/10 28/25 29/7 39/20 48/10
**door [1]**  81/6
**dopamine [1]**  93/15
**double [5]**  36/23 73/11 73/13 73/14 73/23
**double-blind [5]**  36/23 73/11 73/13 73/14 73/23
**doubt [1]**  92/23
**down [4]**  11/4 15/16 18/22 42/21
**dozen [1]**  23/18
**Dr [82]**  5/9 5/12 5/14 5/18 6/15 7/8 7/18 7/21 8/8 9/3 10/4 10/16 14/21 16/21 20/9 21/10 21/14 21/16 21/24 22/3 23/11 26/15 32/18 32/22 32/23 33/25 35/3 37/19 39/5 40/4 41/2 41/11 41/24 42/10 42/10 42/10 43/5 45/16 46/3 48/4 48/12 48/22 49/9 49/18 50/8 51/16 52/21 54/7 57/4 57/8 58/11 58/14 58/19 64/2 66/2 70/5 70/22 71/8 72/2 72/19 74/3 75/15 75/23 76/4 78/8 80/21 81/7 83/6 83/23 85/14 87/2 87/20 88/5 89/10 90/12 92/2 92/7 92/12 95/10 95/21 96/20
**Dr. [14]**  7/22 9/4 9/15 9/15 9/16 12/8 15/8 19/16 33/2 37/20 39/15 49/14 52/25 53/4
**Dr. Daneman [3]**  9/16 37/20 39/15
**Dr. Daneman's [1]**  49/14
**Dr. Findling [7]**  7/22 9/4 9/15 12/8 15/8 52/25 53/4
**Dr. Findling's [1]**  33/2
**Dr. Hilton [1]**  19/16
**Dr. Moshang [1]**  9/15
**draft [10]**  4/7 16/22 38/7 50/4 51/6 51/20 51/24 52/14 53/8 54/17
**drafted [2]**  19/17 30/3
**drawing [1]**  15/11
**DRINKER [1]**  2/20
**Drive [1]**  2/16
**driving [1]**  66/15
**drug [14]**  13/22 14/17 37/4 37/5 38/24 45/12 74/15 74/19 75/12 75/13 86/3 86/13 86/15 86/22
**drugs [13]**  14/18 83/25 87/13 87/17 87/18 88/3 88/15 89/4 89/23 93/5 93/15 95/15 96/3
**during [6]**  16/20 31/21 56/11 88/6 89/9 93/17

**dyskinesia [1]**  96/24

**E-mail [13]**  2/4 2/5 2/10 2/11 2/16 2/23 2/24 3/6 3/7 5/16 45/17 46/3 51/19
**E-mails [1]**  23/7
**each [4]**  13/11 40/10 40/10 97/14
**earlier [5]**  28/24 28/25 29/7 52/4 83/17
**early [2]**  22/3 22/12
**easier [1]**  34/21
**Education [1]**  32/8
**effect [5]**  54/19 55/10 86/21 88/4 88/16
**effectiveness [2]**  14/4 73/24
**effects [4]**  14/7 14/10 55/12 80/9
**efficacy [2]**  13/21 73/14
**eight [10]**  35/20 40/6 40/15 49/10 49/19 52/16 52/22 53/9 53/16 53/22
**either [6]**  12/2 30/8 60/7 83/22 86/18 90/6
**Elementary [1]**  18/4
**elements [3]**  56/24 59/16 60/6
**elevate [3]**  84/2 84/8 92/25
**elevated [4]**  94/10 95/11 96/11 96/25
**elevates [4]**  93/9 93/16 95/13 95/14
**elevating [1]**  94/9
**elevation [5]**  45/4 86/15 90/20 93/17 96/3
**else [4]**  28/11 86/22 93/19 97/14
**end [3]**  5/23 19/20 23/20
**ending [2]**  43/3 54/5
**endocrinologist [3]**  55/15 55/16 96/14
**endocrinologists [12]**  37/18 38/10 38/17 38/18 39/8 39/9 39/18 39/24 47/7 53/5 53/12 70/14
**endos [2]**  47/6 55/22
**endos' [1]**  47/5
**enlarge [1]**  92/5
**enlargement [1]**  38/20
**enormous [1]**  22/18
**enough [5]**  6/19 45/16 46/16 62/5 74/8
**Enrollment [2]**  19/15 30/6
**enters [3]**  6/23 27/24 63/8
**entire [3]**  14/2 72/16 81/9
**epidemiological [1]**  73/18
**ESQUIRE [9]**  2/3 2/4 2/9 2/10 2/15 2/21 2/21 3/3 3/4
**esse [1]**  5/14
**essence [1]**  94/12
**essentially [2]**  17/2 92/6
**establish [1]**  62/21
**established [8]**  10/9 13/25 14/2 46/10 63/16 66/24 67/6 96/13
**Estate [1]**  1/7
**estimate [1]**  22/9
**estimated [1]**  37/14
**et [2]**  38/20 70/15
**ethics [1]**  32/11
**even [11]**  20/24 30/3 47/14 67/6 67/11 68/14 70/18 72/19 74/22 75/5 79/9
**evening [1]**  20/15
**event [9]**  40/10 64/17 68/3 71/9 73/17 76/14 77/16 78/10 80/24
**events [25]**  8/9 8/17 8/18 9/6 11/12 11/22 12/10 13/11 13/16 14/16 32/25 38/4 39/7 40/5 40/16 40/17 44/12 56/17 56/20 68/18 69/13 69/14 72/5 75/17 88/6
**ever [3]**  15/23 49/15 49/15
**every [3]**  18/7 40/10 40/10
**everybody [9]**  5/6 7/2 8/3 8/15 11/10 29/17 29/20 63/7 63/22
**everyday [1]**  18/2
**everyone [1]**  28/17
**everything [3]**  8/25 28/11 69/15
**evidence [14]**  22/15 22/17 31/3 31/5 31/7 38/12 53/11 53/15 83/12 83/18 83/18 83/21 96/2 98/3

## E

**evidently [1]**  77/3
**evolution [1]**  37/13
**exact [7]**  21/13 33/23 38/6 55/7 84/11 91/2
  95/24
**exactly [28]**  11/7 12/9 13/5 14/8 14/14 33/4
  33/15 34/8 38/8 39/22 40/7 42/5 44/11 47/13
  47/19 48/7 52/20 60/10 60/14 63/18 63/20
  63/21 63/23 68/20 69/12 70/24 76/16 89/8
**examination [6]**  7/7 7/15 16/20 24/2 28/3
  32/17
**example [2]**  22/21 44/8
**examples [1]**  87/7
**except [7]**  8/9 8/18 11/12 36/2 44/14 66/25
  68/19
**exceptions [1]**  18/10
**excluded [2]**  39/10 39/10
**excluding [1]**  38/4
**excuse [6]**  7/11 17/8 18/19 19/4 20/17 24/13
**excused [5]**  15/4 17/12 24/18 25/10 29/19
**excusing [2]**  25/4 25/13
**exhibit [18]**  12/5 33/3 34/22 35/4 41/3 41/19
  45/18 45/18 45/24 50/4 50/4 50/5 50/24 75/24
  75/25 81/23 86/6 86/7 91/5
**Exhibit 23 [2]**  41/3 41/19
**Exhibit 45 [2]**  45/18 45/24
**Exhibit 48 [1]**  75/25
**Exhibit 49 [1]**  33/3
**exhibits [2]**  4/6 41/7
**exits [1]**  58/14
**expended [1]**  19/19
**experienced [2]**  54/11 54/19
**expert [4]**  5/11 21/24 95/4 95/6
**experts [5]**  9/12 9/18 42/11 52/12 53/16
**explain [1]**  81/13
**explained [1]**  48/2
**explanation [1]**  48/9

## F

**face [1]**  32/4
**fact [16]**  8/9 21/19 33/6 34/15 38/2 39/15
  43/7 46/4 46/19 56/11 70/25 73/19 75/16
  79/25 89/17 93/21
**factors [3]**  57/3 59/6 59/20
**facts [3]**  75/15 89/16 89/18
**fair [16]**  6/19 7/23 9/23 14/3 21/5 27/9 31/9
  37/24 38/9 45/16 46/16 46/18 55/14 55/19
  77/19 77/21
**fairness [1]**  21/2
**faith [1]**  28/9
**false [1]**  20/13
**familiar [1]**  51/4
**family [2]**  18/20 32/13
**far [6]**  6/17 18/22 19/5 29/25 86/17 92/8
**fashion [1]**  5/17
**favor [3]**  21/22 44/20 90/22
**Fax [3]**  2/6 2/12 2/17
**FDA [64]**  35/6 40/5 40/11 40/19 68/2 68/21
  68/24 69/5 69/6 69/13 69/17 69/18 69/18
  69/22 70/3 70/12 70/12 70/19 70/20 70/21
  70/22 71/10 71/14 71/17 71/17 71/18 71/24
  72/2 72/8 72/10 72/13 72/17 72/19 72/21
  72/25 73/20 74/5 74/7 74/23 75/3 75/5 75/16
  78/2 78/8 78/13 78/17 78/22 79/2 80/2 80/11
  80/15 80/22 82/21 82/25 83/7 87/21 88/5
  88/11 89/5 89/9 90/12 92/2 92/4 96/15
**FDA's [6]**  71/19 71/21 72/23 80/17 81/15 82/14
**FEBRUARY [1]**  1/15
**Federal [1]**  58/20
**feed [1]**  7/12
**feel [1]**  24/13
**feeling [1]**  17/7

**feels [1]**  77/4
**festive [1]**  8/22
**few [4]**  35/18 45/2 45/6 58/12
**figure [2]**  38/23 50/21
**find [3]**  15/7 15/17 45/19
**Findling [29]**  7/22 9/4 9/15 12/8 14/16 15/8
  37/9 42/10 43/13 43/18 44/14 45/15 46/6
  51/24 52/25 53/4 55/23 64/25 66/25 67/13
  67/14 67/17 67/22 68/7 68/8 68/9 68/10 68/18
  75/25
**Findling's [2]**  33/2 43/21
**fine [3]**  25/16 62/24 97/7
**finish [1]**  22/3
**finished [1]**  46/5
**first [11]**  1/2 15/21 16/7 25/3 28/6 29/12
  39/6 76/24 77/11 85/23 92/13
**fit [1]**  6/12
**fits [1]**  24/24
**five [12]**  12/4 12/6 18/12 18/15 19/25 20/6
  20/7 21/4 30/18 34/19 58/8 71/6
**five-minute [1]**  58/8
**five-week [1]**  21/4
**flag [6]**  56/19 68/25 70/6 72/5 73/4 74/24
**Floor [2]**  2/5 2/11
**flow [1]**  10/3
**focused [2]**  53/20 62/9
**folks [1]**  42/7
**follow [2]**  31/12 92/6
**following [9]**  5/3 15/4 15/19 16/19 26/23 27/6
  27/25 58/9 61/19
**footnote [1]**  10/2
**forced [2]**  22/13 22/16
**FOREGOING [1]**  98/11
**formally [1]**  20/4
**format [3]**  92/3 92/4 92/7
**former [1]**  82/20
**forth [2]**  47/21 61/10
**foundation [3]**  61/24 62/10 63/3
**four [2]**  24/6 28/8
**four-week [2]**  24/6 28/8
**frankly [1]**  6/10
**Freedom [2]**  20/3 20/9
**frequency [1]**  37/14
**frequently [2]**  54/9 54/18
**Friday [5]**  5/20 5/21 7/21 12/6 12/15 16/11
  18/21 38/6 46/4 47/20 48/7 91/5
**friends [1]**  32/14
**front [4]**  16/23 16/24 16/24 85/10
**FULLY [1]**  98/3
**fund [1]**  9/9
**funded [1]**  9/5
**further [1]**  6/3
**fuzzy [1]**  62/25

