# EXHIBIT-10

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
       IN RE:  XARELTO           :   MDL NO. 2592
 5     (RIVAROXABAN) PRODUCTS    :
       LITIGATION                :   SECTION L
 6                                :
       THIS DOCUMENT RELATES     :   JUDGE ELDON
 7     TO ALL CASES              :   E. FALLON
                                 :
 8                                :
                                 :   MAG. JUDGE
 9                                :   NORTH
10
                       - - -
11
              December 15, 2016
12
                       - - -
13
              - PROTECTED -
14
    - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16            Videotaped deposition of
    DAVID A. KESSLER, M.D., taken pursuant to
17  notice, was held at the law offices of
    Douglas & London, 59 Maiden Lane, New
18  York, New York, beginning at 8:39 a.m.,
    on the above date, before Michelle L.
19  Gray, a Registered Professional Reporter,
    Certified Shorthand Reporter,  Certified
20  Realtime Reporter and Notary Public.
21                    - - -
22          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

Protected - Subject to Further Protective Review

1          is that the medical reviewer
2          changes a couple of words here or
3          there. The paragraph is almost
4          identical to the ISS that Janssen
5          submits.
6              Right? Now I cannot get
7          into people's mindset. But if you
8          look at the output -- if you look
9          at the input and you look at the
10         output, it's -- that input and the
11         output looks the same. So I
12         can't -- for example, in that key
13         area, I can't say it's not
14         dependent.
15   BY MR. ZELLERS
16       Q.   The FDA --
17       A.   Which -- which I find
18   striking, I mean to be honest, I mean in
19   this case.
20       Q.   That is the best answer you
21   can give to the question: The FDA did
22   not do an independent review and analysis
23   of the ROCKET study data?
24            MS. JEFFCOTT: Objection.

Protected - Subject to Further Protective Review

1           Q.   Do you have an opinion as to
2   whether or not the Xarelto approvals for
3   the approved indications were based on
4   the data and science?
5              MS. JEFFCOTT:  Objection to
6         form.
7              THE WITNESS:  Yeah, we don't
8         have the full story.  I don't
9         think we can have the full story.
10        The record doesn't show the full
11        story of exactly, you know, what
12        happened with Xarelto.
13             We see the record.  We see
14        the medical reviewers recommending
15        that it not be approved.
16             We see others overruling
17        that decision. Right.  I have no
18        reason to believe it wasn't done
19        on good faith.  But we don't know,
20        nor should -- nor am I going to
21        get into what was in peoples heads
22        or why they made the decisions
23        they made.  I mean, there's some
24        record of it.  But there's not a

Protected - Subject to Further Protective Review

1          same data.  So it -- I can't tell
2          you what's in their heads.
3  BY MR. ZELLERS
4          Q.    The FDA has never suggested
5  that Janssen or Bayer failed to update
6  the Xarelto label with information on
7  coagulation monitoring, correct?
8          A.    I think that's probably
9  right, with the one caveat that the
10 agency was very clear that the sponsor
11 chose not to use that information.
12              So failed to update?  I
13 mean, you have a -- I mean I don't want
14 to really opine on that, get into whether
15 that was the case.
16              You do have the statement by
17 the deputy director that there was this
18 correlation between concentration and PT
19 and PT and bleeding, and the fact that
20 the sponsors chose not to use it.
21              (Document marked for
22         identification as Exhibit
23         Kessler-2.)
24

Protected - Subject to Further Protective Review

1  any physician who has prescribed Xarelto
2  about their use of Xarelto?
3      A.   I may have in certain
4  medical cases unrelated to this -- not as
5  part of my -- rendering my opinions.  But
6  just in the course of medical practice.
7      Q.   Do you prescribe
8  anticoagulants?
9      A.   I have in my career.
10 They've been used in children.  They have
11 been -- I have done that in the past.  I
12 don't do that currently.
13     Q.   In the past ten years, have
14 you prescribed anticoagulants?
15     A.   I probably have.  I was
16 attending hospitalist a number of years
17 back.  And I'm sure -- we'd have to go
18 back.  I was in charge of the whole
19 service.  I -- I'm almost sure I was --
20 there were kids who were being
21 anticoagulated.
22     Q.   I'll ask you more specific
23 questions in a bit about that.
24          But do you recall ever

1  reagent, but sure.
2        Q.   There are many different
3  reagents, correct?
4        A.   Reagents -- again, are we
5  talking about it as a kit or are we
6  talking about the word "reagent" as a
7  chemical?
8        Q.   We are talking about reagent
9  as a chemical which causes the blood to
10 begin clotting.
11       A.   So -- so no doubt that there
12 are multiple reagents, you know, that go
13 into these tests.  But they're sold
14 sometimes as a reagent kit.
15       Q.   Have you done prothrombin
16 time testing?
17       A.   Sure.  I've ordered it, you
18 know.  There's no one who's licensed to
19 practice medicine, I mean, who -- who
20 have not used PT.  I grew up with it.
21       Q.   What is the prothrombin time
22 error rate, if you know?
23       A.   We're using what reagent?
24       Q.   Does it make a difference?