UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L |
| | JUDGE ELDON E. FALLON<br>MAGISTRATE NORTH |

**This Document Relates To:**

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Dr. Suzanne Parisian, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5112] Under Seal In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED, and that Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Dr. Suzanne Parisian, M.D. Under Federal Rule of Evidence 702 [Rec. Doc. 5112] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this 2nd day of March, 2017.

_____
Eldon E. Fallon
United States District Court Judge