Transcript of the Testimony of
# Videotaped Deposition of Kenneth Wong, M.D.

## Date taken: July 11, 2016

## In Re:  Xarelto (RIVAROXABAN)

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


------------------------------
                              )  MDL NO. 2692
IN RE:  XARELTO (RIVAROXABAN  )
PRODUCTS LIABILITY LITIGATION )  SECTION "L"
                              )
------------------------------
This Document Relates to:
JOSEPH J. BOUDREAUX v JANSSEN
RESEARCH & DEVELOPMENT, et al
CASE NO. 2:14-CV-02720


   Videotaped deposition of KENNETH WONG, M.D.,
taken in the offices of Cardiovascular Institute
of the South, 102 Twin Oaks Drive, Raceland,
Louisiana 70394, on Monday, the 11th day of
July, 2016.


APPEARANCES:


  BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
     MILES, P.C.
  (BY:  ANDY D. BIRCHFIELD, JR., ESQ.)
  218 COMMERCE STREET
  POST OFFICE BOX 4160
  MONTGOMERY, ALABAMA  36104-4160

     ATTORNEYS FOR THE PLAINTIFFS


  KAYE SCHOLER, LLP
  (BY:  JULIE B. du PONT, ESQ.)
  250 WEST 55TH STREET
  NEW YORK, NEW YORK  10019-9710

     ATTORNEYS FOR BAYER HEALTHCARE
     PHARMACEUTICALS AND BAYER PHARMA AG

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 2

```
 1   APPEARANCES CONTINUED:

 2

     VENABLE, LLP
 3   (BY:   JOHN A MCCAULEY, ESQ)
     750 EAST PRATT STREET
 4   SUITE 900
     BALTIMORE, MARYLAND  21202
 5
       ATTORNEYS FOR JANSSEN PHARMACEUTICALS, INC.,
 6       JANSSEN RESEARCH & DEVELOPMENT, LLC,
         JANSSEN ORTHO, LLC AND JOHNSON and JOHNSON
 7

 8   VIDEOGRAPHER:

 9     MARK ANCALADE

10

11   REPORTED BY:

12       PAT KENNEDY QUINTINI
         CERTIFIED COURT REPORTER
13

14

15

16                    *    *    *

17                 EXAMINATION INDEX

18                                      PAGE

19

20   EXAMINATION BY MR. BIRCHFIELD: ...........10

21   EXAMINATION BY MS. du PONT: ..............59

22   EXAMINATION BY MR. McCAULEY: .............149

23   EXAMINATION BY MR. BIRCHFIELD: ..........174

24   EXAMINATION BY MS. du PONT: ..............183

25
```

Boudreaux_Kenneth Wong, MD Deposition_00003

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

```
                                                 Page  3

  1                          *     *     *

  2                      INDEX OF EXHIBITS

  3

  4                                           Page

  5   Exhibit No. 1  ..........................11

  6     Notice of Deposition of Kenneth

  7     Wong, M.D.

  8   Exhibit No. 2  ..........................12

  9     Cardiology Consult Note by Kenneth

 10     Wong, MD for Joseph J. Boudreaux,

 11     Jr., 1/7/2014,

 12     JBoudreaux-CIS-H-000175 to 178

 13   Exhibit No. 3  ..........................36

 14     Multipage document beginning with

 15     Highlights of Prescribing

 16     Information for Xarelto, revised

 17     11/2011

 18   Exhibit No. 4  ..........................51

 19     Patient Care Summary from

 20     Cardiovascular Institute of the

 21     South, 2/3/2014,

 22     JBoudreaux-CIS-H-000098 to 103 and

 23     282

 24

 25
```

Boudreaux_Kenneth Wong, MD Deposition_00004

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 4

1    Exhibit No. 5 ...........................54

2       Patient Care Summary, Dr. Timothy,

3       3/5/2014, JBoudreaux-CIS-H-000092

4       to 94

5    Exhibit No. 6 ...........................55

6       Kenneth E. Wong, M.D., F.A.C.C.,

7       Curriculum Vitae (No Bates labels)

8    Exhibit No. 7 ...........................60

9       Cross Notice of Deposition of

10      Kenneth Wong, M.D.

11   Exhibit No. 8 ...........................69

12      Procedure Notes, Joseph Boudreaux,

13      1/7/2014, JBoudreaux-CIS-H-000179

14      to 181

15   Exhibit No. 9 ...........................76

16      Multipage document from CDC called

17      Stroke Facts (No Bates labels)

18   Exhibit No. 10 ..........................82

19      Document from American Heart

20      Association, American College of

21      Cardiology Foundation, and the

22      Heart Rhythm Society 2014 Guideline

23      for the Management of Patients with

24      Atrial Fibrillation:  Executive

25      Summary

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 5

1    Exhibit No. 11  ..........................91

2      Multipage document that begins with

3      Highlight of Prescribing

4      Information for Coumadin, Revised:

5      10/2015 (No Bates label)

6    Exhibit No. 12  ..........................97

7      Multipage document beginning with

8      Highlights of Prescribing

9      Information for Xarelto, Revised:

10      08/2013 (No Bates label)

11    Exhibit No. 13  .........................108

12      Multipage document beginning with

13      Xarelto Highlights of Prescribing

14      Information, Revised:  09/2015 (No

15      Bates label)

16    Exhibit No. 14  .........................115

17      Cardiology Progress Note for Joseph

18      Boudreaux, 1/7/2014,

19      JBoudreaux-CIS-H-000153 to 155

20    Exhibit No. 15  .........................116

21      Oral Anticoagulation Therapy

22      Education Checklist, Joseph

23      Boudreaux, 1/9/14 by Veronica

24      Theriot, R.N.,

25      JBoudreaux-PPR-000056

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 6

1    Exhibit No. 16  .........................122

2      Discharge Note, Joseph Boudreaux,

3      1/9/2014, JBoudreaux-CIS-H-000156

4    Exhibit No. 17  .........................126

5      Echocardiogram Report for Joseph

6      Boudreaux by Kenneth Wong, MD,

7      1/8/2014,

8      JBoudreaux-OStAGH-MD-000090

9    Exhibit No. 18  .........................128

10     Echocardiogram print, Joseph

11     Boudreaux, January 8, 2014,

12     JBoudreaux-PPR-000070

13   Exhibit No. 19  .........................129

14     Progress Note, Cardiovascular

15     Institute of the South, Joseph

16     Boudreaux, January 13, 2014,

17     JBoudreaux-PPR-000033 to 34

18   Exhibit No. 20  .........................130

19     Cardiovascular Institute of the

20     South, Joseph Boudreaux, History

21     and Physical, 1/24/2014,

22     JBoudreaux-CIS-H-000113 to 115

23

24

25

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 7

1    Exhibit No. 21  ........................140

2       Cardiology Consult Note, Joseph

3       Boudreaux, by Kenneth Wong, MD,

4       September 1, 2015, 660 to 662

5    Exhibit No. 22  ........................147

6       Coagulation Report performed at

7       STAH Emergency Department Joseph

8       Boudreaux, 2/5/2014,

9       JBoudreaux-OStAGH-MD-000270

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1                 S T I P U L A T I O N

2           It is stipulated and agreed by and between

3      counsel for the parties hereto that the

4      deposition of the aforementioned witness is

5      hereby being taken for all purposes allowed

6      under the Federal Rules of Civil Procedure, in

7      accordance with law, pursuant to notice;

8           That the formalities of reading and signing

9      are specifically waived;

10          That the formalities of filing, sealing,

11     and certification are specifically waived;

12          That all objections, save those as to the

13     form of the question and the responsiveness of

14     the answer, are hereby reserved until such time

15     as this deposition, or any part thereof, may be

16     used or sought to be used in evidence.

17                      *   *   *

18          PAT KENNEDY QUINTINI, Certified Shorthand

19     Reporter, in and for the State of Louisiana,

20     officiated in administering the oath to the

21     witness.

22

23

24

25

Page 9

```
 1          THE VIDEOGRAPHER:

 2              We are now on the record.  My

 3      name is Mark Ancalade, the videographer.

 4      Today's deposition is being held at 102

 5      Twin Oaks Drive in Raceland, Louisiana, on

 6      July 11, 2016 at the time indicated on the

 7      video screen, which is 2:57.  Taken in the

 8      matter of Xarelto (Rivaroxaban) Products

 9      Liability Litigation.  The MDL number

10      is 2592 being heard before the United

11      States District Court, District of

12      Louisiana, Dr. Kenneth E. Wong.

13              I would ask that counsel please

14      state their names for the record, which

15      thereafter would the court reporter please

16      swear in the witness.

17          MR. BIRCHFIELD:

18              Andy Birchfield for the

19      plaintiff.

20          MS. du PONT:

21              Julie du Pont for the Bayer

22      defendants.

23          MR. McCAULEY:

24              John McCauley for the Janssen

25      defendants.
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 10

1              KENNETH E. WONG, M.D.,

2    having been duly sworn by the above

3    mentioned court reporter, did testify

4    as follows:

5    EXAMINATION BY MR. BIRCHFIELD:

6         Q.   Good afternoon, Dr. Wong.  My name is

7    Andy Birchfield.  We met just -- for the first

8    time just a few moments ago; is that right?  And

9    you understand that this is a lawsuit brought by

10   Mr. Boudreaux against the makers and

11   manufacturers of Xarelto.  Do you understand

12   that?

13        A.   Uh-huh.

14        Q.   Do you understand you are not a party

15   to this lawsuit?

16        A.   Yes.

17        Q.   And Mr. Boudreaux is making no

18   allegations against you; you understand that?

19        A.   Yes.

20        Q.   And you are here to give a deposition

21   because you provided care and treatment to

22   Mr. Boudreaux, right?

23        A.   Yes.

24        Q.   I'm going to show you what is marked

25   as Exhibit 1 to your deposition.  It's a notice

Page 11

1    of your deposition.  Did you receive a copy of

2    that?

3       (Exhibit No. 1 marked for identification.)

4       A.    If I made a decision already on this?

5       Q.    No, no.  This is a -- this is a

6    notice of deposition.  This is something that is

7    sent to you setting your deposition.

8       A.    Oh, oh, yes, I received something

9    like this.

10      Q.    And if you will turn to the third

11   page there marked as Exhibit A.  Do you see

12   Exhibit A?

13      A.    Yes.

14      Q.    And it asks you to bring some

15   documents to the deposition.  Did you bring any

16   documents today?

17      A.    They may be on my table.  I have a

18   few things on my table but I wasn't asked to

19   bring it here so I left them on my table right

20   there.

21      Q.    Okay.  When we take a break later I

22   ask if you would get any documents that you

23   have.

24      A.    Okay.  All right.

25      Q.    Thank you.  Dr. Wong, I want to move

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 12

1    as efficiently as I can out of respect for your

2    time.  I want to start with your care and

3    treatment of Mr. Boudreaux.  In preparation for

4    your deposition today, did you review your file,

5    your chart on Mr. Boudreaux?

6         A.    Very briefly, because I don't think I

7    have seen him that many times, right?

8         Q.    Okay.

9         A.    I think he's been mostly under

10   Dr. Fail's care.

11        Q.    I'm going to show you what is marked

12   as Exhibit 2 to your deposition.

13        (Exhibit No. 2 marked for identification.)

14             And ask you to take a look at this

15   and see if you recognize this document.

16        A.    Yeah, I do recognize.  This is a

17   consultation I made on him, yes.

18        Q.    And what is the date, the date of

19   your consultation?

20        A.    I think it's January 7, 2014.

21        Q.    Dr. Wong, I ask you if you would --

22        A.    Not write on it.

23        Q.    -- not to write on the exhibit.

24             MR. McCAULEY:

25                  We can trade that off for a clean

Page 13

1          one if you want, whatever you want to do.

2          MR. BIRCHFIELD:

3              I'm fine.  Thank you.

4   EXAMINATION BY MR. BIRCHFIELD:

5      Q.   Dr. Wong, as far as you remember was

6   January 7, 2014 the first time that you provided

7   care?

8      A.   I think it was probably the only

9   encounter.  I can't -- one or two encounters at

10  most, huh?

11     Q.   Okay.  All right.  Would you describe

12  for us what happened.  How did you provide --

13  come to provide care for Mr. Boudreaux on

14  January 7?

15     A.   Yeah, we were consulted to see him,

16  because he had some chest discomfort, shortness

17  of breath, and he had some irregular heartbeat.

18  And we are routinely consulted on cases like

19  this to optimize their care and their prognosis.

20          So it was a new onset, irregular

21  heartbeat, and at that point then I made my

22  specific recommendations, which is the plan to

23  control the heart rate and try to get his heart

24  rate rhythm to come back to normal and to put

25  him on blood thinners at that time.

Page 14

```
 1        Q.    So he presented to you on January 7,
 2   2014 with new onset atrial fibrillation?
 3        A.    Atrial fibrillation, yes.
 4        Q.    If we turn to the fourth page, we see
 5   your assessment plan and there you state:  New
 6   a-fib flutter of unknown duration; is that
 7   right?
 8        A.    Right.
 9        Q.    And then down below where you have
10   your plan, you state that you will start with
11   Lopressor 25 milligrams twice a day; is that
12   right?
13        A.    Yes.
14        Q.    And then also to anticoagulate; is
15   that right?
16        A.    Yes.
17        Q.    And in order to anticoagulate you
18   prescribed Xarelto --
19        A.    Yes.
20        Q.    -- on this day; is that correct?
21        A.    Yes.
22        Q.    And if you look up above, we see an
23   INR and an APTT reading.  Do you see that,
24   Dr. Wong?
25        A.    On that same page?
```

Page 15

1        Q.     Yes.

2        A.     Yes.

3        Q.     Did you order an INR?  Did you order

4   some lab work done on that date?

5        A.     I personally did not order it myself.

6   It's the consulting -- we are the consulting

7   doctors, but the admitting doctors did order

8   these tests, yes.

9        Q.     Why would an INR and an APTT have

10  been ordered on this date?

11             MR. McCAULEY:

12                  Object.  Go ahead.

13             THE WITNESS:

14                  I don't know why they ordered

15       that.  I don't know.

16  EXAMINATION BY MR. BIRCHFIELD:

17       Q.     It's not something that you would

18  have done?

19       A.     No.

20       Q.     Now, looking at those values, I mean,

21  do you regularly check INR values for

22  patients --

23       A.     No.

24       Q.     -- that you are anticoagulating?

25       A.     I anticoagulate on Coumadin, but I

Page 16

1    don't routinely check INR on just any patient,

2    no.

3         Q.    Would you routinely get an INR,

4    baseline INR before you started a patient on

5    Coumadin or --

6         A.    On Coumadin, yes.

7         Q.    But as far as a NOAC --

8         A.    Usually for just any anticoagulation,

9    no.

10        Q.    So, Doctor, on this occasion you said

11   that you would start the anticoagulant and then

12   you would -- you started him on Lopressor.  You

13   were hoping that he would convert to a normal

14   sinus rhythm; is that right?

15        A.    Yes.

16        Q.    Did you schedule a follow-up visit,

17   do you recall?

18        A.    Usually that's what -- upon discharge

19   they are -- we arrange for a follow-up.  I

20   cannot -- it is not written in the chart here,

21   but I would think that was the initial consult.

22   So there was another -- when they are ready to

23   be discharged we usually arrange for a

24   follow-up, yes.

25        Q.    Dr. Wong, Mr. Boudreaux, he was not

Page 17

1    on Coumadin or any other anticoagulant before

2    you saw him?

3         A.    Not to my knowledge.

4         Q.    So the initial anticoagulation

5    therapy that you prescribed was Xarelto?

6         A.    Yes.

7         Q.    Earlier in your practice, before

8    Xarelto came on the market, what would you --

9    what would you normally prescribe for

10   anticoagulation?

11        A.    In cases like this, before Xarelto

12   came along, we used to use Coumadin and

13   before -- so it was the first one of the NOAC

14   was Pradaxa.

15        Q.    When Pradaxa came available, did you

16   begin prescribing Pradaxa?

17        A.    Oftentimes we did.

18        Q.    As your initial anticoagulant?

19        A.    Yes, as our initial anticoagulation.

20        Q.    How did you first become familiar

21   with Xarelto?

22        A.    Well, it was -- it was -- the new

23   NOAC -- well, it's one of the NOACs, so just

24   like any drug comes on the market.

25        Q.    Do you have detail representatives

Page 18

1    that visit you here at your practice?

2         A.    Yes, we do.

3         Q.    And did you have detail

4    representatives talk to you about Xarelto?

5         A.    Yes.

6         Q.    And is that how you became familiar

7    with Xarelto being on the market?

8         A.    Partly.

9         Q.    And what was the reason that you

10   started using Xarelto as your first choice

11   anticoagulant?

12            MR. McCAULEY:

13                I object.

14            MS. du PONT:

15                Objection.

16            MR. McCAULEY:

17                You may answer.  Sorry.  Those

18        objections shouldn't -- shouldn't prevent

19        you from answering.

20            THE WITNESS:

21                Usually we use a NOAC for four

22        reasons.  Generally that's for NOACs.

23        No. 1 is that's more practical, that you

24        don't have to monitor the level of

25        anticoagulation.  It's a standard dose.

Page 19

1                  No. 2 is that then the patient

2          can have a more liberal diet.

3                  No. 3, that a number of NOACs,

4          not all of them, have shown superiority in

5          prevention of strokes.

6                  And No. 4, in major bleed there

7          has been -- there is a reduction of major

8          bleeds.  Not necessarily all bleeds, but

9          major bleeds.  That's more or less the

10         advantages of using the NOAC.  That's why

11         this new category of drugs come to us as

12         preferred to Coumadin.

13    EXAMINATION BY MR. BIRCHFIELD:

14         Q.   And when you are making a decision

15    whether to prescribe Xarelto versus another

16    NOAC, do you consider the same factors?

17         A.   Yeah, we weigh a number of things,

18    depending on their kidney function, their liver

19    function, their coverage on their insurance

20    plans, the availability of samples.  There are

21    so many factors.

22         Q.   And for Mr. Boudreaux, did

23    Mr. Boudreaux have, did he have impaired renal

24    function?

25         A.   I will look and see here.  I don't

Page 20

1    recall.

2              MR. McCAULEY:

3                   Are you speaking at the time he

4          was seeing the doctor?

5              THE WITNESS:

6                   No.  He had no apparent kidney

7          problems, no.

8    EXAMINATION BY MR. BIRCHFIELD:

9         Q.    Did he have -- at the time that you

10   were prescribing Xarelto, did he have any liver

11   problems that would impact your decision?

12        A.    No.

13        Q.    Do you know if there were any

14   insurance issues that impacted your decision?

15        A.    I can't recall.  I don't know at that

16   time, no.  Oftentimes what we have done, and I

17   don't know if this is the case, is we have

18   written the prescription for every one of the

19   NOACs that's available and we tell the social

20   worker which one is covered by the insurance.

21   That's what we have done.

22        Q.    So you would write a prescription for

23   a NOAC?

24        A.    Yeah.  All these NOACs, and just

25   check with the pharmacy which one is best

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  21

1    covered by the insurance.

2         Q.    And so you would leave the

3    prescribing decision among NOACs to the

4    pharmacist?

5         A.    No.  To what it's going to cost the

6    patient.

7         Q.    So in January of 2014, do you know

8    how the cost of Xarelto compared --

9         A.    Well, there's no -- I cannot tell you

10   in that case.  You will have to go into the

11   social worker records or the nurse's records in

12   the hospital.  But generally they would come

13   back to us and say:  This one would cost him

14   $30.  This one will -- I mean, depending on the

15   insurance plans, if the insurance plans are

16   covered on that particular drug.  And that is

17   all constantly changing.  These medications

18   shift from second tier to third tier or vice

19   versa depending on marketing of the drug

20   companies or the insurance companies.

21              So the compliance completely depends

22   on the ability to buy the medication and to

23   afford it, so that's a major determination.  In

24   this case.  In some cases, clearly if there is a

25   kidney problem or liver problem then we are

Page  22

1    pretty insistent on using certain NOAC over

2    others.  But in this case there was no specific

3    need to be so specific and just that's why I

4    can't remember if Xarelto was better covered or

5    if it was just some other factors.

6         Q.    So sitting here today, do you recall

7    whether you instructed that he be placed on

8    Xarelto or whether you instructed that he be

9    placed on a NOAC that was most affordable?

10        A.    And if you see, that's why in the

11   consult here I put anticoagulant, because most

12   of the time I don't want to make the decision

13   until I know about if the patient will be able

14   to afford it and if it's going to be covered by

15   the insurance.  So we send a social worker to go

16   find out which one is covered by the insurance

17   plan.

18        Q.    And so in this case, who is the

19   social worker that would have gone to make that

20   decision?

21        A.    There are a couple of social workers

22   at the hospital.  Or case manager.  Yeah.  There

23   are a number of them.

24        Q.    In January of 2014, do you recall who

25   the possible social workers were?

Page  23

1        A.    Or case manager.  No.  I wouldn't be

2   able to tell you specifically who was on that

3   case.

4        Q.    Doctor, in January of 2014 did you

5   have an opinion as to whether Xarelto would have

6   been more appropriate than Pradaxa for

7   Mr. Boudreaux?

8        A.    Say that question again.

9        Q.    You have told us that you would say

10  anticoagulate and you would leave it to the case

11  manager?

12       A.    Right.  He needed a NOAC and the NOAC

13  depends very much at that time on can the

14  patient afford it, because that determines their

15  compliance.  So based on that decision is where

16  we go.  And there are other issues that decide

17  on compliance, but the number one is, you know,

18  you will get a medication for $30 or $300 makes

19  a big difference, right?  So that's the number

20  one determinant, because they are all acceptable

21  in my book at that time on this gentleman here.

22       Q.    Are there any differences in dietary

23  restrictions for Xarelto versus Pradaxa?

24       A.    No, not to my knowledge.

25       Q.    Are there any differences in

Page  24

1    superiority for Pradaxa versus Xarelto?

2        A.    The studies are different and they

3    are comparable.   There is both a slight

4    increased incidence of, but not significant

5    statistically of gastrointestinal bleed, but --

6    and generally they all have a slightly better

7    profile in terms of bleeding and stroke and

8    intracranial bleeding.

9        Q.    Do you know if Pradaxa has been shown

10   to be superior to Coumadin?

11       A.    Pradaxa have some superior numbers

12   compared to Xarelto.

13               MR. McCAULEY:

14                   One second.  I just want to

15           interject one thing.  I know

16           Mr. Birchfield would like it, but

17           sometimes I have to object, so if you wait

18           just a second before you answer his

19           question.

20           THE WITNESS:

21                   Uh-huh.  Yes.

22           MR. McCAULEY:

23                   That way I can make an objection

24       if I need to.

25           THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 25

1            Yes, yes.

2        MR. McCAULEY:

3            Which I rarely do, but that will

4        help the court reporter too.  Because I

5        didn't hear your whole question.  That's

6        partly my problem.

7   EXAMINATION BY MR. BIRCHFIELD:

8        Q.    Let me start over.  Do you know if

9   Pradaxa has been shown to be superior to

10   Coumadin in clinical trials?

11        A.    Yes.

12        Q.    And are you familiar with the

13   ROCKET AF study?

14        A.    With Xarelto?

15        Q.    With Xarelto, yes.

16        A.    Yes.

17        Q.    Is that the clinical trial that is

18   the basis for --

19        A.    For the use of Xarelto?  That's for

20   the approval by the FDA.  It's one of the

21   studies that I -- that's the one, yeah, that's

22   based on mostly.

23        Q.    For an atrial -- for the indication

24   of atrial fibrillation.

25        A.    Non-valvular atrial fibrillation,

Page 26

1    yes.

2         Q.    And is Xarelto shown to be superior?

3         A.    No.  Xarelto has showed non-inferior

4    rating.

5         Q.    And in layman's terms for the jury,

6    that means it's no worse than Coumadin; is that

7    right?

8              MS. du PONT:

9                   Objection.

10             THE WITNESS:

11                  Right.

12   EXAMINATION BY MR. BIRCHFIELD:

13        Q.    When you were describing for us the

14   factors that led you to prescribe NOACs over,

15   over Coumadin, one of the factors that you named

16   was superiority, correct?  No monitoring

17   required, you said more liberal diet?

18        A.    Yes, generally for NOACs, yes.

19        Q.    And superiority.  And for the factor

20   of superiority Pradaxa would be better, right?

21             MS. du PONT:

22                  Objection.

23             MR. McCAULEY:

24                  I object.

25             THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 27

1              Can I answer that?

2         MS. du PONT:

3              Yes, you can answer.

4         THE WITNESS:

5              Statistically all the NOACs

6    prevent stroke and one way or another they

7    are better than Coumadin.

8              Now, if you are looking

9    specifically for outcome data in terms of

10   stroke, Xarelto study, the ROCKET trial

11   was designed to not show superiority.  It

12   was designed to show non-inferiority

13   compared to the other medications.

14              Now, based on that, the insurance

15   coverage is pretty much -- it does show

16   advantage in terms of compliance of side

17   effects, of practicality, and because of

18   that we use them -- pretty much the

19   numbers are not that different that the

20   insurance companies make a difference to

21   cover one as opposed to the other one.  I

22   think they depend more on the prices.

23              Statistically it's a small --

24   it's a small advantage in prevention, yes.

25   EXAMINATION BY MR. BIRCHFIELD:

Page 28

1      Q.    In the --

2      A.    In terms of Pradaxa having shown a

3   little advantage, yes.

4      Q.    If the clinical studies showed that

5   other NOACs were more effective in reducing the

6   risk of strokes than Xarelto, would you still

7   allow the insurance companies to, or the payment

8   from the insurance companies to be the primary

9   driver in prescribing a NOAC?

10          MS. du PONT:

11               Objection.

12          MR. McCAULEY:

13               I object.

14          THE WITNESS:

15               It depends on the numbers.  If

16          it's significant, how significant.  I

17          think it depends on how significant the

18          numbers are.  Because a lot of those

19          trials are compared to Coumadin and then

20          there is never what you call this,

21          face-to-face comparison between any of the

22          NOACs, so you can't prove one is superior

23          to the other.  They are always compared to

24          Coumadin.

25   EXAMINATION BY MR. BIRCHFIELD:

Page 29

1      Q.    So what number would be significant
2  in your mind?
3           MR. McCAULEY:
4               I object.
5           THE WITNESS:
6               What number would be?
7  EXAMINATION BY MR. BIRCHFIELD:
8      Q.    You said if the difference was
9  significant.  So what -- quantify what would
10  be --
11     A.    If the outcome data in all the
12  studies regarding one NOAC was clearly not as
13  good as the others, but we can't -- when you are
14  based on one study that is compared to Coumadin
15  and they all show some advantage and they all
16  show the practical use of it, advantage of it
17  it's hard to draw conclusions right now.
18           Regarding numbers, again, looking at
19  the numbers, they are slightly superior.  There
20  are a number of NOACs that show slight
21  superiority.  Whether it's-- if we have a
22  face-to-face comparison, whether that's going to
23  show, we don't know, we don't know.  Because
24  they are designed differently.  And if you look
25  at certain subcategories of subpopulations of

Page  30

1   some of the patients in the trials, there are

2   some better benefits in some subsections of

3   these depending on what.

4            And, you know, ROCKET trial, of

5   course, in retrospect they go back and look at

6   all the different categories of patients, but we

7   can pool all the statistics one way or another.

8   So far for me they are not that different

9   depending on the prices.  They do all prevent

10  stroke.  And the bottom line is, a lot of people

11  still stay on Coumadin when they cannot afford

12  the NOACs.

13           So it depends very much on the

14  pricing.  Because here we are talking about, as

15  long as they are compliant, as long as they take

16  anticoagulation, they will reduce the risk of

17  stroke.  Now, which one is a little bit more,

18  eventually I would hope that we would go towards

19  the one that is superior, but I think we still

20  have to see.  And as we go with the more data,

21  more studies to show hopefully a head-to-head

22  comparison with some of those and to see the

23  superiority of one towards the other.  But until

24  now, it's kind of hard to overlook the prices,

25  the pricing issue.

Page 31

1      Q.     Dr. Wong, you said if you look at
2  certain subsets or subgroups within ROCKET that
3  there are some -- there are some differences
4  there?
5      A.     Yeah.
6      Q.     Tell me the subgroups that you looked
7  at.
8      A.     I think that I can't -- if I get all
9  these studies mixed up.  I should revise my all
10  these studies before I come and sit here, but
11  that's not exactly the board examines it.  But
12  like in diabetics, for example, I think they do
13  have some good results, some better outcome,
14  clear advantage over Coumadin, but I can't be
15  sure about the numbers or statistics.
16      Q.     Any other -- other than diabetics any
17  other subgroups?
18      A.     No.  I think -- I think that's the
19  one I can think of.
20      Q.     And the fourth factor that you
21  described for us in deciding to prescribe a NOAC
22  versus Coumadin was major bleeds?
23      A.     Yes.
24      Q.     And in regards to major bleeds, how
25  would you compare the NOACs that are available

Page  32

1    today?

2         A.    They all have less intracranial bleed

3    than the Coumadin.  I think they are all

4    comparable.  Again, one of the things that all

5    these studies are based on is that they are

6    called the CHAD score.  In some of the studies

7    the average CHAD score was higher than the

8    others, and again, I can't remember which one is

9    higher than the others.  But depending on the

10   selections, is it higher risk or lower risk, but

11   generally they all show efficacy in preventing

12   stroke, satisfactory in terms to the extent that

13   the FDA approved it because they worked and they

14   didn't increase -- and because of that we go by

15   what the FDA tells us, the indication, and we

16   use those.

17        Q.    So you just rely on the FDA approval?

18        A.    Partly, yes.

19        Q.    Let's say if there were a 50 percent

20   difference in the risk of major bleeds, would

21   that be a significant difference in your mind?

22             MS. du PONT:

23                  Objection.

24             THE WITNESS:

25                  Between two NOACs?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 33

1    EXAMINATION BY MR. BIRCHFIELD:

2         Q.    Between two NOACs, let's start there.

3         A.    Yes, I definitely would go with the

4    one with the less risk, yes.

5         Q.    If there were two drugs that were

6    equally effective, equally effective in reducing

7    the stroke risk but one had a 50 percent greater

8    risk for major bleeds --

9         A.    Then I would try not to use that one,

10   yes.

11            MR. McCAULEY:

12                Objection.

13   EXAMINATION BY MR. BIRCHFIELD:

14        Q.    You would go with the one that is

15   equal in efficacy?

16        A.    The one that has safer --

17            MR. McCAULEY:

18                One second.  I want to get an

19        objection in.  You can answer.  I just

20        want to make sure I have an objection in

21        before you answer.  I'm sorry, Doctor, to

22        interrupt.

23            THE WITNESS:

24                No problem.  Okay.

25   EXAMINATION BY MR. BIRCHFIELD:

Page  34

1          Q.    If there are two that are equal as

2     far as efficacy in reducing strokes but one has

3     a 50 percent greater risk of major bleeds, you

4     would go for the one that is the safest,

5     correct?

6               MS. du PONT:

7                    Objection.

8               MR. McCAULEY:

9                    I object.  You may answer.  I

10          think you already have.

11               THE WITNESS:

12                    Yes.  I would go with the safer

13          medication, yes.

14     EXAMINATION BY MR. BIRCHFIELD:

15          Q.    If it's a NOAC that has a 50 percent

16     greater risk that is equally effective in

17     reducing strokes, would you -- would you go with

18     Coumadin?

19               MS. du PONT:

20                    Objection.

21     EXAMINATION BY MR. BIRCHFIELD:

22          Q.    I'm sorry.  Let me start over.  If

23     you have Coumadin versus one of the NOACs and

24     they are equally effective in reducing strokes

25     but the NOAC has a 50 percent greater risk of

Page 35

1    stroke, would you go with the Coumadin?

2         A.    I would not go with --

3              MR. McCAULEY:

4                   I object.

5              MR. McCAULEY:

6                   I would not then go with the

7         NOAC.

8    EXAMINATION BY MR. BIRCHFIELD:

9         Q.    You would go with Coumadin or another

10   NOAC?

11             MR. McCAULEY:

12                  Same objection.  You may answer.

13             THE WITNESS:

14                  Yes.

15   EXAMINATION BY MR. BIRCHFIELD:

16        Q.    Doctor, you said -- the very first

17   factor that you listed for us in your decision

18   to prescribe a NOAC versus Coumadin was the no

19   monitoring; is that correct?

20        A.    Yes.

21        Q.    When you say no monitoring, can

22   you -- can you monitor with Xarelto?

23             MR. McCAULEY:

24                  I object.

25             THE WITNESS:

Page 36

1                    I believe --

2            MS. du PONT:

3                    Objection.

4            MR. McCAULEY:

5                    That was a late objection on my

6        part, my fault.

7            THE WITNESS:

8                    And I said I believe, so I don't

9        say what I believe yet.

10           MR. McCAULEY:

11                   No, totally my fault.  Go ahead.

12           THE WITNESS:

13                   I believe that there are ways

14       to -- there are some measurements you can

15       do for all this.  Most of the NOACs have

16       some ways of measuring their levels and

17       efficacy.

18   EXAMINATION BY MR. BIRCHFIELD:

19       Q.   Let me show you what is marked as

20   Exhibit 3 to your deposition.

21     (Exhibit No. 3 marked for identification.)

22                   Do you recognize that as the product

23   label for Xarelto?

24           MS. du PONT:

25                   Do you want to give a date for

Page  37

1        this label?

2   EXAMINATION BY MR. BIRCHFIELD:

3        Q.    Doctor, if you will look in the

4   middle of the page on the right-hand side, it

5   has the revised date 11/2011.  The very first

6   page.

7        A.    Uh-huh.

8        Q.    Right-hand column on the right-hand

9   side, about halfway down, a little bit further.

10  Do you see --

11       A.    Revised in 2011, yes.

12       Q.    And do you recall when Xarelto became

13  available for prescription for the non-valvular

14  atrial fibrillation?

15       A.    Yes.

16       Q.    And at the time that it became

17  available, did you review the product label?

18       A.    Yes.

19       Q.    Doctor, if you will turn to

20  Section 5.4 on Page 7.  Do you see

21  Section 5.4 --

22       A.    Yes.

23       Q.    -- at the bottom of the page?

24       A.    It says:  Risk of pregnancy, related

25  hemorrhage, is that it?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 38

 1       Q.    Yes.  And there it says in the middle

 2   of that paragraph:  The anticoagulant effect of

 3   Xarelto cannot be monitored with standard

 4   laboratory testing nor readily reversed.  Do you

 5   see that?

 6       A.    Yes.

 7       Q.    Is that consistent with your

 8   understanding of Xarelto?

 9       A.    Yes.

10       Q.    Is that consistent with your -- when

11   you were telling us that one of the factors that

12   leads you to NOACs versus Coumadin, the fact

13   that there is no monitoring required, that was a

14   key factor, right?

15           MS. du PONT:

16              Objection.

17           THE WITNESS:

18              Yes.

19   EXAMINATION BY MR. BIRCHFIELD:

20       Q.    Tell me how you understand that

21   sentence:  The anticoagulant effect of Xarelto

22   cannot be monitored with standard laboratory

23   testing.

24       A.    Well, I believe that what is standard

25   is the key here, cannot be monitored with

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  39

1    standard lab testing.  I think there are some

2    labs that can monitor this, but it's not a

3    standard, available -- regular, available study.

4         Q.    Could you order laboratory testing

5    for one of your patients on Xarelto now?

6         A.    I don't know if we have it --

7              MR. McCAULEY:

8                   Objection.

9                   I'm objecting to the question,

10         not to your response, so please continue

11         your response.

12              THE WITNESS:

13                   I don't know if it's available,

14         to be honest.

15    EXAMINATION BY MR. BIRCHFIELD:

16         Q.    What would you look for, if you were

17    to do a laboratory test for a patient on

18    Xarelto, what would you look for?

19         A.    To look at the anti-factor ten

20    activity, I believe.  I think that's how it

21    works.  I have to look up the whole --

22         Q.    Do you know if there is laboratory

23    testing that would measure the plasma

24    concentration of Xarelto in the blood?

25         A.    I don't know, but I think there must

Page 40

1   be, the levels.  Yes, yes, I have seen graphs of

2   their levels of vitals, whatever, the Xarelto.

3       Q.    What levels -- what levels would be

4   significant to you?

5       A.    I don't know the --

6           MS. du PONT:

7               Objection.

8           THE WITNESS:

9               Yeah.  I don't know the levels.

10       I just know that you need to --

11   EXAMINATION BY MR. BIRCHFIELD:

12       Q.    If you will turn to Page 12.  Do you

13   see Section 7.1?

14       A.    7.1, yes.

15       Q.    And in the last sentence in that

16   first paragraph states:  Significant increases

17   in Rivaroxaban exposure may increase bleeding

18   risk.  Do you see that?

19       A.    Yes, I see this.

20       Q.    And exposure, that would refer to

21   plasma concentration levels, right?

22           MS. du PONT:

23               Objection.

24           THE WITNESS:

25               Probably more specifically

Page 41

1        increased activity of the drug, right?

2   EXAMINATION BY MR. BIRCHFIELD:

3        Q.    So when you say, when you read

4   Rivaroxaban exposure, what does that mean to

5   you?

6        A.    That there is a higher level of the

7   drug or higher bioavailability of activity of

8   the drug.

9        Q.    Is this -- do you have an

10  understanding as to whether or not increased

11  levels of Rivaroxaban in the blood would lead to

12  a greater or lower risk of a major bleed?

13            MR. McCAULEY:

14                I object.

15            MS. du PONT:

16                Objection.

17            THE WITNESS:

18                Logically I would think so.

19  EXAMINATION BY MR. BIRCHFIELD:

20       Q.    Dr. Wong, when you are

21  anticoagulating a patient to prevent a stroke,

22  it's important to keep that patient in the

23  therapeutic range; is that correct?

24            MS. du PONT:

25                Objection.

