Abstract: **P4066**

# Major bleeding in a post-marketing assessment of 39,052 non-valvular atrial fibrillation patients on rivaroxaban

**Authors:**

W.F. Peacock[1], M. Patel[2], S. Tamayo[3], N. Sicignano[4], K. Hopf[4], Z. Yuan[5], [1]Baylor College of Medicine - Houston - United States of America, [2]Duke University Health System - Durham - United States of America, [3]Naval Medical Center Portsmouth - Portsmouth - United States of America, [4]Health ResearchTx, LLC - Trevose - United States of America, [5]Janssen Research and Development, LLC - Titusville - United States of America,

**Topic(s):**
Atrial fibrillation (AF)

**Citation:**
European Heart Journal ( 2015 ) 36 ( Abstract Supplement ), 687

**Background:** The anticoagulant rivaroxaban, approved for reducing the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (NVAF), may increase the risk of major bleeding (MB).

**Purpose:** To evaluate the incidence of MB among NVAF patients taking rivaroxaban.

**Methods:** Nearly 10 million electronic medical records from the Department of Defense healthcare system were queried to identify MB-related hospitalizations among rivaroxaban users with NVAF as part of an ongoing 5-year pharmacovigilance study. MB was defined by a validated case-finding algorithm (Cunningham 2011), which uses a MB definition that is similar to the clinical trial definition. Data were collected on demographics, comorbidities, concomitant medications, MB management, and fatalities.

**Results:** During the first 2 years of the study, 970 of 39,052 rivaroxaban patients had at least one MB event, yielding an incidence rate of 2.89 [95% CI 2.71–3.08] per 100 person-years. The most common MB site was gastrointestinal (GI) with 87.2% (846/970), followed by intracranial (ICH) with 8.1% (79/970). In the MB group, 42.3% (410/970) were transferred to the ICU, and 51.5% (500/970) received a blood transfusion. The average (SD) length of hospitalization was 4.0 (3.4) days. Mean (SD) age of MB cases was 78.7 (7.9), versus 76.0 (9.9) years in the non-MB group. Males represented 50.9% of the MB cases, versus 55.8% in the non-MB group. Comparing MB to non-MB patients, comorbidities were more frequent in the MB group, most commonly hypertension (94.5% versus 67.4%), coronary heart disease (60.8% versus 31.4%), and heart failure (47.0% versus 19.7%), respectively. Mean (SD) CHA2DS2-Vasc score was 4.8 (1.5) for MB, versus 3.5 (1.6) for non-MB patients. Thirty-five MB patients died, yielding a fatal bleeding rate of 0.10 [95% CI 0.07–0.15] per 100 person-years. Of those who died, 26 (74.3%) experienced ICH, and 9 (25.7%) had GI bleeding. Mean (SD) age at death was 80.3 (8.3) years.

**Conclusion:** The rates and pattern of major bleeding among rivaroxaban users with non-valvular atrial fibrillation in this study are low and similar to that of the registration trial.