# EXHIBIT-2

# FILED UNDER SEAL

USCA5 4582

BAPH MEDICAL SURGICAL UNIT  ORR, SHARYN
2700 Napoleon Avenue  MRN: 2499666
New Orleans LA 70115  DOB: ▮▮▮▮▮▮▮, Sex: F
Inpatient Record  Acct #: ▮▮▮▮▮▮▮
Adm: 7/14/2014

## Progress Notes (continued)

**Progress Notes by Angela D. Reginelli, MD at 7/24/2014 10:31 AM (continued)**

### Recent Labs

| Lab | 07/24/14 0420 |
|---|---|
| BNP | 940* |

Uric Acid: 11.4

**Pleural fluid (7/23):** Cloudy, 800 WBC, 6 Segs, 12 Lymphs, 82 Monocytes, 146 Glucose & Protien 2.2. Cx: NGTD. Cytology pending.

**Medications:**
Medication list was reviewed and changes noted under Assessment/Plan.

**Diagnostic Results:**

Echo:

Atrial fibrillation with improved rate control, elevated pulmonary artery pressure, bilateral atrial dilatation, left ventricular diastolic dysfunction and pleural effusions. EF 80%

CXR: Reviewed.

## ASSESSMENT/PLAN:

1. Afib with RVR: On ASA. Xarelto held 7/22 for thoracentesisRestart per Dr. St. Martin.
2. DM Nephropathy (Biospy proven; 29/54 global sclerosis) with CKD IIIB and nephrotic syndrome: Cr a little better. On ACE. Diuretics de-escalated per Dr. St. Martin. Renally dose meds, avoid nephrotoxins, and monitor I/O's closely.
3. Acute Dia CHF with >PAP: ACE/BB/diuretic. BNP 940 today.
4. DM: Improved. Continue Levemir + SSI.
5. HTN: Stable.
6. Anemia of CKD/IDA: Feraheme (7/19) - will recheck iron studies in AM. S/P 20K Epo (7/22). Transfuse PRBC prn.
7. Folate Insuff: Replace.
8. Hyperuricemia: On low dose allopurinol.
9. Hypomagnesia: Replace.
10. Bil Pleural effusions: S/pBThoracentesis yesterday with sero-sang/bloody drainage. Need to f/u cytology/ cell counts etc.
11. Hyperphosphatemia: On low phos diet. No need for binder yet.
12. Hypokalemia 2o combo: insufficient Mg level/lasix/metabolic alkalosis. On daily KCL. Monitor.
13. Metabolic Alkalosis suspected 2o to volume contraction from diuretics: worsening. Should start to resolve now that diuretics have been deescalated.

USCA5 4583
SOrr-OBMC-MD-000236

| BAPH MEDICAL SURGICAL UNIT | ORR,SHARYN |
|---|---|
| 2700 Napoleon Avenue | MRN: 2499666 |
| New Orleans LA 70115 | DOB: ▊▊▊▊▊ Sex: F |
| Inpatient Record | Acct #: ▊▊▊▊ |
| | Adm: 7/14/2014 |

## Consult Notes (continued)

Consults by Charles Jarreau, NP at 7/18/2014 12:59 PM (continued)
Consult Requested By: Maurice Edward St Martin*
Reason for Consult: Concurrent Medical Care

### SUBJECTIVE:

**History of Present Illness:**
Patient is a 66 y.o. female presents with SOB and vague chest discomfort. Came to ED for evaluation and found to be in AFIB with RVR. Admitted for evaluation. Pt well known to our group and followed by Dr. Cruz Jr. Recently had renal biopsy secondary to nephrotic syndrome and found to have DM Nephropathy with global sclerosis (29/54).

Consulted for fluid management. Pt currently sob at rest and unable to lie flat. Will be hard to completely diurese fluid off secondary to nephrotic syndrome. Risk of renal failure explained to patient and she is willing to try.

CXR consistent with bil pleural fluid but unable to do thoracentesis since on xarelto.
ECHO pending.

