# EXHIBIT-3

# FILED UNDER SEAL

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
 5
 6                                    *
                                      *
 7   IN RE: XARELTO (RIVAROXABAN)     * MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION    *
 8                                    * SEC. L
                                      *
 9                                    * JUDGE
                                      * ELDON E. FALLON
10   *****************************
                                      * MAG. JUDGE NORTH
11   THIS DOCUMENT RELATES TO:        *
     JOSEPH ORR, JR., ET AL. v.       *
12   JANSSEN RESEARCH AND             *
     DEVELOPMENT, LLC, ET AL.         *
13   CASE NO. 2:14-cv-03708           *
     *****************************
14
15        Video Deposition of MAURICE ST. MARTIN, M.D.,
16   taken in accordance with Rules 30 and 34 of the
17   Federal Rules of Civil Procedure, taken at the
18   Lambert Firm, PLC, 701 Magazine Street, New
19   Orleans, Louisiana, on the 27th day of June, 2016.
20   Videographed By:
21       Melissa Bardwell
         Adrienne Sanders
22
     Reported By:
23
         Diana S. Ezell, CCR, RPR, RMR
24       Certified Court Reporter
25
```

1             Thanks.
2    BY MR. IRWIN:
3         Q.   I have highlighted in pink -- you can
4    see it was revised in 2014.  They added -- you may
5    or may not remember this.  They added a black box
6    warning about risks associated with epidural
7    anesthesias.  Do you recall that?
8         A.   Yes.
9         Q.   Now, we know that has nothing to do with
10   Mrs. Orr's case; is that right?
11        A.   Right.
12        Q.   I would like you to go to, if you would,
13   the dosing section, which is on Page 4, and if you
14   look, it's Paragraph 2.  It talks about dosage and
15   administration.  Are you with me, Doctor?
16        A.   Yes.
17        Q.   When you put Mrs. Orr on Xarelto, the
18   indication that you used was the reduction and
19   risk of stroke in nonvalvular atrial fibrillation,
20   correct?
21        A.   That's correct.  Yes.
22        Q.   And you put her on 20 milligrams once a
23   day with the evening meal, right?
24        A.   Yes.
25        Q.   And that would be the standard dose for

```
 1   someone whose kidney was functioning at a
 2   creatinine clearance of 50 or above, right?
 3        A.   Correct.
 4        Q.   And when you put her on Xarelto in
 5   February of 2014, you were aware that this was the
 6   approved dosage --
 7        A.   Yes.
 8        Q.   -- for her indication?
 9        A.   Yes.
10        Q.   And then you also know, and we will get
11   to this later, as her kidney disease progressed
12   and went down, you then shifted her later on down
13   to 15 milligrams as suggested by this label,
14   right?
15        A.   Yes.  Yes.
16        Q.   And you knew to do that at least back in
17   February of 2014, probably before; is that right?
18        A.   Probably before.  Yes.
19        Q.   Did you instruct her or would you have
20   instructed her to make sure that she used her
21   medicine with the evening meal?
22        A.   Probably.
23        Q.   Do you know why that is suggested to do
24   it with the evening meal?
25        A.   No.
```

```
 1        Q.   Calcium score.
 2        A.   That's a test that has been around a
 3   long time.  It's a very low energy brief CAT scan
 4   of the heart, and it doesn't show any detail, but
 5   it counts calcium flux, and it's scored from zero
 6   to two thousand, and coronary artery disease
 7   causes flux of calcium.  If you can see a really
 8   low calcium score, you feel real good.  If you see
 9   a really high calcium score, you suspect coronary
10   artery disease.
11        Q.   What is the bottom line of this first
12   visit?
13        A.   The bottom line?
14        Q.   Yes.  Not as written, but as you look
15   over this now, what's the bottom line about this
16   first visit of this lady to see you?
17        A.   Well, I think the most important thing
18   was that she had had the recent onset of atrial
19   fibrillation.  She had hypertensive heart disease
20   with left atrial dilatation and diabetic.  So she
21   had a lot of risk factors for atrial thrombus and
22   thromboembolism.
23        Q.   You did her CHAD score the other day.
24        A.   Yes.
25        Q.   Tell me how you did it and what you came
```

Protected - Subject To Further Protective Review

