# EXHIBIT-4

# FILED UNDER SEAL

DATE: 8-1-11

NAME: Orr Sharyn   ACCT NO: [redacted]

HT = 5'6"   WT = 166   BP = 220/105   85

MI ☐   EF ☐

**NEW PATIENT SHEET**

CHIEF COMPLAINT: History A-Fib, changing Doc

PRESENT MEDICATIONS: ACE ☐   A-P ☐   BB ☐   LL ☐

ONSET OF SYMPTOMS:

REFERRING DOCTOR: Cummings

PRESENT ILLNESS:

in 4/11 PCP sent pt to ER AFib, stayed 3d
later had almost → AFib.   pt was dc'd

Has Town (?) their medicine. — needs scope + repair
any future other

---

NAME: SHARYN M. ORR   DATE: 8/1/11

LIST ALL MEDICATION YOU ARE PRESENTLY TAKING:

| Aspirin 81mg Daily | Cardizem 120mg daily |
| Lipitor 40mg one at bed | Metoprolol Tart ER 100 daily |
| Benazepril 40mg daily | Metformin 1000mg 2x day |
| Pradaxa 150mg 2x day | Glizizide 10mg daily |

FORM NO. 119   REORDER # 04-10388-30

(63)

---

PAST MEDICAL HISTORY:
DM — on oral dx 15-20 years
HBP — 5-6 years · Home BP's 140/90 ±
now on 1 med.

year 2000 hosp in queens @ 1185 KAV drawn

PERSONAL HISTORY:

SMOKING:   no known clotting disorder

ALCOHOL: ✓

P.E. GF   MS, allnewn   78

FAMILY HISTORY:   FATHER   MOTHER   OTHERS

HEART

DIABETES

HYPERTENSION   ✓✓   ✓✓

DRS ST. MARTIN, BHANSALI
AND KJELLGREN
2633 NAPOLEON AVE STE 500
NEW ORLEANS, LA 70115

USCA5 4601
SOrr-MEStMartinJr-000292