# EXHIBIT-5

# FILED UNDER SEAL

Protected - Subject To Further Protective Review

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
   MDI NO. 2592                                SECTION L

   IN RE:  XARELTO (RIVAROXABAN)
   PRODUCTS LIABILITY LITIGATION


   THIS DOCUMENT RELATES TO:  JOSEPH ORR, JR., AS
   LAWFUL SURVIVING SPOUSE OF SHARYN ORR

              CASE NO. 2:15-CV-03708



   PROTECTED - SUBJECT TO FURTHER PROTECTIVE ORDER


       VIDEO DEPOSITION OF DR. FRANCISCO CRUZ, TAKEN
   AT THE LAMBERT FIRM, ON TUESDAY, SEPTEMBER THE 21ST,
   2016, COMMENCING AT 4:50 P.M. AND ENDING AT 8:02
   P.M.




   REPORTED BY:
   KRISTINA DIGIOVANNI GEORGE
   Certified Court Reporter
```

```
 1        A    First note appears on August 20th, 2013.
 2   And that's the -- how do I -- I just use the last
 3   three pages?  Page 134.
 4        Q    I'll tell you what.  I'll get to that.
 5   We'll come to that one.  I just want to kind of know
 6   what the starting point was.  So August 2013?
 7        A    Correct.
 8        Q    And do you recall how she came to your
 9   practice?
10        A    Dr. St. Martin referred her to my office
11   for the evaluation of abnormal creatinine, which is
12   kidney disease.  And I believe -- well, he usually
13   would refer patients with kidney disease, and then I
14   would help manage blood pressure and sometimes
15   sequella of diabetes.  The only thing I can tell you
16   from the chart is he said kidney disease.
17        Q    And that's fine, Doctor, and that's
18   perfectly consistent with what Dr. St. Martin told
19   us about why he sent Mrs. Orr to you.
20             Let me do this, though.  This isn't in
21   your chart.  I'm going to mark this as Exhibit 3 and
22   hand you a copy --
23        MR. PAINE:
24             I'm sorry, Brad.  I gave you the exhibit.
25   Would you give that to Dr. Cruz?
```

Protected - Subject To Further Protective Review

```
 1   B-12, I need folic acid, I need a bunch of stuff.
 2   So it goes and looks, and if it doesn't have those
 3   components, it can't make blood.  So people who have
 4   kidney failure tend to not send the signal, so the
 5   bone marrow is just sitting there waiting.  If it
 6   gets if the signal, then it can act.
 7             Now, in her case, she also had low iron
 8   which is not something that the kidneys control.
 9   Low iron can be because of poor iron intake, it can
10   be because of a leaking polyp or cancer or ulcer in
11   the stomach, or some other cause.  But regardless,
12   if I'm going to fix the amenia, I need to start with
13   the iron first because it was low apparently.
14             So I sent the patient to Charles, one of
15   our nurse practitioners who not only manages our
16   diabetes but gives infusions of iron which we do in
17   the office.
18       Q    So, Doctor, just kind of summarize a few
19   things of your course of treatment for Mrs. Orr
20   through this point in time, you've been seeing her
21   since October 2013, this is now March of 2015, so
22   not quite a year and a half.  But in that time, she
23   has been in the hospital two to three times, I
24   think, perhaps three.  She has had elevated blood
25   pressure readings both at home and in the office
```

Protected - Subject To Further Protective Review

```
 1   sometimes in the 200 range.  We know she has chronic
 2   edema, progressive nephrotic syndrome, diabetic
 3   nephropathy, hypertensive kidney disease and anemia.
 4             When you're having discussions with
 5   Mrs. Orr at or around this time, did you get the
 6   impression that she understood she had some serious
 7   health conditions?
 8        A    Yes.
 9        Q    And from your discussions with her, did
10   you get the impression that she understood that her
11   health was declining despite best medical efforts?
12        A    Yes.  Whenever I start talking about PD,
13   peritoneal dialysis, which I started talking in
14   March, I -- that is how I start my conversation
15   that, you know, the kidneys are declining, we need
16   to make a plan, this is sort of inevitable, which
17   track of dialysis are you leaning towards,
18   hemodialysis or peritoneal dialysis.  There is lot
19   of questions and sometimes tears, and that
20   conversation is always had around this time.  And I
21   did have it with her.
22        Q    I imagine that is a not a fun conversation
23   to have?
24        A    No, it takes a while.
25        Q    And do you recall anything that Mrs. Orr
```

Protected - Subject To Further Protective Review

1  said in response to that conversation or any
2  questions that she had as part of that conversation?
3       A    The only thing I documented was that she
4  was interested in peritoneal dialysis.  So I usually
5  start with the two types, and kind of explain how
6  they are both done and say, if we had to do it,
7  which way would you lean.  And then if -- then,
8  okay, you're leaning towards peritonaeal dialysis.
9  Okay, let me get you in to see the nurse that deals
10 with this so you can learn more, watch the videos,
11 look at the mannequins, meet some people who are
12 doing it, and then you can come back to me and say
13 yes or no way, let's go the other route, so yes.
14      Q    Based on your care and treatment of
15 Mrs. Orr to this point, what one word do you think
16 best describes her overall health?
17      MR. HONNOLD:
18           Object to the form.
19      THE WITNESS:
20           Declining.
21 BY MR. PAINE:
22      Q    The note here from March 5, 2015 also
23 refers to some additional testing, and one of which
24 is a 24-hour urine protein.  Do you recall if she
25 actually had that done?

Golkow Technologies, Inc.                              Page 87