# EXHIBIT-6

# FILED UNDER SEAL

USCA5 4608

Quest Diagnostics Incorporated

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>CLIENT SERVICE 866.697.8378 | PATIENT INFORMATION<br>ORR, SHARYN<br>DOB:  AGE: 67<br>GENDER: F | REPORT STATUS **FINAL**<br>ORDERING PHYSICIAN<br>CRUZ, FRANCISCO C |
| SPECIMEN INFORMATION<br>SPECIMEN: DL283801M<br>REQUISITION: 0081219 | ID:<br>PHONE: 504.468.6823 | CLIENT INFORMATION<br>N85019        MT99MT15<br>CRUZ, FRANCISCO M.D.<br>MERCY-BAPTIST<br>3434 PRYTANIA ST STE 300<br>NEW ORLEANS, LA 70115-3531 |
| COLLECTED: 10/28/2014  09:00 CT<br>RECEIVED:  10/29/2014  07:33 CT<br>REPORTED:  10/30/2014  07:35 CT | | |

GN 9/10/14   Nov 11/6/14

COMMENTS: FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | IG |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| **UREA NITROGEN (BUN)** | | 50 H | 7-25 mg/dL | |
| **CREATININE** | | 1.89 H | 0.50-0.99 mg/dL | |
| For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. | | | | |
| **eGFR NON-AFR. AMERICAN** | | 27 L | > OR = 60 mL/min/1.73m2 | |
| **eGFR AFRICAN AMERICAN** | | 31 L | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | | 26 H | 6-22 (calc) | |
| SODIUM | 140 | | 135-146 mmol/L | |
| POTASSIUM | 4.8 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 29 | | 19-30 mmol/L | |
| CALCIUM | 8.7 | | 8.6-10.4 mg/dL | |
| PTH, INTACT AND CALCIUM | | | | |
| PTH, INTACT | | | | IG |
| **PARATHYROID HORMONE, INTACT** | | 86 H | 14-64 pg/mL | |

```
    Interpretive Guide      Intact PTH            Calcium
    ------------------      ----------            -------
    Normal Parathyroid      Normal                Normal
    Hypoparathyroidism      Low or Low Normal     Low
    Hyperparathyroidism
       Primary              Normal or High        High
       Secondary            High                  Normal or Low
       Tertiary             High                  High
    Non-Parathyroid
       Hypercalcemia        Low or Low Normal     High
```

ORR,SHARYN - DL283801M

Page 1 - Continued on Page 2

FAXED NOV 05 2014
BY: 989099

© 2009 Quest Diagnostics Incorporated. All rights reserved. SC2K - 149700.

• FRANK CRUZ, M.D.   • ANGELA D. REGINELLI, M.D.   • APRIL J. FOX, M.D.   • FRANK C. CRUZ, M.D.

| 22 | Sharyn Orr | 1:10 pm / 1:15 pm | Dr. Cruz Jr. | yes / no |

Name: Sharyn Orr   Weight: 134   BMI:   Height: 65   Date: 4-16-15

CC:
HPI:

Pt s̄ c/o

ROS:
- ☒ see HPI all rest negative
  HA, dizzynes, photophobia, tinnitus
  sinus pain, rhinorrhea, sore throat
  N, V, F, C
  CP, SOB, DOE, palpitations
  Cough, sputum, pleuritic CP
  dysuria, frequency, urgency, ED
  diarrhea, abd pain, heartburn
  BRBPR, melena, weakness
  rash, ms/back pain
  vag bleeding, d/c
  insomnia, anorexia,
  wt loss, depression, anxiety
- ☒ FH/SH reviewed and updated; see face sheet
- ☒ PMH reviewed updated see face sheet
- ☒ Meds reviewed/updated

Pulse 70   BP 200/90

A/O NAD
CN II-XII intact, reflexes/strength equal/nl bilat u/l ext
PERRLA, EOMI, no conjunctivitis, fundus wnl
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1-S2, No carotid/ inguinal bruits
CTA B; no crackles/wheezes/rhonchi/effusions
Soft NT ND, No HSM/mass/hernia
GU grossly nl, no mass/discharges, nl prostate
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

A/P

Nephrotic syndrome
- No improvement in Edema. BNP ↑

P/ Δ Lasix to Torsemide 10mg BID
Add Metolazone 5mg QD
✓ labs 2wks — 5 days

☒ Labs Monday + in 2 wks

RTC 2-3 wks

- ☒ Chem 7 Mg, Po4
- ☐ CBC with diff
- ☐ LFT, Lipids, VAP
- ☐ HBA1C
- ☐ 3hr GTT
- ☐ UA, spot urine pr/Cr
- ☐ urine micro-alb/cr
- ☐ proteinuria labs
- ☐ iron/TIBC/ferritin
- ☐ TSH, T4
- ☐ PSA
- ☐ uric acid
- ☐ PTHi, 25-Vitamin D
- ☒ BNP
- ☐ 24hr urine for Cr/CL
- ☐ ESR, CRP
- ☐ 24 hr urine stone w/u
- ☐ B renal U/S
- ☐ MRA renal arteries

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered and the risk of significant complications morbidity and mortality is high if not treated. Greater than 45min spent with patient/family.
Since last visit, managed any of the following: home health, dialysis related complications, phone medicine, physician conference

USCA5 4610

SOrr-FCruz-000101

• FRANK CRUZ, M.D.   • ANGELA D. REGINELLI, M.D.   • APRIL J. FOX, M.D.   • FRANK C. CRUZ, M.D.

