# EXHIBIT-7

# FILED UNDER SEAL

| | | |
|---|---|---|
| TULANE UNIVERSITY HOSPITAL & CLINIC<br>1415 Tulane Avenue<br>New Orleans, LA 70112 | Name: ORR,SHARYN M<br>DOB: ▓▓▓▓▓<br>LOCATION D.UPTC<br><br>Account #: ▓▓▓▓▓ | D000285449<br>Admit Date: 03/27/09<br><br>Dict. Date: 03/27/09 |

**Progress Note**

---

DATE OF VISIT:  03/27/2009

CHIEF COMPLAINT:  Followup.

HISTORY OF PRESENT ILLNESS:  Ms. Orr is a 61-year-old patient seen by me a couple of weeks ago.  She is here in regards to her blood pressure and labs.  When I last saw her, her blood pressure was increased, but we wonder if there is a white-coat component.  She is back today to discuss that and she has brought her cuff.  Unfortunately, financially she has not been able to purchase a new cuff.  All she has is her wrist cuff, so she has brought that today.  She states that her blood pressures at home are in the 140s to 150s over 70s to 90.  She primarily takes it in the morning.  She has no complaints.  No chest pain.  No shortness of breath.

PAST MEDICAL HISTORY:  Hypertension, hyperlipidemia, diabetes, microalbuminuria picked up in July 2008.

MEDICATIONS:  Benazepril/hydrochlorothiazide 20 mg/12.5 mg 2 tablets q.a.m., metformin XL 500 mg 2 p.o. twice daily, Lipitor 40 mg 1/2 tablet daily and aspirin daily.

PHYSICAL EXAMINATION:  GENERAL:  The patient is an alert female in no distress.  VITAL SIGNS:  Blood pressure by me is 220/104.  Blood pressure by her wrist cuff is 205/108.

ASSESSMENT:  The patient is a 61-year-old female with hypertension.  There definitely appears to be a white-coat component that is quite strong; however, her blood pressures at home are not well controlled.

PLAN:  In general, I am reluctant to trust wrist blood pressure cuffs, but the patient is not able to afford one and it seemed to be fairly accurate here in the clinic.  We are going to increase her medications by maximizing her ACE.  I am adding a 40 mg dose of benazepril in the evening to her present regimen.  She will email me in 1-2 weeks to let me know how she is doing.  I am also updating labs to check on her diabetes, cholesterol and kidney function today.  If there is a problem with them, I will contact her at 458-1792.  Generally, her followup can be in 3-4 months if her blood pressure improves at home.



DICTATED BY: Terry L. Cummings, M.D.
IN: CUMTE / MEDQ / REV: / 6958 / WT: D.UPTCE2-CPROG




Run: 09/19/10-03:28 by CUMMINGS,TERRY L

Additional copy                                                          Page 1 of 2

Progress Note

**Patient:** ORR,SHARYN M  **Account #:** ███
**Medical Record #:** D000285449

_____

DD: 03/27/2009 07:16:34  DT: 03/27/2009 11:34:22  HIS#: 365685586
(Signature on File)
Terry L Cummings, MD


03/27/09 071634
03/27/09 1134


Electronically Signed by Terry L Cummings, MD on 03/27/09 at 1339










Run: 09/19/10-03:28 by CUMMINGS,TERRY L

Additional copy                                                Page 2 of 2

USCA5 4617
SOrr-TulaneH-MD-000055