# EXHIBIT-8

# FILED UNDER SEAL

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3   MDI NO. 2592                        SECTION L

4

5   IN RE:  XARELTO (RIVAROXABAN)

    PRODUCTS LIABILITY LITIGATION

6

7

8   THIS DOCUMENT RELATES TO:  JOSEPH ORR, JR., AS

    LAWFUL SURVIVING SPOUSE OF SHARYN ORR

9

10          CASE NO. 2:15-CV-03708

11

12

13      VIDEO DEPOSITION OF JOSEPH ORR, JR., TAKEN AT

    CAPITELLI & WICKER LAW FIRM, ON TUESDAY, JUNE THE

14  7TH, 2016, COMMENCING AT 9:51 A.M. AND ENDING AT

    5:32 P.M.

15

16

17

18

19  REPORTED BY:

20  KRISTINA D. REA

21  Certified Court Reporter

22

23

24

25

Protected - Subject to Further Protective Review

```
1       A     Yes.

2       Q     And what were those medication?

3       A     I don't know.

4       Q     Do you recall what any of the medications

5   that she took in the evening looked like?

6       A     No.

7       Q     Do you know what any of the medications

8   she took in the evening were to treat?

9       A     No.

10      Q     Or the names of any of those medications?

11      A     No.

12      Q     What was her routine that she followed

13  religiously as far as medications in the evening

14  were concerned?

15      A     I would say she would take them about

16  maybe 7:00 o'clock at night, 7:30.  I don't know.

17      Q     Was she doing anything particular while

18  she took these medications?

19      A     Taking water.

20      Q     I mean, was she sitting at the kitchen

21  table?  Was she, you know -- I thought at one point

22  you said she took that at bedtime?

23      A     That's what I'm saying.

24      Q     Okay.

25      A     In the bed, looking at television,
```

Protected - Subject to Further Protective Review

 1    drinking water.

 2         Q    Okay.  So her normal routine would be to

 3    take her evening medications in the evening sitting

 4    in the bed while watching television?

 5         A    Correct.

 6         Q    Okay.  And did she keep her medications at

 7    home?

 8         A    Yes.  As far as I know, yes.

 9         Q    And they were in the medicine cabinet and

10    so forth?

11         A    Yes.

12         Q    Okay.  And is that where you found the

13    bottle for Xarelto?

14         A    Correct.

15         Q    In the medication cabinet at home in the

16    bathroom?

17         A    Right.

18         Q    Okay.

19         A    Not the bathroom, in the kitchen.

20         Q    In the kitchen, okay.

21         A    Yes.

22         Q    What other medications were there along

23    with the Xarelto bottle that you found after she

24    passed?

25         A    There were bottles of medications.

Protected - Subject to Further Protective Review

```
1        A    I did know that.

2        Q    Okay.  And how long was she seeing Dr. Rai

3    before her intracerebral hemorrhage in April?

4        A    That, I don't know.  But I would guess

5    it's in the medical record.

6        Q    Did you know at that time of Mrs. Orr's

7    intracerebral hemorrhage in April 2015 that she had

8    been recommended or was taking any of these -- any

9    of these medications from Dr. Rai?

10       A    No.

11       Q    Let's talk about Mrs. Orr's intracerebral

12   hemorrhage.

13       A    Okay.

14       Q    And I know this will be difficult, so I'll

15   move through this as quickly as we can, but if

16   you'll bear with me, I appreciate it.  If you need

17   any breaks, absolutely we'll take those.  Okay?

18            What was the date of Mrs. Orr's

19   intracerebral hemorrhage?

20       A    April 24th.

21       Q    Do you recall what day of the week that

22   was?

23       A    It was a Friday.

24       Q    Had Mrs. Orr had any unusual complaints or

25   signs or symptoms, anything out of the ordinary that
```

