# EXHIBIT-9

# FILED UNDER SEAL

Transcript of the Testimony of
**Videotaped Deposition of Cuong Bui, M.D.**

**Date taken: July 7, 2016**
**CONFIDENTIAL**

**In Re:  Xarelto (Rivaroxaban)**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Videotaped Deposition of Cuong Bui, M.D.
In Re: Xarelto (Rivaroxaban)

Page 20

1    clots?

2         A      Well, the very initial intervention

3    is often medical, which is what was initially

4    done here, which was to give a diuretic --

5    mannitol, Lasix -- and 3 percent normal saline

6    to drive up the osmotic pressure -- I mean the

7    osmotic pressure, and to sort of dry out or

8    shrink the brain as much as you can.

9              That being said, with this much mass

10   effect and the fact that the fluid space was

11   also enlarged, it was pretty clear early on that

12   that alone was probably not going to be enough.

13   I think that, at minimum, she would have needed

14   a ventriculostomy, which is a catheter that's

15   placed through a small burr hole that goes into

16   the fluid space to try to drain the CSF, or

17   cerebral spinal fluid, in order to try to bring

18   down the ICP, as well as be able to track and

19   monitor the pressure as we treat.

20              I think tPA for intraventricular

21   hemorrhage is an option, and that's something

22   that can -- and is often done at this

23   institution, and common, like with trying to

24   bring down the ICV with a ventriculostomy, which

25   would be to try to inject a clot-busting agent

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page  21

1    to try to break up the clot within the

2    ventricle.   The idea is that then you would be

3    able to drain both the blood and the spinal

4    fluid at the same time.

5         Q       And when you refer to "ICP," does

6    that mean intracranial pressure?

7         A       Yes, ICP is intracranial pressure.

8         Q       Okay.   And I believe you did

9    eventually administer tPA for Ms. Orr; is that

10   right?

11        A       Yeah.   So we did ultimately place a

12   ventriculostomy.   We actually placed two

13   ventriculostomies about 12 hours or so later

14   with the intention of draining, as well as --

15   with the intention of draining the spinal fluid,

16   as well as administering some tPA or some

17   medication to try to break up the

18   intraventricular part of the clot.

19        Q       Do your notes from that time period

20   indicate that you, in fact, waited for Ms. Orr's

21   Xarelto dose to clear before offering the family

22   the option of the ventriculostomy?

23        A       Yes.   I think we -- because she was

24   on Xarelto and at that time we did not have a

25   way to be able to track the anticoagulation

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page  22

1   effect of Xarelto, and also did not have a

2   reversal agent, my initial thought process was

3   not to drill a hole in her brain and place a

4   catheter for fear of making the hemorrhage worse

5   if she still had an anticoagulation effect

6   on board.

7            So we opted to just go with the

8   medical therapy and with a guesstimate of the

9   half-life, given her age and also her impaired

10  creatinine, that we felt that 12 hours, given

11  the fact that we -- she probably had not had or

12  had not absorbed some of it with the -- at

13  dinner the night before -- that around 12 hours

14  or so, we felt that it was reasonable to discuss

15  placing the catheter, with emphasis on -- to the

16  family that we did not really know her true

17  anticoagulation status and that there was

18  increased risk, potentially, for doing the

19  procedure.

20            They wanted to proceed, and so we

21  placed a catheter around midday the next day.

22      Q    In general, in a patient suffering

23  from a stroke like Ms. Orr did, is it desirable

24  to provide those treatments earlier rather than

25  later?

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page  23

1        A        So, I guess -- in general, yes, I

2    guess, in general, the sooner you're able to

3    bring down the ICP, the better.  But again, each

4    case is different, so we always have to taper

5    that with the risk-benefit profile.

6        Q        Let me ask it a different way,

7    Doctor.  If there were a reversal agent for

8    Xarelto that you could have administered

9    immediately when she came in, would it have been

10    desirable in your opinion to do the

11    ventriculostomy earlier rather than when it was

12    done hours later?

