# EXHIBIT-10

# FILED UNDER SEAL

USCA5 4661



**EJGH**
East Jefferson General Hospital

Patient Name: ORR, SHARYN M
MRN: 4883107
FIN: 4883107-0800
Admit Date: 4/24/2015
Discharge Date: 4/24/2015
Admitting MD: Ambulance MD,Service

Age: 67 years
Date of Birth:
Sex: FEMALE
Encounter Type: Outpatient

*EMS Documentation*

A=Abnormal, L=Low, H=High, C=Critical, t=Text. Results, cr=Corrected Results, r=Result Cmts., o=Order Cmts., i=Interp. Data, p=Performing Locations

Printed Date /Time: 11/10/2016 10:05 CST        Page 2 of 7        Personnel ID: Byrne ,Shelley

Patient Name: ORR, SHARYN M  
Date of Birth: 10/21/1947  
MRN: 4883107  
FIN: 4883107-0800  

**\* Auth (Verified) \***

## East Jefferson General Hospital
### Patient Care Record

Name: ORR, SHARYN    Incident #: M150021582    Date: 04/24/2015    Patient 1 of 1

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Last | ORR | Address | | Primary Impression | Pain (Non-Traumatic) |
| First | SHARYN | Address 2 | | Secondary Impression | |
| Middle | | City | | Protocol Used | |
| Gender | Female | State | | Anatomic Position | |
| DOB | | Zip | | Chief Complaint | HEADACHE |
| Age | 67 Yrs, 6 Months, 3 Days | Country | UNITED STATES | Duration | 1    Units: Hours |
| Weight | | Tel | | Secondary Complaint | |
| Pedi Color | | Physician | | Duration | Units: |
| SSN | | Ethnicity | Not Hispanic or Latino | Patient's Level of Distress | |
| Race | White | | | Signs & Symptoms | Pain - Head |
| Advanced Directive | | | | Injury | |
| Resident Status | | | | Medical/Trauma | Medical |
| | | | | Barriers of Care | None |
| | | | | Alcohol/Drugs | None |

| Medications | Prescription |
|---|---|
| Allergies | NKDA |
| History | Atrial Fibrillation, CHF, Hyperlipidemia, Hypertension |

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22:10 | V | R | Sit | 178/P | 92 | 16 R | 98 | | | 273 | | 4 | 15=4+5+6/NFP | 12 | |
| 22:11 | V | R | Sit | 180/P | 89 | 16 R | 99 | | | | | 4 | 15=4+5+6/NFP | 12 | |

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 22:10 | 12-Lead ECG | Comments A-FIB ; Patient Response: Unchanged; | ALLEN, JAMES |
| 22:11 | IV Therapy | 20 ga; Antecubital-Left; Saline Lock; Total Fluid 10; Patient Response: Unchanged; Successful; | ALLEN, JAMES |

Hospital Chart Number: 488310708000  
Patient Number: 4883107  
Page 1 of 5  
04/24/2015 23:31  
PCRID: 9DC7C74F-8F7B-4177-8397-A484017E1706  
Electronically Signed by: ALLEN, JAMES

Facility: EAST JEFFERSON    Page 3 of 7