# EXHIBIT-11

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3    IN RE: XARELTO

 4    (RIVAROXABAN)                    MDL NO. 2592

 5    PRODUCTS LIABILITY LITIGATION    SECTION L

                                       JUDGE ELDON E. FALLON

 6    _____   MAG. JUDGE NORTH

 7    THIS DOCUMENT RELATES TO:        Case No:

 8    JOSEPH ORR, JR., as lawful       2:15-cv-03708

 9    Surviving spouse of SHARYN ORR

10       PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

11         VIDEOTAPED DEPOSITION OF TOBY I. GROPEN, M.D.

12

13              S T I P U L A T I O N S

14       IT IS STIPULATED AND AGREED, by and

15    Between the parties through their respective

16    counsel, that the deposition of:

17                 TOBY I. GROPEN, M.D.

18    may be taken before Lisa Bailey, Commissioner and

19    Notary Public, State at Large, at the UAB

20    Comprehensive Stroke Research Center, 1813 6th

21    Avenue South, Birmingham, Alabama, on the 16th day

22    of September 2016, commencing at approximately

23    1:00 p.m.

24
```

Protected - Subject to Further Protective Review

1  the thalamus which is the -- which divides the
2  cerebral hemispheres there was pressure on it
3  pushing it towards the left side.  And the uncus is
4  the part of the temporal lobe that's in the medial
5  part facing the midline.  And if there is -- it can
6  be -- if it crosses the edge of the tentorium which
7  divides the brain stem from the part of the brain
8  or both -- that's uncal herniation.  So that's what
9  that refers to.
10     Q.    When a physician like you who
11  specializes in stroke neurology reads a CT report
12  or sees on a CT report uncal herniation and
13  significant midline shift like that, are those bad
14  prognostic signs generally?
15     A.    Yes.
16           MR. PAINE:  Those are all the questions
17  I have.  Thank you, Doctor.
18                    RE-EXAMINATION
19  BY MR. HONNOLD:
20     Q.    Doctor, I have a few follow-up.  In the
21  world of neurology are there drugs that you're
22  aware of that if you want to know how much drug is
23  in the -- in the patient's bloodstream you can do a
24  test for it or a level?

```
 1      A.    Sure.  Yes.
 2      Q.    And drugs that come to mind where you
 3  can do that?
 4      A.    Anticonvulsants would be a good example
 5  of a class where you generally can check the level.
 6      Q.    And in that situation why is it
 7  important to know how much medication is in the
 8  patient's bloodstream?
 9      A.    Because all drugs have -- or drugs
10  generally have a therapeutic index so toxicity and
11  lack of efficacy could result from high or low
12  levels respectively.
13      Q.    And in that explanation are you -- one
14  thing that you're pointing out is that with some
15  drugs if there's too much in the bloodstream that
16  may increase the risk of a side effect related to
17  the drug?
18      A.    Correct.
19      Q.    And is that why you and other doctors
20  might have interest in the name of the patient's
21  safety and well being to know when those situations
22  are occurring?
23      A.    Correct.
24      Q.    Now, have you -- has there ever been any
```

Protected - Subject to Further Protective Review

1   information promulgated when you were at Ochsner in
2   the system about how or whether for Xarelto if a
3   physician or a team of physicians had a patient
4   come in with an intracranial hemorrhage with a
5   history that they had been on Xarelto to be able to
6   figure out what the -- really what the blood level
7   is in the patient's bloodstream?
8        A.    There's an inaccurate and imprecise
9   relationship between the novel -- the anticoagulant
10  effect of the newer anticoagulants in general and
11  the -- and blood test in the --
12       Q.    Which ones?
13       A.    The prothrombin time, thrombin time, INR
14  --
15       Q.    All right.
16       A.    -- so forth.
17       Q.    Now, are you aware of the different
18  reagents that are out there for performing a
19  prothrombin test?
20       A.    There are -- I know there are different
21  thromboplastin that are used, but I -- you know, I
22  think that's out of my purview as far as any
23  specifics that were used.
24       Q.    Did you as a member of the stroke team

1  that included doctors who took care of intracranial
2  bleeding events at Ochsner, did you have an
3  understanding back in April of 2015 as to whether
4  Ochsner had available the type of PT test that was
5  sensitive for the presence of Xarelto in a
6  patient's bloodstream?
7      A.    You know, I think -- not that -- that I
8  was aware of. I think generally we just acted on
9  the premise that in the appropriate clinical
10 scenario we would act if we felt that there was
11 still a factor related to hemorrhage that we would
12 try to reverse.
13     Q.    If there was a blood level test, an
14 accurate assay, to determine the level of Xarelto
15 in a patient's bloodstream that came with
16 instructions or guidelines as to how to use it,
17 would you have implemented that in your practice?
18          MR. IRWIN:   Objection, speculation.
19     A.    Perhaps.
20     Q.    Okay.  Did you ever -- have you ever
21 talked about a patient -- other patients on
22 anticoagulants on this issue of needing to
23 intervene in some way, either surgically or with
24 ventriculostomy on patients that are on