# EXHIBIT-14

# FILED UNDER SEAL

## Clinical Pharmacokinetics

### Rivaroxaban

Population Pharmacokinetic Analyses in Patients Treated for Acute Deep-Vein Thrombosis and Exposure Simulations in Patients with Atrial Fibrillation Treated for Stroke Prevention

W. Mueck, et al.

---

### Supplemental Digital Content

This Supplemental Digital Content contains the figures referred to in the full version of this article, which can be found online at http://adisonline.com/pharmacokinetics

© 2011 Adis Data Information BV. All rights reserved.



**Figure S-1.** Bootstrap results (n = 1000) of estimation of various parameters in the final pharmacokinetic model (the thick vertical lines show the results obtained with the final pharmacokinetic model in the original dataset). **Cl** = clearance; **IIV** = interindividual; **LBM** = lean body mass; **SCRE** = serum creatinine; **V** = volume of distribution.



**Figure S-2a.** Visual predictive check of the final pharmacokinetic model for the 10, 20, 30 and 40 mg doses on days 1 and 21, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.



**Figure S-2b.** Visual predictive check of the final pharmacokinetic model for the 20, 30 and 40 mg doses on days 1, 43 and 84, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.