# EXHIBIT-19

# FILED UNDER SEAL



bjh guidelines

# Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: Guidance from the British Committee for Standards in Haematology

Trevor Baglin,[1]* David Keeling[2] and Steve Kitchen[3]

[1]Addenbrooke's Hospital, Cambridge, UK, [2]Oxford University Hospitals, Oxford, UK and [3]Royal Hallamshire Hospital, Sheffield, UK

**Keywords:** anticoagulants, anticoagulation, laboratory haematology.

Oral direct inhibitors of thrombin and activated factor X (factor Xa) are now approved as anticoagulant drugs. The first two drugs to complete phase III clinical trials are dabigatran etexilate and rivaroxaban, which are given at fixed dose and do not require monitoring. In most circumstances both have predictable bioavailability, pharmacokinetic and pharmacodynamic effects, however, there will be clinical circumstances when urgent assessment of the anticoagulant effect of these drugs will be required. The effects of dabigatran and rivaroxaban on laboratory tests have been determined *in vitro* by spiking normal samples with a known concentration of active compound or *ex vivo* using plasma samples from volunteers and patients. To date there are few data on the sensitivity of different reagents and so only general guidance as to the effect and interpretation of a test result can be given at present. Laboratories should be aware of the sensitivity of their own assays to each drug, which can be achieved using commercially available dabigatran and rivaroxaban calibrants.

Dabigatran etexilate is an oral prodrug that is hydrolysed in the liver to the direct thrombin inhibitor dabigatran. Doses recommended for clinical use are 150 mg od, 220 mg od, 110 mg bd and 150 mg bd. Peak plasma levels are reached 2 to 3 h after ingestion. Dabigatran is 80% renally excreted with a half-life of approximately 13 h with a glomerular filtration rate (GFR) of >80 ml/min, and 18 h with a GFR of 30–50 ml/min. There is a dose-dependent effect of dabigatran on laboratory clotting tests (Wienen *et al*, 2007; van Ryn *et al*, 2010; Freyburger *et al*, 2011; Lindahl *et al*, 2011).

Rivaroxaban is an oral direct inhibitor of factor Xa. Doses recommended for clinical use are 10 mg od and 20 mg od (15 mg bd for first 3 weeks of treatment of DVT). Peak plasma levels are reached 2 to 3 h after ingestion. Rivaroxaban is 33% renally excreted and has a half-life of 9 h in patients with normal renal function. There is a dose-dependent effect of rivaroxaban on laboratory clotting tests (Samama *et al*, 2010; Freyburger *et al*, 2011; Hillarp *et al*, 2011).

For both drugs, peak plasma concentrations are in the range of 100 to 400 ng/ml. Trough concentrations are in the range of 20 to 150 ng/ml.

Clinicians require knowledge as to how routine coagulation tests are affected because many patients having a 'coagulation screen' will be taking these drugs. They also need to know if and how the degree of anticoagulation can be assessed using routine coagulation tests.

Urgent assessment of the degree of anticoagulation may be required

- before surgery or invasive procedure when a patient has taken a drug in the previous 24 h (or longer if creatinine clearance <50 ml/min),
- when a patient is bleeding,
- when a patient has taken an overdose,
- when a patient has developed renal failure,
- when a patient has thrombosis on treatment (to assess whether there is failure of therapy or lack of adherence).

In this situation a test must be readily available, easily performed and provide a result within 30 to 60 min. The result of the test can indicate whether anticoagulation is supratherapeutic, therapeutic or subtherapeutic, but cannot be used to determine the plasma concentration of the drug.

The test results are dependent on when the last dose of drug was taken and therefore require interpretation with reference to the dose, anticipated half-life and factors that influence pharmacokinetics.

### Activated partial thromboplastin time

- The APTT shows a curvilinear dose-response to dabigatran with a steep increase at low concentrations and linearity

*Correspondence: Dr Trevor Baglin, c/o BCSH Secretary, British Society for Haematology, 100 White Lion Street, London, N1 9PF, UK.
E-mail bcsh@b-s-h.org.uk

