# EXHIBIT-21

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                     - - -
 4
     IN RE:  XARELTO        :  MDL NO. 2592
 5   (RIVAROXABAN) PRODUCTS :
     LITIGATION             :  SECTION L
 6                          :
     THIS DOCUMENT RELATES   :  JUDGE ELDON
 7   TO ALL CASES           :  E. FALLON
                            :
 8                          :
                            :  MAG. JUDGE
 9                          :  NORTH
10
                     - - -
11
              December 14, 2016
12
                     - - -
13
              - PROTECTED -
14
   - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16           Videotaped deposition of
     HENRY MICHAEL RINDER, M.D., taken
17   pursuant to notice, was held at the law
     offices of Douglas & London, 59 Maiden
18   Lane, New York, New York, beginning at
     8:09 a.m., on the above date, before
19   Michelle L. Gray, a Registered
     Professional Reporter, Certified
20   Shorthand Reporter,  Certified Realtime
     Reporter and Notary Public.
21
                     - - -
22
            GOLKOW TECHNOLOGIES, INC.
23     877.370.3377 ph | 917.591.5672 fax
               deps@golkow.com
24
```

```
 1          patient is what is given to us by
 2          the fact that we have the ability
 3          to monitor it.
 4                 I can't -- that, to me, is a
 5          positive, being able to give the
 6          benefit-risk profile for each
 7          patient, and that's what I would
 8          want for any oral anticoagulant.
 9   BY MR. STEKLOFF:
10          Q.    Are you saying, sitting here
11   today, to a reasonable degree of
12   scientific certainty, based on the data
13   that is available, that monitoring would,
14   in fact, improve patient safety for
15   patients taking Xarelto?
16                 MR. DENTON:  Object to form.
17                 THE WITNESS:  So the data
18          that we have says that patients
19          that have a PT under all the
20          caveats that we described before,
21          if that's okay, the Neoplastine
22          taken at the right amount of time
23          after the dose, those caveats
24          basically give a higher hazard
```

Protected - Subject to Further Protective Review

```
 1        ratio for those patients for
 2        bleeding.
 3              It seems to me that if you
 4        use that, if you're monitoring
 5        Xarelto, I can't imagine how, in
 6        any circumstance monitoring
 7        Xarelto in that situation and
 8        using that as a reasonable point
 9        to consider changing your therapy
10        would somehow be less safe than
11        nonmonitored Xarelto.
12              You're going to be -- you're
13        going to be -- you might be
14        changing your denominator in terms
15        of the total number of patients
16        that you'd be treating.  But
17        the -- that hazard ratio for the
18        fourth quartile would, of
19        necessity, decreased the patients
20        that are bleeding.  And,
21        therefore, that -- that numerator
22        would probably be closer and you
23        might have a safer drug.  I can't
24        imagine why you would not want to
```

Protected - Subject to Further Protective Review

```
 1            have that data as -- to have a
 2            safer drug.
 3   BY MR. STEKLOFF:
 4        Q.   So it's your testimony to a
 5   reasonable degree of scientific certainty
 6   that, as of today, if they had the
 7   reagent available, Neoplastine, that all
 8   clinicians who prescribe Xarelto should
 9   monitor their patients' PT?
10            MR. DENTON:  Object to the
11       form.
12            THE WITNESS:  I think
13       that -- I think that having
14       that -- having the Neoplastine PT
15       available to see where their
16       patients were in respect to
17       Xarelto activity would be
18       valuable.
19   BY MR. STEKLOFF:
20        Q.   Do you know how many
21   patients who would have a PT of 20 or
22   greater and would need to be taken off of
23   Xarelto or otherwise treated, would
24   increase their risk of stroke?
```