# EXHIBIT-23

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
      IN RE:  XARELTO          :   MDL NO. 2592
 5    (RIVAROXABAN) PRODUCTS   :
      LITIGATION               :   SECTION L
 6                             :
      THIS DOCUMENT RELATES    :   JUDGE ELDON
 7    TO ALL CASES             :   E. FALLON
                               :
 8                             :
                               :   MAG. JUDGE
 9                             :   NORTH
10                   VOLUME I
11                    - - -
12               July 12, 2016
13                    - - -
14                - PROTECTED -
15   - SUBJECT TO FURTHER PROTECTIVE REVIEW -
16              Videotaped deposition of
     KENNETH TODD MOORE, taken pursuant to
17   notice, was held at the law offices of
     Drinker Biddle & Reath, 105 College Road
18   East, Princeton, New Jersey, beginning at
     9:21 a.m., on the above date, before
19   Michelle L. Gray, a Registered
     Professional Reporter, Certified
20   Shorthand Reporter and Notary Public.
21                    - - -
22          GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph| 917.951.5672
23              deps@golkow.com
24
```

Protected - Subject to Further Protective Review

```
 1            A.    That is correct.
 2            Q.    Okay.  Now at this time
 3   period, it was Janssen's position that PT
 4   could be a good tool for -- as a
 5   surrogate measurement tool for the plasma
 6   concentrations for Xarelto, right?
 7                 MR. ZELLERS:  Object to
 8        form.
 9                 THE WITNESS:  I believe at
10        the time, which is still a thought
11        today, if you use Neoplastin plus
12        as the reagent for PT, you can
13        indirectly measure plasma
14        concentrations of Xarelto.
15   BY MR. OVERHOLTZ:
16            Q.    And that fact, that PT using
17   the Neoplastin reagent, could be used as
18   an indirect measurement of plasma
19   concentrations of Xarelto, that was an
20   important fact for the company to tell
21   the FDA with respect to getting the drug
22   approved, correct?
23                 MR. ZELLERS:  Object to
24        form.
```

Protected - Subject to Further Protective Review

```
 1              THE WITNESS:  I don't know
 2         how important of a fact it was.
 3         It was just part of the profile of
 4         the drug itself.
 5   BY MR. OVERHOLTZ:
 6         Q.   That fact was certainly part
 7   of the information that was submitted to
 8   the FDA seeking approval for the Afib
 9   indication, correct?
10         A.   It was part of the
11   information, sure.
12         Q.   It's certainly important for
13   a company to be able to say that there is
14   a way to know how much drug is being,
15   from a PK perspective, taken in by a
16   patient.  Is that a fair statement?
17              MR. ZELLERS:  Object to
18         form.
19              THE WITNESS:  Can I ask you
20         to rephrase that?
21   BY MR. OVERHOLTZ:
22         Q.   Yeah.  That was a bad
23   question.
24         A.   Sorry.
```

1           Q.    ==It was certainly important==
2   ==for the company to be able to say that==
3   ==there was a method to -- that could be==
4   ==used clinically to evaluate the amount of==
5   ==drug in someone's system.==
6           A.    ==I believe in those rare==
7   ==circumstances where you would have a==
8   ==desire to understand if there is drug in==
9   ==your system, for example for compliance,==
10  ==if there is a patient that goes in for==
11  ==emergency surgery, it would be a benefit==
12  ==to have that information, yes.==
13          Q.    Certainly, in a situation
14  where you need to know is the drug -- and
15  I've seen the term used -- is the drug on
16  board, having that ability was something
17  that was considered important by the
18  company?
19              MR. ZELLERS:  Object to
20      form.
21              THE WITNESS:  Again, I can't
22      speak to the importance of that.
23      But it was just -- it was part of
24      the profile of the drug.