# EXHIBIT-24

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3             MDL No. 2592, Section L
 4   *******************************************
 5   IN RE:  XARELTO (RIVAROXABAN)
 6   PRODUCTS LIABILITY LITIGATION
 7   THIS DOCUMENT RELATES TO ALL CASES
 8   *******************************************
 9                    - PROTECTED -
10
         - SUBJECT TO FURTHER PROTECTIVE REVIEW -
11

                          - - -
12
                 TUESDAY, MARCH 1, 2016
13
                   ANDREA DERIX, Ph.D.
14
                        VOLUME I
15                        - - -
16
17       Videotaped deposition of ANDREA DERIX,
     Ph.D., held at the law offices of Allen &
18   Overy LLP, Apollolaan 15, 1077 AB Amsterdam,
     The Netherlands, commencing at 8:52 a.m., on
19   the above date, before Michael E. Miller,
     Fellow of the Academy of Professional
20   Reporters, Registered Diplomate Reporter,
     Certified Realtime Reporter, and Realtime
21   Systems Administrator.
22                        - - -
23           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

Golkow Technologies, Inc.                              Page: 1

1  BY MR. McWILLIAMS:
2      Q.   All right.  Fair enough.  We're
3  here to talk about Xarelto, not Pradaxa.  I
4  agree.  Let's keep flipping.
5           Let's go to page 5 of your
6  PowerPoint, and I think this is where you're
7  talking about what triggered this discussion
8  in academia and health authorities.  You cite
9  to the FDA analysis and the Reilly paper on
10 Pradaxa.  And the question was posed, "Can
11 you improve the benefit-risk by individual
12 dosing based on biomarkers?"
13          Did I read that correctly?
14     A.   Yes, you read that correctly.
15     Q.   And then the next slide is
16 "Bayer's position in initial response to
17 EMA"?
18     A.   Yes.
19     Q.   And it's Bayer's position that
20 in routine clinical practice, there is no
21 need to monitor the anticoagulant effect of
22 rivaroxaban.  But you say in certain
23 exceptional circumstances, rivaroxaban levels
24 with a calibrated assay may be useful, such

1   as overdosage or emergency situations,
2   correct?
3        A.     That's correct.
4        Q.     And you've suggested PT with a
5   Neoplastin reagent or an anti-factor Xa
6   assay, which is a way to indirectly measure
7   drug concentration, correct?
8        A.     These are given here as
9   examples, yes.
10       Q.     But then you go on and you say,
11  "Attempting to incorporate a post hoc
12  adjustment for a drug... is deemed
13  scientifically inappropriate," and then you
14  say when -- and you have four bullet points.
15              You say when it "does not have
16  a narrow therapeutic index," correct?
17       A.     Never -- yeah, no -- doesn't
18  have a narrow therapeutic range, yeah.
19       Q.     So it's Bayer's position that
20  Xarelto does not have a narrow therapeutic
21  index, correct?
22       A.     That's not written here, so it
23  says --
24       Q.     Well, that's my question.