UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Boudreaux, Jr., et al. v. Janssen Research & Development LLC, et al.,* Case No. 2:14-cv-02720

*Orr, et al. v. Janssen Research & Development LLC, et al.,* Case No. 2:15-cv-03708

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

# O R D E R

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens [Rec. Doc. 5113]; and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases [Rec. Doc. 5114] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens [Rec. Doc. 5113]; and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases [Rec. Doc. 5114] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this 2nd day of   March  , 2017.

Eldon E. Fallon
United States District Court Judge