UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE NORTH |

**This Document Relates To:**

*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, Case No. 2:14-cv-02720
*Joseph Orr, Jr., et al. v. Janssen et al.*, Case No. 2:15-cv-03708

## O R D E R

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground That Federal Law Preempts Plaintiffs' Failure to Warn Claims [Rec. Doc. 5110] UNDER SEAL, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground That Federal Law Preempts Plaintiffs' Failure to Warn Claims [Rec. Doc. 5110] be and is hereby filed UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this 2nd day of _____March_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge