UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION
                                                SECTION L

THIS DOCUMENT RELATES TO ALL CASES              JUDGE ELDON E. FALLON

                                                MAGISTRATE NORTH


**O R D E R**

Considering Defendants' Motion for Leave to File Under Seal the Un-Redacted Opposition Memorandum and Exhibits 2-7 and 9 in Support of Their Opposition to Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH:

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Defendants' Un-Redacted Opposition Memorandum to Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH, as well as Exhibits 2-7 and 9 to said Opposition, be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this __2nd__ day of March, 2017.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE