IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| | |
| | SECTION: L |
| PRODUCTS LIABILITY | |
| LITIGATION | JUDGE ELDON E. FALLON |
| | |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| Cuevas Shelton v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14436 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiff's Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1) Plaintiff filed the Complaint in the above captioned case on August 17, 2016.

2) Plaintiff Fact Sheets were due on November 15, 2016.

3) Plaintiff requested and was granted an extension to October 26, 2016 to complete the initial Plaintiff Fact Sheet. Plaintiff submitted its substantially completed Plaintiff Fact Sheet by October 26, 2016.

4) Subsequently, Plaintiff was informed of deficiencies in their submitted Plaintiff Fact Sheets, specifically, that there is not a Declaration page uploaded to MDL Centrality.

5) Plaintiff's counsel is in the process of obtaining a signed Declaration page which would satisfy the outstanding deficiency.

6) Plaintiff has worked diligently throughout the pendency of the litigation to obtain and compile all the necessary information and documentation to support their claim.

7) Plaintiff is not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until May 3, 2017.

                                        Respectfully submitted,

                                        KELLEY & FERRARO, L.L.P.

                                        By: /s/ Constantine Venizelos
                                              Constantine Venizelos (0078596)
                                              Ryan J. Cavanaugh (0079996)
                                              William D. Mason (0092747)
                                              127 Public Square, Suite 2200
                                              Cleveland, Ohio 44114
                                              (216) 575-0777
                                              (216) 575-0799 (Fax)
                                              cvenizelos@kelley-ferraro.com
                                              rcavanaugh@kelley-ferraro.com
                                              wmason@kelley-ferraro.com
                                              Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 3rd day of March, 2017.

/s/ Constantine Venizelos
Constantine Venizelos (0078596)
Counsel for Plaintiff