IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| Cuevas Shelton v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14436 |

## ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of Time to File Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until May 3, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

_____                    _____
DATE                                                                              JUDGE ELDON E. FALLON