IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| --- | --- | --- |
| | ) | |
| | ) | SECTION: L |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
| --- | --- |
| Don Pittman v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-144114 |
| Dorothy I. Davis (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13509 |
| Jim Weissinger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14485 |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

In support of Plaintiffs' Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed the Complaint in the above captioned case on August 17, 2016.

2) Plaintiff Fact Sheet was due on November 15, 2016.

3) Plaintiffs requested and was granted an extension to October 26, 2016 to complete the initial Plaintiff Fact Sheets. Plaintiffs submitted its substantially completed Plaintiff Fact Sheet by October 26, 2016.

4) Subsequently, Plaintiffs were informed of deficiencies in their submitted Plaintiff Fact Sheet, specifically, that there were outstanding medical and/or prescription records that would support Plaintiffs' claim.

5) Plaintiffs have ordered the necessary medical and/or prescription records from Plaintiffs' medical providers.

6) As of this date, Plaintiffs have not received the outstanding records.

7) Plaintiffs are requesting a 60 day extension to allow Plaintiffs to receive the outstanding medical and/or pharmacy records.

8) Plaintiffs have worked diligently throughout the pendency of the litigation to obtain and compile all the necessary information and documentation to support their claim.

9) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until May 3, 2017.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Constantine Venizelos
    Constantine Venizelos (0078596)
    Ryan J. Cavanaugh (0079996)
    William D. Mason (0092747)
    127 Public Square, Suite 2200
    Cleveland, Ohio 44114
    (216) 575-0777
    (216) 575-0799 (Fax)
    cvenizelos@kelley-ferraro.com
    rcavanaugh@kelley-ferraro.com
    wmason@kelley-ferraro.com
    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 3rd day of March, 2017.

/s/ Constantine Venizelos
Constantine Venizelos (0078596)
Counsel for Plaintiff

3