## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| MICHAEL FLOYD v. JANSSEN RESEARCH & DEVELOPMENT, LLC., et al., No. 2:15-cv-04678 | |

## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

COMES NOW Counsel for the Plaintiff, Michael Floyd, and respectfully moves this court for leave to amend Plaintiff's Short Form Complaint in this action in order to correct the dates Michael Floyd ingested Xarelto and the time and location of resulting injury.

I. MICHAEL FLOYD

1. On December 16, 2016, the Order of Withdrawal and Substitution of Counsel was signed by Judge Fallon, ordering that Bobby Saadian be deemed the Attorney of Record for Michael Floyd v. Janssen Research & Development, LLC, et. al, 2:15-cv-04678

2.   Plaintiff's Short Form Complaint, later severed from the Joint Complaint, was filed on September 24, 2015 (Michael Floyd v. Janssen Research & Development, LLC, et. al, 2:15-cv-04678).

3.   Plaintiff's Short Form Complaint, upon best available evidence at the time of filing, in paragraph 9, incorrectly and inadvertently listed Michael Floyd as ingesting Xarelto from approximately July 2013 to January 2015.

4.   Plaintiff Michael Floyd ingested Xarelto from approximately June 5, 2013 to December 20, 2014.

5.   Plaintiff's Short Form Complaint, upon best available evidence at the time of filing, in paragraph 9, incorrectly and inadvertently listed Michael Floyd as suffering a Gastro-intestinal bleed in December 2014.

6.   Plaintiff Michael Floyd suffered from and was diagnosed with a subdural hematoma on December 20, 2014 at Frederick Memorial Hospital in Frederick, MD.

7.   Michael Floyd resides at 13207 A. Larson Court, Mount Airy, MD 21771.

8.   Attached as Exhibit A is the Severance Order issued by the Court for the Individual Plaintiff.

9.   Attached as Exhibit B is the Short Form Complaint filed pursuant to the Severance Order for the Individual Plaintiff.

10.  Attached as Exhibit C is the First Amended Short Form Complaint correcting information based on the best available evidence at the time of filing.

WHEREFORE, Counsel for Plaintiff respectfully requests that this Court enters the proposed order filed herein granting leave to amend Michael Floyd's Complaint.

Respectfully Submitted,

_/s/_

WILSHIRE LAW FIRM, PLC
Bobby Saadian, Esq.
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel: (213)381-9988
Fax: (213)381-9989
Email:
masstorts@wilshirelawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forebgoing Motion was served

upon all parties of records electronically by CM/ECF, on February 7, 2017.


Respectfully Submitted,


*/s/*
WILSHIRE LAW FIRM, PLC
Bobby Saadian, Esq.
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel: (213)381-9988
Fax: (213)381-9989
Email:
masstorts@wilshirelawfirm.com

Attorneys for Plaintiff