# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>MICHAEL FLOYD<br><br>    Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**FIRST AMENDED COMPLAINT AND JURY DEMAND**<br><br>Civil Action No. 2:15-cv-04678 |

# FIRST AMENDED COMPLAINT

Plaintiff, by and through Plaintiff's attorneys, WILSHIRE LAW FIRM, PLC, files this Complaint in the Eastern District of Louisiana pursuant to the Court's Stipulated Pre-Trial Order No. 9 addressing the direct filing of this action in MDL No. 2592, and hereby asserts the following claims and causes of action against the Defendants:

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint, attached herein as **Exhibit A**, filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Amended Complaint is utilized in the above captioned action.

2. Plaintiff, Michael Floyd, resides in Frederick County in the state of Maryland.

3. Plaintiff was prescribed Xarelto in June 2013 and started use of Xarelto on June 12, 2013.

4. Plaintiff was admitted to Frederick Memorial Hospital Emergency Department on December 19, 2014 and diagnosed with interhemispheric subdural hematoma and Acute subdural hematoma.

5. Plaintiff remained hospitalized with his injuries until December 27, 2014.

6. Plaintiff was advised to, and did, discontinue use of Xarelto on December 20, 2014.

7. Attached as Exhibit A is the Joint Complaint originally filed on September 9, 2015 and severed on September 22, 2015, for reference only as to general allegations.

DATED: March 6, 2017.                                  **WILSHIRE LAW FIRM**

                    By:   _/s/ Bobby Saadian_____
                         BOBBY SAADIAN, ESQ.
                         WILSHIRE LAW FIRM
                         3055 Wilshire Bvd., 12th Floor
                         Los Angeles, CA 90010
                         Telephone: (213)381-9988
                         Facsimile: (213)381-9989
                         Attorneys for Plaintiff