# EXHIBIT D

# Matthew Mower

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, February 24, 2017 11:45 AM |
| **To:** | Matthew Mower |
| **Cc:** | Bobby Saadian |
| **Subject:** | RE: Meet and Confer, 2:15-cv-04678 |

Matthew,

Defendants do not oppose the filing of this Motion. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Monday, February 20, 2017 2:59 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Bobby Saadian <bobby@wilshirelawfirm.com>
**Subject:** Meet and Confer, 2:15-cv-04678

Ms. Brilleaux,

This email is in reference to our conversation regarding a meet and confer with lead counsel for Unopposed Motion for Leave To Amend Short Form Complaint for Michael Floyd v. Janssen Research & Development, LLC, et al. Attached, please find the Proposed Motion for Leave to Amend Short Form Complaint, the Proposed First Amended Complaint, and the Proposed Order. Also attached are the attachments/exhibits in support of the Motion and First Amended Complaint in reference.

Very Truly Yours,

Matthew Mower

**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH

Fax: (213) 381-9989
Email: masstorts@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"



     

    

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.