# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| DONNA BRIM, | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-15658  STIPULATION OF DISMISSAL |
| Defendants | |

**IT IS HEREBY STIPULATED** and **AGREED** that, pursuant to Fed. R. Civ. P. 41, Plaintiff's Complaint be and hereby is dismissed in its entirety with prejudice but without prejudice to Plaintiff re-filing the Complaint within 60 days of this dismissal in the Court of Common Pleas in Pennsylvania, the state in which Plaintiff resides. Plaintiff agrees that the state court action will not add new defendants or assert additional claims. All parties shall bear their own costs and expenses.

| | |
|---|---|
| **PENDLEY, BAUDIN & COFFIN, LLP**<br>By: *s/ Nicholas R. Rockforte*<br>Nicholas R. Rockforte<br>Christopher L. Coffin<br>1515 Poydras Street<br>Suite 1400<br>New Orleans, LA 70112<br>Phone: 504-355-0086<br>Fax: 504-523-0699<br>Email: nrockforte@pbclawfirm.com<br>ccoffin@pbclawfirm.com<br><br>Attorneys for Plaintiff<br>Dated: March 6, 2017 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: March 6, 2017<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: March 6, 2017 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: <u>/s/James B. Irwin</u>
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: March 6, 2017

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 6, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           <u>    /s/ James B. Irwin    </u>