UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *John Pittsenbargar* | *2:16-cv-15804* |
| *James Prince and Edna Prince* | *2:16-cv-15172* |
| *Eugenia Rhoads* | *2:16-cv-15784* |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs through undersigned counsel, in the above-listed actions, and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and that this Court issue an Order granting them thirty (30) days from granting of the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: This 6th day of March, 2017

                 Respectfully submitted,

                 MURPHY LAW FIRM

                 *s/Peyton P. Murphy*
                 PEYTON P. MURPHY (LA # 22125)
                 2354 S. Acadian Thwy.
                 Baton Rouge, LA 70808
                 Telephone: (225) 928-8800
                 Facsimile: (225) 928-8802
                 Email: peyton@murphylawfirm.com

2

*s/Todd C. Comeaux*

TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      Respectfully submitted,

                                      *s/ Peyton P. Murphy*
                                      Peyton P. Murphy