UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *John Pittsenbargar* | *2:16-cv-15804* |
| *James Prince and Edna Prince* | *2:16-cv-15172* |
| *Eugenia Rhoads* | *2:16-cv-15784* |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs through undersigned counsel, in the above-listed actions, and in support of Plaintiffs' First Motion for Extension of Time within which to serve process on Defendant Bayer Pharma AG states as follows:

1. Plaintiff John Pittsenbargar's Complaint was filed on October 24, 2016 in the U.S. District Court Eastern District of Louisiana (2:16-cv-15804). The case was subsequently docketed in MDL 2592 on October 25, 2016.

2. Plaintiffs James Prince's and Edna Prince's Complaint was filed on October 3, 2016 in the U.S. District Court Eastern District of Louisiana (2:16-cv-15172). The case was subsequently docketed in MDL 2592 on October 4, 2016.

3. Plaintiff Eugenia Rhoads's Complaint was filed on October 24, 2016 in the U.S. District Court Eastern District of Louisiana (2:16-cv-15784). The case was subsequently docketed in MDL 2592 on October 24, 2016.

4. Plaintiffs erroneously believed that service of the Complaint and a Summons is effective against Defendant Bayer Pharma AG by Registered Mail, Return Receipt Requested, upon the representative of Bayer Pharma AG.

5. Plaintiffs have discovered that service of the Complaint and a Summons is effective against Defendant Bayer Pharma AG by Registered Mail, Return Receipt Requested, upon the representative of Bayer Pharma AG along with contemporaneous notice of service by electronic mail including a copy of the Complaint.

6. Notably, Defendant Bayer Pharma AG has received thousands of Complaints thus far in this MDL. As such, no material prejudice or harm occurred as Defendant was clearly aware of pending suits filed in this MDL, and is receiving notice of this particular litigation within a reasonable amount of time.

7. No intentional delay has been made in serving process on these Defendants.

8. Under FRCP 4, if a Plaintiff can show good cause for failure to serve within the specified time, the Court should extend the time for service for an appropriate period. F.R.Civ.P. 4(m).

9. No actual prejudice has or will occur to these Defendants by this Court granting the relief sought herein.

WHEREFORE, Plaintiffs, by and through undersigned Counsel, respectfully asks the Court to grant an extension of time of sixty (60) days from the Order to serve process on Bayer Pharma AG through the streamlined procedures outlined in PTO 10.

Dated: March 6, 2017

Respectfully submitted,

MURPHY LAW FIRM

*s/Peyton P. Murphy*

PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

*s/Todd C. Comeaux*

TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              Respectfully submitted,

                                              *s/ Peyton P. Murphy*
                                              Peyton P. Murphy