UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *John Pittsenbargar* | *2:16-cv-15804* |
| *James Prince and Edna Prince* | *2:16-cv-15172* |
| *Eugenia Rhoads* | *2:16-cv-15784* |

## NOTICE OF SUBMISSION

COME NOW Plaintiffs in the above-listed actions, by and through their undersigned counsel, and file this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG.

Signed: March 6, 2017                 Respectfully submitted,

MURPHY LAW FIRM

*s/Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 928-8802
Email: peyton@murphylawfirm.com

*s/Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

*s/ Peyton P. Murphy*
Peyton P. Murphy