UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *John Pittsenbargar* | *2:16-cv-15804* |
| *James Prince and Edna Prince* | *2:16-cv-15172* |
| *Eugenia Rhoads* | *2:16-cv-15784* |

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG filed by the above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United State District Judge