```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*****************************************************************

IN RE:  XARELTO (RIVAROXABAN)   *
PRODUCTS LIABILITY LITIGATION   *   MDL 2592    "L"
                                *
                                *
THIS DOCUMENT RELATES TO        *   New Orleans, LA
ALL CASES                       *   Judge Eldon E. Fallon
                                *



*****************************************************************

        REPORTER'S OFFICIAL TRANSCRIPT OF THE STATUS CONFERENCE
              BEFORE THE HONORABLE ELDON E. FALLON,
                       UNITED STATES JUDGE
                       February 10, 2017



APPEARANCES:


FOR THE PLAINTIFFS'              HERMAN HERMAN & KATZ
LIAISON COUNSEL:                 BY:  Leonard A. Davis, Esq.
                                 820 O'Keefe Ave.
                                 New Orleans, LA  70113


FOR THE PLAINTIFFS:              LEVIN PAPANTONIO THOMAS
                                 MITCHELL RAFFERTY & PROCTOR
                                 BY:  Brian H. Barr, Esq.
                                 316 South Baylen Street
                                 Suite 600
                                 Pensacola, FL  32502

                                 BEASLEY ALLEN
                                 BY:  Andy Birchfield, Esq.
                                 218 Commerce Street
                                 Montgomery, AL 36104
```

```
APPEARANCES CONTINUED:

FOR THE DEFENDANTS'            IRWIN FRITCHIE URQUHART &
LIAISON COUNSEL:               MOORE
                               BY:  James B. Irwin, Esq.
                               Texaco Center
                               400 Poydras Street
                               Suite 2700
                               New Orleans, LA  70130

FOR THE DEFENDANTS:            CHAFFE MCCALL
                               BY:  John F. Olinde, Esq.
                               1100 Poydras Street
                               New Orleans, LA  70163

                               DRINKER BIDDLE & REATH
                               BY:  Susan M. Sharko, Esq.
                               500 Campus Dr.
                               Florham Park, NJ  07932

                               ARNOLD PORTER KAYE SCHOLER
                               BY:  Steven Glickstein, Esq.
                                    Andrew K. Solow, Esq.
                               250 West 55th Street
                               New York, NY  10019




OFFICIAL COURT REPORTER:       Tana J. Hess, RMR, FCRR
                               500 Poydras Street
                               Room B275
                               New Orleans, LA  70130
                               504.589.7781
                               Tana_Hess@laed.uscourts.gov


Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

