# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

     IN RE:  XARELTO            )   MDL No.:  2592
 4   (RIVAROXABAN) PRODUCTS     )   Section:  L
     LIABILITY LITIGATION       )   Judge Eldon E. Fallon
 5                              )   Mag. Judge North
                                )
 6                              )
                                )
 7   JOSEPH ORR, JR., as        )
     lawful surviving           )   2:15-cv-03708
 8   spouse of SHARYN ORR       )

 9

10

11   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14       Videotaped Deposition of PETER G. LIECHTY, M.D.,

15   taken on Saturday, December 3, 2016, in the office

16   of The Lambert Firm, A.P.L.C., 701 Magazine

17   Street, New Orleans, Louisiana 70130, commencing

18   at 9:05 a.m.

19

20

21

22

23

     Reported by:
24   AURORA M. PERRIEN
     CERTIFIED COURT REPORTER
25   REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
 1                    I N D E X
                                             Page
 2
                Caption...........................1
 3
                Appearances.......................5
 4
                Agreement of Counsel..............7
 5
                Reporter's Certificate..........418
 6
 7
                    E X A M I N A T I O N
 8
                MR. PAINE.........................9
 9
                MR. IRWIN.......................390
10
11
12                    E X H I B I T S
13              Exhibit No. 1....................12
                Appendix D
14
                Exhibit No. 2....................13
15              Case Specific Expert Report of
                Peter G. Liechty, MD, FAANS, FACS
16
                Exhibit No. 3....................14
17              Defendant's Notice with Subpoena Duces
                Tecum of Oral Videotaped Deposition...
18
                Exhibit No. 4....................18
19              Supplemental List of Materials Relied
                On, Reviewed, and/or Considered...
20
                Exhibit No. 5....................25
21              (Curriculum Vitae)
22              Exhibit No. 6....................27
                P.G. Liechty, M.D. Invoice Nos. 1357
23              and 1358
24              Exhibit No. 7...................116
                (Xarelto prescribing information/label)
25
```

```
 1       Exhibit No. 8......................144
         NOMH Neuroscience Critical Care, Lab
 2       Results (4/26/15 - 4/24/15),
         SOrr-OMC-MD-000463 - 000464
 3

         Exhibit No. 9......................154
 4       "Spontaneous Primary Intraventricular
         Hemorrhage in Adults:  Clinical Data,
 5       Etiology and Outcome"
 6       Exhibit No. 10.....................167
         (UpToDate website printout),
 7       "Intraventricular hemorrhage
 8       Exhibit No. 11.....................189
         Atlas of Human Anatomy (excerpt)
 9
         Exhibit No. 12.....................222
10       "Prognostic Indicators in Patients with
         Primary Intraventricular Haemorrhage"
11
         Exhibit No. 13.....................264
12       NOMH Neuroscience Critical Care, Lab
         Results (4/26/15 - 4/24/15),
13       SOrr-OMC-MD-000459 - 000462
14       Exhibit No. 14.....................291
         NOMH Neuroscience Critical Care,
15       Physician Query,
         SOrr-OMC-MD-000232 - 000235
16
         Exhibit No. 15.....................318
17       "Spontaneous Primary Intraventricular
         Hemorrhage:  Clinical Features and
18       Early Outcome"
19       Exhibit No. 16.....................344
         "Guidelines for the Management of
20       Spontaneous Intracerebral Hemorrhage..."
21       Exhibit No. 17.....................363
         "Stroke, Bleeding, and Mortality Risks
22       in Elderly Medicare Beneficiaries
         Treated with Dabigatran or Rivaroxaban..."
23
         Exhibit No. 18.....................373
24       "Indirect Comparisons of New Oral
         Anticoagulant Drugs for Efficacy and
25       Safety When Used for Stroke..."
```

Exhibit No. 19.....................386
"Thirty-Day Mortality After Ischemic Stroke and Intracranial Hemorrhage in Patients with Atrial Fibrillation..."

Exhibit No. 20.....................387
"Volume and functional outcome of intracerebral hemorrhage according to oral anticoagulant type"

Exhibit No. 21.....................415
Medical Chronology of Sharyn Orr...

Protected - Subject to Further Protective Review

