# EXHIBIT E

USCA5 5582

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>Judge Eldon E. Fallon |

# Expert Report of Gianluca Cerri, MD, FACEP, FAAEM

By: _____  Date: 10/14/16
Gianluca Cerri, MD, FACEP, FAAEM

**Expert Report of Dr. Gianluca Cerri**

**October 14, 2016**

My name is Gianluca Cerri, MD, FAAEM, FACEP. I am a medical school graduate of Louisiana State University in New Orleans, trained in both internal medicine and emergency medicine. After medical school, I completed my emergency medicine residency at the University of Massachusetts Medical School. I am board certified in emergency medicine and I am a Fellow of the American College of Emergency Physicians as well as a Fellow of the American Academy of Emergency Medicine. I have practiced emergency medicine for the last 16 years at large level I & level II trauma centers. Currently, I am the Director of Clinical Operations and Medical Services for PEPA at Our Lady of the Lake-Livingston Campus, and Associate Clinical Professor of Emergency Medicine at Our Lady of the Lake Regional Medical Center. I also practice emergency medicine at both campuses of Our Lady of the Lake Regional Medical Center. A summary of my formal education and professional work experience is attached as Appendix A.

For the last 16 years, I have worked an average of 20 days a month in a clinical setting. At level I or level II large trauma tertiary referral centers, intracranial hemorrhages are a frequent event. In my career, I have treated hundreds of brain bleeds approaching if not surpassing a thousand cases. Xarelto related brain bleeds are becoming more and more prevalent since this drug entered the market. I see and treat several patients a month who present with brain bleeds related to the use of Xarelto. In my professional experience, -patients with Xarelto

1

related brain bleeds consistently have worse outcomes than patients using Warfarin. In my opinion, the use of Xarelto presents two fundamental problems in the case of an emergency bleeding event. First, there is no laboratory assay that quantifies the patients' current anticoagulation status. Second, there is no known agent to reverse the anticoagulation effect of Xarelto in an emergent situation. This explains why Mrs. Orr and thousands of patients just like her suffer terrible complications and a greater likelihood of death when presenting emergently with a bleed while taking Xarelto.

I have reviewed the medical records of Mrs. Orr from Ochsner Baptist Medical Center and Ochsner - Main Campus. Mrs. Orr presented to the emergency room with symptoms of an intracranial hemorrhage. Specifically, Mrs. Orr arrived at Ochsner Baptist Medical Center by ambulance on April 24 at 10:46 PM with a history of headache, nausea, vomiting, and altered mental status.[1]

A CT Head without contrast was performed at 11:36 PM and showed that Mrs. Orr was experiencing a right lateral ventricular acute hemorrhage with associated hydrocephalus with significant regional mass-effect.[2] At 1:05 AM on April 25, 2015, Mrs. Orr was intubated and transferred to Ochsner Medical Center - Main Campus by ambulance for neurosurgery evaluation.[3]

Upon her arrival to Ochsner Main Campus, she was evaluated by Dr. Jonathan Riffle (neurosurgery resident).[4] Dr. Riffle noted that surgical intervention was not

---

[1] SOrr-OMC-MD-000011
[2] SOrr-OMC-MD-000014
[3] SOrr-OMC-MD-000008; SOrr-OMC-MD-000017
[4] SOrr-OMC-MD-0002342-235

2

possible at that time.[5] Dr. Faraz Khursheed (critical care resident) shared Dr. Riffle's opinion and advised Mrs. Orr's family that she was not a candidate for surgery because she was on Xarelto.[6] In fact, Dr. Khursheed recommended DNR status and transition to comfort care.[7]

At approximately 12:30 PM Dr. Bui (neurosurgeon) offered Mrs. Orr's family the option of bilateral EVDs as, in his view, the Xarelto may have cleared by that point.[8] At 1:53 PM, Dr. Toby Gropen noted, "Patient with IVH likely secondary to Xarelto for A fib. Comatose with left hemiplegia. Brainstem reflexes intact. Agree with EVD."[9] Dr. Bui performed a bilateral ventriculostomy to place the external ventricular drains at approximately 2:05 PM.[10] In spite of the EVDs and maximal medical management, Mrs. Orr's cerebral edema failed to improve over time. Unfortunately, her neurological status deteriorated over the next several days and she passed on May 5, 2015.[11]

