# EXHIBIT I

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3
      IN RE:  XARELTO              )    MDL No.:  2592
 4    (RIVAROXABAN) PRODUCTS        )    Section:  L
      LIABILITY LITIGATION          )    Judge Eldon E. Fallon
 5                                  )    Mag. Judge North
                                    )
 6                                  )
                                    )
 7    JOSEPH ORR, JR., as           )    No. 2015-cv-03708
      lawful surviving              )
 8    spouse of SHARYN ORR          )
 9
10
11    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12
13
14           Videotaped deposition of VANESSA M. PIAZZA,
15    M.D., taken on Tuesday, December 13, 2016, in the
16    offices of Chaffe McCall, 1100 Poydras Street, Suite
17    2300, New Orleans, Louisiana 70163, commencing at
18    2:37 p.m.
19
20
21
22
      Reported by:
23    RITA DEROUEN
      CERTIFIED COURT REPORTER
24    REGISTERED PROFESSIONAL REPORTER
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    I N D E X
 2                                                    Page
 3   Caption                                             1
 4   Appearances                                      3, 4
 5   Agreement of Counsel                               5
 6   Reporter's Certificate                         63, 64
 7
 8                  E X A M I N A T I O N
 9   MR. HONNOLD                                        7
10
                        E X H I B I T S
11
12   Exhibit No. 1                                      7
         (Piazza Invoices)
13
     Exhibit No. 2                                     12
14       (Plaintiffs' Notice with Subpoena Duces
         Tecum of Oral Videotaped Deposition of
15       Vanessa Piazza, M.D.
16   Exhibit No. 3                                    12
         (Expert Report for Vanessa Piazza, M.D.,
17       Orr v. Janssen, et al., Case No.
             -cv-03708, 11-14-16)
18
19
20
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  A P P E A R A N C E S
 2
     REPRESENTING JOSEPH BOUDREAUX:
 3
         GOZA & HONNOLD, LLC
 4       BY:  BRADLEY D. HONNOLD, ESQ.
         11150 Overbrook Road
 5       Suite 250
         Leawood, Kansas   66211
 6       bhonnold@gohonlaw.com
         913-451-3433
 7
 8   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS, INC.,
     AND BAYER PHARMA AG:
 9
         KAYE SCHOLER, LLP
10       BY:  JULIE P. DUPONT, ESQ.
         West 55th Street
11       New York, New York   10019-9710
         julie.dupont@kayescholer.com
12       212-836-8572
13           - AND -
14   NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
         BY:  ERIC A. PAINE, ESQ.
15       1320 Main Street
         17th Floor
16       Columbia, South Carolina   29201
         eric.paine@nelsonmullins.com
17       803-255-5518
18
     REPRESENTING JANSSEN PHARMACEUTICALS, INC., JANSSEN
19   RESEARCH & DEVELOPMENT, LLC, AND JANSSEN ORTHO, LLC:
20       SCHWABE, WILLIAMSON & WYATT
         BY:  MARGARET HOFFMANN, ESQ.
21       Pacwest Center
         1211 SW 5th Avenue
22       Suite 1900
         Portland, Oregon   97204
23       mhoffmann@schwabe.com
         503-222-9981
24
             - AND -
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              A P P E A R A N C E S
                    (CONTINUED)
 2

 3      BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
        BY:  SHAUN P. MCFALL, ESQ.
 4      909 Poydras Street
        24th Floor
 5      New Orleans, Louisiana  70112
        smcfall@barrassousdin.com
 6      504-589-9764

 7
     ALSO PRESENT:
 8
        MARK ANCALADE, CERTIFIED LEGAL VIDEOGRAPHER
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

S T I P U L A T I O N

It is stipulated by and among Counsel that the videotaped deposition of VANESSA M. PIAZZA, M.D., is being taken under the Federal Rules of Civil Procedure for all purposes permitted under the law.

The formalities of reading and signing are reserved.

The formalities of sealing, certification and filing are hereby reserved. The party responsible for services of the discovery material shall retain the original.

All objections, except those as to the form of the question and/or the responsiveness of the answers, are hereby reserved until the time of the trial of this cause.

