# EXHIBIT M

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  XARELTO (RIVAROXABAN)   MDL No. 2592
       PRODUCTS LIABILITY LITIGATION
 5                                    SECTION L
 6    _____  JUDGE FALLON
 7    THIS DOCUMENT RELATES TO:       MAG. JUDGE NORTH
 8    JOSEPH ORR, JR., AS LAWFUL
       SURVIVING SPOUSE OF SHARYN ORR
 9
       Case No. 2:15-CV-03708
10
11
12      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
14                  NOVEMBER 28, 2016
15
16                        - - -
17          Videotaped deposition of GIANLUCA CERRI,
      M.D., FACEP, FAAEM, held at Perry Dampf Dispute
18    Solutions, 721 Government Street, Baton Rouge,
      Louisiana, commencing at 9:58 a.m., on the above
19    date, before Leslie B. Doyle, Certified Court
      Reporter (#93096), Registered Professional Reporter,
20    Certified Realtime Reporter.
21
22                        - - -
23             GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph|917.591.5672 fax
25                deps@golkow.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4        EMILY C. JEFFCOTT, ESQ.
             Email:  Ejeffcott@thelambertfirm.com
 5           Phone:  (504) 581-1750
          THE LAMBERT FIRM
 6        701 MAGAZINE STREET
          NEW ORLEANS, LOUISIANA  70130
 7
 8   - AND -
 9        ROGER C. DENTON, ESQ.
             Email:  Rdenton@uselaws.com
10           Phone:  (314) 621-6115
          SCHLICHTER, BOGARD & DENTON, LLP
11        100 S. 4TH STREET, SUITE 900
          ST. LOUIS, MISSOURI  63102
12
13   COUNSEL FOR THE JANSSEN DEFENDANTS:
14        JAMES B. IRWIN, ESQ.
             Email:  Jirwin@irwinllc.com
15        MEERA U. SOSSAMON, ESQ.
             Email:  Msossamon@irwinllc.com
16           Phone:  (504) 310-2100
          IRWIN, FRITCHIE, URQUHART & MOORE, LLC
17        400 POYDRAS STREET, SUITE 2700
          NEW ORLEANS, LOUISIANA  70130
18
19   COUNSEL FOR THE BAYER DEFENDANTS:
20        JEREMY S. BARBER, ESQ.
             Jbarber@wilkinsonwalsh.com
21        KIM CHANNICK, ESQ.
             Kchannick@wilkinsonwalsh.com
22           Phone:  (202) 847-4000
          1900 M STREET, NW, SUITE 800
23        WASHINGTON, D.C.  20036
24
25   ALSO PRESENT:  MELISSA BARDWELL, VIDEOGRAPHER
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  INDEX OF EXAMINATIONS

 2    EXAMINATION

 3       BY MR. IRWIN............................7

 4    CERTIFICATE.......................315 - 316

 5

 6                         * * *

 7

 8                    INDEX OF EXHIBITS

 9    EXHIBIT #1...............................12

10       LIST OF ARTICLES

11    EXHIBIT #2...............................47

12       EXPERT REPORT OF GIANLUCA CERRI, M.D.,

13       FACEP, FAAEM

14    EXHIBIT #3...............................93

15       4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

16       MEDICAL RECORD

17       (SOrr-OMC-MD-000010 - 0022)

18    EXHIBIT #4..............................101

19       4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

20       MEDICAL RECORD

21       (SOrr-OMC-MD-000231 - 0036)

22    EXHIBIT #5..............................106

23       4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

24       MEDICAL RECORD

25       (SOrr-OMC-MD-000031 - 0034)
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    EXHIBITS (CONTINUED):

2

3    EXHIBIT #6.................................108

4       4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

5       MEDICAL RECORD

6       (SOrr-OMC-MD-002914 - 2917)

7    EXHIBIT #7.................................111

8       XARELTO LABEL REVISED 08/2016

9    EXHIBIT #8.................................111

10      XARELTO LABEL REVISED 08/2016

11   EXHIBIT #9.................................114

12      ACADIAN AMBULANCE SERVICES PREHOSPITAL

13      CARE REPORT SUMMARY

14      (SOrr-AAS-000003 - 0007)

15   EXHIBIT #10................................172

16      TIMELINE

17   EXHIBIT #11................................180

18      DEFENDANTS' NOTICE WITH SUBPOENA DUCES

19      TECUM OF ORAL VIDEOTAPED DEPOSITION OF

20      GIANLUCA CERRI, MD, FACEP, FAAEM

21   EXHIBIT #12................................205

22      CHA2DS2-VASC CALCULATOR FOR ATRIAL

23      FIBRILLATION

24

25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  EXHIBITS (CONTINUED):

2

3  EXHIBIT #13..............................213
4      SHARYN ORR WEIGHT/BLOOD PRESSURE
5      FLUCTUATION CHRONOLOGY

6  EXHIBIT #14..............................248
7      4/24/15 NOMH NEUROSCIENCE CRITICAL CARE
8      MEDICAL RECORD
9      (SOrr-PPR-MD-000523)

