# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) |

MDL No. 2592

Judge Eldon E. Fallon

# Expert Report of James William Smith, M.D.

By: _James W Smith MD_

James William Smith, M.D.

Date: _11/13/2016_

**XARELTO LITIGATION**

**EXPERT REPORT OF JAMES WILLIAM SMITH, M.D.**

I.      **QUALIFICATIONS**

I am the Director of GI Endoscopy, Ochsner Clinic Foundation, and am former Chairman

of the Gastroenterology and Hepatology Department at that institution.  I received my medical

degree from the University of Texas, Southwestern Medical School, and completed my Internal

Medicine training at Carolinas Medical Center in Charlotte, North Carolina.  I joined the Ochsner

staff in 1986.

In 1987, I participated in a research fellowship under the mentorship of Dr. Dennis Jensen

at University of California Los Angeles—Center for Ulcer Research and Education (UCLA-

CURE).  My work there included writing articles and designing treatment protocols for GI

bleeding studies, as well as the active participation in both patient and animal research on

gastrointestinal (GI) bleeding.  I returned to Ochsner but remained a member of the UCLA-CURE

hemostasis team for the next ten years.  That included involvement in numerous research studies

on both the medical and endoscopic treatment of GI bleeding, as well as teaching in courses in

both Los Angeles and New Orleans specifically designed for the gastroenterologist caring for GI

bleeding cases.

I served as Chairman of the Department of Gastroenterology and Hepatology from 2003

through 2006.  I am a past President of the medical staff of Ochsner Hospital Foundation.

I am certified by the American Board of Internal Medicine.  I am a member of the

American College of Gastroenterology and the American Gastroenterology Association.  I am

widely published in the peer-reviewed medical literature and have authored articles regarding

2

USCA5 5802

diagnosis and management of gastrointestinal bleeds; I also lecture and give presentations on these subjects. I have an active clinical practice diagnosing and treating gastrointestinal bleeding and have treated more than 5,000 patients with GI bleeding.

My Curriculum Vitae is attached as Exhibit A. My hourly rate for medical legal matters is $500 per hour. I have not provided trial and/or deposition testimony in the last four years.

I have reviewed various materials in preparation for this report, including medical records of Joseph Boudreaux and all deposition testimony taken in his case. A list of these materials is attached as Exhibit B. In addition to the materials in Exhibit B, I rely on my background, education, training, and clinical experience in reaching the opinions authored in this report. I offer the opinions in this report to a reasonable degree of medical and scientific certainty.

In the first section of this report, I explain some of the pertinent medical principles relevant to GI bleeding and anticoagulation therapy in general; in the second section I review Mr. Boudreaux's medical history relevant to his GI bleed and set forth my opinions in this matter.

## II.    ANATOMY OF THE GI TRACT

The GI tract refers to the organs involved with the digestive process. After food or liquid is swallowed, it passes through the esophagus and into the stomach. While food is in the stomach, it mixes with acid and other enzymes and is broken down into small particles by a grinding mechanism called peristalsis. After this stage of digestion, food is passed into the first portion of the small intestine known as the duodenum. This comprises the upper GI tract: the esophagus, stomach, and duodenum.

USCA5 5803



American Society for Gastrointestinal Endoscopy. www.asge.org/uploadedimages

The absorption of nutrients and fluids takes place in the small intestine, after the partially digested food or chyme mixes with bile secreted from the liver and more enzymes from the pancreas. The liver and pancreas are therefore considered part of the GI system.

The final part of the GI tract is the colon or large intestine. By this point in the digestive tract most nutrients have been absorbed by the small intestine to allow their use by the body. However, the colon is very important for the absorption of fluid. The colon is also called the lower GI tract. The lower GI tract consists of the colon and the rectum.

4

USCA5 5804



American Society for Gastrointestinal Endoscopy. www.asge.org/uploadedimages

## III.    TERMS THAT RELATE TO GASTROINTESTINAL BLEEDING

**GI bleeding:**  Any passage of blood from the lining of any of the organs or parts of GI tract.

**upper GI bleeding:**  Bleeding from the esophagus, stomach, or duodenum.

**lower GI bleeding:**  Bleeding from the colon.

**acute GI bleeding:**  A description of bleeding that pertains to how quickly the bleeding starts. Acute GI bleeding can be either upper or lower.

**chronic GI bleeding:**  A pattern of bleeding that is usually slower but lasting for a longer period of time.

**obscure GI bleeding**:  Bleeding that occurs and the source is not found after doing upper endoscopy and colonoscopy.  This generally implies there is a small bowel source of bleeding, although it is also possible the cause was missed or not observed by the physician performing the initial exams.

**melena:**  This is a term used to describe stool that is black and tarry.  This usually indicates an acute upper GI bleed. The stool is dark because of the partial digestion of the blood as it passes through the GI tract.

5

**hematemesis:** This term means vomiting of blood, and it can be bright red blood or something darker often described as coffee-ground appearance.

**hematochezia:** This is the passage from the rectum of blood that is either bright red or dark red. This usually means that the source of bleeding is lower-the colon or rectum. However, there are cases of upper GI bleeding where a large volume of blood passes quickly through the intestines and will appear dark red or maroon.

**upper endoscopy (EGD):** The principle method used by physicians to diagnose and treat upper GI bleeding. An endoscope is passed through the mouth of a sedated patient to visualize the upper GI tract.

**colonoscopy:** The procedure helps in the diagnosis of lower GI bleeding. The colonoscope is passed into the rectum and guided around the colon of a sedated patient.

**nuclear medicine bleeding scan:** This is also called a "tagged RBC" scan. It utilizes the patient's own blood, removed, and then tagged with a small amount of a radioactive agent. Once placed back into the patient's veins, if blood is actively passing into the GI tract, the use of a nuclear scan may give a general idea of what part of the GI tract is bleeding.

**CTA:** This is a type of CT scan that focuses on the blood vessels and can show what part of the GI tract that is bleeding.

**video capsule:** This is a small "pill" that contains a camera, designed to take pictures of the GI tract. This is mainly used for the patient that is bleeding, but the exact source of bleeding is not apparent after upper endoscopy and colonoscopy.

**anemia**: A low red blood cell count. This is usually measured by either the hemoglobin or the hematocrit.

**ulcer:** A defect in the lining of the gastrointestinal lining, caused by destruction of normal cells that line GI tract. Peptic ulcer disease refers to ulcers of either the stomach or duodenum.

**diverticular disease**: Diverticulosis refers to the presence of small pouch-like deformities that are very common in the colon. They are the most common cause of lower GI bleeding. When one of these pouches becomes infected, that is known as diverticulitis.

**AVM**: This stands for arterio-venous malformation. Another term would be angiodysplasia. This refers to a dilated blood vessel on the surface of the GI tract. AVMs are common vascular lesions in the GI tract.

## IV.    CLINICAL PRESENTATION AND DIAGNOSIS

Gastrointestinal bleeding is a very common event. In the United States each year there

are 300,000 admissions for GI bleeding (Kim). At the main campus of the Ochsner Clinic, a

USCA5 5806

typical day would include new consults on two to six patients with GI bleeding. The usual
patient is admitted through the Emergency Department (ED), although some may be directly
admitted from a doctor's office, and some may be transferred from other medical facilities.

For the most common presentation, the patient notices the passage of black, tarry stool
or melena, or the patient comes in after vomiting blood, also known as hematemesis. The
patient may or may not have abdominal pain, but it would be common to have symptoms that
relate to the rapid loss of blood. Those symptoms that relate to blood loss or anemia would
include weakness, lightheadedness, dizziness, shortness of breath, and a rapid heart rate.

