# EXHIBIT-3

# FILED UNDER SEAL

PRODUCT MONOGRAPH

# <sup>Pr</sup>XARELTO<sup>®</sup>

rivaroxaban tablet

10 mg, 15 mg and 20 mg

Anticoagulant

Bayer Inc.
~~77 Belfield Road~~
~~Toronto, Ontario~~
~~M9W 1G6~~
2920 Matheson Boulevard East
Mississauga, Ontario
L4W 5R6
Canada
http://www.bayer.ca

Submission Control No: ~~172618~~178227

Date of Revision:
~~July 10, 2014~~
November 24, 2014



PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254109

© 2014, Bayer Inc.

® Bayer, ~~and~~ Bayer Cross, and XARELTO are registered trademarks of Bayer AG, used under license by Bayer Inc. ~~XARELTO is a trademark of Bayer AG, used under license by Bayer Inc.~~

All other trademarks are the property of their respective owners.

**Table of Contents**

**PART I: HEALTH PROFESSIONAL INFORMATION** .......................................................3
    SUMMARY PRODUCT INFORMATION .............................................................3
    INDICATIONS AND CLINICAL USE...................................................................3
    CONTRAINDICATIONS ........................................................................................4
    WARNINGS AND PRECAUTIONS .......................................................................4
    ADVERSE REACTIONS.........................................................................................9
    DRUG INTERACTIONS.......................................................................................20
    DOSAGE AND ADMINISTRATION...................................................................23
    OVERDOSAGE ....................................................................................................28
    ACTION AND CLINICAL PHARMACOLOGY .................................................29
    STORAGE AND STABILITY...............................................................................35
    DOSAGE FORMS, COMPOSITION AND PACKAGING ...................................36

**PART II : SCIENTIFIC INFORMATION**.................................................................37
    PHARMACEUTICAL INFORMATION...............................................................37
    CLINICAL TRIALS.............................................................................................38
    DETAILED PHARMACOLOGY .........................................................................63
    TOXICOLOGY.....................................................................................................67
    REFERENCES......................................................................................................68

**PART III: CONSUMER INFORMATION** ...............................................................70

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254110

# XARELTO®

rivaroxaban tablet

## PART I: HEALTH PROFESSIONAL INFORMATION

### SUMMARY PRODUCT INFORMATION

Table 1 – Product Information Summary

| Route of Administration | Dosage Form, Strength | Nonmedicinal Ingredients |
|---|---|---|
| Oral | Film-coated tablet, 10 mg, 15 mg and 20 mg | Cellulose microcrystalline, croscarmellose sodium, hypromellose 5 cP, lactose monohydrate, magnesium stearate, sodium lauryl sulphate, ferric oxide red, hypromellose 15 cP, polyethylene glycol, titanium dioxide |

### INDICATIONS AND CLINICAL USE

XARELTO® (rivaroxaban) is indicated for the:

- prevention of venous thromboembolic events (VTE) in patients who have undergone elective total hip replacement (THR) or total knee replacement (TKR) surgery.

- treatment of venous thromboembolic events (deep vein thrombosis [DVT], pulmonary embolism [PE]) and prevention of recurrent DVT and PE.

- prevention of stroke and systemic embolism in patients with atrial fibrillation, in whom anticoagulation is appropriate.

**Acute Pulmonary Embolus in haemodynamically unstable patients, or in those requiring thrombolysis or pulmonary embolectomy**

For the treatment of VTE, XARELTO is **not** recommended as an alternative to unfractionated heparin in patients with pulmonary embolus who are haemodynamically unstable, or who may receive thrombolysis or pulmonary embolectomy, since the safety and efficacy of XARELTO have not been established in these clinical situations (see **DOSAGE AND ADMINISTRATION**).

### Geriatrics

Clinical studies have included patients with an age > 65 years (see **WARNINGS AND PRECAUTIONS** – *Geriatrics (>65 Years of Age)* and **Renal Impairment,** and **DOSAGE AND ADMINISTRATION** – *Renal Impairment* and Geriatrics (>65 years of age)). Safety and efficacy data are available (see **CLINICAL TRIALS**).

### Pediatrics

The safety and efficacy of XARELTO have not been established in children less than 18 years of age. Therefore, XARELTO is not recommended in this patient population.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**                                                XARELTO_BPAG_01254111

## CONTRAINDICATIONS

- Clinically significant active bleeding, including gastrointestinal bleeding

- Lesions or conditions at increased risk of clinically significant bleeding, eg, recent cerebral infarction (hemorrhagic or ischemic), active peptic ulcer disease with recent bleeding, patients with spontaneous or acquired impairment of hemostasis

- Concomitant **systemic** treatment with strong inhibitors of **both** CYP 3A4 and P-glycoprotein (P-gp), such as ketoconazole, itraconazole, posaconazole, or ritonavir (see **WARNINGS AND PRECAUTIONS – Drug Interactions**)

- Concomitant treatment with any other anticoagulant, including

  o  unfractionated heparin (UFH), except at doses used to maintain a patent central venous or arterial catheter,

  o  low molecular weight heparins (LMWH), such as enoxaparin and dalteparin,

  o  heparin derivatives, such as fondaparinux, and

  o  oral anticoagulants, such as warfarin, dabigatran, apixaban, except under circumstances of switching therapy to or from XARELTO.

- Hepatic disease (including Child-Pugh Class B and C) associated with coagulopathy, and having clinically relevant bleeding risk (see **WARNINGS AND PRECAUTIONS – Hepatic Impairment**)

- Pregnancy (see **WARNINGS AND PRECAUTIONS – Special Populations, Pregnant Women**)

- Nursing women (see **WARNINGS AND PRECAUTIONS – Special Populations, Nursing Women**)

- Hypersensitivity to XARELTO (rivaroxaban) or to any ingredient in the formulation, see **DOSAGE FORMS, COMPOSITION AND PACKAGING**.

## WARNINGS AND PRECAUTIONS

**PREMATURE DISCONTINUATION OF ANY ORAL ANTICOAGULANT, INCLUDING XARELTO, INCREASES THE RISK OF THROMBOTIC EVENTS.**

**To reduce this risk, consider coverage with another anticoagulant if XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy.**

### Bleeding

XARELTO (rivaroxaban), like other anticoagulants, should be used with caution in patients with an increased bleeding risk. Bleeding can occur at any site during therapy with XARELTO. The possibility of a hemorrhage should be considered in evaluating the condition of any anticoagulated patient. Any unexplained fall in hemoglobin or blood pressure should lead to a search for a bleeding site.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**                                                XARELTO_BPAG_01254112

Patients at high risk of bleeding should not be prescribed XARELTO (see **CONTRAINDICATIONS**).

**Should severe bleeding occur, treatment with XARELTO must be discontinued and the source of bleeding investigated promptly.**

Close clinical surveillance (looking for signs of bleeding or anemia) is recommended throughout the treatment period, especially in the presence of multiple risk factors for bleeding (see Table 2 below).

Table 2 – Factors Which Increase Hemorrhagic Risk

| | |
|---|---|
| Factors increasing rivaroxaban plasma levels | Severe renal impairment (CrCl < 30 mL/min) |
| | Concomitant **systemic** treatment with strong inhibitors of **both** CYP 3A4 and P-gp |
| Pharmacodynamic interactions | NSAID |
| | Platelet aggregation inhibitors, including ASA, clopidogrel, prasugrel, ticagrelor |
| Diseases / procedures with special hemorrhagic risks | Congenital or acquired coagulation disorders |
| | Thrombocytopenia or functional platelet defects |
| | Uncontrolled severe arterial hypertension |
| | Active ulcerative gastrointestinal disease |
| | Recent gastrointestinal bleeding |
| | Vascular retinopathy, such as hypertensive or diabetic |
| | Recent intracranial hemorrhage |
| | Intraspinal or intracerebral vascular abnormalities |
| | Recent brain, spinal or ophthalmological surgery |
| | Bronchiectasis or history of pulmonary bleeding |
| Others | Age > 75 years |

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. Care should be taken if patients are treated concomitantly with drugs affecting hemostasis such as non-steroidal anti-inflammatory drugs (NSAIDs), acetylsalicylic acid (ASA), and platelet aggregation inhibitors.

In patients with atrial fibrillation and having a condition that warrants single or dual antiplatelet therapy, a careful assessment of the potential benefits against the potential risks should be made before combining this therapy with XARELTO.

Concomitant ASA use (almost exclusively at a dose of 100 mg or less) with either XARELTO or warfarin during the ROCKET-AF trial was identified as an independent risk factor for major bleeding (see also **DRUG INTERACTIONS**).

The antiplatelet agents, prasugrel and ticagrelor, have not been studied with XARELTO, and are not recommended as concomitant therapy.

The use of thrombolytics should generally be avoided during acute myocardial infarction (AMI) or acute stroke in patients treated with rivaroxaban, due to expected increased risk of major bleeding (see **DOSAGE AND ADMINISTRATION – Prevention of Stroke and Systemic**

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254113

Embolism in Patients with Atrial Fibrillation, Other situations requiring thrombolytic therapy).

## Cardiovascular

See **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**.

### Patients with valvular disease

Safety and efficacy of XARELTO have not been studied in patients with prosthetic heart valves, or those with hemodynamically significant rheumatic heart disease, especially mitral stenosis. There are no data to support that XARELTO 20 mg (15 mg in patients with moderate renal impairment) provides adequate anticoagulation in patients with prosthetic heart valves, with or without atrial fibrillation. Therefore, the use of XARELTO is not recommended in this setting.

Of note, in the pivotal Phase III ROCKET AF trial that evaluated XARELTO in the prevention of stroke in atrial fibrillation, 14% of patients had other valvular disease including aortic stenosis, aortic regurgitation, and/or mitral regurgitation. Patients with a history of mitral valve repair were also not excluded from the study. Mitral valve repair rates are not known in ROCKET AF, since information on mitral valve repair status was not specifically collected in this study.

## Drug Interactions

### Interaction with strong inhibitors of both CYP 3A4 and P-gp

The use of XARELTO is contraindicated in patients receiving concomitant **systemic** treatment with strong inhibitors of **both** CYP 3A4 and P-gp, such as ketoconazole, itraconazole, posaconazole, or ritonavir. These drugs may increase XARELTO plasma concentrations to a clinically relevant degree, ie, 2.6-fold on average, which increases bleeding risk.

### Interaction with moderate CYP 3A4 inhibitors

The azole anti-mycotic, fluconazole, a moderate CYP 3A4 inhibitor, has less effect on rivaroxaban exposure and may be co-administered (see **DRUG INTERACTIONS**).

### Interaction with strong CYP 3A4 inducers

The concomitant use of XARELTO with strong inducers of CYP 3A4, such as rifampicin, and the anticonvulsants, phenytoin, carbamazepine, phenobarbital, reduces rivaroxaban exposure (see **DRUG INTERACTIONS – Drug-Drug Interactions).** Combined use of XARELTO with strong inducers should generally be avoided, since efficacy of XARELTO may be compromised (see **DRUG INTERACTIONS – Drug-Drug Interactions**).

## Hepatic Impairment

Patients with significant hepatic disease (eg, acute clinical hepatitis, chronic active hepatitis, liver cirrhosis) were excluded from clinical trials. Therefore, XARELTO is contraindicated in patients with hepatic disease (including Child-Pugh Class B and C) associated with coagulopathy, and having clinically relevant bleeding risk.

The limited data available for patients with mild hepatic impairment without coagulopathy indicate that there is no difference in pharmacodynamic response or pharmacokinetics as compared to healthy subjects.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254114

## Surgery / Procedural Interventions

As with any anticoagulant, patients on XARELTO who undergo surgery or invasive procedures are at increased risk for bleeding. In these circumstances, temporary discontinuation of XARELTO may be required.

### *Pre-Operative Phase*

If an invasive procedure or surgical intervention is required, XARELTO should be stopped at least 24 hours before the intervention, if possible, due to increased risk of bleeding, and based on clinical judgment of the physician. If the procedure cannot be delayed, the increased risk of bleeding should be assessed against the urgency of the intervention. Although there are limited data, in patients at higher risk of bleeding or in major surgery where complete hemostasis may be required, consider stopping XARELTO two to four days before surgery, depending on clinical circumstances.

### *Peri-Operative Spinal/Epidural Anesthesia, Lumbar Puncture*

When neuraxial (epidural/spinal) anesthesia or spinal puncture is performed, patients treated with antithrombotics for prevention of thromboembolic complications are at risk for developing an epidural or spinal hematoma that may result in long-term neurological injury or permanent paralysis.

**The risk of these events is even further increased by the use of indwelling epidural catheters or the concomitant use of drugs affecting hemostasis. Accordingly, the use of XARELTO, at doses greater than 10 mg, is not recommended in patients undergoing anesthesia with post-operative indwelling epidural catheters. The risk may also be increased by traumatic or repeated epidural or spinal puncture. If traumatic puncture occurs, the administration of XARELTO should be delayed for 24 hours.**

Patients who have undergone epidural puncture and who are receiving XARELTO should be frequently monitored for signs and symptoms of neurological impairment (eg, numbness or weakness of the legs, bowel or bladder dysfunction). If neurological deficits are noted, urgent diagnosis and treatment is necessary.

The physician should consider the potential benefit versus the risk before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis and use XARELTO only when the benefits clearly outweigh the possible risks. An epidural catheter should not be withdrawn earlier than 18 hours after the last administration of XARELTO. XARELTO should be administered not earlier than 6 hours after the removal of the catheter.

### *Post-Procedural Period*

XARELTO should be restarted following an invasive procedure or surgical intervention as soon as adequate hemostasis has been established and the clinical situation allows, in order to avoid unnecessary increased risk of thrombosis.

## Renal Impairment

Following oral dosing with XARELTO, there is a direct relationship between pharmacodynamic effects and the degree of renal impairment (see **ACTION AND CLINICAL PHARMACOLOGY – Renal Insufficiency**).

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Determine estimated creatinine clearance (eCrCl) in all patients before instituting XARELTO (see **DOSAGE AND ADMINISTRATION**).

XARELTO should be used with caution in patients with moderate renal impairment (CrCl 30-49 mL/min), especially in those concomitantly receiving other drugs which increase rivaroxaban plasma concentrations (see **DOSAGE AND ADMINISTRATION – Renal Impairment**, and **DRUG INTERACTIONS – Drug-Drug Interactions**).

Physicians should consider the benefit/risk of anticoagulant therapy before administering XARELTO to patients with moderate renal impairment having a creatinine clearance close to the severe renal impairment category (CrCl < 30 mL/min), or in those with a potential to have deterioration of renal function to severe impairment during therapy.

There are insufficient safety data in patients with severe renal impairment (CrCl < 30 mL/min) as these patients were excluded from pivotal Phase III trials. **Therefore, the use of XARELTO is not recommended in patients with severe renal impairment.** Patients who develop acute renal failure while on XARELTO should discontinue such treatment.

Due to the high plasma protein binding, ie, about 95%, XARELTO is not expected to be removed by dialysis.

**Lactose Sensitivity**

XARELTO contains lactose. Patients with rare hereditary problems of lactose or galactose intolerance (eg, the Lapp lactase deficiency or glucose-galactose malabsorption) should not take XARELTO.

**Special Populations**

*Pregnant Women*

No data are available on the use of XARELTO in pregnant women.

Based on animal data, use of XARELTO is contraindicated throughout pregnancy (see **CONTRAINDICATIONS**, and **TOXICOLOGY – Reproductive Toxicology** and **Lactation**).

If XARELTO is to be used in women of childbearing potential, pregnancy should be avoided.

*Nursing Women*

No data are available on the use of XARELTO in nursing mothers. In rats, XARELTO is secreted into breast milk. Therefore, XARELTO should only be administered after breastfeeding is discontinued (see **CONTRAINDICATIONS**, and **TOXICOLOGY – Reproductive Toxicology** and **Lactation**).

*Geriatrics (>65 Years of Age)*

Increasing age is associated with declining renal function. Both of these factors have been observed to result in increased systemic exposure to rivaroxaban, and consequently increased bleeding (see **WARNINGS AND PRECAUTIONS – Renal Impairment**, and **DOSAGE AND ADMINISTRATION – Renal Impairment**).

Use with caution in elderly patients, especially those taking concomitant medications that increase systemic exposure of XARELTO (see **WARNINGS AND PRECAUTIONS, Drug Interactions**, and **DRUG INTERACTIONS**).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

*Pediatrics (<18 Years of Age)*

The safety and efficacy of XARELTO have not been established in children less than 18 years of age. Therefore, XARELTO is not recommended in this patient population.

### Monitoring and Laboratory Tests

The prothrombin time (PT), measured in seconds, is influenced by XARELTO in a dose-dependent way with a close correlation to plasma concentration if the Neoplastin® reagent is used. In patients who are bleeding, measuring the PT using the Neoplastin® reagent may be useful to assist in determining an excess of anticoagulant activity (see **DOSAGE AND ADMINISTRATION – Considerations for INR Monitoring of VKA Activity during Concomitant XARELTO Therapy**).

**Although XARELTO therapy will lead to an elevated INR, depending on the timing of the measurement (see ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics), the INR is not a valid measure to assess the anticoagulant activity of XARELTO. The INR is only calibrated and validated for VKA and should not be used for any other anticoagulant, including XARELTO.**

At recommended doses, XARELTO affects the measurement of the aPTT and Heptest®. These tests are not recommended for the assessment of the pharmacodynamic effects of XARELTO (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

Converting patients from warfarin to XARELTO, or from XARELTO to warfarin, increases prothrombin time by the Neoplastin® reagent in seconds (or INR values) more than additively (eg, individual INR values up to 12 may be observed) during concomitant therapy, whereas effects on aPTT and endogenous thrombin potential are additive (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

Anti-Factor-Xa activity is influenced by XARELTO in a dose-dependent fashion. If it is desired to test the pharmacodynamic effects of XARELTO during the switching period, tests of anti-Factor-Xa activity can be used as they are not affected by warfarin. Use of these tests to assess the pharmacodynamic effects of XARELTO requires calibration and should not be done unless XARELTO-specific calibrators and controls are available (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

Although there is no need to monitor anticoagulation effect of XARELTO during routine clinical practice, in certain infrequent situations such as overdosage, acute bleeding, urgent surgery, in cases of suspected non-compliance, or in other unusual circumstances, assessment of the anticoagulant effect of rivaroxaban may be appropriate. Accordingly, measuring PT using the Neoplastin reagent, or Factor-Xa assay using rivaroxaban-specific calibrators and controls, may be useful to inform clinical decisions in these circumstances.

### ADVERSE REACTIONS

### Prevention of VTE after THR or TKR

The safety of XARELTO (rivaroxaban) 10 mg has been evaluated in three randomized, double-blind, active-control Phase III studies (RECORD 1, RECORD 2, and RECORD 3). In the Phase III studies, 4657 patients undergoing total hip replacement or total knee replacement surgery were randomized to XARELTO, with 4571 patients actually receiving XARELTO.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254117**

In RECORD 1 and 2, a total of 2209 and 1228 THR patients, respectively, were randomized to XARELTO 10 mg od. In RECORD 1, the treatment period for both groups was 35±4 days postoperatively. In RECORD 2, patients randomized to XARELTO were treated for 35 ±4 days postoperatively, and patients randomized to enoxaparin received placebo after day 12±2 until day 35±4 postoperatively. In RECORD 3, a total of 1220 TKR patients were randomized to XARELTO 10 mg od, and both groups received study drug until day 12±2 postoperatively.

## Treatment of VTE and Prevention of Recurrent DVT and PE

The safety of XARELTO has been evaluated in three phase III trials with 4556 patients treated up to 21 months and exposed to either 15 mg XARELTO twice daily for 3 weeks followed by 20 mg once daily (EINSTEIN DVT, EINSTEIN PE) or 20 mg once daily (EINSTEIN Extension). The mean treatment duration was 194 days in EINSTEIN DVT, 183 days in EINSTEIN PE and 188 days in EINSTEIN Extension.

The incidence of adverse events resulting in permanent discontinuation of study drug was 5.0% for XARELTO and 4.4% for enoxaparin/VKA (pooled data from EINSTEIN DVT and EINSTEIN PE), and 6.5% for XARELTO and 3.4% for placebo (EINSTEIN Extension).

## Prevention of Stroke and Systemic Embolism in Patients with Atrial Fibrillation (SPAF)

In the pivotal double-blind ROCKET AF study, a total of 14,264 patients with atrial fibrillation at risk for stroke and systemic embolism were randomly assigned to treatment with either rivaroxaban (7,131) or warfarin (7,133) in 45 countries. Patients received XARELTO 20 mg orally once daily (15 mg orally once daily in patients with moderate renal impairment [CrCl: 30-49 mL/min]) or dose-adjusted warfarin titrated to a target INR of 2.0 to 3.0. The safety population included patients who were randomized and took at least 1 dose of study medication. In total, 14,236 patients were included in the safety population, with 7,111 and 7,125 patients in rivaroxaban and warfarin groups, respectively. The median time on treatment was 19 months and overall treatment duration was up to 41 months.

The incidence of adverse events resulting in permanent discontinuation of study drug was 15.8% in the rivaroxaban group and 15.2% in the warfarin group.

### Bleeding

Due to the pharmacological mode of action, XARELTO is associated with an increased risk of occult or overt bleeding from any tissue and organ (see **WARNINGS AND PRECAUTIONS Bleeding**, and **Drug Interactions**). The risk of bleeding may be increased in certain patient groups, eg, patients with uncontrolled severe arterial hypertension and/or on concomitant medication affecting hemostasis (see Table 2). The signs, symptoms, and severity (including fatal outcome) will vary according to the location and degree or extent of the bleeding and/or anemia. Hemorrhagic complications may present as weakness, paleness, dizziness, headache or unexplained swelling, dyspnea, and unexplained shock. In some cases as a consequence of anemia, symptoms of cardiac ischemia like chest pain or angina pectoris have been observed. Known complications secondary to severe bleeding such as compartment syndrome and renal failure due to hypoperfusion have been reported for XARELTO. Therefore, the possibility of a hemorrhage should be considered in evaluating the medical condition in any anticoagulated patient.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**                                                    XARELTO_BPAG_01254118

Major or severe bleeding may occur and, regardless of location, may lead to disabling, life-threatening or even fatal outcomes.

Since the adverse event profiles of the patient populations treated with XARELTO for different indications are not interchangeable, a summary description of major and total bleeding is provided by indication, in Table 3 for VTE prevention in patients undergoing elective THR or TKR surgery, in Table 4 for Treatment of VTE and prevention of recurrent DVT and PE, and in Table 5 for stroke prevention in atrial fibrillation.

