# EXHIBIT-5

# FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  XARELTO (RIVAROXABAN)  MDL No. 2592

     PRODUCTS LIABILITY LITIGATION

 5                                 SECTION L

 6   _____  JUDGE ELDON E. FALLON

 7   THIS DOCUMENT RELATES TO:     MAG. JUDGE NORTH

 8   JOSEPH J. BOUDREAUX, JR.

     AND LORETTA BOUDREAUX

 9

     Case No. 2:14-cv-02720

10

11

12

13     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

14

15                     JUNE 23, 2016

16

17                       - - -

18          Videotaped deposition of JOSEPH J.

     BOUDREAUX, JR., held at The Lambert Firm, 701

19   Magazine Street, New Orleans, Louisiana, commencing

     at 10:01 a.m., on the above date, before Leslie B.

20   Doyle, Certified Court Reporter (#93096), Registered

     Professional Reporter, Certified Realtime Reporter.

21

22                       - - -

23           GOLKOW TECHNOLOGIES, INC.

24       877.370.3377 ph|917.591.5672 fax

25             deps@golkow.com
```

Page 2

```
 1   A P P E A R A N C E S :
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4      WILLIAM ROGER SMITH, III, ESQ.
           Email:  Roger.smith@beasleyallen.com
 5         Phone:  (334) 269-2343
        BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
 6         MILES, P.C.
        218 COMMERCE STREET
 7      MONTGOMERY, ALABAMA  36104
 8   - AND -
 9      EMMA E. KINGSDORF, ESQ.
           Email:  Ekingsdorf@bkc-law.com
10         Phone:  (504) 524-3300
        BARRIOS, KINGSDORF & CASTEIX, LLP
11      ONE SHELL SQUARE
        701 POYDRAS STREET, SUITE 3650
12      NEW ORLEANS, LOUISIANA  70139-3650
13   - AND -
14      MEKEL SMITH ALVAREZ, ESQ.
           Email:  Malvarez@morrisbart.com
15         Phone:  (504) 525-8000
        MORRIS BART, LLC
16      PAN AMERICAN LIFE CENTER
        601 POYDRAS STREET, 24TH FLOOR
17      NEW ORLEANS, LOUISIANA  70130
18
19   COUNSEL FOR THE JANSSEN DEFENDANTS:
20      JOHN A. MCCAULEY, ESQ.
           Email:  Jmccauley@venable.com
21         Phone:  (410) 244-7655
        VENABLE LLP
22      750 E. PRATT STREET, SUITE 900
        BALTIMORE, MARYLAND  21202
23
24
25
```

Page 3

```
 1   APPEARANCES (CONTINUED):
 2
 3   COUNSEL FOR THE BAYER DEFENDANTS:
 4      JULIE B. DU PONT, ESQ.
           Email:  Julie.dupont@kayescholer.com
 5         Phone:  (212) 836-8572
        KAYE SCHOLER, LLP
 6      250 WEST 55TH STREET
        NEW YORK, NEW YORK  10019-9710
 7
 8
 9   ALSO PRESENT:
10      LINDA GRIFFIN, VIDEOGRAPHER
11
12            - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX OF EXAMINATIONS
 2
 3   EXAMINATION
 4      BY MS. DU PONT.....................9, 211
 5      BY MR. MCCAULEY..................198, 212
 6      BY MR. SMITH.........................203
 7   CERTIFICATE.........................217 - 218
 8   ACKNOWLEDGMENT OF DEPONENT...............219
 9   ERRATA..................................220
10
11
12              * * *
13
14              INDEX OF EXHIBITS
15   EXHIBIT #1.................................11
16      AMENDED NOTICE OF DEPOSITION OF
17      JOSEPH J. BOUDREAUX, JR.
18   EXHIBIT #2.................................11
19      PLAINTIFF'S RESPONSE AND OBJECTIONS TO
20      NOTICE OF DEPOSITION OF JOSEPH
21      BOUDREAUX, JR.
22   EXHIBIT #3.................................17
23      PLAINTIFF FACT SHEET
24      (JBoudreaux-PFS-000001 - 0043)
25
```

Page 5

