# EXHIBIT-6

## FILED UNDER SEAL

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

 2

 3

     IN RE:  XARELTO        )   MDL No.:  2592

 4   (RIVAROXABAN) PRODUCTS )   Section:  L

     LIABILITY LITIGATION   )   Judge Eldon E. Fallon

 5                          )   Mag. Judge North

                            )

 6                          )

                            )

 7   JOSEPH J. BOUDREAUX,   )   Case No.:

     JR.                    )   2:14-CV-0270

 8   and LORETTA BOUDREAUX  )

 9

10

11   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14      Videotaped deposition of LORETTA LEDET

15   BOUDREAUX, taken on Tuesday, September 13, 2016,

16   in the office of Morris Bart, L.L.C., 601 Poydras

17   Street, 24th Floor, New Orleans, Louisiana 70130,

18   commencing at 10:08 a.m.

19

20

21

22

23

     Reported by:

24   AURORA M. PERRIEN

     CERTIFIED COURT REPORTER

25   REGISTERED PROFESSIONAL REPORTER
```

Page 2

# I N D E X

Page

Caption............................1

Appearances.........................3

Agreement of Counsel...............5

Witness' Certificate...............343

Reporter's Certificate.............344

# E X A M I N A T I O N

MR. McCAULEY......................8, 333

MS. duPONT........................314

MR. BYRNE.........................323

# E X H I B I T S

Exhibit No. 1.....................63
Notice of Deposition of
Loretta Boudreaux

Exhibit No. 2.....................94

Exhibit No. 3.....................241
Fourth Amended Plaintiff Fact Sheet

Oral Anticoagulation Therapy Education
Checklist, JBoudreaux-CIS-H-000152

Exhibit No. 4.....................265
(Medical record)

---

Page 3

# A P P E A R A N C E S

REPRESENTING JOSEPH J. BOUDREAUX, JR. AND
LORETTA BOUDREAUX:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
BY: DAVID B. BYRNE, ESQ.
218 Commerce Street
Montgomery, Alabama 36104
334.269.2343
David.byrne@beasleyallen.com

MORRIS BART, L.L.C.
BY: RICHARD L. ROOT, ESQ.
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
504.613.4771

REPRESENTING JOSEPH J. BOUDREAUX, JR. AND
LORETTA BOUDREAUX and the PLAINTIFFS' STEERING
COMMITTEE:

BARRIOS, KINGSDORF & CASTEIX, L.L.P.
BY: DAWN M. BARRIOS, ESQ.
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139-3650
504.524.3300
Barrios@bkc-law.com

BARRIOS, KINGSDORF & CASTEIX, L.L.P.
BY: EMMA E. KINGSDORF, ESQ.
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139-3650
504.524.3300
Ekingsdorf@bkc-law.com

---

Page 4

REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
ORTHO, L.L.C.:

VENABLE, L.L.P.
BY: JOHN A. McCAULEY, ESQ.
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
401.244.7655
Jmccauley@venable.com

REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
INC., and BAYER PHARMA AG:

KAYE SCHOLER, L.L.P.
BY: JULIE B. duPONT, ESQ.
250 West 55th Street
New York, New York 10019-9710
212.836.8572
Julie.dupont@kayescholer.com

ALSO PRESENT:

JACK VERWOERDT, VIDEOGRAPHER

---

Page 5

# S T I P U L A T I O N

It is stipulated by and among Counsel that
the videotaped deposition of LORETTA LEDET
BOUDREAUX is being taken under the Federal Rules
of Civil Procedure for all purposes permitted
under the law.

The formalities of reading and signing are
not waived.

The formalities of sealing, certification
and filing are not hereby waived. The party
responsible for services of the discovery material
shall retain the original.

All objections, except those as to the
form of the questions and/or the responsiveness of
the answers, are reserved until the time of the
trial of this cause.

* * * * *

Aurora M. Perrien, Certified Court
Reporter, Registered Professional Reporter, in and
for the State of Louisiana, officiated in
administering the oath to the witness.

---

Page 6

P R O C E E D I N G S

1  
2  THE VIDEOGRAPHER:
3      We're now on the record. My name is
4  Jack Verwoerdt. Today's date is
5  9/13 of '16. The time is 10:08 a.m. This
6  video deposition is being held in
7  New Orleans, Louisiana, in the matter of
8  the Xarelto Products Liability Litigation,
9  Joseph Boudreaux versus Janssen, et al,
10  taken for the U.S. District Court, Eastern
11  District of Louisiana, Section L. The
12  deponent is Loretta Boudreaux.
13      Would counsel please introduce
14  yourselves for the record.
15  MR. BYRNE:
16      David Byrne on behalf of Loretta and
17  Joseph Boudreaux.
18  MS. KINGSDORF:
19      Emma Kingsdorf on behalf of Loretta
20  and David -- and Joseph Boudreaux.
21  MS. BARRIOS:
22      Dawn Barrios on behalf of the same and
23  the PSC.
24  MR. ROOT:
25      Richard Root on behalf of Loretta and

Page 7

1  Joseph Boudreaux.
2  MS. duPONT:
3      Julie duPont on behalf of the
4  defendant -- the Bayer -- the Bayer
5  defendants.
6  MR. McCAULEY:
7      And John McCauley on behalf of the
8  Janssen defendants.
9  THE VIDEOGRAPHER:
10      Okay. The court reporter is
11  Aurora Perrien, will please -- please
12  swear in the witness.
13  COURT REPORTER:
14      Will you please raise your right hand.
15  THE WITNESS:
16      Oh. Yes.
17  COURT REPORTER:
18      Do you solemnly swear that the
19  testimony you are about to give will be
20  the truth --
21  THE VIDEOGRAPHER:
22      Oh, wait. Excuse me. Can we -- can
23  we go off the record? I'm sorry.
24  MS. BARRIOS:
25      Sure.

Page 8

1  (Brief recess was taken.)
2  THE VIDEOGRAPHER:
3      We're back on the record.
4  (The court reporter swore in the witness.)
5  MR. McCAULEY:
6      Do we need to introduce ourselves
7  again, sir?
8  THE VIDEOGRAPHER:
9      Do I make my -- no.
10  MR. McCAULEY:
11      All right.

E X A M I N A T I O N

12  
13  BY MR. McCAULEY:
14      Q. Good morning, Mrs. Boudreaux.
15      A. Good morning.
16      Q. Mrs. Boudreaux, we met just prior to the
17  start of today's deposition. I don't think we've
18  ever met before. Have we, that you recall?
19      A. No.
20      Q. All right. And depositions are kind of a
21  formal thing. I intend to call you
22  Mrs. Boudreaux, unless you prefer another form of
23  address.
24      A. That's fine.
25      Q. Okay. Mrs. Boudreaux, would you give us

Page 9

1  your name -- full name, please.
2      A. Loretta Ledet Boudreaux.
3      Q. All right. And Ledet is L-E-D-E-T?
4      A. Yes.
5      Q. Thank you.
6         And is that your maiden name?
7      A. Yes.
8      Q. All right. Now, what is your date of
9  birth, please, Mrs. Boudreaux?
10      A. August 11th, 1943.
11      Q. I'm trying to do a quick calculation, but
12  I'm not good at arithmetic. Are -- does that put
13  you at about 73 years old?
14      A. Seventy-three.
15      Q. Seventy-three.
16      A. Yes.
17      Q. Okay. Thank you.
18         Now, Mrs. Boudreaux, have you ever had
19  your deposition taken before?
20      A. No.
21      Q. Okay. Well, I -- I'm sure you -- I'm sure
22  you've been given some guidance by your lawyers
23  about what it's all about today. But you
24  understand that -- I just want to make sure.
25         You understand you're here to talk about

Page 10

1 the lawsuit that you and your husband,
2 Mr. Boudreaux, filed against my client, the
3 Janssen parties, and Ms. duPont's clients, the
4 Bayer parties? Do you understand that?
5 A. Yes.
6 Q. Okay. And so we're here to ask you a
7 number of questions to try to understand better
8 the bases for your allegations and -- and facts
9 that we think might be pertinent to our defense.
10 Okay?
11 A. Yes.
12 Q. And I want to make sure that you feel --
13 that you're fully able to give a good and complete
14 deposition today. So let me -- let me ask, if you
15 don't mind, a couple questions about that.
16     Are you on any medications that would
17 impair your ability to think or reason?
18 A. No.
19 Q. Okay. Do any of your medications have any
20 cognitive effects, make you drowsy or sleepy or
21 anything like that?
22 A. No.
23 Q. All right. And is there anything in your
24 recent past -- I mean you've been having a cold,
25 you've been feeling under the weather, anything

Page 11

1 like that that makes you think that it might be
2 tough to sit and answer questions today?
3 A. No.
4 Q. Okay. So do you -- do you feel fully
5 capable of going forward with your deposition on
6 -- on this day?
7 A. Yes.
8 Q. All right. Just to give you a little --
9 little heads-up about scheduling, I expect your
10 deposition will take the better part of the day,
11 maybe not the whole day. But I -- I expect we'll
12 go through lunch and -- and some time thereafter.
13 Okay. Now, this is not a -- you know, a contest
14 to -- to see -- to test your endurance. If you
15 need a break, you tell me, Mr. McCauley or Mr. --
16 or you can call me John, if you'd like. Just tell
17 me, I would like a break, and we'll take a break.
18 Okay?
19 A. Okay.
20 Q. And you don't have to give me a reason for
21 taking a break. You just tell me, I would like to
22 take a break. And as soon as you say that, we'll
23 take a break. Okay?
24 A. Yes.
25 Q. All right. Now, sometimes in depositions

Page 12

1 the questions I ask you may be confusing to you.
2 And I'll be honest. That's usually my problem,
3 not yours, usually more of a problem with the
4 question than the -- the person listening. So if
5 you have any -- any problems understanding my
6 questions, I want you to be sure to know that you
7 have a perfect right to ask me to rephrase the
8 question or clarify it in some way. Okay?
9 A. Yes.
10 Q. And I -- because I can't tell whether you
11 understand the question unless you say something,
12 I'm going to have to rely on you to tell me when
13 you don't understand or when you think something's
14 unclear or when you think you might need some
15 extra information that -- to understand the
16 question and give an accurate response to it.
17     Will you do that for me?
18 A. Yes.
19 Q. Okay. Thank you.
20     Now, Mrs. Boudreaux, I know you've never
21 been in a deposition before.
22     Have you ever testified in court, where
23 you had to raise your hand and swear an oath and
24 that kind of thing?
25 A. I testified as a witness, but I don't --

Page 13

1 don't recall whether I raised my hand for an oath.
2 Q. All right. And can you tell me what
3 occasion it was that you testified as a witness?
4 A. It was at a school, and I had witnessed an
5 event that took place. And I was called in to
6 verify what I saw at that event.
7 Q. And so this was kind of an internal school
8 hearing --
9 A. Yes.
10 Q. -- or proceeding? It wasn't --
11 A. Yes.
12 Q. -- a court proceeding --
13 A. No.
14 Q. -- or a lawsuit proceeding or anything
15 like that?
16 A. No.
17 Q. All right. Well, you undoubtedly
18 understand this already. But I -- I just want to
19 make sure. Everything we talk about today is
20 being recorded on video and on -- on a written
21 transcript. Okay? You understand that?
22 A. Yes.
23 Q. And there's no judge or there's -- or jury
24 here today. But when you testify under oath as
25 you're doing today -- and I know you get this --

Page 14

1 you -- you are testifying just the same as if a
2 judge or jury was here. Okay?
3      A. Yes.
4      Q. And your oath today has the same
5 importance and gravity as if you were testifying
6 in court. Okay?
7      A. Yes.
8      Q. All right. And again, depositions are not
9 a test of your endurance or your memory. You --
10 if you don't remember something, you're perfectly
11 free to say, I don't recall -- okay -- if that's
12 the true answer. All right?
13      A. Yes.
14      Q. But I'm going to ask you -- before you
15 say, I can't recall, I'm going to ask you to
16 exhaust your recollection; that is, to really, you
17 know, tell me everything you can recall about it.
18      Will -- will that be okay with you?
19      A. Yes.
20      Q. And sometimes if you say, I can't recall,
21 it's not that I don't believe you. But part of my
22 job is to ask you questions in a different way
23 that might help you remember, that might trigger
24 some recollections on your part. Okay?
25      A. Yes.

Page 15

1      Q. That's what I'm going to be doing today.
2 And it's not because when you say, I can't recall,
3 I don't -- I don't believe what you're saying.
4 It's just that I'm trying to refresh your
5 recollection or help you remember by reminding you
6 of certain events. Okay? I may do that from time
7 to time today. Okay?
8      A. Yes.
9      Q. All right. Mrs. Boudreaux, I had the
10 pleasure of meeting your husband for a deposition
11 back in June. And I wanted to start off today by
12 asking a couple questions to the person who
13 probably knows best how's he doing today.
14      How's he -- how's -- how's Mr. Boudreaux
15 doing healthwise?
16      A. All right, less energy, but relative all
17 right.
18      Q. All right. Now, last time he was here, he
19 said that you guys had a couple of sons up in
20 Memphis that you like to visit but you hadn't been
21 able to visit for a while.
22      Do you -- is that -- is that consistent
23 with your recollection?
24      A. Yes.
25      Q. And he said, But we're trying to plan a

Page 16

1 visit for July of -- just this past July, to go up
2 to Memphis. Wasn't sure he could do it.
3      So I wanted to ask: Were you able to make
4 that trip to Memphis?
5      A. No.
6      Q. How come? What -- what got in the way?
7      A. He didn't feel that he could drive all the
8 way there. And I was not feeling well either,
9 with a cold.
10      Q. All right.
11      A. But he didn't -- he didn't feel like he
12 could drive all the way there in one day.
13      Q. I get it.
14      When's the last time when you and your
15 husband were able to get up to Memphis together to
16 see -- to visit your sons? And -- and you have
17 some grandchildren up there, I understand?
18      A. Yes.
19      Q. When's the last time you were able to get
20 up there?
21      A. Possibly a year ago or -- or -- we -- we
22 haven't seen them since they were here when my
23 husband went through this ordeal.
24      Q. Okay. And when you say -- I'm just going
25 to clarify. When you say "this ordeal," you mean

Page 17

1 the -- the event when he had to go into the
2 hospital for what was diagnosed as a
3 gastrointestinal bleed?
4      A. Yes.
5      Q. All right. And you saw your -- your two
6 sons -- your oldest and your youngest son, they
7 came down from Memphis at that time to be with
8 you?
9      A. Yes. We have three -- all three were
10 here.
11      Q. All right. And your -- your son David is
12 local here, isn't he?
13      A. In -- in Houma. And we live in Lockport,
14 which is maybe 15, 20 minutes away, maybe 30.
15      Q. Okay. And I'm not from around here, so I
16 don't know the geography. Is Houma in -- are
17 Houma and Lockport -- you said they're about
18 20 minutes apart. Are they in the same -- we call
19 it a county back home. Maybe you call it a parish
20 here. Are they in the same parish?
21      A. No.
22      Q. What's -- what's your parish?
23      A. My parish is Lafourche.
24      Q. All right. And -- and what's -- where's
25 Houma? What parish is that? Do you know?

Protected - Subject to Further Protective Review

Page 18

1    A. Terrebonne.
2    Q. Terrebonne. Okay.
3    A. Uh-huh.
4    Q. All right. So the last time you saw your
5 -- your -- your boys who live in Memphis was when
6 Mr. Boudreaux had to be hospitalized for the
7 gastrointestinal bleed; is that right?
8    A. No.
9    MR. BYRNE:
10       Object to form.
11 BY MR. McCAULEY:
12    Q. You seen them --
13    MR. BYRNE:
14       And by the way, I -- I -- if you hear
15    me object to form today, I'm doing that
16    because, as counsel mentioned, there's not
17    a judge or a magistrate here to make
18    rulings. So you'll hear me from time to
19    time object to the form. That's just a
20    way of preserving an objection. Okay?
21    THE WITNESS:
22       Okay.
23    MR. BYRNE:
24       Unless you're instructed not to answer
25    a question, you'll go ahead and answer.

Page 19

1    Okay? So with that, if you need the
2    question rephrased, I'm sure --
3    THE WITNESS:
4       Okay.
5    MR. BYRNE:
6       -- Mr. McCauley will --
7    THE WITNESS:
8       Yes.
9    MR. BYRNE:
10       -- help you with that.
11    THE WITNESS:
12       I didn't understand exactly when you
13    meant in the question.
14 BY MR. McCAULEY:
15    Q. All right. Well, let me -- let me -- let
16 me just -- sometimes I -- I -- I'll try to tell
17 you what I understood you to say and -- and see if
18 you agree with that.
19       I had -- I had asked whether you and --
20 when the last time you and Mr. Boudreaux had been
21 up to Memphis to see your -- your sons. And I
22 thought your response was, Well, we haven't seen
23 the boys since he went through the
24 gastrointestinal bleed and was hospitalized for
25 that.

Page 20

1    A. No.
2    MR. BYRNE:
3       Object to the form.
4    MS. BARRIOS:
5       That's not what she said.
6    THE WITNESS:
7       We have seen the boys. But we haven't
8    gone -- going to Memphis at all. But the
9    boys have been down to see us.
10 BY MR. McCAULEY:
11    Q. Okay. All right. And --
12    A. They come for birthdays and special
13 events.
14    Q. All right. Good.
15       So -- so they were down here when
16 Mr. Boudreaux was hospitalized for the
17 gastrointestinal bleed; right?
18    A. Yes. They --
19    Q. And they -- and they've been --
20    A. -- came.
21    Q. And they've been down here since then?
22    A. Oh, yes. They . . .
23    Q. For -- for special occasions, family
24 events, that kind of thing?
25    A. See the parents.

Page 21

1    Q. See the parents.
2       And -- but on the other hand, you and
3 Mr. Boudreaux have not been up to Memphis to see
4 them?
5    MR. BYRNE:
6       Object to form.
7    THE WITNESS:
8       No.
9 BY MR. McCAULEY:
10    Q. Okay. Is that -- is that correct?
11    A. Yes.
12    Q. All right. And -- and when was the last
13 time that you and Mr. Boudreaux -- I -- let me see
14 if I understand.
15       Before -- since Mr. Boudreaux was
16 hospitalized for his gastrointestinal bleed, you
17 haven't been to Memphis. When is -- when is the
18 last time you were in Memphis to visit your sons
19 before that, before his gastrointestinal bleed?
20    A. I don't recall.
21    Q. Was it a year or two, do you think,
22 or . . .
23    A. Probably. The gastro occurred in
24 February. So it would probably have been the year
25 before, perhaps Christmas. But I don't recall if

Page 22

1 they came or if we went over there.
2   Q.  Okay.  All right.  But it hasn't been a
3 regular thing, to go up to Memphis to see your
4 boys, for some time?
5     MR. BYRNE:
6       Object to form.
7 BY MR. McCAULEY:
8   Q.  True?
9     MR. BYRNE:
10       It misstates testimony.
11     THE WITNESS:
12       No.
13 BY MR. McCAULEY:
14   Q.  Okay.  Not true or true?
15   A.  No.  We haven't been able to go as
16 frequently as we had.
17   Q.  All right.  Now, Mr. Boudreaux had what --
18 the last time we saw him, in June, he had just
19 completed a procedure called a cardioversion or
20 electrocardioversion.
21     Were you aware that he had undergone that
22 procedure?
23   A.  Yes.
24   Q.  And was it your understanding that the --
25 the purpose of that electrocardioversion was to

Page 23

1 get his heart back into a regular rhythm?
2   A.  Yes.
3   Q.  And Mr. Boudreaux told us when he was here
4 in June that his heart -- that the
5 electrocardioversion was successful, as he
6 understood it, and that his heart had gone back
7 into a regular rhythm.  Is that your understanding
8 also?
9   A.  Yes.
10   Q.  All right.  And has he had any further
11 checkups to make sure that he is still in regular
12 cardiac rhythm since that -- since that procedure?
13   A.  Yes.
14   Q.  And -- is he still in regular cardiac
15 rhythm?
16   A.  Yes.  But it could change.
17   Q.  It could come back?  The doctors say, It
18 -- you never know, It could be -- it could come
19 back; is that right?
20   A.  Yes.
21   Q.  All right.  But --
22   A.  But he can't take any blood thinners
23 anymore because of the incident.
24   Q.  Right.  I understand that.
25     So -- anyway, right now, at least since --

Page 24

1 since he had the procedure in June, so far so
2 good?  He's still in -- in -- in good regular
3 rhythm; is that right?
4   A.  Yes.
5   Q.  All right.  Has he had any -- any other
6 problems related to his heart since -- since we
7 saw him in June?
8   A.  He had the LARIAT done.  You're -- you're
9 referring to that?
10   Q.  Well, that's a -- that's a -- I'm -- I was
11 going to ask about that today at some point.  But
12 that's -- that happened, I -- I believe you may
13 recall, happened maybe in 2015, that he had the
14 LARIAT done.
15     And I was -- I was really thinking --
16 well, let me ask you this:  Do you remember that
17 the LARIAT was done sometime before the procedure
18 -- the cardioversion procedure?
19   A.  Oh, yes.  The LARIAT was done.
20   Q.  That was done some months before that
21 cardioversion procedure?
22   A.  Yes.
23   Q.  All right.  Well, has he had any further
24 issues with the LARIAT procedure or the
25 cardioversion or any other heart issues since we

Page 25

1 met him in June?  Like this summer, has he had any
2 troubles?
3   A.  No.  Just not as energetic, but -- not
4 problems.  But we continually worry about the fact
5 that he can't take a blood thinner because he took
6 Xarelto.
7   Q.  Okay.  And when you say you continue to
8 worry about it, what do you mean by that?  What --
9 how does that -- how does that play out in your
10 daily lives, that you continue to worry about it?
11     MR. BYRNE:
12       Object to form.
13     THE WITNESS:
14       Okay.  Not going as many places, I
15     would say, being tense about the
16     situation.  Because I know that the
17     horrible thing that I went through with
18     the gastrointestinal bleeding has
19     prevented him from being able to take
20     blood thinners.  So my understanding is
21     that blood thinners are very important.
22     MR. McCAULEY:
23       Okay.
24     THE WITNESS:
25       So it just keeps weighing on my mind

Page 26

1     and I'm -- I know on his, because he's not
2     nearly as talkative or energetic.
3   BY MR. McCAULEY:
4     Q.  I see.  Let me ask you a question about
5   that.
6       Did -- has any doctor told you that the
7   reason he can't take blood thinners is because he
8   took Xarelto?
9     A.  Not then, but now.
10    Q.  What doctors have told you that?
11    A.  The doctors didn't speak directly to me.
12  This is -- this is something he tells me that's
13  going on.  And he told me that Xarelto, he could
14  not take that again, because there was no antidote
15  for it.  And he was not tested regularly.  And
16  that -- usually we're -- usually we -- we are
17  tested regularly when we have a very serious
18  medication.
19    Q.  Well, let me -- let me ask you a couple
20  follow-ups on that.
21      Am I understanding you correctly, that you
22  have not -- you personally have not spoken to any
23  doctors about whether Mr. Boudreaux can or cannot
24  take blood thinners?
25    A.  I have not.

Page 27

1     Q.  All right.  And is all your information
2   about whether he can or cannot take blood thinners
3   coming directly from Mr. Boudreaux?
4     A.  Yes.
5     Q.  Is he the only source of your information
6   about that?
7     A.  Yes.
8     Q.  All right.  And is there -- is there
9   anyone else who has given you any information on
10  blood thinners and what the options are for
11  Mr. Boudreaux?
12    A.  My attorneys have let me read --
13    Q.  I'm going to stop you right there.  I'm
14  not allowed to know what your attorneys discussed
15  with you.
16    A.  They just gave me a paper --
17    Q.  Okay.
18    A.  -- on -- on Xarelto's 2015 facts.
19    Q.  I see.
20      And did you read that paper?
21    A.  Yes.
22    Q.  All right.  Now, when -- and I -- I'm --
23  I'm going to just say -- I'm going to just say so
24  you understand:  When you talk to your attorneys,
25  they represent you.  In this country, that's

Page 28

1   privileged.  I'm not allowed to know what you
2   said.
3     A.  Yes.
4     Q.  So I'm not -- if -- if my questions seem
5   to be asking what you discussed with your
6   attorneys, then you just tell me, I -- that's
7   something I discussed with my attorneys, I can't
8   -- I can't talk about it.  Okay?  I --
9     A.  Yes.
10    Q.  I'm not really getting at that.  All
11  right.  I just wanted to make sure that you
12  understood that.  All right?
13    A.  Just the paper.
14    Q.  Okay.  He just gave you the paper, the
15  2015 paper.
16      Was that the first time you had ever read
17  a paper about Xarelto?
18    A.  Yes.
19    Q.  All right.  When -- when -- when did --
20  when did Mr. Boudreaux tell you that he couldn't
21  take blood thinners?
22    A.  I'm not sure, but it was after he returned
23  from the hospital.
24    Q.  All right.  And -- and did he say -- did
25  you ask him, Well, if you can't take Xarelto, why

Page 29

1   can't you take some other blood thinner?  Did you
2   ask him that?
3     A.  No.  I was afraid of Xarelto, so I didn't
4   want to find out about other blood thinners.
5     Q.  Well, did -- did Mr. Boudreaux ever tell
6   you that the reason he can't take blood thinners
7   is because if he has a bleed on Xarelto, that
8   means he might bleed on other blood thinners?
9       MR. BYRNE:
10        Object to form.
11      THE WITNESS:
12        He just told me that he -- because of
13      the bleeding, because of taking Xarelto
14      and there being no antidote and the
15      serious situation, that he could not take
16      any more blood thinners.
17  BY MR. McCAULEY:
18    Q.  And -- and I understand this has made you
19  upset and tense, as I think you said.  And it --
20  and worried; is that right?
21    A.  Yes.
22    Q.  All right.  So have you done anything to
23  try to understand better why he can't take some
24  other blood thinner besides Xarelto?
25      And -- in -- in other words, if you --

Protected - Subject to Further Protective Review

Page 30

1  well, let me ask you this:  Why do you think the
2  blood thinners were important to Mr. Boudreaux?
3  What was your understanding of that?
4      A.  My understanding is that the blood
5  thinners would thin the blood and it would be
6  helpful to prevent strokes.
7      Q.  And -- and how would it help in preventing
8  strokes?
9      A.  Well, if the blood was thinner, then it
10  could go through the body better.  But if it was
11  thicker, it may cause strokes.
12      Q.  And -- and did you understand that
13  Mr. Boudreaux's condition, his atrial
14  fibrillation, might put him at risk for stroke?
15      A.  Yes.  His blood was not circulating, not
16  beating -- he's -- no.  It wasn't -- it was his
17  heart that was not beating in the correct
18  rhythm -- rhythm.
19      Q.  All right.  And -- and what -- what was
20  the -- as you understood it -- I know you're not a
21  doctor.  So I -- I just want to get your -- your
22  understanding of it.
23      As you understood it, what did that mean
24  for Mr. Boudreaux, the fact that his heart was
25  beating irregularly?

Page 31

1      A.  It meant that he would -- the doctor would
2  prescribe a blood thinner.
3      Q.  And -- and -- and was it your
4  understanding that the irregular beating of the
5  heart made him more susceptible to blood clots
6  that could cause a stroke?
7      A.  Yes.
8      Q.  All right.  And that's why they prescribe
9  a blood thinner?
10      A.  Yes.
11      Q.  All right.  And so is it your concern that
12  because Mr. -- Mr. Boudreaux needed a blood
13  thinner and was taken off Xarelto and is now on no
14  blood thinners, that he might be at greater risk
15  of a clot?  Is that what your --
16      MR. BYRNE:
17          Object to -- object to form.
18  BY MR. McCAULEY:
19      Q.  -- think -- is that what your thinking is?
20      MR. BYRNE:
21          Object to form.
22      THE WITNESS:
23          Well, I don't ever want him to -- to
24      take Xarelto again because they -- Xarelto
25      is -- is prescribed in one dosage for

Page 32

1  everyone, and that -- it's not just good
2  for everyone.  And there's no antidote,
3  which scared me so much.
4      MR. McCAULEY:
5          All right.
6      THE WITNESS:
7          But . . .
8  BY MR. McCAULEY:
9      Q.  All right.  Well, let me ask you a couple
10  questions to follow up on that.
11      Did -- did Mr. Boudreaux tell you that
12  there was a problem with the Xarelto because of
13  one dosage?
14      MR. BYRNE:
15          Object to form.
16      THE WITNESS:
17          I -- I don't understand what you mean.
18  BY MR. McCAULEY:
19      Q.  Well, you just said that there's one
20  dosage for everyone and -- and no antidote.  Let
21  -- so I'm asking about that first thing.
22      A.  Oh.
23      Q.  You mean he took it once a day?  Is that
24  what you mean?
25      A.  No.  No.  I mean the testing --

Page 33

1      Q.  All right.
2      A.  -- that was done and the -- the amount
3  that was given --
4      Q.  All right.
5      A.  -- of --
6      Q.  All right.
7      A.  -- of that.  So . . .
8      Q.  All right.  So let me ask you about that.
9      Did -- did Mr. Boudreaux tell you that
10  there was a problem with the amount that was
11  given?
12      MR. BYRNE:
13          Object to form.
14      THE WITNESS:
15          No.
16  BY MR. McCAULEY:
17      Q.  Okay.  Did any doctor or nurse or other
18  health care provider tell you that?
19      A.  No.
20      Q.  Did you learn about that by reading
21  information on the Internet or -- or talking to
22  other people, besides your lawyers?
23      A.  No.
24      Q.  Okay.  Did -- have you done some reading
25  up on -- on the issue of there being a problem

Protected - Subject to Further Protective Review

Page 34

1  with the amount that is given?
2      A.  No.
3      Q.  Is -- so is this something that you just
4  sort of learned in preparation for litigation?
5      MR. BYRNE:
6          Object to form.
7      THE WITNESS:
8          No.
9  BY MR. McCAULEY:
10     Q.  Did you learn it from watching a
11  commercial on TV?
12     A.  I have -- I have seen the Xarelto
13  commercial where Arnold Palmer does the
14  commercial.  And one person taking it was a really
15  tall basketball player.  Mr. -- he -- he's quite
16  elderly, you know, Arnold Palmer.  And --
17     Q.  Yes.  He is.
18     A.  Yes.  And he was taking it.  And then
19  people, different sizes and everything and the --
20  I thought that it would -- it would be done on a
21  personal basis, the -- the amount.
22     Q.  What gave you the idea that it would be
23  done on a personal basis, the amount?
24     A.  Because a lot of medicines I have taken
25  are -- they're -- it's done on a personal basis.

Page 35

1  You start with a small amount and a lot of times
2  go to a larger amount.
3      Q.  So let me ask you this question:  Where
4  did you learn -- I gather it's your understanding
5  that one of the things that's wrong with Xarelto
6  is that it's -- it's not -- it's not given in
7  doses that are adjusted for the individual.
8          Is that what you mean?
9      A.  Yes.  I mean that the blood should be
10  tested to -- to see if there should be a change in
11  doses and everything, but --
12     Q.  Well --
13     A.  -- that was not done.
14     Q.  Okay.  Well, I'm going to get to the
15  testing in a second.
16          Where did you learn about the issue of the
17  same amount for everyone was not correct, that
18  there should be different doses for -- for
19  different people?  Where did you learn that?
20     A.  From life's experiences, from my
21  experiences.
22     Q.  So did any doctor tell you that?
23     A.  For myself, yes.
24     Q.  Well, I'm talking specifically -- I want
25  to -- I want to focus if we can specifically on

Page 36

1  Xarelto, that drug.
2      A.  No.
3      Q.  Okay.  Did any nurse or other health care
4  practitioner tell you that?
5      A.  No.
6      Q.  Okay.  Did -- with respect to Xarelto, did
7  anyone tell you that there was something wrong
8  with the dose; that is, same dose for everyone?
9      A.  No.
10     Q.  All right.  And how did you come to learn
11  that, that it was the same -- how did you come to
12  learn that it was the same dose for everyone?
13     A.  Didn't -- from the time that he
14  experienced all of this in the hospital, I tried
15  to understand what could cause this.  And I was --
16  I actually don't remember where I first learned
17  that, but I did learn that those were the
18  circumstances.
19     Q.  All right.  And you said you tried to find
20  out about it.  What -- what steps did you take,
21  Mrs. Boudreaux, to try to find out about it?
22     A.  Talking to my husband about it.  The -- my
23  husband had seen Dr. Fail.  And he -- he not -- he
24  really didn't talk exactly about that, but the
25  conditions that may have led to this.

Page 37

1      Q.  Well, did -- did your husband ever tell
2  you that the thing that's -- one of the things
3  that's wrong with Xarelto is that I -- I took the
4  same dose that they give to everybody and they
5  didn't -- they didn't adjust the dose for my
6  particular individual circumstances?  Did your
7  husband ever tell you that?
8      A.  No.
9      Q.  Did your husband ever tell you that any
10  doctor ever told him that?
11     A.  No.
12     Q.  All right.  So how did you come to
13  understand that fact --
14     MR. BYRNE:
15         Object.
16  BY MR. McCAULEY:
17     Q.  -- if you think that's a fact?
18     MR. BYRNE:
19         Object to form.
20     THE WITNESS:
21         I don't know.
22  BY MR. McCAULEY:
23     Q.  All right.  Now, you said that there was
24  some issue about testing, that people should be
25  tested when they have Xarelto.

Page 38

1      Did your husband tell you that one of the
2   things that's wrong with Xarelto is that they
3   weren't testing him to monitor how much Xarelto he
4   had in his body?
5      A.  No.
6      But it was -- it was my understanding that
7   an individual is getting like -- I -- if -- I'd be
8   getting something on 10 milligrams -- and they do
9   test me to see if I should go higher.  I -- so
10  this -- I understood this for myself, from
11  experiences that I've had.
12     Q.  All right.  And -- and we'll talk about
13  those experiences a little later when we get into
14  your medications.  But I -- so I want to
15  understand a little better.
16     Did -- did anyone ever tell you that one
17  of the problems with Xarelto is that there was a
18  lack of testing?
19     A.  No.
20     Q.  All right.  So no doctor, no nurse, no
21  health care provider, no Mr. Boudreaux, nobody
22  ever told you that?
23     A.  No.
24     Q.  All right.  Did you ever ask any of the
25  doctors that?  Seeing how worried you've been

Page 39

1   about Mr. Boudreaux's condition, have you ever
2   reached out and talked to any of the doctors to
3   ask them whether this was the case?
4      A.  No.
5      Q.  All right.  Now, Mrs. Boudreaux, you said
6   -- you said that you were very concerned about the
7   lack of an antidote.  What does --
8      A.  Yes.
9      Q.  -- that -- what does that mean to you, the
10  fact that there's no antidote?
11     A.  That means the antidote could have stopped
12  the bleeding before it became more serious.  So if
13  -- if there was an antidote, it may have prevented
14  the gastrointestinal problems and it could have
15  limited them because just, you know, what an
16  antidote is.
17     Q.  Well, let me ask you this question:  Has
18  anyone told you -- any doctor, nurse, or other
19  health care provider told you that Mr. Boudreaux's
20  gastrointestinal bleeding event was worse because
21  they lacked an antidote?
22     A.  No.  It was my observation.
23     Q.  You -- did you say, "It was my
24  observation"?
25     A.  (Nods head.)

Page 40

1      Q.  All right.  Did you ask any -- ask anybody
2   about that?
3      A.  No.
4      Q.  Did you -- did you discuss that with
5   Mr. Boudreaux?
6      A.  Yes.
7      Q.  And did Mr. Boudreaux tell you that any
8   doctors had ever told him that the lack of an
9   antidote made his condition worse?
10     A.  No.
11     Q.  Okay.  And is there any -- anything you've
12  done, any research or reading up or searching
13  online or anything like that, to educate yourself
14  about whether that was the case, that a lack of an
15  antidote made him worse?
16     A.  No.  But I have been ill.  I have had
17  several surgeries, different conditions.  And I
18  realize that if there's something that can stop
19  whatever problem you are having, it can -- or can
20  hinder it or stop it, then of course it's
21  something that would be very helpful.
22     Q.  Well, let me ask you this:  Is the lack of
23  an antidote one of the main reasons you don't want
24  Mr. Boudreaux to go back on blood thinners?
25     A.  Yes.

Page 41

1      Q.  Do you know whether any of the other blood
2   thinners have an antidote?
3      A.  Yes.
4      Q.  Which ones?
5      A.  Coumadin.
6      Q.  Did you ever suggest to Mr. Boudreaux that
7   maybe he should consider Coumadin to --
8      A.  No.
9      Q.  -- to thin his blood?
10     A.  No.
11     Q.  Why not?
12     A.  Well, first of all, it was fear, I would
13  say.  And I -- I knew what had happened to him.  I
14  knew the bleeding was not stopped for a while -- a
15  long time when he -- when he was in the hospital.
16  So I never would suggest a blood thinner because
17  of all of the events that have happened.
18     Q.  All right.  Now, Mrs. Boudreaux, is it --
19  is it your understanding that -- that when
20  Mr. Boudreaux's blood got thin, that's what --
21  that's what -- that that's what allowed him to bleed,
22  the thin blood?  Is that your --
23     MR. BYRNE:
24        Object to form.
25  BY MR. McCAULEY:

Page 42

1 Q. Is that your understanding?
2 A. Yes.
3 Q. And is it -- are you saying that you're
4 afraid of Coumadin for the same reason, that that
5 will make his blood thin and also allow him to
6 bleed?
7 A. I'm afraid of any drug. I am the most
8 afraid of Xarelto because it happened when that
9 was -- when he had this problem. But right now,
10 I'm still shaken by this and I would prefer that
11 he not take any blood thinner.
12 Q. Is it -- well, let me ask you this, Mrs.
13 -- Mrs. Boudreaux: Are you saying that your fear
14 that he might bleed on some other blood thinner is
15 greater than your fear that he might have a
16 stroke?
17 A. I wouldn't --
18 MR. BYRNE:
19 Object to form.
20 THE WITNESS:
21 -- classify it that way. I would
22 classify it as that I was frightened with
23 Xarelto and I was -- I was very, very
24 nervous about blood clots too, very, very
25 nervous. But I would not have subjected

Page 43

1 him to what had happened in any type of
2 way.
3 BY MR. McCAULEY:
4 Q. Well, did -- have you consulted with any
5 doctors or asked Mr. Boudreaux to ask his doctors
6 about whether he should try some other blood
7 thinner, one that has -- maybe one that has an
8 antidote and one where they do testing regularly?
9 A. No. He made it clear that he was not --
10 he did not want to try others because he was
11 frightened, what happened with Xarel -- Xarelto.