## G

**Gahan [3]**  46/9 49/23 51/20
**galactorrhea [1]**  94/7
**game [5]**  7/3 20/22 21/3 77/19 77/21
**gave [3]**  40/5 40/19 71/22
**general [8]**  13/15 14/11 27/16 27/20 55/17
  60/3 77/8 77/21
**generally [4]**  26/14 28/4 28/5 66/18
**gentlemen [1]**  83/15
**get [27]**  14/11 22/25 22/25 23/22 28/10 28/24
  29/2 29/2 29/7 29/15 30/5 30/8 47/17 50/9
  59/9 61/9 62/4 62/7 62/25 72/11 77/2 77/3
  77/7 77/22 85/9 91/13 91/15
**gets [1]**  47/20
**getting [4]**  13/16 26/17 40/20 77/6
**Gilliam [1]**  17/22
**girls [5]**  8/14 42/16 42/17 43/16 54/21
**give [6]**  34/18 41/14 41/16 50/7 57/8 58/2

**G**

given **[4]**  6/5 57/19 63/11 77/18
gives **[2]**  11/5 92/24
glasses **[1]**  91/25
go **[26]**  6/11 7/24 22/18 23/6 26/4 26/11
 26/15 31/22 36/17 41/8 42/21 44/22 45/8
 45/16 46/23 53/3 66/22 75/23 77/14 81/7 84/4
 84/18 87/7 91/14 95/9 95/23
goes **[8]**  43/6 48/4 77/19 79/5 79/12 81/18
 90/15 90/16
going **[50]**  5/22 5/25 7/5 12/21 12/25 15/7
 20/5 23/3 23/4 23/6 26/4 30/4 30/14 31/15
 31/22 32/9 32/16 36/22 36/24 37/10 37/21
 38/5 38/25 40/15 45/8 47/21 54/7 54/10 54/18
 58/5 58/11 62/2 62/3 62/7 63/5 66/11 66/22
 68/8 68/9 68/14 75/9 77/2 77/3 81/4 82/7
 82/12 91/14 97/5 97/9 97/11
going weeks **[1]**  23/3
Goldstein **[5]**  5/12 5/14 5/19 6/15 21/24
GOMEZ **[2]**  2/4 5/15
gone **[7]**  17/13 29/20 38/15 47/19 48/7 70/22
 70/25
good **[7]**  5/5 6/25 7/18 7/18 9/8 9/21 28/9
got **[6]**  10/21 11/2 13/11 38/24 52/6 71/7
GOTSHAL **[1]**  3/3
government **[2]**  82/5 96/21
graders **[1]**  32/10
GRAFF **[1]**  2/21
Graves **[1]**  25/18
great **[3]**  32/3 52/5 92/14
greater **[2]**  34/3 96/2
group **[19]**  12/18 13/3 13/4 13/8 14/5 16/25
 33/15 34/4 34/17 36/14 37/3 42/19 43/21 44/2
 44/18 45/10 46/10 46/16 46/24
groups **[6]**  13/20 13/21 13/25 33/14 33/21
 36/18
Guardian **[1]**  1/6
guess **[2]**  25/8 77/7
gynecomastia **[60]**  10/21 11/2 11/14 34/3 34/12
 35/10 35/15 36/21 37/10 37/13 37/22 38/19
 39/2 40/5 40/8 40/10 42/16 43/9 43/15 44/3
 44/12 44/14 45/13 47/3 47/16 47/17 48/14
 49/2 54/9 54/17 55/18 56/13 56/17 67/4 76/12
 78/9 79/9 80/3 80/4 80/7 80/16 80/19 80/23
 82/2 84/14 84/22 84/25 85/7 86/12 86/20
 87/16 89/11 90/20 90/25 93/6 93/22 94/2 94/7
 95/11 95/15

**H**

hac **[1]**  3/4
had **[47]**  8/4 14/15 16/14 17/2 17/4 22/22 23/3
 25/12 28/7 28/21 34/18 35/14 37/3 38/3 40/12
 46/5 49/10 49/19 49/19 53/20 53/22 53/24
 56/16 66/9 68/2 68/21 68/22 69/13 69/17
 69/18 70/12 74/16 74/20 74/23 75/16 76/16
 80/2 83/16 89/11 89/24 89/25 90/19 91/5 93/4
 93/22 95/11 96/15
half **[1]**  23/18
HALL **[1]**  1/18
hand **[1]**  91/23
handed **[1]**  41/22
happen **[1]**  94/13
happened **[2]**  72/13 87/20
happens **[2]**  72/7 94/17
happy **[8]**  23/13 41/8 42/23 57/14 84/5 85/8
 85/17 94/3
hard **[1]**  29/24
hardship **[5]**  17/25 25/5 25/10 29/22 29/23
hasn't **[3]**  31/10 57/19 62/10
hat **[1]**  48/18
have **[154]**
have done **[1]**  5/21

haven't **[2]**  18/4 57/18
he **[7]**  5/15 16/3 18/7 20/9 46/24 59/13 90/13
heading **[1]**  76/18
heads **[1]**  92/24
health **[1]**  16/8
heard **[2]**  67/18 86/17
hearing **[5]**  5/2 5/4 26/24 58/10 61/20
hears **[1]**  28/17
hedging **[1]**  96/17
held **[1]**  26/21
helpful **[3]**  23/15 24/14 26/16
her **[19]**  16/9 16/14 16/22 17/2 17/3 17/4 17/8
 17/24 18/18 18/19 18/20 19/4 19/19 20/17
 24/24 25/8 25/13 30/11 31/19
here **[36]**  5/10 5/19 10/15 10/15 15/9 16/7
 18/2 21/8 22/15 23/17 26/2 26/8 28/25 29/8
 29/10 29/21 31/5 31/8 32/3 43/18 48/21 54/8
 58/6 58/13 58/25 59/13 61/15 62/2 63/6 66/16
 76/22 85/11 85/14 86/8 87/7 97/6
HEREBY **[1]**  98/2
high **[2]**  37/14 56/12
higher **[5]**  36/11 54/21 70/8 70/9 70/11
highest **[2]**  56/16 56/16
Hilton **[1]**  19/16
him **[11]**  5/17 5/19 41/16 47/23 49/17 59/22
 60/25 83/2 85/15 85/17 90/4
himself **[1]**  78/16
his **[12]**  1/6 1/7 6/17 19/14 21/11 39/15 59/23
 59/24 66/2 66/17 91/23 95/3
history **[1]**  16/19
hold **[3]**  21/7 24/12 59/6
home **[2]**  5/20 28/24
HONORABLE **[1]**  1/21
HOP **[1]**  39/20
hope **[2]**  22/25 77/20
hormone **[1]**  56/7
hospitalization **[1]**  79/23
hours **[3]**  11/18 11/20 21/14
housekeeping **[1]**  15/6
Houston **[1]**  2/17
how **[7]**  10/25 11/20 29/14 43/14 47/21 47/22
 78/2
however **[2]**  31/19 62/16
huge **[2]**  96/21 96/25
hyperprolactinemia **[2]**  91/2 92/18
hypothetically **[1]**  54/20

**I**

ID **[1]**  50/8
idea **[2]**  86/9 96/6
identification **[6]**  15/15 34/24 50/6 57/15
 86/24 91/16
identify **[1]**  85/4
Imani **[1]**  20/9
impeach **[1]**  59/22
impeachment **[5]**  57/10 57/12 60/14 60/22 62/9
imperative **[2]**  30/21 31/3
importance **[1]**  62/19
important **[2]**  11/21 92/22
impotence **[1]**  94/8
impression **[1]**  72/8
inappropriate **[1]**  6/10
INC **[1]**  1/10
incidence **[7]**  34/3 34/16 36/11 36/12 36/21
 56/16 70/7
incidences **[1]**  37/2
incident **[1]**  35/25
inclined **[2]**  19/4 20/17
include **[1]**  47/11
included **[5]**  8/15 8/17 10/18 44/15 55/22
includes **[4]**  8/11 11/6 11/8 53/8
including **[4]**  9/15 13/10 57/3 59/21
incorrect **[1]**  70/21

## I

increase [2]  56/7 93/5
increases [1]  45/2
IND [3]  80/12 80/14 80/18
indication [8]  69/10 69/20 71/16 75/8 75/10
  75/11 75/14 75/19
indications [1]  74/20
individual [1]  79/10
infinitum [1]  21/18
information [16]  40/12 40/20 40/22 64/5 65/14
  68/3 68/4 68/6 68/21 68/22 71/9 71/22 73/17
  74/13 74/17 74/23
initiates [1]  72/2
instances [1]  80/5
instruction [1]  83/11
instructions [2]  31/12 63/11
INT [60]  11/17 11/21 11/23 12/2 12/11 12/13
  13/3 14/15 32/24 33/9 35/9 36/2 36/3 36/13
  36/13 39/25 40/17 41/11 42/2 42/13 43/8
  43/14 45/11 56/15 62/14 62/20 63/14 63/25
  64/3 65/8 65/13 66/15 67/2 67/7 67/12 67/13
  67/19 67/21 68/3 68/6 68/11 68/16 68/22
  68/24 69/2 69/5 69/8 69/13 69/18 69/19 70/5
  70/12 70/19 71/10 72/21 74/5 74/7 74/17
  74/23 75/17
INT-41 [53]  11/17 11/21 11/23 12/2 12/11
  12/13 13/3 14/15 32/24 33/9 35/9 36/13 39/25
  40/17 41/11 42/2 42/13 43/8 43/14 45/11
  56/15 62/14 62/20 63/14 63/25 64/3 65/8
  65/13 66/15 67/2 67/7 67/12 67/13 67/19
  67/21 68/3 68/6 68/11 68/16 68/22 68/24 69/2
  69/13 69/18 69/19 70/5 70/12 71/10 72/21
  74/5 74/17 74/23 75/17
INT-48 [1]  36/2
INT-70 [2]  36/3 36/13
intact [1]  29/25
intended [1]  5/16
intention [1]  23/3
internal [1]  30/18
Internet [1]  30/24
interrupt [1]  10/3
introduced [1]  15/9
invented [1]  31/11
investigator [2]  12/24 65/8
involved [4]  9/11 9/19 18/6 61/9
involving [6]  19/8 25/13 27/16 30/2 30/22
  61/11
is [259]
isn't [1]  46/15
issue [21]  5/7 5/11 5/21 6/15 16/11 17/19
  18/20 19/4 19/5 19/7 30/18 31/16 55/16 56/14
  61/13 76/17 81/21 82/25 83/24 88/7 97/11
issues [13]  6/16 16/5 16/8 16/10 25/11 25/12
  28/20 28/24 29/3 29/6 31/9 50/23 61/8
it [195]
it's [64]  9/8 11/10 13/21 15/9 18/6 21/5 21/6
  22/23 22/23 28/9 30/23 30/24 30/24 30/25
  31/2 32/2 37/12 37/22 38/8 38/9 39/10 41/10
  41/18 43/8 43/9 43/18 45/15 45/23 48/17 50/4
  50/4 50/8 51/5 51/19 52/6 55/11 56/14 57/5
  57/14 58/18 60/14 61/16 62/17 62/25 64/19
  66/7 68/14 70/2 70/8 70/20 72/9 72/23 73/9
  76/5 77/19 78/4 78/5 78/18 82/11 85/20 87/15
  89/10 89/17 91/23
ITKIN [2]  2/15 2/15
itself [1]  67/9
ITT [1]  11/24