```
                                              Page 42
   1              THE WITNESS:

   2                   Yes.

   3      EXAMINATION BY MR. BIRCHFIELD:

   4          Q.    If they are above the therapeutic

   5      range, if they are hypercoagulated, then they

   6      are at risk for a major bleed; is that correct?

   7              MS. du PONT:

   8                   Objection.

   9              THE WITNESS:

  10                   Yes.

  11      EXAMINATION BY MR. BIRCHFIELD:

  12          Q.    And if they are below the therapeutic

  13      range then they are at an increased risk for a

  14      stroke, correct?

  15              MS. du PONT:

  16                   Objection.  Go ahead.

  17              THE WITNESS:

  18                   Yes.

  19      EXAMINATION BY MR. BIRCHFIELD:

  20          Q.    And so if you are anticoagulating a

  21      patient, it's important to know what the

  22      therapeutic range is, correct?

  23              MR. McCAULEY:

  24                   I object.

  25              MS. du PONT:
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 43

```
 1              Objection.

 2         THE WITNESS:

 3              Yes.

 4    EXAMINATION BY MR. BIRCHFIELD:

 5      Q.    If there were a simple blood test to

 6    determine the plasma concentration level for

 7    Xarelto that could significantly reduce the risk

 8    associated with the drug, would you want to know

 9    that?

10         MS. du PONT:

11              Objection.

12         MR. McCAULEY:

13              Same.

14         THE WITNESS:

15              In other words, let me just get

16       that right.  You wanted me -- you are

17       asking me if there was a way to monitor

18       the level that -- what was your question

19       again?

20    EXAMINATION BY MR. BIRCHFIELD:

21      Q.    Well, let me back up.  Do some

22    patients respond to anticoagulants differently?

23      A.    Yes.

24         MS. du PONT:

25              Objection.
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

                                        Page 44

 1   EXAMINATION BY MR. BIRCHFIELD:

 2       Q.    So some patients may take a pill and

 3   they may have a high response level, correct?

 4            MR. McCAULEY:

 5                I object; vague.

 6            THE WITNESS:

 7                Yes.  That applies to any drug,

 8        right?

 9   EXAMINATION BY MR. BIRCHFIELD:

10       Q.    So if there were a way to identify

11   high responders to Xarelto with a one-time blood

12   test, would that be important for you to know?

13            MS. du PONT:

14                Objection.

15            MR. McCAULEY:

16                I object.

17            THE WITNESS:

18                If there was a way to identify

19        high dose responders?  I would like to

20        know if that affects the therapeutic --

21        what is the therapeutic range and how we

22        are going to monitor before I kind of give

23        a definite answer to that.

24   EXAMINATION BY MR. BIRCHFIELD:

25       Q.    Knowing the therapeutic range is

Page 45

1    important, correct?

2            MS. du PONT:

3                Objection.

4            THE WITNESS:

5                If there's such a -- if it's very

6        specific what is the therapeutic range

7        then you would use the therapeutic range.

8    EXAMINATION BY MR. BIRCHFIELD:

9        Q.   If such a one-time blood test were

10   available, would you use it for patients that

11   you were putting on Xarelto?

12           MR. McCAULEY:

13               I object.

14           MS. du PONT:

15               Objection.

16           THE WITNESS:

17               So if there is a test that would

18       tell you that some people are high

19       responders, is that what you said?

20   EXAMINATION BY MR. BIRCHFIELD:

21       Q.   Yes.

22       A.   Like they are very sensitive to it?

23       Q.   Yes.

24       A.   That they would be at risk for

25   bleeding?

Page 46

1      Q.    Yes.

2      A.    Or proven bleeding, that they are

3   clearly at higher risk?  Yes, of course, I would

4   want to know that.

5      Q.    Is such a test available for Xarelto?

6      A.    I believe there may be, but I don't

7   know the specific of it.

8      Q.    Has anyone ever told you that there

9   is one available?

10      A.    I think there is a -- there is a like

11   PTT equivalent, something like that.

12      Q.    Where did you get that information,

13   Dr. Wong?

14      A.    Just -- I don't know.  Because all

15   these medica -- all these NOACs seem to have --

16   there is a level you can look at and in their

17   studies, but I don't recall.  But anyway, it did

18   not seem to be relevant because it didn't seem

19   like it was necessary to check those levels.

20      Q.    Why is that?  It's not necessary to

21   check those levels, why is that with Xarelto?

22      A.    Because there did not seem to be --

23   there was no study to show that monitoring that

24   level was going to decrease their risk of

25   bleeding.  There was no data regarding that

Page  47

1    part.   There was no increased risk that the dose

2    they were recommending had -- was safe.   That's

3    the studies.   That's what was presented to us.

4              That is -- so the doses were pretty

5    standard and that there was no need to monitor

6    those levels because they were safe.

7         Q.    So the data presented to you was that

8    there was no need to monitor?

9         A.    Correct.

10        Q.    Monitor plasma concentrations of

11   Xarelto in the blood?

12        A.    Correct.

13        Q.    Dr. Wong, I just want to make sure

14   that I'm clear on this point.   Your instructions

15   were to anticoagulate Mr. Boudreaux, right?

16        A.    Yes.

17        Q.    And that would have been to put him

18   on a NOAC?

19        A.    Yes.

20        Q.    One of the available NOACs as of

21   January 2014, correct?

22        A.    Yes.

23        Q.    But as to which of the NOACs to

24   prescribe to Mr. Boudreaux, you left that to the

25   case manager or the social worker depending on

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 48

 1    insurance factors; is that right?

 2        A.    Yes.

 3        Q.    Did you talk to Mr. Boudreaux about

 4    taking Xarelto or any of the NOACs, or did you

 5    leave that to others?

 6        A.    No.  I generally tell them they need

 7    to be on blood thinners to prevent stroke and

 8    that there is a risk of bleeding when you go on

 9    blood thinners.

10        Q.    But you would have talked in terms of

11    blood thinners in general not Xarelto

12    specifically?

13        A.    No.

14        Q.    Is that correct?

15        A.    Correct.

16        Q.    Dr. Wong, did you schedule him for a

17    cardioversion; do you recall?

18        A.    No.

19        Q.    And did you personally ever see

20    Mr. Boudreaux again after January 7, 2014?

21        A.    I don't think he followed up with me.

22    He must not have followed up with me.  Is that

23    the only thing that you have is my encounter

24    with him?  Because I can't recall.  I have to

25    pull it up on my records.

Page 49

```
 1        Q.    I tell you what, why don't we take a

 2   break and let you grab your charts and any other

 3   documents that you have.

 4        A.    Let me just grab my laptop.

 5             THE VIDEOGRAPHER:

 6                  This is the end of tape one.  We

 7         are now off the record at 3:43.

 8        (An off-the-record discussion was held.)

 9             THE VIDEOGRAPHER:

10                  This is the beginning of tape

11         two.  We are now back on the record and

12         the time is 3:48.

13   EXAMINATION BY MR. BIRCHFIELD:

14        Q.    Dr. Wong, we just took a break and

15   you have your laptop in front of you now?

16        A.    Yes, I now have all of his records in

17   front of me.

18        Q.    Do you have his chart?

19        A.    And I have this, yeah.  Yeah, he did

20   follow up with me, and -- yes.  So we planned to

21   do a cardioversion, correct, correct.

22        Q.    What is the date of his follow-up

23   with you?

24        A.    He followed up on the 10th of January

25   which is three days after I saw him on consult.
```

Page 50

```
 1        Q.    And did you schedule a cardioversion
 2   at that time?
 3        A.    Yeah, I did plan to do a
 4   cardioversion on the 28th.
 5        Q.    Dr. Wong, can I stop you just for one
 6   second.  Mr. Boudreaux was hospitalized on
 7   January 7 and that was the first time that you
 8   saw Mr. Boudreaux?
 9        A.    Yes.
10        Q.    And he was discharged from the
11   hospital on January 9, 2014, correct?
12        A.    Right, yes.
13        Q.    And on discharge you had
14   Mr. Boudreaux taking -- you had prescribed a
15   NOAC and he was started on Xarelto; is that
16   correct?
17        A.    Yes.
18        Q.    And then he was -- he was instructed
19   to follow up with you after his discharge from
20   the hospital?
21        A.    Yes.
22        Q.    And you had a follow-up visit on
23   January 10; is that right?
24        A.    Yes.
25        Q.    And on January 10, you scheduled a
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 51

1    cardioversion; is that correct?

2         A.    Not on the 10th, but I scheduled it

3    for eventually, yeah.

4         Q.    On the 10th you planned to do a

5    cardioversion?

6         A.    We talked about it, yes.

7         Q.    And did you set a date for the

8    cardioversion?

9         A.    Yes.  Not that specific date, but I

10   saw him a few times after and we scheduled him

11   for a cardioversion on the 28th, which is

12   usually standard of three weeks after

13   anticoagulation.

14        Q.    Did you do the cardioversion?

15        A.    Yeah, he was cardioverted.

16        Q.    When was he cardioverted?

17        A.    He was admitted for cardioversion on

18   the 28th.

19        Q.    On January 28?

20        A.    January 28 was the date I have here,

21   and then I saw him on the 3rd of February.

22        Q.    Let me hand you what is marked as

23   Deposition Exhibit 4.

24      (Exhibit No. 4 marked for identification.)

25        Q.    Would you take a look at Deposition

Page 52

1    Exhibit 4.  Is that a copy the record you are

2    looking at on your laptop about him being

3    admitted to February 3?

4         A.    This is the visit on the 3rd.

5         Q.    February 3, 2014.

6         A.    Yes.

7         Q.    And he is admitted on February 3,

8    2014 with a GI bleed; is that correct?

9         A.    Yes.

10         Q.    And at the bottom of the first page

11    where you have other instructions, do you

12    instruct to hold aspirin, Lasix, Lisinopril, and

13    Xarelto?

14         A.    Yes.

15         Q.    You were holding the Xarelto because

16    he was experiencing a GI bleed; is that correct?

17         A.    Yes.

18         Q.    Doctor, if you will turn to the third

19    page of the exhibit.  In the lower right-hand

20    corner the last three numbers are 100?

21         A.    The last.

22         Q.    The third page of the exhibit.

23         A.    The visit, yes.

24         Q.    Is this your handwriting at the

25    bottom of that page?

Page 53

1        A.    Uh-huh.   Yes.   Which part?

2        Q.    Yes.   The part on the bottom right

3    corner.

4        A.    Yes.

5        Q.    Where you instruct to hold -- is that

6    aspirin, Lasix, Lisinopril, and Xarelto?

7        A.    Yes, and Indocin.

8        Q.    And Indocin, okay.

9              Doctor, when he was admitted for --

10   with the GI bleed, was a prothrombin time, was a

11   test performed or any test performed to

12   determine the level of his coagulopathy?

13       A.    You know, I don't have his records

14   from that admission in here.   I think it was

15   because of the GI bleed and it was not the

16   cardiology admission.   I'm not sure what

17   happened from this admission.   I know that I saw

18   him and that we sent for blood work and I think

19   he must have gone to the hospital to be admitted

20   as far as his family doctor and the GI people.

21   I think he may have been transferred to Ochsner

22   or something -- Ochsner facility for that; do

23   you know?

24       Q.    Doctor, after February 3, did you

25   see -- did you personally see him?

Page 54

1          A.    I saw him on the 5th.  Well, no,

2     actually -- let me see.  He followed up with

3     somebody else.  I can't tell from the writing

4     here, but he was seen in Thibodaux.  And I think

5     it was Dr. Timothy.

6          Q.    Dr. Al Timothy; is that correct?

7          A.    Yeah, it looks like Dr. Timothy.

8          Q.    And Dr. Timothy is a cardiologist

9     with Cardiovascular Institute of the South?

10         A.    Yes, he is my colleague.  But I don't

11    have the Thibodaux -- I guess he was -- it says

12    transferred at Kenner Ochsner, and that record I

13    don't have I don't think.

14         Q.    Do you have Dr. Timothy's records?

15         A.    Yes, I see him -- he was followed up,

16    yes.

17         Q.    Let me hand you what is marked as

18    Deposition Exhibit 5.

19         (Exhibit No. 5 marked for identification.)

20               Is that the record from March 5 where

21    Mr. Boudreaux was seen by your colleague,

22    Dr. Timothy?

23         A.    Yes.

24         Q.    And so that's following his GI bleed

25    on February 3, 2014; is that correct?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 55

1        A.    Yes.

2        Q.    And he was not -- he was not started

3   back on a NOAC at that time; is that correct?

4        A.    No.

5        Q.    The only -- only anticoagulation

6   therapy is aspirin; is that correct?

7        A.    Yes.

8        Q.    After the February 3 visit, did you

9   have any other follow-up visits with

10   Mr. Boudreaux?

11        A.    Let me see here.  I think he followed

12   up with Dr. Timothy since he went to Thibodaux

13   for -- I'm not sure.  I don't -- I don't think I

14   saw him after that.  He followed up with

15   Dr. Timothy after that.

16        Q.    Doctor, after we started your

17   deposition back after the break, did one of your

18   nurses bring you some copies?  Okay.  Let me

19   hand you what is marked as Deposition Exhibit 6.

20     (Exhibit No. 6 marked for identification.)

21            Is this your current CV?

22        A.    Yes.

23        Q.    And this is up to date; is that

24   correct?

25        A.    More or less.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 56

1       Q.    Are there any changes that you would

2    make today?

3       A.    No.

4       Q.    Dr. Wong, would you describe for us

5    your practice of prescribing a NOAC to

6    Mr. Boudreaux?  You instructed that he be placed

7    on a NOAC and you left that to the social worker

8    or the case manager depending on his insurance;

9    is that correct?

10      A.    I can't be a hundred percent sure if

11   that was the determining factor at that time.

12   It may well have been that they said all of them

13   were on his formulary and just pick one.  I

14   can't remember.

15      Q.    When you say pick one, you mean for

16   the social worker or the case manager to pick

17   one?

18           MS. du PONT:

19               Object.

20           THE WITNESS:

21               Well, then they would say, you

22       know, if they were all same price and they

23       were all covered by insurance then we

24       would have to pick one obviously.  But I

25       can't remember if that was the absolute

Page 57

1          determinant, yes.

2    EXAMINATION BY MR. BIRCHFIELD:

3          Q.    Do you have any recollection one way

4    or the other whether you actually picked the

5    NOAC or that was someone else?

6          A.    Well, there are -- if you are asking

7    why would I pick Xarelto as opposed to other

8    medications; is that what you are saying?

9          Q.    I'm asking you if you did pick

10   Xarelto over other NOACs?

11         A.    In this particular case I can't

12   recall if I picked it out because of the

13   insurance coverage or other factors.

14         Q.    Today, if you were prescribing a

15   NOAC, would you follow the same practice or do

16   you have a preferred NOAC to use for

17   non-valvular a-fib?

18              MS. du PONT:

19                   Objection.

20              THE WITNESS:

21                   We have certain NOACs available

22        for certain types of patients, and again,

23        the cost issue is a big factor still, yes.

24   EXAMINATION BY MR. BIRCHFIELD:

25         Q.    Is there a -- can you -- is there a

Page 58

1    class of patients where you consider Xarelto to

2    be better than other available NOACs?

3         A.    Probably the issues that would favor

4    Xarelto compared to the other NOACs in my book,

5    and maybe that was the case in Mr. Joseph, I

6    can't remember, but would be that if it's

7    cheaper to the patient.  Again, we go back to

8    the cost issue.  It's covered by -- if we have

9    samples, we have availability of samples to

10   provide to the patient to go on it right away.

11   If they have a good kidney function, because

12   it's excreted by the kidneys.  If they are going

13   to take it on a regular basis, if they have any

14   personal problems taking the medication, yes.

15   Their compliance is everything if they are going

16   to take it, which largely depends on the prices

17   and their compliance.

18        Q.    Dr. Wong, whatever NOACs are

19   available today?

20        A.    There are four of them that I'm aware

21   of.  There's Eliquis.  There's Savaysa, and

22   Pradaxa.

23        Q.    And do you know how the cost compares

24   among those four?

25        A.    It depends on the insurance coverage.

Page 59

1   I think at this time, in this area, the usual --

2   the kind of health insurance we have around

3   here, I think Eliquis and Xarelto are cheaper

4   ones for the patient.  They are more readily

5   available, I should say, not cheaper.

6           MR. BIRCHFIELD:

7               Thank you, Dr. Wong.  Pass the

8       witness.

9           THE VIDEOGRAPHER:

10              We are now off the record at

11      4:03.

12   (An off-the-record discussion was held.)

13          THE VIDEOGRAPHER:

14              We are now back on the record.

15      The time is 4:10.

16   EXAMINATION BY MS. du PONT:

17      Q.   Good afternoon, Dr. Wong.  My name is

18   Julie du Pont and I represent the Bayer

19   defendants in this matter.  You and I just met

20   for the first time today, correct?

21      A.   Yes.

22      Q.   And I just want to make sure that you

23   are clear that Bayer is not contending that you

24   did anything wrong in this lawsuit.  You are

25   here as an independent fact witness.  Do you

Page 60

1    understand that?

2         A.    Yes.

3         Q.    And I know we marked earlier as

4    Exhibit 1 the notice of your deposition and I'm

5    just going to mark as Exhibit 7 the cross-notice

6    of the deposition and have you take a look at

7    that.

8         (Exhibit No. 7 marked for identification.)

9               Have you seen that before?

10        A.    I think, yes, I think I saw this,

11   yes.

12        Q.    And it asks you to bring various

13   materials with you to your deposition, and I

14   understand you have most of your file here in

15   front of you on your computer and you did

16   provide for us a CV.  Is there anything else

17   that you have with you today with respect to

18   Mr. Boudreaux's care?

19        A.    No, this is it.

20        Q.    And I think you said earlier that you

21   did take a little bit of a look back at his

22   records prior to your deposition today?

23        A.    Very briefly.

24        Q.    About how long did you spend doing

25   that?

Page 61

1      A.    About 30 minutes, maybe less.

2      Q.    Did you review anything else other

3  than his medical records?

4      A.    No.  Because nobody really told me

5  what to look for and what it's all about really.

6      Q.    Did you meet with any counsel for

7  plaintiffs prior to your deposition today?

8      A.    Yes.

9      Q.    Who did you meet with?

10     A.    I met with Mr. Mark -- what is his

11  name?

12     Q.    Whitehead?

13     A.    Whitehead.

14     Q.    For how long did you meet with him?

15     A.    For about 45 minutes.

16     Q.    And what did you discuss with him?

17     A.    He showed me some handouts about the

18  FDA, about this -- a couple of handouts about

19  the Xarelto package insert.

20     Q.    Did he show you the package insert or

21  did he show you FDA documents relating to the

22  package insert?

23     A.    And FDA comment, yes.

24     Q.    Anything else that he discussed with

25  you?

Page 62

1       A.    That's -- that's about it.  And he

2   was clarifying what the whole thing was about,

3   yes.

4       Q.    What did he say the whole thing was

5   about?

6       A.    He said that there was a specific

7   reagent for the PT for monitoring Xarelto

8   efficacy, that there was a specific test, which,

9   you know, like I said, I heard of but was not

10  aware of.  There was a therapeutic range that

11  could be -- he showed me some of the graphs.

12  The therapeutic range could probably be -- safer

13  therapeutic range for Xarelto depending on the

14  dosing.

15      Q.    Did he talk to you at all about your

16  care and treatment of Mr. Boudreaux?

17      A.    No.

18      Q.    And other than that meeting -- do you

19  recall exactly when that was that you met with

20  Mr. Whitehead?

21      A.    What was it about?

22      Q.    No.  Do you recall what day you met

23  with him?

24      A.    Last week.  Was it last week?  Yes,

25  last week.

Page 63

1      Q.    Did Mr. Whitehead tell you that he
2  was also a physician?
3      A.    Yes.
4      Q.    Did he tell you that he was acting as
5  a lawyer, however, when he was speaking with
6  you?
7      A.    Yes.
8      Q.    Did Mr. Whitehead ask to meet with
9  you again?
10     A.    No.
11     Q.    And did you meet with him or any
12 other plaintiff's counsel prior to your
13 deposition today?
14     A.    No.  He's the only one and it was for
15 45 minutes, about 45 minutes.
16     Q.    And you said that he suggested to you
17 that PT was a test that you could monitor
18 Xarelto with?
19     A.    That there was a way to monitor the
20 therapeutic range of Xarelto that we were not --
21 physicians were not made aware of.
22     Q.    Did Mr. Whitehead offer to compensate
23 you for your time?
24     A.    Well, for any meeting that we have
25 lawyers, I think -- I have to ask my office

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 64

1    manager.  My office manager arranges for that.

2    I'm sure we are compensated one way or another.

3         Q.    What is your hourly rate?

4         A.    I don't -- I don't deal with that.

5         Q.    You let the office manager worry

6    about that, right?

7         A.    Yes.

8         Q.    In prescribing medications to your

9    patients, do you typically rely on statements or

10   suggestions made to you by lawyers in

11   prescribing medications?

12        A.    No, not by -- definitely not by

13   lawyers.

14        Q.    Do you typically rely on material

15   shown to you by lawyers in making prescribing

16   decisions about your patients?

17        A.    No.

18        Q.    Do you rely on materials created by

19   lawyers in making prescribing decisions about

20   your patients?

21        A.    No.

22        Q.    And in prescribing medications to

23   your patients, do you typically rely on

24   pre-approval regulatory documents from the FDA?

25        A.    Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 65

 1      Q.    Does that include draft materials?

 2      A.    What do you mean by draft materials?

 3      Q.    If there was a draft from a

 4   regulatory agency, is that something that you

 5   would typically --

 6      A.    That they sent us a memo about --

 7      Q.    Yeah.

 8      A.    -- an update about their package

 9   insert?  Yes, we look those over.

10      Q.    You rely on the package insert from

11   the FDA?

12      A.    Yes, yes.

13      Q.    Now, I just want to take a brief

14   moment to talk about your background.  Can you

15   tell me where you were born?

16      A.    I was born in the Island of

17   Mauritius.

18      Q.    Where did you go to medical school?

19      A.    Ireland.

20      Q.    And where did you do your

21   postgraduate training?

22      A.    Cleveland, Ohio.

23      Q.    At what --

24      A.    At Case.

25      Q.    At Case Western Reserve?

Page 66

1      A.    Case Western Reserve.

2      Q.    And did you also do your residency

3 and your cardiology fellowship there?

4      A.    Yes.  I did my fellowship and

5 residency at Case Western Reserve in Cleveland,

6 Ohio.

7      Q.    And then after finishing your

8 fellowship at Case Western Reserve, did you move

9 to Louisiana and join the practice here at the

10 Cardiovascular Institute of the South?

11      A.    Yes.

12      Q.    And have you been there ever since?

13      A.    Yes.

14      Q.    And you are board certified in

15 several different areas.  What areas are you

16 board certified in?

17      A.    Board certified in cardiovascular

18 disease, in echocardiography, and nuclear -- in

19 cardiology.

20      Q.    And internal medicine?

21      A.    Well, I am board certified, but I

22 haven't renewed it.

23      Q.    And you are licensed to practice

24 medicine here in the State of Louisiana?

25      A.    Yes.  As long as you have a valid

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 67

1    license, yes.

2         Q.    And what hospitals do you have

3    privileges at in this area?

4         A.    St. Anne Hospital and Thibodaux

5    Regional.

6         Q.    And St. Anne Hospital is just right

7    across the street?

8         A.    Across the street.  It's an Ochsner

9    facility.  It's managed by Ochsner.

10        Q.    Now, let's just take a look at

11   Exhibit 2, which Mr. Birchfield marked earlier.

12   Do you see that?

13        A.    Yes.

14        Q.    And I think we discussed earlier that

15   this was the first time you saw Mr. Boudreaux as

16   a patient and that was January 7, 2014?

17        A.    Yes.

18        Q.    And the reason why you saw him is

19   because he had been admitted to Ochsner St. Anne

20   General Hospital, correct?

21        A.    Yes.

22        Q.    And it says that you were asked to

23   consult on cardiology by Ryan Wolfort.  Do you

24   know Dr. Wolfort?

25        A.    Yes, he is the emergency room

Page 68

1   physician.

2        Q.    And the reason for the consult was

3   a-fib flutter?

4        A.    Yes.

5        Q.    And what symptoms did Mr. Boudreaux

6   present with on this date?

7        A.    He had shortness of breath and chest

8   heaviness.

9        Q.    Did he also have indigestion?

10       A.    He described it as being indigestion.

11       Q.    And was an EKG performed?

12       A.    Yes.

13       Q.    What did that reveal?

14       A.    That he had some arrhythmia on the

15   atria, atrial fibrillation flutter.

16       Q.    And if you go to the last page of

17   this document, you see that the assessment plan

18   is new a-fib flutter of unknown duration with

19   borderline RVR.  What did you mean by RVR?

20       A.    RVR stands for rapid ventricular

21   rate.

22       Q.    Now, is it typical for you when you

23   see a person for the first time to evaluate what

24   medications they are taking?

25       A.    Yes.

Page 69

1      Q.    I'm going to mark as Exhibit 8 some

2  additional pages from your records on that date.

3      (Exhibit No. 8 marked for identification.)

4              If you could turn to the second page

5  of this document.  This lists the medications

6  that Joseph Boudreaux was taking as of his

7  encounter on January 7, 2014.  Do you see that?

8  It's on the second page.  It says prior to

9  admission medications?

10     A.    Yes.

11     Q.    So Mr. Boudreaux was taking a number

12  of medications that first time you saw him,

13  correct?

14     A.    Yes.

15     Q.    Allopurinol, what is that?

16     A.    That's a medication for gout.

17     Q.    What does it do for gout?

18     A.    It reduces your level of uric acid.

19     Q.    It also says he was taking amiodapine

20  (phonetic)?

21     A.    Yes, that's a blood pressure

22  medication.

23     Q.    And aspirin or Ecotrin, what is that

24  for?

25     A.    That's -- well, aspirin is for many

Page 70

1   things, but for preventions of heart attacks

2   probably more than anything.

3        Q.    Are you aware that aspirin or Ecotrin

4   carries with it an increased risk of GI

5   bleeding?

6        A.    Yes.

7        Q.    Finasteride, what is that?

8        A.    This is for prostate.

9        Q.    And that's for an enlarged prostate,

10   is that what you mean by prostate?

11        A.    Yes, it's to relax the prostate.

12        Q.    What is fish oil for?

13        A.    That's generalized supplements.  It's

14   over the counter.

15        Q.    And he is also taking or -- he is

16   taking --

17        A.    Pain medication.

18        Q.    Pain medication, Vicodin as needed;

19   is that correct?

20        A.    Yes.

21        Q.    And he is also taking as needed

22   indomethacin or Indocin?

23        A.    Yes.

24        Q.    What is -- what is that?

25        A.    It's an antiinflammatory medication.

Page 71

```
 1        Q.    A non-steroidal?

 2        A.    Yes.

 3        Q.    Does that also carry with it an

 4  increased risk of GI bleeding?

 5        A.    Yes.

 6        Q.    And he is also taking Lisinopril.  Do

 7  you see that?

 8        A.    Yes.

 9        Q.    What is that for?

10        A.    For blood pressure.

11        Q.    And Metformin, what is that for?

12        A.    That's for diabetes.

13        Q.    And finally terazosin (Hytrin)?

14        A.    Yes, that's for blood pressure and

15  prostate problems.

16        Q.    Now, your principal -- did you also

17  just take a family history of Mr. Boudreaux at

18  the time of this first meeting, if you could

19  look back at Exhibit 2.  Are you looking at

20  something there?

21        A.    I was just checking the finasteride,

22  I wanted to make sure I gave you the right

23  information about the finasteride.  Yes, it's

24  for BPH.  But I was surprised he was on both --

25  two medications for his prostate, yes.
```

Page 72

1        Q.    Under past medical history, did you

2   list that he had both hypertension and benign

3   prostatic hyperplasia --

4        A.    Yes.

5        Q.    -- if you look at Exhibit 2?

6        A.    Uh-huh.  Yes.

7        Q.    And did you also take an account of

8   his family history on this date?

9        A.    Yes.

10       Q.    And what was his family history?

11       A.    Positive for high blood pressure,

12   stroke, hypertension, kidney disease.

13       Q.    Now, I think you said that

14   Mr. Boudreaux on this January 7, 2014 date was

15   diagnosed newly with atrial fibrillation.

16       A.    Yes.

17       Q.    Can you just tell the jury, what is

18   atrial fibrillation?

19       A.    Atrial fibrillation is a chaotic

20   rhythm in the atrium to the point where the

21   pacing -- the usual pace rhythm of the heart is

22   lost and the atrium, where the usual pacemaker

23   starts, is just chaotic.  It's all over the

24   place.  Because of that, it leads to a fairly

25   fast heart rate but most initially is just very

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 73

1    irregular.

2        Q.    And is atrial fibrillation a common

3    form of arrhythmia?

4        A.    Yes.

5        Q.    Do you know what the estimated

6    prevalence of atrial fibrillation is in the

7    United States?

8        A.    Yes, very common.

9        Q.    If I were to tell you it was

10   3 million, does that sound about right?

11       A.    Yes.

12       Q.    As you age, are you more likely to

13   have atrial fibrillation?

14       A.    Yes.

15       Q.    What are some of the symptoms that

16   you will see in patients that have atrial

17   fibrillation?

18       A.    Palpitations, weakness, chest pains,

19   shortness of breath, dizziness --

20       Q.    Was Mr. Boudreaux -- sorry, I didn't

21   mean to cut off -- was Mr. Boudreaux

22   experiencing some of those symptoms?

23       A.    He had some of these symptoms, yes.

24       Q.    And did it look like he had

25   persistent atrial fibrillation as opposed to

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 74

1    another type?

2        A.    Once he -- well, we don't know when

3    he started, but once he showed up he stayed in

4    atrial fibrillation, yes.

5        Q.    So we don't know exactly when he

6    first began experiencing atrial fibrillation?

7        A.    No, we don't know.

8        Q.    What are some of the causes of atrial

9    fibrillation?

10       A.    Well, first of all, it's what we call

11   lone atrial fibrillation.  It just happens.

12   This is what we call lone.  But the more common

13   causes are high blood pressure, hypertensive

14   heart disease, valvular heart disease, if you

15   have mitral regurgitation.  Any valves problems

16   can cause more atrial fibrillation, but

17   hypertension.  Smokers, bad lung disease causes

18   a lot of atrial fibrillation.  We see that a lot

19   also in people who have had bypass surgery,

20   coronary artery disease.  It's a very common

21   problem.

22       Q.    Based on your review of

23   Mr. Boudreaux's medical profile, what do you

24   think the cause of atrial fibrillation was in

25   his case?

Page 75

1      A.    In his case probably hypertension.

2      Q.    What are some of the consequences of

3  having atrial fibrillation?

4      A.    Your heart becomes inefficient in

5  many ways and you can go into heart failure.

6  You feel tired.

7      Q.    Is that what happened to

8  Mr. Boudreaux?

9      A.    Probably, yes.

10      Q.    Does a-fib or atrial fibrillation

11  increase a person's risk for stroke by four to

12  five times that of a person without a-fib?

13          MR. BIRCHFIELD:

14              Object to form.

15          THE WITNESS:

16              Yes.

17  EXAMINATION BY MS. du PONT:

18      Q.    And is stroke one of the leading

19  causes of death and disability in the United

20  States?

21      A.    Yes.

22      Q.    Do you agree that more than 795,000

23  people in the United States have a stroke each

24  year?

25      A.    Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 76

1      Q.     And that basically means that on

2  average one American dies from a stroke every

3  four minutes?

4           MR. BIRCHFIELD:

5              Object to form.

6           THE WITNESS:

7              I will have to take your word

8       that is statistics are accurate.

9  EXAMINATION BY MS. du PONT:

10     Q.     Let me just show you something so you

11  don't just have to take my word for it.

12     A.     Yeah, I'm sure -- it sound right.

13     Q.     Okay.  Hold on.

14     A.     Where did you get your statistics

15  from?

16     Q.     The CDC.

17     A.     Okay.  Well, then that is pretty

18  accurate.

19     Q.     Is that a pretty reputable source?

20     A.     Yes.

21     Q.     Let me just mark it, because I don't

22  want to be accused of just making things up.

23  Let me mark as Exhibit 9 CDC Stroke Facts.

24    (Exhibit No. 9 marked for identification.)

25              And if you turn to the first page, or

Page 77

1    the second page, I apologize, you see how it

2    says:  Stroke in the United States.  Stroke

3    kills almost 130,000 Americans each year.  Do

4    you see that?

5         A.    Yes.

6         Q.    And that's one out of every 20

7    deaths?

8         A.    Yes.

9         Q.    And on average one American dies from

10   stroke every four minutes.  Do you see that?

11        A.    Yes.

12        Q.    And, Doctor, is that consistent with

13   your understanding?

14        A.    Yes.

15        Q.    Okay.  You can put that aside.

16              And is it true that patients with

17   atrial fibrillation tend to have more severe

18   strokes than patients without atrial

19   fibrillation that have strokes?

20        A.    More severe?  Well, they have a much

21   higher chance and they have what we call embolic

22   strokes, which can be, yes, very devastating.

23   Generally they are more -- they cover more areas

24   of the brain, yes.

25        Q.    So they are more severe strokes?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 78

1        A.     They tend to be.

2        Q.     At the time you were treating

3   Mr. Boudreaux, what percentage of your medical

4   practice involved treating patients with atrial

5   fibrillation?

6        A.     On top of my head, maybe ten percent,

7   20 percent.

8        Q.     And since you have been practicing

9   here at the Cardiovascular Institute of the

10  South, has that been pretty consistent for you,

11  that it's about 20 percent of your practice?

12       A.     Yes, maybe ten.

13              MR. BIRCHFIELD:

14                  Object to form.

15  EXAMINATION BY MS. du PONT:

16       Q.     Ten to 20 percent of your practice?

17       A.     Probably.

18       Q.     Is atrial fibrillation something you

19  learned about in medical school?