At present denies any CP/N/V/D/F/C. "Just SOB"

Case discussed in detail with Dr. Cruz Jr.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| Hypertension | |
| Diabetes mellitus | |
| A-fib | |
| CHF (congestive heart failure) | |
| Anticoagulant long-term use | |
| Nephritis due to secondary diabetes mellitus | |
| CKD (chronic kidney disease), stage III | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| Cholecystectomy | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Hypertension | Mother | |
| Diabetes | Mother | |
| Hypertension | Father | |

**History**

| Substance Use Topics | |
|---|---|
| Smoking status: | Unknown If Ever Smoked |
| Smokeless tobacco: | Not on file |
| Alcohol Use: | No |

| Generated on 4/6/2016 2:20 PM | Page 292 |
|---|---|

USCA5 4584
SOrr-OBMC-MD-000293

| BAPH MEDICAL SURGICAL UNIT | ORR, SHARYN |
|---|---|
| 2700 Napoleon Avenue | MRN: 2499666 |
| New Orleans LA 70115 | DOB: [redacted], Sex: F |
| Inpatient Record | Acct #: [redacted] |
|  | Adm: 7/14/2014 |

## Lab Results (07/29/14 - 07/14/14) (continued)

**POCT glucose [105330464] (Abnormal)**    Resulted: 07/29/14 1101, Result status: Final result

Ordering provider: Maurice Edward St Martin, MD  07/29/14 1056    Resulting lab: PWEB

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
|  | Blood | 07/29/14 1056 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| POCT Glucose | 267 | 70 - 110 mg/dL | H | - | |

**POCT glucose [105330462] (Abnormal)**    Resulted: 07/29/14 0741, Result status: Final result

Ordering provider: Maurice Edward St Martin, MD  07/29/14 0738    Resulting lab: PWEB

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
|  | Blood | 07/29/14 0738 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| POCT Glucose | 195 | 70 - 110 mg/dL | H | - | |

**Basic metabolic panel [105330456] (Abnormal)**    Resulted: 07/29/14 0726, Result status: Final result

Ordering provider: Charles Jarreau, NP  07/29/14 0105    Resulting lab: OCHSNER BAPTIST MEDICAL CENTER

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | TD 07/29/14 0504 |

**Components**

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 141 | 136-145 mmol/L | | - | BALB |
| Potassium | 4.4 | 3.5-5.1 mmol/L | | - | BALB |
| Chloride | 100 | 95-110 mmol/L | | - | BALB |
| CO2 | 26 | 23-29 mmol/L | | - | BALB |
| Glucose | 182 | 70-110 mg/dL | H | - | BALB |
| BUN, Bld | 52 | 8-23 mg/dL | H | - | BALB |
| Creatinine | 1.6 | 0.5-1.4 mg/dL | H | - | BALB |
| Calcium | 8.5 | 8.7-10.5 mg/dL | L | - | BALB |
| Anion Gap | 15 | 8-16 mmol/L | | - | BALB |
| eGFR if African American | 38 | >60 mL/min/1.73 m^2 | A | - | BALB |
| eGFR if non African American | 33 | >60 mL/min/1.73 m^2 | A | - | BALB |
| Comment | Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result. | | | | |

**Magnesium [105330457]**    Resulted: 07/29/14 0726, Result status: Final result

BAPH CATH LAB  
2700 Napoleon Avenue  
New Orleans LA 70115  
Ambulatory Encounter  