```
 1   she was discharged.  A lot of times if one of your
 2   partners is making rounds for you, they will
 3   discharge the patient and not do the summary.  I
 4   don't know whether it means as two-week
 5   hospitalization or not.
 6        Q.   Nonetheless, this was a serious event in
 7   this hospitalization?
 8        A.   Yes.  Yes.
 9        Q.   They had to drain fluid from her lungs?
10        A.   Yes.
11        Q.   Would that fluid accumulation in her
12   lungs be due to congestive heart failure?
13        A.   Most likely.  Yes.
14        Q.   What does that mean really to a patient
15   to have congestive heart failure causing edema in
16   your legs and fluid in the lungs?
17        A.   It means you have got significant
18   congestive heart failure.  Varying from patient to
19   patient, it may mean something to the doctor about
20   how well they are adhering to their therapeutic
21   regimen or low salt diet.
22        Q.   Let's go back to St. Martin, 20 which is
23   your office chart.  Go to Page 118, Bates number
24   118.
25        A.   118?
```

Protected - Subject To Further Protective Review

| | | |
|---|---|---|
| 1 | Q. | Yes, sir. |
| 2 | A. | That's August -- |
| 3 | Q. | That is August 12, 2014. |
| 4 | A. | Yes. |
| 5 | Q. | This is the next visit after her discharge from the hospital. |
| 7 | A. | Yes. |
| 8 | Q. | And you can see now that you have moved her down to 15 milligrams of Xarelto a day? |
| 10 | A. | Yes. |
| 11 | Q. | And you did that because of her failing kidneys? |
| 13 | A. | I think so. Yes. |
| 14 | Q. | What is the diagnosis over there in the lower left? |
| 16 | A. | Atrial fibrillation, now normal sinus rhythm, and dyslipidemia. |
| 18 | Q. | What is the note in the lower right-hand quadrant? |
| 20 | A. | "Discussion regarding disease and treatments," and then I just put "normal sinus rhythm" again. |
| 23 | Q. | What does that mean, "discussion regarding disease and treatments"? |
| 25 | A. | Well, rather than write down every word |

1  hemorrhages on Warfarin were particularly severe
2  with a nearly 60 percent mortality rate by 30
3  days."
4      A.   Okay.
5      Q.   Do you think those numbers would be any
6  different on NOACs?
7      A.   On what?
8      Q.   Let me rephrase the question.  What we
9  see there is that if you have an intracerebral
10 hemorrhage and you are on Warfarin, the chance of
11 mortality is around 60 percent.
12     A.   Yes.
13     Q.   Do you have any reason to disagree or
14 quarrel with that number?
15     A.   No, I don't.
16     Q.   Doctor, can you demonstrate to me,
17 either medically or scientifically or
18 epidemiologically, that Mrs. Orr's unfortunate
19 brain hemorrhage and outcome would have been any
20 different or any better had she been on Warfarin
21 as compared to Xarelto?
22     A.   More likely than not, it would have been
23 about the same.
24     Q.   When you prescribed, changed her over to
25 Xarelto in February of 2014 --

1      A.   That was from Pradaxa.
2      Q.   I think it was from Pradaxa when she was
3  having stomach problems with the Pradaxa and you
4  changed her over.  Were you satisfied that you
5  knew or were fully informed, either by the
6  packaging, the labeling, discussions with your
7  colleagues and CME, that you were fully informed
8  of the risks and benefits of Xarelto?
9      MR. ABNEY:
10          Object to the form.
11     A.   Yes.  Yes.
12  BY MR. IRWIN:
13     Q.   Were you satisfied that your decision to
14  prescribe her Xarelto knowing those risks and
15  benefits was a prudent and wise decision?
16     A.   Yes.
17     Q.   I have shown you information that has
18  developed since you made that prescription for her
19  in February of 2014, more current information,
20  some of it like the U.S. cohort and other
21  material.  Is there anything that you have seen or
22  learned either during this deposition or anything
23  that you have saw or learned during your
24  interviews with Mr. Whitehead or Dr. Whitehead or
25  anything that you have read since February of 2014

1  patients can be when they take Xarelto at
2  steady-state and we have seen how low they can be,
3  right?
4     A.   Right.
5     Q.   And knowing that the higher a patient is
6  the more likely they are to bleed.  If you could