Name: Sharyn Orr   Weight: 149   BMI: 24.8   Height: 65   Date: 9-10-14

CC:
HPI:

S/P Afib/CHF admit to Baptist.
S/P B Pleural effusion drained

ROS:
☒ see HPI all rest negative
HA, dizzyness, photophobia, tinnitus
sinus pain, rhinorrhea, sore throat
N, V, F, C
CP, SOB, DOE, palpitations
Cough, sputum, pleuritic CP
dysuria, frequency, urgency, ED
diarrhea, abd pain, heartburn
BRBPR, melena, weakness
rash, ms/back pain
vag bleeding, d/c
insomnia, anorexia,
wt loss, depression, anxiety
☒ FH/SH reviewed and updated; see face sheet
☒ PMH reviewed updated see face sheet
☒ Meds reviewed/updated

Pulse: 50 - regular   BP: 120/80
A/O NAD
~~CN II-XII intact, reflexes/strength equal/nl bilat u/l ext~~
~~PERRLA, EOMI, no conjunctivitis, fundus wnl~~
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits
CTA B, no crackles/wheezes/rhonchi/effusions
Soft NT ND, No HSM/mass/hernia
~~GU grossly nl, no mass/discharges, nl prostate~~
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

2-3+ B chronic edema

A/P
HTN - @ goal
Afib - well controlled
CKD Stage 4
DM nephropathy
) on Benazepril. Await labs
Discussed PD vs Hemo @ length. If needed will start HD given shortage of PD fluid

☒ Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
☐ HBA1C
☐ 3hr GTT
☐ UA, spot urine pr /Cr
☐ urine micro-alb/cr
☐ proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
☒ PTHi, 25-Vitamin D
☒ BNP
☐ 24hr urine for Cr/CL
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ MRA renal arteries

RTC 2 mo

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered and the risk of significant complications morbidity and mortality is high if not treated. Greater than 45 min spent with patient/family.
Since last visit, managed any of the following: home health, dialysis related complications, phone medicine, physician conference

USCA5 4611
SOrr-FCruz-000105

• FRANK CRUZ, M.D.   • ANGELA D. REGINELLI, M.D.   • APRIL J. FOX, M.D.   • FRANK C. CRUZ, M.D.

Name Sharyn Orr     Weight     BMI     Height     Date 7-15-14

CC:
HPI:

appt. cancelled b/c pt. is in hospital.

OK

ROS:
☐ see HPI all rest negative
HA, dizzynes, photophobia, tinnitus
sinus pain, rhinorrhea, sore throat
N, V, F, C
CP, SOB, DOE, palpitations
Cough, sputum, pleuritic CP
dysuria, frequency, urgency, ED
diarrhea, abd pain, heartburn
BRBPR, melena, weakness
rash, ms/back pain
vag bleeding, d/c
insomnia, anorexia,
wt loss, depression, anxiety
☐ FH/SH reviewed and updated; see face sheet
☐ PMH reviewed updated see face sheet
☐ Meds reviewed/updated

Pulse            BP
A/O NAD
CN II-XII intact, reflexes/strength equal/nl bilat u/l ext
PERRLA, EOMI, no conjunctivitis, fundus wnl
TM/turbinates nl, OP clear, no LAD
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits
CTA B, no crackles/wheezes/rhonchi/effusions
Soft NT-ND, No HSM/mass/hernia
GU grossly nl, no mass/discharges, nl prostate
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

A/P

☐ Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
☐ HBA1C
☐ 3hr GTT
☐ UA, spot urine pr /Cr
☐ urine micro-alb/cr
☐ proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
☐ PTHi, 25-Vitamin D
☐ BNP
☐ 24hr urine for Cr/CL
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ MRA renal arteries

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered and the risk of significant complications morbidity and mortality is high if not treated. Greater than 45min spent with patient/family.
Since last visit, managed any of the following: home health, dialysis related complications, phone medicine, physician conference

USCA5 4612

SOrr-FCruz-000106

Name: Sharyn Orr   Weight: 165   BMI: 27.5   Height: 65   Date: 10-23-13

CC:
HPI:

Pt s c/o

ROS:
X see HPI all rest negative
  HA, dizzynes, photophobia, tinnitus
  sinus pain, rhinorrhea, sore throat
  N, V, F, C
  CP, SOB, DOE, palpitations
  Cough, sputum, pleuritic CP
  dysuria, frequency, urgency, ED
  diarrhea, abd pain, heartburn
  BRBPR, melena, weakness
  rash, ms/back pain
  vag bleeding, d/c
  insomnia, anorexia,
  wt loss, depression, anxiety
X FH/SH reviewed and updated; see
  face sheet

Pulse: 75-80   BP: ♯ 125/80   Home BP 142-148/90's

A/O NAD
~~CN II-XII intact, reflexes/strength equal/nl bilat u/l ext~~
~~PERRLA, EOMI, no conjunctivitis, fundus wnl~~
~~TM/turbinates nl, OP clear, no LAD~~
RRR no MRG, nl S1 S2, ~~no carotid/inguinal bruits~~  } NC
CTA B, no crackles/wheezes/rhonchi/effusions
~~Soft NT ND, No HSM/mass/hernia~~
~~GU grossly nl, no mass/discharges, nl prostate~~
No c/c/e/rash/ulcer/cellulitis, ~~nl DP/PT pulses~~

1+ Edema B lower Ext

A/P

↓ Mg — restart Mag OTC

CKD stage 3         ① start Aldactone 25mg/day
DM Nephropathy    ② must live c low Na
Nephrotic syndrome     until proteinuria improves
Hypokalemia       ③ low Na diet explained

Hypomagnesemia — Restart OTC Magnesium

Osteopenia — New osteoporosis
         — start OTC Vit D3 2000 units/day
         — continue OTC Ca +D
         — consider Prolia

"White Coat Syndrome" — Home BP Monitor

RTC 3mo
tcummings@Tulane.edu

X Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
☐ HBA1C
☐ 3hr GTT
X UA, spot urine pr/Cr
☐ urine micro-alb/cr
☐ proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
☐ PTHi, 25-Vitamin D
☐ BNP
☐ Homocysteine/ma/3051
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ MRA renal arteries

FAXED OCT 23 2013 BY _____

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered and the risk of significant complications morbidity and mortality is high if not treated. Greater than 45min spent with patient/family.
Since last visit, managed any of the following: home health, dialysis related complications, phone medicine, physician conference

tcummings@tulane.edu

USCA5 4613
SOrr-FCruz-000129

Name: Sharyn Orr  Weight: 165  BMI: 27.5  Height: 65  Date: 8-20-13
CC:
HPI:

65 y/o

ROS:
X see HPI all rest negative
HA, dizzynes, photophobia, tinnitus
sinus pain, rhinorrhea, sore throat
N, V, F, C
CP, SOB, DOE, palpitations
Cough, sputum, pleuritic CP
dysuria, frequency, urgency, ED
diarrhea, abd pain, heartburn
BRBPR, melena, weakness
rash, ms/back pain
vag bleeding, d/c
insomnia, anorexia,
wt loss, depression, anxiety
X FH/SH reviewed and updated; see face sheet

Pulse        BP: 190/90
A/O NAD
~~CN II-XII intact, reflexes/strength equal/nl bilat u/l ext~~
~~PERRLA, EOMI, no conjunctivitis, fundus wnl~~
~~TM/turbinates nl, OP clear, no LAD~~
RRR no MRG, nl S1 S2, No carotid/ inguinal bruits
CTA B, no crackles/wheezes/rhonchi/effusions
Soft NT ND, No HSM/mass/hernia
~~GU grossly nl, no mass/discharges, nl prostate~~
No c/c/e/rash/ulcer/cellulitis, nl DP/PT pulses

A/P  CKD stage 3
Nephrotic syndrome )   ✓ F/U w/ U
 — Probable DM Nephropathy
 — on ACE/BB/ASA

 — Get me last 2 yrs of
    labs from Dr Cummings

HTN — white coat syndrome?
✓ Home BP log

FAXED
AUG 20 2013
8999461
988809

7

RTC
Fax to Dr Cummings    4-6 wks

X Chem 7 Mg, Po4
☐ CBC with diff
☐ LFT, Lipids, VAP
X HBA1C
☐ 3hr GTT
X UA, spot urine pr /Cr
☐ urine micro-alb/cr
X proteinuria labs
☐ iron/TIBC/ferritin
☐ TSH, T4
☐ PSA
☐ uric acid
X PTHi, 25-Vitamin D
☐ BNP
☐ Homocysteine/ma/3051
☐ ESR, CRP
☐ 24 hr urine stone w/u
☐ B renal U/S
☐ MRA renal arteries

Because of the complex medical history, there are a number of differential diagnosis. Appropriate labs and tests have been reviewed/ordered and the risk of significant complications morbidity and mortality is high if not treated. Greater than 45min spent with patient/family.
Since last visit, managed any of the following: home health, dialysis related complications, phone medicine, physician conference

USCA5 4614
SOrr-FCruz-000134