Protected - Subject to Further Protective Review

```
 1    you observed leading up to the evening of April 24,

 2    2015?

 3        A    No.

 4        Q    Did she complain of anything out of the

 5    ordinary leading up to the evening of April 24th?

 6        A    No.

 7        Q    If I recall correctly, very early in the

 8    deposition, did you mention that you picked her up

 9    that day?

10        A    Picked her up from work.

11        Q    Okay.  And what time was that?

12        A    4:00 o'clock, 4:30.

13        Q    She worked downtown here at the campus?

14        A    On campus, yes.  On St. Charles Avenue.

15        Q    What were your plans for the evening?

16        A    Pick her up.  We were going to dinner at

17    Chris Steakhouse.

18        Q    Ruth's Chris?

19        A    Ruth's Chris.

20        Q    And that's a couple of blocks from where

21    we are right now, right?

22        A    No.  No.  This was the on -- on -- in

23    Metairie on Veterans.

24        Q    In Metairie.  Okay.

25             All right.  So did you go straight from
```

Protected - Subject to Further Protective Review

```
 1    Tulane out to Ruth's Chris in Metairie?

 2         A    No.  We went home, changed, and then we

 3    went there.  I forgot what time we got there.

 4         Q    All right.  And how long does it take you

 5    to get from her office at Tulane to home?

 6         A    It was about somewhere between 30, 45

 7    minutes.

 8         Q    So you picked her up at 4:30, and 30 to 45

 9    minutes to get home?

10         A    Right.

11         Q    And you said you went home to change?

12         A    Yeah.

13         Q    She changed her clothes?

14         A    Yes.

15         Q    Did she do anything else at home?

16         A    Not that I recall.

17         Q    Was there -- did she report any signs or

18    symptoms, anything out of the ordinary before

19    getting to dinner that night?

20         A    None whatsoever.

21         Q    What was the occasion for going to Ruth's

22    Chris?

23         A    Going to dinner.

24         Q    Just Friday night?

25         A    Friday night.
```

Protected - Subject to Further Protective Review

```
 1        Q     All right.  Was anyone else joining you?

 2        A     Just her and me.

 3        Q     How long does it take to get from your

 4   house to Ruth's Chris?

 5        A     Twenty minutes, 30 minutes, 20 minutes.

 6        Q     Did you have reservations that night?

 7        A     I'm trying to remember.  Yeah, I'm sure we

 8   did.

 9        Q     You just don't remember what time it was

10   for?

11        A     No, I don't.  Maybe 6:30, 7 o'clock,

12   something like that.

13        Q     Did -- when you got to the restaurant,

14   what happened then?  Did you -- did you have

15   cocktails or anything like that?

16        A     No.  We sat down.  I think I had ice tea,

17   she had ice tea.  Looked at a menu, ordered a

18   menu -- ordered, you know, our food, served the

19   food.  We ate the food.

20        Q     Okay.  At what point during the evening

21   did Mrs. Orr first indicate or show signs of feeling

22   bad?

23        A     We were just about finished the meal and

24   she said, "I have a headache."  And I said, "Do you

25   have any, you know, aspirin or Tylenol or anything
```

1      you can take?"  She said, "No."

2                  "Okay.  Well, let me just pay the bill,

3      you know, we're finished, pay the bill, go home."

4      And -- and we did.  But it was -- it was a serious

5      headache.

6          Q    Did she give you any other descriptions of

7      the headache, like it's the worst headache of my

8      life or it's confined to a certain area?

9          A    No.  She said -- she said it hurt.

10         Q    She first mentioned the headache at the

11     end of the meal; is that right?

12         A    Yes.

13         Q    So you two were completely done eating?

14         A    Just about.

15         Q    Had you had desert?

16         A    No.

17         Q    And did she eat her meal?

18         A    Yes.

19         Q    What time was it that she first complained

20     of a headache?

21         A    I don't know.  Maybe 45 minutes after we

22     got there.  Maybe an hour after we got there.  I

23     don't -- I don't know.

24         Q    Do you recall how long you were there

25     altogether?