13            MR. HOGUE:

14                Objection.

15            THE WITNESS:

16                If we had a reversal agent and if

17        we had a way to monitor or know what the

18        anticoagulation status was, then, in her

19        case, I would have probably done it

20        earlier.

21    EXAMINATION BY MR. ABNEY:

22        Q    And would doing it earlier have given

23    her a better chance of having a favorable

24    outcome?

25        A    I think that's a difficult

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 34

1    approaches with some better tools and

2    technology, that there's a hint of increase --

3    or better outcome.

4            So I think, overall, it's still

5    debatable.  I think in her case, some may have

6    considered a more aggressive evacuation of the

7    clot.  I personally had not considered an

8    aggressive -- going in and removing the blood

9    clot in her.

10    Q    Did her anticoagulation status play

11    any role in that evaluation?

12    A    Yes.  So certainly, anticoagulation

13    status plays a role in all invasive

14    considerations, so -- so yes, so ...

15    Q    Had she not been on anticoagulation,

16    do you think you would have recommended more

17    aggressive earlier treatment?

18    A    I think if she had not been on

19    anticoagulation, I think the only thing I would

20    have done differently would have -- probably

21    would have been place the ventricular catheters

22    earlier upon admission rather than waiting to

23    the next morning or the next day.

24    Q    And would you have wanted to place

25    those catheters earlier because that would have

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 38

1   uncertain whether any different procedure at any

2   time would have made any difference in her

3   outcome; is that correct?

4           MR. ABNEY:

5               Object to form.

6           THE WITNESS:

7               Yes, sir.  I said that I think

8       that I'm uncertain that any intervention

9       would have made a long-term difference

10      neurologically, yes --

11  EXAMINATION BY MR. HOGUE:

12      Q    Okay.  And --

13      A    -- outcome.

14      Q    You cannot medically say, to a

15  medical degree of probability, that if an

16  intraventricular drain had been done hours

17  earlier it would have made any difference in her

18  ultimate outcome; is that correct?

19          MR. ABNEY:

20              Object to form.

21          THE WITNESS:

22              I can't say with any certainty

23      about -- so I guess there's two -- let's

24      be clear here.  So --

25  EXAMINATION BY MR. HOGUE:

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page  39

1        Q       Sure.

2        A       -- are we talking about her ultimate

3   outcome, which is the death, or -- I guess

4   because before, when I talked about outcome, I

5   was talking about whether it would have made any

6   difference in her neurologic outcome in terms of

7   whether she'd have been a, quote/unquote,

8   vegetable or in a persistent coma for a very

9   long time versus death.  You see what I'm

10   saying?  So I think --

11        Q       I think I'm talking about the

12   neurological outcome of being comatose for an --

13        A       Yeah.

14        Q       -- extended long period of time --

15        A       Yeah.  So I think it is fair to say

16   that given the amount of hemorrhage and the poor

17   neurologic state that she presented with, that

18   no one would be able to, in my opinion, say that

19   any early intervention may be able to bring her

20   back to where she was before as she had dinner

21   that day.  Yes, that's fair to say.

22        Q       And she -- based upon the history

23   that you heard, or you received at the hospital,

24   that she started having headaches and feeling

25   bad and threw up at the hospital, and then on

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 45

1    from Ochsner?

2          A     No.

3          Q     So he did identify himself as a

4    medical expert working on behalf of the

5    plaintiffs' counsel?

6          A     Yes, correct.

7          Q     Do you know whether he was a doctor

8    who ever treated or saw Mrs. Orr?

9          A     I believe he had not treated or saw

10   Mrs. Orr.

11         Q     And the only thing that you remember

12   the doctor that works with the plaintiffs

13   raising with you was whether you had methods to

14   test for Xarelto?