© 2012 Blackwell Publishing Ltd, *British Journal of Haematology*     doi:10.1111/bjh.12052

above a dabigatran concentration of 400 ng/ml. In patients receiving 150 mg bd the APTT ratio at peak concentration is about 1·5 to 1·8 times that of the control (van Ryn *et al*, 2010). In patients receiving 110 mg bd the APTT ratio at peak concentration is about 1·4 to 1·7 times that of the control (van Ryn *et al*, 2010). Above 100 ng/ml the APTT is invariably prolonged (Lindahl *et al*, 2011). APTT results are influenced by coagulometers and reagents but reasonable agreement is generally observed regardless of activator or phospholipid content (Lindahl *et al*, 2011) with results usually within 10% of a reference measurement (van Ryn *et al*, 2010). High APTT results indicate supratherapeutic levels but need to be interpreted with caution as the anticoagulant effect may be underestimated (van Ryn *et al*, 2010). A normal APTT ratio is likely to exclude a therapeutic intensity of anticoagulation due to dabigatran. A degree of anticoagulation cannot be excluded but the intensity might be regarded as no more than that achieved with a prophylactic dose of low molecular weight heparin. Further studies are required to determine the relative sensitivity of APTT reagents to dabigatran in order to give more specific recommendations regarding choice of APTT reagent.

- The APTT also shows a curvilinear response to rivaroxaban but is less sensitive to low drug concentrations compared to dabigatran. In patients receiving 20 mg od the APTT ratio at peak concentration is usually 1·5 to 1·8 times that of the control (Samama *et al*, 2010; Hillarp *et al*, 2011). APTT results are influenced by coagulometers and reagents and some reagents are insensitive with no prolongation of the APTT even at peak levels (Hillarp *et al*, 2011). High APTT results with some APTT reagents indicate supratherapeutic levels but some reagents underestimate the anticoagulant effect (Hillarp *et al*, 2011). The prothrombin time (PT) may be a more suitable test than the APTT for assessing intensity of anticoagulation in patients taking rivaroxaban.

## Prothrombin time

- The PT is insensitive to dabigatran (van Ryn *et al*, 2010; Lindahl *et al*, 2011); at 100 ng/ml the PT is typically within the normal range (Lindahl *et al*, 2011). There is extreme variation in PT reagent sensitivity (Lindahl *et al*, 2011).
- The PT is more sensitive to rivaroxaban than to dabigatran (Samama *et al*, 2010; Hillarp *et al*, 2011). There is a linear concentration-response but there is marked variability between PT reagents (Samama *et al*, 2010; Hillarp *et al*, 2011). The International Normalized Ratio-International Sensitivity Index methodology used for vitamin K antagonists is not suitable for the measurement of rivaroxaban. The PT is useful as a readily available method for determining the relative degree of anticoagulation in patients taking rivaroxaban, if a reagent with known sensitivity is used, but it cannot be used to determine the drug level. A normal PT ratio with most reagents excludes a therapeutic intensity of anticoagulation due to rivaroxaban. Although some degree of anticoagulation cannot be excluded by a normal PT, the intensity could be regarded as no more than that achieved with a prophylactic dose of low molecular weight heparin. Further studies are required to determine the relative sensitivity of PT reagents to rivaroxaban in order to give more specific recommendations regarding choice of reagent.

## Thrombin time

The thrombin time (TT) shows a linear concentration response to dabigatran (van Ryn *et al*, 2010; Lindahl *et al*, 2011) but results are highly dependent on the reagents and coagulometer used and most TT assays will be too sensitive. Their only use may be as a sensitive method for determining if any dabigatran is present, which will be excluded by a normal TT.

Rivaroxaban has no effect on the TT.

### Recommendation

- **Each laboratory should be aware of the sensitivity of their own PT and APTT assays to dabigataran and rivaroxaban; this can be achieved using commercially available dabigatran and rivaroxaban calibrants.**

### Dabigatran

- **The APTT can be used with most reagents for urgent determination of the relative intensity of anticoagulation due to dabigatran. The APTT cannot be used to determine the drug level. A normal TT means the level of dabigatran must be very low.**

### Rivaroxaban

- **With an appropriate reagent, the PT (or APTT) can be used for the urgent determination of the relative intensity of anticoagulation due to rivaroxaban. The PT is usually more sensitive. It cannot be used to determine the drug level.**

## Tests used to quantify drug level

Non-urgent quantitative tests to determine drug levels of dabigatran and rivaroxaban may be required for:

- patients with deteriorating renal function;
- establishing the optimal dose in patients taking other drugs that are known to significantly affect pharmacokinetics;

- establishing the optimal dose in patients at extremes of body weight.

Drug levels can be measured directly by non-coagulation tests, such as high-performance liquid chromatography-tandem mass spectrometry.

The Hemoclot® thrombin inhibitor assay is a sensitive dabigatran-calibrated thrombin clotting time which can be used to determine the drug concentration (Stangier & Feuring, 2012). The Ecarin clotting time (ECT) may be a useful test for measuring dabigtran (it is unaffected by rivaroxaban).