```
 1              THE COURT:  Good morning, everyone.  This is Judge
 2   Fallon.  Who's on the line for the Plaintiffs?
 3              ANDY BIRCHFIELD:  Good morning, Your Honor.
 4              THE COURT:  Who's for the Plaintiffs?
 5              ANDY BIRCHFIELD:  Andy Birchfield.
 6              THE COURT:  Okay, Andy.
 7              BRIAN BARR:  And Brian Barr, Your Honor.
 8              THE COURT:  Brian Barr.  Lenny, are you on?  Jerry?
 9   Fred?  Okay.  For Defendants?
10              JIM IRWIN:  Jim Irwin.
11              THE COURT:  Okay, Jim.
12              SUSAN SHARKO:  Susan Sharko.
13              THE COURT:  Susan.
14              STEVE GLICKSTEIN:  Steve Glickstein.
15              THE COURT:  Okay, Steve.
16              ANDY SOLOW:  Andy Solow.
17              THE COURT:  Andy.
18              JOHN OLINDE:  And John Olinde.
19              THE COURT:  John.  Is that it?  Okay.  Susan, looks
20   like the weather is bad your way, huh?
21              MS. SHARKO:  It was, but we're used to it, I think.
22              THE COURT:  Yeah.  Okay.  Okay.  Brian, what you got?
23              MR. BARR:  I think the three items are all items that
24   the defense wanted to talk about.
25              THE COURT:  All right.
```

1     **MR. BARR:** I think there's really only one to discuss
2  with you. I'll let Andy Solow do that, if he wants.
3     **THE COURT:** Go ahead, Andy.
4     **MR. SOLOW:** Thank you, Your Honor. As Brian said,
5  there were three issues related to expert discovery that we had
6  flagged for the Plaintiffs. One I think we've -- we've
7  temporarily resolved. Brian has agreed to give us some
8  follow-up telephonic depositions on the Pradaxa issues, so we
9  just need to work that out in scheduling, so nothing for Your
10 Honor.
11            The other two issues. One relates to a Doctor
12 Maggio. Doctor Maggio was deposed several weeks back, and at
13 the deposition we learned that he had used some -- he had
14 disclosed with his report some graphs, and when we deposed him,
15 we established that he had taken a master spreadsheet of data
16 that the defendants had produced and had run what we've been
17 colloquially calling a filter, then some kind of analysis to
18 pull out selective groups of data to make these graphs. During
19 his preparation for his report and in his deposition, he did
20 not save that material. We deposed him and tried to determine
21 what was the subset of data that was used to create the graphs.
22 We could not reproduce it. We asked him to walk us through
23 that. He was instructed to not answer those questions at the
24 deposition. We did offer to -- to provide an opportunity for
25 him to complete this analysis after the deposition as a

1  compromise, and we were told plaintiffs would talk to us about
2  it.  We then had a meet and confer with the plaintiffs this
3  week, and they've confirmed they don't think it's appropriate
4  to provide that data, so we've now agreed to a motion schedule,
5  Your Honor.  We will get a motion on file by next Friday,
6  February 17th.  Plaintiffs will oppose on February 23rd.  We
7  will submit a reply on February 27th.  And then with Your
8  Honor's permission obviously on the whole schedule, we'd like
9  the motion to be heard on the March 2nd biweekly discovery
10 conference.
11           **THE COURT:**  Okay.  Yeah, we'll do that.
12           **MR. SOLOW:**  Your Honor, and that's what we agreed to
13 do as far as a briefing schedule.  Just so it's clear, though,
14 there is no dispute on whether or not the defendants and the
15 plaintiffs have the data.  The data is the defendants' data.
16 What we are talking about is taking that data and putting it
17 into groups and presenting a graph.  So, for example, there
18 could be a graph of all patients in the clinical trials on 20
19 milligrams who had a P.T. taken at trial.  And so there's a
20 graph that represents all of the global data that meets that
21 parameter.  They're wanting us to go back and break out all of
22 their data into these groups showing the underlying data for
23 the graphs.  We believe we don't have the obligation to do
24 that, and so that's what's given rise to this.
25           **THE COURT:**  Okay.  Well, tee it up, Andy, and I'll

1 rule on it immediately.
2         **MR. SOLOW:**  Thank you, Your Honor.
3         **THE COURT:**  Okay.
4         **MR. SOLOW:**  The last issue, Your Honor, is -- relates
5 to another expert, Doctor Furberg, and Brian and I have been
6 speaking about it this week, and we got a letter from him
7 yesterday.  Candidly, Your Honor, I'm not sure how that's going
8 to work out.  The main problem is we had raised via letter with
9 the patients some deficiencies we saw in the report in advance
10 of the deposition.  Brian got us a response yesterday.  The
11 biggest concern, though, is there is some information that
12 Brian has indicated they will provide us, and I don't want to
13 misrepresent our view.  It's required.  Plaintiffs are agreeing
14 to do it as a compromise, but it's a scheduling problem, Your
15 Honor.  This deposition had been moved back to February 23rd
16 because Doctor Furberg is traveling, and the Plaintiffs now
17 said he won't be back in the country until the 15th.  We won't
18 be able to get this information until the 17th at the earliest,
19 which for us is six days before the deposition and kind of puts
20 a little prejudice on us, because we think this is something
21 that should have been disclosed all along.
22         We will -- I will just -- we'll try to work with
23 Brian, see if there's maybe more flexibility in pushing the
24 deposition out, but otherwise I'm not sure where this leaves
25 us.  If we had to, we could file an emergency motion on Monday,

```
 1  but it's really now just a matter of scheduling and figuring it
 2  out.
 3              THE COURT:  Okay.  Well, try to --
 4              MR. BARR:  Your Honor --
 5              THE COURT:  Yeah, go ahead, Brian.
 6              MR. BARR:  I mean, just from our perspective, we're
 7  trying to get the information to him.  Doctor Furberg needs his
 8  notes.  He's not in the country to have his notes, and that's
 9  what the holdup is.  We would be able to get it to him quicker
10  otherwise, but he's frankly just simply not in the country.
11              THE COURT:  Can you do something with his notes from
12  the standpoint of scanning them and emailing them to them,
13  things of that sort?
14              MR. BARR:  Well, we don't have them.
15              THE COURT:  Oh.
16              MR. BARR:  I don't know how we would get access to
17  them.
18              THE COURT:  Yeah.  Well, that would be a way of doing
19  it, if somebody who's worked with him -- I don't mean the
20  lawyers.  I mean his assistant or somebody, if they could get
21  the notes to him in some form or fashion, maybe that's a way of
22  doing it, but try to work it out.  If not, get an emergency
23  motion, and I'll rule on that, too.  Okay.
24              MR. SOLOW:  Thank you, Your Honor.
25              THE COURT:  Yeah.  Anything else that we need to talk
```

```
 1  about?
 2          MR. SOLOW:  That's it, Your Honor, and thank you for
 3  participating in the conference.  My flight was also canceled
 4  out of New York.
 5          THE COURT:  Yeah, looks like you all have had some
 6  bad weather there.  Okay.  All right.  Well, I'll see you next
 7  time then.  Thank you.
 8          MR. DAVIS:  Judge, this is Lenny.  I just wanted to
 9  let you know I was on the phone.
10          THE COURT:  Okay, Lenny.  Anything from the
11  Plaintiffs, Brian, anything?
12          MR. BARR:  Nothing else from us, Your Honor.
13          THE COURT:  All right, guys.  Have a good weekend.
14  Talk to you later.  Bye.
```

**CERTIFICATE**

I, Tana J. Hess, FCRR, RMR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_____
Tana J. Hess, FCRR, RMR
Official Court Reporter