```
 1                A P P E A R A N C E S
 2   REPRESENTING JOSEPH ORR, JR., AS LAWFUL SURVIVING
     SPOUSE OF SHARYN ORR:
 3
 4          THE LAMBERT FIRM, A.P.L.C.
            BY:   EMILY C. JEFFCOTT, ESQ.
 5          701 Magazine Street
            New Orleans, Louisiana 70130
 6          504.581.1750
            Ejeffcott@thelambertfirm.com
 7
            CAPITELLI & WICKER, INC.
 8          BY:   VINCENT E. ODOM, ESQ.
            1100 Poydras Street, Suite 2950
 9          New Orleans, Louisiana 70163-2950
            504.582.2425
10          Vincent@capitelliandwicker.com
11          GOZA & HONNOLD, L.L.C.
            BY:   BRADLEY D. HONNOLD, ESQ.
12          11181 Overbrook Road, Suite 200
            Leawood, Kansas 66211
13          913.451.3433
            Bhonnold@gohonlaw.com
14
15
16   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
     INC., and BAYER PHARMA AG:
17
            NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
18          BY:   ERIC A. PAINE, ESQ.
            1320 Main Street, 17th Floor
19          Columbia, South Carolina 29201
            803.255.5518
20          Eric.paine@nelsonmullins.com
21          NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
            BY:   WESLEY T. MORAN, ESQ.
22          1320 Main Street, 17th Floor
            Columbia, South Carolina 29201
23          803.255.5518
            Wes.moran@nelsonmullins.com
24
25
```

Protected - Subject to Further Protective Review

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3
          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 4        BY:  JAMES B. IRWIN, ESQ.
          400 Poydras Street, Suite 2700
 5        New Orleans, Louisiana 70130-3280
          504.310.2106
 6        Jirwin@irwinllc.com
 7        IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
          BY:  MEERA U. SOSSAMON, ESQ.
 8        400 Poydras Street, Suite 2700
          New Orleans, Louisiana 70130-3280
 9        504.310.2106
          Msossamon@irwinllc.com
10
11
     ALSO PRESENT:
12
          MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

```
 1                S T I P U L A T I O N
 2      It is stipulated by and among Counsel that
 3   the videotaped deposition of PETER G. LIECHTY,
 4   M.D., is being taken under the Federal Rules of
 5   Civil Procedure for all purposes permitted under
 6   the law.
 7      The formalities of reading and signing are
 8   waived.
 9      The formalities of sealing, certification
10   and filing are hereby waived.  The party
11   responsible for services of the discovery material
12   shall retain the original.
13      All objections, except those as to the
14   form of the questions and/or the responsiveness of
15   the answers, are reserved until the time of the
16   trial of this cause.
17                   *   *   *   *   *
18           Aurora M. Perrien, Certified Court
19   Reporter, Registered Professional Reporter, in and
20   for the State of Louisiana, officiated in
21   administering the oath to the witness.
22
23
24
25
```

Protected - Subject to Further Protective Review

```
 1                P R O C E E D I N G S
 2          THE VIDEOGRAPHER:
 3              We are now on the record.  My name is
 4          Melissa Bardwell.  I'm here for --
 5          videographer here for Golkow Technologies.
 6          The date today is December 3rd, 2016.  The
 7          time is approximately 9:05 a.m.  This
 8          videotaped deposition is being held in
 9          New Orleans, Louisiana, taken in reference
10          to the Xarelto (rivaroxaban) Products
11          Liability Litigation.  The deponent today
12          is Dr. Peter Liechty.
13              Would counsel present please introduce
14          themselves and state their affiliations
15          for the record.
16          MR. HONNOLD:
17              Bradley Honnold for plaintiffs.
18          MS. JEFFCOTT:
19              Emily Jeffcott for plaintiffs.
20          MR. ODOM:
21              Vincent Odom for plaintiffs.
22          MR. PAINE:
23              Eric Paine for Bayer.
24          MR. MORAN:
25              Wes Moran for Bayer.
```