Mrs. Orr was taking Xarelto for anticoagulation and stroke prevention due to her atrial fibrillation. Since the Xarelto package insert does not identify an assay in which to quantify a patient's coagulation status,[12] an emergency medicine physician would find himself or herself powerless, unable to determine how much Xarelto Mrs. Orr had in her system. Furthermore, in the event that an emergency physician needs to reverse the deleterious effects of Xarelto, there is no lifesaving antidote

---

[5] SOrr-OMC-MD-000235
[6] SOrr-OMC-MD-000031
[7] SOrr-OMC-MD-000031
[8] SOrr-OMC-MD-000232
[9] SOrr-OMC-MD-000236
[10] SOrr-OMC-MD-002914-02917
[11] SOrr-OMC-MD-000031-34
[12] Xarelto Package Insert – United States

available administer to the patient. With no identified means to measure, evaluate, and monitor the degree of anticoagulation in the Xarelto label, it is impossible to safely begin a treatment plan or initiate a lifesaving procedure on a patient. If Xarelto had an effective and complete reversal antidote, the EVDs could easily have been placed 10 – 12 hours earlier in Mrs. Orr and significantly increased her chance of survival. Moreover, if Xarelto had a laboratory assay to quantify the anticoagulation status of the patient, the surgeons could have placed the EVDs as soon as the effects of Xarelto had been reduced to a level sufficient to perform the procedure safely.

By comparison, if Mrs. Orr presented with the same brain bleed and had been taking Coumadin instead of Xarelto, her doctors could have executed an immediate, aggressive treatment plan. An emergency medicine physician could have determined her coagulation status by means of prothrombin time (PT) and international normalized ratio (INR) within 10 minutes of drawing her blood. If the INR is elevated in patients taking Coumadin, fresh frozen plasma (FFP) and Vitamin K or 3-factor/4-factor prothrombin complex concentrate (PCC) and Vitamin K can be administered to regain coagulation homeostasis. By determining INR, and reversing it if elevated, the emergency medicine physician is able to deliver a viable patient in a timely manner to a neurosurgeon for a potentially lifesaving intervention such as a ventriculostomy or craniectomy. In stark contrast, Xarelto prevents the emergency medicine physician from detecting an accurate coagulation status and prevents him or her from reversing it, therefore delaying a potentially lifesaving neurosurgical intervention until the effects of Xarelto have subsided.

Without knowing the exact time the patient last took Xarelto, the emergency room physician must assume it was just taken, resulting in the maximum wait time for the drug's effects to abate. Therefore, the only thing that an emergency medicine physician can do is wait for the pharmacokinetics of the drug to wear off; the same wait that delayed Mrs. Orr's treatment by her neurosurgeon. To add uncertainty in Mrs. Orr's case, as per Xarelto package insert 5.4-8.7-12.2, the duration of the effects of Xarelto and its pharmacokinetics cannot be well estimated because she also suffered renal insufficiency. Xarelto is excreted by the kidneys, so renal insufficiency extends the duration of anticoagulation effects. Meanwhile, due to Xarelto induced uncontrollable bleeding, blood accumulates in the skull causing pressure on the brain. This pressure restricts the amount of blood flowing to the brain itself, resulting in inadequate oxygen supply, causing many cells to die in a short time span. The uncontrollable bleed not only induces cell death but causes brain matter herniation through the foramen magnum out of the skull, causing more injury and eventually leading to the death of the patient. Due to the multiple cascaded affects, the potential of the neurosurgical intervention to save the patient's life is highly unlikely if not performed emergently in a timely manner. In Mrs. Orr's case, the neurosurgical intervention was delayed because there was no identified way to adequately assess her anticoagulation status and no reversal agent available. The association between outcomes and delay in intervention is well-established. In my opinion, Mrs. Orr's outcome would have been better than it was had her intervention not been delayed due to her Xarelto therapy.