\* \* \*

Rita DeRouen, Certified Court Reporter, Registered Professional Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We're now on the
 3   record.  My name is Mark Ancalade, the videographer,
 4   with Golkow Technologies.  Today's date is December
 5   the 13th, 2016 at the time indicated on the video
 6   screen, which is 2:37.  Today's deposition is being
 7   held at 1100 Poydras Street, Suite 2300, in New
 8   Orleans, Louisiana, taken in the matter of In
 9   Reference:  Xarelto (rivaroxaban) Products Liability
10   Litigation, Case Number -- case name is -- Case Number
11   is MDL 2592.
12              Today's deponent is Dr. Vanessa Piazza.  I
13   would ask that counsel state their names for the
14   record, which thereafter would the court reporter
15   please swear in the witness.
16              MR. HONNOLD:  Bradley Honnold for the
17   Orr Plaintiffs and the PSC.
18              MR. PAINE:  Eric Paine for Bayer.
19              MS. DUPONT:  Julie duPont for Bayer.
20              MS. HOFFMANN:  Margaret Hoffmann for
21   Janssen.
22              MR. MCFALL:  Shaun McFall for Janssen.
23              VANESSA M. PIAZZA, M.D.,
24   having been first duly sworn, was examined and
25   testified as follows:
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  well as hemorrhagic strokes.  And so I can't tell you
2  how many I've seen.  I would say more than 100, less
3  than 1,000.
4      Q.  And out of those, how many have been
5  related -- or been patients who have been taking
6  anticoagulants or have anticoagulant use in their
7  history?
8      A.  It's much easier for me to give an estimate
9  that I can state you to the best of my recollection in
10 years that are more current.  So in years that are
11 more current, I would say approximately,
12 anticoagulated versus non-anticoagulated, about one
13 every six months that I could say definitely,
14 sometimes a little more.  But as I sit right now, I
15 can think of one that was about six months ago, one
16 that was about nine months ago -- actually two.  One
17 was six months ago; one was nine months ago; one that
18 was maybe somewhere in between, maybe seven or eight
19 months ago.
20     Q.  Based upon your training, education, and
21 experience, what is the thought process, I guess, for
22 assessment and management overall for patients with
23 intracranial hemorrhage of some sort?
24          MR. PAINE:  Objection.
25     A.  So you want me to take you through a

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   walking and talking, and I was told later on, about
2   four or five days later, that he died from a delayed
3   hemorrhage.
4       Q.   Specifically -- and I apologize if I asked
5   you this this morning in the other deposition.  Have
6   you cared for a patient with an intracranial bleed of
7   some sort that you later determined was related or
8   secondary to a NOAC bleed?
9       A.   Ask me that again.
10      Q.   Have you taken care of a NOAC intracranial
11  bleeding patient yet?
12      A.   Yes.
13      Q.   And was that -- is that case different or the
14  same than the one that you mentioned this morning
15  where --
16      A.   That's the one I'm referring to that was
17  recent.
18      Q.   Where a PCC was given?
19      A.   By the neurosurgeon.
20      Q.   And what neurosurgeon was it that -- who was
21  the neurosurgeon that administered the PCC?
22      A.   The staff neurosurgeon was -- I think it was
23  Culicchia.
24      Q.   Say it again.
25      A.   Culicchia.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    C E R T I F I C A T E

 2

 3             This certification is valid only for a

 4   transcript accompanied by my original signature and

 5   original seal on this page.

 6             I, RITA A. DEROUEN, Registered Professional

 7   Reporter, Certified Court Reporter, in and for the

 8   State of Louisiana, as the officer before whom this

 9   testimony was taken, do hereby certify that VANESSA M.

10   PIAZZA, M.D., after having been duly sworn by me upon

11   the authority of R.S. 37:2554, did testify as

12   hereinbefore set forth in the foregoing 62 pages; that

13   this testimony was reported by me in the stenotype

14   reporting method, was prepared and transcribed by me

15   or under my personal direction and supervision, and is

16   a true and correct transcript to the best of my

17   ability and understanding; that the transcript has

18   been prepared in compliance with transcript format

19   guidelines required by statute or by rules of the

20   board; and that I am informed about the complete

21   arrangement, financial or otherwise, with the person

22   or entity making arrangements for deposition services;

23   that I have acted in compliance with the prohibition

24   on contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434 and in rules and
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  advisory opinions of the board; that I have no actual
2  knowledge of any prohibited employment or contractual
3  relationship, direct or indirect, between a court
4  reporting firm and any party litigant in this matter
5  nor is there any such relationship between myself and
6  a party litigant in this matter.  I am not related to
7  counsel or to the parties herein, nor am I otherwise
8  interested in the outcome of this matter.
9
10
11  _____
12            RITA A. DEROUEN, CCR, RPR
13
14
15
16
17
18
19
20
21
22
23
24
25