10 EXHIBIT #15..............................299
11     GLASCOW COMA SCALE

12 EXHIBIT #16..............................302
13     MDCALC INTRACEREBRAL HEMORRHAGE (ICH)
14     SCORE

15                     - - -

16

17

18

19

20

21

22

23

24

25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    PROCEEDINGS
 2              THE VIDEOGRAPHER:  We are now on the
 3         record.  My name is Melissa Bardwell,
 4         videographer here for Golkow Technologies.
 5         The date today is November 28th, 2016.
 6         The time is approximately 9:58 a.m.  This
 7         videotaped deposition in being held in
 8         Baton Rouge, Louisiana, taken in reference
 9         to the Xarelto (Rivaroxaban) Products
10         Liability Litigation.  The deponent today
11         is Dr. Gianluca Cerri.
12              Would counsel present introduce
13         themselves and state their affiliations
14         for the record?
15              MR. DENTON:  Thank you.  Roger Denton
16         and Emily Jeffcott for the plaintiffs.
17              MR. IRWIN:  Jim Irwin and Meera
18         Sossamon for Janssen.
19              MR. BARBER:  Jeremy Barber and Kim
20         Channick on behalf of Bayer.
21              THE VIDEOGRAPHER:  The court reporter
22         today is Leslie Doyle, and she will now
23         swear in the witness.
24                      * * *
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              GIANLUCA CERRI, M.D.,
 2      having been first duly sworn, was examined
 3              and testified as follows:
 4                    EXAMINATION
 5   BY MR. IRWIN:
 6        Q.   Good morning, Doctor.
 7        A.   Good morning.
 8        Q.   My name is Jim Irwin.  You and I have not
 9   met until today; is that correct, sir?
10        A.   Not to my recollection.
11        Q.   You are a medical doctor?
12        A.   Yes, sir.
13        Q.   Would you state your name and address for
14   the record, please?
15        A.   Gianluca, G-I-A-N-L-U-C-A, Cerri,
16   C-E-R-R-I.  I reside at 11406 The Gardens, T-H-E
17   Gardens, G-A-R-D-E-N-S, Drive in Baton Rouge, 70810.
18        Q.   Have you ever given a deposition before?
19        A.   A long time ago.
20        Q.   Can you tell me a little bit about that?
21        A.   It pertained to a skull fracture, and it
22   was rendering my medical opinion on the events and
23   the facts.
24        Q.   Was that an individual that you had an
25   opportunity to treat?
```

1   Several of the articles do go in details pertaining

2   the extent and the severity of the bleed which is

3   sustained by a patient while on Xarelto in

4   comparison with the patient that is not on Xarelto.

5   BY MR. IRWIN:

6       Q.   You know that this lady had to be on an

7   anticoagulant, don't you?

8       A.   Yes, sir.

9       Q.   There's no doubt in your mind about that,

10  correct?

11      A.   You know, so once again, this is really

12  beyond the scope of my practice because I don't make

13  that decision.  You could have argued that she had

14  kidney failure and this and that and the other

15  thing, and you discuss the positive versus the

16  negative, so on and so forth, and let the family

17  decide.  But, yes, it would prevent stroke in a

18  patient with AFib.

19      Q.   You're not going to second-guess the

20  prescribing doctor here who decided that her CHAD

21  score was such that it was appropriate --

22      A.   No.  The CHAD score is universal.

23      Q.   Let me finish my question.

24      A.   No, I'm not going to --

25      Q.   You're not going to second-guess

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              R E P O R T E R ' S   C E R T I F I C A T E
 2                This transcript is valid only for a
 3     transcript accompanied by my original signature and
 4     original required seal on this page.
 5                I, Leslie B. Doyle, Certified Court
 6     Reporter (LA Certificate #93096), in and for the
 7     State of Louisiana, as the officer before whom this
 8     testimony was taken, do hereby certify that GIANLUCA
 9     CERRI, M.D., FACEP, FAAEM, after having been duly
10     sworn by me upon authority of R.S. 37:2554, did
11     testify as herein before set forth in the foregoing
12     314 pages; that this testimony was reported by me in
13     the stenotype reporting method, was prepared and
14     transcribed by me or under my personal direction and
15     supervision, and is a true and correct transcript to
16     the best of my ability and understanding; that the
17     transcript has been prepared in compliance with
18     transcript format guidelines required by statute or
19     by rules of the board, that I have acted in
20     compliance with the prohibition on contractual
21     relationships, as defined by Louisiana Code of Civil
22     Procedure Article 1434 and in rules and advisory
23     opinions of the board.
24                I further certify that I am not related to
25     counsel or to the parties herein, nor am I otherwise
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1    interested in the outcome of this matter.
 2            Signed this ___ day of _____, 2016.
 3
 4
 5            _____
 6            LESLIE B. DOYLE, RPR, RMR, RDR
              Certified Court Reporter
 7            LA Certificate #93096
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```