For the patient presenting to the ED, the initial evaluation consists of taking a history
from the patient, doing a physical exam, and ordering laboratory tests to assess the blood count
(hematocrit or hemoglobin). There are important signs on the physical exam that give
information on whether the patient has lost a significant amount of blood. For instance, acute
blood loss is usually associated with a decreased blood pressure and an increased heart rate.
During the initial evaluation of the patient with suspected GI bleeding, it is important to assess
other underlying medical problems, such as heart and lung diseases, and to determine what
medications the patient is taking. Over-the-counter medications like aspirin and NSAIDs can
cause ulcers and erosions of the entire GI tract. There are a number of "blood-thinning"
medications used for serious cardiac and vascular conditions that can increase the severity of GI
bleeding.

After the initial evaluation of the patient, there are a number of key steps involved in the
early management. The most important early priority is to secure an intravenous line (IV) and
administer IV fluids. If it is suspected that the patient has lost a significant amount of blood,
then IV fluids would be given aggressively. The patient may also require blood transfusions,

7

USCA5 5807

depending on how low the blood count is, but the preparation of blood products takes longer than IV fluids which are readily available. As the patient is resuscitated with fluids, it is appropriate to begin treatment for the bleeding, even though at this point the medical team does not know the precise cause of bleeding. Since the most common cause of upper GI bleeding is peptic ulcer disease (van Leerdam), it is appropriate to initiate early treatment with IV proton pump inhibitor (PPI) medications. These medications promptly start reducing the secretion of acid by the stomach. For the patient with known or suspected advanced liver disease or cirrhosis, the medical team will start an IV medicine called Octreotide.

As this initial assessment of the patient continues, decisions are made regarding where the patient should be admitted, for instance, a regular hospital bed or the Intensive Care Unit (ICU). Many patients with GI bleeding are elderly and may have other significant medical problems, and this information is critical to the management. While the patient is being seen in the ED, the gastroenterologist is often consulted, to help with management decisions and decide timing of diagnostic procedures.

During this time, for the patient with melena, hematemesis, or other signs of acute bleeding, one still does not know the exact source of the bleeding. The test that usually determines the source of bleeding and can potentially help in treating the bleeding site is an upper endoscopy. This procedure is done while the patient is sedated. It can be performed in a variety of settings, e.g., the ICU, the operating room, the endoscopy suite, and even in the ED. Endoscopy should be performed after the patient has had treatment and stabilization of heart rate and blood pressure. If the hemoglobin or blood count is very low, then blood transfusions may be needed before the endoscopy.

8

Once the patient is prepared and sedated, the scope is guided past the throat, into the esophagus, and then into the stomach and duodenum. Any blood encountered can be washed to allow adequate visualization of the lining of these organs. At times, a large blood clot may be present in the stomach which can obscure parts of the exam. The physician carefully looks at all areas trying to find the source of bleeding. If the bleeding site is identified, the physician has a number of tools or techniques available to use through the scope to attempt to stop bleeding. There are small clips that act like staples to seal a bleeding site. There are probes that become hot very quickly to cauterize the bleeding site. For large bleeding veins, or varices, rubber bands can be placed to reduce blood flow. There are agents that can be injected to reduce blood flow. Depending on the exact nature of the precise bleeding source, any of these methods may be utilized.

## V.   CAUSES OF GI BLEEDING

GI bleeds only occur when there is underlying injury or abnormality of the gastrointestinal tract. In other words, there must be underlying GI pathology for there to be a bleed. Bleeding in the digestive tract is a symptom or manifestation of a disease or an abnormality rather than a disease itself.

The most common cause of upper GI bleeding is peptic ulcer disease (van Leerdam). Ulcers of the stomach are called gastric ulcers, and ulcers in the duodenum are duodenal ulcers. The term peptic ulcer disease refers to both of these locations. An ulcer is a crater-like defect in the lining of the stomach or duodenum.

9

USCA5 5809



Mayo Clinic.  http://www.mayoclinic.org/diseases-conditions/peptic-ulcer/home/ovc-20231363

It can be large or small, shallow or deep, solitary or one of many ulcers.  The patient

may or may not have prior ulcer symptoms such as abdominal pain, discomfort, or indigestion.

An ulcer bleeds when it erodes into one of the many blood vessels that are present.  There are

two main causes of peptic ulcers:  H. pylori infection and medications which include aspirin and

NSAIDs.  H. pylori is a very common bacterial infection of the stomach.  Most people with this

chronic infection never know they have it and most will never have a complication like an ulcer.

However, if an ulcer is caused by H. pylori, it is important to identify and treat with antibiotics

as this will reduce the chance of that patient getting another ulcer.

The other main cause of ulcers is medication induced.  Aspirin and a wide variety of the

NSAIDs can cause ulceration or erosions of the GI tract.  This includes widely used over-the-

counter medications such as ibuprofen.  The prescription strength NSAIDs which are higher in

dose are also a cause of ulcers.  Although the risk for a given patient taking a baby aspirin a day

10

USCA5 5810

to develop a complication like a bleeding ulcer is low, if one considers how many patients take aspirin for cardiac conditions or take ibuprofen for pain relief, then it is easy to see that even a low percentage may result in large a number of patients with bleeding ulcers. Because bleeding ulcers are the most common single cause of upper GI bleeding, it is routine for IV-PPI to be started early and continued until after the endoscopy is done and the source of bleeding is identified.

There are a number of other potential sources of upper GI bleeding. Patients with advanced liver disease or cirrhosis may develop varices, which are large dilated veins in the lower esophagus or upper stomach. Patients with severe acid reflux may develop erosions or ulcers in the esophagus. A healthy patient with violent vomiting or retching can cause a tear of the lower esophagus that can cause bleeding. This is known as a Mallory Weiss tear. Another cause of bleeding would be arterio-venous malformations (AVM). These are small dilated blood vessels on the surface of the GI tract that often occur in elderly patients or those with significant cardiac disease.

11

USCA5 5811





Virendra Parikh, MD, Consultant360

They usually cause a slower GI bleeding when compared to the bleeding ulcer. They are more of a problem for the patient being treated with an anticoagulation medicine like warfarin (Coumadin), which will be discussed later.

After endoscopy confirms, for example, a bleeding ulcer, and the procedure has been successful at stopping the active bleeding, the patient may remain in the hospital for observation. The patient will be allowed clear liquids, and then the diet will be advanced to a full diet. The blood count is followed closely with repeated lab tests. It is often difficult to fully appreciate how much blood the patient has lost from bleeding on that initial presentation. So it would not be unusual to decide to give blood transfusions during the course of the

USCA5 5812

hospitalization.  The medicine to reduce gastric acid is continued.  Careful attention is placed on the patient's other medical problems, e.g., cardiac and pulmonary.

If the ulcer was caused by aspirin, then likely the aspirin was stopped upon admission. However, many patients taking aspirin are using it for very important medical reasons, for instance they may have stents in the cardiac blood vessels.  If the patient does in fact need aspirin, then they should be started back on aspirin as soon as it is evident the bleeding ulcer is under control.  Several studies have shown that restarting aspirin reduces the risk of other potentially serious complications (Barkun).

Likewise if the ulcer is due to H. pylori infection, then that diagnosis should be confirmed.  A biopsy of the stomach can prove the infection, but a simple blood test can often be used.  Although it is not important to treat the infection in the acute setting, it is very important over the long term to make sure specific antibiotic treatment has been given.

No special diet is required for the patient with a bleeding ulcer.  They can resume a normal diet.  Upon discharge they are followed to make sure their blood count or hemoglobin returns to its normal level and a follow-up endoscopy may be done in several months to make sure there has been healing of the lesion that caused the initial bleeding.