**Table 3 - RECORD 1, 2, and 3 – Treatment-Emergent Bleeding Events (Safety Population with Central Adjudication) in Patients Randomized to XARELTO (First Dose 6 to 8 Hours Postoperatively) or Enoxaparin (First Dose 12 Hours Preoperatively)**

| | | Major Bleeding[a] n (%) | Major Bleeding Including Surgical Site Bleeding Events Associated With Hemoglobin Drops or Transfusions n (%) | Any Bleeding (Major or Nonmajor) n (%) |
|---|---|---|---|---|
| RECORD 1 (THR) | XARELTO (N=2209) 10 mg od po for 35±4 days | 6 (0.3) | 40 (1.8) | 133 (6.0) |
| | Enoxaparin (N=2224) 40 mg od SC for 36±4 days | 2 (0.1) | 33 (1.5) | 131 (5.9) |
| | P-Value | 0.18 | 0.41 | 0.90 |
| RECORD 2 (THR) | XARELTO (N=1228) 10 mg od po for 35±4 days | 1 (0.1) | 23 (1.9) | 81 (6.6) |
| | Enoxaparin (N=1229) 40 mg od SC for 12±2 days | 1 (0.1) | 19 (1.6) | 68 (5.5) |
| | P-Value | 1.00 | 0.54 | 0.273 |
| RECORD 3 (TKR) | XARELTO (N=1220) 10 mg od po for 12±2 days | 7 (0.6) | 21 (1.7) | 60 (4.9) |
| | Enoxaparin (N=1239) 40 mg od SC for 13±2 days | 6 (0.5) | 17 (1.4) | 60 (4.8) |
| | P-Value | 0.79 | 0.52 | 1.00 |
| Pooled Analysis (RECORD 1, 2, 3) | XARELTO (N=4657) | 14 (0.3) | 84 (1.8) | 274 (5.9) |
| | Enoxaparin (N=4692) 40 mg od SC | 9 (0.2) | 69 (1.5) | 259 (5.5) |
| | P-Value | 0.31 | 0.22 | 0.48 |

a   Major bleeding events included: (1) fatal, (2) bleeding into a critical organ (eg, retroperitoneal, intracranial, intraocular or intraspinal bleeding/hemorrhagic puncture), (3) bleeding requiring reoperation, (4) clinically overt extra-surgical site bleeding associated with ≥2 g/dL fall in hemoglobin or leading to infusion of ≥2 units of whole blood or packed cells.
See Table 17 and Table 19 for additional details.
od = once daily, po = oral,  SC = subcutaneous

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254119**

Table 4 - Treatment-Emergent Bleeding Events and Results – Safety Population with Central Adjudication - Pooled Analysis, EINSTEIN DVT, EINSTEIN PE

| Bleeding event | Pooled EINSTEIN DVT and EINSTEIN PE | | | EINSTEIN Extension | |
|---|---|---|---|---|---|
| | XARELTO N=4130 | Enox/VKA N=4116 | HR (95%CI) P-value for superiority | 20 mg od N=598 | Placebo N=590 |
| | n (%) | n (%) | | n (%) | n (%) |
| Major and Clinically Relevant Non-major Bleeding[a] | 388 (9.4%) | 412 (10.0%) | 0.93 (0.81-1.06) P=0.27 | 36 (6.0) | 7 (1.2) |
| Major bleeding[b] | 40 (1.0%) | 72 (1.7%) | 0.54 (0.37-0.80) P=0.0018* | 4 (0.7)[b] | 0 |
| Fatal Bleeding | 3 (<0.1%) | 8 (0.2%) | - | 0 | 0 |
| Intracranial | 2 (<0.1%) | 4 (<0.1%) | - | 0 | 0 |
| Non-Fatal Critical Organ Bleeding | 10 (0.2%) | 29 (0.7%) | - | 0 | 0 |
| Intracranial | 3 (<0.1%) | 10 (0.2%) | - | 0 | 0 |
| Non-Fatal Non-Critical Organ Bleeding (Fall in Hb ≥ 2 g/dL and/or Transfusions ≥ 2 Units | 27 (0.7%) | 37 (0.9%) | - | 4 | 0 |
| Gastrointestinal | 12 (0.3%) | 20 (0.5%) | - | 3 | 0 |
| Clinically Relevant Non-Major Bleeding | 357 (8.6%) | 357 (8.7%) | 0.99 (0.85-1.14) P=0.84 | 32 (5.4)[b] | 7 (1.2) |

a    Primary safety outcome for Pooled EINSTEIN DVT and EINSTEIN PE.
b    Primary safety outcome for EINSTEIN Extension. Major bleeding event was defined as overt bleeding associated with a fall in hemoglobin of 2 g/dL or more; or leading to a transfusion of 2 or more units of packed red blood cells or whole blood; or that occurred in a critical site: intracranial, intraocular, pericardial, intra-articular, intramuscular with compartment syndrome, retroperitoneal; or contributing to death. In EINSTEIN Extension, some patients had more than one event.
See Table 3 for definition of other footnotes.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254120

Clinically relevant non-major bleeding pooled from both EINSTEIN DVT and EINSTEIN PE from a mucosal site occurred in 7.2 % of patients in the XARELTO group and 6.0 % of subjects in the enoxaparin/VKA group.  Major bleeding from a mucosal site was observed in 0.6 % of the XARELTO group and 0.7 % of the enoxaparin/VKA group.

**Table 5 – ROCKET AF –Time to the First Occurrence of Bleeding Events While on Treatment (up to Last Dose Plus 2 Days) - Safety Analysis**

| | XARELTO | Warfarin | |
|---|---|---|---|
| | n (%/year) | n (%/year) | HR (95% CI); *P*-value |
| Major and Non-major Clinically Relevant Bleeding | 1475  (14.91) | 1449  (14.52) | 1.03 (0.96,1.11); 0.442 |
| Major Bleeding[a] | 395  (3.60) | 386  (3.45) | 1.04 (0.90,1.20); 0.576 |
| Hemoglobin Drop | 305  (2.77) | 254  (2.26) | 1.22 (1.03,1.44); 0.019* |
| Transfusion (> 2 units) | 183  (1.65) | 149  (1.32) | 1.25 (1.01,1.55); 0.044* |
| Critical Organ Bleed | 91  (0.82) | 133  (1.18) | 0.69 (0.53,0.91); 0.007* |
| Intracranial Hemorrhage | 55  (0.49) | 84  (0.74) | 0.67 (0.47, 0.94); 0.019* |
| Fatal Bleed | 27  (0.24) | 55  (0.48) | 0.50 (0.31,0.79); 0.003* |
| Non-major Clinically Relevant Bleeding | 1185  (11.80) | 1151  (11.37) | 1.04 (0.96,1.13); 0.345 |

a    See Table 3 and Table 4 for definition of other footnotes.
*    Statistically significant at nominal 0.05 (two-sided)
See Table 25, Table 29, and Table 31 for additional details.

Mucosal major bleeding was more common in the XARELTO group (2.4%/year) as compared to the warfarin group (1.6%/year; HR 1.52 (1.25, 1.83) *P* < 0.001). Most of the mucosal major bleeding was from a gastrointestinal site.

Intracranial hemorrhage and upper gastrointestinal hemorrhage resulting in death were observed in 24/55 (43.6%) and 1/204 (0.5%) XARELTO patients who experienced these adverse events, respectively, compared to 42/84 (50.0%) and 3/125 (2.4%) warfarin patients who experienced these same events, respectively.

### Clinical Trial Adverse Drug Reactions

*Because clinical trials are conducted under very specific conditions, the adverse reaction rates observed in the clinical trials may not reflect the rates observed in practice and should not be compared to the rates in the clinical trials of another drug. Adverse drug reaction information from clinical trials is useful for identifying drug-related adverse events and for approximating rates.*

The most common treatment-emergent adverse events in the three Phase III studies for VTE prevention in elective THR and TKR surgery are presented below in Table 6.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254121

Table 6 – Treatment-Emergent Adverse Drug Reactions Occurring in >1% of Any Treatment Group – Pooled Data of RECORD 1, 2, 3 – (Patients Valid for Safety Analysis[a])

| | XARELTO (N=4571) | | Enoxaparin (N=4601) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Blood and lymphatic system disorders** | | | | |
| Thrombocythemia (including platelet count increased) | 77 | (1.68) | 86 | (1.87) |
| **Gastrointestinal disorders** | | | | |
| Nausea | 402 | (8.79) | 402 | (8.74) |
| Diarrhea | 101 | (2.21) | 134 | (2.91) |
| Abdominal and gastrointestinal pain (including upper abdominal pain, stomach discomfort) | 88 | (1.93) | 88 | (1.91) |
| Dyspepsia (including epigastric discomfort) | 40 | (0.88) | 49 | (1.06) |
| Vomiting | 371 | (8.12) | 392 | (8.52) |
| Constipation | 293 | (6.41) | 319 | (6.93) |
| **General Disorders and Administration Site Conditions** | | | | |
| Fever | 420 | (9.19) | 427 | (9.28) |
| Decreased general strength and energy (including asthenia, fatigue) | 56 | (1.23) | 45 | (0.98) |
| Edema peripheral | 190 | (4.16) | 160 | (3.48) |
| **Injury, poisoning, and post-procedural complications** | | | | |
| Anemia (including laboratory parameter) | 263 | (5.75) | 292 | (6.35) |
| Post procedural hemorrhage | 200 | (4.38) | 192 | (4.17) |
| Wound secretion | 125 | (2.73) | 92 | (2.00) |
| **Investigations** | | | | |
| Increase in LDH | 37 | (0.81) | 49 | (1.06) |
| Increase in transaminases | 123 | (2.69) | 190 | (4.13) |
| Increase in Gamma-glutamyltransferase | 74 | (1.62) | 121 | (2.63) |
| Increase in alkaline phosphatase | 35 | (0.77) | 56 | (1.22) |
| **Musculoskeletal, Connective Tissue, and Bone Disorders** | | | | |
| Pain in extremity | 74 | (1.62) | 55 | (1.20) |
| **Nervous System Disorders** | | | | |
| Dizziness | 149 | (3.26) | 142 | (3.09) |
| Headache | 105 | (2.30) | 96 | (2.09) |
| Syncope (including loss of consciousness) | 71 | (1.55) | 37 | (0.80) |
| **Skin and subcutaneous tissue disorders** | | | | |
| Pruritus (including uncommon cases of generalized pruritus) | 97 | (2.12) | 73 | (1.59) |
| Rash | 56 | (1.23) | 57 | (1.24) |
| **Vascular disorders** | | | | |
| Hypotension (including blood pressure decreased) | 146 | (3.19) | 147 | (3.19) |
| Haematoma | 47 | (1.03) | 53 | (1.15) |

Note:   Incidence = number of events/number at risk, where: number of events = number of patients reporting the event; number at risk = number of patients in reference population
Only treatment emergent adverse events which occurred up to 2 days after the last dose of study medication are included.

a   Started after administration of oral study medication (XARELTO or matching placebo tablet).

The most common treatment-emergent adverse events reported by patients valid for safety analysis in the 3 phase III studies for treatment of VTE and prevention of recurrent DVT and PE are presented in Table 7.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254122

Table 7 - Treatment-Emergent Adverse Reactions occurring in >1% of Any Treatment Group – pooled EINSTEIN DVT (11702 DVT) and EINSTEIN PE (11702 PE); EINSTEIN Extension (11899) - Safety Analysis

| | Pooled EINSTEIN DVT and EINSTEIN PE | | EINSTEIN Extension | |
|---|---|---|---|---|
| | XARELTO (N=4130) n (%) | ENOXAPARIN/VKA (N=4116) n (%) | XARELTO (N=598) n (%) | Placebo (N=590) n (%) |
| **Blood and lymphatic system disorders** | | | | |
| Anemia | 84 (2.03%) | 62 (1.51%) | 4 (0.67%) | 2 (0.34%) |
| **Cardiac disorder** | | | | |
| Tachycardia | 55 (1.33%) | 43 (1.04%) | 2 (0.33%) | 0 |
| **Eye disorders** | | | | |
| Conjunctival hemorrhage | 39 (0.94%) | 47 (1.14%) | 6 (1.00%) | 0 |
| **Gastrointestinal disorders** | | | | |
| Gingival bleeding | 93 (2.25%) | 104 (2.53%) | 11 (1.84%) | 2 (0.34%) |
| Rectal hemorrhage | 90 (2.18%) | 56 (1.36%) | 4 (0.67%) | 4 (0.68%) |
| Abdominal pain | 69 (1.67%) | 53 (1.29%) | 2 (0.33%) | 7 (1.19%) |
| Abdominal pain upper | 71 (1.72%) | 50 (1.21%) | 10 (1.67%) | 1 (0.17%) |
| Constipation | 187 (4.53%) | 174 (4.23%) | 6 (1.00%) | 5 (0.85%) |
| Diarrhea | 179 (4.33%) | 164 (3.98%) | 7 (1.17%) | 8 (1.36%) |
| Dyspepsia | 60 (1.45%) | 54 (1.31%) | 8 (1.34%) | 4 (0.68%) |
| Nausea | 153 (3.70%) | 160 (3.89%) | 7 (1.17%) | 6 (1.02%) |
| Vomiting | 69 (1.67%) | 96 (2.33%) | 3 (0.50%) | 6 (1.02%) |
| **General disorders and administration site conditions** | | | | |
| Pyrexia | 111 (2.69%) | 108 (2.62%) | 5 (0.84%) | 7 (1.19%) |
| Edema peripheral | 128 (3.10%) | 135 (3.28%) | 13 (2.17%) | 17 (2.88%) |
| Asthenia | 61 (1.48%) | 60 (1.46%) | 4 (0.67%) | 6 (1.02%) |
| Fatigue | 90 (2.18 %) | 68 (1.65%) | 6 (1.00%) | 3 (0.51%) |
| **Injury, poisoning and post-procedural complications** | | | | |
| Wound hemorrhage | 59 (1.43%) | 65 (1.58%) | 11 (1.84%) | 7 (1.19 %) |
| Contusion | 145 (3.51%) | 197 (4.79%) | 19 (3.18%) | 16 (2.71%) |
| Subcutaneous hematoma | 44 (1.07%) | 61 (1.48%) | 0 | 2 (0.34%) |
| **Investigations** | | | | |
| Alanine aminotransferase increased | 72 (1.74 %) | 129 (3.13 %) | 2 (0.33%) | 4 (0.68%) |
| Aspartate aminotransferase increased | 32 (0.77%) | 44 (1.07%) | 4 (0.67%) | 3 (0.51%) |
| **Musculoskeletal, connective tissue and bone disorders** | | | | |
| Pain in extremity | 230 (5.57%) | 221 (5.37%) | 29 (4.85%) | 35 (5.93%) |
| **Nervous system disorders** | | | | |
| Headache | 284 (6.88%) | 242 (5.88%) | 18 (3.01%) | 15 (2.54%) |
| Dizziness | 102 (2.47%) | 108 (2.62%) | 6 (1.00%) | 8 (1.36 %) |
| **Renal and urinary disorders** | | | | |
| Hematuria | 111 (2.69%) | 113 (2.75%) | 13 (2.17%) | 2 (0.34%) |
| **Reproductive system and breast disorders** | | | | |
| Menorrhagia[a] | 122 (2.95%) | 64 (1.55%) | 5 (0.84%) | 2 (0.34%) |
| Vaginal hemorrhage | 54 (1.31%) | 23 (0.56%) | 1 (0.17%) | 5 (0.85%) |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254123

Table 7 - Treatment-Emergent Adverse Reactions occurring in >1% of Any Treatment Group – pooled EINSTEIN DVT (11702 DVT) and EINSTEIN PE (11702 PE); EINSTEIN Extension (11899) - Safety Analysis

| | Pooled EINSTEIN DVT and EINSTEIN PE | | EINSTEIN Extension | |
|---|---|---|---|---|
| | XARELTO (N=4130) n (%) | ENOXAPARIN/VKA (N=4116) n (%) | XARELTO (N=598) n (%) | Placebo (N=590) n (%) |
| Respiratory, thoracic and mediastinal disorders | | | | |
| Epistaxis | 307 (7.43%) | 271 (6.58%) | 24 (4.01%) | 11 (1.86%) |
| Hemoptysis | 100 (2.42%) | 98 (2.38%) | 1 (0.17%) | 1 (0.17%) |
| Skin and subcutaneous tissue disorders | | | | |
| Pruritus | 83 (2.01 %) | 58 (1.41%) | 2 (0.33 %) | 2 (0.34%) |
| Rash | 97 (2.35%) | 89 (2.16 %) | 5 (0.84%) | 7 (1.19%) |
| Vascular disorders | | | | |
| Hematoma | 91 (2.20%) | 150 (3.64%) | 7 (1.17%) | 8 (1.36%) |

NB: - Percentages calculated with the number of subjects in each group as denominator

   - Incidence is based on number of subjects, not number of events

   - Treatment-Emergent (pooled EINSTEIN DVT and EINSTEIN PE) = events that start after randomization and up to 2 days after the last dose of study medication

   - Treatment-Emergent (EINSTEIN Extension) = events that start on or after the first dose of study medication and up to 2 days after the last dose of study medication

a   Observed as very common for rivaroxaban in women <55 years in pooled 11702 DVT and 11702 PE studies

The most common identified treatment-emergent adverse drug reactions in the pivotal Phase III study, ROCKET AF, for prevention of stroke and systemic embolism in patients with atrial fibrillation are presented in Table 8.

Table 8 – Treatment-Emergent Adverse Reactions Occurring in >1% of Any Treatment Group – ROCKET AF - Safety Analysis

| | XARELTO (N=7111) | | Warfarin (N=7125) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Blood and lymphatic system disorders | | | | |
| Anemia | 219 | (3.08) | 143 | (2.01) |
| Eye disorders | | | | |
| Conjunctival hemorrhage | 104 | (1.46) | 151 | (2.12) |
| Gastrointestinal disorders | | | | |
| Diarrhea | 379 | (5.33) | 397 | (5.57) |
| Gingival bleeding | 263 | (3.70) | 155 | (2.18) |
| Nausea | 194 | (2.73) | 153 | (2.15) |
| Rectal hemorrhage | 149 | (2.10) | 102 | (1.43) |
| Abdominal pain upper | 127 | (1.79) | 120 | (1.68) |
| Vomiting | 114 | (1.60) | 111 | (1.56) |
| Dyspepsia | 111 | (1.56) | 91 | (1.28) |
| Abdominal pain | 107 | (1.50) | 118 | (1.66) |
| Gastrointestinal hemorrhage | 100 | (1.41) | 70 | (0.98) |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254124

Table 8 – Treatment-Emergent Adverse Reactions Occurring in >1% of Any Treatment Group – ROCKET AF - Safety Analysis

| | XARELTO (N=7111) | | Warfarin (N=7125) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **General Disorders and Administration Site Conditions** | | | | |
| Edema peripheral | 435 | (6.12) | 444 | (6.23) |
| Fatigue | 223 | (3.14) | 221 | (3.10) |
| Asthenia | 125 | (1.76) | 106 | (1.49) |
| Pyrexia | 72 | (1.01) | 87 | (1.22) |
| **Injury, poisoning and post-procedural complications** | | | | |
| Contusion | 196 | (2.76) | 291 | (4.08) |
| **Investigations** | | | | |
| Alanine aminotransferase increased | 144 | (2.03) | 112 | (1.57) |
| **Musculoskeletal, Connective Tissue, and Bone Disorders** | | | | |
| Pain in extremity | 191 | (2.69) | 208 | (2.92) |
| **Nervous System Disorders** | | | | |
| Dizziness | 433 | (6.09) | 449 | (6.30) |
| Headache | 324 | (4.56) | 363 | (5.09) |
| Syncope | 130 | (1.83) | 108 | (1.52) |
| **Renal and urinary disorders** | | | | |
| Hematuria | 296 | (4.16) | 242 | (3.40) |
| **Respiratory tract disorders** | | | | |
| Epistaxis | 721 | (10.14) | 609 | (8.55) |
| Hemoptysis | 99 | (1.39) | 100 | (1.40) |
| **Skin and subcutaneous tissue disorders** | | | | |
| Ecchymosis | 159 | (2.24) | 234 | (3.28) |
| Pruritus | 120 | (1.69) | 118 | (1.66) |
| Rash | 112 | (1.58) | 129 | (1.81) |
| **Vascular disorders** | | | | |
| Hematoma | 216 | (3.04) | 330 | (4.63) |
| Hypotension | 141 | (1.98) | 130 | (1.82) |

NB: Incidence is based on number of subjects, not number of events
    Treatment-Emergent = events that start on or after the first dose of study medication and up to 2 days after the last dose of study medication

## Less Common Clinical Trial Adverse Drug Reactions

Incidence is ≥0.1% to <1% unless specified.

### VTE Prevention in Elective THR and TKR Surgery

**Cardiac Disorders**: tachycardia

**Gastrointestinal Disorders:** dry mouth, gastrointestinal tract hemorrhage (including gingival bleeding, rectal hemorrhage, hematemesis)

**General Disorders and Administration Site Conditions:** feeling unwell (including malaise), localized edema

**Hepatobiliary Disorders:** abnormal hepatic function (≥0.01% to <0.1%)

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254125

**Immune System Disorders:** hypersensitivity, anaphylaxis, allergic edema and angioedema, dermatitis allergic

**Investigations:** bilirubin conjugated increased (with or without concomitant increase of ALT) (≥0.01% to <0.1%), blood bilirubin increased, increased amylase, increased lipase

**Renal and Urinary Disorders**: renal impairment (including serum creatinine increased, blood urea increased)

**Respiratory Tract Disorders:** epistaxis

**Skin and Subcutaneous Tissue Disorders**: contusion, urticaria (including rare cases of generalized urticaria)

**Vascular Disorders**: urogenital tract hemorrhage

*Treatment of VTE and Prevention of Recurrent DVT and PE:*

Incidence is ≥0.1% to <1% (pooled EINSTEIN DVT, EINSTEIN PE and EINSTEIN Extension) unless specified. Patients rolled over from EINSTEIN DVT or EINSTEIN PE into EINSTEIN Extension are considered as one patient (N=4556).