```
 1   EXHIBITS (CONTINUED):
 2
 3   EXHIBIT #4.................................17
 4      PLAINTIFF FACT SHEET
 5   EXHIBIT #5.................................17
 6      SECOND AMENDED PLAINTIFF FACT SHEET
 7      (JBoudreaux-PFS-000044 - 0067)
 8   EXHIBIT #6.................................17
 9      THIRD AMENDED PLAINTIFF FACT SHEET
10   EXHIBIT #7.................................17
11      FOURTH AMENDED PLAINTIFF FACT SHEET
12   EXHIBIT #8.................................13
13      Photograph
14   EXHIBIT #9.................................78
15      STAH 3RD FLOOR MEDICAL SURGICAL UNIT
16      INPATIENT RECORD
17      (JBoudreaux-OStAGH-MD-000126)
18   EXHIBIT #10................................81
19      ORAL ANTICOAGULATION THERAPY EDUCATION
20      CHECKLIST
21      (JBoudreaux-PPR-000056)
22   EXHIBIT #11................................90
23      1/9/14 MEDICAL RECORD
24      (JBoudreaux-OStAGH-MD-000002)
25
```

Page 6

1  EXHIBITS (CONTINUED):

2

3  EXHIBIT #12.............................97

4  STAH 3RD FLOOR MEDICAL SURGICAL UNIT

5  INPATIENT RECORD

6  (JBoudreaux-OStAGH-MD-000233 - 0235)

7  EXHIBIT #13.............................106

8  PHOTOGRAPH OF XARELTO PILLS

9  EXHIBIT #14.............................106

10  PHOTOGRAPHS OF XARELTO BOTTLE

11  EXHIBIT #15.............................106

12  PHOTOGRAPHS OF XARELTO BOTTLE

13  EXHIBIT #16.............................108

14  *HUMANA PRINTOUT

15  EXHIBIT #17.............................111

16  XARELTO MEDICATION GUIDE

17  EXHIBIT #18.............................133

18  1/10/14 CARDIOVASCULAR INSTITUTE

19  PROGRESS NOTE

20  (JBoudreaux-PPR-000035 - 0036)

21  EXHIBIT #19.............................134

22  1/13/14 CARDIOVASCULAR INSTITUTE

23  PROGRESS NOTE

24  (JBoudreaux-PPR-000033 - 0034)

25

Page 7

1  EXHIBITS (CONTINUED):

2

3  EXHIBIT #20.............................136

4  1/24/14 CARDIOVASCULAR INSTITUTE

5  PROGRESS NOTE

6  (JBoudreaux-CIS-H-000111 - 0112)

7  EXHIBIT #21.............................145

8  2/3/14 CARDIOVASCULAR INSTITUTE

9  PROGRESS NOTE

10  (JBoudreaux-PPR-000023 - 0024)

11  EXHIBIT #22.............................148

12  STAH SPECIMEN LABORATORY AMBULATORY

13  ENCOUNTER

14  (JBoudreaux-OStAGH-MD-000248 - 0249)

15  EXHIBIT #23.............................154

16  FEBRUARY 2014 KNMH TELEMETRY UNIT K4B

17  INPATIENT RECORD

18  (JBoudreaux-OMC-K-MD-000012- 0016)

19

20          - - -

21

22

23

24

25

Page 8

1           PROCEEDINGS

2       THE VIDEOGRAPHER:  We are now on the

3   record.  My name is Linda Griffin.  I'm a

4   videographer for Golkow Technologies.

5   Today's date is June 23rd, 2016, and the

6   time is 10:01 a.m.

7       This video deposition is being held in

8   New Orleans, Louisiana, in the matter of

9   Xarelto Products Liability Litigation as

10  it relates to Joseph Boudreaux, et al.

11  versus Janssen, et al. for the United

12  States District Court for the Eastern

13  District of Louisiana.  The deposition is

14  of Mr. Joseph Boudreaux.

15      Counsel, please identify yourselves.

16      MR. SMITH:  Roger Smith for

17  Mr. Boudreaux and his wife and the

18  Plaintiff Steering Committee.

19      MS. KINGSDORF:  Emma Kingsdorf for the

20  plaintiffs.

21      MS. ALVAREZ:  And Mekel Alvarez for

22  the plaintiffs.

23      MS. DU PONT:  Julie du Pont on behalf

24  of the Bayer defendants.

25      MR. MCCAULEY:  John McCauley for the

Page 9

1   Janssen defendants.

2       THE VIDEOGRAPHER:  The court reporter

3   today is Leslie Doyle and will now swear

4   in the witness.

5             * * *

6       JOSEPH BOUDREAUX,

7   having been first duly sworn, was examined

8       and testified as follows:

9           EXAMINATION

10  BY MS. DU PONT:

11   Q.  Good morning, Mr. Boudreaux.

12   A.  Good morning.

13   Q.  My name is Julie du Pont.  I think you

14  just heard that.  We just met for the first time

15  today, right?

16   A.  Right.

17   Q.  Have you ever had your deposition taken

18  before?

19   A.  No.

20   Q.  So I'm just going to go over a couple of

21  ground rules before we get started.  Because the

22  court reporter here is taking down all the questions

23  and answers, you have to make sure to answer

24  verbally with a yes or a no.  Don't just nod your

25  head.  Okay?

Protected - Subject to Further Protective Review

Page 10

1    A.   Okay.
2    Q.   And if you don't understand my question,
3  just tell me.
4    A.   Okay.
5    Q.   I can, you know, rephrase it if you need
6  me to.  And just wait until I finish my question,
7  and I'll wait until you finish your answer, and that
8  makes it a lot easier for the court reporter here to
9  get down everything we're saying.  Okay?
10   A.   Okay.
11   Q.   And if you need a break -- I know you've
12 got a little cold today.  If you need a break at any
13 time, you just let me know.  We just have to finish
14 the question and answer that's at issue.
15   A.   Okay.
16   Q.   And you understand today that your
17 testimony is under oath?
18   A.   Yes.
19   Q.   Is there anything that is -- that would
20 impair your ability to testify today?
21   A.   No.
22   Q.   Have you taken any medications in the last
23 24 hours?
24   A.   Last night I took my normal pills that I
25 usually take at night.  I haven't taken anything

Page 11

1  this morning yet.
2    Q.   Would any of those medications impair your
3  ability to testify today?
4    A.   No.
5    Q.   And I'll just apologize in advance because
6  some of the questions I may ask at this deposition
7  may be a little personal in nature, but that's just
8  the result of a lawsuit, so bear with me and I'll --
9  okay?
10   A.   Okay.
11   Q.   So I'm going to mark as Exhibits #1 and
12 #2, the amended notice of the deposition of Joseph
13 Boudreaux and the plaintiff's response and
14 objections to that notice, and I'll go ahead and
15 show that to you.
16   (Deposition Exhibits #1 and #2 were marked
17       for identification.)
18      And if you could just go to the third --
19 actually, the fourth page of 1, of the first one.
20   A.   This one?
21   Q.   Exhibit #1.
22   A.   Oh, this one.  Okay.
23   Q.   This is a request for you to bring with
24 you certain documents today.
25   A.   Uh-huh.

Page 12

1    Q.   With respect to the first item on that
2  list, letters, e-mails, telecopies or other
3  documents reflecting any communication regarding
4  this litigation between your attorneys and you and
5  your wife, have you brought anything --
6    A.   No.
7    Q.   -- that's responsive to that?
8    A.   I have nothing.
9    Q.   How about No. 2, letters, e-mails,
10 telecopies, other documents reflecting any
11 communication regarding this litigation between you,
12 Joseph Boudreaux, your wife and any healthcare
13 provider?
14   A.   No.
15   Q.   How about No. 3, all documents or other
16 materials regarding this litigation given by Joseph
17 Boudreaux to any healthcare provider that rendered
18 any care or treatment to Joseph Boudreaux?
19   A.   No.
20   Q.   And I think you said you've never
21 testified before.  I'm assuming the answer is no to
22 all transcripts or other records of any testimony
23 given under oath.
24   A.   No.
25   Q.   Have you brought with you, with respect to

Page 13

1  Item No. 5, personal calendars, notes, journals,
2  diaries or blogs kept by you or your wife that
3  relate to your alleged exposure to Xarelto?
4    A.   No.
5    Q.   Have you brought with you any photographs,
6  slides, DVDs or other videos of yourself from
7  January 2014 to February 2014?
8    A.   I have one picture.
9    Q.   Okay.
10   A.   That was on our 50th wedding anniversary.
11 This was after January -- well, after February.
12 That was in September.
13   Q.   Of what year?
14   A.   2014.
15   Q.   2014.  Okay.  I'll go ahead and mark this.
16 I've premarked some other stuff, so it's going to be
17 out of order, but I'll mark this as Exhibit #8.
18   (Deposition Exhibit #8 was marked for
19       identification.)
20      Now, with respect to Item No. 7, all
21 packaging and unused medicine from the Xarelto you
22 used, including such materials in the possession of
23 plaintiff's counsel, do you have anything responsive
24 to that?
25   A.   They have the -- my lawyers have the

Page 14

1   medication.
2         MS. DU PONT:  How have we been doing
3   this?
4         MR. SMITH:  In the past, we've always
5   taken pictures --
6         MS. DU PONT:  Okay.
7         MR. SMITH:  -- of the bottle, like
8   laying out the pills and taking a picture
9   of them on a white piece of paper.
10        MS. KINGSDORF:  I think that Leslie
11  takes the pictures, and she can handle
12  that.
13        MR. SMITH:  Yeah.
14        MS. DU PONT:  Okay.  Maybe we'll do
15  that a little later on in the deposition.
16        COURT REPORTER:  Sure.
17        MR. MCCAULEY:  Can I look at the
18  bottle while you're --
19        MS. DU PONT:  Sure.
20        MR. MCCAULEY:  -- going on?  Thanks.
21  Do you mind if I look at it?
22        MR. SMITH:  Unh-unh.
23        MR. MCCAULEY:  Do you mind if I open
24  it and look inside?
25        MR. SMITH:  No, don't mind.

Page 15

1   BY MS. DU PONT:
2         Q.  With respect to No. 8, all medical,
3   prescription or other records relating to the
4   allegations in the complaint that are in Joseph
5   Boudreaux or Loretta Boudreaux's possession and that
6   were not previously provided to defendants by
7   counsel for plaintiff, do you have anything
8   responsive to that?
9         A.  No.
10        Q.  No. 9 is all literature, newspaper or
11  magazine articles, letters, booklets, brochures,
12  pamphlets, et cetera, written material authored or
13  collected by Joseph Boudreaux or Loretta Boudreaux
14  or supplied to Joseph Boudreaux or Loretta Boudreaux
15  from any source, including, but not limited to
16  persons, firms, corporations or governmental
17  entities, relating to Xarelto, Joseph Boudreaux's
18  alleged injuries or any defendant in this action.
19        A.  No.
20        Q.  And, finally, Item No. 10, all documents
21  responsive to the Plaintiff Fact Sheet that have not
22  been previously provided to defendants by counsel.
23  Do you have anything responsive to that?
24        A.  No.
25        Q.  Did you do anything to prepare for your

Page 16

1   deposition today?  Did you do anything to prepare
2   for your deposition today?
3         A.  Not really.
4         Q.  Did you review any documents before
5   testifying?
6         A.  Yes.  I reviewed my -- the lawsuit, the
7   notice, the deposition notice, and the fact sheet.
8         Q.  Did you review any medical records?
9         A.  No.
10        Q.  Did you review your fact sheet?
11        A.  Yes.
12        Q.  Did you review any written information
13  about Xarelto?
14        A.  No.
15        Q.  Did you meet with counsel before today?
16  And you don't have to tell me what you talked about.
17  I don't want to know that.  I just want to know if
18  you met with counsel.
19        A.  Yes.
20        Q.  How many times did you meet with counsel?
21        A.  Once yesterday.
22        Q.  For how long?
23        A.  Three hours.
24        Q.  And did you re -- did you review medical
25  records during that conversation?

Page 17

1         A.  Yes.
2         Q.  What medical records did you review?
3         A.  The fact sheet, the records that were on
4   there.
5         Q.  Before coming to the deposition today, did
6   you talk to anyone about the fact that you were
7   having a deposition, other than your attorney?
8         A.  No.
9         Q.  Does your wife know you're here today?
10        A.  My wife, yeah, she's the only one that
11  knows.
12        Q.  Do your children know?
13        A.  No.
14        Q.  I've previously marked as Exhibits #3, #4,
15  #5, #6 and #7, the various fact sheets that have
16  been submitted in this action.  Exhibit #3 is the
17  original fact sheet.  Exhibit #4 is the First
18  Amended Fact Sheet.  Exhibit #5 is the Second
19  Amended Fact Sheet.  Exhibit #6 is the Third Amended
20  Plaintiff Fact Sheet, and Exhibit #7 is the Fourth
21  Amended Plaintiff Fact Sheet.  I'll show these to
22  you.
23        (Deposition Exhibits #3, #4, #5, #6 and #7
24            were marked for identification.)
25            You can put those other two exhibits to

Page 18

1 the side, if you'd like.
2     MR. SMITH: Hand them to me, and I'll
3     keep them over here.
4 BY MS. DU PONT:
5   Q. Now, if you could turn to the Exhibit #3,
6 to the very end.
7   A. This one?
8   Q. Yeah, #3. It has a 3 on it.
9   A. Okay. The last page?
10   Q. Yes. Is that your signature there?
11   A. Yes, it is.
12   Q. And did you read this whole fact sheet
13 before you signed it?
14   A. Yes, I went over it.
15   Q. Did you originally prepare a handwritten
16 version of it?
17   A. Yes, I did.
18   Q. And did you give that to your attorneys?
19   A. Yes.
20   Q. And then they typed something up for you?
21   A. Yes.
22   Q. Did you personally fill out this fact
23 sheet originally in your own handwriting?
24   A. To the best of my knowledge, I did, yeah.
25   Q. Did anyone else help you with that?

Page 19

1   A. No.
2   Q. Did your attorney assist you, though, in
3 filling it out?
4   A. No.
5   Q. So if you could turn to the next exhibit.
6 This is the First Amended Fact Sheet.
7   A. Okay.
8     MS. DU PONT: Do you need a copy of
9     these?
10     MR. SMITH: No. I'm okay.
11 BY MS. DU PONT:
12   Q. Again, if you turn to the last page, it
13 does not appear that there's a signature with this,
14 but do you recall reviewing this First Amended Fact
15 Sheet --
16   A. Yes.
17   Q. -- on August 18th, 2015?
18   A. I don't recall the date, but I did review
19 it.
20   Q. And what changed from the prior fact sheet
21 to this one? Do you remember?
22   A. I'm not sure. Probably updates of my
23 doctor visits and stuff like that, my medical
24 records, maybe.
25   Q. Did you review it before -- did you review

Page 20

1 this fact sheet? Because I don't see a signature.
2   A. I'm pretty sure I reviewed them all.
3   Q. Okay. And did you understand before you
4 signed it that you were under penalty of perjury if
5 something was not accurate in this fact sheet?
6   A. Yes.
7   Q. Just to speed things up, I'm just going to
8 ask you if you could take a look at the other
9 amended fact sheets and just confirm for me that you
10 understood all of the information in those fact
11 sheets and that you understood that, under penalty
12 of perjury, if there was something that was not true
13 or accurate in them, that that would be an issue.
14   A. Yes.
15   Q. Okay. So let's focus on the Fourth
16 Amended Fact Sheet, which is the last one in your
17 pile. If you could turn to the last page and just
18 look at the date with me. That's dated June 22nd,
19 2016, correct?
20   A. Uh-huh.
21   Q. That was yesterday?
22   A. Yesterday.
23   Q. So you just updated this information
24 yesterday?
25   A. Yes.

Page 21

1   Q. Did you do this during your meeting with
2 counsel?
3   A. It was done while I was here yesterday.
4   Q. And do you recall specifically what was
5 added to this fact sheet from the prior fact sheets?
6   A. Not specifically.
7   Q. Do you think there's anything in this most
8 recent fact sheet that needs to be updated or
9 changed?
10   A. Not to my knowledge.
11   Q. And did anyone assist you in filling out
12 this fact sheet?
13   A. It was -- as far as I know, it was already
14 filled out, and there were just changes updated from
15 my doctor visits and stuff like that.
16   Q. Is that true with respect to the other
17 fact sheets, as well?
18   A. Yes.
19   Q. Let me make sure I understand this. As
20 your medical records -- as you had more visits with
21 your doctors, you up -- your attorneys updated your
22 fact sheet?
23   A. Right, right.
24   Q. You did not personally update it yourself?
25   A. No.

Protected - Subject to Further Protective Review

Page 22

1   Q.   You relied on your attorneys to do that?
2   A.   Right.
3   Q.   You can set that aside for a second.
4        Do you keep a file or maintain any
5   documents related to Xarelto?
6   A.   No.
7   Q.   And I -- do you ever use text messages or
8   instant messages?
9   A.   No.  I'm not up on that.
10  Q.   Okay.  Did your healthcare providers leave
11  you any voice mails on your answering machine
12  regarding Xarelto?
13  A.   No.
14  Q.   I think I know the answer to this, but I
15  just want to ask it anyways.  Have you communicated
16  with family, friends or colleagues via text
17  messages, instant messages or voice mail regarding
18  your prescription of Xarelto or your use of Xarelto
19  and your alleged injuries?
20  A.   No.
21  Q.   And I'm just going to remind you, let me
22  finish my question.  I know you know where it's
23  going.  Okay?
24  A.   Oh, I'm sorry.
25  Q.   It's okay.

Page 23

1        Okay.  I just want to get a sense of your
2   background.  First of all, do you go by Joseph or do
3   you go by something else?
4   A.   Well, that's what I was saying this
5   morning.  For 20 years, I thought my full name was
6   Johnny J. Boudreaux, Jr.  Then when I joined the
7   service, they got my true records and found out I'm
8   Joseph J. Boudreaux, Jr.
9   Q.   Do you still go by Johnny?
10  A.   Oh, a lot of people still call me Johnny,
11  yeah, everybody I grew up with.
12  Q.   Okay.  How about your wife; what does she
13  call you?
14  A.   Johnny.
15  Q.   Okay.  Your kids?  Dad?
16  A.   Dad.
17  Q.   Where were you born?
18  A.   In Lockport.
19  Q.   Is that where you grew up, too?
20  A.   Yes.
21  Q.   And do you have a driver's license?
22  A.   Yes.
23  Q.   Do you still drive?
24  A.   Yeah.
25  Q.   Any restrictions on your ability to drive

Page 24

1   at all?
2   A.   No, I'm not sure.  I think I might have
3   the glasses.  I wear that all the time.
4   Q.   I can't drive without my glasses either.
5        What's your current address?
6   A.   303 Barrilleaux Street in Lockport,
7   Louisiana.
8   Q.   And how long have you lived there?
9   A.   Well, I was raised there, and then after I
10  married and all, I moved into my own house, and then
11  I lived about 17 years in the house that I built,
12  and then when my parents died and both were gone, I
13  bought the house that I was raised in and moved back
14  into town.  So on and off, I've lived there most of
15  my life.
16  Q.   So it was your parents' home and then you
17  moved back in later on?
18  A.   Right.  After they died, I bought my
19  sister's share, and I -- and I'm still living in the
20  house now.
21  Q.   Okay.  What type -- is it a freestanding
22  house?
23  A.   Yeah.
24  Q.   And you're married?
25  A.   Yeah.

Page 25

1   Q.   For how many years?
2   A.   52 almost; 51.
3   Q.   And your wife's name is Loretta?
4   A.   Loretta.
5   Q.   What year was she born?
6   A.   '43.
7   Q.   And when were you married?
8   A.   In '64.
9   Q.   Okay.  Where were you married?
10  A.   In Larose, which is where she was from,
11  about 10, 11 miles further down from where Lockport
12  is.
13  Q.   And how did you meet?
14  A.   That's what I was -- I think it was at a
15  dance, if I can remember that far back, when I --
16  the first time I ever met her was at a -- I guess
17  you could say like a youth dance or whatever they
18  had down in the Larose area.
19  Q.   And how would you describe your marriage?
20  A.   Great.
21  Q.   Do you have a good relationship?
22  A.   Oh, yeah.
23  Q.   She's supportive as a spouse?
24  A.   Oh, yes, very much.
25  Q.   Is Loretta employed?

Protected - Subject to Further Protective Review

Page 26

1    A.   No, she's retired.  She was a
2   schoolteacher for 20 years.
3        Q.   When did she retire?
4        A.   I think it was '91, I believe.  I'm not
5   sure.
6        Q.   And do you have any grandchildren?
7        A.   Yes, I do.
8        Q.   How many?
9        A.   I have three grandchildren and one step
10  grandchild, and then I have three great
11  grandchildren.
12       Q.   And you have three sons?
13       A.   Three sons.
14       Q.   What are their names?
15       A.   Michael, David and Kevin.
16       Q.   And are they still living in the home?
17       A.   No.  Two of them live in Memphis, and one
18  lives in Houma.
19       Q.   And do you see them often?
20       A.   The one around here, I see quite often,
21  but the other two, not as often as I would like.
22       Q.   And which of your sons -- or maybe --
23  which of your sons have children that you just
24  described?
25       A.   The oldest son has two children.

Page 27

1        Q.   And that's who?
2        A.   Michael, he's got two kids; and David has
3   one son; and then the youngest son, Kevin, has a
4   stepson.
5        Q.   And when was the last time any of your
6   children or grandchildren lived in your home?
7        A.   Lived with --
8        Q.   Lived with you.
9        A.   Not in the home I'm in now.  It would have
10  been in the home where they were raised.  I had
11  built a home in '75, I think it was, and we lived in
12  that home for 17 years, and that's the last they
13  lived with me.
14       Q.   Okay.
15       A.   Once they went off to college and all,
16  they all --
17       Q.   And was that other --
18       A.   -- went their own ways.
19       Q.   Was that other home in Lockport?
20       A.   It was right out of town, a little
21  subdivision right out of town.
22       Q.   Do any of your children assist you
23  financially?
24       A.   No.
25       Q.   Do you assist them financially?

Page 28

1        A.   No, not anymore.
2        Q.   Are any of your family members doctors,
3   nurses, pharmacists?
4        A.   No.
5        Q.   Any of them lawyers or paralegals?
6        A.   No.
7        Q.   Where did you go to high school?
8        A.   In Lockport.
9        Q.   And are you currently employed?
10       A.   Yes.
11       Q.   And let me just step back a second.  Did
12  you graduate from college?
13       A.   No.
14       Q.   But did you attend some college?
15       A.   I went to Nicholls in Thibodaux for two
16  years, one year before I went in the service and one
17  year after I came back, but I never graduated.
18       Q.   And talk to me about when you were in the
19  service.  What was your -- what was your position?
20       A.   Actually, I worked in an office as a
21  personnel clerk.  It was a field hospital unit I was
22  assigned to, and you might just say I had a regular
23  office job.  Went to work at 7:00 in the morning.
24  Got off at 4:00.  That was it.
25       Q.   And how long were you in the service?

Page 29

1        A.   Three years.
2        Q.   And were you stationed in the U.S.?
3        A.   Yes.
4        Q.   For the Army?
5        A.   Yes.
6        Q.   What was your rank?
7        A.   When I got out, I was a specialist E5.  I
8   guess you might compare that to the sergeant ranking
9   or something like that.
10       Q.   Okay.  Are you currently employed?
11       A.   Yes.
12       Q.   What's your job?
13       A.   I'm a security guard.
14       Q.   Where are you a security guard at?
15       A.   In Lockport at Bollinger Shipyards, but I
16  work for Weiser Security.
17       Q.   And how long have you worked for Weiser
18  Security?
19       A.   For Weiser, it's been about four years,
20  and before Weiser, there was another guard service
21  that I worked for at the same location, Southern
22  Guard Service.
23       Q.   Southern Guard?
24       A.   Southern Guard.
25       Q.   And what do you -- what hours do you work?

Page 30

1    A.  I work from 5:00 in the morning to 5:00 in
2  the afternoon five days a week, and then I'm off
3  nine days, and I come back.  I work ten days a
4  month.
5    Q.  Okay.
6    A.  12-hour days.
7    Q.  And how long did you say you've been a
8  security guard in total at both places?
9    A.  How long have I --
10    Q.  (Nods head.)
11    A.  About eight years total.
12    Q.  Before that, how were you employed?
13    A.  Before that, I worked in the insurance
14  business for a company out of Raceland, Lafourche
15  Life Insurance Company.  I worked 32 years for them.
16  Then I retired for four years.  Then I went back to
17  work as a security guard.
18    Q.  And why did you decide to go back to work?
19    A.  To have something to do.
20    Q.  Do you enjoy your job?
21    A.  Oh, yeah.  I got bored staying at home
22  after a few years, after I did all my little
23  handiwork, I guess you might say.
24    Q.  Got it.  Have you ever filed a claim for
25  disability?

Page 31

1    A.  No.
2    Q.  Any workers' compensation claim?
3    A.  No.
4    Q.  Ever sought unemployment benefits?
5    A.  No.
6    Q.  Do you receive Social Security benefits?
7    A.  Yes, I do.
8    Q.  And how long have you received those
9  Social Security benefits?
10    A.  Since I was 62.
11    Q.  Do you -- those are -- are those benefits
12  as a result of Medicare, or are they for disability?
13    A.  It's Social Security retirement.  I guess
14  it's Medicare.
15    Q.  Yeah.  I shouldn't have asked.
16    A.  It's not disability.
17    Q.  Understood.
18       Have you ever been denied life insurance?
19    A.  No.
20    Q.  Ever convicted of a crime?
21    A.  No.
22    Q.  Ever been involved in another lawsuit?
23    A.  No.
24    Q.  Do you use a computer at all at home or at
25  work?

Page 32

1    A.  I have a little one that my son fixed up.
2  I play games on it, that's about it.
3    Q.  Do you use e-mail?
4    A.  No.
5    Q.  Use the Internet?
6    A.  No.  Well, I guess the games are on the
7  Internet.  I'm not sure.  I think, yeah.
8    Q.  You think you do?
9    A.  I think it's on the Internet.
10    Q.  And you're not on any social networking
11  sites like Facebook?
12    A.  No, no.  I don't do any of that.  In fact,
13  I use it very little, and when I do, it's to play
14  games.
15    Q.  Okay.  Ever filed for bankruptcy?
16    A.  No.
17    Q.  And have you -- are you currently covered
18  by medical insurance?
19    A.  Yes.
20    Q.  And that's through your company?
21    A.  No.  That's through Medicare, which I'm
22  with Humana, which is a HMO that handles Medicare.
23    Q.  Understood.  And you said you've been with
24  them since you were 62?
25    A.  Not with Humana, no.  I didn't get on that

Page 33

1  till I was 65.  That's when I'm eligible for
2  Medicare.
3    Q.  Okay.  And who -- what was your insurer
4  before that?
5    A.  Before that, I had insurance while I was
6  working with Lafourche Life, and then, when I
7  retired at 62, I had the VA Clinic that I used to go
8  to in Houma.
9    Q.  How do you -- I know you went back to work
10  after you retired, but how do you spend your leisure
11  time when you're not working?
12    A.  You're talking about when I first retired
13  or now?
14    Q.  Now.
15    A.  Now?
16    Q.  Yeah.
17    A.  I just try to take it easy as much as I
18  can, you know.  I know I can't do what I used to do,
19  and I do a little work in the yard with the flowers
20  and stuff like that, but I don't do much when I'm
21  off.  We used to like to travel to go see the kids
22  in Memphis, and we don't do that too much anymore
23  either.  It's getting harder and harder to travel.
24    Q.  When was the last time you traveled to
25  Memphis?

Protected - Subject to Further Protective Review

Page 34

1   A.  It was about two years ago.  We're trying
2 to plan a trip to go next month.
3   Q.  Are you part of any local organizations,
4 church groups?
5   A.  No.
6   Q.  Do you do any activities with friends, you
7 know, bridge, poker?
8   A.  No.  I mean, every now and then we get
9 together with friends and go eat out or something
10 like that, you know.
11   Q.  Do you do any of the cooking, cleaning,
12 laundry?
13   A.  Yes, I do.
14   Q.  Run your own errands?
15   A.  Yes.
16   Q.  You said you do some gardening.  Do you do
17 anything else outside?
18   A.  Sometimes I might do a little painting or
19 something like that around the house, if there's,
20 you know, small jobs to do.  I don't take anything
21 on that's too big.
22   Q.  And do you read the newspaper on a daily
23 basis?
24   A.  I do read the -- I get what they call The
25 Daily Comet, which is a local newspaper from

Page 35

1 Thibodaux.
2   Q.  Any publications that you read on a
3 regular basis?
4   A.  TV Guide is about the only other thing I
5 receive.
6   Q.  So do you watch TV?
7   A.  Yes.
8   Q.  What channels do you typically watch?
9   A.  Oh, several of them.  We watch a lot of
10 the old shows on USA, I think it is, and there's
11 another one called Ion, I believe.  And some of the
12 local channels I watch around here, like for the
13 news and stuff like that, and I watch Channel 4,
14 which is CBS.  Occasionally, we like some of the
15 shows that's on that one.
16   Q.  Do you have cable?
17   A.  Yes.
18   Q.  It sounds like you do.  How often do you
19 watch TV?