12 Q. Is that what Mr. Boudreaux told you?
13 A. Yes.
14 Q. Did he tell you -- did he tell you he had
15 a discussion with any of his doctors about going
16 on another blood thinner?
17 A. No.
18 Q. All right. Did you suggest to him that
19 maybe his doctors could offer him a solution that
20 would address his fears about bleeding but also
21 address his fears and your -- your worries about
22 blood clots?
23 A. No.
24 Could you please repeat the question?
25 Q. Certainly.

Page 44

1 Did you ever -- did you ever encourage
2 Mr. Boudreaux to ask his doctors to -- whether
3 they could find a solution for him about -- that
4 would address his fears about bleeding, having
5 blood that's too thin, and also address his
6 concerns about a blood clot and your concerns
7 about a blood clot?
8 MR. BYRNE:
9 Object to form.
10 BY MR. McCAULEY:
11 Q. Have you ever done that, encouraged
12 Mr. Boudreaux to do that?
13 MR. BYRNE:
14 Object to form.
15 THE WITNESS:
16 No.
17 BY MR. McCAULEY:
18 Q. Okay. Why not as his -- as his wife?
19 You're very concerned about him. And do -- you do
20 discuss his health issues, don't you?
21 A. Yes.
22 Q. And so why -- why haven't you had that
23 discussion with Mr. Boudreaux; that is to say --
24 do you call him Johnny? Is that --
25 A. Johnny.

Page 45

1 Q. Okay.
2 A. Yes.
3 Q. Johnny, I'm worried about the blood clots,
4 Let's see if the doctors can offer us a solution
5 that addresses them and -- and makes us less
6 worried about bleeding.
7 MR. BYRNE:
8 Object to form.
9 THE WITNESS:
10 No. We haven't had that discussion.
11 BY MR. McCAULEY:
12 Q. And that -- and my -- so my question is:
13 Why -- why haven't you had such a discussion?
14 A. Because I think both of us were
15 traumatized by what happened with the Xarelto
16 incident. There was so much bleeding. There was
17 no antidote. And we I think both felt -- well,
18 I'm not sure. I -- I'm -- I'm going to speak for
19 myself. But I felt that that was more dangerous
20 than the blood clots.
21 Q. So you felt the bleeding risk was more
22 risky than the blood clots themselves?
23 A. Yes.
24 Q. And do you --
25 MR. BYRNE:

Protected - Subject to Further Protective Review

Page 46

1    Object to form.
2    BY MR. McCAULEY:
3    Q. -- still feel that way?
4    A. Yes.
5    Q. All right. Now, has -- what did you
6    understand about the LARIAT procedure with respect
7    to the potential for blood --
8    THE WITNESS:
9        Can we take a break?
10   MR. McCAULEY:
11       Oh, absolutely. Just as I said, take
12   a break any time you want.
13   THE WITNESS:
14       Thank you.
15   MS. BARRIOS:
16       Wait. Wait.
17   MR. McCAULEY:
18       All right.
19   MS. BARRIOS:
20       Mr. Boudreaux, you have to --
21   THE WITNESS:
22       Oh. Oh. Oh.
23   MR. BYRNE:
24       You have to disconnect.
25   THE VIDEOGRAPHER:

Page 47

1        We're going off the record. It's
2    10:50.
3        (Brief recess was taken.)
4        THE VIDEOGRAPHER:
5        We're back on the record. It's 11:07.
6    BY MR. McCAULEY:
7    Q. All right. Mrs. Boudreaux, we took a
8    short break. And we're now back.
9        Are you ready to continue?
10   A. Yes.
11   Q. All right. Can you -- can you give me
12   your home address, please.
13   A. Okay. It's kind of French.
14   Q. That's all right. I took French in high
15   school.
16   A. 303 Barrilleaux Street.
17       Should I spell it?
18   Q. Yes, please.
19   A. B-A-R-R-I-L-L-E-A-U-X --
20   Q. All right.
21   A. -- Street, Lockport, all one word,
22   Louisiana 70374.
23   Q. Thank you.
24       And Mrs. Boudreaux, is that your only
25   residence?

Page 48

1    A. Yes.
2    Q. Who currently resides at that address?
3    A. Johnny and Loretta Boudreaux and our dogs.
4    Q. All right. I was going to ask about those
5    dogs. Let me -- I'll get to that in a second.
6        How -- how long have you and Johnny -- is
7    it okay if I refer to -- I'll say Mr. Boudreaux
8    but sometimes --
9    A. Certainly.
10   Q. He goes by Johnny, doesn't he?
11   A. Yeah, Johnny.
12   Q. All right. All right.
13   A. Uh-huh.
14   Q. So how long have you and Johnny lived at
15   that -- at that address together without anyone
16   else living there?
17   A. I would say 1993, 1994, in -- in between
18   those.
19   Q. Is that when your last son moved out
20   or . . .
21   A. Yes.
22   Q. Okay. And so since 1993 or '94 -- we
23   won't hold you to that specific date. But
24   somewhere around --
25   A. Yes.

Page 49

1    Q. -- the -- the mid to early '90s, you
2    became empty nesters. Is -- is that a fair
3    phrase?
4    A. Yes.
5    Q. That all your children had flown the
6    nest --
7    A. Sometimes happily.
8    Q. What's that?
9    A. Sometimes happily.
10   Q. Yeah. Right. We -- we all understand
11   that.
12       So -- so since then, you've been
13   essentially empty nesters for about the last
14   22 years, something like that? All right.
15   A. Yes.
16   Q. And -- and you do have -- do you have --
17   do you ever take in boarders or renters or
18   anything like that?
19   A. No.
20   Q. All right. And do you have -- you say you
21   had some pets. Mr. Boudreaux mentioned dogs.
22       Do you have -- do you have dogs and
23   others?
24   A. Oh, no. Dogs.
25   Q. Okay. What -- how many dogs do you have?

Page 50

1   A. Now, two.
2   Q. Two dogs now. And just give me their
3 names, please.
4   A. Ellie and Kendall.
5   Q. All right. And are they -- are these old
6 dogs or new -- or young dogs?
7   A. Three to four years old.
8   Q. Okay. So both about the same age?
9   A. The smallest one, the shih tzu, is
10 approximately a year older than Ellie, the
11 terrier.
12   Q. All right. So one -- which one's --
13 Kendall -- Kendall is the shih tzu?
14   A. Yes.
15   Q. All right. And that's a small dog, isn't
16 it?
17   A. They're small.
18   Q. Kind of a little lap dog?
19   A. Yes. Yeah.
20   Q. All right.
21   A. Well --
22   Q. Carry --
23   A. -- not our laps.
24   Q. Oh. Not your lap.
25   But the kind of thing that would almost

Page 51

1 fit into a woman's large purse if you wanted --
2   A. Yes.
3   Q. -- it to --
4   A. Yes.
5   Q. -- right?
6   And what about Ellie? What kind of a dog
7 is Ellie?
8   A. She -- well, she's a -- I can't think of
9 the word now. She -- she's a terrier, and she's a
10 bit larger. She's -- both of them were adopted.
11   Q. From the local pound?
12   A. Yeah -- not the local, but over here in
13 New Orleans, across the -- across the river.
14   Q. Okay. So you -- you got both of them from
15 a shelter?
16   A. Yes.
17   Q. Did you get them at the same time, or did
18 you --
19   A. No.
20   Q. Okay. So in separate -- separate
21 occasions?
22   A. Yes.
23   Q. Okay. And one of them you think -- the
24 shih tzu's about four, and Ellie is about
25 three years old?

Page 52

1   A. Approximately.
2   Q. Okay. And in the last -- since -- since
3 you've had Ellie and Kendall, have you had another
4 dog in the house also? Like was there a time when
5 you had three dogs?
6   A. No.
7   Q. Okay. Was there -- was there another dog
8 at some -- you said, Now, we have two dogs.
9 That's what I was reacting to.
10   A. I was -- I was saying that at one point we
11 had only Ellie.
12   Q. I see.
13   A. Okay. And then it was approximately a
14 year later that we adopted Kendall.
15   Q. I got you. So Ellie came first, then
16 Kendall.
17   Before Ellie, were there any pets in the
18 house?
19   A. Yes.
20   Q. What pets were -- did you have before
21 Ellie?
22   A. Domino, a dog.
23   Q. And what kind of a dog was Domino?
24   A. Mixed.
25   Q. Was it a large dog or small dog?

Page 53

1   A. Medium, about the size of our terrier.
2   Q. When you say "terrier," I'm thinking like
3 a -- I'm thinking Scottish terrier or some little
4 dog. You're thinking of a bigger terrier,
5 like . . .
6   A. No. I believe -- I believe she -- it was
7 Scotland. But she's taller than I expected. When
8 she was born, she was smaller. So she's gotten a
9 bit larger. But it's from -- it's from a shelter,
10 you know.
11   Q. Okay. And how long did you have Domino?
12   A. Oh, Domino, before that -- we had her for
13 ten years.
14   Q. And was that your only dog for that -- for
15 the period of time you had Domino, or did you --
16   A. Yes.
17   Q. -- have other dogs? Okay. All right.
18   And besides Domino, did you have any other
19 pets?
20   A. Yes. I'm -- I'm a dog person, so . . .
21   Q. Okay.
22   A. We had -- this Domino was Domino II,
23 Little Domino; and then we had Domino, Sr. before
24 that.
25   Q. Oh, okay. So the most recent Domino,

Page 54

1  Domino II --
2      A.  Yes.
3      Q.  -- was the one you had for about ten years
4  before --
5      A.  Yes.
6      Q.  -- you got Ellie?
7      A.  Yes.
8      Q.  And then before that, you had Domino, Sr.,
9  another mixed breed dog --
10     A.  Right.
11     Q.  -- that you got from the shelter?
12     A.  It -- he was from the shelter, but he
13  looked just like a Border Collie.
14     Q.  Border Collie.  Got it.
15         And -- but during -- let's -- let's just
16  say for the ten years that you had Domino II, did
17  you have any other pets, cats, or parakeets, or
18  any --
19     A.  No.
20     Q.  -- you know, anything like that?  Just
21  dogs?  You --
22     A.  Just dogs.
23     Q.  You're a dog lover?
24     A.  Just dogs.
25     Q.  All right.  How about Mr. Boudreaux?  Does

Page 55

1  he love the dogs too?
2      A.  Yes.
3      Q.  Okay.  Are these dogs for -- for any --
4  you know, some people say, That's my hunting dog,
5  That's my -- you know, this is my bird dog.
6         These are just companion dogs, or are they
7  -- are they -- do you use them in some specific
8  activities?
9      A.  Companions.
10     Q.  All right.  Now, what's -- what's the --
11  what's the layout of your house?  Is it two story
12  or one story?
13     A.  One story.
14     Q.  All right.  Do you have a basement?
15     A.  No.
16     Q.  And how many bedrooms do you have?
17     A.  Three.
18     Q.  And do you have -- do you have a laundry
19  room all -- on the first floor also?
20     A.  Yes.
21     Q.  So every -- everything's on the first
22  floor?
23     A.  Oh, yes.
24     Q.  Do you have any steps going up into your
25  house?

Page 56

1      A.  From the outside to the inside.
2      Q.  How many steps are going up from the
3  outside?
4      A.  I believe it's four.
5      Q.  All right.  Once you get inside, even
6  though it's -- I know it's one story.  Are there
7  any steps you have to negotiate in your house to
8  go from one -- like a split level, sometimes you
9  have to go up or down?
10     A.  No.
11     Q.  Okay.  So it's all -- all one level --
12     A.  Yes.
13     Q.  -- no steps inside?  All right.
14     A.  No steps.  It's -- it's off the ground.
15  It's not a slab.
16     Q.  Okay.  That is, it's up on stilts kind of
17  or --
18     A.  Blocks.  The men --
19     Q.  -- jacked up?
20     A.  The way -- it -- the house dates to about
21  the 1940s.
22     Q.  Yeah.
23     A.  So it's -- it's the typical house that's
24  not a slab.  It's raised.  That's why we have the
25  four steps to get into it.

Page 57

1      Q.  And the fact that it's raised, has that --
2  has that made it one of those houses that survives
3  when you get the bad flooding and stuff?
4      A.  Yes.  It does better.
5      Q.  Okay.  All right.  And so you have a
6  master bedroom; is that right?
7      A.  Yes.
8      Q.  Do -- do you and Mr. Boudreaux share the
9  same bedroom, or -- or do you have separate
10  bedrooms?
11     A.  We share.
12     Q.  All right.  And what do you use the other
13  two bedrooms for now?
14     A.  One was kind of storage until we kind of
15  fixed it up, because I -- both of the sons were
16  coming -- when they'd both come in at the same
17  time, we needed -- Kevin is married, so he gets
18  one bedroom.  And then we have a smaller bedroom
19  with a single bed.  And Mike does not have a
20  companion coming, so he gets that room.
21     Q.  Okay.  All right.  And you also have a
22  living room and a dining room or a combination?
23     A.  Combination kitchen -- kitchen --
24     Q.  Dining room?
25     A.  We have a living room.  And we have a

Protected - Subject to Further Protective Review

Page 58

1 kitchen. And we have an eat-in kitchen.
2 Q. I see.
3     So you have what some people call a
4 country kitchen, where you can cook and eat in
5 there, plenty of room to eat in there?
6 A. Yes.
7 Q. All right. But no -- as some people would
8 call it, no formal dining room?
9 A. No.
10 Q. Okay. Do you have a separate garage or a
11 garage attached to the house or any kind of
12 garage?
13 A. No garage.
14 Q. All right. Storage --
15 A. A carport.
16 Q. A carport. Okay.
17     Something to park your car under to --
18 A. Right.
19 Q. -- keep it out of the elements?
20 A. Right.
21 Q. All right. And what's -- what's your
22 front yard like? Is there -- do you have a little
23 patch of grass, or -- I -- I'm trying to picture
24 your house.
25 A. We have flowers growing in the front of

Page 59

1 the house. But the front of the house is not very
2 wide. The house is longer than it is wide. So we
3 have flowers. We have a tree growing on one side.
4 And we have a bed of flowers that just follows the
5 -- the front of the house.
6 Q. Okay. And how about your backyard?
7 What's that look like?
8 A. Okay. We have a large backyard. That's
9 how houses were built. We have a large back --
10 large backyard. I have a kind of a shed back
11 there. I was a collector, so some of my
12 collectible antiques and things were -- are stored
13 there. So that's on one side of the back.
14     And then in the back, on -- on the other
15 side, he has a storage shed for his lawn mower and
16 different tools and things. And then under the
17 carport we have a little storage area for things
18 he uses more often and his -- you know, his tools,
19 the most-often-used ones.
20 Q. All right. And can you tell me -- give me
21 an idea of the size of your backyard? Is it -- is
22 it a quarter acre or . . .
23 A. It --
24 Q. If you -- if you can't say, don't guess.
25 But . . .

Page 60

1 A. No. It's just big enough for the dogs to
2 run around.
3 Q. All right. We're -- we're sitting here in
4 a pretty big conference room. You'd agree with me
5 this is --
6 A. Yes.
7 Q. -- this is a pretty large conference room?
8     Is -- is your backyard as big as this or
9 smaller --
10 MR. BYRNE:
11     Object to form.
12 BY MR. McCAULEY:
13 Q. -- or -- or bigger --
14 MR. BYRNE:
15     Object to form.
16 BY MR. McCAULEY:
17 Q. -- if you can estimate?
18 A. Not bigger, a bit smaller.
19 Q. All right. Is it fenced in?
20 A. Yes.
21 Q. Is your front yard fenced in also?
22 A. No.
23 Q. All right. And does the backyard have a
24 lawn to it?
25 MR. BYRNE:

Page 61

1     Object to form.
2 THE WITNESS:
3     Yes.
4 BY MR. McCAULEY:
5 Q. All right. Now -- I usually ask this
6 earlier, but I got distracted by -- by something
7 else.
8     Do you -- did you do anything to get ready
9 to come and testify today?
10 A. I met with my -- my attorneys.
11 Q. All right. Well, how about -- how about
12 talking to Johnny? Did you talk to Mr. Boudreaux
13 about -- about the deposition and what you can
14 expect and that kind of thing?
15 A. Not really about the deposition, just that
16 I was coming. I was a bit nervous, and he was
17 just calming me down a bit.
18 Q. All right. Did you take a look at any
19 documents to sort of try to refresh your
20 recollection about events?
21 A. No.
22 Q. So no medical records or anything like
23 that?
24 A. No.
25 Q. All right. Did you -- did you ever read

Protected - Subject to Further Protective Review

Page 62

1 any depositions? And what I mean by that is like
2 a -- it's a document that has all the questions
3 and answers, kind of like we're doing here today.
4 When it's -- when it's all typed up, it'll kind of
5 look like -- like it looks on the screen. Did you
6 read anything like that from -- from
7 Mr. Boudreaux's deposition?
8 A. No.
9 Q. All right. Did you read anybody's
10 deposition that you --
11 A. No.
12 Q. Okay. So you haven't really looked at any
13 documents to get ready for today?
14 A. It was in -- with my attorneys. I -- I
15 went over a paper talking about the deposition
16 would be done and, on the last page, ten questions
17 about what I may have looked at or had or any kind
18 of -- any -- any kind of letters or paraphernalia
19 or anything that I had, I -- I saw that. And then
20 I saw the 2015 Xarelto information.
21 Q. Xarelto prescribing information?
22 A. Yes.
23 Q. All right.
24 A. A sheet and -- and testing that was done
25 on Xarelto.

Page 63

1 Q. I see. Okay.
2 MR. McCAULEY:
3 I'll -- let's -- let's mark this as
4 Exhibit 1, please.
5 (Exhibit No. 1 was marked for
6 identification and attached hereto.)
7 BY MR. McCAULEY:
8 Q. Mrs. Boudreaux, I'm going to give you what
9 I've marked as Exhibit 1 to your deposition.
10 Is this the document you were talking
11 about that -- that had the list of about ten
12 things on it?
13 A. Yes.
14 Q. You're on Page 4 of the document?
15 A. Yes.
16 Q. And just -- just to be clear, this is the
17 notice of deposition of Loretta Boudreaux,
18 notifying you that your deposition would be today
19 at 10 o'clock here at the offices of Morris Bart;
20 right? It's all on the front here.
21 A. Oh, the front. Okay. Yes.
22 Q. Okay. And when -- when did you have your
23 meeting with the lawyers? Was it yesterday
24 or . . .
25 A. I had a meeting with lawyers yesterday,

Page 64

1 and we had a meeting Friday morning.
2 Q. All right. Where did you meet yesterday?
3 A. In one of the rooms over here.
4 Q. Here at Morris Bart?
5 A. Yes.
6 Q. All right. How long did you meet for
7 yesterday?
8 A. A couple hours, a little longer maybe.
9 Q. Can you tell me who attended the meeting,
10 if you remember the names?
11 A. I'm going to try to remember them all.
12 There's Karen and Emma and --
13 Q. Okay. Wait. Let me stop you with -- with
14 the Emma.
15 You're talking about Emma Kingsdorf who's
16 sitting here today?
17 A. Yes.
18 Q. All right. And -- and Karen is -- well,
19 we don't have Karen here today, do we?
20 A. No. She brought me in here. She --
21 Q. Oh, okay. I know who you're talking about
22 then.
23 And who else was there?
24 A. We had -- well, I call him Rick. That's
25 what he . . . And they --

Page 65

1 Q. Is that -- is that Mr. Root, Richard Root?
2 A. Yes.
3 Q. All right. And -- and then who else?
4 A. David.
5 Q. Mr. Byrne, David Byrne. All right.
6 A. Okay.
7 Q. Oh. No. I'm not telling you you can't
8 call him David. I'm -- I'm just clarifying that
9 his -- his name is Mr. Byrne for the record. Call
10 him whatever you want.
11 A. Okay.
12 Q. All right. And have you now told me all
13 the people that you can remember at the meeting?
14 A. Oh, Dawn. Excuse me. I'm --
15 Q. No reason --
16 A. -- so sorry.
17 Q. Oh, Dawn. Okay.
18 A. Dawn, yes.
19 Q. All right.
20 A. Oh, excuse me.
21 Q. All right. That's all right.
22 And so you're referring to Dawn Barrios,
23 who's --
24 A. Yes.
25 Q. -- in attendance today?

Protected - Subject to Further Protective Review

Page 66

1    A. Yes.
2    Q. All right. Now, was -- was Mr. Boudreaux
3 here at the meeting?
4    A. No.
5    Q. Did he drive you down?
6    A. Yes.
7    Q. Okay. And did he kind of drive you into
8 town and then hang around and wait for you to be
9 done and then come back, or what did he do?
10    A. He -- he stayed at the InterContinental
11 Hotel, which is adjacent to this. There was a
12 room. He didn't come to here, but he drove me
13 because I don't drive.
14    Q. Okay. So I'm -- I'm taking away from your
15 answer that you came in on Friday for the first
16 meeting and then stayed the weekend; is -- is that
17 right?
18    A. The Friday, I met -- we met at my home.
19    Q. I see. Okay.
20    And then you -- and then you came in
21 yesterday and stayed in a hotel overnight --
22    A. Yes.
23    Q. -- is that right?
24    So that --
25    A. Yes.

Page 67

1    Q. -- that way you wouldn't have to go all
2 the way back to Lockport and then come back the
3 next morning?
4    A. That's what my attorney said. Yes.
5    Q. Okay. Good.
6    And the meeting on Friday at your home,
7 who was there for that, please?
8    A. Okay. Let's see. Emma was there. Dawn
9 was there.
10    Q. Dawn Barrios?
11    A. Yes.
12    Q. All right. And Emma Kingsdorf?
13    A. Karen.
14    Q. Karen?
15    A. Karen was there. And David was there.
16    Q. All right. How long did that meeting
17 last?
18    A. Two, three hours.
19    Q. All right. What time of day was that?
20    A. Excuse me? Would you repeat?
21    Q. Yes. I'm sorry. I wasn't looking at you
22 when I spoke.
23    What time of day was that?
24    A. When? Oh. About 11:00 in the morning.
25    Q. Okay. So it went from about 11:00 to --

Page 68

1 11:00 to 2:00, something like that? 11:00 to
2 1:00, 11:00 to 2:00?
3    A. I -- I don't really recall. We were
4 playing with the dogs too.
5    Q. All right. Okay. All right. And was --
6 did Mr. Boudreaux attend the meeting?
7    A. No.
8    Q. Where was he during the meeting?
9    A. He was working.
10    Q. I see.
11    He's still working at -- as a security
12 guard?
13    A. Yes.
14    Q. Over at the shipyard?
15    A. Yes.
16    Q. What's the name of that shipyard? Do you
17 remember?
18    A. Bollinger's.
19    Q. Bollinger's.
20    How many hours is he working now?
21    A. He works five days, and then he has the
22 weekend and a week off. And then he works another
23 five days. He works 12 hours a day. And totally
24 in the month, he works for about ten days,
25 separate week.

Page 69

1    Q. All right. And does he work -- does
2 sometimes his work fall on weekends?
3    A. Not -- not anymore.
4    Q. Not anymore.
5    Why did he stop working on weekends?
6    A. Because of his condition, because of the
7 Xarelto.
8    Q. Well, how is a weekend day different from
9 a regular day? That's what I'm asking.
10    A. Okay. A regular day, he stays in the
11 office and he checks people in. And they have --
12 they are very serious about their security. So he
13 writes driver's licenses down. He gives tags to
14 the ones that go in and everything. And so that's
15 what he does then.
16    But on Saturdays and Sundays, when the
17 shipyard is closed, someone at -- the one who's
18 working there -- and usually on Saturday and
19 Sunday there are two. They have to go on a golf
20 cart and they have to check the clocks, that no
21 one has checked in and -- and indicate the hour
22 that they have checked in there, to make sure that
23 they are doing their jobs. So this got too
24 difficult for him.
25    The -- the last time he worked on a

Page 70

1 Saturday was before he had the problems with
2 Xarelto and the gastrointestinal. And he was --
3 he was feeling so bad. And he was so bad that the
4 other guy that was with him told him that he
5 should go home.
6    Q. Okay. So I'm -- I'm just going to sort of
7 sum -- sum up your answer so that I can make sure
8 I understand what you just told me.
9    He still works weekdays because on
10 weekdays he's in the office and checking people in
11 as they come in and out of the plant?
12    A. And he doesn't have to run on -- in and
13 out of . . .
14    Q. Right. And on weekends, when the plant is
15 closed, he has to be a little more active, running
16 around in the golf cart to check on --
17    A. Yes.
18    Q. -- the different clocks, as you --
19    A. Yes.
20    Q. -- say?
21    And so he didn't feel up to that?
22    A. Right.
23    Q. All right. Is he still --
24    MS. BARRIOS:
25    Excuse me. His -- let him finish his

Page 71

1 entire question before you answer --
2 okay -- so that . . .
3    THE WITNESS:
4    Yes.
5    MR. BYRNE:
6    The deposition will read a little
7 better that way.
8    THE WITNESS:
9    Sorry.
10    MR. McCAULEY:
11    It's just a matter of getting used to
12 our speech patterns. Sometimes I'll pause
13 in the middle of a sentence and you'll
14 think I'm done, when it's just a head
15 fake.
16 BY MR. McCAULEY:
17    Q. So he still is working, though, as I -- as
18 I -- as I understand it, the same number of hours,
19 just simply different days of the week? No longer
20 on weekends?
21    MR. BYRNE:
22    Object to form.
23    THE WITNESS:
24    I -- I need to clarify that a little.
25    He does not work the same amount of hours

Page 72

1 because he doesn't week on -- work on the
2 weekend anymore.
3 BY MR. McCAULEY:
4    Q. So he works Monday through Friday, has a
5 weekend, and then a full week and another weekend
6 off and then Monday to Friday again?
7    A. Right.
8    Q. Is that -- is that the way it is?
9    A. Yes. He works two weeks out of the month.
10    Q. Okay. And is that -- and that has been
11 his schedule since he got out of the hospital from
12 his gastrointestinal bleed, basically?
13    A. Yes. He -- yes.
14    Q. Okay. Now, back to Exhibit 1. If you
15 would open to the last page, Page 4, please. I --
16 I think you said you reviewed these document
17 requests that are on Page 4 with your counsel
18 during your meetings.
19    Did you bring any documents with you
20 today?
21    A. No.
22    Q. All right. Do you have that -- you said
23 there was some kind of a sheet relating to testing
24 that -- that you looked at?
25    A. Not at this time, late -- it's -- I did

Page 73

1 not have any document with me. Nothing.
2    Q. Okay. But do you have that sheet that you
3 looked at? I -- I just want to understand what it
4 is that you looked at.
5    A. No.
6    MR. McCAULEY:
7    All right. And, Counsel, I'll ask if
8 you'll provide that -- whatever the
9 witness looked.
10    MR. BYRNE:
11    It's -- it's the medication guide.
12    MR. McCAULEY:
13    The --
14    MR. BYRNE:
15    It's the 2015 or the most recently
16 issued medication guide. We'll get you a
17 copy of that.
18    MR. McCAULEY:
19    Is it the -- the full prescribing
20 information or --
21    MR. BYRNE:
22    Yeah.
23    MR. McCAULEY:
24    -- simply the patient medication
25 guide?

Page 74

1    MR. BYRNE:
2       It's the full -- it's the full
3    prescribing information.
4    MR. McCAULEY:
5       Okay.
6    MR. BYRNE:
7       It's the long form.
8    BY MR. McCAULEY:
9    Q.  I'm really reacting to something that you
10   mentioned, Mrs. Boudreaux.  You said there was a
11   sheet about testing, and that's -- that's what I'm
12   real -- which I -- I don't know that it's
13   contained in the medication guide.
14   A.  It is contained in the medication guide.
15   At the very end of it, there are tests that was
16   done with Coumadin and Xarelto.
17   MR. BYRNE:
18      You're talking about the clinical
19   trial information?
20   MR. McCAULEY:
21      Well --
22   MR. BYRNE:
23      You're referring to the clinical --
24   well --
25   THE WITNESS:

Page 75

1       Yes.
2    MR. BYRNE:
3       -- go ahead.
4    THE WITNESS:
5       Okay.  Well, the -- the clinical
6    information of the tests that were done.
7    And the test does reveal that in the
8    United States, that Xarelto has 50 percent
9    more of a bleeding issue than Coumadin.
10   BY MR. McCAULEY:
11   Q.  And you read that in the prescribing
12   information?
13   A.  Yes.
14   Q.  All right.  When you learned that
15   information, did you think, Well -- well, golly,
16   if that's the case, maybe -- maybe Mr. Boudreaux
17   can go on Coumadin?
18   A.  No.  His doctor told him that he could not
19   go on blood thinners again.
20   Q.  And did his doctor tell him why he
21   couldn't go on blood thinners again?
22   A.  Well, he -- because of too much bleeding.
23   The -- because the Xarelto had caused him to bleed
24   a great deal.  It had continued for a time when he
25   was in the hospital.  There was no antidotes for

Page 76

1    it.  And so he would not let him take any blood
2    thinner after that.
3    Q.  Did the doctor think that any blood
4    thinner might make him bleed the way Xarelto had
5    made him bleed?
6    MS. BARRIOS:
7       Objection.
8    THE WITNESS:
9       I don't know.
10   MR. BYRNE:
11      Object to form.
12   BY MR. McCAULEY:
13   Q.  Is that what you -- is that what you
14   thought?
15   MR. BYRNE:
16      Object to form.
17   BY MR. McCAULEY:
18   Q.  Is that what you think?
19   MR. BYRNE:
20      Object to form.
21   THE WITNESS:
22      I don't know.
23   BY MR. McCAULEY:
24   Q.  All right.  Now, do you -- do you have any
25   social accounts, like Facebooks or -- I don't know

Page 77

1    -- Snapchats --
2    A.  eBay.
3    Q.  E --
4    A.  eBay and Facebook.
5    Q.  eBay and Facebook.  All right.
6       Now, on Facebook, do you ever put any
7    postings about Mr. Boudreaux's condition or the
8    events or -- or whatever happened to him about
9    Xarelto?
10   A.  No.
11   Q.  All right.  Have you ever had any like
12   discussions with friends or -- or people you met
13   online about Xarelto?
14   A.  No.
15   Q.  Have you ever gone to search the Internet
16   for information about Xarelto?
17   A.  No.
18   Q.  All right.  Have you ever been part of any
19   support groups, whether online or offline, for --
20   for families who have been affected by Xarelto?
21   A.  No.
22   Q.  All right.  Is there anyone you've talked
23   about -- who you've talked to about
24   Mr. Boudreaux's experience with Xarelto other than
25   Mr. Boudreaux and your counsel?

Protected - Subject to Further Protective Review

Page 78

1    A.  Just told our oldest son, Mike, what was
2   happening.
3    Q.  When did you tell Mike what was happening?
4    A.  At -- at the beginning of what was going
5   on, because we did not want to make this an issue
6   everybody knew about.  And he was the oldest, so
7   we told him.  So we would -- he would have -- we
8   would have someone to know what was going on.
9    Q.  I see.
10    So when you say "what was going on," you
11   mean the fact that you have a lawsuit or something
12   else?
13    A.  The fact that the bleeding -- you know, he
14   -- he knew the severity of the bleeding.  He
15   traveled through the -- the snow and ice to come
16   and -- to be there with his father.  So it -- the
17   thing was that we were going to enter in a
18   lawsuit, and that -- that's -- that's what we
19   explained to him, that we were.  And of course he
20   knew what had happened with Xarelto.  He knew
21   about the gastrointestinal bleeding.  He was there
22   for -- for part of it.  So he understood that.
23    Q.  So how did he come to understand when he
24   was there -- were -- were you talking about when
25   he was at the hospital during that event?

Page 79

1    A.  Oh, no.
2    It -- this was later, after -- after my
3   husband had returned from the hospital.  And it
4   was not the same occasion.  It was an occasion
5   later.  It was not when he -- not when he came
6   from the hospital of -- with the gastrointestinal.
7   When he had the gastrointestinal, it was because
8   of his condition, and also they were hoping to see
9   him for his birthday, which was the day after he
10   was released from the hospital --
11    Q.  All right.
12    A.  -- because of gastrointestinal.
13    Q.  Mr. Boudreaux's birthday, remind me what
14   that is, please.
15    A.  February the 8th.
16    Q.  Right.  So -- but what I want to
17   understand is -- I think you said just a couple of
18   seconds ago that your son understood what Xarelto
19   had done with the bleeding.  I'm -- I'm
20   paraphrasing what you said.  I'm not quoting you
21   exactly.
22    MR. BYRNE:
23    Object to form.
24   BY MR. McCAULEY:
25    Q.  Can -- can you -- can you tell me when he

Page 80

1   understood the relationship between Xarelto and
2   the bleeding --
3    MR. BYRNE:
4    Object to --
5   BY MR. McCAULEY:
6    Q.  -- and when -- when he came to understand
7   that?
8    MR. BYRNE:
9    Sorry.  Object to form.  You may
10   answer.
11    THE WITNESS:
12    Answer him?
13   MR. McCAULEY:
14    Yes, please.
15    MR. BYRNE:
16    You may.
17    THE WITNESS:
18    Okay.  At the hospital, I think he --
19   he knew that there -- that they were not
20   testing him in the -- the room.  He knew
21   that my husband was going to have a
22   colonoscopy.  And he's pretty worldly,
23   pretty smart.  And so he knew that my
24   husband -- you know, the serious
25   condition, but we never spoke to him about

Page 81

1   anything else but that.
2   BY MR. McCAULEY:
3    Q.  Well, did you understand at the time that
4   your husband went in the hospital that his
5   bleeding had something to do with Xarelto?
6    A.  I didn't know the name of the blood
7   thinner.  He didn't tell -- my husband didn't tell
8   me the name.  So I just -- since he had never had
9   that before, bleeding like that, I -- I just
10   associated it with the Xarelto.
11    Q.  So are you saying that when your -- at the
12   time your husband began having his -- when he was
13   hospitalized for his gastrointestinal bleed, you
14   understood at that time that he was on blood
15   thinners; is that right?  He was on a blood
16   thinner?
17    A.  Yes.
18    Q.  But you didn't know which one it was?
19    A.  He had not told me.
20    Q.  Well, did you know even without being told
21   by him which one it was?
22    A.  No.
23    Q.  All right.  Did you -- but because you
24   knew he was on blood thinners, did you associate
25   in your mind the fact that he was on blood

Page 82

1 thinners with the fact that he was having a
2 gastrointestinal bleed?
3    MR. BYRNE:
4       Object to form.
5    THE WITNESS:
6       I think from -- from my being ill a
7    lot of the times and -- and from knowing
8    that medications can cause this, I -- I
9    didn't know what else to think. I assumed
10   that that was because of that.
11 BY MR. McCAULEY:
12   Q. Because of the blood thinner?
13   A. Yes.
14   Q. All right. Did you ask any of the doctors
15 about that?
16   A. No.
17   Q. Did any of the doctors say anything to you
18 about that?
19   A. I didn't see the doctors. No.
20   Q. So were you ever there when Mr. Boudreaux
21 was being counseled or interviewed or talked to by
22 doctors?
23   A. No -- well, once --
24   Q. During the -- and -- and I want to be
25 clear. During the period of time he was in the

Page 83

1 hospital for his gastrointestinal bleed.
2    A. I was there the entire time.
3    Q. All right. Being there, were you -- were
4 you privy to or present at discussions about what
5 was causing the bleed?
6    A. No. I was only -- only spoke to a doctor
7 one time, and he was to tell us that he needed
8 another colonoscopy because my husband's bleeding
9 was so much so that they could not do the test on
10 the colonoscopy. And he had just drunk a whole
11 quart of that. And he had all the results of
12 leaving that. And they had told us that he would
13 be taken in to do the colonoscopy test. And they
14 didn't -- they weren't coming. They weren't
15 coming. So I -- I walked up to the nurses
16 station. And all the -- the three doctors were
17 talking together. And I -- and they were talking
18 about what was going on. And the doctor told me
19 -- he said he -- you know, they would come talk to
20 us.
21    So they came in there. And I believe they
22 frightened me more than anything else because this
23 is when they told me that they could not do the
24 test because his condition was critical and that
25 the test might be dangerous because of the -- of

Page 84

1 his condition and they could not see well enough
2 to do the colonoscopy. So if he was still having
3 so much blood, I was still concerned.
4    Q. All right. Do you remember the names of
5 any of these doctors who spoke to you?
6    A. I'm sorry. No.
7    Q. Have you ever seen them since?
8    A. No.
9    Q. All right. And were they all men?
10   A. Yes.
11   Q. None of them -- and was any of them in
12 charge of your husband's care at the time?
13   A. I can't -- I don't know that.
14   Q. I'm going to say some names. Remember I
15 told you I would try to refresh your recollection
16 by probing a little bit.
17    Do you -- do you remember a Dr. Masri at
18 the hospital?
19   A. No.
20   Q. Do you remember a Dr. Joshi?
21   A. No.
22   Q. All right. Do you remember the name of
23 the gastroenterologist who did the scoping?
24   A. No.
25   Q. Do you remember the names of any of the

Page 85

1 residents that -- Dr. -- Dr. -- well, I'm not
2 going to say the names because I've probably
3 forgotten what they are exactly.
4    Do you remember any of the names of the
5 residents who --
6    A. No.
7    Q. -- participated in your husband's care?
8 All right.
9    Do you -- do you remember the -- the names
10 of any of the nurses that were helping out?
11   A. No.
12    I -- I do remember a wonderful nurse who
13 helped me so much when I went in, but I don't know
14 her name. I was too -- too worried about my
15 husband to even pay attention to that. But I had
16 gone in dragging clothes. And I -- I could tell
17 you the story later. I presume I just answer it.
18 But she was so kind to me. When I -- I got into
19 the intensive care, she was so kind to me.
20    And I -- and I was very upset. And I
21 said, How long can I stay in here?
22    And she said, As long as you want.
23   Q. And that was when your husband was in the
24 Kenner hospital; is that right?
25   A. Definitely.

Page 86

1    Q. And you didn't really have the way to go
2  back and forth every day and so you wanted to stay
3  there with him; is --
4    A. Yes.
5    Q. -- that right?
6       And they were very -- they were very kind
7  and -- and brought in a recliner for you to sleep
8  in?
9    A. Yes.
10   Q. Your husband testified about that at his
11 deposition. So we know about that.
12   A. Right on the side of his bed.
13   Q. All right. And so you were able to stay
14 with him virtually the whole time he was there?
15   A. Yes.
16   Q. In the ICU?
17   A. Yes.
18   Q. All right. Now --
19      THE VIDEOGRAPHER:
20         Two minutes.
21      MR. McCAULEY:
22         Yeah. I think we'll just take a short
23      break to change the tape. If you need to
24      get up and move around, we can do that.
25      But I just want to change the tape.

Page 87

1       THE VIDEOGRAPHER:
2          We're going off the record. This is
3       the end of Tape 1. It's 11:46.
4       (Brief recess was taken.)
5       THE VIDEOGRAPHER:
6          We're back on the record with Tape 2.
7       It's 12:02.
8  BY MR. McCAULEY:
9    Q. All right, Mrs. Boudreaux. Can I ask you
10 -- just I'm just going to run through this
11 document request list very quickly.
12      Do you know whether your -- any of your
13 lawyers have had any written communications with
14 any of Mr. Boudreaux's doctors or -- or other
15 health care providers?
16   A. I was never told, but I imagine they
17 would.
18   Q. Okay. But you don't have any copies of
19 such correspondence?
20   A. No.
21   Q. All right. And do you have any -- did you
22 have any communications yourself with any of
23 Mr. Boudreaux's doctors in writing, whether by
24 e-mail or text --
25   A. No.

Page 88

1    Q. -- or anything?
2       Do you text from your phone sometimes?
3    A. No.
4    Q. No. All right.