## J

JANSSEN [59]  1/10 1/11 2/24 2/25 3/7 9/4 9/11
  10/17 14/19 14/21 33/16 35/5 35/9 36/15 38/3
  38/9 38/16 38/23 39/21 40/4 40/8 40/11 40/19

42/7 42/11 43/6 46/10 46/13 46/14 46/14
47/4 47/17 47/17 47/22 47/25 48/4 48/17
48/23 48/25 49/6 51/19 51/20 52/11 69/6
69/22 70/4 70/19 71/8 71/18 73/2 73/20 74/19
75/12 76/5 76/11 80/2 82/2 93/9 96/16
Janssen's [2]  70/2 72/23
January [3]  25/9 57/6 58/16
January 20 [2]  57/6 58/16
January 22nd [1]  25/9
JASON [1]  2/15
Jersey [1]  3/5
jitkin [1]  2/16
job [3]  28/24 72/23 72/23
JOHNSON [2]  1/10 1/10
journal [2]  10/5 10/7
Judge [2]  25/25 83/4
Judges [1]  32/9
JUDICIAL [1]  1/2
JUDITH [2]  1/24 98/8
July [1]  50/4
July 2002 [1]  50/4
jumped [1]  59/6
jumps [1]  59/10
June [3]  87/2 87/4 87/5
June 12th [3]  87/2 87/4 87/5
juror [23]  14/23 16/7 16/16 16/18 17/20 17/21
  24/14 24/23 24/23 24/25 25/6 25/14 25/15
  25/17 25/18 25/19 25/19 25/20 25/21 29/19
  29/19 29/20 31/18
juror's [1]  30/2
jurors [7]  7/19 8/5 11/19 20/5 27/17 27/20
  63/15
jury [39]  1/21 5/4 6/22 6/23 7/24 15/4 15/24
  16/25 17/3 17/17 19/6 20/21 21/2 21/6 24/12
  26/17 26/24 27/24 28/2 28/5 28/16 29/25
  30/16 30/17 42/15 48/20 49/11 58/10 61/20
  62/6 62/18 63/6 63/8 67/11 72/24 77/14 81/17
  85/4 91/6
just [59]  7/4 8/3 9/4 11/4 13/6 13/25 16/7
  17/16 21/19 22/9 22/24 24/19 28/22 29/14
  31/12 33/9 34/18 34/19 35/13 37/6 37/22 38/7
  41/4 41/9 41/21 42/24 42/25 43/13 43/14 46/5
  50/11 52/2 53/13 54/3 54/7 56/4 56/12 58/12
  59/6 59/8 60/16 61/5 61/8 61/21 62/12 64/13
  65/6 66/9 68/16 75/15 76/4 79/14 81/24 82/23
  83/23 85/9 88/13 88/16 96/6
justify [1]  67/13

## K

keep [2]  28/7 29/25
KENNETH [1]  2/21
kenneth.murphy [1]  2/23
KESSLER [74]  4/4 5/10 7/8 7/9 7/18 7/21 8/8
  9/3 10/4 10/16 14/21 21/11 21/14 21/17 22/3
  23/12 26/15 32/18 32/22 32/23 33/25 35/3
  39/5 40/4 41/2 41/11 41/24 43/5 45/16 46/3
  48/4 48/12 48/22 49/9 49/18 50/8 51/16 52/21
  54/7 57/4 57/6 57/8 58/11 58/14 58/19 64/2
  66/2 68/2 70/5 70/22 71/8 72/2 72/19 74/3
  75/15 75/23 76/4 78/8 80/21 81/7 83/7 83/23
  85/14 87/2 87/20 88/5 89/10 90/12 92/2 92/7
  92/12 95/10 95/21 96/20
Kessler-20 [1]  57/6
kids [26]  8/11 8/18 10/18 10/20 13/8 13/9
  14/17 14/17 32/14 33/9 33/10 33/16 33/21
  33/21 33/22 34/3 34/4 34/10 34/11 35/5 35/9
  37/4 37/5 38/25 45/13 75/13
kind [8]  13/6 21/4 28/23 34/16 61/8 82/5
  91/15 96/6
kinds [1]  14/12
KLINE [11]  2/9 2/9 7/23 8/4 9/23 11/18 21/11
  40/2 41/7 42/14 76/2
KlineSpecter.com [2]  2/10 2/11

**K**

**knew [1]** 40/16
**know [66]** 5/9 5/18 7/4 7/4 14/21 17/16 21/13 26/16 29/14 31/8 31/10 32/4 32/4 33/16 33/25 36/13 40/4 40/7 41/9 44/7 45/5 48/20 48/22 49/9 49/13 50/23 51/2 51/23 53/13 53/14 53/19 55/20 56/4 61/4 66/5 68/8 70/10 70/18 71/8 71/14 71/17 71/18 72/12 73/2 75/2 75/4 75/5 75/16 77/18 78/8 80/15 80/17 80/19 80/21 83/7 84/2 84/7 84/23 84/24 84/25 95/24 95/24 95/25 96/8 96/15 96/20
**known [1]** 96/4
**knows [2]** 12/24 63/20
**KRISTEN [1]** 2/10
**Kristen.Loerch [1]** 2/11
**Kronenberg [3]** 42/4 42/10 45/6

**L**

**L.L.C [1]** 1/12
**label [81]** 12/13 12/16 12/20 12/22 56/21 57/2 57/3 59/3 59/4 59/8 59/14 59/19 59/21 60/2 60/4 60/25 61/3 62/6 62/7 62/15 62/20 63/17 63/19 64/5 64/11 64/14 64/15 65/15 65/18 65/19 65/22 66/18 67/8 67/14 69/7 69/9 69/19 69/23 70/3 70/8 71/15 71/24 72/6 73/18 73/21 74/9 74/12 75/7 75/13 76/7 79/6 79/8 79/13 80/20 80/22 81/19 84/13 84/23 85/2 85/5 88/8 88/15 88/18 88/24 90/2 90/14 90/21 90/23 91/9 91/11 92/8 92/12 92/16 92/22 93/8 93/20 94/2 94/19 95/2 95/21 96/22
**Label.........................Page [1]** 4/10
**labeled [1]** 64/19
**labeling [11]** 56/25 59/18 60/9 60/21 65/23 72/3 72/20 74/25 75/4 75/9 92/3
**labels [4]** 62/5 87/15 88/4 89/8
**lactation [1]** 38/20
**Ladies [1]** 83/15
**laid [2]** 61/25 62/11
**language [4]** 90/17 91/3 93/25 94/17
**largely [1]** 21/16
**last [5]** 5/19 15/23 20/11 29/16 54/4
**later [2]** 30/5 88/11
**Law [1]** 27/11
**lawyers [2]** 15/24 32/9
**lead [2]** 42/7 96/13
**leading [1]** 61/23
**leak [1]** 28/21
**least [3]** 16/3 20/18 53/15
**leave [3]** 15/23 18/2 72/7
**left [7]** 7/21 21/21 21/23 32/23 33/4 62/17 71/5
**lengths [1]** 22/18
**let [20]** 15/21 20/25 21/11 23/21 28/3 43/12 45/14 45/20 48/20 50/23 51/4 61/12 61/21 69/5 81/13 83/23 84/20 84/21 94/5 96/14
**let's [18]** 23/22 27/4 32/4 39/5 42/15 50/3 53/20 60/3 64/13 68/10 73/6 79/14 79/21 82/18 91/2 91/13 91/15 97/8
**letter [7]** 18/3 19/17 30/3 50/22 67/22 76/17 82/9
**letting [1]** 29/14
**level [2]** 84/11 96/12
**levels [4]** 45/2 56/7 93/16 94/10
**liability [2]** 21/16 58/18
**light [1]** 23/20
**like [19]** 13/8 15/25 22/21 26/25 29/13 32/2 38/19 39/2 39/20 47/22 51/2 56/8 56/22 59/12 59/14 59/22 61/5 65/22 90/25
**likelihood [2]** 65/9 65/10
**likely [3]** 22/10 44/9 44/9
**limited [2]** 61/13 78/18
**line [1]** 87/6

**lines [2]** 29/18 95/7
**list [3]** 36/17 47/2 47/15
**listed [2]** 86/12 87/16
**literature [2]** 55/21 96/4
**litigation [5]** 1/4 57/7 58/18 61/10 88/7
**little [9]** 12/15 13/7 15/6 20/16 28/9 59/10 78/5 78/5 79/17
**live [5]** 6/4 6/7 7/12 24/7 24/8
**LLP [3]** 2/15 2/20 3/3
**locked [1]** 18/8
**Locust [1]** 2/11
**LOERCH [1]** 2/10
**Logan [1]** 2/22
**long [5]** 19/3 36/11 44/24 57/13 81/17
**long-term [3]** 19/3 36/11 44/24
**longer [7]** 28/25 29/3 29/4 29/15 29/16 31/20 31/21
**look [20]** 9/5 14/4 30/22 35/8 36/8 39/6 39/23 42/15 45/8 50/3 51/16 52/5 60/13 61/12 61/17 85/18 85/19 86/4 86/7 86/9
**looked [9]** 33/9 33/21 38/7 39/5 46/3 55/24 72/15 72/16 75/5
**looking [9]** 10/16 12/5 14/4 35/3 57/22 58/25 72/17 92/12 92/15
**looks [4]** 22/7 39/16 39/20 51/4
**lot [6]** 22/14 26/4 27/16 36/9 78/23 83/14
**luncheon [1]** 97/16