20       A.     Yes.

21       Q.     Have you continued to stay up to date

22  in the literature surrounding atrial

23  fibrillation since then?

24       A.     Yes.

25       Q.     How many patients per month did you

Page 79

1    see with atrial fibrillation at the time you

2    were treating Mr. Boudreaux in 2014?  Give me

3    your best estimate.

4        A.    Well, new onset -- well, if we -- old

5    and new that I see a week?  I don't know.  I

6    really don't.  I can't be sure.  Maybe between

7    five and ten.

8        Q.    Five and ten patients a week that you

9    treat with atrial fibrillation?

10       A.    Maybe five patients per week that I

11   see has atrial fibrillation.

12       Q.    And as a cardiologist who treats

13   patients with atrial fibrillation, you are

14   familiar with blood thinners or anticoagulation

15   therapies, correct?

16       A.    Yes.

17       Q.    What is an anticoagulant?

18       A.    An anticoagulant is a medication that

19   prevents you from clotting.

20       Q.    And would you agree that

21   anticoagulants are important medications?

22       A.    Yes.

23       Q.    Because blood clots can cause

24   strokes, right?

25       A.    Yes.

Page 80

1      Q.    It can cause heart attacks?

2      A.    Yes.

3      Q.    It can cause deep vein thrombosis?

4      A.    Yes.

5      Q.    And they can cause pulmonary

6  embolisms?

7      A.    Yes.

8      Q.    And do you agree that all

9  anticoagulants carry with it a risk of bleeding?

10     A.    Yes.

11     Q.    And is that something you have known

12  since medical school?

13     A.    Yes.

14     Q.    And we have talked already today

15  about the new oral anticoagulants, right?

16     A.    Yes.

17     Q.    Those have been on the market -- the

18  first one came on the market about five to six

19  years ago, correct?  Pradaxa?  Maybe a little

20  longer?  Six or seven?

21     A.    Maybe longer than that.

22     Q.    And you agree that even though the

23  new oral anticoagulants, they work in slightly

24  different ways, they all carry a risk of

25  bleeding, correct?

Page 81

1        A.    Yes.

2        Q.    And in some cases that bleeding can

3   be serious, right?

4        A.    Yes.

5        Q.    Some cases it can be fatal?

6        A.    Yes.

7        Q.    And it can include gastrointestinal

8   bleeding, correct?

9        A.    Yes.

10        Q.    So when you began treating

11   Mr. Boudreaux for atrial fibrillation, you knew

12   that serious and potentially fatal bleeding was

13   an inherent risk of any anticoagulant medication

14   you were going to prescribe to him?

15        A.    Yes.

16        Q.    And is it considered a standard of

17   care among cardiologists to put patients with

18   atrial fibrillation like Mr. Boudreaux on some

19   kind of anticoagulant medication?

20        A.    Yes.

21        Q.    And when you are prescribing

22   anticoagulants to patients like Mr. Boudreaux do

23   you calculate their CHADS-VASc score?

24        A.    Yes.

25        Q.    If you could take a look -- I'm going

Page 82

1    to mark as Exhibit 10 the American Heart

2    Association, American College of Cardiology

3    Foundation, and that the Heart Rhythm Society

4    Guideline for Management of A-fib.  Do you see

5    that?

6       (Exhibit No. 10 marked for identification.)

7          A.    Yes.

8          Q.    Are you familiar with this guideline?

9          A.    Yes.

10         Q.    If could you turn to Page 2256 --

11   actually, first if you could turn to Page 2251?

12         A.    Yes.

13         Q.    And do you see under Section 3, No. 5

14   in the secondhand column that these

15   guidelines -- do you follow these guidelines,

16   Doctor?

17         A.    Which one?

18         Q.    I'm sorry.  No. 5?

19         A.    For patients with non-valvular a-fib

20   with prior stroke, transient ischemic attack or

21   CHADS-VASc score of two or greater, oral

22   anticoagulants are recommended.  Options include

23   Warfarin, dabigatran, rivaroxaban, or apixaban.

24         Q.    And rivaroxaban, that's Xarelto,

25   correct?

Page 83

1          A.     Correct.

2          Q.     If you turn to a few pages more to

3     Table 6, which is on page 2256.  Do you see

4     that?

5          A.     This one here?

6          Q.     Yes.

7          A.     Yes.

8          Q.     And this lists the various factors

9     for figuring out a patient's CHADS-VASc score,

10    correct?

11         A.     Correct.

12         Q.     We just read from the guidelines that

13    if you have a score of greater than two then the

14    guidelines say you need to be on an

15    anticoagulant, correct?

16         A.     Correct.

17         Q.     What was Mr. Boudreaux's CHADS-VASc

18    score?

19         A.     It's calculated.  He's 71 years old.

20    Okay.  So he had hypertension, so it's one.

21         Q.     He had congestive heart failure,

22    correct?

23         A.     Minimal, very mild, but he had -- he

24    was age 71, so that's another one here, so he

25    was at least two.  It was between two -- he is

Page 84

1    not a diabetic, I don't think.

2         Q.    No, he is.

3         A.    He is?

4         Q.    Yes.

5         A.    So he has a CHADS-VASc score of at

6    least three.

7         Q.    I can show you some records, but I

8    believe he also had congestive heart failure.

9         A.    Yes, I have to go back there.  Well,

10   he was short of breath, so yes, he definitely

11   had a CHADS score that qualified him for

12   anticoagulation, yes.

13        Q.    Given that he had a CHADS score that

14   qualified him for anticoagulation, in your

15   medical judgment was it important to put him on

16   an anticoagulant medication?

17        A.    Yes.

18        Q.    And I'm not sure if I already asked

19   you this.  I apologize.  But this 2014 guideline

20   from the American Heart Association, American

21   College of Cardiology, and the Heart Rhythm

22   Society, is this a guideline you follow in your

23   practice?

24             MR. BIRCHFIELD:

25                  Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 85

1              THE WITNESS:

2                 Yes.

3    EXAMINATION BY MS. du PONT:

4         Q.    Do you also consider what a patient's

5    risk of bleeding is in prescribing

6    anticoagulation medications?

7         A.    Do I?

8         Q.    Also consider the risk of bleeding?

9         A.    Yes, yes.

10        Q.    And are you familiar with the

11   HAS-BLED score?

12        A.    I have read about it, but I'm not

13   that familiar with it, yes.

14        Q.    What factors do you consider, then,

15   though, that could elevate a person's risk of

16   bleeding?

17        A.    Oh, if they've had a prior bleed, of

18   course.  If they are on a number of medications

19   that can cause them to bleed.  If they have

20   intrinsic problems, other problems like liver

21   problems, aneurysms.

22        Q.    How about hypertension, can that

23   increase someone's risk of bleeding?

24        A.    Yes.

25        Q.    And so if Mr. Boudreaux had

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

                                                    Page 86

1   hypertension, he was older, can that increase

2   your risk of bleeding?

3        A.    Yes.

4        Q.    So if Mr. Boudreaux was over age 65,

5   had hypertension, and was also taking

6   non-steroidal antiinflammatory medications,

7   would he have been at least some risk of having

8   a GI bleed?

9        A.    At some risk, yes.

10       Q.    Do you also consider renal function

11  when you are prescribing anti-coagulant

12  medication?

13       A.    Yes.

14       Q.    And why is that?

15       A.    Well, a number of those NOACs are

16  excreted by the kidneys.  Also poor kidney

17  function does increase your risk of bleeding to

18  some extent.

19       Q.    And I think you said earlier that you

20  evaluated Mr. Boudreaux's kidney function and it

21  was normal?

22       A.    Yes.

23       Q.    In prescribing an anticoagulant

24  medication to him, did you consider prescribing

25  Warfarin to him?

Page 87

1       A.     That would have been an option, yes.

2  I did consider this too, yes.

3       Q.     What is your experience in

4  prescribing Warfarin to patients with atrial

5  fibrillation?

6       A.     It works.  It does prevent strokes.

7  We have that in many studies.  SPINAAF study and

8  BATAF study clearly shows a reduction of strokes

9  from anticoagulation with Coumadin.

10       Q.     So is Coumadin or Warfarin, is the

11  dosing for it highly individualized?

12       A.     Yes.

13       Q.     Do you have to figure out a different

14  dose for each patient that comes into your

15  office?

16       A.     Yes.

17       Q.     And when the patient comes in and you

18  first put them on Warfarin, do you know how they

19  are going to initially respond to whatever

20  initial dose you pick?

21       A.     No.

22       Q.     Why not?

23       A.     Because it varies a lot between

24  individuals, depending on the genetics, yes.

25       Q.     Are there numerous factors --

Page 88

1       A.    Yes.

2       Q.    Let me finish my question.

3             Are there numerous factors that can

4    influence what dosage an individual patient can

5    get for Warfarin?

6       A.    Yes.

7       Q.    What are some of those factors?

8       A.    Age, how their kidneys work, how

9    their liver works.  They are just genetically

10   predisposed.  If they have other concomitant

11   medications that inhibits or stimulates the

12   pathways, the enzymes for metabolizing certain

13   drugs, yes, or increasing the bioavailability of

14   Coumadin.

15      Q.    What do you mean by increasing the

16   bioavailability?

17      A.    Well, there are certain medications

18   that will bind the drug or bind blood cells, the

19   plasma protein, so that the therapeutic

20   medication's level can go up.  Especially

21   antibiotics are known to do that.  They can

22   really increase your level of anticoagulation

23   dangerously.  Drug interactions generally, yes.

24      Q.    And can what you eat influence what

25   dose of Warfarin you get?

Page 89

1        A.      Yes, yes, the diet is a major factor,

2    yes.

3        Q.      What kind of things can't you eat on

4    Warfarin?

5        A.      Generally if you are on Coumadin, you

6    should avoid fluctuating your level of how much

7    greens you take, because greens are full of

8    Vitamin K, which is what Coumadin is,

9    antagonizes for you to clot.  So generally if

10   you eat a lot of greens one day and you don't

11   eat any the next day, it can be possible to

12   adjust the level of anticoagulation.

13       Q.      And is Warfarin considered a narrow

14   therapeutic range drug?

15       A.      Yes.

16       Q.      And what does that mean?

17       A.      That means you could easily overdo it

18   or underdo it.  It could be subtherapeutic

19   easily or you could be over-anticoagulated very

20   easily.  We see that all the time.

21       Q.      And what test is done for patients

22   taking Warfarin to make sure they stay in range?

23       A.      We check the INR.

24       Q.      And what is the range that is okay

25   for patients?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 90

1          A.     Between two and three.

2          Q.     And if they are less than two, are

3     they placed at an increased risk of stroke?

4          A.     Yes.

5          Q.     If they are over three, are they

6     placed at an increased risk of bleeding?

7          A.     Yes.

8          Q.     And does the fact that there is this

9     individualized dosing for Warfarin, does it mean

10    you have to regularly monitor these patients and

11    test the INR?

12         A.     Yes.

13         Q.     And does that make patient compliance

14    with Warfarin sometimes difficult for certain

15    patients?

16         A.     Yes.

17         Q.     And does the fact that sometimes

18    Warfarin patients have to take different doses

19    on different days make it difficult for them to

20    comply with their medication regimen?

21         A.     Yes.

22         Q.     And I think you have said earlier

23    that compliance is key, right?

24              MR. BIRCHFIELD:

25                   Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 91

1          THE WITNESS:

2              Yes.

3    EXAMINATION BY MS. du PONT:

4       Q.    So it's important for you to make

5    sure your patients are complying with their

6    medications, and if you could give a medication

7    that was easier for the patient to comply with,

8    that's better for your practice, correct?

9          MR. BIRCHFIELD:

10             Object to form.

11         THE WITNESS:

12             Yes.

13   EXAMINATION BY MS. du PONT:

14      Q.    Now, you mentioned that Coumadin or

15   Warfarin carries with it certain drug

16   interactions; I think you said that earlier?

17      A.    Yes.

18      Q.    I'm going to mark as Deposition

19   Exhibit 11 the Coumadin prescribing information.

20     (Exhibit No. 11 marked for identification.)

21             If you go to Page 14, do you see

22   that, 7.1?

23      A.    Yes.

24      Q.    And it talks about CYP450

25   interactions.  What is that?

Page 92

```
 1        A.    It's about all these enzymes that are

 2   involved in the metabolism of the drug Coumadin,

 3   Warfarin.

 4        Q.    And if we turn to Table 2, which

 5   gives some examples of it?

 6        A.    Which page?

 7        Q.    The next page, sorry, on Page 15, if

 8   you look at Table 2.  Do you see that amiodarone

 9   is an inhibitor of CYP2C9?

10        A.    Yes.

11        Q.    And was Mr. Boudreaux placed on

12   amiodarone?

13        A.    Yes.

14        Q.    Would the fact that he was on

15   amiodarone, would that tend to make you want to

16   not prescribe Warfarin to him and possibly

17   something else?

18        A.    Yes.

19        Q.    And -- one of the new oral

20   anticoagulants, correct?

21        A.    Yes.

22        Q.    And the fact that he was also on

23   allopurinol, which is an inhibitor of CYP1A2 --

24        A.    Yes.

25        Q.    -- is that another factor that you
```

Page 93

1    would consider in not prescribing Warfarin, but

2    possibly one of the other novel anticoagulants?

3        A.    Yes.

4        Q.    And also there is -- amiodarone also

5    inhibits CYP3A4; is that correct?

6        A.    Yes.

7        Q.    The last table?

8        A.    Yes, yes, yes.

9        Q.    So that's another factor that would

10   have made you consider --

11       A.    Yes.

12       Q.    And just so I'm clear, there is not

13   that same interaction with Xarelto, correct?

14       A.    Yes.

15       Q.    If you take allopurinol, or if you

16   take amiodarone, there is no drug interaction

17   with Xarelto?

18       A.    No.

19       Q.    Have you had patients on Warfarin

20   have bleeding episodes?

21       A.    Yes.

22       Q.    And have some of them been severe?

23       A.    Yes.

24       Q.    Have you ever had a patient that has

25   died from a bleeding episode related to

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 94

1    Warfarin?

2         A.    I think so.

3         Q.    And you agree, Doctor, that even for

4    patients that are complying with the Warfarin,

5    they can still have a bleeding episode, correct?

6         A.    Yes.

7         Q.    And even patients that are complying

8    with their Warfarin and in range, they can still

9    have a stroke event, correct?

10        A.    Yes.

11        Q.    Are there factors that make you --

12   strike that.

13             Are there reasons why you don't

14   prescribe Pradaxa to a particular patient?

15             MR. BIRCHFIELD:

16                 Object to form.

17             THE WITNESS:

18                 Why would we not Pradaxa for --

19          there are some certain patients, yes, who

20          have bad kidneys, for example, that for

21          and who have any of these problems,

22          bleeding.

23   EXAMINATION BY MS. du PONT:

24        Q.    Are you familiar with the fact that

25   Pradaxa can lead to gastric upset in certain

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 95

1  patients?

2      A.    Yes.  All the NOACs can do that.

3      Q.    Now -- do you want to take a break?

4      A.    No.

5      Q.    Are you okay?

6      A.    Yes.  I'm fine.  I was up all night

7  last night.

8      Q.    My questions are a little boring.

9      A.    No.  That's fine.  That's good.

10      Q.    At the time you saw Mr. Boudreaux in

11  January of 2014, did you have experience

12  prescribing Xarelto to patients with atrial

13  fibrillation?

14      A.    Yes.

15      Q.    When was the first time you

16  prescribed Xarelto?

17      A.    I can't remember, but shortly after

18  it came out on the market.

19      Q.    And have you continued to prescribe

20  Xarelto?

21      A.    Yes.

22      Q.    And you continue to prescribe it

23  today?

24      A.    Yes.

25      Q.    Your prescribing practices have not

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 96

1    changed with respect to Xarelto?

2         A.    Generally not.

3         Q.    And do you agree that Xarelto is a

4    useful and beneficial medication for atrial

5    fibrillation patients because it reduces their

6    risk of stroke?

7              MR. BIRCHFIELD:

8                   Object to form.

9              THE WITNESS:

10                  Yes.

11   EXAMINATION BY MS. du PONT:

12        Q.    When you are prescribing a medication

13   to a patient like Xarelto, do you consider

14   several sources of information in making that

15   prescribing decision?

16        A.    Yes.

17        Q.    You consider the FDA-approved

18   prescribing information, right?

19             MR. BIRCHFIELD:

20                  Object to form.

21             THE WITNESS:

22                  Yes.

23   EXAMINATION BY MS. du PONT:

24        Q.    You consider the published medical

25   literature on Xarelto or whatever the medication

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 97

1   is?

2        A.    Yes, yes.

3        Q.    Do you attend CME conferences?

4        A.    Yes.

5        Q.    Do you consider those conferences in

6   prescribing --

7        A.    Yes.

8        Q.    -- medications to your patients?

9        A.    Yes.

10       Q.    And do you also rely our own

11   experience?

12       A.    Yes.

13       Q.    And do you talk to your colleagues

14   here at the Cardiovascular Institute of the

15   South?

16       A.    Yes.

17       Q.    And is it fair to say that you only

18   prescribe a medication after you have determined

19   that the benefits outweigh the risks for that

20   patient?

21       A.    Yes.

22       Q.    I'm going to mark as Exhibit 12 the

23   August 2013 prescribing information for Xarelto.

24     (Exhibit No. 12 marked for identification.)

25             Now, Doctor, I will represent to you

Page 98

1    that this was the prescribing information that

2    was in effect when you prescribed Xarelto to

3    Mr. Boudreaux in January of 2014.  Okay?

4         A.    Okay.

5         Q.    And I will just refer you to the

6    first page.  Do you see where it says Warnings

7    and Precautions?

8         A.    Yes.

9         Q.    And it states:  Risk of bleeding.

10   Xarelto can cause serious and fatal bleeding.

11   Promptly evaluate signs and symptoms of blood

12   loss.  Did I read that correctly?

13        A.    Yes.

14        Q.    And before you prescribed Xarelto to

15   Mr. Boudreaux, did you understand that it could

16   cause serious and fatal bleeding?

17        A.    Yes.

18        Q.    And this isn't in a black box, is it?

19   This warning here.  It's not in a black box like

20   this is over here (indicating)?

21        A.    No.

22        Q.    But you understood that Xarelto could

23   cause serious and fatal bleeding even though the

24   language is not printed in a black box, right?

25        A.    Right, yes.

Page 99

```
 1        Q.    Now, if you turn to Section 2, you
 2   see the Dosage and Administration?
 3        A.    Yes.
 4        Q.    And you see that there are two
 5   options for patients with atrial fibrillation.
 6   They can be prescribed either the 20-milligram
 7   dose or the 15-milligram dose with the evening
 8   meal, correct?
 9        A.    Yes.
10        Q.    And depends on what dose you get is
11   what your creatinine clearance level is; is that
12   right?
13            MR. BIRCHFIELD:
14                Object to form.
15            THE WITNESS:
16                Yes.
17   EXAMINATION BY MS. du PONT:
18        Q.    What is creatinine clearance?
19        A.    It's how the kidneys function.  It's
20   how they can get rid of creatinine in the body,
21   which is an end product.
22        Q.    So patients that have a creatinine
23   clearance of 15 to 50, which is a moderate renal
24   impairment?
25        A.    Yes.
```

Page 100

1      Q.    They are supposed to get the lower

2   dose of Xarelto, correct?

3      A.    Yes.

4      Q.    Now, when you prescribed Xarelto to

5   Mr. Boudreaux, I think we said earlier he had

6   normal kidney function, right?

7      A.    Yes.

8      Q.    So he was correctly prescribed the

9   20-milligram dose of Xarelto, correct?

10      A.    Yes.

11      Q.    If you could turn to Section 5.2.

12   Now, you see there where it says Risk of

13   Bleeding?

14      A.    Yes.

15      Q.    Can you read that for me?

16      A.    Xarelto increases the risk of

17   bleeding and can cause serious or fatal

18   bleeding.  In deciding whether to prescribe

19   Xarelto to patients at increased risk of

20   bleeding, the risk of thrombotic events should

21   be weighed against the risk of bleeding.

22      Q.    Let's just take that first sentence.

23   You understood before you prescribed Xarelto to

24   Mr. Boudreaux that there was a risk of serious

25   or fatal bleeding from Xarelto, correct?

Page 101

1      A.     Correct.

2      Q.     Then the second sentence talks about

3   weighing the risk of bleeding against the risk

4   of thrombotic events.  In your own words, what

5   does that mean?  What do you factor in when you

6   weigh those risks?

7      A.     Well, if the risk of stroke is as

8   high as his was, as indicated by the CHADS

9   score, then we know -- unless you have a major

10  contraindication to bleeding then the benefits,

11  the potential benefits far outweigh the risks.

12     Q.     And if you could turn to the next

13  page.  The first sentence of the second

14  paragraph, can you read that for me?

15     A.     Promptly evaluate, is that it?

16     Q.     No, the next --

17     A.     A specific antidote for rivaroxaban

18  is not available.

19     Q.     Were you aware that at the time you

20  were prescribing Xarelto to Mr. Boudreaux that

21  there was not a reversal agent or antidote

22  available for Xarelto?

23     A.     Yes.

24     Q.     If you could turn to Section 7.3,

25  Page 17.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 102

1        A.    Yes.

2        Q.    Can you see the name of the section

3   is Anticoagulants and NSAIDs or Aspirin; do you

4   see that?

5        A.    Yes.

6        Q.    The third sentence of that section

7   states:  Concomitant aspirin use has been

8   identified as an independent risk factor for

9   major bleeding in efficacy trials.  NSAIDs are

10  known to increase bleeding and bleeding risks

11  may be increased when NSAIDs are used

12  concomitantly with Xarelto.  Did I read that

13  correctly?

14       A.    Yes.

15       Q.    You were aware that the use of

16  aspirin or other non-steroidal antiinflammatory

17  medications could increase the risk of bleeding

18  even more so than with Xarelto alone, correct?

19       A.    Yes.

20       Q.    And you were aware at the time you

21  prescribed Xarelto to Mr. Boudreaux that he was

22  also taking aspirin, right?

23       A.    Yes.

24       Q.    And you were also aware that he was

25  periodically taking Indocin or indomethacin,

Page 103

1    correct?

2         A.    Yes.

3         Q.    But you considered the benefits of

4    all these medications to outweigh the risks to

5    Mr. Boudreaux at the time of his --

6              MR. BIRCHFIELD:

7                   Object to form.

8              THE WITNESS:

9                   If I'm not mistaken, though, he

10        was also on some medication for his

11         stomach as a prophylactic prevention.

12   EXAMINATION BY MS. du PONT:

13        Q.    That's Protonix; is that right?

14        A.    Yes, right, one of those medications,

15   yes.

16        Q.    Did you prescribe that to him?

17        A.    Well, he was on it.  I can't remember

18   exactly, but we routinely -- I routinely put

19   them on this as a preventive measure so they

20   reduce their risk of a GI bleed.

21              The Indocin, I think he was really

22   just taking it as needed.  He was not taking it

23   regularly, because he was not having a gout

24   attack at that time, so I think he was taking

25   that for gout.

Page 104

1          Q.     But he was regularly taking the

2     aspirin along with the Xarelto?

3          A.     Yes, yes, a baby aspirin.

4          Q.     What is the purpose of taking a baby

5     aspirin?

6          A.     For prevention of stroke or for

7     coronary artery disease and other kind of

8     strokes, yes.

9          Q.     That's what Mr. Boudreaux was taking

10    it for?

11         A.     Right.

12         Q.     If you could go back to Section 6.1?

13         A.     The table?

14         Q.     You see where it says Non-valvular

15    Atrial Fibrillation?

16         A.     Which page is that?

17         Q.     I'm sorry, it's Page 10.

18         A.     Okay, yes.

19         Q.     Actually it's -- Table 1 is the

20    last -- it's talking about Table 1 in the last

21    paragraph on the page.  And it says:  Table 1

22    shows a number of patients experiencing various

23    types of bleeding events in the ROCKET AF study.

24    Do you see that?

25         A.     Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 105

 1        Q.    And if you turn the page to Table 1?

 2        A.    Yes.

 3        Q.    And do you see -- with respect to

 4  major bleeding, you see that the event rate for

 5  Xarelto was 3.6 per 100 patient years?

 6        A.    Yes.

 7        Q.    And the event rate for Warfarin was

 8  3.5 for -- per 100 patient years?

 9        A.    Yes.

10        Q.    So essentially the major bleeding

11  rate was similar between the two medications?

12        A.    Yes.

13        Q.    But if you go look at fatal bleeding,

14  you see the event rate on Xarelto was .2 per 100

15  patient years, correct?

16        A.    Correct.

17        Q.    And it was .5 for Warfarin per 100

18  patient years, correct?

19        A.    Correct.

20        Q.    So the fatal bleeding looks better on

21  Xarelto?

22        A.    Yes.

23        Q.    And you were aware of that at the

24  time you prescribed Xarelto to Mr. Boudreaux?

25        A.    Yes.

Page 106

1        Q.    The gastrointestinal bleeding has a

2   higher rate on Xarelto than it does on Warfarin,

3   correct?

4        A.    Yes.

5        Q.    You were aware of that at the time

6   you prescribed Xarelto to Mr. Boudreaux?

7        A.    Yes.

8        Q.    Turn to Section 14 now.

9        A.    Page 27?

10       Q.    Page 27, yes.  And you see it's the

11   last sentence.  I'll just read that for you.  It

12   says:  Patients randomized to Warfarin had a

13   mean percentage of time in the INR target range

14   of 2.0 to 3.0 of 55 percent, lower during the

15   first few months of the study.  Do you see that?

16       A.    Yes.

17       Q.    Are you familiar with the fact that

18   there was -- the average time in therapeutic

19   range was 55 percent in the ROCKET AF trial?

20       A.    Yes.

21       Q.    And then the next sentence states:

22   In ROCKET AF, Xarelto was demonstrated

23   non-inferior to Warfarin for the primary

24   composite endpoint of time to first occurrence

25   of stroke or non-CNS systemic embolism, hazard

Page 107

1    ratio equals 0.88, but superiority to Warfarin

2    was not demonstrated.  Did I read that right?

3         A.    Yes.

4         Q.    And were you aware, and I think you

5    mentioned earlier, that Xarelto was shown in

6    ROCKET AF to be non-inferior to Warfarin?

7         A.    Yes.

8         Q.    Meaning it was on par with Warfarin?

9         A.    Yes.

10        Q.    With respect to preventing strokes?

11        A.    Yes.

12        Q.    And the next sentence states:  There

13   is insufficient experience to determine how

14   Xarelto and Warfarin compare when Warfarin

15   therapy is well controlled.  Do you see that?

16        A.    Yes.

17        Q.    Did you understand that when you

18   prescribed Xarelto to Mr. Boudreaux?

19        A.    Yes.

20             MS. du PONT:

21                 Do you want to take a quick

22        break?  Let's take five minutes.

23             THE VIDEOGRAPHER:

24                 This is the end of tape two.  We

25        are now off the record at 5:06.

Page 108

1        (An off-the-record discussion was held.)

2             THE VIDEOGRAPHER:

3                  This is the beginning of tape

4        three.  We are now back on the record.

5        The time is 5:18.

6   EXAMINATION BY MS. du PONT:

7        Q.    I'm going to mark as Exhibit 13 the

8   September 2015 labeling for Xarelto.

9     (Exhibit No. 13 marked for identification.)

10            And if you turn to Section 6.1, it's

11   Page 4.  Do you see that?

12       A.    Yes.

13       Q.    And you see Table 1 is reporting on

14   the bleeding events in ROCKET AF, and that's

15   similar data to what we just looked at on the

16   other label?

17       A.    Yes.

18       Q.    And then if you turn to Figure 1, and

19   this is --

20       A.    What page is that?

21       Q.    I'm sorry, it's on Page 5, Figure 1

22   is showing the risk of major bleeding events by

23   baseline characteristics in ROCKET AF.  Do you

24   see that?

25       A.    Yes.

Page 109

1        Q.      And it has at the very top, and I

2    apologize, it's hard to read, all patients -- it

3    looks like -- the hazard ratio is 1.04.  Do you

4    see that?  And it's not statistically

5    significant?  The first part of the line right

6    at the top.

7        A.      Yes.

8        Q.      All patients?

9        A.      Yes.

10       Q.      Hazard ratio of 1.04; do you see

11   that?

12       A.      Yes.

13       Q.      And towards the -- this presents

14   various subgroup data from ROCKET AF.  Do you

15   see that?

16       A.      Yes.

17       Q.      So if we look at, for example,

18   weight, less than 60 kilograms there is a lower

19   risk of bleeding on -- with Xarelto as compared

20   to Warfarin.  Do you see that?

21       A.      Yes.

22       Q.      And if we go down to geographic

23   region, it reports -- for U.S. it appears that

24   there was 14 percent of the patients were from

25   the U.S.  Do you see that?

Page 110

1             MR. BIRCHFIELD:

2                  Object to form.

3             THE WITNESS:

4                  Yes.

5    EXAMINATION BY MS. du PONT:

6        Q.    And 86 percent of the patients were

7    from outside the U.S.?

8        A.    Yes.

9        Q.    So there was a small minority of

10   patients from the U.S., correct?

11       A.    Yes.

12       Q.    And here it reports a hazard ratio of

13   1.50 with a confidence interval of 1.14 to

14   1.198.  Do you see that?

15            MR. BIRCHFIELD:

16                 Object to form.

17            THE WITNESS:

18                 Yes.

19   EXAMINATION BY MS. du PONT:

20       Q.    If you go down to the note that's

21   right underneath this figure, it reads:  The

22   95 percent confidence limits that are shown do

23   not take into account how many comparisons were

24   made nor do they reflect the effect of a

25   particular factor after adjustment for all other

Page 111

1   factors.  Did I read that right?

2        A.    Yes.

3        Q.    And what does that mean in your own

4   words?

5        A.    It's just a purely statistic number.

6        Q.    Right.

7        A.    Yes.

8        Q.    So you understand that when you break

9   a set of data into subgroups like this, there

10  could be results that are a function of chance

11  due to the fact that you are doing multiple

12  comparisons, right?

13            MR. BIRCHFIELD:

14                Object to form.

15            THE WITNESS:

16                Yes.

17  EXAMINATION BY MS. du PONT:

18        Q.    And this subgroup data that is in the

19  label in September of 2015, it doesn't alter

20  your fundamental understanding that there was a

21  risk of serious and fatal bleeding from Xarelto,

22  does it?

23        A.    No.

24        Q.    If this subgroup data had been

25  available to you at the time you prescribed

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 112

1    Xarelto to Mr. Boudreaux, it would not have

2    altered your prescribing decision, would it?

3              MR. BIRCHFIELD:

4                   Object to form.

5              THE WITNESS:

6                   Yes.

7    EXAMINATION BY MS. du PONT:

8         Q.    It would not have altered your

9    prescribing decision, correct?

10        A.    No.

11        Q.    If this had been available to you at

12   the time you prescribed it to Mr. Boudreaux, it

13   would not have altered your discussion with

14   Mr. Boudreaux about Xarelto?

15        A.    No.

16        Q.    And have your risk benefit

17   discussions changed as a result of this subgroup

18   data in the label for any of your patients?

19        A.    No.

20        Q.    You decided to prescribe Xarelto to

21   Mr. Boudreaux because in your medical judgment

22   the benefits of Xarelto outweighed the risk,

23   correct?

24             MR. BIRCHFIELD:

25                  Object to form.

Page 113

1            THE WITNESS:

2                 Correct.

3    EXAMINATION BY MS. du PONT:

4         Q.    What is your general practice for

5    having a discussion about the risks and benefits

6    of Xarelto when you are putting a patient on

7    Xarelto?  Tell me what you talk to your patients

8    about.

9         A.    Well, I tell them why it's indicated.

10    I tell them what are the risks and why I'm

11    picking this particular one, one of the NOACs.

12        Q.    When it's indicated for atrial

13    fibrillation, what do you explain about atrial

14    fibrillation?

15        A.    I tell them that because of their

16    heart being irregular like this, they have a

17    high risk of having clots in their heart, and

18    that because of that they would have a high risk

19    of stroke and that we need to put them on blood

20    thinners.

21        Q.    And what do you talk to them about

22    the risks of blood thinners?

23        A.    That they have the risk of bleeding,

24    but I always tell them that bleeding generally

25    99 percent of the time we can take care of the

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 114

1    bleeding, but if you have a stroke it's

2    permanent and it's a lot more devastating.  So

3    to me that's -- some patients still don't want

4    to be on blood thinners.  They choose not to.

5    They'd rather take their chances.  They just

6    don't like the idea of being on blood thinners.

7         Q.    Is it your -- when you are talking

8    about the risks of bleeding, do you talk about

9    it generally or do you talk about particular

10   types of bleeding with your patients?

11        A.    For the sake of time, bleeding can be

12   anywhere, you can bleed anywhere.  And depending

13   on where your weakness are.  Obviously

14   because -- a lot of people say, you know, if I

15   scratch myself I will bleed bad.  Yeah, if you

16   scratch yourself, you are going to bleed bad.

17   If you cut yourself, you are going to bleed

18   regardless whether you are on blood thinners or

19   not, but you are going to bleed more.  Generally

20   that's what it is.  If you have to go through

21   surgery, you need to stop it.  But generally

22   there is a risk of bleeding just about anywhere,

23   right?

24        Q.    Do you remember if you had a

25   conversation with Mr. Boudreaux --

Page 115

1      A.    Mr. Boudreaux about any particular

2  bleeding?  No, I don't remember.

3      Q.    Do you think you followed your

4  general practice to have a discussion with him?

5      A.    I would think generally, yes.

6      Q.    Let me just mark as Exhibit 14, and

7  this is a Progress Note, Cardiology, signed by

8  you, correct?

9    (Exhibit No. 14 marked for identification.)

10     A.    Yes.

11     Q.    And it's dated January 9, 2014?

12     A.    Yes.

13     Q.    And what is the interval history from

14  this record?

15     A.    So he was admitted -- well, by then

16  his weight was controlled with medications and

17  he was fully anticoagulated by then and he was

18  stable.  He was on all the fluid pills.  And we

19  had diagnosed that he had a slight

20  cardiomyopathy.  His heart was a little weak, so

21  he had -- we put him on some medications that

22  would help him get better.

23     Q.    So he had congestive heart failure?

24     A.    Very mild, very mild.  I don't think

25  that would -- well, he had some shortness of

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 116

1    breath from the -- yeah, he had some heart

2    failure, very mild, yes, from the atrial

3    fibrillation.

4         Q.    And the plan on the last page of this

5    record, it says:  More K.  What does K stand

6    for?

7         A.    Potassium.

8         Q.    Discharged home on current meds,

9    except PO diuretic.  What does that mean?

10        A.    That means that when he was getting

11   diuretics by intravenously that current

12   medication would be switched to oral diuretics.

13        Q.    And then it says:  Anticoagulant

14   educated.  Do you see that?

15        A.    Yes.

16        Q.    Does that refresh your recollection

17   that you would have educated --

18        A.    Generally -- I mean, I personally

19   don't do it, but my nurse practitioner or my

20   nurse or one of the hospital nurses, they

21   routinely have like a package.

22        Q.    Let me mark as Exhibit 15.  You said

23   that your nurses do the anticoagulant education.

24   Is this the checklist that they use?

25     (Exhibit No. 15 marked for identification.)

Page 117

1      A.    Yes.

2      Q.    Are you familiar with this checklist?

3      A.    Yes.

4      Q.    Who created this checklist for the

5  Cardiology Institute?

6      A.    I don't remember, but we have a

7  committee, practice committee.  In fact, is this

8  checklist from CIS or is it from St. Anne

9  Hospital?

10     Q.    It may be from St. Ann's actually.

11     A.    It may be either one.  But that was

12  in 2014?

13     Q.    Yes.

14     A.    Therefore it will be -- well, it

15  could be either one.