ORR,SHARYN  
MRN: 2499666  
DOB:          Sex: F  
Surg. Date 07/23/14  

## Encounter Information - Surgery (continued)

**Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| 07/19/14 0400 | 96 % | TH | 07/19/14 0401 | Current |
| 07/19/14 0001 | 95 % | TH | 07/19/14 0003 | Current |
| 07/18/14 2030 | 100 % | ADA | 07/18/14 2032 | Current |
| 07/18/14 1950 | 97 % | TH | 07/18/14 2036 | Current |
| 07/18/14 1600 | 95 % | MA | 07/18/14 1644 | Current |
| 07/18/14 1349 | 96 % | YB | 07/18/14 1349 | Current |
| 07/18/14 0720 | (!) 94 % | MA | 07/18/14 0747 | Current |
| 07/18/14 0447 | 97 % | PN | 07/18/14 0448 | Current |
| 07/18/14 0300 |  | PN | 07/18/14 0448 | Current |
|  | 97 % | PN | 07/18/14 0447 | Initial |
| 07/18/14 0000 | (!) 94 % | PN | 07/18/14 0144 | Current |
| 07/17/14 2049 | (!) 92 % | PN | 07/18/14 0144 | Current |
| 07/17/14 1904 | (!) 92 % | DS | 07/17/14 1904 | Current |
| 07/17/14 1615 | 96 % | PM | 07/17/14 1701 | Current |
| 07/17/14 1229 | (!) 93 % | PM | 07/17/14 1701 | Current |
|  | (!) 9 % | PM | 07/17/14 1230 | Initial |
| 07/17/14 0900 | (!) 93 % | PM | 07/17/14 0951 | Current |
| 07/17/14 0400 | (!) 90 % | JL | 07/17/14 0706 | Current |
| 07/16/14 2000 | 100 % | ML | 07/17/14 0131 | Current |
| 07/16/14 1939 | 96 % | DS | 07/16/14 1939 | Current |
| 07/16/14 1400 | 96 % | PM | 07/16/14 1545 | Current |
| 07/16/14 1019 | 96 % | CG | 07/16/14 1019 | Current |
| 07/16/14 0703 | 96 % | PM | 07/16/14 0721 | Current |
| 07/16/14 0500 | 98 % | JG | 07/16/14 0600 | Current |
| 07/16/14 0049 | (!) 93 % | JG | 07/16/14 0049 | Current |
| 07/15/14 2005 | 95 % | DS | 07/15/14 2006 | Current |
| 07/15/14 1930 | (!) 94 % | JG | 07/15/14 2153 | Current |
| 07/15/14 1543 | 95 % | AR | 07/15/14 1544 | Current |
| 07/15/14 1245 | 95 % | AR | 07/15/14 1325 | Current |
| 07/15/14 0815 | 95 % | CG | 07/15/14 1119 | Current |
| 07/15/14 0711 | 99 % | AR | 07/15/14 0712 | Current |
| 07/15/14 0248 | (!) 92 % | TK | 07/15/14 0249 | Current |
| 07/15/14 0116 | 96 % | IS | 07/15/14 0152 | Current |
| 07/14/14 2346 | 96 % | IS | 07/15/14 0008 | Current |
| 07/14/14 2338 | (!) 93 % | SS | 07/14/14 2338 | Current |
| 07/14/14 2323 | (!) 85 % | IS | 07/15/14 0008 | Current |
| 07/14/14 2318 | (!) 88 % | LW | 07/14/14 2319 | Current |
| 07/14/14 2312 | (!) 87 % | LW | 07/14/14 2316 | Current |
| 07/14/14 2246 | (!) 87 % | JP | 07/14/14 2247 | Current |
| 07/14/14 2227 | (!) 90 % | JP | 07/14/14 2247 | Action |
| 07/14/14 2216 | 97 % | IS | 07/14/14 2225 | Current |
| 07/14/14 2157 | (!) 88 % | AD | 07/14/14 2157 | Current |
| **Weight** | | | | |
| 07/28/14 0500 | 63.957 kg (141 lb) | MS | 07/28/14 0535 | Current |
| 07/27/14 0500 | 64.638 kg (142 lb 8 oz) | MS | 07/27/14 0553 | Current |
| 07/26/14 0454 | 64.048 kg (141 lb 3.2 oz) | JG | 07/26/14 0455 | Current |
| 07/25/14 1700 | 64.819 kg (142 lb 14.4 oz) | CF | 07/25/14 1754 | Current |
| 07/25/14 0446 | 64.819 kg (142 lb 14.4 oz) | JG | 07/25/14 0446 | Current |
| 07/22/14 0458 | 68.629 kg (151 lb 4.8 oz) | JG | 07/22/14 0459 | Current |
| 07/21/14 0500 | 69.174 kg (152 lb 8 oz) | JG | 07/21/14 0600 | Current |
| 07/20/14 0600 | 73.539 kg (162 lb 2 oz) | TH | 07/20/14 0654 | Current |
| 07/19/14 0400 | 76.318 kg (168 lb 4 oz) | TH | 07/19/14 0403 | Current |
| 07/18/14 0720 | 75.382 kg (166 lb 3 oz) | MA | 07/18/14 0834 | Current |