7  do a simple PT test and determine whether a
8  patient was at the very high end and, therefore,
9  much more likely to bleed, is that something that
10 you would want to know?
11    A.   It's something that I would want to know
12 if the FDA had thought it was a good idea.  I put
13 a lot of faith in what the FDA allows the drug --
14 how it allows it to be used.
15    Q.   I take it from your earlier testimony,
16 you don't have a whole lot of experience with the
17 FDA and how they approve drugs.  Is that fair to
18 say?
19    A.   How they approve them?  I don't know all
20 of their techniques with approving a drug.
21    Q.   Are you familiar with the term "medical
22 review officer"?
23    A.   No.
24    Q.   So at the FDA when a drug is submitted,
25 a new drug application, there are medical review

Protected - Subject To Further Protective Review

1      Q.   And it goes on two sentences down, it
2   says, "It's convenient for patients to be able to
3   dispense with at least monthly monitoring required
4   for Warfarin, perhaps increasing the willingness
5   of health care professionals to prescribe and
6   patients to take an anticoagulant.  However,
7   infrequent monitoring, perhaps at initiation and
8   yearly thereafter, to assure appropriate dosing of
9   drugs that prevent stroke and cause bleeding may
10  improve outcomes and be acceptable to patients."
11  Do you see that?
12     A.   I see that.
13     Q.   Do you think it would be acceptable to
14  you and your patients to monitor Xarelto levels at
15  initiation and then once a year afterwards to make
16  sure they weren't too much or too low on Xarelto?
17     A.   That's another hypothetical question.
18  If I was going to try something like that, I don't
19  know why I would wait a year for the second piece
20  of data.  I would say maybe initiation and then
21  four to six weeks, and then if you were in the
22  right ballpark, if you thought it was going to be
23  stable, space it out.
24     Q.   And if you did the initial, after they
25  got to steady-state, and you did the initial test

 1    and they were up in the 95th percentile, what
 2    would you do?
 3         A.   You mean the 95th percent of being where
 4    they ought to be?
 5         Q.   When we looked at that scatter plot, the
 6    lowest was like .6 and the highest was well over
 7    600.  I'm saying if they are in the top of the
 8    class, what would you do?
 9         A.   If they were out of bounds, in other
10    words?
11         Q.   Right.
12         A.   I would make an adjustment then.
13         Q.   And you said you frequently talked with
14    patients about the difference between Warfarin and
15    the frequent monitoring --
16         A.   Yes.
17         Q.   -- and the Xarelto or Pradaxa where
18    there is no monitoring, right?
19         A.   Right.
20         Q.   And in your experience, you know, having
21    worked with these patients for a long time, I
22    think you also said you tell them the benefit is
23    if you do the Warfarin, you do the testing, you
24    know where you are?
25         A.   Yes.

```
 1        Q.    Whereas when you do Xarelto, Pradaxa, no
 2   testing, you don't know, right?
 3        A.    Right.
 4        Q.    Do you think that they would find it to
 5   be a happy medium to do this infrequent testing on
 6   Xarelto or Pradaxa to find out where they are?
 7        A.    From the patients that I deal with, and
 8   I've got a lot of long chronic patients that I
 9   really have got a close relationship to, I think
10   they would go with anything suggested.
11        Q.    If you knew that there was a way to
12   monitor Xarelto levels in your patient and do it
13   infrequently, was that something that you would
14   suggest to them?
15        A.    I would have to see it studied and see
16   all the data, but if it turned out to be a good
17   thing to do, I would certainly suggest it.  Yes.
18        Q.    I think what you said that we know is
19   the higher the prothrombin time, the more likely
20   they are to bleed, right?
21        A.    That's correct.
22        Q.    What other data would you need other
23   than knowing kind of what the ballpark is to keep
24   them in?
25        A.    The outcome of the patient.  In other
```