Protected - Subject to Further Protective Review

```
 1         A     No, I don't.

 2         Q     Did she have any other complaints at that

 3    point while you were still at the restaurant other

 4    than a headache?

 5         A     That was it.

 6         Q     Did she ask to go home?

 7         A     Yeah.

 8         Q     So it was bad enough that she wanted to

 9    leave before you would otherwise have left?

10         A     Correct.

11         Q     Did she com- -- let me kind of move

12    forward.  On the way home, tell me what happened on

13    the way home.

14         A     On the way home, she said, "Can you pull

15    over?"  I said, "Why?"  She said, "Well, I'm

16    nauseous.  I need to throw up."  Okay.  Pulled over,

17    she threw up, got back in the car, we drove home.

18         Q     How close to home were you from Ruth's

19    Chris when she complained of nausea and had to pull

20    over to throw up?

21         A     Not far.  Maybe -- maybe three to five

22    blocks.

23         Q     Away from home?

24         A     No.  Away from Ruth's.  I thought that was

25    the question.
```

Protected - Subject to Further Protective Review

```
 1       Q    Thank you.  I'm sorry.  I'm glad we

 2   clarified that.

 3            Was she able to get home from then -- from

 4   that point without vomiting again?

 5       A    Yeah.  She didn't throw up again until we

 6   got home.

 7       Q    Okay.  And approximately what time did you

 8   get home?

 9       A    I don't know.

10       Q    Did -- were you concerned at this point?

11       A    Very concerned.

12       Q    What happened once you pulled into the

13   driveway of the home?

14       A    Raised the garage door, she threw up

15   again.  I got her out of the -- the car and into the

16   house.

17       Q    So did she vomit in the garage?

18       A    She vomited on the side of the car.

19       Q    And then you got her into the house?

20       A    Right.

21       Q    What happened at that point?

22       A    Brought her to bed, put her to bed, and,

23   you know, I still thought it was just -- I mean, she

24   had no signs -- no signs of a stroke, no slurred

25   speech, you know, the fast thing that you see all
```

Protected - Subject to Further Protective Review

1   the time.

2      Q    Uh-huh.

3      A    None of those signs.  And anyway, I put

4   her to bed.  And I said, you know -- I really was

5   going to go get her something for her head, and --

6   and I did.  But when I came back, she was asleep.  I

7   said, well, I'm not going to disturb her because of

8   the headache.  And I let her sleep.  And then not

9   long after that, I came back in there to check on

10  her, and she said, "Can you take me to the

11  bathroom?"  And I did.  And she sat on the commode

12  and...

13      MR. PAINE:

14          We can take a break.

15      MR. WICKER:

16          You want to take a break?

17      THE WITNESS:

18          No, no, I don't want to take a break.

19          I wedged myself between her and the wall

20  because she couldn't support herself.  So I said,

21  "Sharyn, you want me to call 911?"

22          "Oh, no, no, no.  No, I'm all right."

23          "Okay."

24          A little while went by, not long, maybe a

25  minute or two, and I said, "Sharyn, you want me to

Protected - Subject to Further Protective Review

```
 1   call 911?"

 2              "No, no, no, don't call 911."  I said, "Do

 3   you want me to call Kim?  She can come over and

 4   help."

 5              "No, don't call Kim.  Don't call 911."

 6              Anyway, so after another minute or two, I

 7   called Kim.  I said, "Kim, you've got to come over."

 8   And -- and my concern was -- because the front door

 9   was locked.  My concern was how do I get from this

10   bathroom to let my daughter in the house with -- you

11   know, with her like that.  And I really don't know

12   how I did it.

13              But I -- I propped her some kind of way

14   once Kim got there and ran and opened the door and

15   then came back.  And when Kim saw her, she said,

16   "Dad, we've got to call 911 immediately."  And we

17   did.  And they were there pretty quick.

18   BY MR. PAINE:

19       Q    I don't mean to belabor these points --

20       A    No.  Go ahead.

21       Q    -- I really don't, but I want to make sure

22   I understand the sequence very clearly.

23       A    Go ahead.

24       Q    After the vomiting in the garage, did you

25   take Mrs. Orr straight to bed?
```

Protected - Subject to Further Protective Review

```
1        A     Yes.

2        Q     And how long was she in bed from that

3    point forward until she woke up?

4        A     I don't know.  Ten minutes, 15 minutes,

5    give or take.

6        Q     Do you know approximately what time of

7    night it was that she woke up?

8        A     No.

9        Q     Was she still able to speak when she woke

10   up?

11       A     Her speech was then getting slurred, and

12   that's when I knew we were in trouble.

13       Q     So did you notice the slurring of speech

14   as soon as she woke up?

15       A     I think when I got her to the bathroom.

16       Q     But she woke up, you went into see her,

17   she asked to be taken to the bathroom, right?

18       A     Correct.

19       Q     And at that point is when you noticed

20   the -- the -- her speech starting to slur?

21       A     Right.

22       Q     While she was in the bathroom, did her

23   slurring of speech become progressively worse?

24       A     No.  Because she didn't try to talk.

25       Q     You asked her if she wanted you to call
```