15         A     Yes, correct.  And whether we had --

16   what was our reversal protocol, if any.

17         Q     And what did you tell him about the

18   reversal protocol?

19         A     Well, we did not have any specific

20   reversal protocol here.  We still give FFP to

21   all patients with anticoagulation, but knowing

22   that it's not an accepted or established

23   reversal agent, as far as I was aware, there

24   wasn't any known or established standard of care

25   for reversal for Xarelto.  And our institution,

Videotaped Deposition of Cuong Bui, M.D.
In Re: Xarelto (Rivaroxaban)

```
                                                    Page 46
 1    Ochsner Health System, at that time, did not

 2    have any way to test for Xarelto.   I don't know

 3    what it is currently.

 4         Q     Okay.  At the time that Mrs. Orr came

 5    to the Ochsner Medical Center, there wasn't a

 6    known reversal agent for any of the newer oral

 7    anticoagulants; not just Xarelto, but also

 8    Pradaxa and Eliquis and any other of the newer

 9    ones, correct?

10         A     Yes, that's correct.

11         Q     Okay.  You mentioned that patients on

12    anticoagulation get fresh frozen plasma; is that

13    correct?

14         A     Yes.

15         Q     We'll go through a little bit of it.

16    In her specific case, it looks like she was

17    tested for what type of fresh frozen plasma to

18    give her based upon her blood type, but I didn't

19    see where it was actually ever administered.

20    And my question is:  Do you know if it was

21    administered?

22         A     I don't know.

23         Q     Okay.

24         A     I don't know.

25         Q     Maybe I can give a document that will
```

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 106

1     Q     Doctor, if you go to the first page

2  of Exhibit 7, we talk about it being a right

3  intraventricular hemorrhage, an ICH, when she

4  initially came in, with a significant midline

5  shift, and that was immediately upon her getting

6  to the hospital.

7           The next sentence says, "Now that her

8  Xarelto has had a chance to clear, I offer

9  family to option for bilateral EVDs with

10  possible tPA."

11           Do you see that?

12     A     Yes.

13     Q     And do you recall, when you were

14  writing this, what was your assumption as to

15  when she had last taken Xarelto?

16     A     Well, so we did not know when her

17  last, for sure, was.  My assumption was that she

18  had taken the dosage on the 24th.  The family

19  was unclear and unable to verify the exact

20  timing, dosage.

21           So my general guesstimate at that

22  point in time was that I just had to assume that

23  she had -- since there was no way for me to

24  exactly test at that point in time whether

25  Xarelto was still on board, how much was still

Page 107

1    on board, I had to basically do a best clinical

2    guess judgment, which is assuming that she took

3    it on the evening of the 24th, with the general

4    layman -- general medical understanding of

5    half-life between anywhere from five to nine

6    hours, but then have to factor in the fact that

7    her creatinine at the time she presented was

8    elevated.

9            So that was a rough estimate assuming

10   the worst-case scenario, which is she had taken

11   it that evening, that I wanted at least 12 to

12   18 hours between dosing for that to clear.  So I

13   think my gross math at that time was that she

14   had dinner at 9:00-something -- so hard to know

15   when exactly during the day, but let's just

16   assume it was at 9:00.  And again, having to

17   factor in the nausea, vomiting, but also

18   decrease -- there's no way for me to know.

19           So I just assumed around that time

20   period, and so I wanted to give it 12 to

21   18 hours.  Ideally, it would be 24.  But at that

22   point, given the fact that she was -- I thought

23   there was more swelling; that despite the

24   radiology, I thought there was more shift; and

25   so that's why I offered to -- to offer them that

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 119

1            I thought it was poor, but I thought

2      that there was some potential, reasonable

3      benefit of actually intervening and doing an

4      invasive procedure, because from a neurosurgical

5      perspective, I'm fairly conservative, so I

6      don't -- I'm not so cavalier that I would do

7      invasive procedure on anyone who hits the door.