Anti-factor Xa assays are sensitive to rivaroxaban (Samama et al, 2010, 2012; Asmis et al, 2012). By using rivaroxaban calibrators and controls, the anti-factor Xa chromogenic method is suitable for measuring a wide range of rivaroxaban plasma concentrations (20–660 ng/ml), which covers the expected rivaroxaban plasma levels after therapeutic doses (Samama et al, 2010, 2012).

## Effect on other coagulation tests

It is likely that coagulation tests will be performed on patients who are taking anticoagulants as part of a routine clinical assessment, e.g. admission to Accident and Emergency. It is important that clinical staff appreciate that tests results (PT, APTT, TT and fibrinogen) can be affected so that they are not misinterpreted. Measurement of fibrinogen in patients taking dabigatran can give falsely low results but, with marked variation with different reagents (Lindahl et al, 2011), some substantially underestimate the fibrinogen concentration whilst others (using higher thrombin concentrations and/or higher dilutions of test plasma) are little affected. D-dimer levels are suppressed by all anticoagulant drugs but these agents do not interfere with the D-dimer assay. For example, patients taking dabigatran or rivaroxaban could have a prolonged APTT and/or PT and those on dabigatran a falsely low fibrinogen and the results might wrongly be interpreted as suggesting disseminated intravascular coagulation (DIC). However, dabigatran and rivaroxaban do not cause thrombocytopenia and the D-dimer level is likely to be low.

## Disclaimer

While the advice and information in these guidelines is believed to be true and accurate at the time of going to press, neither the authors, the British Society for Haematology nor the publishers accept any legal responsibility for the content of these guidelines.

## References

Asmis, L.M., Alberio, L., Angelillo-Scherrer, A., Korte, W., Mendez, A., Reber, G., Seifert, B., Stricker, H., Tsakiris, D.A. & Wuillemin, W.A. (2012) Rivaroxaban: quantification by anti-FXa assay and influence on coagulation tests A study in 9 Swiss laboratories. *Thrombosis Research*, **129**, 494–498.

Freyburger, G., Macouillard, G., Labrouche, S. & Sztark, F. (2011) Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: two observational studies in patients undergoing total hip or total knee replacement. *Thrombosis Research*, **127**, 457–465.

Hillarp, A., Baghaei, F., Fagerberg Blixter, I., Gustafsson, K.M., Stigendal, L., Sten-Linder, M., Strandberg, K. & Lindahl, T.L. (2011) Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. *Journal of Thrombosis and Haemostasis*, **9**, 133–139.

Lindahl, T.L., Baghaei, F., Blixter, I.F., Gustafsson, K.M., Stigendal, L., Sten-Linder, M., Strandberg, K. & Hillarp, A. (2011) Effects of the oral, direct thrombin inhibitor dabigatran on five common coagulation assays. *Thrombosis and Haemostasis*, **105**, 371–378.

van Ryn, J., Stangier, J., Haertter, S., Liesenfeld, K.H., Wienen, W., Feuring, M. & Clemens, A. (2010) Dabigatran etexilate–a novel, reversible, oral direct thrombin inhibitor: interpretation of coagulation assays and reversal of anticoagulant activity. *Thrombosis and Haemostasis*, **103**, 1116–1127.

Samama, M.M., Martinoli, J.L., LeFlem, L., Guinet, C., Plu-Bureau, G., Depasse, F. & Perzborn, E. (2010) Assessment of laboratory assays to measure rivaroxaban–an oral, direct factor Xa inhibitor. *Thrombosis and Haemostasis*, **103**, 815–825.

Samama, M.M., Contant, G., Spiro, T.E., Perzborn, E., Guinet, C., Gourmelin, Y., Le Flem, L., Rohde, G. & Martinoli, J.L. (2012) Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. *Thrombosis and Haemostasis*, **107**, 379–387.

Stangier, J. & Feuring, M. (2012) Using the HEMOCLOT direct thrombin inhibitor assay to determine plasma concentrations of dabigatran. *Blood Coagulation and Fibrinolysis*, **23**, 138–143.

Wienen, W., Stassen, J.M., Priepke, H., Ries, U.J. & Hauel, N. (2007) In-vitro profile and ex-vivo anticoagulant activity of the direct thrombin inhibitor dabigatran and its orally active prodrug, dabigatran etexilate. *Thrombosis and Haemostasis*, **98**, 155–162.