```
 1         MR. IRWIN:
 2              Jim Irwin for Janssen.
 3         MS. SOSSAMON:
 4              Meera Sossamon for Janssen.
 5         THE VIDEOGRAPHER:
 6              The court reporter is Aurora Perrien,
 7         and she will now swear in the witness.
 8         (The court reporter swore in the witness.)
 9                    E X A M I N A T I O N
10   BY MR. PAINE:
11         Q.   Good morning, Doctor.
12         A.   Good morning.
13         Q.   Would you please give us your full name
14   for the record.
15         A.   Peter G. Liechty, M.D.
16         Q.   Thank you.
17              Doctor, we had a chance to meet just very
18   briefly before we went on the record.  But just
19   again, my name's Eric Paine.  I represent one
20   of -- one of the defendants, Bayer, in this case.
21              And you've been retained as an expert on
22   behalf of the plaintiffs in this case; is that
23   right?
24         A.   Yes.
25         Q.   All right.  Have you given depositions
```

```
 1      Q.   So even if Mrs. Orr had been on Eliquis or
 2  Pradaxa, she could have had the same hemorrhage,
 3  couldn't she?
 4      A.   Yeah, she could have had the same
 5  hemorrhage.  She -- you know, these -- these
 6  studies just give some -- some background, but
 7  they're not -- they're not perfectly designed, and
 8  they're not, you know, Level 1 data.  So yeah.
 9      Q.   So you could not say to a reasonable
10  degree of medical certainty that Mrs. Orr's
11  hemorrhage would have been avoided or that her
12  outcome would have been any different on Pradaxa
13  or Eliquis rather than Xarelto, could you?
14      A.   I could not.  No.
15      Q.   In your report, you've talked about
16  testing for the anticoagulant effects of -- of
17  Xarelto and a reversal agent not being available.
18  Those same criticisms would apply equally to
19  Pradaxa and Eliquis at the time of Mrs. Orr's
20  intracerebral hemorrhage, wouldn't it?
21      A.   Correct.
22      Q.   Doctor, on Page 9 of your report, you
23  talked about -- and I'll paraphrase here or kind
24  of summarize here, that Mrs. Orr would have had
25  a -- a different or better outcome if she had been
```

Protected - Subject to Further Protective Review

```
 1                    C E R T I F I C A T E
 2         This certification is valid only for
 3    a transcript accompanied by my original signature
 4    and original seal on this page.
 5         I, AURORA M. PERRIEN, Registered Professional
 6    Reporter, Certified Court Reporter, in and for the
 7    State of Louisiana, as the officer before whom
 8    this testimony was taken, do hereby certify that
 9    PETER G. LIECHTY, M.D., after having been duly
10    sworn by me upon the authority of R.S. 37:2554,
11    did testify as hereinbefore set forth in the
12    foregoing 417 pages; that this testimony was
13    reported by me in the stenotype reporting method,
14    was prepared and transcribed by me or under my
15    personal direction and supervision, and is a true
16    and correct transcript to the best of my ability
17    and understanding; that the transcript has been
18    prepared in compliance with transcript format
19    guidelines required by statute or by rules of the
20    board; and that I am informed about the complete
21    arrangement, financial or otherwise, with the
22    person or entity making arrangements for
23    deposition services; that I have acted in
24    compliance with the prohibition on contractual
25    relationships, as defined by Louisiana Code of
```

```
 1   Civil Procedure Article 1434 and in rules and
 2   advisory opinions of the board; that I have no
 3   actual knowledge of any prohibited employment or
 4   contractual relationship, direct or indirect,
 5   between a court reporting firm and any party
 6   litigant in this matter nor is there any such
 7   relationship between myself and a party litigant
 8   in this matter.  I am not related to counsel or to
 9   the parties herein, nor am I otherwise interested
10   in the outcome of this matter.
11
12
13
14
15             AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25
```