5

Being an Emergency Medicine physician, it is imperative that I am able to treat patients and confidently say that everything possible was done to save their lives. When it comes to patients who are taking anticoagulants, it is necessary that I am able to measure, evaluate, and monitor the degree of anticoagulation to further treat the patient. When a patient presents with a life threatening condition and is currently taking Xarelto, the truth is I cannot adequately treat them. In these emergency situations, patients often require urgent invasive procedures that cannot be performed because there is no known method to accurately determine their current anticoagulation status. Patients who are taking Xarelto and present with anticoagulant-associated bleeding emergencies represent both diagnostic and therapeutic challenges due to non-existent access to modes of appropriate laboratory testing (per the Xarelto label) and lack of well validated reversal agents. This prevents me from treating these patients to the best of my ability. In my opinion, based upon my education and professional experiences, Xarelto is not a reasonably safe anticoagulant for patients with Atrial Fibrillation, a condition that is more typically diagnosed in the elderly population. These patients are prone to having associated medical conditions, comorbidities, co-medications as well as an increased fall risk. Using Xarelto puts these patients at great risk because there are no means to assess the anticoagulant status of a patient and no reversal agent to treat emergent conditions. When Xarelto patients present in the emergency department with serious bleeding events, an emergency room physician is left with little, to no options, to treat the bleeding event urgently, waiting until the effects of

Xarelto have been diminished. Unfortunately, as shown in Mrs. Orr's case, the necessary waiting can lead to a fatal outcome.

7

# APPENDIX A

# Gianluca Cerri, M.D., F.A.C.E.P., F.A.A.E.M.



## *Work Experience*

**OLOL Free Standing ED\* – Walker, Louisiana**
<u>*Director of Clinical Operations & Medical Services*</u>
*Emergency Department Physician*: September 2012 – Present

- Level II Trauma Center Affiliated
- Patient Volume: 35,000+ visits per year

**OLOL Regional Medical Center – Baton Rouge, Louisiana**
*Emergency Department Physician*: January 2012 - Present

- Level II Trauma Center
- Patient Volume: 90,000+ visits per year

**UT Southwestern / Parkland Health & Hospital System – Dallas, Texas**
*Emergency Department Physician*: October 2009 – December 2011

- Level I trauma Center
- Patient Volume: 90,000+ visits per year

**Lewis Gale Regional Health Systems – HCA, Virginia**
<u>*Regional Medical Director*</u>
*Emergency Department Physician*: April 2011 – December 2011

- Lewis Gale Medical Center – Roanoke, Virginia
- Lewis Gale Hospital Alleghany – Alleghany, Virginia
- Lewis Gale Hospital Montgomery – Blacksburg, Virginia
- Lewis Gale Hospital Pulaski – Pulaski, Virginia

**Midland Memorial Hospital – Midland, Texas**
*Emergency Department Physician*: June 2010 – July 2011

- Level III Trauma Center
- Patient Volume: 40,000+ visits per year

1

**John Peter Smith Health Network – Forth Worth, Texas**
*Emergency Department Physician*: October 2009 – October 2010

- Level I trauma Center
- Patient Volume: 90,000+ visits per year

**Baylor University Medical Center – Dallas, Texas**
*Emergency Department Physician*: October 2009 – October 2010

- Level I Trauma Center
- Patient Volume: 90,000+ visits per year

**University of Texas Medical Branch – Galveston, Texas**
*Emergency Department Physician*: August 2009 – August 2010

- Level I Trauma Center
- Patient Volume: 60,000+ visits per year

**Northwest Texas Healthcare System / Texas Tech – Amarillo, Texas**
<u>Medical Director Emergency Department, Medical Director Lifestar</u>,
*Emergency Department Physician*: July 2008 – August 2009

- Level III Trauma Center
- Patient Volume: 55,000+ visits per year

**Teche Regional Medical Center – Morgan City, Louisiana**
<u>Medical Director Emergency Department</u>
*Emergency Department Physician:* May 2002 – May 2005