In 2012, the American College of Gastroenterology published "Practice Guidelines" for the Management of Patients with Ulcer Bleeding.  In this paper, some of the recommendations include:

1.      Hemodynamic status should be assessed immediately and resuscitation begun.

2.      Blood transfusions should target 7 g/dl.

3.      Risk assessment should be performed.

USCA5 5813

4. Before endoscopy, IV-PPI may be considered.

5. Patients should generally have endoscopy within 24 hours of admission.

6. Endoscopic therapy should be provided to patients found to have active bleeding or be at risk for rebleeding.

7. After endoscopic treatment, intravenous PPI should be continued for 72 hours.

8. Repeat endoscopy should be performed if there is evidence of recurrent bleeding.

9. If bleeding continues after a second endoscopy, the patient should have surgery or interventional radiology.

10. Patients with H. pylori associated ulcers should receive antibiotic therapy.

11. If the ulcer is due to NSAID, the need for NSAID should be reassessed.

12. If the ulcer is due to aspirin, and the aspirin is considered important for medical reasons, then ideally the aspirin is resumed within 1-3 days, and certainly before 7 days.

One of the challenges of caring for the patient with GI bleeding is that pinpointing the source of bleeding can be difficult. There are times where the endoscopy does not show where the bleeding came from. Sometimes the bleeding source may not be visualized with a scope. Most of the time, if the upper endoscopy is negative, it means the bleeding is occurring from another part of the GI tract. Most cases of lower GI bleeding present with the passage of red or

14

USCA5 5814

maroon blood from the rectum. The common causes of lower GI bleeding are diverticulosis, small dilated blood vessels called AVMs, hemorrhoids, and rarely causes like colon cancer or ischemic colitis. For cases of lower GI bleeding, the initial management of the patient is very similar to that of the upper GI bleeding patient. Intravenous fluids are given early, blood transfusions may be needed, and careful attention is paid to any other medical problems. Usually the patient is prepared for a colonoscopy exam. The passage of a scope from the rectum through the entirety of the colon will usually show the bleeding source. The most common cause of bleeding is diverticulosis and often the bleeding stops on its own and the colonoscopy just shows numerous diverticulae, but cannot pinpoint which one bled.

There are cases where neither the upper or lower endoscopic procedures reveal the bleeding source. This is called obscure GI bleeding. There are a variety of tests that can be used for the patient with obscure GI bleeding. If the bleeding is active and ongoing, then either a CT angiogram or a nuclear medicine tagged RBC scan may help provide a general idea of where the bleeding is. Likewise the video capsule or capsule endoscopy is a pill with a camera that can take pictures for eight hours once activated. This capsule passes through the small bowel and can show the bleeding site even if it is not actively bleeding. Even with all of these diagnostic techniques, the source of some GI bleeds remains undetected; that is not uncommon.

Once any of these methods identify the bleeding source, then several options are available to treat the patient and stop the bleeding. Some medical centers have access to and expertise in a special procedure called balloon-assisted deep enteroscopy. This is similar to a usual scope but has a balloon on the tip, and by complex maneuvers of pushing and pulling back on the scope with the balloon tip inflated or deflated, the scope can penetrate deeper into the small intestine than other scopes. If this scope reaches the source of bleeding, for instance a

15

USCA5 5815

vascular malformation, then the lesion can be cauterized to hopefully prevent future or ongoing bleeding.

For medical centers without access to this technology, the treatment of obscure GI bleeding is more difficult. Interventional radiology can often find the bleeding source and block or seal the artery. Exploratory laparotomy, which is done by a surgeon, is very difficult in this situation as the bowel looks normal from the outside to the surgeon looking in the abdominal cavity even though the inside lining of the bowel may have a tiny bleeding vessel.

## VI.     ACUTE GI BLEEDING IN PATIENTS TAKING ANTICOAGULANTS

Acute GI bleeding represents the most common complication associated with the use of anticoagulants. Anticoagulants are widely prescribed in patients with atrial fibrillation, for prevention of thrombotic complications in high risk situations, and for prevention and treatment of deep venous thrombosis and pulmonary embolism. Cardiologists caring for atrial fibrillation patients often use a specific scoring system to identify the patients with the highest risk of having a cerebral vascular accident, commonly known as a stroke. The potential severity and morality of a stroke certainly justifies the use of a medicine that has a known risk of GI bleeding. Acute GI bleeding in these patients raises several difficulties related to the balance between the thrombotic risks associated with drug discontinuation or reversal versus the risk of ongoing GI bleeding.

There are two categories of anticoagulants: the vitamin K antagonists like warfarin and the DOACs or direct oral anticoagulants like dabigatran and rivaroxaban (Xarelto). All categories of anticoagulants carry the risk of GI bleed.

For the patient taking warfarin, the extent to which the blood is anticoagulated is measured by the INR. For a specific cardiac condition like atrial fibrillation the goal of the INR

16

usually is 2.0 to 3.0.  INR above 3.0 might be considered supratherapeutic but there is much variation in INR goals based on specific patient issues.  When a patient taking warfarin experiences a GI bleed, there are multiple factors to consider, including the severity of the bleed and the INR level on presentation.  As previously mentioned, endoscopy is the preferred method of diagnosis and often treatment of upper GI bleeding.  For patients on warfarin with a supratherapeutic INR, the initial management of the bleeding patient can include reversal of the anticoagulation with vitamin K or fresh frozen plasma, but the patient is on anticoagulation medication for a specific reason and reversal may expose the patient to thrombotic risks.  Once the INR of a patient on warfarin is 2.5 or less, one can proceed with upper endoscopy.  A recent study has demonstrated that performing therapeutic endoscopy in the mild to moderately anticoagulated patient does not increase the risk of rebleeding.  (Wolf)

Exposure to warfarin does not appear to increase the mortality of GI bleeding as the mortality is mainly effected by the patients' underlying comorbidities.  (Chang)

After bleeding is controlled, many patients will be restarted on their anticoagulation therapy, especially if the source of the bleeding has been located, and this can be safety done after bleeding has ceased.  If the precise cause of the bleeding is an aspirin or NSAID-induced ulcer, the patient can be maintained on long-term PPI therapy to hopefully prevent the ulceration that led to the bleeding.

For patients anticoagulated with a DOAC who present with a GI bleed, there are several issues.  First, the measurement of prothrombin (PT) or INR does not reliably predict the degree of anticoagulation.  These medications have a much shorter effective half-life than warfarin.  For instance, a patient with normal renal function taking rivaroxaban (Xarelto) will have an effective half-life of 5 to 9 hours, meaning the anticoagulation effect on the blood is shorter.

17

USCA5 5817

Therefore, the loss of anticoagulation with rivaroxaban is rapid and predictable, occurring gradually over 12 to 24 hours. Currently, no specific reversal agent for rivaroxaban is available for clinical use, but the shorter half-life compared to vitamin K antagonists makes this unavailability less necessary. Vitamin K and fresh frozen plasma are not effective at reversing the anticoagulation effect of DOACs. Nonspecific pro-hemostatic agents like 4 FPCC may act as reversal agents, but the data is limited for their use in GI bleeding. For the patient taking a DOAC, with upper GI bleeding who is stable and responding appropriately to resuscitation efforts, one can observe the patient, transfuse as needed, and perform endoscopy 12 to 24 hours after presentation. (Radaelli)

After bleeding has ceased, the patient often can be restarted on the DOAC with careful future attention paid to the underlying lesion or abnormality that specifically bled. Large retrospective database analysis shows that overall GI bleeding rates with DOACs are similar to those with warfarin, though the rate of bleeding might be higher for patients greater than 75 years of age taking DOAC. (Abraham Singh) However, other large database studies have not shown any difference in GI bleeding rates between warfarin and rivaroxaban even when looking at different age group categories.