**Cardiac disorder:** tachycardia

**Gastrointestinal Disorders:** gastrointestinal hemorrhage, hematochezia, hemorrhoidal hemorrhage, melena, mouth hemorrhage, abdominal discomfort, abdominal pain lower, dry mouth

**General Disorders and Administration Site Conditions:** asthenia, feeling abnormal, malaise

**Hepatobiliary Disorders:** hepatic function abnormal

**Immune System Disorders:** hypersensitivity

**Injury, poisoning and post-procedural complications:** post-procedural hemorrhage, traumatic hematoma, traumatic hemorrhage, subcutaneous haematoma

**Investigations:** hemoglobin decreased, aspartate aminotransferase increased, liver function test abnormal, hepatic enzyme increased, transaminases increased, blood bilirubin increased, bilirubin conjugated increased (with or without concomitant increase of ALT), gamma-glutamyl transferase increased, blood alkaline phosphatase increased

**Nervous System Disorders:** syncope, cerebral and intra cranial haemorrhage (≥0.01% to <0.1%)

**Reproductive system and breast disorders:** menometrorrhagia, metrorrhagia

**Skin and Subcutaneous Tissue Disorders:** urticaria, ecchymosis, skin hemorrhage, dermatitis allergic (≥0.01% to <0.1%)

**Vascular Disorders:** hypotension

In other clinical studies with XARELTO, occurrences of vascular pseudoaneurysm formation following percutaneous intervention have been observed. Very rare cases of adrenal hemorrhage have been reported.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER                                                      XARELTO_BPAG_01254126

*Prevention of Stroke and Systemic Embolism in Patients with Atrial Fibrillation (SPAF)*

**Cardiac disorders:** tachycardia

**Eye disorders:** eye hemorrhage, vitreous hemorrhage

**Gastrointestinal Disorders:** melena, upper gastrointestinal hemorrhage, hemorrhoidal hemorrhage, hematochezia, mouth hemorrhage, lower gastrointestinal hemorrhage, anal hemorrhage, gastric ulcer hemorrhage, gastritis hemorrhagic, gastric hemorrhage, hematemesis, abdominal discomfort, abdominal pain lower, dry mouth

**General Disorders and Administration Site Conditions:** malaise

**Hepatobiliary Disorders:** hepatic function abnormal, hyperbilirubinemia, jaundice (≥0.01% to <0.1%)

**Immune System Disorders:** hypersensitivity, anaphylaxis (≥0.01% to <0.1%), allergic edema and angioedema

**Injury, Poisoning, and Post-procedural Complications:** post-procedural hemorrhage, wound hemorrhage, traumatic hematoma, incision site hemorrhage, subdural hematoma, subcutaneous hematoma, periorbital hematoma

**Investigations:** hemoglobin decreased, hematocrit decreased, blood bilirubin increased, liver function test abnormal, aspartate aminotransferase increased, hepatic enzyme increased, blood urine present, creatinine renal clearance decreased, blood creatinine increased, blood urea increased, blood alkaline phosphatase increased, lipase increased, bilirubin conjugated increased (with or without concomitant increase of ALT) (≥ 0.01% to < 0.1%)

**Musculoskeletal, Connective Tissue, and Bone Disorders:** hemarthrosis, muscle hemorrhage (≥0.01% to <0.1%)

**Nervous system disorders:** loss of consciousness, hemorrhagic stroke, hemorrhage intracranial

**Renal and urinary disorders:** renal impairment

**Reproductive system disorders:** vaginal hemorrhage, metrorrhagia

**Skin and Subcutaneous Tissue Disorders:** dermatitis allergic, rash pruritic, rash erythemateous, rash generalized, pruritus generalized, urticaria, skin hemorrhage

**Vascular disorders:** hemorrhage, bleeding varicose vein

<u>**Postmarketing Adverse Drug Reactions**</u>

The following adverse reactions have been identified during post-approval use of XARELTO. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

**Blood and the Lymphatic System Disorders:** agranulocytosis, thrombocytopenia

**Hepatobiliary Disorders:** cholestasis, hepatitis (including hepatocellular injury)

**Immune System Disorders:** anaphylaxis, allergic edema and angioedema (with or without urticaria)

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**Skin and Subcutaneous Tissue Disorders:** Stevens-Johnson syndrome

<u>**Abnormal Hematologic and Clinical Chemistry Findings**</u>

In Phase III clinical trials, in VTE prevention, Treatment of VTE and prevention of recurrent DVT and PE, and SPAF the incidence of increases in transaminases in the XARELTO and comparator arms were similar, see Table 6, Table 7, and Table 8 above.

## DRUG INTERACTIONS

XARELTO (rivaroxaban) neither inhibits nor induces CYP 3A4 or any other major CYP isoenzymes.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. Care should be taken if patients are treated concomitantly with drugs affecting hemostasis such as nonsteroidal anti-inflammatory drugs (NSAIDs), acetylsalicylic acid, and platelet aggregation inhibitors. Due to the increased bleeding risk, generally avoid concomitant use with other anticoagulants (see **WARNINGS AND PRECAUTIONS – Bleeding**).

<u>**Drug-Drug Interactions**</u>

The use of XARELTO is contraindicated in patients receiving concomitant **systemic** treatment with strong inhibitors of **both** CYP 3A4 and P-gp such as ketoconazole, itraconazole, posaconazole, or ritonavir). These drugs may increase XARELTO plasma concentrations to a clinically relevant degree, ie, 2.6-fold on average, which may lead to bleeding. The azole anti-mycotic, fluconazole, a moderate CYP 3A4 inhibitor, has less effect on rivaroxaban exposure and may be co-administered with caution (see **CONTRAINDICATIONS**, and **WARNINGS AND PRECAUTIONS – Drug Interactions**.

In the ROCKET AF clinical trial in patients with atrial fibrillation, no apparent increase in major bleeding was observed in patients in whom amiodarone, a moderate CYP 3A4 inhibitor, was co-administered with rivaroxaban.

Drugs strongly inhibiting only one of the XARELTO elimination pathways, either CYP 3A4 or P-gp, are expected to increase XARELTO plasma concentrations to a lesser extent. The expected increase is considered less clinically relevant, see Table 9.

Table 9 – Established or Potential Drug-Drug Interactions

| Concomitant Drug Class: Drug Name | Reference | Effect | Clinical Comment |
|---|---|---|---|
| Azole antimycotic: ketoconazole | CT | Co-administration of XARELTO with the azole-antimycotic ketoconazole (400 mg od) a strong CYP 3A4 and P-gp inhibitor, led to a 2.6-fold increase in mean XARELTO steady state AUC and a 1.7-fold increase in mean XARELTO $C_{max}$, with significant increases in its pharmacodynamic effects. | **The use of XARELTO is contraindicated in patients receiving systemic treatment with ketoconazole (see CONTRAINDICATIONS and WARNINGS AND PRECAUTIONS – Drug Interactions and Renal Impairment).** |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254128

Table 9 – Established or Potential Drug-Drug Interactions

| Concomitant Drug Class: Drug Name | Reference | Effect | Clinical Comment |
|---|---|---|---|
| fluconazole | CT | Administration of the moderate CYP 3A4 inhibitor fluconazole (400 mg once daily) led to a 1.4-fold increase in mean XARELTO AUC and a 1.3-fold increase in mean $C_{max}$. | No dose adjustment is required. |
| Protease inhibitor: ritonavir | CT | Co-administration of XARELTO with the HIV protease inhibitor ritonavir (600 mg bid), a strong CYP 3A4 and P-gp inhibitor, led to a 2.5-fold increase in mean XARELTO AUC and a 1.6-fold increase in mean XARELTO $C_{max}$, with significant increases in its pharmacodynamic effects. | **The use of XARELTO is contraindicated in patients receiving systemic treatment with ritonavir (see CONTRAINDICATIONS and WARNINGS AND PRECAUTIONS – Drug Interactions and Renal Impairment).** |
| Anti-infectives: erythromycin | CT | Erythromycin (500 mg tid), which inhibits CYP 3A4 and P-gp moderately, led to a 1.3-fold increase in mean XARELTO AUC and $C_{max}$. | No dose adjustment is required. |
| clarithromycin | CT | Clarithromycin (500 mg bid), considered a strong CYP 3A4 inhibitor and moderate P-gp inhibitor, led to a 1.5-fold increase in mean rivaroxaban, and a 1.4-fold increase in $C_{max}$. | The use of XARELTO in combination with clarithromycin may increase the risk of bleeding particularly in patients with underlying disease conditions, and elderly. Caution is required. |
| rifampicin | CT | Co-administration of XARELTO with the strong CYP 3A4 and P-gp inducer rifampicin led to an approximate 50% decrease in mean XARELTO AUC, with parallel decreases in its pharmacodynamic effects. | Strong CYP 3A4 inducers should generally be avoided in combination with XARELTO, as such use can be expected to result in inadequate anticoagulation. |
| Anticonvulsants: phenytoin carbamazepine phenobarbital | T | The concomitant use of XARELTO with strong CYP 3A4 inducers (eg, phenytoin, carbamazepine, or phenobarbital) may also lead to a decreased XARELTO plasma concentration. | Strong CYP 3A4 inducers should generally be avoided in combination with XARELTO, as such use can be expected to result in inadequate anticoagulation. |
| Nonsteroidal Anti-inflammatory Drugs (NSAID): naproxen | CT | Co-administration with naproxen did not affect XARELTO bioavailability and pharmacokinetics. No clinically relevant prolongation of bleeding time was observed when 500 mg naproxen was pre-administered 24 hours before concomitant administration of single doses of XARELTO 15 mg and naproxen 500 mg in healthy subjects. | Concomitant use with XARELTO may increase the risk of bleeding. Promptly evaluate any signs or symptoms of blood loss (see WARNINGS AND PRECAUTIONS – Drug Interactions). |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254129

Table 9 – Established or Potential Drug-Drug Interactions

| Concomitant Drug Class: Drug Name | Reference | Effect | Clinical Comment |
|---|---|---|---|
| acetylsalicylic acid (ASA) | CT | No clinically significant pharmacokinetic or pharmacodynamic interactions were observed when 500 mg ASA was pre-administered 24 hours before concomitant administration of single doses of XARELTO 15 mg and ASA 100 mg in healthy subjects. | Concomitant use with XARELTO increases the risk of bleeding. Promptly evaluate any signs or symptoms of blood loss (see WARNINGS AND PRECAUTIONS – Drug Interactions).<br><br>For patients in the ROCKET AF trial, concomitant ASA use (almost exclusively at 100 mg or less) was identified as an independent risk factor for major bleeding with both XARELTO and warfarin. |
| Antiplatelet drugs: clopidogrel | CT | In two drug interaction studies of 11 and 13 healthy subjects, clopidogrel 300 mg was pre-administered 24 hours before concomitant administration of single doses of XARELTO 15 mg and clopidogrel 75 mg in healthy subjects. Clopidogrel with or without XARELTO led to an approximately 2-fold increase in the median bleeding time (normal range 2 - 8 minutes). In these studies, between 30% and 40% of subjects who received both XARELTO and clopidogrel had maximum bleeding times of up to 45 minutes. XARELTO alone did not lead to a change in bleeding time at 4 hours or 2 days after administration. There was no change in the pharmacokinetics of either drug. | Concomitant use with XARELTO increases the risk of bleeding. Promptly evaluate any signs or symptoms of blood loss (see WARNINGS AND PRECAUTIONS – Drug Interactions). |
| Antithrombotic: enoxaparin | CT | After combined administration of enoxaparin (40 mg single dose) with XARELTO (10 mg single dose), an additive effect on anti-Factor-Xa activity was observed, without any additional effects on clotting tests (PT, aPTT). Enoxaparin did not affect the bioavailability and pharmacokinetics of XARELTO. | Co-administration of XARELTO at doses ≥10 mg with other anticoagulants or antithrombotic therapy has not been adequately studied in clinical trials. Due to the increased bleeding risk, generally avoid concomitant use with other anticoagulants (see WARNINGS AND PRECAUTIONS – Drug Interactions). |

Legend: CT=Clinical Trial; T=Theoretical

No pharmacokinetic interaction was observed between warfarin and XARELTO.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254130

There were no mutual pharmacokinetic interactions observed between XARELTO and midazolam (substrate of CYP 3A4), digoxin (substrate of P-gp), or atorvastatin (substrate of CYP 3A4 and P-gp).

Co-administration of the proton pump inhibitor, omeprazole, the $H_2$-receptor antagonist, ranitidine, the antacid, aluminum hydroxide / magnesium hydroxide, or naproxen, clopidogrel, or enoxaparin did not affect XARELTO bioavailability or pharmacokinetics.

### Drug-Food Interactions

XARELTO 10 mg may be taken with or without food. XARELTO 15 mg and 20 mg should be taken with food (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacokinetics**).

Grapefruit juice is a moderate CYP 3A4 inhibitor. Therefore, an increase in XARELTO exposure following grapefruit juice consumption is not expected to be clinically relevant.

### Drug-Herb Interactions

The concomitant use of XARELTO with strong CYP 3A4 inducers (eg, St. John's Wort) may lead to a decreased XARELTO plasma concentration. Strong CYP 3A4 inducers should generally be avoided in combination with XARELTO, as such use can be expected to result in inadequate anticoagulation.

### Drug-Laboratory Interactions

Although various clotting parameter tests (PT, aPTT, Heptest®) are affected by the mode of action of XARELTO, none of these clotting tests have been demonstrated to reliably assess the anticoagulant activity of rivaroxaban following XARELTO administration under usual conditions (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**, and **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

The prothrombin time (PT), measured in seconds, is influenced by XARELTO in a dose-dependent way with a close correlation to plasma concentrations if the Neoplastin® reagent is used. In patients who are bleeding, measuring the PT (Neoplastin® reagent) in seconds, but not INR, may be useful to assist in determining an excess of anticoagulant activity (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**).

### DOSAGE AND ADMINISTRATION

As for any non-vitamin K oral anticoagulant (NOAC) drug, before initiating XARELTO (rivaroxaban), ensure that the patient understands and is prepared to accept adherence to NOAC therapy, as directed.

Determine estimated creatinine clearance (eCrCl) in all patients before instituting XARELTO (rivaroxaban), and monitor renal function during XARELTO treatment, as clinically appropriate. Determination of renal function by eCrCL should occur at least once per year, and especially during circumstances when renal function may be expected to be compromised, ie, acute myocardial infarction (AMI), acute decompensated heart failure (AHF), increased use of diuretics, dehydration, hypovolemia, etc. Clinically relevant deterioration of renal function may require dosage adjustment or discontinuation of XARELTO (see below, *Renal Impairment*).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254131**

Glomerular filtration rate may be estimated by calculating eCrCl, using the Cockroft-Gault formula:

eCrCl (mL/min)=

in males:  $\dfrac{(140\text{-age}) \text{ (years) x weight (kg) x } 1.23}{\text{serum creatinine (}\mu\text{mol/L)}}$    or,    $\dfrac{(140\text{-age}) \text{ (yrs) x weight (kg)}}{72 \text{ x serum creatinine (mg/100 mL)}}$

in females: $\dfrac{(140\text{-age}) \text{ (years) x weight (kg) x } 1.04}{\text{serum creatinine (}\mu\text{mol/L)}}$    or,    $\dfrac{(140\text{-age}) \text{ (yrs) x weight (kg) x } 0.85}{72 \text{ x serum creatinine (mg/100 mL)}}$

### Recommended Dose and Dosage Adjustment

#### Prevention of VTE after THR or TKR

The recommended dose is one 10 mg tablet once daily. XARELTO 10 mg may be taken with or without food. The initial dose should be taken within 6 to 10 hours after surgery, provided that hemostasis has been established. If hemostasis is not established, treatment should be delayed.

The duration of administration depends on the type of surgery:

- After elective THR surgery, patients should be administered XARELTO for 35 days.
- After elective TKR surgery, patients should be administered XARELTO for 14 days.

#### Treatment of VTE and Prevention of recurrent DVT and PE

**XARELTO is NOT recommended as an alternative to unfractionated heparin in patients with acute pulmonary embolus who are haemodynamically unstable, or who may receive thrombolysis or pulmonary embolectomy, since the safety and efficacy of XARELTO have not been established in these clinical situations (see INDICATIONS AND CLINICAL USE).**

The recommended dose for the initial treatment of acute DVT or PE is 15 mg twice daily (one tablet in the morning and one in the evening) for the first 3 weeks followed by 20 mg once daily for the continued treatment and prevention of recurrent DVT and PE. The recommended maximum daily dose is 30 mg during the first 3 weeks of treatment and 20 mg thereafter.

XARELTO 15 mg and 20 mg tablets should be taken with food.

The duration of therapy should be individualised after careful assessment of the treatment benefit against the risk of bleeding. Short duration of therapy (at least 3 months) should be based on transient risk factors (e.g. recent surgery, trauma, immobilisation) and extended duration should be based on permanent risk factors or idiopathic DVT or PE.

#### Prevention of Stroke and Systemic Embolism in Patients with Atrial Fibrillation

The recommended dose is one 20 mg tablet of XARELTO taken once daily with food (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacokinetics**, *Absorption*).

For patients with moderate renal impairment (CrCl 30 – 49 mL/min), the recommended dose is 15 mg once daily with food (see **Renal Impairment** below).

The recommended maximum daily dose is 20 mg.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254132

**Acute myocardial infarction (AMI):** Consideration should be given to discontinuing XARELTO in the setting of acute myocardial infarction should the treatment of myocardial infarction involve invasive procedures, such as percutaneous coronary revascularization, or coronary artery bypass surgery. Similar consideration should be given if thrombolytic therapy is to be initiated, because bleeding risk may increase. Patients with acute myocardial infarction should be treated according to current clinical guidelines. In this setting, XARELTO may be resumed, when deemed clinically appropriate, for the prevention of stroke and systemic embolism upon completion of these revascularization procedures.

Concomitant use of ASA or clopidogrel with XARELTO in patients with atrial fibrillation increases the risk of bleeding. Concomitant use of ASA or other antiplatelet agents based on medical need to prevent myocardial infarction should be undertaken with caution. Close clinical surveillance is recommended.

**Other situations requiring thrombolytic therapy:** XARELTO should be discontinued in situations such as acute ischemic stroke where current clinical practice calls for administering thrombolytic therapy. XARELTO treatment may be subsequently resumed as soon as is deemed clinically appropriate. Measurement of a PT time, in seconds, using the Neoplastin reagent, may inform therapeutic decision-making (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**).

**Concomitant use with antiplatelet agents**: The concomitant use of XARELTO with antiplatelet agents increases the risk of bleeding (see **WARNINGS AND PRECAUTIONS – Bleeding**). If concomitant antiplatelet therapy is contemplated for indications related to coronary artery disease, a careful assessment of the potential risks should be made against potential benefits, weighing risk of increased bleeding against expected benefit.

**Cardioversion:** Few patients in ROCKET AF underwent electrical cardioversion for atrial fibrillation. The utility of XARELTO for preventing post-cardioversion stroke and systemic embolism is unknown.

*Hepatic Impairment*

XARELTO is contraindicated in patients with hepatic disease (including Child-Pugh Class B and C) associated with coagulopathy, and having clinically relevant bleeding risk. Patients with severe hepatic impairment or chronic hepatic disease were excluded from pivotal clinical trials.

The limited clinical data for patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity. XARELTO should be used with caution in these patients (see **CONTRAINDICATIONS – WARNINGS AND PRECAUTIONS – Hepatic Impairment**, and **ACTION AND CLINICAL PHARMACOLOGY – Hepatic Insufficiency**).

The limited data available for patients with mild hepatic impairment without coagulopathy indicate that there is no difference in pharmacodynamic response or pharmacokinetics as compared to healthy subjects.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254133**

*Renal Impairment*

Table 10 – Dosage and Administration for Patients According to Renal Function

| Creatinine Clearance (CrCl) Indication | Normal >80 mL/min | Mild 50-80 mL/min | Moderate 30-49 mL/min | Severe < 30 mL/min |
|---|---|---|---|---|
| Prevention of VTE After THR or TKR | 10 mg od | | 10 mg od | XARELTO is not recommended |
| Treatment of VTE and Prevention of Recurrent DVT and PE | 15 mg bid for 3 weeks, followed by 20 mg od | | 15 mg bid for 3 weeks, followed by 20 mg od | |
| Prevention of Stroke and Systemic Embolism in Patients with Atrial Fibrillation | 20 mg od | | 15 mg od | |

od=once daily, bid=twice daily

XARELTO should be used with caution in patients receiving other drugs which increase XARELTO plasma concentrations. Physicians should consider the benefit/risk of anticoagulant therapy before administering XARELTO to patients with moderate renal impairment with a creatinine clearance close to the severe renal impairment category (CrCl <30 mL/min) or with a potential to have deterioration of renal function during therapy. Renal function should be followed carefully in these patients (see **WARNINGS AND PRECAUTIONS – Renal Impairment**, and **DRUG INTERACTIONS – Drug-Drug Interactions**).

There are limited safety data in patients with severe renal impairment (CrCl <30 mL/min) as these patients were excluded from pivotal Phase III trials.

Patients who develop acute renal failure while on XARELTO should discontinue such treatment.

XARELTO 15 mg and 20 mg tablets should be taken with food (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacokinetics, Absorption**).

*Gender, Race, or Body Weight*

No dose adjustment is required (see **ACTION AND CLINICAL PHARMACOLOGY – Gender, Race, and Different Weight Categories**).

*Geriatrics (>65 years of age)*

No dose adjustment is generally required for the elderly. Increasing age may be associated with declining renal function (see **WARNINGS AND PRECAUTIONS – Renal Impairment**, and **DOSAGE AND ADMINISTRATION – Renal Impairment**).

*Pediatrics (<18 years of age)*

The safety and efficacy of XARELTO have not been established in children less than 18 years of age; therefore, XARELTO is not recommended in this patient population.

*Switching from Parenteral Anticoagulants to XARELTO*

XARELTO can be started when the infusion of full-dose intravenous heparin is stopped or 0 to 2 hours before the next scheduled injection of full-dose subcutaneous low-molecular-weight

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254134

heparin (LMWH) or fondaparinux. In patients receiving prophylactic heparin, LMWH or fondaparinux, XARELTO can be started 6 or more hours after the last prophylactic dose.

### Switching from XARELTO to Parenteral Anticoagulants

Discontinue XARELTO and give the first dose of parenteral anticoagulant at the time that the next XARELTO dose was scheduled to be taken.

### Switching from Vitamin K Antagonists (VKA) to XARELTO

To switch from a VKA to XARELTO, stop the VKA and determine the INR. If the INR is $\leq 2.5$, start XARELTO at the usual dose. If the INR is $> 2.5$, delay the start of XARELTO until the INR is $\leq 2.5$ (see **Considerations for INR Monitoring of VKA Activity during Concomitant XARELTO Therapy**).

### Switching from XARELTO to a VKA

As with any short-acting anticoagulant, there is a potential for inadequate anticoagulation when transitioning from XARELTO to a VKA. It is important to maintain an adequate level of anticoagulation when transitioning patients from one anticoagulant to another.

XARELTO should be continued concurrently with the VKA until the INR is $\geq 2.0$. For the first 2 days of the conversion period, the VKA can be given in the usual starting doses without INR testing (see **Considerations for INR Monitoring of VKA Activity during Concomitant XARELTO Therapy**). Thereafter, while on concomitant therapy, the INR should be tested just prior to the next dose of XARELTO, as appropriate. XARELTO can be discontinued once the INR is >2.0. Once XARELTO is discontinued, INR testing may be done at least 24 hours after the last dose of XARELTO, and should then reliably reflect the anticoagulant effect of the VKA.

### Considerations for INR Monitoring of VKA Activity during Concomitant XARELTO Therapy

In general, after starting VKA therapy, the initial anticoagulant effect is not readily apparent for at least 2 days, while the full therapeutic effect is achieved in 5–7 days. Consequently, INR monitoring in the first 2 days after starting a VKA is rarely necessary. Likewise, the INR may remain increased for a number of days after stopping VKA therapy.

Although XARELTO therapy will lead to an elevated INR, depending on the timing of the measurement (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**), the INR is not a valid measure to assess the anticoagulant activity of XARELTO. The INR is only calibrated and validated for VKA and should not be used for any other anticoagulant, including XARELTO.

When switching patients from XARELTO to a VKA, the INR should only be used to assess the anticoagulant effect of the VKA, and not that of XARELTO. Therefore, while patients are concurrently receiving XARELTO and VKA therapy, if the INR is to be tested, it should not be before 24 hours after the previous dose of XARELTO, and should be just prior to the next dose of XARELTO, since at this time the remaining XARELTO concentration in the circulation is too low to have a clinically important effect on the INR. If INR testing is done earlier than just prior to the next dose of XARELTO, the reported INR will not reflect the anticoagulation effect of the VKA only, because XARELTO use may also affect the INR, leading to aberrant readings (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254135**

*Missed Dose*

It is essential to adhere to the dosage schedule provided.

- XARELTO 10 mg, 15 mg, or 20 mg tablets taken **once** a day:

  If a dose is missed, the patient should take XARELTO immediately and continue on the following day with the once daily intake as before.  A double dose should not be taken to make up for a missed tablet.