20   A.  Usually, at night.  I'll watch it pretty
21 near every night.
22   Q.  For how many hours?
23   A.  Maybe four; four or five hours, something
24 like that.
25   Q.  Do you belong to a gym?

Page 36

1   A.  No, not anymore.  I used to, but I haven't
2 gone in a couple of years now.
3   Q.  When was the last time you belonged to a
4 gym?
5   A.  I'd say it was probably a couple of years
6 ago.  I don't know.
7   Q.  Do you remember the year?
8   A.  Probably around 2014 or 2013.
9   Q.  Do you get out and walk at all?
10   A.  I used to walk a lot, but lately -- I
11 haven't been out walking much lately.  In fact,
12 that's why I used to go to the gym, to get on the
13 walking machines and the bike and, you know, stuff
14 like -- I never did any weightlifting or anything
15 like that.
16   Q.  Do you remember the name of the gym you
17 belonged to?
18   A.  I think it's called The Workout Center in
19 Mathews or Raceland.
20   Q.  Do you play golf?
21   A.  Not anymore, but I used to.
22   Q.  When was the last time you played golf?
23   A.  Oh, Lord.  That's probably 30 years ago, I
24 guess.
25   Q.  Okay.

Page 37

1   A.  Because I started when I was in the
2 service, and I played for several years after that,
3 but it's been a long time since I've played golf.
4   Q.  Have your doctors ever encouraged you to
5 exercise?
6   A.  I've been told that if I could do some
7 walking, that that would be the best thing to kind
8 of keep my heart rate up, you know.
9   Q.  You don't use a wheelchair, right?
10   A.  No, no.
11   Q.  Or a cane or a walker?
12   A.  No, no.
13   Q.  I just want to talk to you a little bit
14 about your past medical history.  Did you have any
15 significant health issues as a child?
16   A.  No.  As a child, nothing.
17   Q.  How about as a teenager or young adult?
18   A.  No.
19   Q.  How about when you got to your 20s and
20 30s?  Did you have any significant health issues?
21   A.  No.
22   Q.  I saw on your fact sheet that you had
23 kidney stones in your 20s and 30s.  Is that true?
24   A.  I'm not sure of the exact age, but I
25 started with kidney stones -- probably in the early

Page 38

1 '70s, I think I might have had my first kidney
2 stone.
3     Q.  And do you remember the doctor that
4 treated you for that?
5     A.  I had actually two doctors that treated
6 me.  Back then, the doctor still made house calls,
7 so my family doctor came to the house, and he
8 diagnosed that I had a kidney stone.  Then he sent
9 me to a specialist in Thibodaux, which was a
10 Dr. Weimer, and Dr. Hanley was the one that came to
11 the house.
12     Q.  And did you see Dr. Hanley throughout your
13 early adulthood?  Was he your family doctor?
14     A.  He was my family doctor, along with --
15 there were two of them that worked together, and I
16 saw either one of them, Dr. Simpson and Dr. Hanley.
17     Q.  Did you have any surgeries as -- in your
18 20s and 30s?
19     A.  No.
20     Q.  Your fact sheet listed that you had a
21 ureteral stent placed in 1975?
22     A.  That was for a kidney stone.  They put
23 that in to be able to get to the stone easier or
24 whatever.
25     Q.  How about in your 40s up until today?

Page 39

1 What doctors or healthcare provider did you go to
2 for routine checkups?
3     A.  Well, like I said, I used to see the
4 family doctors, Hanley and Simpson, and then -- I'm
5 not sure how long I went to them because now they're
6 both deceased and gone.  Now I see -- my family
7 doctor is a Dr. Duplantis with the Ochsner St. Ann
8 Clinic and stuff like that.  And the few years that
9 I was retired, that I didn't have Medicare, that's
10 when I was going to the VA Clinic in Houma.
11     Q.  And was that -- what years was that?
12     A.  Let's see.  It was 14 years ago, so it
13 would have been --
14     Q.  2002?
15     A.  Huh?
16     Q.  2002?  About that?
17     A.  Yeah.  Somewhere in -- I'm not good on
18 figures, but it's -- I retired when I was 62, and
19 I'm 74.  So, you know, the three years from '62 to
20 '63.  I don't recall the exact year, but that's when
21 I went to that VA Clinic.
22     Q.  Do you remember the name of the doctor
23 that you saw primarily at that clinic?
24     A.  No.  Because they had two or three
25 different doctors, and sometime it was a nurse

Page 40

1 practitioner.  There wasn't no specific doctor that
2 I would see.
3     Q.  While you were going to the Veterans
4 Medical Center in Houma, did you have any health
5 conditions that were diagnosed?
6     A.  Yes.  I had a prostate level that was a
7 little high, so they thought maybe it might have
8 been prostate cancer, so I had to have a biopsy
9 done, and that was all negative, so...
10     Q.  Did they put you on any medications?
11     A.  Yes, I'm on -- I've been on medication now
12 for years for prostate, enlarged prostate.
13     Q.  And what's the name of that medication?
14     A.  That would be the finasteride and --
15 what's that other one -- terazosin, I believe.
16 That's two of the ones I take at night.
17     Q.  And you've taken that since when?
18     A.  I don't remember the exact year, but it
19 was --
20     Q.  At the Veterans Clinic?
21     A.  -- at the -- when I was going to the
22 Veterans.
23     Q.  Other than the enlarged prostate, were you
24 diagnosed with any other health conditions at that
25 time?

Page 41

1     A.  Well, I was -- I had high blood pressure
2 before I went to the VA Clinic, when I was still
3 seeing Hanley and Simpson, and I think it was
4 Simpson that first diagnosed the high blood
5 pressure, and I think the first thing I was on was
6 that Lotrel for that.
7     Q.  And what year was that, if you recall?
8     A.  Oh, I don't remember.
9     Q.  Was it in the '90s?
10     A.  I'm sure it was a good 30 years ago.
11     Q.  Okay.
12     A.  Oh, yeah.
13     Q.  30 years ago?
14     A.  At least, if not longer.  Maybe 40 years
15 ago.  I guess I was around 50, you know, or
16 something like that.
17     Q.  And have you continued to take some type
18 of medication to treat your blood pressure --
19     A.  Yes.
20     Q.  -- in those 30 years?
21     A.  Yes, I've been on blood pressure
22 medication.
23     Q.  And when -- when you were diagnosed with
24 high blood pressure, did your doctors talk to you
25 about the health consequences of having high blood

Page 42

1 pressure?
2    A.  Well, that's when they suggested that I
3 try to do the walking and to keep the heart pumping
4 properly and to exercise and...
5    Q.  Did they explain to you or did you have an
6 understanding that having high blood pressure can
7 increase your risk of a heart attack or stroke?
8    A.  Yes.
9    Q.  What medicines do you take currently to
10 treat your high blood pressure?
11    A.  I think it's that lisinopril.  I'm not
12 sure if I'm -- if one of those other ones is for my
13 high blood pressure or my heart condition.  I'm on
14 so many medications right now.  I know lisinopril is
15 one of them for high blood pressure.  And that, I
16 take daily.
17    Q.  Now, when were you first diagnosed with
18 diabetes?
19    A.  This was when I was -- let's see.  I'm not
20 sure about the year or time, but it's been a good
21 five years ago.  And they called it borderline
22 diabetes.  I was never on insulin or anything like
23 that, just on the metformin.  That's what I take for
24 diabetes.
25    Q.  And you've taken that for at least the

Page 43

1 past five years?
2    A.  I would say about five years.
3    Q.  Do you know who diagnosed you with
4 diabetes?
5    A.  That would have been Angelique Torres.
6 She's part of the St. Ann Clinic Group.  She's at
7 the office in Lockport itself.
8    Q.  And you still continue to take metformin
9 today?
10    A.  Yes.
11    Q.  You've taken it consistently for the past
12 five years or more?
13    A.  Yes, every day.
14    Q.  When you were diagnosed by Dr. Torres as
15 having diabetes, did she talk to you about the
16 health consequences of having diabetes?
17    A.  Yes.  They talked about special dieting
18 and stuff like that, and try to lose some weight,
19 and that it could be controlled, you know, without
20 going on insulin because it wasn't -- I didn't have
21 a, I guess you would say -- they called it a
22 borderline case.
23    Q.  Did she explain to you, though, what you,
24 know, problems you could have if it did get
25 uncontrolled?

Page 44

1    A.  Well, I don't remember exactly what she
2 explained to me, but I was aware that it could
3 cause, you know, like problems with your eyes and
4 neuropathy and different things like that, which
5 I've known already, because my wife's been a
6 diabetic for a number of years, and she's on
7 insulin.  So I knew a little bit about diabetes
8 before, you know.
9    Q.  Did you understand that you could have
10 problems with your kidneys because of diabetes?
11    A.  Yes.
12    Q.  When were you diagnosed with gout?
13    A.  I don't remember when I had my first
14 attack with that, but that's been years ago, too.
15    Q.  How many years ago?
16    A.  That, I would say, at least 25 years ago.
17        MR. MCCAULEY:  I'm sorry.  Did you say
18        25, sir?
19        THE WITNESS:  About 25 years ago, I
20        had my first attack.
21 BY MS. DU PONT:
22    Q.  What medication -- well, who diagnosed you
23 with gout?
24    A.  I'm thinking it probably was either Hanley
25 or Simpson back then.

Page 45

1    Q.  And did they prescribe any medications to
2 you?
3    A.  They prescribed -- they gave me something
4 to take for the swelling and the pain at the time,
5 Indocin I think it was called, but that was only
6 when I was having the pain when I had an attack.
7 Now, several years later, when Angelique Torres --
8 when I was seeing her, I had had, I guess, another
9 attack, and she treated and then she recommended
10 that I go on this allopurinol daily to prevent it
11 from coming -- you know, coming back like that, too
12 often, so I've been on that ever since.  I take
13 allopurinol every day.
14    Q.  And when do you think you first started
15 taking the allopurinol?
16    A.  I've been on that for -- oh, I'd say a
17 good five to seven years.
18    Q.  And when you were taking the Indocin, did
19 you take the Indocin starting about 25 years ago?
20    A.  I started taking the Indocin when I had
21 the first attack.
22    Q.  And that was, roughly, 25 years ago?
23    A.  About 25 years ago.  But I only took it
24 while I was having the -- it's not a pill that you
25 take every day.  You just take it, you know, while

Page 46

1 you're having the attack or whatever.
2    Q.  How often were you having the attacks?
3    A.  Not that often, really.  I don't know.
4 Maybe a couple of times a year.
5    Q.  And when you would have the attack --
6    A.  And sometimes not even that much, you
7 know.
8    Q.  And when you would have the attack, how
9 long would it last?
10    A.  Well, if I started taking the Indocin
11 right away, if I had some and I started taking it
12 right away, after a couple of days, it would
13 start -- you know, it would ease up enough to where
14 I could get by without too many problems, but it
15 would take about maybe three or four days before it
16 was completely gone.
17    Q.  And how many pills of Indocin would you
18 take?
19    A.  I'm not sure.  I think it was like one
20 every six hours as needed or something like that.
21    Q.  And did you take the Indocin off and on up
22 until -- or have you continued to take the Indocin
23 off and on?
24    A.  I still have some in case I do have an
25 attack, but I haven't had to -- I haven't had an

Page 47

1 attack now in a good three years probably.
2    Q.  About how many attacks, if you can
3 quantify it, have you had in the past 25 years?
4    A.  Over that whole time?  Probably in the
5 neighborhood of ten, maybe.
6    Q.  Were there years where you didn't have any
7 attacks because you just --
8    A.  Yeah.
9    Q.  Okay.  And every time you would have an
10 attack, you would take the Indocin?
11    A.  Yes.
12    Q.  When was the last time you had an attack
13 here?
14    A.  I don't remember that.  It's been, like I
15 said, about three years or more.
16    Q.  Prior to January 2014, did you ever have
17 to go to the emergency room for any reason?
18    A.  I think I had to go one time for a kidney
19 stone.  I was brought to the emergency room in
20 Thibodaux, and -- but that's the only time that --
21 the other kidney stones I had, I didn't have to go
22 to the emergency room, but one time I did have to go
23 to Thibodaux.  And I'm thinking that's the time when
24 I couldn't pass it, and they had to put that stent
25 to be able to go and grab it with that little basket

Page 48

1 or whatever they call it.  But I don't remember what
2 year that was, but that's the only time I can
3 remember going to the emergency room.
4    Q.  Have you ever been diagnosed with having
5 hyperlipidemia?
6    A.  I don't even know what that is.
7    Q.  Have you ever been diagnosed as having
8 high cholesterol?
9    A.  No.
10    Q.  Or lipids?
11    A.  No.
12    Q.  Are you taking fish oil?
13    A.  Yes.
14    Q.  Do you know why you're taking the fish
15 oil?
16    A.  I don't know -- it's not because of
17 doctor's orders.  I think me and my wife had heard
18 so much about it, we decided -- we always take a
19 multiple vitamin, and I guess we heard that fish oil
20 was good for you, so we started taking that, and
21 we've been taking that for years, too.  But it's not
22 something that the doctor said I had to take.
23    Q.  Got it.  Have you ever experienced a blood
24 clot?
25    A.  No.

Page 49

1    Q.  Have you ever been diagnosed with a
2 genetic blood clotting disorder?
3    A.  No.
4    Q.  Have you had any -- well, let me withdraw
5 that question.
6       Other than the stent placement, have you
7 had any inpatient or outpatient surgeries?
8    A.  Recently, I've had that Lariat procedure
9 done.  That was outpatient.  Then I had my
10 gallbladder removed.  That was outpatient, also.  I
11 had -- well, I was sent to the emergency room for
12 that fluid buildup around the heart, and -- that, I
13 spent a couple of days in the ICU.  And then I
14 had -- recently, a couple of weeks ago, I had that
15 cardioversion that was outpatient.
16    Q.  Did you have your gallbladder removed?
17    A.  Yes.
18    Q.  When was that?
19    A.  That was in 2014, but I'm not sure about
20 the date.
21    Q.  Any other surgeries that we haven't talked
22 about that you can remember?
23    A.  The only other little thing I can remember
24 is having a cyst on my back removed, and that was at
25 the VA Hospital in New Orleans, and that's been

Page 50

1　several years ago, too.
2　　Q.　So do you remember a specific year?
3　　A.　Not really.
4　　Q.　Was it in the 2000s?
5　　A.　It would have been probably in the year
6　that I had retired, those years when I was going to
7　the VA Clinic.
8　　Q.　So in the year 2002, that decade?
9　　A.　Somewhere around -- yeah, somewhere around
10　that timeframe.
11　　Q.　Before you took Xarelto, had you ever
12　experienced a nosebleed?
13　　A.　No.
14　　Q.　Never?
15　　A.　Maybe when I was a kid, I might have had a
16　nosebleed, you know, but as far as just as an adult
17　having a nosebleed, no.
18　　Q.　How about bleeding gums?
19　　A.　No.
20　　Q.　How about -- before taking Xarelto, had
21　you had any hemorrhoids?
22　　A.　Nothing serious that I had to go to the
23　doctor for or anything like that.
24　　Q.　But you did have hemorrhoids prior to
25　taking Xarelto?

Page 51

1　　A.　I've had -- I've had a little problem with
2　hemorrhoids, but, like I said, it was something that
3　I just took care of myself, you know.
4　　Q.　And was there any bleeding associated with
5　those hemorrhoids?
6　　A.　No.
7　　Q.　Before taking Xarelto, did you ever have
8　any tarry or dark stools?
9　　A.　No.
10　　Q.　Ever -- before taking Xarelto, did you
11　ever have any vomit that looks like -- looked like
12　coffee grounds?
13　　A.　No.
14　　Q.　Prior to taking Xarelto, did you have any
15　gastrointestinal issues?
16　　A.　No.  It was after when I had the
17　gallbladder trouble, if that -- you know.
18　　Q.　How about just even gastric upset, upset
19　stomach, that sort of thing?
20　　A.　Occasionally, I might have had an upset
21　stomach, take an Alka-Seltzer or something like
22　that, you know, but nothing that required going to
23　the doctor.
24　　Q.　Do you have any acid reflux?
25　　A.　No.

Page 52

1　　Q.　Do you go to the dentist?
2　　A.　Not regular.  I have been to the dental
3　school right here in New Orleans years ago, too.  I
4　had some work done there, but as far as having a
5　regular dentist and going for checkups regular, no,
6　not anymore.
7　　Q.　When was the last time you went to the
8　dentist?
9　　A.　Oh, Lord.  That would have been probably
10　15, 20 years ago.
11　　Q.　Okay.
12　　A.　I was still working at the time before I
13　retired, and it was a few years before that.
14　　Q.　And did you have dental surgery?  You said
15　you had some issues.
16　　A.　Not surgery.  I had, like, a crown and a
17　bridge and stuff like that done, but I didn't have
18　any type of surgery.
19　　Q.　Ever have any bleeding events during your
20　dental visits?
21　　A.　No.
22　　Q.　Prior to using Xarelto, had you taken any
23　anticoagulant or blood thinner?
24　　A.　No.
25　　Q.　Have you ever been in an accident, like a

Page 53

1　car accident?
2　　A.　Yes.
3　　Q.　When?
4　　A.　I don't remember the year, but that's been
5　a long, long time ago.  Somebody pulled out in front
6　of me, and I couldn't help but hitting them.  And I
7　wasn't injured or nothing like that.  But, oh, Lord,
8　my kids were young then, so it's at least 30, 35
9　years, maybe.
10　　Q.　Okay.  But you said there was no injury --
11　　A.　No, no.
12　　Q.　-- as a result of the car accident?
13　　　Have you ever had any head injuries?
14　　A.　No.
15　　Q.　Ever broken any bones?
16　　A.　I had a fracture in my -- in my foot once,
17　but I don't think it was a break.  They called it
18　just a fracture.
19　　Q.　Ever been treated for any psychiatric
20　condition?
21　　A.　No.
22　　Q.　Ever smoked?
23　　A.　No.
24　　Q.　Do you drink alcohol?
25　　A.　Maybe three or four times a year, I might

Protected - Subject to Further Protective Review

Page 54

1 have a little pina colada, something like that, but
2 as far as for beer or whiskey, no.
3 Q. Have there been points in your life where
4 you've drunk more than just three or four drinks a
5 year?
6 A. I may have when I was in the service, you
7 know, going out with the guys, but that's 50 years
8 ago.
9 Q. Ever used any drugs?
10 A. No.
11 Q. You mentioned that you -- your family
12 doctors were Drs. Smith and Hanley; is that right?
13 Or Simpson and Hanley?
14 A. Simpson and Hanley years ago. That was
15 the old-timers.
16 Q. Do you remember when you stopped going to
17 them?
18 A. Probably when they retired or after they
19 died.
20 Q. Do you remember what year that was? Was
21 it in the '90s?
22 A. Possibly, yeah. In the '90s, maybe, you
23 know. I'm not good on dates, but it was -- it was
24 way back.
25 Q. Did you see a different doctor between

Page 55

1 when you saw Dr. Simpson and Hanley and when you
2 started going to the Veterans Hospital?
3 A. No. It was after I went to the Veterans
4 that I started going to the St. Ann Clinic with the
5 nurse practitioner and then the doctor I'm seeing
6 now, too.
7 Q. Were you still seeing Dr. Simpson or
8 Dr. Hanley at the same time you were going to the
9 Veterans Clinic?
10 A. No.
11 Q. There's a reference --
12 A. I only went there after I retired because
13 I didn't have the insurance coverage anymore with my
14 company.
15 Q. Do you remember the name of the doctor you
16 were seeing when you had insurance company -- or
17 insurance coverage from your company?
18 A. That would have probably been Hanley and
19 Simpson, if it was -- you know, I don't think
20 between then and the time I went to the VA Clinic.
21 I'm not sure. The only other doctors I've seen
22 other than Hanley and Simpson and the docs at the VA
23 Clinic would have been the doctors at that Ochsner
24 St. Ann.
25 Q. Okay. So are there any doctors that

Page 56

1 you've seen as an adult that we haven't talked about
2 in the past 45 minutes or so?
3 A. Well, I've seen a couple of different
4 cardiologists. I think we have Wong down there and
5 Dr. Field, and then there was a Dr. Timothy that I
6 saw. Those are all cardiologists.
7 Q. I should rephrase my question.
8 Prior to January 2014, are there any other
9 doctors that you saw, other than Simpson and Hanley,
10 the VA Clinic and Ochsner?
11 A. I saw a Dr. Marcello years ago, but he was
12 part of the -- he was on his own at the time, but
13 then he became part of that Ochsner St. Ann Clinic,
14 but I saw him -- this was probably right after
15 Simpson and Hanley quit their practice. Then I saw
16 Marcello.
17 Q. And what did you see him for?
18 A. Maybe just colds and stuff like that,
19 nothing, you know -- whenever I had any problem,
20 like with a cold or the flu or something like that,
21 that's when -- I never went to the doctor much at
22 all.
23 Q. Is Dr. Marcello like a primary care
24 doctor?
25 A. Yes.

Page 57

1 Q. And do you spell it M-A-R-C-E-L-L-O?
2 A. C-E-L-L-O, yeah. But I didn't see him for
3 very long, I mean, because I didn't go to the doctor
4 that much, you know.
5 Q. What time period do you think that was
6 that you would have seen Dr. Marcello?
7 A. That would have probably been between the
8 time of the VA Clinic and the last time I saw the
9 other two doctors.
10 Q. The other two doctors? You mean
11 Simpson --
12 A. Simpson and Hanley.
13 Q. -- and Hanley?
14 A. Yeah.
15 Q. There's reference in your VA medical
16 records to a private doctor you were seeing while
17 you were at the VA. Would that have been
18 Dr. Marcello?
19 A. No, I don't think so, because I -- I had
20 stopped going to Marcello when I was going to the VA
21 Clinic. It might have been one of the doctors at
22 the Ochsner St. Ann Clinic, you know.
23 Q. Do you remember who it could have been?
24 A. Well, the one I saw mostly was that
25 Angelique Torres, that nurse practitioner. And then

Page 58

1 Dr. Duplantis, I started seeing him after I had the
2 congestive heart failure and all.
3     Q. Okay. Any -- just withdraw that question.
4     Prior to January of 2014, are there any
5 other health issues that you've had that we haven't
6 already talked about?
7     A. No. The only thing I can remember is the
8 blood pressure, the gout, the kidney stones and
9 just, you know, regular colds and stuff like that,
10 or respiratory, I guess, whatever it is that causes
11 coughing and sneezing and -- you can't call it the
12 flu all the time. But other than that, like I --
13 like I said, I never went to a doctor than what,
14 other than for those things that I told you about.
15     Q. So we've talked about your high blood
16 pressure, your enlarged prostate, your diabetes,
17 your hypertension or high blood pressure, your gout.
18     A. Kidney stones.
19     Q. Kidney stones. Is that it?
20     A. Uh-huh.
21     MS. DU PONT: I think this might be a
22 good time for a break --
23     MR. SMITH: Perfect.
24     MS. DU PONT: -- if that's okay with
25 you.

Page 59

1     THE WITNESS: Sounds good.
2     MR. SMITH: Thank you.
3     THE VIDEOGRAPHER: This is the end of
4 DVD No. 1. Going off the record at 11:04
5 a.m.
6 (Recess.)
7     THE VIDEOGRAPHER: This begins DVD
8 No. 2 of Joseph Boudreaux. Back on the
9 record at 11:18 a.m.
10 BY MS. DU PONT:
11     Q. Okay. I just had a couple of questions
12 for you about your family history.
13     Are both your parents deceased?
14     A. Uh-huh, yes.
15     Q. What did your mother pass away from?
16     A. My mother had a stroke and she was in a
17 nursing home, and about five or six years after she
18 had the stroke, she died.
19     Q. And was it from complications related to
20 the stroke?
21     A. I don't know if it was actually from the
22 stroke or she just died from old age or what, but
23 the stroke didn't kill her when she first had it.
24     Q. Did it permanently damage her?
25     A. She was -- she was paralyzed. She

Page 60

1 couldn't walk. She couldn't talk.
2     Q. How about your dad?
3     A. My dad died when he was 77, and he had
4 been on dialysis, kidney dialysis, and it got to the
5 point where it wasn't working anymore, and they
6 wanted to try other things and he didn't want to, so
7 he -- the organs just all started to shut down, I
8 guess.
9     Q. So did he die of kidney failure?
10     A. I would imagine that's what it was.
11     Q. And did he have diabetes?
12     A. No.
13     Q. Did he have high blood pressure?
14     A. I'm not sure.
15     Q. How about your mom? Did she have high
16 blood pressure?
17     A. I'm not sure.
18     Q. That's fine.
19     A. I don't know their medical history that
20 well.
21     Q. That's fine.
22     Has anyone else in your family ever been
23 diagnosed with an abnormal heart rhythm or atrial
24 fibrillation?
25     A. My youngest sister.

Page 61

1     Q. When was she diagnosed with that?
2     A. I really don't know.
3     Q. Is she taking any medication for that?
4     A. No.
5     Q. Have any of your relatives ever been
6 prescribed a blood thinner or an anticoagulant?
7     A. No.
8     Q. You mentioned that your mother suffered
9 from a stroke. Any other relatives that have had
10 strokes?
11     A. No.
12     Q. Any relatives that have been diagnosed
13 with a blood clot?
14     A. No.
15     Q. Any relatives that have suffered from any
16 bleeding event?
17     A. No.
18     Q. Any other relatives that have diabetes?
19     A. I'm not sure. My wife has it.
20     Q. Do any of your sons have it?
21     A. No.
22     Q. Do your sons have any specific health
23 issues?
24     A. One of them has had kidney stones, had
25 problems with that, having problems with gout. I

Protected - Subject to Further Protective Review

Page 62

1 don't know if that runs in the family.
2    Q.  Which son is that?
3    A.  The oldest one and the youngest one have
4 both had gout.
5    Q.  What are their names?
6    A.  Mike is the oldest one and Kevin is the
7 youngest one.  Kevin has had kidney stones.  My
8 middle son, David, had a heart attack when he was
9 45, and he had to have a stent put in.  Since then,
10 he's back to normal.
11    Q.  And are any of your sons taking any
12 anticoagulant?
13    A.  No.
14    Q.  Where do you fill your prescriptions?
15    A.  Most of them all come through Right --
16 well, it was RightSource.  Now it's Humana.  And
17 it's a mail-in, three-month-supply deal.  If I need
18 something right away for -- like, for a month or so,
19 I get it through my local pharmacy in Lockport,
20 Rouses Pharmacy.
21    Q.  Any other pharmacies that you've used in
22 the past 20 years?
23    A.  Maybe Wal-Mart, that would be about the
24 only other one.
25    Q.  When you go to the pharmacy, do they

Page 63

1 attach a sheet of paper to the bag that comes with
2 your prescription?
3    A.  Usually.
4    Q.  Is that the one from Rouses Pharmacy?  Do
5 they usually attach a sheet of paper?
6    A.  Yes.
7    Q.  And how about when it comes in the mail?
8 Is there a sheet of paper attached to it?
9    A.  Yes.
10    Q.  And do you get that sheet of paper every
11 time you get a prescription?
12    A.  Yes.
13    Q.  And did you get sheets like that when you
14 filled your Xarelto prescription?
15    A.  Yes.
16    Q.  Do you usually read it?
17    A.  I look over it.  I don't read everything.
18 It's such -- a lot of print and a lot of fine print.
19    Q.  But do you generally try to educate
20 yourself about the medications you're taking?
21    A.  Yeah.  I'll examine it and read up on it.
22    Q.  Do you also rely on your doctors to tell
23 you about the medications you're taking?
24    A.  Yes.
25    Q.  Has it always been your practice to read

Page 64

1 the sheets of paper or the medication guides that
2 come with your prescriptions?
3    A.  Yes.  I pretty much look -- well, if it's
4 something that I've been on for years, I don't do it
5 anymore.  It's just when I get it for the first
6 time.
7    Q.  So it was your practice to read a
8 medication guide for the first time when you got a
9 medication?
10    A.  Yes.
11    Q.  And do you understand that prescription
12 medications have some risks associated with them?
13    A.  Yes.
14    Q.  And do you rely on your doctors to
15 prescribe the right medications to you for the
16 medical conditions that you have?
17    A.  Yes.
18    Q.  Have you always done that?
19    A.  Yes.
20    Q.  And do you rely on your doctors to weigh
21 the risks of a drug against the benefits of the drug
22 in -- with respect to the medications they're
23 prescribing to you?
24    A.  I usually go with what the doctor says, if
25 he recommends that.

Page 65

1    Q.  Is your doctor's advice one of the most
2 important factors to you in making a decision about
3 whether or not to take a prescription medication?
4    A.  Yes.
5    Q.  Now, the sheets of paper, the medication
6 guides that come with your prescriptions, they talk