5       Do you -- do you have a smartphone?
6    A. Not for me. I don't have a cell phone at
7  all.
8    Q. All right. Do --
9    A. My husband has it.
10   Q. Okay. Do you go on -- you -- you do have
11 a computer account, though?
12   A. Yes. I have --
13   Q. Do you --
14   A. -- a laptop.
15   Q. Do you get and receive e-mails on the
16 computer?
17   A. Not -- not very much anymore, but I can
18 and do.
19   Q. All right. But you haven't communicated
20 with Mr. Boudreaux's doctors or health care
21 providers in that way?
22   A. No.
23   Q. All right. And I take it since you told
24 me you've never testified under oath before, you
25 don't have any transcripts of any testimony or

Page 89

1  anything like that?
2    A. No.
3    Q. All right. Do you -- did you keep any
4  calendars or notes or diaries or anything to help
5  you remember the important events related to
6  Mr. Boudreaux's experience with Xarelto?
7    A. No. He keeps something on a calendar. He
8  has his appointments, but he has nothing written
9  about his condition, just his appointments.
10   Q. Just appointments.
11      But you haven't like written down anything
12 about how you were feeling or how worried you are
13 or anything like that?
14   A. No.
15   Q. All right. Do you have any photographs of
16 you and Mr. Boudreaux or Mr. Boudreaux alone that
17 -- that have been taken since 2012?
18   A. No. We have located all of the latest
19 photos that we could find. My -- Mr. Boudreaux is
20 the photographer. And we have grandchildren, so
21 we take pictures of them. And we don't like what
22 we look like, so we don't take too many pictures
23 of ourselves.
24   Q. All right. Well -- so are you saying then
25 that you really don't have any pictures of

Protected - Subject to Further Protective Review

Page 90

1  Mr. Boudreaux since 2012?
2      A.  That's correct.
3      Q.  All right.  Now, I -- you testified
4  earlier that at the time that Mr. -- Mr. Boudreaux
5  went into the hospital for his gastrointestinal
6  bleed you knew he was on blood thinners, but you
7  didn't know he was on Xarelto.
8          When did you learn he was on Xarelto?
9      A.  I don't remember.  The whole time he was
10  in there I did not know what blood thinner I was
11  angry at.
12     Q.  Okay.  You knew you were angry at a blood
13  thinner, just not which one?
14     A.  Definitely.
15     Q.  All right.  Now, did you -- did you -- did
16  you ever get -- well, first of all, Mr. Boudreaux
17  said he has a mail order pharmacy prescription
18  service.  Do you -- do you know that?
19     A.  Yes.
20     Q.  Do you get your prescriptions by mail
21  also?
22     A.  Yes, but not the same one.
23     Q.  Not the same prescriptions, obviously, but
24  different prescriptions for --
25     A.  Yes.

Page 91

1      Q.  -- whatever conditions you have.
2          But when you -- when you get your mail
3  order prescriptions, do they come -- I -- I just
4  want to make sure I understand this.  Do they come
5  to your house and -- rather than -- in other
6  words, are they sent to a local pharmacy and you
7  have to go pick them up, or are they mailed
8  directly to your house?
9      A.  Mine are mailed directly.
10     Q.  How about Mr. Boudreaux's?
11     A.  His -- his are mailed directly too.
12     Q.  And who picks up those -- when -- when the
13  mailing comes in like that, who -- who gets the
14  mail in your house?
15     A.  Me most of the time when he's working.
16  When he comes in, he's anxious to see the mail.
17  But I'm the one who usually gets it.  I -- and if
18  there's medicine and all, I just put it on the
19  side for him.  I don't open it.
20     Q.  I see.
21          So is it -- do you recall when his
22  prescription for Xarelto came into your house?
23     A.  No.
24     Q.  And I take it from your answer just a
25  second ago that you -- if it came in, you wouldn't

Page 92

1  have looked and opened it to see what was --
2      A.  No.
3      Q.  -- in there?
4          So that's why -- that's an explanation for
5  why you didn't know he had Xarelto --
6      MR. BYRNE:
7          Object to form.
8  BY MR. McCAULEY:
9      Q.  -- is that right?
10     A.  Yes.
11     Q.  Have you seen any of the Xarelto bottles
12  or -- or materials left over from -- from after
13  his gastrointestinal bleed?
14     A.  I may have seen the bottle.  I didn't open
15  anything.  I didn't see -- I -- no.  I didn't see.
16     Q.  Okay.  Did you -- did you ever read any --
17  after Mr. Boudreaux opened his materials up,
18  whether before or after he had the -- the -- the
19  problem with Xarelto, either before or after that,
20  did you ever go and look at any of the materials
21  that came with his -- with his --
22     A.  No.
23     Q.  -- drug?
24     A.  No.
25     Q.  Does he have a special place where he

Page 93

1  keeps his materials for things, like -- important
2  things like drugs and prescriptions?
3      A.  We -- he has a cabinet that keeps his
4  prescriptions in it.  I have -- he takes -- he has
5  one side.  I have a separate cabinet.
6      Q.  I see.
7      A.  And his medications are all in his.
8      Q.  All right.  And is it -- is it fair to say
9  that you did not get involved in any way in
10  helping Mr. Boudreaux remember which medications
11  he had to take?  Is that true?
12     A.  That's true.
13     Q.  That he does it all himself?
14     A.  Yes.
15     Q.  And he -- he arranges his -- does he
16  arrange it in a little pill divider?
17     A.  Yes.
18     Q.  And do you know what -- do you -- do you
19  even know what his list of medications is?
20     A.  Some, but not all.  Baby aspirin.
21     Q.  Any others besides baby aspirin?
22     A.  I know he takes a prostate pill.  He takes
23  blood pressure pills.
24     Q.  Do you know what pills he's taking for the
25  blood pressure?

Page 94

1    A. No.
2    Q. All right. Okay. And I -- I think you
3  told me earlier that you've not get -- done any of
4  your own research about Xarelto. I was just
5  wondering whether you or Mr. Boudreaux have any
6  collection of papers about Xarelto that either of
7  you has collected, received, or otherwise come
8  into possession of about the drug?
9    A. No.
10   Q. All right. Did you ever clip any
11 newspaper articles about the drug?
12   A. No.
13   Q. Did you ever have any communications with
14 -- with the companies that made Xarelto, like --
15   A. No.
16   Q. -- Janssen or Johnson & Johnson or -- or
17 Bayer or anything like that?
18   A. I didn't know who it was. No.
19   Q. All right. Okay. I'm going to show
20 you --
21   MR. McCAULEY:
22       We'll mark this as Exhibit 2.
23   (Exhibit No. 2 was marked for
24   identification and attached hereto.)
25   MR. McCAULEY:

Page 95

1        I'm sorry. I only brought two copies.
2    It's the plaintiff fact sheet.
3    MS. duPONT:
4        Oh. I have a copy of it.
5    MR. McCAULEY:
6        You have it?
7    THE WITNESS:
8        Can I have my glasses?
9    MS. duPONT:
10       What page?
11   MR. McCAULEY:
12       It's --
13   MS. BARRIOS:
14       Yes. It's Fourth Amended Plaintiff
15   Fact Sheet.
16   MS. duPONT:
17       She needs her glasses.
18   MR. BYRNE:
19       Yeah.
20   THE WITNESS:
21       In my purse.
22   MS. BARRIOS:
23       Yes, ma'am.
24   THE WITNESS:
25       Oh. Thank you.

Page 96

1  BY MR. McCAULEY:
2    Q. While she's getting your glasses, I have a
3  couple of other questions.
4        Mr. Boudreaux said you have macular
5  degeneration. Is that --
6    A. Yes.
7    Q. -- true?
8        And how does that affect your eyesight?
9    A. Right now they say that it's -- it's
10 minimal. And I have this little square, and I
11 have to look into it. And if any of the lines
12 disappear, then I have to go back to the doctor.
13 But it -- it -- it's not really too -- too serious
14 right now. But I do go, and I have to go back
15 every -- every year for sure. But I can still see
16 well. I've had cataract surgery. And I can still
17 see well. And I can see well until my eyes get
18 very tired.
19   Q. Okay.
20   A. Then they blur a little.
21   Q. All right. When were you diagnosed with
22 macular degeneration?
23   A. Let's see. The . . . About a little -- a
24 little over a year ago.
25   Q. Did that have anything to do, if you know,

Page 97

1  with your diabetes?
2    A. Yes.
3    Q. What -- so it's a -- it's one of the
4  things that can happen to you if you have
5  diabetes?
6    A. Yes.
7    Q. Okay. All right. And another thing I
8  wanted to ask you was -- it was -- it was told to
9  us by counsel before we started today that you
10 have a little bit of a hearing loss; is that
11 right?
12   A. Yes.
13   Q. Do you have a hearing aid or anything? I
14 can't notice one. But -- so you have --
15   A. Yes.
16   Q. -- a little one in there?
17   A. Two.
18   Q. Oh. Two. Okay.
19   A. Yes.
20   Q. So have you been able to follow my
21 questions today? And any trouble hearing me, as
22 long as I'm talking directly to you?
23   A. Well, the first one is yes, I can hear
24 you. And -- and definitely when you're talking
25 right to me, I have no problem there.

Page 98

1    Q.  Terrific.  Okay.  Well, just let me know
2  if -- if I say something that you can't hear
3  because I'm pointing some other direction.  Okay?
4    A.  Okay.
5    Q.  All right.  Now, just before we move off
6  of the notice of deposition -- you may have
7  answered this already.
8      But you have no documents to produce in
9  response to any of those specific --
10   A.  No.
11   Q.  -- requests; right?  Is that right?
12   A.  That I brought, yes.
13   Q.  Okay.  Thank you.
14     Now, would you look at Exhibit 2.  It's
15 actually marked Exhibit 2 and Exhibit 7.  But the
16 7 is from your husband's deposition.  And I'm --
17 I'm not going to stay long on this document.  I
18 just -- I just wanted to ask you one or two things
19 about it.
20   A.  Okay.
21   Q.  Mrs. Boudreaux, this is -- this is
22 something called the Fourth Amended Plaintiff Fact
23 Sheet.  I'm going to show you.  It's this one
24 right here.  And do you see where it says that at
25 the top, "Fourth Amended Plaintiff Fact Sheet"?

Page 99

1    A.  Yes.
2    Q.  All right.  This is -- this is a document
3  that was supplied to us by your counsel.  Mr. --
4  I'm just giving you some context.  Mr. Boudreaux
5  testified that he got -- he got the questions on
6  it to -- to fill in information about, and he --
7  and he filled in the information.  And then it was
8  typed up by counsel.
9      My only question to you is:  Did you help
10 Mr. Boudreaux put together this plaintiff fact
11 sheet?
12   A.  No.
13   Q.  Okay.  Did you have anything to do with
14 preparing the plaintiff fact sheet?
15   A.  No.
16   Q.  Did you know that he was doing that,
17 putting together --
18   A.  No.
19   Q.  -- responses to information?  All right.
20     If you wait just a tick until I finish my
21 question, we'll be -- we'll be -- have a better,
22 cleaner transcript.
23   A.  I'm sorry.
24   Q.  That's all right.  Don't apologize.
25     All right.  So you can put that away.  I

Page 100

1  don't have any further questions about it.
2      Have you -- have you ever been a party in
3  a lawsuit before?
4    A.  No.
5    Q.  And I'm going to ask you some questions
6  that may sound -- may sound rude coming from me.
7  They're not intended that way.
8      Have you ever -- have you ever been in
9  bankruptcy?
10   A.  No.
11   Q.  Has Johnny?
12   A.  No.
13   Q.  Have -- has -- have you ever been
14 convicted of a crime?
15   A.  No.
16   Q.  All right.  And Mr. Boudreaux told us he
17 hadn't either.  Is -- do you know anything else?
18   A.  No.
19   Q.  All right.  Like I say, I have to ask
20 those questions.  And now we're done with those
21 questions.
22     When -- when did you decide to get a
23 lawyer for this case?
24   A.  I don't remember exactly when.
25   Q.  Well -- well, let me ask you a question to

Page 101

1  help you -- see if it helps you remember.
2      Was there something that you saw or
3  received in the mail -- saw on TV or received in
4  the mail that made you think you should consider
5  getting a lawyer?
6    A.  Nothing in the mail.  Just Arnold Palmer's
7  commercial.  That's it.
8    Q.  Well, what -- was there anything about
9  Arnold Palmer's commercial that made you think
10 that you might want to get a lawyer to -- to sue
11 Xarelto, the makers of Xarelto?
12   A.  No.
13     What we noticed about that is that there
14 -- there was -- Arnold, who was -- my -- my
15 husband told me he was -- he was very shaky and
16 very -- elderly.  And there was a basketball
17 player, a tall one.  There were others.  And I was
18 wondering if they all took the same Xarelto as --
19 as -- and -- you know, as my husband did.  Because
20 it seemed like it were -- with people from
21 different sizes, different shapes, all walks of
22 life.  So that made me curious about Xarelto.
23   Q.  All right.  Well, let -- let me -- I'm
24 going to ask you a few more questions about the
25 Arnold Palmer commercial in a second.

Protected - Subject to Further Protective Review

Page 102

1    But did you ever see any -- any
2  commercials on TV by lawyers that said, If you --
3  I'm paraphrasing -- if you or a loved one has --
4  has had an adverse event with Xarelto, you may
5  have legal rights, something like that?  Did you
6  ever see any commercials like that?
7    A.  Yes.
8    Q.  Did you see that before or after
9  Mr. Boudreaux went on Xarelto?
10    A.  After.
11    Q.  After.
12    And was it -- did you see it before or
13  after he had his gastrointestinal bleeding
14  incident?
15    A.  I would say after.
16    Q.  After.
17    Do you recall -- are you sure that you
18  didn't see it before?
19    A.  No.
20    MR. BYRNE:
21      Object to form.
22  BY MR. McCAULEY:
23    Q.  All right.  Did you ever hear of Xarelto
24  before Mr. Boudreaux was put on it?
25    A.  No.

Page 103

1    Q.  So you don't recall ever seeing those
2  Arnold Palmer commercials before he went on
3  Xarelto?
4    A.  No.
5    Q.  That is, you -- you have no recollection;
6  is that --
7    A.  I have no recollection of that.
8    Q.  All right.  And, Mrs. Boudreaux, is it --
9  is it also correct that you had never heard of
10  Xarelto until you learned that Mr. Boudreaux was
11  taking Xarelto?
12    A.  Yes.
13    Q.  Is that --
14    A.  That's correct.
15    Q.  That's correct.
16    So -- so you had never heard about it by
17  watching a commercial or talking to a doctor or
18  seeing a pamphlet or brochure in -- in a doctor's
19  office?  Never heard of it and never thought of it
20  and never considered it; is that right?
21    A.  That's correct.
22    Q.  All right.  Now, when did you first see
23  the Arnold Palmer commercial?  Was it before or
24  after Mr. -- Mr. Boudreaux had his bleed?
25    A.  It was after, because I never noticed any

Page 104

1  Xarelto commercial.
2    Q.  All right.  Did you -- did you see that
3  Arnold Palmer commercial before or after you
4  talked to a lawyer about your legal rights with
5  respect to Xarelto?
6    MR. BYRNE:
7      Object to form.
8    THE WITNESS:
9      I think it's before.
10  BY MR. McCAULEY:
11    Q.  Did you -- you said you -- you saw that
12  there were different -- different sizes and
13  different ages.  Is that something you thought
14  about before you saw a lawyer or after you saw a
15  lawyer?
16    A.  I really don't recall.
17    Q.  Okay.  Now, have you seen any -- any
18  commercials for any other blood thinners?
19    A.  Yes.
20    Q.  All right.  What other blood thinners have
21  you seen commercials for?
22    A.  Pradaxa.
23    Q.  Pradaxa.
24    And when did you see the Pradaxa
25  commercial?  Was it before Mr. Xarelto -- I mean

Page 105

1  -- I'm sorry.
2    MR. BYRNE:
3      That's all right.
4  BY MR. McCAULEY:
5    Q.  Before Mr. Boudreaux went on Xarelto, or
6  was it after?
7    A.  After.
8    Q.  Okay.  Do -- was it before he had his
9  gastrointestinal bleed or after?
10    A.  After.
11    Q.  Okay.  Are you -- and you're -- you seem
12  pretty -- pretty confident of that response.
13    A.  After.
14    Q.  You -- so you're sure you never saw any --
15  any Pradaxa commercials before he went on blood
16  thinners?
17    A.  No.  No.  I know I didn't see that.
18    Q.  Okay.
19    A.  If it was ever on TV and it was a
20  commercial, I was probably getting something to
21  eat.
22    Q.  Yeah.  Well -- okay.  I won't go anywhere
23  with that.  So how is it that you and
24  Mr. Boudreaux made the decision to get a lawyer?
25    Well, let me ask you this question:  Had

Protected - Subject to Further Protective Review

Page 106

1 you ever before in your life hired a lawyer for
2 anything?
3     MR. BYRNE:
4     Object to form.
5     THE WITNESS:
6     No. I don't.
7 BY MR. McCAULEY:
8     Q. So this was all fairly new to you, this --
9 this experience of hiring a lawyer?
10     A. Yes.
11     Q. Something that you considered a very
12 important step to take?
13     A. Yes.
14     Q. So I assume Mr. Boudreaux and you sat down
15 and discussed it?
16     A. Yes.
17     Q. What did you discuss? What did you --
18 what did you think about and discuss when you
19 considered getting a lawyer?
20     A. Well --
21     MR. BYRNE:
22     Object to form.
23     THE WITNESS:
24     -- all of the suffering that he had
25     been through. My fear -- I was -- I was

Page 107

1     very, very frightened in there. I
2     couldn't leave his side because I thought
3     maybe I could help him, that if -- if he
4     was really bad off, that I -- I -- if I
5     was there, it was going to help. But
6     after that, he started having expenses.
7     And we did this -- we did talk about our
8     expenses and how -- he did have insurance,
9     but out-of-pockets were getting very
10     costly. So we discussed the possibility.
11 BY MR. McCAULEY:
12     Q. All right. Well, let me talk about those
13 expenses.
14     You had some out-of-pocket expenses for
15 what now? What specifically?
16     A. We had out-of-pocket expenses when -- the
17 time he was -- not -- we didn't have pay them at
18 the time he was in the hospital. But his -- for
19 his stay in Ochsners in New Orleans or Kenner,
20 whatever it's called, we had -- he had to pay --
21 his insurance paid some, but we had to pay other
22 expenses that weren't covered. And we paid them
23 monthly. We didn't pay them all at the -- one
24 time. You know, the -- the hospitals let us do
25 that.

Page 108

1     Then every time he had to go see a
2 specialist he had to pay $45, and he saw a
3 specialist quite a bit. So that was mounting too.
4     Then all of these tests that he took to
5 see if he would be a candidate for the LARIAT,
6 those were sent -- a lot of the tests that he did,
7 he had to put $150 down, you know, not down, but
8 just you had to pay it before. So this -- this
9 became rather expensive.
10     Q. All right. Who pays the bills in your
11 house?
12     A. My husband.
13     Q. Mr. Boudreaux pays the --
14     A. Yes.
15     Q. -- bills?
16     Is that -- is that true for all the bills,
17 the -- the gas, the electric, whatever mortgage
18 you have to pay, medical bills, even if they're
19 yours? All of those things, he pays?
20     A. Yes. I may -- I may pay something that
21 I've bought.
22     Q. Yes.
23     But -- but generally, when somebody sits
24 down on a monthly basis to pay the bills, that's
25 Mr. Boudreaux?

Page 109

1     A. Yes.
2     Q. He basically handles the checkbook?
3     A. Yes.
4     Q. All right.
5     A. I don't even have one.
6     Q. All right. So you -- you -- you have an
7 account together, and he handles the checkbook for
8 that?
9     A. Yes.
10     Q. All right. Did you -- do you -- do you
11 know -- did you keep track of what your
12 out-of-pocket expenses have been?
13     A. Not really.
14     Q. Can you -- can you tell me what you've
15 spent out of pocket, approximately? And I --
16 we'll get -- we'll get more documents, I hope,
17 from your counsel at some point. But I just
18 wanted to know whether you or Mr. Boudreaux kept a
19 log or -- or some sort of accounting of the
20 out-of-pocket expenses you had?
21     A. No.
22     He -- he paid them and he didn't tell me.
23 And he would tell me, I only paid $50 on this this
24 month, I only paid this, our -- you know, I was
25 unable to . . . And that's all I knew.

Page 110

1    Q. Do you have any current unpaid bills from
2  -- from -- that are related to Mr. Boudreaux's
3  experience with Xarelto that you know of?
4    A. Not that I know of. I -- no. I don't
5  think so.
6    Q. All right. So any expenses you've
7  incurred to date have so far as you know have been
8  either paid by insurance or -- or your portion,
9  your share, covered by Mr. Boudreaux and -- and
10  paid?
11    A. Yes. He still have to go to -- to -- to
12  more visits, though.
13    Q. Okay. And -- and what is he going to
14  visits for today? These days, I mean to say.
15    A. He -- he went for -- he went for the
16  LARIAT. He went for -- he went to Dr. Timothy to
17  be his -- his cardiologist. He's with the same --
18  CIS. He went to Dr. Timothy. And Dr. Timothy
19  advised that he -- he might be a candidate to see
20  Dr. Fail for the LARIAT. And Dr. Fail wanted to
21  check him out and to -- to see if he was -- he was
22  a candidate. And he said he was. And so we had
23  expenses there.
24    And could you repeat the question again?
25  I'm getting kind of . . .

Page 111

1    Q. That's all right. And that's -- I'm glad
2  you asked me to do that, because I --
3    A. Yes, please.
4    Q. -- I don't want you to be confused.
5    I guess what I'm asking is: These days,
6  what kinds of bills are you -- you've -- you've
7  confirmed for me, I think, that you don't have any
8  open unpaid bills related to Mr. Boudreaux's
9  experience with Xarelto. But then you went on to
10  say that he had some -- he had to pay some things
11  for the LARIAT procedure and -- and so forth.
12    Those have all been paid, have they?
13    A. I -- yes.
14    Q. All right.
15    A. But the LARIAT was kind of one of these
16  efforts that he had to do because he took the
17  Xarelto. And the doctor had told him there was no
18  way he was taking any other blood thinners.
19    Q. Blood thinners. Right.
20    And -- and he had the cardioversion
21  procedure too?
22    A. Yes.
23    Q. Did any -- did any doctor say that you
24  shouldn't have a cardio -- you should only have a
25  cardioversion procedure if you can't take blood

Page 112

1  thinners?
2    A. No. I trusted the doctors explicitly,
3  Dr. Fail particularly.
4    Q. Do you remember -- do you remember,
5  Mrs. Boudreaux, when -- when Mr. Boudreaux started
6  feeling poorly after he had been put on blood
7  thinners? Do you remember that point in time?
8    A. Yes.
9    Q. And one of the things that you did was
10  call into the doctor's office to report how badly
11  he was feeling; right?
12    A. No.
13    Q. No? You did not call the doctor?
14    A. No.
15    Q. All right.
16    A. Because he wouldn't let me.
17    Q. All right. So -- but do you recall,
18  though, that he was getting ready to have a
19  cardioversion procedure at the time that he
20  started feeling poorly and that that had to be
21  cancelled?
22    A. I believe they talked about that.
23    Q. All right. So the cardioversion procedure
24  would have happened, do you agree with me, whether
25  or not he was on Xarelto or any other blood

Page 113

1  thinner or no blood thinner at all?
2    MR. BYRNE:
3    Object to form.
4    THE WITNESS:
5    Well, I -- I expected that he -- they
6    wanted his heart rhythm out of what they
7    called as a-fib.
8    MR. McCAULEY:
9    Right.
10    THE WITNESS:
11    So I expected that something would be
12    tried for this.
13  BY MR. McCAULEY:
14    Q. All right. If I wanted to figure out what
15  out-of-pocket costs -- if you needed to figure out
16  what out-of-pocket costs you've incurred, how
17  would you go about doing that?
18    A. I could take the number of visits he had
19  -- and he never showed me the bill from Ochsners
20  for his -- the gastro problems. I never saw that.
21  So I'm not sure what the insurance paid. So I just
22  know that each visit of that is -- costs $45 for a
23  specialist and that some of the tests -- I don't
24  understand the workings. I'm not an insurance
25  agent, and I don't understand the workings of

Protected - Subject to Further Protective Review

Page 114

1 that. But certain amounts were paid, but he would
2 have to pay -- with some tests, he told me I had
3 to pay $150.
4 Q. Okay. All right. But -- so if you wanted
5 to find that out, would you talk to Mr. Boudreaux?
6 Is that who you would talk to?
7 A. Yes.
8 Q. All right. Do just -- do you think he
9 keep records of that?
10 A. Yes.
11 Q. And he pays -- whatever bills he pays, he
12 pays with a checkbook; is that right?
13 A. Yes.
14 Q. He doesn't pay cash when he goes to see
15 the doctors?
16 A. No.
17 Q. Does he ever use a credit card to pay his
18 bills?
19 A. At times. I don't know if he ever used a
20 credit card to pay any of those bills.
21 Q. All right. Have any of your children
22 helped you financially in -- in response to this
23 Xarelto issue that you've had?
24 A. No. I'd say the only thing is, bringing
25 food over, helping to make sure . . .

Page 115

1 Q. Make sure you're okay?
2 A. Make sure we're okay, make sure that --
3 since he cooks, he couldn't cook, you know,
4 anything very much. So they -- we have sons that
5 are very good cooks, and they've brought us some
6 food.
7 Q. All right. Okay. Any -- anything else
8 they've done to help you along?
9 A. No.
10 Q. All right. Now, I just want to get a
11 little bit about your -- your education and
12 upbringing.
13 Were you -- did you -- were you raised
14 over there in Lafourche Parish?
15 A. Yes.
16 Q. That's where you were born and grew up?
17 A. Yes.
18 Q. Where did you go to high school?
19 A. It was called Larose-Cut Off High School.
20 Q. Larose?
21 A. Larose and then Cut Off.
22 Q. Cut Off, I --
23 A. Cut Off is the name of the town.
24 Q. Got it.
25 And when did you graduate from Larose?

Page 116

1 A. 1961.
2 Q. All right. And did you go on to college
3 from there?
4 A. Yes.
5 Q. When -- what year did you start college?
6 1962 or 1961?
7 A. '61 or '62, yes.
8 Q. Where did you go to college?
9 A. Nicholls State University.
10 Q. Is that -- where is that, please?
11 A. In Thibodaux, which is Lafourche Parish
12 too.
13 Q. Okay. And did you graduate from
14 Nicholls State?
15 A. Yes.
16 Q. When did you get your degree?
17 A. Let's see. I don't recall. Because I did
18 -- I took some time off from -- from getting my
19 degree because I -- I was pregnant. My husband
20 and I had married. And I was pregnant. And they
21 would not let me do any student teaching. So I
22 took time off.
23 Q. All right. Well -- well, let me ask you
24 then: What -- when did you -- you and
25 Mr. Boudreaux get married?

Page 117

1 A. 1964, on September the 5th.
2 Q. All right. So you've just -- just passed
3 your 52nd anniversary?
4 A. 52nd anniversary, yes.
5 Q. And -- and can you say they've been the
6 30 -- 30 happiest years of your life?
7 A. A little more than that.
8 Q. I'm just kidding. It's just a joke.
9 Yeah. I know it's a little more than that.
10 I'm -- I shouldn't make a joke about it.
11 But -- so you've -- you've had a good
12 strong happy marriage with Mr. Boudreaux?
13 A. Yes.
14 Q. All right. Still a good strong happy
15 marriage?
16 A. Yeah. Not as much talking and closeness,
17 but a good strong . . .
18 Q. All right. And I'm going to ask you a
19 little bit more about that in a minute.
20 But you got married in
21 September 5th, 1964. And I think -- so then you
22 had three children? You had Michael and David --
23 A. Mike --
24 Q. -- and Kevin; is that right?
25 A. -- David and Kevin. Yes, sir.

Page 118

1    Q. Can you give me the dates of birth of each
2 of those?
3    A. Okay. Mike, July 13th. And that was --
4    Q. '65?
5    A. Huh?
6    Q. 1965?
7    A. 1965.
8    Q. All right.
9    A. David was July 6th, two years later.
10    Q. 1967?
11    A. And Kevin is October 17th, and that's
12 1970.
13    Q. All right. And so you put off finishing
14 your education until after Kevin was born; is that
15 right?
16    A. Yes.
17    Q. And then you -- did you complete your
18 studies at Nicholls State University?
19    A. Yes.
20    Q. And you got a degree in what?
21    A. In secondary, in English, and social
22 studies.
23    Q. All right. Is that a four-year degree,
24 like a BA, a bachelor's degree?
25    A. It's a -- yeah. It's a -- it's a BA.

Page 119

1    Q. All right.
2    A. It's in education.
3    Q. Okay. And then did you go on to become a
4 teacher?
5    A. Not right away.
6    Q. When did you start teaching?
7    A. After I got my degree, after Kevin was --
8 was born and I was able to find someone trustable,
9 suitable to take care of my children, then I went
10 into teaching, looking for a job.
11    Q. Do you remember what year that was that
12 you found that person who could help you take care
13 of the kids?
14    A. Let's see. About 1972.
15    Q. Where did you go to teach?
16    A. I went to Galliano Elementary because I
17 could not find a job in my particular field. But
18 they did hire me to do fourth grade, and I did
19 that for half a year. And then I was able to find
20 a job in -- in English at Lockport Junior High.
21    Q. What -- what grades did you teach at
22 Lockport Junior High?
23    A. Seventh, eighth, ninth. That's when I
24 taught at Lockport Junior.
25    Q. Okay. Did you spend the rest of your

Page 120

1 teaching career at -- at Lockport?
2    A. No.
3    Q. All right. How long did you spend at
4 Lockport Junior High?
5    A. All but two years. I went to
6 South Lafourche High School and tried my hand at
7 teaching tenth, eleventh, and twelfth grade.
8    Q. English also?
9    A. English.
10       Now, at -- at Lockport, I did teach
11 history and civics and Louisiana history, world
12 history, and English.
13    Q. Okay. And then when you went to
14 South Lafourche --
15    A. South Lafourche, because that was a high
16 school and I had -- I had a secondary degree, so I
17 wanted to test whether I liked it or not.
18    Q. All right. And you spent about two years
19 at South Lafourche?
20    A. Only one.
21    Q. And then what happened?
22    A. Well, I could not get a job at Lockport
23 because you just don't go -- walk in and get a
24 job. So the -- it must have been at the education
25 department, told me that there was an opening in

Page 121

1 Raceland, Louisiana. That's Raceland Junior High.
2 So I took that, because that was not too far from
3 where we lived. So I took the job at Raceland
4 Junior High.
5    Q. How long did you spend there?
6    A. One.
7    Q. All right. And then what happened?
8    A. I was told that there was an opening at
9 Lockport again for an English teacher. Although I
10 -- I liked Raceland very much -- it was a
11 difficult decision. But I went back to Lockport
12 because it was closer to my home and everything.
13    Q. And then how long did you stay at Lockport
14 the second time around?
15    A. Until I retired.
16    Q. When did you retire?
17    A. I -- 1992.
18    Q. So how many years were you there at
19 Lockport after you -- after you left
20 Raceland Junior High?
21    A. I can't figure that exactly. I know I was
22 in Raceland at 1984 for sure. So it would have to
23 be the year after that. I remember 1984 I took
24 students to the World's Fair. So I know it was
25 1984.

Page 122

1    Q.  All right.  So in any event, you retired
2  after about 20 years of teaching?
3    A.  Twenty years.
4    Q.  Were any of your students your own
5  children while you were teaching?
6    A.  Yes.
7    Q.  Which -- which of your children were lucky
8  enough to have mom as a teacher?
9    A.  David.
10    Q.  Go ahead, Mrs. Boudreaux.
11    A.  David.
12    Q.  David, the -- the middle child?
13    A.  Yes.
14    Q.  All right.  Did -- what -- did you retire
15  for health reasons, or was there -- or -- or what
16  was the reason you retired in 1992?
17    A.  I had a lot of female problems.  And I had
18  trouble with periods and a lot of things like
19  that, female problems.  So -- then I had a
20  hysterectomy.
21      And I -- I also liked -- I also had
22  collect -- I like -- I collected antiques and
23  things like that.  And I -- I wanted to kind of
24  delve into that if I could.  So I decided -- with
25  20 years, I was able to retire.  So I retired.

Page 123

1    Q.  All right.  So you were able to retire on
2  a pension; is that right?
3    A.  Yes.
4    Q.  All right.  And pursue your -- your
5  avocation of collecting antiques?
6    A.  Yes.
7    Q.  Now, have you taken on any other jobs
8  since -- since you retired from the school?
9    A.  No.
10    Q.  All right.  Have you pursued the antiques
11  collection?
12    A.  Yes.
13    Q.  Do you -- do you buy and sell antiques?
14    A.  I don't buy anymore.  I just sell.
15    Q.  So you've acquired a number of pieces over
16  the years, and you sell them?
17    A.  Yes.
18    Q.  Is that -- is that why you mentioned eBay
19  earlier?  Is that where you sell them, on eBay?
20    A.  Sometimes.
21    Q.  All right.  So -- so is that the kind of
22  an income generator -- income generating thing
23  that you do?
24    A.  Kind of.
25    Q.  More of a hobby than an income; is that

Page 124

1  right?
2    A.  Well, the antiquing business has gone
3  down.  And -- and collectibles -- young people are
4  not totally into collectibles.  So it's not
5  anything that's lucrative or anything like that,
6  not enough to --
7    Q.  All right.  So it's --
8    A.  Just -- just a little extra.
9    Q.  So it give -- gives a little bit of
10  spending money, but you're not -- you're not
11  paying the mortgage with that --
12    A.  Right.
13    Q.  -- right?  All right.
14    A.  Yes.
15    Q.  Okay.  While you were teaching, was it a
16  full-time job?
17    A.  Yes.
18    Q.  Did you have any other jobs outside the
19  house while you were teaching besides the
20  teaching?
21    A.  No.
22    Q.  During those years, from 1964 until you
23  went back to school to finish up your degree, were
24  you a full-time stay-at-home mom, as they -- as
25  they say?

Page 125

1    A.  Could you repeat that?
2    Q.  Yeah.  Sure.
3      From nineteen -- what -- you and
4  Mr. Boudreaux got married in 1964.
5    A.  1964.
6    Q.  And then I think you said around that time
7  you suspended your college because you -- you got
8  pregnant with your oldest son.
9      And did -- so my question is:  From then
10  until you resumed college sometime in the early
11  '70s, were you a full-time stay-at-home mom?
12    A.  For most of it, but I got a job for -- you
13  may remember -- Top -- Top Value Stamps.
14    Q.  I do remember Top -- well, we called them
15  S&H up where I came from.
16    A.  Oh.  There's two different ones.
17    Q.  All right.  So you got --
18    A.  I --
19    Q.  -- a job with them?
20    A.  I got a job with Top Value, and I was a
21  manager at Top Value.
22    Q.  Is this a job that you could do at home or
23  -- or something that you had to go to the
24  office --
25    A.  No.  We had to --

Page 126

1  Q. -- for?
2  A. -- go to -- you had to go into the
3  Top Value building.
4  Q. So was an -- full-time job or part-time
5  job?
6  A. Full-time.
7  Q. When did you take that job?
8  A. Let's see. I had one, only -- we only had
9  Mike. So it was before -- it was before nineteen
10 -- let's see when David was born. It was before
11 David --
12 Q. All right.
13 A. -- was born.
14 Q. So a short period of time? Less than --
15 less than three years you were with Top Value?
16 A. I was on -- I was with Top Value maybe a
17 little long -- maybe a year or so, maybe a little
18 more than that. But I found myself pregnant
19 again.
20 Q. All right. Now, you -- you stopped at --
21 at three boys.
22    Did -- did -- was that a mutual decision
23 of you and Mr. Boudreaux or did you want to -- did
24 you want to keep going or did he want to keep
25 going?

Page 127

1  A. We would have both kept going. Our
2  religion didn't teach much about birth control.
3  We would have both kept going. But I had cesarean
4  sections, and my doctor told me that I shouldn't
5  have any more after the third one.
6  Q. Okay. All right. Where -- where did you
7  and Mr. Boudreaux meet?
8  A. At kind of a VFW little dance that -- I
9  was maybe 16, something like -- like -- yeah,
10 about 16, 17 years old. A friend and I went to a
11 little dance. It was not any nightclub or
12 anything. It was just like an organization, like
13 a VFW putting on a dance. And we met there. And
14 we danced, which is something we love to do. And
15 we talked and everything. And he told me he was
16 going into the service the next day.
17 Q. So what year was this?
18 A. This is before I went to college. So I
19 graduated in '61. I would have to do math. Would
20 you . . .
21 Q. Well, that's all right.
22    So -- so the -- the -- the very next day
23 after you met he went into the Army?
24 A. Yes.
25 Q. And when's the next time you saw him?

Page 128

1  A. Don't remember dates or anything. But if
2  he came on leave, I would usually go to a little
3  dance, and I would see him there.
4  Q. And what was it that attracted you to
5  Mr. Boudreaux?
6  A. At first, of course, it was that he was
7  nice-looking. What -- he was so very kind. He
8  was a little romantic. He -- he treated me like a
9  queen, which he still does.
10 Q. He's -- he's still pretty nice-looking.
11 Would you agree?
12 A. Oh, yes.
13 Q. Still pretty kind?
14 A. Oh, very.
15 Q. And romantic?
16 A. (Shrugs.)
17 Q. All right. We'll -- we'll pass on that
18 one.
19    But he still -- as you say, still treats
20 you like -- like a queen?
21 A. Yeah. Yes.
22 Q. All right. And how long did you date
23 before you got married?
24 A. Married in '64. Probably a little over a
25 year. He -- he returned from the service -- this

Page 129

1  was when the Cuban missile crisis was going on.
2  And he was in El Paso, and he was going to be
3  shipped out. But this was all taken care of, the
4  Cuban missile, John F. Kennedy. And he wanted to
5  go back to college and do a little bit of college.
6  And he was -- his sister was getting married, his
7  younger sister --
8  Q. What's --
9  A. -- Elsie Jean.
10 Q. Elsie.
11 A. She was getting married, and she wanted
12 him as best man in the wedding. So he was able to
13 take -- to come back maybe a couple of weeks
14 before he was supposed to really be, you know,
15 totally discharged.
16 Q. I think this goes without saying, but I
17 need to ask anyway. This was your first marriage?
18 A. Yes.
19 Q. And Mr. Boudreaux's first marriage?
20 A. Yes.
21 Q. All right. Was Mr. Boudreaux a good
22 companion over the years?
23 A. Yes.
24 Q. You say you like -- you both like to
25 dance. What kind of dancing do you like to do?

Page 130

1    A.  Well, not the new stuff.  But we were the
2  ones that you didn't hug on the dance floor.  You
3  danced with the arm apart, the old fashion dance.