**M**

**ma'am [8]** 39/3 41/14 46/13 52/20 73/6 75/11 87/3 92/20
**Mack [1]** 25/15
**madam [1]** 54/14
**made [3]** 62/22 80/11 89/5
**magazine [1]** 31/2
**magnitude [1]** 70/11
**mail [13]** 2/4 2/5 2/10 2/11 2/16 2/23 2/24 3/6 3/7 5/16 45/17 46/3 51/19
**mails [1]** 23/7
**make [11]** 31/19 44/21 56/25 59/17 60/8 60/15 60/23 65/23 71/25 73/25 88/17
**making [4]** 43/25 44/10 44/11 96/7
**males [3]** 10/20 37/12 47/3
**MANGES [1]** 3/3
**manufacturer [1]** 72/9
**manuscript [10]** 46/6 47/2 50/4 51/21 52/15 53/2 53/8 53/18 54/8 54/17
**manuscript...................Page [1]** 4/7
**manuscripts [2]** 38/8 49/18
**many [10]** 10/25 11/20 13/19 35/9 35/13 45/13 72/11 73/16 83/24 88/18
**March [1]** 1/5
**Marianne [1]** 15/13
**mark [5]** 34/21 57/11 81/22 86/5 86/6
**marked [13]** 15/13 15/15 34/24 35/3 50/6 50/24 51/10 51/17 57/14 57/15 86/24 91/4 91/16
**marketing [2]** 58/17 75/12
**Massachusetts [1]** 58/21
**match [1]** 45/6
**matches [2]** 43/16 43/17
**math [1]** 71/5
**Mathisen [1]** 16/21
**matter [8]** 5/10 20/19 22/8 27/14 31/17 58/21 75/16 97/13
**may [22]** 7/8 22/12 22/14 39/19 39/21 41/4 45/20 53/12 53/12 55/6 61/14 63/6 63/10 65/25 76/3 78/6 81/10 81/15 85/12 86/9 88/17 95/2
**maybe [6]** 8/23 23/2 23/18 24/3 34/21 77/13
**MD [2]** 4/4 7/9
**me [50]** 5/10 5/16 7/11 15/21 17/23 19/16 20/10 21/7 22/7 22/10 23/21 24/13 26/10 28/3

## M

**me... [36]**  34/18 39/3 39/3 41/14 42/25 43/12
43/14 44/20 45/20 46/12 50/23 51/4 52/18
54/12 57/19 57/24 58/2 59/6 59/9 59/12 61/12
61/21 62/19 69/5 70/10 80/11 80/14 82/24
83/23 84/21 84/21 85/10 88/25 90/22 93/5
98/4

**mean [16]**  13/24 22/23 44/7 44/7 44/8 54/10
54/19 54/21 55/9 62/5 76/21 79/15 80/8 90/23
94/16 94/19

**means [9]**  12/17 12/23 23/9 48/2 62/6 62/8
63/19 82/22 98/13

**medicine [12]**  13/17 14/6 14/6 14/13 63/22
84/12 84/13 84/16 85/4 89/11 90/14 92/25

**medicines [2]**  84/7 92/6

**meet [2]**  76/13 79/11

**meeting [2]**  20/11 20/14

**meets [1]**  78/9

**MELISSA [1]**  2/21

**melissa.graff [1]**  2/24

**Members [1]**  28/2

**Memorial [1]**  2/16

**memory [4]**  85/21 86/10 87/10 87/13

**menstrual [1]**  17/6

**menstruation [1]**  25/11

**mentioned [2]**  86/21 89/4

**mentions [2]**  52/14 95/15

**merged [1]**  88/23

**met [3]**  65/2 65/3 85/2

**might [3]**  26/13 44/21 93/13

**mind [3]**  18/19 20/21 29/24

**minimum [1]**  92/5

**minute [1]**  58/8

**misinterpret [1]**  79/15

**misrepresenting [1]**  45/15

**missed [1]**  49/25

**missing [2]**  28/19 73/8

**misunderstood [1]**  55/6

**mom [1]**  21/24

**moment [4]**  31/25 41/14 58/2 61/24

**MONDAY [2]**  1/15 7/19

**money [2]**  30/8 32/3

**months [2]**  40/6 40/20

**mood [1]**  17/8

**more [10]**  13/7 20/6 20/7 23/18 24/3 30/17
63/2 68/10 84/9 95/14

**moreover [1]**  30/13

**morning [8]**  1/16 5/5 6/25 7/18 7/18 7/20 17/5
18/18

**Moshang [3]**  9/15 37/19 49/22

**most [4]**  12/20 13/20 76/20 94/11

**move [7]**  16/14 23/13 23/16 77/24 83/4 83/10
90/6

**moved [2]**  16/22 17/4

**moving [1]**  29/2

**Mr [10]**  7/23 8/4 9/23 11/17 21/11 27/9 39/25
41/7 42/14 76/2

**Mr. [2]**  5/15 25/18

**Mr. Gomez [1]**  5/15

**Mr. Graves [1]**  25/18

**Mrs. [1]**  8/21

**Mrs. Sullivan [1]**  8/21

**Ms [4]**  4/4 18/17 19/25 25/15

**Ms. [20]**  7/8 15/3 16/18 16/19 17/22 18/15
19/12 20/2 25/7 25/20 25/23 32/18 48/9 49/7
54/2 55/20 63/10 73/12 88/21 89/2

**Ms. Bibbs [3]**  16/18 16/19 25/7

**Ms. Cambridge [3]**  19/12 25/20 25/23

**Ms. Gilliam [1]**  17/22

**Ms. Ostertag [1]**  18/15

**Ms. Ring [1]**  20/2

**Ms. Sullivan [11]**  7/8 15/3 32/18 48/9 49/7

54/2 55/20 63/10 73/12 88/21 89/2
**multiple [3]**  57/3 59/5 59/20

**MURPHY [1]**  2/21

**must [2]**  18/6 18/8

**my [33]**  6/3 21/15 21/17 21/23 22/6 22/24
24/12 27/13 28/6 30/4 31/12 41/15 45/19
45/21 49/25 51/12 58/24 61/23 65/12 67/23
71/5 73/10 74/3 76/10 79/15 84/17 84/19 85/8
85/8 85/25 87/15 91/25 95/21

**myself [1]**  62/18

## N

**name [1]**  88/3

**named [2]**  49/22 49/23

**naturally [1]**  56/13

**nature [1]**  6/5

**necessarily [1]**  65/6

**need [13]**  21/20 22/4 22/9 22/16 22/17 50/10
54/3 58/7 59/6 64/21 66/5 81/12 91/25

**needs [3]**  18/2 91/22 93/19

**neurologists [1]**  70/15

**Neurontin [2]**  58/17 61/11

**never [5]**  7/3 7/4 23/3 74/5 94/22

**new [9]**  3/5 50/17 75/7 75/8 75/10 75/11
75/14 86/8 88/15

**newspaper [1]**  30/25

**next [11]**  5/24 16/24 24/23 26/12 30/9 42/22
42/23 44/20 50/3 73/3 86/6

**night [3]**  5/21 20/12 20/12

**ninth [1]**  32/10

**no [62]**  1/5 1/12 10/11 12/17 12/19 13/3 13/4
13/18 14/23 17/14 18/10 18/13 20/19 22/7
29/22 31/9 34/3 34/11 35/7 35/10 35/14 35/17
36/14 36/20 40/7 40/9 46/12 48/14 48/17
48/25 50/16 63/24 65/24 66/22 69/22 72/16
76/21 80/19 82/9 82/10 82/10 83/2 85/15
86/16 86/16 86/16 89/11 89/21 90/9 91/7 91/7
92/23 93/7 95/10 95/13 95/13 95/15 95/16
96/6 96/8 96/12 96/16

**none [1]**  30/21

**normal [2]**  37/12 42/17

**not [108]**

**note [1]**  42/14

**NOTES [1]**  98/4

**nothing [2]**  13/16 14/12

**notice [2]**  5/13 6/9

**November [1]**  45/17

**November 2002 [1]**  45/17

**now [41]**  6/17 7/6 15/12 17/6 17/17 18/25 20/8
20/10 20/20 24/17 24/22 24/24 25/4 25/10
25/15 25/21 25/25 28/16 29/20 29/21 30/12
30/20 32/16 51/4 51/18 57/16 61/5 61/22 62/2
62/3 62/6 62/17 62/24 66/23 68/16 77/17
77/19 85/20 87/10 88/2 88/12

**nowhere [1]**  39/13

**number [43]**  16/15 16/16 16/18 17/13 17/20
17/21 18/16 19/10 19/12 19/24 21/14 22/21
24/24 24/25 25/6 25/8 25/14 25/15 25/17
25/18 25/19 25/19 25/20 25/21 25/22 25/24
29/19 29/20 40/23 40/24 43/17 45/18 50/15
52/19 53/3 54/3 54/13 56/20 58/22 70/20
72/18 73/3 91/18

**numbers [1]**  24/20

## O

**o'clock [2]**  5/15 18/7

**object [2]**  58/4 89/14

**objection [27]**  17/9 17/11 17/14 23/12 47/18
48/16 49/3 50/20 57/16 58/23 58/24 66/4
67/16 68/12 68/13 71/2 76/15 76/21 76/22
77/23 78/12 81/2 83/8 87/22 93/23 94/24 97/3

**objections [1]**  77/10

# O

**obligation [2]** 74/21 81/20
**observed [1]** 42/17
**observer [1]** 12/23
**obvious [1]** 22/19
**obviously [1]** 24/16
**occur [1]** 88/23
**occurred [1]** 88/7
**off [12]** 7/21 26/6 26/10 26/20 26/21 32/23 33/4 50/2 62/6 75/13 78/5 78/5
**off-label [2]** 62/6 75/13
**offering [1]** 95/3
**office [1]** 19/15
**official [3]** 1/25 12/23 98/8
**often [3]** 42/17 72/2 72/19
**Oh [1]** 84/15
**old [1]** 97/14
**older [1]** 55/10
**Olney [1]** 18/4
**once [2]** 60/21 82/10
**one [64]** 2/22 8/9 8/18 8/18 11/12 11/13 12/16 14/9 16/12 17/18 17/18 17/20 17/21 19/8 19/8 19/19 19/22 19/23 20/16 20/23 20/23 22/21 25/4 26/10 28/19 29/10 29/25 30/14 31/25 32/5 32/6 32/12 32/14 33/15 33/15 34/25 35/18 36/3 36/13 37/8 38/22 39/25 41/14 44/14 47/19 50/9 50/11 51/6 52/8 52/10 52/11 53/4 53/5 66/16 66/25 68/19 77/13 81/18 83/16 87/7 87/8 88/17 96/23 96/24
**ones [3]** 34/18 36/23 55/22
**only [13]** 21/21 21/23 31/8 33/15 34/15 47/6 79/16 82/19 83/18 86/9 86/10 86/16 97/9
**open [35]** 5/3 12/13 12/16 12/20 12/22 15/5 26/23 27/25 56/21 57/2 57/3 58/9 59/3 59/4 59/8 59/14 59/19 59/21 60/2 60/4 60/21 61/19 62/5 62/7 62/15 62/20 63/17 63/19 65/22 66/18 73/18 73/21 76/25 81/6 82/11
**open-label [20]** 12/13 12/16 12/20 12/22 56/21 57/3 59/3 59/14 59/21 60/2 60/4 62/7 62/15 62/20 63/17 63/19 65/22 66/18 73/18 73/21
**open-labels [1]** 62/5
**operating [1]** 20/20
**opine [1]** 71/17
**opinion [7]** 76/5 76/5 76/10 78/9 79/15 94/21 95/4
**opposed [1]** 44/3
**order [3]** 8/22 30/5 32/3
**ordering [1]** 27/19
**orders [1]** 70/10
**organs [1]** 56/8
**original [1]** 86/7
**originally [2]** 17/5 25/9
**Ostertag [2]** 18/15 18/17
**other [41]** 6/13 14/11 18/13 19/23 20/24 23/9 25/12 26/9 29/2 29/22 30/14 31/5 31/9 31/14 31/25 31/25 36/3 36/6 36/16 44/7 44/9 48/2 48/10 61/7 61/8 64/15 65/18 72/3 74/17 81/21 84/7 86/13 86/14 93/5 93/12 93/14 94/22 95/14 96/3 96/22 97/14
**others [3]** 35/12 35/18 35/20
**otherwise [2]** 31/6 61/14
**ought [1]** 6/4
**ours [1]** 28/10
**ourselves [3]** 8/10 8/22 8/23
**out [24]** 5/3 6/8 6/22 15/7 15/17 24/21 26/24 35/9 36/6 36/8 36/9 38/23 38/25 50/22 56/14 56/17 57/5 58/10 61/20 65/9 70/9 76/16 83/16 93/3
**outside [28]** 9/11 9/18 10/17 37/19 39/6 39/8 42/6 42/11 42/12 43/5 44/15 45/9 46/5 47/7 47/14 49/9 49/20 49/21 49/22 52/8 52/10 52/12 52/15 53/7 53/16 58/12 83/25 84/8