16     Q.    Do you know who Veronica Theriot is?

17     A.    Yes.

18     Q.    Who is that?

19     A.    She is a registered nurse.

20     Q.    Is she at St. Anne's or is she here?

21     A.    That's what I'm trying to figure out

22  because she used to work for me and then she

23  took the position in charge and that was in, I

24  think, 2014, shortly after that, so she was in

25  transition.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 118

```
 1        Q.    But it looks from this checklist
 2   that --
 3        A.    She went through the whole list.
 4        Q.    -- she went through the whole list.
 5   Let's just go through it to understand what this
 6   conversation sounds like.
 7              It looks like she discussed the
 8   reason anticoagulation is necessary, so --
 9              MR. BIRCHFIELD:
10                  Object to form.
11              THE WITNESS:
12                  Yes.
13   EXAMINATION BY MS. du PONT:
14        Q.    -- what would that conversation sound
15   like?
16              MR. BIRCHFIELD:
17                  Object to form.
18              THE WITNESS:
19                  It would say:  Well, you are on
20         blood thinners because to reduce your risk
21         of stroke from the atrial fibrillation,
22         yes.
23   EXAMINATION BY MS. du PONT:
24        Q.    And action of anticoagulation, what
25   does that mean?
```

Page 119

1        A.    That it makes your blood thin.

2        Q.    And then she would have gone over the

3   current dosage of the medication, right?

4        A.    Yes.

5        Q.    When to take it?

6        A.    Yes.

7        Q.    And why does this anticoagulation

8   therapy education checklist say that there is a

9   need for all healthcare providers to be aware of

10  all medication?

11       A.    Well, so that some other doctor does

12  not say if she goes to somewhere, like urgent

13  care or other doctors, that they don't put

14  something that would have drug interactions that

15  would cause a major problem.

16       Q.    And if needing surgery will have to

17  contact us beforehand.  Why does St. Anne's do

18  that?

19       A.    Because of the risk of bleeding.

20       Q.    Because of the risk of bleeding?

21       A.    Right.

22       Q.    Why does it note signs of bleeding?

23       A.    Well, because the earlier you detect

24  any bleeding, the less likely you will need any

25  intervention.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 120

1          Q.     And then it has instructions if

2    bleeding should occur.  Do you see that?

3          A.     Yes.

4          Q.     What does your office typically say

5    the instructions are if bleeding should occur?

6          A.     To stop the medication.

7          Q.     And avoid activities that pose high

8    risk for fall, injury, et cetera.  Why is that

9    item there?

10          A.     Because of the risk of trauma and

11    bleeding.

12          Q.     And the patient is instructed to call

13    for any injuries potential for internal

14    bleeding, correct?

15          A.     Yes.

16          Q.     And why do they recommend an alert

17    tag?

18          A.     So that if you get into an accident,

19    somebody knows you are on blood thinners.

20          Q.     And is it your understanding that

21    Joseph Boudreaux went over this checklist with

22    the nurse at St. Anne's or the Cardiovascular

23    Institute --

24          A.     It's signed here by him, right?

25          Q.     Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

```
                                            Page 121
 1              MR. BIRCHFIELD:

 2                   Object to form.

 3    EXAMINATION BY MS. du PONT:

 4         Q.    Yes.  So it appears that he was made

 5    known of all these risks?

 6         A.    Aware.

 7         Q.    Including the risk of bleeding,

 8    correct?

 9         A.    Yes, that's correct.

10         Q.    Is it policy for your office to give

11    patients a copy of the medication guide for

12    Xarelto, or do you just typically use the

13    checklist?

14         A.    I don't think we give them -- but

15    when they get their prescription filled, there

16    is usually a package insert, right, for every

17    medication.

18         Q.    Right.  Are you familiar with the

19    information that's in the package insert for

20    patients?

21         A.    Is it --

22         Q.    Yes, it's amended to this.  If we

23    take a look at Exhibit 12 at the very back.

24    Maybe not.  It looks like Page 41.  Do you see

25    that?
```

Page 122

1        A.    Yes.

2        Q.    And this is the -- this is the

3   medication guide that would have accompanied

4   Mr. Boudreaux's prescription for Xarelto,

5   correct?

6        A.    Yes.

7              MR. BIRCHFIELD:

8                   Object to form.

9   EXAMINATION BY MS. du PONT:

10       Q.    And it advises that one of the most

11  important information that he should know about

12  Xarelto is that Xarelto can cause bleeding which

13  can be serious and rarely may lead to death.  Do

14  you see that?

15       A.    Yes.

16       Q.    So if Mr. Boudreaux had read the

17  medication guide, he would have been aware of

18  the fact that Xarelto can potentially lead to

19  increased bleeding and even death?

20       A.    Yes.

21       Q.    I'm going to mark as Exhibit 16 the

22  date of discharge note from the Cardiovascular

23  Institute of the South.

24     (Exhibit No. 16 marked for identification.)

25       A.    Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 123

1      Q.    Does this reflect what we were

2   talking about earlier, that Mr. Boudreaux was

3   discharged on January 9, 2014?

4      A.    Yes.

5      Q.    And it states:  Counseling per Wong,

6   per Dr. Wong.  Do you see that?

7      A.    Yes.

8      Q.    What does -- what does that mean?

9      A.    I don't know.  It was cosigned by

10   Dr. Marcello.  That's not on my note.  It's the

11   admitting physician, the family practice, so I'm

12   not sure what they mean by that.  I think they

13   meant more like consult, consulted by Dr. Wong,

14   but I don't know.  You will have to ask

15   Dr. Marcello.

16      Q.    And then it says:  Will follow up

17   with him tomorrow?

18      A.    Right.

19      Q.    We went over that record earlier.

20   You did follow up with Mr. Boudreaux on

21   January 10?

22      A.    Yes.

23      Q.    And then it says:  30 day RX to local

24   pharmacy for all new meds, 90 day of Xarelto

25   send to Rightsource per patient request.  Do you

Page 124

1    see that?

2         A.    Yes.

3         Q.    He had a 90-day prescription called

4    in to Rightsource Pharmacy?

5         A.    Yes.

6         Q.    And then it says:  Samples given per

7    Veronica, RN for next ten days.  Do you see

8    that?

9         A.    Yes.

10        Q.    So is it your understanding that

11   Mr. Boudreaux, between the mail order

12   Rightsource request and the samples that were

13   provided to him, got a hundred days of Xarelto

14   prescriptions?

15        A.    Yes.

16        Q.    And are you aware of any other

17   samples that were provided to Mr. Boudreaux at

18   the time of his discharge?

19        A.    I don't know.  We will have to look

20   at his records when he came back here, but I

21   doubt that we would have given him more, because

22   he was covered for a while.  At least once he

23   saw me, but I wouldn't be surprised.  Sometimes

24   they come back a month, two month, and they ask

25   for more samples, so I don't know.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 125

1        Q.    But you are not aware of any record

2    that shows that, correct?

3        A.    No.  I'm not aware.

4        Q.    Do you keep records of the samples

5    that are provided to your patients?

6        A.    Yes, yes, we should have records of

7    that.  It would take us a while to dig it up.

8        Q.    We might want to get that record from

9    you then.  When we go off the record we can look

10   for it, but --

11       A.    I can try while you are talking.

12       Q.    Would it be your practice to

13   typically provide samples just to bridge them

14   until they got their prescriptions?

15       A.    Yes, yes.

16       Q.    And sitting here right now, you can't

17   say that Mr. Boudreaux got more than a hundred

18   Xarelto pills based on this record?

19       A.    No.  It's unlikely.  I mean, if he

20   filled up his prescription then we probably -- I

21   mean, usually we give them for, like you said,

22   the first month oftentimes or ten days, and by

23   then they fill up their prescription.

24       Q.    But here it indicates that there were

25   only ten days given to him.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 126

1      A.    Right.  It's very common practice,

2   yeah.

3      Q.    To give it for ten days?

4      A.    Yes.  Whether he got more samples, we

5   will have to go into the nursing records.  I

6   wouldn't know where to look for it in the

7   records.

8      Q.    Knowing what you know today, do you

9   still believe that it was medically appropriate

10  to prescribe Xarelto to Mr. Boudreaux?

11          MR. BIRCHFIELD:

12              Object to form.

13          THE WITNESS:

14              Yes.

15  EXAMINATION BY MS. du PONT:

16     Q.    I'm going to mark as Exhibit 17, this

17  is an echocardiogram that was done by you on

18  January 8?

19    (Exhibit No. 8 marked for identification.)

20     A.    Yes.

21     Q.    I just had one question.  Can you

22  read it for me and summarize what the study

23  showed?

24     A.    Can I just read the impression?

25     Q.    Yes, sure.

Page 127

1      A.     In summary, the study demonstrates

2   atrial fibrillation with mild global left

3   ventricular hypokinesis.  There is a mildly

4   dilated left ventricular enlargement with mild

5   eccentric left ventricular hypertrophy.  There

6   is also borderline left atrial enlargement.

7   There is also pleural effusion seen.

8          Basically it's saying that the heart

9   was slightly weaker than normal basically.  It

10  was a little larger and wasn't contracting as

11  vigorously as a normal heart.

12     Q.     Did you end up prescribing certain

13  medications?

14     A.     Yes, for that, yes.

15     Q.     What specifically?

16     A.     Ace inhibitors like the Lisinopril

17  and I think there was a number of others.

18     Q.     Would you have prescribed any

19  diuretics?

20     A.     Yes.  The whole list of medications,

21  if you look at them when he was discharged.

22  Spironolactone is another diuretic prescribed

23  for people with heart failure, with weak heart.

24  Lisinopril was another one.  And Metoprolol,

25  they all help in making the heart stronger over

Page 128

1   time, yes.

2        Q.    I'm going to mark as Exhibit 18 the

3   EKG that was done that same day, January 8.

4    (Exhibit No. 18 marked for identification.)

5        A.    Yes.  So this is confirming that he

6   was in atrial fibrillation.  His weight was

7   controlled.

8        Q.    What does it mean anterior infarct.

9   Age undetermined?

10       A.    The EKG, the computer reads it that

11   in some ways there are -- there is a -- there

12   are criterias here to suggest that he may have

13   had a heart attack in the front.  The anterior

14   is the front part of the heart.  Possibly had

15   lost a little bit of forces, electrical forces

16   that suggest that he may have had a heart attack

17   in that area.

18            It's not completely diagnostic, but

19   it's just an EKG criteria.  It says age

20   undetermined, meaning that this is something

21   that could have happened in the past, at any

22   time in past.  It's not an acute thing.

23       Q.    What does this mean to you?  Do you

24   think he had a heart attack in the past?

25       A.    A heart attack or some sort of event

Page 129

1  that scarred up the heart and made the heart

2  weak, yes.

3       Q.    And would that have placed him at

4  even a higher risk of stroke from atrial

5  fibrillation?

6       A.    Yes.  Well, that's what caused the

7  heart failure in some ways, yes.  The heart

8  would be weak and heart failure, and therefore

9  heart failure increases your CHADS score.

10      Q.    Now, we talked about earlier how you

11 saw Mr. Boudreaux on January 10, 2014.

12      A.    Yes.

13      Q.    Did you see him again on January 13,

14 2014?

15      A.    Yes.

16      Q.    I'm going to mark as Exhibit 19 the

17 progress note from January 13.

18   (Exhibit No. 19 marked for identification.)

19          Do you see that?

20      A.    Yes.

21      Q.    Are you looking at it on your screen

22 as well?

23      A.    I'm pulling it up to make sure I got

24 it all covered.

25      Q.    Can you just let me know what your

Page 130

1    assessment of Mr. Boudreaux was on this date?

2         A.    Well, he was clearly better.  He was

3    stable and it was time to consider sending him

4    back to work.  And he needed to go back to work.

5    And he did a stress test.  There was no

6    suggestion that he was trying to have a heart

7    attack, so -- with all this, so he was cleared

8    to go back to work that day.  He was still in

9    atrial fibrillation.

10        Q.    Why is that significant to you?

11        A.    Well, because then we were talking

12   about cardioversion, that we will have to try to

13   fix it more permanently.

14        Q.    And what does CV at RR mean?

15        A.    Consider cardioversion at return to

16   clinic, RTC.

17        Q.    So at this January 13, 2014 visit you

18   were considering cardioversion for

19   Mr. Boudreaux?

20        A.    Yes.

21        Q.    And did you see him again on

22   January 24, 2014?

23        A.    Yes.

24        Q.    I will mark that as Exhibit 20.

25      (Exhibit No. 20 marked for identification.)

Page 131

1              Does this reflect your meeting,

2    office visit with Mr. Boudreaux on January 24,

3    2014?

4         A.    Yes.

5         Q.    And what was his chief complaint at

6    this visit?

7         A.    On the 24th?

8         Q.    On the 24th, yes.

9         A.    He was actually feeling fine, I

10   think.  Actually this is the admission, you

11   know, when we planned to -- the actual visit on

12   the 24th was -- is a different sheet.  This is

13   the form we filled out because he was doing much

14   better and so on, so we decided to go for

15   cardioversion.

16              So to do the cardioversion, if you

17   look at that visit that day, he says he feels

18   much better, but blood pressure running a little

19   low.  So we said:  Well, okay, we will have the

20   cardioversion.  And because of the cardioversion

21   we have this exhibit, because then we have to

22   write down the whole history and physical so

23   that we can admit him to the hospital for the

24   cardioversion.

25        Q.    And the plan was, based on this, to

Page 132

1    do the cardioversion on February 5, correct?

2         A.    Correct.

3         Q.    And it's noted on this form that

4    despite aggressive medical management the

5    patient remains in a-fib?

6         A.    Right.

7         Q.    That's why you needed to do the

8    cardioversion?

9         A.    Right.

10        Q.    What are the writings of

11   cardioversion?

12        A.    Stroke.

13        Q.    A stroke?

14        A.    Yes.

15        Q.    But why do you do it despite the risk

16   of stroke?

17        A.    So that the heart can get back to

18   efficient, more efficient beating, more --

19   function more efficiently, and that should in

20   the long run help getting the heart back on

21   track.

22        Q.    Now, I'm going to try to find

23   Exhibit 4 in my pile here if you can do the

24   same.  Why don't we go ahead and let you use

25   this copy and we will find it at the end.

Page 133

```
 1        A.    Yes, so the visit on the 3rd --
 2        Q.    Yes.
 3        A.    -- of February?
 4        Q.    Yes.  So what were the symptoms at
 5   this visit?
 6        A.    Suddenly he started feeling very weak
 7   for over three days and he noticed his stools to
 8   be very, very black and he had been constipated.
 9        Q.    And the stools, the very black and
10   the constipation had been going on for three or
11   four days?
12        A.    Three days.  For three or four days,
13   yes.
14        Q.    Does that indicate to you that the
15   symptoms of his GI bleeding started three or
16   four days prior to him coming to you?
17        A.    Yes.
18        Q.    And then it says:  Weak two days ago,
19   walked to work?
20        A.    Unable to work.
21        Q.    Unable to work.  And what was your
22   assessment and plan for Mr. Boudreaux when he
23   presented to you?
24        A.    Then we stopped all the medications
25   that could make his blood pressure low and that
```

Page 134

1    would increase his bleeding, so no Indocin, make

2    sure he is not taking his Indocin, and withhold

3    the aspirin and the Xarelto and Lasix and the

4    Lisinopril until we were sure what his volume is

5    and to keep him well hydrated.

6              We sent some blood work stat to the

7    hospital.  And that's what I was -- I have been

8    trying to pull this up and see if I can go to

9    Ochsner website and see where he actually got --

10   went from here, because from here to coming back

11   and when he went to see Dr. Timothy, I don't

12   know what happened.

13        Q.    What happened.

14        A.    I guess he got blood transfusions and

15   all this and all that, but I don't have that

16   record.

17        Q.    And I just want to make sure that the

18   record is clear.  You stopped the Indocin

19   because there was -- the Indocin can --

20        A.    Well, if you notice, I didn't say

21   stop the Indocin.  I said no Indocin.  That

22   means do not take it.  The question is -- I

23   don't think he was even taking it before that,

24   because he was just taking it as needed when he

25   got the gout flareups, I would think, because

Page 135

1    Indocin was as needed.

2         Q.    Why would you have asked him to hold

3    the aspirin?

4         A.    Because if he was bleeding in his

5    stomach, aspirin is a major contributor to that.

6         Q.    And how about the Lasix and the

7    Lisinopril?

8         A.    Because his blood pressure was kind

9    of low, if he was bleeding, I didn't want things

10   to get worse.

11        Q.    Got it.  And as best as your records

12   show, for this particular bleeding event on

13   February 3, 2014, you did not continue to follow

14   him for this event?

15        A.    No, no.  I mean, I presume what

16   happened is we sent the stat blood and he went

17   home and then when we got the blood back, or

18   maybe he didn't even go home, he was waiting by

19   the lab.  Once we knew it was that low, we asked

20   him to go to the emergency room so that that

21   could be taken care of right away.

22              I can't remember -- I don't even have

23   that -- like if I pull that up I probably have

24   those labs here, but let's see.  That was on

25   February 3.  So his BUN was 61, which is mark of

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 136

1  bleeding.

2       Q.    Where are you reading, sir?

3       A.    His hematocrit was 21, so his blood

4  count dropped significantly, yeah, that day.

5  That blood work that I sent here, hematocrit was

6  21 coming from normal, so he was bleeding.  He

7  was bleeding in his stomach, there is no

8  question, and he needed to get some sort of

9  blood transfusions, immediate measures to make

10  sure that he didn't drop any further.

11          Because once your blood count

12  hematocrit drops below 25, you start feeling

13  very short of breath and weak, so.

14       Q.    So you transferred him to across the

15  street?

16       A.    Yeah.  I just told him to -- I think

17  that's what happened.  Once we get those labs

18  back, we said:  Look, your blood count is

19  dropping significantly.  Go to the emergency

20  room and we'll take it from there.  And from

21  there I presume he was transferred to somewhere

22  where they had a gastroenterologist to look at

23  his stomach and stuff like that.

24       Q.    But your treatment stopped

25  basically --

Page 137

1          A.    At that point.

2          Q.    -- when you told him to go to the

3     emergency room?

4          A.    Right, right.

5          Q.    And you talked a little earlier about

6     how Mr. Boudreaux has continued to see both

7     Dr. Timothy as well as Dr. Fail here?

8          A.    Yes, and Dr. Fail in Houma, yes.

9          Q.    Let's take a look at Exhibit 5 that

10    was marked previously.  If you go to the last

11    page.

12         A.    That's Dr. Timothy's note.

13         Q.    Can you read his writing better than

14    I can?

15         A.    All right, let's try.  Patient was

16    planned for DC cardioversion TEE, but in

17    meantime patient had GI bleed and transfused --

18    and transfusion -- leading to transfusion, an

19    arrow to transfusion -- at Kenner Ochsner.

20    Endoscopy done, Xarelto stopped.

21         Q.    And then what is his -- what looks

22    like was his assessment and plan?

23         A.    It says:  Persistent a-fib,

24    hypertension, diabetes, cardiomyopathy, probably

25    non-ischemic, continue aspirin for stroke

Page 138

1  prophylaxis, defer cardioversion/TEE.  Decrease

2  amiodarone, discuss balance of risk benefit

3  without anticoagulation -- of anticoagulation

4  versus aspirin.

5        Q.    Do you see in the results section how

6  Dr. Timothy writes:  Clearly at higher risk for

7  stroke?

8        A.    Yeah.

9        Q.    Do you see that?

10       A.    Yes.

11       Q.    Do you agree with that?

12       A.    Yes.

13       Q.    And it states:  ASA alone but higher

14  risk for major bleeding with anticoagulation.

15  Do you see that, right underneath where it says:

16  Clearly at risk for stroke in the result

17  section?

18       A.    Aspirin alone, but high risk for

19  major bleeding without with anticoagulation,

20  yes.

21       Q.    And what he meant, or -- in your

22  opinion --

23       A.    That his risk of bleeding was higher,

24  therefore we just have to take the chances of

25  not anticoagulation and take the higher risk of

Page 139

1    stroke.

2         Q.    When he says take the risk of not

3    putting him on an anticoagulant, it didn't mean

4    just don't put him on Xarelto, it meant don't

5    put him on any anticoagulant, right?

6         A.    Right.

7              MR. BIRCHFIELD:

8                   Object to form.

9    EXAMINATION BY MS. du PONT:

10        Q.    Because regardless of what

11   anticoagulant you would put him on, he would be

12   at high risk of bleeding?

13             MR. BIRCHFIELD:

14                  Object to form.

15             THE WITNESS:

16                  Yes.

17   EXAMINATION BY MS. du PONT:

18        Q.    Do you have an understanding that

19   Dr. Timothy eventually referred Mr. Boudreaux to

20   Dr. Fail for a LARIAT procedure?

21        A.    Yes, going through the chart, that's

22   eventually what he did.  He thought he would be

23   a good candidate for the LARIAT force procedure.

24        Q.    What is the LARIAT procedure?

25        A.    It's actually -- most of the clots

Page 140

1    when your atrium fibrillate the clots form into

2    what we call the left atrial appendage.  It's

3    like a little ear that sticks into the atrium.

4    It's one of those evolutionary things that

5    happened, but it really serves no purpose, so

6    one of the ways to reduce your risk of getting

7    stroke from that clots in there is to go in and

8    adulate it and put a device that kind of shuts

9    it down.

10        Q.    And was that what was done for

11   Mr. Boudreaux?

12        A.    Yes.  So that he didn't have the risk

13   of stroke when he was not on blood thinners.

14        Q.    I'm going to mark as Exhibit 21.  Is

15   this is a consult note from you?

16     (Exhibit No. 21 marked for identification.)

17        A.    Yes.

18        Q.    From September 1, 2015?

19        A.    Yes, that means I saw him again.

20        Q.    Does this refresh your recollection?

21        A.    Yes, it does.  It's coming back to me

22   gradually, but goodness, we see so many patients

23   every day.

24        Q.    No, I completely understand.  I can't

25   remember what I did yesterday.  So what was the

Page 141

1    purpose of your consult?

2         A.    That there was fluid around the

3    heart.  The patient was admitted with shortness

4    of breath.  He has had some gallbladder surgery

5    and he was short of breath, so because of all

6    the story of his heart problems, they called us

7    to assist.

8         Q.    And what was your assessment and plan

9    of care?

10        A.    Well, there was some fluid around the

11   heart and that was a large fluid collection and

12   this can be very dangerous, because then it

13   prevents your heart from being able to fill up

14   with blood and that can cause you to go into

15   shock.

16        Q.    And at this visit on September 1,

17   2015, is there any indication that Mr. Boudreaux

18   has any long term effects from his bleeding

19   event that you saw him for in February of 2014?

20        A.    That's his risk for stroke?

21        Q.    No, just that -- do you see any

22   evidence that he's had any problems because of

23   the actual bleeding event?

24             MR. BIRCHFIELD:

25                  Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 142

1            THE WITNESS:

2                  No.  His blood count was

3        corrected.  His -- I don't think -- his

4        hematocrit was fine that day.  So he

5        hadn't had any further bleeding and his

6        blood count was not a problem any more,

7        no.

8    EXAMINATION BY MS. du PONT:

9        Q.    And do you believe this was the last

10   time you saw Mr. Boudreaux?

11       A.    I think so.  See, Terrebonne General

12   and Thibodaux Regional are the big hospitals.

13   St. Anne is the stopover.  I always have to

14   clean up everybody's dirty work and then send

15   them back, you know.

16       Q.    Send them back where?

17       A.    To Terrebonne.  He was transferred to

18   Terrebonne this time and he went to Thibodaux

19   initially, but that's what we end up doing.

20       Q.    You were talking a little earlier

21   about how you met with sales reps for Janssen?

22       A.    Yes.

23       Q.    Did the detail representatives that

24   you met with, did they ever give you any

25   information that was false or inaccurate?

Page 143

1            MR. BIRCHFIELD:

2                 Object to form.

3            THE WITNESS:

4                 No.

5   EXAMINATION BY MS. du PONT:

6       Q.    And did they ever discuss with you

7   anything that was not part of the prescribing

8   information for Xarelto, what's in the label for

9   Xarelto?

10      A.    No.

11      Q.    And you understand that detail reps

12  are not doctors; they don't go to medical

13  school, right?

14           MR. BIRCHFIELD:

15                Object to form.

16           THE WITNESS:

17                No.

18  EXAMINATION BY MS. du PONT:

19      Q.    And regardless of what a detail

20  representative would say to you, you are going

21  to perform your own assessment --

22           MR. BIRCHFIELD:

23                Object to form.

24  EXAMINATION BY MS. du PONT:

25      Q.    -- about the risks and benefits of

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 144

1    Xarelto before prescribing it, right?

2        A.    Yes.

3            MR. BIRCHFIELD:

4                Object.

5    EXAMINATION BY MS. du PONT:

6        Q.    And meeting with the sales

7    representative, a detail representative, is not

8    going to take away your independent medical

9    judgment --

10            MR. BIRCHFIELD:

11                Object to form.

12            THE WITNESS:

13                Yes.

14    EXAMINATION BY MS. du PONT:

15        Q.    -- about that medication?

16        A.    Yes.  No.

17        Q.    Let me ask that question again.

18        A.    Double negative.  It would not affect

19    our medical judgment.

20        Q.    And you have not prescribed a

21    medication to a patient because of something a

22    detail representative told you, correct?

23        A.    Correct.

24            MR. BIRCHFIELD:

25                Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 145

1   EXAMINATION BY MS. du PONT:

2        Q.    When you prescribe medications, you

3   rely on the prescriber information, the medical

4   literature, your own judgment?

5        A.    Everything, yes.

6        Q.    Have you seen lawyer advertising for

7   Xarelto?

8        A.    Yes.

9        Q.    And have the lawyer ads impacted your

10  practice at all?

11       A.    No.  The impact to my practice is

12  that patients hear those advertising and it

13  takes a lot more to convince them that it's

14  safe, it's relatively safe.

15       Q.    What have some of your patients come

16  in, what are some of their concerns as a result

17  of the advertisement?

18       A.    Well, they see all this:  If you have

19  taken Xarelto before, contact us.

20       Q.    And what do you tell your patients

21  when they come in with those concerns?

22       A.    That it's misleading.  It makes it

23  sound like, you know, it's a terrible drug.  But

24  Coumadin is just as -- you know.  Everything --

25  it's an anticoagulant.  It's going to have an

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 146

1    increased risk of bleeding, but serves its

2    purpose and protects you from stroke.  That's

3    what I tell them.

4         Q.    Do you counsel your patients not to

5    just stop taking their medications because they

6    are seeing these lawyer ads?

7         A.    That's the worst part.  We have had

8    cases where people stroke out because they saw

9    those commercials and stop taking them.  We have

10   had cases like that.  And you wonder whether

11   there should be a law that goes back and says

12   you can't -- you know, it's negligent

13   advertising sometimes.  You wonder if there is

14   such a thing --

15        Q.    So how many patients in your practice

16   have stopped their medications and had strokes?

17             MR. BIRCHFIELD:

18                  Object to form.

19             THE WITNESS:

20                  I have heard of a couple of

21        cases.  We have had maybe two cases I have

22        heard so far.

23   EXAMINATION BY MS. du PONT:

24        Q.    Earlier Mr. Birchfield was asking, if

25   there was a simple blood test you could do for

Page 147

1   Xarelto, would you want that.  Are you familiar

2   with PT, prothrombin time test?

3        A.    Yes.

4        Q.    You are not -- the PT test has not

5   been approved by the FDA as an assayed measure

6   of the anticoagulation intensity?

7        A.    No.

8             MR. BIRCHFIELD:

9                  Object to form.

10  EXAMINATION BY MS. du PONT:

11       Q.    Are you aware of any assay that has

12  been approved by the FDA to measure the

13  coagulation effect of Xarelto?

14       A.    No.

15       Q.    I'm going to mark as Exhibit 22 a

16  coagulation report from Ochsner St. Anne General

17  Hospital.

18    (Exhibit No. 22 marked for identification.)

19             Do you see that?  Do you see that for

20  Joseph Boudreaux on February 3, 2014, which is

21  the date he came with the bleeding event?

22       A.    Bleeding, uh-huh.

23       Q.    That his prothrombin time was 13.6?

24       A.    Yes.

25       Q.    And that's just slightly above the

Page 148

1    normal range?

2         A.    Yes.

3         Q.    So even if PT were an appropriate

4    test to use, there is no evidence here that

5    Mr. Boudreaux's PT was particularly elevated, is

6    there, at the time of his bleeding event?

7              MR. BIRCHFIELD:

8                   Object to form.

9              THE WITNESS:

10                  No.

11             MS. du PONT:

12                  I don't think I have any further

13        questions, but I just want to look through

14        my notes.  Do you --

15             MR. McCAULEY:

16                  I'm going to have a few.  I

17        thought we could go off the record a

18        second and talk about checking the nurse's

19        records for samples if that's still

20        possible today.

21             THE WITNESS:

22                  Well, I have to get my nurses and

23        they are gone for the day.