Protected - Subject to Further Protective Review

```
 1   911?

 2        A    Immediately.

 3        Q    Immediately upon getting her to the

 4   bathroom?

 5        A    Bathroom, right.

 6        Q    And did she say no, or did she shake her

 7   head?

 8        A    She said no.

 9        Q    Okay.  You asked her again a few minutes

10   later, or a minute or two later, and did she respond

11   verbally at that point or shake her head?

12        A    Verbally:  "No."

13        Q    Okay.  Then did you ask her a minute or

14   two after that if she wanted you to call your

15   daughters?

16        A    Yes.

17        Q    And she said no?

18        A    No.

19        Q    Was that a verbal no or a shake --

20        A    That was a verbal no still.

21        Q    And then when you decided to in fact call

22   Kim a minute or two after that, did she say at that

23   point she wanted you to call Kim, or did you make

24   that decision --

25        A    No.  I made that decision on my own.
```

Protected - Subject to Further Protective Review

```
1       Q    So all in all, have we captured the entire

2   verbal exchange between you and Mrs. Orr from the

3   time she woke up until the time you called Kim?

4       A    I think so.

5       Q    And in that time, her verbal responses

6   essentially consisted of answering no to your

7   questions?

8       A    Correct.

9       Q    But you noticed that her speech was

10  slurred at that point?

11      A    Right.

12      Q    Okay.  How long did it -- or what time did

13  Kim arrive?

14      A    If you know what time the -- the ambulance

15  got there, I can tell you what time Kim arrived.  I

16  don't know.  The whole thing is a blur.

17      Q    I'm going to -- I'm going to get us to the

18  records in just a minute.

19      A    Do that.  That's fine.

20      Q    I want to get this from you as best as you

21  can remember first.

22      A    I don't know.  I'm thinking maybe

23  9 o'clock, 10 o'clock.  I don't know.

24      Q    And how far away does Kim live?

25      A    Kim doesn't live far.
```

Protected - Subject to Further Protective Review

```
 1        Q     She's the one who lives about a mile away?

 2        A     Yeah.

 3        Q     And did she come right over when you

 4   called her?

 5        A     Yes.

 6        Q     Did you call her on a cell phone or a

 7   landline?

 8        A     Cell phone.

 9        Q     Between the time that you called Kim and

10   Kim arrived and said you needed to call the

11   ambulance, did Mrs. Orr say anything else?

12        A     Not that I remember.

13        Q     Did she indicate or did you see her

14   experiencing any other signs or symptoms?

15        A     She was getting weak.

16        Q     Weak.  Describe that for me, please.

17        A     Lethargic, no strength, you know, you

18   couldn't pick her up, you know.  She was... Yeah.

19        Q     And by "lethargic," was she also starting

20   to get sleepy, too, or was that just the --

21        A     Kind of -- yeah, kind of drowsy.

22        Q     Were you asking her questions at that

23   point in time?

24        A     No.

25        Q     Was anybody talking to her?
```

Protected - Subject to Further Protective Review

```
 1        A     No.

 2        Q     At this point, I take it, you were -- you

 3   were very worried?

 4        A     I was extremely worried.

 5        Q     And Kim was worried, too?

 6        A     Very worried.

 7        Q     So as soon as Kim got there, you called

 8   the ambulance?

 9        A     Right.

10        Q     How long did it take the ambulance to

11   arrive?

12        A     I don't know.  I mean, a guess, ten

13   minutes.

14        Q     It was quickly?

15        A     It was quick.  It was quick.

16        Q     Between the time that the ambulance -- EMS

17   was called and they actually arrived, were there any

18   changes in her cond- -- in Mrs. Orr's condition?

19        A     I think she was -- she was more listless.

20        Q     When the EMS paramedics arrived, did they

21   ask Mrs. Orr any questions?

22        A     I think they did, but I don't -- I don't

23   think she answered them.

24        Q     Okay.  Do you recall from that point

25   forward Mrs. Orr being able to say anything or
```