8            So at that point I thought it was

9      very poor, but would I use the term "grave?"  I

10     would have not used "grave," or else I would not

11     have intervened.

12     Q     So by the time Mrs. Orr got to the

13     hospital and got to neurosurgery, she had a poor

14     prognosis --

15     A     Yes.

16     Q     -- you'd agree with that?

17     A     Yes, correct.

18     Q     And she had a poor prognosis whether

19     she was taking Xarelto or any other

20     anticoagulant?

21            MR. ABNEY:

22               Object to form.

23     EXAMINATION BY MR. HOGUE:

24     Q     Would you agree with that?

25     A     Yes.  I think the -- I mean, once she

Videotaped Deposition of Cuong Bui, M.D.
In Re: Xarelto (Rivaroxaban)

Page 156

1    inability to test for that factor would have to

2    be sort of discussed with the hematologist or

3    the head of the laboratory data here.

4         Q      Dr. Khursheed, he was a resident

5    working under Dr. Mahanna --

6         A      Yes.

7         Q      -- is that right?

8         A      Yes.

9         Q      And I was trying to understand how

10   the team works.  Is it basically you and

11   Dr. Mahanna at the top?

12        A      Yes.  So the way that -- so we handle

13   neurosurgical or neurologic issues here as a

14   neuroscience institute or neuroscience group,

15   which can encompass neurosurgery, neurology,

16   neurocritical care.  So when a patient like

17   Mrs. Orr comes in, she is evaluated and cared

18   for by vascular neurology, which is Dr. Tobin --

19   Toba -- I forget -- Tobin [phonetic] --

20        Q      Yes.

21        A      -- then myself, as the neurosurgeon;

22   but then anyone who has the gravity enough to

23   need ICU care for a neurologic problem would

24   also have the neurocritical care involved.

25               And so, yeah, so I guess ultimately

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 157

1     the neurocritical care manages all the

2     ICU-related things, such as the ventilator or

3     the blood pressure medications, all of that.

4     Then I would sort of manage and be the decision

5     maker for -- as it relates to --

6          Q     Surgery?

7          A     -- surgery or ICP or the medical

8     management of the ICP, so not just the surgical

9     side.

10               And then vascular neurology is

11    similarly involved, maybe a little bit more

12    peripheral in the sense of the medical aspect.

13          Q     And what did --

14          A     So --

15          Q     Excuse me.  I didn't mean to

16    interrupt you.

17          A     That's okay.

18          Q     What did Dr. Mahanna's role -- what

19    was her role?

20          A     She was the neuro ICU staff

21    attending.

22          Q     Okay.  And Dr. Khursheed reported to

23    her?

24          A     That's correct.

25          Q     Do you know where he is now and what

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 188

1    determine what levels of Xarelto a patient had

2    in their blood, is that something that you would

3    expect, as a physician dealing with emergent

4    cases like this one, that they would let you and

5    the medical community know?

6         A     So is this a hypothetical question or

7    is this -- I guess what --

8         Q     Well, if you're --

9         A     I guess, in general -- in general --

10   in general, from a surgery -- from a surgeon's

11   perspective, again -- and I'm not a cardiologist

12   and not a vascular neurologist -- so the utility

13   of being able to track and monitor levels and

14   degrees of anticoagulation, I would have to

15   defer to those who are actually using that as a

16   primary treatment modality, whether it's useful

17   to do that or not.

18              As a surgeon who may have to

19   intervene surgically for patients on various --

20   or any type of anticoagulation, if I had the

21   choice of having a test to be able to determine

22   how impaired their coagulation pathway was or

23   whether medication is still on board, I would

24   certainly prefer to know and have that option,

25   yes.

Page 191

1    EXAMINATION BY MR. ABNEY:

2         Q     Are you aware that these same

3    manufacturers, Janssen and Bayer, in other

4    countries like Australia or New Zealand tell

5    physicians in the label that there's a certain

6    PT reagent that they can use to assess the

7    levels of Xarelto in a patient's blood?