- Patient Volume: 20,000+ visits per year

**Lafayette General Medical Center – Lafayette, Louisiana**
*Emergency Department Physician*: July 2000 – July 2002

- Patient Volume: 60,000+ visits per year

2

## Licensure/Certifications

| | | | | |
|---|---|---|---|---|
| **American Board of Emergency Medicine** #41885 | Certified | 06/2009 | Expires | 12/2019 |
| **American Board of Internal Medicine** #202999 | Certified | 08/2004 | Expires | 12/2014 |
| **Medical License** – Texas M9914 | Certified | 06/2008 | Expires | 02/2018 |
| **Medical License** – Louisiana #023597 | Certified | 11/1998 | Expires | 03/2017 |
| **Federal DEA License** | Certified | 00/1998 | Expires | 08/2019 |
| **State Narcotic Registration** -Texas | Certified | 08/2008 | Expires | 08/2017 |
| **State Narcotic Registration** -Louisiana | Certified | 00/1998 | Expires | 08/2017 |
| **ACLS** – American Heart Association | Certified | 12/1997 | Expires | 06/2019 |
| **PALS** – American Heart Association | Certified | 12/1997 | Expires | 06/2019 |
| **ATLS** – American College of Surgeons | Certified | 12/1998 | Expires | 09/2020 |

## Professional Organizations

- **American College of Emergency Physicians**
- **American Academy of Emergency Medicine**

## Academic Appointments

**Louisiana State University Health Sciences Center – Baton Rouge, Louisiana**
*Clinical Professor of Emergency Medicine*: July 2012 - Present

**Texas Tech University Health Sciences Center – Amarillo, Texas**
*Clinical Assistant Professor of Internal Medicine*: July 2008 – July 2012

**John Peters Smith Health Network – Fort Worth, Texas**
*Clinical Professor* of Emergency Medicine: October 2009 – October 2010

3

## *Publications*

Use of point-of-care lactate in the prehospital aeromedical environment.
Mullen M, Cerri G, Murray R, Talbot A, Sanseverino A, McCahill P, Mangolds V, Volturo J, Darling C, Restuccia M. Prehosp Disaster Med. 2014. 29(2): 200-203. PMID:24642116

## *Education*

| | |
|---|---|
| **University of Massachusetts Medical School** | **Worcester, Massachusetts** |
| *Emergency Medicine Residency* | July 2005 – June 2008 |

- o  University of Massachusetts Medical Center

| | |
|---|---|
| **Louisiana State University** | **Lafayette, Louisiana** |
| *Internal Medicine Internship & Residency* | July 1997 – June 2000 |

- o  Chief Resident (2000)
- o  University Medical Center

| | |
|---|---|
| **Louisiana State University** | **New Orleans, Louisiana** |
| *Doctorate of Medicine* | Aug 1993 – May 1997 |

| | |
|---|---|
| **Nicholls State University, Bachelor of Science** | **Thibodaux, Louisiana** |
| *Major: Biology* | Aug 1989 – May 1993 |
| *Minor: Chemistry* | |

- o  Magna Cum Lauda

4

# APPENDIX B

| Materials Relied On, Reviewed, and/or Considered by Gianluca Cerri, MD |
|---|
| All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |
| **Depositions** |
| All depositions taken in the matter of *Joseph Orr, Jr., Joseph Orr III, Kelli Orr Walker and Kim Orr Deagano, et al. v. Janssen Research & Development, LLC, et al.* |
| **Product Labels** |
| Xarelto Label (1/15/2015) |
| Xarelto Label (8/25/2016) |
| **Medical Records** |
| Sharyn Orr's medical records from Oschner Baptist |
| Sharyn Orr's medical records from Oschner Main Campus |
| Sharyn Orr's medical records from Acadian Ambulance |

# APPENDIX C

## Prior Testimony & Fee Schedule

I have not testified as an expert in the past four years.

My fee in this matter is $500 per hour.