Recent reviews by Desai and Rockey have discussed the topic of GI bleeding in the patient taking DOACs. Desai noted that the increased rates of GI bleeding seen in older patients reflect the previously asymptomatic, common, and vulnerable lesions like AVMs and mucosal erosions. It was also noted that the failure to identify the precise source or specific lesion may occur in up to half of all bleeding cases. Rockey also supported the concept that bleeding is due to underlying GI tract pathology and not simply from the anticoagulated state.

USCA5 5818

The ASGE published 2016 guidelines that relate to the management of antithrombotic agents for patients undergoing endoscopic procedures, and this includes a section on the actively bleeding patient. This analysis of pertinent papers suggested that endoscopic therapy is very effective even in warfarin patients with moderately elevated INR. The Guidelines point out that for patients anticoagulated with an anti-Factor Xa agent (such as rivaroxaban), PT is not a reliable assay to measure degree of anticoagulation: "Prothrombin time and activated partial thromboplastin time are crude measures of drug effect and are insensitive tests, often only minimally prolonged or even normal in spite of therapeutic drug levels. However, normal test results rule out high circulating drug levels." (Acosta)

## VII.   JOSEPH BOUDREAUX

Mr. Boudreaux was 71 years of age at the time of his admission to Kenner Regional Medical Center on February 3, 2014. He is a gentleman with multiple significant medical problems, including diabetes, hypertension, congestive heart failure, and recently diagnosed atrial fibrillation. Atrial fibrillation had been diagnosed about one month previously, on January 7, 2014, when Mr. Boudreaux was admitted for shortness of breath. Because of the potential risk for atrial fibrillation to cause a stroke, he was started on Xarelto by cardiologist Dr. Kenneth Wong. According to the medical records, Mr. Boudreaux was counseled on the benefits and the risks of Xarelto by both Dr. Wong and nurse Theriot. The medical records as well as deposition testimony by both Dr. Wong and nurse Theriot indicate that Mr. Boudreaux was told about the risk of bleeding associated with the use of Xarelto, and Mr. Boudreaux signed a medical record on January 9, 2014, acknowledging that he understood the risk of bleeding including "potential for internal bleeding." The discharge records indicate that Mr. Boudreaux was given ten days of

USCA5 5819

samples and an order was placed through a mail-order pharmacy for a 90-day supply of Xarelto to be delivered to his home.

On February 3, 2014, Mr. Boudreaux's wife called Cardiovascular Institute of the South (CIS) and indicated that Mr. Boudreaux was complaining of weakness and black stools for the last 3-4 days. Mr. Boudreaux saw his cardiologist, who drew blood, told him to hold his Xarelto and aspirin, and sent him home. A nurse later called and recommended that Mr. Boudreaux go to the emergency room. Mr. Boudreaux then went to the emergency room at St. Anne Hospital in Raceland, Louisiana. A digital rectal examination was performed and blood was found in Mr. Boudreaux's stool. A blood test was done. The physicians at St. Anne initiated blood transfusions and transferred Mr. Boudreaux to Kenner Hospital. His initial hemoglobin was found to be 6.7 gm. Mr. Boudreaux arrived at Kenner Hospital late in the evening. Mr. Boudreaux was admitted by resident Scott Hebert working with attending physician Dr. Masri. Dr. Hebert's admitting note was timed at 1:52 a.m. He noted that Mr. Boudreaux was hemodynamically stable and in no apparent distress. He further noted Mr. Boudreaux's current home medications included Indomethacin (indocin), Protonix (pantoprazole), aspirin, and Allopurinol. Dr. Hebert's admitting diagnosis was an upper GI bleed. Mr. Boudreaux's PT was noted to be 13.6 [10.1-12.9]. Mr. Boudreaux was admitted to the ICU which, given his age and significant cardiac comorbidities, was appropriate. Medical treatment included a pantoprazole infusion. A blood count was ordered for every eight hours. All anticoagulant and antiplatelet agents were stopped.

On February 4, 2014, Mr. Boudreaux underwent an upper endoscopy performed by Dr. Joshi. The EGD showed Barrett's esophagus but no source of bleeding. This examination was performed within 24 hours of Mr. Boudreaux's admission to the hospital, and there was no delay in the procedure related to either instability of the patient or his use of Xarelto.

20

On the following day, February 5, 2014, Mr. Boudreaux was again reported as being stable. There had been no additional passage of any dark stool since the admission. The hemoglobin that morning was 7.6 gm. Mr. Boudreaux was stable and an order was made to transfer him from the ICU to the floor. Preparation was made to perform a colonoscopy on the following day. Once the bowel preparation was begun, Mr. Boudreaux started passing black stools. Mr. Boudreaux remained stable and the attending physician planned to discharge Mr. Boudreaux that day following the colonoscopy. However, the colonoscopy was not performed until February 7, 2014. It was delayed because preparation of the colon was not satisfactory until then. Dr. Joshi performed the colonoscopy on February 7, 2014, finding a well-prepped colon and seeing diverticulosis of the colon and a lipoma in the sigmoid colon.

Mr. Boudreaux was discharged the day after completion of the colonoscopy. Discharge instructions included recommendations to discontinue Xarelto (which had been stopped on admission), to avoid indocin (an NSAID), but to continue aspirin and pantoprazole. Mr. Boudreaux received 2 additional units of packed red blood cells on February 7, 2014, after his hemoglobin drifted down to 6.9 gm. Dr. Masri noted in his discharge summary that Mr. Boudreaux had no further signs of active bleeding after admission and that two additional units of blood were given as a precautionary measure. At the time of discharge, Mr. Boudreaux's hemoglobin was 9.3.

Dr. Joshi recommended that Mr. Boudreaux undergo a video capsule endoscopy to visualize the small bowel. The video capsule was ordered as an out-patient procedure.

Mr. Boudreaux had a follow-up visit with his primary care physician approximately four weeks later. At that appointment on March 7, 2014, Mr. Boudreaux's hemoglobin was 11.3 gm.

21

USCA5 5821

Dr. Joshi performed the requested video capsule procedure which is dated March 18, 2014. This exam was normal; it did not pinpoint the source of the prior bleeding that had led to Mr. Boudreaux's admission on February 3, 2014.

Mr. Boudreaux was maintained without anticoagulation for the next year. During that time the records show no indication of an overt gastrointestinal bleed, but, with subsequent labs showing anemia, it does not rule out a chronic occult gastrointestinal bleeding.

In May 2015, Mr. Boudreaux underwent a LARIAT procedure by Dr. Peter Fail.

## VIII. CONCLUSIONS AND OPINIONS

1.  Mr. Boudreaux needed to be anticoagulated because of his atrial fibrillation and his CHADs-VASc score. Xarelto was an appropriate choice.

2.  Mr. Boudreaux's actual use of Xarelto is unclear. It appears that he took four pills in the month prior to his admission for his GI bleed on February 3, 2014, although the exact timing of his use of Xarelto is uncertain.

3.  Mr. Boudreaux had risk factors for a GI bleed, including his long-term use of low-dose aspirin (Ecotrin), his age (greater than 65), as well as his prior use of Indocin which increase the risk of a GI bleed.

4.  A mild chronic occult GI bleed prior to Xarelto also cannot be ruled out based on Mr. Boudreaux's laboratory findings.

5.  Xarelto does not cause damage to the gastrointestinal tract or vasculature. Anticoagulants such as Xarelto impede clotting. Mr. Boudreaux's exposure to Xarelto does not make him more susceptible to gastrointestinal bleeding in the future.

USCA5 5822

6.     Mr. Boudreaux's clinically overt GI bleeding was properly treated and it fully
       resolved within a few days without any lingering effects attributable to Xarelto.