- XARELTO 15 mg taken **twice** a day:

  If a dose is missed during the 15 mg twice daily treatment phase the patient should take the next dose immediately to ensure the intake of 30 mg total dose per day. In this case two 15 mg tablets may be taken at once. The following day the patient should continue with the regular 15 mg twice daily intake schedule as recommended.

## OVERDOSAGE

For management of suspected drug overdose, contact your regional Poison Control Centre.

Overdose following administration of XARELTO (rivaroxaban) may lead to hemorrhagic complications due to its pharmacodynamic properties.

Rare cases of overdose up to 600 mg have been reported without bleeding complications or other adverse reactions. No further increase in average plasma exposure is expected due to limited absorption at supratherapeutic doses of 50 mg or above because of a solubility ceiling effect.

A specific antidote for XARELTO is not available. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Administration of activated charcoal up to 8 hours after overdose may reduce the absorption of XARELTO.

Due to the high plasma protein binding, XARELTO is not expected to be removed by dialysis (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacokinetics**, *Distribution*).

### Management of Bleeding

In the event of hemorrhagic complications in a patient receiving XARELTO, treatment should be temporarily discontinued, and the source of bleeding investigated. XARELTO has a half-life of approximately 5 to 13 hours (see **ACTION AND CLINICAL PHARMACOLOGY – Pharmacokinetics**). Consideration should be given to the resumption of antithrombotic therapy when clinically appropriate to adequately control risk of underlying thrombosis.

Management of bleeding should be individualised according to the severity and location of the hemorrhage. Appropriate symptomatic treatment should be used as needed, such as mechanical compression (eg, for severe epistaxis), surgical hemostasis with bleeding control procedures, fluid replacement and hemodynamic support, blood products (packed red cells or fresh frozen plasma, depending on associated anemia or coagulopathy) or platelets.

If bleeding cannot be controlled by the above measures, consider administration of one of the following procoagulants:

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254136**

- activated prothrombin complex concentrate (APCC), eg., FEIBA
- prothrombin complex concentrate (PCC)
- recombinant Factor-VIIa (rFVIIa)

However, there is currently only very limited experience with the use of these products in individuals receiving XARELTO.

In a randomized, double-blind, placebo-controlled study, a non-activated prothrombin complex concentrate (PCC) given to 6 healthy male subjects who had previously received XARELTO, completely reversed its anticoagulant effect within 15 minutes, based on coagulation tests. Although this study may have important clinical implications, this effect of PCC has not yet been confirmed in patients with active bleeding who have been previously treated with XARELTO.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of XARELTO. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO. There is neither scientific rationale for benefit or experience with the systemic hemostatics, eg, desmopressin and aprotinin in individuals receiving XARELTO.

The prothrombin time (PT), measured in seconds, is influenced by XARELTO in a dose-dependent way with a close correlation to plasma concentrations if the Neoplastin® reagent is used. In patients who are bleeding, measuring the PT (Neoplastin® reagent) may be useful to assist in determining an excess of anticoagulant activity. INR should **NOT** be used to assess the anticoagulant effect of XARELTO (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**, and **ACTION AND CLINICAL PHARMACOLOGY – Pharmacodynamics**).

## ACTION AND CLINICAL PHARMACOLOGY

### Mechanism of Action

XARELTO (rivaroxaban) is a highly selective, direct, antithrombin independent Factor-Xa inhibitor with high oral bioavailability.

Activation of Factor-X to Factor-Xa (FXa) via the intrinsic and extrinsic pathway plays a central role in the cascade of blood coagulation. FXa directly converts prothrombin to thrombin through the prothrombinase complex and, ultimately, this reaction leads to fibrin clot formation and activation of platelets by thrombin. One molecule of FXa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade. In addition, the reaction rate of prothrombinase-bound FXa increases 300,000-fold compared to that of free FXa and causes an explosive burst of thrombin generation. Selective inhibitors of FXa can terminate the amplified burst of thrombin generation, thereby diminishing thrombin-mediated activation of coagulation.

### Pharmacodynamics

There is a clear correlation between plasma rivaroxaban concentration and the degree of anticoagulant effect. The maximal effect ($E_{max}$) of rivaroxaban on pharmacodynamic parameters occurs at the same time as $C_{max}$.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254137**

- A dose-dependent inhibition of Factor-Xa (FXa) activity was observed over the complete dose range closely following the pharmacokinetic profiles which provides the 'proof of mechanism' in humans. Inhibition of FXa activity versus rivaroxaban plasma concentration follows a maximum effect ($E_{max}$) model. There is a close correlation between FXa inhibition and plasma concentrations with an r value of 0.97.

  FXa assay tests require calibration and should not be used unless rivaroxaban-specific calibrators and controls are available.

- Prothrombin time (PT), measured in seconds, is influenced by rivaroxaban in a dose-dependent way with a close correlation to plasma concentrations (r = 0.98) if the Neoplastin® reagent is used. Other reagents would provide different results.

  Although XARELTO therapy will lead to an elevated INR, depending on the timing of the measurement, the INR is not a valid measure to assess the anticoagulant activity of XARELTO. The INR is only calibrated and validated for VKA and should not be used for any other anticoagulant (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**).

  In patients who are bleeding, measuring the PT (Neoplastin® reagent) may be useful to assist in determining an excess of anticoagulant activity (see **WARNINGS AND PRECAUTIONS – Monitoring and Laboratory Tests**).

  Figure 1 and Figure 2 below show the relative measured effects of rivaroxaban 20 mg once daily for the PT test using the Neoplastin® reagent (Figure 1) and that expressed by the INR (Figure 2).



**Figure 1: PT Prolongation (Neoplastin® reagent): Relative prolongation expressed as median of ratio to baseline with warfarin / rivaroxaban treatment and rivaroxaban alone, following last day of warfarin (Day -1) and 4 days of 20 mg rivaroxaban od, PD set, n=84**

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254138



**Figure 2: INR prolongation: Relative prolongation expressed as median of ratio to baseline with warfarin/ rivaroxaban treatment and rivaroxaban alone, following last day of warfarin (Day -1) and 4 days of 20 mg rivaroxaban od, PK/PD set, n=84**

The usual expected effect of XARELTO on PT when the Neoplastin® reagent is used is shown in Table 11 below.

Table 11 – PT (Neoplastin® reagent) by Indication, Following XARELTO Administration

| Indication | XARELTO Dosage | Range of (5/95 percentile) $C_{max}$ PT (Neoplastin®) | Plasma concentration $C_{max}$ (µg/l) | Range of (5/95 percentile) PT $C_{trough}$ Neoplastin® | Plasma concentration $C_{trough}$ (µg/l) |
|---|---|---|---|---|---|
| Prevention of VTE After THR or TKR[a] | 10 mg od | 13 to 25 seconds[a] | 101 $(7-273)^a$ | 12-17 seconds[c] | 14 $(4-51)^c$ |
| Treatment of VTE and Prevention of Recurrent DVT and PE[a] | 15 mg bid | 17 to 32 seconds[a] | --- | 14–24 seconds[e] | --- |
| | 20 mg od | 15 to 30 seconds[a] | 215 $(22-535)^a$ | 13–20 seconds[d] | 32 $(6-239)^d$ |
| Prevention of Stroke in Patients with Atrial Fibrillation[b] | 15 mg od | 10 to 50 seconds[b] | 229 $(178-313)^b$ | 12–26 seconds[e] | 57 $(18-136)^e$ |
| | 20 mg od | 14 to 40 seconds[b] | 249 $(184-343)^b$ | 11–26 seconds[e] | 44 $(12-137)^e$ |

a    2 to 4 hours after drug administration ($t_{max}$)
b    1 to 4 hours after drug administration ($t_{max}$)
c    8 to 16 hours after drug administration ($t_{min}$)
d    18 to 30 hours after drug administration ($t_{min}$)
e    16 to 32 hours after drug administration ($t_{min}$)

- The activated partial thromboplastin time (aPTT) is prolonged dose-dependently; however, the slope is rather flat and does not allow a sufficient discrimination at the relevant plasma

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254139

concentrations. Therefore, aPTT is not considered to be adequate for following the pharmacodynamic effects. The r value for aPTT is 0.99.

- Heptest® is prolonged dose-dependently and correlates closely with plasma concentrations, following a curvilinear model. Despite the r value of 0.99 for the relation to plasma concentrations, the Heptest® is not considered optimal to assess the pharmacodynamic effects due to the curvilinear relationship.

### *QT Prolongation*

No QTc prolonging effects were observed in healthy men and women older than 50 years. The treatment difference in QTcF 3 hours post-dose in comparison to placebo as well as QTcF, QTcI and QT analyses at the time of $t_{max}$ and for post-dose changes in mean and maximum QTcF did not show any dose-related QTcF prolongation at both the 45 mg and the 15 mg dose of rivaroxaban. All changes in LS-means, including their 95% CI, were below 5 milliseconds.

### Pharmacokinetics

### *Absorption*

The absolute bioavailability of rivaroxaban is approximately 100% for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake.

Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose. XARELTO 10 mg tablets can be taken with or without food. Due to reduced extent of absorption an oral bioavailability of 66% was determined for the 20 mg tablet under fasting conditions. When XARELTO 20 mg tablets are taken together with food, increases in mean AUC by 39% were observed when compared to tablet intake under fasting conditions, indicating almost complete absorption and high oral bioavailability.

Under fed conditions, bioavailability of rivaroxaban 10 mg, 15 mg and 20 mg tablets demonstrated dose-proportionality. XARELTO 15 mg and 20 mg tablets should be taken with food (see **DOSAGE AND ADMINISTRATION**, and **DETAILED PHARMACOLOGY – Absorption and Bioavailability**).

Rivaroxaban pharmacokinetic parameters behave in a linear fashion; no evidence of undue accumulation beyond steady-state was seen after multiple doses.

Interindividual variability (CV%) of rivaroxaban pharmacokinetics ranges from 30% to 40%. This may be increased on the day of surgery and on the following day when interindividual variability is 70%.

**Table 12 – Summary of PK Parameters After Oral Administration of 10 mg of Rivaroxaban in Humans**

| | $C_{max}$ [µg/L] | $t_{1/2}$ [h] | AUC [µg*h/L] | Clearance, Urinary Excretion | Volume of Distribution |
|---|---|---|---|---|---|
| Healthy (Young) Subjects | ~114[a] | 5-9 | ~817 | CLsys = ~10 L/h CL_R = 3 – 4 L/h Ae_ur = 30% - 40% | $V_{ss}$ = ~50 L |
| Patients | ~125 | 7-11 | ~1170 | N/A (no IV data)[b] Ae_ur = 22% | N/A (no IV data) |

a = 2 – 4 hours after drug administration ($t_{max}$)

b = not available

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254140

AUC = area under the plasma-concentration time curve; $Ae_{ur}$ = amount of drug excreted unchanged into urine; $CL_{sys}$ = systemic clearance (after intravenous administration); $CL_R$ = renal clearance; $C_{max}$ = maximum plasma concentration; $t_{1/2}$ = terminal elimination half-life; $t_{max}$ = time to reach $C_{max}$; $V_{ss}$ = volume of distribution at steady state

### Distribution

Plasma protein binding in humans is high at approximately 92% to 95%, with serum albumin being the main binding component. The volume of distribution is moderate with $V_{ss}$ being approximately 50 L.

### Metabolism

Rivaroxaban is eliminated by metabolic degradation (approximately 2/3 of the administered dose) as well as by direct renal excretion of unchanged compound (approximately 1/3). Rivaroxaban is metabolized via CYP 3A4, CYP 2J2, and CYP-independent mechanisms. Oxidative degradation of the morpholinone moiety and hydrolysis of the amide bonds are the major sites of biotransformation.

### Excretion

Rivaroxaban and metabolites have a dual route of elimination (via renal and fecal routes).

The clearance and excretion of rivaroxaban are as follows:

- 1/3 of the active drug is cleared as unchanged drug by the kidneys

- 1/3 of the active drug is metabolized to inactive metabolites and then excreted by the kidneys

- 1/3 of the active drug is metabolized to inactive metabolites and then excreted by the fecal route

Based on in vitro investigations, rivaroxaban is a substrate of the transporter proteins P-gp (P-glycoprotein) and BCRP (breast cancer resistance protein).

Unchanged rivaroxaban is the most important compound in human plasma with no major or active circulating metabolites being present. With a systemic clearance of about 10 L/h rivaroxaban can be classified as low-clearance drug. Elimination of rivaroxaban from plasma occurred with terminal half-lives of 5 to 9 hours in young individuals and with terminal half-lives of 11 to 13 hours in the elderly.

### Geriatrics (>65 years of age)

Clinical studies have been conducted in older ages, with results of prolonged terminal half-lives (11 to 13 hours in elderly versus 5 to 9 hours in young subjects) accompanied by increases of XARELTO exposure (approximately 50%) compared to young healthy subjects. This difference may be due to reduced renal function in the elderly (see **CONTRAINDICATIONS, WARNINGS AND PRECAUTIONS – Renal Impairment**, and **DOSAGE AND ADMINISTRATION – Renal Impairment**).

### Gender

There were no clinically relevant differences in pharmacokinetics between male and female patients (see **DETAILED PHARMACOLOGY – Gender**).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

*Race*

No clinically relevant interethnic differences among Caucasian, African-American, Hispanic, Japanese or Chinese patients were observed regarding pharmacokinetics and pharmacodynamics (see **DETAILED PHARMACOLOGY – Race**).

*Hepatic Insufficiency*

A Phase I study investigated the influence of impaired hepatic function in cirrhotic patients (Child-Pugh Class A or B, number of patients 8 per group) on the pharmacodynamics and pharmacokinetics of a single dose of rivaroxaban.

In patients with mild hepatic impairment (Child-Pugh Class A), there was no difference as compared to healthy volunteers with respect to either pharmacodynamics (inhibition of Factor-Xa activity [1.08-fold for AUC and 0.98-fold for $E_{max}$]), prolongation of prothrombin time (1.02-fold for AUC and 1.06-fold for $E_{max}$), or pharmacokinetics (both total and unbound AUC [1.15 for total and 0.91-fold increase for unbound] and $C_{max}$ [0.97 for total and 0.78-fold for unbound]).

Child-Pugh Class B patients had lower baseline Factor-Xa activity levels (0.64 U/mL) compared to healthy subjects and Child-Pugh Class A patients (0.85 U/mL, for both patient populations). Inhibition of Factor-Xa activity was more pronounced in Child-Pugh Class B patients compared to both healthy subjects and Child-Pugh Class A patients. The increase of inhibition was 2.6-fold $AUC_{(0-tn)}$ and 1.2-fold maximal effect ($E_{max}$). The group difference was statistically significant, both for $AUC_{(0-tn)}$ ($P <0.01$) as well as for $E_{max}$ ($P <0.05$) of inhibition of Factor-Xa activity. In line with these results, a relevant difference in prolongation of PT was observed between healthy subjects and Child-Pugh Class B patients. The increase of prolongation was 2.1-fold ($AUC_{(0-tn)}$) and 1.4-fold ($E_{max}$). A statistically significant group-difference was observed for $AUC_{(0 tn)}$ ($P <0.0004$) as well as $E_{max}$ ($P <0.0001$).

Pharmacokinetic parameters also indicated a significant increase in Child-Pugh Class B patients as compared to healthy volunteers both on AUC pharmacokinetics (both total and unbound AUC [2.27-fold for total and 2.57-fold increase for unbound]) and $C_{max}$ (1.27-fold for total and 1.38-fold for unbound).

A PK/PD analysis showed that the slope of the prothrombin time/plasma concentration correlation is increased by more than 2-fold for Child-Pugh Class B patients as compared to healthy volunteers. Since the global clotting test PT assesses the extrinsic pathway that is comprised of the coagulation Factor-VII, Factor-X, Factor-V, Factor-II, and Factor-I which are synthesized in the liver, impaired liver function can also result in prolongations of PT in the absence of anticoagulant therapy.

The PK/PD changes observed in Child-Pugh Class B patients are markers for the severity of the underlying hepatic disease which is expected to lead to a subsequent increased bleeding risk in this patient group.

XARELTO is contraindicated in patients with hepatic disease (including Child-Pugh Class B and C) associated with coagulopathy, and having clinically relevant bleeding risk (see **CONTRAINDICATIONS, and WARNINGS AND PRECAUTIONS – Hepatic Impairment**).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254142

*Renal Insufficiency*

As active rivaroxaban is partially cleared via the kidneys (30% to 40% of the dose), there is a direct but moderate correlation of systemic exposure to rivaroxaban with degree of renal impairment.

In a Phase I study, following oral single dosing with rivaroxaban 10 mg in subjects with mild (CrCl 50 – 79 mL/min), moderate (CrCl 30 – 49 mL/min), or severe (CrCl 15 – 29 mL/min) renal impairment, rivaroxaban plasma concentrations (AUC) were increased 1.4-, 1.5-, and 1.6-fold, respectively compared to healthy subjects with normal renal function (CrCl $\geq$80 mL/min).

The overall inhibition of Factor-Xa activity ($AUC_{(0-48h)}$ of effect versus time) was increased in these groups by a factor of 1.5, 1.9, and 2.0, respectively. The relative prolongation of prothrombin time (PT) was also affected by renal impairment and showed even more pronounced effects. $AUC_{(0-48h)}$ of effect versus time was increased by a factor of 1.3, 2.2, and 2.4, respectively.

In Phase II, rivaroxaban plasma concentrations (AUC) were increased 1.2- and 1.5-fold in subjects with mild and moderate renal impairment respectively compared to healthy subjects with normal renal function and the peak inhibition of Factor-Xa activity ($AUC_{(0-48h)}$ of effect versus time) was increased in these groups by a factor of 1.0 and 1.3 respectively. In a pooled analysis of Phase III THR or TKR subjects with mild and moderate renal impairment, the peak PT was increased by 1.0-, and 1.1-fold compared to subjects with normal renal function.

In Phase II (VTE treatment), rivaroxaban plasma concentrations (AUC) were 1.3- and 1.5-fold in subjects with mild and moderate renal impairment, respectively, compared to subjects with normal renal function. In phase III subjects (VTE treatment) with mild renal impairment, the peak PT was increased by 1.1-fold, and 1.2-fold for moderate renal impairment compared to subjects with normal renal function.

In patients with atrial fibrillation evaluated in Phase III, the peak PT was increased by 1.2-fold for both mild and moderate renal impairment compared to subjects with normal renal function.

There was no evidence of substantial drug accumulation in patients with mild or moderate renal impairment.

*Different Weight Categories*

Extremes in body weight (<50 kg or >120 kg) of patients taking a 10 mg tablet caused less than a 25% change in the plasma concentration of XARELTO (see **DETAILED PHARMACOLOGY – Body Weight**).

**STORAGE AND STABILITY**

Store at 15°C to 30°C.

Store in a safe place out of the reach of children.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254143**

## DOSAGE FORMS, COMPOSITION AND PACKAGING[1]

### Excipients

Cellulose microcrystalline, croscarmellose sodium, hypromellose 5 cP, lactose monohydrate, magnesium stearate, sodium lauryl sulfate

### Film-coating

Ferric oxide red, hypromellose 15 cP, polyethylene glycol, titanium dioxide

### 10 mg Tablets:

Film-coated, round, biconvex, light red immediate release tablets of 6 mm diameter for oral use.

Each tablet has the Bayer Cross on one side and 10 and a triangle on the other side.

XARELTO (rivaroxaban) 10 mg tablets are supplied in HDPE bottles of 50 and 120, and in blisters of 10, 30, and 100.

### 15 mg Tablets:

Film-coated, round, biconvex, red immediate release tablets of 6 mm diameter for oral use.

Each tablet has the Bayer Cross on one side and 15 and a triangle on the other side.

XARELTO tablets 15 mg are supplied in HDPE bottles of 90 and blisters of 28, 42 and 100.

### 20 mg Tablets:

Film-coated, round, biconvex, brown-red immediate release tablets of 6 mm diameter for oral use.

Each tablet has the Bayer Cross on one side and 20 and a triangle on the other side.

XARELTO tablets 20 mg are supplied in HDPE bottles of 90 and blisters of 28, 84 and 100.

---

[1] Not all presentations may be available in Canada.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254144**

## PART II : SCIENTIFIC INFORMATION

### PHARMACEUTICAL INFORMATION

#### Drug Substance

| | |
|---|---|
| **Proper Name:** | Rivaroxaban |
| **Common Name:** | 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophene-carboxamide |
| **Molecular Formula and Molecular Mass:** | $C_{19} H_{18} Cl N_3 O_5 S$<br>435.89 |
| **Structural Formula:** |  |

**Physicochemical Properties:** Rivaroxaban is a pure (S)-enantiomer. It is an odorless, nonhygroscopic, white to yellowish powder. Rivaroxaban is practically insoluble in water (7 mg/L, pure water) and remains so in aqueous acidic medium (5 mg/L, in 0.1 M and 0.01 M hydrochloric acid) or buffer systems, pH 3 to 9 (5 mg/L)

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254145**

## CLINICAL TRIALS

### Prevention of VTE after THR or TKR

The pivotal studies were designed to demonstrate the efficacy of XARELTO (rivaroxaban) for the prevention of venous thromboembolic events (VTE), ie, proximal and distal deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing elective total hip replacement (THR) or total knee replacement (TKR) surgery. A once daily dose of 10 mg was selected for all Phase III studies in the prevention of VTE in patients undergoing THR or TKR surgery, based on clinical data generated in Phase II studies. Over 9,500 patients (7,050 in THR surgery; 2,531 in TKR surgery) were studied in these controlled randomized double-blind studies (RECORD 1, 2, and 3).

### *Pivotal Studies*

The RECORD 1 and 3 studies were multicenter, multinational, prospective, double-blind, double-dummy studies in patients randomized to XARELTO or to enoxaparin, see Table 13. A non-inferiority was adopted with the pre-specification that, if non-inferiority was shown, a second analysis would be undertaken to determine if the efficacy of XARELTO was superior to that of enoxaparin. RECORD 1 was conducted in patients undergoing elective THR surgery while RECORD 3 was conducted in patients undergoing elective TKR surgery. In both studies, XARELTO 10 mg once daily started not earlier than 6 hours postoperatively was compared with an enoxaparin dosage regimen of 40 mg once daily started 12 hours preoperatively, as recommended in many countries worldwide. The dose of enoxaparin sodium approved for use in thromboprophylaxis in conjunction with elective THR or TKR surgery in Canada is subcutaneous 30 mg twice daily with the first dose to be administered 12 to 24 hours postoperatively. The primary endpoint was Total VTE a composite of any DVT (distal or proximal), nonfatal PE, or death from any cause. The main secondary endpoint was Major VTE, a composite endpoint comprising proximal DVT, nonfatal pulmonary embolism (PE), and VTE-related death. Other pre-specified secondary efficacy endpoints included the incidence of DVT (any thrombosis, including proximal and distal) and the incidence of symptomatic VTE.

Men and women of 18 years or older scheduled for elective surgery could be enrolled provided that they had no active or high risk of bleeding or other conditions contraindicating treatment with low-molecular-weight heparin, no significant liver disease, were not pregnant or breastfeeding women, or were not using HIV-protease inhibitors.