7 about the risks and possible side effects of those
8 prescription medications, right?
9    A.  Yes.
10    Q.  And that's in addition to what your doctor
11 talks to you about the risks and benefits of a
12 prescription medication, correct?
13        MR. SMITH:  Object to form.
14 BY MS. DU PONT:
15    Q.  And if there's something about -- that's
16 in the medication guide that you don't understand,
17 will you go to your doctor and talk to him or her
18 about that prescription medication?
19    A.  No.
20    Q.  What would you do?
21    A.  I just rely on my doctor, that he's giving
22 me what's best for me.
23    Q.  Would you call your pharmacist and ask
24 them if you had a question about the medication?

Protected - Subject to Further Protective Review

Page 66

1    A.   No.
2    Q.   Do you ever do your own research about a
3  prescription medication?
4    A.   No.
5    Q.   I noticed in your medical records that
6  you've taken Vicodin or hydrocodone mixed with
7  acetaminophen; is that true?
8    A.   Uh-huh, yes.
9    Q.   What have you taken that for?
10   A.   For gout.
11   Q.   And are you aware of the risks that are
12  associated with that medication?
13        MR. SMITH:  Object to form.
14  BY MS. DU PONT:
15   Q.   You can answer.
16   A.   I imagine, you know.  Yes.
17   Q.   What is your understanding of the risks
18  that are associated with that?
19   A.   With the hydrocodone?
20   Q.   Yes.
21   A.   I don't know what all the warnings are and
22  all the side effects are, you know.  I just take it
23  to get rid of the pain.
24   Q.   Do you understand that acute liver injury
25  is possible from taking that medication?

Page 67

1    A.   No.
2    Q.   You've talked about -- talked earlier
3  about the fact that you've taken Indocin for your
4  gout, as well, correct?
5    A.   Yes.
6    Q.   And do you understand that Indocin is a
7  nonsteroidal anti-inflammatory medication?
8    A.   Yes.
9    Q.   And do you understand that Indocin can
10  lead to serious gastrointestinal events, including
11  bleeding, ulceration and perforation of the stomach
12  or intestines?
13   A.   No.
14   Q.   You mentioned earlier that you stopped
15  going to the gym at some point.
16   A.   Yes.
17   Q.   Why did you stop going to the gym?
18   A.   I guess because I just got tired of going.
19   Q.   Was there some event in your life that
20  happened that prevented you from going or --
21   A.   No.  I just gradually -- I wouldn't go as
22  often as I used to go, and I just gradually phased
23  it out and stopped going.
24   Q.   And you said that was in 2013?
25   A.   I believe.

Page 68

1    Q.   At some point in time, you were diagnosed
2  with atrial fibrillation, right?
3    A.   Yes.
4    Q.   Who first diagnosed you with that
5  condition?
6    A.   I'm not sure if it was Angelique Torres,
7  when she sent me to the hospital, or it was after I
8  got to the hospital, that one of the doctors there.
9    Q.   When --
10   A.   Because they did call the cardiologist.
11   Q.   What were the first symptoms you had that
12  you had atrial fibrillation?
13   A.   Having breathing problems.
14   Q.   Anything else?
15   A.   That was the main thing.
16   Q.   Did you feel a heaviness in your chest?
17   A.   I never had any kind of chest pains or
18  anything like that.
19   Q.   Did you have belching or stomach upset?
20   A.   I believe I had belching.
21   Q.   Who did you go to first when you were
22  experiencing these symptoms?
23   A.   Torres, Angelique Torres.
24   Q.   And she's at where, at what medical
25  institution?

Page 69

1    A.   She's at the Ochsner clinic in Lockport.
2    Q.   And do you know when that was that you
3  first went to her?
4    A.   That was in January of 2014.  She's the
5  one that sent me to the hospital.
6    Q.   When you went to see Dr. Torres, what did
7  you report to her were your symptoms?
8    A.   That I was having a hard time breathing.
9    Q.   You're pointing to your chest.  Was there
10  some sort of restriction in your chest?
11   A.   Well, I couldn't lay down in bed.  I had
12  to sit in a recliner to be able to sleep, and I just
13  kept having to take deep breaths, trying -- you
14  know, trying to catch my breath.
15   Q.   Did you have a rapid or irregular
16  heartbeat?
17   A.   I don't know.
18   Q.   How about heart palpitations?
19   A.   No.
20   Q.   Did you feel dizzy at all?
21   A.   No.
22   Q.   Did you feel a general fatigue, you know,
23  tired?
24   A.   Yes.
25   Q.   Did you feel anxious at all?

Protected - Subject to Further Protective Review

Page 70

1    A.  No.
2    Q.  Did you have any weakness?
3    A.  Just the breathing and all, to where...
4    Q.  How about any sweating?
5    A.  No.
6    Q.  Now, how long were the symptoms you
7  described going on before you went to Dr. Torres?
8    A.  Probably two or three days before I was
9  able to see her.
10    Q.  When did you call to make the appointment?
11    A.  Probably the morning that I saw her and
12  they were able to take me that day.  I'm not sure if
13  it was on a weekend or what when I really started
14  having the problem.
15    Q.  Were the -- once the -- these -- once the
16  trouble breathing, the restriction in your chest,
17  the belching, once that started happening, did it
18  happen consistently or would it come and go?
19    A.  It would kind of come and go, but the
20  breathing was pretty much consistent.
21    Q.  Did it change in intensity at all, the
22  breathing problems?
23    A.  No.
24    Q.  Did it get worse over time?
25    A.  It was about the same most of the time.  I

Page 71

1  was just having a hard time breathing.
2    Q.  And were you experiencing it at the time
3  of your visit when you went to see Dr. Torres?
4    A.  Yes.
5    Q.  And what questions did Dr. Torres ask you
6  when you went to see her?
7    A.  Well, the first thing --
8      MR. SMITH:  Object to form.
9    A.  -- she asked me was why I was there, and I
10  told her I was having trouble breathing and all.
11  And right away, she gave me an EKG and found out
12  that I was -- she didn't tell me that I had
13  congestive heart failure or AFib.  She said I'm
14  sending you to the hospital.  And then she called an
15  ambulance and put me on an ambulance and sent me to
16  the hospital.
17  BY MS. DU PONT:
18    Q.  Did she -- when you were there, did she
19  ask you to rate the severity of your symptoms?
20    A.  No, not really.
21    Q.  Did she do any other tests other than the
22  EKG?
23    A.  No.
24    Q.  You said she didn't tell you you had
25  atrial fibrillation.

Page 72

1    A.  No.  She just said, I got to get you to
2  the hospital.  I guess -- I don't know what the
3  results of the EKG were, but after she did that,
4  that's when she told me.
5    Q.  So did she indicate to you that it was a
6  serious condition?
7    A.  Yes.
8    Q.  What exactly did she tell you?
9    A.  She told me that I had to go to the
10  hospital immediately, and I wanted to go home and
11  get my wife and she wouldn't let me drive.  She
12  said, no, you're going to go in an ambulance, and
13  they brought me straight to the hospital.
14    Q.  What hospital did you go to?
15    A.  St. Anne, Ochsner St. Anne in Raceland.
16    Q.  And did you see a specific doctor when you
17  arrived at St. Anne's?
18    A.  I just went into the ER and I guess
19  whatever doctor was on call.  I don't recall.
20    Q.  And did the symptoms that you just
21  described earlier, did they continue at the ER?
22    A.  Yes.
23    Q.  Were there any additional symptoms that
24  you were experiencing by the time you got to the
25  emergency room?

Page 73

1    A.  No.
2    Q.  Do you recall the name of the doctor that
3  you saw in the emergency room?
4    A.  Not in the emergency room.  But it was
5  after they put me in a regular room that they sent
6  in the cardiologist and Dr. Wong.
7    Q.  And I'll get to Dr. Wong in just a second.
8  Did the doctor that saw you in the emergency room,
9  did he ask you any questions?
10    A.  I don't recall.
11    Q.  Do you know for how long he saw you?
12    A.  I don't remember, you know, the time
13  limit, but it was a little while that I was down
14  there.
15    Q.  Did he talk to you at all about your
16  condition of atrial fibrillation?
17    A.  No.
18    Q.  So you said you saw a cardiologist at
19  St. Anne's?
20    A.  Yes.
21    Q.  What was the name of that cardiologist?
22    A.  Dr. Wong.
23    Q.  And what did -- did Dr. Wong ask you about
24  your symptoms?
25    A.  Yes.

Page 74

1    Q. Did he take a medical history of you, you
2 know, ask you what generally was going on in your
3 medical history?
4    A. I don't recall if -- I'm sure they took
5 some kind of test to see, you know, what I had.
6    Q. Did he tell you you had atrial
7 fibrillation?
8    A. Yes.
9    Q. What did he explain to you about atrial
10 fibrillation?
11    A. He just told me that I had congestive
12 heart failure and an irregular heartbeat, and that
13 they were going to start me on fluid medication to
14 try to get the fluid out for the congestive heart
15 failure.
16    Q. Did he explain to you what the potential
17 risks were that were associated with atrial
18 fibrillation?
19    A. No.
20    Q. Did he talk to you at all about the fact
21 that atrial fibrillation increases your risk of
22 forming clots in your heart?
23    A. No.
24    Q. Did he talk to you at all about the fact
25 that atrial fibrillation increases your risk of

Page 75

1 stroke?
2    A. No, not -- at the initial visit, I don't
3 even remember talking to him.
4    Q. Understood.
5    A. It's later on, when they came back in and
6 they told me that they were going to put me on this
7 blood thinner, and then they started explaining to
8 me the situation.
9    Q. Got it. So let's talk about that
10 conversation. You saw -- Dr. Wong came back after
11 you had been at the hospital for about a day?
12    A. No, I think it was the same day that they
13 came back.
14    Q. Same day. And what was the conversation
15 that you had at that time?
16    A. I don't recall it all, but that's when
17 they diagnosed what I had.
18    Q. What did he tell you your diagnosis was?
19    A. Congestive heart failure and an irregular
20 heartbeat.
21    Q. And at that point, did he talk to you
22 about the fact that atrial fibrillation can increase
23 your risk of clots in the heart?
24      MR. SMITH: Object to form.
25    A. Yes.

Page 76

1 BY MS. DU PONT:
2    Q. And that those clots can travel to the
3 brain and cause a stroke?
4      MR. SMITH: Object to form.
5 BY MS. DU PONT:
6    Q. Did he talk to you about that?
7    A. I don't think he -- no.
8    Q. Did he talk to you -- did Dr. Wong talk to
9 you about the fact that having atrial fibrillation
10 can increase your risk of having a stroke?
11      MR. SMITH: Object to form.
12    A. I don't recall.
13 BY MS. DU PONT:
14    Q. Did he -- okay. Did he indicate to you
15 that atrial fibrillation was a serious medical
16 condition?
17    A. Yes.
18    Q. And that you could have consequences as a
19 result of that serious medical condition?
20    A. I don't recall the exact conversation, but
21 he told me what -- you know, what I had.
22    Q. Did you understand that it could kill you
23 because you had this condition of atrial
24 fibrillation?
25    A. I knew it was serious. I didn't realize,

Page 77

1 you know, that -- I didn't think about it killing
2 me, but...
3    Q. What was your reaction to receiving this
4 diagnosis?
5    A. I guess I wasn't altogether surprised. I
6 knew I had something wrong with me that was causing
7 the breathing problems and I had no idea what it
8 was. But then when they told me what I had, then I
9 knew it was something serious.
10    Q. Did Dr. Wong explain to you that you had
11 options available to you, different medications you
12 could take --
13    A. No.
14    Q. -- for this condition?
15    A. No.
16    Q. When were you first prescribed Xarelto?
17    A. It was given to me while I was in the
18 hospital. And before I left is when -- it wasn't
19 Dr. Wong. It was the nurse that came and told me
20 that I would be on Xarelto and that they were going
21 to get my prescription filled and they were going to
22 give me some samples to hold me over till I got my
23 medicine in. But they had already started giving me
24 Xarelto.
25    Q. Do you remember the first time you

Page 78

1 received Xarelto, what day it was?
2     A.  I'm not sure.
3         MS. DU PONT:  I'm going to mark as
4     Exhibit #9 a prescription record from
5     Ochsner Hospital.
6     (Deposition Exhibit #9 was marked for
7         identification.)
8         MR. MCCAULEY:  Thanks.
9         MR. SMITH:  Thank you.
10 BY MS. DU PONT:
11    Q.  Mr. Boudreaux, you understand that you've
12 produced to the defendants in this case various
13 medical records of your conditions, right?
14    A.  That I've done what?
15    Q.  That you've provided to us a bunch of
16 medical records --
17    A.  Yes.
18    Q.  -- of your conditions?
19    A.  Uh-huh.
20    Q.  And so this is a medication record from
21 Ochsner medical facility, and if you see where it
22 says, Rivaroxaban tablet -- do you see that?
23    A.  Uh-huh.
24    Q.  And you're aware that that's Xarelto?
25    A.  No.

Page 79

1     Q.  If I show you your medicine bottle that
2 you brought with you today, can you take a look at
3 that?  Do you see that the generic name for Xarelto
4 is rivaroxaban?
5     A.  Yes, I see it.
6     Q.  Okay.  So do you see here that there were
7 two doses of Xarelto given to you at the hospital,
8 20 milligrams on January 8th?
9     A.  Uh-huh.
10    Q.  And a second pill on January 9th?
11    A.  Yes.
12    Q.  Is that consistent with your understanding
13 of how you got Xarelto while you were in the
14 hospital?
15    A.  Yes.
16    Q.  Now, who prescribed the Xarelto to you?
17 Is that Dr. Wong?
18    A.  It was Dr. Wong, but it was the nurse
19 practitioner that sent in the prescription.
20    Q.  Who actually handed you the pill?  Is that
21 what you mean?
22    A.  No.  When they -- the one that filled my
23 prescription?
24    Q.  Yes.
25    A.  It's not Dr. Wong's name on there.  It was

Page 80

1 the nurse practitioner's name.
2     Q.  She was the one that actually wrote the
3 prescription?
4     A.  Right.
5     Q.  Did Dr. Wong have a conversation with you
6 about Xarelto?
7     A.  No.
8     Q.  Okay.  Did he tell you he was going to
9 place you on an anticoagulant?
10    A.  No.
11    Q.  Did the nurse who wrote this script have a
12 conversation with you about Xarelto?
13    A.  No.  The nurse practitioner?
14    Q.  Yes.
15    A.  I never saw her.
16    Q.  Did anyone at the hospital have a
17 discussion with you about the risks and benefits of
18 anticoagulation?
19    A.  About the medication?
20    Q.  Yes.
21    A.  Dr. Wong's nurse is the one that spoke to
22 me about it.
23    Q.  And what is her name?
24    A.  I'm not sure.  I don't -- I don't recall.
25    Q.  I'm going to mark as Exhibit #10 an Oral

Page 81

1 Anticoagulation Therapy Education Checklist for the
2 patient, Joseph Boudreaux, dated 1 -- or January
3 9th, 2014.  The nurse on it is Veronica Theriot.
4     (Deposition Exhibit #10 was marked for
5         identification.)
6     A.  Okay.
7         MR. SMITH:  Thanks.
8 BY MS. DU PONT:
9     Q.  Does this refresh your recollection of the
10 nurse --
11    A.  Yes.
12    Q.  -- who had a conversation with you about
13 Xarelto.
14    A.  Yes.
15    Q.  And is that your signature at the bottom
16 of the page?
17    A.  Yes.
18    Q.  So this Oral Anticoagulation Therapy
19 Education Checklist has several items listed here,
20 and it says, Diagnosis information, the reason the
21 anticoagulation is necessary.  And you see that
22 that's checked off, right?
23    A.  Yes.
24    Q.  So did Nurse Theriot talk to you about why
25 you needed anticoagulation?

Page 82

1    A.   They told me that I needed to be on a
2  blood thinner because of my AFib.
3    Q.   And what did they explain to you was the
4  risk caused by atrial fibrillation?
5    A.   They didn't talk about the risk of that.
6  They talked about the risk of the medication.
7    Q.   But did they explain to you the reason why
8  you were taking Xarelto was to prevent a stroke from
9  happening?
10    A.   They never talked to me about a stroke.
11    Q.   Did they explain to you how an
12  anticoagulation works?  It says, Action of
13  anticoagulant, and that's checked off.
14    A.   I don't recall.  I'm sure they explained a
15  lot of things to me, but, at the time, I don't know
16  what condition I was in.
17    Q.   Did they talk to you about the dosage of
18  the medication you were going to receive?
19    A.   I don't recall.
20    Q.   But they checked it off here on the list,
21  so, presumably, they talked to you about it,
22  correct?
23    A.   Yeah.
24    Q.   Do you remember what they said about the
25  time of day you were supposed to take your

Page 83

1  medication?
2    A.   No.
3    Q.   But it's checked off here so, presumably,
4  they talked to you about that, right?
5    A.   Yes.  I was taking it in the morning.
6    Q.   You were taking it in the morning with
7  your meal?
8    A.   With -- yeah.
9    Q.   And is that what you were instructed to do
10  by Nurse Theriot?
11    A.   (No verbal response.)
12    Q.   Did you say yes?
13    A.   I'm not sure.
14    Q.   And it says here -- it's checked off that
15  you -- the need for all health care providers to be
16  aware of all medications.  Do you recall that Nurse
17  Theriot advised you that you had to make your other
18  health care providers aware that you were taking
19  this medication?
20    A.   No.
21    Q.   But it's checked off here so, presumably,
22  she talked to you about that, right?
23    A.   I'm not sure.
24    Q.   And it says, If needing surgery, will have
25  to contact us beforehand.  Did she explain to you

Page 84

1  the need to alert people that would be performing a
2  surgery that you were taking an anticoagulant
3  medication like Xarelto?
4    A.   I'm not sure.
5    Q.   But that's checked off here so,
6  presumably, she talked to you about it, right?
7    A.   (Nods head.)
8    Q.   Is that a yes?
9    A.   I guess.  I didn't make the check mark,
10  so...
11    Q.   Did she talk to you about the signs of
12  bleeding?
13    A.   She spoke to me about -- the main thing
14  she mentioned was that if I had any kind of little
15  nicks or cuts or anything, that I would bleed more
16  than normal and it would be hard to stop.  She
17  referred to when I'm shaving and all, you know,
18  that -- be prepared that if I have a little nick or
19  something, that I was going to bleed.
20    Q.   Did she talk to you about any other signs
21  of bleeding?
22    A.   No.
23    Q.   Did she talk to you about the fact that,
24  if you had any dark stools, you should call the
25  doctor?

Page 85

1    A.   No.
2    Q.   Did she talk to you about the fact that,
3  if you bled from your gums, you should call the
4  doctor?
5    A.   No.
6    Q.   Did she tell you what to do if you had
7  bleeding that happened while you were taking this
8  medication?
9    A.   No.
10    Q.   Now, it says here that she talked to you
11  about instructions if bleeding should occur, and she
12  checked that box.  So, presumably, she did talk to
13  you about that, right?
14    A.   Presumably.
15    Q.   Did she talk to you about avoiding
16  activities that pose high risk for fall or injury?
17    A.   I don't recall.
18    Q.   But that's checked off here so,
19  presumably, she talked to you about it, right?
20    A.   Presumably.
21    Q.   And it says, Call for any injuries,
22  potential for internal bleeding, et cetera.  Do you
23  see that?
24    A.   Uh-huh.
25    Q.   It's checked off so, presumably, she

Page 86

1  talked to you about that, right?
2      A.  Presumably.
3      Q.  It says, Recommend Medic - Alert tag.  Do
4  you see that?
5      A.  Yes.
6      Q.  Do you remember her talking to you about
7  that?
8      A.  No.
9      Q.  But it's checked off so, presumably, she
10 did talk to you about that, correct?
11     A.  Presumably.
12     Q.  Did you get an alert tag?
13     A.  No.
14     Q.  And then it says, Contact us with any
15 further questions or concerns.  Do you see that?
16     A.  Uh-huh.
17     Q.  Now, you -- did she talk to you about
18 that?
19     A.  Presumably.
20     Q.  If -- you mentioned that she did talk to
21 you about the fact that being on an anticoagulant
22 could increase your risk of bleeding, right?
23     A.  Right.
24     Q.  Did you understand that that bleeding
25 could be serious?

Page 87

1      A.  No, not really.  It didn't occur to me
2  that any serious bleeding, other than what she
3  explained, you know.
4      Q.  And explain again what she said.
5      A.  She told me that -- be aware that if I
6  nicked myself or any little cut or nick, or when I'm
7  shaving, any little nick, that I would bleed more
8  than what I usually would bleed, and it would be
9  hard to stop it.
10     Q.  Did she make these checks on the paper as
11 you talked to her?
12     A.  I don't recall.
13     Q.  But she signed her name to this list of
14 checks, correct?
15     A.  Yes.
16     Q.  And when you signed your name to this list
17 of checks, they were checked, correct?
18     A.  Yes.
19     Q.  So you understand that you signed your
20 name to a list that you had received all of this
21 information, correct?
22     A.  Yes.
23     Q.  Did you ask any questions of Nurse
24 Theriot?
25     A.  No.

Page 88

1      Q.  Did you ask any questions of Dr. Wong?
2      A.  Not that I recall.
3      Q.  Did Nurse Theriot talk about any other
4  options, anticoagulant options, other than Xarelto
5  with you?
6      A.  No.
7      Q.  You didn't request Xarelto, correct?
8      A.  No.
9      Q.  Your doctor, Dr. Wong, recommended it for
10 you, right?
11     A.  Yes.
12     Q.  Had you heard about Xarelto at the time?
13     A.  No.
14     Q.  Was your wife with you when you had the
15 discussion with Nurse Theriot?
16     A.  I don't believe.
17     Q.  Had you heard of anticoagulants at the
18 time you were prescribed Xarelto?
19     A.  No.
20     Q.  Were you aware of what a blood thinner
21 was?
22     A.  No.
23     Q.  Did Dr. Wong talk to you about any of the
24 benefits of Xarelto?
25     A.  No.

Page 89

1      Q.  Did Nurse Theriot talk to you about any of
2  the benefits of Xarelto?
3      A.  I don't recall.
4      Q.  With respect to Dr. Wong, do you just not
5  remember the conversation you had with him about
6  Xarelto, or did he not have a conversation with you
7  about the risks and the benefits of Xarelto?
8      A.  I don't remember him having a conversation
9  with me about it.
10     Q.  While you were hospitalized at Ochsner,
11 were you diagnosed with any other medical
12 conditions?
13     A.  At the time when they -- the congestive
14 heart failure?  No.
15     Q.  So in addition to atrial fibrillation, you
16 were also diagnosed with congestive heart failure?
17     A.  Congestive heart failure.
18     Q.  What was your understanding about
19 congestive heart failure?
20     A.  The only thing I recall is that I couldn't
21 breathe good.  I was having a lot of problem
22 breathing.
23     Q.  Did you understand that you had excess --
24     A.  That I had a fluid buildup --
25     Q.  -- fluid buildup?

Protected - Subject to Further Protective Review

Page 90

1   A. -- and they were removing the -- you know,
2 they were going to try to remove as much fluid as
3 they could.
4   Q. And did you understand that your heart
5 wasn't really pumping properly?
6   A. When they told me that I had that AFib,
7 they told me that it wasn't beating regular.
8   Q. While you were hospitalized, did you also
9 understand that your liver was enlarged?
10   A. No.
11   Q. Did you know that you had -- or did you
12 recognize that you had excess fluid buildup in your
13 abdomen?
14   A. No, I thought it was just around in my
15 chest and all.
16   Q. I'm going to mark as Exhibit #11 a medical
17 record from Ochsner at the time of your stay when
18 you were diagnosed with atrial fibrillation.
19   A. Okay.
20   Q. Whoops, give me that back. Hold on. I
21 just marked the wrong copy.
22   A. Okay.
23   Q. Here you go.
24   A. All right.
25   (Deposition Exhibit #11 was marked for

Page 91

1       identification.)
2       MR. MCCAULEY: Thank you.
3 BY MS. DU PONT:
4   Q. And if you look down at the bottom, it
5 says, Discharge Date, January 9th, 2014. Do you see
6 that? It's about halfway down the page.
7   A. Yeah, yeah, yeah.
8   Q. And then it has, Final Diagnoses. Do you
9 see that?
10   A. Yeah.
11   Q. And then under the list of final
12 diagnoses, it says, Atrial Fibrillation. Do you see
13 that?
14   A. Uh-huh.
15   Q. And you understood that when you left the
16 hospital, you were experiencing atrial fibrillation,
17 correct?
18   A. Yes.
19   Q. It also talks about acute diastolic heart
20 failure and congestive heart failure. Do you see
21 that?
22   A. Yes.
23   Q. And you recognize that, at the time of
24 your admission in January of 2014, you had those
25 conditions, correct?

Page 92

1   A. Yes.
2   Q. Then it says, Unspecified pleural
3 effusion. Do you know what that is?
4   A. No, I don't.
5   Q. It's fluid buildup around your heart, like
6 you described earlier.
7   A. Okay.
8   Q. Did you understand that you had that
9 condition when you were admitted?
10   A. Yes.
11   Q. And then it talks about other ascites, I
12 don't know if I'm pronouncing that right. Do you
13 know what that is?
14   A. No, I don't.
15   Q. I'll represent to you that that's fluid
16 buildup in your abdomen. Do you recall having fluid
17 buildup in your abdomen?
18   A. No.
19   Q. And hepatomegaly, which I'm not
20 pronouncing very well, am I? I believe that's an
21 enlarged liver. Did you know you had an enlarged
22 liver --
23   A. No.
24   Q. -- when you were in the hospital?
25   A. No.

Page 93

1   Q. It also talks about hypopotassemia. Do
2 you see that?
3   A. Yes.
4   Q. And that's low potassium. Did your
5 doctors talk to you about the fact that you had low
6 potassium?
7   A. I don't recall.
8   Q. And then it describes chest pain,
9 cardiomyopathies. Were you aware of those other
10 issues associated with your heart?
11   A. I don't remember having any kind of severe
12 chest pain, just, you know, a heaviness, like --
13   Q. Constriction?
14   A. -- the breathing and all.
15   Q. Yeah. And it also says that you had
16 hypertension, diabetes and enlarged prostate, right,
17 or hypertrophy of prostate. That's the layperson's
18 way of saying an enlarged prostate.
19   A. Oh, yeah; yeah.
20   Q. Do you agree that's what it says here?
21   A. Yes.
22   Q. And do you agree that you were suffering
23 from those conditions in January of 2014?
24       MR. SMITH: Object to form.
25   A. Well, I don't know about -- like I said,

Page 94

1 I'm not familiar with some of them on there, but
2 I -- I do know about some of them.
3 BY MS. DU PONT:
4    Q.  Which ones --
5    A.  Not all of them.
6    Q.  Which ones didn't you know about?
7    A.  Which ones that I knew about?
8    Q.  Yeah.  Which ones -- let's start with the
9 ones you knew about.  Which ones did you know about?
10    A.  Okay.  The atrial fibrillation, the heart
11 failure, the congestive heart failure.  Now, what is
12 this?
13    Q.  Pleural effusion is the fluid buildup.
14    A.  Fluid, yeah, I knew about that.  And the
15 next one?
16    Q.  That's the enlarged liver.
17    A.  I didn't know about that.
18    Q.  The other one's fluid -- the ascites is
19 the fluid buildup in your abdomen.
20    A.  No, I didn't know about that.
21    Q.  Low potassium?
22    A.  The potassium, I didn't know about that.
23 That could have been from all the fluid that was
24 removed.  But then the chest pain, like I said, it
25 wasn't any type of severe chest pain.  It was just

Page 95

1 from the -- from the breathing and all.  And the
2 other primary --
3        MR. SMITH:  Cardiomyopathies.
4        THE WITNESS:  What is that?
5 BY MS. DU PONT:
6    Q.  Other conditions related to your heart,
7 problems with your heart operating effectively.
8    A.  The only thing I knew was about --
9    Q.  The congestive heart failure?
10    A.  The congestive heart failure and the AFib.
11 And then the hypertension, that's blood pressure?
12    Q.  (Nods head.)  Yes.
13    A.  Yeah, I knew I had blood pressure.  And
14 diabetes, I knew I had that.  And the prostate, I
15 knew, yeah.
16    Q.  You don't have any reason to doubt the
17 accuracy of your medical records, do you?
18        MR. SMITH:  Object to form.
19    A.  I don't -- I don't know.  I'm not sure.  I
20 don't know, you know, if they're exact.
21 BY MS. DU PONT:
22    Q.  Would you have any -- do you have any
23 basis right now, sitting here today, to doubt that
24 they're inaccurate?
25        MR. SMITH:  Object to form.

Page 96

1    A.  I'd have to talk to the lawyers about