4  We did -- that was called a slow dance.  And we
5  did jitterbug.
6    Q.  And let me ask:  Have you -- is that one
7  -- has that been one of your favorite activities
8  throughout your marriage?  I -- understanding that
9  as you got older you probably did a little less of
10  it.  But . . .
11    A.  Yes.  It's been.
12    Q.  And --
13    A.  And I -- we did it for a long time.
14    Q.  And after you and Mr. Boudreaux became
15  empty nesters, did you continue dancing as a -- as
16  an activity you enjoyed together?
17    A.  Yes.
18    Q.  All right.  Where -- where would you go to
19  dance?
20    A.  That's -- mostly it would be like
21  Lions Club, VFW, and all that would have dances.
22  They would do this maybe once, twice a month,
23  different organizations.  So we had a group
24  together, and we all went out dancing, sat at a
25  table and changed partners every once in a while

Page 131

1  and go dancing.
2    Q.  So when's the last time you and
3  Mr. Boudreaux were able to go dancing like that?
4    A.  Let's see.  When we stopped dancing?
5  Well, when I was in school we were still dancing.
6  I really don't know.
7    Q.  Well, have you been dancing in the last
8  20 years?
9    A.  Yes.
10    Q.  And how about in the last 10 years?  Have
11  you been dancing?
12    A.  I don't believe.
13    Q.  All right.  Well, what other activities
14  did you -- did you have in common or like to do
15  together -- and let's -- and I want to
16  focus on the time, because I know you've had a
17  long life together.  So I want to -- I want to
18  sort of focus on the time after you became empty
19  nesters.  I think you said sometime in -- in the
20  early to mid '90s your -- your last son moved out
21  and you guys had the house to yourself.  And --
22  and you're -- and you were retired; right?
23    So what -- what kind of things did you and
24  Mr. Boudreaux enjoy doing together?
25    A.  Well, a lot of the time going to casinos

Page 132

1  and spending about a quarter in -- in each
2  machine.
3    Q.  All right.
4    A.  Very, very low key.  Going -- traveling.
5  We -- we really liked to travel in that time.  We
6  had taken all of -- we had gone almost every year,
7  take -- at summertime, when our children are off
8  and I was, we had taken them on a vacation around
9  the United States, just one state at a time.  So
10  we did a lot of traveling.
11    We went a lot to Memphis because our
12  little granddaughter was over there.  I remember
13  taking two weekends at a time and went to Memphis
14  both weekends because they needed a sitter for
15  overnight and they didn't want to trust anyone
16  else.  So we -- we went to Memphis a lot.
17    And then I had another little grandson,
18  David's son, and he came to the house often.  So
19  we went to some of these little places where they
20  play games, have -- have their birthday parties
21  and all.  So we took him to play games and things
22  like that.
23    Johnny, at the time, he was still golfing.
24  He enjoyed that.
25    I -- we went together, oh, like to antique

Page 133

1  shows and things like that.  When I went
2  antiquing, Johnny a lot of the times -- because we
3  had three boys who weren't appreciative of
4  antiquing, so he would take them out to the movie,
5  to the little go-cart place, to play golf.  They
6  played golf in the mountains in -- in -- in
7  Tennessee.
8    Q.  Well, on golfing, when did Johnny stop
9  golfing?
10    A.  I don't recall.
11    Q.  Was it more than five years ago?
12    A.  Yes.
13    Q.  All right.  And you said you stopped -- I
14  think you said -- when you talked about your eBay,
15  you don't buy and sell antiques anymore.  You just
16  sell.  At -- at some point, either because that
17  storage room you have in the backyard got too full
18  or some other reason, you stopped gathering
19  antiques; is that right?
20    A.  Yes.
21    Q.  All right.  So what was it that made you
22  stop and when did you stop going antiquing?
23    A.  I'm not quite sure.  I had a -- I had a
24  booth in an -- in an antique mall.  And I did that
25  for a couple of years, three or four -- oh, more

Protected - Subject to Further Protective Review

Page 134

1  than that, five, six years after teaching.  But
2  the booth burned -- well, the whole mall burnt,
3  burned down my -- everything was burned.  And I
4  had other things left at home.  So it kind of
5  discouraged me for a while.  And then when we
6  moved -- when -- when we lived in the smaller
7  house, his parents' house, it doesn't -- it's not
8  really good to display a whole lot of things.  And
9  then I was getting old.  So that's when I quit.
10     Q.  When was that about that you quit going
11  antiquing?
12     A.  Oh, I'd say -- I don't recall because
13  every once in a while, I go and . . .
14     Q.  Once in a while you'd get Johnny to take
15  you out?
16     A.  (Nods head.)
17     Q.  All right.  When's the last time Johnny
18  took you out to look at some antiques?
19     A.  Well, it was way before he -- he got sick.
20     Q.  Okay.  So it was a long time before that?
21     A.  No.  Not that long, but maybe a few years
22  before that.
23     Q.  A few years before he got sick?
24     A.  Yes.
25     Q.  All right.  Now, you said you've done some

Page 135

1  traveling over the years.  You went up to Memphis
2  a lot, sometimes two weekends in a row to -- to
3  baby-sit; right?
4     A.  (Nods head.)
5     Q.  How long a drive is that up there to
6  Memphis?
7     A.  About six to seven hours.  It depends on
8  how fast you drive.  My son makes it back faster.
9     Q.  All right.  And then -- but at -- at some
10  point that drive became a little too much and you
11  -- you and Johnny just stopped making that drive
12  to Memphis; is that right?
13     A.  That's when he started to feel ill.  And
14  after -- after his gastro surgery and after his
15  unfortunate incident with Xarelto, he didn't want
16  to go.  He -- the -- and the children had invited
17  us, but he said he didn't feel well enough.  He
18  did not feel that he could make the entire trip.
19     Q.  When -- when do you think was the -- you
20  said before he got ill.  When he got ill, that's
21  when he was diagnosed with atrial fibrillation?
22     A.  Before he had a-fib, he had fluid.  Fluid
23  was building up from -- from a-fib, from, you
24  know, the heart not beating correctly.  It --
25  it -- the heart usually takes care of a lot of

Page 136

1  fluid.  So he evidently -- I don't know.  That's
2  when a-fib started.  But he was starting -- he
3  kept telling me that he felt like he had fluid.
4  He felt like -- you know, like his feet would get
5  a little more swollen with fluid.  So he just kept
6  feeling worse about that because fluid kept
7  building.  So he got to the point where he really
8  didn't feel well enough and he finally went to his
9  doctor.
10     Q.  How long was he feeling this fluid buildup
11  before he went to see -- and when you say "the
12  doctor," you're talking about Nurse Practitioner
13  Torres?
14     A.  Torres.
15     Q.  Yeah.
16        How long -- how long had he been feeling
17  poorly from fluid buildup before he went to see
18  Dr. Torres?
19     A.  I'm not quite sure.
20     Q.  Was it something that had been going on
21  for several months or a couple of years or . . .
22     A.  Oh, no.  A couple of months, a few months.
23     Q.  A few months.
24        And -- and that was -- that was taking
25  away some of his energy, was it?

Page 137

1     A.  A bit.  He'd still -- he's still busy as
2  -- all of his work around the house and -- and the
3  yard work and everything at that time.
4     Q.  All right.  But it was -- it was around
5  that time I think you said when he began to feel
6  ill that he -- that really he wasn't up to making
7  the trip to Memphis?
8     A.  Yes.  And that was --
9        MR. BYRNE:
10         Object to form.
11     THE WITNESS:
12         -- true to -- well, I don't believe we
13  went then.
14  BY MR. McCAULEY:
15     Q.  All right.  And so even before he was put
16  on Xarelto, it had been some time before you guys
17  had made the trip up to Memphis?
18     A.  Yes.
19        MR. BYRNE:
20         Object to form.
21  BY MR. McCAULEY:
22     Q.  All right.  Now, have you -- have you done
23  any vacations in the last two or three years?
24     A.  No.
25     Q.  All right.  Have you taken any time off --

Page 138

1 well, I guess you're -- well, you're both -- well,
2 Johnny's not retired.  He still works; right?
3    A.  He still -- he retired.  But then he got a
4 job at -- I can't think -- watching -- he was a
5 security guard.  And -- and this was -- he was --
6 he went for something part-time.  And those jobs,
7 when you get older, are kind of hard to find.
8    Q.  Yeah.
9    A.  So he -- he learned that Bollinger's had
10 something.  And he didn't have to do a whole lot.
11 He just worked there.  And he worked one -- they
12 call it one week on and one week off.
13    Q.  When were you diagnosed with diabetes?
14    A.  That was after I got out of school --
15 after I got out of teaching.  I didn't have it
16 when I was teaching.  I got out of it in '92.
17 Probably about '96.
18    Q.  And how did you come to get diagnosed?
19 What were -- what were your symptoms that led to
20 the diagnosis?
21    A.  Well, I was -- it -- it wasn't that much
22 weakness, but it was -- I kept having infections,
23 even thrush in the mouth.  And I had had diabetes
24 tests before.  But I had not tested for diabetes.
25       So I went to the doctor, and he told me my

Page 139

1 blood sugar was almost 500.  And he even called
2 Johnny in to explain to him that it was very
3 serious, very serious.  And he was so protective
4 of me, so he made sure I took all of my medicines,
5 helped me with the insulin.  He -- he gave many,
6 many shots to me for -- of insulin.  And --
7    Q.  Was this Johnny, you say?  He was --
8    A.  Yes.
9    Q.  -- very helpful?  Okay.
10    A.  Oh, yes.
11    Q.  All right.  Well, let -- I need to ask a
12 couple more questions about the diagnosis.
13       Do you remember who the doctor was who
14 diagnosed you?
15    A.  He was in Lockport.  It was way before --
16 I -- I can't remember his name.  He was -- he was
17 an -- an internal medicine specialist.  And I was
18 -- I was seeing him.  He was my regular doctor.
19 Oh, and he died maybe ten years after -- after --
20 you know, he -- he left the medical practice.  He
21 went and retired to -- in -- on Grand Isle, lovely
22 place.  And he died ten or so years after that.
23 But -- I'm sorry.  I can't remember his name.
24    Q.  That's all right.
25       Did you and -- did you and Mr. Boudreaux

Page 140

1 have the same doctor, or did you go to see
2 different doctors?
3    A.  At different times, we had different.  But
4 we've seen the same doctors, a doctor in Lockport,
5 a Dr. DeLatte.
6    Q.  All right.
7    A.  And then he saw the nurse practitioner.
8    Q.  Nurse Practitioner Torres?
9    A.  Torres.
10    Q.  Yeah.
11    A.  And I went on to Thibodaux to get -- and I
12 also went to a diabetic specialist in Houma.  And
13 I went to Thibodaux as -- getting a doctor there
14 who could admit you into the hospital where --
15 where I was -- you know, where I was doing --
16 doing this.  So I went to another doctor.
17    Q.  Now, over the years, have -- have you
18 experienced increasingly serious symptoms from
19 your diabetes?
20    A.  Yes.
21    Q.  Tell me how it -- the diabetes has
22 progressed over the years.
23    A.  Okay.  When it first -- when I first was
24 diagnosed with diabetes, they tried -- well, the
25 doctors -- and he -- he was wonderful.  And I

Page 141

1 believed what he said.
2       And he told me that he was going to try
3 pills, and so he tried.  He tried some -- some of
4 the different pills that there were.  He gave me
5 metformin, which is one of the first things they
6 give for diabetes, and it just wasn't working.  My
7 -- the -- my blood sugar kept going up.
8       And my brother was an insulin diabetic, so
9 he decided that I -- that -- that he probably
10 should try insulin on me.  And I did much better.
11 And then I only took -- insulin, I took, and
12 metformin.  And later he prescribed Byetta --
13 Byetta.  It was something to help your -- your --
14 lower your blood sugar level.
15    Q.  All right.
16    A.  And it also made me lose weight.
17    Q.  All right.  What -- what are you -- what
18 meds are you taking now?
19    A.  I'm taking insulin.
20    Q.  Daily insulin?
21    A.  Daily.
22    Q.  Through a pill or a shot?
23    A.  Shot.
24    Q.  All right.  And do you give yourself that
25 shot?

Protected - Subject to Further Protective Review

Page 142

1  A.  Now, I do a lot.  Yes.  I have to take two
2  a day.
3  Q.  Two shots of insulin?
4  A.  Right.
5  Q.  And -- and are you taking any medications
6  for the -- in addition to the insulin for the
7  diabetes?
8  A.  Not -- the metformin, like I told you,
9  daily.
10  Q.  You still take that?
11  A.  Yes, daily.
12  Q.  All right.  And are you on any other
13  medications for any other conditions?
14  A.  Yes.  High blood pressure.
15  Q.  You have hypertension?
16  A.  Yeah.
17  Q.  What do you take for that?
18  A.  I don't know the name.  If -- it's a
19  generic brand.  I take two different generic
20  brands.
21  Q.  All right.  Any others?  Any other meds?
22  A.  Cholesterol, I take for --
23  Q.  You have high cholesterol?
24  A.  Not too much anymore.  But I take
25  medication for -- I -- I take Synthroid for fluid

Page 143

1  problems.  It's not working correctly.  My
2  thyroids don't work perfectly.
3  Q.  And let me ask you this.  I was -- I think
4  I had asked earlier and -- and you were helpfully
5  giving me a description of the meds you've taken
6  over the years.  But how have your symptoms from
7  diabetes progressed over the years?  Let me start
8  this way.  Mr. Boudreaux said that you're feeling
9  some -- you're having problems with your feet,
10  with the nerves in your --
11  A.  Oh, gosh, yes.
12  Q.  -- feet; is that right?
13  A.  Yes.
14  Q.  When did that start?
15  A.  It's been a long time.  I don't remember
16  exactly.
17  Q.  Has it been over ten years that you've
18  been having trouble with your feet?
19  A.  I -- yes.
20  Q.  Is that -- is that -- is that one of the
21  reasons that you -- you and Mr. Boudreaux stopped
22  dancing?
23  A.  I have neuropathy.
24  Q.  Yeah.
25  And is that -- has that interfered with

Page 144

1  the kind of dancing you could do?
2  A.  Yes.
3  Q.  All right.  And has it interfered with
4  your ability to get around, you know, freely and
5  as you used to?
6  A.  Yes.
7  Q.  All right.  And in addition -- have --
8  have those nerve problems in your feet been
9  getting worse and worse over the years?
10  A.  They were so bad at one time that I had --
11  that the stinging and the coldness of the feet --
12  I had to sleep with -- with blankets on top of my
13  feet.  And my -- Johnny would take care of me.
14  He'd get the blankets for me and everything.
15  And then I went and I -- the foot doctor
16  came up with it.  Well, he didn't come up with it.
17  I mean, came up with a medication that's -- I
18  don't know what it is, but it's three medications
19  in one.  And it was a cream to put on my feet.
20  And it -- it was helping a whole lot.  I wasn't
21  getting all the cold, cold feet and the stinging
22  as much.  Now, it's left my -- my toenails
23  pointing to the other direction instead of . . . I
24  have to get . . .
25  Q.  So there have been some side effects from

Page 145

1  that medication?  Is that what you mean?
2  A.  Not from the foot.
3  Q.  From -- from the foot cream, that didn't
4  cause your toenails to go to the side?
5  A.  Excuse me?  Could you repeat that?
6  Q.  Sure.  I was just trying to understand
7  what you were telling me.  And I -- and I thought
8  you were telling me that -- that you were using a
9  foot cream for your -- for the pain and -- sharp
10  pain in your feet.  But now -- now you have some
11  toenails that are going to the side.  And I
12  thought you were saying that the foot cream caused
13  that?
14  A.  Oh, no.
15  Q.  Okay.
16  A.  Sorry.
17  Q.  So that's just something that happened
18  with -- with the --
19  A.  With diabetes.
20  Q.  -- with the diabetes?
21  When did the -- when did the toenails
22  start getting deformed?
23  A.  The diabetes started in the late '90s.  I
24  would say maybe -- maybe ten years after I -- I --
25  I was taking diabetes.  Because I've been taking

Page 146

1  it a long time. And the toenails get very, very
2  thick.
3      Q. And has that interfered with your
4  activities, those toenails?
5      A. Somewhat.
6      Q. How so?
7      A. I can't walk as well. My shoes -- I can't
8  wear those pretty heels. I had to wear -- I had
9  to get special shoes.
10     Q. All right. And besides the problems with
11 your feet, I think you've already told me you --
12 you've got the macular degeneration that was
13 diagnosed about a year ago. And did your doctor
14 tell you that was diabetic -- diabetes-related?
15     A. Yes.
16     Q. All right. And did your -- are you having
17 any other symptoms that have been related to your
18 diabetes; that is, are you getting any tingling in
19 -- in your hands, neuropathy in your hands or your
20 arms, or any other -- any other symptoms from your
21 diabetes?
22     A. No. The neuropathy has -- the cream has
23 helped the neuropathy. It's -- it's better --
24     Q. Have you ever had --
25     A. A little better.

Page 147

1      Q. -- the -- have you ever had to use a
2  walker or a crane to get around?
3      A. One time I used -- it -- it was a
4  wheelchair. I had a -- my knee and a type -- an
5  arthritic-type pain in the knee. And I had to use
6  a wheelchair. I didn't use a walker. I could
7  walk around the house. But I only used the -- I
8  used the wheelchair when I went with . . .
9      Q. All right. And has that resolved, that
10 pain in your knee?
11     A. Yes.
12     Q. Okay. That was not related to your
13 diabetes, was it?
14     A. No.
15     Q. Okay. Just -- all right. Any other
16 assistive devices you've had to use? Wheelchairs,
17 canes, walkers, or anything like that?
18     A. No.
19     MR. McCAULEY:
20         All right. And I -- I -- I sense
21     counsel's hungry. And --
22     MR. BYRNE:
23         No. I need a restroom break. I
24     apologize.
25     MR. McCAULEY:

Page 148

1      Well, that's all right. Why don't we
2  -- why don't we --
3  MS. duPONT:
4      I'm hungry.
5  MR. McCAULEY:
6      -- take a lunch break at this point.
7  I thought we were going to break for --
8  MR. BYRNE:
9      Yeah.
10 MR. McCAULEY:
11     -- after an hour anyway.
12 MR. BYRNE:
13     Yeah. Yeah.
14 MR. McCAULEY:
15     It seems --
16 MR. BYRNE:
17     Let's do that.
18 MR. McCAULEY:
19     -- like I've been going for a little
20 while.
21 MR. BYRNE:
22     Yeah. That'll -- that'll be perfect.
23 MR. McCAULEY:
24     Seem all right?
25 MR. BYRNE:

Page 149

1      Is that okay with you?
2  THE WITNESS:
3      Certainly.
4  MR. BYRNE:
5      Okay.
6  THE WITNESS:
7      I don't need . . .
8  THE VIDEOGRAPHER:
9      We're going off the record. It is --
10 MR. McCAULEY:
11     All right.
12 THE VIDEOGRAPHER:
13     -- 1:09.
14 (Brief recess was taken.)
15 THE VIDEOGRAPHER:
16     We're back on the record with Tape 2.
17 It's 2:11.
18 BY MR. McCAULEY:
19     Q. All right. Mrs. Boudreaux, we've had some
20 lunch.
21     Are you ready to continue your deposition?
22     A. Yes, sir.
23     Q. All right. When we left off, we were
24 talking a little bit about some of your health
25 issues.

Page 150

1    Do you have a cardiologist that follows
2  you?
3    A. Yes.
4    Q. Who's your cardiologist?
5    A. Dr. Abben.
6    Q. A-B-B-E-N-D?
7    A. A-B-B-E-N.
8    Q. Okay. And what does he follow you for?
9    A. I had a -plasty, a --
10    Q. Angioplasty?
11    A. Yes, angioplasty for a small blockage.
12  And when he was doing the angioplasty, he saw that
13  the possible -- they won't do angioplasty unless
14  you're really blocked. But he -- he was able to
15  blow this one, and he said there -- there was
16  another one he was watching.
17    Q. All right.
18    A. So he has me go in. And he checks and he
19  does all kinds of tests on me, some nuclear tests
20  and everything to -- to make sure it's not getting
21  bigger.
22    Q. All right. And when was -- when did
23  Dr. Abben perform the angioplasty on you? Was it
24  -- just -- let's start with was it five years ago,
25  more than five years ago, or less than five years

Page 151

1  ago?
2    A. More than five.
3    Q. More than five years ago.
4      And what were your symptoms that led up to
5  your getting diagnosed and needing an angioplasty?
6    A. The regular doctor that I went to did an
7  EKG and he didn't like the -- the results of the
8  EKG. He felt something -- something was not
9  right. So he sent me to Dr. Abben.
10    Q. All right. And Dr. -- and were you having
11  -- were you having shortness of breath or other
12  symptoms like that that -- that led your doctor to
13  do the EKG, or were you having no symptoms at all?
14    A. I was overweight and having, you know, a
15  -- kind of a shortness of breath with the
16  overweight. And they didn't like the -- the E --
17  the ETC --
18    Q. E -- EKG.
19    A. EKG. EKG results. I'm sorry. I'm
20  getting --
21    Q. No. That's all right.
22      And -- and how often do you go back to see
23  Dr. Abben for follow-ups?
24    A. About every -- sometimes three months, if
25  I have any problems. But at least within

Page 152

1  six months. And he does blood work. I have to go
2  to the -- for the blood work and get this done
3  before he will see me.
4    Q. What medications are you taking for this?
5    A. I don't know the names of them, but I am
6  taking two.
7    Q. Two medications for -- for the -- is it
8  for cholest -- high cholesterol, or what is it
9  for?
10    A. No. This is for blood pressure.
11    Q. Okay. All right.
12    A. I'm not on any heart thing that I know of.
13    Q. All right. And are you being follow --
14  you're -- you said you're being followed by an
15  endocrinologist for your diabetes?
16    A. Yes.
17    Q. All right. And you've already told me the
18  medicine you're taking on that. That's metformin
19  plus insulin; right?
20    A. Yes.
21    Q. You take the same shot -- two shots of
22  insulin every day?
23    A. You have to decrease. They have -- they
24  follow you carefully on increasing and decreasing
25  the dose. When I started taking the dose, I was

Page 153

1  taking 50 units in the morning and 50 at night. I
2  did as I was told, and I lost weight. And I'm now
3  on 35 in the morning and 35 at night.
4    Q. Okay. So you've made some improvement?
5    A. Yes.
6    Q. All right. How about the metformin you're
7  taking? Do they watch the level on that and
8  change your dose, or have you been on the same
9  dose all -- all the years?
10    A. I don't know. They wanted to change it to
11  two metformins. But it gave me diarrhea.
12    Q. All right. So you -- you've been taking
13  one metformin pill, the same number of milligrams,
14  as long as you've been on metformin?
15    A. Yes. I -- I have tried more, but it was
16  not good for me.
17    Q. And they -- they gave you more not because
18  you didn't have enough metformin but because you
19  -- you had too much sugar in your blood; is that
20  right?
21      MR. BYRNE:
22        Object to form.
23  BY MR. McCAULEY:
24    Q. Or do you know?
25    A. I don't know really.

Page 154

1    Q. All right. How about these blood pressure
2 medications? Have you -- has your dose changed at
3 all?
4    A. They have changed the medication. They
5 have found that some -- I have too much fluid
6 affecting them. They have changed them because of
7 that. The -- you know, like that. They have --
8 it has not remained the same all through.
9    Q. Well, let me ask you this: Have -- do you
10 get regular follow-ups where they check for the
11 level in your blood of the blood pressure
12 medication itself?
13    A. Dr. -- I believe Dr. Abben does that every
14 time he make -- every time I go, I have to take a
15 blood test.
16    Q. All right. But do you know what he's
17 measuring?
18    A. Not exactly. He measures everything, your
19 blood pressure, your --
20    Q. Okay.
21    A. -- cholesterol.
22    Q. All right. Are there any other
23 medications you're taking on a regular basis,
24 besides metformin, the two hypertension
25 medications, and the -- I think you mentioned the

Page 155

1 -- the one for your --
2    A. Thyroid.
3    Q. -- thyroid. Thank you. Your thyroid.
4    Are you taking anything besides those
5 medications on a daily basis?
6    A. No. The feet -- the foot cream, you're
7 not --
8    Q. Oh, okay. Well, the foot cream, you're
9 still doing -- you're still --
10    A. Oh, yes.
11    Q. -- trying that?
12    A. Yes.
13    Q. Okay. About how about diuretics? Are you
14 taking any diuretics?
15    A. Yes.
16    Q. What are the diuretics for?
17    A. Because I've always had a lot of fluid.
18 And I was very much overweight when I was put on
19 it. And they -- and I already had problems with
20 too much fluid.
21    Q. Too much fluid where, please?
22    A. I had fluid everywhere, in the feet -- but
23 I -- I did go in for -- what you call it -- a
24 heart -- I'm sorry.
25    Q. Are you --

Page 156

1    A. Congestive heart -- congestive heart --
2    Q. Congestive heart failure?
3    A. -- failure. Yes. I -- I went in for that
4 because I had so much fluid. I saw a doctor in
5 Thibodaux.
6    Q. When did you see him for --
7    A. Oh, this --
8    Q. -- for --
9    A. -- is a long time ago. We're talking
10 20 years or so and around that area.
11    And he tested the fluid and everything
12 like that. And he told me he was going to give me
13 diuretics and to take them -- keep taking them
14 pretty much, you know, into the night and then to
15 settle to a regular. And they have kept me on
16 diuretics because of that.
17    Q. Have you had any further problems from
18 your congestive heart failure?
19    A. No.
20    Q. Okay. Do you know the name of the
21 diuretics that you're taking?
22    A. The who?
23    Q. The name of the diuretics.
24    A. Excuse. Lasix.
25    Q. Lasix. Okay.

Page 157

1    Have you ever had to go to the emergency
2 room for any of your diabetic or heart conditions
3 or other medical problems?
4    A. Yes, I have. Stomach problems. I had a
5 abscess on -- a hernia inside of my stomach, and
6 it has recurred at least four times.
7    Q. When's the last time it happened?
8    A. It was this year, earlier this year. I
9 had to go in and have a drainage put to take the
10 infectious medicines out -- fluids out of me.
11    Q. So you had to take some antibiotic
12 medications? Is that what you're saying?
13    A. After I got out.
14    But I had to go into the hospital because
15 they had seen on the -- the x-ray -- no. The --
16 it was a CAT scan. On the CAT scan -- I -- I had
17 been having diarrhea. And so I had gone to a
18 gastroenterologist. And he finally decided to do
19 a CAT scan.
20    And on the CAT scan, they saw something
21 like a balloon inside of my stomach. And so I had
22 to go immediately back to the doctor. And they
23 put me in the hospital. I did all kind of blood
24 work. Put me in the hospital, and they had to
25 take more CAT scans to find exactly the -- the

Page 158

1 place in the stomach.
2     And he drilled it and removed -- I mean,
3 he went in and removed the fluid. Then when he
4 removed the fluid, I had to have Home Health
5 check, you know, the fluid. I had a -- I had to
6 go home with a bag on. And I had Home Health
7 check how much I was getting rid of and everything
8 and report that to -- to him.
9     Q. All right. And that was about a year ago,
10 you say?
11     A. Yes.
12     Q. And how about before that? Were you
13 hospitalized before that for too much fluid --
14     A. No. Not --
15     Q. -- in the hospital?
16     A. Not for too much fluids. For that abscess
17 in the stomach.
18     Q. And when was that before that?
19     A. This is -- come at different intervals.
20     The first time was about maybe -- maybe
21 eight -- eight years ago. And I had an abscess.
22 And it was -- it came out like a volcano. It --
23 it burst, the abscess. So I had to go in -- I had
24 to go in for that. And they -- I spent three days
25 in intensive care because of it.

Page 159

1     And he was not able to suture or, you
2 know, cut the way he was supposed to. He had to
3 do this in a circle. So I ended up having this
4 bag put -- or no. This was a suction that they
5 put. I ended up having that for about
6 three months.
7     Q. Some kind of a bag that you had to carry
8 around with you?
9     A. It was -- it was attached to the stomach.
10     Q. And then -- that was about eight years
11 ago, you think?
12     A. It was about that.
13     Q. And then you've had a couple of -- before
14 this most recent one about a year ago, you've had
15 a couple of other hospitalizations?
16     A. Yes.
17     I went in for -- let's see. What was it?
18 A hernia. A hernia repair. No. What -- after I
19 had this really bad bout, he was not able to put
20 the screen in it. He was not able to put a screen
21 because there was too much mucus -- you know, junk
22 in there. And so he said I had to have another --
23 I had to have a surgery so he could put mesh.
24     And it frightened me a whole lot. And
25 good thing Johnny was there, because I was -- I

Page 160

1 didn't want another surgery. I had had several
2 surgeries. So he was -- he was there.
3     And I did lose weight. Dr. -- my -- my
4 doctor put me on Byetta.
5     Q. Right. You --
6     A. And this was to help with weight and to
7 help with my blood sugar. So I went in. The --
8 the surgery was successful. But someway or other
9 I got a staph infection. And so I've had -- I
10 can't remember exactly how many, but I've had a
11 staph infection, which they told me does not die.
12 It just remains dormant.
13     Q. I see.
14     A. Okay.
15     Q. So that was the second -- the second time
16 when you went in for the hernia repair and you got
17 a staph infection, what -- what year was that,
18 please, or how long ago was that?
19     A. I'm not really sure.
20     Q. And -- and then you -- and then you said
21 you had another hospitalization after that. And
22 what was that one? When was that one?
23     A. Well, the last one was about a year ago.
24 And this has been occurring like every -- every
25 couple of years. Every two or three years, it's

Page 161

1 been . . .
2     Q. So the last one about a year ago, sometime
3 in 2015?
4     A. Yes.
5     Q. And then before that, sometime in 2013,
6 you think?
7     A. I'm not -- I'm not sure of that, but it
8 seems . . .
9     Q. And that -- this -- this stomach problem
10 you were having, the gastrointestinal problem, was
11 this interfering with your activities of -- of
12 daily living?
13     A. Yes.
14     Q. And was it -- was it a chronic thing that
15 once it started eight years ago it's been really
16 interfering with your enjoyment of things?
17     A. Yes.
18     MR. BYRNE:
19     Object to form.
20 BY MR. McCAULEY:
21     Q. So for about eight years you've been --
22 you've been dealing with this particular condition
23 in one form or another?
24     A. Yes.
25     Q. All right. Are there any other kinds of

Page 162

1  specialists that you see? We had gastrointestinal
2  doctors following you, your endocrinologist for
3  your diabetes. You have a cardiologist for your
4  hypertension and blocked artery. And then I guess
5  you have your regular family doctor, internist.
6      A. Yes.
7      Q. And are there any other specialists that
8  you're seeing?
9      A. No.
10     Q. All right. Do you have a driver's
11 license?
12     A. Yes.
13     Q. But you don't drive?
14     A. No.
15     Q. All right. When is the last time you
16 drove?
17     A. I drove when Johnny was in the hospital.
18 He was in Terrebonne, and I drove him back.
19     Q. Was that when he was in the hospital for
20 his gastrointestinal bleed or some other occasion?
21     A. No. This was at Terrebonne. It was not
22 the gastrointestinal because I could not drive
23 there. But this was after he had a poor -- he had
24 the tests to see if he was suited for -- for the
25 LARIAT. And he had been -- he had been

Page 163

1  anesthetic, and he couldn't drive. And we didn't
2  know how long it would take. So I drove. I can
3  drive. I -- I just got a license, in August -- on
4  August 11th. So I have no -- there's nothing that
5  says I can't drive --
6      Q. Oh.
7      A. -- except me.
8      Q. Right. You -- you -- you prefer not to
9  drive if you don't have to?
10     A. Yes.
11     Q. Is that a good way to say it?
12     A. Yes.
13     Q. And in fact, you haven't really been doing
14 any driving at all, other than this occasion when
15 you brought Johnny home because he had the -- he
16 was still under anesthesia?
17     A. Possibly around the block or something to
18 -- to keep -- keep up with my --
19     Q. With your skills?
20     A. -- ability. Yeah.
21     Q. All right. And -- but I thought -- I
22 thought you said that you didn't drive when Johnny
23 was in the hospital for his gastric bleed because
24 you couldn't drive then. Was there something
25 about your condition then that --

Page 164

1      A. Oh.
2      Q. -- made it hard for you to drive?
3      A. I couldn't drive then because it was
4  New Orleans that he had to go to, and I don't
5  drive in New Orleans at all right now.
6      Q. And -- and why is that? Crazy drivers in
7  New Orleans?
8      A. Crazy drivers, right. Yes.
9      Q. It's just big city driving is a little
10 more difficult for you. Is that what you're
11 saying?
12     A. Yes. And my sense of direction is not as
13 good as it used to be.
14     Q. All right. And -- and you said -- I --
15 we've already talked about your hearing problems.
16     Are you seeing a doctor for your hearing?
17     A. Yes.
18     Q. And so your hear -- you're seeing a
19 hearing specialist of some kind?
20     A. This was -- let's see. It's -- it's not a
21 specialist. The -- it's this hearing aid company,
22 Miracle-Ear.
23     Q. Oh, okay. And so when did you get your
24 hearing aids?
25     A. I have had other pairs of hearing aids

Page 165

1  since about nineteen -- I would say '85 or so --
2  '85, '86, something like that. And I have had
3  other hearing aids.
4      Q. So since your age 40s, you've been having
5  hearing issues?
6      A. Yes.
7      Q. Now, why did -- why -- has anybody told
8  you why you have hearing loss?
9      A. Well, he said it was like a hearing loss
10 from a lot of noise.
11     Q. Do you live in a noisy area?
12     A. No. I was joking that it was teaching.
13     Q. All right. Do you take any medications
14 for your hearing loss?
15     A. No.
16     Q. And how about your macular degeneration?
17 Are you seeing a special doctor for that, an
18 ophthalmologist?
19     A. Yes. Excuse me. I forgot that. I'm
20 seeing a retinologist.
21     Q. Retinologist.
22     And how long have you been seeing a
23 retinologist?
24     A. It was about -- about a year or so ago, a
25 little longer than that, when -- I started seeing

Protected - Subject to Further Protective Review

Page 166

1 floaters --
2    Q. I see.
3    A. -- that came out. So they needed me to
4 see a retinologist.
5    Q. And are you taking any medications for
6 your eyes?
7    A. It's -- it's not really medication. It's
8 a vitamin. It's the only thing -- there is not
9 any cure that they know of. But it's AREDS. It's
10 called AREDS.
11    Q. AREDS?
12    A. AREDS. A-R . . .
13    Q. Okay.
14    A. And it's taken -- so it's said -- I have
15 not been told exactly why, but it leads to -- it
16 leads to it not getting worse.
17    Q. All right. Let me ask you: Since your
18 children moved out and you and -- you and your
19 husband have been empty nesters, how have you
20 divided up the household chores?
21    A. He cooks a lot. I do household chores.
22 He helps me when he's home. And he helps me make
23 the bed sometimes or the dishes or things like
24 that. But I do the cleaning of the house
25 and . . .

Page 167

1    Q. All right. And have you been able to do
2 that, even with your health issues?
3    A. Yes. Not as well and not as often and not
4 as much as I would like to. But yes.
5    Q. You -- it's never -- the house is never as
6 clean as you want it to be?
7    A. Yes.
8    Q. All right. Sounds like my house.
9        But have you -- have you brought on any
10 help? Like have you ever had, for example, any
11 hired help around the house?
12    A. Just one time, when -- I believe it's
13 when -- Johnny did manage to go back to work after
14 -- after the -- gastrointestinal procedure.
15 And I was not feeling well because of the
16 diabetes. And I only hired a young lady down the
17 road who -- who cleaned houses. And I only hired
18 her for about four or five hours --
19    Q. All right.
20    A. -- to do this.
21    Q. So one day or . . .
22    A. One day.
23    Q. Okay. So that was one occasion where you
24 hired the young woman down --
25    A. Yes.

Page 168

1    Q. -- the street? All right.
2        And -- and have you hired anybody else
3 other than her to help out with the household
4 chores --
5    A. No.
6    Q. -- at any time in your -- in your married
7 life?
8    A. When -- when I had a sitter for the
9 children.
10    Q. Oh, okay. So the child -- for child care,
11 when they were youngsters, you had --
12    A. Yes.
13    Q. -- that?
14    A. Yes.
15    Q. Okay. But in terms of handling -- since
16 the -- let's say -- let's -- let me just limit it
17 again.
18        Since the children have left the nest
19 and -- and you've been living together alone, have
20 you had any hired help other than this one day
21 when you hired a woman down the street?
22    A. No.
23    Q. All right. And how about for the yard
24 work or anything? Has Johnny hired anyone to do
25 the yard work?

Page 169

1    A. Yes.
2    Q. Who has he hired?
3    A. Well, his name is David too. And he --
4 the neighbor across the street had hired him.
5 He's a very excellent yard man. And he did
6 weedeating and things like that. He -- he cleaned
7 the yard. He blew the -- blew the leaves and
8 everything. He was very good. And Johnny wasn't
9 able to do any of that anymore.
10    Q. So when did he first hire David, the yard
11 man?
12    A. After his gastrointestinal problems.
13    Q. And how long did he use him for?
14    A. We are still using him.
15    Q. Okay. And how often does he come by?
16    A. Once a week.
17    Q. And how -- how long does he stay?
18    A. Oh. It takes him a little over an hour.
19 An hour to an hour-and-a-half.
20    Q. And how much do you pay him for his time?
21 How much do you pay per week?
22    A. $30.
23    Q. Okay. And was -- did Johnny never have
24 any help around the yard before he had his
25 gastrointestinal bleed?

Page 170

1   A.  No.  Only when the children were there,
2 and -- and then they helped him --