**over [14]** 8/11 8/13 10/21 11/2 11/6 18/13 19/21 20/17 28/20 39/20 44/24 49/1 93/5
**overlap [1]** 90/17
**overlaps [1]** 90/17
**overruled [6]** 67/18 68/13 68/14 71/4 76/19 87/23
**overtime [1]** 24/5
**own [1]** 91/25

# P

**P-23 [1]** 41/22
**P-39 [2]** 51/11 51/17
**P-45 [2]** 45/22 45/25
**P-49 [1]** 15/8
**P-56 [3]** 4/9 86/23 86/24
**P-whatever [1]** 50/25
**P.C [1]** 2/3
**p.m [2]** 18/7 97/17
**PA [2]** 2/6 2/12
**page [14]** 43/2 43/3 47/24 48/4 52/5 52/6 54/2 54/12 57/22 59/25 66/5 86/25 87/6 89/20
**pages [2]** 70/17 71/13
**paid [5]** 20/2 20/6 20/10 30/12 32/2
**Pandina [1]** 51/20
**panel [2]** 16/25 25/9
**panic [1]** 20/13
**paper [5]** 12/7 12/8 37/11 41/2 48/15
**paragraph [2]** 42/24 81/9
**paraphrase [1]** 11/20
**Parents [1]** 18/6
**part [11]** 34/6 34/13 37/23 39/10 41/6 46/13 46/14 69/2 69/7 69/8 87/25
**particular [11]** 24/14 28/4 61/25 62/22 66/10 66/13 82/16 82/22 83/3 87/13 88/4
**past [3]** 18/11 61/2 65/21
**patient [2]** 12/24 63/20
**patients [1]** 94/11
**Pause [2]** 7/13 50/13
**pay [1]** 30/17
**pediatric [7]** 35/5 39/24 55/22 64/4 65/14 74/18 74/20
**pediatrician [3]** 55/20 56/5 80/6
**peer [1]** 43/6
**Penn [2]** 37/20 47/7
**PENNSYLVANIA [3]** 1/2 1/19 2/22
**people [8]** 12/20 13/15 14/5 14/6 14/9 14/11 55/9 70/13
**per [2]** 17/23 81/2
**percent [11]** 36/2 37/15 39/2 55/23 56/2 67/12 69/3 73/21 87/14 95/19 95/22
**percentage [2]** 55/16 56/12
**percentages [1]** 35/25
**permissible [1]** 89/22
**permit [9]** 5/22 6/2 20/5 62/10 63/2 77/25 81/4 82/12 82/20
**permitted [2]** 83/20 89/22
**permitting [4]** 24/13 82/3 82/14 82/24
**persists [1]** 93/17
**Person [1]** 1/7
**personally [1]** 30/7
**perspective [4]** 16/4 16/4 16/6 23/22
**Pfizer [2]** 57/7 66/3
**Pharma [1]** 2/24
**pharmaceutical [3]** 1/11 78/23 81/20
**pharmaceuticals [2]** 1/10 95/5
**PHILADELPHIA [7]** 1/2 1/19 2/6 2/12 2/12 18/13 98/9
**PHILLIP [1]** 1/6
**phone [5]** 2/6 2/12 2/17 2/23 18/16
**physical [1]** 45/3
**physicians [1]** 74/13
**pick [2]** 15/24 18/7
**picked [1]** 18/12
**picking [1]** 18/14

# P

piece [2]  22/17 23/17
place [1]  17/4
placebo [25]  12/17 13/4 13/7 13/14 13/18
  13/19 13/20 13/25 14/5 33/6 33/7 33/13 33/17
  33/19 33/20 34/2 34/5 34/17 36/14 36/18 37/3
  42/19 43/20 44/17 63/24
placebo-controlled [6]  13/14 33/17 33/19
  33/20 34/2 34/5
Plaintiff [4]  2/7 2/13 2/18 45/18
Plaintiff's [11]  5/11 20/25 33/2 41/3 41/18
  45/18 45/23 75/24 75/24 86/5 86/7
Plaintiffs [1]  1/8
plan [3]  20/22 21/3 21/19
played [1]  23/14
playing [2]  21/18 22/13
PLEAS [2]  1/2 98/9
please [14]  5/6 29/7 29/9 41/4 42/25 49/7
  50/23 51/4 52/18 58/3 72/7 81/9 91/7 97/13
PLEDGER [2]  1/6 1/6
PM [1]  18/11
point [15]  6/2 6/3 14/3 28/13 37/13 43/25
  53/14 59/24 60/24 69/22 73/7 76/8 76/9 81/24
  93/3
pointed [2]  65/9 83/16
pointing [1]  56/14
Police [1]  18/13
policy [2]  20/5 30/16
population [5]  13/15 14/11 14/17 54/22 55/17
portion [1]  81/18
portions [1]  21/20
position [2]  47/6 47/10
positives [1]  34/18
possibility [7]  54/23 64/9 64/20 64/24 65/3
  65/7 65/11
possible [6]  31/20 41/5 42/18 43/10 43/19
  55/11
post [1]  39/20
post-HOP [1]  39/20
postponed [1]  20/15
potentially [1]  45/3
Practice [1]  58/17
pre [1]  87/24
Precaution [2]  69/8 90/21
precautions [11]  64/17 87/21 88/9 88/14 88/20
  88/22 89/6 89/10 92/15 92/21 93/8
precise [1]  61/16
predicate [1]  76/24
prefer [1]  57/11
premise [1]  28/16
prescribed [1]  94/22
prescriber [2]  10/9 94/21
prescribers [1]  95/2
prescriptions [1]  22/22
presence [1]  6/8
present [3]  15/20 27/7 30/6
presented [1]  45/25
preserving [1]  23/12
president [1]  19/14
press [2]  22/8 27/4
pretty [4]  37/9 65/10 90/12 92/22
previous [2]  61/6 62/23
previously [3]  7/10 50/14 51/10
primary [2]  11/24 54/22
Princeton [1]  3/5
principal [1]  30/10
prior [5]  59/23 59/25 66/2 72/17 81/2
privacy [1]  27/17
private [1]  27/14
pro [1]  3/4
probably [6]  10/2 15/23 24/6 44/6 44/19 61/8
problem [5]  7/12 19/21 30/8 48/14 49/2

problems [2]  15/22 18/14
proceeding [1]  98/21
proceedings [2]  26/8 98/2
process [2]  37/23 78/3
Products [1]  58/18
Professional [1]  2/9
program [2]  18/4 32/7
projected [1]  91/23
projector [1]  15/12
prolactin [21]  9/5 38/4 43/21 45/2 45/3 54/20
  55/2 55/5 84/2 84/9 84/24 86/15 90/20 92/25
  93/10 93/16 94/9 94/10 95/11 96/11 96/25
prolactin-elevating [1]  94/9
prolactin-related [1]  38/4
promise [1]  23/8
proper [1]  61/24
properly [1]  57/14
prove [2]  22/5 22/18
proven [1]  64/21
provided [1]  38/14
psychiatrists [1]  53/5
Psychiatry [1]  10/8
psychological [1]  80/9
pubertal [1]  42/17
puberty [23]  37/11 37/14 37/22 37/23 38/5
  38/19 38/25 39/7 43/8 44/3 44/17 45/12 45/13
  47/11 47/15 47/17 54/10 54/18 54/24 55/4
  55/11 56/6 56/6
public [3]  27/16 27/21 32/10
publication [4]  27/15 46/6 51/25 82/5
published [9]  10/5 10/7 32/25 40/2 41/12 42/2
  42/13 43/7 44/15
pull [8]  33/23 57/5 85/8 90/22 91/2 91/10
  96/3 96/8
pulled [1]  87/15
purpose [1]  43/21
put [24]  10/2 12/5 16/15 21/16 22/24 24/22
  50/11 53/21 69/2 69/5 69/6 69/23 70/2 73/2
  73/20 74/11 74/13 81/11 81/12 81/15 82/10
  82/18 83/6 92/11
putting [3]  41/3 48/14 85/15

# Q

qualified [1]  95/5
question [32]  37/16 59/12 60/2 61/23 64/23
  65/12 67/21 67/24 74/3 76/25 77/12 78/21
  81/5 81/6 83/18 86/10 86/11 86/13 86/14
  86/17 89/15 89/21 89/22 89/25 93/7 95/10
  95/13 95/13 95/15 95/16 95/21 97/5
questioned [1]  90/4
questioning [1]  78/2
questions [3]  59/2 83/21 95/7
quick [1]  21/22
quickly [1]  36/24
quite [2]  16/2 67/9
quoting [1]  43/13

# R

rabbit [1]  48/18
radio [1]  30/25
raised [3]  38/6 38/8 38/11
RAMI [1]  1/21
randomized [4]  73/11 73/13 73/14 73/23
range [3]  24/6 28/8 29/9
rare [1]  70/9
rate [4]  37/4 37/10 37/21 47/16
rates [4]  14/10 34/12 36/21 55/21
RC [1]  4/3
RD [1]  4/3
RE [2]  1/4 58/17
reach [2]  18/17 18/18
Reactions [2]  88/21 90/16
read [19]  10/10 21/19 30/21 42/22 42/23 43/10