24             MR. McCAULEY:

25                  Okay.  Fair enough.  That's what

Page 149

```
 1        I figured.  I thought by this hour they

 2        may have been gone.  So that's all I

 3        was -- I'm going to only have a few

 4        questions.  I won't be very long at all,

 5        so don't worry.  I don't have an outline.

 6        I think it's been covered very thoroughly,

 7        so I don't expect to have very many

 8        questions.

 9           MS. du PONT:

10              You want to take a brief break?

11           MR. McCAULEY:

12              Take two minutes?

13           THE VIDEOGRAPHER:

14              This is the end of tape three.

15        We are now off the record.  It's 6:14.

16        (An off-the-record discussion was held.)

17           THE VIDEOGRAPHER:

18              This is the beginning tape four.

19        We are now back on the record.  The time

20        is 6:20.

21           MS. du PONT:

22              I have no further questions at

23        this time.

24     EXAMINATION BY MR. McCAULEY:

25        Q.   All right, Doctor, my name is John
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

1    McCauley.  We were introduced just before the

2    start of the deposition today and I represent

3    the Janssen defendants in this case.  Okay?

4         A.    Yes.

5         Q.    And I don't think we -- I know we

6    haven't met before today.  Do you have any

7    different recollection?

8         A.    No.

9         Q.    I won't be very long.  I know the

10   hour is late, but I wanted to get just a few

11   more follow-up on a couple of things.

12              First, Dr. Wong, it looks like from

13   your CV that we have marked in the case that you

14   were born in 1962 and started in medical school

15   in Ireland in 1980; is that right?

16        A.    '81.

17        Q.    So you were like 18 or 19 when you

18   started medical school; is that right?

19        A.    Yes.

20        Q.    I think for most Americans that would

21   be a pretty young age.  Were you able to do your

22   undergraduate and medical school at the same

23   time?

24        A.    Yes.

25        Q.    It seems like a lot of work.  Was it

Page 151

1    quite a lot of work over there?

2         A.    It's not that unusual in Europe.

3         Q.    And then you went on to do additional

4    training in Ireland.  I think you did some in

5    County Westmeath?

6         A.    Yes, that's part of the internship.

7         Q.    And then when you did your residency,

8    did you come to the United States?

9         A.    Yes.

10        Q.    And based on your CV, it looks like

11   you did all your post medical training --

12        A.    Postgraduate training.

13        Q.    Postgraduate training at the Case

14   Western Reserve; is that right?

15        A.    Yes.

16        Q.    And I think -- I mean, the reputation

17   of Case Western is well known, but for those

18   people in the jury who may not understand what

19   Case Western is, could you give us a little

20   explanation of that -- that --

21        A.    Well, at that time in the internal

22   medicine program, the reason I went there was it

23   was ranked in the top 20, 25 in the country.

24   And me, not being an ivy league, it was next to

25   the ivy league kind of program.

Page 152

1      Q.    So that was one of the top -- top

2   programs in the country for internal medicine?

3      A.    Yes, it's huge program, yes.

4      Q.    And then -- then you went on to do a

5   residency at Case Western, or I'm sorry, a

6   fellowship?

7      A.    A fellowship.

8      Q.    And a fellowship is a little

9   different from a residency, isn't it?

10     A.    Yes, that's when you specialize.

11     Q.    You specialize with, and you work

12   under the supervision of very experienced

13   cardiologists at Case Western, right?

14     A.    Yes.

15     Q.    Case Western, like most medical

16   schools, is an academic institution with some of

17   the top doctors in the area?

18     A.    Yes, you could say that.

19     Q.    Working on cardiological issues.  And

20   so you actually spent in medical training, based

21   on your CV, from like 1981 to like 1995; is that

22   right?

23     A.    Yes.

24     Q.    And then you were a full-fledged

25   cardiologist?

Page 153

1        A.    Cardiologist, yes, 14 years.

2        Q.    So all of that training is what you

3   bring to bear when you meet a patient like

4   Mr. Boudreaux, right?  All that education, all

5   of that training, and then you get some

6   experience on top of that.

7        A.    Yes.

8        Q.    And I think you said something about

9   compliance as one of the -- I think you said

10  it's one of the most important things, and if I

11  put that in my words it would be, if you bring

12  all your training you have, if you bring that 13

13  years --

14       A.    14.

15       Q.    14 years -- let me not skimp -- 14

16  years of medical training to bear and all that

17  education doesn't matter one wit if the patient

18  doesn't follow your instructions; is that right?

19            MR. BIRCHFIELD:

20                Object to form.

21            THE WITNESS:

22                Right.

23  EXAMINATION BY MR. McCAULEY:

24       Q.    So you have to get them to comply

25  with the best medical advice that you can give

Page 154

1  them?

2       A.    Yes.

3       Q.    If they don't, then they might as

4  well -- they might as well go see a witch doctor

5  or something, right?

6            MR. BIRCHFIELD:

7                 Object to the form.

8            THE WITNESS:

9                 Yes.

10 EXAMINATION BY MR. McCAULEY:

11      Q.    So that's what you did with your

12 patients, including Mr. Boudreaux, is do your

13 best to ensure, the best you can, that what you

14 explain to them, what advice you give to them

15 and what medicines you give to them are going to

16 be things that they can easily and readily

17 comply with so far as is possible; is that true?

18           MR. BIRCHFIELD:

19                Object to form.

20           THE WITNESS:

21                Yes.

22 EXAMINATION BY MR. McCAULEY:

23      Q.    So let me talk about that a little

24 bit.  When you are prescribing a medication like

25 Xarelto or any blood thinner, one of the

Page 155

1    compliance issues is the patient has to take it

2    or else it won't do them any good, right?

3         A.    Right.

4         Q.    Some patients, I think you said, are

5    resistant to -- when they hear about blood

6    thinners, they are resistant to that idea at

7    first?

8         A.    Yes.

9         Q.    But you have to explain to them why

10   it's a good idea to take blood thinners, don't

11   you?

12        A.    Yes.

13        Q.    What do you tell a patient who is

14   resistant or who is worried about blood

15   thinners, what do you tell them to overcome

16   their fears?

17        A.    Well, actually I already mentioned

18   that earlier, that a stroke is irreversible most

19   of the time.  If you stroke out, your life is

20   going to be drastically changed if you are

21   paralyzed.  And I think that's -- you have to

22   put that to weigh why you have to do this to,

23   why you have to prevent this, as opposed to the

24   risk of bleeding which is there, but that can be

25   corrected.  People don't usually -- if they

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 156

1    bleed, you can stop it probably 90 percent of

2    the time.  The mortality is extremely low.

3         Q.    I think what you said, I remember the

4    court reporter had to ask you to say what you

5    said again, you called it an embolic stroke,

6    right?

7         A.    Yes.

8         Q.    That means it's an embolism or a

9    little clot of blood?

10        A.    That's showers of clots sometimes.

11        Q.    Sometimes showers of clots.  And so

12   here is what I want to understand.  With atrial

13   fibrillation, is it true that that creates an

14   environment in the heart that makes formation of

15   blood clots more likely?

16        A.    Yes.

17        Q.    And when you have that environment in

18   the heart, literally with every beat of the

19   heart there is a risk that a clot, or as you say

20   a shower of clots, can be sent from the heart

21   straight to the brain; is that true?

22        A.    True.

23             MR. BIRCHFIELD:

24                  Object to form.

25   EXAMINATION BY MR. McCAULEY:

Page 157

1      Q.    I think you said when you were

2   talking earlier that this risk of stroke -- by

3   the way, the word stroke implies to me it can

4   happen suddenly and without warning.  That's

5   what I take from that word stroke.  Is that what

6   you take from that word like stroke out?

7            MR. BIRCHFIELD:

8                Object to form.

9            THE WITNESS:

10                Yes, you could say that.

11   EXAMINATION BY MR. McCAULEY:

12      Q.    It can happen at any time, right?

13      A.    Right.

14      Q.    So when you have -- when you have

15   that risk, that's literally every beat of the

16   heart is a chance that there is going to be a

17   stroke sent -- a clot sent to the brain, and a

18   life -- as you put it, a life-altering stroke;

19   is that right?

20      A.    Yes.

21      Q.    Tell me if this is true.  When you

22   have a stroke I think you said it's

23   irreversible.  Is that true of an embolic

24   stroke?

25            MR. BIRCHFIELD:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 158

1                    Object to form.

2               THE WITNESS:

3                    It's mostly irreversible.

4    EXAMINATION BY MR. McCAULEY:

5          Q.    It's because it's very difficult to

6    get rid of a clot once there is one in the

7    brain; is that right?

8          A.    Right, correct.

9          Q.    You can't really go up and start

10   decoagulating that stroke in the brain?

11         A.    Sometimes if you catch them earlier,

12   sometimes you can give them thrombolytics, which

13   can reverse a stroke and abort it, but you have

14   to catch it early and there is always a risk of

15   bleeding after that, so it's a tough situation.

16         Q.    So curing the embolic stroke can lead

17   to a risk of bleeding to the brain or even a

18   hemorrhagic stroke in the brain?

19         A.    Correct.

20         Q.    So there is really nothing good about

21   having one of those strokes?

22         A.    Nothing good.

23         Q.    When you have a stroke like that, you

24   can lose your speech; is that right?

25         A.    Right.

Page 159

1        Q.     You can lose your muscle control?

2        A.     Yes.

3        Q.     You can become, as you mentioned,

4   paralyzed?

5        A.     Yes.

6        Q.     You can end up in a wheelchair?

7        A.     Yes.

8        Q.     You can end up in a nursing home?

9        A.     Yes.

10       Q.     You can end up dead?

11       A.     Yes.

12       Q.     These are all the things that you

13  would explain to a patient who is resistant to

14  blood thinners because he is scared about the

15  risk of bleeding, right?

16            MR. BIRCHFIELD:

17               Object to form.

18            THE WITNESS:

19               Yes.

20  EXAMINATION BY MR. McCAULEY:

21       Q.     Now, that risk of bleeding also

22  requires compliance of the patient too.  That

23  is, you have to have the patient as your good

24  partner in watching out for signs of bleeding

25  when they are on blood thinners, right?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 160

1           MR. BIRCHFIELD:

2               Object to form.

3           THE WITNESS:

4               Yes.

5    EXAMINATION BY MR. McCAULEY:

6       Q.    They have to be alert --

7       A.    Yes.

8       Q.    Is it true they have to be alert to

9    that?

10      A.    Yes.

11      Q.    You can't watch them 24 hours a day;

12   they are out in the world?

13      A.    Right.

14      Q.    Do you depend on your patients to

15   look out for those things?

16      A.    Yes.

17      Q.    If you are depending on your patients

18   to look out for these signs of bleeding, then

19   obviously they need to know about the risk of

20   bleeding?

21      A.    Yes.

22      Q.    So it's not just -- it's not just

23   that you are describing risks of bleeding in the

24   abstract, you are saying -- is it true you are

25   telling the patient:  I'm telling you about

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 161

1    these risks so that you know what to look for in

2    case something happens in your life; is that

3    right?

4              MR. BIRCHFIELD:

5                   Object to form.

6              THE WITNESS:

7                   Yes.

8    EXAMINATION BY MR. McCAULEY:

9         Q.    So is there any doubt in your mind --

10   well, let me ask you this question.  You talked

11   about Veronica Theriot; have I said her name

12   right?

13        A.    Yes.

14        Q.    How long did she work for you before

15   she got the promotion?

16        A.    Oh, she is a very experienced nurse.

17   She's been around for 20 years.

18        Q.    Have you worked for her -- with her

19   for a long time?

20        A.    She's worked for me for over ten

21   years.

22        Q.    So did you have a lot of confidence

23   in her ability to interact with patients?

24        A.    Absolutely.

25        Q.    Tell me why you had such confidence

Page 162

1   in Veronica Theriot.

2        A.    Because she is extremely competent.

3   I would think she is probably the top one

4   percent of registered nurses.  She is a very

5   sharp person.  Anybody who works with her would

6   know that.  She is now in charge.  She used to

7   be -- she's done a lot of work around here.

8   Everybody knows her.

9        Q.    Do you have -- did you have a lot of

10  confidence in having Veronica Theriot be the

11  person who sat down with the patient and

12  answered their questions about blood thinners?

13       A.    Yes.  Oh, absolutely, yes.

14       Q.    And would you have entrusted -- can

15  you think of anyone that you would have thought

16  better for that job than Veronica Theriot?

17       A.    She is perfect for that.  She is the

18  most -- person with the most integrity and

19  competence to do that.

20       Q.    And so we saw -- I won't bring it out

21  again, mostly because I would spend time

22  rummaging through the papers, but we saw that

23  checklist of things that she went through.  Is

24  that kind of an example of her thoroughness,

25  going through that checklist?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 163

1      A.    Yes.

2      Q.    You said -- and I wanted to ask this

3   follow-up question about that.  You said that

4   the nurse has a package for the patient and I

5   wondered if there was literally a package that

6   was given to the patient about blood thinners?

7      A.    Yeah, we -- it changes all the time,

8   because we change a lot from Coumadin to NOACs.

9   I'm not exactly sure if the hospital has a

10  package or we have a package or both, and what

11  we actually give to the patients now.

12     Q.    But it's important -- let me make

13  sure this is true.  It's important for you as

14  the doctor and for Nurse Theriot as the nurse

15  who is sitting down with the patient and

16  explaining these things to them that they

17  understand before they leave what the risks and

18  benefits are and what they need to look for?

19          MR. BIRCHFIELD:

20              Object to form.

21          THE WITNESS:

22              Yes.

23  EXAMINATION BY MR. McCAULEY:

24     Q.    So to the extent possible, you rely

25  on just the oral communication with the patient,

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 164

1    that's one thing you rely on, right?

2        A.    Yes.

3            MR. BIRCHFIELD:

4                Object.

5    EXAMINATION BY MR. McCAULEY:

6        Q.    But also if you have some -- if you

7    have -- he is allowed to object if I ask a

8    question that he thinks in some way may be out

9    of whack but that's all right, and I do

10   sometimes, so don't worry about that.  It's a

11   form thing not a substance thing.

12           So when you sit down with, or when

13   you or Nurse Theriot sits down with that

14   patient, if you can you like to give them

15   written materials they can take home and look

16   at; isn't that true?

17           MR. BIRCHFIELD:

18               Object to form.

19           THE WITNESS:

20               Yes.

21   EXAMINATION BY MR. McCAULEY:

22       Q.    And so, if there is a medication

23   guide available, for example, with the

24   particular drug, whether it be Xarelto or

25   Warfarin or Eliquis, you like to provide them

Page 165

1    with that medication guide to the extent it's

2    available to you?

3              MR. BIRCHFIELD:

4                   Object to form.

5              THE WITNESS:

6                   Yes.

7    EXAMINATION BY MR. McCAULEY:

8         Q.    And, of course, would you expect that

9    Nurse Theriot would be fully familiar with the

10   prescribing information for Xarelto and the

11   other NOACs that are prescribed to your

12   patients?

13        A.    Yes.

14        Q.    And has she demonstrated that

15   familiarity to you or do you have confidence

16   that she has?

17        A.    Yes.

18        Q.    And tell me why that is, why do you

19   think so?

20        A.    Because we have worked together for a

21   long time and we have been using these drugs for

22   a long time and we deal with it every day.

23        Q.    And so now, when we talked about

24   compliance, I think you mentioned about four

25   things about NOACs that you liked better than

Page 166

1   Warfarin.

2        A.    Yes.

3        Q.    I think you named those four things

4   very early in the questioning.  And if I

5   understood your testimony correctly, if you look

6   at all of those things you listed, every single

7   one of them goes back to that principle that you

8   want the patient to follow your instructions,

9   right?

10            MR. BIRCHFIELD:

11                 Object to form.

12            THE WITNESS:

13                 Right.

14   EXAMINATION BY MR. McCAULEY:

15        Q.    So for example, it doesn't -- it

16   doesn't do your patients one bit of good to

17   prescribe a drug that they cannot afford to take

18   because they won't take it, right?

19        A.    Right.

20        Q.    And it does your patients no good to

21   prescribe a drug that the insurance company

22   doesn't have on its formulary?

23        A.    Right.

24        Q.    So you have to make sure that's

25   correct, right?

Page 167

1      A.    Correct.

2      Q.    And that's not just because you want

3  to save the guy a couple of bucks; you want to

4  make sure that they are taking their medication?

5          MR. BIRCHFIELD:

6               Object to form.

7          THE WITNESS:

8               Yes.

9  EXAMINATION BY MR. McCAULEY:

10      Q.    It's also true that -- I think you

11  said that you can have your green leafy

12  vegetables on some of these NOACs, whereas you

13  have to watch it with Warfarin.

14      A.    You have to repeat that.

15      Q.    We've been distracted by someone

16  coming in the door.

17      A.    Probably the cleaners.

18      Q.    So that's one of the benefits of the

19  new NOACs; it's not just convenient, but it's

20  also a compliance issue, isn't it?

21          MR. BIRCHFIELD:

22               Object to form.

23          THE WITNESS:

24               Yes.

25  EXAMINATION BY MR. McCAULEY:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 168

1          Q.    Because somebody, for example, who

2     has diabetes and is watching their weight may

3     wish to have a salad, a green salad sometimes

4     instead of the hamburger or the -- or the

5     dessert, right?

6               MR. BIRCHFIELD:

7                    Object to form.

8               THE WITNESS:

9                    Yes.

10    EXAMINATION BY MR. McCAULEY:

11         Q.    They can't do that if they are on

12    Warfarin?

13         A.    They shouldn't.

14         Q.    They shouldn't do it, because it

15    could interfere with Warfarin's very narrow

16    range of therapeutic effectiveness, right?

17              MR. BIRCHFIELD:

18                   Object to form.

19              THE WITNESS:

20                   Yes.

21    EXAMINATION BY MR. McCAULEY:

22         Q.    That's a very, very narrow range you

23    have to keep them in two and three on the scale,

24    you have to keep them right between two and

25    three if you want to do it just right; is that

Page 169

1   right?

2           MR. BIRCHFIELD:

3                Object to form.

4           THE WITNESS:

5                Yes.

6   EXAMINATION BY MR. McCAULEY:

7       Q.   Very difficult to do even if they

8   just have one salad in a week that could throw

9   it off kilter, if they are not careful, right?

10          MR. BIRCHFIELD:

11               Object to form.

12          THE WITNESS:

13               Yes.

14  EXAMINATION BY MR. McCAULEY:

15      Q.   That's not an issue you have with any

16  of the NOACs, correct?

17          MR. BIRCHFIELD:

18               Object to form.

19          THE WITNESS:

20               Yes.

21  EXAMINATION BY MR. McCAULEY:

22      Q.   And I think you said that -- tell me

23  if this is correct, the compliance program with

24  Warfarin can be very difficult, can't it?

25      A.   Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 170

1     Q.    Because you have to monitor,

2   sometimes once weekly, sometimes once every two

3   weeks, sometimes every three weeks, or at least

4   once a month you have to be monitoring those

5   patients, right?

6           MR. BIRCHFIELD:

7               Object to form.

8           THE WITNESS:

9               Yes.

10  EXAMINATION BY MR. McCAULEY:

11    Q.    To keep it within that very narrow

12  therapeutic range.  And if you don't monitor at

13  that frequency or if the patient, they go on

14  vacation, they forget, they have a car problem,

15  they have something, they might not get to the

16  Coumadin clinic, right?

17          MR. BIRCHFIELD:

18              Object to form.

19          THE WITNESS:

20              Yes.

21  EXAMINATION BY MR. McCAULEY:

22    Q.    That can be a real problem with

23  compliance, because compliance with Warfarin is

24  even more difficult than it is with any of the

25  NOACs.  Do you agree with that?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 171

```
 1            MR. BIRCHFIELD:
 2                 Object to form.
 3            THE WITNESS:
 4                 Yes.
 5   EXAMINATION BY MR. McCAULEY:
 6        Q.    Doctor, I think you also said
 7   availability of samples is an issue, right?
 8        A.    Yes.
 9        Q.    And samples become available because
10   reps from the drug companies drop them off at
11   your clinic for use with your patients?
12        A.    Yes.
13            MR. BIRCHFIELD:
14                 Object to form.
15   EXAMINATION BY MR. McCAULEY:
16        Q.    But you don't have an infinite supply
17   of samples?
18        A.    No.
19        Q.    You have to -- you have to ration out
20   the samples that you have on hand; is that true?
21            MR. BIRCHFIELD:
22                 Object to form.
23            THE WITNESS:
24                 Yes.
25   EXAMINATION BY MR. McCAULEY:
```

Page 172

1          Q.     So if somebody has insurance, then

2     you are going to expect that they get their

3     Xarelto or their Eliquis or whatever drug you

4     are prescribing through their insurance first

5     before they come to ask you for samples, right?

6               MR. BIRCHFIELD:

7                    Object to form.

8               THE WITNESS:

9                    Yes.

10    EXAMINATION BY MR. McCAULEY:

11         Q.     And, of course, when they are leaving

12    the hospital, they may need a little bridge time

13    to get from hospital to time when their

14    prescription is filled; is that right?

15         A.     Yes.

16         Q.     So you are not going to give out free

17    samples just for the asking; you will give them

18    out as needed, so that you have --

19         A.     Yes.

20         Q.     Because there are some very needy

21    patients without insurance that need samples

22    more often; isn't that true?

23              MR. BIRCHFIELD:

24                   Object to form.

25              THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 173