Protected - Subject to Further Protective Review

```
 1    respond to any questions that were asked of her?

 2        A    No.

 3        Q    At that point forward, was she unable to

 4    speak as far as you knew?

 5        A    As far as I know.

 6        Q    When the EMS folks arrived, did they ask

 7    you what had happened?

 8        A    Yeah.

 9        Q    And you give them the history?

10        A    Right.

11        Q    What was the -- what -- what happened

12    next?

13        A    We asked -- I asked them to take her to

14    Baptist.  And the reason I asked them to take her to

15    Baptist was because all her medical records were at

16    Baptist, and that's where she would have wanted to

17    go.  So they did, they took her to Baptist.

18        Q    Did the EMS folks say anything to you

19    about what she was experiencing or what they thought

20    was going on with her before they took her to

21    Baptist?

22        A    No.

23        Q    How long were they at the home before

24    they -- they left for Baptist?

25        A    Not long.  I mean, they brought in a
```

Protected - Subject to Further Protective Review

```
1    gurney, put her on the gurney, and took her out.
2         Q    Did anyone ride with Mrs. Orr over to
3    Baptist Hospital in the ambulance?
4         A    That's a good question.  I didn't.  I --
5    I -- I followed them in the car.  No, I don't think
6    anybody did.
7         Q    So the -- the folks that were in -- in the
8    house when EMS arrived were you, Kim, and Mrs. Orr?
9         A    Correct.
10        Q    Did Kim talk to Mrs. Orr and try to get
11   her to respond to any questions?
12        A    Yes.
13        Q    And Mrs. Orr was not able to respond?
14        A    No.
15        Q    Was Mrs. Orr still awake when the EMS
16   ambulance left your house?
17        A    I don't think so.
18        Q    Did Mrs. Orr ever come back to
19   consciousness or was she awake at any point after
20   that?
21        A    Not to my knowledge.
22        Q    What time did you arrive at Baptist?
23        A    Well, we went to -- to -- to -- yeah, to
24   Baptist.  And it seems like that was around maybe
25   11 o'clock, something like that.
```

Protected - Subject to Further Protective Review

```
1        A     I mean, I think we looked at him in

2   disbelieve and said, "What?"  And then you -- you've

3   got to try to -- I mean, that's -- it's a shock,

4   obviously.  It's a shock, you know.

5        Q     Did that doctor or anyone else in the

6   emergency room at main campus ask you questions

7   about what had happened that night or -- or about

8   Mrs. Orr's medical history?

9        A     I mean, he -- he specifically said, you

10  know, what -- what was she on or -- or, you know,

11  that kind of thing, and -- and I don't remember if I

12  told him or the kids told him.  Somebody said

13  Xarelto.  And he shook his head and said, "We can't

14  -- "We can't stop the bleeding."

15       Q     When was the last time Mrs. Orr had taken

16  a Xarelto pill?

17       A     I don't know.

18       Q     You didn't see her take a Xarelto on the

19  night of the intracerebral hemorrhage, April 24th,

20  2014?

21       A     No.  Doesn't mean she didn't take it, but

22  I didn't see it.

23       Q     I understand.  I'm asking --

24       A     Right.

25       Q     -- what you saw and what you remember.
```

Protected - Subject to Further Protective Review

1      A      Didn't see it.

2      Q      Okay.  While you were at dinner that

3   night, you did not see her take a Xarelto pill?

4      A      She did not take one at dinner.

5      Q      Or any other -- any other pill?

6      A      No pill at dinner.

7      Q      While you were at home, did you see her

8   take Xarelto or any other medication?

9      A      I don't remember.

10     Q      That's before going to dinner that night?

11     A      Right.

12     Q      After you left Ruth's Chris, at any point

13   did you see her take Xarelto or any other

14   medication?

15     A      No.

16          Q    Did you have any other discussions or --

17   I'm sorry.

18              Were there any other discussions by you or

19   with you or any of the family member and this doctor

20   in the emergency room at main campus?

21          A    I remember there was another tall doctor

22   that came in, and I think he offered us some hope,

23   which was very welcome.  But I don't remember what

24   time that was or how long after the other guy or...

25          Q    Tell me who that doctor was, please.