8              MR. IRWIN:

9                   Object to form.

10             THE WITNESS:

11                  Again, I'm not aware; but again,

12         I'm not a primary provider that uses

13         Xarelto, stuff like that, so I'm not -- I

14         guess I wouldn't be the first line of

15         informant for that type of information.

16         That would be probably the cardiologist,

17         the primary care physicians, or the

18         vascular neurologist.  But no, I

19         personally am not aware.

20    EXAMINATION BY MR. ABNEY:

21         Q     And to your knowledge, has anybody at

22    that facility that was responsible for treating

23    Ms. Orr -- was anybody at this facility, to your

24    knowledge, aware of the fact that there was a

25    simple, easy blood test that could have told you

Videotaped Deposition of Cuong Bui, M.D.
In Re: Xarelto (Rivaroxaban)

Page 192

 1    what level of Xarelto Ms. Orr had?

 2         MR. IRWIN:

 3              Object to form.

 4         THE WITNESS:

 5              I can't answer for the

 6    neurocritical care folks, I can't answer

 7    for the ER folks, and I can't answer for

 8    our lab.  But I was not aware, and in the

 9    course of treatment, nobody on the

10    other -- nobody on the concurrent treating

11    teams brought up anything to that effect.

12    EXAMINATION BY MR. ABNEY:

13         Q    And my question wasn't asking you to

14    speak for everybody; it was just to your

15    knowledge.  Has anybody ever told you from any

16    of these other departments at Ochsner, "Hey,

17    Doc, if you have somebody come in in an emergent

18    situation, we can test for their Xarelto levels

19    and tell you how much they have on board"; has

20    anybody ever told you that?

21         A    So I guess the question is:  Up to

22    the point back in April 2015 or up to now as

23    we're sitting here at this table?

24         Q    Good point.  Let's answer both of

25    them.

Videotaped Deposition of Cuong Bui, M.D.
In Re: Xarelto (Rivaroxaban)

Page 189

1        Q     All right.  Are you aware that the

2    label for Xarelto says there's no way to monitor

3    Xarelto levels in a patient?

4             MR. IRWIN:

5                  Object to the form.

6             THE WITNESS:

7                  I'm not aware of the label.  I am

8         aware of commercials and general medical

9         assumption that there is no need to

10        monitor it --

11    EXAMINATION BY MR. ABNEY:

12        Q     Well, in --

13        A     -- the levels, yes.

14        Q     In Ms. Orr's case, you had a need to

15    know whether she had Xarelto on board or not,

16    didn't you?

17        A     It would have been -- yes, so I guess

18    if I had a test like an INR test or some other

19    test that would readily, quickly give me an

20    answer about whether she had it on board and how

21    much, then yes, that would have been useful.

22        Q     And you've treated other patients

23    that were anticoagulated that had bleeds,

24    haven't you?

25        A     Yes.

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 232

1    cardiologist, to a hepatologist, yes.

2          Q     Well, would you agree with me that

3    you, as a neurosurgeon, would have found it

4    clinically useful to have a test to determine

5    whether or not Ms. Orr had rivaroxaban on board

6    when she presented to your ER?

7              MR. IRWIN:

8                   Objection, leading.

9              THE WITNESS:

10                  Yes.  So if I had a -- it would

11             have been useful if I had a readily

12             available, verified test with appropriate

13             sensitivity and specificities already

14             checked and approved by all the regulatory

15             boards; that if that test was available to

16             me to be able to determine if she had

17             Xarelto on board or not, then I would not

18             have necessarily needed to best guess and

19             try to make clinical decisions based on

20             when I thought her last dosing was and

21             what her half-life was and whether her

22             creatinine clearance impacted that or not.

23             MR. ABNEY:

24                  That's all I have.  Thank you,

25             Doctor.