7.     Mr. Boudreaux's colonoscopy, which was scheduled for February 6, 2014, was
       delayed, most likely because there was stool and old blood in his colon. There is
       nothing in the records to indicate that Mr. Boudreaux was "in critical condition."

8.     Mr. Boudreaux received an appropriate GI workup in an attempt to find the
       source of his GI bleed, including a colonoscopy, an EGD, and a PillCam study.
       No source for Mr. Boudreaux's bleed was found. However, that is not
       uncommon.

9.     The most common cause of bleeding in a scenario such as that presented by
       Mr. Boudreaux is a small bowel AVM. Although a video capsule study can often
       identify this type of lesion, negative findings do not rule out the existence of an
       AVM. The AVM can be small or located behind a fold in the small bowel and go
       undetected by video capsule.

10.    Another possible scenario is that Mr. Boudreaux's bleed was from a small bowel
       erosion caused by his long-term use of aspirin. In addition, aspirin has an
       antiplatelet action and the risk of bleeding is increased when aspirin and Xarelto
       are co-administered.

11.    Mr. Boudreaux most likely would have had a GI bleed with any anticoagulant,
       including Coumadin or any of the other DOACs. Mr. Boudreaux could also have
       had the same GI bleed in the absence of any anticoagulant.

12.    The treating cardiologists, Dr. Timothy and Dr. Fail, decided not to restart
       anticoagulation therapy with any available treatment because of the possibility of

23

future GI bleeding. In some cases, the thrombotic risks are so great that they outweigh the risks of gastrointestinal bleeding and anticoagulation treatment is restarted.

13. I agree with the testimony of Mr. Boudreaux's treating physician, Dr. Masri, who testified that a reversal agent would not have provided any therapeutic benefit for Mr. Boudreaux.

14. Mr. Boudreaux's PT level at the time of his February 3, 2014, admission was 13.6 [10.1-12.9]. I attach little significance to that PT level and note that it is essentially comparable to readings of May 20, 2015, at 13.2 seconds. That is only slightly above normal and is unsurprising for a patient on Xarelto, bearing in mind the significant limitations of the PT assay.

15. Mr. Boudreaux was maintained without anticoagulation between February 2014 and May 2015, when he underwent the LARIAT procedure by Dr. Fail. During that time the records show no indication of an overt gastrointestinal bleed, but, with subsequent laboratory values showing anemia, it does not rule out the possibility of chronic occult gastrointestinal bleeding.

24

USCA5 5824

**EXHIBIT A**

USCA5 5825

December 2015

# C U R R I C U L U M   V I T A E

---

## PERSONAL INFORMATION

**NAME:**                    James William Smith, M.D.

**DATE OF BIRTH:**           ██████████

**PLACE OF BIRTH:**          San Antonio, Texas

**BUSINESS ADDRESS:**        Ochsner Clinic
                             Section on Gastroenterology
                             1514 Jefferson Highway
                             New Orleans, Louisiana 70121
                             (504) 842-4015

**MARITAL STATUS:**          ████████████████████

## EDUCATION AND TRAINING

**EDUCATION:**               Southern Methodist University
                             Dallas, Texas
                             Bachelor of Arts, Chemistry
                             1977

                             University of Texas Southwestern Medical School
                             Dallas, Texas
                             Doctor of Medicine
                             1981

**INTERNSHIP:**              Internal Medicine
                             Charlotte Memorial Hospital and Medical Center
                             Charlotte, North Carolina
                             1981 – 1982

USCA5 5826

**CURRICULUM VITAE**
**JAMES WILLIAM SMITH, M.D.**
**PAGE -2-**

| | |
|---|---|
| **RESIDENCY:** | Internal Medicine<br>Charlotte Memorial Hospital and Medical Center<br>Charlotte, North Carolina<br>1982 – 1984 |
| **FELLOWSHIP:** | Gastroenterology<br>Alton Ochsner Medical Foundation<br>1984 – 1986 |
| **RESEARCH FELLOWSHIP:** | UCLA – CURE<br>University of California Los Angeles<br>Center for Ulcer Research and Education<br>Mentor: Dennis M Jensen. MD<br>Focus: Endoscopic Hemostasis<br>1987 |
| **BOARD CERTIFICATION:** | FLEX – June 1981, Austin, Texas<br>American Board of Internal Medicine<br>Internal Medicine composite score 99%<br>September, 1984<br>Gastroenterology 1987 |
| **LICENSURE:** | Louisiana, #06328R, 1984 |
| **PRACTICE OF MEDICINE:** | Staff, Gastroenterology Section<br>Ochsner Clinic & Ochsner Foundation Hospital, 1986 |
| | Chairman of the Gastroenterology and Hepatology Department. Ochsner Clinic Foundation. 2003 – 2006. |
| | Director, GI Endoscopy, Ochsner Clinic Foundation<br>1992 – 2003 and 2014 to present |
| | Director, Gastroenterology and Hepatology Fellowship Training Program, Ochsner Clinic Foundation. 2006 – 2013 |
| | Clinical Assistant Professor, Louisiana State University School of Medicine. 1988- 2000 |
| | Vice-Chairman, Internal Medicine Department, Ochsner Clinic Foundation. 2000 to 2005. |

USCA5 5827

**CURRICULUM VITAE**
**JAMES WILLIAM SMITH, M.D.**
**PAGE -3-**

|  |  |
|---|---|
|  | Affiliate Investigator, University of California at Los Angeles, Center for Ulcer Research and Education, UCLA–CURE |
| **PROFESSIONAL ORGANIZATIONS:** | American College of Gastroenterology |
|  | American Gastroenterological Association |
|  | Crohn's and Colitis Foundation |
| **COMMITTEES:** | American College of Gastroenterology Patient Care Committee 1991 – 1993 Educational Affairs Committee1999 – 2005 |
|  | Southern Medical Association Section of Gastroenterology Member Steering Committee 1988 – 1994 |
|  | Carrier Advisory Committee, State of Louisiana Representative for Gastroenterology 1992 – 2002 |
|  | Ochsner Foundation Hospital Quality Assessment Committee Chairman 1991 – 1994 Nutrition Committee Chairman 1993-2000 Staff Executive Committee 1995-2003 Therapeutics Committee 1995-2002 |
|  | AGA Foundation's Physician Advisory Board member 2005 to present |
| **OFFICES:** | Southern Medical Association Gastroenterology Section Secretary 1989-1990 Chairman 1990-1991 |
|  | Ochsner Foundation Hospital Medical Staff President 1999 – 2000 Medical Staff Vice-President 1996 – 1998 Medical Staff Secretary 1998 |

USCA5 5828

**CURRICULUM VITAE**
**JAMES WILLIAM SMITH, M.D.**
**PAGE -4-**

American College of Gastroenterology
Board of Governors 1997 – 2001

**CIVIC ACTIVITIES:**

Board of Directors
Children's Oncology Services of Louisiana, Inc. 1996 – 1998 (owns and operates New Orleans Ronald McDonald House)

Board of Directors
Crohn's and Colitis Foundation of America
Louisiana Chapter 1999 – 2003

USCA5 5829

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE -5-

### PUBLICATIONS:  Articles, Abstracts, Case Reports

1. Monograph submitted in 1976 on behalf of Zoecon Industries to the Food and Drug Administration, "Inhibition of Acetyl Cholinesterase by Isopropoxy Phenylmethyl Carbamate".

2. Smith JW, Hines C:  "Diagnostic Challenge", Gastroenterology Observer, May/June, 1986

3. Smith JW, Hines C: "Upper GI Tract Hemorrhage", Emergency Decisions, Vol. 3, No. 1, January 1987, pp 7-13.

4. Smith JW, Hines C, Jr.:  "Energy Expenditure on Patients with Crohn's Disease" (Abstract) Southern Medical Journal, Vol. 79, September, 1986, pg. 19.