In RECORD 1 and 3, demographic and surgical characteristics were similar between the two groups except for a significantly larger number of females in RECORD 3 (XARELTO 70% and enoxaparin 66%, $P = 0.03$). The reasons for exclusion of patients from various analyses in both studies were also similar.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254146

Table 13 – Summary of the Pivotal Studies for the Prevention of Venous Thromboembolic Events (VTE) in Patients Undergoing Elective Total Hip Replacement (THR) or Total Knee Replacement (TKR) Surgery

| Study | Study Design | Treatment Regimen | Patient Populations |
|---|---|---|---|
| RECORD 1[a] | THR patients prospectively randomized to XARELTO or enoxaparin; noninferiority, double-blind, double-dummy design; multinational study. | **XARELTO**<br>10 mg od oral for 35±4 days (first dose administered 6 to 8 h postoperatively)<br><br>**Enoxaparin**<br>40 mg od SC for 36±4 days (first dose administered 12 h preoperatively) | Randomized<br>4541 (2266 XARELTO, 2275 enoxaparin)<br>Safety Population<br>4433 (2209 XARELTO, 2224 enoxaparin)<br>mITT<br>3153 (1595 XARELTO, 1558 enoxaparin)<br>mITT (for Major VTE)<br>3364 (1686 XARELTO, 1678 enoxaparin)<br>Per Protocol<br>3029 (1537 XARELTO, 1492 enoxaparin) |
| RECORD 3[a] | TKR patients prospectively randomized to XARELTO or enoxaparin; noninferiority, double-blind, double-dummy design; multinational study. | **XARELTO**<br>10 mg od oral for 12±2days (first dose administered 6 to 8 h postoperatively)<br><br>**Enoxaparin**<br>40 mg od SC for 13±2 days (first dose administered 12 h preoperatively) | Randomized<br>2531 (1254 XARELTO, 1277 enoxaparin)<br>Safety Population<br>2459 (1220 XARELTO, 1239 enoxaparin)<br>mITT<br>1702 (824 XARELTO, 878 enoxaparin)<br>mITT (for Major VTE)<br>1833 (908 XARELTO, 925 enoxaparin)<br>Per Protocol<br>1631 (793 XARELTO, 838 enoxaparin) |

a   The mean age of patients in RECORD 1 and 3 was 63.2±11.4, and 67.6±9 years, respectively.
Safety population = The safety population comprised those patients who received at least 1 dose of study drug.
   mITT = A subject was considered valid for the modified intent-to-treat (MITT) analysis if the subject was (1) valid for safety analysis; (2) had undergone the appropriate surgery; and (3) had an adequate assessment of thromboembolism.
mITT (for Major VTE) = A subject was valid for MITT analysis of major VTE, if the subject was (1) valid for safety analysis; (2) had undergone the appropriate surgery; and (3) had an adequate assessment of thromboembolism for major VTE.
Per Protocol = the per-protocol (PP) population was to include patients who were (1) valid for the MITT analysis; (2) had an adequate assessment of thromboembolism that, in case of a positive finding, was done not later than 36 h after stop of active study drug, in case of no finding, was done not later than 72 h after the end of active study drug; and (3) had no major protocol deviations.
Major VTE = composite of proximal DVT, nonfatal PE, or VTE-related death
od = once daily
SC = subcutaneous

The results of the non-inferiority analysis of Total VTE for RECORD 1 and 3 are presented in Table 14. For the primary efficacy analysis, the difference between the incidences in the XARELTO group and the enoxaparin group were estimated, after stratification according to country using the Mantel-Haenszel weighting, and the corresponding asymptotic two-sided 95% confidence interval was determined. Tests for non-inferiority and superiority were both based on the 95% confidence interval. Non-inferiority was shown if the lower limit of the CI was above the pre-specified non-inferiority margin; -3.5% in RECORD 1 and -4% in RECORD 3.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254147

Table 14 – RECORD 1 (THR) and RECORD 3 (TKR): Non-inferiority Analysis of Total VTE[a], the Primary Composite Efficacy Endpoint, and its Components –Per Protocol (PP)[b] Population Through the Double-Blind Treatment Period

| | RECORD 1 (THR) | | RECORD 3 (TKR) | |
|---|---|---|---|---|
| | XARELTO 10 mg od N=1537 n (%) | Enoxaparin 40 mg od N=1492 n (%) | XARELTO 10 mg od N=793 n (%) | Enoxaparin 40 mg od N=838 n (%) |
| Total VTE[a] (primary composite endpoint) | 13 (0.9%) | 50 (3.4%) | 74 (9.3%) | 152 (18.1%) |
| | Absolute Risk Reduction[c] 2.5% (1.5% to 3.6%; P <0.001) | | Absolute Risk Reduction[c] 8.7% (5.4% to 12.0%; P <0.001) | |
| DVT (proximal and/or distal) | 11 (0.7) | 47 (3.2) | 74 (9.3) | 147 (17.5) |
| Nonfatal PE | 2 (0.1) | 1 (<0.1) | 0 | 3 (0.4) |
| Death from all causes | 1 (<0.1) | 2 (0.1) | 0 | 2 (0.2) |

a   Total VTE = DVT (proximal and/or distal), nonfatal PE, or death from all causes
b   PP = the per-protocol (PP) population was to include patients who were (1) valid for the MITT analysis; (2) had an adequate assessment of thromboembolism that, in case of a positive finding, was done not later than 36 h after stop of active study drug, in case of no finding, was done not later than 72 h after the end of active study drug; and (3) had no major protocol deviations
c   Mantel-Haenszel Weighted Reduction to Enoxaparin (Non-inferiority was shown if the lower limit of the CI was above the pre-specified non-inferiority margin; -3.5% in RECORD 1 and -4% in RECORD 3)

In both pivotal studies, the per-protocol analysis for the primary endpoint showed that XARELTO 10 mg od/day (first dose 6 to 8 hours postoperatively) was not inferior to enoxaparin 40 mg/day (first dose 12 to 24 hours preoperatively).

Since non-inferiority was shown, a pre-specified superiority analysis was undertaken to determine if the efficacy of XARELTO was superior to that of enoxaparin in the modified intent-to-treat population (mITT). The superiority analysis of Total VTE and data for the main secondary endpoint (Major VTE) and other secondary endpoints for RECORD 1 and 3 are presented in Table 15 and Table 16, respectively.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254148

Table 15 – RECORD 1 (THR): Superiority Analysis for Total VTE (Primary Composite Endpoint)[a], Major VTE (Main Secondary Endpoint)[b] and Their Components, and Other Selected Efficacy Endpoints – Modified ITT[c] (MITT) Population Through the Double-Blind Treatment Period

| Parameter | XARELTO 10 mg | | Enoxaparin 40 mg | | Absolute Risk Reduction[d] | P-Value | Relative Risk Reduction | P-Value |
|---|---|---|---|---|---|---|---|---|
| | n/N | % (95% CI) | n/N | % (95% CI) | % (95% CI) | | % (95% CI) | |
| Total VTE | 18/1595 | 1.1% (0.7% to 1.8%) | 58/1558 | 3.7% (2.8% to 4.8%) | 2.6% (1.5% to 3.7%) | <0.001 | 70% (49%-82%) | P <0.001 |
| Major VTE | 4/1686 | 0.2% (0.1% to 0.6%) | 33/1678 | 2.0% (1.4% to 2.8%) | 1.7% (1.0% to 2.5%) | <0.001 | 88% (66%-96%) | P <0.001 |
| Death from all causes | 4/1595 | 0.3% (0.1% to 0.6%) | 4/1558 | 0.3% (0.1% to 0.7%) | 0.0% (-0.4% to 0.4%) | 1.00 | - | - |
| Nonfatal PE | 4/1595 | 0.3% (0.1% to 0.6%) | 1/1558 | 0.1% (<0.1% to 0.4%) | -0.2% (-0.6% to 0.1%) | 0.37 | - | - |
| DVT (proximal and/or distal) | 12/1595 | 0.8% (0.4% to 1.3%) | 53/1558 | 3.4% (2.6% to 4.4%) | 2.7% (1.7% to 3.7%) | <0.001 | - | - |
| Proximal DVT | 1/1595 | 0.1% (<0.1% to 0.4%) | 31/1558 | 2.0% (1.4% to 2.8%) | 1.9% (1.2% to 2.7%) | <0.001 | - | - |
| Distal DVT only | 11/1595 | 0.7% (0.3% to 1.2%) | 22/1558 | 1.4% (0.9% to 2.1%) | 0.7% (0.0% to 1.5%) | 0.04 | - | - |
| VTE-related death | 0/1595 | 0% | 1/1558 | <0.1% | - | - | - | - |
| Symptomatic VTE[e] | 6/2193 | 0.3% (0.1% to 0.6%) | 11/2206 | 0.5% (0.3% to 0.9%) | 0.2% (-0.1% to 0.6%) | 0.22 | - | - |

a   Total VTE = composite of DVT (proximal and/or distal), nonfatal PE, or death from all causes.
b   Major VTE = composite of proximal DVT, nonfatal PE, or VTE-related death
c   MITT = subject valid for safety analysis, has undergone appropriate surgery, has adequate assessment of thromboembolism
d   Mantel-Haenszel Weighted Reduction to Enoxaparin given for all endpoints except nonfatal PE and death from all causes, for which unweighted (exact) estimates were given.  Superiority was shown if the lower limit of the CI was above zero.
e   Safety population for Symptomatic VTE (patients valid for safety analysis who underwent the appropriate surgery). The safety population was used because assessment of symptomatic events is possible in the greater population, regardless of the availability of an adequate venographic assessment.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254149

Table 16 – RECORD 3 (TKR): Superiority Analysis for Total VTE (Primary Composite Endpoint)[a], Major VTE (Main Secondary Endpoint)[b] and Their Components, and Other Selected Efficacy Endpoints – Modified ITT (MITT)[c] Population Through the Double-Blind Treatment Period

| Parameter | XARELTO 10 mg | | Enoxaparin 40 mg | | Absolute Risk Reduction[d] | P-Value | Relative Risk Reduction | P-Value |
|---|---|---|---|---|---|---|---|---|
| | n/N | % (95% CI) | n/N | % (95% CI) | % (95% CI) | | % (95% CI) | |
| Total VTE | 79/824 | 9.6% (7.7% to 11.8%) | 166/878 | 18.9% (16.4% to 21.7%) | 9.2% (5.9% to 12.4%) | <0.001 | 49% (35%–61%) | <0.001 |
| Major VTE | 9/908 | 1.0% (0.5% to 1.9%) | 24/925 | 2.6% (1.7% to 3.8%) | 1.6% (0.4% to 2.8%) | 0.01 | 62% (18%–82%) | 0.016 |
| Death from all causes | 0/824 | 0% (0.0% to 0.5%) | 2/878 | 0.2% (0.0% to 0.8%) | 0.2% (-0.2% to 0.8%) | 0.23 | – | – |
| Nonfatal PE | 0/824 | 0% (0.0% to 0.3%) | 4/878 | 0.5% (0.1% to 1.2%) | 0.5% (0.0% to 1.2%) | 0.06 | – | – |
| DVT (proximal and/or distal) | 79/824 | 9.6% (7.7% to 11.8%) | 160/878 | 18.2% (15.7% to 20.9%) | 8.4% (5.2% to 11.7%) | <0.001 | – | – |
| Proximal DVT | 9/824 | 1.1% (0.5% to 2.1%) | 20/878 | 2.3% (1.4% to 3.5%) | 1.1% (-0.1% to 2.3%) | 0.07 | – | – |
| Distal DVT only | 70/824 | 8.5% (6.7% to 10.6%) | 140/878 | 15.9% (13.6% to 18.5%) | 7.3% (4.3% to 10.4%) | <0.001 | – | – |
| VTE-related death | 0/824 | 0% | 0/878 | 0% | – | – | – | – |
| Symptomatic VTE[e] | 8/1201 | 0.7% (0.3% to 1.3%) | 24/1217 | 2.0% (1.3% to 2.9%) | 1.3% (0.4% to 2.2%) | 0.005 | – | – |

a   Total VTE = composite of DVT (proximal and/or distal), nonfatal PE, or death from all causes.
b   Major VTE = composite of proximal DVT, nonfatal PE, or VTE-related death
c   MITT = subject valid for safety analysis, has undergone appropriate surgery, has adequate assessment of thromboembolism
d   Mantel-Haenszel Weighted Reduction to Enoxaparin given for all endpoints except nonfatal PE and death from all causes, for which unweighted (exact) estimates were given. Superiority was shown if the lower limit of the CI was above zero.
e   Safety population for Symptomatic VTE (patients valid for safety analysis who underwent the appropriate surgery). The safety population was used because assessment of symptomatic events is possible in the greater population, regardless of the availability of an adequate venographic assessment.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254150

The efficacy results of the pre-specified analysis using a modified intent-to-treat population indicate that XARELTO 10 mg administered postoperatively once daily is superior in preventing DVT to enoxaparin 40 mg once daily (first dose 12 hours preoperatively). The Canadian approved dosage regimen for enoxaparin is 30 mg every 12 hours (first dose is to be administered 12 to 24 hours postoperatively). There are no definitive head-to-head studies to compare the safety and efficacy of the Canadian approved enoxaparin dosage regimen to the enoxaparin dosage regimen used in the RECORD 1 and 3 studies.

In the safety population of 3429 patients treated with XARELTO and 3463 patients treated with enoxaparin in the pivotal studies (RECORD 1 and 3), the results observed for bleeding events have been summarized in Table 17. In RECORD 1, serious drug-related treatment-emergent adverse events were reported in 26 (1.2%) for XARELTO and 23 (1.0%) for enoxaparin. In RECORD 3, serious drug-related treatment-emergent adverse events were reported in 26 (2.1%) for XARELTO and 19 (1.5%) for enoxaparin.

Table 17 – RECORD 1 and 3: Detailed Overview of Treatment-Emergent Bleeding Events (Safety Population)[a]

| | RECORD 1 (THR) | | | RECORD 3 (TKR) | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg od N=2209 | Enoxaparin 40 mg od N=2224 | P-Value | XARELTO 10 mg od N=1220 | Enoxaparin 40 mg od N=1239 | P-Value |
| **Any Bleeding** n (%) (95% CI) | 133 (6.0%) (5.1% to 7.1%) | 131 (5.9%) (5.0% to 7.0%) | 0.90 | 60 (4.9%) (3.8%-6.3%) | 60 (4.8%) (3.7%-6.2%) | 1.0 |
| **Major Bleeding**[b] n (%) (95% CI) | 6 (0.3%) (0.1%-0.6%) | 2 (0.1%) (<0.1%-0.3%) | 0.18 | 7 (0.6%) (0.2%-1.2%) | 6 (0.5%) (0.2%-1.1%) | 0.79 |
| Fatal Bleeding[c] | 1 (<0.1%)[b] | 0 (0.0%) | -- | 0 (0.0%) | 0 (0.0%) | -- |
| Bleeding into a critical organ n (%) | 1 (<0.1%) | 0 (0.0%) | -- | 1 (0.1%) | 2 (0.2%) | -- |
| Bleeding leading to reoperation n (%) | 2 (0.1%) | 1 (<0.1%) | -- | 5 (0.4%) | 4 (0.3%) | -- |
| Clinically overt extra-surgical site bleeding leading to a fall in hemoglobin n (%) | 2 (0.1%) | 1 (<0.1%) | -- | 1 (0.1%) | 0 (0.0%) | -- |
| Clinically overt extra-surgical site bleeding leading to transfusion of ≥2 units of blood n (%) | 2 (0.1%) | 1 (<0.1%) | -- | 1 (0.1%) | 0 (0.0%) | -- |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254151

Table 17 – RECORD 1 and 3: Detailed Overview of Treatment-Emergent Bleeding Events (Safety Population)[a]

| | RECORD 1 (THR) | | | RECORD 3 (TKR) | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg od N=2209 | Enoxaparin 40 mg od N=2224 | P-Value | XARELTO 10 mg od N=1220 | Enoxaparin 40 mg od N=1239 | P-Value |
| Nonmajor Bleeding[d] n (%) | 128 (5.8%) | 129 (5.8%) | -- | 53 (4.3%) | 54 (4.4%) | -- |
| Clinically relevant nonmajor bleeding n (%) | 65 (2.9%) | 54 (2.4%) | -- | 33 (2.7%) | 28 (2.3%) | -- |
| Hemorrhagic wound complications[e] n (%) | 34 (1.5%) | 38 (1.7%) | -- | 25 (2.0%) | 24 (1.9%) | -- |

a   Patients may have had more than one type of event, and an event could fall into more than one category; adjudicated treatment-emergent bleeding events included those beginning after the initiation of the study drug and up to 2 days after last dose of the study drug.

b   Major bleeding events included: (1) fatal, (2) bleeding into a critical organ (eg, retroperitoneal, intracranial, intraocular, or intraspinal bleeding/hemorrhagic puncture), (3) bleeding requiring reoperation, (4) clinically overt extra-surgical site bleeding associated with ≥2 g/dL fall in hemoglobin or leading to infusion of ≥2 units of whole blood or packed cells.

c   The event occurred before the administration of the first dose of rivaroxaban.

d   Nonmajor bleeding events were bleeding events that did not fulfill the criteria of major bleeding.

e   Composite of excessive wound hematoma and reported surgical-site bleeding.

### Phase III Supportive Study

RECORD 2 was a randomized, double-blind, double-dummy, prospective study conducted in 2509 randomized patients (safety population = 2457; mITT = 1733) undergoing THR. The aim of RECORD 2 was to assess extended thromboprophylaxis with XARELTO for 35±4 days. RECORD 2 was similar in study design, inclusion/exclusion criteria and endpoints to RECORD 1, except that enoxaparin 40 mg once daily (first dose given preoperatively) was given for a shorter duration (12±2 days) than XARELTO 10 mg od (35±4 days). Comparative efficacy claims to enoxaparin may not be drawn from this study, due to the differences in the treatment duration of XARELTO and enoxaparin.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254152

Table 18 – RECORD 2 (THR): Superiority Analysis for Total VTE (Primary Composite Endpoint)[a], Major VTE (Main Secondary Endpoint)[b] and Their Components, and Other Selected Efficacy Endpoints – Modified ITT[c] (MITT) Population Through the Double-Blind Treatment Period

| Parameter | XARELTO 10 mg od for 35±4 days | | Enoxaparin 40 mg for 12±2 days | | Absolute Risk Reduction | P-Value | Relative Risk Reduction | P-Value |
|---|---|---|---|---|---|---|---|---|
| | n/N | % (95% CI) | n/N | % (95% CI) | % (95% CI) | | % (95% CI) | |
| Total VTE | 17/864 | 2.0% (1.2% to 3.1%) | 81/869 | 9.3% (7.5% to 11.5%) | 7.3% (5.2% to 9.4%) | <0.0001 | 79% (65% to 87%) | <0.001 |
| Major VTE | 6/961 | 0.6% (0.2% to 1.4%) | 49/962 | 5.1% (3.8% to 6.7%) | 4.5% (3.0% to 6.0%) | <0.0001 | 88% (71% to 95%) | <0.001 |
| Death from all causes | 2/864 | 0.2% (<0.1% to 0.8%) | 6/869 | 0.7% (0.3% to 1.5%) | 0.5% (-0.2% to 1.3%) | 0.29 | – | – |
| Nonfatal PE | 1/864 | 0.1% (<0.1% to 0.6%) | 4/869 | 0.5% (0.1% to 1.2%) | 0.3% (-0.2% to 1.1%) | 0.37 | – | – |
| DVT (proximal and/or distal) | 14/864 | 1.6% (0.9% to 2.7%) | 71/869 | 8.2% (6.4% to 10.2%) | 6.5% (4.5% to 8.5%) | <0.0001 | – | – |
| Proximal DVT | 5/864 | 0.6% (0.2% to 1.3%) | 44/869 | 5.1% (3.7% to 6.7%) | 4.5% (2.9% to 6.0%) | <0.0001 | – | – |
| Distal DVT only | 9/864 | 1.0% (0.5% to 2.0%) | 27/869 | 3.1% (2.1% to 4.5%) | 2.0% (0.7% to 3.3%) | 0.0025 | – | – |
| VTE-related death | 0/864 | 0% | 1/869 | 0.1% | – | – | – | – |
| Symptomatic VTE[e] | 3/1212 | 0.2% (<0.1% to 0.7%) | 15/1207 | 1.2% (0.7% to 2.0%) | 1.0% (0.3% to 1.8%) | 0.0040 | – | – |

a   Total VTE = composite of DVT (proximal and/or distal), nonfatal PE, or death from all causes.
b   Major VTE = composite of proximal DVT, nonfatal PE, or VTE-related death
c   MITT = subject valid for safety analysis, has undergone appropriate surgery, has adequate assessment of thromboembolism
d   Mantel-Haenszel Weighted Reduction to Enoxaparin given for all endpoints except nonfatal PE and death from all causes, for which unweighted (exact) estimates were given. Superiority was shown if the lower limit of the CI was above zero.
e   Safety population for Symptomatic VTE (patients valid for safety analysis who underwent the appropriate surgery). The safety population was used because assessment of symptomatic events is possible in the greater population regardless of the availability of an adequate venographic assessment.

XARELTO_BPAG_01254153

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Table 19 – RECORD 2: Detailed Overview of Treatment-Emergent Bleeding Events (Safety Population)[a]

| | XARELTO 10 mg od for 35±4 days N=1228 | Enoxaparin 40 mg od for 12±2 days N=1229 | P-Value |
|---|---|---|---|
| Any Bleeding n (%) (95% CI) | 81 (6.6%) (5.3% to 8.1%) | 68 (5.5%) (4.3% to 7.0%) | 0.27 |
| Major Bleeding[b] n (%) (95% CI) | 1 (0.1%) (0.0–0.5) | 1 (0.1%) (0.0–0.5) | 1.00 |
| Fatal bleeding | 0 (0.0%) | 0 (0.0%) | -- |
| Bleeding into a critical organ n (%) | 0 (0.0%) | 1 (0.1%) | -- |
| Bleeding leading to reoperation n (%) | 0 (0.0%) | 0 (0.0%) | -- |
| Clinically overt extra-surgical site bleeding leading to a fall in hemoglobin n (%) | 1 (0.1%) | 0 (0.0%) | -- |
| Clinically overt extra-surgical site bleeding leading to transfusion of ≥2 units of blood n (%) | 1 (0.1%) | 0 (0.0%) | -- |
| Nonmajor Bleeding[c] n (%) | 80 (6.5%) | 67 (5.5%) | -- |
| Clinically relevant nonmajor bleeding n (%) | 40 (3.3%) | 33 (2.7%) | -- |
| Hemorrhagic wound complications[d] n (%) | 20 (1.6%) | 21 (1.7%) | -- |

a    Patients may have had more than one type of event, and an event could fall into more than one category; adjudicated treatment-emergent bleeding events included those beginning after the initiation of the study drug and up to 2 days after last dose of the study drug.

b    Major bleeding events included: (1) fatal, (2) bleeding into a critical organ (eg, retroperitoneal, intracranial, intraocular, or intraspinal bleeding/hemorrhagic puncture), (3) bleeding requiring reoperation, (4) clinically overt extra-surgical site bleeding associated with ≥2 g/dL fall in hemoglobin or leading to infusion of ≥2 units of whole blood or packed cells.

c    Nonmajor bleeding events were bleeding events that did not fulfill the criteria of major bleeding.

d    Composite of excessive wound hematoma and reported surgical-site bleeding.

The results from this study demonstrate that extended duration prophylaxis with 10 mg XARELTO od for 35 days provided clinically meaningful decreases in Total VTE, Major VTE, and symptomatic VTE in THR patients without an increased risk of bleeding.