2 that.  I'm...
3 BY MS. DU PONT:
4    Q.  You don't have any reason to believe that
5 the doctors that cared for you at Ochsner wrote
6 something wrong in your medical records right now,
7 correct?
8        MR. SMITH:  Object to form.
9    A.  These things that they put down here --
10 BY MS. DU PONT:
11    Q.  Yes.
12    A.  -- on this?
13    Q.  Right.
14    A.  Like I said, there's some of them that I'm
15 not aware of having.
16    Q.  Okay.
17    A.  The ones that I know of are right.
18    Q.  You know they're accurate.  That's fair.
19        Now, for the -- did you know that when you
20 were at Ochsner and when they discharged you from
21 the hospital, did they prescribe to you various
22 medications other than Xarelto?
23    A.  I don't recall.  Maybe something for
24 potassium, but I don't recall.
25        MS. DU PONT:  Can we just go off the

Page 97

1        record a second?  I just want to find
2        something.
3        MR. SMITH:  Sure.
4        MS. DU PONT:  I don't want to waste --
5        MR. SMITH:  Do you want to take a
6        break?  Is there --
7        THE VIDEOGRAPHER:  Going off the
8        record.  The time is 12:05 p.m.
9 (Off the record.)
10        THE VIDEOGRAPHER:  Back on the record.
11        The time is 12:06 p.m.
12 BY MS. DU PONT:
13    Q.  I'm marking as Exhibit #12 a Visit Summary
14 Medication List for Joseph Boudreaux for an
15 admission date of January 7th, 2014 from Ochsner
16 Hospital.  Do you see that, Mr. Boudreaux?
17    (Deposition Exhibit #12 was marked for
18            identification.)
19    A.  Uh-huh.
20    Q.  And do you recognize that to be a
21 medication list for yourself --
22    A.  Yes.
23    Q.  -- from Ochsner Hospital?
24        At the bottom of the page, there's a Bates
25 stamp number that says -- stands for Ochsner

Page 98

1 St. Anne's Hospital. Do you see that?
2  A. Where?
3  Q. At the bottom, there's a bunch of numbers
4 and letters.
5  A. Oh, yeah.
6  Q. Do you see how it says, Ochsner, or the
7 abbreviations for Ochsner?
8  A. Right, right.
9    MR. MCCAULEY: This is #12?
10   MS. DU PONT: Yes.
11 BY MS. DU PONT:
12  Q. And you'll see at the top of the first
13 page, it says, start taking these medications, and
14 there are several medications listed there:
15 Amiodarone, furosemide, lisinopril, metoprolol
16 tartrate, pantoprazole, potassium chloride,
17 rivaroxaban, spironolactone and tamsulosin. Do you
18 see all those?
19  A. Uh-huh.
20  Q. And those are medications that you were
21 asked to start taking while at your admission at
22 Ochsner --
23  A. Uh-huh.
24  Q. -- in January of 2014, right?
25  A. Right.

Page 99

1  Q. And then it says, continue to take these
2 medications, and it lists allopurinol, aspirin, fish
3 oil, hydrocodone-acetaminophen and Indomethacin,
4 correct?
5  A. Uh-huh, yes.
6  Q. And metformin, right?
7  A. Yes.
8  Q. And you understood that you were to
9 continue taking those medications, correct?
10  A. Yes.
11  Q. Do you know what amiodarone is?
12  A. That's the one, I think, to strengthen the
13 heart.
14  Q. To control your heart rate?
15  A. I'm not sure. I think.
16  Q. And are you taking that right now?
17  A. Yes, I'm on it. I had been off of it for
18 a good while. Now they put me back on it when they
19 did that cardioversion and all.
20  Q. How about the furosemide?
21  A. Yes, I'm still on it. I'm on a lower
22 dose, 20 milligrams.
23  Q. But you were taking this at the time of
24 your -- in January of 2014, and have you continued
25 to take it today?

Page 100

1  A. Yes, but it's a lower dose.
2  Q. And lisinopril, that's a hypertension
3 medication?
4  A. Yes. I'm on a lower dose of that, too.
5 Instead of 20 milligrams, I'm on something like 5 or
6 a real low dose.
7  Q. But you were taking it in January of 2014
8 at 20 milligrams?
9  A. Yes.
10  Q. And metoprolol tartrate, is that a blood
11 pressure medication, as well?
12  A. I'm not sure.
13  Q. Do you recall taking this in January of
14 2014?
15  A. Yes.
16  Q. How about pantoprazole, 40-milligram
17 tablets; do you know what that is?
18  A. I believe that's some type of stomach
19 medication.
20  Q. And were you taking that in January of
21 2014?
22  A. Yes.
23  Q. And do you still take that today?
24  A. Yes.
25  Q. And potassium chloride. Do you see that?

Page 101

1  A. Yes.
2  Q. Were you taking that in January of 2014?
3  A. Yes.
4  Q. Do you continue to take that today?
5  A. No.
6  Q. And then the Xarelto we'll talk about in a
7 bit. Go to the next page. The spironolactone, do
8 you know what that is?
9  A. I'm not sure. I think it might be
10 something for the heart.
11  Q. It's a diuretic that's for the heart.
12 It's congestive heart failure. Did you -- does that
13 refresh your recollection of what that is if I tell
14 you that?
15  A. Yes.
16  Q. And then we talked about the tamsulosin, I
17 think, earlier. That's for your benign prostate
18 hyperplasia, or your enlarged prostate?
19  A. That's -- that's not what I'm on now.
20  Q. Were you taking this tamsulosin in January
21 of 2014?
22  A. I'm not sure. All I remember for that is
23 the finasteride and terazosin. That's what I'm on
24 now.
25  Q. Okay. And the medications that you

Page 102

1 continue to take, the allopurinol and the
2 hydrocodone-acetaminophen and the indomethacin, you
3 were taking all of those in January of 2014?
4    A.  Not necessarily.  I don't take them
5 regular.
6    Q.  Okay.
7    A.  The allopurinol, yes.  That's a daily
8 medication.  The other ones, the other two are only
9 when needed.
10   Q.  So were you taking
11 hydrocodone-acetaminophen in -- well, let me just
12 take them one at a time.  Were you taking
13 hydrocodone-acetaminophen as needed in January of
14 2014?
15   A.  If I needed it, yes.
16   Q.  Do you know how many tablets you took in
17 January 2014?
18   A.  Probably none.
19   Q.  Do you recall one way or another?
20   A.  If I didn't have a gout attack or a kidney
21 stone, I wasn't taking it at all.
22   Q.  How about Indomethacin?
23   A.  That's the one for gout.  I didn't take
24 that unless I had a gout attack.
25   Q.  How many capsules did you take in January

Page 103

1 of 2014?
2    A.  None that I recall.
3    Q.  Why would it be listed here if you weren't
4 taking it; do you know?
5    A.  I imagine --
6       MR. SMITH:  Object to form.
7    A.  -- because I have it on hand.
8 BY MS. DU PONT:
9    Q.  So you did have Indomethacin at your home
10 in January of 2014?
11   A.  Yes.
12   Q.  To take as needed?
13   A.  If I needed it, yeah.
14   Q.  And the same with respect to the
15 hydrocodone-acetaminophen?
16   A.  Same thing, yeah.
17   Q.  And were you taking the metformin for your
18 diabetes in January of 2014?
19   A.  Yes.
20   Q.  And then at the bottom here, sort of
21 halfway down the page, it says, stop taking these
22 medications:  Amlodipine, finasteride, lisinopril
23 and terazosin?
24   A.  Okay.  The finasteride and the terazosin,
25 or whatever it is, they probably replaced it with

Page 104

1 this tamsulosin.  But then I went back after -- I
2 guess, after I had taken this quantity here or
3 whatever, that they put me back on the finasteride
4 and the terazosin because that's the one I used to
5 get through the mail in every three months or
6 whatever.  So when I had to refill it, I got those
7 two back, and I been on those ever since, and I was
8 on those before.
9    Q.  Right.  Any other medications that you
10 were taking in January of 2014 that you don't see on
11 this medical record?
12   A.  Not that I recall.  This looks like all of
13 them.
14   Q.  And did you fill some of these
15 prescriptions through your mail order pharmacy like
16 you filled the one for Xarelto?
17   A.  The ones that I'm on on a daily basis, I
18 get those all through the mail-in.
19   Q.  And they come with those pamphlets, those
20 medication guides?
21   A.  Yes.
22   Q.  And have you -- as a practice, I think you
23 said that you read those guides?
24   A.  Initially, yeah.  Now I don't read them
25 anymore.

Page 105

1       MS. DU PONT:  Why don't we take a
2    break just for a second because I want to
3    deal with the pills.
4       MR. SMITH:  Okay.  10 minutes?
5       MS. DU PONT:  Yeah.
6       THE VIDEOGRAPHER:  This is the end of
7    DVD No. 2.  Going off the record at 12:16
8    p.m.
9 (Off the record.)
10      THE VIDEOGRAPHER:  This begins DVD
11   No. 3 of Joseph Boudreaux.  Back on the
12   record at 12:39 p.m.
13 BY MS. DU PONT:
14   Q.  Good afternoon.
15   A.  Good afternoon.
16   Q.  We were talking earlier about how you were
17 given two doses of Xarelto while you were in the
18 hospital on January 8th and 9th.  Do you recall that
19 conversation?
20   A.  Yes.
21   Q.  Did the doctors in the hospital give you
22 any samples to take with you when you were
23 discharged?
24   A.  The doctors didn't.  The nurse did.
25   Q.  Which nurse was that?  Theriot?

Page 106

1    A.  That Veronica Theriot.
2    Q.  Do you recall how many pills she gave you
3  of samples?
4    A.  No, I don't.  It's supposed to be enough
5  to last until my prescription came in, which was
6  ordered through the mail, so they had no idea of
7  knowing how long that would take.
8    Q.  Now, your attorneys produced to us two
9  pictures of a bottle.  Is this the bottle you were
10  given when you were discharged?
11    A.  No.
12    Q.  That's not the bottle you were given when
13  you were discharged?
14    A.  That's the one that came in through the
15  mail.
16        MS. DU PONT:  And I'll mark this as --
17        well, let me mark as Exhibit #13 the pills
18        that Mr. Boudreaux has brought with him to
19        the deposition today of Xarelto; Exhibit
20        #14 will be pictures of the bottle that he
21        has brought with him; and Exhibit #15 will
22        be pictures provided by counsel of the
23        bottle of Xarelto.
24    (Deposition Exhibits #13, #14 and #15 were marked
25        for identification.)

Page 107

1        MR. MCCAULEY:  Can I see that one?
2  BY MS. DU PONT:
3    Q.  Was the -- were the samples that you were
4  given in a bottle?
5    A.  Yes.
6    Q.  Did it look like the bottle you've brought
7  with you today?
8    A.  I don't recall.  Might have been smaller.
9  I'm not sure.
10    Q.  So sitting here today, you don't recall
11  how many pills were provided to you as samples?
12    A.  No.
13    Q.  How many bottles were you provided?
14    A.  I don't recall the -- I'm not sure.
15    Q.  Did it come in a bottle, or did it come in
16  some blister pack?
17    A.  No, they were in bottles.
18    Q.  More than one?
19    A.  Yes.
20    Q.  How many?
21        MR. SMITH:  Object to form.
22    A.  I'm not sure.  I don't remember.
23  BY MS. DU PONT:
24    Q.  Did you get a prescription for Xarelto
25  when you were discharged from the hospital?

Page 108

1    A.  They didn't give me one.  They called it
2  in for me.
3    Q.  And they called that in to RightSource
4  Humana?
5    A.  Yes.
6    Q.  Do you know how many pills they called in?
7    A.  I think it was a three-month supply.
8    Q.  And why do you think it was a three-month
9  supply?
10    A.  Because that's how I normally get all my
11  medications.
12    Q.  So I'm going to direct you to Exhibit #16,
13  to page 7 of a printout report from RightSource
14  Humana.
15    (Deposition Exhibit #16 was marked for
16        identification.)
17        MS. DU PONT:  There you go.
18        MR. SMITH:  Thank you.
19        MR. MCCAULEY:  Thank you.  #16, you
20        said?
21        MS. DU PONT:  Yes.
22        MR. SMITH:  Page 7 or page 16?
23        MS. DU PONT:  It's page 7.  Sorry.
24        MR. SMITH:  Okay.
25  BY MS. DU PONT:

Page 109

1    Q.  And do you see where it's dated January
2  10th, 2014?
3    A.  Yes.
4    Q.  And there's a prescription for Xarelto,
5  20-milligram tablets?
6    A.  Yes.
7    Q.  For 90 days supply?
8    A.  Yes.
9    Q.  And that's consistent with your
10  understanding of how many pills you were given?
11    A.  Yes.
12    Q.  And did you receive that prescription from
13  RightSource Pharmacy?
14    A.  Yes.
15    Q.  And is that the bottle --
16    A.  Yes.
17    Q.  -- that we've marked as Exhibit #14?
18    A.  Yes.
19    Q.  And did you get all 90 days supply?
20    A.  Yes, but not all in one bottle.  I put
21  everything together in one bottle so I could keep
22  track of them.
23    Q.  How many bottles did you get from
24  RightSource?
25    A.  From RightSource, I think there were three

Protected - Subject to Further Protective Review

Page 110

1 of them.
2    Q.  And just so I understand, did you put the
3 samples you had been given from the hospital by
4 Nurse Theriot in with the 90 days supply you got
5 from RightSource?
6    A.  Yes.  I put everything in one bottle.
7    Q.  And we've counted the number of pills here
8 today and marked that as Exhibit #13, and the count
9 is 96 pills.  Is that consistent with your
10 understanding of how many pills you have left?
11    A.  Yes.
12    Q.  When you were at the hospital and you
13 spoke with Nurse Theriot, did she give you any
14 written materials about Xarelto?
15    A.  I don't believe.
16    Q.  Do you not remember or you're saying you
17 didn't get anything?
18    A.  I don't recall.  I don't recall.
19    Q.  When you got your Xarelto prescription, or
20 when she gave you the samples, did it come with a
21 pamphlet?
22        MR. SMITH:  Object to form.
23    A.  I don't recall the samples.
24 BY MS. DU PONT:
25    Q.  When you got your prescription through

Page 111

1 RightSource Humana Pharmacy, did it come with a
2 pamphlet?
3    A.  Yes.
4    Q.  And you said earlier that it was your
5 practice to read those pamphlets?
6    A.  Yes.
7    Q.  And did you read the pamphlet for Xarelto?
8    A.  I didn't read the whole pamphlet, but I
9 did read some of it.
10    Q.  Where did the exhibit tabs go?  I'm
11 looking for the exhibit tabs.
12        Before I mark this, I just have one more
13 question.  Did the pharmacy -- does RightSource
14 Pharmacy offer you any patient counseling?
15    A.  No.
16    Q.  So I'm just going to mark as Exhibit #17
17 the medication guide for Xarelto.  And you told us
18 that your prescription for Xarelto came with this
19 medication guide, right?
20    (Deposition Exhibit #17 was marked for
21        identification.)
22        MR. SMITH:  Object to form.
23    A.  It came with a guide.  I'm not -- I don't
24 know if it was this one.
25 BY MS. DU PONT:

Page 112

1    Q.  Let's just assume that this is the
2 medication guide that you got, okay, for my
3 questions.
4    A.  Okay.  I'm not sure, though.
5    Q.  You'll see how it says, read this
6 medication guide before you start taking Xarelto.
7 Do you see that?
8    A.  Uh-huh, yes.
9    Q.  And then it says, what is the most
10 important information I should know about Xarelto?
11 Do you see that?
12    A.  Yes.
13    Q.  And it says:  For people taking Xarelto
14 for atrial fibrillation, you are at an increased
15 risk of forming a clot in the heart which can travel
16 to the brain, causing a stroke, or to other parts of
17 the body.  Xarelto lowers your chance of having a
18 stroke by helping to prevent clots from forming.  If
19 you stop taking Xarelto, you may have an increased
20 risk of forming a clot in your blood.
21        Do you see that?
22    A.  Yes.
23    Q.  And that's information that came with your
24 prescription for Xarelto, correct?
25        MR. SMITH:  Object to form.

Page 113

1    A.  Like I said, I don't know if that's the
2 exact one, but there was one that came with it.
3 BY MS. DU PONT:
4    Q.  Let's just assume that this is the
5 medication guide that came with it.  It would have
6 been important for you to understand that this was
7 why you were being prescribed Xarelto, correct?
8    A.  Yes.
9    Q.  It goes on to say:  Do not stop taking
10 Xarelto without talking to the doctor who prescribes
11 it for you.  Stopping Xarelto increases your risk of
12 having a stroke.
13        Having read this now, you understand that,
14 if you had stopped taking your Xarelto, you were at
15 an increased risk of a stroke, correct?
16    A.  Yes.
17    Q.  Now, it says:  Xarelto can cause bleeding
18 which can be serious and rarely may lead to death.
19 This is because Xarelto is a blood thinner medicine
20 that reduces blood clotting.  While you take
21 Xarelto, you are likely to bruise more easily and it
22 may take longer for bleeding to stop.  Do you see
23 that?
24    A.  Yes.
25    Q.  So assuming you had read this, you would

Page 114

1 have understood that Xarelto can cause bleeding,
2 correct?
3          MR. SMITH: Object to form.
4     A. Yes.
5 BY MS. DU PONT:
6     Q. And you would understand that Xarelto can
7 cause serious bleeding?
8          MR. SMITH: Object to form.
9     A. Well, like I said, I don't know if I read
10 this, but I do know that the nurse explained to me
11 about the additional bleeding from cuts and nicks.
12 So I knew about the better chances of having
13 bleeding from the nurse.
14 BY MS. DU PONT:
15     Q. And -- understood. And if you had read
16 this, which you indicated you read part of it, you
17 would have understood that Xarelto can cause serious
18 bleeding?
19          MR. SMITH: Object to form.
20     A. I don't know if I read that. I'm not
21 sure.
22 BY MS. DU PONT:
23     Q. But you understand that the medication
24 guide advises that you -- Xarelto can cause serious
25 bleeding?

Page 115

1     A. Yes.
2          MR. SMITH: Object to form.
3 BY MS. DU PONT:
4     Q. Now, it goes on to say, you may have a
5 higher risk of bleeding if you take Xarelto and take
6 other medicines that increase your risk of bleeding.
7 Do you see that?
8     A. Yes.
9     Q. And that includes aspirin or
10 aspirin-containing products? Do you see that?
11     A. Yes.
12     Q. And nonsteroidal anti-inflammatory drugs
13 or NSAIDs. Do you see that?
14     A. Yes.
15     Q. And you understood that you were taking
16 aspirin and Xarelto at the same time?
17     A. Yes.
18     Q. And the medication guide advises you that
19 you are at a higher risk of bleeding if you take
20 Xarelto and aspirin or NSAIDs at the same time?
21          MR. SMITH: Object to form.
22     A. Yes.
23 BY MS. DU PONT:
24     Q. And if you had read the medication guide,
25 or assuming you read the medication guide, you would

Page 116

1 understand that you were at a higher risk of
2 bleeding for taking Xarelto and aspirin together?
3          MR. SMITH: Object.
4     A. I'm not sure about the aspirin. I don't
5 recall if they made me stop taking it or not. I do
6 know I had been taking it and it was a low dose
7 aspirin. It wasn't a regular aspirin. But I can't
8 recall if I was actually taking the two at the same
9 time or not, but I do know I was on aspirin before.
10 BY MS. DU PONT:
11     Q. And you understand this medication guide,
12 assuming you read it, advises that if you're taking
13 Xarelto and aspirin together, you are at an
14 increased risk of bleeding?
15     A. Yes.
16          MR. SMITH: Object to form.
17 BY MS. DU PONT:
18     Q. And it goes on to say, call your doctor or
19 get medical help right away if you develop any of
20 these signs or symptoms of bleeding. And then it
21 lists nosebleeds that happen often. Do you see
22 that?
23     A. Yes.
24     Q. Unusual bleeding from the gums; do you see
25 that?

Page 117

1     A. Yes.
2     Q. Menstrual bleeding. That's not really
3 relevant to you, is it?
4          Bleeding that is severe or you cannot
5 control; do you see that?
6     A. Yes.
7     Q. Red, pink or brown urine; --
8     A. Yes.
9     Q. -- do you see that?
10          Bright red or black stools like tar; do
11 you see that?
12     A. Yes.
13     Q. Cough up blood or blood clots?
14     A. Yes.
15     Q. Vomit blood or vomit that looks like
16 coffee grounds. Do you see that?
17     A. Yes.
18     Q. Headaches, feeling dizzy or weak. Do you
19 see that?
20     A. Yes.
21     Q. And pain, swelling or new drainage at
22 wound sites. Do you see that?
23     A. Yes.
24     Q. So if you had -- assuming you had read the
25 medication guide that came with your prescription

Page 118

1 for Xarelto, you would have understood that if you
2 had these signs that we just went over of bleeding,
3 you were instructed to call your doctor right away?
4     A.  Yes.
5         MR. SMITH:  Object to form.
6 BY MS. DU PONT:
7     Q.  Do you understand that?
8     A.  Yes.
9         MR. SMITH:  Object to form.
10        And if you'll pause a minute and give
11    me an opportunity to object if I need to.
12        THE WITNESS:  Oh, I'm sorry.
13    MR. SMITH:  No problem.
14 BY MS. DU PONT:
15    Q.  Is there anything -- actually, let me just
16 ask a couple questions more about that.  Is there
17 anything about what we just read and went over in
18 the medication guide that -- that you don't
19 understand?
20    A.  No.
21    Q.  And if you had read this prior to taking
22 Xarelto, you would have understood that Xarelto
23 could cause serious bleeding, right?
24        MR. SMITH:  Object to form.
25    A.  Yes.

Page 119

1 BY MS. DU PONT:
2     Q.  And you would have understood at the time
3 from reading this, that you could die from internal
4 bleeding caused by Xarelto?
5         MR. SMITH:  Object to form.
6     A.  No.
7 BY MS. DU PONT:
8     Q.  Do you see where it says, Xarelto can
9 cause bleeding which can be serious and rarely may
10 lead to death?
11    A.  Yes.
12    Q.  Do you see that?
13        So there is a chance you can die from
14 bleeding related to Xarelto, right?
15        MR. SMITH:  Object to form.
16    A.  Yes.
17 BY MS. DU PONT:
18    Q.  And you would have understood because you
19 were taking Xarelto that this warning applied to
20 you, if you had read the medication guide?
21    A.  Yes.
22        MR. SMITH:  Object to form.
23 BY MS. DU PONT:
24    Q.  Did you ever discuss with -- Xarelto with
25 any of your other physicians during your January

Page 120

1 admission?
2     A.  No.
3     Q.  Do you understand -- what was your
4 understanding of why it was important for you to
5 take Xarelto?
6     A.  The doctor recommended that I be on a
7 blood thinner, and that's the one that he
8 recommended that I go on.
9     Q.  How did Nurse Theriot advise you to take
10 Xarelto?
11    A.  I think it was one a day.
12    Q.  And did you rely on her advice and take it
13 once a day?
14    A.  I did.
15    Q.  Do you generally rely on the
16 recommendations of your medical doctors and nurses
17 to take the medication as they instruct you to?
18    A.  Yes.
19    Q.  Now, if you'd take a look at the
20 medication guide, on the fourth page, it says to
21 take -- if you are taking Xarelto for atrial
22 fibrillation -- and that's how you were taking
23 Xarelto, correct?
24    A.  Uh-huh.
25    Q.  -- take Xarelto one time a day with your

Page 121

1 evening meal.  If you had read the medication guide
2 at the time you started taking Xarelto, would you
3 have understood that you were to take it once a day
4 with your evening meal?
5         MR. SMITH:  Object to form.
6     A.  Yes.
7 BY MS. DU PONT:
8     Q.  Did you take Xarelto once a day?
9     A.  Yes.
10    Q.  Did you take it with your evening meal?
11    A.  No.
12    Q.  When did you take it?
13    A.  In the morning.
14    Q.  With breakfast?
15    A.  Yes.
16    Q.  Did you ever miss a dose of Xarelto?
17    A.  No.
18    Q.  Did you ever take an extra dose by
19 accident?
20    A.  Did I --
21    Q.  Did you take an extra dose of Xarelto by
22 accident?
23    A.  No.
24    Q.  Do you personally take your own pills, or
25 does someone else give you your pills?

Page 122

1    A.  I take them personally.
2    Q.  Do you always take -- did you always take
3  Xarelto in the morning?
4    A.  Yes.  I take all of my medicines in the
5  morning.
6    Q.  Ever forget to take Xarelto in the
7  morning?
8    A.  No.
9    Q.  Now, the pills that you've brought with
10  you today, did the other pills you took look like
11  the ones we've photographed as Exhibit #13?
12    A.  The Xarelto that --
13    Q.  Yes.
14    A.  Yes, uh-huh.
15    Q.  So you took the -- I don't know how to
16  describe that shape.  You took the oddly sort of
17  triangular shaped --
18    A.  Yeah.
19    Q.  -- pill that's 20 milligrams?
20    A.  Yes.
21    Q.  Did you take the Xarelto pill whole, or
22  did you crush it?
23    A.  No, whole.
24    Q.  Now, while you were taking Xarelto, did
25  you have any doctor appointments?

Page 123

1    A.  The only appointment I would have had
2  would have been to have -- they were supposed to
3  shock my heart on the Wednesday, and I had to go see
4  him on the Monday, and that's when they sent me to
5  the emergency room for the bleeding.
6    Q.  Did you ever take any breaks from taking
7  your Xarelto, take a day off?
8    A.  No.
9    Q.  And the only pharmacy that you filled your
10  prescription for Xarelto was through RightSource
11  Humana, correct?
12    A.  Yes.
13    Q.  And I just want to confirm again, you
14  don't know how many pills you got as samples from
15  the hospital?
16    A.  No.
17    Q.  But you got more than one bottle?
18    A.  Yes.
19    Q.  And you don't know how many bottles?
20    A.  I don't recall.
21      MS. DU PONT:  Do we want to stop now
22    because it's 1:00 o'clock?
23      MR. SMITH:  If it's a good spot.
24      MS. DU PONT:  Because this is a good
25    break time, and then we can clean this up,

Page 124

1  and then I'll get into the other stuff.
2      THE VIDEOGRAPHER:  Going off the
3    record.  The time is 1:03 p.m.
4  (Recess.)
5      THE VIDEOGRAPHER:  Back on the record.
6    The time is 2:00 p.m.
7  BY MS. DU PONT:
8    Q.  Before the break, we were talking about
9  the medication guide that's been marked as Exhibit
10  #17.  Do you remember that?
11    A.  This one?
12    Q.  Yeah.  And you testified that you got a
13  pamphlet with your Xarelto prescription from
14  RightSource or Humana Pharmacy.  Did it look like
15  this medication guide?
16    A.  I don't think so, no.
17    Q.  Do you remember what it looked like?
18    A.  As far as I can recall, it was a little
19  bitty, rolled-up thing.
20    Q.  And you said you opened up and read it?
21    A.  I didn't read it all.
22    Q.  Do you remember what you read?
23    A.  Not -- not -- not all of it.
24    Q.  What do you remember?
25    A.  I think I might have read the warnings and

Page 125

1  the side effects.  That's usually what I -- I'll
2  read on, you know, on all of them.
3    Q.  So if you had read the warnings and the
4  side effects, you would have seen that Xarelto can
5  cause bleeding?
6    A.  Yes.
7    Q.  So you read that when you got the
8  prescription?
9    A.  Yes.
10    Q.  Did you ask your doctor about any of that?
11    A.  No.
12    Q.  We were talking earlier that you had been
13  provided samples for Xarelto.
14    A.  (Nods head.)
15    Q.  Were you provided samples at St. Ann's
16  when you were discharged?
17    A.  Yes.
18    Q.  And who provided those samples to you?
19    A.  The nurse, Veronica Theriot.
20    Q.  You said you got more than one bottle.
21    A.  Yes.
22    Q.  Do you know how many pills came in each
23  bottle?
24    A.  No.
25    Q.  Do you know if it was more than three

Page 126

1  bottles?
2      A.  I don't recall.
3      Q.  Do you know if it was more than four
4  bottles?
5      A.  They probably put everything in a little
6  bag for me, and I don't -- I don't recall how many I
7  had, you know.  I was just told that I had enough to
8  last until my prescription came in.
9      Q.  So do you remember about how many weeks
10  they gave you?
11      A.  No.
12      Q.  How long does it usually take for your
13  prescriptions to come in once you call them in?
14      A.  About seven to ten days, something like
15  that.
16      Q.  So would you have gotten seven to ten
17  pills?
18      A.  I probably would have gotten more than
19  that.
20      Q.  How many more?
21      A.  I don't know.
22      Q.  Is Nurse Theriot the only medical
23  professional that gave you samples?
24      A.  Yes.
25      Q.  Did Dr. Wong give you any samples?

Page 127

1      A.  No.
2      Q.  When was the last time you took Xarelto?
3      A.  It would have been the morning that I was
4  sent to the emergency room, the 7th or the 8th.  No.
5  That would have been in February when I went to the
6  emergency room.  The 3rd, maybe.  I'm not -- I'm not
7  sure of the dates.
8      Q.  So the last time you took Xarelto was the
9  morning that you went to the emergency room?
10      A.  Yes.
11      Q.  Okay.  I want you to accept for me that
12  samples come in -- the bottles have five pills in
13  each sample.  Okay?
14      A.  Okay.
15      Q.  So if there are five in each bottle, how
16  many bottles do you think you would have needed to
17  get --
18          MR. SMITH:  Object.
19  BY MS. DU PONT:
20      Q.  -- to last you through February 3rd?
21          MR. SMITH:  Object.
22      A.  I'm not sure, but I would have had to