3   Q.  Then they did it?
4   A.  They helped him.  Yes.  They helped.  He
5 did it too, but they helped.
6   Q.  All right.
7   A.  But since then, no.
8   Q.  Now, what kind of gardening does Johnny do
9 these days?
10   A.  He helps with my flowers.
11   Q.  Okay.  The flower -- the flower beds out
12 front?
13   A.  And on the side of the house.
14   Q.  All right.  So he likes to work in the
15 flower beds?
16   A.  Yes.
17   Q.  He -- he does it because you ask him to?
18   A.  Yes.
19   Q.  All right.  All right.  And -- now -- so
20 let me make sure I understand about the household
21 chores.
22      Basically you do the laundry; is that
23 right?
24   A.  Yes.  He -- he helps by bringing his
25 clothes.

Page 171

1   Q.  All right.  So you'll ask him to bring his
2 clothes -- dirty clothes to the --
3   A.  Yes.  We --
4   Q.  -- to the --
5   A.  We keep it in the laundry room.
6   Q.  Okay.  But you'll -- you'll do the --
7 you'll decide whether it's a cold wash or a hot
8 wash?  You'll decide, you know, whether it goes in
9 the dryer or on the line?  You do all of those
10 things; right?
11   A.  Yes.  But --
12   Q.  All right.
13   A.  -- possibly he knows this too.
14   Q.  Okay.  But I'm just saying generally how
15 you divide things up.  Generally after a while
16 people fall into patterns, I think.  And you --
17   A.  Generally I do them.
18      MR. BYRNE:
19          Object to form.
20 BY MR. McCAULEY:
21   Q.  You do the laundry.  And -- so the
22 vacuuming -- will you do the vacuuming around the
23 house?
24   A.  No.  He does.
25   Q.  All right.  How long has he been doing the

Page 172

1 vacuuming?
2   A.  Well, he's done vacuuming when he -- when
3 they lived in the house -- when the boys were
4 there, he's helped me with that.  But he does it
5 right now because he likes his new vacuum cleaner
6 called Shark.  And --
7   Q.  All right.
8   A.  -- he thinks it's quite interesting.
9   Q.  All right.  And so he's been -- when did
10 he get this new vacuum cleaner?
11   A.  I would say about three months ago,
12 four months.
13   Q.  So he -- he does most of the vacuuming
14 these days?
15   A.  Yes.  But we have only rugs --
16   Q.  Yeah.
17   A.  -- that . . .
18   Q.  You don't have rugs or you do?
19   A.  Yes.  We have rugs, no carpet --
20   Q.  All right.
21   A.  -- just . . .
22   Q.  Okay.  And so in other words, you're
23 saying less vacuuming than you would have in a
24 wall-to-wall carpeting?
25   A.  Oh, yes.  Less.

Page 173

1   Q.  Okay.  And who -- and who -- who basically
2 does the cleaning of the bathrooms and things like
3 that?
4   A.  We -- we kind of have a system there.  The
5 tub is old and large.  So he usually does the
6 bending and does the tub.  And I do the -- you
7 know, the commode and the lavatory.
8   Q.  All right.  So you share that duty?
9   A.  Yes.
10   Q.  And how about -- does anybody do dusting
11 in your house?
12   A.  Yes.
13   Q.  Who does that?
14   A.  I do.
15   Q.  And how about taking care of the dogs?
16 Who -- who walk -- do the dogs get walked?
17   A.  No.  They have a large yard.  And they --
18 we run them back and forth in the yard and walk
19 with them.
20   Q.  I see.
21      And did -- was there a time when -- when
22 the dogs got walked?
23   A.  With the -- we tried with Ellie, but she
24 hated it.
25   Q.  I see.

Page 174

1    So she'd rather run in the yard than --
2    A.  Yes.
3    Q.  -- than take a walk?  All right.
4    Do you have any -- in addition to the
5  flower beds, do you have any vegetable --
6  vegetables --
7    A.  No.
8    Q.  -- you grow?  All right.
9    And has that ever been true, that you put
10  in vegetables?
11    A.  He tried tomatoes, and he was a total
12  failure with tomatoes.
13    Q.  When did he try those?
14    A.  A long time ago, before they came out with
15  the basket of hanging, where you could grow
16  in . . . And -- and he didn't succeed with that.
17    Q.  All right.  And who does vehicle
18  maintenance stuff?
19    A.  He does.
20    Q.  All right.  What kind of stuff does he do
21  on the car?  Does he change the oil?
22    A.  He changes the oil.  Yes.
23    Q.  And does he -- what else does he do on
24  cars?
25    A.  Well, let's see.  He makes sure that the

Page 175

1  tires are always -- he makes sure the -- there's
2  gasoline in the car.  He -- he tinkers with the
3  engine.  He looks in it and -- and does work like
4  that.  He's not an expert, but he will try.
5    Q.  All right.  And how about -- how many cars
6  do you have?  How many motor vehicles?
7    A.  One.
8    Q.  One.
9    And how about -- does he do any grass
10  cutting or hedge trimming or any of that kind of
11  yard work anymore since you brought on this fellow
12  David?
13    A.  He -- just a little.  We have -- we have a
14  shih tzu who is so little she can't go in high
15  grass.  So he just cuts a little bitty path.  It's
16  a small path so that she can go.
17    Q.  I see.
18    And is anybody responsible for cleaning up
19  after the dogs in the yard?
20    A.  He -- Johnny usually does that before
21  David comes to mow the grass.
22    Q.  All right.  Have you -- I think the -- I
23  think the answer is going to be no, but I -- I
24  need to ask anyway.
25    Have -- have you and -- and Mr. Boudreaux

Page 176

1  have any -- any periods of separation during your
2  marriage?
3    A.  No.
4    Q.  Any -- any periods where you lived
5  separate and apart in the same house just because
6  you weren't getting along?
7    A.  No.
8    Q.  All right.  Ever get any marital
9  counseling?
10    A.  No.
11    Q.  Ever have to go to your priest or
12  something to --
13    A.  No.
14    Q.  -- to ask for advice or anything like
15  that?
16    A.  No.
17    Q.  All right.  And Mr. Boudreaux said you --
18  you -- you belong to a particular church down
19  there in . . .
20    A.  We are in Holy Savior Parish.  But we --
21  St. Hilary.  We attend St. Hilary more than
22  Holy Savior because the mass times are more
23  convenient.
24    Q.  And do you -- do you go to mass together
25  each Sunday?

Page 177

1    A.  Yes.
2    Q.  All right.  What -- what times do you --
3  do you go on Saturday or Sunday?
4    A.  We usually go at the -- it -- it -- it
5  varies.  The 11 o'clock mass on Sunday, or there's
6  a 4 o'clock mass in the afternoon on Saturday.
7    Q.  Okay.
8    A.  Now, since he has been ill, we have not
9  been able to go every Sunday, not since he had the
10  surgery.  We -- but he -- we do go as -- as often
11  as we can.
12    Q.  Okay.  All right.  Now, I want to talk a
13  little bit about your husband's medical issues.
14    First of all, Mr. Boudreaux has, like you,
15  hypertension or high blood pressure?
16    A.  Yes.
17    Q.  How long ago was that diagnosed, you
18  think?
19    A.  I'd say maybe -- not -- I wouldn't -- I
20  wouldn't know for sure.  I can't remember.
21    Q.  Was it many years ago?
22    A.  Not like 20 or anything, but more like
23  maybe 12, something like that.
24    Q.  All right.  And do you recall a time when
25  he was asked to get a blood pressure cuff at home

Protected - Subject to Further Protective Review

Page 178

1 to keep -- keep track of his blood pressure?
2    A. I don't recall that.
3    Q. Well, do you recall that he does have a
4 blood pressure cuff at home?
5    A. Yes.
6    Q. And that he -- he got that about
7 five years ago?
8    A. Yes. I'm -- I'm not exactly sure. But it
9 is around that area.
10    Q. All right. Without -- I -- I understand
11 you can't be exact.
12       But does he -- the -- the information I
13 have -- because I -- maybe I'm like you. I've
14 read his medical records, and I saw that the
15 doctor suggested he log his blood pressure. Do
16 you know that he does that?
17    A. He takes it, but I don't believe he logs
18 it.
19    Q. He takes his pressure, but he doesn't
20 write it down?
21    A. Most of the time no.
22    Q. Does he take it every day?
23    A. I don't know. I -- as far as I know, yes.
24    Q. Do you know what medications he's taking
25 for his blood pressure?

Page 179

1    A. No.
2    Q. All right. Do you -- do you make sure he
3 takes all his medications every day?
4    A. No. He does that.
5    Q. All right. So he -- he -- he's
6 responsible for taking his meds, and -- and you're
7 not overseeing that in any way?
8    A. That's right.
9    Q. All right. Has that always been the case?
10    A. Yes.
11    Q. All right. And does he have any other
12 devices at home for measuring his body systems?
13 For example, does he have something to -- to
14 measure his blood sugar?
15    A. I have the blood sugar measuring. His
16 blood sugar is not anything that they had to use
17 insulin for.
18    Q. All right.
19    A. So -- but he does -- he does have one.
20 Yes. He has a -- to measure the blood sugar.
21    Q. You -- you mentioned that he -- he's on
22 aspirin -- baby -- I'll call it baby aspirin. I
23 think they call it low dose today. But low dose
24 aspirin. How long --
25    A. Yes.

Page 180

1    Q. -- has he been on aspirin?
2    A. I would say 15, 20 years.
3    Q. Who put him on aspirin? Do you remember?
4    A. No. I have no idea.
5    Q. And do you know why he was put on aspirin?
6    A. No. Other than it was good for him.
7    Q. All right. But did he tell you why he's
8 taking aspirin?
9    A. No.
10    Q. All right. Has he ever been diagnosed
11 with high cholesterol or high triglycerides, you
12 know, basically the cholesterol problems?
13    A. No.
14    Q. You don't know, or do you know?
15    A. No. His -- the answer's no.
16    Q. Okay. And has there ever been a time
17 before his a-fib when he had to be hospitalized or
18 go to the emergency room for anything that was
19 bothering him, anything that was bothering him?
20    A. The kidney stones. But this -- he hasn't
21 had a kidney stone in ten or so years. But at one
22 time he did have kidney stones, and he had to go
23 to the hospital. Yes.
24    Q. He -- did -- has he ever been to the
25 hospital for anything other than kidney stones?

Page 181

1    A. I don't know that exactly, but I -- to my
2 -- to me, he has not.
3    Q. Has he -- has he ever had what you thought
4 or worried might be a heart attack?
5    A. No.
6    Q. And he's -- he's had gout for many years;
7 is that right?
8    A. Yes.
9    Q. When is the last time he had an attack of
10 the gout?
11    A. That must have been maybe five or
12 six years ago. And I know exactly because he
13 can't walk.
14    Q. Okay. In other words, you know when it's
15 happening, because he can't walk; is that right?
16    A. Yes.
17    Q. All right. He -- Dr. -- do you
18 remember -- not doctor, but Nurse Practitioner
19 Torres, do you remember she put him on allopurinol
20 for his gout, something he takes every day to
21 prevent attacks of gout as opposed to treating --
22 treating them after they happen? Do you remember
23 that?
24    A. No.
25    Q. All right. How frequent -- when --

Page 182

1 when -- when -- the last time he had an attack of
2 gout five or six years ago, how often was he
3 having gout attacks up until that point when he
4 basically stopped having them?
5    A. Several months apart. I don't -- really,
6 I can't answer that completely.
7    Q. So he was having them two, three times a
8 year? Is that what you're saying?
9    MS. BARRIOS:
10      Objection.
11    THE WITNESS:
12      Approximately, yes.
13 BY MR. McCAULEY:
14    Q. Okay. And when they happened, were they
15 disabling, making him -- making it difficult for
16 him to walk?
17    MR. BYRNE:
18      Object to form.
19    THE WITNESS:
20      Yes.
21 BY MR. McCAULEY:
22    Q. Did they come on suddenly, or did he get a
23 warning that they were coming on?
24    MR. BYRNE:
25      Object to form.

Page 183

1    THE WITNESS:
2      I only knew when he had it.
3 BY MR. McCAULEY:
4    Q. Right. But -- and -- and you can only
5 know what he -- what you can observe or what he
6 told you. But did you observe or did he tell you
7 that he -- he felt like he was -- he had a gout
8 coming on, or did he just wake up with it and --
9 and -- and -- and have it one day without any
10 notice or warning?
11    MR. BYRNE:
12      Object to form.
13    THE WITNESS:
14      I don't -- I don't -- I don't recall.
15 BY MR. McCAULEY:
16    Q. All right. He's had some kidney troubles
17 over the years; is that right? Kidney stones, for
18 one?
19    A. Kidney stones, that's the . . .
20    Q. Anything else?
21    A. Not -- not that I know of.
22    Q. Does he have any trouble with his kidneys
23 today --
24    MR. BYRNE:
25      Object to form.

Page 184

1 BY MR. McCAULEY:
2    Q. -- that you know of?
3    A. No.
4    Q. All right. He had to have his gallbladder
5 out about a year ago; is that right?
6    A. It was probably a little over a year.
7 Yes. Because this been two or three years, so
8 this was after his gastrointestinal bleed.
9    Q. Okay. Right. It was after -- it was
10 after that.
11    A. But they -- it was -- it was during --
12 after this process that he had to have -- he had
13 to have his gallbladder removed.
14    Q. Did -- are -- and I -- I want to make sure
15 I'm understanding what you're telling me.
16      Are -- are you suggesting that his
17 gallbladder or do you believe that the need to
18 have his gallbladder out was related to taking
19 Xarelto in some way?
20    A. I don't know. I'm not a doctor. And I
21 was not told this but -- by a doctor.
22    Q. Okay. It -- but -- and I -- and I just
23 want to find out: Is it something that you
24 believe for some reason, that the gallbladder is
25 related to the Xarelto?

Page 185

1    A. It could be. I don't know.
2    Q. Okay. All right. We'll find -- why --
3 why did he need to have his gallbladder out?
4    A. He -- I think he went to his regular
5 doctor and -- I don't really remember. But he
6 told him he needed gallbladder surgery.
7    Q. Did he -- was he having symptoms that were
8 related to his gallbladder?
9    A. No.
10    Q. Okay. All right. And he's had in the
11 past some episodes of hip pain. Is that so? Do
12 you recall that?
13    MR. BYRNE:
14      Object to form.
15    THE WITNESS:
16      Arthritis.
17 BY MR. McCAULEY:
18    Q. So does he have pain in his hip from
19 arthritis so far as you know?
20    MR. BYRNE:
21      Object to form.
22    THE WITNESS:
23      He's had it, but not . . .
24 BY MR. McCAULEY:
25    Q. Is he having any hip pain today --

Page 186

1    MR. BYRNE:
2        Object to form.
3  BY MR. McCAULEY:
4    Q. -- or pain in any of his joints --
5    MR. BYRNE:
6        Object to form.
7  BY MR. McCAULEY:
8    Q. -- that he tells you about?
9    A. He's a very quiet person, and he does not
10 broadcast his pain to me at all because he doesn't
11 want to worry me. So he doesn't tell me that a
12 lot. But I do -- I do think that he has -- like
13 old people has trouble --
14   Q. What --
15   A. -- not --
16   Q. What have you noticed about that? I mean,
17 you -- you know him probably better than anyone --
18 anyone in the world. So what have you noticed
19 about his -- his joints or joint pain or any --
20 anything like that?
21   A. Mostly that he can't get up that quickly,
22 not as . . .
23   Q. And has that been something that's been
24 coming on over the years? He gets up slower. He
25 gradually -- and just -- just like growing older,

Page 187

1  I guess?
2    MR. BYRNE:
3        Object to form.
4    THE WITNESS:
5        Well, it seems to have gotten a lot --
6        a lot worse since he was last in the
7        hospital.
8  BY MR. McCAULEY:
9    Q. The joint pain, you mean?
10   A. Yes.
11   Q. How so?
12   A. Well, I just see him having a harder time
13 getting up when -- when he's on a lounge chair.
14   Q. And he was last in the hospital when?
15   A. He was -- do you mean -- excuse me. Would
16 you clarify for me?
17   Q. Sure.
18      You said -- with respect to his arthritic
19 pain or the pain in his joints, you said it seems
20 to have gotten a lot worse since the last time he
21 was in the hospital. So --
22   A. That --
23   Q. -- I'm wondering what -- what was that
24 last time he was in the hospital?
25   A. The gastrointestinal bleed on February --

Page 188

1  it was I believe February 2nd.
2    Q. In -- in 2014?
3    A. Yes.
4    Q. Okay. Has anybody -- has anybody
5  suggested that the joint pain is related in some
6  way to his experience with Xarelto?
7    A. No.
8    Q. Okay. So as far as you know, is that
9  totally independent of his Xarelto experience?
10   MR. BYRNE:
11      Object to form.
12   THE WITNESS:
13      Well, I'm not a doctor. But I -- I --
14      I do think it's -- it's not the same
15      thing.
16 BY MR. McCAULEY:
17   Q. Okay. All right. And is he taking any
18 medication for any joint pain?
19   A. He -- I'm -- I'm not quite sure if he --
20 if he take -- still takes it, but it was something
21 to kind of make it easier. But I don't believe
22 he's on any.
23   Q. All right. Now, you recall that he was
24 diagnosed with diabetes in -- in 2011?
25   A. I recall that he was diagnosed with

Page 189

1  diabetes. Yes. I'm not certain of the date.
2    Q. All right. And he's been treated with
3  metformin?
4    A. Yes.
5    Q. And how do you know that he's using
6  metformin?
7    A. He tells me.
8    Q. All right. And why do you think he's
9  tell -- telling you about metformin but maybe not
10 some of the other drugs?
11   A. Because I have diabetes too.
12   Q. So it's something you have in common?
13   A. Yes.
14   Q. And he knows that you get metformin also?
15   A. Yes.
16   Q. Does he set up your pills for you for the
17 week?
18   A. Yes.
19   Q. Okay. So you don't manage his
20 medications, but he manages yours in the sense of
21 making sure they all get put in the -- in the pill
22 box --
23   A. Yes.
24   Q. -- is that right?
25   A. Yes.

Page 190

1 Q. Okay. And he makes sure that you don't
2 run out of your meds?
3 A. He -- he's very -- very good with that.
4 He calls in my medications and everything. He
5 handles that.
6 Q. Did you ever see any of the tablets of
7 Xarelto that he was taking?
8 A. No.
9 Q. Did you ever see him take the tablet?
10 A. No.
11 Q. Okay. I wonder if you recall that when he
12 was diagnosed with diabetes he was also considered
13 a little obese at the time, a little overweight?
14 MR. BYRNE:
15 Object to form.
16 THE WITNESS:
17 Much less than -- than -- than
18 now. Yes.
19 BY MR. McCAULEY:
20 Q. All right. And do you remember, though,
21 that one of the things that Dr. -- and I keep
22 calling her doctor, because she's sort of acting
23 like his doctor -- but Nurse Practitioner Torres
24 emphasized to him was the need to get exercise?
25 MR. BYRNE:

Page 191

1 Object to form.
2 THE WITNESS:
3 Yes.
4 BY MR. McCAULEY:
5 Q. And -- and how important it was both for
6 his heart and for his diabetic condition to -- to
7 get exercise on a daily basis. Do you remember
8 that?
9 MR. BYRNE:
10 Object to form.
11 THE WITNESS:
12 He has told me that. I don't know
13 what -- I'm sure it was from his doctor.
14 BY MR. McCAULEY:
15 Q. And have -- have doctors been telling --
16 as far as you know, has he told you that's what
17 doctors keep telling him, he needs to get more
18 exercise?
19 MR. BYRNE:
20 Object to form.
21 THE WITNESS:
22 Yes.
23 BY MR. McCAULEY:
24 Q. Do you recall that there was a time when
25 -- in an effort to -- to follow that instruction

Page 192

1 he joined a gym?
2 A. Yes.
3 Q. What gym did he join?
4 A. It was the one in Mathews. I don't
5 remember the actual name.
6 (Cellular phone interruption in
7 deposition.)
8 THE WITNESS:
9 But he -- the -- his program was
10 called Silver Slippers.
11 BY MR. McCAULEY:
12 Q. And that's -- "Silver" meaning for guys
13 with silver hair?
14 A. Possibly. Possibly.
15 Q. All right.
16 A. Women too.
17 Q. All right. So this gym in Mathews, do you
18 know what it was called?
19 A. I can't recall.
20 Q. And he -- he told us that when he went
21 there he would get on the -- on the walking
22 machines and that --
23 A. Yes.
24 Q. -- kind of thing. He wasn't lifting
25 weights or anything like that?

Page 193

1 A. No.
2 Q. Now, when was it that he joined that gym?
3 Do you remember?
4 A. No. I don't recall.
5 Q. And do you recall -- well, let me see if
6 your recollection is the same as Mr. Boudreaux's.
7 He seemed to recollect that he stopped
8 going to that gym sometime in 2013. Does that
9 sound right to you?
10 A. Yes.
11 Q. Why did he stop going to that gym?
12 MR. BYRNE:
13 Object to form.
14 THE WITNESS:
15 I really don't know. I can't --
16 BY MR. McCAULEY:
17 Q. Was it --
18 A. -- can't answer.
19 Q. Was it a cost issue, or was he -- was he
20 just feeling too tired to go to the gym?
21 MR. BYRNE:
22 Object to form.
23 THE WITNESS:
24 I don't know. But it wasn't a cost
25 issue because his insurance was taking

Page 194

1    care of that.
2    BY MR. McCAULEY:
3    Q. All right. So -- and this would have been
4    in 2013, about the time when he was experiencing
5    that buildup of fluids that you were talking
6    about?
7        MR. BYRNE:
8        Object to form.
9        THE WITNESS:
10       I -- I'm not sure. But that made him
11       more uncomfortable.
12   BY MR. McCAULEY:
13   Q. That made --
14       COURT REPORTER:
15       I'm sorry?
16   BY MR. McCAULEY:
17   Q. I'm sorry. Say that again?
18   A. More uncomfortable.
19   Q. Yes. So when he had the buildup of
20   fluids, that made him more uncomfortable?
21       MR. BYRNE:
22       Object to form.
23       THE WITNESS:
24       Well, I -- I believe so from --
25       because he -- he told me, I feel like I

Page 195

1    have extra fluid.
2    BY MR. McCAULEY:
3    Q. And more difficult for him to exercise?
4    A. Yes.
5    Q. And harder to catch his breath --
6        MR. BYRNE:
7        Object to form.
8    BY MR. McCAULEY:
9    Q. -- with the fluids?
10   A. Well, he -- he did have experiences where
11   he had to walk and -- but he would walk the house,
12   walk the house.
13   Q. "Walk the house," in other words, walk
14   around the house? Is that what you're saying?
15   A. Yes.
16   Q. And -- but he would have to stop and rest
17   more often than he would before --
18       MR. BYRNE:
19       Object to form.
20   BY MR. McCAULEY:
21   Q. -- is that right?
22   A. I'm not quite sure because he did -- he --
23   he did a lot of this after I had gone to sleep.
24   Q. I see. Okay.
25       So -- and -- because you had your -- your

Page 196

1    own medical issues you were dealing with, I -- I
2    gather you were not going to the gym with him?
3    A. No.
4    Q. And you were -- you were experiencing
5    problems with your feet at that time already?
6    A. Yes. And with diabetes and things like
7    that.
8    Q. And that made it difficult for you to
9    exercise in -- in the way that he was doing?
10   A. In the way that he was doing.
11   Q. All right. Do you recall -- well, do you
12   know that he's now taking a medication called
13   Protonix? Have you ever hard of that medication?
14   A. No.
15   Q. Do you know that he's taking something for
16   GERD or -- I'll just call it like heartburn?
17   A. I think he told me like it was a generic
18   of -- I don't know -- some --
19   Q. Pantoprazole?
20   A. Huh?
21   Q. Pantoprazole, is that the name of it if I
22   said it to you?
23   A. I don't know.
24   Q. All right. But did he tell you that he
25   was taking a medication for heartburn?

Page 197

1    A. He -- no. He didn't come out and tell me
2    that.
3        Recently we discussed medicines that were
4    being put into the box. And he told me he was
5    taking something for -- you know, to help GERD or
6    whatever it is. I don't know if he has that.
7    Q. Okay. But he -- he used that word with
8    you, "GERD"?
9    A. No.
10   Q. Well, do you know what GERD is?
11   A. Yes.
12   Q. How do you know what that word is?
13   A. Because I've had it.
14   Q. I see.
15       That's gastroesophageal reflux disorder?
16   A. Well, yes.
17   Q. That's the short -- that's the long name
18   for it; right?
19   A. Yes.
20   Q. All right. When did you get that?
21   A. Years ago. That was about the '90s to --
22   later '90s.
23   Q. All right. And has it resolved?
24   A. I've taken Prilosec. But I have seen the
25   gastroenterologist. And it's -- it has developed

Page 198

1 into I -- IBS.
2    Q. Irritable bowel syndrome?
3    A. Yes.
4    Q. And when did that happen?
5    A. At about the same time that I had --
6 started having -- having the hernia, having the
7 problem with the abscesses. So . . .
8    Q. Are you taking any medication for GERD
9 today?
10    A. No.
11    Q. No?
12    Are you taking --
13    A. No.
14    Q. -- something for irritable bowel syndrome?
15    A. No.
16    Q. Is this related to -- you -- you said
17 earlier about episodes of diarrhea?
18    A. Yes.
19    Q. And does that make it more uncomfortable
20 for you to go on long trips and -- and other
21 things, because you're worried about accidents and
22 things like that? I -- I don't mean --
23    MR. BYRNE:
24       Object to form.
25 BY MR. McCAULEY:

Page 199

1    Q. -- to ask embarrassing questions. I
2 just -- I just need to find out.
3    MR. BYRNE:
4       Object to form.
5    THE WITNESS:
6       It hasn't been the reason.
7 BY MR. McCAULEY:
8    Q. Okay. Has not been -- has not been an
9 issue --
10    A. No.
11    Q. -- for you? Okay.
12    Are you getting any treatment at all for
13 the IBS?
14    A. I -- I went to a gastroenterologist. He's
15 treated me. He's treated me with antidiarrheal
16 things like Imodium and another one that relates
17 to that, so has my -- my regular doctor tried that
18 on me, to -- you know, to stop the symptoms and
19 everything. But it hasn't been -- it hasn't
20 totally corrected.
21    Q. I see. Okay. All right.
22    Now, I want to ask a little bit about
23 Mr. Boudreaux's family medical history. He had a
24 father. When -- when did his father pass? Do you
25 remember? And you don't have to give me a date.

Page 200

1 But just like was it 10, 15 years ago, or longer?
2 How old was he when his father died? Just those
3 kinds of things to trigger your recollection.
4    A. I'm trying to think. Because he was
5 hospitalized several times. And it was kidney.
6 And he could no longer take the dialysis because
7 the shunt or whatever it was was -- they had
8 replaced it and it couldn't -- I mean, it -- it
9 was just not replaceable. So he -- he was put in
10 the hospital, and he died there.
11    Q. And how old was Mr. Boudreaux when this
12 happened?
13    A. I would say about 75, 76.
14    Q. Well, I mean, your Mr. Boudreaux, not his.
15    A. My Mr. Boudreaux?
16    Q. Yeah. Johnny.
17       How old was Johnny when his father passed
18 away? That's what I was asking.
19    A. I don't recall.
20    Q. All right. And was -- was that -- did
21 Johnny's father die before his mother died?
22    A. Yes.
23    Q. Do you recall that Johnny's father also
24 had high blood pressure?
25    A. I don't recall.

Page 201

1    MR. BYRNE:
2       Object to form.
3 BY MR. McCAULEY:
4    Q. You don't know. Okay.
5       And how long ago did Johnny's mother die?
6    A. She died, I -- I -- she died about six or
7 seven years after his father.
8    Q. All right. And do you recall that she had
9 a stroke?
10    A. Yes.
11    Q. How did that come on? Do you remember?
12    A. When Mr. Boudreaux died in the hospital, I
13 was with him and Johnny was with him. And we
14 would go because his mother was afraid to stay
15 with him alone because she felt how serious it
16 was. So one of the daughters, which they had
17 three -- he has three sisters. One would take one
18 night. And then I would take Saturday because I
19 was teaching at the time. So we would go over
20 there. And when -- he died that night.
21       And that night when she -- he died she had
22 a kidney stone. So I had to go with the kidney
23 stone. So he said, Instead of your staying alone,
24 I will stay there too with my dad while you go to
25 the emergency room, whatever it was. They made me

Page 202

1 go out and go with her.
2    Q. With Johnny's mother?
3    A. Yes.
4    Q. I see.
5    Because she had the kidney stone?
6    A. Yes.
7    Q. I see.
8    On the very night that her husband died?
9    A. He died the next morning.
10    Q. I see. Okay.
11    And then -- I'm -- I'm sorry. I
12 interrupted you. But -- so you -- I think you
13 were getting to when she had a stroke.
14    A. Yes. She -- she went home, and she was
15 totally distraught. She was extremely close to
16 her husband. And she had a conversation with me,
17 and I could tell that she was rather depressed and
18 just saying that she -- she would like to go with
19 him.
20    So anyway, her daughters immediately took
21 her to their house. And she had a stroke over
22 there.
23    Q. And how did that affect her, and -- and
24 how old was she when -- when she had the stroke?
25    A. She must have been maybe a little younger

Page 203

1 than -- he was, 76. So she must have been maybe
2 74, 75.
3    Q. And how did this stroke affect her?
4    MR. BYRNE:
5        Object to form.
6 BY MR. McCAULEY:
7    Q. What -- what were you able to observe
8 about the effects of the stroke on her?
9    MR. BYRNE:
10        Object to form.
11    THE WITNESS:
12        She was not able to walk. She was not
13        able to talk. She was not able to express
14        herself. The doctors did not know the
15        level of her -- her inability to do things
16        really. And so she -- she just was -- all
17        she could do when you went in is give you
18        a big smile.
19 BY MR. McCAULEY:
20    Q. So she would recognize you when you went
21 in?
22    A. Yes.
23    Q. But --
24    A. We think. We think she did.
25    Q. But unable to talk and unable to walk.

Page 204

1 Was she able to write?
2    A. No.
3    Q. So totally unable to communicate with
4 family?
5    A. Yes.
6    MR. BYRNE:
7        Object to form.
8 BY MR. McCAULEY:
9    Q. And how -- who took care of her during
10 that period of time?
11    A. The very beginning, her -- let's see. The
12 second daughter, Edna (phonetic), had her in her
13 home. And she was in a bedroom there. And when
14 she needed any type of assistance she rang a bell,
15 a little (indicating).
16    Q. I see.
17    And how long did that last, that
18 arrangement?
19    A. I would say about a year or -- or so, not
20 -- not longer than that.
21    Q. And then what happened?
22    A. She was put into a nursing home.
23    Q. And that's because she had -- her need --
24 was it -- let me ask it this way: Was it because
25 her needs were so great that she really needed --

Page 205

1    MR. BYRNE:
2        Object to form.
3 BY MR. McCAULEY:
4    Q. -- the -- the the --
5    MR. BYRNE:
6        Go ahead. I'm sorry.
7 BY MR. McCAULEY:
8    Q. -- the -- the long-term care?
9    MR. BYRNE:
10        Object to form.
11    THE WITNESS:
12        I don't know. I -- I'm not -- I -- I
13        can't tell medically. I just know
14        that . . .
15 BY MR. McCAULEY:
16    Q. So she went into a nursing home?
17    A. Yes.
18    Q. Did she ever get better, improve from the
19 stroke?
20    A. No.
21    MR. BYRNE:
22        Object to form.
23 BY MR. McCAULEY:
24    Q. Did she continue to go downhill day after
25 day, week after week?

Page 206

1 MR. BYRNE:
2     Object to form.
3 THE WITNESS:
4     Well, she -- she stayed exactly the
5 same thing for a ways -- for a long time.
6 MR. McCAULEY:
7     All right.
8 THE WITNESS:
9     And then she ended up in the hospital.
10 She was ill.  And I don't really know what
11 she had when she was ill.  And she ended
12 in the hospital, and she died there.
13 BY MR. McCAULEY:
14 Q. And that was about -- Mr. Boudreaux
15 remembered about five years after her stroke.  Is
16 that what you recall as well?
17 MR. McCAULEY:
18     Object to form.
19 THE WITNESS:
20     Whose stroke?  I don't . . .
21 BY MR. McCAULEY:
22 Q. Her stroke, Mrs. -- his mother's stroke.
23 A. That was five or six years after she had
24 the stroke at her daughter's --
25 Q. Yeah.  Right.

Page 207

1 A. -- house.  Yes.
2 Q. And she died.
3     Do you know anyone else who's had a
4 stroke?
5 A. I don't -- I -- I don't know.  I don't
6 recall.
7 Q. Okay.  Mr. Boudreaux's youngest sister,
8 Elsie, has atrial fibrillation?
9 A. Yes.
10 Q. And was she diagnosed with that before his
11 a-fib was diagnosed?
12 A. I'm not aware of that.
13 Q. When was she diagnosed with it?
14 A. I'm not aware of that.
15 Q. Okay.  How did -- how did you become aware
16 that she has A -- atrial fibrillation?
17 A. When he was told he had that.  And we
18 spoke to her.  She said she also -- she had that.
19 Q. All right.  Did you ever speak to her
20 about whether she was taking blood thinners for
21 her a-fib?
22 A. Yes.
23 Q. What -- when did you have this
24 conversation?
25 A. Let's see.  I guess around maybe a month

Page 208

1 or so before, because she was -- she would come to
2 the hospital when I -- when he -- we were doing
3 tests or anything.  So we spoke to her about that.
4 And she was not taking any blood thinners at all.
5 Q. Well, I -- I want to ask you what you
6 meant by a month or so before.  A month or so
7 before what?
8 A. Probably before he -- he ended up with --
9 with all the -- no.  It was -- it was when --
10 maybe when he -- I'm not really sure.  I don't
11 recall exactly.
12 Q. Well, let me ask you this -- let me ask it
13 this way:  You -- as I -- as I understand your
14 testimony, you learned that his sister had a-fib
15 because when Mr. Boudreaux was diagnosed with it,
16 he told his sister about it and she said, Well, I
17 have a-fib too.  Is that -- is that what you're --
18 am -- am I understanding you correctly?
19 A. Yes.
20 Q. So it was right about that time that he
21 learned he had a-fib that you learned that Elsie
22 also had it?
23 A. Yes.
24 Q. Now, was the discussion about whether she
25 was taking blood thinners before or after

Page 209

1 Mr. Boudreaux went in the hospital for his
2 gastrointestinal bleed, if you recall?
3 A. It -- it had to be before.
4 Q. You think it was before?
5 A. Yes.
6 Q. Did -- did you -- did you ask her why she
7 was not taking blood thinners if Mr. Boudreaux was
8 on them?
9 A. I'm not a doctor.  She had Dr. -- the same
10 doctor that my husband saw.  And -- and I never
11 asked that question.
12 Q. She had the same doctor that -- that
13 Mr. Boudreaux had?
14 A. That he eventually went to after -- after
15 his gastrointestinal --
16 Q. Which doctor is that, please?
17 A. He had --
18 Q. Dr. -- Dr. Timothy?
19 A. Yes.
20 Q. Okay.  So Elsie also went to Dr. Timothy?
21 A. Yes.
22 Q. I see.  Okay.
23     And have you discussed with Elsie anything
24 about Mr. Boudreaux's experience with Xarelto?
25 A. She was aware.  But at the time, I didn't

Protected - Subject to Further Protective Review

Page 210

1  know the name Xarelto. I knew it was a blood
2  thinner that he was on. And when he had his --
3  his -- the horrible bleeding episode, she was the
4  one that we talked to because she was dog-sitting
5  for us.
6  Q. I see.
7  And was she familiar with the blood
8  thinner Xarelto?
9  MS. BARRIOS:
10  Objection.
11  THE WITNESS:
12  I don't know. I don't think so.
13  MR. BYRNE:
14  Object to form.
15  BY MR. McCAULEY:
16  Q. Okay. Now --
17  MR. BYRNE:
18  All right. We've been going about an
19  hour. When you get through with this line
20  of questioning, can we -- can we take a
21  break?
22  MR. McCAULEY:
23  We can take a break --
24  THE WITNESS:
25  Oh, yes. I --

Page 211

1  MR. McCAULEY:
2  -- any -- any time. If you -- if
3  you'd rather now, that's fine.
4  THE WITNESS:
5  Oh. I'd like a break right now.
6  MS. BARRIOS:
7  Okay.
8  THE WITNESS:
9  Yes.
10  MR. McCAULEY:
11  Why don't we just do it right now
12  then.
13  MS. BARRIOS:
14  You just needed to tell us.
15  MR. BYRNE:
16  If -- if you're through, yeah. I
17  was --
18  MR. McCAULEY:
19  Well, I --
20  MR. BYRNE:
21  -- going to say I don't want to -- I
22  don't want to stop you mid question.
23  But . . .
24  MS. BARRIOS:
25  But she -- she wants --

Page 212

1  THE VIDEOGRAPHER:
2  We're going off the --
3  MS. BARRIOS:
4  -- a break, so we can --
5  THE VIDEOGRAPHER:
6  -- record. It's 3:15.
7  (Brief recess was taken.)
8  THE VIDEOGRAPHER:
9  We're back on the record with Tape 2.
10  It's 3:45. I mean -- excuse me. Tape 4.
11  BY MR. McCAULEY:
12  Q. All right, Mrs. Boudreaux. We've had a
13  break.
14  And let me ask you as I usually do: Are
15  you ready to continue your deposition?
16  A. Yes.
17  Q. Feeling okay? Ready -- ready to answer
18  some more questions?
19  A. Yes.
20  Q. All right. We got off talking about
21  Elsie's a-fib. But before that, we were talking
22  about GERD. And I think you said that you -- you
23  had some GERD earlier. And then at some point
24  Mr. Boudreaux told you during some conversation
25  you had about medications that he was taking

Page 213

1  something for GERD. Do you recall that testimony?
2  A. I recall. But I never heard the word
3  "GERD" from him.
4  Q. What -- what did he say? What were his
5  words?
6  A. He was taking some medicine for -- I -- I
7  don't remember. He was -- he was taking it, and I
8  guess I kind of remembered what -- you know, what
9  it was.
10  Q. Oh. So you just remembered the type of
11  medication and remembered that you had it for the
12  same thing?
13  A. Yes.
14  Q. When was this conversation?
15  A. I don't remember exactly.
16  Q. Was it a year ago or more?
17  A. I don't recall.
18  Q. Was it -- well, let me put it this way:
19  Was it before or after he had his gastrointestinal
20  bleed?
21  A. Our talk about it was after.
22  Q. Okay. And you just really don't remember
23  how long after?
24  A. No.
25  Q. All right. Does -- did he ever complain

Page 214

1 or did you [sic] ever exhibit symptoms that you
2 recognized as his having heartburn or indigestion
3 or anything like that before he was diagnosed with
4 atrial fibrillation?
5     A. I'm not a doctor, and he didn't tell me
6 that.
7     Q. Okay. I know you're not a doctor. So you
8 can only tell me what he told you or what you
9 observed as his wife. Okay?
10    A. Uh-huh.
11    Q. Okay. So that's all I'm asking.
12    A. Yes.
13    Q. All right. I don't -- I don't think you
14 can make a diagnosis.
15    A. Thank you.
16    Q. All right. Now, your son David had a
17 heart attack at age 45?
18    A. Yes.
19    Q. Is he on any heart medications or blood
20 thinners?
21    A. No -- no blood thinners. He has a mild
22 case of diabetes. And he has been seeing a doctor
23 who checks -- who does blood tests and does work
24 on him. But no. He had a -- he had a blockage.
25    Q. I see.

Page 215

1     Did he have an angioplasty like yourself?
2     A. I'm -- I'm not quite sure if it was like
3 mine. Mine was very quick. And he had had -- he
4 had had a heart attack --
5     Q. Okay.
6     A. -- and I had not had one.
7     Q. All right. Let me -- let me ask this
8 question: Do you know anybody other than your
9 husband who has ever taken blood thinners?
10    A. Yes. I kind of remember a --
11    Q. Who was this?
12    A. My cousin's husband, I think.
13    Q. Your cousin's husband?
14    A. Yeah.
15    Q. How long ago was this?