**R**

read... **[13]**  47/22 48/8 49/13 55/3 59/12
 61/22 81/8 87/9 90/17 93/13 93/20 93/24 94/3
reader **[1]**  10/25
reading **[3]**  18/3 43/15 47/23
reads **[1]**  94/6
ready **[1]**  24/17
real **[4]**  20/22 21/3 91/13 91/15
realize **[2]**  28/20 32/2
really **[7]**  25/5 31/24 38/24 61/5 61/16 84/3
 94/16
realtime **[5]**  1/24 58/25 60/13 60/19 61/22
reason **[7]**  5/18 10/11 13/14 13/18 20/18 29/22
 35/7
reasonable **[7]**  22/9 64/8 64/19 64/23 65/3
 65/7 65/11
reasons **[5]**  13/16 13/19 14/9 27/16 36/10
REATH **[1]**  2/20
recall **[2]**  33/25 37/2
receipt **[1]**  19/17
received **[1]**  5/13
receiving **[1]**  40/6
recent **[1]**  76/20
receptors **[1]**  93/15
recess **[10]**  15/18 16/8 58/6 58/7 58/8 60/12
 61/17 61/18 97/5 97/16
recessing **[1]**  97/12
recollection **[3]**  49/25 85/22 87/15
recommended **[2]**  38/3 47/2
reconvened **[1]**  5/2
record **[13]**  15/22 16/15 17/15 22/24 24/22
 25/4 26/20 26/21 27/14 58/15 72/15 72/16
 80/2
records **[2]**  22/19 22/20
red **[6]**  56/18 68/25 70/6 72/25 73/3 74/24
redirect **[1]**  90/5
reference **[1]**  48/17
referencing **[1]**  43/18
referring **[3]**  43/13 43/14 48/21
refers **[3]**  43/24 46/10 48/22
refresh **[2]**  8/3 86/9
refreshed **[1]**  87/10
refreshing **[2]**  85/21 85/22
refund **[1]**  30/2
refunded **[1]**  19/18
reg..........................Page **[1]**  4/8
regard **[2]**  36/8 37/16
regarding **[7]**  6/15 27/20 30/19 31/14 51/20
 78/2 78/3
regardless **[1]**  80/23
regulation **[4]**  82/16 82/19 82/22 95/4
regulations **[4]**  78/23 80/18 80/25 90/13
regulatory **[5]**  76/13 78/10 79/2 79/5 79/11
related **[2]**  38/4 44/12
relates **[3]**  66/18 86/15 93/25
relating **[1]**  30/16
relevance **[1]**  96/11
relevant **[2]**  60/15 66/13
reluctant **[1]**  61/6
relying **[1]**  31/11
remember **[5]**  8/6 23/7 28/14 29/9 83/16
remind **[4]**  8/10 8/23 17/3 28/22
reminding **[1]**  30/20
remove **[1]**  91/8
reorient **[1]**  8/22
rep **[1]**  21/25
rephrase **[2]**  67/23 68/15
replacing **[1]**  29/21
report **[5]**  20/13 68/5 69/15 72/4 73/10
reported **[13]**  1/23 40/8 40/11 40/14 42/16
 43/16 44/25 56/16 80/4 80/13 93/22 94/8
 95/12

REPORTER **[4]**  1/24 1/25 98/8 98/14
reporting **[2]**  30/23 80/12
reports **[2]**  73/17 90/25
represent **[1]**  80/24
REPRODUCTION **[1]**  98/12
requested **[1]**  70/20
require **[2]**  74/8 80/12
required **[10]**  65/6 67/22 69/19 73/14 73/15
 73/20 73/24 73/24 74/25 75/4
requirement **[2]**  64/22 80/14
requirements **[1]**  80/12
requires **[1]**  64/19 72/20
Research **[2]**  1/11 2/25
resolve **[1]**  28/23
resolved **[1]**  19/7
respectfully **[1]**  22/20
responsibility **[2]**  70/2 72/8
rest **[1]**  21/15
restricted **[2]**  73/19 73/20
result **[1]**  71/25
results **[3]**  13/10 40/21 64/3
resume **[1]**  28/3
resumes **[1]**  7/10
reveal **[1]**  27/19
review **[7]**  43/7 49/18 70/6 70/13 84/18 84/19
 95/23
reviewed **[3]**  72/13 80/2 84/3
reviewing **[1]**  46/5
right **[97]**  5/5 6/21 6/25 7/5 8/11 8/15 10/12
 10/21 11/3 12/11 13/10 13/12 17/12 20/20
 23/14 24/11 32/16 32/22 33/24 35/10 35/18
 35/21 36/10 37/11 37/19 38/5 38/20 38/22
 39/7 39/10 39/14 39/16 40/2 40/6 40/15 42/20
 43/9 43/22 45/4 46/7 46/11 46/21 46/24 46/25
 47/3 47/8 47/11 47/16 48/5 49/2 49/12 51/14
 51/21 52/2 52/6 52/17 52/23 53/2 53/14 55/12
 55/23 56/8 58/5 58/6 58/15 60/10 62/17 64/16
 64/18 65/15 66/23 67/2 68/19 68/25 69/21
 69/25 70/6 70/8 70/16 70/23 74/12 74/25 75/8
 78/11 78/24 79/3 82/16 83/5 83/7 85/19 88/2
 90/18 92/21 93/6 93/7 93/10 97/6
Ring **[1]**  20/2
Rink **[1]**  19/25
RISPERDAL **[22]**  1/4 13/9 13/9 33/9 33/11 33/22
 33/22 34/4 34/11 34/11 43/8 44/4 44/16 84/9
 90/18 92/13 93/3 93/4 93/9 94/22 96/2 96/25
risperidone **[5]**  42/19 43/20 44/23 44/24 93/16
road **[1]**  18/22
robing **[2]**  15/20 27/6
ROMANO **[2]**  1/24 98/8
roof **[1]**  28/21
room **[2]**  15/20 27/7
RPR **[1]**  98/8
RPR-CM-CRR **[1]**  98/8
ruled **[2]**  6/18 76/16
rules **[1]**  26/14
ruling **[2]**  60/15 60/23
rulings **[1]**  81/3

**S**

safely **[1]**  74/15
safety **[18]**  13/24 13/24 13/25 14/2 57/2 59/5
 59/19 64/4 65/14 70/13 72/20 73/15 73/16
 73/18 73/25 74/6 74/24 75/18
said **[17]**  16/9 18/21 43/9 49/4 49/24 55/2
 59/4 59/5 60/25 64/11 69/25 70/5 70/7 71/18
 77/17 78/17 90/24
sales **[2]**  21/25 58/17
salient **[1]**  70/10
Sam **[1]**  32/15
same **[15]**  12/19 28/17 28/19 29/18 48/6 51/3
 51/5 60/11 60/17 66/7 78/12 93/23 97/14 98/6

S

**same... [1]** 98/13
**Sankofa [2]** 20/3 20/9
**Sasheller [1]** 2/4
**Saturday [1]** 5/15
**saw [11]** 10/14 44/9 49/13 49/15 49/15 49/22 49/24 53/16 64/25 70/19 93/4
**say [28]** 22/17 22/19 31/24 35/13 38/9 39/3 39/13 39/14 44/16 44/22 46/23 47/5 48/5 49/8 52/10 55/14 57/20 60/4 61/21 65/9 70/21 71/21 71/24 72/3 73/3 90/13 90/23 95/14
**saying [18]** 5/16 5/18 39/9 39/19 44/5 44/6 44/19 45/10 48/13 48/25 55/8 60/16 60/17 70/3 77/4 94/13 94/17 96/23
**says [33]** 38/21 39/6 39/16 39/22 39/22 42/21 43/15 47/4 47/10 47/12 47/13 47/20 47/21 48/19 48/19 49/3 49/8 50/22 54/17 55/13 55/25 55/25 56/2 60/3 60/11 83/11 83/14 93/3 93/14 94/4 95/10 95/13 96/10
**schedule [3]** 5/24 5/25 20/22
**scheduled [1]** 20/11
**scheduling [3]** 5/7 5/20 6/17
**scheme [2]** 79/2 79/5
**school [8]** 18/3 18/4 18/8 18/9 19/23 30/11 30/14 30/19
**schools [1]** 32/10
**science [1]** 9/9
**scientific [3]** 10/5 64/4 65/13
**scope [1]** 61/15
**screen [3]** 50/11 82/19 92/11
**se [1]** 17/23
**seat [1]** 24/24
**seated [2]** 5/6 63/6
**second [6]** 42/24 50/12 77/13 85/9 85/24 86/2
**seconds [1]** 58/13
**secretary's [1]** 30/4
**section [38]** 64/5 64/10 64/14 64/17 64/17 64/18 64/18 65/15 65/18 67/8 69/8 76/6 76/11 79/12 79/17 79/20 80/15 80/17 80/20 84/14 84/23 85/2 85/7 86/4 86/12 88/13 88/19 88/20 88/21 88/23 89/12 90/21 91/6 92/15 92/18 92/21 92/22 93/8
**sections [10]** 64/15 65/19 79/6 79/8 87/17 88/8 88/13 88/18 90/13 92/8
**see [31]** 10/6 12/10 13/21 23/20 26/19 26/25 35/20 35/22 35/25 45/20 49/21 50/10 51/4 52/21 52/25 53/4 53/19 54/25 55/6 57/20 60/13 70/3 72/3 72/4 72/16 72/20 73/6 73/19 85/20 89/8 91/6
**seems [2]** 22/10 38/16
**seen [7]** 38/12 38/16 49/10 54/9 54/18 57/18 65/8
**selling [2]** 74/19 75/13
**semester [2]** 19/19 30/9
**sense [2]** 44/21 74/2
**sent [2]** 5/16 5/19
**sentence [12]** 42/22 42/23 43/12 43/15 43/24 44/21 90/24 94/6 96/16 96/18 96/19 96/20
**separated [1]** 89/9
**serious [12]** 29/17 31/16 76/13 78/10 79/10 79/11 80/3 80/4 80/8 80/13 80/18 80/24
**serum [1]** 94/10
**service [4]** 28/5 30/12 30/16 30/17
**SESSION [1]** 1/16
**several [2]** 33/20 40/3
**sexual [1]** 56/8
**SHAP [12]** 8/5 8/6 8/10 8/10 39/15 43/22 45/6 47/11 47/15 54/11 54/24 55/4
**SHELLER [2]** 2/3 2/3
**sheller.com [2]** 2/4 2/5
**shock [1]** 7/3
**short [3]** 6/7 6/9 36/10