```
 1              Yes.
 2  EXAMINATION BY MR. McCAULEY:
 3      Q.    You have patients without any
 4  insurance at all, right?
 5      A.    Right.
 6      Q.    If they were going to take Xarelto or
 7  one of these newer drugs, they would have to pay
 8  out of pocket if they couldn't get samples?
 9          MR. BIRCHFIELD:
10              Object to form.
11          THE WITNESS:
12              Yes.
13  EXAMINATION BY MR. McCAULEY:
14      Q.    So you like to preserve whatever
15  samples you have for those especially-needy
16  patients of yours, right?
17          MR. BIRCHFIELD:
18              Object to form.
19          THE WITNESS:
20              There are many -- many cases,
21      yeah, yes.
22  EXAMINATION BY MR. McCAULEY:
23      Q.    And a patient like Mr. Boudreaux, who
24  obviously he is not King Midas, but he is
25  lucky -- he is fortunate to have insurance that
```

Page 174

1    covers his NOAC prescription, right?

2            MR. BIRCHFIELD:

3                Object to form.

4            THE WITNESS:

5                Yes.

6            MR. McCAULEY:

7                Give me one second, Doctor.  I

8        think I'm pretty much -- Dr. Wong, I very

9        much appreciate your time today.  I don't

10       have any further questions and counsel,

11       Mr. Birchfield, may have some additional

12       ones, in which case we may have a few

13       follow-up.

14           THE WITNESS:

15               Sure.

16   EXAMINATION BY MR. BIRCHFIELD:

17       Q.    Just a few areas I want to follow up

18   on.  One of the last areas that Ms. du Pont

19   asked you about was whether or not you

20   understood that there was no approved assay to

21   measure the anticoagulant effect of Xarelto; is

22   that correct?

23       A.    She asked me if I was aware of any

24   regularly-approved monitoring of, assay of

25   Xarelto or PT that monitors it.

Page 175

1        Q.    Does the fact that there is not an

2    FDA-approved assay, does that -- does that

3    suggest to you that there is no effective way to

4    measure the anticoagulant effect of Xarelto?

5        A.    It doesn't a hundred percent, but if

6    it's not regularly approved by the FDA,

7    generally we don't look for it.

8        Q.    If the company knew of a way to

9    effectively measure the anticoagulant effect but

10   did not share that with doctors in the U.S.,

11   would you find that troubling?

12            MS. du PONT:

13                 Objection; form.

14            THE WITNESS:

15                 I would find that troubling only

16        if it had an impact on patient management,

17        if it was something that clearly impacts

18        the safety.

19   EXAMINATION BY MR. BIRCHFIELD:

20       Q.    If it had clinical significance, you

21   would find that troubling, right?

22            MR. McCAULEY:

23                 I object.

24            MS. du PONT:

25                 Objection.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 176

1              THE WITNESS:

2                  To some extent.  Again, if that

3         was -- had a large impact.  If it had no

4         impact -- no clinical significance, then I

5         would assume that the FDA does not really

6         think it's that important.

7    EXAMINATION BY MR. BIRCHFIELD:

8         Q.    Dr. Wong, do you consider the risk of

9    major bleeding to be basically the same among

10   all the NOACs?

11        A.    Yes.

12        Q.    And if there was a difference, would

13   that alter your prescribing habits?

14             MR. McCAULEY:

15                 I object.

16             MS. du PONT:

17                 Objection.

18             THE WITNESS:

19                 If it was statistically clearly

20        significant.

21                 The reason I say statistically

22        clearly significant, all studies are going

23        to have different numbers and it depends

24        pretty much on the patient population, the

25        selection of the patients they are doing

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 177

1           their trials on, so they are going to have

2           different numbers.  And there are going to

3           be some fluctuation, but there has some

4           clear and I count on FDA and my

5           publications to tell me that, yes.

6     EXAMINATION BY MR. BIRCHFIELD:

7         Q.    Doctor, will you go back to

8     Exhibit 12.  It's the August 2013 label.

9             MR. McCAULEY:

10               If you want, I can give him my

11        copy.

12           THE WITNESS:

13               No, that's 11.

14           MR. McCAULEY:

15               I have 13 right here.

16           MR. BIRCHFIELD:

17               12.

18           MR. McCAULEY:

19               I have 12.  I have 12.  You can

20        borrow mine, Doctor.

21    EXAMINATION BY MR. BIRCHFIELD:

22        Q.    Doctor, if you will look at

23    Exhibit 12.  If you will notice on the

24    right-hand side about halfway down it says:

25    Revised August 2013.  Do you see that on the far

Page 178

1    right-hand side?

2         A.    Revised August 2013, correct, yes.

3         Q.    You looked at this earlier.  If you

4    go to Page 11 and Table 1.  Ms. du Pont asked

5    you questions about Table 1; you recall that?

6         A.    Yes, I recall.

7         Q.    And in regards to the fatal bleeding

8    entry, my notes say that you were asked if the

9    fatal bleeding looks better for Xarelto versus

10   Warfarin.

11        A.    Yes.

12        Q.    Is there a statistically significant

13   difference between the fatal bleeding in

14   Warfarin and Xarelto?

15        A.    I think --

16            MS. du PONT:

17                Objection.

18            THE WITNESS:

19                -- in most of these numbers they

20       were statistically -- most of those were

21       not statistically, but there was a trend

22       just like in all the other NOACs.

23   EXAMINATION BY MR. BIRCHFIELD:

24        Q.    If you will turn one more place

25   there.  Turn to Page 27.  And you were asked

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 179

1    about the time in therapeutic range in the

2    ROCKET study for Warfarin?

3         A.    Yes.

4         Q.    And in the ROCKET study, the time in

5    therapeutic range is 55 percent.  Do you recall

6    that?

7         A.    Yes.

8         Q.    And then if you look at the last full

9    paragraph on that page, in the last sentence it

10   says that there is insufficient experience to

11   determine how Xarelto and Warfarin compare when

12   Warfarin therapy is well controlled.

13              Would it be -- would that be

14   important information to know how Xarelto

15   compared when Warfarin therapy is well

16   controlled?

17              MR. McCAULEY:

18                   I object.

19              MS. du PONT:

20                   Objection.

21              THE WITNESS:

22                   Yeah, I think -- I think so, yes.

23   EXAMINATION BY MR. BIRCHFIELD:

24        Q.    It's telling -- it's telling us that

25   in the ROCKET study where you are comparing

Page 180

1   Xarelto with Warfarin and the Warfarin arm is

2   not well controlled --

3          A.    That's the equivalent.

4          Q.    And it didn't show superiority, it

5   only showed it was no worse than; is that right?

6              MR. McCAULEY:

7                   I object.

8              MS. du PONT:

9                   Objection.

10  EXAMINATION BY MR. BIRCHFIELD:

11         Q.    Is that right, Doctor?

12         A.    Yes.

13         Q.    Doctor, if you will turn to

14  Exhibit 13 and if you will go to Page 5, it's

15  Figure 1.  I know it's really hard to see, it's

16  pretty small print, but down toward the bottom

17  we see the geographic region, the comparison

18  between Xarelto (rivaroxaban) versus Warfarin.

19  Do you see that?

20         A.    Yes.

21         Q.    And, Doctor, is it -- is it your

22  understanding that Warfarin management would be

23  better and better controlled in the U.S. versus

24  some third-world countries, for example?

25              MS. du PONT:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 181

1              Objection.

2          THE WITNESS:

3              The rest of the ROCKET study, was

4      it in Africa?

5  EXAMINATION BY MR. BIRCHFIELD:

6      Q.   Do you recall that there were about

7  45 different countries?

8      A.   Right, right.

9          MS. du PONT:

10             Objection.

11         THE WITNESS:

12             But it looks like it was better

13      controlled in the U.S.

14  EXAMINATION BY MR. BIRCHFIELD:

15     Q.   Doctor, if you look at for U.S., the

16  difference in the major bleeds is what

17  percentage?  1.5, do you see that, 1.50?

18     A.   Yes.

19     Q.   And, Doctor, is the 1.50, that would

20  represent a 50 percent increase from major

21  bleeds in the Xarelto arm versus the Warfarin

22  arm; is that correct?

23     A.   Yes.

24     Q.   And can you tell from this label

25  whether that is statistically significant or

Page 182

1   not?

2        A.    I would have to ask the statistician

3   to tell me that, because it's part of a subset

4   of a study.  But just, if you look at just the

5   one line like this, yes.

6        Q.    Doctor, that information that

7   pertains to the U.S., the patients from the U.S.

8   in the ROCKET study, that was not included in

9   the label that was in effect when you prescribed

10  this or when -- in January of 2014; do you

11  recall that?

12       A.    I don't know.

13       Q.    If there is a 50 percent increase in

14  risk for major bleeds on Xarelto versus

15  Warfarin, would that be important information

16  for you to consider in prescribing Xarelto?

17            MS. du PONT:

18                Objection.

19            THE WITNESS:

20                Yes.

21            MR. BIRCHFIELD:

22                Thank you, Doctor.

23            THE VIDEOGRAPHER:

24                We are now off the record at

25        6:52.

Page 183

1       (An off-the-record discussion was held.)

2             THE VIDEOGRAPHER:

3                   We are now back on record.  The

4         time is 6:54.

5    EXAMINATION BY MS. du PONT:

6       Q.    Doctor, we were talking, or

7    Mr. Birchfield was talking to you before the

8    break about Figure 1?

9       A.    Yes.

10      Q.    And we discussed earlier today that

11   this is a subgroup analysis, correct?

12      A.    Yes.

13      Q.    And the note in the label actually

14   says that you do not take into account how many

15   comparisons were made, nor do they reflect the

16   effect of a particular factor after adjustment

17   for all other factors.  Do you see that?

18      A.    Yes.

19      Q.    And you understand that when you are

20   looking at subgroup analysis, there can be

21   multiple comparisons and that the subgroups can

22   represent numbers that are due to chance, right?

23            MR. BIRCHFIELD:

24                  Object to form.

25            THE WITNESS:

Page 184

1              Right.  And that's why I said in

2          this -- when he asked me that from this

3          question, that I think I'll have to resort

4          to a statistician to tell me if it's an

5          isolated number like this in a subgroup,

6          how significant that is.  That's hard to

7          tell sometimes.

8     EXAMINATION BY MS. du PONT:

9          Q.    Right.  And you told us earlier --

10         A.    In a big study like this.

11         Q.    Right.  And you told us earlier that

12    your prescribing habits for your patients with

13    Xarelto and have not changed as a result of this

14    figure, correct?

15         A.    Correct.

16             MS. du PONT:

17              I have no further questions.

18             THE VIDEOGRAPHER:

19              Today's deposition consists of

20         four tapes.  This is the end of tape four.

21         We are now off the record at 6:56.

22

23      (Whereupon, the deposition was concluded.)

24                    *      *      *

25

Page 185

1                    REPORTER'S CERTIFICATE

2

3          This certification is valid only for a
    transcript accompanied by my original signature
4    and original required seal on this page.

5

6          I, Pat Kennedy Quintini, Certified Court
    Reporter in and for the State of Louisiana, as
7    the officer before whom this testimony was
    taken, do hereby certify that KENNETH E. WONG,
8    M.D., after having been duly sworn by me upon
    authority of R.S. 37:2554, did testify as
9    hereinbefore set forth in the foregoing 184
    pages; that this testimony was reported by me in
10   the stenotype reporting method, was prepared and
    transcribed by me or under my personal direction
11   and supervision, and is a true and correct
    transcript to the best of my ability and
12   understanding; that the transcript has been
    prepared in compliance with transcript format
13   guidelines required by statute or by rules of
    the board, that I have acted in compliance with
14   the prohibition on contractual relationships, as
    defined by Louisiana Code of Civil Procedure
15   Article 1434 and in rules and advisory opinions
    of the board; that I am not related to counsel
16   or the parties herein, nor am I otherwise
    interested in the outcome of this matter.

17

18

19

20          _____

21          PAT KENNEDY QUINTINI
            CERTIFIED COURT REPORTER
22

23

24

25

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 186

**A**

ability 21:22
  161:23 185:11
able 22:13 23:2
  141:13 150:21
abort 158:13
absolute 56:25
absolutely
  161:24 162:13
abstract 160:24
academic
  152:16
acceptable
  23:20
accident 120:18
accompanied
  122:3 185:3
account 72:7
  110:23 183:14
accurate 76:8,18
accused 76:22
ace 127:16
acid 69:18
acted 185:13
acting 63:4
action 118:24
activities 120:7
activity 39:20
  41:1,7
actual 131:11
  141:23
acute 128:22
additional 69:2
  151:3 174:11
adjust 89:12
adjustment
  110:25 183:16
administering
  8:20
administration
  99:2
admission 53:14
  53:16,17 69:9
  131:10
admit 131:23

admitted 51:17
  52:3,7 53:9,19
  67:19 115:15
  141:3
admitting 15:7
  123:11
ads 145:9 146:6
adulate 140:8
advantage 27:16
  27:24 28:3
  29:15,16 31:14
advantages
  19:10
advertisement
  145:17
advertising
  145:6,12
  146:13
advice 153:25
  154:14
advises 122:10
advisory 185:15
af 25:13 104:23
  106:19,22
  107:6 108:14
  108:23 109:14
affect 144:18
afford 21:23
  22:14 23:14
  30:11 166:17
affordable 22:9
afib 14:6 57:17
  68:3,18 75:10
  75:12 82:4,19
  132:5 137:23
aforementioned
  8:4
africa 181:4
afternoon 10:6
  59:17
ag 1:23
age 73:12 83:24
  86:4 88:8
  128:9,19
  150:21

agency 65:4
agent 101:21
aggressive 132:4
ago 10:8 80:19
  133:18
agree 75:22
  79:20 80:8,22
  94:3 96:3
  138:11 170:25
agreed 8:2
ahead 15:12
  36:11 42:16
  132:24
al 1:7 54:6
alabama 1:17
alert 120:16
  160:6,8
allegations
  10:18
allen 1:15
allopurinol
  69:15 92:23
  93:15
allow 28:7
allowed 8:5
  164:7
alter 111:19
  176:13
altered 112:2,8
  112:13
amended 121:22
american 4:19
  4:20 76:2 77:9
  82:1,2 84:20
  84:20
americans 77:3
  150:20
amiodapine
  69:19
amiodarone
  92:8,12,15
  93:4,16 138:2
analysis 183:11
  183:20
ancalade 2:9 9:3

andy 1:16 9:18
  10:7
aneurysms
  85:21
anne 67:4,6,19
  117:8 142:13
  147:16
annes 117:20
  119:17 120:22
anns 117:10
answer 8:14
  18:17 24:18
  27:1,3 33:19
  33:21 34:9
  35:12 44:23
answered
  162:12
answering 18:19
antagonizes
  89:9
anterior 128:8
  128:13
antibiotics
  88:21
anticoagulant
  16:11 17:1,18
  18:11 22:11
  38:2,21 79:17
  79:18 81:13,19
  83:15 84:16
  86:11,23
  116:13,23
  139:3,5,11
  145:25 174:21
  175:4,9
anticoagulants
  43:22 79:21
  80:9,15,23
  81:22 82:22
  92:20 93:2
  102:3
anticoagulate
  14:14,17 15:25
  23:10 47:15
anticoagulated

115:17
anticoagulating
  15:24 41:21
  42:20
anticoagulation
  5:21 16:8 17:4
  17:10,19 18:25
  30:16 51:13
  55:5 79:14
  84:12,14 85:6
  87:9 88:22
  89:12 118:8,24
  119:7 138:3,3
  138:14,19,25
  147:6
antidote 101:17
  101:21
antifactor 39:19
antiinflammat...
  70:25 86:6
  102:16
anybody 162:5
anyway 46:17
apixaban 82:23
apologize 77:1
  84:19 109:2
apparent 20:6
appearances
  1:13 2:1
appears 109:23
  121:4
appendage
  140:2
applies 44:7
appreciate
  174:9
appropriate
  23:6 126:9
  148:3
approval 25:20
  32:17
approved 32:13
  147:5,12
  174:20 175:6
aptt 14:23 15:9

area 59:1 67:3
128:17 152:17
areas 66:15,15
77:23 174:17
174:18
arm 180:1
181:21,22
arrange 16:19
16:23
arranges 64:1
arrhythmia
68:14 73:3
arrow 137:19
artery 74:20
104:7
article 185:15
asa 138:13
aside 77:15
asked 11:18
67:22 84:18
135:2,19
174:19,23
178:4,8,25
184:2
asking 43:17
57:6,9 146:24
172:17
asks 11:14 60:12
aspirin 52:12
53:6 55:6
69:23,25 70:3
102:3,7,16,22
104:2,3,5
134:3 135:3,5
137:25 138:4
138:18
assay 147:11
174:20,24
175:2
assayed 147:5
assessment 14:5
68:17 130:1
133:22 137:22
141:8 143:21
assist 141:7

associated 43:8
association 4:20
82:2 84:20
assume 176:5
atria 68:15
atrial 4:24 14:2
14:3 25:23,24
25:25 37:14
68:15 72:15,18
72:19 73:2,6
73:13,16,25
74:4,6,8,11,16
74:18,24 75:3
75:10 77:17,18
78:4,18,22
79:1,9,11,13
81:11,18 87:4
95:12 96:4
99:5 104:15
113:12,13
116:2 118:21
127:2,6 128:6
129:4 130:9
140:2 156:12
atrium 72:20,22
140:1,3
attack 82:20
103:24 128:13
128:16,24,25
130:7
attacks 70:1
80:1
attend 97:3
attorneys 1:18
1:22 2:5
august 97:23
177:8,25 178:2
authority 185:8
availability
19:20 58:9
171:7
available 17:15
20:19 31:25
37:13,17 39:3
39:3,13 45:10

46:5,9 47:20
57:21 58:2,19
59:5 101:18,22
111:25 112:11
164:23 165:2
171:9
average 32:7
76:2 77:9
106:18
avoid 89:6 120:7
aware 58:20
62:10 63:21
70:3 101:19
102:15,20,24
105:23 106:5
107:4 119:9
121:6 122:17
124:16 125:1,3
147:11 174:23

**B**

b 1:20
baby 104:3,4
back 13:24
21:13 30:5
43:21 49:11
55:3,17 58:7
59:14 60:21
71:19 84:9
104:12 108:4
121:23 124:20
124:24 130:4,4
130:8 132:17
132:20 134:10
135:17 136:18
140:21 142:15
142:16 146:11
149:19 166:7
177:7 183:3
background
65:14
bad 74:17 94:20
114:15,16
balance 138:2
baltimore 2:4

based 23:15
25:22 27:14
29:14 32:5
74:22 125:18
131:25 151:10
152:20
baseline 16:4
108:23
basically 76:1
127:8,9 136:25
176:9
basis 25:18
58:13
bataf 87:8
bates 4:7,17 5:5
5:10,15
bayer 1:22,23
9:21 59:18,23
bear 153:3,16
beasley 1:15
beat 156:18
157:15
beating 132:18
began 74:6
81:10
beginning 3:14
5:7,12 49:10
108:3 149:18
begins 5:2
believe 36:1,8,9
36:13 38:24
39:20 46:6
84:8 126:9
142:9
beneficial 96:4
benefit 112:16
138:2
benefits 30:2
97:19 101:10
101:11 103:3
112:22 113:5
143:25 163:18
167:18
benign 72:2
best 20:25 79:3

135:11 153:25
154:13,13
185:11
better 22:4 24:6
26:20 27:7
30:2 31:13
58:2 91:8
105:20 115:22
130:2 131:14
131:18 137:13
162:16 165:25
178:9 180:23
180:23 181:12
big 23:19 57:23
142:12 184:10
bind 88:18,18
bioavailability
41:7 88:13,16
birchfield 1:16
2:20,23 9:17
9:18 10:5,7
13:2,4 15:16
19:13 20:8
24:16 25:7
26:12 27:25
28:25 29:7
33:1,13,25
34:14,21 35:8
35:15 36:18
37:2 38:19
39:15 40:11
41:2,19 42:3
42:11,19 43:4
43:20 44:1,9
44:24 45:8,20
49:13 57:2,24
59:6 67:11
75:13 76:4
78:13 84:24
90:24 91:9
94:15 96:7,19
99:13 103:6
110:1,15
111:13 112:3
112:24 118:9

118:16 121:1
122:7 126:11
139:7,13
141:24 143:1
143:14,22
144:3,10,24
146:17,24
147:8 148:7
153:19 154:6
154:18 156:23
157:7,25
159:16 160:1
161:4 163:19
164:3,17 165:3
166:10 167:5
167:21 168:6
168:17 169:2
169:10,17
170:6,17 171:1
171:13,21
172:6,23 173:9
173:17 174:2
174:11,16
175:19 176:7
177:6,16,21
178:23 179:23
180:10 181:5
181:14 182:21
183:7,23
**bit** 30:17 37:9
60:21 128:15
154:24 166:16
**black** 98:18,19
98:24 133:8,9
**bleed** 19:6 24:5
32:2 41:12
42:6 52:8,16
53:10,15 54:24
85:17,19 86:8
103:20 114:12
114:15,16,17
114:19 137:17
156:1
**bleeding** 24:7,8
40:17 45:25

46:2,25 48:8
70:5 71:4 80:9
80:25 81:2,8
81:12 85:5,8
85:16,23 86:2
86:17 90:6
93:20,25 94:5
94:22 98:9,10
98:16,23
100:13,17,18
100:20,21,25
101:3,10 102:9
102:10,10,17
104:23 105:4
105:10,13,20
106:1 108:14
108:22 109:19
111:21 113:23
113:24 114:1,8
114:10,11,22
115:2 119:19
119:20,22,24
120:2,5,11,14
121:7 122:12
122:19 133:15
134:1 135:4,9
135:12 136:1,6
136:7 138:14
138:19,23
139:12 141:18
141:23 142:5
146:1 147:21
147:22 148:6
155:24 158:15
158:17 159:15
159:21,24
160:18,20,23
176:9 178:7,9
178:13
**bleeds** 19:8,8,9
31:22,24 32:20
33:8 34:3
181:16,21
182:14
**blood** 13:25

39:24 41:11
43:5 44:11
45:9 47:11
48:7,9,11
53:18 69:21
71:10,14 72:11
74:13 79:14,23
88:18 98:11
113:19,22
114:4,6,18
118:20 119:1
120:19 131:18
133:25 134:6
134:14 135:8
135:16,17
136:3,5,9,11
136:18 140:13
141:14 142:2,6
146:25 154:25
155:5,10,14
156:9,15
159:14,25
162:12 163:6
**board** 31:11
66:14,16,17,21
185:13,15
**body** 99:20
**book** 23:21 58:4
**borderline**
68:19 127:6
**boring** 95:8
**born** 65:15,16
150:14
**borrow** 177:20
**bottom** 30:10
37:23 52:10,25
53:2 180:16
**boudreaux** 1:7
3:10 4:12 5:18
5:23 6:2,6,11
6:16,20 7:3,8
10:10,17,22
12:3,5 13:13
16:25 19:22,23
23:7 47:15,24

48:3,20 50:6,8
50:14 54:21
55:10 56:6
62:16 67:15
68:5 69:6,11
71:17 72:14
73:20,21 75:8
78:3 79:2
81:11,18,22
85:25 86:4
92:11 95:10
98:3,15 100:5
100:24 101:20
102:21 103:5
104:9 105:24
106:6 107:18
112:1,12,14,21
114:25 115:1
120:21 122:16
123:2,20
124:11,17
125:17 126:10
129:11 130:1
130:19 131:2
133:22 137:6
139:19 140:11
141:17 142:10
147:20 153:4
154:12 173:23
**boudreauxs**
60:18 74:23
83:17 86:20
122:4 148:5
**box** 1:17 98:18
98:19,24
**bph** 71:24
**brain** 77:24
156:21 157:17
158:7,10,17,18
**break** 11:21
49:2,14 55:17
95:3 107:22
111:8 149:10
183:8
**breath** 13:17

68:7 73:19
84:10 116:1
136:13 141:4,5
**bridge** 125:13
172:12
**brief** 65:13
149:10
**briefly** 12:6
60:23
**bring** 11:14,15
11:19 55:18
60:12 153:3,11
153:12 162:20
**brought** 10:9
**bucks** 167:3
**bun** 135:25
**buy** 21:22
**bypass** 74:19

## C

**c** 1:15 4:6,6
**calculate** 81:23
**calculated** 83:19
**call** 28:20 74:10
74:12 77:21
120:12 140:2
**called** 4:16 32:6
124:3 141:6
156:5
**candidate**
139:23
**cant** 13:9 20:15
22:4 28:22
29:13 31:8,14
32:8 48:24
54:3 56:10,14
56:25 57:11
58:6 79:6 89:3
95:17 103:17
125:16 135:22
140:24 146:12
158:9 160:11
168:11 169:24
**car** 170:14
**cardiological**

152:19
**cardiologist**
54:8 79:12
152:25 153:1
**cardiologists**
81:17 152:13
**cardiology** 3:9
4:21 5:17 7:2
53:16 66:3,19
67:23 82:2
84:21 115:7
117:5
**cardiomyopat...**
115:20 137:24
**cardiovascular**
1:10 3:20 6:14
6:19 54:9
66:10,17 78:9
97:14 120:22
122:22
**cardioversion**
48:17 49:21
50:1,4 51:1,5,8
51:11,14,17
130:12,15,18
131:15,16,20
131:20,24
132:1,8,11
137:16 138:1
**cardioverted**
51:15,16
**care** 3:19 4:2
10:21 12:2,10
13:7,13,19
60:18 62:16
81:17 113:25
119:13 135:21
141:9
**careful** 169:9
**carries** 70:4
91:15
**carry** 71:3 80:9
80:24
**case** 1:8 20:17
21:10,24 22:2

22:18,22 23:1
23:3,10 47:25
56:8,16 57:11
58:5 65:24,25
66:1,5,8 74:25
75:1 150:3,13
151:13,17,19
152:5,13,15
161:2 174:12
**cases** 13:18
17:11 21:24
81:2,5 146:8
146:10,21,21
173:20
**catch** 158:11,14
**categories** 30:6
**category** 19:11
**cause** 74:16,24
79:23 80:1,3,5
85:19 98:10,16
98:23 100:17
119:15 122:12
141:14
**caused** 129:6
**causes** 74:8,13
74:17 75:19
**cdc** 4:16 76:16
76:23
**cells** 88:18
**certain** 22:1
29:25 31:2
57:21,22 88:12
88:17 90:14
91:15 94:19,25
127:12
**certificate** 185:1
**certification**
8:11 185:3
**certified** 2:12
8:18 66:14,16
66:17,21 185:6
185:21
**certify** 185:7
**cetera** 120:8
**chad** 32:6,7

**chads** 84:11,13
101:8 129:9
**chadsvasc** 81:23
82:21 83:9,17
84:5
**chance** 77:21
111:10 157:16
183:22
**chances** 114:5
138:24
**change** 163:8
**changed** 96:1
112:17 155:20
184:13
**changes** 56:1
163:7
**changing** 21:17
**chaotic** 72:19,23
**characteristics**
108:23
**charge** 117:23
162:6
**chart** 12:5 16:20
49:18 139:21
**charts** 49:2
**cheaper** 58:7
59:3,5
**check** 15:21
16:1 20:25
46:19,21 89:23
**checking** 71:21
148:18
**checklist** 5:22
116:24 117:2,4
117:8 118:1
119:8 120:21
121:13 162:23
162:25
**chest** 13:16 68:7
73:18
**chief** 131:5
**choice** 18:10
**choose** 114:4
**cis** 117:8
**civil** 8:6 185:14

**clarifying** 62:2
**class** 58:1
**clean** 12:25
142:14
**cleaners** 167:17
**clear** 31:14
47:14 59:23
93:12 134:18
177:4
**clearance** 99:11
99:18,23
**cleared** 130:7
**clearly** 21:24
29:12 46:3
87:8 130:2
138:6,16
175:17 176:19
176:22
**cleveland** 65:22
66:5
**clinic** 130:16
170:16 171:11
**clinical** 25:10,17
28:4 175:20
176:4
**clot** 89:9 156:9
156:19 157:17
158:6
**clots** 79:23
113:17 139:25
140:1,7 156:10
156:11,15,20
**clotting** 79:19
**cme** 97:3
**coagulation** 7:6
147:13,16
**coagulopathy**
53:12
**code** 185:14
**colleague** 54:10
54:21
**colleagues** 97:13
**collection**
141:11
**college** 4:20 82:2

84:21
**column** 37:8
82:14
**come** 13:13,24
19:11 21:12
31:10 124:24
145:15,21
151:8 172:5
**comes** 17:24
87:14,17
**coming** 133:16
134:10 136:6
140:21 167:16
**comment** 61:23
**commerce** 1:16
**commercials**
146:9
**committee**
117:7,7
**common** 73:2,8
74:12,20 126:1
**communication**
163:25
**companies**
21:20,20 27:20
28:7,8 171:10
**company** 166:21
175:8
**comparable**
24:3 32:4
**compare** 31:25
107:14 179:11
**compared** 21:8
24:12 27:13
28:19,23 29:14
58:4 109:19
179:15
**compares** 58:23
**comparing**
179:25
**comparison**
28:21 29:22
30:22 180:17
**comparisons**
110:23 111:12

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 190

compensate
63:22
compensated
64:2
competence
162:19
competent
162:2
complaint 131:5
completely
21:21 128:18
140:24
compliance
21:21 23:15,17
27:16 58:15,17
90:13,23 153:9
155:1 159:22
165:24 167:20
169:23 170:23
170:23 185:12
185:13
compliant 30:15
comply 90:20
91:7 153:24
154:17
complying 91:5
94:4,7
composite
106:24
computer 60:15
128:10
concentration
39:24 40:21
43:6
concentrations
47:10
concerns 145:16
145:21
concluded
184:23
conclusions
29:17
concomitant
88:10 102:7
concomitantly

102:12
conferences
97:3,5
confidence
110:13,22
161:22,25
162:10 165:15
confirming
128:5
congestive 83:21
84:8 115:23
consequences
75:2
consider 19:16
58:1 85:4,8,14
86:10,24 87:2
93:1,10 96:13
96:17,24 97:5
130:3,15 176:8
182:16
considered
81:16 89:13
103:3
considering
130:18
consistent 38:7
38:10 77:12
78:10
consists 184:19
constantly 21:17
constipated
133:8
constipation
133:10
consult 3:9 7:2
16:21 22:11
49:25 67:23
68:2 123:13
140:15 141:1
consultation
12:17,19
consulted 13:15
13:18 123:13
consulting 15:6
15:6

contact 119:17
145:19
contending
59:23
continue 39:10
95:22 135:13
137:25
continued 2:1
78:21 95:19
137:6
contracting
127:10
contractual
185:14
contraindicati...
101:10
contributor
135:5
control 13:23
159:1
controlled
107:15 115:16
128:7 179:12
179:16 180:2
180:23 181:13
convenient
167:19
conversation
114:25 118:6
118:14
convert 16:13
convince 145:13
copies 55:18
copy 11:1 52:1
121:11 132:25
177:11
corner 52:20
53:3
coronary 74:20
104:7
correct 14:20
26:16 34:5
35:19 41:23
42:6,14,22
44:3 45:1 47:9

47:12,21 48:14
48:15 49:21,21
50:11,16 51:1
52:8,16 54:6
54:25 55:3,6
55:24 56:9
59:20 67:20
69:13 70:19
79:15 80:19,25
81:8 82:25
83:1,10,11,15
83:16,22 91:8
92:20 93:5,13
94:5,9 99:8
100:2,9,25
101:1 102:18
103:1 105:15
105:16,18,19
106:3 110:10
112:9,23 113:2
115:8 120:14
121:8,9 122:5
125:2 132:1,2
144:22,23
158:8,19
166:25 167:1
169:16,23
174:22 178:2
181:22 183:11
184:14,15
185:11
corrected 142:3
155:25
correctly 98:12
100:8 102:13
166:5
cosigned 123:9
cost 21:5,8,13
57:23 58:8,23
couldnt 173:8
coumadin 5:4
15:25 16:5,6
17:1,12 19:12
24:10 25:10
26:6,15 27:7

28:19,24 29:14
30:11 31:14,22
32:3 34:18,23
35:1,9,18
38:12 87:9,10
88:14 89:5,8
91:14,19 92:2
145:24 163:8
170:16
counsel 8:3 9:13
61:6 63:12
146:4 174:10
185:15
counseling
123:5
count 136:4,11
136:18 142:2,6
177:4
counter 70:14
countries
180:24 181:7
country 151:23
152:2
county 151:5
couple 22:21
61:18 146:20
150:11 167:3
course 30:5 46:3
85:18 165:5
172:11
court 1:1 2:12
9:11,15 10:3
25:4 156:4
185:6,21
cover 27:21
77:23
coverage 19:19
27:15 57:13
58:25
covered 20:20
21:1,16 22:4
22:14,16 56:23
58:8 124:22
129:24 149:6
covers 174:1

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

**created** 64:18
117:4
**creates** 156:13
**creatinine** 99:11
99:18,20,22
**criteria** 128:19
**criterias** 128:12
**cross** 4:9
**crossnotice** 60:5
**crow** 1:15
**curing** 158:16
**current** 55:21
116:8,11 119:3
**curriculum** 4:7
**cut** 73:21 114:17
**cv** 55:21 60:16
130:14 150:13
151:10 152:21
**cyp1a2** 92:23
**cyp2c9** 92:9
**cyp3a4** 93:5
**cyp450** 91:24

**D**
**d** 1:10,16 3:7 4:6
4:10 10:1
185:8
**dabigatran**
82:23
**dangerous**
141:12
**dangerously**
88:23
**data** 27:9 29:11
30:20 46:25
47:7 108:15
109:14 111:9
111:18,24
112:18
**date** 12:18,18
15:4,10 36:25
37:5 49:22
51:7,9,20
55:23 68:6
69:2 72:8,14

78:21 122:22
130:1 147:21
**dated** 115:11
**day** 1:11 14:11
14:20 62:22
89:10,11
123:23,24
128:3 130:8
131:17 136:4
140:23 142:4
148:23 160:11
165:22
**days** 49:25
90:19 124:7,13
125:22,25
126:3 133:7,11
133:12,12,16
133:18
**dc** 137:16
**dead** 159:10
**deal** 64:4 165:22
**death** 75:19
122:13,19
**deaths** 77:7
**decide** 23:16
**decided** 112:20
131:14
**deciding** 31:21
100:18
**decision** 11:4
19:14 20:11,14
21:3 22:12,20
23:15 35:17
96:15 112:2,9
**decisions** 64:16
64:19
**decoagulating**
158:10
**decrease** 46:24
138:1
**deep** 80:3
**defendants** 9:22
9:25 59:19
150:3
**defer** 138:1

**defined** 185:14
**definite** 44:23
**definitely** 33:3
64:12 84:10
**demonstrated**
106:22 107:2
165:14
**demonstrates**
127:1
**department** 7:7
**depend** 27:22
160:14
**depending**
19:18 21:14,19
30:3,9 32:9
47:25 56:8
62:13 87:24
114:12 160:17
**depends** 21:21
23:13 28:15,17
30:13 58:16,25
99:10 176:23
**deposition** 1:10
3:6 4:9 8:4,15
9:4 10:20,25
11:1,6,7,15
12:4,12 36:20
51:23,25 54:18
55:17,19 60:4
60:6,13,22
61:7 63:13
91:18 150:2
184:19,23
**describe** 13:11
56:4
**described** 31:21
68:10
**describing**
26:13 160:23
**designed** 27:11
27:12 29:24
**despite** 132:4,15
**dessert** 168:5
**detail** 17:25 18:3
142:23 143:11

143:19 144:7
144:22
**detect** 119:23
**determinant**
23:20 57:1
**determination**
21:23
**determine** 43:6
53:12 107:13
179:11
**determined**
97:18
**determines**
23:14
**determining**
56:11
**devastating**
77:22 114:2
**development**
1:7 2:6
**device** 140:8
**diabetes** 71:12
137:24 168:2
**diabetic** 84:1
**diabetics** 31:12
31:16
**diagnosed** 72:15
115:19
**diagnostic**
128:18
**didnt** 25:5 32:14
46:18 73:20
134:20 135:9
135:18 136:10
139:3 140:12
180:4
**died** 93:25
**dies** 76:2 77:9
**diet** 19:2 26:17
89:1
**dietary** 23:22
**difference** 23:19
27:20 29:8
32:20,21
176:12 178:13

181:16
**differences**
23:22,25 31:3
**different** 24:2
27:19 30:6,8
66:15 80:24
87:13 90:18,19
131:12 150:7
152:9 176:23
177:2 181:7
**differently**
29:24 43:22
**difficult** 90:14
90:19 158:5
169:7,24
170:24
**dig** 125:7
**dilated** 127:4
**direction** 185:10
**dirty** 142:14
**disability** 75:19
**discharge** 6:2
16:18 50:13,19
122:22 124:18
**discharged**
16:23 50:10
116:8 123:3
127:21
**discomfort**
13:16
**discuss** 61:16
138:2 143:6
**discussed** 61:24
67:14 118:7
183:10
**discussion** 49:8
59:12 108:1
112:13 113:5
115:4 149:16
183:1
**discussions**
112:17
**disease** 66:18
72:12 74:14,14
74:17,20 104:7

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 192