5. Smith JW, Hines C, Jr.:  "Energy Expenditure on Patients with Crohn's Disease" (Abstract) American Journal of Gastroenterology, Vol. 81, September, 1986, pg. 888.

6. Smith JW, Jensen DM: "Gastrointestinal Angiomas", Postgraduate Medicine, Vol. 82, December 1987, pp 171-182.

7. Smith JW, Jensen DM:  "Gastrointestinal Angiomata", Syllabus Postgraduate Course, American College of Gastroenterology, Oct, 1987.

8. Sinkinson CA, Fleischer D, Smith JW:  "New Realities in Managing Acute Upper GI Hemorrhage", Emergency Medicine Reports, Vol. 9, 1988, pp 98-104.

9. Sinkinson CA, Fleischer D, Smith JW:  "How to solve the predicament of Acute Lower GI Hemorrhage", Emergency Medicine Reports, Vol. 9, 1988, pp 106-112.

10. Smith JW:  "Vitamin A Toxicity Presenting as Jaundice", Postgraduate Medicine, Vol. 85, 1989, pp 53-56.

11. Smith JW:  "The pathogenesis of colon cancer:  the relation to adenomatous polyps", Southern Medical Journal, (Abstract) Vol. 81, 1988, pp 5-113.

12. Noel JF, Smith JW, "Diagnostic Challenge" Gastroenterology Observer, Vol. 8, No. 2, 1989, pg. 2.

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE -6-

13.   Smith JW, LaBrie C: "Use of Rapid Urease Test for detection of Campylobactor pylori during screening endoscopy", <u>Gastrointestinal Endoscopy</u>, (Abstract), Vol. 35, 1989, pg. 158.

14.   Case WL, Smith JW: "The Intraesophageal balloon distension test in the diagnosis of esophageal chest pain", <u>Gastroenterology</u>, (Abstract), Vol. 96, 1989, pg. A76.

15.   Case WL, Smith JW, Turner TC: "The Intraesophageal balloon distension test in the diagnosis of esophageal chest pain", <u>Southern Medical Journal</u> (abstract), Vol. 82, 1989, pg. 21.

16.   Jensen DM, You S, Smith J. "Randomized Controlled Study of Ranitidine Maintenance for Patients with a Recent Severe Duodenal Ulcer Hemorrhage" <u>Gastroenterology</u>, Vol. 98, 1990, pp A65.

17.   Risher WM, Smith JW. "Intraperitoneal Hemorrhage from Injury to the Gastroepiploic Artery: A Complication of Endoscopic Retrograde Sphincterotomy" <u>Gastrointestinal Endoscopy</u>, Vol. 36, 1990, pp 426-7.

18.   Mayeux GP, Smith JW. "Massive Esophageal Bleeding from Cytomegalovirus Esophagitis. <u>American Journal of Gastroenterology</u>, Vol. 85, 1990, pg. 626.

19.   Sinkinson CA, Caldwell SM, Smith JW. "A Critical Evaluation of Acute Peptic Ulcer Disease: Pathophysiology and Diagnosis" <u>Emergency Medicine Reports</u>, Vol. 11, 1990, pp 153-160.

20.   Sinkinson CA, Caldwell SM, Smith JW. "A Critical Evaluation of Acute Peptic Ulcer Disease: Drug-by-Drug Analysis" <u>Emergency Medicine Reports</u>, Vol. 11, 1990, pp 161-168.

21.   Smith JW. "Barrett's Esophagus: Clinical Data from a Large Single Center Series." <u>Southern Medical Journal</u>, Vol. 83, 1990, pp 23-25.

22.   Hines C, Jr., Balart L, Smith JW, et al. "Tolerance and Intolerance to Primary Office Upper GI Endoscopy Can be Predicted" <u>Gastrointestinal Endoscopy</u>, Vol. 37, 1991, pg. 232.

23.   Jensen DM, Smith JW, et al. "A Multicenter Randomized Prospective Study of Gold Probe Versus Heater Probe for Hemostasis of Very Severe Ulcer or Mallory-Weiss Bleeding" <u>Gastroenterology</u>, Vol. 100, 1991, pg. A92.

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –7-

24. Smith JW: "Barrett's Esophagus:  Clinical Data from a Large Single Center Series" American Journal of Gastroenterology, Vol. 86, 1991, pg 1304.

25. Smith JW, Brenner H, Ainsworth S:  "Prevalence of Barrett's Esophagus Among Patients with Gastroesophageal Reflux Symptoms" American Journal of Gastroenterology, Vol. 86, 1991, pg 1304.

26. Smith JW: "Orbital Pseudotumor and Crohn's Disease" American Journal of Gastroenterology, Vol. 87, 1992, pp 405-6.

27. McMichens TT, Robichaux AG, Smith JW:  "Successful Pregnancy Outcome in a Patient with Congenital Biliary Atresia" Obstetrics and Gynecology, Vol. 80, 1992, pp 492-4.

28. Smith JW and Brenner H:   "Prospective Evaluation of ERCP-related Complications" American Journal of Gastroenterology, Vol. 87, 1992, pg. 1295.

29. Jensen, Cheng, Kovacs, Randall, Jensen, Reedy, Frankl, Machicado, Smith, Silpa, Van Deventer.  "Randomized Controlled Study of Ranitidine for Preventing Recurrent Duodenal Ulcer Hemorrhage." New England Journal of Medicine.  Vol. 330, 1994, pp 382-386.

30. Jensen, Kovacs, Randall, Smith, Freeman, Jutabha.  "Prospective Study of Thermal Coagulation (Gold Probe) vs. Combination Injection and Thermal Treatment for High Risk Patients with Severe Ulcer or Mallery Weiss Bleeding." Gastrointestinal Endoscopy.  Vol 40, 1994, Abstract p 25.

31. Morrison, M.K., Smith, J.W., "Esophageal Food Impaction:  Review of Management and Outcome of 87 Cases". Gastrointestinal Endoscopy, Vol 41, 1995, p 356.

32. Gioe, S.M., Smith, J.W., Regenstein, F.G., "Triamcinolone Injection for Refractory Sclerotherapy – Induced Strictures." American Journal of Gastroenterology, vol. 90, 1995, p 1680.

33. Jensen, D.M., Kovacs, T.O.G., Jutabha, R., Machicado, G.A., Savides, T., Smith J.  "A Safe and Effective Technique for Endoscopic Removal of Adherent Clots from Gi Lesion:  cold guillotining after Epinephrine Injection." Gastrointestinal Endoscopy, vol 43, 1996, p 297.

USCA5 5832

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –8-

34.   Jensen, D.M., Kovacs, T.O.G., Jutabha R., Savides, T., Cheng, S., Jensen, M.E.,
      Machicado, G.A., King, J., Gornbein, J., Smith, J. "Initial Results of a Multicenter,
      Randomized Controlled Trial of Medical vs. Combination Endoscopic Therapy for
      Prevention of Recurrent Severe Ulcer Hemorrhage from Non-Bleeding Adherent Clots."
      Gastrointestinal Endoscopy, vol 43, 1996, p 352.

35.   Jensen, D.M., Kovacs, T.O.G., Jutabha, R., Machicado, G.A., Savides, T., Smith, J.,
      Cheng, S., Jensen, M.E., Gornbein, J., King, J. "Cure Multicenter Randomized
      Prospective Trial of Gold Probe vs. Injection and Gold Probe for Hemostasis of Bleeding
      Peptic Ulcers." Gastrointestinal Endoscopy. Vol 45, 1997, p AB92.