### Treatment of VTE and prevention of recurrent DVT and PE

The EINSTEIN clinical development program consisted of three Phase III studies. The EINSTEIN DVT and EINSTEIN PE studies evaluated the treatment of VTE and prevention of

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254154

recurrent DVT and PE. The EINSTEIN Extension study evaluated the benefit of continued treatment in subjects for whom clinical uncertainty regarding the absolute risk-benefit of extended duration existed.

Patients with VTE who were treated either with rivaroxaban or enoxaparin/VKA for 6 or 12 months in EINSTEIN DVT or EINSTEIN PE, or who were treated for 6 to 14 months with VKA and in whom there was equipoise to continue anticoagulant treatment were eligible for enrollment into EINSTEIN Extension. Subjects considered to have been adequately treated with 6 to 12 months of therapy or those who required more prolonged anticoagulation therapy were not included.

**Table 20 – Summary of the Pivotal Studies for the Treatment of VTE and Prevention of Recurrent DVT and PE**

| Study | Study Design | Treatment Regimen | Patient Population |
|---|---|---|---|
| EINSTEIN DVT | multicenter, randomized, open-label, event-driven non-inferiority study for efficacy | XARELTO 15 mg bid for 3 weeks followed by 20 mg od 3, 6 or 12 months[a]<br><br>Standard Therapy Enoxaparin bid bridging to therapeutic VKA 3, 6 or 12 months[a] | Randomized 3449 (1731 XARELTO, 1718 Enox/VKA)<br><br>Safety Population 3429 (1718 XARELTO, 1711 Enox/VKA)<br><br>Per Protocol 3096 (1525 XARELTO, 1571 Enox/VKA) |
| EINSTEIN PE | | | Randomized 4833, (2420 XARELTO, 2413 Enox/VKA)<br><br>Safety Population 4817 (2412 XARELTO, 2405 Enox/VKA)<br><br>Per Protocol 4462 (2224 XARELTO, 2238 Enox/VKA) |
| EINSTEIN Extension | multicenter, randomized, double-blind, placebo-controlled, event-driven, superiority study for efficacy in subjects with symptomatic proximal DVT or PE | XARELTO 20 mg once daily or placebo for 6 or 12 months[a] | Randomized 1197 (602 XARELTO, 594 placebo) |

a    Treatment duration as determined by investigator

Safety population = The safety population comprised those subjects who received at least one dose of study medication.

bid = twice daily; od = once daily; VKA = vitamin K antagonist; enox = enoxaparin

Duration of administration in EINSTEIN DVT was up to 12 months (ie, 3, 6 or 12 months) as determined by the investigator, prior to randomization, based on local risk assessment and guidelines. Nearly half of the subjects were treated for 6 to 9 months.

In EINSTEIN DVT, and EINSTEIN PE XARELTO was compared to the standard dual-drug regimen of enoxaparin administered for at least 5 days in combination with VKA until the PT/INR was in therapeutic range ($\geq 2.0$). VKA alone was then continued, dose-adjusted to maintain the PT/INR values within the therapeutic range of 2.0 to 3.0.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254155

Table 21 – Co-morbid Diseases and Characteristics of Patients in EINSTEIN DVT, EINSTEIN PE and EINSTEIN Extension – ITT Population

|  | EINSTEIN DVT | EINSTEIN PE | EINSTEIN Extension |
|---|---|---|---|
| Males (%) | 57% | 53% | 58% |
| Age, mean (years) | 56 | 58 | 58 |
| Creatinine Clearance (mL/min) | | | |
| <50 | 7% | 8% | 7% |
| 50 to <80 | 23% | 25% | 21% |
| ≥80 | 68% | 66% | 62% |
| Risk Factors | | | |
| Patients with idiopathic DVT/PE | 48% | 49% | 59% |
| Recent surgery or trauma | 19% | 17% | 4.1% |
| Immobilization | 15% | 16% | 14% |
| Previous VTE | 19% | 19% | 16% |
| Mean TTR, Enox/VKA arm | 58%[a] | 63%[b] | n/a |
| North American subjects | 64% | 63% | n/a |
| Pre-randomization anticoagulation[c] | 73% | 92% | n/a |
| Actual Treatment Duration in XARELTO arm | | | |
| ≥3 months | 92% | 92% | 91% |
| ≥6 months | 68% | 73% | 62% |
| ≥12 months | 3% | 4% | 2% |

a    unadjusted Mean TTR. Adjusted Mean TTR is 60%.
b    Adjusted mean TTR.
c    Pre-randomization anticoagulation was limited to 24 hours in the majority of cases.
n/a=not applicable

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254156

Table 22 - Efficacy outcomes in EINSTEIN DVT, EINSTEIN PE and EINSTEIN Extension – ITT population

| | EINSTEIN DVT | | | EINSTEIN PE | | | EINSTEIN Extension | | |
|---|---|---|---|---|---|---|---|---|---|
| | XARELTO N=1731 | Enox/VKA N=1718 | HR[a] (95% CI) P-value | XARELTO N=2419 | Enox/VKA N=2413 | HR[a] (95% CI) P-value | XARELTO N=602 | Placebo N=594 | HR[b] (95% CI) P-value |
| Symptomatic Recurrent VTE[b] | 36 (2.1%) | 51 (3.0%) | 0.68 (0.44-1.04) P<0.001[a] | 50 (2.1%) | 44 (1.8%) | 1.12 (0.75-1.68) P=0.0026[a] | 8 (1.3%) | 42 (7.1%) | 0.18 (0.09-0.39) P<0.001 |
| **Type of Symptomatic Recurrent VTE** | | | | | | | | | |
| Fatal PE | 1 (<0.1%) | 0 | - | 3 (0.1%) | 1 | (<0.1%) | 0 | 1 (0.2%) | |
| Death where PE could not be ruled out | 3 (0.2%) | 6 (0.3%) | - | 8 (0.3%) | 6 (0.2%) | - | 1 (0.2%) | 0 | - |
| Recurrent PE only | 20 (1.2%) | 18 (1.0%) | - | 23 (1.0%) | 20 (0.8%) | - | 2 (0.3%) | 13 (2.2%) | - |
| Recurrent DVT plus PE | 1 (<0.1%) | 0 | - | 0 | 2 (<0.1%) | - | n.a. | n.a. | - |
| Recurrent DVT only | 14 (0.8%) | 28 (1.6%) | - | 18 (0.7%) | 17 (0.7%) | - | 5 (0.8%) | 31 (5.2%) | - |
| Symptomatic recurrent VTE and all-cause mortality | 69 (4.0%) | 87 (5.1%) | 0.72 (0.53-0.99) P=0.044[c] | 97 (4.0%) | 82 (3.4%) | 1.16 (0.86-1.55) P=0.3333[e] | 8 (1.3%) | 43 (7.2%) | 0.18 (0.085-0.38) (P<0.0001)[c] |
| Net Clinical Benefit | 51 (2.9%) | 73 (4.2%) | 0.67 (0.47-0.95) P=0.027[c] | 83 (3.4%) | 96 (4.0%) | 0.85 (0.63-1.14) P=0.2752[e] | 12 (2.0%) | 42 (7.1%) | 0.28 (0.15-0.53) P<0.0001 |
| All On-Treatment Vascular Events | 12 (0.7%) | 14 (0.8%) | 0.79 (0.36-1.71) P=0.55[c] | 35 (1.5%) | 37 (1.5%) | 0.94 (0.59-1.49) P=0.7780[c] | 3 (0.5) | 4 (0.7%) | 0.74 (0.17-3.3) P=0.69 |
| All-cause Mortality | 38 (2.2%) | 49 (2.9%) | 0.67 (0.44-1.02) (P=0.06)[c] | 58 (2.4%) | 50 (2.1%) | 1.13 (0.77-1.65) P=0.5260 | 1 (0.2%) | 2 (0.3%) | - |

a    P-value for non-inferiority (one-sided);
b    Some patients had more than one event
c    P-value for superiority (two-sided)
n.a.=not assessed

*XARELTO Product Monograph*

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254157

*EINSTEIN DVT*

EINSTEIN DVT met its principal objective demonstrating that XARELTO was non-inferior to enoxaparin/VKA for the primary outcome of symptomatic recurrent VTE (HR of 0.68 [95% CI = 0.44-1.04], P<0.001) (Table 22 and Figure 3). The results of per-protocol analyses were similar to those of the intention-to-treat analysis. The pre-specified test for superiority was not statistically significant ($P = 0.0764$). The incidence rates for the principal safety outcome (major or clinically relevant non-major bleeding events), as well as the secondary safety outcome (major bleeding events), were similar for both groups (HR of 0.97 [95% CI = 0.76-1.22], $P = 0.77$ and HR of 0.65 [95% CI = 0.33-1.30], $P = 0.21$, respectively). The pre-defined secondary outcome of net clinical benefit, (the composite of the primary efficacy outcome and major bleeding events), was reported with a HR of 0.67 ([95% CI = 0.47-0.95], nominal $P = 0.03$) in favour of XARELTO. The relative efficacy and safety findings were consistent regardless of pre-treatment (none, LMWH, unfractioned heparin or fondaparinux) as well as among the 3, 6 and 12-month durations. In terms of other secondary outcomes, vascular events during study treatment occurred in 12 patients (0.7%) in the XARELTO arm and 14 patients (0.8%) in the enoxaparin/VKA group (HR of 0.79 [95% CI = 0.36-1.71], $P = 0.55$), and total mortality accounted for 38 (2.2%) vs. 49 (2.9%) patients in the XARELTO vs. enoxaparin/VKA arms, respectively, within intended treatment duration ($P = 0.06$).



**Figure 3: Kaplan-Meier Cumulative Event Rates for the Primary Efficacy Outcome in EINSTEIN-DVT – Intention-to-Treat Population**

*EINSTEIN PE*

EINSTEIN PE met its principal objective demonstrating that XARELTO was non-inferior to enoxaparin/VKA for the primary efficacy outcome of symptomatic recurrent VTE (HR of 1.12 [95% CI: 0.75-1.68], *P=0.0026*) (Table 22 and Figure 4). The results of per-protocol analyses were similar to those of the intention-to-treat analysis. The pre-specified test for superiority was not statistically significant ($P=0.5737$). The incidence rate of the principal safety outcome

*XARELTO Product Monograph*

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254158**

(major or clinically relevant non-major bleeding events) was similar for both groups (HR of 0.90 [95% CI: 0.76 to 1.07] *P=0.2305*). For major bleeding events, the incidence rate was nominally lower in favour of XARELTO treatment group (HR of 0.49 [95% CI: 0.31 – 0.79]; *P*=0.003). The pre-defined secondary outcome of net clinical benefit (the composite of the primary efficacy outcome and major bleeding events) was reported with a HR of 0.85 ([95% CI: 0.63-1.14]; *P*=0.27) in favour of XARELTO. The relative efficacy and safety findings were consistent regardless of pre-treatment (none, LMWH, unfractioned heparin or fondaparinux) as well as among the 3, 6 and 12 month durations. In terms of other secondary outcomes, vascular events during study treatment occurred in 41 patients (1.7%) in the XARELTO arm and 39 patients (1.6%) in the enoxaparin/VKA group (HR of 1.04 [95% CI = 0.67- 1.61], *P* = 0.86), and total mortality accounted for 58 (2.4%) vs. 50 (2.1%) patients in the XARELTO vs. enoxaparin/VKA arms, respectively, within intended treatment duration (*P* = 0.53).



**Figure 4: Kaplan-Meier analysis: cumulative rate of primary efficacy outcome in study 11702 PE - ITT Population**

## EINSTEIN Extension

In the EINSTEIN Extension study, XARELTO was superior to placebo for the primary efficacy outcome with a HR of 0.18 [95% CI = 0.09-0.39], *P*<0.001 (ie, a relative risk reduction of 82%) (Table 22 and Figure 5). For the principal safety outcome (major bleeding events) there was no significant difference between patients treated with XARELTO compared to placebo (*P* = 0.11). The pre-defined secondary outcome of net clinical benefit, defined as the composite of the

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254159

primary efficacy outcome and major bleeding events, was reported with a HR of 0.28 ([95% CI = 0.15-0.53], $P < 0.001$) in favour of XARELTO. In terms of other secondary outcomes, vascular events occurred in 3 patients in the XARELTO arm and 4 patients in the placebo group (HR of 0.74 [95% CI = 0.17-3.3], $P = 0.69$), and total mortality accounted for 1 (0.2%) vs. 2 (0.3%) of patients in the XARELTO vs. placebo arms, respectively.



Figure 5: Kaplan-Meier Cumulative Event Rates for the Primary Efficacy Outcome in EINSTEIN Extension

The results from EINSTEIN DVT, EINSTEIN PE and EINSTEIN Extension demonstrate that XARELTO, at a dose of 15 mg twice daily for the first 3 weeks, followed by 20 mg once daily thereafter, provides an effective and safe approach for treatment of VTE (DVT, PE) and prevention of recurrent VTE.

### Prevention of Stroke and Systemic Embolism in Patients with Atrial Fibrillation

Evidence for the effectiveness of XARELTO is derived from the ROCKET AF trial, a prospective, randomized, double-blind, double-dummy, parallel-group, multicenter, pivotal clinical study comparing the efficacy and safety of once daily oral XARELTO with dose-adjusted warfarin in patients with atrial fibrillation at risk of stroke or systemic embolism. In addition to documented atrial fibrillation, patients had prior stroke, TIA or systemic embolism, or 2 or more of the following risk factors without prior stroke:

- clinical heart failure and/or left ventricular ejection fraction ≤35%
- hypertension
- age ≥75 years
- diabetes mellitus

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254160**

Table 23 – Summary of the ROCKET AF Trial, a Phase III Clinical Trial in Atrial Fibrillation

| Study | Study Design | Treatment Regimen | Populations |
|---|---|---|---|
| ROCKET AF | double-blind, double-dummy prospective randomized parallel-group multinational study | **XARELTO** 20 mg od (15 mg od for patients with moderate renal impairment [CrCl 30 – 49 mL/min]) **Warfarin** dose adjusted to an INR of 2.5 (range 2.0 to 3.0) | Randomized 14,264 (7131 XARELTO, 7133 warfarin) Safety Population 14,236 (7111 XARELTO, 7125 warfarin) Per Protocol 14,054 (7008 XARELTO, 7046 warfarin) |

Randomized  = The randomized / intent-to-treat population represent all uniquely randomized patients.
Safety population = The safety population comprised those patients who received at least 1 dose of study drug.
Per Protocol = The per-protocol population was all intent to-treat patients excluding those who have specific
    pre-defined major protocol deviations that occur by the time of enrollment into the study or during the trial.
od = once daily

**Patients with prosthetic heart valves, or those with hemodynamically significant rheumatic heart disease, especially mitral stenosis, were excluded from the ROCKET AF study, and thus were not evaluated. These trial results do not apply to patients these conditions, whether in the presence or absence of atrial fibrillation (see WARNINGS AND PRECAUTIONS – Cardiovascular, *Patients with valvular disease*).**

The primary objective of this study was to demonstrate that XARELTO, a direct Factor-Xa inhibitor, was non-inferior to warfarin in reducing the occurrence of the composite endpoint of stroke and systemic embolism. If non-inferiority was shown, a pre-specified step-wise multiple testing procedure was undertaken to determine whether XARELTO was superior to warfarin in primary and secondary endpoints.

The study design, treatment regimen and patient populations are summarized in Table 24 and Table 25.  A total of 14,264 patients were randomized with a mean age of 71 years (range 25 to 97 years) and a mean $CHADS_2$ score of 3.5.  Patients were randomized to 20 mg once daily XARELTO (15 mg in patients with moderate renal impairment at screening) or to dose-adjusted warfarin, titrated to an INR of 2.0 to 3.0. ROCKET AF had a mean treatment duration of 572 days of XARELTO given as a fixed dose without routine coagulation monitoring.

ROCKET AF studied patients with significant co-morbidities, eg, 55% secondary prevention population (prior stroke / TIA / systemic embolism), see Table 24. For patients randomized to warfarin, the time-in-therapeutic range (TTR) of 2.0 to 3.0 was a mean of 55% (cf. 64% in North American patients).

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254161**

Table 24 – Co-morbid Diseases and Characteristics of Patients in ROCKET AF Trial – ITT Population

| | |
|---|---|
| Heart failure and/or left ventricular ejection fraction ≤35% | 62% |
| Hypertension | 91% |
| Age ≥ 75 years | 44% |
| Female | 40% |
| Diabetes | 40% |
| Prior Stroke / TIA / Systemic Embolism | 55% |
| Stroke[a] | 34% |
| TIA[a] | 22% |
| Systemic Embolism[a] | 4% |
| Valvular Disease (not meeting exclusion criteria)[b] | 14% |
| Mean CHADS$_2$ | 3.5 |
| Prior VKA Use | 62% |
| Prior MI | 17% |

a    Some patients may have had more than one event, so sum of individual components do not add up to 55%.
b    Patients with prosthetic heart valves, or those with hemodynamically significant rheumatic heart disease,
     especially mitral stenosis were excluded from ROCKET AF.  Patient with other valvular disease including
     aortic stenosis, aortic regurgitation, and/or mitral regurgitation did not meet the exclusion criteria.
ITT Population  = 14, 264 patients


At baseline, 36.5% of patients were on chronic ASA, 2.4% on anticoagulants other than VKAs,
8.7% on Class III antiarrhythmics, 54.5% on angiotensin converting enzyme (ACE) inhibitors,
22.7% on angiotensin receptor blockers, 60.0% on diuretics, 24.0% on oral antidiabetics, and
65.5% on beta blockers.

ROCKET AF demonstrated that in patients with atrial fibrillation, XARELTO is non-inferior to
warfarin in the primary efficacy endpoint, a composite of prevention of stroke and systemic
embolism in the per protocol population, on-treatment analysis (rivaroxaban: 1.71%/year,
warfarin 2.16%/year, HR 0.79, 95% CI 0.66-0.96, $P < 0.001$). As non-inferiority was met,
XARELTO was tested, as per the pre-specified analysis, for superiority in primary and
secondary endpoints. XARELTO demonstrated superiority over warfarin for stroke and systemic
embolism in the safety population, on-treatment analysis (HR 0.79, 95% CI 0.65 to 0.95,
$P = 0.015$), see Table 25 and Figure 6 below.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER                                          XARELTO_BPAG_01254162

Table 25 – ROCKET AF – Time to the First Occurrence of Total Stroke and Systemic Embolism, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| Parameter | XARELTO (N=7061) | | Warfarin (N=7082) | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n | %/year | n | %/year | Hazard Ratio (95% CI) | P-value for superiority |
| Total stroke and systemic embolism (Primary Efficacy Outcome) | 189 | 1.70 | 243 | 2.15 | 0.79 (0.65,0.95) | 0.015* |
| Total Stroke | 184 | 1.65 | 221 | 1.96 | 0.85 (0.70,1.03) | 0.092 |
| Hemorrhagic Stroke | 29 | 0.26 | 50 | 0.44 | 0.59 (0.37,0.93) | 0.024* |
| Ischemic Stroke | 149 | 1.34 | 161 | 1.42 | 0.94 (0.75,1.17) | 0.581 |
| Unknown Stroke Type | 7 | 0.06 | 11 | 0.10 | 0.65 (0.25,1.67) | 0.366 |
| Systemic Embolism | 5 | 0.04 | 22 | 0.19 | 0.23 (0.09,0.61) | 0.003* |
| Other Endpoints | | | | | | |
| All Cause Death | 208 | 1.87 | 250 | 2.21 | 0.85 (0.70,1.02) | 0.073 |
| Vascular Death | 170 | 1.53 | 193 | 1.71 | 0.89 (0.73,1.10) | 0.289 |
| Myocardial Infarction | 101 | 0.91 | 126 | 1.12 | 0.81 (0.63,1.06) | 0.121 |

Safety population on-treatment analysis = Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) – Safety Population
Hazard ratio (95% CI) and P-value from Cox proportional hazard model with treatment group as a covariate.
p-value (two-sided) for superiority of XARELTO versus warfarin in hazard ratio
*    Statistically significant

While the pre-specified primary analysis for superiority used the on-treatment data set for the safety population, an intention-to treat (ITT) analysis was also conducted. In this analysis, the primary endpoint occurred in 269 patients in the rivaroxaban group (2.1% per year) and in 306 patients in the warfarin group (2.4% per year) (hazard ratio, 0.88; 95% CI, 0.74 to 1.03; P<0.001 for non-inferiority; P = 0.12 for superiority).

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254163



**Figure 6: Kaplan-Meier curve of time to first total stroke or systemic embolism in the ROCKET AF trial safety population, on-treatment analysis, includes the 15 mg and 20 mg doses of rivaroxaban**

The analysis of the principal safety endpoint demonstrates XARELTO has a similar rate to warfarin for the composite of major and non-major clinically relevant bleeding, see Table 26 below.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254164

Table 26 – ROCKET AF – Time to the First Occurrence of Bleeding Events While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| Parameter | XARELTO (N=7111) | | Warfarin (N=7125) | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n | %/year | N | %/year | Hazard Ratio (95% CI) | P-value |
| Major and Non-major clinically relevant bleeding event (Principal Safety Endpoint) | 1475 | 14.91 | 1449 | 14.52 | 1.03 (0.96,1.11) | 0.442 |
| Major Bleeding | 395 | 3.60 | 386 | 3.45 | 1.04 (0.90,1.20) | 0.576 |
| Hemoglobin Drop (2g/dL) | 305 | 2.77 | 254 | 2.26 | 1.22 (1.03,1.44) | 0.019* |
| Transfusion (> 2 units) | 183 | 1.65 | 149 | 1.32 | 1.25 (1.01,1.55) | 0.044* |
| Critical Organ Bleed | 91 | 0.82 | 133 | 1.18 | 0.69 (0.53,0.91) | 0.007* |
| Intracranial Hemorrhage | 55 | 0.49 | 84 | 0.74 | 0.67 (0.47, 0.94) | 0.019* |
| Fatal Bleed | 27 | 0.24 | 55 | 0.48 | 0.50 (0.31,0.79) | 0.003* |
| Non-major Clinically Relevant Bleeding | 1185 | 11.80 | 1151 | 11.37 | 1.04 (0.96,1.13) | 0.345 |

All analysis are based on the time to the first event.

Hemoglobin drop = a fall in hemoglobin of 2 g/dL or more.

Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.

Critical organ bleeding are cases where CEC bleeding site=intracranial, intraspinal, intraocular, pericardial, intra-articular; intramuscular with compartment syndrome or retroperitoneal.

Hazard ratio (95% CI) and P-value from Cox proportional hazard model with treatment group as a covariate.

P-value (two-sided) for superiority of XARELTO versus Warfarin in hazard ratio.

*   Statistically significant

The incidences of increased liver function tests were low and comparable between the two groups, see Table 27.

Table 27 – ROCKET AF – Incidence of Pre-specified Post-baseline Liver Function Abnormalities – Safety Population

| Parameter | XARELTO (N=7111) | | Warfarin (N=7125) | | XARELTO vs Warfarin |
|---|---|---|---|---|---|
| | n/J | % | n/J | % | Hazard Ratio (95% CI) |
| ALT> 3xULN | 203/6979 | 2.91 | 203/7008 | 2.90 | 1.01 (0.83,1.23) |
| ALT > 3xULN and TBL > 2xULN | 31/6980 | 0.44 | 33/7012 | 0.47 | 0.95 (0.58,1.55) |

ULN = Upper Limit of Normal Range, n = Number of patients with events, N= Number of patients valid for safety population, J = Number of patients with non-missing lab values, TBL: Total Bilirubin

Hazard Ratio (95% CI): time to event analysis using a Cox model with the treatment as the covariate.