23  have -- I don't know.  I'm not sure.  It all
24  depended on how long it would take for the other
25  ones to come in, you know.

Page 128

1  BY MS. DU PONT:
2      Q.  What happened to the --
3      A.  But they did give me enough to carry me
4  over.
5      Q.  Do you remember on what date you got your
6  mail -- your prescription from the mail-in pharmacy?
7      A.  There's a date marked on the bottle, but
8  that's probably the date it was filled.  And then I
9  probably received it a couple of days after that,
10  maybe.  I'm not sure.
11      Q.  So if it was -- it says it was dispensed
12  on January 13th, 2014.  Do you want to take a look?
13  Is that what it says?
14      A.  Yeah.
15      Q.  So your testimony is that you would have
16  gotten that a few days after it was dispensed?
17      A.  Yeah.
18          MR. SMITH:  Object to form.
19      A.  Yeah, a few.  I don't know how long it
20  took it come in, but it would have been a few days
21  after.
22  BY MS. DU PONT:
23      Q.  Did you start taking -- well, what did you
24  do with the sample bottles once you got some -- got
25  this?

Page 129

1      A.  I put everything together in one bottle,
2  the samples and the other two bottles that I had.
3      Q.  So if the first day you started taking the
4  samples was January 10th, right --
5      A.  (Nods head.)
6          COURT REPORTER:  Yes?
7  BY MS. DU PONT:
8      Q.  Say yes.
9      A.  Yes.
10      Q.  -- and you took it every day until January
11  31st, that would have been 22 pills in January,
12  right?
13      A.  Could you repeat that?
14      Q.  So if you took it for the first time on
15  January 10th --
16      A.  Uh-huh.
17      Q.  -- and you took it every day up until the
18  end of the month, right, that would have been 22
19  pills, right?
20      A.  Yes.
21      Q.  And if you took it in February up until
22  the 3rd, you would have taken three pills in
23  February, right?
24      A.  Right.
25      Q.  So if you had taken Xarelto, as directed

Protected - Subject to Further Protective Review

Page 130

1 by your doctor, between January 10th and February
2 3rd, you would have taken 25 pills, right?
3      A.  Right.
4      Q.  So what did you do with the sample bottles
5 once you got the prescription?
6      A.  I threw them -- threw them out.
7      Q.  You threw them away?
8      A.  Yeah.  I just put everything in one
9 bottle.  That way, when I fix my pills on a weekly
10 basis, I had everything, all my other medications
11 and that all together.  I got a little pill box that
12 I fill up.  That way, I don't forget to take
13 anything.
14      Q.  So you threw out the sample pill bottles
15 on whatever day you got the prescription from
16 RightSource?
17          MR. SMITH:  Object to form.
18      A.  Whenever I put them all together.  I don't
19 know if it was that date or what.
20 BY MS. DU PONT:
21      Q.  The amount of sample pill bottles that you
22 got, was it less than ten?
23      A.  Yeah.
24      Q.  Was it less than five?
25      A.  I'm not sure.

Page 131

1      Q.  Was it more than five?
2          MR. SMITH:  Object to form.
3      A.  Probably less than five.
4 BY MS. DU PONT:
5      Q.  When Nurse Theriot gave you the pills, did
6 she say, I'm giving you samples that will last you a
7 certain amount of weeks?
8      A.  No.  She just said they were giving me
9 samples, to be sure that I took them every day until
10 my medicine came in.  And she didn't tell me how
11 many samples I had.  She just said they wanted to
12 make sure I had enough.
13      Q.  Did you lose or throw away any of the
14 pills?
15      A.  No.
16      Q.  Were you the only person that handled the
17 pills?
18      A.  Yes.
19      Q.  And you said you put them in a pill box or
20 no?
21      A.  Each week I would put the -- for the whole
22 week, like on Saturday, I would line them up because
23 I would start taking them on Sunday, and then I had
24 the whole week supply in there.  And other than
25 that, I just kept it all in the bottle until I was

Page 132

1 ready for them.
2      Q.  And you got 90 pills through the mail,
3 correct?
4      A.  Yes.
5      Q.  Did you see Dr. Wong after you were
6 discharged from the hospital in January?  Did you
7 see him --
8      A.  I did --
9      Q.  -- at his office?
10      A.  Yeah.  I did go back, and they were
11 setting up to have -- like I said, they were going
12 to shock my heart, and I went back on the Monday,
13 and that's when they checked me out.  They sent me
14 to the emergency room.
15      Q.  Do you know if you saw Dr. Wong more than
16 once?
17      A.  I don't recall.  I saw him in the hospital
18 a couple of times and then in the office.  I don't
19 know exactly how many times I saw him there.
20      Q.  Do you know if you went to see Dr. Wong
21 the day after you were released from the hospital?
22 Actually, two days after you were released from the
23 hospital?
24      A.  The day after?  I don't recall.
25      Q.  I'm going to mark as Exhibit #18 a medical

Page 133

1 record from The Cardiovascular Institute.  The
2 primary cardiologist is Dr. Wong.  It's a medical
3 record for Joseph Boudreaux.
4          (Deposition Exhibit #18 was marked for
5           identification.)
6      A.  Okay.
7      Q.  And do you see the date is January 10th,
8 2014?
9      A.  Yeah.
10      Q.  And that's shortly after you were released
11 from the hospital, right?  You were released on the
12 9th, and this is the day after?
13      A.  I'm not sure.
14      Q.  Can you just turn to the second page?
15      A.  Okay.
16      Q.  And do you see Current Medications?
17      A.  Yes.
18      Q.  And do you see that aspirin is listed as a
19 current medication as of January 10th, 2014?
20      A.  Yes.
21      Q.  Do you see that indomethacin is listed as
22 a current medication on January 10th, 2014?
23      A.  I'm sorry?  What?
24      Q.  Do you see that indomethacin or Indocin is
25 listed?  It's the second to last one there.

Page 134

1    A. Yeah.
2    Q. That's also a current medication?
3    A. That's a list of all the current
4 medications, but it's not necessarily that I was
5 taking them every day, because that particular
6 medication, I only took when I needed it for gout.
7    Q. And here it says, follow-up on Monday, at
8 the bottom of the first page?
9    A. Yes.
10    Q. Okay. Does this refresh your recollection
11 that you saw Dr. Wong on January 10th, 2014?
12    A. Yes.
13    Q. Do you know when the next time you saw
14 Dr. Wong was?
15    A. I don't recall if I went on that Monday or
16 not. I'm not sure.
17    Q. Let me just mark as Exhibit #19 the
18 medical record from The Cardiovascular Institute in
19 Raceland for Dr. [sic] Joseph Boudreaux.
20       Can I have that one back? I apologize. I
21 do this all the time. I just marked the one that
22 has the highlighting on it.
23    (Deposition Exhibit #19 was marked for
24       identification.)
25       And do you see how the date is January

Page 135

1 13th, 2014?
2    A. Yes.
3    Q. Does this refresh your recollection that
4 you saw Dr. Wong on January 13th, 2014?
5    A. I don't recall, but I must have. At the
6 time, I wasn't in the best of shape.
7    Q. And it says here, 71-year-old here for
8 follow-up visit.
9       Did I read that right?
10    A. Yes.
11    Q. Do you remember, when you went to see
12 Dr. Wong on January 13th, 2014, if he had any
13 discussions with you about Xarelto?
14    A. No.
15    Q. Did he have any discussions with you about
16 Xarelto on the prior --
17    A. No.
18    Q. -- visit?
19    A. (Shakes head.)
20    Q. And if you'd turn to the second page, is
21 aspirin listed as a current medication?
22    A. Yes.
23    Q. And is Xarelto listed as a current
24 medication?
25    A. Yes.

Page 136

1    Q. And is indomethacin listed as a current
2 medication?
3    A. Yes.
4    Q. Do you know when the next time you saw
5 Dr. Wong was?
6    A. I don't recall.
7    Q. I'm going to mark as Exhibit #20 a medical
8 record from The Cardiovascular Institute for Joseph
9 Boudreaux dated January 24th, 2014.
10    (Deposition Exhibit #20 was marked for
11       identification.)
12       Does this refresh your recollection that
13 the next time you saw Dr. Wong was on January 24th,
14 2014?
15    A. Yes.
16    Q. And this is about two weeks -- a little
17 over two weeks after you were released from the
18 hospital after your AFib diagnosis --
19    A. Yes.
20    Q. -- or atrial fibrillation diagnosis?
21       And it says, 71-year-old here for two-week
22 follow-up.
23       Did I read that right?
24    A. Yes.
25    Q. And your present illness symptoms said, he

Page 137

1 feels much better but blood pressure has been
2 running low.
3    A. Yes.
4    Q. Is that consistent with your memory at the
5 time, that after about two weeks, you were feeling
6 better than you had been upon discharge from the
7 hospital?
8    A. To tell you the truth, I don't remember
9 even seeing him. I just don't recall all this.
10    Q. If you turn to the current medications, do
11 you see that?
12    A. Yes.
13    Q. And it lists aspirin as a current
14 medication?
15    A. Yes.
16    Q. And it lists Xarelto as a current
17 medication?
18    A. Yes.
19    Q. And it lists indomethacin as a current
20 medication?
21    A. Yes. But that's only as needed. All the
22 rest are once a day, and this one, like I told you,
23 I take very little of it.
24    Q. I understand. And you were also taking
25 in -- on January 24th, 2014, a number of other

Page 138

1 medications --
2    A.  Yes.
3    Q.  -- that are listed here?
4    A.  Yes.
5    Q.  Which included amiodarone?
6    A.  Yes.
7    Q.  And fish oil?
8    A.  Yes.
9    Q.  And Lasix?
10    A.  Yes.
11    Q.  And do you know what was Lasix being
12 prescribed for?
13    A.  For fluid.
14    Q.  And how about amiodarone?
15    A.  That must -- that's the one that they
16 must -- for the -- to strengthen the heart.
17    Q.  And were you -- and you're also taking
18 lisinopril?
19    A.  Yes.
20    Q.  And that's a hypertension drug?
21    A.  Yes.
22    Q.  And you were also taking metformin?
23    A.  Yes.
24    Q.  And that's for diabetes?
25    A.  Diabetes.

Page 139

1    Q.  And you were also taking metoprolol
2 tartrate?
3    A.  Yes.
4    Q.  What is that for?
5    A.  Something to do with the heart.  I'm not
6 really sure.
7    Q.  Okay.
8    A.  I just -- they tell me to take it, so I
9 take it.  I rely on my doctors.
10    Q.  And then you're taking pantoprazole?
11    A.  Yes.
12    Q.  Once a day?
13    A.  Yes.
14    Q.  And that's for acid reduction?
15    A.  I believe that's for the stomach.  I don't
16 know exactly what it does, but I think it's a
17 stomach medication.
18    Q.  And what's the purpose of the medication?
19    A.  I imagine to help digest or something.
20 I'm not sure.
21    Q.  Do you understand that it's to reduce the
22 acid in your stomach?
23    A.  No, I didn't -- I didn't know.
24    Q.  And you were taking potassium chloride?
25    A.  Yes.

Page 140

1    Q.  Do you know who prescribed the
2 pantoprazole to you?
3    A.  I'm not really sure if it was somebody in
4 the hospital or if it was -- no, it wasn't Torres.
5 It must have been somebody in the hospital when I
6 went in, because I wasn't -- I don't think I was
7 taking it before then.
8    Q.  If you turn back to -- I think it's
9 Exhibit #15.
10    A.  #15?
11    Q.  Yeah.  You know what?  It doesn't say who
12 prescribed it.
13    A.  I don't think I have a #15.
14    Q.  It's okay.  And you were also -- if you'd
15 just go back to what we were looking at.  I
16 apologize for digressing.  You were also taking
17 spironolactone once a day?
18    A.  Yes.
19    Q.  And what was that for?
20    A.  That was some type of heart medication.
21    Q.  And the tamsulosin, one tablet at bedtime?
22    A.  That's the one they had replaced for the
23 prostate, the two that I was taking that they -- I
24 guess that's all -- that's the one they used in the
25 hospital, so they put me on that.  And I must have

Page 141

1 had a month supply, because when I reordered, I
2 got -- I was back on the other two that I was on.
3    Q.  And the Vicodin?
4    A.  That was only as needed for pain if I had
5 gout or anything like that.
6    Q.  But that's listed here as a current
7 medication, right?
8    A.  It's that -- yeah.  I had it, but I wasn't
9 taking it every day.
10    Q.  Understood.  Now, on that last visit on
11 January 24th with Dr. Wong, did you talk to him at
12 all about Xarelto at that visit?
13    A.  I don't recall.
14    Q.  Did you ask him how long you would have to
15 continue to take Xarelto?
16    A.  No.
17    Q.  Did you ask him when I could stop taking
18 Xarelto?
19    A.  No.
20    Q.  You said earlier that the last time you
21 took Xarelto was on February 3rd, 2014, right, the
22 day that you went to the emergency room?
23    A.  Yes.
24    Q.  Why did you stop taking Xarelto?
25    A.  Because I was rushed to the hospital

Page 142

1 bleeding, and I didn't take any more, and they
2 didn't give me any more in the hospital.
3     Q.  And are you alleging just one bleeding
4 event while you were taking Xarelto?
5     A.  Yes.
6     Q.  I want to talk to you about that bleeding
7 event a little bit.  When did you first begin
8 experiencing symptoms related to the bleeding?
9     A.  Well, about two or three days before I
10 went in to the emergency room, I started having
11 these weak spells, just feeling real bad and weak.
12 And so on the Saturday, I was working, and I had a
13 pretty bad spell where I -- you know, I didn't think
14 I could finish work, so I came home.  And then I had
15 that appointment to see the doctor on the Monday, so
16 I just rested up for a couple of days, and then when
17 I went see him on the Monday is when they sent me to
18 the ER.
19     Q.  Did -- you said you had a bad weak spell
20 on that Saturday.  How many days prior to Saturday
21 were you having the weak spells?
22     A.  I just gradually a few days ahead of that
23 started feeling not myself, you know.
24     Q.  So was it four or five days ahead of that?
25     A.  I don't recall.  Maybe two or three days

Page 143

1 before that.
2     Q.  So two or three days before the Saturday
3 where you were at work is when you started
4 experiencing the weakness?
5     A.  When I started feeling weak and, you know,
6 feeling differently or whatever.
7     Q.  So that was five days before you went to
8 the emergency room?
9     A.  I'm not sure exactly, but it was around
10 that.
11     Q.  And did you have any other symptoms at
12 that time?
13     A.  No.
14     Q.  Did you have black stools?
15     A.  No.
16     Q.  Did you have any constipation?
17     A.  Yes.
18     Q.  How long did you have the constipation
19 prior to going to the hospital?
20     A.  Probably three days, three or four days.
21     Q.  Did you call Dr. Wong's office before you
22 went in?
23     A.  I think my wife called to see if I can go
24 in earlier than what my appointment was, and I'm not
25 sure.  I think it was about 1:00 or 2:00 o'clock

Page 144

1 when I went in, but I don't remember what time the
2 appointment was for.
3     Q.  Did -- when you -- when your wife called,
4 did you ask her to call the doctor?
5     A.  No.
6     Q.  Why did she call the doctor?
7     A.  Because she was worried about me.  She
8 could see I wasn't feeling well.
9     Q.  Did you -- did your wife relay to you any
10 instructions from the doctor?
11     A.  No.
12     Q.  Do you recall whether she told you to stop
13 taking your Xarelto and your aspirin?
14     A.  No.
15     Q.  I'm going to mark as -- let me just ask
16 you this:  Did you go to Dr. Wong when you started
17 experiencing these symptoms of dizziness and
18 weakness?
19     A.  That day that I went to the hospital, to
20 the emergency room, I went to him first, and he sent
21 me to the emergency room.
22     Q.  I'm going to mark as Exhibit #21 a record
23 of Cardiovascular Institute for Joseph Boudreaux.
24 The primary cardiologist, Dr. Wong.  It's dated
25 February 3rd, 2014.

Page 145

1     (Deposition Exhibit #21 was marked for
2         identification.)
3     And if you look at the Present
4 Illness/Symptoms, do you see that up there?
5     A.  Uh-huh.
6     Q.  It states, 71-year-old here for -- I'm not
7 sure what that says.  States he is feeling weak
8 times three days, feeling extremely weak.  States
9 his stool is very black plus constipated.
10     Do you see that?
11     A.  Uh-huh.
12     Q.  Does that refresh your recollection that
13 you were having black stools at the time you went to
14 see Dr. Wong on January 3rd?
15     A.  Well, it also says I was constipated for
16 three or four days, so I don't remember, but I guess
17 that's what it was.
18     Q.  Does it refresh your recollection right
19 now that you were having black stools for three or
20 four days prior to going to see Dr. Wong?
21     A.  Yes.
22     Q.  When you first started experiencing the
23 weakness and the black stools, did you call the
24 doctor?
25     A.  No.

Protected - Subject to Further Protective Review

Page 146

1    Q.  Why did you finally decide to call the
2  doctor?
3    A.  My wife is the one that called the doctor
4  because I was -- I came home from work, and I was
5  feeling so weak and all, and I didn't call because I
6  knew I had that appointment that I was going to on
7  the Monday, but she wanted to try to get me in there
8  earlier, as early as possible.
9    Q.  In addition to the symptoms we've already
10  talked about, did you experience lightheadedness?
11    A.  I was weak and all and felt, you know -- I
12  guess lightheadedness, too.
13    Q.  Did you notice you were unusually pale?
14    A.  No.
15    Q.  Were you coughing up any blood?
16    A.  No.
17    Q.  Did you vomit?
18    A.  No.
19    Q.  Any other symptoms that you experienced
20  that we haven't talked about?
21    A.  The thing that I remember the most is
22  being so weak from what I used to be.  And then,
23  naturally, my wife said I didn't look good.
24    Q.  Now, at the time of your bleeding event,
25  you were taking the 81 milligrams of aspirin, right?

Page 147

1    A.  I'm not sure.
2    Q.  But we looked at several medical records
3  that established that as a current medication?
4    A.  Yes.
5        MR. SMITH:  Object to form.
6  BY MS. DU PONT:
7    Q.  Do you remember whether you had taken
8  aspirin in the morning at the same time you had
9  taken your Xarelto on February 3rd, 2014?
10        MR. SMITH:  Object to form.
11    A.  I would always take the aspirin at night.
12  BY MS. DU PONT:
13    Q.  Okay.  So would you have taken the aspirin
14  the night before February 3rd, 2014?
15    A.  If I was still on it, but I don't recall.
16        MS. DU PONT:  Can we go off the record
17    a second?  I just need to find something.
18        MR. SMITH:  Sure.
19        THE VIDEOGRAPHER:  Going off the
20    record.  The time is 2:36 p.m.
21  (Off the record.)
22        THE VIDEOGRAPHER:  Back on the record.
23    The time is 2:37 p.m.
24  BY MS. DU PONT:
25    Q.  I'm going to mark as Exhibit #22 a record

Page 148

1  from Ochsner Medical Center for Joseph Boudreaux,
2  and it lists outpatient medications at the start as
3  of February 3rd, 2014.  Look at the bottom of the
4  page.
5        (Deposition Exhibit #22 was marked for
6            identification.)
7    Q.  Do you see how it says Outpatient
8  Medications at the start of encounter on February
9  3rd, 2014?
10    A.  Yes.
11    Q.  And if you could turn to the next page, do
12  you see where the first medication listed there is
13  aspirin, 81-milligram tablets?
14    A.  Yes.
15    Q.  Does that refresh your recollection that
16  you were taking aspirin at the time of your
17  admission on February 3rd, 2014?
18    A.  Yes.
19    Q.  It also lists indomethacin; do you see
20  that?
21    A.  Which one?
22    Q.  Indomethacin?
23    A.  Oh.
24    Q.  Or Indocin?
25    A.  Yes.

Page 149

1    Q.  And that's listed as a current medication
2  to take as-needed as of February 3rd, 2014, right?
3    A.  Yes.  I wasn't taking it, but I had it on
4  hand in case I needed it.
5    Q.  How -- when you went to Dr. Wong's office,
6  how did you describe your symptoms to him?
7    A.  I don't recall.  I imagine I just told him
8  that I was feeling real weak and all.
9    Q.  Did he ask you about how severe your
10  symptoms were?
11    A.  I don't recall.
12    Q.  Did he ask you how long you were
13  experiencing the symptoms?
14    A.  I don't recall.
15    Q.  Do you recall what doctor admitted you to
16  the emergency room after you left Dr. Wong's office?
17    A.  I'm not sure if it was that -- it was a
18  Dr. Wolford, I believe, that saw me in the ER.
19    Q.  Did Dr. Wolford ask you about your
20  symptoms?
21    A.  I don't recall.
22    Q.  Did he give you a diagnosis of what was
23  going on?
24    A.  He -- he did an exam on me and found out
25  that I was bleeding, that I had bleeding, and they

Protected - Subject to Further Protective Review

Page 150

1  started giving me blood right away, and then they
2  sent me to Kenner.
3     Q.  When you said they started giving you, you
4  mean they gave you a blood transfusion?
5     A.  Yeah.
6     Q.  Did they -- when he said he -- what kind
7  of tests did he perform?
8     A.  Well, he rammed his finger up my rear and
9  found out that I was bleeding, to put it bluntly.
10    Q.  I told you there might be some personal
11 stuff, didn't I?
12    A.  I'm sure there's a medical name for it,
13 but...
14    Q.  I think it might be called a GI bleed.
15       Did you have -- did he tell you you were
16 experiencing any other conditions at the time you
17 were admitted for your bleeding event?
18    A.  I don't recall.
19    Q.  Did anyone other than Dr. Wolford treat
20 you at the emergency room?
21    A.  Not that I know of.
22    Q.  Did you see a Dr. Masri?
23    A.  Who?
24    Q.  A Dr. Masri?
25    A.  He might have been the doctor in Kenner

Page 151

1  that I saw when I came over here.  I'm not sure, but
2  I've seen that name before.
3     Q.  Okay.  So you were transferred from
4  St. Ann's to Kenner?
5     A.  Yes.  They -- according to what they said,
6  they couldn't handle me in Raceland, that they had
7  to send me to Kenner.
8     Q.  So who saw you when you got to Kenner?
9     A.  Oh, I don't remember.
10    Q.  You don't remember?  Okay.
11    A.  I got there late at night, and I was half
12 out, and probably an ER doctor.  They sent me right
13 up to ICU.
14    Q.  Did you receive any treatment for your
15 bleed?
16    A.  They were still giving me blood, and then
17 that first pint ended, they gave me another one
18 right after.  And then the other two were given
19 later on after a few days.
20    Q.  Did they -- after you were in the hospital
21 for a day or two -- or a day, did they perform any
22 tests on you?
23    A.  They performed -- they went down with a
24 light.
25    Q.  An endoscopy?

Page 152

1     A.  Yeah.  And then they wanted to do a
2  colonoscopy, but they couldn't do that until they
3  had cleared out all the blood and all that was in
4  there.  And that's when they made me drink 3 gallons
5  of that stuff, that goo, to clean you out, and,
6  finally, after 3 gallons of that stuff, it was clear
7  enough to where they could take a colonoscopy.
8     Q.  So the bleeding resolved after three days?
9     A.  Yes.
10    Q.  And did they do the colonoscopy?
11    A.  Yes.
12    Q.  Did -- do you know what doctor performed
13 the endoscopy and the colonoscopy?
14    A.  I'm not sure about his name.  I don't
15 remember his name.
16    Q.  Does Dr. Joshi ring a bell?
17    A.  I've heard that name before, yeah.  Yeah.
18    Q.  Did he explain to you and your family what
19 the results of the endoscopy were?
20    A.  He might have explained it to my wife.  I
21 don't recall.  But I believe they don't know -- from
22 what I understood, they didn't find anything.
23    Q.  How about with respect to the colonoscopy?
24 Did he explain the results about what happened with
25 the colonoscopy to you?

Page 153

1     A.  I'm not sure.  I don't recall.  Usually,
2  they'll come out and speak to the family, you know,
3  but I don't -- I don't remember him talking to me
4  about it.
5     Q.  Do you know how long you were in the
6  hospital for?
7     A.  I think a week.  I'm not sure.  I believe
8  I -- yeah, I went on the Monday and I got out on
9  Friday.
10    Q.  So five days?
11    A.  (Nods head.)
12    Q.  Yes?
13    A.  Yes.
14    Q.  Sorry.  Sometimes -- you've got to say yes
15 or no.
16    A.  Yeah, I know.  I'm sorry.
17    Q.  When you were discharged from the
18 hospital, had your bleeding stopped?
19    A.  Yes.
20    Q.  And had your other symptoms stopped, your
21 weakness?
22    A.  Yes.
23    Q.  Did your doctor tell you to stop taking
24 certain medications when you left the hospital?
25    A.  No.  They just told me that I couldn't

Page 154

1 take blood thinners, but as far as all my
2 medications, to continue those.
3    Q.   Did they tell you to stop taking any
4 nonsteroidal anti-inflammatory medications?
5    A.   No.
6        MS. DU PONT:  Can we go off the record
7    again?  I'm sorry.
8        THE VIDEOGRAPHER:  Going off the
9    record.  The time is 2:48 p.m.
10 (Off the record.)
11        THE VIDEOGRAPHER:  Back on the record.
12    The time is 2:50 p.m.
13 BY MS. DU PONT:
14    Q.   I'm marking as Exhibit #23 a medical
15 record from Ochsner Kenner, discharge summary dated
16 February 8th, 2014.
17    (Deposition Exhibit #23 was marked for
18        identification.)
19        MR. MCCAULEY:  Thank you.
20 BY MS. DU PONT:
21    Q.   And you see that this is authored by a
22 Milin Patel, M.D., under the discharge summary at
23 the bottom?
24    A.   Oh, yeah.
25    Q.   And the cosigner is Najy Masri, M.D.  Do

Page 155

1 you see that?
2    A.   Yes.
3    Q.   And do you remember seeing Dr. Masri while
4 you were at Kenner?
5    A.   I think he's the one that did the
6 colonoscopy.  No.  No, no.  It was that other one.
7 No.  I don't recall Masri.  I may have seen him, but
8 I don't remember him.
9    Q.   And if you look at the last page, do you
10 see how it says, stop taking these medications?
11    A.   Yes.
12    Q.   And underneath that is indomethacin and
13 rivaroxaban?
14    A.   Yes.
15    Q.   So does that refresh your recollection
16 that you were advised to stop taking both Xarelto as
17 well as Indocin?
18    A.   I don't recall the Indocin, I guess
19 because I wasn't taking it.
20    Q.   But your medical records state that you
21 were instructed to stop taking those.  Because I
22 know you said you had it at home, right?
23    A.   Yes.
24    Q.   So your doctor wanted to make sure you
25 weren't taking Xarelto and he also wanted to make

Page 156

1 sure you weren't taking Indocin, right?
2    A.   Right.
3    Q.   At any time, did any doctor or health care
4 provider attribute your bleeding to Xarelto?
5    A.   Not that I recall.
6    Q.   Did any doctor point you to something else
7 that led to your bleeding?
8    A.   No.
9    Q.   Did your doctor have a conversation with
10 you about discontinuing Xarelto?
11    A.   Not that I recall.
12    Q.   Do you remember someone telling you at the
13 hospital you shouldn't take your Xarelto anymore?
14    A.   They -- I just -- it was just stopped.
15 Nobody was giving it to me, and I do remember
16 some -- one of the doctors saying that I couldn't
17 take blood thinners.
18    Q.   Do you remember who that was?
19    A.   No, I don't.
20    Q.   Was it Dr. Masri?
21    A.   I don't know.
22    Q.   Was it Dr. Wong?
23    A.   I don't -- no, it wasn't Wong.
24    Q.   Okay.  Do you know what the basis for that
25 recommendation was?

Page 157

1        MR. SMITH:  Object to form.
2 BY MS. DU PONT:
3    Q.   Did he tell you why he wanted you to
4 discontinue Xarelto?
5    A.   I don't recall why.  I'm assuming it was
6 because of the bleeding.
7    Q.   But he didn't tell you it was because of
8 the bleeding?
9    A.   I don't recall.
10    Q.   Did a doctor put you on any other
11 anticoagulant when you were discharged?
12    A.   A blood thinner?
13    Q.   Yes.
14    A.   No.
15    Q.   Did you follow the doctor's recommendation
16 and stop taking the Xarelto?
17    A.   Yes.  I didn't take any after that Monday
18 morning.
19    Q.   Why did you -- why did you keep the pill
20 bottles?
21    A.   I don't know.
22    Q.   Do you normally keep medications that you
23 haven't taken completely?
24    A.   Usually, if the bottle is empty, I'll
25 throw it away.

Page 158

1    Q.   If the body is not -- if the bottle is not
2  empty, do you tend to keep it in your medicine
3  cabinet?
4    A.   If it's something that I need to take as
5  needed.
6    Q.   When you get the pamphlets that come with
7  the medications, the medication guides from your
8  pharmacy, do you tend to keep them somewhere in the
9  house?
10   A.   No.  I -- if it's a regular medication