16    A. Seven or eight years ago.
17    Q. And do you know what blood thinner your
18 cousin's husband was on?
19    A. Possibly it was Coumadin.
20    Q. How do you know that? Why do you -- or
21 why do you say that it was possibly Coumadin?
22    A. I may have heard it mentioned, didn't have
23 -- I just thought.
24    Q. All right. Did -- did -- how did it come
25 up -- how did you come to learn that your cousin's

Page 216

1 husband was -- was taking blood thinners?
2     A. He was -- he was in the hospital and he
3 had some kind of -- I don't know the test they do
4 for the brain and all. But he had -- he had
5 several problems in there. And we just -- I was
6 in the -- I -- I had gone, seen him and her. And
7 I don't think it was then. She had just told me
8 -- I didn't think any -- anything of it. I didn't
9 know it. She just may have said that casually.
10    Q. All right. But it's something you
11 remember today, that -- that she told you he was
12 on blood thinners, possibly Coumadin?
13    A. Yes. I remember.
14    Q. And did -- did -- did you recall that --
15 whether he had any difficulties with or
16 complications from Coumadin?
17    A. I don't know. He died. He had had some
18 type of problem with his brain. He had blood
19 pressure. He had -- he had this thing. So I
20 really don't know.
21    Q. Did -- did your cousin whose husband died
22 attribute any of his problems to the Coumadin that
23 he was on or tell you that she thought Coumadin
24 was responsible?
25    A. No.

Page 217

1     MR. BYRNE:
2         Object to form.
3 BY MR. McCAULEY:
4     Q. Do you know of anybody else besides your
5 cousin's husband who is on blood thinners?
6     A. No.
7     Q. Do you know of anybody who has ever had a
8 gastrointestinal bleed besides your husband?
9     A. No.
10    Q. Okay. I want to talk about the time when
11 your husband was diagnosed with atrial
12 fibrillation. Okay?
13    A. Yes.
14    Q. And just to put it in context for you, the
15 diagnosis came in -- on January 7, 2014. Okay.
16 You with me?
17    A. Do you mean when he entered the hospital,
18 or when they . . .
19    Q. When -- when his -- well, I'll just say
20 when he -- the day he went in the hospital for the
21 a-fib was January 7th, 2014.
22    A. Okay.
23    Q. Okay. Just -- just to put it in -- on a
24 time line for you.
25    A. Yes.

Page 218

1    Q. As I understand it, for some months prior
2  to that he had been complaining or experiencing
3  symptoms of fluid buildup in his body?
4    A. Yes. He had been complaining of that.
5    Q. And eventually it got so bad that he went
6  to the doctor? Is that what happened?
7      MR. BYRNE:
8        Object to the form.
9      THE WITNESS:
10       He went and seen the nurse
11       practitioner because he -- he just felt
12       like he had fluid in his . . .
13  BY MR. McCAULEY:
14    Q. And how did his symptoms progress during
15  those -- those months?
16    A. I really don't know. He didn't go to the
17  doctor until he -- until this -- he was put into
18  the hospital.
19    Q. And how was he doing by the time he went
20  to see the doctor?
21    A. I really don't know. But if -- if he went
22  to the doctor, he was not feeling well. And he
23  did tell me that he felt like he had fluid
24  all over --
25    Q. All right.

Page 219

1    A. -- in his legs and . . .
2    Q. In his legs. And -- and he --
3    A. In his legs. And he felt like just -- he
4  had fluid.
5    Q. All right. And were you urging him to go
6  to the doctor?
7    A. Yes.
8    Q. And that's because you -- from your
9  perspective as his wife, you could see that he was
10  not feeling well?
11     MS. BARRIOS:
12       Objection.
13     MR. BYRNE:
14       Object to form.
15  BY MR. McCAULEY:
16    Q. Is that right?
17     MR. BYRNE:
18       Object to form.
19     THE WITNESS:
20       He was not feeling the way he usually
21       does.
22  BY MR. McCAULEY:
23    Q. And you -- and -- and -- and you saw that
24  he was not himself?
25     MR. BYRNE:

Page 220

1      Object to form.
2    THE WITNESS:
3      Well, he -- he was not feeling well.
4  And he told me that he felt like he was
5  swollen.
6    MR. McCAULEY:
7      All right.
8    COURT REPORTER:
9      Like he was what? I'm sorry?
10   MR. McCAULEY:
11     Swollen.
12   THE WITNESS:
13     Swollen.
14  BY MR. McCAULEY:
15    Q. That's what you said; right?
16    A. Yes.
17    Q. All right.
18    A. I'm sorry.
19    Q. That's all right. You're talking this way
20  and so sometimes she's having a hard time. But
21  you're -- you're doing exactly as you're
22  supposed --
23   MS. BARRIOS:
24     Yeah.
25   MR. McCAULEY:

Page 221

1      -- to do.
2    MS. BARRIOS:
3      Just keep looking at him.
4    MR. McCAULEY:
5      Keep talking to me.
6    THE WITNESS:
7      Okay.
8    MR. McCAULEY:
9      She's pretty good at picking it up.
10   THE WITNESS:
11     I would think so.
12  BY MR. McCAULEY:
13    Q. All right. And how long did you have to
14  urge him to go to the doctor before he finally
15  went?
16    A. I don't remember. I probably told him
17  here and there go, you know, and --
18    Q. You don't -- he -- he -- he'd rather not
19  going to the doctor, is what you're saying, if he
20  can --
21   MR. BYRNE:
22     Object to form.
23  BY MR. McCAULEY:
24    Q. -- avoid it; is that --
25   MR. BYRNE:

Protected - Subject to Further Protective Review

Page 222

1        Object to form.
2    BY MR. McCAULEY:
3        Q. -- right?
4        A. Yes.
5        Q. He's kind of stoic in that way; that is --
6        MR. BYRNE:
7            Object to form.
8    BY MR. McCAULEY:
9        Q. -- he doesn't feel like -- he's not going
10   to go to the doctor for every little thing?
11       MR. BYRNE:
12           Object to form.
13       THE WITNESS:
14           I would -- I would say yes. That's a
15       good . . .
16   BY MR. McCAULEY:
17       Q. All right. So what happened -- what --
18   what do you -- well, let's put it this way:
19   When's the last time you saw him before he went
20   into the hospital?
21       A. I saw him before he went and seen
22   Dr. Torres. And he insisted he was driving
23   because I was not much of a driver. But it's
24   about a couple of blocks from the house.
25           Then I received a phone call that asked me

Page 223

1    to go and pick him up. And I said I could not
2    possibly do that. I had no car. And Dr. Torres
3    said she wanted to send him by ambulance. And I
4    said, If that's what the doctor recommends, then
5    for heaven sakes, go by ambulance. He knows -- I
6    mean, she knows what's going on. So after that,
7    he decided -- he -- I guess they decided he was
8    going by ambulance because I couldn't go and get
9    him.
10           So I went to the neighbors. And I asked
11   them -- well, the only one who wasn't working, I
12   asked him if he could bring me to the hospital.
13   And he -- definitely. He brought me to the
14   hospital. And I got over there. And I went into
15   the hospital. And we had called David about what
16   was going on. But we -- we -- I went into the
17   hospital.
18       Q. Okay. And when you got to the hospital,
19   where was Mr. Boudreaux? And -- and what I'm
20   asking is: Was he still in the emergency
21   department, or had he been transferred and
22   admitted to a floor on the hospital?
23       A. The emergency.
24       Q. He was still in the emergency room?
25       A. Yes.

Page 224

1        Q. Okay. And was he being attended by
2    different doctors?
3        A. I don't know if they were doctors. I
4    assumed, yes, that they were doctors. A doctor.
5    I didn't see a bunch. There were the other people
6    who attend too.
7        Q. Did he -- well, what did you learn? When
8    you went and first saw him in the hospital, what
9    did you learn was wrong?
10       A. I don't know how to put this. They said
11   that -- that his heart did not beat correctly,
12   that it skipped beats, and that he had something
13   named a-fib.
14       Q. Had you ever heard that term before?
15       A. Not a-fib. I -- I was not familiar with
16   a-fib. But I knew had -- I had already had
17   congestive heart failure, and they did tell me it
18   was congestive heart failure too --
19       Q. All right.
20       A. -- with a-fib.
21       Q. Did -- what did -- what did you understand
22   about the seriousness of his condition?
23       A. I was -- I was frightened, but I knew that
24   I had gone through that. And I knew they had
25   given me diuretics, so I was not panicked.

Page 225

1        Q. What about the a-fib? Were you -- were
2    you concerned about that?
3        A. Yes.
4        Q. What -- what -- what did you learn about
5    a-fib at that time about what risks it posed to
6    Mr. Boudreaux?
7        A. Really nothing until later.
8        Q. And when you say "later," later during his
9    hospital stay?
10       A. Yes. I did learn then. It could have
11   been when he got home that he told me.
12       Q. Now, what hospital was it that he went to
13   on this occasion?
14       A. That was St. Anne's.
15       Q. How far is that from your house?
16       A. Oh, I'd say seven or eight minutes --
17       Q. Okay.
18       A. -- maybe ten.
19       Q. And how long after you got there did they
20   admit him to the hospital?
21       A. They -- I really don't know the length of
22   time. But it -- the emergency room, everything
23   goes slowly and you wait for doctors to come in.
24   So he wasn't in there a very long time. And he
25   had no blood attached to him at all. And nobody

| | |
|---|---|
| **Page 226** | **Page 228** |

**Page 226**

1  was telling him that -- telling me that he was
2  bleeding inside or anything like that.  They were
3  just telling me that they were going to put him in
4  a room, and in case, I just waited and went along.
5      Q.  All right.  And -- and Mrs. Boudreaux, I
6  want to make sure that we're not confusing the
7  different events, because you just talked about
8  they weren't putting blood in him and didn't tell
9  you he was bleeding.  I'm -- I'm really focusing
10 on the time when he was diagnosed with a-fib and
11 admitted into the hospital then, not the --
12     A.  Yeah.
13     Q.  -- not the gastrointestinal bleeding.
14     A.  I understand.
15     Q.  Did you get mixed up a little there
16 about --
17     A.  No.
18         MR. BYRNE:
19             Object to form.
20 BY MR. McCAULEY:
21     Q.  Okay.  But did -- oh.  So you -- so nobody
22 told you he was bleeding internally at the time?
23     A.  Yes.
24     Q.  All right.  And did they -- and no one was
25 giving him any blood transfusions.  Is that what

**Page 227**

1  you're saying?
2      A.  Right.  And --
3      Q.  Okay.
4      A.  -- that usually indicates something bad to
5  me, if they are.
6      Q.  Okay.  All right.  So --
7          MS. BARRIOS:
8              Wait.  I'm sorry.  I need to object.
9      It's obvious that she's got those --
10         MR. BYRNE:
11             Yeah.  Her dates are mixed up.
12         MS. BARRIOS:
13             -- those mixed up.  And I don't want
14     to have a bad record.
15         MR. McCAULEY:
16             All I'm doing is --
17         MS. BARRIOS:
18             I -- you -- you asked her --
19         MR. BYRNE:
20             It's okay.
21         MS. BARRIOS:
22             -- the -- am I wrong?
23         MR. BYRNE:
24             I think we're -- I think we're
25     straightening it out.

**Page 228**

1          MS. BARRIOS:
2              Okay.  I'm --
3          MR. BYRNE:
4              I think -- I think --
5          MS. BARRIOS:
6              I apologize.
7          MR. BYRNE:
8              -- it's clear.
9          MS. BARRIOS:
10             I apologize.  I apologize.
11         MR. BYRNE:
12             He's transitioning.
13         MS. BARRIOS:
14             I'll move on.
15         MR. BYRNE:
16             He's transitioning to the --
17         MS. BARRIOS:
18             Okay.
19         MR. BYRNE:
20             -- GI bleed.
21         MS. BARRIOS:
22             I just didn't want to have a record
23     that --
24         MR. BYRNE:
25             No.

**Page 229**

1          MS. BARRIOS:
2              -- was incorrect.
3          MR. BYRNE:
4              We're good.
5          MR. McCAULEY:
6              Nor -- nor do I, which is why I --
7          MS. BARRIOS:
8              I know.  I know.
9          MR. McCAULEY:
10             -- made an effort to --
11         MR. BYRNE:
12             Yeah.
13         MR. McCAULEY:
14             -- correct it.
15         MR. BYRNE:
16             Yeah.
17         MS. BARRIOS:
18             And you did, but I didn't think she
19     did.  And if --
20         MR. McCAULEY:
21             Well --
22         MS. BARRIOS:
23             It's my fault --
24         MR. BYRNE:
25             Yeah.

Page 230

1   MS. BARRIOS:
2       It's my fault. So I --
3   MR. BYRNE:
4       And -- and in his --
5   MS. BARRIOS:
6       -- apologize for the interruption.
7   MR. BYRNE:
8       -- follow-up questions, he
9   transitioned --
10  MS. BARRIOS:
11      Okay.
12  MR. BYRNE:
13      -- to the --
14  MS. BARRIOS:
15      Sorry.
16  MR. BYRNE:
17      -- gastrointestinal bleed. And
18  presumably you'll come back to the earlier
19  a-fib diagnosis --
20  MR. McCAULEY:
21      Yeah.
22  MR. BYRNE:
23      -- for that.
24  BY MR. McCAULEY:
25  Q. I -- I really am -- and I want to just

Page 231

1   focus you as best you can on the -- on the atrial
2   fibrillation diagnosis, congestive heart failure
3   and a-fib. When you --
4   A. Congestive heart failure.
5   Q. Congestive heart failure and a-fib.
6       When you went to see him in the emergency
7   room, he was then later that day admitted to the
8   hospital; is that right?
9   A. Yes.
10  Q. Did he go to the intensive care unit?
11  A. No.
12  Q. Where did he go?
13  A. To a regular room.
14  Q. All right. And did -- at some point did
15  you see a cardiologist there?
16  A. Yes.
17  Q. Who was that?
18  A. Dr. Wong.
19  Q. Did you meet Dr. Wong?
20  A. Briefly, yes.
21  Q. Okay. So you saw -- and what were the
22  circumstances under which you met Dr. Wong?
23  A. He was coming in to check on my husband.
24  Q. And was this the same day -- this --
25  A. Oh, yes.

Page 232

1   Q. -- the same day that he was admitted to
2   the hospital?
3   A. Yes.
4   Q. And what -- what did Dr. Wong tell you if
5   anything about your husband's condition?
6   A. Well, he's -- he -- he's a wonderful
7   doctor, but he doesn't talk a lot. So he really
8   -- he really just said -- I don't remember what he
9   said, but it was not about the condition.
10  Q. So who was the one who told you about the
11  a-fib?
12  A. That may -- that was probably in the
13  emergency room.
14  Q. Okay. And do you remember who that was?
15  Was it Dr. Wolfort?
16  A. Wolfort?
17  Q. I'm just throwing a name out that I happen
18  to know, to see if it triggers a recollection.
19  A. It was a doctor I had never met before.
20  Q. All right. And so on that first occasion,
21  when you saw Dr. Wong, tell me anything you
22  remember him saying to you about your husband's
23  condition.
24  A. I don't recall.
25  Q. Okay. So the -- you can't recall anything

Page 233

1   about that conversation?
2   A. No. Except that he said very little to
3   me. He had already spoken to my husband.
4   Q. And after he left the room, did you ask
5   your husband what he -- what the doctor had told
6   him, what Dr. Wong had told him?
7   A. I think so because he -- he told me what
8   it was. And -- and we talked about that, because
9   I always stayed with him. And he told me that I
10  did not have to stay because they were giving him
11  diuretics all night long and that he would be in
12  the bathroom.
13  Q. Okay. So did you in fact stay the night
14  with him that night?
15  A. No.
16  Q. And -- and how did you -- how did you get
17  to -- get to the hospital? You got a ride from a
18  neighbor; is that right?
19  A. A neighbor.
20  Q. And how did you get home from the
21  hospital?
22  A. I don't recall exactly, but it must have
23  been David.
24  Q. All right. You think your son David --
25  A. David.

Page 234

1  Q. -- was there?
2  A. Yes.  My son David.
3  Q. Did you see Dr. Wong on any other
4  occasions while your husband was hospitalized with
5  his a-fib?
6  A. No.
7  Q. So you --
8  A. I -- when my husband -- no.  I did not see
9  him.  No.
10  Q. All right.  Did you -- did you have any
11  discussions with Dr. Wong at any time while your
12  husband was in the hospital for a-fib?
13  A. No.
14  Q. All right.  Who told you that your husband
15  was going to be on blood thinners?
16  A. That was not told to me then.
17  Q. When -- well, when did you learn?
18  A. It must have been through my husband.  He
19  must have told me.
20  Q. Did he tell you while he was in the
21  hospital that he was going to be on blood
22  thinners?
23  A. He was discharged.  He came home.  And he
24  had -- he was -- he was given samples there.  And
25  he came home with a big bag of samples.  And he

Page 235

1  told me that it was heart thinners [sic] that was
2  going to help thin his blood and make it less
3  likely that he would have a stroke.
4  Q. So this is -- the first time you learned
5  about blood thinners was when he got home from the
6  hospital?
7  A. I knew what blood thinners were.  But from
8  him, yes.
9  Q. The first time you learned he was getting
10  blood thinners?
11  A. Yes.
12  Q. Have you ever heard the word
13  "anticoagulate" or "anticoagulant"?
14  A. May have heard it.  But I . . .
15  Q. Do you know what a -- do you know what an
16  anticoagulant is?
17  A. I think it's something to make your blood
18  thinner.
19  Q. So it's a kind of a blood thinner, is the
20  way you understand the word?
21  A. Yes.
22  Q. All right.  Did anybody say to you in the
23  hospital that your husband would be
24  anticoagulated?
25  A. No.

Page 236

1  Q. Did you -- did you go back to see your
2  husband the next day, January 8th, when he was in
3  the hospital?
4  A. Yes.
5  Q. Did -- and you didn't see Dr. Wong that
6  time?
7  A. No.
8  Q. How -- how much time were you there during
9  the hospital -- in the hospital on the second day?
10  A. Not -- not very long because he was -- I
11  think he had already been discharged.
12  Q. Well, just to -- just to refresh, he was
13  discharged on January 9th.  Okay.  So he went in
14  on the 7th and was discharged on January 9th.
15  So with that reminder, do you -- do you
16  recall how long you visited with your husband on
17  the second day, like what time you got there, how
18  you got -- I want you to think of these things --
19  I -- I won't suggest anything.  Just think of
20  these things as a refresher.  Think about how you
21  would have gotten there and -- and who would have
22  taken you and what arrangements you needed to
23  make.  And once you put all those things in your
24  mind, can you tell me to the best of your
25  recollection what time you got there and how long

Page 237

1  you stayed?
2  A. I don't remember that.
3  Q. Okay.  And did you see any other doctor --
4  talk to any other doctors about your husband's
5  condition while you were there on the second day?
6  A. You are referring to when he -- a-fib?
7  Q. His a-fib, yeah.  This is all a-fib now,
8  in case that's not clear.
9  A. All right.  No.  I did not speak to any
10  doctors.
11  Q. All right.  Other than Dr. Wong, was there
12  any other -- and -- and whoever in the emergency
13  room told you he had a-fib, was there any other
14  doctor you talked to about your husband's
15  condition?
16  A. No.
17  Q. All right.  And you said your husband came
18  home with a bag of samples.  Is that what you
19  said?
20  A. Yes.
21  Q. Did you see those samples?
22  A. I saw the bag.  I did not look inside the
23  bag.  I trusted my husband.  He told me it was
24  samples in it.
25  Q. And how did you know -- well, did -- did

Page 238

1 he show you what the samples looked like?
2    A. No.
3    Q. All right. Did you see whether he had
4 one bottle or two bottles of samples?
5    A. No. I saw a pretty large bag. And I
6 think if he had one he'd have been carrying it.
7    Q. All right. Was there anything else in the
8 bag? Do you know?
9    A. I don't know.
10    Q. So did he bring home any documents from
11 the hospital, like instructions on what he should
12 do and what he should watch for?
13    A. I don't remember reading those.
14    Q. Okay. I'm going to go to the next day,
15 January 9th, when he was discharged.
16      Were you there to go out of the hospital
17 with him when he left the hospital?
18    A. Yes.
19    Q. And --
20    A. I was there.
21    Q. And when -- when you got there, was he
22 already dressed and ready to go, or did he need to
23 go through a few meetings with some of the
24 hospital people?
25    A. When I got there, he was ready to go. And

Page 239

1 I believe I helped him dress --
2    Q. All right.
3    A. -- just made sure he had his stuff.
4    Q. Did anybody come in to have a -- have a
5 sit-down with him about what -- what kind of
6 medications he should be taking and how -- and
7 what he should watch for?
8    A. Not when I was there.
9    Q. Did he tell you about any such meeting?
10    A. Yes.
11    Q. What did he tell you?
12    A. He told me that he had seen Dr. Wong and
13 Dr. Wong had -- had told him that he was going to
14 put him on medication. And I imagine he did not
15 tell me the name, but he told me he would put him
16 on medication.
17      And then the nurse came in, Theriot,
18 perhaps. When she came -- I -- I'm not sure. But
19 she came in and gave him instructions and gave him
20 the -- the samples -- bag of samples. And I
21 didn't -- I was not there at all. This is from --
22 my husband told me that.
23    Q. When did he tell you all this?
24    A. After he got back from the hospital.
25    Q. Okay. And he told you about this

Page 240

1 discussion he had with Nurse Theriot with the --
2    A. Yes.
3    Q. -- instructions?
4    A. Yes.
5    Q. What did -- what did he tell you that he
6 heard from Nurse Theriot about the instructions?
7    A. Okay. He said -- he said that Nurse
8 Theriot told him that he did not have to go in for
9 blood tests like was -- for regular. I -- he
10 didn't say what, but regular blood pressure -- I
11 mean, blood thinners. He -- he said she told him
12 that he didn't have to go in for monthly blood
13 tests or anything like that. She told him. She
14 told him he was -- only have to take one pill a
15 day. All right. And she -- she told him that he
16 may bleed a little more, like when he was shaving,
17 if he cut himself, he might bleed more than he
18 usually did.
19    Q. All right. Did he tell you anything else
20 about this discussion with Nurse Theriot?
21    A. No.
22    Q. Now, did -- did you ever meet
23 Nurse Theriot?
24    A. I don't know. Not on that date.
25    Q. All right. Did your -- did you meet her

Page 241

1 on any day that you know of?
2    A. Not that I know of.
3    Q. If she walked in the room, for example,
4 would you know who she is, do you think?
5    A. No. I --
6    Q. All right.
7    A. -- don't think so.
8    Q. Did you ever speak to her on the phone?
9    A. No.
10    MR. McCAULEY:
11      All right. Let's mark this as Exhibit
12 -- what is it?
13    COURT REPORTER:
14      Three.
15    MR. McCAULEY:
16      Three. Thank you.
17 (Exhibit No. 3 was marked for
18 identification and attached hereto.)
19    MR. McCAULEY:
20      Okay. She -- I didn't --
21    MR. BYRNE:
22      You're good.
23    THE WITNESS:
24      This is mine?
25    MR. McCAULEY:

Protected - Subject to Further Protective Review

Page 242

1    Yes. That's yours to look at. That's
2 what I want you to look at next.
3    MS. BARRIOS:
4    You want your glasses?
5    THE WITNESS:
6    Yes. I should do that.
7 BY MR. McCAULEY:
8    Q. All right. You have -- you -- now you got
9 your reading glasses in position. Can you -- can
10 you read this document? Do you see it?
11    A. Yes.
12    Q. Is this -- did Mr. Boudreaux bring this
13 document home from the hospital? Do you know?
14    A. I don't know.
15    Q. Have you ever seen this before?
16    A. No.
17    Q. All right. Did -- when -- when you talked
18 to Mr. Boudreaux, did he tell you that Ms. --
19 Nurse Theriot told him about how the anticoagulant
20 worked, what -- what -- what kind of action it did
21 on the body?
22    A. I don't recall him telling me that.
23    Q. Did he tell you whether she told him why
24 the anticoagulation or blood thinner was
25 necessary?

Page 243

1    A. To help -- to help in not to cause an --
2 to help you with -- without stroke, that -- you
3 know, that you wouldn't -- that you'd get your
4 blood thinner so it would be less likely to have a
5 stroke.
6    Q. Okay. So was it -- so Mr. Boudreaux
7 explained to you that Nurse Theriot had explained
8 to him that it was important to take this
9 medication to help prevent stroke?
10    A. Yes.
11    Q. And did you understand that the way it
12 helped to prevent stroke was by helping to prevent
13 blood clots?
14    A. Yes.
15    Q. Did Mr. Boudreaux tell you that that's
16 what he had learned?
17    A. Yes. He didn't exactly say strokes, I
18 don't believe. He said blood clots.
19    Q. Okay. But did you understand it meant
20 stroke?
21    A. Yes.
22    Q. How did you understand that?
23    A. Just knowledge.
24    Q. All right. Were you -- were you very
25 concerned when you heard that Mr. Boudreaux was at

Page 244

1 risk of stroke?
2    A. Yes.
3    Q. And was -- was it the first time when he
4 got home that -- that you learned that he was at
5 risk of stroke from his a-fib?
6    MR. BYRNE:
7    Object to form.
8 BY MR. McCAULEY:
9    Q. Or had you known that sometime before he
10 got home from the hospital?
11    MR. BYRNE:
12    Object to form.
13    THE WITNESS:
14    I don't -- I don't -- no. I don't
15    know that.
16 BY MR. McCAULEY:
17    Q. All right. Why did it -- what -- what was
18 it about the risk that -- that concerned you so
19 much --
20    A. I -- I was --
21    Q. -- the risk of stroke?
22    A. -- concerned with his condition. I was
23 concerned that -- that he had something going on
24 with his heart, and that concerned me right away.
25    Q. All right. And did -- did Mr. Boudreaux

Page 245

1 tell you that Nurse Theriot explained to him that
2 he should make sure to tell all his doctors that
3 he's on a blood thinner?
4    A. I don't know that. He never told me that.
5    Q. And did -- did she give him instructions
6 on what to do if he did have a bleeding event?
7    MS. BARRIOS:
8    Objection.
9    MR. BYRNE:
10    Object to form.
11 BY MR. McCAULEY:
12    Q. Did you -- or did he tell you that she
13 gave him instructions on that?
14    A. No. He didn't --
15    MR. BYRNE:
16    Object to form.
17    THE WITNESS:
18    -- tell me that.
19 BY MR. McCAULEY:
20    Q. All right. Did -- did she -- did he say
21 that he needed to call into the doctor's office in
22 case of any injuries creating the potential for
23 internal bleeding?
24    MR. BYRNE:
25    Object to form.

Page 246

1    THE WITNESS:
2        He didn't say that.  No.
3    MR. McCAULEY:
4        All right.
5    THE WITNESS:
6        He didn't tell me.
7  BY MR. McCAULEY:
8    Q.  All right.  How -- what was his condition
9  when he came home from the hospital after his
10 a-fib hospitalization?  How was he doing?
11   A.  Well, medically, I don't know.  But he
12 seemed to be a bit better than when he went in
13 with all the fluid.
14   Q.  In other words, he had -- he had gotten
15 some of that fluid around his chest reduced; is
16 that right?
17   A.  Oh, yes, with the diuretics.
18   Q.  And so he felt better because of that?
19   A.  Yes.
20   Q.  All right.  Did he still feel that his
21 heart was racing?
22   MS. BARRIOS:
23       Objection.
24   MR. BYRNE:
25       Object to form.

Page 247

1    THE WITNESS:
2        I don't know.  He never told me that.
3  BY MR. McCAULEY:
4    Q.  All right.  When -- well, when he came
5  home from the hospital with his samples, did he
6  put them in the cabinet where he usually keeps his
7  medication?
8    A.  He told me that he put everything in a
9  bottle, a large bottle.  And he keeps his medicine
10 on one side and -- on this side (indicating).  And
11 mine -- his is on this side, and mine is on this
12 side.
13   Q.  And I -- I take it from your prior
14 responses he never showed you the sample's bottle?
15   A.  No.
16   Q.  And did you ask him, What kind of --
17 what's the name of the medication you're on?
18   A.  No.
19   Q.  All right.  When you learned that it was a
20 blood thinner, did that make you concerned?
21   A.  Yes.  But . . .
22   Q.  Why were you concerned that he was taking
23 a blood thinner?
24   A.  Because he had something wrong that --
25 that could lead to blood clots and -- and things

Page 248

1  like that.  So I -- yes.  Something I knew.
2    Q.  All right.  Did -- did he tell you what
3  his plan was for taking the -- the blood thinner?
4  Like was he going to take it with breakfast or
5  take it at -- at dinner, or did he -- did he --
6  did he tell you anything about when he would take
7  it?
8    A.  No.  But -- I don't know.  I -- I don't
9  watch him take his pills.  I don't.
10   Q.  Okay.  And did Mr. Boudreaux express to
11 you any concern about taking a blood thinner?  Was
12 he worried about how a blood thinner might affect
13 him?
14   A.  He never told me he was --
15   MR. BYRNE:
16       Object to form.
17   THE WITNESS:
18       -- worried about that.  He -- no.
19 BY MR. McCAULEY:
20   Q.  All right.  During the period of time
21 after he got back from the hospital for his a-fib
22 until the time when -- when he went into the
23 hospital for his gastrointestinal bleed, did he
24 have any accidents where he cut his finger or cut
25 himself shaving or anything else that caused a

Page 249

1  bleeding?
2    MR. BYRNE:
3        Object to form.
4    THE WITNESS:
5        Not that he told me.
6  BY MR. McCAULEY:
7    Q.  All right.  Did he seem to bruise more
8  easily during that period of time --
9    MR. BYRNE:
10       Object to form.
11 BY MR. McCAULEY:
12   Q.  -- that you noticed?
13   MR. BYRNE:
14       Object to form.
15   THE WITNESS:
16       No.  I -- I didn't notice.  I didn't
17 see anything obvious.
18 BY MR. McCAULEY:
19   Q.  All right.  Did you notice anything about
20 your husband that was different from -- from
21 before that you attributed in any way to the blood
22 thinner?
23   A.  I don't know.  I didn't exactly know what
24 blood thinners could do.
25   Q.  Okay.  Did -- did you -- well, Mr. --

Page 250

1 Mr. Boudreaux returned to work; is that right?
2   A. Yes. He did.
3   Q. And I have a record that -- I -- I'll show
4 it if you want. But I have a record that he was
5 cleared by Dr. Wong to go back to work on
6 January 15th, which is about six days after he got
7 out of the hospital. Do you -- do you recall
8 that?
9   A. Not really.
10   Q. All right.
11   A. He -- he -- he's a -- he's very concerned
12 about going to work. He's very good about doing
13 what the doctor tells him about that.
14   Q. And so he -- he wanted to get back to
15 work?
16   A. Oh, definitely.
17   Q. Okay. Now, let me ask you just a general
18 question. Do you generally go on your husband's
19 doctors' appointments with him?
20   A. I often go with him, but I don't go inside
21 the office.
22   Q. All right. Well, if you go with him, are
23 you saying that you would sit out in the waiting
24 room and wait for him?
25   A. Yes.

Page 251

1   Q. When you do go with him, do you ask the
2 doctor questions about his condition?
3   A. He doesn't -- doesn't like me to go
4 because I -- I talk too much.
5   Q. Mr. Boudreaux would rather you not ask
6 questions. Is that what you're saying?
7   A. He'd rather that I not go in.
8   Q. Okay. And -- but -- well, let me ask you
9 this: Whenever he went to a visit -- he went to
10 several visits with Dr. Wong after he got out of
11 the hospital for his a-fib. Do you recall that?
12   A. Yes. I recall -- I recall one time.
13   Q. All right. And did you ever go to
14 Dr. Wong's office with him?
15   A. Not inside.
16   Q. Did you go to Dr. Wong's office with him
17 and stay outside?
18   A. Yes.
19   Q. When was that -- was this the day after he
20 got out of the hospital or some other time?
21   A. I don't recall. I don't --
22   Q. Did you --
23   A. I don't --
24   Q. -- see Dr. Wong at the time you went to
25 the -- to the office with him?

Page 252

1   A. No.
2   Q. And -- and so I gather you didn't speak to
3 him either?
4   A. No.
5   Q. Did you speak to his nurse?
6   A. No.
7   Q. All right. Did you -- did you ever have
8 any discussions with Dr. Torres about your
9 husband's condition other than that phone call you
10 got from Dr. Torres' office -- or Nurse
11 Practitioner Torres, I should say?
12   A. I don't -- no.
13   Q. Okay. Have you ever spoken to Dr. Torres
14 -- or Nurse Practitioner Torres about your
15 husband's condition?
16   A. Well, not about my husband. I have been
17 to Dr. -- the office that Dr. Torres is in when
18 there was another doctor there --
19   Q. It -- it --
20   A. -- but not spoken to her --
21   Q. Okay.
22   A. -- about my husband at all.
23   Q. So you went to that same office for some
24 of your own treatment. Is that what you're
25 saying?

Page 253

1   A. Yes, earlier when Dr. DeLatte was there.
2   Q. All right. Do you recall -- there was
3 a -- there was a time when your husband was going
4 to the VA clinic, and I think it was after he
5 retired at age 62 and before he qualified for
6 Medicare. Do you -- do you recall that?
7   A. He -- he does not have Medicare.
8   Q. He does not have Medicare today?
9   A. No.
10   Q. Okay. Are we --
11   A. He has -- he has chosen an -- an optimum
12 plan. But he did not choose Medicare. He chose
13 Humana.
14   Q. Humana. Okay.
15      And is he getting that through work or
16 through -- through the government?
17   A. What you would pay for Medicare goes
18 directly to Humana.
19   Q. Okay. So he's had that since age 65; is
20 that right?
21   A. Medicare, yes. Well, when he was offered
22 Medicare --
23   Q. Yeah.
24   A. -- as early as you can get it. So before
25 that, yes, he was going to the VA.

Page 254

1    Q. And do you recall when he was going to the
2 VA whether he also had a private doctor at the
3 same time?  And the reason I'm asking,
4 Mrs. Boudreaux, is because there's some reference
5 in his records to a private doctor that he had
6 seen.  And I -- Mr. Boudreaux wasn't able to
7 recall.  So I'm just hoping that you might be able
8 to recall the name of that doctor, if there was
9 one.
10    A. I -- I don't recall that.  I don't know.
11    Q. Okay.  Do you know who his -- who his
12 doctor was before he retired at age 62 from his,
13 you know, long-term job and started going to the
14 VA?
15    A. Well, if -- if Dr. DeLatte was still
16 there, then he would have been seeing her.  If she
17 had left, it would have been the nurse
18 practitioner, Dr. Torres.
19    Q. Okay.  Now, tell me what -- what led up --
20 tell me what you recall about the events leading
21 up to your husband's being hospitalized for what
22 was diagnosed as a gastrointestinal bleed.
23    A. Well, he -- he came home and he started
24 taking the pill immediately.  He took -- he took
25 the pill.  He took it, and he wasn't too bad.  I

Page 255

1 didn't notice anything.
2    But I started to notice after that that he
3 was weaker.  He was -- and then it just seemed the
4 weakness getting -- seemed to get worse.  He'd
5 come home from work and he'd fall asleep
6 immediately on his -- well, I don't know if it was
7 immediate, but he'd fell asleep on his lounge
8 chair.  And he indicated to me that he was not
9 feeling well at all.
10    And he was taking the medicine.  He -- and
11 -- and assured me that he was taking the medicine
12 because he always takes whatever the doctor tells
13 him.  He's -- he's not to argue with people.  He
14 will take what the doctor says.  So he said he
15 took it exactly the way the doctor told him, or it
16 was Nurse -- Nurse Torres spoke to him.  So he
17 told me he took it exactly that way.  And he
18 started feeling weaker.
19    So we started taking his blood pressure
20 more often.  And his blood pressure was dropping a
21 bit every day.  So when he was getting -- just not
22 -- I mean, very tired, very lethargic, very . . .
23    Some -- he had an appointment with
24 Dr. Wong coming up.  And -- and I said, Why don't
25 you let me call him.

Page 256

1    Oh, I have an appointment, I'm taking my
2 medicine the way I should, and I -- I imagine
3 that's . . .
4    Okay.  So he -- he didn't want to let me
5 -- he didn't want to let me call.
6    Then it just kept getting worse.  He -- he
7 went to work.  And then -- he was working at the
8 time when he did get on a golf cart and would go
9 see the time clocks to check that the time clocks
10 had been -- it -- they had been punched in or
11 whatever they do to the time clocks.  And he would
12 go do that.  And that was a little more exertion.
13 And he was more tired after that.  And that's when
14 he was also working on a Saturday.
15    So on the Saturday, the -- his -- his --
16 the one who worked with him said, You really don't
17 look well, You -- you really need to go home.  So
18 he took his -- the advice, and he did.
19    Q. All right.  And let me ask a few questions
20 about what you just told me.  Okay.
21    When you said -- did you actually recall
22 having a conversation with him where he -- where
23 you asked him, Are you taking your medications?
24    A. Yes. I did.  Because I said -- when --
25 when we talked about that, I said, You're taking

Page 257

1 your medications?  And he's -- yes.
2    Q. And did you ask him whether specifically
3 he was taking his blood thinners?
4    A. Yes.  That was the medication he had just
5 been prescribed.  I wanted to know if he was
6 taking that.  Yes.
7    Q. He also had some new ones besides the
8 blood thinners that he had been just prescribed.
9 Do you remember those?  Do you remember he was
10 taking amiodarone?
11    A. No.
12    Q. Do you remember he came home from the
13 hospital after his a-fib with several new
14 prescriptions?
15    A. No.
16    Q. Okay.  So you -- the only one you knew
17 about was the blood thinner?
18    A. Yes.  Because that's the only sample --
19    Q. Okay.
20    A. -- that I saw.
21    Q. So he didn't get any samples for any of
22 the others?
23    A. He never told me that, and I never saw
24 any -- anything.  He told me what he had in his
25 hand was -- was to -- from --

Page 258

1    Q. The nurse?
2    A. -- the nurse and that --
3    Q. And --
4    A. -- to take.
5    Q. And about that, did you ever see him bring
6 home any samples other than that one time that he
7 brought home samples from the hospital?
8    A. No.
9    Q. Okay. So it was only that one occasion
10 that he brought home samples?
11    A. He brought home a large bag.
12    Q. All right. Now --
13    A. Excuse me.
14    MR. BYRNE:
15       You're okay?
16    THE WITNESS:
17       Uh-huh.
18    MR. McCAULEY:
19       Do you need to take a break?
20    THE WITNESS:
21       Would you please take one.
22    MR. McCAULEY:
23       Oh, absolutely. Take a break any time
24    you want.
25    THE VIDEOGRAPHER:

Page 259

1       Okay. We're going off the record.
2    It's 4:29.
3    (Brief recess taken.)
4    THE VIDEOGRAPHER:
5       We're back on the record. It's 4:43.
6 BY MR. McCAULEY:
7    Q. Mrs. -- Mrs. Boudreaux, we've had a break.
8    Are you ready to continue?
9    A. Yes.
10    Q. All right. Now, I wanted to ask you a
11 couple follow-ups on that -- on that big bag
12 Mr. Boudreaux came home with.
13    You never actually looked in the bag, did
14 you?
15    A. No.
16    Q. So you don't know whether there were
17 samples of other medications in there?
18    A. He would have told me, and there were
19 other -- no other medications that he was going
20 for. So I just -- my husband usually tells me the
21 truth.
22    Q. All right. But did you say, Is there
23 anything else in that bag other than samples,
24 Johnny, samples of blood thinners?
25    A. No.

Page 260

1    Q. All right. So you never asked him what
2 was in the bag?
3    A. No. He told me.
4    Q. All right. Did he -- but you don't know
5 whether there was any literature in the bag,
6 pamphlets or information about congestive heart
7 failure or --
8    A. I don't know. I didn't -- I did not -- he
9 did not tell me.
10    Q. Whatever happened to that bag? Do you
11 know?
12    A. I'm -- I -- I think he threw it in the
13 trash after his medicines came in the mail.
14    Q. And the medicines came in in the mail
15 when?
16    A. To our house. But when? I'm not quite
17 sure. But it -- he -- he still had samples when
18 the medicine came in. He still had -- I have no
19 idea. But . . .
20    Q. Okay. He still had some samples left when
21 the medicine arrived?
22    A. Well, he said that he -- he would have
23 enough until the medicine came in.
24    Q. All right. Well, how do you know he still
25 had samples when the medicine arrived?

Page 261

1    A. He told me.
2    Q. Okay. Now, did -- you said that at some
3 point after he came home from the hospital after
4 his a-fib he started feeling poorly so that you
5 started taking his blood pressure -- he started
6 taking his blood pressure more regularly.
7    A. Yes.
8    Q. How long after he got home from the
9 hospital did that start?
10    A. I'm not exactly sure, but it was just
11 three or four days, I would say.
12    Q. So within three or four days of coming
13 back, you noticed that he was -- he was tired and
14 falling asleep in his recliner as soon as he got
15 home from work?
16    A. I -- I believe that was the . . .
17    Q. And he was just not -- not as energetic as
18 he used to be?
19    A. Definitely. No.
20    Q. And that was -- did it get worse and worse
21 each day?
22    A. Yes.
23    Q. All right.
24    A. I -- yes.
25    Q. To your recollection?

Page 262

1  A. Yeah.
2  Q. I'm only asking you to tell me what you
3  recall.
4  A. Yeah.
5  Q. But did it -- did -- from your
6  perspective, did it get worse and worse every day?
7  A. Oh, no -- yes.
8  Q. And then --
9  A. More worse.
10  Q. And then at -- at some point before he
11  went into the hospital, he -- he was sent home
12  from work on a weekend. Is that what you
13  remember?
14  A. He was sent home on the -- he was sent
15  home on the Saturday before he had the
16  gastrointestine -- he ended up with -- in the
17  hospital with gastrointestinal bleeding.
18  Q. Okay. So had he been sent home from work
19  any time before that day?
20  A. No.
21  Q. So this was the first time he had got --
22  A. First time. Well, he wasn't sent home.
23  But it was -- his -- his associate was telling
24  him, You don't look like . . . No.
25  Q. All right. And -- and what happened when

Page 263

1  he got home? Did he just go to bed?
2  A. I don't recall. I'm sure we talked about
3  why he was home earlier. And he was very, very --
4  not very responsive to very much, not talking to
5  me very much.
6  Q. And did -- had -- during this time, had he
7  lost his appetite at all?
8  A. Let me see. At one time he lost his
9  appetite, but I'm not exactly sure when it was.
10  When -- when he was very -- he was feeling very
11  badly. He did not eat as much. And he used to
12  cook, and he was not doing that.
13  Q. Did he tell you anything about -- I hate
14  to ask about, you know, such a personal subject.
15  But he -- did he tell you anything about
16  his bowel movements?
17  A. Not specifically. No.
18  Q. Did he tell you he was feeling constipated
19  or having diarrhea or just irregular or something
20  -- something unusual with his bowel movements?
21  A. I don't recall that.
22  Q. Did he tell you that he had black or
23  tarry-looking stools?
24  A. He did not tell me that.
25  Q. Okay. So how did you spend that week

Page 264

1  after he came home? Did he go to work the next
2  day, the Sunday?
3  A. Oh, no. He . . .
4  Q. And -- and what -- so what happened? What
5  was the next event that happened?
6  A. Well, suddenly his -- his blood pressure
7  was quite low. And I was very, very concerned.
8  And I wanted him to call, but he told me that the
9  doctor was not there and he had an appointment the
10  next day. And so evidently he felt he -- he would
11  go to it then.
12  Q. And then what happened?
13  A. Huh?
14  Q. And then -- then what happened? Did you
15  call the doctor anyway?
16  A. I -- I -- I don't remember if I called. I
17  -- no. I didn't call on the Sunday. No.
18  Q. Well, I -- how about on the Monday?
19  A. I don't recall. I know we went earlier.
20  Q. What do you -- I'm sorry. You went
21  earlier what?
22  A. From the scheduled time that he was
23  supposed to go.
24  Q. Okay. Do you know how that got set up,
25  how -- how that --

Page 265

1  A. I don't -- I don't understand what that
2  means.
3  Q. You said you went -- he went earlier than
4  -- than his scheduled appointment. And -- and do
5  you remember when he went? Was it that Monday?
6  A. Yes.
7  Q. Okay. And do you remember how that got
8  set up that he would go in before his scheduled
9  appointment?
10  A. I don't recall. He -- I don't recall if
11  he called or he just went in.
12  MR. McCAULEY:
13  All right. Let's mark this as
14  Exhibit 4. And you may need your
15  spectacles.
16  (Exhibit No. 4 was marked for
17  identification and attached hereto.)
18  THE WITNESS:
19  Oh, okay. Okay. Thank you.
20  MR. McCAULEY:
21  Let's do this . . .
22  BY MR. McCAULEY:
23  Q. All right. Mrs. Boudreaux, I've given you
24  what's been marked as Exhibit 4, which is a
25  progress note from Dr. Wong's office, just to

Page 266

1 orient you. Okay?
2     Do you see up the top here it says
3 "Progress Note"? You see where I'm look --
4 look -- watch --
5     A. Oh. I see --
6     Q. -- where I'm pointing.
7     A. -- Progress Note. Yes.
8     Q. All right. Do you see right above here --
9 if you look where I'm pointing, do you see right
10 here it has your husband's name?
11     A. Yes.
12     Q. And it describes him and his birth date,
13 "71 Year old/ Male." See that?
14     A. Yes.
15     Q. And do you see where it gives all the
16 vitals, weight, blood pressure, and those kinds of
17 things about your husband?
18     A. Yes.
19     Q. All right. Now, I -- I want you to see
20 that there's some numbers down at the bottom. Do
21 you see it says --
22     A. Yes.
23     Q. -- JBoudreaux-CIS-H and then some numbers?
24 Do you see where I'm pointing right here? Right
25 here.

Page 267

1     A. Oh. In the very bottom?
2     Q. Very bottom --
3     A. Yes.
4     Q. -- right-hand corner.
5     A. Okay.
6     Q. I'm telling you about those numbers
7 because I'm going to ask you to turn to some
8 pages. Okay?
9     A. Yes.
10     Q. If you go to the last page, ninety -- it's
11 96. Do you see it says "Chart Note"?
12     A. Chart Note, yes.
13     Q. And do you see the date on the chart note
14 is February 3rd, 2014?
15     MR. BYRNE:
16        Counsel, what -- what Bates page are
17 we on? I'm sorry.
18     MR. McCAULEY:
19        It's the very last page of the --
20     MS. BARRIOS:
21        The very last --
22     MR. BYRNE:
23        I'm sorry. Yeah.
24     THE WITNESS:
25        Okay. I --

Page 268

1     MR. McCAULEY:
2        The very last page of the exhibit,
3 Mr. Byrne.
4     THE WITNESS:
5        I saw February the 8th. But I do see
6 February the 3rd right now.
7 BY MR. McCAULEY:
8     Q. February 8th being your husband's date of
9 birth?
10     A. Yes.
11     Q. And February 3rd being the date of the --
12 of the chart note. You see that right here? You
13 see where I'm pointing? Mrs. -- Mrs. Boudreaux,
14 if you look right where I'm pointing, you'll see
15 what I'm talking about.
16     A. At the top?
17     Q. Yeah. February --
18     A. Yes. I --
19     Q. -- 3rd, right here.
20     A. -- see that.
21     Q. Okay. Now, the Chart Note says -- if
22 you -- can you read it while I -- if --
23     A. Yes, I can.
24     Q. -- you'll read along while I read it.
25        It says, Patient's "wife calling."

Page 269

1 Patient "cannot get out of bed or go to work,
2 feels extremely weak, to the point that he vomits
3 when he tries to do activity."
4     Do you see that?
5     A. Yes.
6     Q. So does this remind you that you called
7 the doctor's office on February 3rd?
8     A. That -- no.
9     Q. So you --
10     A. It doesn't. No.
11     Q. You still have no recollection of this?
12     A. No.
13     Q. All right.
14     A. I don't.
15     Q. Do you recall having read this that before
16 your husband went into the hospital he was
17 vomiting?
18     A. No.
19     Q. All right. Do you -- do you recall any
20 occasion after he got out of the hospital with
21 a-fib until the time that he went into the
22 hospital for his GI bleed that he had any
23 vomiting?
24     A. He did not tell me --
25     MR. BYRNE:

Page 270

1    Object to form.
2    THE WITNESS:
3    -- so. I don't recall. I don't know
4  -- know that.
5  BY MR. McCAULEY:
6    Q. Okay. Then it goes on to say, "Blood
7  pressure is 88/43, states he has not taken any
8  blood pressure meds today."
9    Do you see that statement?
10   A. I see that.
11   Q. Do you recall telling the doctor that,
12 that he -- that -- reporting the blood pressure
13 and that he has not taken any blood pressure meds?
14   A. I don't recall saying anything about blood
15 pressure medicine. I don't -- I don't . . .
16   Q. All right.
17   A. No.
18   Q. Do you see that it says, right after that,
19 "Instructed" patient "to not take any meds until
20 we call her back with recommendations and
21 instructed him to drink lots of fluids"? Do you
22 see that?
23   A. I see that.
24   Q. Do you know whether you gave those
25 instructions to Mr. Boudreaux, that -- don't take

Page 271

1  any more medications until they call us back?
2    A. I don't recall --
3    Q. All right.
4    A. -- that.
5    Q. And do you see that it says at the last
6  thing, "Please advise and call" patient's "wife at
7  home"? Do you see that?
8    A. Yes.
9    Q. Did you get a call at home from the doctor
10 or anyone from Dr. Wong's office?
11   A. I don't recall receiving any call.
12   Q. Do you know a Nurse Garris at Dr. Wong's
13 office?
14   A. No.
15   Q. All right. Do you recall that your
16 husband went in to see Dr. Wong on that Monday?
17   A. Yes.
18   Q. Did you go with him?
19   A. Not inside, but I --
20   Q. Did you --
21   A. -- did --
22   Q. Did -- did he drive himself over there, or
23 did you drive him?
24   A. I believe I drove.
25   Q. All right.

Page 272

1    A. I believe. I'm not -- I was -- I was
2  really upset.
3    Q. Okay. Why were you upset? What did you
4  think was going on?
5    A. I didn't know. My husband was not feeling
6  very well at all. He wasn't himself. I didn't
7  know.
8    Q. All right. Did you -- were you worried at
9  any time before you went in to see Dr. Wong that
10 it might have something to do with the blood
11 thinner?
12   A. I had no idea.
13   Q. Okay. Do you see -- I want you -- I -- I
14 want you to turn to Page 105, Mrs. Boudreaux.
15   A. Okay.
16   Q. To get there, you just need to go a few
17 back from --
18   MR. BYRNE:
19    And just to -- just to be clear, I
20 mean, this -- this is not in Bates order;
21 right? This is -- it kind of --
22   MR. McCAULEY:
23    No. It's -- it's --
24   MR. BYRNE:
25    -- skips around from --

Page 273

1    MR. McCAULEY:
2    It's -- it's -- it's not in Bates
3  order. I -- I believe this is a -- just
4  to be -- just to be clear, I think this is
5  a composite --
6  MR. BYRNE:
7    Right.
8  MR. McCAULEY:
9    -- of the office visit note or the
10 office visit records that appear in
11 different -- different places in the
12 electronic records. And so --
13 MR. BYRNE:
14   Okay.
15 MR. McCAULEY:
16   -- I -- I think -- I think it's pretty
17 clear when you look at the dates that
18 they're all from the same date. But --
19 MR. BYRNE:
20   So we're on 105?
21 MR. McCAULEY:
22   Yeah. 105. And --
23 MR. BYRNE:
24   Let me find that.
25 THE WITNESS:

Protected - Subject to Further Protective Review

Page 274

1    I can't see a number.
2  BY MR. McCAULEY:
3    Q. Mrs. Boudreaux, if you hand me that, I'll
4  be able to get you --
5    A. Oh.
6    Q. -- right to the page, and that way you
7  won't have to --
8    A. Thank you so much.
9    Q. Of . . .
10    Do you see on Page 105 this is another
11  chart note --
12    A. Yes.
13    Q. -- for the same date. It's February 3rd,
14  up in the upper left -- right-hand corner?
15    A. The date, yes.
16    Q. It says, Patient "wife phoned and given
17  instructions and verbalized" under --
18  "understanding. Dr. WOLFORD called with report
19  and lab at St. Anne Er."
20    Do you recall that you got a call from --
21  from the doctor's office on the date that he went
22  in to see Dr. Wong?
23    A. You mean -- I don't understand. Who's
24  Dr. Wolfort?
25    Q. I think Dr. Wolfort's over at the

Page 275

1  emergency room. But I can't really answer that
2  question. But I don't think it's suggesting that
3  Dr. Wolfort called you.
4    A. Oh, okay. I --
5    Q. But you --
6    A. -- don't remember receiving a phone call.
7  I just remember going to the emergency room after
8  he saw Dr. Wong.
9    Q. When he saw Dr. Wong and was sent to the
10  emergency room, were you still there at Dr. Wong's
11  office?
12    A. In the car.
13    Q. In the car. And --
14    A. Yes.
15    Q. -- did -- did you drive him to the
16  emergency room? Your husband, I mean. Did you
17  drive him to the emergency room?
18    A. I don't remember if I did.
19    Q. All right. And do you -- do you remember
20  that one of the instructions from Dr. Wong was to
21  hold Xarelto?
22    A. No.
23    Q. Do you remember one of the instructions
24  was to hold the aspirin?
25    A. He did not tell me any of that. No.

Page 276

1    Q. Okay.
2    A. I did not see the page.
3    Q. All right. So is it -- is it your best
4  recollection that -- well, let me put it this way:
5  Is it your testimony -- your best testimony that
6  you don't have any recollection of speaking to
7  Dr. Wong or anyone from his office on the day that
8  your husband went into -- to talk about how he was
9  feeling?
10    A. That's how --
11    Q. That's --
12    A. That's my recollection.
13    Q. All right. And did you go to the
14  emergency room with your husband?
15    A. I -- I did.
16    Q. Did you talk to anyone in -- any doctors
17  in the emergency room?
18    A. Well, I -- I assumed I was speaking to a
19  doctor. But they went in there. And they were
20  trying to detect what was wrong. And I remember
21  one of them doing rectal and telling me that he
22  was bleeding internally. And I saw them starting
23  to administer blood.
24    Q. Okay. And this was all going on in the
25  emergency room?

Page 277

1    A. Yes.
2    Q. Was this at St. Anne's?
3    A. St. Anne's, yes.
4    Q. Okay. And did the doctor -- so the doctor
5  informed you that he was bleeding internally?
6    A. Yes.
7    Q. Did you associate that with the blood
8  thinners?
9    A. I -- I was too upset to associate it with
10  anything.
11    Q. Okay. Do you -- do you -- did anybody
12  tell you that it was associated with the blood
13  thinner?
14    A. No.
15    Q. And did anyone tell you what they thought
16  was the reason that your husband was bleeding
17  internally?
18    A. No.
19    Q. And was your husband -- were you
20  communicating with your husband at this point, or
21  was he more or less out of it?
22    A. He -- he was awake, but we -- yeah. We
23  were doing some communicating.
24    Q. And did you discuss what was going on with
25  your husband; that is, did you have a discussion

Protected - Subject to Further Protective Review

Page 278

1 with Mr. Boudreaux about the doctors' advice that
2 he had an internal bleed?
3     A. Well, probably. But the doctors told me
4 he had -- he had internal bleeding. And -- and my
5 discussion with -- with him was, I don't know
6 that -- you're -- you're bleeding, I don't know
7 why.
8     Q. Yeah.
9         And what was the next thing that you
10 remember about the emergency room?
11     A. In the emergency room, they were
12 talking -- they -- they go back and they talk.
13 And then later on they came in and told me that
14 they were going to send him to Ochsners in -- in
15 New Orleans. They couldn't handle the situation
16 where they were. And they didn't have -- they had
17 called Jefferson and they had no bed, so he was
18 sent to the hospital that he was sent to.
19     Q. So Jefferson -- is Jefferson a little
20 closer to where you live than -- than New Orleans
21 is?
22     A. No. Jefferson is in New Orleans too.
23     Q. Okay. So they -- they checked a couple
24 hospitals in New Orleans and --
25     A. Yes.

Page 279

1     Q. -- they -- and they found that there was
2 availability to accept him at Ochsner?
3     A. I -- I think so. I believe that's what I
4 was told.
5     Q. And how did your husband get -- get
6 transported to Ochsner or Kenner in New Orleans?
7     A. In the ambulance.
8     Q. Did you go with him in the ambulance?
9     A. They didn't let me.
10     Q. All right. Did -- did you -- how did you
11 get to -- did you go to Ochsner that night, and --
12     A. Yes.
13     Q. How did you get there?
14     A. My son David took me.
15     Q. And when did David arrive? Was he -- was
16 David on the scene at the emergency room, or was
17 it after your husband had been taken away in the
18 ambulance?
19     A. No. He came on the scene at the emergency
20 room. He was called. And we called him, and we
21 told him that we -- we'd probably -- I need his
22 help. So he -- he came there. And we -- my
23 husband and I were discussing how -- how -- what
24 we were going to do, how I was going to get here,
25 how was he going to get there, what were we going

Page 280

1 to do with the -- the dog, what -- and all this.
2 And he -- and he said Elsie Jean was close. And
3 he said call Elsie Jean and she would alert the
4 rest of the family. And Elsie Jean found out that
5 her brother was bleeding internally. And she
6 said, I have to get there before he leaves.
7     Q. Okay.
8     A. And then I said, Well, we -- we're trying
9 to figure out what to do with the dog. Perhaps
10 you could take him to the veterinarian, We -- we
11 would have David go pick up the dog and put her in
12 the kennel and go and bring her to -- to the
13 hospital, and -- and you possibly can go tomorrow,
14 And you can bring her to the veterinarian, because
15 I don't know how long I will be gone.
16         And she said -- and she said, I'm coming
17 over here, I want to see him. Well, she calls him
18 a nickname. But she said she wanted to see him.
19 And she said she would take care of the dog no
20 matter how long it took.
21     Q. Okay. All right. Did she get over to the
22 emergency room in time to see him before he left?
23     A. Yes.
24         My -- David had gone and pick up the dog.
25 He picked up Ellie. And he brought Ellie. And

Page 281

1 Elsie Jean arrived almost -- almost at the same
2 time. And she got to visit with -- with Johnny
3 before he went in the ambulance. Yes.
4     Q. Okay. And then you -- you got a ride from
5 -- from the hospital to the new hospital in
6 New Orleans by David that -- that same day?
7     A. Yes. To the hospital, yes. Uh-huh.
8     Q. Okay. And before you left that hospital,
9 the first hospital, did anybody tell you anything
10 more about the reason for the bleed at any time
11 during your --
12     A. No.
13     Q. -- your stay at that hospital?
14         Did you ever talk to Dr. Wong about the
15 bleed situation at any time, before the hospital,
16 after the hospital, anything?
17     A. No.
18     Q. All right. What happened when you went to
19 Ochsner? First of all, was it -- was it at night,
20 or was it still daytime? What was going on?
21     A. It was rather late at night.
22     Q. Okay.
23     A. David took me over there, and he didn't
24 know really where the hospital was exactly. And
25 we thought we could follow the ambulance, but that

Protected - Subject to Further Protective Review

Page 282

1 was not possible. So he went across and he did
2 find the hospital. And I went over there. And we
3 went to the hospital entrance, and that was
4 locked.
5 　　　So we went down to the emergency room.
6 And I told her who I was. And she said, Oh, I
7 believe he's just been brought in.
8 　　　And I said, Oh, you know, Go . . .
9 　　　And she said, I want you to answer a few
10 questions and insurance, things like that.
11 　　　And -- and I was very anxious. And I
12 believe she asked me to sign something, and I
13 guess I did.
14 　　　And David was waiting for me. He was
15 waiting.
16 　　　And she told me that I should go to the
17 next window, that she would tell them that I was
18 there and she -- they would let me in. So David
19 was -- again was there. And he brought me there.
20 And he wasn't to go in. I was to go in. So I
21 hauled my bags. My -- my Wal-Mart bags, I -- I
22 hauled them into there. I guess I resembled some
23 kind of person on the street. But I hauled my
24 bags into there. And the intensive care was not
25 very far when I came in.

Page 283

1 　　　And I went in there. And he was already
2 lying in the bed. And he had a blood hanging
3 down, blood thing. And when they had taken him to
4 the hospital, they had also put blood. He was --
5 he was receiving.
6 　　Q. Before he got in the ambulance, you mean?
7 　　A. Yes. I think so. I'm not too sure.
8 　　Q. All right.
9 　　A. Okay. And when we got over there -- when
10 I got over there, I just saw him lying there. And
11 they -- there was no doctor. There was a nurse.
12 I -- I didn't get her name or anything. But she
13 was -- but she was a tall lady and rather broad.
14 　　　And -- and I -- I said -- I was really
15 nervous because I had never been to the hospital
16 and I didn't know where I would go. I didn't know
17 where I would go. I had no one to contact over
18 there. I didn't know where they were putting him.
19 So --
20 　　Q. You were worried about how you were going
21 to stay the night there; is that right?
22 　　A. Definitely.
23 　　Q. Okay.
24 　　A. And so I asked her how long I could stay.
25 　　　And she said, As long as you want.

Page 284

1 　　　And I was so thankful.
2 　　　And then she looked at the chair and she
3 said, Oh, that won't be comfortable. I will go
4 and get you a more comfortable chair. And I was
5 all -- I was amazed. And she came in with the
6 chair. She rolled it in. She rolled it right
7 next to his bed. And I could sit right next to
8 him and see exactly what was going on.
9 　　Q. Okay. And was your husband awake when you
10 went in to see him?
11 　　A. Yes. I -- yes.
12 　　Q. Did you ask him how he was feeling?
13 　　A. I -- I don't remember, but I'm sure I did.
14 　　Q. Did he -- did he try to reassure you that
15 he was okay?
16 　　A. He didn't say much.
17 　　Q. Okay. Now -- so you spent that first
18 night there?
19 　　A. Yes.
20 　　Q. And the next morning, did you see the --
21 the doctor who was in charge of taking care of
22 him?
23 　　A. No.
24 　　Q. Did you ever talk to anyone who was -- who
25 was in charge of taking care of him?

Page 285

1 　　A. Not in the emergency room.
2 　　Q. All right. How about in the ICU, in the
3 intensive care --
4 　　A. Of that -- not in the IC -- excuse me. I
5 said the wrong thing. Not in the ICU. I never
6 spoke to any doctor in there.
7 　　Q. All right. Were you ever there when
8 doctors were -- were talking to your husband about
9 his condition?
10 　　A. No. They just -- they would come in and
11 they would say -- somebody would say who they
12 were -- and I was not really attentive -- and they
13 were taking him in for a test. When they came --
14 when he came in, they -- they -- they -- I was
15 told that the first thing they did was test his
16 blood, his -- the thinness or whatever of his
17 blood. They told me they did that. Then -- that
18 was -- possibly the nurse said that or his -- I
19 don't remember. But they came the next -- they --
20 they came and they took tests. And -- and they
21 would tell me who they were and what -- what was
22 their area of medicine. And I don't recall.
23 　　Q. All right. Now, when they said they were
24 going to take his -- test his blood to see -- see
25 about its thinness, I think as you --

Page 286

1   A.  Well, they didn't say that --
2   Q.  What did --
3   A.  -- that way.
4   Q.  What did they say?
5   A.  Well, test his -- his blood level or how
6  -- whatever they -- they test to see if -- if the
7  blood is correctly -- if --
8   Q.  Anticoagulated?
9   A.  I -- I -- I -- I guess.  I don't know --
10   Q.  All right.
11   A.  -- what you're saying.
12   Q.  Whatever you understood about what tests,
13  did they ever tell you the results of that test?
14   A.  No.
15   Q.  Did you ever ask anybody?
16   A.  I don't know.  I was -- I was so upset.
17  And I just knew he was bleeding I didn't know why.
18  And --
19   Q.  Did --
20   A.  -- I don't -- I don't believe I knew too
21  much about the test.
22   Q.  Did -- did anyone tell you at any time
23  that he had too much blood thinner in him?
24   A.  Not -- I don't remember those exact words.
25   Q.  At -- at -- at any time -- at any time

Page 287

1  from the time he went in the hospital with his
2  gastrointestinal bleed until today, has any doctor
3  told you that they've confirmed that he had too
4  much blood thinner in him?
5   A.  Well, I stayed with him in intensive care.
6  And then they made the decision to move him into a
7  regular room.  And they were going to do a -- the
8  colonoscopy.  That's what they told me we -- they
9  were doing.  And they tried to do it.  He drank a
10  quart of -- of this nasty-tasting medicine.  And
11  of course he had a lot of bowel movements, a whole
12  lot.  Because I stayed with him.  And he was tired
13  and weak.  And they had said that they would come
14  and take him for -- for the tests on -- on his --
15   Q.  Colon?
16   A.  The colost -- colon -- whatever.
17   Q.  Yes.  Okay.
18   But here's my question.  And I want to see
19  if -- if you can just hold this question in mind:
20  Did any doctor tell you at any time -- any doctor,
21  nurse, or other health care provider any time from
22  the time he went in the hospital until the time --
23  until today, has anyone ever told you that he had
24  too much blood thinner in him and that's why he
25  had a bleed?

Page 288

1   A.  Well, I -- when I talked to that doctor
2  who couldn't do the colonoscopy, he told me that
3  there was so much blood that it would not -- he
4  could not see through it and that my husband was
5  in critical condition and that the doctor had said
6  that he could not risk doing something that he
7  knew he could not see.
8   Q.  All right.  And -- and I understand that.
9   But -- but at any time did that doctor or
10  anyone else say that the reason he had so much
11  blood, as you put it, was because he had too much
12  blood thinner in him?
13   A.  I don't recall that.
14   Q.  All right.  And did anyone at any time
15  during your husband's hospitalization ever tell
16  you that if he -- if he had been on some other
17  blood thinner he would not have had a bleed?
18   A.  I never had that conversation.
19   Q.  Okay.
20   A.  He had -- he -- when they came in, they
21  told him that -- the doc -- the doctor who came in
22  told me that he had lost the -- the straw in the
23  -- he had lost and he had to come tell us that
24  they had to do another colonoscopy right after the
25  first one.

Page 289

1   Q.  I -- I understand -- I understand about
2  the colonoscopy, that he wasn't clean enough after
3  the prep.
4   A.  Yes.
5   Q.  And --
6   MR. BYRNE:
7   Object to form.
8  BY MR. McCAULEY:
9   Q.  So the -- so the -- is -- is that what you
10  understood, that he wasn't clean enough after the
11  prep?
12   A.  They could not see through the blood.
13   Q.  Okay.  And so my question is:  Did -- did
14  -- did you learn at any time that your husband
15  would not have had a bleed if he had been put on
16  some other blood thinner besides Xarelto?
17   A.  I did not ask --
18   MR. BYRNE:
19   Object to form.
20   THE WITNESS:
21   -- that question at all.
22  BY MR. McCAULEY:
23   Q.  Okay.  I know you didn't ask that
24  question.  But here's -- my question's a little
25  broader.

Page 290

1    Did anyone ever tell you that, any doctor,
2  any nurse, any health care provider ever tell you
3  or -- or -- to your knowledge tell your husband,
4  Mr. Boudreaux, that if he had just used some other
5  blood thinner he would not have had a bleed?
6    MR. BYRNE:
7      Object to form.
8    THE WITNESS:
9      I don't know what you mean.
10 BY MR. McCAULEY:
11   Q. Well, I -- I thought you said that you --
12 you thought there was a problem with Xarelto for
13 various reasons. You said there was no antidote.
14 There was no testing or monitoring and the same
15 dose for everyone. Those were several of the
16 things you thought were wrong with --
17   A. Yeah.
18   Q. -- Xarelto as we started the deposition
19 today.
20   A. Right.
21   Q. So my question now is: Has anyone ever
22 told you that if he had started on something else,
23 Coumadin or any of the other blood thinners that
24 are available, that he would not have had a
25 gastrointestinal bleed?

Page 291

1    A. No. I only spoke to one doctor -- one
2  doctor the whole time I was in there. And he told
3  me about not being able to do the colonoscopy test
4  two times and that it would -- he was -- he didn't
5  tell me why. He didn't say anything about that.
6  But I knew he was bleeding. And he said he
7  couldn't see it because there was too much blood.
8  And he -- we had to take it a third time. And he
9  did not tell me anything about any of that. He
10 just related to me that it had to be done again.
11   Q. Okay. Now, any time -- since your
12 conversation with that doctor, has any -- anyone
13 else in -- anyone else ever, ever, any doctor,
14 nurse, or friend you trust told you that the --
15 that if your husband had just had some other kind
16 of blood thinner, he would not have had a bleed?
17   A. I did not speak to any of his doctors
18 after that. So I was not told that.
19   Q. Okay. Now, your husband spent several
20 days in the hospital; right?
21   A. Yes.
22   Q. And you talked to Dr. Joshi. Do you -- do
23 you -- do you remember Dr. Joshi telling you
24 anything about an endoscopy; that is, looking at
25 his esophagus and his stomach?

Page 292

1    A. I understood. But I don't know who you're
2  talking about. I don't . . .
3    Q. The -- well, the -- the -- the guy who was
4  doing the colonoscopy, did he --
5    A. Was this --
6    Q. -- tell you -- did --
7    A. I don't know -- it was the same one?
8    Q. I -- well, I -- was it the same one? Do
9  you know? I can't tell you.
10   A. No.
11   Q. All right. Do -- do you -- did you
12 appreciate that he had several tests to try to
13 identify where he was bleeding from?
14   A. Yes. I knew that.
15   Q. Did anyone tell you where he was bleeding
16 from?
17   A. I was told they didn't know.
18   Q. Did they --
19   THE VIDEOGRAPHER:
20     One minute.
21   MR. McCAULEY:
22     All right.
23 BY MR. McCAULEY:
24   Q. And did they tell you when -- when he was
25 discharged from the hospital that he had stopped

Page 293

1  bleeding?
2    A. I don't remember. I assumed he had
3  stopped bleeding.
4    Q. That was your understanding --
5    A. That -- yes.
6    Q. -- at the time, that --
7    MR. BYRNE:
8      Object to form.
9  BY MR. McCAULEY:
10   Q. -- his bleeding had stopped; is that
11 right?
12   MR. BYRNE:
13     Object to form.
14   THE WITNESS:
15     That was my understanding.
16   MR. McCAULEY:
17     All right. Let's change the tape.
18   THE VIDEOGRAPHER:
19     Okay. We're going off the record with
20 Tape No. 4. It's 5:18.
21 (Brief recess was taken.)
22   THE VIDEOGRAPHER:
23     We're back on the record with Tape 5.
24 It's 5:36.
25 BY MR. McCAULEY:

Protected - Subject to Further Protective Review

Page 294

1    Q.  Mrs. Boudreaux, we've taken a break.
2        Do you have any -- any reason you can't
3 resume your deposition at this point?
4    A.  No.
5    Q.  Okay.  Feeling okay?
6    A.  Yes.
7    Q.  All right.  Mrs. Boudreaux, you mentioned
8 this doctor who -- several times who told you
9 about the colonoscopy and the -- and the three
10 efforts they needed to do it.
11       What did that doctor look like?
12   A.  A younger doctor, not a -- not a very old
13 doctor, pretty nice looking.
14   Q.  All right.  Was he -- did he have -- was
15 he Caucasian or African-American or --
16   A.  Caucasian.
17   Q.  -- Asian?  All right.
18       And -- and was he taller than -- than your
19 husband, you think?
20   A.  I would think so.
21   Q.  Yeah.  Maybe about six -- how tall was he?
22   A.  Not any -- 6 feet or taller.  No
23 basketball player, but a regular . . .
24   Q.  All right.  And is there anything else --
25 did he wear glasses or have a mustache or a beard

Page 295

1 or anything else that you can tell me to --
2 to . . .
3    A.  I don't recall.
4    Q.  All right.  Do you remember his name?
5    A.  No.  I don't recall.
6    Q.  Okay.  I think we left off at the break
7 with your telling me that at -- at the time
8 Mr. Boudreaux was discharged from Kenner your
9 understanding was that his -- his bleeding had
10 stopped?
11   A.  And I wasn't told that exactly, but it was
12 my understanding.
13   Q.  Okay.  And has anybody -- has anybody ever
14 suggested to you something to the contrary, that
15 he continued to bleed after he left Kenner?
16   A.  No.  I don't think so.
17   Q.  All right.  And do you have any reason to
18 believe that your husband has had any recurring
19 bleeds after being discharged from Kenner in
20 February of 2014?
21   A.  No.  But I know that he was scheduled for
22 a LARIAT because the doctor refused to have him
23 ever on a blood thinner.  That's what he said.
24   Q.  Okay.  I -- I -- I understand that.
25       But -- but nobody has told you that he's

Page 296

1 had any recurrent bleeds?
2    A.  No.
3    Q.  All right.  And he's never had any trouble
4 with anemia or bleeding since being discharged
5 from Kenner?
6    A.  I don't know about anemia.  He was -- he
7 was so pale.  But I was not told anything about
8 that.
9    Q.  How was he feeling when he came home from
10 the hospital?
11   A.  A bit -- a bit tired, cheeky looking.
12       But the children were all there.  And they
13 had come in.  Mike had come in on the Thursday.
14 And he had stayed with us for a while.  And Mike
15 offered for me to go home.  And I -- I -- I
16 wouldn't go.  I was so worried about -- I wouldn't
17 go home, not at all.  So he went home, and he
18 spent the night in Lockport.  Then Kevin came in.
19 So when Johnny was released, he was -- he wanted
20 to get out of there, you know.  And it was his
21 birthday the next day.  And he was hoping he
22 didn't have to spend it in the hospital.
23   Q.  And he got his wish; right?
24   A.  It was maybe 11:00-something at night,
25 because they had to put more -- they had to give

Page 297

1 him more blood.  They -- we had to sit and wait
2 for him to -- he had two more units of blood.  So
3 we just sat and waited and kind of talked with
4 him, his sons and all.  And then they finally let
5 him out.  And -- and . . .
6    Q.  All right.  And since -- since then, since
7 going -- since being discharged from Kenner, he's
8 never had to be treated for any gastrointestinal
9 bleeds ever since then?
10   A.  Not -- not since then, but they did do the
11 LARIAT to put -- you know, to try to make his
12 chances of having less clots.  So that -- that was
13 the treatment that I understood that was . . .
14   Q.  Did you understand that that was a
15 successful procedure?
16   A.  I -- well, I understood -- Dr. Fail isn't
17 talkative.  But I understood that the procedure
18 went well.
19   Q.  And did that -- did that put your mind
20 more at ease about the risk of clots, because --
21 that he had that LARIAT procedure to prevent
22 clots?
23   A.  Well, after he had the LARIAT procedure,
24 he had a cardiovac, that --
25   Q.  He had a what?

Protected - Subject to Further Protective Review

Page 298

1    A. The --
2       MS. duPONT:
3          Cardioversion?
4       THE WITNESS:
5          The pericardial . . .
6    BY MR. McCAULEY:
7    Q. He had a pericardial effusion?
8    A. Right.  He had fluid buildup in there.
9    Q. Okay.  And I'm going to get to that in a
10   second.  But --
11   A. Okay.
12   Q. But I'm -- my question really is -- is
13   about the risk of clots.
14      Did -- did you feel more at ease about the
15   risk of clots after Dr. Fail performed the LARIAT
16   procedure and told you the operation was
17   successful?
18   A. A bit.  But I still knew that clots could
19   have -- happen other places.  And what he did with
20   the LARIAT, to -- explanation is that he was
21   working inside the heart itself, and he was
22   preventing the clots that usually occurred there.
23   And so I understood that.  But I realized that he
24   could have other clots and that he could not take
25   any blood thinner any more.  The doctor made that

Page 299

1    very clear.
2    Q. All right.  Now, were you -- when -- when
3    he had -- after he had the LARIAT procedure, I
4    think you referred to his pericardial fluid
5    buildup?
6    A. Yes.
7    Q. Did anybody tell you that had anything to
8    do with his taking Xarelto?
9    A. They didn't tell me why.  They -- oh, yes.
10   They did say that it was inflammation.
11   Q. Did anyone tell you that there was any
12   relationship between your husband's use of Xarelto
13   and the fluid buildup in his heart?
14   A. No.
15   Q. All right.  Do you -- do you have any
16   reason to believe that there is a relationship
17   between those two things?
18      MR. BYRNE:
19         Object to form.
20      THE WITNESS:
21         I don't know.
22   BY MR. McCAULEY:
23   Q. Do you think that there is?
24   A. Could you repeat that, please?
25   Q. Sure.

Page 300

1    Do you think there's any relationship
2    between the use of Xarelto by your husband and the