**short-term [1]** 36/10
**should [16]** 6/7 8/23 10/2 19/18 23/11 28/15 31/6 31/6 37/6 53/2 76/6 76/11 77/5 77/10 77/18 83/17
**shouldn't [2]** 30/7 84/3
**show [10]** 39/3 39/3 42/15 52/18 57/4 66/2 73/14 73/15 82/24 91/4
**showed [3]** 10/20 34/15 74/7
**shows [2]** 10/25 22/21
**side [9]** 13/11 13/21 14/7 14/10 54/19 55/9 55/11 86/21 88/4
**sidebar [3]** 27/13 27/20 77/15
**signal [2]** 74/6 75/18
**signals [1]** 72/21
**significance [5]** 94/10 94/14 94/18 95/17 96/18
**significant [10]** 16/10 49/16 52/17 53/9 53/17 65/2 65/5 74/8 79/24 80/8
**signs [1]** 45/3
**similar [1]** 44/25
**similarly [1]** 88/12
**simply [3]** 21/19 60/3 77/12
**SIPALA [1]** 2/10
**sir [5]** 41/24 42/24 57/5 64/2 78/19
**sit [3]** 15/16 85/11 85/14
**sitting [1]** 17/5
**situation [1]** 24/9
**six [4]** 21/4 21/8 24/4 24/9
**six-week [2]** 21/4 24/9
**size [1]** 92/5
**sleeping [1]** 16/13
**sleepy [1]** 7/19
**slouching [2]** 16/13 16/25
**small [1]** 64/16
**snippet [1]** 22/15
**snowstorm [1]** 20/14
**society [1]** 31/8
**solely [1]** 31/4
**some [21]** 16/8 23/7 25/12 26/18 36/10 36/11 36/11 36/11 37/13 39/23 56/11 61/22 62/9 62/23 65/9 68/10 71/11 76/2 78/2 82/5 90/17
**something [13]** 15/13 42/14 44/8 52/3 61/14 67/22 72/4 72/5 79/23 79/24 79/24 83/20 90/24
**sometime [1]** 23/23
**somewhere [2]** 6/12 86/22
**soon [1]** 90/7
**sorry [14]** 8/21 15/2 35/23 36/3 54/13 55/2 64/10 69/25 71/5 71/6 78/20 82/13 84/20 91/10
**sources [1]** 73/16
**speak [5]** 21/15 28/3 45/14 62/17 62/18
**speaking [5]** 26/14 28/5 46/6 56/6 80/21
**specific [4]** 40/22 62/9 89/2 90/12
**specifically [4]** 49/24 71/19 80/17 84/4
**SPECTER [1]** 2/9
**spent [5]** 7/23 8/4 9/23 11/18 20/23
**spoke [1]** 76/2
**spoken [4]** 19/13 20/8 30/7 33/3
**spot [1]** 85/16
**Square [1]** 2/22
**squint [1]** 91/24
**staff [1]** 18/10
**stalked [1]** 53/9
**stand [7]** 7/10 31/4 36/6 36/8 36/9 58/12 83/19
**standard [6]** 64/8 65/2 79/22 85/3 92/2 92/4
**standards [2]** 79/7 90/15
**stands [1]** 35/9
**start [3]** 5/7 28/18 79/21
**started [2]** 29/2 29/16
**state [2]** 7/2 72/10

## S

**stated [1]**  73/10
**statement [3]**  16/2 44/10 80/11
**statements [1]**  39/24
**States [1]**  58/20
**statistical [3]**  49/10 52/22 53/9
**statistically [5]**  49/15 52/17 53/17 64/25 65/4
**stay [1]**  18/11
**step [1]**  9/4
**STEPHEN [1]**  2/3
**stick [1]**  68/10
**sticking [2]**  68/16 75/15
**still [6]**  7/2 19/2 22/14 23/5 28/19 96/12
**stipulate [2]**  23/5 23/13
**stops [1]**  29/10
**story [2]**  96/5 97/15
**Street [2]**  2/5 2/11
**Striant [2]**  87/8 87/19
**strike [1]**  77/24
**stuck [1]**  70/9
**studied [2]**  84/10 84/10
**studies [36]**  12/4 12/6 13/15 33/17 33/21 34/2 34/13 34/15 35/5 35/8 35/10 35/14 35/17 36/7 36/9 36/16 36/20 39/25 56/22 56/23 57/3 59/14 59/15 59/21 60/4 60/5 66/19 73/9 73/10 73/12 73/13 73/15 73/18 73/18 73/24 74/18
**study [46]**  8/19 9/5 9/11 9/14 11/3 11/13 11/17 11/22 12/12 12/13 12/16 13/8 13/11 14/15 14/16 32/24 33/2 40/11 40/20 41/13 42/8 43/6 44/13 47/6 55/10 56/15 56/24 59/3 59/16 60/6 62/14 62/15 63/16 63/17 65/22 67/14 67/17 68/4 68/5 68/17 69/15 71/23 72/4 73/5 73/22 96/21
**stuff [2]**  28/17 96/7
**subject [2]**  78/5 90/9
**submitted [9]**  34/6 34/13 35/6 70/13 70/18 71/9 72/11 84/17 89/8
**successful [1]**  18/5
**such [3]**  6/9 31/9 94/7
**suggesting [1]**  54/23
**Suite [2]**  2/22 3/5
**SULLIVAN [13]**  3/3 7/8 8/21 15/3 32/18 48/9 49/7 54/2 55/20 63/10 73/12 88/21 89/2
**Sullivan...............7 [1]**  4/4
**sum [1]**  32/3
**summary [1]**  35/4
**Super [1]**  7/20
**sure [13]**  6/11 9/2 13/23 35/14 38/11 38/11 41/6 43/3 43/24 44/22 49/14 81/10 87/14
**surgery [1]**  80/10
**surprise [1]**  17/19
**surprised [1]**  21/10
**sustained [5]**  47/25 66/20 75/21 83/9 97/4
**sworn [1]**  7/10
**symptoms [1]**  96/13

## T

**tab [3]**  41/9 41/10 41/20
**table [8]**  8/10 8/11 8/17 10/16 10/19 10/25 45/8 75/25
**tables [1]**  8/5
**tactical [1]**  16/5
**take [23]**  13/9 14/24 26/6 29/4 29/5 33/10 38/25 39/23 42/15 45/19 50/3 51/16 58/6 58/6 58/7 60/12 61/12 61/16 61/17 86/18 90/7 90/10 97/5
**taken [4]**  12/25 61/18 97/16 98/4
**takes [3]**  28/25 29/15 31/21
**taking [4]**  28/9 34/10 34/11 63/20
**talk [12]**  12/20 13/6 21/11 27/4 32/11 40/15 42/24 68/8 68/9 68/10 77/15 95/16

**talked [11]**  8/8 12/15 28/8 36/3 40/2 46/19 60/23 91/17
**talking [26]**  6/16 7/22 7/24 8/5 9/24 11/18 32/10 32/24 34/5 34/19 34/19 41/12 42/3 45/7 46/17 51/23 51/25 52/23 56/10 56/15 56/18 63/15 79/19 82/4 91/8 94/25
**talks [3]**  46/4 46/9 93/21
**tapes [1]**  23/14
**tardive [1]**  96/24
**target [1]**  78/5
**taught [1]**  32/7
**teachers [1]**  18/5
**teams [1]**  70/13
**tell [15]**  15/21 21/6 24/19 26/3 26/13 32/13 42/25 43/7 43/14 44/2 44/16 45/11 54/12 80/7 82/21
**telling [1]**  24/8
**tells [1]**  93/9
**ten [16]**  8/11 8/12 8/13 8/13 10/21 10/21 11/2 11/2 11/6 11/8 35/14 35/17 49/2 70/25 71/3 93/12
**tends [1]**  12/22
**term [7]**  1/5 1/6 19/3 36/10 36/11 44/24 60/3
**terms [3]**  14/7 72/13 79/12
**test [3]**  62/22 66/12 66/13
**testified [2]**  10/15 89/23
**testify [2]**  87/12 89/13
**testimony [10]**  6/17 59/7 59/23 59/25 61/7 62/24 66/2 66/18 67/11 67/15
**Texas [1]**  2/17
**than [13]**  20/6 20/7 24/3 30/17 31/25 54/21 55/10 56/5 70/8 70/9 84/9 95/14 96/3
**thank [14]**  6/19 8/2 27/23 32/20 35/16 41/25 45/21 54/14 63/4 63/12 67/5 76/23 92/14 92/17
**Thanks [1]**  7/19
**that [125]**
**that's [68]**  5/23 8/20 9/21 10/22 11/17 15/10 16/2 16/16 17/22 22/5 23/15 25/16 26/16 29/12 29/14 31/24 33/4 33/12 34/14 36/15 38/21 39/11 43/9 44/4 44/19 45/5 46/12 46/13 46/24 47/4 47/12 47/13 50/24 51/7 52/13 53/14 55/19 59/24 60/10 62/8 62/22 62/24 64/13 64/14 64/21 65/6 65/10 66/20 67/10 67/15 68/17 71/2 75/21 76/17 76/19 80/14 84/6 86/13 87/23 88/19 88/20 89/22 94/21 96/11 96/12 97/2 97/4 97/7
**their [6]**  20/3 20/5 30/15 47/10 53/19 68/4
**them [17]**  21/6 21/7 24/7 24/8 24/20 26/3 26/13 29/7 36/17 39/2 40/6 65/9 66/16 71/22 84/17 88/12 88/16
**then [18]**  15/11 16/22 16/23 17/5 19/15 19/22 24/11 26/6 26/14 41/17 61/9 62/23 66/20 75/14 77/5 82/18 90/10 95/19
**there [125]**
**these [16]**  23/6 23/7 28/24 38/10 38/17 38/18 39/7 39/8 40/5 47/25 49/20 55/11 56/11 75/25 94/13 95/7
**thing [19]**  6/13 9/8 9/21 12/16 16/23 21/21 21/23 28/23 29/12 31/14 31/25 36/13 48/6 51/3 60/11 60/17 83/16 88/17 93/14
**things [13]**  14/12 23/13 23/16 26/4 38/19 38/22 39/2 47/25 56/8 72/11 80/13 89/5 94/13
**think [46]**  6/6 6/7 10/12 12/22 15/9 16/20 17/23 17/24 19/7 19/13 21/2 21/5 23/11 26/5 26/16 33/24 34/9 34/22 37/24 38/9 44/19 46/12 46/14 55/14 55/19 56/18 64/7 64/24 65/8 67/9 67/18 69/7 73/7 74/4 76/10 76/10 77/9 79/15 80/6 81/12 84/17 86/3 87/7 91/8 93/5 95/3
**thinks [2]**  77/8 82/21
**this [175]**
**THOMAS [1]**  2/9