distracted 167:15
district 1:1,2 9:11,11
diuretic 116:9 127:22
diuretics 116:11 116:12 127:19
dizziness 73:19
doctor 16:10 20:4 23:4 33:21 35:16 37:3,19 52:18 53:9,20,24 55:16 77:12 82:16 94:3 97:25 119:11 149:25 154:4 163:14 171:6 174:7 177:7,20 177:22 180:11 180:13,21 181:15,19 182:6,22 183:6
doctors 15:7,7 119:13 143:12 152:17 175:10
document 1:6 3:14 4:16,19 5:2,7,12 12:15 68:17 69:5
documents 11:15,16,22 49:3 61:21 64:24
doesnt 111:19 153:17,18 166:15,16,22 175:5
doing 60:24 111:11 131:13 142:19 176:25
dont 12:6 15:14 15:15 16:1 18:24 19:25

20:15,17 22:12 29:23,23 36:8 39:6,13,25 40:5,9 46:6,14 46:17 48:21 49:1 53:13 54:10,13,13 55:13,13 64:4 64:4 74:2,5,7 76:11,21 79:5 79:6 84:1 89:10 94:13 114:3,6 115:2 115:24 116:19 117:6 119:13 121:14 123:9 123:14 124:19 124:25 132:24 134:11,15,23 135:22 139:4,4 142:3 143:12 148:12 149:5,5 149:7 150:5 154:3 155:10 155:25 164:10 170:12 171:16 174:9 175:7 182:12
door 167:16
dosage 88:4 99:2 119:3
dose 18:25 44:19 47:1 87:14,20 88:25 99:7,7 99:10 100:2,9
doses 47:4 90:18
dosing 62:14 87:11 90:9
double 144:18
doubt 124:21 161:9
dr 4:2 9:12 10:6 11:25 12:10,21 13:5 14:24 16:25 31:1

41:20 46:13 47:13 48:16 49:14 50:5 54:5,6,7,8,14 54:22 55:12,15 56:4 58:18 59:7,17 67:24 123:6,10,13,15 134:11 137:7,7 137:8,12 138:6 139:19,20 150:12 174:14 176:8
draft 65:1,2,3
drastically 155:20
draw 29:17
drive 1:11 9:5
driver 28:9
drop 136:10 171:10
dropped 136:4
dropping 136:19
drops 136:12
drug 17:24 21:16,19 41:1 41:7,8 43:8 44:7 88:18,23 89:14 91:15 92:2 93:16 119:14 145:23 164:24 166:17 166:21 171:10 172:3
drugs 19:11 33:5 88:13 165:21 173:7
du 1:20 2:21,24 9:20,21 18:14 26:8,21 27:2 28:10 32:22 34:6,19 36:2 36:24 38:15 40:6,22 41:15

41:24 42:7,15 42:25 43:10,24 44:13 45:2,14 56:18 57:18 59:16,18 75:17 76:9 78:15 85:3 91:3,13 94:23 96:11,23 99:17 103:12 107:20 108:6 110:5,19 111:17 112:7 113:3 118:13 118:23 121:3 122:9 126:15 139:9,17 142:8 143:5,18,24 144:5,14 145:1 146:23 147:10 148:11 149:9 149:21 174:18 175:12,24 176:16 178:4 178:16 179:19 180:8,25 181:9 182:17 183:5 184:8,16
due 111:11 183:22
duly 10:2 185:8
duration 14:6 68:18

———————
E
———————
e 4:6 9:12 10:1 185:7
ear 140:3
earlier 17:7 60:3 60:20 67:11,14 86:19 90:22 91:16 100:5 107:5 119:23 123:2,19 129:10 137:5 142:20 146:24

155:18 157:2 158:11 178:3 183:10 184:9 184:11
early 158:14 166:4
easier 91:7
easily 89:17,19 89:20 154:16
east 2:3
eastern 1:2
eat 88:24 89:3 89:10,11
eccentric 127:5
echocardiogra... 6:5,10 126:17
echocardiogra... 66:18
ecotrin 69:23 70:3
educated 116:14 116:17
education 5:22 116:23 119:8 153:4,17
effect 38:2,21 98:2 110:24 147:13 174:21 175:4,9 182:9 183:16
effective 28:5 33:6,6 34:16 34:24 175:3
effectively 175:9
effectiveness 168:16
effects 27:17 141:18
efficacy 32:15 33:15 34:2 36:17 62:8 102:9
efficient 132:18 132:18
efficiently 12:1

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 193

132:19
effusion 127:7
either 99:6
  117:11,15
ekg 68:11 128:3
  128:10,19
electrical 128:15
elevate 85:15
elevated 148:5
eliquis 58:21
  59:3 164:25
  172:3
embolic 77:21
  156:5 157:23
  158:16
embolism
  106:25 156:8
embolisms 80:6
emergency 7:7
  67:25 135:20
  136:19 137:3
encounter 13:9
  48:23 69:7
encounters 13:9
endoscopy
  137:20
endpoint 106:24
enlarged 70:9
enlargement
  127:4,6
ensure 154:13
entrusted
  162:14
entry 178:8
environment
  156:14,17
enzymes 88:12
  92:1
episode 93:25
  94:5
episodes 93:20
equal 33:15 34:1
equally 33:6,6
  34:16,24
equals 107:1

equivalent
  46:11 180:3
especially 88:20
especiallyneedy
  173:15
esq 1:16,20 2:3
essentially
  105:10
estimate 79:3
estimated 73:5
et 1:7 120:8
europe 151:2
evaluate 68:23
  98:11 101:15
evaluated 86:20
evening 99:7
event 94:9 105:4
  105:7,14
  128:25 135:12
  135:14 141:19
  141:23 147:21
  148:6
events 100:20
  101:4 104:23
  108:14,22
eventually 30:18
  51:3 139:19,22
everybody
  162:8
everybodys
  142:14
evidence 8:16
  141:22 148:4
evolutionary
  140:4
exactly 31:11
  62:19 74:5
  103:18 163:9
examination
  2:17,20,21,22
  2:23,24 10:5
  13:4 15:16
  19:13 20:8
  25:7 26:12
  27:25 28:25

29:7 33:1,13
33:25 34:14,21
35:8,15 36:18
37:2 38:19
39:15 40:11
41:2,19 42:3
42:11,19 43:4
43:20 44:1,9
44:24 45:8,20
49:13 57:2,24
59:16 75:17
76:9 78:15
85:3 91:3,13
94:23 96:11,23
99:17 103:12
108:6 110:5,19
111:17 112:7
113:3 118:13
118:23 121:3
122:9 126:15
139:9,17 142:8
143:5,18,24
144:5,14 145:1
146:23 147:10
149:24 153:23
154:10,22
156:25 157:11
158:4 159:20
160:5 161:8
163:23 164:5
164:21 165:7
166:14 167:9
167:25 168:10
168:21 169:6
169:14,21
170:10,21
171:5,15,25
172:10 173:2
173:13,22
174:16 175:19
176:7 177:6,21
178:23 179:23
180:10 181:5
181:14 183:5
184:8

examines 31:11
example 31:12
  94:20 109:17
  162:24 164:23
  166:15 168:1
  180:24
examples 92:5
excreted 58:12
  86:16
executive 4:24
exhibit 3:5,8,13
  3:18 4:1,5,8,11
  4:15,18 5:1,6
  5:11,16,20 6:1
  6:4,9,13,18 7:1
  7:5 10:25 11:3
  11:11,12 12:12
  12:13,23 36:20
  36:21 51:23,24
  52:1,19,22
  54:18,19 55:19
  55:20 60:4,5,8
  67:11 69:1,3
  71:19 72:5
  76:23,24 82:1
  82:6 91:19,20
  97:22,24 108:7
  108:9 115:6,9
  116:22,25
  121:23 122:21
  122:24 126:16
  126:19 128:2,4
  129:16,18
  130:24,25
  131:21 132:23
  137:9 140:14
  140:16 147:15
  147:18 177:8
  177:23 180:14
exhibits 3:2
expect 149:7
  165:8 172:2
experience 87:3
  95:11 97:11
  107:13 153:6

179:10
experienced
  152:12 161:16
experiencing
  52:16 73:22
  74:6 104:22
explain 113:13
  154:14 155:9
  159:13
explaining
  163:16
explanation
  151:20
exposure 40:17
  40:20 41:4
extent 32:12
  86:18 163:24
  165:1 176:2
extremely 156:2
  162:2

F
f 4:6
facetoface 28:21
  29:22
facility 53:22
  67:9
fact 38:12 59:25
  90:8,17 92:14
  92:22 94:24
  106:17 111:11
  117:7 122:18
  175:1
factor 26:19
  31:20 35:17
  38:14 56:11
  57:23 89:1
  92:25 93:9
  101:5 102:8
  110:25 183:16
factors 19:16,21
  22:5 26:14,15
  38:11 48:1
  57:13 83:8
  85:14 87:25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

88:3,7 94:11
111:1 183:17
**facts** 4:17 76:23
**fail** 137:7,8
139:20
**fails** 12:10
**failure** 75:5
83:21 84:8
115:23 116:2
127:23 129:7,8
129:9
**fair** 97:17
148:25
**fairly** 72:24
**fall** 120:8
**false** 142:25
**familiar** 17:20
18:6 25:12
79:14 82:8
85:10,13 94:24
106:17 117:2
121:18 147:1
165:9
**familiarity**
165:15
**family** 53:20
71:17 72:8,10
123:11
**far** 13:5 16:7
30:8 34:2
53:20 101:11
146:22 154:17
177:25
**fast** 72:25
**fatal** 81:5,12
98:10,16,23
100:17,25
105:13,20
111:21 178:7,9
178:13
**fault** 36:6,11
**favor** 58:3
**fda** 25:20 32:13
32:15,17 61:18
61:21,23 64:24

65:11 147:5,12
175:6 176:5
177:4
**fdaapproved**
96:17 175:2
**fears** 155:16
**february** 51:21
52:3,5,7 53:24
54:25 55:8
132:1 133:3
135:13,25
141:19 147:20
**federal** 8:6
**feel** 75:6
**feeling** 131:9
133:6 136:12
**feels** 131:17
**fellowship** 66:3
66:4,8 152:6,7
152:8
**fibrillate** 140:1
**fibrillation** 4:24
14:2,3 25:24
25:25 37:14
68:15 72:15,18
72:19 73:2,6
73:13,17,25
74:4,6,9,11,16
74:18,24 75:3
75:10 77:17,19
78:5,18,23
79:1,9,11,13
81:11,18 87:5
95:13 96:5
99:5 104:15
113:13,14
116:3 118:21
127:2 128:6
129:5 130:9
156:13
**figure** 87:13
108:18,21
110:21 117:21
180:15 183:8
184:14

**figured** 149:1
**figuring** 83:9
**file** 12:4 60:14
**filing** 8:10
**fill** 125:23
141:13
**filled** 121:15
125:20 131:13
172:14
**finally** 71:13
**finasteride** 70:7
71:21,23
**find** 22:16
132:22,25
175:11,15,21
**fine** 13:3 95:6,9
131:9 142:4
**finish** 88:2
**finishing** 66:7
**first** 10:7 13:6
17:13,20 18:10
35:16 37:5
40:16 50:7
52:10 59:20
67:15 68:23
69:12 71:18
74:6,10 76:25
80:18 82:11
87:18 95:15
98:6 100:22
101:13 106:15
106:24 109:5
125:22 150:12
155:7 172:4
**fish** 70:12
**five** 75:12 79:7,8
79:10 80:18
107:22
**fix** 130:13
**flareups** 134:25
**fluctuating** 89:6
**fluctuation**
177:3
**fluid** 115:18
141:2,10,11

**flutter** 14:6 68:3
68:15,18
**follow** 49:20
50:19 57:15
82:15 84:22
123:16,20
135:13 153:18
166:8 174:17
**followed** 48:21
48:22 49:24
54:2,15 55:11
55:14 115:3
**following** 54:24
**follows** 10:4
**followup** 16:16
16:19,24 49:22
50:22 55:9
150:11 163:3
174:13
**force** 139:23
**forces** 128:15,15
**foregoing** 185:9
**forget** 170:14
**form** 8:13 73:3
75:14 76:5
78:14 84:25
90:25 91:10
94:16 96:8,20
99:14 103:7
110:2,16
111:14 112:4
112:25 118:10
118:17 121:2
122:8 126:12
131:13 132:3
139:8,14 140:1
141:25 143:2
143:15,23
144:11,25
146:18 147:9
148:8 153:20
154:7,19
156:24 157:8
158:1 159:17
160:2 161:5

163:20 164:11
164:18 165:4
166:11 167:6
167:22 168:7
168:18 169:3
169:11,18
170:7,18 171:2
171:14,22
172:7,24
173:10,18
174:3 175:13
183:24
**formalities** 8:8
8:10
**format** 185:12
**formation**
156:14
**formulary** 56:13
166:22
**forth** 185:9
**fortunate**
173:25
**foundation** 4:21
82:3
**four** 18:21 58:20
58:24 75:11
76:3 77:10
133:11,12,16
149:18 165:24
166:3 184:20
184:20
**fourth** 14:4
31:20
**free** 172:16
**frequency**
170:13
**front** 49:15,17
60:15 128:13
128:14
**full** 89:7 179:8
**fullfledged**
152:24
**fully** 115:17
165:9
**function** 19:18

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 195

19:19,24 58:11
86:10,17,20
99:19 100:6
111:10 132:19
**fundamental**
111:20
**further** 37:9
136:10 142:5
148:12 149:22
174:10 184:17

---

**G**

**gallbladder**
141:4
**gastric** 94:25
**gastroenterol...**
136:22
**gastrointestinal**
24:5 81:7
106:1
**general** 48:11
67:20 113:4
115:4 142:11
147:16
**generalized**
70:13
**generally** 18:22
21:12 24:6
26:18 32:11
48:6 77:23
88:23 89:5,9
96:2 113:24
114:9,19,21
115:5 116:18
175:7
**genetically** 88:9
**genetics** 87:24
**gentleman**
23:21
**geographic**
109:22 180:17
**getting** 116:10
132:20 140:6
**gi** 52:8,16 53:10
53:15,20 54:24

70:4 71:4 86:8
103:20 133:15
137:17
**give** 10:20 36:25
44:22 79:2
91:6 121:10,14
125:21 126:3
142:24 151:19
153:25 154:14
154:15 158:12
163:11 164:14
172:16,17
174:7 177:10
**given** 84:13
124:6,21
125:25 163:6
**gives** 92:5
**global** 127:2
**go** 15:12 21:10
22:15 23:16
30:5,18,20
32:14 33:3,14
34:4,12,17
35:1,2,6,9
36:11 42:16
48:8 58:7,10
65:18 68:16
75:5 84:9
88:20 91:21
104:12 105:13
109:22 110:20
114:20 118:5
125:9 126:5
130:4,8 131:14
132:24 134:8
135:18,20
136:19 137:2
137:10 140:7
141:14 143:12
148:17 154:4
158:9 170:13
177:7 178:4
180:14
**goes** 119:12
146:11 166:7

**going** 10:24
12:11 21:5
22:14 29:22
44:22 46:24
58:12,15 60:5
69:1 81:14,25
87:19 91:18
97:22 108:7
114:16,17,19
122:21 126:16
128:2 129:16
132:22 133:10
139:21 140:14
143:20 144:8
145:25 147:15
148:16 149:3
154:15 155:20
157:16 162:25
172:2,16 173:6
176:22 177:1,2
**good** 10:6 29:13
31:13 58:11
59:17 95:9
139:23 155:2
155:10 158:20
158:22 159:23
166:16,20
**goodness** 140:22
**gout** 69:16,17
103:23,25
134:25
**grab** 49:2,4
**gradually**
140:22
**graphs** 40:1
62:11
**greater** 33:7
34:3,16,25
41:12 82:21
83:13
**green** 167:11
168:3
**greens** 89:7,7,10
**guess** 54:11
134:14

**guide** 121:11
122:3,17
164:23 165:1
**guideline** 4:22
82:4,8 84:19
84:22
**guidelines** 82:15
82:15 83:12,14
185:13
**guy** 167:3

---

**H**

**habits** 176:13
184:12
**hadnt** 142:5
**halfway** 37:9
177:24
**hamburger**
168:4
**hand** 51:22
54:17 55:19
171:20
**handouts** 61:17
61:18
**handwriting**
52:24
**happen** 157:4,12
**happened** 13:12
53:17 75:7
128:21 134:12
134:13 135:16
136:17 140:5
**happens** 74:11
161:2
**hard** 29:17
30:24 109:2
180:15 184:6
**hasbled** 85:11
**havent** 66:22
150:6
**hazard** 106:25
109:3,10
110:12
**head** 78:6
**headtohead**

30:21
**health** 59:2
**healthcare** 1:22
119:9
**hear** 25:5
145:12 155:5
**heard** 9:10 62:9
146:20,22
**heart** 4:19,22
13:23,23 70:1
72:21,25 74:14
74:14 75:4,5
80:1 82:1,3
83:21 84:8,20
84:21 113:16
113:17 115:20
115:23 116:1
127:8,11,23,23
127:25 128:13
128:14,16,24
128:25 129:1,1
129:7,7,8,9
130:6 132:17
132:20 141:3,6
141:11,13
156:14,18,19
156:20 157:16
**heartbeat** 13:17
13:21
**heaviness** 68:8
**held** 9:4 49:8
59:12 108:1
149:16 183:1
**help** 25:4 115:22
127:25 132:20
**hematocrit**
136:3,5,12
142:4
**hemorrhage**
37:25
**hemorrhagic**
158:18
**hereinbefore**
185:9
**hereto** 8:3

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 196

**hes** 12:9 63:14
83:19 141:22
**high** 44:3,11,19
45:18 72:11
74:13 101:8
113:17,18
120:7 138:18
139:12
**higher** 32:7,9,10
41:6,7 46:3
77:21 106:2
129:4 138:6,13
138:23,25
**highlight** 5:3
**highlights** 3:15
5:8,13
**highly** 87:11
**history** 6:20
71:17 72:1,8
72:10 115:13
131:22
**hold** 52:12 53:5
76:13 135:2
**holding** 52:15
**home** 116:8
135:17,18
159:8 164:15
**honest** 39:14
**hope** 30:18
**hopefully** 30:21
**hoping** 16:13
**hospital** 21:12
22:22 50:11,20
53:19 67:4,6
67:20 116:20
117:9 131:23
134:7 147:17
163:9 172:12
172:13
**hospitalized**
50:6
**hospitals** 67:2
142:12
**houma** 137:8
**hour** 149:1

150:10
**hourly** 64:3
**hours** 160:11
**huge** 152:3
**huh** 13:10
**hundred** 56:10
124:13 125:17
175:5
**hydrated** 134:5
**hypercoagulat...**
42:5
**hyperplasia**
72:3
**hypertension**
72:2,12 74:17
75:1 83:20
85:22 86:1,5
137:24
**hypertensive**
74:13
**hypertrophy**
127:5
**hypokinesis**
127:3
**hytrin** 71:13

### I

**idea** 114:6 155:6
155:10
**identification**
11:3 12:13
36:21 51:24
54:19 55:20
60:8 69:3
76:24 82:6
91:20 97:24
108:9 115:9
116:25 122:24
126:19 128:4
129:18 130:25
140:16 147:18
**identified** 102:8
**identify** 44:10
44:18
**ill** 106:11 184:3

**im** 10:24 12:11
13:3 33:21
34:22 39:9
47:14 53:16
55:13 57:9
58:20 60:4
64:2 69:1
76:12 81:25
82:18 84:18
85:12 91:18
93:12 95:6
97:22 103:9
104:17 108:7
108:21 113:10
117:21 122:21
123:11 125:3
126:16 128:2
129:16,23
132:22 140:14
147:15 148:16
149:3 152:5
160:25 163:9
174:8
**immediate**
136:9
**impact** 20:11
145:11 175:16
176:3,4
**impacted** 20:14
145:9
**impacts** 175:17
**impaired** 19:23
**impairment**
99:24
**implies** 157:3
**important** 41:22
42:21 44:12
45:1 79:21
84:15 91:4
122:11 153:10
163:12,13
176:6 179:14
182:15
**impression**
126:24

**inaccurate**
142:25
**incidence** 24:4
**include** 65:1
81:7 82:22
**included** 182:8
**including** 121:7
154:12
**increase** 32:14
40:17 75:11
85:23 86:1,17
88:22 102:10
102:17 134:1
181:20 182:13
**increased** 24:4
41:1,10 42:13
47:1 70:4 71:4
90:3,6 100:19
102:11 122:19
146:1
**increases** 40:16
100:16 129:9
**increasing** 88:13
88:15
**independent**
59:25 102:8
144:8
**index** 2:17 3:2
**indicate** 133:14
**indicated** 9:6
101:8 113:9,12
**indicates** 125:24
**indicating** 98:20
**indication** 25:23
32:15 141:17
**indigestion** 68:9
68:10
**individual** 88:4
**individualized**
87:11 90:9
**individuals**
87:24
**indocin** 53:7,8
70:22 102:25
103:21 134:1,2

134:18,19,21
134:21 135:1
**indomethacin**
70:22 102:25
**inefficient** 75:4
**infarct** 128:8
**infinite** 171:16
**influence** 88:4
88:24
**information**
3:16 5:4,9,14
46:12 71:23
91:19 96:14,18
97:23 98:1
121:19 122:11
142:25 143:8
145:3 165:10
179:14 182:6
182:15
**inherent** 81:13
**inhibitor** 92:9
92:23
**inhibitors**
127:16
**inhibits** 88:11
93:5
**initial** 16:21
17:4,18,19
87:20
**initially** 72:25
87:19 142:19
**injuries** 120:13
**injury** 120:8
**inr** 14:23 15:3,9
15:21 16:1,3,4
89:23 90:11
106:13
**insert** 61:19,20
61:22 65:9,10
121:16,19
**insistent** 22:1
**institute** 1:10
3:20 6:15,19
54:9 66:10
78:9 97:14

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  197

117:5 120:23
122:23
institution
152:16
instruct 52:12
53:5
instructed 22:7
22:8 50:18
56:6 120:12
instructions
47:14 52:11
120:1,5 153:18
166:8
insufficient
107:13 179:10
insurance 19:19
20:14,20 21:1
21:15,15,20
22:15,16 27:14
27:20 28:7,8
48:1 56:8,23
57:13 58:25
59:2 166:21
172:1,4,21
173:4,25
integrity 162:18
intensity 147:6
interact 161:23
interaction
93:13,16
interactions
88:23 91:16,25
119:14
interested
185:16
interfere 168:15
interject 24:15
internal 66:20
120:13 151:21
152:2
internship 151:6
interrupt 33:22
interval 110:13
115:13
intervention

119:25
intracranial
24:8 32:2
intravenously
116:11
intrinsic 85:20
introduced
150:1
involved 78:4
92:2
ireland 65:19
150:15 151:4
irregular 13:17
13:20 73:1
113:16
irreversible
155:18 157:23
158:3
ischemic 82:20
island 65:16
isnt 98:18 152:9
164:16 167:20
172:22
isolated 184:5
issue 30:25
57:23 58:8
167:20 169:15
171:7
issues 20:14
23:16 58:3
152:19 155:1
item 120:9
ivy 151:24,25

                J
j 1:7 3:10
janssen 1:7 2:5
2:6,6 9:24
142:21 150:3
january 6:11,16
12:20 13:6,14
14:1 21:7
22:24 23:4
47:21 48:20
49:24 50:7,11

50:23,25 51:19
51:20 67:16
69:7 72:14
95:11 98:3
115:11 123:3
123:21 126:18
128:3 129:11
129:13,17
130:17,22
131:2 182:10
jboudreauxcis...
4:3
jboudreauxcis...
3:22
jboudreauxcis...
6:22
jboudreauxcis...
5:19
jboudreauxcis...
6:3
jboudreauxcis...
3:12
jboudreauxcis...
4:13
jboudreauxos...
6:8
jboudreauxos...
7:9
jboudreauxpp...
6:17
jboudreauxpp...
5:25
jboudreauxpp...
6:12
job 162:16
john 2:3 9:24
149:25
johnson 2:6,6
join 66:9
joseph 1:7 3:10
4:12 5:17,22
6:2,5,10,15,20
7:2,7 58:5 69:6
120:21 147:20
jr 1:16 3:11

judgment 84:15
112:21 144:9
144:19 145:4
julie 1:20 9:21
59:18
july 1:12 9:6
jury 26:5 72:17
151:18

                K
k 89:8 116:5,5
kaye 1:20
keep 41:22
125:4 134:5
168:23,24
170:11
kennedy 2:12
8:18 185:6,21
kenner 54:12
137:19
kenneth 1:10
3:6,9 4:6,10
6:6 7:3 9:12
10:1 185:7
key 38:14,25
90:23
kidney 19:18
20:6 21:25
58:11 72:12
86:16,20 100:6
kidneys 58:12
86:16 88:8
94:20 99:19
kills 77:3
kilograms
109:18
kilter 169:9
kind 30:24
44:22 59:2
81:19 89:3
104:7 135:8
140:8 151:25
162:24
king 173:24
knew 81:11

135:19 175:8
know 15:14,15
20:13,15,17
21:7 22:13
23:17 24:9,15
25:8 29:23,23
30:4 39:6,13
39:22,25 40:5
40:9,10 42:21
43:8 44:12,20
46:4,7,14
53:13,17,23
56:22 58:23
60:3 62:9
67:24 73:5
74:2,5,7 79:5
87:18 101:9
114:14 117:16
122:11 123:9
123:14 124:19
124:25 126:6,8
129:25 131:11
134:12 142:15
145:23,24
146:12 150:5,9
160:19 161:1
162:6 179:14
180:15 182:12
knowing 44:25
126:8
knowledge 17:3
23:24
known 80:11
88:21 102:10
121:5 151:17
knows 120:19
162:8

                L
l 1:5 8:1
lab 15:4 39:1
135:19
label 5:5,10,15
36:23 37:1,17
108:16 111:19

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 198

112:18 143:8
177:8 181:24
182:9 183:13
**labeling** 108:8
**labels** 4:7,17
**laboratory** 38:4
38:22 39:4,17
39:22
**labs** 39:2 135:24
136:17
**language** 98:24
**laptop** 49:4,15
52:2
**large** 141:11
176:3
**largely** 58:16
**larger** 127:10
**lariat** 139:20,23
139:24
**lasix** 52:12 53:6
134:3 135:6
**late** 36:5 150:10
**law** 8:7 146:11
**lawsuit** 10:9,15
59:24
**lawyer** 63:5
145:6,9 146:6
**lawyers** 63:25
64:10,13,15,19
**laymans** 26:5
**lead** 41:11 94:25
122:13,18
158:16
**leading** 75:18
137:18
**leads** 38:12
72:24
**leafy** 167:11
**league** 151:24
151:25
**learned** 78:19
**leave** 21:2 23:10
48:5 163:17
**leaving** 172:11
**led** 26:14

**left** 11:19 47:24
56:7 127:2,4,5
127:6 140:2
**level** 18:24 41:6
43:6,18 44:3
46:16,24 53:12
69:18 88:20,22
89:6,12 99:11
**levels** 36:16 40:1
40:2,3,3,9,21
41:11 46:19,21
47:6
**liability** 1:5 9:9
**liberal** 19:2
26:17
**license** 67:1
**licensed** 66:23
**life** 155:19
157:18 161:2
**lifealtering**
157:18
**liked** 165:25
**limits** 110:22
**line** 30:10 109:5
182:5
**lisinopril** 52:12
53:6 71:6
127:16,24
134:4 135:7
**list** 72:2 118:3,4
127:20
**listed** 35:17
166:6
**lists** 69:5 83:8
**literally** 156:18
157:15 163:5
**literature** 78:22
96:25 145:4
**litigation** 1:5 9:9
**little** 28:3 30:17
37:9 60:21
80:19 95:8
115:20 127:10
128:15 131:18
137:5 140:3

142:20 151:19
152:8 154:23
156:9 172:12
**liver** 19:18
20:10 21:25
85:20 88:9
**llc** 2:6,6
**llp** 1:20 2:2
**local** 123:23
**logically** 41:18
**lone** 74:11,12
**long** 30:15,15
60:24 61:14
66:25 132:20
141:18 149:4
150:9 161:14
161:19 165:21
165:22
**longer** 80:20,21
**look** 12:14 14:22
19:25 29:24
30:5 31:1 37:3
39:16,18,19,21
46:16 51:25
60:6,21 61:5
65:9 67:10
71:19 72:5
73:24 81:25
92:8 105:13
109:17 121:23
124:19 125:9
126:6 127:21
131:17 136:18
136:22 137:9
148:13 160:15
160:18 161:1
163:18 164:15
166:5 175:7
177:22 179:8
181:15 182:4
**looked** 31:6
108:15 178:3
**looking** 15:20
27:8 29:18
52:2 71:19

129:21 183:20
**looks** 54:7
105:20 109:3
118:1,7 121:24
137:21 150:12
151:10 178:9
181:12
**lopressor** 14:11
16:12
**lose** 158:24
159:1
**loss** 98:12
**lost** 72:22
128:15
**lot** 28:18 30:10
74:18,18 87:23
89:10 114:2,14
145:13 150:25
151:1 161:22
162:7,9 163:8
**louisiana** 1:2,11
8:19 9:5,12
66:9,24 185:6
185:14
**low** 131:19
133:25 135:9
135:19 156:2
**lower** 32:10
41:12 52:19
100:1 106:14
109:18
**lucky** 173:25
**lung** 74:17

———— M ————

**m** 1:10 3:7 4:6
4:10 10:1
185:8
**mail** 124:11
**major** 19:6,7,9
21:23 31:22,24
32:20 33:8
34:3 41:12
42:6 89:1
101:9 102:9

105:4,10
108:22 119:15
135:5 138:14
138:19 176:9
181:16,20
182:14
**makers** 10:10
**making** 10:17
19:14 64:15,19
76:22 96:14
127:25
**managed** 67:9
**management**
4:23 82:4
132:4 175:16
180:22
**manager** 22:22
23:1,11 47:25
56:8,16 64:1,1
64:5
**manufacturers**
10:11
**marcello** 123:10
123:15
**march** 54:20
**mark** 2:9 9:3
60:5 61:10
69:1 76:21,23
82:1 91:18
97:22 108:7
115:6 116:22
122:21 126:16
128:2 129:16
130:24 135:25
140:14 147:15
**marked** 10:24
11:3,11 12:11
12:13 36:19,21
51:22,24 54:17
54:19 55:19,20
60:3,8 67:11
69:3 76:24
82:6 91:20
97:24 108:9
115:9 116:25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

122:24 126:19
128:4 129:18
130:25 137:10
140:16 147:18
150:13
**market** 17:8,24
18:7 80:17,18
95:18
**marketing**
21:19
**maryland** 2:4
**material** 64:14
**materials** 60:13
64:18 65:1,2
164:15
**matter** 9:8 59:19
153:17 185:16
**mauritius** 65:17
**mccauley** 2:3,22
9:23,24 12:24
15:11 18:12,16
20:2 24:13,22
25:2 26:23
28:12 29:3
33:11,17 34:8
35:3,5,11,23
36:4,10 39:7
41:13 42:23
43:12 44:4,15
45:12 148:15
148:24 149:11
149:24 150:1
153:23 154:10
154:22 156:25
157:11 158:4
159:20 160:5
161:8 163:23
164:5,21 165:7
166:14 167:9
167:25 168:10
168:21 169:6
169:14,21
170:10,21
171:5,15,25
172:10 173:2

173:13,22
174:6 175:22
176:14 177:9
177:14,18
179:17 180:6
**md** 3:10 6:6 7:3
**mdl** 1:4 9:9
**meal** 99:8
**mean** 15:20
21:14 41:4
56:15 65:2
68:19 70:10
73:21 88:15
89:16 90:9
101:5 106:13
111:3 116:9,18
118:25 123:8
123:12 125:19
125:21 128:8
128:23 130:14
135:15 139:3
151:16
**meaning** 107:8
128:20
**means** 26:6 76:1
89:17 116:10
134:22 140:19
156:8
**meant** 123:13
138:21 139:4
**measure** 39:23
103:19 147:5
147:12 174:21
175:4,9
**measurements**
36:14
**measures** 136:9
**measuring**
36:16
**medica** 46:15
**medical** 61:3
65:18 72:1
74:23 78:3,19
80:12 84:15
96:24 112:21

132:4 143:12
144:8,19 145:3
150:14,18,22
151:11 152:15
152:20 153:16
153:25
**medically** 126:9
**medication**
21:22 23:18
34:13 58:14
69:16,22 70:17
70:18,25 79:18
81:13,19 84:16
86:12,24 90:20
91:6 96:4,12
96:25 97:18
103:10 116:12
119:3,10 120:6
121:11,17
122:3,17
144:15,21
154:24 164:22
165:1 167:4
**medications**
21:17 27:13
57:8 64:8,11
64:22 68:24
69:5,9,12
71:25 79:21
85:6,18 86:6
88:11,17,20
91:6 97:8
102:17 103:4
103:14 105:11
115:16,21
127:13,20
133:24 145:2
146:5,16
**medicine** 66:20
66:24 151:22
152:2
**medicines**
154:15
**meds** 116:8
123:24

**meet** 61:6,9,14
63:8,11 153:3
**meeting** 62:18
63:24 71:18
131:1 144:6
**memo** 65:6
**mentioned** 10:3
91:14 107:5
155:17 159:3
165:24
**met** 10:7 59:19
61:10 62:19,22
142:21,24
150:6
**metabolism**
92:2
**metabolizing**
88:12
**metformin**
71:11
**method** 185:10
**methvin** 1:15
**metoprolol**
127:24
**midas** 173:24
**middle** 37:4
38:1
**mild** 83:23
115:24,24
116:2 127:2,4
**mildly** 127:3
**miles** 1:15
**milligrams**
14:11
**million** 73:10
**mind** 29:2 32:21
161:9
**mine** 177:20
**minimal** 83:23
**minority** 110:9
**minutes** 61:1,15
63:15,15 76:3
77:10 107:22
149:12
**misleading**

145:22
**mistaken** 103:9
**mitral** 74:15
**mixed** 31:9
**moderate** 99:23
**moment** 65:14
**moments** 10:8
**monday** 1:11
**monitor** 18:24
35:22 39:2
43:17 44:22
47:5,8,10
63:17,19 90:10
170:1,12
**monitored** 38:3
38:22,25
**monitoring**
26:16 35:19,21
38:13 46:23
62:7 170:4
174:24
**monitors** 174:25
**montgomery**
1:17
**month** 78:25
124:24,24
125:22 170:4
**months** 106:15
**mortality** 156:2
**move** 11:25 66:8
**multipage** 3:14
4:16 5:2,7,12
**multiple** 111:11
183:21
**muscle** 159:1

**N**

**n** 5:24 8:1
**name** 9:3 10:6
59:17 61:11
102:2 149:25
161:11
**named** 26:15
166:3
**names** 9:14

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  200

**narrow** 89:13
168:15,22
170:11
**necessarily** 19:8
**necessary** 46:19
46:20 118:8
**need** 22:3 24:24
40:10 47:5,8
48:6 83:14
113:19 114:21
119:9,24
160:19 163:18
172:12,21
**needed** 23:12
70:18,21
103:22 130:4
132:7 134:24
135:1 136:8
172:18
**needing** 119:16
**needy** 172:20
**negative** 144:18
**negligent** 146:12
**never** 28:20
**new** 1:21,21
13:20 14:2,5
17:22 19:11
68:18 79:4,5
80:15,23 92:19
123:24 167:19
**newer** 173:7
**newly** 72:15
**night** 95:6,7
**noac** 16:7 17:13
17:23 18:21
19:10,16 20:23
22:1,9 23:12
23:12 28:9
29:12 31:21
34:15,25 35:7
35:10,18 47:18
50:15 55:3
56:5,7 57:5,15
57:16 174:1
**noacs** 17:23

18:22 19:3
20:19,24 21:3
26:14,18 27:5
28:5,22 29:20
30:12 31:25
32:25 33:2
34:23 36:15
38:12 46:15
47:20,23 48:4
57:10,21 58:2
58:4,18 86:15
95:2 113:11
163:8 165:11
165:25 167:12
167:19 169:16
170:25 176:10
178:22
**noncns** 106:25
**noninferior** 26:3
106:23 107:6
**noninferiority**
27:12
**nonischemic**
137:25
**nonsteroidal**
71:1 86:6
102:16
**nonvalvular**
25:25 37:13
57:17 82:19
104:14
**normal** 13:24
16:13 86:21
100:6 127:9,11
136:6 148:1
**normally** 17:9
**note** 3:9 5:17 6:2
6:14 7:2
110:20 115:7
119:22 122:22
123:10 129:17
137:12 140:15
183:13
**noted** 132:3
**notes** 4:12

148:14 178:8
**notice** 3:6 4:9
8:7 10:25 11:6
60:4 134:20
177:23
**noticed** 133:7
**novel** 93:2
**nsaids** 102:3,9
102:11
**nuclear** 66:18
**number** 9:9 19:3
19:17 22:23
23:17,19 29:1
29:6,20 69:11
85:18 86:15
104:22 111:5
127:17 184:5
**numbers** 24:11
27:19 28:15,18
29:18,19 31:15
52:20 176:23
177:2 178:19
183:22
**numerous** 87:25
88:3
**nurse** 116:19,20
117:19 120:22
161:16 163:4
163:14,14
164:13 165:9
**nurses** 21:11
55:18 116:20
116:23 148:18
148:22 162:4
**nursing** 126:5
159:8

———————————
**O**
———————————
**o** 8:1
**oaks** 1:11 9:5
**oath** 8:20
**object** 15:12
18:13 24:17
26:24 28:13
29:4 34:9 35:4

35:24 41:14
42:24 44:5,16
45:13 56:19
75:14 76:5
78:14 84:25
90:25 91:10
94:16 96:8,20
99:14 103:7
110:2,16
111:14 112:4
112:25 118:10
118:17 121:2
122:8 126:12
139:8,14
141:25 143:2
143:15,23
144:4,11,25
146:18 147:9
148:8 153:20
154:7,19
156:24 157:8
158:1 159:17
160:2 161:5
163:20 164:4,7
164:18 165:4
166:11 167:6
167:22 168:7
168:18 169:3
169:11,18
170:7,18 171:2
171:14,22
172:7,24
173:10,18
174:3 175:23
176:15 179:18
180:7 183:24
**objecting** 39:9
**objection** 18:15
24:23 26:9,22
28:11 32:23
33:12,19,20
34:7,20 35:12
36:3,5 38:16
39:8 40:7,23
41:16,25 42:8

42:16 43:1,11
43:25 44:14
45:3,15 57:19
175:13,25
176:17 178:17
179:20 180:9
181:1,10
182:18
**objections** 8:12
18:18
**obviously** 56:24
114:13 160:19
173:24
**occasion** 16:10
**occur** 120:2,5
**occurrence**
106:24
**ochsner** 53:21
53:22 54:12
67:8,9,19
134:9 137:19
147:16
**offer** 63:22
**office** 1:17 63:25
64:1,5 87:15
120:4 121:10
131:2
**officer** 185:7
**offices** 1:10
**officiated** 8:20
**offtherecord**
49:8 59:12
108:1 149:16
183:1
**oftentimes**
17:17 20:16
125:22
**oh** 11:8,8 85:17
161:16 162:13
**ohio** 65:22 66:6
**oil** 70:12
**okay** 11:21,24
12:8 13:11
33:24 53:8
55:18 76:13,17

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  201

77:15 83:20
89:24 95:5
98:3,4 104:18
131:19 148:25
150:3
**old** 79:4 83:19
**older** 86:1
**once** 74:2,3
124:22 135:19
136:11,17
158:6 170:2,2
170:4
**ones** 59:4 174:12
**onetime** 44:11
45:9
**onset** 13:20 14:2
79:4
**opinion** 23:5
138:22
**opinions** 185:15
**opposed** 27:21
57:7 73:25
155:23
**optimize** 13:19
**option** 87:1
**options** 82:22
99:5
**oral** 5:21 80:15
80:23 82:21
92:19 116:12
163:25
**order** 14:17 15:3
15:3,5,7 39:4
124:11
**ordered** 15:10
15:14
**original** 185:3,4
**ortho** 2:6
**outcome** 27:9
29:11 31:13
185:16
**outline** 149:5
**outside** 110:7
**outweigh** 97:19
101:11 103:4

**outweighed**
112:22
**overanticoagu...**
89:19
**overcome**
155:15
**overdo** 89:17
**overlook** 30:24

— **P** —

**p** 1:15 8:1
**pace** 72:21
**pacemaker**
72:22
**pacing** 72:21
**package** 61:19
61:20,22 65:8
65:10 116:21
121:16,19
163:4,5,10,10
**page** 2:18 3:4
11:11 14:4,25
37:4,6,20,23
40:12 52:10,19
52:22,25 68:16
69:4,8 76:25
77:1 82:10,11
83:3 91:21
92:6,7,7 98:6
101:13,25
104:16,17,21
105:1 106:9,10
108:11,20,21
116:4 121:24
137:11 178:4
178:25 179:9
180:14 185:4
**pages** 69:2 83:2
185:9
**pain** 70:17,18
**pains** 73:18
**palpitations**
73:18
**papers** 162:22
**par** 107:8

**paragraph** 38:2
40:16 101:14
104:21 179:9
**paralyzed**
155:21 159:4
**part** 8:15 36:6
47:1 53:1,2
109:5 128:14
143:7 146:7
151:6 182:3
**particular** 21:16
57:11 94:14
110:25 113:11
114:9 115:1
135:12 164:24
183:16
**particularly**
148:5
**parties** 8:3
185:16
**partly** 18:8 25:6
32:18
**partner** 159:24
**party** 10:14
**pass** 59:7
**pat** 2:12 8:18
185:6,21
**pathways** 88:12
**patient** 3:19 4:2
16:1,4 19:1
21:6 22:13
23:14 39:17
41:21,22 42:21
58:7,10 59:4
67:16 87:14,17
88:4 90:13
91:7 93:24
94:14 96:13
97:20 105:5,8
105:15,18
113:6 120:12
123:25 132:5
137:15,17
141:3 144:21
153:3,17 155:1

155:13 159:13
159:22,23
160:25 162:11
163:4,6,15,25
164:14 166:8
170:13 173:23
175:16 176:24
**patients** 4:23
15:22 30:1,6
39:5 43:22
44:2 45:10
57:22 58:1
64:9,16,20,23
73:16 77:16,18
78:4,25 79:8
79:10,13 81:17
81:22 82:19
83:9 85:4 87:4
89:21,25 90:10
90:15,18 91:5
93:19 94:4,7
94:19 95:1,12
96:5 97:8 99:5
99:22 100:19
104:22 106:12
109:2,8,24
110:6,10
112:18 113:7
114:3,10
121:11,20
125:5 140:22
145:12,15,20
146:4,15
154:12 155:4
160:14,17
161:23 163:11
165:12 166:16
166:20 170:5
171:11 172:21
173:3,16
176:25 182:7
184:12
**pay** 173:7
**payment** 28:7
**people** 30:10

45:18 53:20
74:19 75:23
114:14 127:23
146:8 151:18
155:25
**percent** 32:19
33:7 34:3,15
34:25 56:10
78:6,7,11,16
106:14,19
109:24 110:6
110:22 113:25
156:1 162:4
175:5 179:5
181:20 182:13
**percentage** 78:3
106:13 181:17
**perfect** 162:17
**perform** 143:21
**performed** 7:6
53:11,11 68:11
**periodically**
102:25
**permanent**
114:2
**permanently**
130:13
**persistent** 73:25
137:23
**person** 68:23
75:12 162:5,11
162:18
**personal** 58:14
185:10
**personally** 15:5
48:19 53:25
116:18
**persons** 75:11
85:15
**pertains** 182:7
**pharma** 1:23
**pharmaceutic...**
1:23 2:5
**pharmacist** 21:4
**pharmacy** 20:25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 202

123:24 124:4
**phonetic** 69:20
**physical** 6:21
  131:22
**physician** 63:2
  68:1 123:11
**physicians**
  63:21
**pick** 56:13,15,16
  56:24 57:7,9
  87:20
**picked** 57:4,12
**picking** 113:11
**pile** 132:23
**pill** 44:2
**pills** 115:18
  125:18
**place** 72:24
  178:24
**placed** 22:7,9
  56:6 90:3,6
  92:11 129:3
**plaintiff** 9:19
**plaintiffs** 1:18
  61:7 63:12
**plan** 13:22 14:5
  14:10 22:17
  50:3 68:17
  116:4 131:25
  133:22 137:22
  141:8
**planned** 49:20
  51:4 131:11
  137:16
**plans** 19:20
  21:15,15
**plasma** 39:23
  40:21 43:6
  47:10 88:19
**please** 9:13,15
  39:10
**pleural** 127:7
**po** 116:9
**pocket** 173:8
**point** 13:21

47:14 72:20
  137:1
**policy** 121:10
**pont** 1:20 2:21
  2:24 9:20,21
  18:14 26:8,21
  27:2 28:10
  32:22 34:6,19
  36:2,24 38:15
  40:6,22 41:15
  41:24 42:7,15
  42:25 43:10,24
  44:13 45:2,14
  56:18 57:18
  59:16,18 75:17
  76:9 78:15
  85:3 91:3,13
  94:23 96:11,23
  99:17 103:12
  107:20 108:6
  110:5,19
  111:17 112:7
  113:3 118:13
  118:23 121:3
  122:9 126:15
  139:9,17 142:8
  143:5,18,24
  144:5,14 145:1
  146:23 147:10
  148:11 149:9
  149:21 174:18
  175:12,24
  176:16 178:4
  178:16 179:19
  180:8,25 181:9