36.   Cebellero-Santamaria, F., Smith, J., VanFrank, T., Gioe, S., Airhart, J., Perrillo, R. "A
      Prospective Outpatient Study of Upper GI Bleeding in the Elderly." Gastro, 1997, 112, p
      A84.

37.   Gralnek, I.M., Jensen, D.M., Kovacs, T.O.G., Jutabha, R., Jensen, M.E., Cheng, S.,
      Gornbein, J., Freeman, M.L., Machicado, G.A., Smith, J., Sue, M., Kominski, G. "An
      Economic Analysis of Patients with Active Arterial Peptic Ulcer Hemorrhage Treated
      with Endoscopic Heater Probe, Injection Sclerosis or Surgery in a Prospective,
      Randomized Trial." Gastrointestinal Endoscopy, 1997, 46, 105-112.

38.   Gralnek IM, Jensen DM, Gorbein J, et al. "Clinical and Economic Outcomes of
      Individuals with Severe Peptic Ulcer Hemorrhage and Non-bleeding Visible Vessel: An
      Analysis of Two Prospective Clinical Trials." American Journal of Gastroenterology Vol
      93, 1998, p 2047-2056.

39.   Cebellero F, Smith J, Gioe S, Van Frank T, McCall R, Airhart J, Perrillo R. "Selective
      Outpatient Management of Upper Gastrointestinal Bleeding in the Elderly." American
      Journal of Gastroenterology, Vol 94, 1999. p 1242-1247.

40.   Jensen D, Kovacs T, Jutabha R, Machicado G, Gralnek I, Savides T, Smith J, Lam F,
      Fontana L, Cheng S, Jensen M, Alofaituli G. "Randomized, Controlled Trial of Medical
      Therapy compared with Endoscopic Therapy for Prevention of Recurrent Ulcer
      Hemorrhage in Patients with Non-bleeding Adherent Clots." Gastrointestinal
      Endoscopy, Vol 51, 2000, p AB141.

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –9-

41.    Jensen D, Kovacs T, Jutabha R, Gralnek I, Machicado G, Savides T, Smith J, Cheng S, Fontana L, Lam F, Jensen M, Gornbeim J.  "Randomized, Prospective Study of Bipolar Coagulation Alone compared to Combination Epinephrine Injection and Bipolar Coagulation for Prevention of Rebleeding from Ulcers with Non-bleeding Visible Vessels." <u>Gastrointestinal Endoscopy</u>, vol 51, 2000, p AB130.

42.    Jensen D, Smith J, Savides T, Kovacs T, Jutabha R, Gralnek I, Machicado G, Lam F, Fontana L, Cheng S, Jensen M, Gornbein J.  "Randomized Controlled Study of Combination Epinephrine Injection and Gold Probe Compared to Gold Probe Alone for Hemostasis of actively bleeding Peptic Ulcers." Gastrointestinal Endoscopy, vol 51, 2000, p AB130.

43.    Jensen D, Kovacs T, Jutabha R, Machicado G, Gralnek I, Savides T, Smith J, Jensen M, Alofaituli G, Gornbein J.  "Randomized Trial of Medical or Endoscopic Therapy to Prevent Recurrent Ulcer Hemorrhage in Patients with Adherent Clots."  Gastroenterology. Vol. 123. 2002. 407-413.

44.    Smith J. "The Case for Universal Screening Colonoscopy." The Ochsner Journal. 2002. 4:139-145.

45.    Richardson W, Willis G, Smith J. "Evaluation of Scar Formation after Botulinum Toxin Injection or Forced Balloon Dilation to the Lower Esophageal Sphincter."   Surg Endosc.

46.    McNeely P, Smith J. "Severe Hematochezia in the Initial Presentation of Wegener's Granulomatosis."  Amer J Gastro. Vol 97. 2002. pS191.

47.    Smith J, Manton J. "Prevalence of Colorectal Neoplasia in Patients with a History of Breast Cancer."  Amer J Gastro. Vol 97. 2002. pS114

48.    Smith J, Garretson B.  "The Impact of Preoperative Evaluation on Laparoscopic Anti-Reflux Surgery." Amer J Gastro. Vol 97. 2002. p.S15

49.    Smith J. "The Preliminary Capsule Endoscopy Experience at Ochsner Clinic Foundation." Ochsner Journal.  Vol 4. 2002. p.234-236.

50.    Ahuja A, Smith J. "Endoscopic Management of Radiation-induced Rectal Telangiectasias." *Techniques in Gastrointestinal Endoscopy*, Vol 6, No 1 (January), 2004: pp 23-28.

51.    Smith JW, Gosserand JL. "Esophageal Perforations and Tears." Emerg Med. 37 (7): 33. 2005.

52.    Thomas A, Smith JW. "Gastro-Duodenal Dieulafoy's Lesion: Early, Intermediate and Late Outcomes." Gastro Endo 61 (5). AB183. 2005.

USCA5 5834

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –10-

53.   Reina J, Smith JW. "Medical Treatment of Irritable Bowel Syndrome." Clinics in Colon
      and Rectal Surgery. 18 (5). 2005. p 102-108.

54.   Ahuja A, Smith JW, Jiang X. "Long-Term Impact of Capsule Endoscopy in Patients
      with Obscure Gastrointestinal Bleeding." Amer J of Gastro. Vol 99. p S226. 2004.
      (abstract).

55.   Wardlaw, R., Smith, JW. "Gastric Carcinoid Tumors." The Ochsner Journal, Volume 8,
      Number 4, Winter 2008.

56.   Gerrish, ST, Smith, JW. "Gastrointestinal Stromal Tumors —Diagnosis and
      Management: A Brief Review." The Ochsner Journal, Volume 8, Number 4, Winter
      2008.

57.   "A Rare Cause of Obscure Gastrointestinal Bleeding – Epithelioid Angiosarcoma of the
      Small Bowel." Accepted as abstract ACG 2009.

58.   Wiggins, T., Smith, J., Romero, R., "A Unique Cause of Dysphagia in Patient with
      Hepatocellular Carcinoma." The American Journal of Gastroenterology, Number 503, p
      189-190, 2009.

59.   Occhipinti, K. and Smith, J. "Irritable Bowel Syndrome": A Review and Update. Clinics
      in Colon and Rectal Surgery. Vol. 25: p 46-52. 2012.

## **BOOK CHAPTERS**

1.   Smith, JW: "Ulcerative Proctitis and Crohn's Disease" Fundamentals of Anorectal
     Surgery. Beck and Wexner, Eds., W.B. Saunders, 1998, p 467-75.

2.   Smith, JW: "Diverticula of the Alimentary Tract" Conn's Current Therapy, Rakel, Ed.,
     W.B. Saunders Co., 2000, p 479-482.

3.   Smith JW: "Gastroenterology and Hepatology" Internal Medicine Review Core
     Curriculum, 2005/2006. Hanneman, Ed. Medstudy Corporation.

4.   Smith JW, Nass J.: "Performance of Video Capsule Endoscopy" Capsule Endoscopy by
     Case Study. Raines, D. AmbrisBooks. 2012. P. 1-7.

USCA5 5835

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –11-

## BOOK REVIEWS

1.  Smith JW:  <u>Lasers in Gastroenterology:   International Experiences and Trends</u>, <u>Gastrointestinal Endoscopy</u>,  1991. Vol. 37, pp 217-218.

2.  Smith JW: <u>Clinical Gastroenterology</u>, Editor:  H. Spiro.   <u>Gastrointestinal Endoscopy</u>. 1994.  Vol. 40, pp 400-401.