The event rates for efficacy and safety outcomes stratified by age groups are presented in Table 28 and Table 29. The event rates for efficacy and safety outcomes stratified by renal function are presented in Table 30 and Table 31.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Table 28 – Efficacy Outcomes by Age Groups in the ROCKET AF Trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n/J | Event rate (%/yr) | n/J | Event rate (%/yr) | Hazard Ratio (95% CI) | P-value |
| Total Stroke and Systemic Embolism (Primary Efficacy Outcome) | | | | | | |
| All Patients | 189/7061 | 1.70 | 243/7082 | 2.15 | 0.79 (0.65,0.95) | 0.015* |
| < 65 years | 43/1642 | 1.59 | 42/1636 | 1.53 | 1.04 (0.68,1.58) | - |
| 65 to 75 years | 77/2767 | 1.74 | 98/2768 | 2.18 | 0.79 (0.59,1.07) | - |
| > 75 years | 69/2652 | 1.73 | 103/2678 | 2.54 | 0.68 (0.50,0.92) | - |
| > 80 years | 40/1305 | 2.17 | 46/1281 | 2.39 | 0.91 (0.60,1.40) | - |
| ≥85 years | 7/ 321 | 1.75 | 9/ 328 | 1.91 | 0.92 (0.34,2.47) | - |
| Total Stroke | | | | | | |
| All Patients | 184/7061 | 1.65 | 221/7082 | 1.96 | 0.85 (0.70,1.03) | 0.092 |
| < 65 years | 42/1642 | 1.55 | 36/1636 | 1.31 | 1.18 (0.76,1.84) | - |
| 65 to 75 years | 75/2767 | 1.69 | 90/2768 | 2.00 | 0.84 (0.62,1.14) | - |
| > 75 years | 67/2652 | 1.68 | 95/2678 | 2.34 | 0.72 (0.52,0.98) | - |
| > 80 years | 38/1305 | 2.06 | 42/1281 | 2.18 | 0.95 (0.61,1.48) | - |
| Ischemic Stroke | | | | | | |
| All Patients | 149/7061 | 1.34 | 161/7082 | 1.42 | 0.94 (0.75,1.17) | 0.581 |
| < 65 years | 30/1642 | 1.11 | 23/1636 | 0.84 | 1.32(0.77,2.28) | - |
| 65 to 75 years | 68/2767 | 1.53 | 66/2768 | 1.47 | 1.04 (0.74,1.46) | - |
| > 75 years | 51/2652 | 1.28 | 72/2678 | 1.77 | 0.72 (0.50,1.03) | - |
| > 80 years | 26/1305 | 1.41 | 33/1281 | 1.71 | 0.83 (0.50,1.39) | - |
| Hemorrhagic Stroke | | | | | | |
| All Patients | 29/7061 | 0.26 | 50/7082 | 0.44 | 0.59 (0.37,093) | 0.024* |
| < 65 years | 9/1642 | 0.33 | 12/1636 | 0.44 | 0.76 (0.32,1.80) | - |
| 65 to 75 years | 4/2767 | 0.09 | 19/2768 | 0.42 | 0.21 (0.07,0.62) | - |
| > 75 years | 16/2652 | 0.40 | 19/2678 | 0.47 | 0.86 (0.44,1.67) | - |
| > 80 years | 12/1305 | 0.65 | 9/1281 | 0.47 | 1.40 (0.59,3.31) | - |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254166

Table 28 – Efficacy Outcomes by Age Groups in the ROCKET AF Trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n/J | Event rate (%/yr) | n/J | Event rate (%/yr) | Hazard Ratio (95% CI) | P-value |
| Vascular Death | | | | | | |
| All Patients | 170/7061 | 1.53 | 193/7082 | 1.71 | 0.89 (0.73,1.10) | 0.289 |
| < 65 years | 35/1642 | 1.29 | 44/1636 | 1.60 | 0.81 (0.52,1.26) | - |
| 65 to 75 years | 66/2767 | 1.49 | 70/2768 | 1.56 | 0.95 (0.68,1.33) | - |
| > 75 years | 69/2652 | 1.73 | 79/2678 | 1.94 | 0.89 (0.64,1.23) | - |
| > 80 years | 34/1305 | 1.84 | 35/1281 | 1.81 | 1.01 (0.63,1.62) | - |
| ≥85 years | 15/ 321 | 3.75 | 12/ 328 | 2.54 | 1.44 (0.67,3.08) | - |

Safety population on-treatment analysis = Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) – Safety Population
n=number of patients with events, J=number of patients in each subgroup.
Hazard ratio (95% CI) and p-value from Cox proportional hazard model with treatment group as a covariate.
P-value (two-sided) for superiority of XARELTO versus warfarin in hazard ratio
* Statistically significant

Table 29 – Bleeding Endpoints by Age Groups in the ROCKET AF trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs. Warfarin | |
|---|---|---|---|---|---|---|
| | n/J | Event rate (%/yr) | n/J | Event rate (%/yr) | Hazard Ratio (95% CI) | P-value |
| Major and Non-major Clinically Relevant Bleeding Event (Principal Safety Endpoint) | | | | | | |
| All Patients | 1475/7111 | 14.91 | 1449/7125 | 14.52 | 1.03 (0.96,1.11) | 0.442 |
| < 65 years | 241/1646 | 9.73 | 260/1642 | 10.41 | 0.93 (0.78,1.11) | - |
| 65 to 75 years | 541/2777 | 13.59 | 556/2781 | 13.95 | 0.98 (0.87,1.10) | - |
| > 75 years | 693/2688 | 20.18 | 633/2702 | 18.09 | 1.12 (1.00,1.25) | - |
| > 80 years | 362/1320 | 22.79 | 313/1298 | 18.84 | 1.20 (1.04,1.40) | - |
| ≥85 years | 89/ 326 | 25.46 | 90/ 335 | 22.29 | 1.13 (0.84,1.52) | - |
| Major Bleeding | | | | | | |
| All Patients | 395/7111 | 3.60 | 386/7125 | 3.45 | 1.04 (0.90,1.20) | 0.576 |
| < 65 years | 59/1646 | 2.21 | 59/1642 | 2.16 | 1.02 (0.71,1.46) | - |
| 65 to 75 years | 133/2777 | 3.04 | 148/2781 | 3.34 | 0.91 (0.72,1.15) | - |
| > 75 years | 203/2688 | 5.16 | 179/2702 | 4.47 | 1.15 (0.94,1.41) | - |
| > 80 years | 118/1320 | 6.50 | 86/1298 | 4.50 | 1.44 (1.09,1.90) | - |
| ≥85 years | 28/ 326 | 7.05 | 32/ 335 | 6.91 | 1.01 (0.61,1.67) | - |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254167

Table 29 – Bleeding Endpoints by Age Groups in the ROCKET AF trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs. Warfarin | |
|---|---|---|---|---|---|---|
| | n/J | Event rate (%/yr) | n/J | Event rate (%/yr) | Hazard Ratio (95% CI) | P-value |
| **Intracranial Hemorrhage** | | | | | | |
| All Patients | 55/7111 | 0.49 | 84/7125 | 0.74 | 0.67 (0.47,0.93) | 0.019* |
| < 65 years | 13/1646 | 0.48 | 17/1642 | 0.62 | 0.78 (0.38,1.60) | - |
| 65 to 75 years | 13/2777 | 0.29 | 34/2781 | 0.75 | 0.39 (0.20,0.73) | - |
| > 75 years | 29/2688 | 0.72 | 33/2702 | 0.81 | 0.89 (0.54,1.47) | - |
| > 80 years | 22/1320 | 1.18 | 15/1298 | 0.77 | 1.54 (0.80,2.96) | - |
| **Fatal Bleeding** | | | | | | |
| All Patients | 27/7111 | 0.24 | 55/7125 | 0.48 | 0.50 (0.31,0.79) | 0.003* |
| < 65 years | 7/1646 | 0.26 | 11/1642 | 0.40 | 0.65 (0.25,1.66) | - |
| 65 to 75 years | 7/2777 | 0.16 | 19/2781 | 0.42 | 0.37 (0.16,0.89) | - |
| > 75 years | 13/2688 | 0.32 | 25/2702 | 0.61 | 0.53 (0.27,1.03) | - |
| > 80 years | 10/1320 | 0.54 | 12/1298 | 0.62 | 0.87 (0.38,2.02) | - |
| **Non-major Clinically Relevant Bleeding** | | | | | | |
| All Patients | 1185/7111 | 11.80 | 1151/7125 | 11.37 | 1.04 (0.96,1.13) | 0.345 |
| < 65 years | 191/1646 | 7.62 | 210/1642 | 8.32 | 0.91 (0.75,1.11) | - |
| 65 to 75 years | 444/2777 | 11.00 | 445/2781 | 11.02 | 1.00 (0.88,1.14) | - |
| > 75 years | 550/2688 | 15.74 | 496/2702 | 13.93 | 1.13 (1.00,1.28) | - |
| > 80 years | 276/1320 | 17.06 | 249/1298 | 14.74 | 1.15 (0.97,1.37) | - |

Safety population on-treatment analysis = Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) – Safety Population
n=number of patients with events, J=number of patients in each subgroup.
Hazard ratio (95% CI) and *P*-value from Cox proportional hazard model with treatment group as a covariate.
p-value (two-sided) for superiority of XARELTO versus warfarin in hazard ratio
* Statistically significant

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254168

Table 30 – Efficacy Outcomes Stratified by Renal Function at Study Entry in the ROCKET AF Trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n/J† | Event rate (%/yr) | n/J† | Event rate (%/yr) | Hazard Ratio (95% CI) | P-value |
| **Total Stroke and Systemic Embolism (Primary Efficacy Outcome)** | | | | | | |
| All Patients | 189/7061 | 1.70 | 243/7082 | 2.15 | 0.79 (0.65,0.95) | 0.015* |
| 30 – 49 mL/min | 50/1481 | 2.36 | 60/1452 | 2.80 | 0.84 (0.58,1.22) | - |
| 50 – 80 mL/min | 91/3290 | 1.74 | 128/3396 | 2.39 | 0.73 (0.56,0.96) | - |
| > 80 mL/min | 47/2278 | 1.25 | 54/2221 | 1.43 | 0.87 (0.59,1.28) | - |
| **Total Stroke** | | | | | | |
| All Patients | 184/7061 | 1.65 | 221/7082 | 1.96 | 0.85 (0.70,1.03) | 0.092 |
| 30 – 49 mL/min | 49/1481 | 2.31 | 52/1452 | 2.42 | 0.95 (0.64,1.40) | - |
| 50 – 80 mL/min | 88/3290 | 1.68 | 120/3396 | 2.24 | 0.75 (0.57,0.99) | - |
| > 80 mL/min | 46/2278 | 1.22 | 48/2221 | 1.27 | 0.95 (0.64,1.43) | - |
| **Ischemic Stroke** | | | | | | |
| All Patients | 149/7061 | 1.34 | 161/7082 | 1.42 | 0.94 (0.75,1.17) | 0.581 |
| 30 – 49 mL/min | 43/1481 | 2.03 | 39/1452 | 1.82 | 1.11(0.72,1.72) | - |
| 50 – 80 mL/min | 69/3290 | 1.32 | 89/3396 | 1.66 | 0.80 (0.58,1.09) | - |
| > 80 mL/min | 36/2278 | 0.95 | 32/2221 | 0.85 | 1.12 (0.70,1.80) | - |
| **Hemorrhagic Stroke** | | | | | | |
| All Patients | 29/7061 | 0.26 | 50/7082 | 0.44 | 0.59 (0.37,093) | 0.024* |
| 30 – 49 mL/min | 6/1481 | 0.28 | 11/1452 | 0.51 | 0.55 (0.20,1.48) | - |
| 50 – 80 mL/min | 15/3290 | 0.29 | 25/3396 | 0.47 | 0.62 (0.33,1.17) | - |
| > 80 mL/min | 8/2278 | 0.21 | 14/2221 | 0.37 | 0.57 (0.24,1.35) | - |
| **Vascular Death** | | | | | | |
| All Patients | 170/7061 | 1.53 | 193/7082 | 1.71 | 0.89 (0.73,1.10) | 0.289 |
| 30 – 49 mL/min | 55/1481 | 2.59 | 54/1452 | 2.52 | 1.02 (0.70,1.49) | - |
| 50 – 80 mL/min | 75/3290 | 1.43 | 91/3396 | 1.69 | 0.85 (0.62,1.15) | - |
| > 80 mL/min | 40/2278 | 1.06 | 47/2221 | 1.24 | 0.85 (0.56,1.29) | - |

Safety population on-treatment analysis = Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

n=number of patients with events, J=number of patients in each subgroup.

†= Patients with CrCl< 30mL/min or missing baseline CrCl are excluded from the rows of CrCl subgroups (30-49 mL/min, 50-80 mL/min, >80 mL/min). The patients are, however, included in the "All Patients" rows.

Hazard ratio (95% CI) and p-value from Cox proportional hazard model with treatment group as a covariate.

P-value (two-sided) for superiority of XARELTO versus warfarin in hazard ratio

\* Statistically significant

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254169

Table 31 – Bleeding Endpoints Stratified by Renal Function at Study Entry in the ROCKET AF Trial, While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

| | XARELTO | | Warfarin | | XARELTO vs Warfarin | |
|---|---|---|---|---|---|---|
| | n/J[a] | Event rate (%/yr) | n/J[a] | Event rate (%/yr) | Hazard Ratio (95% CI) | p-value |
| **Major and Non-Major Clinically Relevant Bleeding Event (Principal Safety Endpoint)** | | | | | | |
| All Patients | 1475/7111 | 14.91 | 1449/7125 | 14.52 | 1.03 (0.96,1.11) | 0.442 |
| 30 – 49 mL/min | 336/1498 | 17.87 | 341/1472 | 18.28 | 0.98 (0.84,1.14) | - |
| 50 – 80 mL/min | 725/3313 | 15.74 | 719/3410 | 15.30 | 1.04 (0.93,1.15) | - |
| > 80 mL/min | 412/2288 | 12.15 | 388/2230 | 11.42 | 1.06 (0.92,1.21) | - |
| **Major Bleeding** | | | | | | |
| All Patients | 395/7111 | 3.60 | 386/7125 | 3.45 | 1.04 (0.90,1.20) | 0.576 |
| 30 – 49 mL/min | 99/1498 | 4.72 | 100/1472 | 4.72 | 1.00 (0.76,1.32) | - |
| 50 – 80 mL/min | 183/3313 | 3.54 | 197/3410 | 3.72 | 0.95 (0.78,1.17) | - |
| > 80 mL/min | 112/2288 | 3.02 | 89/2230 | 2.38 | 1.26 (0.95,1.67) | - |
| **Intracranial Hemorrhage** | | | | | | |
| All Patients | 55/7111 | 0.49 | 84/7125 | 0.74 | 0.67 (0.47,0.93) | 0.019* |
| 30 – 49 mL/min | 15/1498 | 0.70 | 19/1472 | 0.88 | 0.80 (0.41,1.57) | - |
| 50 – 80 mL/min | 27/3313 | 0.51 | 43/3410 | 0.80 | 0.64 (0.40,1.04) | - |
| > 80 mL/min | 13/2288 | 0.34 | 22/2230 | 0.58 | 0.59 (0.30,1.17) | - |
| **Fatal Bleeding** | | | | | | |
| All Patients | 27/7111 | 0.24 | 55/7125 | 0.48 | 0.50 (0.31,0.79) | 0.003* |
| 30 – 49 mL/min | 6/1498 | 0.28 | 16/1472 | 0.74 | 0.38 (0.15,0.97) | - |
| 50 – 80 mL/min | 14/3313 | 0.27 | 24/3410 | 0.45 | 0.60 (0.31,1.16) | - |
| > 80 mL/min | 7/2288 | 0.19 | 15/2230 | 0.40 | 0.46 (0.19,1.14) | - |
| **Non-major Clinically Relevant Bleeding** | | | | | | |
| All Patients | 1185/7111 | 11.80 | 1151/7125 | 11.37 | 1.04 (0.96,1.13) | 0.345 |
| 30 – 49 mL/min | 261/1498 | 13.67 | 259/1472 | 13.61 | 1.01 (0.85,1.19) | - |
| 50 – 80 mL/min | 596/3313 | 12.77 | 570/3410 | 11.94 | 1.08 (0.96,1.21) | - |
| > 80 mL/min | 327/2288 | 9.48 | 321/2230 | 9.36 | 1.01 (0.86,1.18) | - |

Safety population on-treatment analysis = Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) – Safety Population

n=number of patients with events, J=number of patients in each subgroup

a= Patients with CrCl< 30 mL/min or missing baseline CrCl are excluded from the rows of CrCl subgroups (30-49 mL/min, 50-80 mL/min, >80 mL/min). The patients are, however, included in the "All Patients" rows.

Hazard ratio (95% CI) and p-value from Cox proportional hazard model with treatment group as a covariate.

*P*-value (two-sided) for superiority of XARELTO versus warfarin in hazard ratio

* Statistically significant

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254170

## DETAILED PHARMACOLOGY

### Animal Pharmacology

#### In Vitro

XARELTO (rivaroxaban) is a competitive, selective, and direct, antithrombin independent Factor-Xa (FXa) inhibitor. It potently inhibits free human FXa, prothrombinase, and clot associated FXa. Rivaroxaban inhibits human FXa with >10 000-fold greater selectivity than for other serine proteases. Its effect on FXa resulted in a prolongation of clotting times in human plasma.

#### In Vivo

Rivaroxaban given prophylactically showed consistent, dose-dependent antithrombotic activity in both venous (platelet-poor, fibrin-rich) and arterial (platelet-rich, fibrin-poor) thrombosis models in mice, rats, and rabbits, with higher potency in the venous model.

In a rabbit model of venous thrombus growth, oral rivaroxaban given nonprophylactically reduced thrombus growth to a similar extent as observed with known efficacious doses of the control agents nadroparin and fondaparinux.

In a murine model of thromboembolic death, rivaroxaban provided effective protection with greater potency than enoxaparin.

PT values correlated strongly with the plasma concentrations of rivaroxaban.

The antihemostatic effect of rivaroxaban was evaluated in bleeding time models in rats and rabbits. Bleeding times were not significantly affected at antithrombotic doses below the ED50 required for antithrombotic efficacy in the arterial thrombosis models. Rivaroxaban showed an antithrombotic activity/bleeding risk ratio comparable to enoxaparin.

#### Safety Pharmacology

Safety pharmacology investigation on vital organ systems (cardiovascular system, respiratory system, and central nervous system) as well as on supplemental organ systems (hematology and blood coagulation, gastrointestinal function, renal function, and metabolism) revealed no adverse effect of rivaroxaban.

Studies on ventricular repolarization (hERG $K^+$ current and action potential of isolated rabbit Purkinje fibers in vitro, ECG recordings in dogs) showed no evidence for a proarrhythmic risk in humans.

### Human Pharmacology

#### Pharmacokinetics

Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady state after multiple doses. Variability in pharmacokinetics is moderate with interindividual variability (coefficient of variation) ranging from 30% to 40%.

#### Absorption and Bioavailability

Rivaroxaban is a low solubility, high permeability compound. Rivaroxaban is readily absorbed after oral administration as solution ($C_{max}$ after approximately 30 min) as well as tablet ($C_{max}$ after 2 to 4 hours). Oral bioavailability of rivaroxaban is high (80-100%) due to almost complete

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254171**

absorption with/without food (at doses up to 15 mg) and lack of relevant presystemic first-pass extraction of this low-clearance drug.

Due to reduced extent of absorption, an oral bioavailability of 66% was determined for the 20 mg tablet under fasting conditions. When rivaroxaban 20 mg tablets are taken together with food, increases in mean AUC by 39% and mean $C_{max}$ by 76% were observed when compared to tablet intake under fasting conditions, indicating almost complete absorption and high oral bioavailability when this dose was taken with food (see **DOSAGE AND ADMINISTRATION – Recommended Dose and Dosage Adjustment**).

### Distribution

Plasma protein binding for rivaroxaban in humans is high at approximately 92% to 95% in vitro, with serum albumin being the main binding component. No concentration dependency and no gender difference in fraction unbound were detected. Mean rivaroxaban protein-bound fractions determined *ex vivo* in healthy subjects ranged from 90% to 95%.

Due to its high plasma protein binding, rivaroxaban is not expected to be removed by dialysis.

The binding of rivaroxaban to plasma proteins is fully reversible. In accordance with other species, rivaroxaban is mainly located in plasma; the human plasma-to-blood partition coefficient is 1.40.

### Metabolism

Rivaroxaban is eliminated by metabolic degradation (approximately 2/3 of administered dose) as well as by direct renal excretion of unchanged active compound (approximately 1/3 of administered dose). In all investigated species, the oxidative degradation of the morpholinone moiety (catalyzed via CYP 3A4/CYP 3A5 and CYP 2J2 and leading via cleavage of the ring and further oxidation to metabolite M-1) was the major site of biotransformation of rivaroxaban. Unchanged rivaroxaban is the most important compound in human plasma with no major or active circulating metabolites being present. No metabolic conversion of rivaroxaban to its enantiomer was observed in humans.

Taking excretion data and metabolite profiles derived from the mass balance study in man into consideration, present data from the CYP reaction phenotyping study suggests that contribution of CYP 3A4/CYP 3A5 accounts for approximately 18% and CYP 2J2 for approximately 14% of total rivaroxaban elimination, respectively. Besides this oxidative biotransformation, hydrolysis of the amide bonds (approximately 14%) and active, transporter-mediated renal excretion of unchanged drug (approximately 30%) play important roles as elimination pathways.

### Excretion

Rivaroxaban and its metabolites have a dual route of elimination, via both renal (66% in total) and biliary/fecal routes; 36% of the administered dose is excreted unchanged via the kidneys via glomerular filtration and active secretion.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254172**

The clearance and excretion of rivaroxaban is as follows:

- 1/3 of the active drug is cleared as unchanged drug by the kidneys
- 1/3 of the active drug is metabolized to inactive metabolites and then excreted by the kidneys
- 1/3 of the active drug is metabolized to inactive metabolites and then excreted by the fecal route.

Rivaroxaban has been identified *in vitro* to be a substrate both of the active transporter P-glycoprotein (P-gp) and of the multidrug transport protein BCRP ('breast cancer resistance protein').

With an average systemic plasma clearance of approximately 10 L/h, rivaroxaban is a low-clearance drug lacking relevant first-pass extraction. Mean terminal elimination half-lives of rivaroxaban are in the range of 5 h to 9 h after steady-state tablet dosing regimens in young subjects. Mean terminal elimination half-lives between 11 h to 13 h were observed in the elderly.