11 that I take that I've been on for years, I don't
12 even read them or keep them.  I just throw them
13 away.
14   Q.   Do you tend to keep important information
15 about your medical care somewhere in the house?
16   A.   Not really.
17   Q.   How about your Medicare information?  Do
18 you keep that somewhere?
19   A.   I have a book they send me on Medicare
20 with my provider and stuff like that that I keep.
21 But I don't keep too many papers at all.  I'm not --
22 I'm not one to file stuff and keep stuff.
23   Q.   Okay.  What current medical conditions do
24 you have right now sitting here today?
25   A.   Well, the latest thing has been that

Page 159

1  cardioversion, where they got my heart back to
2  beating right.  And before that, I think it was --
3  they removed the fluid from around my heart from
4  that Lariat procedure.  It had built up after a few
5  months.  I had the Lariat procedure.  Now, I don't
6  remember the exact dates.  And I also had the
7  gallbladder surgery.
8    Q.   So let's start with the Lariat procedure.
9  What's your understanding of what that procedure is?
10   A.   I was told that it was to -- there's a
11 little pouch on the top of your heart that the blood
12 can flow into, but it just flows into there and
13 flows out.  And if the heart is not beating at a
14 proper beat, it could form a clot and eventually
15 could lead to a stroke.
16        So they thought -- they recommended that I
17 was a candidate for the Lariat procedure, to where
18 they lasso it and cut it off and the blood doesn't
19 go in there anymore.  It just goes through the rest
20 of my veins.
21   Q.   Is it your understanding that the
22 procedure was successful?
23   A.   Yes.
24   Q.   Did your doctors explain to you why you
25 were a candidate for this procedure?

Page 160

1    A.   Well, from the fact that I wasn't able to
2  take blood thinners.  They wanted to prevent from
3  those clots forming, and that was one of the
4  procedures they did to prevent blood clots.
5    Q.   Did they explain to you that you weren't
6  allowed to take blood thinners as a class, all types
7  of blood thinners?
8    A.   No.  I was just told when I left Ochsner's
9  not to take blood thinners.
10   Q.   Got it.
11   A.   Now, my cardiologist didn't recommend that
12 I take blood -- you know, the ones that I saw after
13 I got out of Ochsner's, not one of them ever
14 recommended that I take a blood thinner.
15   Q.   What physicians did you see after February
16 2014 as a cardiologist?  What cardiologists did you
17 see?
18   A.   I saw a Dr. Timothy in Thibodaux first of
19 all, and I saw him for several months, because he's
20 the one that finally talked me into going to see the
21 one I see now, Dr. Fail, to see if I was a candidate
22 for this Lariat procedure.  Evidently, it was
23 something fairly new and it's not everybody that
24 could have it done.
25   Q.   Did Dr. Timothy explain to you that you

Page 161

1  were at an increased risk of stroke because of your
2  atrial fibrillation?
3    A.   I don't recall.
4    Q.   Was he the person that had this
5  conversation with you about the Lariat procedure, or
6  was that Dr. Fail?
7    A.   No.  He referred me to Dr. Fail.  He
8  mentioned the Lariat procedure and that they're
9  colleagues.  They both work for CIS, Cardiovascular
10 Institute of the South.  And Fail is the one that
11 actually does the procedure, and Timothy is the one
12 that sent me to Fail.
13   Q.   And so explain to me what Dr. Timothy said
14 to you about the -- about the Lariat procedure.
15   A.   Well, basically, he told me that they
16 would go in and lasso off that little pouch to keep
17 the blood from going in there to where it wouldn't
18 clot.
19   Q.   And the reason why they wanted to do that
20 is to prevent a stroke?
21        MR. SMITH:  Object to form.
22   A.   To prevent blood clotting.
23 BY MS. DU PONT:
24   Q.   Blood clotting.
25        Is there a reason why you went to see

Page 162

1 Dr. Timothy and not Dr. Wong?

2     A.  Dr. Wong wasn't my doctor.  He just came

3 because his office is right next to the hospital in

4 Raceland, and I guess whenever they have a heart

5 patient, they call the cardiologist that's there,

6 you know, and he treated me while I was in there and

7 then after.  I saw him a couple times after.  But he

8 was never my family doctor, my cardiologist.  I

9 didn't have one.  And I went to Thibodaux because my

10 sister was seeing this doctor and she had AFib.

11     Q.  Okay.  And did that doctor -- did she get

12 an anticoagulant prescribed to her because of AFib?

13     A.  Not that I know of.

14     Q.  Did she have a Lariat procedure like you

15 did?

16     A.  No.

17         MS. DU PONT:  Is now a good time to

18     take just a brief break?

19         MR. SMITH:  Sure.

20         MS. ALVAREZ:  Uh-huh.

21         THE VIDEOGRAPHER:  This is the end of

22     DVD No. 3.  Going off the record at 3:02

23     p.m.

24 (Recess.)

25         THE VIDEOGRAPHER:  This begins DVD

Page 163

1         No. 4 of Joseph Boudreaux.  Back on the

2         record at 3:24 p.m.

3 BY MS. DU PONT:

4     Q.  Hi.

5     A.  Hello again.

6     Q.  I just want to talk to you a little bit

7 about the current medications that you're taking

8 today.

9     A.  Uh-huh.

10     Q.  Can you just go ahead and list for me what

11 medications you're taking?

12     A.  Can I look at the list and see?

13     Q.  Sure.  Go ahead.

14     A.  Because I'm not -- I don't know them all

15 by name, you know.

16         Let's see if they have all of them on

17 here.  There was the one with the finasteride

18 and all.  Okay.  I think these have most of them on

19 here.  Okay.  The allopurinol, I'm still on that.

20     Q.  And that's for your enlarged prostate, or

21 is that --

22     A.  No.

23     Q.  No?

24     A.  That's to prevent gout.

25     Q.  Oh, the gout.  Sorry.  And when do you

Page 164

1 take that?

2     A.  In the morning.

3     Q.  Okay.

4     A.  Okay.  And the next one is the aspirin.  I

5 still take the low dose.  I take that at night.

6     Q.  Okay.

7     A.  The fish oil I take in the morning.  The

8 fluid pill, I'm taking half of this amount.  Instead

9 of 40, I'm taking 20.

10     Q.  Okay.

11     A.  And I take that in the morning.

12     Q.  What's the name of that, the fluid pill?

13     A.  Furosemide.  Yeah.

14     Q.  Okay.

15     A.  Okay.  The next one, the hydrocodone, I

16 don't take it unless I need it, and I haven't needed

17 it in a long time.

18     Q.  What's a long time?

19     A.  Probably years.

20     Q.  Okay.

21     A.  At least two -- a couple of years that I

22 haven't taken it.  The lisinopril, that's for --

23     Q.  And that's for blood pressure?

24     A.  -- blood pressure, but I'm taking a lower

25 dose than this.  I think it's a 2.5 or a 3

Page 165

1 milligrams.  It's a very low dose that I'm taking

2 now.

3     Q.  Do you take that in the morning?

4     A.  In the morning, yeah.

5     Q.  Once a day?

6     A.  Yes.

7     Q.  And so far, all of the medications that

8 we've talked about are just once-a-day medications?

9     A.  Yes.

10     Q.  Okay.  What else?

11     A.  Okay.  The metformin, that's for diabetes.

12 I take that once a day in the morning.  Okay.  This

13 metoprolol tartrate --

14     Q.  Yeah.

15     A.  -- I take a half a pill.  I cut them in

16 half.  Instead of 50-milligram, I'm taking like 25

17 in the morning and 25 at night.

18     Q.  So you take that twice a day?

19     A.  What's that?

20     Q.  You take the metoprolol twice a day?

21     A.  Yes, a half in the morning and a half at

22 night.

23     Q.  Okay.

24     A.  Okay.  This pantoprazole, whatever,

25 Protonix is the real name.

Page 166

1    Q.  Right.
2    A.  I take one of those every morning.  The
3  potassium chloride I'm not on anymore.  They took me
4  off of that.
5    Q.  When did they take you off of that?
6    A.  Dr. Fail took me off of that after I had
7  the Lariat procedure.
8    Q.  Did he explain why he was taking you off
9  of it?
10    A.  Because he put me on that spironolactone,
11  and I think he didn't want me taking both of them
12  together.
13    Q.  And are you taking the spironolactone
14  right now?
15    A.  Yes, but I only take a half now.  He cut
16  it down to a half.
17    Q.  In the morning or in the evening?
18    A.  That one, I take in the morning.
19    Q.  Any other medications?
20    A.  Okay.  This Flomax.
21    Q.  Uh-huh.
22    A.  That was the one they gave me for
23  prostate, but -- I still take, but I take it in two
24  forms.  I take the finasteride, and I take the
25  terazosin, I think it's called.

Page 167

1    Q.  Uh-huh.
2    A.  And I don't take the Flomax anymore.  And
3  I take those at night.
4    Q.  Why did you switch from the Flomax to the
5  finasteride and the terazosin?
6    A.  They gave me that in the hospital.
7    Q.  The Flomax, they gave you in the hospital?
8    A.  Yes.  I guess that's what they used for
9  the same purpose.
10    Q.  And who is prescribing you the finasteride
11  and the terazosin?
12    A.  That must be Dr. Duplantis, my family
13  doctor.  It was Angelique Torres, but they're all in
14  the same group, and I'm seeing Duplantis as my
15  family doctor.
16    Q.  Why did you stop seeing Torres?
17    A.  Because they recommended with my heart
18  problems and the problems I was having that I see a
19  doctor instead of a nurse practitioner.
20    Q.  Any other medications that we haven't
21  listed here that you're currently taking?
22    A.  No.  The -- that Indocin, I haven't taken
23  that in a couple of years and that's the one for
24  gout.
25    Q.  But you still have that at home?

Page 168

1    A.  Now, that amiodarone -- yeah.  Amiodarone
2  or --
3    Q.  Right.
4    A.  That, I still take 200 milligrams every
5  morning.
6    Q.  Anything else?
7    A.  I believe that's all.
8    Q.  How do you keep all of these medications
9  straight?  What's your system?
10    A.  I have a pill box that it has morning and
11  after -- and night, and every Saturday I fill them
12  up because it starts on Sunday morning.  And I have
13  all my medication in a little box, the different
14  pills, you know, in the bottles and all.  And then,
15  as I fill my little pill box there, if I see to
16  where I'm getting low, I can call in and get another
17  three-month supply and get -- you know.
18    Q.  Do you have a reference sheet at home so
19  you can keep everything straight, like notes that
20  you have --
21    A.  No.
22    Q.  -- to keep to understand what you need to
23  take?
24    A.  No, I just take them in my pill box.
25    Q.  Do you rely on what's on the medication

Page 169

1  bottle to tell you when to take it?
2    A.  Yes.
3    Q.  Ever miss a pill?
4    A.  It's possible.  I don't -- I don't recall.
5  I usually take them all every morning and every
6  night.
7    Q.  Every drop a pill on the ground?
8    A.  Oh, I've done that before, but I get down
9  on my hands and knees and I find it before my little
10  dogs find it.
11    Q.  Has your little dog ever gotten there
12  first?
13    A.  No.
14    Q.  Ever lost one and you can't find it?
15    A.  No.  Usually, when they'll fall, they'll
16  fall right down where I'm working on it to put them
17  in my little pill box, you know, and there's usually
18  one of them I have to cut.
19    Q.  How do you cut them?
20    A.  With a pill cutter.
21    Q.  Do you have any medical devices at home
22  that you use on a regular basis?  And let me give
23  you an example, because you're looking at me like
24  you don't know what I'm talking about.  Do you have
25  something to measure your blood pressure at home?

Page 170

1    A. Oh, yeah; yeah. I take my blood pressure
2 pretty regular, not every night, but at least three
3 or four times a week.
4    Q. And do you usually do that in the evening?
5    A. Yes.
6    Q. Ever do it in the morning?
7    A. No.
8    Q. Has there ever been an occasion where you
9 feel like you're not feeling well, so you'll take
10 your blood pressure to see if that's the reason
11 you're not feeling well?
12    A. Not lately.
13    Q. When did that start, that you started
14 having the -- started using the blood pressure
15 machine?
16    A. It's been several years that I've had one.
17 I don't know. Maybe five, ten years ago. It's been
18 a long time. Now I got a brand new one because the
19 other one broke, but I was still doing it with the
20 other one, you know.
21    Q. Any other medical devices like that that
22 you have at home to keep track of your conditions?
23    A. No. That's the only thing that I know I
24 have.
25    Q. Okay. Do you have any medical records

Page 171

1 that you keep at home?
2    A. The only ones I'll keep is, like, if I go
3 to the doctor this week, I'll keep it for a few
4 days. And then sometimes I have to make an
5 appointment and this and that and I'll keep it and,
6 you know, nowadays when they let you out and you
7 come home, you have a paper with everything that
8 they did and all, and sometimes they'll have the
9 appointment on the bottom of the first page, so I
10 hang onto that for a while, you know.
11    Q. How long do you typically hang onto those
12 types of things?
13    A. Normally, until I either make the new
14 appointment, or if I have one, I make a record of
15 it. On my little board, I mark down the date and
16 the time and everything, and then -- I don't keep it
17 that long, maybe a few days.
18    Q. You mentioned that you have a little
19 board. What does that mean? Do you have a
20 little --
21    A. Yeah. I have a little appointment board
22 with a little Marks-A-Lot thing that you -- I got to
23 do that for me and my wife. We always having an
24 appointment, so we put down every appointment we
25 have. And another reason why I do it is because I

Page 172

1 have to keep track of when I work and when I don't
2 work, and we always try to set up our appointments
3 when I'm off because my wife doesn't drive.
4    Q. Do you take care of your wife at home?
5    A. She takes care of herself, but I help her
6 out a lot, you know.
7    Q. What do you do to help her out?
8    A. Oh, I do a lot of the work around the
9 house. I cook a lot. I like to cook. She used to
10 cook. Now she cooks occasionally but not that much.
11 She has the neuropathy in her feet from diabetes,
12 and she also has problems with her hands, and -- but
13 she manages to -- well, when I'm at work, she does
14 everything. So just when I'm off, I'll help her out
15 sometimes, mop the floor or do different things, you
16 know.
17    Q. You mentioned you had your gallbladder
18 removed. Do you know when that was?
19    A. I don't remember the exact date. I think
20 it's on one of those forms, but --
21    Q. If I said August of 2015, does that
22 refresh your recollection?
23    A. Sounds good.
24    Q. Okay. And why did you need to have your
25 gallbladder removed?

Page 173

1    A. I was having a lot of stomach pain, and
2 they took a CAT scan and they found that it was --
3 had stones in it and it was diseased, so they
4 removed it. But it was just an outpatient deal.
5 You go in in the morning and you're home in the
6 afternoon. Thank God it wasn't surgery.
7    Q. Did you feel better after they removed
8 your gallbladder?
9    A. Yeah.
10    Q. Have you had any other trips to the
11 emergency room since February of 2014?
12    A. I would have gone when I had that fluid
13 around my heart. In fact, I went to the -- to
14 Duplantis first, my family doctor, and then he sent
15 me to the emergency room. And when they found out
16 all the fluid I had around my heart, they sent me to
17 Terrebonne General, because that's where my doctors
18 were and -- you know, the ones that had done the
19 Lariat and the other stuff on me.
20    Q. Who -- did they end up removing the fluid
21 from around your heart?
22    A. Yes.
23    Q. And was that a surgery?
24    A. Well, what they did, they went in with a
25 little tube and made a little cut, it wasn't much,

Page 174

1 and they went into that sac around the heart and
2 they removed as much fluid as they could, and then
3 they left the tube in with a little pump with a
4 drain to get it all out. And altogether they got
5 two liters out from around my heart, so -- they said
6 I had a lot of fluid.
7     Q. Did you feel better after that surgery?
8     A. Oh, night and day.
9     Q. Do you know if they put you on any
10 anticoagulants when you were having that surgery?
11     A. No.
12     Q. Did they or you don't know?
13     A. No, they didn't.
14     Q. They didn't.
15     A. And that was another cardiologist that did
16 that. I think his name was Dr. Anil or something
17 like that.
18     Q. Anil?
19     A. Anil or -- it wasn't Fail that did that.
20     Q. And why did you go to Dr. Anil as opposed
21 to Dr. Fail?
22     A. He was the staff doctor on -- in the
23 hospital at the time I went into the ER. And I
24 guess they took me right away and he was there to do
25 it, you know.

Page 175

1     Q. So what doctors are you seeing currently?
2 You mentioned you write all the trips up on --
3     A. Dr. Fail is my cardiologist that I see all
4 the time now, for everything, and my family doctor
5 is Dr. Duplantis.
6     Q. Are you seeing any other doctors on a
7 regular basis?
8     A. No.
9     Q. And Dr. Fail, where is he at?
10     A. He's at the Cardiovascular Institute of
11 the South in Houma.
12     Q. And Dr. Duplantis is at Ochsner?
13     A. He's at Ochsner St. Anne Clinic in
14 Raceland.
15     Q. When was the last time a doctor talked to
16 you about your risks of blood clots?
17     A. I don't remember.
18     Q. Did Dr. Fail -- has Dr. Fail talked to you
19 about the risks of blood clots?
20     A. Not really. It might have been Timothy
21 before he sent me to Fail. We might have talked
22 about it, but -- well, I don't remember, but it
23 could have been Fail also when he explained to me
24 the Lariat procedure, how it worked and everything.
25 He could have mentioned, you know, to prevent blood

Page 176

1 clots.
2     Q. Did he talk to you about -- in addition to
3 why you needed the Lariat procedure, did he talk to
4 you about the fact that you had hypertension and
5 diabetes put you at an elevated risk of blood clots
6 and stroke?
7     A. No.
8     Q. You mentioned you recently had a
9 cardioversion?
10     A. (Nods head.)
11     Q. When did you have that?
12     A. That was on the 10th of this month, I
13 believe. I think it was the 10th.
14     Q. And who did that?
15     A. Dr. Fail.
16     Q. And did Dr. Fail explain to you the risks
17 and benefits of having a cardioversion?
18     A. Yes.
19     Q. What did he say?
20     A. That he was going to try to get my heart
21 back into the regular normal rhythm so that it
22 didn't have to work as hard or to pump as hard or
23 whatever, you know, because it had gotten -- it had
24 gotten weakened, I guess, by having the congestive
25 heart failure and the AFib. So he -- I had never

Page 177

1 been -- had that done before, so he wanted to know
2 if I wanted to try to have that done, so I agreed,
3 so...
4     Q. And that's the benefit of the procedure.
5 Did he talk to you about the risks of the procedure?
6     A. No. He did say that it wasn't guaranteed,
7 you know, that it would work.
8     Q. Did he tell you -- did it work?
9     A. Yeah, it worked.
10     Q. Do you know if it worked?
11     A. Oh, yeah, it worked.
12     Q. But are you still taking the amiodarone?
13     A. Oh, yes.
14     Q. But your heart rhythm is better now?
15     A. It's back in rhythm, yeah.
16     Q. Are there particular things that you can't
17 do today that you could do before you had your
18 bleeding event?
19     A. Yes. I don't have -- well, the main thing
20 that I don't do anymore is I don't walk and I don't
21 exercise and I don't do yard work like I used to. I
22 used to be in the yard all the time in the hot sun,
23 cutting grass and flower work, and I'm very limited
24 on that. And then on my job, I don't work on the
25 weekends anymore.

Page 178

1    Q.  But you mentioned you're still cooking
2  around the house?  You're still mopping the floor?
3    A.  I cook occasionally and I help mopping the
4  floor, cleaning the house, yeah.
5    Q.  You can still drive?
6    A.  That's inside where it's cool.
7    Q.  Yeah, I understand.  I don't like doing
8  yard work in the hot -- in the heat either.
9    A.  It's the heat that gets me.
10   Q.  Yeah.  And you -- you continue -- you
11 continue to have diabetes today?
12   A.  Yes.
13   Q.  And you continue to have high blood
14 pressure today?
15   A.  Yes.
16   Q.  And you continue to have heart issues?
17   A.  Yes.  Supposedly, they're all controlled
18 now, but -- I guess with the medication I'm on.
19   Q.  And you mentioned you've got a trip
20 planned to go see one of your sons, hopefully next
21 month?
22   A.  Go see two of them.  I have two of them
23 that live up there in Memphis.
24   Q.  Okay.  Will you drive up?
25   A.  We're going to try.  If we go, I'm going

Page 179

1  to drive, and I'm going to have to see if I can do
2  it before -- you know, we told them there's a chance
3  that we might not be able to go, but we're going to
4  try.  It's a six-hour drive, and I'd probably have
5  to stop four or five times along the way.
6    Q.  Are you claiming any medical expenses as a
7  result of your GI bleed?
8    A.  I'd have to get together with the lawyers,
9  but I think we are.
10   Q.  You just have to answer for yourself.
11      MR. SMITH:  I can't answer for you.
12   A.  I think we're claiming pain and suffering
13 and medical expenses.
14 BY MS. DU PONT:
15   Q.  Do you know how much?
16   A.  No.
17   Q.  Claiming any psychological injury as a
18 result of your event?
19   A.  No.
20   Q.  Is your relationship with your wife as
21 strong as it's ever been today?
22   A.  Yes.
23   Q.  Ever had to have any type of marriage
24 counseling?
25   A.  No.

Page 180

1    Q.  Ever been separated for any period of
2  time?
3    A.  No.
4    Q.  Ever lived apart?
5    A.  No.
6    Q.  Ever -- either of you ever have an affair?
7    A.  No.
8    Q.  Okay.  Any --
9    A.  Arguments, yes.
10   Q.  That comes with 52 years, doesn't it?
11   A.  Right.
12   Q.  Has there been any change in the
13 activities you and your spouse have done for fun
14 since you were diagnosed with your bleeding event?
15   A.  That we've done?
16   Q.  Together.
17   A.  After this, you mean?
18   Q.  Yeah, after the bleeding event.
19   A.  For the first time since then, we went
20 to -- for Mother's Day, I took her to Beau Rivage in
21 Biloxi, and we went and spent a weekend there.  That
22 was our big outing.
23   Q.  When was that?
24   A.  For Mother's Day.
25   Q.  Oh, nice.  Okay.  So you're still taking

Page 181

1  vacations?
2    A.  When I can, yeah.  Now, I don't consider
3  that a vacation.  That was just a little weekend
4  trip.  But as far as a vacation, four- or five-day
5  vacation or a week's vacation, no, I haven't done
6  that in a couple of years.
7    Q.  When was the last long vacation you took?
8    A.  It would have probably been two
9  Christmases ago when we went to Memphis for
10 Christmas holidays.  I think it's -- it would be
11 about -- yeah, it's going on about three years since
12 we went for that.
13   Q.  Are you claiming that there's been a
14 negative impact on your sex life as a result of your
15 bleeding event?
16   A.  No.
17   Q.  Has any doctor ever told you that Xarelto
18 caused you any injury?
19   A.  Not that I recall.
20   Q.  When did you first decide that you were
21 going to hire an attorney?
22   A.  I'm not sure about the date, when it was.
23 Maybe a year after I had the problems.  I'm not
24 sure.
25   Q.  What prompted you to call an attorney?

Protected - Subject to Further Protective Review

Page 182

1    A.  I just had seen an ad on TV that they put
2  out, that if I had had any bleeding from the use of
3  Xarelto to -- one call.
4    Q.  Who was the first attorney that you spoke
5  to when you called?
6    A.  Mekel.  Well, I don't remember if I spoke
7  to her or your assistant or whoever first, but she
8  was the one that took the case.
9    Q.  Do you remember when that was?
10   A.  I don't know the date right offhand, but
11 probably back in the latter part of the year, I
12 guess, 2014.
13   Q.  2015 or 2014?
14   A.  2014, probably.
15   Q.  Ever hire an attorney before?
16   A.  No.
17   Q.  Why did you decide to bring your lawsuit?
18   A.  For all my pain and suffering and for my
19 medical expenses.  And my family, too.  I mean, it's
20 not just me.
21   Q.  Did insurance cover your medical expenses?
22   A.  They paid for my hospital visits, and I
23 have, like, copays each time, and I have so much I
24 have to pay for different tests and all that they
25 do, but I was covered.

Page 183

1    Q.  Do you think that Bayer and Janssen did
2  something wrong here?
3    A.  Well, I don't know if there was adequate
4  warnings about taking Xarelto.
5    Q.  What do you think they should have done
6  differently, Janssen and Bayer?
7    A.  Well, they could have maybe informed me
8  about other medications like Coumadin not being as
9  dangerous, even though you had to have monitoring
10 and stuff like that, you know, to where they can
11 keep track of how your blood is doing.
12   Q.  And your doctor didn't talk to you about
13 Coumadin, did he?
14   A.  No.
15   Q.  And none of your medical professionals
16 have talked to you about Coumadin?
17   A.  No.
18   Q.  You listed on your fact sheet a couple of
19 coworkers that could be fact witnesses.  Do you
20 remember that?
21   A.  The ones that were working at the time
22 when I got that weak spell on Saturday, yeah.
23   Q.  Who --
24   A.  There was one -- one of them worked for
25 Weiser, and the other one worked for the shipyard

Page 184

1  that I -- that we were working at.
2    Q.  What are their names?
3    A.  Ed Powell is the other guard that was
4  working with me that day, and the safety man with
5  Bolinger's name is Cornell Jalba.
6    Q.  And why do you think that they should be
7  fact witnesses?
8    A.  I guess because they saw the condition I
9  was in, and the safety man recommended that I go
10 home.
11   Q.  Who is the safety man?
12   A.  Cornell Jalba.
13   Q.  So you were sent home from your job?
14   A.  No, I wasn't sent home.
15   Q.  Okay.
16   A.  He didn't say I had to go home.
17   Q.  He recommended?
18   A.  He recommended that I go home, and I went
19 home on my own.
20   Q.  So you followed his recommendation?
21   A.  Well, I had already decided I was going.
22   Q.  Understood.  And that was on a Saturday?
23   A.  Yes.
24   Q.  And then you went to the emergency room
25 the following Monday?

Page 185

1    A.  The Monday.
2    Q.  Did either Ed Powell or Cornell Jalba, did
3  they recommend that you go to the hospital?
4    A.  No.
5    Q.  Any other fact witnesses that could talk
6  to us about your condition and your event?
7    A.  I guess my wife.
8    Q.  Any of your children around at this time?
9    A.  No.  None of them were there.
10   Q.  How about your grandchildren?
11   A.  No.
12   Q.  Which one of your sons lives in town?
13   A.  I have one that lives in Houma, David, my
14 middle son.
15   Q.  Was he -- did he come to the hospital when
16 you had the bleeding event?
17   A.  Yes.  He's the one that brought my wife to
18 Kenner.  She can't drive, so he hopped in the car
19 and followed the ambulance till he got lost, then he
20 finally made it.
21   Q.  Did he have any -- does he have any
22 knowledge about what happened, then, if he was
23 there?
24   A.  Yeah.  He knew that I was bleeding
25 internally and that they had to give me blood.

Page 186

1    Q.  So other than Ed, Cornell, your son and
2  your wife, any other key family members or people
3  that would be witnesses to this event?
4    A.  My other two sons came down from Memphis
5  the next day, the following day, and they stayed
6  down until I was discharged.
7    Q.  Anyone else with knowledge of your claims?
8    A.  Not that I recall at that time.  Later on,
9  naturally, I told my -- rest of my family, my
10  sisters and all, you know.
11    Q.  You mentioned your sister a couple of
12  times.  Does she live in town?
13    A.  No.
14    Q.  Where does she live?
15    A.  My youngest sister lives in Thibodaux.  My
16  oldest sister lives in Cut Off, and then my middle
17  sister lives in town.
18    Q.  And I think it's your younger sister that
19  had atrial fibrillation?
20    A.  Yes, my youngest one in Thibodaux; yeah.
21    Q.  Do your other sisters have atrial
22  fibrillation?
23    A.  No.
24    Q.  Do they have any health issues?
25    A.  Not that I know of.  The only thing, my

Page 187

1  middle sister gets real bad migraine headaches and
2  what they call icepick headaches.  But other than
3  that, as far as for like diabetes and stuff like