3    later fluid buildup he's had in his heart?
4       MR. BYRNE:
5          Object to form.
6       THE WITNESS:
7          Well, I don't believe that it would
8          have occurred if he had -- if he had not
9          had the Xarelto.
10   BY MR. McCAULEY:
11   Q. The -- the fluid buildup, you mean?
12   A. I believe the situation wouldn't have been
13   present.
14   Q. What situation?
15   A. When he had the LARIAT, I believe the --
16   his inflammation after that -- I -- I can't tell
17   what I -- I don't know if any of that would
18   have happened.
19   Q. I see.
20      Do you -- do you -- has someone told you
21   that the peri -- pericardial effusion -- you
22   remember -- well, let me put it this way:  You
23   remember it was about a year ago just before your
24   51st anniversary that your husband went in the
25   hospital for that fluid buildup?  You remember

Page 301

1    that?
2    A. I remember his going.  I don't remember
3    the exact date.
4    Q. Right.  It was in -- well, I'll just
5    remind you.  It was in early September of last
6    year.  Okay?
7    A. Okay.  Okay.  That -- September 5th is our
8    anniversary.
9    Q. All right.  And so putting that -- keeping
10   that in mind, did anyone tell you that the peri --
11   pericardial infusion -- effusion, the buildup of
12   fluids that he went into the hospital for, was
13   related to the LARIAT procedure?
14      MR. BYRNE:
15         Object to form.
16      THE WITNESS:
17         I -- I don't recall that exactly, but
18         I -- I thought it was related because I
19         thought that -- that the pericardial sac
20         surrounded the heart.
21   BY MR. McCAULEY:
22   Q. So do you -- did anyone tell you, any
23   doctor, nurse, or other health care practitioner
24   tell you that the fluid buildup was due to -- was
25   a result or consequence of the LARIAT procedure?

Page 302

1    A. I don't remember. Not -- not -- not
2  exactly. I don't.
3    Q. And you remember that your husband had
4  fluid buildup around the heart even before -- long
5  before he had Xarelto; right?
6      MR. BYRNE:
7        Object to form.
8      THE WITNESS:
9        I -- when he had -- when he had --
10      when he felt like he had fluid, the -- in
11      January, I figured it was probably around
12      the heart because I've had fluid, and it's
13      usually wherever.
14  BY MR. McCAULEY:
15    Q. Right. And -- and so that -- that fluid
16  buildup so far as you know had nothing to do with
17  Xarelto? He had never even taken Xarelto before
18  that?
19    A. I -- I'm -- no. I -- no. No.
20    Q. Right. And -- and nobody's told you that
21  this recent fluid buildup, the one he had last
22  year, was related to Xarelto?
23    A. No.
24    Q. All right. And he's continued to have
25  different issues with his health, isn't that

Page 303

1  right, including the -- the heart issues, like the
2  fluid buildup?
3      MR. BYRNE:
4        Object to form.
5      THE WITNESS:
6        If he's -- could you explain that?
7  BY MR. McCAULEY:
8    Q. Sure.
9      Has he continued to have health issues
10  that are unrelated to the gastrointestinal bleed?
11      MR. BYRNE:
12        Object to form.
13      THE WITNESS:
14        What I can think of is -- is
15      arthritis.
16  BY MR. McCAULEY:
17    Q. Right. And -- and -- and continued heart
18  issues; right?
19      MR. BYRNE:
20        Object to form.
21  BY MR. McCAULEY:
22    Q. Like the -- like the fluid buildup last
23  year?
24      MR. BYRNE:
25        Object to form.

Page 304

1      THE WITNESS:
2        I -- I still don't understand.
3  BY MR. McCAULEY:
4    Q. In other words, since he got out of the
5  hospital from his gastrointestinal bleed, your
6  husband has had continued medical challenges that
7  are unrelated to his use of Xarelto, including,
8  for example, his -- his pain in the joints and
9  including, for example, the buildup of fluid in
10  his heart that had him hospitalized last year?
11      MR. BYRNE:
12        Object to form.
13  BY MR. McCAULEY:
14    Q. Would you agree with that?
15      MR. BYRNE:
16        Object to form.
17      THE WITNESS:
18        I'm -- I'm unaware of -- of any -- the
19      reasons. I -- I don't know medicine that
20      well.
21  BY MR. McCAULEY:
22    Q. Okay. But nobody -- nobody has suggested
23  to you in any way that those issues are related to
24  Xarelto?
25    A. No.

Page 305

1      MR. BYRNE:
2        Object to form.
3  BY MR. McCAULEY:
4    Q. Okay. As far as you know, whatever
5  problem Xarelto caused had been solved by the time
6  he left the hospital at Kenner?
7      MR. BYRNE:
8        Object to form.
9      THE WITNESS:
10        I don't know. I felt that he could
11      still have blood clots. And I felt uneasy
12      that the doctors had said he could not
13      take any blood thinners. And that had me
14      very uneasy. Because they made that
15      clear, and I was thinking that this was a
16      lifeline, the -- the blood thinner. So I
17      was -- I'm still very worried that he
18      could have a by -- a blood clot.
19  BY MR. McCAULEY:
20    Q. All right. Have you talked to anyone
21  about your concerns in that regard, talked to a
22  doctor or talked to a friend or talked to anyone?
23    A. No. No.
24    Q. All right. Have you talked to
25  Mr. Boudreaux himself about that fear?

Page 306

1    A. Yes.
2    Q. And what did he tell you?
3    A. He's so easygoing. He did -- I'm sure he
4  didn't want to worry me. He -- he didn't say very
5  much.
6    Q. All right. Now, when -- when you filed
7  your lawsuit, you filed a loss of consortium
8  claim. Do you understand that? Do you understand
9  what a loss of consortium claim is?
10    A. Loss of . . .
11    Q. I'll just put it this way: You made a
12  claim that there's been an injury to your marital
13  relationship with Mr. Boudreaux. You remember
14  that?
15    A. Yes.
16    Q. All right. Now, are you -- are you
17  claiming that -- well, let me ask you this: Has
18  Mr. Boudreaux been unloving towards you in any
19  way?
20        MR. BYRNE:
21            Object to form.
22        THE WITNESS:
23            Not unloving, not -- but a little less
24        concerned.
25  BY MR. McCAULEY:

Page 307

1    Q. A little less concerned as --
2    A. Well . . .
3    Q. Does he still -- does he -- does he still
4  treat you the way he's always treated you, with
5  kindness and respect and, like you said earlier,
6  like a queen?
7    A. He treats -- he still treats me like a
8  queen. Yes.
9    Q. And do you still treat him with the same
10  love and respect and -- and -- and feelings that
11  you've always had for him?
12    A. Yes.
13    Q. Do you care for him even more today than
14  you ever have?
15    A. Well, I would -- I would say so. Going
16  through life-changing experiences, life
17  experiences like that, I think maybe it -- it
18  makes you realize how much you are lucky to have
19  him.
20    Q. All right. And has he been snappy with
21  you or anything like that?
22    A. He talks less. He plays little -- his
23  little games a whole lot instead of really talking
24  to me.
25    Q. Has he --

Page 308

1    A. And --
2    Q. I'm sorry. Go ahead.
3    A. And he's -- he has no enthusiasm to -- to
4  help me build things like how I -- and he used to
5  do that all the time, repurpose things for me. He
6  has no enthusiasm for that. If I ask him -- if
7  the screen door doesn't work, before that, he
8  would have gone right to it. But I -- I had to
9  have the screen door not working for a while
10  before I finally told him, Would you please go do
11  it. And he did.
12    Q. All right. And do you think -- has he
13  told you that he's -- he's talking less because he
14  had an event with Xarelto, or is it because he
15  feels like his health overall is declining as he
16  gets older and he's just not happy about that?
17        MR. BYRNE:
18            Object to form.
19        THE WITNESS:
20            He's never -- we've never talk --
21        we've never talked about that.
22  BY MR. McCAULEY:
23    Q. So -- so you -- you can't really say
24  whether his -- whatever change in his attitude is
25  due to his use of Xarelto or due to maybe just not

Page 309

1  feeling well about how his health has been
2  declining over the years?
3        MR. BYRNE:
4            Object to form.
5        THE WITNESS:
6            I -- I don't think so. That trip to
7        the hospital for the gastrointestinal just
8        really scared both of us very, very much.
9        And I think probably he's much less
10        talkative because of that. And I think
11        that has created a lot of worry in him,
12        which he's not really sharing. He's not
13        sharing his worries with me right now
14        because I think he doesn't want to upset
15        me.
16  BY MR. McCAULEY:
17    Q. All right. And what makes you think he's
18  worried?
19    A. I -- it's -- it's hard to explain in a
20  relationship. He's not anxiously planning to go
21  do -- he is -- he is happy about perhaps
22  going to Memphis, but it's not -- not the
23  enthusiasm for doing things together as he once
24  had.
25    Q. Now, he showed us a picture when we were

Page 310

1 here last time.
2    Do you recognize this picture and where
3 it's from?
4    A. Definitely.
5    Q. And this -- if -- if you'd just show that
6 picture to the camera. Would you turn it to the
7 camera.
8    This is a picture of you and Mr. Boudreaux
9 on your 50th anniversary; right?
10   A. Yes.
11   Q. Your children came down from Memphis?
12   A. Oh, yes.
13   Q. Grandkids were there?
14   A. No.
15   Q. No grandkids?
16   A. No.
17   Q. Okay. And you -- you -- you got a cake,
18 happy anniversary, and a -- and a celebration?
19   A. From our sons.
20   Q. All right. And Mr. Boudreaux said about
21 this picture that -- well, he said in his
22 deposition that your marriage is as good as it's
23 ever been. Do you feel the same way?
24   MR. BYRNE:
25      Object to form.

Page 311

1    THE WITNESS:
2      That's hard to -- hard to -- to -- to
3 tell you, because we've been married
4 52 years. And there were better periods
5 and not-so-good periods. My health was a
6 lot involved. So I -- I love him just as
7 much as I ever did. And I think he loves
8 me as much as he ever did.
9 BY MR. McCAULEY:
10   Q. All right. And he described you as his
11 best friend. Did you know that?
12   A. Well, I think we're each other's best
13 friends.
14   Q. All right. And that's still true today?
15   A. Oh, yes.
16   Q. All right. And is there -- has he ever
17 been -- or have you been unkind to him or snappish
18 to him?
19   MR. BYRNE:
20      Object to form. This has been asked
21 and answered.
22   MR. McCAULEY:
23      I don't -- I don't think I asked it
24 this way.
25   MR. BYRNE:

Page 312

1    Okay. Well, then I object because I
2 think this is getting a little far afield
3 from Louisiana standard for loss --
4 THE WITNESS:
5   What do you mean --
6 MR. BYRE:
7   -- of consortium.
8 THE WITNESS:
9   -- "snappish"?
10 BY MR. McCAULEY:
11   Q. Well, have you been -- have you been
12 grouchy with him or short with him or losing your
13 temper more easily?
14   MR. BYRNE:
15      Object to form.
16   THE WITNESS:
17      I'm not really sure how to answer
18 that. I think my medical problems have
19 caused him to be a little more
20 short-tempered as -- but we have not had
21 any big arguments, anything like that.
22 MR. McCAULEY:
23      All right. Okay. I want you to give
24 me two minutes. Okay. I'm going to
25 confer with my counsel here. And I might

Page 313

1 -- I may be finished my questions. And
2 then -- then somebody else will have a
3 turn. I really don't think it's going to
4 last much longer, though.
5 THE WITNESS:
6   It's okay.
7 MR. McCAULEY:
8   All right.
9 THE VIDEOGRAPHER:
10   We're going off the record?
11 MR. BYRNE:
12   Yeah.
13 THE VIDEOGRAPHER:
14   Okay. We're going off the record.
15 It's 5:54.
16 (Brief recess was taken.)
17 THE VIDEOGRAPHER:
18   We're back on the record. It's 6:13.
19 MR. McCAULEY:
20   All right. Mrs. Boudreaux, thank you
21 very much for -- for putting up with all
22 my questions today. I'm going to -- I've
23 finished my questions for now. And if
24 somebody asks some more -- and I think my
25 colleague here may ask a few more

Page 314

1    questions.  Or if your counsel asks some
2    questions, I may have some follow-up.  But
3    I -- I think for now I've -- I've
4    completed my -- my questions.  And thank
5    you.
6        THE WITNESS:
7            Thank you.
8    BY MS. duPONT:
9        Q.  I guess it's good evening, Mrs. Boudreaux.
10       A.  Huh?
11       Q.  I said it's good evening now.  But . . .
12       A.  Oh.  Good evening.
13       Q.  But my name is Julie duPont.  I think we
14   met earlier today --
15       A.  Yes.
16       Q.  -- right?
17           And that was the first time we've met?
18       A.  Yes.
19       Q.  And -- and I know you've been here for a
20   while today.  So I -- I'm not going to ask a whole
21   more -- a whole lot more questions.  I just have a
22   couple of follow-up issues.  Okay?
23       A.  Yes.
24       Q.  You said just a little while ago that they
25   made it clear that he could not go on blood

Page 315

1    thinners.  And by "he," you meant your husband,
2    Joseph, could not go back on blood thinners.
3            Do you remember that testimony?
4        A.  Yes.  And when they did the LARIAT, that
5    really told me he could not go back on the blood
6    thinners either.
7        Q.  And when you said "they," what -- did you
8    actually have a conversation with a doctor about
9    that?
10       A.  No.  I guess it's colloquial speech,
11   "they."
12       Q.  Do you mean your husband told you that the
13   doctors had -- had told him that?
14       A.  Yeah.  He told me that, yes, that the
15   doctor said that.
16       Q.  Joseph did?
17       A.  Yes.
18       Q.  Johnny?
19       A.  Johnny.  Johnny did.
20       Q.  It was not a conversation you had with a
21   doctor?
22       A.  Oh, no.
23       Q.  We talked a little earlier about how your
24   husband had gout.  Do you -- do you recall that?
25       A.  Yes.

Page 316

1        Q.  Do you know how long ago he was diagnosed
2    with gout?
3        A.  Our children were young.  I believe that
4    would happen.  And so I would say maybe 20 years
5    ago.
6        Q.  Yeah.  He -- he testified that he thought
7    it was about 25 years ago.  Is that consistent
8    with your memory?
9        A.  Yes.  I . . .
10       Q.  And you -- you said earlier that he would
11   have, up until about five or six years ago, two or
12   three episodes a year?
13       A.  Yes.  I'm -- I'm not totally sure of that
14   because I never wrote it down.  But yes.
15   That's . . .
16       Q.  Okay.  And when he would have an episode,
17   you said he couldn't get out of bed?
18       A.  Oh, no.  He couldn't -- he couldn't walk
19   on his -- on -- on the area that had gout.  That
20   was -- it would get red and rather swollen.  But
21   he could sit in his chair -- in his lounge chair.
22       Q.  And what would he do to make the symptoms
23   go away?
24       A.  Well, the doctor -- he had had gout before
25   and he worked, so the doctor gave him medicine for

Page 317

1    gout.  I think it's called Indocin.  He gave him
2    medicine for gout.  And he said when it
3    reappeared, to take that.  So it was -- worked
4    really quickly.  He'd take maybe one, two, maybe
5    even three.  But then that was it.  And he could
6    keep the medicine with him in case it occurred
7    again, if it was at work or something like that.
8        Q.  So every time he had the gout episode over
9    the course of 20 years, he would take the Indocin
10   on these -- during these bouts?
11       A.  I'm -- I -- yes.  I -- I think it was
12   Indocin.  I know he received something from the
13   doctors, and I learned that it was called Indocin.
14   Yes.
15       Q.  So he would have been taking the Indocin
16   as needed over the course of 20 years during these
17   gout episodes?
18       A.  Yes.
19           MR. BYRNE:
20               Object to form.
21   BY MS. duPONT:
22       Q.  We -- we were talking a little earlier
23   about the fact that at some point in time you or
24   your husband decided to consult a lawyer about the
25   injuries he's alleged related to Xarelto; right?

Page 318

1  A. Yes.
2  Q. Who made that decision, to consult the
3 lawyer? Was that you, or was that -- was that
4 your husband?
5  A. I would have to say together.
6  Q. Who came up with the idea in the first
7 place?
8  A. I don't recall. I --
9  Q. You don't know if it was -- I mean, was it
10 you that came up with the idea first, or was it
11 your husband?
12  MR. BYRNE:
13    Object to form.
14  THE WITNESS:
15    I don't recall exactly which one it
16    was. I remember we discussed how he had
17    bled, how -- how we feared for his life at
18    that time, and that we had medical
19    expenses and everything because of that.
20    And I really don't know who made the total
21    decision. But we decided that perhaps,
22    you know, it could help our finances and
23    everything.
24  BY MS. duPONT:
25  Q. And -- and did you make that decision

Page 319

1 after seeing an advertisement on -- on television
2 from lawyers?
3  A. I had seen an advertisement. Yes.
4  Q. And before you had seen the advertisement
5 on television, had you thought about filing a
6 lawsuit even before you saw the ad?
7  A. Yes.
8  Q. How long after his bleeding episode in
9 February 2014 did you consider filing the lawsuit?
10  A. I can't tell you exactly. Could you
11 repeat it --
12  Q. Sure.
13  A. -- again?
14  Q. How long after the bleeding episode in
15 February 2013 --
16  MS. BARRIOS:
17    '14.
18  MS. duPONT:
19    2014. What did I say? '13?
20  MR. BYRNE:
21    Uh-huh.
22  MS. duPONT:
23    I'm sorry.
24  BY MS. duPONT:
25  Q. -- 2014 did you -- did you decide to -- or

Page 320

1 did you consider filing a lawsuit?
2  MR. BYRNE:
3    Object to form.
4  THE WITNESS:
5    I think when we started to think about
6    the fact that he could never take any
7    other blood thinner, that he was told that
8    definitely. And that was very, very
9    harmful to hear because we -- we thought
10    that that was the medication for when you
11    had -- when you had a-fib and all. And so
12    I think we -- this was probably before
13    seeing any advertisement for it.
14  BY MS. duPONT:
15  Q. Was it -- was it a few months after the
16 bleeding event?
17  MR. BYRNE:
18    Object to form.
19  BY MS. duPONT:
20  Q. Or longer?
21  MR. BYRNE:
22    Object to form.
23  THE WITNESS:
24    It could have -- it could have been a
25    few months before we really were

Page 321

1    comfortable even talking about it.
2  BY MS. duPONT:
3  Q. Did you or your husband ever see a
4 Dr. Marcello?
5  A. It's Marcello?
6  Q. Yeah.
7  A. Not during any of these problems, not --
8 he is in the -- he is in the same office building
9 as Dr. Duplantis.
10  Q. Okay.
11  A. And Dr. Duplantis is my husband's regular
12 -- I mean his general physician. But Dr. Marcello
13 was well-known to my husband because they grew up
14 in the same town.
15  Q. Got it.
16  A. And so we saw him at a time when his
17 practice became so busy that we -- his associate.
18  Q. At what time period were -- were you and
19 your husband -- it sounds like you were both
20 seeing Dr. Marcello; is that right?
21  A. Oh, that -- that was a long time ago. And
22 Mike is -- 50, 70 -- and so this had to be when he
23 was young, because we also take -- took some of
24 the children there.
25  Q. Okay. Is -- is Dr. Marcello just a

Page 322

1 general primary care doctor?
2    A. Yes.
3    Q. So were -- were you seeing Dr. Marcello at
4 the time while your husband was still working at
5 the life insurance company then, or had he retired
6 already?
7    A. No. He -- he was -- he was working at the
8 life insurance. He's -- he's been working there
9 for -- yes. He -- I think so.
10    Q. I just want to clear up what you just
11 said.
12    A. Okay.
13    Q. You said, He was working at the life
14 insurance company, He had been -- he is still
15 working there. Did you mean to say he was
16 formerly working at the life insurance company?
17 Because now he works as a security guard; right?
18    A. Right.
19    Q. Okay. I just wanted to make sure I
20 understood that correctly.
21       But when he was seeing Dr. Marcello, was
22 he still working at the life insurance company at
23 that time?
24    A. I'm not sure, because he saw Dr. Marcello
25 so early in his life. He may have been -- he was

Page 323

1 doing accounting and things like that. So that
2 may have been that time. But -- it may have been
3 when he was working for Lafourche Life.
4    Q. When do you think the last time was that
5 your husband saw Dr. Marcello?
6    A. Years.
7    Q. Was it 20 years ago?
8    A. More.
9    MS. duPONT:
10       Okay. I don't think I have any
11    further questions.
12    MR. BYRNE:
13       I just have a few. This way.
14 BY MR. BYRNE:
15    Q. How are you? Are you feeling okay?
16    A. Yes.
17    Q. All right. I'm going to be as brief as
18 possible. But there are a few things I want to
19 cover with you, if that's okay.
20       And the first thing I want to discuss with
21 you has to do with your medications and how you go
22 about taking them. I believe you testified
23 earlier that Mr. Boudreaux actually brings you
24 your medications each day; is that correct?
25    A. Yes. He spoils me.

Page 324

1    Q. Well, I understand.
2       Does he ever forget to bring you your
3 pills?
4    A. No. No.
5    Q. Does he ever bring you your medications at
6 the wrong time of day?
7    A. No.
8    Q. Does he ever tell you that you can or
9 should skip a day of your medication?
10    A. No.
11    Q. Does he ever tell you that you can or
12 should discontinue taking your medications --
13    A. No.
14    Q. -- despite your doctor's directives to be
15 on them?
16    A. No.
17    Q. Does he ever tell you to take your
18 medications in some manner other than the manner
19 your doctor prescribes for you?
20    A. No.
21    Q. Now, I think you also testified that you
22 did not personally observe your husband take his
23 blood thinner medication in January and February
24 of 2014; is that right?
25    A. I didn't --

Page 325

1    Q. Okay.
2    A. -- observe it.
3    Q. And in fact, your husband doesn't stand in
4 front of you and take his medications ever;
5 correct?
6    A. No. No.
7    Q. All right. But you know sitting here
8 today that he took his blood thinning medication,
9 his Xarelto medication, in January and February of
10 2014, don't you?
11    MR. McCAULEY:
12       I object --
13    MS. duPONT:
14       Objection to form.
15    MR. McCAULEY:
16       I object to form.
17 BY MR. BYRNE:
18    Q. And how do --
19    MR. McCAULEY:
20       Form and foundation.
21 BY MR. BYRNE:
22    Q. -- you know? And how do you know that,
23 Ms. Boudreaux?
24    A. Because he's -- he's told me that he's
25 doing that. And I sincerely believe what he tells

Page 326

1 me. And he takes medication every morning and
2 every night.
3    Q. Now, if your husband -- well, strike that.
4    Did -- did Mr. Boudreaux ever give you any
5 indication in January or February of 2014 that he
6 was just going to stop taking his Xarelto
7 medication despite his doctor's directives to take
8 it?
9    MR. McCAULEY:
10     I object.
11    THE WITNESS:
12     No. I'm sorry?
13    MR. McCAULEY:
14     That's all right. I just made an
15    objection. That's okay. Just -- just as
16    when your -- your own counsel objected, if
17    I make an objection, you can just go ahead
18    and answer.
19 BY MR. BYRNE:
20    Q. Okay. And I think you testified that
21 after your husband started taking the blood
22 thinner Xarelto, that his health appeared to grow
23 progressively worse each day, right up and to the
24 point that he was admitted to the hospital for the
25 gastrointestinal bleed on February 3, 2014; is

Page 327

1 that right?
2    A. Yes.
3    Q. Now, between the time that he started
4 taking blood thinners in -- in January of 2014
5 until the time that he was admitted to the
6 hospital for the gastrointestinal bleed on
7 February 3, 2014, did he ever tell you that he was
8 going to just stop taking his medication?
9    A. No.
10    MR. McCAULEY:
11     I -- excuse me. I --
12    MS. duPONT:
13     Object to form.
14    MR. McCAULEY:
15     -- form and foundation.
16 BY MR. BYRNE:
17    Q. Did he ever tell you that?
18    MR. McCAULEY:
19     I object.
20    THE WITNESS:
21     No.
22 BY MR. BYRNE:
23    Q. Was there ever a point in that time frame,
24 between when he started taking blood thinners in
25 -- in January 2014 and -- and when he stopped

Page 328

1 following his admission to the hospital on
2 February 3, 2014, where his condition suddenly
3 improved?
4    MR. McCAULEY:
5     I object to form and foundation.
6    THE WITNESS:
7     Could you repeat it?
8 BY MR. BYRNE:
9    Q. Okay. Between January 2014, when he
10 started on blood thinners, and February 3, 2014,
11 when he was admitted to the hospital for his
12 gastrointestinal bleed, did his condition ever
13 improve even for a few days or a few weeks?
14    A. No.
15    Q. And again, did your husband ever say to
16 you, Loretta, I -- I'm just going to stop taking
17 my Xarelto for upwards of two or three weeks --
18    MS. duPONT:
19     Objection.
20    THE WITNESS:
21     No.
22 BY MR. BYRNE:
23    Q. -- just to see if it helps? Did he ever
24 say anything like that --
25    A. No.

Page 329

1    Q. -- to you?
2    MR. McCAULEY:
3     I object.
4    THE WITNESS:
5     No.
6 BY MR. BYRNE:
7    Q. Okay. So when your husband was admitted
8 to the hospital and he was being seen by all these
9 doctors and they were trying to figure out what
10 was going on with him, was there ever a point when
11 your husband said to his doctors, Now, Doc, I got
12 to tell you, I stopped taking that Xarelto a long
13 time ago?
14    MS. duPONT:
15     Object.
16    THE WITNESS:
17     No.
18    MR. McCAULEY:
19     I object.
20 BY MR. BYRNE:
21    Q. Was there a ever a point when he told his
22 doctors, Doc, Nurse, I haven't taken Xarelto in a
23 couple days?
24    MS. duPONT:
25     Object.

Page 330

1    MR. McCAULEY:
2        I object to --
3    THE WITNESS:
4        No.
5    MR. McCAULEY:
6        -- form and foundation.
7 BY MR. BYRNE:
8    Q. All right. Now, when he was being
9 screened by Dr. Fail for the LARIAT procedure and
10 when he was talking with Dr. Timothy about that
11 particular procedure, am -- am I correct that you
12 and your husband learned that that was a procedure
13 that was only indicated for someone who could not
14 take blood thinning medication?
15    A. I -- I understand -- -stood that, and he
16 did too. Yes.
17    Q. Okay. So was there ever a point in those
18 consultations with Dr. Timothy and Dr. Fail where
19 your husband said, Doctor, I've got to be straight
20 with you, I never gave anticoagulants a fair shake
21 because I discontinued them days or possibly weeks
22 before my GI bleed?
23    MR. McCAULEY:
24        I object --
25    MS. duPONT:

Page 331

1        Object to form.
2    MR. McCAULEY:
3        -- to form and foundation.
4 BY MR. BYRNE:
5    Q. Did he ever do that?
6    MR. McCAULEY:
7        I object to --
8    THE WITNESS:
9        No.
10 BY MR. BYRNE:
11    Q. Which is easier, you think: taking a pill
12 every day or having a procedure like a LARIAT
13 procedure? Which is easier: Swallowing a pill or
14 going through surgery?
15    A. Going through the surgery --
16    Q. No.
17    A. Which is easier? You take -- I'm sorry.
18 Taking a pill would --
19    Q. Okay.
20    A. -- certainly be easier than surgery.
21    Q. But at -- but at no point did your husband
22 ever say, Doctor, let's try anticoagulants again
23 because I wasn't taking them at the time of my GI
24 bleeds?
25    A. No.

Page 332

1    MS. duPONT:
2        Objection. Form.
3    THE WITNESS:
4        He never said that.
5    MS. duPONT:
6        Foundation.
7 BY MR. BYRNE:
8    Q. Now, there were -- there was a good bit of
9 testimony or at least testimony that I heard today
10 about your -- your personal reaction to your
11 husband's hospitalization at Kenner Hospital on --
12 on February 3, 2014. Do you have all that
13 testimony in mind?
14    A. Yes.
15    Q. Okay. And -- and what was it about that
16 hospitalization, that hospitalization on
17 February 3, 2014 for the gastrointestinal bleed,
18 that upset you so much?
19    A. Because my husband was bleeding inside and
20 I -- I wanted to see him and I didn't know if I
21 could. And he -- my concern was him all the time.
22    Q. Okay. When your husband was hospitalized
23 for the GI bleed, were you upset because you
24 didn't have somewhere to sleep?
25    A. No. I just wanted to be near him. I

Page 333

1 wanted to be near him the whole time.
2    Q. Okay. You were upset because your husband
3 was being hospitalized for a gastrointestinal
4 bleed, not because you didn't have someplace to
5 sleep that evening?
6    MR. McCAULEY:
7        I object to the -- I object --
8 BY MR. BYRNE:
9    Q. Isn't that right?
10    MR. McCAULEY:
11        -- to the leading.
12    THE WITNESS:
13        Yes. I was upset because he was -- he
14    -- he was in very bad condition and not
15    because I didn't have a place to sleep. I
16    would have got -- slept on the floor or
17    anywhere.
18    MR. BYRNE:
19        Okay. Give me just one minute to
20    confer. That -- that's all I have at this
21    time.
22    MR. McCAULEY:
23        All right. And I have to bother you
24    with a couple more questions. All right.
25 BY MR. McCAULEY:

Page 334

1    Q. First of all, were you in on any of the
2  meetings with Dr. Fail to discuss the LARIAT
3  procedure?
4    A. No.
5    Q. And so the only information you have about
6  the LARIAT procedure and what was -- what it was
7  indicated for came from Mr. Boudreaux; is that
8  right?
9    A. I had -- in -- in Dr. Fail's office, which
10  I sat in for a long time, I -- I think -- I
11  thought I read something about Dr. Abben and
12  Dr. Fail had -- were congratulated for some -- but
13  I didn't -- I -- I didn't know.
14    Q. But the idea that the -- that the LARIAT
15  procedure was only for patients who -- who could
16  not take blood thinners, did that idea get
17  communicated to you by Mr. Boudreaux or by
18  Dr. Fail or by someone else?
19    A. Mr. Boudreaux, my husband.
20    Q. Anyone else?
21    A. No.
22    Q. And did you read about it in that
23  congratulatory pamphlet or brochure that you read
24  while you were waiting in the office?  Did any --
25  anything in that thing say that the procedure was

Page 335

1  only for people who couldn't take blood thinners?
2    MR. BYRNE:
3      Object to form.
4    THE WITNESS:
5      Well, I understood that was why he was
6    having the procedure, because he could not
7    take any more blood thinners.
8  BY MR. McCAULEY:
9    Q. But you -- but let -- I don't mean to
10  interrupt your response, but just in the interest
11  of time . . .
12      Did you understand that because that's
13  what Mr. Boudreaux told you or because someone
14  else told you that --
15    MS. BARRIOS:
16      Objection.
17  BY MR. McCAULEY:
18    Q. -- or you read it somewhere?
19    MR. BYRNE:
20      Object to form.
21    THE WITNESS:
22      Mr. Boudreaux.
23  BY MR. McCAULEY:
24    Q. All right.  Now --
25    A. My husband.

Page 336

1    Q. -- you -- you indicated that Mr. Boudreaux
2  told you about his blood thinner medication and --
3  and you believed him when -- when he said he was
4  taking his medication; right?
5    A. Yes.
6    Q. Now, he didn't tell you about the other
7  new medications that he was getting from the --
8  from the hospital after his a-fib, did he?
9    A. I asked him if he was taking his medicine.
10  I only knew of one new one.  I asked him if he was
11  taking his blood thinner, and he said yes.
12    Q. But he didn't tell you about any of the
13  other new ones, like, for example, amiodarone?  He
14  didn't tell you about that?
15    A. No.
16    Q. And he never told you about metoprolol?
17  Did he ever tell you about that?
18    A. I don't recall.
19    Q. Did he ever tell you about Aldactone or
20  spironolactone?
21    A. I don't know those names.  No.
22    Q. Okay.  So not -- all of those things are
23  -- I -- you're hearing them for the first time
24  today; is that right?
25    A. Yes.

Page 337

1    Q. All right.  And so those -- if -- if in
2  fact those were new medications for him, those
3  were things he never told you about?
4    A. Well, perhaps he thought it was more
5  important to tell me about what was going to help
6  him with his blood clots.
7    Q. All right.  And -- well, do you know
8  that's why he didn't tell you about the other
9  medications?
10    A. No.  I . . .
11    MR. BYRNE:
12      Object to form.
13  BY MR. McCAULEY:
14    Q. All right.  Do you believe that sometimes
15  Mr. Boudreaux doesn't tell you things because he
16  doesn't want to worry you?
17    MR. BYRNE:
18      Object to form.
19    THE WITNESS:
20      I imagine that's there -- that -- a
21    possibility.
22  BY MR. McCAULEY:
23    Q. Okay.  Now, let me ask you about -- you --
24  you -- we were talking about no blood thinners
25  and -- and that he couldn't be on them.  And --

Page 338

1  and I recognize that you've testified that that
2  made you very concerned.  So I wanted to ask you a
3  few questions about Elsie, he -- Mr. Boudreaux's
4  younger sister.
5      A.  Elsie Jean.
6      Q.  It sounds like she's a great friend of the
7  family?
8      A.  She is.
9      Q.  Totally reliable?
10     A.  Yes.
11     Q.  Someone you're very close to?
12     A.  Not close enough because she lives miles
13  away.  Yes.
14     Q.  But someone that you've come over the
15  years to -- to -- to like and trust and -- and
16  feel very comfortable with?
17     A.  Yes.
18     Q.  Someone you care about very much?
19     A.  Yes.
20     Q.  And when you learned that she had a-fib
21  and then learned that she was not on any blood
22  thinners, were you very, very concerned about her?
23     A.  No.  I didn't know what kind of diagnosis
24  this -- her doctors made or anything.  It was just
25  an -- you know, just an answer or I'm not . . .

Page 339

1      Q.  But -- but you understood at that time
2  that A -- for a-fib, blood thinners was the best
3  medicine?
4          MR. BYRNE:
5             Object to form.
6          THE WITNESS:
7             Well --
8  BY MR. McCAULEY:
9      Q.  Isn't that -- isn't that what you
10  understood from Mr. Boudreaux?
11     A.  Yes.  I -- well, I understood that before.
12  But I figured that every person's an individual
13  and that more than likely she had some different
14  degree of it, if there's a degree or anything of
15  it.  So I'm -- I figured her cardiologist would
16  definitely settle this for her.
17     Q.  All right.  Well, did you -- but I -- can
18  -- can you tell me whether you -- out of concern
19  for Elsie, did you ask her any questions:  Are you
20  sure you shouldn't be on blood thinners, We
21  understand this is the medicine you have to take
22  when you have a-fib?
23     A.  Never.
24     Q.  Okay.  Is there any reason why you didn't
25  ask her those questions?

Page 340

1      A.  Well, she was upset about her brother.  I
2  didn't want to alarm her or say she should be
3  taking anything that her doctor told her.  So I
4  didn't -- I didn't talk to her about that.
5      Q.  Okay.  Were -- were -- did you -- did you
6  worry, though, that maybe Elsie was not getting
7  the right advice if she wasn't on blood
8  thinners --
9          MR. BYRNE:
10             Object to form.
11         THE WITNESS:
12             I think --
13  BY MR. McCAULEY:
14     Q.  -- having learned what you learned?
15     A.  I can't say that I worry about it.
16         MR. McCAULEY:
17             Okay.  All right.  Then I don't have
18         any -- I don't have any additional
19         questions.
20         MS. duPONT:
21             I don't have any more questions.
22         THE VIDEOGRAPHER:
23             That's it?
24         MR. BYRNE:
25             You're done.

Page 341

1          THE VIDEOGRAPHER:
2              Okay.
3          MR. BYRNE:
4              Congratulations.
5          THE WITNESS:
6              Thank you.
7          MR. BYRNE:
8              Congratulations.
9          THE VIDEOGRAPHER:
10             We're going off the record.  The time
11         is 6:38.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 342

1    CHANGES AND SIGNATURE
2  WITNESS NAME:  LORETTA LEDET BOUDREAUX
3  DATE OF DEPOSITION:  Tuesday, September 13, 2016
4
5  PAGE LINE    CHANGE        REASON
6  ____ ____  _____  _____
7  ____ ____  _____  _____
8  ____ ____  _____  _____
9  ____ ____  _____  _____
10 ____ ____  _____  _____
11 ____ ____  _____  _____
12 ____ ____  _____  _____
13 ____ ____  _____  _____
14 ____ ____  _____  _____
15 ____ ____  _____  _____
16 ____ ____  _____  _____
17 ____ ____  _____  _____
18 ____ ____  _____  _____
19 ____ ____  _____  _____
20 ____ ____  _____  _____
21 ____ ____  _____  _____
22 ____ ____  _____  _____
23 ____ ____  _____  _____
24 ____ ____  _____  _____
25 ____ ____  _____  _____

Page 343

1      WITNESS' CERTIFICATE
2
3     I have read or have had the foregoing
4  testimony read to me and hereby certify that it is
5  a true and correct transcription of my testimony
6  with the exception of any attached corrections or
7  changes.
8
9
10
11
12
13
14
15
16
17
18       _____
19        WITNESS' SIGNATURE
20
21
22
23  PLEASE INDICATE
24  []  NO CORRECTIONS
25  []  CORRECTIONS; ERRATA SHEET(S) ENCLOSED

Page 344

1       C E R T I F I C A T E
2    This certification is valid only for
3  a transcript accompanied by my original signature
4  and original seal on this page.
5    I, AURORA M. PERRIEN, Registered Professional
6  Reporter, Certified Court Reporter, in and for the
7  State of Louisiana, as the officer before whom
8  this testimony was taken, do hereby certify that
9  LORETTA LEDET BOUDREAUX, after having been duly
10 sworn by me upon the authority of R.S. 37:2554,
11 did testify as hereinbefore set forth in the
12 foregoing 343 pages; that this testimony was
13 reported by me in the stenotype reporting method,
14 was prepared and transcribed by me or under my
15 personal direction and supervision, and is a true
16 and correct transcript to the best of my ability
17 and understanding; that the transcript has been
18 prepared in compliance with transcript format
19 guidelines required by statute or by rules of the
20 board; and that I am informed about the complete
21 arrangement, financial or otherwise, with the
22 person or entity making arrangements for
23 deposition services; that I have acted in
24 compliance with the prohibition on contractual
25 relationships, as defined by Louisiana Code of

Page 345

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.
11
12
13
14
15       AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25