# T

**those [11]** 8/18 21/19 34/19 36/20 53/24 55/6 87/13 87/17 87/18 89/4 89/8
**though [5]** 67/11 68/14 72/19 74/22 79/9
**thought [6]** 26/8 26/11 55/5 57/19 77/21 95/2
**thousands [2]** 70/17 71/13
**three [9]** 5/24 6/10 9/18 21/6 21/10 24/7 28/8 35/20 42/6
**three-day [1]** 21/10
**three-week [1]** 21/6
**through [21]** 20/24 21/16 23/6 23/9 23/9 23/11 36/17 37/11 37/21 38/5 38/15 38/25 41/8 43/6 48/2 48/10 54/10 54/18 79/16 87/7 91/14
**thrust [1]** 60/22
**Thursday [4]** 18/21 22/11 23/2 23/23
**time [20]** 6/9 7/23 8/4 9/24 13/20 15/23 17/9 28/18 29/8 31/15 56/6 56/12 70/3 70/23 75/6 76/8 76/9 80/3 89/9 89/24
**timeframe [2]** 40/7 88/6
**timely [1]** 77/10
**times [3]** 26/11 71/3 93/12
**timing [1]** 89/7
**today [12]** 16/9 17/7 18/19 18/22 19/4 22/4 25/11 28/21 31/17 96/12 97/10 97/11
**together [4]** 24/12 26/7 28/15 28/18
**told [3]** 24/7 38/22 89/19
**Tom.Kline [1]** 2/10
**tomorrow [3]** 21/25 22/2 26/9
**tonight [1]** 5/15
**too [5]** 21/23 42/22 44/21 62/25 77/21
**tops [1]** 24/4
**Toronto [3]** 9/16 37/20 47/8
**total [2]** 11/5 11/6
**touch [1]** 30/10
**toxicologists [1]** 70/15
**transcript [4]** 58/25 60/13 98/5 98/12
**transcription [1]** 61/22
**transient [1]** 45/2
**transmittal [1]** 27/15
**transpired [8]** 5/3 15/5 15/19 26/23 27/6 27/25 58/9 61/19
**trial [17]** 1/3 6/11 17/3 20/6 21/23 28/17 29/4 29/4 29/16 33/6 33/6 33/7 33/13 44/23 74/17 97/2 98/4
**trials [5]** 15/11 33/19 34/6 44/24 74/11
**tried [1]** 18/17
**true [3]** 45/5 89/10 96/12
**trustees [1]** 30/13
**truth [2]** 72/12 90/18
**try [3]** 18/21 29/7 32/22
**trying [3]** 50/21 51/7 62/21
**Tuesday [1]** 20/11
**tuition [2]** 19/18 30/3
**tunnel [1]** 23/21
**turn [4]** 21/7 31/12 48/4 86/25
**turned [1]** 18/12
**TV [1]** 30/24
**twice [1]** 20/8
**two [16]** 23/17 35/20 39/8 42/16 43/16 47/20 53/15 53/24 66/14 84/19 87/7 87/17 87/18 88/3 88/7 88/12
**Twofold [1]** 47/19
**tying [1]** 84/23
**type [3]** 24/9 29/6 30/22
**types [2]** 31/5 81/21

# U

**U.S [8]** 46/9 46/16 46/17 46/19 46/23 46/24 48/5 48/12
**ultimately [1]** 51/24
**unblinded [1]** 12/21
**Uncle [1]** 32/15

**unclear [1]** 38/8
**underlying [3]** 40/4 63/10 63/11 89/8 98/13
**understand [11]** 5/6 16/4 24/15 26/2 26/7 27/22 43/12 60/21 62/6 62/16 86/11
**understanding [1]** 27/13
**understands [1]** 81/18
**unequivocally [2]** 94/20 96/9
**unexpected [2]** 80/13 80/18
**United [1]** 58/20
**unknown [4]** 94/11 94/14 94/18 96/11
**unless [4]** 28/15 61/16 62/8 98/13
**until [4]** 20/3 31/22 69/20 97/10
**up [31]** 12/5 15/11 17/2 18/7 18/12 18/15 19/20 20/16 29/3 30/12 32/5 32/6 32/12 41/3 41/6 50/11 61/23 81/13 81/15 82/10 82/19 83/6 83/21 90/22 91/2 91/5 91/11 91/13 92/11 92/24 96/7
**upon [1]** 19/16
**use [5]** 50/23 57/17 61/6 74/14 75/13
**used [3]** 41/7 55/5 88/5
**Usually [1]** 13/13

# V

**variables [1]** 66/14
**various [1]** 15/10
**version [3]** 41/12 42/2 42/13
**very [13]** 23/15 35/16 41/25 44/9 45/21 53/2 61/13 65/10 73/10 79/14 80/8 88/17 97/5
**VI [1]** 1/16
**vice [2]** 3/4 19/14
**video [1]** 22/14
**videotape [1]** 22/4
**videotaped [2]** 6/8 58/19
**view [3]** 9/8 9/21 28/13
**viewed [1]** 88/12
**VK [1]** 52/6
**VOLUME [1]** 1/16

# W

**wake [1]** 17/2
**Walnut [1]** 2/5
**want [21]** 5/9 10/3 13/21 22/8 24/19 28/13 28/22 45/16 47/14 60/18 62/3 67/20 68/9 71/25 72/6 75/23 79/14 80/11 84/5 85/23 88/16
**wants [1]** 47/22
**warn [2]** 79/16 94/19
**warning [34]** 64/5 64/10 64/14 64/18 64/19 65/14 67/7 67/14 76/6 76/11 77/5 77/13 79/12 79/17 79/20 79/22 80/15 80/16 80/20 81/19 84/14 84/22 84/25 85/7 86/4 86/12 86/21 87/16 87/21 88/4 88/13 88/23 89/12 90/16
**warnings [18]** 64/16 77/17 78/3 79/17 79/18 80/22 81/7 81/21 83/24 88/9 88/14 88/19 88/22 89/2 89/5 89/6 89/10 89/24
**warrant [3]** 60/25 61/3 67/7
**warranted [1]** 71/15
**was [117]**
**wasn't [3]** 10/15 73/5 73/19
**way [14]** 11/4 12/2 12/20 12/25 14/19 30/14 31/8 31/10 36/15 53/21 62/17 62/24 66/11 79/16
**ways [1]** 44/7
**weather [1]** 28/11
**Wednesday [2]** 22/13 23/2
**week [17]** 5/19 20/23 21/4 21/4 21/6 24/3 24/6 24/9 28/8 44/22 49/10 49/19 52/16 52/22 53/10 53/16 53/23
**weekend [1]** 8/23
**weeks [5]** 5/24 6/11 20/18 21/8 23/3
**WEIL [1]** 3/3
**weil.com [2]** 3/6 3/7

**W**

**well [33]** 7/5 11/6 13/18 17/7 26/13 33/17
38/14 39/5 50/3 51/18 53/2 53/19 56/9 56/23
57/12 59/4 59/15 60/5 66/9 69/24 73/9 74/10
74/18 75/7 77/8 79/18 83/6 83/13 86/14 91/12
93/13 94/13 96/23
**well-controlled [3]** 56/23 59/15 60/5
**went [3]** 38/7 61/4 88/16
**were [37]** 7/22 9/14 9/18 12/5 12/6 12/7 20/12
22/23 23/8 32/23 33/5 33/18 33/19 33/20 34/6
34/16 35/10 35/22 37/20 38/2 40/16 42/6 42/6
44/9 45/5 47/6 49/23 55/14 65/18 70/22 70/25
84/19 84/20 88/7 88/23 89/8 90/25
**weren't [2]** 38/13 55/15
**what [99]**
**what's [8]** 5/18 15/7 26/3 35/3 39/9 58/23
64/23 78/21
**whatever [6]** 28/19 29/8 50/25 51/3 77/25 86/6
**whatsoever [1]** 10/12
**when [33]** 7/21 13/7 13/24 15/13 22/17 27/13
32/23 33/13 34/10 36/8 37/2 39/21 43/6 47/23
49/14 52/10 56/6 64/24 69/10 71/21 72/20
75/2 75/3 75/12 77/13 87/20 88/6 88/6 89/9
90/17 91/23 92/12 96/10
**where [31]** 8/24 28/23 33/4 37/2 39/3 56/7
56/7 64/15 64/18 65/19 76/17 77/18 88/14
**whether [19]** 13/22 20/4 30/15 30/16 30/23
30/24 30/24 30/25 31/2 38/23 43/8 44/2 44/8
59/2 61/12 64/8 77/12 86/14 86/17
**which [23]** 12/24 17/18 19/8 21/20 32/8 32/24
34/16 36/23 41/9 43/17 45/10 54/22 59/25
59/25 60/6 62/14 63/14 80/12 81/19 83/17
84/16 90/13 95/5
**who [19]** 10/20 13/9 13/11 18/12 21/25 21/25
30/6 33/10 38/8 38/11 42/6 48/20 48/21 52/11
54/10 54/19 55/17 72/9 72/13
**whole [14]** 28/16 54/22 62/4 75/7 75/8 75/10
75/11 75/14 79/2 81/6 81/13 81/20 93/14 96/5
**whom [2]** 38/9 38/11
**whose [1]** 78/3
**why [8]** 13/19 15/16 31/6 31/6 41/16 87/12
90/8 93/24
**will [70]** 5/24 6/21 7/6 7/24 12/4 15/12 15/14
15/17 15/17 15/23 16/15 18/12 19/13 19/20
20/10 21/11 21/15 21/17 22/5 22/10 22/25
23/16 24/14 25/15 25/18 25/21 25/25 26/3
26/15 29/4 29/4 29/16 30/17 31/17 32/18
32/22 34/21 34/22 39/23 41/8 50/9 57/5 57/9
58/6 58/7 60/12 60/13 60/15 60/22 61/9 61/16
61/17 62/10 62/25 67/23 77/7 77/22 77/25
78/6 78/15 81/22 82/20 83/4 85/19 86/18 90/5
90/10 91/4 91/10 96/14
**willing [1]** 30/15
**window [1]** 16/22
**within [3]** 28/7 40/6 40/20
**without [8]** 24/8 26/17 42/19 43/20 43/25
45/10 63/2 96/19
**witness [17]** 4/3 7/10 20/23 31/4 35/2 41/23
46/2 62/13 67/21 76/20 77/4 77/16 78/15 81/5
82/15 83/19 95/6
**witnesses [3]** 20/24 23/14 48/11
**won't [1]** 83/6
**word [1]** 55/5
**words [4]** 14/11 47/23 55/7 72/3
**work [3]** 7/6 42/11 52/11
**worked [1]** 29/24
**working [1]** 19/2
**works [2]** 13/22 78/3
**worldwide [1]** 46/15
**worried [1]** 26/18
**worse [3]** 16/6 96/23 96/24
**would [43]** 6/13 13/8 13/10 22/25 26/25 33/13

33/14 33/23 37/24 43/17 45/14 47/22 49/17
59/13 59/16 59/22 60/6 60/8 64/3 65/13 73/25
80/7 84/5 84/18 84/18 84/19 85/8 86/4 87/14
89/7 90/6 90/23 95/23 96/3 96/5 96/8
**wouldn't [5]** 60/25 61/3 65/22 67/7 67/13
**write [1]** 37/11
**wrong [3]** 46/13 71/5 89/2
**wrote [1]** 5/17

**Y**

**yeah [18]** 10/14 10/15 33/20 33/23 35/8 35/11
36/16 39/12 40/4 40/9 40/24 65/17 69/4 69/18
71/12 91/4 92/9 93/7
**year [1]** 87/4
**years [4]** 40/3 54/21 70/25 71/6
**yes [80]** 5/8 8/7 8/16 9/7 9/13 9/17 9/20 9/22
10/19 10/22 10/23 10/24 11/8 11/9 11/11
11/15 11/16 11/20 12/3 12/12 12/14 15/2
24/25 27/10 27/12 33/24 34/9 35/16 35/19
35/24 36/5 36/19 37/18 37/25 40/25 42/9
42/12 43/23 44/6 46/8 46/12 46/22 47/9 48/24
50/19 51/9 51/22 52/7 52/9 52/13 52/24 53/4
53/6 53/24 53/25 54/14 54/16 55/19 57/25
58/4 64/7 64/12 65/12 67/5 68/23 69/12 70/24
78/25 79/4 79/7 79/8 82/17 84/15 87/3 87/11
88/10 89/4 92/10 92/20 95/8
**yesterday [2]** 5/13 7/3
**yet [2]** 31/11 91/21
**you [228]**
**yourself [1]** 78/18

**Z**

**zero [1]** 36/12