  182:17 183:5
  184:8,16
**pool** 30:7
**poor** 86:16
**population**
  176:24
**portis** 1:15
**pose** 120:7
**position** 117:23
**positive** 72:11

**possible** 22:25
  89:11 148:20
  154:17 163:24
**possibly** 92:16
  93:2 128:14
**post** 1:17 151:11
**postgraduate**
  65:21 151:12
  151:13
**potassium** 116:7
**potential** 101:11
  120:13
**potentially**
  81:12 122:18
**practical** 18:23
  29:16
**practicality**
  27:17
**practice** 17:7
  18:1 56:5
  57:15 66:9,23
  78:4,11,16
  84:23 91:8
  113:4 115:4
  117:7 123:11
  125:12 126:1
  145:10,11
  146:15
**practices** 95:25
**practicing** 78:8
**practitioner**
  116:19
**pradaxa** 17:14
  17:15,16 23:6
  23:23 24:1,9
  24:11 25:9
  26:20 28:2
  58:22 80:19
  94:14,18,25
**pratt** 2:3
**preapproval**
  64:24
**precautions**
  98:7
**predisposed**

88:10
**preferred** 19:12
  57:16
**pregnancy**
  37:24
**preparation**
  12:3
**prepared**
  185:10,12
**prescribe** 17:9
  19:15 26:14
  31:21 35:18
  47:24 81:14
  92:16 94:14
  95:19,22 97:18
  100:18 103:16
  112:20 126:10
  145:2 166:17
  166:21
**prescribed**
  14:18 17:5
  50:14 95:16
  98:2,14 99:6
  100:4,8,23
  102:21 105:24
  106:6 107:18
  111:25 112:12
  127:18,22
  144:20 165:11
  182:9
**prescriber**
  145:3
**prescribing** 3:15
  5:3,8,13 17:16
  20:10 21:3
  28:9 56:5
  57:14 64:8,11
  64:15,19,22
  81:21 85:5
  86:11,23,24
  87:4 91:19
  93:1 95:12,25
  96:12,15,18
  97:6,23 98:1
  101:20 112:2,9

127:12 143:7
  144:1 154:24
  165:10 172:4
  176:13 182:16
  184:12
**prescription**
  20:18,22 37:13
  121:15 122:4
  124:3 125:20
  125:23 172:14
  174:1
**prescriptions**
  124:14 125:14
**present** 68:6
**presented** 14:1
  47:3,7 133:23
**presents** 109:13
**preserve** 173:14
**pressure** 69:21
  71:10,14 72:11
  74:13 131:18
  133:25 135:8
**presume** 135:15
  136:21
**pretty** 22:1
  27:15,18 47:4
  76:17,19 78:10
  150:21 174:8
  176:24 180:16
**prevalence** 73:6
**prevent** 18:18
  27:6 30:9
  41:21 48:7
  87:6 155:23
**preventing**
  32:11 107:10
**prevention** 19:5
  27:24 103:11
  104:6
**preventions**
  70:1
**preventive**
  103:19
**prevents** 79:19
  141:13

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  203

previously
137:10
price 56:22
prices 27:22
30:9,24 58:16
pricing 30:14,25
primary 28:8
106:23
principal 71:16
principle 166:7
print 6:10
180:16
printed 98:24
prior 60:22 61:7
63:12 69:8
82:20 85:17
133:16
privileges 67:3
probably 13:8
40:25 58:3
62:12 70:2
75:1,9 78:17
125:20 135:23
137:24 156:1
162:3 167:17
problem 21:25
21:25 25:6
33:24 74:21
119:15 142:6
170:14,22
problems 20:7
20:11 58:14
71:15 74:15
85:20,20,21
94:21 141:6,22
procedure 4:12
8:6 139:20,23
139:24 185:14
product 36:22
37:17 99:21
products 1:5 9:8
profile 24:7
74:23
prognosis 13:19
program 151:22

151:25 152:3
169:23
programs 152:2
progress 5:17
6:14 115:7
129:17
prohibition
185:14
promotion
161:15
promptly 98:11
101:15
prophylactic
103:11
prophylaxis
138:1
prostate 70:8,9
70:10,11 71:15
71:25
prostatic 72:3
protects 146:2
protein 88:19
prothrombin
53:10 147:2,23
protonix 103:13
prove 28:22
proven 46:2
provide 13:12
13:13 58:10
60:16 125:13
164:25
provided 10:21
13:6 124:13,17
125:5
providers 119:9
pt 62:7 63:17
147:2,4 148:3
148:5 174:25
ptt 46:11
publications
177:5
published 96:24
pull 48:25 134:8
135:23
pulling 129:23

pulmonary 80:5
purely 111:5
purpose 104:4
140:5 141:1
146:2
purposes 8:5
pursuant 8:7
put 13:24 22:11
47:17 77:15
81:17 84:15
87:18 103:18
113:19 115:21
119:13 139:4,5
139:11 140:8
153:11 155:22
157:18
putting 45:11
113:6 139:3

_____
Q
qualified 84:11
84:14
quantify 29:9
question 8:13
23:8 24:19
25:5 39:9
43:18 88:2
126:21 134:22
136:8 144:17
161:10 163:3
164:8 184:3
questioning
166:4
questions 95:8
148:13 149:4,8
149:22 162:12
174:10 178:5
184:17
quick 107:21
quintini 2:12
8:18 185:6,21
quite 151:1

_____
R
r 5:24 185:8
raceland 1:11

9:5
randomized
106:12
range 41:23
42:5,13,22
44:21,25 45:6
45:7 62:10,12
62:13 63:20
89:14,22,24
94:8 106:13,19
148:1 168:16
168:22 170:12
179:1,5
ranked 151:23
rapid 68:20
rarely 25:3
122:13
rate 13:23,24
64:3 68:21
72:25 105:4,7
105:11,14
106:2
rating 26:4
ratio 107:1
109:3,10
110:12
ration 171:19
read 41:3 83:12
85:12 98:12
100:15 101:14
102:12 106:11
107:2 109:2
111:1 122:16
126:22,24
137:13
readily 38:4
59:4 154:16
reading 8:8
14:23 136:2
reads 110:21
128:10
ready 16:22
reagent 62:7
real 170:22
really 61:4,5

79:6 88:22
103:21 140:5
158:9,20 176:5
180:15
reason 18:9
67:18 68:2
118:8 151:22
176:21
reasons 18:22
94:13
recall 16:17 20:1
20:15 22:6,24
37:12 46:17
48:17,24 57:12
62:19,22 178:5
178:6 179:5
181:6 182:11
receive 11:1
received 11:8
recognize 12:15
12:16 36:22
recollection
57:3 116:16
140:20 150:7
recommend
120:16
recommendat...
13:22
recommended
82:22
recommending
47:2
record 9:2,14
49:7,11 52:1
54:12,20 59:10
59:14 107:25
108:4 115:14
116:5 123:19
125:1,8,9,18
134:16,18
148:17 149:15
149:19 182:24
183:3 184:21
records 21:11
21:11 48:25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

49:16 53:13
54:14 60:22
61:3 69:2 84:7
124:20 125:4,6
126:5,7 135:11
148:19
**reduce** 30:16
43:7 103:20
118:20 140:6
**reduces** 69:18
96:5
**reducing** 28:5
33:6 34:2,17
34:24
**reduction** 19:7
87:8
**refer** 40:20 98:5
**referred** 139:19
**reflect** 110:24
123:1 131:1
183:15
**refresh** 116:16
140:20
**regarding** 29:12
29:18 46:25
**regardless**
114:18 139:10
143:19
**regards** 31:24
178:7
**regimen** 90:20
**region** 109:23
180:17
**regional** 67:5
142:12
**registered**
117:19 162:4
**regular** 39:3
58:13
**regularly** 15:21
90:10 103:23
104:1 175:6
**regularlyappr...**
174:24
**regulatory**

64:24 65:4
**regurgitation**
74:15
**related** 37:24
93:25 185:15
**relates** 1:6
**relating** 61:21
**relationships**
185:14
**relatively**
145:14
**relax** 70:11
**relevant** 46:18
**rely** 32:17 64:9
64:14,18,23
65:10 97:10
145:3 163:24
164:1
**remains** 132:5
**remember** 13:5
22:4 32:8
56:14,25 58:6
95:17 103:17
114:24 115:2
117:6 135:22
140:25 156:3
**renal** 19:23
86:10 99:23
**renewed** 66:22
**repeat** 167:14
**report** 6:5 7:6
147:16
**reported** 2:11
185:9
**reporter** 2:12
8:19 9:15 10:3
25:4 156:4
185:6,21
**reporters** 185:1
**reporting**
108:13 185:10
**reports** 109:23
110:12
**represent** 59:18
97:25 150:2

181:20 183:22
**representative**
143:20 144:7,7
144:22
**representatives**
17:25 18:4
142:23
**reps** 142:21
143:11 171:10
**reputable** 76:19
**reputation**
151:16
**request** 123:25
124:12
**required** 26:17
38:13 185:4,13
**requires** 159:22
**research** 1:7 2:6
**reserve** 65:25
66:1,5,8
151:14
**reserved** 8:14
**residency** 66:2,5
151:7 152:5,9
**resistant** 155:5,6
155:14 159:13
**resort** 184:3
**respect** 12:1
60:17 96:1
105:3 107:10
**respond** 43:22
87:19
**responders**
44:11,19 45:19
**response** 39:10
39:11 44:3
**responsiveness**
8:13
**rest** 181:3
**restrictions**
23:23
**result** 112:17
138:16 145:16
184:13
**results** 31:13

111:10 138:5
**retrospect** 30:5
**return** 130:15
**reveal** 68:13
**reversal** 101:21
**reverse** 158:13
**reversed** 38:4
**review** 12:4
37:17 61:2
74:22
**revise** 31:9
**revised** 3:16 5:4
5:9,14 37:5,11
177:25 178:2
**rhythm** 4:22
13:24 16:14
72:20,21 82:3
84:21
**rid** 99:20 158:6
**right** 10:8,22
11:19,24 12:7
13:11 14:7,8
14:12,15 16:14
23:12,19 26:7
26:11,20 29:17
38:14 40:21
41:1 43:16
44:8 47:15
48:1 50:12,23
53:2 58:10
64:6 67:6
71:22 73:10
76:12 79:24
80:15 81:3
90:23 96:18
98:24,25 99:12
100:6 102:22
103:13,14
104:11 107:2
109:5 110:21
111:1,6,12
114:23 119:3
119:21 120:24
121:16,18
123:18 125:16

126:1 132:6,9
135:21 137:4,4
137:15 138:15
139:5,6 143:13
144:1 149:25
150:15,18
151:14 152:13
152:22 153:4
153:18,22
154:5 155:2,3
156:6 157:12
157:13,19
158:7,8,24,25
159:15,25
160:13 161:3
161:12 164:1,9
166:9,13,18,19
166:23,25
168:5,16,24,25
169:1,9 170:5
170:16 171:7
172:5,14 173:4
173:5,16 174:1
175:21 177:15
180:5,11 181:8
181:8 183:22
184:1,9,11
**righthand** 37:4
37:8,8 52:19
177:24 178:1
**rightsource**
123:25 124:4
124:12
**risk** 28:6 30:16
32:10,10,20
33:4,7,8 34:3
34:16,25 37:24
40:18 41:12
42:6,13 43:7
45:24 46:3,24
47:1 48:8 70:4
71:4 75:11
80:9,24 81:13
85:5,8,15,23
86:2,7,9,17

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

90:3,6 96:6
98:9 100:12,16
100:19,20,21
100:24 101:3,3
101:7 102:8,17
103:20 108:22
109:19 111:21
112:16,22
113:17,18,23
114:22 118:20
119:19,20
120:8,10 121:7
129:4 132:15
138:2,6,14,16
138:18,23,25
139:2,12 140:6
140:12 141:20
146:1 155:24
156:19 157:2
157:15 158:14
158:17 159:15
159:21 160:19
176:8 182:14
**risks** 97:19
101:6,11
102:10 103:4
113:5,10,22
114:8 121:5
143:25 160:23
161:1 163:17
**rivaroxaban** 1:4
9:8 40:17 41:4
41:11 82:23,24
101:17 180:18
**rn** 124:7
**rocket** 25:13
27:10 30:4
31:2 104:23
106:19,22
107:6 108:14
108:23 109:14
179:2,4,25
181:3 182:8
**room** 67:25
135:20 136:20

137:3
**routinely** 13:18
16:1,3 103:18
103:18 116:21
**rr** 130:14
**rtc** 130:16
**rules** 8:6 185:13
185:15
**rummaging**
162:22
**run** 132:20
**running** 131:18
**rvr** 68:19,19,20
**rx** 123:23
**ryan** 67:23

**S**

**s** 8:1 109:23,25
110:7,10
175:10 180:23
181:13,15
182:7,7 185:8
**safe** 47:2,6
145:14,14
**safer** 33:16
34:12 62:12
**safest** 34:4
**safety** 175:18
**sake** 114:11
**salad** 168:3,3
169:8
**sales** 142:21
144:6
**samples** 19:20
58:9,9 124:6
124:12,17,25
125:4,13 126:4
148:19 171:7,9
171:17,20
172:5,17,21
173:8,15
**sat** 162:11
**satisfactory**
32:12
**savaysa** 58:21

**save** 8:12 167:3
**saw** 17:2 49:25
50:8 51:10,21
53:17 54:1
55:14 60:10
67:15,18 69:12
95:10 124:23
129:11 140:19
141:19 142:10
146:8 162:20
162:22
**saying** 57:8
127:8 160:24
**says** 37:24 38:1
54:11 67:22
69:8,19 77:2
98:6 100:12
104:14,21
106:12 116:5
116:13 123:16
123:23 124:6
128:19 131:17
133:18 137:23
138:15 139:2
146:11 177:24
179:10 183:14
**scale** 168:23
**scared** 159:14
**scarred** 129:1
**schedule** 16:16
48:16 50:1
**scheduled** 50:25
51:2,10
**scholer** 1:20
**school** 65:18
78:19 80:12
143:13 150:14
150:18,22
**schools** 152:16
**score** 32:6,7
81:23 82:21
83:9,13,18
84:5,11,13
85:11 101:9
129:9

**scratch** 114:15
114:16
**screen** 9:7
129:21
**seal** 185:4
**sealing** 8:10
**second** 21:18
24:14,18 33:18
50:6 69:4,8
77:1 101:2,13
148:18 174:7
**secondhand**
82:14
**section** 1:5
37:20,21 40:13
82:13 99:1
100:11 101:24
102:2,6 104:12
106:8 108:10
138:5,17
**see** 11:11 12:15
13:15 14:4,22
14:23 19:25
22:10 30:20,22
37:10,20 38:5
40:13,18,19
48:19 53:25,25
54:2,15 55:11
67:12 68:17,23
69:7 71:7
73:16 74:18
77:1,4,10 79:1
79:5,11 82:4
82:13 83:3
89:20 91:21
92:8 98:6 99:2
99:4 100:12
102:2,4 104:14
104:24 105:3,4
105:14 106:10
106:15 107:15
108:11,13,24
109:4,10,15,20
109:25 110:14
116:14 120:2

121:24 122:14
123:6 124:1,7
129:13,19
130:21 134:8,9
134:11 135:24
137:6 138:5,9
138:15 140:22
141:21 142:11
145:18 147:19
147:19 154:4
177:25 180:15
180:17,19
181:17 183:17
**seeing** 20:4
146:6
**seen** 12:7 40:1
54:4,21 60:9
127:7 145:6
**selection** 176:25
**selections** 32:10
**send** 22:15
123:25 142:14
142:16
**sending** 130:3
**sensitive** 45:22
**sent** 11:7 53:18
65:6 134:6
135:16 136:5
156:20 157:17
157:17
**sentence** 38:21
40:15 100:22
101:2,13 102:6
106:11,21
107:12 179:9
**september** 7:4
108:8 111:19
140:18 141:16
**serious** 81:3,12
98:10,16,23
100:17,24
111:21 122:13
**serves** 140:5
146:1
**set** 51:7 111:9

185:9
setting 11:7
seven 80:20
severe 77:17,20
  77:25 93:22
share 175:10
sharp 162:5
sheet 131:12
shes 161:17,20
  162:7
shift 21:18
shock 141:15
short 84:10
  136:13 141:5
shorthand 8:18
shortly 95:17
  117:24
shortness 13:16
  68:7 73:19
  115:25 141:3
shouldnt 18:18
  18:18 168:13
  168:14
show 10:24
  12:11 27:11,12
  27:15 29:15,16
  29:20,23 30:21
  32:11 36:19
  46:23 61:20,21
  76:10 84:7
  135:12 180:4
showed 26:3
  28:4 61:17
  62:11 74:3
  126:23 180:5
shower 156:20
showers 156:10
  156:11
showing 108:22
shown 19:4 24:9
  25:9 26:2 28:2
  64:15 107:5
  110:22
shows 87:8
  104:22 125:2

shuts 140:8
side 27:16 37:4
  37:9 177:24
  178:1
signature 185:3
signed 115:7
  120:24
significance
  175:20 176:4
significant 24:4
  28:16,16,17
  29:1,9 32:21
  40:4,16 109:5
  130:10 176:20
  176:22 178:12
  181:25 184:6
significantly
  43:7 136:4,19
signing 8:8
signs 98:11
  119:22 159:24
  160:18
similar 105:11
  108:15
simple 43:5
  146:25
single 166:6
sinus 16:14
sir 136:2
sit 31:10 164:12
sits 164:13
sitting 22:6
  125:16 163:15
situation 158:15
six 80:18,20
skimp 153:15
slight 24:3 29:20
  115:19
slightly 24:6
  29:19 80:23
  127:9 147:25
small 27:23,24
  110:9 180:16
smokers 74:17
social 20:19

21:11 22:15,19
  22:21,25 47:25
  56:7,16
society 4:22 82:3
  84:22
somebody 54:3
  120:19 168:1
  172:1
someones 85:23
sorry 18:17
  33:21 34:22
  73:20 82:18
  92:7 104:17
  108:21 152:5
sort 128:25
  136:8
sought 8:16
sound 73:16
  76:12 118:14
  145:23
sounds 118:6
source 76:19
sources 96:14
south 1:11 3:21
  6:15,20 54:9
  66:10 78:10
  97:15 122:23
speaking 20:3
  63:5
specialize
  152:10,11
specific 13:22
  22:2,3 45:6
  46:7 51:9 62:6
  62:8 101:17
specifically 8:9
  8:11 23:2 27:9
  40:25 48:12
  127:15
speech 158:24
spend 60:24
  162:21
spent 152:20
spinaaf 87:7
spironolactone

127:22
st 67:4,6,19
  117:8,10,20
  119:17 120:22
  142:13 147:16
stable 115:18
  130:3
stah 7:7
stand 116:5
standard 18:25
  38:3,22,24
  39:1,3 47:5
  51:12 81:16
stands 68:20
start 12:2 14:10
  16:11 25:8
  33:2 34:22
  136:12 150:2
  158:9
started 16:4,12
  18:10 50:15
  55:2,16 74:3
  133:6,15
  150:14,18
starts 72:23
stat 134:6
  135:16
state 8:19 9:14
  14:5,10 66:24
  185:6
statements 64:9
states 1:1 9:11
  40:16 73:7
  75:20,23 77:2
  98:9 102:7
  106:21 107:12
  123:5 138:13
  151:8
statistic 111:5
statistically 24:5
  27:5,23 109:4
  176:19,21
  178:12,20,21
  181:25
statistician

182:2 184:4
statistics 30:7
  31:15 76:8,14
statute 185:13
stay 30:11 78:21
  89:22
stayed 74:3
stenotype
  185:10
sticks 140:3
stimulates 88:11
stipulated 8:2
stomach 103:11
  135:5 136:7,23
stools 133:7,9
stop 50:5 114:21
  120:6 134:21
  146:5,9 156:1
stopover 142:13
stopped 133:24
  134:18 136:24
  137:20 146:16
story 141:6
straight 156:21
street 1:16,21
  2:3 67:7,8
  136:15
stress 130:5
strike 94:12
stroke 4:17 24:7
  27:6,10 30:10
  30:17 32:12
  33:7 35:1
  41:21 42:14
  48:7 72:12
  75:11,18,23
  76:2,23 77:2,2
  77:10 82:20
  90:3 94:9 96:6
  101:7 104:6
  106:25 113:19
  114:1 118:21
  129:4 132:12
  132:13,16
  137:25 138:7

138:16 139:1
140:7,13
141:20 146:2,8
155:18,19
156:5 157:2,3
157:5,6,17,18
157:22,24
158:10,13,16
158:18,23
**strokes** 19:5
28:6 34:2,17
34:24 77:18,19
77:22,25 79:24
87:6,8 104:8
107:10 146:16
158:21
**stronger** 127:25
**studies** 24:2
25:21 28:4
29:12 30:21
31:9,10 32:5,6
46:17 47:3
87:7 176:22
**study** 25:13
27:10 29:14
39:3 46:23
87:7,8 104:23
106:15 126:22
127:1 179:2,4
179:25 181:3
182:4,8 184:10
**stuff** 136:23
**subcategories**
29:25
**subgroup**
109:14 111:18
111:24 112:17
183:11,20
184:5
**subgroups** 31:2
31:6,17 111:9
183:21
**subpopulations**
29:25
**subsections** 30:2

**subset** 182:3
**subsets** 31:2
**substance**
164:11
**subtherapeutic**
89:18
**suddenly** 133:6
157:4
**suggest** 128:12
128:16 175:3
**suggested** 63:16
**suggestion**
130:6
**suggestions**
64:10
**suite** 2:4
**summarize**
126:22
**summary** 3:19
4:2,25 127:1
**superior** 24:10
24:11 25:9
26:2 28:22
29:19 30:19
**superiority** 19:4
24:1 26:16,19
26:20 27:11
29:21 30:23
107:1 180:4
**supervision**
152:12 185:11
**supplements**
70:13
**supply** 171:16
**supposed** 100:1
**sure** 31:15 33:20
47:13 53:16
55:13 56:10
59:22 64:2
71:22 76:12
79:6 84:18
89:22 91:5
123:12 126:25
129:23 134:2,4
134:17 136:10

163:9,13
166:24 167:4
174:15
**surgery** 74:19
114:21 119:16
141:4
**surprised** 71:24
124:23
**surrounding**
78:22
**swear** 9:16
**switched** 116:12
**sworn** 10:2
185:8
**symptoms** 68:5
73:15,22,23
98:11 133:4,15
**systemic** 106:25

————————
**T**
**t** 8:1,1
**table** 11:17,18
11:19 83:3
92:4,8 93:7
104:13,19,20
104:21 105:1
108:13 178:4,5
**tag** 120:17
**take** 11:21 12:14
30:15 44:2
49:1 51:25
58:13,16 60:6
60:21 65:13
67:10 71:17
72:7 76:7,11
81:25 89:7
90:18 93:15,16
95:3 100:22
107:21,22
110:23 113:25
114:5 119:5
121:23 125:7
134:22 136:20
137:9 138:24
138:25 139:2

144:8 149:10
149:12 155:1
155:10 157:5,6
164:15 166:17
166:18 173:6
183:14
**taken** 1:10 8:5
9:7 135:21
145:19 185:7
**takes** 145:13
**talk** 18:4 48:3
62:15 65:14
97:13 113:7,21
114:8,9 148:18
154:23
**talked** 48:10
51:6 80:14
129:10 137:5
161:10 165:23
**talking** 30:14
104:20 114:7
123:2 125:11
130:11 142:20
157:2 183:6,7
**talks** 91:24
101:2
**tape** 49:6,10
107:24 108:3
149:14,18
184:20
**tapes** 184:20
**target** 106:13
**tee** 137:16 138:1
**tell** 20:19 21:9
23:2 31:6
38:20 45:18
48:6 49:1 54:3
63:1,4 65:15
72:17 73:9
113:7,9,10,15
113:24 145:20
146:3 155:13
155:15 157:21
161:25 165:18
169:22 177:5

181:24 182:3
184:4,7
**telling** 38:11
160:25,25
179:24,24
**tells** 32:15
**ten** 39:19 78:6
78:12,16 79:7
79:8 124:7
125:22,25
126:3 161:20
**tend** 77:17 78:1
92:15
**terazosin** 71:13
**term** 141:18
**terms** 24:7 26:5
27:9,16 28:2
32:12 48:10
**terrebonne**
142:11,17,18
**terrible** 145:23
**test** 39:17 43:5
44:12 45:9,17
46:5 53:11,11
62:8 63:17
89:21 90:11
130:5 146:25
147:2,4 148:4
**testify** 10:3
185:8
**testimony** 166:5
185:7,9
**testing** 38:4,23
39:1,4,23
**tests** 15:8
**thank** 11:25
13:3 59:7
182:22
**thats** 16:18
18:22,23 19:9
19:10 20:19,21
21:23 22:3,10
23:19 25:5,19
25:21,21 29:22
31:11,18 39:20

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 208

47:2,3 54:24
62:1,1 69:16
69:21,25 70:9
70:13 71:12,14
77:6 82:24
83:24 91:8
93:9 95:9,9
103:13 104:9
108:14 110:20
114:3,20
117:21 121:9
121:19 123:10
129:6 132:7
134:7 136:17
137:12 139:21
141:20 142:19
146:2,7 147:25
148:19,25
149:2 151:6
152:10 154:11
155:21 156:10
157:4,15 164:1
164:9 166:24
167:2,18
168:22 169:15
177:13 180:3
184:1,6
**therapeutic**
41:23 42:4,12
42:22 44:20,21
44:25 45:6,7
62:10,12,13
63:20 88:19
89:14 106:18
168:16 170:12
179:1,5
**therapies** 79:15
**therapy** 5:21
17:5 55:6
107:15 119:8
179:12,15
**thereof** 8:15
**theres** 21:9 45:5
58:21,21
**theriot** 5:24

117:16 161:11
162:1,10,16
163:14 164:13
165:9
**theyve** 85:17
**thibodaux** 54:4
54:11 55:12
67:4 142:12,18
**thin** 119:1
**thing** 24:15
48:23 62:2,4
128:22 146:14
164:1,11,11
**things** 11:18
19:17 32:4
70:1 76:22
89:3 135:9
140:4 150:11
153:10 154:16
159:12 160:15
162:23 163:16
165:25 166:3,6
**think** 12:6,9,20
13:8 16:21
27:22 28:17
30:19 31:8,12
31:18,18,19
32:3 34:10
39:1,20,25
41:18 46:10
48:21 53:14,18
53:21 54:4,13
55:11,13 59:1
59:3 60:10,10
60:20 63:25
67:14 72:13
74:24 84:1
86:19 90:22
91:16 94:2
100:5 103:21
103:24 107:4
115:3,5,24
117:24 121:14
123:12 127:17
128:24 131:10

134:23,25
136:16 142:3
142:11 148:12
149:6 150:5,20
151:4,16 153:8
153:9 155:4,21
156:3 157:1,22
162:3,15
165:19,24
166:3 167:10
169:22 171:6
174:8 176:6
178:15 179:22
179:22 184:3
**thinks** 164:8
**thinner** 154:25
**thinners** 13:25
48:7,9,11
79:14 113:20
113:22 114:4,6
114:18 118:20
120:19 140:13
155:6,10,15
159:14,25
162:12 163:6
**third** 11:10
21:18 52:18,22
102:6
**thirdworld**
180:24
**thoroughly**
149:6
**thoroughness**
162:24
**thought** 139:22
148:17 149:1
162:15
**three** 49:25
51:12 52:20
84:6 90:1,5
108:4 133:7,10
133:12,12,15
149:14 168:23
168:25 170:3
**thrombolytics**

158:12
**thrombosis** 80:3
**thrombotic**
100:20 101:4
**throw** 169:8
**tier** 21:18,18
**time** 8:14 9:6
10:8 12:2 13:6
13:25 20:3,9
20:16 22:12
23:13,21 37:16
49:12 50:2,7
53:10 55:3
56:11 59:1,15
59:20 63:23
67:15 68:23
69:12 71:18
78:2 79:1
89:20 95:10,15
101:19 102:20
103:5,24
105:24 106:5
106:13,18,24
108:5 111:25
112:12 113:25
114:11 124:18
128:1,22 130:3
142:10,18
147:2,23 148:6
149:19,23
150:23 151:21
155:19 156:2
157:12 161:19
162:21 163:7
165:21,22
172:12,13
174:9 179:1,4
183:4
**times** 12:7 51:10
75:12
**timothy** 4:2 54:5
54:6,7,8,22
55:12,15
134:11 137:7
138:6 139:19

**timothys** 54:14
137:12
**tired** 75:6
**today** 11:16 12:4
22:6 32:1 56:2
57:14 58:19
59:20 60:17,22
61:7 63:13
80:14 95:23
126:8 148:20
150:2,6 174:9
183:10
**todays** 9:4
184:19
**told** 23:9 46:8
61:4 136:16
137:2 144:22
184:9,11
**tomorrow**
123:17
**top** 78:6 109:1,6
151:23 152:1,1
152:17 153:6
162:3
**totally** 36:11
**tough** 158:15
**track** 132:21
**trade** 12:25
**training** 65:21
151:4,11,12,13
152:20 153:2,5
153:12,16
**transcribed**
185:10
**transcript** 185:3
185:11,12,12
**transferred**
53:21 54:12
136:14,21
142:17
**transfused**
137:17
**transfusion**
137:18,18,19
**transfusions**

134:14 136:9
**transient** 82:20
**transition**
117:25
**trauma** 120:10
**treat** 79:9
**treating** 78:2,4
79:2 81:10
**treatment** 10:21
12:3 62:16
136:24
**treats** 79:12
**trend** 178:21
**trial** 25:17 27:10
30:4 106:19
**trials** 25:10
28:19 30:1
102:9 177:1
**troubling**
175:11,15,21
**true** 77:16
154:17 156:13
156:21,22
157:21,23
160:8,24
163:13 164:16
167:10 171:20
172:22 185:11
**try** 13:23 33:9
125:11 130:12
132:22 137:15
**trying** 117:21
130:6 134:8
**turn** 11:10 14:4
37:19 40:12
52:18 69:4
76:25 82:10,11
83:2 92:4 99:1
100:11 101:12
101:24 105:1
106:8 108:10
108:18 178:24
178:25 180:13
**twice** 14:11
**twin** 1:11 9:5

**two** 13:9 32:25
33:2,5 34:1
49:11 71:25
82:21 83:13,25
83:25 90:1,2
99:4 105:11
107:24 124:24
133:18 146:21
149:12 168:23
168:24 170:2
**type** 74:1
**types** 57:22
104:23 114:10
**typical** 68:22
**typically** 64:9,14
64:23 65:5
120:4 121:12
125:13

---

**U**

**u** 8:1 109:23,25
110:7,10
175:10 180:23
181:13,15
182:7,7
**uhhuh** 10:13
24:21 37:7
53:1 72:6
147:22
**unable** 133:20
133:21
**underdo** 89:18
**undergraduate**
150:22
**underneath**
110:21 138:15
**understand** 10:9
10:11,14,18
38:20 60:1,14
98:15 107:17
111:8 118:5
140:24 143:11
151:18 156:12
163:17 183:19
**understanding**

38:8 41:10
77:13 111:20
120:20 124:10
139:18 180:22
185:12
**understood**
98:22 100:23
166:5 174:20
**undetermined**
128:9,20
**united** 1:1 9:10
73:7 75:19,23
77:2 151:8
**unknown** 14:6
68:18
**unusual** 151:2
**update** 65:8
**upset** 94:25
**urgent** 119:12
**uric** 69:18
**use** 17:12 18:21
25:19 27:18
29:16 32:16
33:9 45:7,10
57:16 102:7,15
116:24 121:12
132:24 148:4
171:11
**useful** 96:4
**usual** 59:1 72:21
72:22
**usually** 16:8,18
16:23 18:21
51:12 121:16
125:21 155:25

---

**V**

**v** 1:7
**vacation** 170:14
**vague** 44:5
**valid** 66:25
185:3
**values** 15:20,21
**valves** 74:15
**valvular** 74:14

**varies** 87:23
**various** 60:12
83:8 104:22
109:14
**vegetables**
167:12
**vein** 80:3
**venable** 2:2
**ventricular**
68:20 127:3,4
127:5
**veronica** 5:23
117:16 124:7
161:11 162:1
162:10,16
**versa** 21:19
**versus** 19:15
23:23 24:1
31:22 34:23
35:18 38:12
138:4 178:9
180:18,23
181:21 182:14
**vice** 21:18
**vicodin** 70:18
**video** 9:7
**videographer**
2:8 9:1,3 49:5
49:9 59:9,13
107:23 108:2
149:13,17
182:23 183:2
184:18
**videotaped** 1:10
**vigorously**
127:11
**visit** 16:16 18:1
50:22 52:4,23
55:8 130:17
131:2,6,11,17
133:1,5 141:16
**visits** 55:9
**vitae** 4:7
**vitals** 40:2
**vitamin** 89:8

**volume** 134:4

---

**W**

**wait** 24:17
**waiting** 135:18
**waived** 8:9,11
**walked** 133:19
**want** 11:25 12:2
13:1,1 22:12
24:14 33:18,20
36:25 43:8
46:4 47:13
59:22 65:13
76:22 92:15
95:3 107:21
114:3 125:8
134:17 135:9
147:1 148:13
149:10 156:12
166:8 167:2,3
168:25 174:17
177:10
**wanted** 43:16
71:22 150:10
163:2
**warfarin** 82:23
86:25 87:4,10
87:18 88:5,25
89:4,13,22
90:9,14,18
91:15 92:3,16
93:1,19 94:1,4
94:8 105:7,17
106:2,12,23
107:1,6,8,14
107:14 109:20
164:25 166:1
167:13 168:12
169:24 170:23
178:10,14
179:2,11,12,15
180:1,1,18,22
181:21 182:15
**warfarins**
168:15

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 210

warning 98:19
  157:4
warnings 98:6
wasnt 11:18
  127:10
watch 160:11
  167:13
watching 159:24
  168:2
way 24:23 27:6
  30:7 43:17
  44:10,18 57:3
  63:19 64:2
  157:3 164:8
  175:3,8
ways 36:13,16
  75:5 80:24
  128:11 129:7
  140:6
weak 115:20
  127:23 129:2,8
  133:6,18
  136:13
weaker 127:9
weakness 73:18
  114:13
website 134:9
week 62:24,24
  62:25 79:5,8
  79:10 169:8
weekly 170:2
weeks 51:12
  170:3,3
weigh 19:17
  101:6 155:22
weighed 100:21
weighing 101:3
weight 109:18
  115:16 128:6
  168:2
went 55:12
  118:3,4 120:21
  123:19 134:10
  134:11 135:16
  142:18 151:3

151:22 152:4
  162:23
west 1:21
western 65:25
  66:1,5,8
  151:14,17,19
  152:5,13,15
westmeath
  151:5
weve 167:15
whack 164:9
whats 143:8
wheelchair
  159:6
whitehead 61:12
  61:13 62:20
  63:1,8,22
wish 168:3
wit 153:17
witch 154:4
withhold 134:2
witness 8:4,21
  9:16 15:13
  18:20 20:5
  24:20,25 26:10
  26:25 27:4
  28:14 29:5
  32:24 33:23
  34:11 35:13,25
  36:7,12 38:17
  39:12 40:8,24
  41:17 42:1,9
  42:17 43:2,14
  44:6,17 45:4
  45:16 56:20
  57:20 59:8,25
  75:15 76:6
  85:1 91:1,11
  94:17 96:9,21
  99:15 103:8
  110:3,17
  111:15 112:5
  113:1 118:11
  118:18 126:13
  139:15 142:1

143:3,16
  144:12 146:19
  148:9,21
  153:21 154:8
  154:20 157:9
  158:2 159:18
  160:3 161:6
  163:21 164:19
  165:5 166:12
  167:7,23 168:8
  168:19 169:4
  169:12,19
  170:8,19 171:3
  171:23 172:8
  172:25 173:11
  173:19 174:4
  174:14 175:14
  176:1,18
  177:12 178:18
  179:21 181:2
  181:11 182:19
  183:25
wolfort 67:23,24
wonder 146:10
  146:13
wondered 163:5
wong 1:10 3:7
  3:10 4:6,10 6:6
  7:3 9:12 10:1,6
  11:25 12:21
  13:5 14:24
  16:25 31:1
  41:20 46:13
  47:13 48:16
  49:14 50:5
  56:4 58:18
  59:7,17 123:5
  123:6,13
  150:12 174:8
  176:8 185:7
wont 149:4
  150:9 155:2
  162:20 166:18
word 76:7,11
  157:3,5,6

words 43:15
  101:4 111:4
  153:11
work 15:4 53:18
  80:23 88:8
  117:22 130:4,4
  130:8 133:19
  133:20,21
  134:6 136:5
  142:14 150:25
  151:1 152:11
  161:14 162:7
worked 32:13
  161:18,20
  165:20
worker 20:20
  21:11 22:15,19
  47:25 56:7,16
workers 22:21
  22:25
working 152:19
works 39:21
  87:6 88:9
  162:5
world 160:12
worried 155:14
worry 64:5
  149:5 164:10
worse 26:6
  135:10 180:5
worst 146:7
wouldnt 23:1
  124:23 126:6
write 12:22,23
  20:22 131:22
writes 138:6
writing 54:3
  137:13
writings 132:10
written 16:20
  20:18 164:15
wrong 59:24

_____
      X
_____
xarelto 1:4 3:16

5:9,13 9:8
  10:11 14:18
  17:5,8,11,21
  18:4,7,10
  19:15 20:10
  21:8 22:4,8
  23:5,23 24:1
  24:12 25:14,15
  25:19 26:2,3
  27:10 28:6
  35:22 36:23
  37:12 38:3,8
  38:21 39:5,18
  39:24 40:2
  43:7 44:11
  45:11 46:5,21
  47:11 48:4,11
  50:15 52:13,15
  53:6 57:7,10
  58:1,4 59:3
  61:19 62:7,13
  63:18,20 82:24
  93:13,17 95:12
  95:16,20 96:1
  96:3,13,25
  97:23 98:2,10
  98:14,22 100:2
  100:4,9,16,19
  100:23,25
  101:20,22
  102:12,18,21
  104:2 105:5,14
  105:21,24
  106:2,6,22
  107:5,14,18
  108:8 109:19
  111:21 112:1
  112:14,20,22
  113:6,7 121:12
  122:4,12,12,18
  123:24 124:13
  125:18 126:10
  134:3 137:20
  139:4 143:8,9
  144:1 145:7,19

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  211

| | | | | |
|---|---|---|---|---|
| 147:1,13 | **1** | 129:17 130:17 | 106:14 | **25** 14:11 136:12 |
| 154:25 164:24 | **1** 3:5,11 4:13 | 147:23 153:12 | **20** 6:18 77:6 | 151:23 |
| 165:10 172:3 | 5:18,23 6:3,7 | 177:15 180:14 | 78:7,11,16 | **250** 1:21 |
| 173:6 174:21 | 6:21 7:4 10:25 | **130** 6:18 77:3 | 130:24,25 | **2554** 185:8 |
| 174:25 175:4 | 11:3 18:23 | **14** 5:16,23 91:21 | 149:20 151:23 | **2592** 9:10 |
| 178:9,14 | 40:13,14 60:4 | 106:8 109:24 | 161:17 | **2692** 1:4 |
| 179:11,14 | 91:22 104:17 | 110:13 115:6,9 | **2011** 3:17 37:5 | **27** 106:9,10 |
| 180:1,18 | 104:19,20,21 | 149:15 153:1 | 37:11 | 178:25 |
| 181:21 182:14 | 105:1 108:10 | 153:14,15,15 | **2013** 5:10 97:23 | **28** 51:19,20 |
| 182:16 184:13 | 108:13,18,21 | **140** 7:1 | 177:8,25 178:2 | **282** 3:23 |
| | 109:3,10 | **1434** 185:15 | **2014** 3:11,21 4:3 | **28th** 50:4 51:11 |
| **Y** | 110:13,13,14 | **147** 7:5 | 4:13,22 5:18 | 51:18 |
| **yeah** 12:16 | 140:18 141:16 | **149** 2:22 | 6:3,7,11,16,21 | |
| 13:15 19:17 | 178:4,5 180:15 | **14cv02720** 1:8 | 7:8 12:20 13:6 | **3** |
| 20:24 22:22 | 181:17,17,19 | **15** 5:20 92:7 | 14:2 21:7 | **3** 3:13,21 4:3 |
| 25:21 31:5 | 183:8 | 99:23 116:22 | 22:24 23:4 | 19:3 36:20,21 |
| 40:9 49:19,19 | **10** 2:20 4:18 5:5 | 116:25 | 47:21 48:20 | 49:7,12 52:3,5 |
| 50:3 51:3,15 | 50:23,25 59:15 | **155** 5:11 | 50:11 52:5,8 | 52:7 53:24 |
| 54:7 65:7 | 82:1,6 104:17 | **15milligram** | 54:25 67:16 | 54:25 55:8 |
| 76:12 114:15 | 123:21 129:11 | 99:7 | 69:7 72:14 | 73:10 82:13 |
| 116:1 126:2 | **100** 52:20 105:5 | **16** 6:1 122:21,24 | 79:2 84:19 | 101:24 105:5,8 |
| 136:4,16 138:8 | 105:8,14,17 | 126:16 | 95:11 98:3 | 106:14 135:13 |
| 163:7 173:21 | **100199710** 1:21 | **17** 6:4 101:25 | 115:11 117:12 | 135:25 147:20 |
| 179:22 | **102** 1:11 9:4 | 126:16 | 117:24 123:3 | **30** 21:14 23:18 |
| **year** 75:24 77:3 | **103** 3:22 | **174** 2:23 | 129:11,14 | 61:1 123:23 |
| **years** 80:19 | **108** 5:11 | **178** 3:12 | 130:17,22 | **300** 23:18 |
| 83:19 105:5,8 | **10th** 49:24 51:2 | **18** 6:9 108:5 | 131:3 135:13 | **34** 6:17 |
| 105:15,18 | 51:4 | 128:2,4 150:17 | 141:19 147:20 | **36** 3:13 |
| 153:1,13,15,16 | **11** 3:5,17 5:1 9:6 | **181** 4:14 | 182:10 | **361044160** 1:17 |
| 161:17,21 | 37:5 91:19,20 | **183** 2:24 | **2015** 5:5,14 7:4 | **37** 185:8 |
| **yesterday** | 177:13 178:4 | **184** 185:9 | 108:8 111:19 | **3rd** 51:21 52:4 |
| 140:25 | **115** 5:16 6:22 | **19** 6:13 129:16 | 140:18 141:17 | 133:1 |
| **york** 1:21,21 | **116** 5:20 | 129:18 150:17 | **2016** 1:12 9:6 | |
| **young** 150:21 | **11th** 1:11 | **1962** 150:14 | **20milligram** | **4** |
| | **12** 3:8 5:6 40:12 | **198** 110:14 | 99:6 100:9 | **4** 3:18 19:6 |
| **Z** | 97:22,24 | **1980** 150:15 | **21** 7:1 136:3,6 | 37:20,21 51:23 |
| | 121:23 177:8 | **1981** 152:21 | 140:14,16 | 51:24 52:1 |
| **0** | 177:17,19,19 | **1995** 152:21 | **21202** 2:4 | 59:11,15 |
| **0** 106:14,14 | 177:23 | | **218** 1:16 | 108:11 132:23 |
| 107:1 | **122** 6:1 | **2** | **22** 7:5 147:15,18 | **41** 121:24 |
| **000** 75:22 77:3 | **126** 6:4 | **2** 1:8 3:8,21 7:8 | **2251** 82:11 | **4160** 1:17 |
| **03** 59:11 | **128** 6:9 | 9:7 12:12,13 | **2256** 82:10 83:3 | **43** 49:7 |
| **04** 109:3,10 | **129** 6:13 | 19:1 67:11 | **24** 6:21 130:22 | **45** 61:15 63:15 |
| **06** 107:25 | **13** 5:11 6:16 | 71:19 72:5 | 131:2 160:11 | 63:15 181:7 |
| **08** 5:10 | 108:7,9 129:13 | 92:4,8 99:1 | **24th** 131:7,8,12 | **48** 49:12 |
| **09** 5:14 | | 100:11 105:14 | | |

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  212

| | |
|---|---|
| **5** | 60:5,8 67:16 |
| **5** 4:1,3 7:8 37:20 | 69:7 72:14 |
| 37:21 54:18,19 | 91:22 101:24 |
| 54:20 82:13,18 | **70394** 1:11 |
| 100:11 105:8 | **71** 83:19,24 |
| 105:17 107:25 | **750** 2:3 |
| 108:5,21 132:1 | **76** 4:15 |
| 137:9 180:14 | **795** 75:22 |
| 181:17 | |
| **50** 32:19 33:7 | **8** |
| 34:3,15,25 | **8** 4:11 6:7,11 |
| 99:23 110:13 | 69:1,3 126:18 |
| 181:17,19,20 | 126:19 128:3 |
| 182:13 | **81** 150:16 |
| **51** 3:18 | **82** 4:18 |
| **52** 182:25 | **86** 110:6 |
| **54** 4:1 183:4 | **88** 107:1 |
| **55** 4:5 106:14,19 | |
| 179:5 | **9** |
| **55th** 1:21 | **9** 4:15 5:23 6:3 |
| **56** 184:21 | 50:11 76:23,24 |
| **57** 9:7 | 115:11 123:3 |
| **59** 2:21 | **90** 123:24 156:1 |
| **5th** 54:1 | **900** 2:4 |
| | **90day** 124:3 |
| **6** | **91** 5:1 |
| **6** 4:5 55:19,20 | **94** 4:4 |
| 83:3 104:12 | **95** 110:22 |
| 105:5 108:10 | **97** 5:6 |
| 147:23 149:15 | **99** 113:25 |
| 149:20 182:25 | |
| 183:4 184:21 | |
| **60** 4:8 109:18 | |
| **61** 135:25 | |
| **65** 86:4 | |
| **660** 7:4 | |
| **662** 7:4 | |
| **69** 4:11 | |
| | |
| **7** | |
| **7** 3:11 4:8,13 | |
| 5:18 12:20 | |
| 13:6,14 14:1 | |
| 37:20 40:13,14 | |
| 48:20 50:7 | |

Boudreaux_Kenneth Wong, MD Deposition_00213