## MISCELLANEOUS

1.  Course Director, "BICAP Tumor Probe Therapy of Gastrointestinal Neoplasms", New Orleans, La., June, 1988.

2.  Course Director, "BICAP Tumor Probe Therapy of Gastrointestinal Neoplasms", New Orleans, La., June 1989.

3.  Course Director, "Applications of BICAP Electrocautery in GI Endoscopy", New Orleans, La., October, 1989.

4.  Manuscript Review: <u>Gastrointestinal Endoscopy</u> and <u>Digestive Diseases and Science.</u>

5.  Elected Fellow in American College of Gastroenterology, 1989.

6.  Course Director "Advances in Therapy of Acid-Related Gastrointestinal Disease" New Orleans, Louisiana, June, 1990.

7.  Gastroenterology Section Coordinator, New Orleans Internal Medicine Board Review Course, 1992-2000.

8.  Course Director, "Endoscopic Diagnosis and Treatment of Gastrointestinal Bleeding" New Orleans, September 27, 1997.

9.  Course Director, "Crohns and Colitis Foundation Professional Education Symposium," March 2000.

10.  Director, New Orleans Gut Club.  1994 to present. Approximately 150 dinner programs

11.  Course Director, "Endoscopic Diagnosis and Treatment of Gastrointestinal Bleeding." New Orleans. Sept. 30, 2000.

12.  Course Director. Crohn's and Colitis Foundation Professional Education Symposium. Lafayette. LA 2001.

CURRICULUM VITAE
JAMES WILLIAM SMITH, M.D.
PAGE –12-

13.  Course Director." Jazzfest Update in Gastroenterology and Hepatology." New Orleans. April 2003.

14.  Course Director "Enteryx Training Course." New Orleans. 2004.

15.  Course Director.  Louisiana GI Society, American College of Gastroenterology Regional Postgraduate Course. New Orleans. March 2005.

16.  Invited lecturer.  United Ostomy Associations of America. 2nd National Conference. New Orleans. LA. August 2009.  "Short Bowel Syndrome."

17.  Invited lecturer. Medstudy. Annual Internal Medicine Board Review Course. Review on Gastroenterology and Hepatology. 1995 through 2016. Annual lecture given: locations include Baltimore, Washington DC, Dallas, Colorado Springs, Snowmass and Aspen Colorado

18.  Performance Improvement Project: "Gastrointestinal Endoscopy Quality Improvement Program 2009." A. Thomas, S. Satheesh, J. Smith.

19.  Invited lecturer. Louisiana GI Society: American College of Gastroenterology. Annual Postgraduate Meeting.  "Endoscopic Treatment of  Barrett's" March 2011. New Orleans, La.

20.  Invited lecturer. Louisiana Endoscopy Nurses' Annual Meeting. "Barrett's Esophagus". Review and Update. Covington, La. March 2012.

21.     Invited Grand Rounds Speaker:
            Earl K Long IM program
            University of South Alabama IM program
            Carolinas Medical Center, Charlotte, NC, IM program

**EXHIBIT B**

USCA5 5838

## MATERIALS RELIED ON, REVIEWED, AND/OR CONSIDERED
### BY JAMES WILLIAM SMITH, MD

| |
|---|
| All materials referenced and/or discussed within the report are incorporated.  In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |
| **Depositions** |
| All depositions taken in the matter of *Joseph J. Boudreaux, Jr., et al. v. Janssen Research & Development, LLC, et al.* |
| **Product Labels** |
| Xarelto Label (08-07-2013) |
| Xarelto Label (01-07-2014) |
| **Medical Records** |
| All medical records for Joseph Boudreaux, Jr. |
| **Literature** |
| Abraham NS, Singh S, Alexander GC, et al. Comparative risk of gastrointestinal bleeding with dabigatran, rivaroxaban, and warfarin: population based cohort study. BMJ. 2015;350:h1857. |
| Abraham NS. Prevention of gastrointestinal bleeding in patients receiving direct oral anticoagulants. Am J Gastroenterol Suppl 2016;3:2-12. |
| Acosta RD, Abraham NS, Chandrasekhara V, et al. The management of antithrombotic agents for patients undergoing GI endoscopy. Gastrointest Endosc. 2016;83(1):3-16. |
| Ashburner JM, Go AS, Reynolds K, et al. Comparison of frequency and outcome of major gastrointestinal hemorrhage in patients with atrial fibrillation on versus not receiving warfarin therapy (from the ATRIA and ATRIA-CVRN cohorts). Am J Cardiol. 2015;115(1):40-6. |
| Barkun AN, Bardou M, Kuipers, EJ, et al. International consensus recommendations on the management of patients with nonvariceal upper gastrointestinal bleeding. Ann Intern Med. 2010;152:101-113. |
| Carreras ET. (2014). Restarting anticoagulation and outcomes after major gastrointestinal bleeding in afib. Medscape. http://www.medscape.com/viewarticle/822601. |
| Chang HY, Zhou M, Tang W, Alexander GC, Singh S. Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. BMJ. 2015;350:h1585. |
| Derogar M, Sandblom G, Lundell L, et al. Discontinuation of low-dose aspirin therapy after peptic ulcer bleeding increases risk of death and acute cardiovascular events. Clin Gastroenterol Hepatol. 2013;11(1):38-42. |
| Desai JC, Chatterjee P, et al. Incidence and clinical presentation of gastrointestinal bleeding in atrial fibrillation patients taking direct oral anticoagulants. Am J Gastroenterol Suppl 2016;3:13-21. |
| Gralnek IM, Barkun AN. Management of acute bleeding from peptic ulcer. N Engl J Med 2008;359:928-37. |

1 –James Smith, MD – Reference List (Boudreaux)

USCA5 5839

| |
|---|
| Gutermann IK, Niggemeier V, Zimmerli LU, Holzer BM, Battegay E, Scharl M. Gastrointestinal bleeding and anticoagulant or antiplatelet drugs: systematic search for clinical practice guidelines. Medicine (Baltimore). 2015;94(1):e377. |
| Jairath V, Thompson J, Kahan BC, et al. Poor outcomes in hospitalized patients with gastrointestinal bleeding: impact of baseline risk, bleeding severity, and process of care. Am J Gastroenterol. 2014;109(10):1603-12. |
| Kim BSM, Li BT, Engel A, Samra JS, Clarke S, Norton ID, Li AE. Diagnosis of gastrointestinal bleeding: A practical guide for clinicians. World J Gastrointest Pathophysiol 2014; 5(4): 467-478. |
| Laine L, Jensen DM. Management of patients with ulcer bleeding. Am J Gastroenterol. 2012;107(3):345-60. |
| Prasad Kerlin M, Tokar JL. Acute gastrointestinal bleeding. Annals of Internal Medicine. 2013;159:ITC2-1. |
| Radaelli F, Dentali F, Repici A, et al. Management of anticoagulation in patients with acute gastrointestinal bleeding. Dig Liver Dis. 2015;47(8):621-7. |
| Rockey DC. Endoscopy for gastrointestinal bleeding in patients treated with direct oral anticoagulants. Am J Gastroenterol Suppl 2016; 3:45-50. |
| Sung JJ, Tsoi KK, Ma TK, Yung MY, Lau JY, Chiu PW. Causes of mortality in patients with peptic ulcer bleeding: a prospective cohort study of 10,428 cases. Am J Gastroenterol. 2010;105(1):84-9. |
| van Leerdam, ME (2008). Epidemiology of acute upper gastrointestinal bleeding. Best practice & research. Clinical gastroenterology. 22 (2): 209–24. |
| Wolf AT, Wasan SK, Saltzman JR. Impact of anticoagulation on rebleeding following endoscopic therapy for nonvariceal upper gastrointestinal hemorrhage. Am J Gastroenterol. 2007;102(2):290-6. |

USCA5 5840