### Special Populations and Conditions

#### *Geriatrics (>65 Years of Age)*

Results from a set of Phase I studies indicate for the target population of elderly higher mean AUC values by 52% in males and by 39% in females when compared to young subjects of the same gender, accompanied by an increase in $C_{max}$ by 35% in both genders and by terminal half-lives between 11 and 13 h. Investigating subjects older than 75 years confirmed the expectation, leading to approximately 41% higher AUC values in comparison to young subjects (90% CI [1.20 – 1.66]), mainly due to reduced (apparent) total body clearance and renal clearance. No relevant age effects could be observed for $C_{max}$ ($C_{max}$ ratio 1.08; 90% CI [0.94-1.25]) or $t_{max}$.

#### *Pediatrics (<18 Years of Age)*

No clinical data are available for children.

#### *Gender*

There were no relevant differences in pharmacokinetics and pharmacodynamics between male and female subjects, especially when taking into account body weight differences.

#### *Body Weight*

Extremes in body weight (<50 kg or >120 kg) had only a small influence (increase in maximum concentration by <25% on rivaroxaban plasma concentrations and pharmacodynamics.

#### *Race*

Differences in rivaroxaban exposure observed between the various investigated ethnic groups — Caucasians, African-Americans, Hispanics, Chinese and Japanese — were within the normal magnitude of interindividual variability.

With respect to Factor-Xa activity and coagulation parameters, eg, prothrombin time (PT Neoplastin® reagent), neither age, gender, nor body weight affected the PD parameter/rivaroxaban concentration relationship, ie, all observed changes in pharmacodynamics were driven by the respective underlying plasma exposure in these specific subject populations. This is also true for the various investigated ethnic groups — Caucasians, African-Americans, Hispanics, Chinese and Japanese.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254173

### Renal Insufficiency

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 32). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 32 - Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | CrCl (mL/min) | | |
|---|---|---|---|---|
| | | 50 to 79 | 30 to 49 | 15 to 29 |
| | | N=8 | N=8 | N=8 |
| Exposure (% increase relative to normal) | AUC | 44 | 52 | 64 |
| | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition (% increase relative to normal) | AUC | 50 | 86 | 100 |
| | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation (% increase relative to normal) | AUC | 33 | 116 | 144 |
| | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

### Hepatic Insufficiency

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 33). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**Table 33 - Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) | Moderate (Child-Pugh B) |
| | | N=8 | N=8 |
| Exposure (% increase relative to normal) | AUC | 15 | 127 |
| | $C_{max}$ | 0 | 27 |
| FXa Inhibition (% increase relative to normal) | AUC | 8 | 159 |
| | $E_{max}$ | 0 | 24 |
| PT Prolongation (% increase relative to normal) | AUC | 6 | 114 |
| | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254174

## TOXICOLOGY

### Acute Toxicity

XARELTO (rivaroxaban) showed low acute toxicity in rats and mice.

### Repeated Dose Toxicity

Rivaroxaban was tested in repeat-dose studies up to 6 months in rats and up to 12 months in dogs. Based on the pharmacological mode of action, a NOEL could not be established due to effects on clotting time. All adverse findings, except for a slight body weight gain reduction in rats and dogs, could be related to an exaggerated pharmacological mode of action of the compound. In dogs, at very high exposures, severe spontaneous bleedings were observed. The NOAELs after chronic exposure are 12.5 mg/kg in rats and 5 mg/kg in dogs.

### Carcinogenicity

In 2-year carcinogenicity studies, rivaroxaban was tested in mice, up to 60 mg/kg/day (reaching systemic exposure similar to humans) and in rats (up to 3.6-fold higher than in humans) without demonstration of carcinogenic potential.

### Reproductive Toxicology

Rivaroxaban was tested in developmental toxicity studies at exposure levels of up to 38-fold (rat) and up to 89-fold (rabbit) above the therapeutic exposure in humans. The toxicological profile is mainly characterized by maternal toxicity due to exaggerated pharmacodynamic effects.

Up to the highest dose tested, no primary teratogenic potential was identified.

[14C]Rivaroxaban -related radioactivity penetrated the placental barrier in rats. In none of the fetal organs and tissues did the exposure in terms of maximum concentrations or AUC exceed the maternal blood exposure. The average exposure in the fetuses based on $AUC_{(0-24)}$ reached about 20% of the exposure in maternal blood. The AUC in the mammary glands was approximately equivalent to the AUC in the blood, which indicates secretion of radioactivity into milk (see **CONTRAINDICATIONS**).

Rivaroxaban did not show an effect on male or female fertility up to 200 mg/kg.

### Lactation

[14C]Rivaroxaban was administered orally to lactating Wistar rats (day 8 to 10 post partum) as a single oral dose of 3 mg/kg body weight.

[14C]Rivaroxaban -related radioactivity was secreted into the milk of lactating rats only to a low extent in relation to the administered dose: The estimated amount of radioactivity excreted with milk was 2.12% of the maternal dose within 32 hours after administration (see **CONTRAINDICATIONS**).

### Mutagenesis

No genotoxicity was observed in a test for gene mutation in bacteria (Ames-Test), in an in vitro test for chromosomal aberrations, or in the in vivo micronucleus test.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254175

## REFERENCES

1.  Buller HR, Prins MH, Lensin AW, Decousus H, Jacobson BF, Minar E, et al. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012 Apr 5;366(14):1287-97.

2.  Agnelli G, Gallus A, Goldhaber SZ, Haas S, Huisman MV, Hull RD, et al. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007 Jul 10;116(2):180-7.

3.  Bauersachs R, Berkowitz SD, Brenner B, Buller HR, Decousus H, Gallus AS, et al. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med 2010 Dec 23;363(26):2499-510.

4.  Becker R, Berkowitz SD, Breithardt G, Califf RM, Fox KA, Hacke W, et al. Rivaroxaban - once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation: rationale and design of the ROCKET AF study. Am Heart J. 2010;159(3):340-7.

5.  Biemond B, Perzborn E, Friederich P, Levi M, Buetehorn U, Bueller H. Prevention and treatment of experimental thrombosis in rabbits with rivaroxaban (BAY 597939) an oral, direct factor Xa inhibitor. Thromb Haemost. 2007;79:471-7.

6.  Buller HR, Prins MH, Lensing AW, Decousus H, Jacobson BF, Minar E ea. Supplementary Appendix to the article Oral Rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012 April 5, 2012;366(14):128-97.

7.  Buller HR, Lensing AW, Prins MH, Agnelli G, Cohen A, Gallus AS, et al. A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study. Blood. 2008 Sep 15;112(6):2242-7.

8.  Eriksson BI, Borris L, Dahl OE, Haas S, Huisman MV, Kakkar AK, et al. Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. J Thromb Haemost. 2006 Jan;4(1):121-8.

9.  Eriksson BI, Borris LC, Dahl OE, Haas S, Huisman MV, Kakkar AK, et al. A once-daily, oral, direct Factor Xa inhibitor, rivaroxaban (BAY 59-7939), for thromboprophylaxis after total hip replacement. Circulation. 2006 Nov 28;114(22):2374-81.

10. Eriksson BI, Borris LC, Friedman RJ, Haas S, Huisman MV, Kakkar AK, et al. Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med. 2008 Jun 26;358(26):2765-75.

11. Fisher WD, Eriksson BI, Bauer KA, Borris L, Dahl OE, Gent M, et al. Rivaroxaban for thromboprophylaxis after orthopaedic surgery: pooled analysis of two studies. Thromb Haemost. 2007 Jun;97(6):931-7.

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254176

12.  Kakkar AK, Brenner B, Dahl OE, Eriksson BI, Mouret P, Muntz J, et al. Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial. Lancet. 2008 Jun 24:1-9.

13.  Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939--an oral, direct Factor Xa inhibitor--after multiple dosing in healthy male subjects. Eur J Clin Pharmacol. 2005 Dec;61(12):873-80.

14.  Kubitza D, Becka M, Zuehlsdorf M, Mueck W. Body weight has limited influence on the safety, tolerability, pharmacokinetics, or pharmacodynamics of rivaroxaban (BAY 59-7939) in healthy subjects. J Clin Pharmacol. 2007 Feb;47(2):218-26.

15.  Lassen MR, Ageno W, Borris LC, Lieberman JR, Rosencher N, Bandel TJ, et al. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008 Jun 26;358(26):2776-86.

16.  Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, et al. Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation and Supplementary Appendix p. 1-23. N Engl J Med. 2011 Aug 10.

17.  Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer KH, et al. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939--an oral, direct Factor Xa inhibitor. J Thromb Haemost. 2005 Mar;3(3):514-21.

18.  Turpie AG, Fisher WD, Bauer KA, Kwong LM, Irwin MW, Kalebo P, et al. BAY 59-7939: an oral, direct factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study. J Thromb Haemost. 2005 Nov;3(11):2479-86.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254177

IMPORTANT: PLEASE READ...

## PART III: CONSUMER INFORMATION

### PrXARELTO®

rivaroxaban tablets

*This leaflet is Part 3 of a three-part "Product Monograph" published when XARELTO was approved for sale in Canada and is designed specifically for Consumers. This leaflet is a summary and will not tell you everything about XARELTO. Contact your doctor or pharmacist if you have any questions about the drug.*

## ABOUT THIS MEDICATION

### What the medication is used for:

XARELTO is used for:

- **Prevention of blood clots after major hip or knee surgery**

  Blood clots could dislodge and travel to the lungs causing serious health risks. Your doctor has prescribed this medication for you because after such an operation you are at an increased risk of getting blood clots.

- **Prevention of blood clots in your brain (stroke) and in other blood vessels in your body if you have atrial fibrillation**

  Your doctor has prescribed this medication for you because you have a form of irregular heart rhythm called atrial fibrillation which can lead to blood clots forming and increases your risk of a stroke.

- **Treatment and prevention of blood clots in the veins of your legs or lungs**

  Your doctor has prescribed this medication for you because you have blood clots in the veins of your legs. This makes you at risk of a blood clot dislodging and traveling to the lungs causing serious health risks.

### What it does:

XARELTO is an anticoagulant. It helps prevent blood clots from forming by directly blocking the activity of clotting Factor-Xa.

### When it should not be used:

- if you have severe liver disease which leads to an increased risk of bleeding

- if you have active bleeding, especially if you are bleeding excessively

- if you are aware of body wounds or injuries at risk of bleeding, including bleeding in the brain or bleeding in your stomach or gut

- if you are taking certain oral medications to treat fungal infections or HIV/AIDS, such as NIZORAL® (ketoconazole) or NORVIR® (ritonavir)

- if you are taking other anticoagulants (blood thinners) such as warfarin, apixaban, dabigatran, heparin or low molecular weight heparin (LMWH) including enoxaparin, dalteparin or heparin derivatives, such as fondaparinux

- if you are pregnant or breastfeeding

- if you are allergic (hypersensitive) to rivaroxaban (active ingredient of XARELTO) or any of the other ingredients of XARELTO. The ingredients are listed in the **"What the nonmedicinal ingredients are"** section of this leaflet

### What the medicinal ingredient is:

rivaroxaban

### What the nonmedicinal ingredients are:

cellulose microcrystalline, croscarmellose sodium, ferric oxide red, hypromellose, lactose monohydrate, magnesium stearate, polyethylene glycol, sodium lauryl sulfate, titanium dioxide

### What dosage forms it comes in:

Film-coated tablets, 10 mg, 15 mg and 20 mg

## WARNINGS AND PRECAUTIONS

**Do not stop taking XARELTO without first talking to your doctor. If you stop taking XARELTO, blood clots may cause a stroke or other complications. This can be fatal or lead to severe disability.**

As with other blood thinners, taking XARELTO may result in serious or life-threatening bleeding from any site, including internal organs.

Take special care when using XARELTO:

- if you have an increased risk of bleeding, as could be the case with conditions such as

  - bleeding disorders

  - very high blood pressure, not controlled by medical treatment

  - active ulcer or a recent ulcer of your stomach or bowel

*XARELTO Product Monograph*

**PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER**

XARELTO_BPAG_01254178

- a problem with the blood vessels in the back of your eyes (retinopathy)

- recent bleeding in your brain (stroke, intracranial or intracerebral bleeding)

- problems with the blood vessels in your brain or spinal column

- a recent operation on your brain, spinal column or eye

- a chronic disease of the airways in your lungs causing widening, damage and scarring (bronchiectasis), or a history of bleeding into your lungs

- if you are older than 75 years of age

For the treatment and prevention of blood clots in the veins of your legs or lungs, XARELTO is not recommended if your doctor determines that:

- you are not able to maintain an adequate blood pressure

- you are taking drugs to break down your blood clots

- you have been scheduled for emergency surgical removal of blood clots from your lung

Tell your doctor before you take XARELTO, if any of these apply to you. Your doctor may decide to keep you under closer observation.

- If you are having surgery for any reason including an operation that involves a catheter or injection into your spinal column (eg, for epidural or spinal anesthesia or pain reduction):

  - it is very important to take XARELTO before and after the procedure/injection or removal of a catheter exactly at the times you have been told by your doctor

  - tell your doctor immediately if you get numbness or weakness of your legs, or problems with your bowel or bladder after the end of anesthesia, because urgent care is necessary

Lactose is a nonmedicinal ingredient in XARELTO. Do not take XARELTO if a doctor has told you that you have one of the following rare hereditary diseases:

- Galactose intolerance
- Lapp lactase deficiency
- Glucose-galactose malabsorption

XARELTO is not recommended if you have severe kidney disease. Your doctor will know how to determine your kidney function.

XARELTO is not recommended if you have an artificial heart valve.

XARELTO is not recommended in children younger than 18 years old.

## Pregnancy and breastfeeding

If there is a chance that you could become pregnant, use a reliable contraceptive while you are taking XARELTO. If you become pregnant while you are taking XARELTO, immediately tell your doctor, who will decide how you should be treated.

## INTERACTIONS WITH THIS MEDICATION

Tell your doctor or pharmacist if you are taking:

- anticoagulants (blood thinners) such as warfarin, heparin or low molecular weight heparin (LMWH) including enoxaparin, fondaparinux, bivalirudin, apixaban, dabigatran, or anti-platelet agents, such as clopidogrel, ticlopidine, prasugrel, ticagrelor

- oral medications to treat fungal infections such as ketoconazole, itraconazole, posaconazole

- medications for HIV/AIDS such as ritonavir [NORVIR®] and lopinavir/ritonavir [KALETRA®]

- anti-inflammatory and pain relieving medicines including non-steroidal anti-inflammatory drugs (NSAIDs) (eg, naproxen [NAPROSYN®] or acetylsalicylic acid [ASPIRIN®])

- some antibiotics such as clarithromycin

- rifampicin

- anticonvulsants (to control seizures or fits) such as phenytoin, carbamazepine, phenobarbital

If you take XARELTO with NSAIDs or antiplatelet agents such as ASA or clopidogrel you are at an increased risk for bleeding. The use of XARELTO with prasugrel or ticagrelor is not recommended.

Please tell your doctor or pharmacist if you are taking or have recently taken any other medication, including medications obtained without a prescription as well as vitamins and herbal supplements, such as St. John's Wort. Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

## PROPER USE OF THIS MEDICATION

If you are currently taking warfarin (another blood thinner taken by mouth) or receive other anticoagulant treatment given by injection, and your doctor has decided XARELTO is appropriate for you, make sure you ask your doctor exactly when and how best to switch and start taking XARELTO.

Always follow your doctor's instructions. Do not stop taking XARELTO without talking to your doctor first, because XARELTO helps prevent the development of blood clots.

*XARELTO Product Monograph*

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_BPAG_01254179**

Swallow the tablet preferably with water. Try to take the tablet at the same time every day to help you to remember it.

**Prevention of blood clots after major hip or knee surgery**

Usual dose; 10 mg once a day with or without food.

Take the first tablet 6 to 10 hours after your operation. Then take a tablet every day until your doctor tells you to stop.

If you have had a major hip operation, you will usually take XARELTO for 35 days.

If you have had a major knee operation, you will usually take XARELTO for 14 days.

**Prevention of blood clots in your brain (stroke) and in other blood vessels in your body if you have atrial fibrillation**

Usual dose: 20 mg once a day with food.

To be sure that you get the full benefit from XARELTO, it is important to take the 20 mg tablets with food.

If your kidneys are not working properly, your doctor may prescribe 15 mg once a day with food.

To be sure that you get the full benefit from XARELTO, it is important to take the 15 mg tablets with food.

This is long-term treatment and you should continue to take XARELTO until your physician says otherwise.

The recommended maximum daily dose is 20 mg.

**Treatment and prevention of blood clots in the veins of your legs or lungs**

Usual dose: 15 mg tablet twice a day (one 15 mg tablet in the morning and one in the evening) with food for the first 3 weeks.

For treatment after 3 weeks, the usual dose is 20 mg once a day with food.

This is long-term treatment and you should continue to take XARELTO until your physician says otherwise.

Swallow the tablet preferably with water.

**Overdose**

Taking too much XARELTO increases the risk of bleeding.

In case of drug overdose, contact a health care practitioner, hospital emergency department or regional Poison Control Centre immediately, even if there are no symptoms

**Missed Dose**

If you are prescribed XARELTO 10 mg, 15 mg or 20 mg **once** a day and you have missed a dose, take it as soon as you remember. Take the next tablet on the following day at the

usual time and then carry on taking a tablet once a day as normal. Do not take a double dose to make up for a forgotten tablet.

If you are prescribed XARELTO 15 mg **twice** a day and you have missed a dose, take it as soon as you remember. Do not take more than two 15 mg tablets on one day. If you forget to take a dose you can take two 15 mg tablets at the same time to get a total of two tablets (30 mg) on one day. On the following day you should carry on taking one 15 mg tablet twice a day.

## SIDE EFFECTS AND WHAT TO DO ABOUT THEM

Like all medicines, XARELTO can cause side effects, although not everybody gets them.

As XARELTO acts on the blood clotting system, most side effects are related to signs of bruising or bleeding. In some cases bleeding may not be obvious, such as unexplained swelling.

Patients treated with XARELTO may also experience the following side effects:

Nausea, vomiting, stomach ache, constipation, diarrhea, indigestion, and decreased general strength and energy.

### SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM

| Symptom/ Effect | | Talk with your doctor or pharmacist | | Stop taking drug and seek immediate emergency medical attention |
|---|---|---|---|---|
| | | Only if severe | In all cases | |
| Common | Bleeding from the surgical wound, an injury or other medical procedure | | ✓ | |
| | Unexpected bruising | | ✓ | |
| | Reduction in red blood cells which can make your skin pale and cause weakness, tiredness, dizziness, headache, breathlessness, unusually fast heartbeat, or chest pain | | ✓ | |
| | Bleeding into the eye | ✓ | | |
| | Bleeding from stomach (blood in vomit) or bowel (blood in stools/black stools) | | ✓ | |

*XARELTO Product Monograph*

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254180

**IMPORTANT: PLEASE READ**

| SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM | | Talk with your doctor or pharmacist | | Stop taking drug and seek |
|---|---|---|---|---|
| Symptom/ Effect | | Only if severe | In all cases | immediate emergency medical attention |
| | Bleeding from hemorrhoids | ✓ | | |
| | Bleeding under the skin | ✓ | | |
| | Blood in your urine, (red/pink tinge to urine) | | ✓ | |
| | Genital bleeding in post menopausal women | | ✓ | |
| | Increased or more frequent menstrual bleeding | ✓ | | |
| | Localized swelling | | ✓ | |
| | Nose bleed lasting more than 5 minutes | | ✓ | |
| | Pain or swelling in your limbs | | ✓ | |
| | Low blood pressure (lightheaded-ness, dizziness, and/or fainting) | | ✓ | |
| | Fever | | ✓ | |
| | Unusually fast heartbeat | | ✓ | |
| | Itchy skin or rash | | ✓ | |
| | Bleeding gums for longer than 5 minutes when you brush your teeth | | ✓ | |
| Un-common | Bleeding into the brain (sudden, severe and unusual headache) | | | ✓ |
| | Coughing up blood | | ✓ | |
| | Bleeding into a joint (stiff, sore, hot or painful joint) | | ✓ | |
| | Oozing from the surgical wound | | ✓ | |
| | Decreased urine output | ✓ | | |

| SERIOUS SIDE EFFECTS, HOW OFTEN THEY HAPPEN AND WHAT TO DO ABOUT THEM | | Talk with your doctor or pharmacist | | Stop taking drug and seek |
|---|---|---|---|---|
| Symptom/ Effect | | Only if severe | In all cases | immediate emergency medical attention |
| Rare | Liver Disorder: yellowing of the skin or eyes, dark urine, abdominal pain, nausea, vomiting, loss of appetite | | ✓ | |
| | Allergic Reaction: rash, hives, swelling of the face, lips, tongue or throat, and difficulty swallowing or breathing | | | ✓ |
| Unknown | Compartment Syndrome: increased pressure within legs or arms after a bleed, with pain, swelling, numbness or paralysis | | ✓ | |
| | Agranulocytosis [frequent infection with fever, sore throat, mouth ulcers (sign of decreased white blood cells)] | | ✓ | |
| | Stevens-Johnson syndrome: Severe skin rash with redness, blistering and/or peeling of the skin and/or inside of the lips, eyes, mouth, nasal passages or genitals, accompanied by fever, chills, headache, cough, body aches or swollen glands | | | ✓ |

*This is not a complete list of side effects. For any unexpected effects while taking XARELTO, contact your doctor or pharmacist.*

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254181

PRINT WITH PLEASE PRINT

## HOW TO STORE IT

Keep at room temperature (15°C-30°C).

Keep out of the reach and sight of children.

Do not use XARELTO after the expiry date which is stated on the bottle and on each blister after EXP. The expiry date refers to the last day of that month.

Medicines should not be disposed of via wastewater or household waste. Ask your pharmacist how to throw away medicines you no longer use. These measures will help to protect the environment.

## REPORTING SUSPECTED SIDE EFFECTS

You can report any suspected adverse reactions associated with the use of health products to the Canada Vigilance Program by one of the following 3 ways:

| Report online: | www.healthcanada.gc.ca/medeffect |
|---|---|
| Call toll-free at: | 866-234-2345 |
| Complete a Canada Vigilance Reporting Form and: | |
| Fax toll-free to: | 866-678-6789 |
| Mail to: | Canada Vigilance Program<br>Health Canada<br>Postal Locator 0701E<br>Ottawa ON  K1A 0K9 |

Postage paid labels, Canada Vigilance Reporting Form and the adverse reaction reporting guidelines are available on the MedEffect™ Canada website at: www.healthcanada.gc.ca/medeffect

*NOTE: Should you require information related to the management of the side effect, please contact your health professional. The Canada Vigilance Program does not provide medical advice.*

## MORE INFORMATION

For more information, please contact your health professional or pharmacist first, or Bayer Inc. at 1-800-265-7382 or canada@bayer.com.

This document plus the full Product Monograph, prepared for health professionals can be found at: http://www.bayer.ca or by contacting the manufacturer at the above-mentioned phone number and email address.

This leaflet was prepared by:



Bayer Inc.
~~77 Belfield Road~~
~~Toronto, Ontario M9W 1G6~~
2920 Matheson Boulevard East
Mississauga, Ontario
L4W 5R6
Canada

Last revised: ~~July 10, 2014~~ November 24, 2014

©2014, Bayer Inc.

® Bayer, ~~and~~ Bayer Cross, and XARELTO are registered trademarks of Bayer AG, used under license by Bayer Inc. ~~XARELTO is a trademark of Bayer AG, used under license by Bayer Inc.~~

All other trademarks are the property of their respective owners.

**Bayer**

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_01254182