4  that, I do not think they have and I don't recall.
5    Q.  What's your younger sister's name?
6    A.  Elsie.
7    Q.  What's her last name?
8    A.  David.
9    Q.  Does she have any children?
10    A.  Yeah, she's got two children.
11    Q.  Is she married?
12    A.  Her husband died.
13    Q.  How about your middle sister; what's her
14  name?
15    A.  Edna.
16    Q.  What's her last name?
17    A.  Stevens.
18    Q.  Is she married?
19    A.  Yes.
20    Q.  Any children?
21    A.  Oh, yeah.  Edna has got five or six
22  children.  I lose track.
23    Q.  Wow.
24    A.  She's got some.
25    Q.  And how about your oldest sister?

Page 188

1    A.  Dorothy.  She's a Parr, P-A-R-R.  She's
2  got five kids.
3    Q.  Do you guys ever have big family picnics?
4    A.  We used to.  Seem like once the parents
5  are gone, though, we don't get together too much
6  anymore.
7    Q.  When was the last time you saw your
8  youngest sister?
9    A.  It's been a while now.  I've spoken to her
10  on the phone, but I haven't seen her in probably six
11  months or so, I guess.
12    Q.  How about your middle sister?
13    A.  Her -- I see her occasionally.  I speak --
14  I spoke to her on the phone the other day about a
15  week ago.  Same thing with my oldest sister.  I
16  spoke to her on the phone.  We don't visit that
17  much.  The way I work sometimes I can't -- you know,
18  I can't visit like I'd like to, but I try to, you
19  know, talk to them on the phone regular and see how
20  things are going.
21    Q.  How often do you see your sons?
22    A.  Whenever I can.  The two in Memphis,
23  they'll come down sometime like for Mother's Day, or
24  they were both down for Thanksgiving, and they came
25  down when I was in the hospital for that.  Now, my

Page 189

1  middle son, I see him almost every week.  He's
2  always coming around, see what's going on and
3  checking up on us.
4    Q.  Do you guys have meals together and stuff?
5    A.  Yeah.  Oh, yeah.
6    Q.  When -- you said your other sons come down
7  for Mother's Day and holidays like that.  What do
8  you guys tend to do?
9    A.  We don't go anywhere.  We usually stay
10  around the house, and they do all the cooking when
11  they come.  They like to have big meals and all, you
12  know, and they're both very good cooks.  And
13  sometimes they'll contact some of their friends and
14  go see them at night, you know, friends that they
15  were raised with in town that they haven't seen in a
16  few years, you know.  But we don't -- we don't get
17  up and -- every now and then, like for my wife's
18  birthday, I think, my oldest son came down and he
19  took us out to eat.  But that's the most we'll do,
20  is maybe go out and eat somewhere when they come.
21    Q.  Have you discussed your lawsuit with your
22  sons?
23    A.  No.  Just my oldest son knows that I did
24  contact the law firm, but he doesn't know anything
25  about the suit or anything.

Page 190

1 Q. Have you discussed your lawsuit with your
2 wife?
3 A. Oh, yes.
4 Q. Have you -- other than the physicians that
5 we've talked about today that have treated you for
6 various medical conditions, have you been examined
7 by any doctor that your attorneys have recommended
8 to you?
9 A. No.
10 Q. How did you first hear about Xarelto?
11 A. When they told me in the hospital that I
12 would be on it.
13 Q. And what to you was the most important
14 reason you were going to take Xarelto?
15 A. For the blood, to thin my blood for -- to
16 prevent --
17 Q. Blood clots?
18 A. -- maybe having a stroke or blood clot.
19 Q. And who explained to you that -- in the
20 hospital that you -- the reason why you were going
21 to take the blood thinner was to prevent a stroke or
22 blood clot?
23      MR. SMITH: Object to form.
24 A. It was Veronica Theriot, the nurse, when
25 she spoke to me about it.

Page 191

1 BY MS. DU PONT:
2 Q. And what did she say?
3 A. I don't remember exactly what she said,
4 but I do recall her telling me that, you know, any
5 kind of little cut or nick or something, that I
6 would have a hard time to stop the bleeding, and
7 that I didn't have to do any kind of dieting of
8 special foods with this medication, and that I
9 didn't have to come in and be monitored regular.
10 Q. And did she go over that when she went
11 over that checklist with you that we talked about
12 earlier?
13      MR. SMITH: Object to form.
14 A. I don't remember when it was.
15 BY MS. DU PONT:
16 Q. Did she talk about any other benefits of
17 Xarelto?
18 A. No.
19 Q. Did you ever read or see anything that
20 prompted you to take Xarelto?
21 A. No.
22 Q. Did you ever read or see anything that
23 played into your decision to continue to take
24 Xarelto?
25 A. No. I was taking it because the doctor

Page 192

1 recommended that I take it.
2 Q. Before you started taking Xarelto, had you
3 ever seen any advertisements for Xarelto?
4 A. I don't recall.
5 Q. While you were taking Xarelto, did you see
6 any advertisements for Xarelto?
7 A. I don't recall seeing any.
8 Q. Did you see any ads for any other
9 anticoagulants?
10 A. To tell you the truth, I don't recall ever
11 seeing any --
12 Q. Okay. That's fine.
13 A. -- until after I had had a problem.
14 Q. That's when you remember seeing the ads?
15 A. I still see them now, yeah. I see ads.
16 Q. But you don't have any recollection of
17 seeing any ads while you were taking the medication?
18 A. No.
19 Q. Have you ever communicated directly with
20 Bayer or Janssen, other than today because you're
21 talking to me?
22 A. No.
23 Q. Ever contacted the FDA regarding Xarelto?
24 A. No.
25 Q. Ever contacted any government organization

Page 193

1 about Xarelto?
2 A. No.
3      MS. DU PONT: I'm just going to take a
4      break. I might have a couple more
5      questions, but I don't think I have too
6      much more.
7      MR. SMITH: Okay.
8      MS. DU PONT: Okay?
9      THE WITNESS: Okay.
10      THE VIDEOGRAPHER: Going off the
11      record. The time is 4:01 p.m.
12 (Recess.)
13      THE VIDEOGRAPHER: Back on the record.
14      The time is 4:19 p.m.
15 BY MS. DU PONT:
16 Q. Good afternoon again.
17 A. Good afternoon.
18 Q. I just want to talk to you a little bit
19 about your picture that you brought with you today.
20 A. Uh-huh.
21 Q. I think it's Exhibit #8. I'm just going
22 to mess up the pile that the court reporter just put
23 together.
24      MR. MCCAULEY: I'll give you another
25      copy.

Page 194

1     MS. DU PONT: Yeah.
2 BY MS. DU PONT:
3     Q. There you go. Can you tell me when this
4 picture was taken?
5     A. For my anniversary.
6     Q. For your anniversary?
7     A. Yeah.
8     Q. Does that say "Happy Birthday" or "Happy
9 Anniversary"?
10     A. "Happy Anniversary."
11     Q. When was your anniversary?
12     A. On September the 5th --
13     Q. September the 5th.
14     A. -- of 2014. It was 50 years.
15     Q. September 5th, 2014?
16     A. Uh-huh.
17     Q. And who is in the background over here on
18 the left?
19     A. That's probably some of the family members
20 that were back there, but I just wanted to have a
21 picture of me and my wife in here.
22     Q. Why did you pick this picture out of other
23 pictures that you have at home?
24     A. That's one of the very few that I have.
25 Like I said, I'm not in very many pictures, and this

Page 195

1 happened to be one that somebody else snapped of us.
2     Q. Who else was at the party that day?
3     A. My sisters and my -- on my wife's side,
4 she only has two cousins, and they were there, and
5 my kids. Can't forget the kids.
6     Q. And was this your 50th anniversary?
7     A. Yeah.
8     Q. Now, did you have a -- was it in the
9 evening that you had the party?
10     A. Yes.
11     Q. Did you cook?
12     A. No.
13     Q. Did you have it catered?
14     A. The kids cooked.
15     Q. Oh, the kids cooked. Okay.
16     A. The kids cooked. Oh, yeah.
17     Q. What did they cook?
18     A. Well, let's see if I can remember. One of
19 them made a big jambalaya. The other one made --
20 had some ribs, and one of them made -- barbecued
21 some sausage and meat on the grill, and they had
22 some different casseroles and stuff like that. It
23 was good.
24     Q. Sounds like it was a nice event.
25     A. Very good.

Page 196

1     Q. You mentioned earlier that, you know,
2 things have slowed down more recently, you can't do
3 as many things as you used to be able to. Do you
4 think some of that is due to your heart problems?
5     A. Yes.
6     Q. And those heart problems started in
7 January of 2014?
8     A. Yes.
9     Q. And, you know, do you think some of it is
10 related to your -- the fact that you're just getting
11 older?
12     A. Yes.
13     Q. And the fact that you have diabetes and
14 high blood pressure?
15     A. No. I don't think --
16     Q. It's not related to that?
17     A. That never had any effect on me.
18     Q. It's primarily the heart problems?
19         MR. SMITH: Object to form.
20     A. And the age.
21 BY MS. DU PONT:
22     Q. And the age.
23         Was it in January of 2014, when you
24 started having the heart problems, that you stopped
25 being able to exercise as much?

Page 197

1     A. I think it was before that that I slowed
2 down.
3     Q. How long before that?
4     A. I don't remember. Maybe a couple of
5 months.
6     Q. And what specifically caused you to slow
7 down?
8     A. I don't know. I guess it was just getting
9 old and I was tired going back and forth to the gym
10 and -- because it was a few miles from the house. I
11 had to drive every time I went, you know.
12     Q. You mentioned earlier the drug Coumadin.
13 Have you ever asked any doctor whether you should be
14 on Coumadin?
15     A. No.
16     Q. Why not?
17     A. Before I was put on a blood thinner, I
18 didn't know I had to have anything like that, you
19 know, and I really had never heard about it.
20         MS. DU PONT: I don't think I have any
21     further questions at this point.
22         MR. MCCAULEY: I just have a couple.
23     Can I borrow the microphone?
24         MS. DU PONT: Sure. There you go.
25         MR. MCCAULEY: Thank you.

Page 198

EXAMINATION

BY MR. MCCAULEY:

Q. Good afternoon, Mr. Boudreaux.

A. Well, good afternoon.

Q. So I get a chance to ask a couple of questions, and I'm not going to be long. I just -- I wanted to follow up on a couple of things that my colleague here was asking about much earlier today.

I think you said you built a house at some point when you were -- when you were just getting married and starting a family, you had a -- you built a house out in the country somewhere?

A. Back in '75; 1975, I built a house.

Q. And when somebody says "I built a house," I always wonder whether they built the house --

A. Oh, no.

Q. -- or they had it built?

A. I had it built.

Q. Okay. All right. Well, I mean, it's not out of the realm of possibilities.

Anyway, that house, after you moved out of it and back into your parents' house, did you hang on to that property?

A. No, I sold it.

Q. Oh, you sold that?

Page 199

A. Uh-huh.

Q. So the residence you're in today is your sole residence, is that right, the one you're living in now?

A. That's the house I was raised in and that my mom and dad had built.

Q. Correct. But what I'm asking is: Do you have any other houses or residences --

A. No.

Q. -- vacation homes, anything like that you go to?

A. No.

Q. Okay. You say you play games on a computer?

A. (Nods head.)

Q. And what kind of games do you play?

A. They got different card games and slot machine games, mostly stuff like that.

Q. Do you play them by yourself, or do you have --

A. By myself.

Q. All right. Do you have a best friend that you hang with or like a best couple of buddies that you get together with from time to time?

A. My wife is my best friend, I guess you

Page 200

might say, because we're always together.

Q. All right. But is there -- do you have a male friend you hang with or get together with?

A. Well, I have friends that occasionally, like I mentioned, we go out to supper, something like that.

Q. Yeah.

A. But as far as for having a buddy buddy that I'm with every day, no.

Q. Okay.

A. And I have hundreds of friends where I work.

Q. Where you work?

A. Yes.

Q. In your -- in your circle of friends and acquaintances and loved ones, do you know anyone who is taking Xarelto or any other blood thinners?

A. No.

Q. So you've never discussed taking blood thinners or other -- or Xarelto specifically with any of your friends?

A. No.

Q. Okay. When you recovered from the episode you had that put you in the hospital and came off Xarelto, when you got back to work, did you tell

Page 201

anybody this happened because of Xarelto?

A. No, not specifically.

Q. Okay. Well, did you say it more generally or --

A. When they asked me what had happened, I told them that I had internal bleeding and that I had to be given blood transfusions, but I never came out and said exactly Xarelto, you know. I didn't mention that.

Q. When you -- when you had this episode of bleeding with Xarelto and then came out of the hospital, I think you said, sometime after that, maybe later that same year, that you decided to get a lawyer, right?

A. Yes.

Q. Because you saw the ad on TV?

A. Yes.

Q. Was that the first time you put two and two together and thought that Xarelto caused your bleeding? Was it because you saw a lawyer ad that you thought that, or had you thought that Xarelto had caused bleeding?

A. Originally, from the very start, I assumed it was Xarelto that was causing the problem because I had never taken any before.

Page 202

1    Q. You had never taken any before and you
2  recalled, I presume, those warnings you had read;
3  you put that two -- those two things together in
4  your mind, the warnings you had read on those
5  information sheets you got and the fact that you had
6  a bleed, you said, it happened to me, right?
7         MR. SMITH: Object to form.
8    A. Yeah.
9  BY MR. MCCAULEY:
10   Q. Is that what happened?
11   A. I would say that I -- that I blamed it all
12 on Xarelto, not realizing the warnings or anything.
13 I just figured that that was it.
14   Q. But did you recall when you had the bleed,
15 you know, I read about this in those warnings?
16   A. No, not really.
17        MR. SMITH: Object to form.
18 BY MR. MCCAULEY:
19   Q. Okay. When -- when you talked about your
20 wife not being able to drive, is that because of her
21 diabetic condition?
22   A. It's because of more than one thing. She
23 has diabetes, which caused that neuropathy in her
24 feet, and a lot of times she's either having pain or
25 she can't feel pain sometimes; plus she's got

Page 203

1  macular degeneration, which causes her to have
2  blurred vision, and I don't know what else. But
3  she -- you know, she just decided she didn't want to
4  drive anymore under those conditions.
5    Q. Okay. And is it your understanding that
6  the macular degeneration is a consequence of
7  diabetes or not?
8    A. That's my understanding.
9    Q. Okay.
10        MR. MCCAULEY: All right. I don't
11     have any more questions for you,
12     Mr. Boudreaux. Thank you.
13        THE WITNESS: That was short and
14     quick.
15        MR. MCCAULEY: Short and quick.
16             EXAMINATION
17 BY MR. SMITH:
18   Q. I've got a few. I'd like to clarify a few
19 things.
20   A. Okay.
21   Q. If you will, give me your stack of
22 documents right there. Defense counsel asked you --
23 they're not in order. It was about a document that
24 she labeled Exhibit #10, which is titled the Oral
25 Anticoagulation Therapy Education Checklist. Do you

Page 204

1  recall answering questions about this earlier today?
2    A. Yes.
3    Q. Prior to today, do you have any
4  recollection of ever seeing that document?
5    A. No.
6    Q. Do you have any recollection of Nurse
7  Theriot reading these items to you?
8    A. No.
9    Q. Do you have any recollection of signing
10 this document?
11   A. No.
12   Q. Do you know if this was one of the
13 documents that you would have signed as being -- as
14 you were being discharged from the hospital?
15        MR. MCCAULEY: I object.
16        MS. DU PONT: Objection.
17 BY MR. SMITH:
18   Q. If you know.
19   A. I don't know.
20   Q. Defense counsel also asked you about some
21 records from the Cardiovascular Institute; do you
22 recall that?
23   A. Yes.
24   Q. And she specifically pointed your
25 attention to what is listed as current medications

Page 205

1  in those doctor's visits; do you recall that?
2    A. Yes.
3    Q. I'm going to point you to the current
4  medications listed in Exhibit #18. Okay?
5    A. Okay.
6        MS. DU PONT: What's the date on that
7     document?
8        MR. SMITH: That might actually be the
9     wrong one.
10        MR. MCCAULEY: Give me one second.
11        MR. SMITH: Sure. Sure. Sure.
12 BY MR. SMITH:
13   Q. If you'll look at Exhibit #19 -- I'm
14 sorry -- which is January 13th, 2014, and do you
15 recall answering some questions about what is
16 identified as current medications?
17   A. Yes.
18   Q. And two of the drugs that she has asked
19 you about are Vicodin and Indocin; do you recall
20 that?
21   A. Yes.
22   Q. And as I recall from your testimony, those
23 were drugs that you were taking on an as-needed
24 basis; is that right?
25   A. Yes.

Page 206

1   Q.   And if we look here in the current
2   medications, it actually says that you would be
3   taking those as needed; do you see that?
4   A.   Yes.
5   Q.   And with Vicodin, it says, as needed --
6   A.   Yes.
7   Q.   -- for pain?
8       Is that consistent with your recollection
9   of how you would take those medicines?
10  A.   Yes.
11  Q.   What were the reasons why you were
12  prescribed those medicines?
13  A.   For gout and for the pain of -- for the
14  gout pain, and also the Indocin was to help clear up
15  the -- I guess the uric acid, whatever it was, to
16  cure the gout.
17  Q.   Okay.  And is it your recollection that
18  you would have only been taking those medicines
19  during a period when you were suffering from gout?
20  A.   Yes.
21  Q.   Were you suffering from gout at any time
22  during your use of Xarelto?
23  A.   No.
24  Q.   There were a series of questions about the
25  number of sample bottles that you were provided by

Page 207

1   Dr. -- by Nurse Theriot; do you recall that?
2   A.   Yes.
3   Q.   And I believe your testimony was you don't
4   have a specific recollection of the number of sample
5   bottles you were provided; is that right?
6       MS. DU PONT:  Objection.
7   A.   Yes.
8   BY MR. SMITH:
9   Q.   From the point in time that you were put
10  on Xarelto to the point in time when you went to the
11  ER with the bleed, did you take Xarelto as it had
12  been prescribed?
13  A.   Yes.
14  Q.   Did you take it daily?
15  A.   Yes.
16  Q.   And did you ever miss a dose of taking it?
17  A.   No.
18  Q.   You were asked a little bit about your
19  hypertension and your diabetes.  You take medicines
20  for those?
21  A.   I take medicines for each one and control
22  it with just my medication.
23  Q.   So it's your understanding that those --
24  both of those conditions are controlled?
25  A.   Yes.

Page 208

1   Q.   And do you monitor at all for, you know,
2   whether those conditions are controlled?
3   A.   Yes.
4   Q.   And when you're monitoring for those,
5   are -- do you find them to be controlled?
6   A.   Yes.
7   Q.   You just testified about you're slowing
8   down.  And I believe your testimony was that you
9   think, at least in part, that was the result of your
10  heart problems.
11  A.   Yes.
12  Q.   Do you think your GI bleed had any --
13  played any role in that?
14      MR. MCCAULEY:  I object.
15  A.   I don't know.
16  BY MR. SMITH:
17  Q.   Don't know?
18  A.   (Shakes head.)
19  Q.   Do you know at all why you've slowed down?
20      MR. MCCAULEY:  Asked and answered.  I
21  object.
22  A.   I just -- before I even had any of these
23  problems, I had started to slow down, and I assume
24  it's partly because of my age and the heart problems
25  that I had, you know.

Page 209

1   BY MR. SMITH:
2   Q.   Okay.  And all of these problems that you
3   associate with slowing down kind of all happened at
4   once; is that right?
5       MS. DU PONT:  Objection.
6   A.   Yes.
7   BY MR. SMITH:
8   Q.   Okay.  I believe you were asked earlier
9   about whether you have any hobbies or memberships in
10  organizations.  I don't know if that's exactly
11  right, but I believe you were asked about your
12  memberships in organizations.  Do you have any
13  recollection of that?
14  A.   Yes.
15  Q.   Do you -- and I believe you indicated that
16  you were not a member of any type of organization.
17  A.   That's correct.
18  Q.   You're active in your church; is that
19  right?
20  A.   I just -- I attend mass regular.
21  Q.   Okay.  Where do you attend mass?
22  A.   At St. Hilary in Mathews.
23  Q.   And how long have you attended mass there?
24  A.   Oh, Lord.  Probably 20 years or more.
25  Q.   Okay.  We talked a little bit about

Protected - Subject to Further Protective Review

Page 210

1 your -- what happened to you medically when you
2 started suffering from the GI bleed. Do you recall
3 those questions?
4    A.  Yes.
5    Q.  Kind of mentally, what happened to you
6 when you were -- you know, began suffering the
7 conditions of the GI bleed and had to go to the
8 hospital? Can you tell us about that?
9        MS. DU PONT: Objection.
10   A.  I was very scared, you know. I didn't
11 know what was going on, and when I found out how bad
12 it was, that I was critical, that I could actually
13 die from it, it really scared me bigtime.
14 BY MR. SMITH:
15   Q.  Do you know how your wife reacted to it?
16   A.  My wife really reacted to --
17       MR. MCCAULEY: I object.
18   A.  She -- she was scared, and she wanted to
19 be with me all the time, and she came to the
20 hospital, and she was prepared to sleep in the -- on
21 the chair or whatever she had to to be there. And
22 they finally let her -- they let her in the ICU, and
23 she was dragging a big bag full of stuff that she
24 brought to hopefully last her while she was there,
25 and they were nice enough to get her a recliner so

Page 211

1 she could stay right next to my bed right there all
2 the time with me. So -- but when she was told how
3 critical it was, I mean, she -- she was really
4 scared. And the boys, too, you know. When they
5 found out, they came down right away, not knowing
6 really what it was.
7        MR. SMITH: Okay. No more questions.
8        MR. MCCAULEY: Do you have a follow-up
9     from that?
10       MS. DU PONT: Yeah, I do.
11       MR. MCCAULEY: Take the mic.
12       MR. SMITH: Do you need any of this?
13     I can put it back together.
14       MS. DU PONT: Yeah. I'm just going
15     to -- if you could take a look -- can I
16     just have Exhibit #10 for a second here?
17       MR. SMITH: Yeah.
18        FURTHER EXAMINATION
19 BY MS. DU PONT:
20   Q.  You were just asked some questions about
21 Exhibit #10, which is the Oral Anticoagulation
22 Therapy Education Checklist.
23   A.  Uh-huh, yes.
24   Q.  And I just want to confirm again, that is
25 your signature on this checklist?

Page 212

1    A.  That is my signature.
2    Q.  You just testified that you were in
3 critical condition when you had your bleeding event.
4 Did any doctor explain to you that you were in
5 critical condition?
6    A.  Not to me, but to my wife.
7    Q.  But no doctor had that conversation with
8 you?
9    A.  Not with me.
10       MS. DU PONT: I don't have any further
11     questions.
12       MR. MCCAULEY: I just have just a
13     couple of follow-up.
14        FURTHER EXAMINATION
15 BY MR. MCCAULEY:
16   Q.  That blood pressure cuff you have at home,
17 when did the doctor -- did a doctor recommend you
18 get one of those?
19   A.  I don't recall.
20   Q.  Do you know how it came to pass that you
21 got a blood pressure cuff?
22   A.  When I -- when I found out I had high
23 blood pressure and I was on medication, I wanted to
24 check it regular.
25   Q.  All right.

Page 213

1    A.  So I bought me a monitor.
2    Q.  Okay. So on your own, you went out and
3 got something that you could keep track of your
4 blood pressure?
5    A.  Yes.
6    Q.  And that would be -- I can't remember when
7 you were diagnosed with hypertension. Was that some
8 years ago?
9    A.  Several years ago.
10   Q.  Yeah. When you went in the hospital for
11 the episode you had after you were on Xarelto, I
12 think you said your wife came in and basically was
13 with you around the clock; is that right?
14   A.  Yes.
15   Q.  By your side almost every minute you were
16 in the hospital?
17   A.  Yes.
18   Q.  There for the doctor meetings when the
19 doctors came in?
20   A.  (Nods head.)
21   Q.  Is that right?
22   A.  Yes.
23   Q.  In fact, I think I heard you say just now
24 that the doctor would often talk to your wife, if
25 you were, you know, not able to be spoken to or

Page 214

1 whatever --
2   A. Right.
3   Q. -- and tell her what was going on, right?
4   A. Yes.
5     MR. SMITH: Object to form.
6 BY MR. MCCAULEY:
7   Q. And was that also true when you went in
8 the hospital with the heart flutter? Did you go --
9 you went in the hospital with the heart flutter,
10 right?
11   A. With the congestive heart failure?
12   Q. Congestive heart failure and the --
13   A. And the AFib.
14   Q. And the AFib?
15   A. Yes.
16   Q. When I say "AFib," do you understand that
17 means that your heart is fluttering?
18   A. Yeah.
19   Q. It's beating too fast?
20   A. Irregular heartbeat, yeah.
21   Q. Okay. Irregular heartbeat.
22     So when you went in the hospital for that,
23 your wife was also there with you?
24   A. Yes.
25   Q. Around the clock again?

Page 215

1   A. No, not around the clock there, because we
2 lived real close to the hospital where she could go
3 back and forth.
4   Q. Okay. So she was there most of the time?
5   A. Most of the time, yeah.
6   Q. And sat in on visits with the doctor and
7 asked questions along with you of the doctor?
8     MR. SMITH: Object to form.
9   A. If the doctor happened to come in while
10 she was there.
11 BY MR. MCCAULEY:
12   Q. Yeah. Okay. So your wife is somebody
13 that would have some knowledge of your situation
14 that we would need to understand a little better; is
15 that right?
16   A. Does she know everything?
17   Q. Yeah.
18   A. She was there, yeah.
19   Q. Okay. All right.
20     MR. MCCAULEY: No further questions.
21 Thanks.
22     MS. DU PONT: Thank you.
23     MR. SMITH: Thank you, Mr. Boudreaux.
24     THE VIDEOGRAPHER: This concludes the
25 deposition on DVD No. 4 of Joseph

Page 216

1 Boudreaux. Going off the record at 4:43
2 p.m.
3     (DEPOSITION CONCLUDED.)

Page 217

1   R E P O R T E R ' S  C E R T I F I C A T E
2     This transcript is valid only for a
3 transcript accompanied by my original signature
4 and original required seal on this page.
5     I, Leslie B. Doyle, Certified Court
6 Reporter (LA Certificate #93096), in and for the
7 State of Louisiana, as the officer before whom
8 this testimony was taken, do hereby certify that
9 JOSEPH J. BOUDREAUX, JR., after having been duly
10 sworn by me upon authority of R.S. 37:2554, did
11 testify as herein before set forth in the
12 foregoing 216 pages; that this testimony was
13 reported by me in the stenotype reporting method,
14 was prepared and transcribed by me or under my
15 personal direction and supervision, and is a true
16 and correct transcript to the best of my ability
17 and understanding; that the transcript has been
18 prepared in compliance with transcript format
19 guidelines required by statute or by rules of the
20 board, that I have acted in compliance with the
21 prohibition on contractual relationships, as
22 defined by Louisiana Code of Civil Procedure
23 Article 1434 and in rules and advisory opinions of
24 the board.
25     I further certify that I am not related

Page 218

1  to counsel or to the parties herein, nor am I
2  otherwise interested in the outcome of this
3  matter.
4         Signed this ___ day of _____, 2016.
5
6
7         _____
8         LESLIE B. DOYLE, RPR, RMR, RDR
          Certified Court Reporter
9         LA Certificate #93096
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 220

1              - - - - - -
2                 ERRATA
3              - - - - - -
4  PAGE  LINE  CHANGE/REASON
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25 ____  ____  _____

Page 219

1        ACKNOWLEDGMENT OF DEPONENT
2
3        I,_____, do hereby
4  certify that I have read the foregoing pages and
5  that the same is a correct transcription of the
6  answers given by me to the questions therein
7  propounded, except for the corrections or changes in
8  form or substance, if any, noted in the attached
9  Errata Sheet.
10       _____
11       JOSEPH J. BOUDREAUX, JR.      DATE
12
13 Subscribed and sworn to before me this
14 _____ day of _____, 20 _____.
15 My commission expires: _____
16
17 Notary Public
18
19
20
21
22
23
24
25