# EXHIBIT-7

# FILED UNDER SEAL

Protected - Subject To Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
      ***************************************************
 3
                                    MDL No. 2592
 4    IN RE: XARELTO (RIVAROXABAN)     SECTION L
      PRODUCTS LIABILITY LITIGATION    JUDGE FALLON
 5                                     MAG. JUDGE NORTH
 6
      THIS DOCUMENT RELATES TO:
 7    JOSEPH BOUDREAUX
      Case No. Case No. 2:14-cv-02720
 8
      ***************************************************
 9
10
11     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12        VIDEOTAPED DEPOSITION OF NAJY MASRI, MD
13
                 Taken on Monday, July 18, 2016
14                    At the Law Offices of
                IRWIN FRITCHIE URQUHART & MOORE
15               400 Poydras Street, Suite 2700
                 New Orleans, Louisiana  70130
16
17
18        REPORTED BY:  LORI COBB, CCR, RPR, RSA
19
20
21    ***************************************************
22             GOLKOW TECHNOLOGIES, INC.
23          877.370.3377 ph|917.591.5672 fax
24                 deps@golkow.com
25
```

Page 2

1  APPEARANCES:
2
3  REPRESENTING THE PLAINTIFF:
4    ANDY D. BIRCHFIELD, ESQUIRE
        Email: Andy.birchfield@beasleyallen.com
5      Phone: 800-898-2034
       BEASLEY ALLEN
6      218 Commerce Street
       Montgomery, Alabama 36104
7
8
9  REPRESENTING JANSSEN PHARMACEUTICALS, INC., JANSSEN
   RESEARCH & DEVELOPMENT, LLC & JANSSEN ORTHO LLC:
10
     JOHN A. McCAULEY, ESQUIRE
11     Email: Jmccauley@venable.com
       Phone: (410) 244-7655
12   VENABLE
     750 Pratt Street, Suite 900
13   Baltimore, Maryland 21202
14
15
   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS INC.
16 & BAYER PHARMA:
17   JULIE B. DU PONT, ESQUIRE
       Email: Julie.dupont@kayscholer.com
18     Phone: (212) 836-8572
     KAYE SCHOLER
19   250 West 55th Street
     New York, New York 10019-9710
20
21
22
23 ALSO PRESENT: MARK ANCALADE, VIDEOGRAPHER
24            * * *
25

Page 3

1      D E P O S I T I O N   I N D E X
2                              PAGE
3  APPEARANCES .....................................4
4  STIPULATION .....................................6
5  EXAMINATION
6    BY MR. MCCAULEY ............................3
7    BY MR. BIRCHFIELD .......................169
8  FURTHER EXAMINATION
9    BY MR. MCCAULEY .........................173
10 REPORTER'S PAGE .............................183
11 REPORTER'S CERTIFICATE ......................184
12            * * *
13
14
15     E X H I B I T   I N D E X
16                           PAGE
17 N. MASRI #1A  Notice of Issuance of ...........12
         Subpoena to Testify at
18       Deposition to Najy Masri,
         M.D.; 7 pages
19
       N. MASRI #1B  Notice of Deposition of Najy ....12
20       Masri, M.D.; 5 pages
21 N. MASRI #1C  Cross-Notice of Deposition of ...12
         Najy Masri, M.D.; 3 pages
22
       N. MASRI #2  Curriculum Vitae of Najy ........15
23       Masri, M.D.; 5 pages
24 N. MASRI #3  Medical records presented at ....17
         deposition by Dr. Masri;
25       66 pages

Page 4

1          EXHIBIT INDEX CONTINUED
2                              PAGE
3  N. MASRI #4   Information printed from ........25
         Xeralto website by Dr. Masri;
4        8 pages
5  N. MASRI #5   Rivaroxaban: Drug information ...26
         from Wolters Kluwer -
6        UpToDate.com printed on
         7/14/2016 by Dr. Masri;
7        15 pages
8  N. MASRI #6   The New England Journal of ......27
         Medicine article entitled
9        Rivaroxaban versus warfarin in
         Nonvalvular Atrial
10       Fibrillation; 9 pages
11 N. MASRI #7   The New England Journal of ......28
         Medicine April 5, 2012 article
12       entitled Oral Rivaroxaban for
         the Treatment of Symptomatic
13       Pulmonary Embolism by The
         EINSTEIN-PE Investigators;
14       11 pages
15 N. MASRI #8   The New England Journal of ......29
         Medicine December 23, 2010
16       article entitled Oral
         Rivaroxaban for Symptomatic
17       Venous Thromboembolism by The
         EINSTEIN Investigators;
18       12 pages
19 N. MASRI #9   Thrombosis Journal 2013 .........29
         article entitled Oral
20       Rivaroxaban Versus Standard
         Therapy for the Treatment of
21       Symptomatic Venous
         Thromboembolism: a Pooled
22       Analysis of the Einstein DVT
         and PE Randomized Studies by
23       Martin H. Prins, et al; 10
         pages
24
25

Page 5

1          EXHIBIT INDEX CONTINUED
2                              PAGE
3  N. MASRI #10  Privileged and Highly ...........75
         Confidential Information -
4        Medical Records of Joseph J.
         Boudreaux from Ochsner Medical
5        Center - Kenner; 532 pages
         (stamped JBoudreaux-OMC-K-MD-
6        000001 through 000531)
7  N. MASRI #11  Aldactone Prescribing ..........107
         Information; 12 pages
8
       N. MASRI #12  No document was marked; ........170
9        exhibit number skipped
10 N. MASRI #13  Xeralto CarePath Trial Offer ...171
         brochure with information
11       contained inside pocket;
         2 pages
12
13 N. MASRI #14  Xeralto CarePath Savings Card ..172
         brochure with information
14       contained inside pocket;
         2 pages
15 N. MASRI #15  "Xeralto was the right move ....172
         for us." brochure with
16       information contained inside
         pocket; 2 pages
17
18 N. MASRI #16  Xarelto DVT/PE Discharge Kit ...172
         for patients with Patient
19       Brochure, Trial Offer, Dosing
         Diary and Video Offer
20       (original unopened); 2 pages
21 N. MASRI #17  Xarelto My AFib Kit for ........172
         patients with Patient
22       Brochure, Trial Offer, Dosing
         Diary and Video Offer
23       (original unopened); 2 pages
24            * * *
25

Page 6

1   S T I P U L A T I O N

2

3       It is stipulated and agreed by and

4   between all Counsel that the VIDEOTAPED DEPOSITION

5   OF NAJY MASRI, MD, on Monday, July 18, 2016, is

6   hereby being taken pursuant to Notice under the

7   Rules 30 and 34 of the Federal Rules of Civil

8   Procedure, for all purposes permitted under the

9       The witness waives the right to read and

10  sign the deposition. The original is to be

11  delivered to and retained by KAYE SCHOLER for

12  proper filing with the Clerk of Court.

13      All objections, except those as to the

14  form of the question and/or the responsiveness of

15  the answer, are hereby reserved until the time of

16  the trial of this cause.

17          * * *

18      Lori Cobb, Certified Court Reporter in

19  and for the State of Louisiana, (CCR #87248),

20  Registered Professional Reporter (RPR #815782), and

21  Realtime Systems Administrator, officiated in

22  administering the oath to the witness.

23

24

25

Page 7

1       (On record at 9:13 a.m.)

2   VIDEOGRAPHER:

3       We're now on the record. My name is Mark

4   Ancalade, the videographer with Golkow

5   Technologies.

6       Today's date is July 18, 2016 at the time

7   indicated on the video screen, which is 9:13,

8   taken in the Matter of Xarelto (Rivaroxaban)

9   Products Liability Litigation being heard

10  before the United States District Court,

11  Eastern District of Louisiana. Today's

12  deponent is Dr. Najy Masri.

13      I would ask that counsel please state

14  their names for the record, which thereafter

15  will the court reporter please swear in the

16  witness.

17  MR. BIRCHFIELD:

18      Andy Birchfield for the Plaintiff, Joseph

19  Boudreaux.

20  MR. McCAULEY:

21      John McCauley for the Janssen Defendants.

22  MR. du PONT:

23      Julie du Pont for the Bayer Defendants.

24  VIDEOGRAPHER:

25      Madam Reporter, will you please swear in

Page 8

1   the witness.

2       NAJY MASRI, M.D.,

3   having been first duly sworn, was examined and

4   testified as follows:

5       EXAMINATION

6   BY MR. McCAULEY:

7   Q   Good morning, Dr. Masri.

8   A   Good morning.

9   Q   We were introduced just prior to the

10  start of your deposition. My name is John

11  McCauley, again, and I represent the Janssen

12  Defendants.

13      I don't think we've ever met before. Do

14  you have any different recollection?

15  A   No.

16  Q   And I think I've never spoken to you

17  either. Is that also correct?

18  A   No.

19  Q   All right. Would you give us your name,

20  full name and date of birth, please?

21  A   Najy Nadim Masri, 5/5/76.

22  Q   And, Dr. Masri, what is your business

23  address?

24  A   I work at Ochsner Medical Center in

25  Kenner, 180 West Esplanade Avenue, Kenner,

Page 9

1   Louisiana 700 -- don't quote me on the zip code --

2   I think it's 65.

3   Q   And what is your residential address,

4   please?

5   A   4301 Harvard Avenue, Metairie, Louisiana

6   70006.

7   Q   Doctor, we've asked you to come here

8   today because you were involved in the care and

9   treatment of a patient named Joseph Boudreaux. You

10  understand that, I think?

11  A   Yes.

12  Q   Okay. And Mr. Boudreaux came under your

13  care when he was transferred over from Ochsner

14  St. Anne for a suspected gastrointestinal bleed?

15  A   That is correct.

16  Q   Okay. So the purpose of the deposition

17  today is to get some -- get some information from

18  you about the care and treatment. Your care and

19  treatment is certainly not an issue in the case

20  except as it relates to his claims against Janssen

21  and Bayer.

22  A   Right.

23  Q   So have you -- have you ever had your

24  deposition taken before?

25  A   I think one time, and it might have been

Page 10

1  back in residency through LSU.
2  Q   Okay.  So -- well, let me ask you this.
3  Have you ever testified at trial?
4  A   No.
5  Q   So you saw that we have a camera here, we
6  have a court reporter here, you took an oath, so,
7  it's got all the trappings of a very formal
8  proceeding.  I think you understand that?
9  A   Yes.
10  Q   And your testimony some day may be played
11  or read to a jury, so I say that because it's
12  important in that light that if I ask a question
13  you don't understand, get me to clarify.  And I may
14  ask -- I may ask some questions that don't make
15  sense because I'm not a doctor.
16  A   Right.
17  Q   But if you don't understand my question,
18  I'm going to have to rely on you to ask me to
19  clarify.  Okay?
20  A   Sure.
21  Q   All right.  Also, I don't expect we're
22  going to go all day.  I appreciate that you
23  set-aside virtually the whole day.  I don't expect
24  that, but it's conceivable we're going to go past
25  lunch.  But we'll take breaks any time you want for

Page 11

1  any reason, or no reason.
2  A   Sure.
3  Q   Okay?
4      Did you do anything to get ready for your
5  deposition today?
6  A   I did.  I reviewed the records, since the
7  record was a little while ago, just to go over the
8  care of Mr. Boudreaux.
9      And I did -- one of the requests was to
10  get some information regarding Xarelto.  I didn't
11  have any on hand in the office, so I did call a
12  contact to get some Xarelto brochures and
13  information.  I did not disclose to them the
14  reason; I just asked for some more for the office.
15  And I brought both of those with me today.
16  Q   Okay.  And your contact is who?
17  A   It was actually a former Xarelto rep.  I
18  didn't know who the recent Xarelto rep was.  And
19  then he put me in touch with one of the Xarelto
20  reps, who came and met me at the hospital and just
21  provided some information.
22  Q   And just so we -- just so we know.  Do
23  you know who the name of the former rep was?
24  A   The former rep I can tell you was Ronald
25  Bullock, who no longer is employed with the

Page 12

1  company, with Janssen.
2      But it is -- I can tell you in one
3  second.  Bridget Cacioppo, C-A-C-I-O-P-P-O.
4  Q   Okay.  And when did Bridget deliver the
5  documents to you?
6  A   It was Friday.
7  Q   Is that the first time you've ever met
8  her?
9  A   Yes.
10  Q   Have you spoken to her before?
11  A   Not before -- not before Friday.
12  Q   Okay.
13  MR. McCAULEY:
14      I'm going to hand you what I've marked as
15  Exhibits #1A.
16      (Document marked as N. MASRI #1A for
17  identification.)
18  MR. McCAULEY:
19      #1B.
20      (Document marked as N. MASRI #1B for
21  identification.)
22  MR. McCAULEY:
23      And #1C.
24      (Document marked as N. MASRI #1C for
25  identification.)

Page 13

1  BY MR. McCAULEY:
2  Q   They're pretty much all very similar.
3  #1A is the subpoena that was originally served on
4  you, or your office, asking for your deposition on
5  July 15th.
6      Did you receive that subpoena?
7  A   It was actually delivered to LSU, and LSU
8  forwarded it over to me.
9  Q   Okay.  And you'll see that there's a
10  document request in the back.  Is that what you
11  were responding to when you -- when you went out to
12  get some Xarelto documents from the former rep?
13  A   There was another one that was more
14  specific to Xarelto.
15  Q   Okay.
16  A   Because I had two different requests.
17  Q   Yeah.  Actually, I think there's three.
18      If you'll look at #1B, I think that's our
19  Notice of Deposition.  I think we scheduled -- we
20  subpoenaed you for July 15th, and then we heard
21  from you that that would not be convenient --
22  A   Right.
23  Q   -- and, so, we rescheduled for today.  Is
24  that your recollection as well?
25  A   Yes.

Page 14

1    Q   So we served a Notice of Deposition,
2  which is #1B, and then there's a Cross-Notice of
3  Deposition.
4    A   Yeah, this is the one.  #1C was the one
5  where I got the Xarelto information.
6    Q   Okay.  And when did you receive #1C?
7    A   I think I received it by e-mail from
8  Emily Jeffcott, maybe, over the weekend.
9    Q   Okay.  All right.
10    A   Actually, it must have been -- I correct
11  myself, because I contacted them on -- it must have
12  been the latter part of last week, because I
13  contacted them on Friday after I received the
14  e-mail.
15    Q   I was going to ask that question.
16    A   Yeah.
17    Q   If you look at #1B, which is our Notice
18  of Deposition, I'm going to ask you to go to the
19  back of that and look at the document requests.
20    A   Sure.
21    Q   Did you review that set of requests and
22  bring what you had that was responsive?
23    A   I did.
24    Q   Do you have a copy of your current CV
25  with you?

Page 15

1    A   Sure.
2    Q   Thank you very much.
3    A   Uh-huh.
4    MR. McCAULEY:
5      And may we mark this and --
6    THE WITNESS:
7      Absolutely.  That's a copy for y'all.
8    MR. McCAULEY:
9      Thank you very much.
10    THE WITNESS:
11      It's the only copy, so I don't know if
12  Mr. Birchfield needed a copy before you mark
13  it.
14    MR. McCAULEY:
15      We'll make copies at a break.
16    THE WITNESS:
17      Okay.
18    MR. McCAULEY:
19      Make sure he gets a copy.
20      I'm going to mark your CV as Exhibit #2.
21      (Document marked as N. MASRI #2 for
22  identification.)
23  BY MR. McCAULEY:
24    Q   Would you tell us whether this CV that
25  you provided today is current and up to date?

Page 16

1    A   It is.  I reviewed it before I printed it
2  out.
3    Q   Okay.  Thank you.
4      Have you brought whatever treatment
5  records you have access to?
6    A   I did.
7    Q   What records did you bring, please?
8    A   I printed the Admission care that I did
9  for Mr. Boudreaux starting on February 4th,
10  discharged on February 7th.
11      And I also printed a capsule endoscopy on
12  March 18th, because I thought that was pertinent to
13  his GI bleed.
14    Q   Okay.  May I see the records that you
15  brought with you?
16    A   Uh-huh.
17    Q   Thank you.  (Reviewing document.)
18      Doctor, would it be okay if we mark this
19  set of records that you brought as Exhibit #3?
20    A   Absolutely.
21    Q   Okay.
22    A   I did make some notes on the first page
23  that I may need to reference during the deposition,
24  so if I could just have a copy of the first page,
25  front and back.

Page 17

1    Q   Sure.  I'm going to -- I'm going to hand
2  this back to you as soon as I mark it and, at a
3  convenient break, then we'll get a copy of the
4  whole thing.  Okay.  And then you can have your
5  notes, because I can tell right now --
6    A   You're not going to be able to read them.
7  It's not on purpose, that's just my handwriting.
8    MR. McCAULEY:
9      I got it.  So we're going to mark this
10  set of records that you brought with you today
11  as Exhibit #3.
12      (Document marked as N. MASRI #3 for
13  identification.)
14  BY MR. McCAULEY:
15    Q   Where did you print these off of, are
16  they on some --
17    A   I printed them from Ochsner Medical
18  Center Kenner's computer, myself.
19    Q   All right.  And, obviously, the records
20  of the Admission are going to be a larger stack.
21      How did you select what you decided to
22  print out?
23    A   I mainly chose the physician notations
24  and laboratory results, and the GI procedural
25  notes.

Page 18

1    Q   Okay.  And, here, I'm going to hand these
2  back to you so you can have them in front of you.
3        And can you tell me what else did you
4  bring with you today responsive to the requests?
5    A   Other than a copy of the requests, I
6  brought some information that I printed myself on
7  Xarelto.  There were some pamphlets that Bridget
8  brought me that I brought, and then I printed some
9  information on Xarelto myself just to kind of
10  review.
11    Q   I see.  So -- and can you hand me that
12  stack of things that you just referenced?
13    A   Sure.
14    Q   Thank you very much.  (Reviewing
15  documents.)
16        Doctor, I'm just going to identify these
17  items, and I don't know that we'll need to mark
18  them.  We'll figure that out as we go along.
19        The first is a sealed -- looks like a
20  package from Janssen for Xarelto called My AFib
21  Kit.  And it's -- well, how would you describe what
22  that is?
23    A   I've never opened it, that's why I kind
24  of kept it closed.  This is something that, I
25  think, our case manager give the patients when

Page 19

1  they're discharged on Xarelto, whether it's for a
2  diagnosis of A-fib, which would be this one, or a
3  diagnosis of DVT/PE, which would be that one.
4        And I think on the side here it tells you
5  what's in there.  Like, there's a brochure, there's
6  a trial offer, there's a dosing diary, and there's
7  a video offer.  And I think it's similar for the
8  PE.  They separate them because the dosing and
9  things are different for the two diagnoses.
10    Q   All right.  And, so, the next thing that
11  you just referenced was a DVT/PE Kit --
12    A   Uh-huh.
13    Q   -- for Xarelto.  And, again, that's an
14  unopened package.
15        Did you say your hospital gives these out
16  to patients?
17    A   I presume, because I've never seen these
18  before.  But this is one of the things that Bridget
19  had provided to me, that's why I kept it sealed,
20  because I've never looked -- seen that before.
21    Q   Okay.
22        And then you have a number of, I guess
23  what I'll call, brochures and promotional material
24  and a package insert, and then this is the stuff
25  that you pulled yourself?

Page 20

1    A   (Nods head up and down.)
2    Q   So let me just start with these
3  brochures.
4    A   Uh-huh.
5    Q   Would you tell us --
6    A   Sure.
7    Q   Those brochures came from Bridget also?
8    A   Yes.
9    Q   And, so, you hadn't seen those before?
10    A   I had seen this brochure before in the
11  past, and I had seen these cards.  So this is a
12  informational brochure that they give to physicians
13  and go over.  That includes also, I think in the
14  back, a package insert in here.
15        These are things that go to the patients,
16  again from the case managers, that are savings
17  cards that allow the patients to get the Xarelto at
18  a discounted price.  And I think the only
19  difference is one is for Medicare and one is for
20  the Advantage Plans.
21    Q   Can I see those things that go to
22  patients?
23        If you look inside the thing that goes to
24  patients, it contains -- well, why don't you -- why
25  don't you pull out for us what's in there.

Page 21

1    A   (Complies.)
2    Q   Does it contain prescribing information?
3    A   It includes a savings card that they can
4  use at the pharmacy, it looks like a package
5  insert, and I think this is an informational sheet
6  on how to turn in to get the savings card.
7    Q   All right.
8        And the package insert is -- I refer to
9  it as "prescribing information".
10    A   Uh-huh.
11    Q   But that's all the information that's
12  published by Xarelto concerning indications, usage,
13  warnings, pharmacokinetics, all of those things
14  that doctors look at?
15    MR. BIRCHFIELD:
16        Object to form.
17    THE WITNESS:
18    A   Yes.
19  BY MR. McCAULEY:
20    Q   Does it also include a Medication Guide
21  in the back, if you open that up?
22    A   This?
23    Q   Yeah.
24    A   (Reviewing document.)
25        What are you referring to as the

Protected - Subject to Further Protective Review

Page 22

1 Medication Guide?
2    Q    I'm referring to -- let me point you to
3 it, Doctor.
4    A    Sure.
5    Q    It would be on the reverse side, and it
6 says Medication Guide.  Read this medication guide
7 before you start taking Xarelto.  Do you see that?
8    A    (Reviewing document.)
9       Yes.
10   Q    Okay.  And is the prescribing information
11 something that you're generally familiar with for
12 Xarelto?
13   A    Yes.
14   Q    All right.  Is this a source of
15 information that you use in trying to understand
16 the risks, benefits and pharmacological properties
17 of Xarelto?
18   A    It's not a common strategy to learn about
19 medications, I think, through prescribing
20 information.  A lot of times we get more written
21 information on the computer that, maybe, summarizes
22 it in a little easier fashion.  Sometimes this is a
23 little bit difficult to go through, the PI.
24   Q    Okay.
25   A    So I wouldn't say it's a common

Page 23

1 occurrence to do that, but it does include all the
2 information.
3    Q    All right.  And does it include in the
4 beginning, Doctor -- here, if you give me that
5 back, I'll fold it back up for you.
6    A    Sure.
7    Q    Does it include a summary or highlights
8 of prescribing information?
9    A    Yes.
10   Q    All right.
11      Now, we can put this back in that little
12 brochure that you took it out of?
13   A    (Complies.)
14   Q    So those -- just so I'm clear, those
15 patient handouts, if they were handed to the
16 patient, would include those prescribing
17 information pages in it?
18   A    Yes.
19   Q    And what was the other card that was
20 inside there, please?  There was another sort of
21 glossy card?
22   A    Oh, in this one?
23   Q    Yeah.
24   A    It looked like -- it says:  If your
25 pharmacy cannot process your Xarelto CarePath

Page 24

1 Savings Card, submit this form.
2       So it looks like a backup rebate form.
3    Q    Okay.  Got it.  All right.  And you can
4 put those aside.
5    A    (Complies.)
6    Q    And these are not things that you have in
7 your office, or where you practice, handy to --
8    A    I do now, after Friday.
9    Q    Okay.  And then, Doctor, you -- you did
10 some research on the internet to, to put it
11 colloquially, bone up on Xarelto a little bit
12 before your deposition?
13   A    Uh-huh.
14   Q    Can you tell us what you pulled and why
15 you pulled it?
16   A    Sure.  If you'll give me those sheets,
17 I'll go over them with you.
18   Q    Sure.
19   A    So this, I think, was straight off the
20 Xarelto website that just had some information.
21 It's very similar to the brochure.
22      MR. McCAULEY:
23      Let's mark that, that one that you just
24   held up, as Exhibit #4.
25      Okay?

Page 25

1       (Document marked as N. MASRI #4 for
2    identification.)
3 BY MR. McCAULEY:
4    Q    So this is the information that you think
5 was straight off the Xarelto website.  That's
6 Exhibit #4?
7    A    Uh-huh.
8       This is the UpToDate article on Xarelto
9 that's on the prescribing information.  And in
10 reference to your previous question, personally, I
11 usually use this, probably more than the PI,
12 because it's easier to read than the small print on
13 the PIs, it had a lot of the same information.
14   Q    We've heard of UpToDate in prior
15 depositions.  That's an online source that doctors
16 often use and subscribe to?
17   A    Yes.
18   Q    And it's Wolters Kluwer is the publisher
19 of UpToDate?
20   A    Yes.
21   Q    Is that something that -- one of your
22 go-to resources?
23   A    Yes.  It's actually available -- we have
24 it available at our hospital on all our main
25 computers.

Page 26

1    Q   And the date at the bottom of this
2  document is 7/14/16.  That would suggest you pulled
3  this on Thursday; is that right?
4    A   Yes.
5    Q   So -- or maybe it was Wednesday.  No,
6  Thursday.
7        And this is the most -- not to make a
8  pun -- this is the most up-to-date prescribing
9  information that's on UpToDate; is that right?
10   A   Yes.
11       (Document marked as N. MASRI #5 for
12   identification.)
13 BY MR. McCAULEY:
14   Q   All right.
15   A   And then the rest were some articles.
16 There was the article -- the major article that --
17 on Xarelto and A-fib called the ROCKET-AF trial.
18 So I did pull that.
19   Q   All right.  And this is an article, I'm
20 just going to read for the record, that was
21 published in The New England Journal of Medicine,
22 September 8, 2011, multiple authors, first author,
23 Manesh Patel; is that right?
24   A   Yes.
25   MR. McCAULEY:

Page 27

1        And the title of the article is
2    Rivaroxaban versus warfarin in Nonvalvular
3    Atrial Fibrillation.
4        And we'll mark that as Exhibit #6.
5        (Document marked as N. MASRI #6 for
6    identification.)
7  BY MR. McCAULEY:
8    Q   Did you read this article, or did you --
9    A   I reviewed it.  I wouldn't say I read it.
10   Q   You looked at the abstract, for sure?
11   A   Yes.
12   Q   All right.
13   A   And then the next two are the articles.
14 One is the EINSTEIN-PE article where Xarelto got
15 the indication for PE, and the other, it looks
16 like, is the EINSTEIN-DVT article where Xarelto got
17 the indication for DVT.
18   Q   Okay.  I'm going to just read those off,
19 and then mark them.
20       The first one you mentioned is also
21 published in The New England Journal of Medicine,
22 April 5, 2012.  The title of the article is Oral
23 Rivaroxaban for the Treatment of Symptomatic
24 Pulmonary Embolism.
25       That's what you meant when you said PE;

Page 28

1  right?
2    A   Yes.  Yes.
3    MR. McCAULEY:
4        We'll mark that one as Exhibit #7.
5        (Document marked as N. MASRI #7 for
6    identification.)
7  BY MR. McCAULEY:
8    Q   And the -- it doesn't show any authors on
9  this, but it's -- oh, yeah.  It's listed as the
10 EINSTEIN-PE Investigators.
11       You understand that the EINSTEIN was kind
12 of the nickname for the study?
13   A   Yes.
14   Q   All right.  And the next one is an
15 article published in The New England Journal of
16 Medicine a few years earlier, December 23, 2010,
17 also by the EINSTEIN Investigators, Oral
18 Rivaroxaban for Symptomatic Venous Thromboembolism.
19 That's PT -- that's --
20   A   DVT.
21   Q   -- DVT.
22       And, Doctor, just to be clear -- I mean,
23 I think it's clear, but just in case anybody who
24 watches the video doesn't understand -- rivaroxaban
25 is Xarelto?

Page 29

1    A   Yes.
2    Q   That's the generic name for the brand
3  name Xarelto.  Okay.
4        (Document marked as N. MASRI #8 for
5    identification.)
6  BY MR. McCAULEY:
7    Q   What else do you have, Doctor?
8    A   This is -- it looks like a review article
9  that looked at the EINSTEIN-DVT and PE studies that
10 I included.
11   Q   And this review article is an article
12 published in the Thrombosis Journal.  It's an
13 original clinical investigation.  It was published
14 in 2013.  Title of the article is Oral Rivaroxaban
15 Versus Standard Therapy for the Treatment of
16 Symptomatic Venous Thromboembolism -- that's
17 sometimes abbreviated as VTE, right?
18   A   Yes.
19   Q   And -- a Pooled Analysis of the Einstein
20 DVT and PE Randomized Studies, and first author of
21 multiple authors is Martin H. Prins.
22   MR. McCAULEY:
23       And we'll mark that as Exhibit #9.
24       (Document marked as N. MASRI #9 for
25   identification.)

Page 30

1  BY MR. McCAULEY:
2      Q    May we hang on to these articles?
3      A    Yes.  Those are for you.
4      Q    Thank you.
5          Doctor, in doing your internet search,
6  can you tell me what terms you plugged in?
7      A    I was mainly -- I knew the name of the
8  trials, so I wanted to get the trials documented,
9  so I think I put in Xarelto EINSTEIN, Xarelto
10  ROCKET-AF, and then Xarelto bleeding.
11      Q    And how is it that you came to know the
12  names of the trials so that you could plug them in
13  for a search?
14      A    Just through my own research in the past
15  when the drug came on the market.
16      Q    So when a drug comes on the market, I'm
17  understanding that you make it your business to
18  find out how the drug got to the market, what it's
19  good for, what it -- what risks it carries, all of
20  those things?
21      A    If it's a drug that I feel could have a
22  positive impact for my patients.  There are some
23  drugs that I don't bother -- a chemotherapy drug,
24  or something that, I'm not going to use.  But if
25  it's something that I think may be something I'll

Page 31

1  potentially use, I'll do research on it.
2      Q    So before you use a drug, you do your own
3  investigation beyond, as you said, the prescribing
4  information that's on the long sheet we saw, and
5  you would look it up on UpToDate, for example?
6      A    That would be one of the resources, yes.
7      Q    And what other resources do you use?
8      A    I would just sometimes -- sometimes just
9  Google the drug and see what -- you know, sometimes
10  Medscape, sometimes UpToDate, sometimes independent
11  articles.
12      Q    I'm taking from all that, and I think
13  it's a given, but for most doctors, anyway, you
14  practice evidence-based medicine?
15      A    That's correct.
16      Q    Tell me what evidence-based medicine
17  means to you.
18      A    It means basing your decisions based on
19  data that has been shown in a multitude of patients
20  rather than just on a single patient.
21      Q    And does it imply reliance on scientific
22  literature?
23      A    Yes.
24      Q    And reliance on interactions with
25  colleagues at scientific conferences, medical

Page 32

1  conferences?
2      A    Partly, yes.
3      Q    And also relies on information that you
4  can obtain through UpToDate?
5      A    Yes.
6      Q    And information that you have gleaned
7  from your education, training and experience over
8  the years?
9      A    That's correct.
10      Q    Doctor, do you have anything else in
11  your --
12      A    Just the copies of the deposition
13  requests.
14      Q    All right.
15          Did you have a chance to meet with
16  Mr. Birchfield, or anyone who represents the
17  plaintiffs, or talk to them on the phone prior to
18  today's deposition?
19      A    We spoke on the phone last night.
20      Q    And who was on the phone with you last
21  night?
22      A    Just Mr. Birchfield.
23      Q    And was that the first time you had ever
24  spoken to Mr. Birchfield?
25      A    Yes.

Page 33

1      Q    Nothing wrong with talking to
2  Mr. Birchfield, but the court allows us to find out
3  what you talked about.
4      A    Right.
5      Q    So I'm going to ask a few questions about
6  that.
7      A    Sure.
8      Q    What time did you have your call last
9  night?
10      A    It was about 7:00 last night.
11      Q    And what was -- what was the purpose of
12  the call, as you understood it?
13      A    It was to explain the process of the
14  deposition.
15      Q    In what respect?
16      A    He just, kind of, went over who would be
17  there, how the time is allocated, the fact that it
18  was going to have a court reporter and a
19  videographer.
20          And he did ask -- and I can't quote
21  exactly the words, but it was to the effect of
22  would this bleeding occurrence have happened if not
23  on Xarelto.
24      Q    Uh-huh.  So you discussed the patient's
25  treatment?

Page 34

1    A   It was just that one question that was in
2 regards to the patient.
3    Q   Okay.  All right.
4       So was there any -- other than that
5 question, was there any other discussion of the
6 patient's care and treatment while he was at
7 Kenner?
8    A   No.  The rest it was centered on just the
9 structure of the deposition itself.
10   Q   All right.  And what was your answer to
11 the question about Xarelto, if this bleed would
12 have happened in the absence of Xarelto?
13   A   I commented that I have taken care of
14 patients with GI bleeds from all the oral
15 anticoagulants, including Coumadin, Xarelto and
16 Eliquis, so nobody could give him a definite answer
17 for sure about whether it happened, whether he was
18 on or off.
19   Q   Let me see if I understand your thinking
20 on that.  Do you believe that an anticoagulant, the
21 fact that he was on an anticoagulant, played a role
22 in his GI bleed?
23   A   Potentially, yes.
24   Q   So, potentially, it played a role.  And I
25 think what I heard you say is that any of the --

Page 35

1 any of the anticoagulants, whether it be warfarin,
2 Pradaxa, Eliquis, Savaysa or Xarelto, carry a risk
3 of GI bleeds?
4    A   What I said was that I have taken care of
5 patients with GI bleeds from all of those -- from
6 all of those drugs, so it would be hard to say.
7 The patient was also on aspirin.  That could play a
8 role as well.
9    Q   All right.  Okay.
10      Was there any other -- was there any
11 discussion of reversal agents or monitoring of
12 patients on Xarelto, or anything like that?
13   A   That question and that answer I gave was
14 pretty much the only thing that was discussed as
15 far as the patient.  The rest was about the
16 deposition.
17   Q   Okay.
18      And before that discussion with
19 Mr. Birchfield, have you had any written
20 communications with his office or anyone
21 representing the plaintiffs?
22   A   There was -- as far as structuring the
23 time, I talked to a Trish, I think, originally, to
24 let her know that July 15th was very difficult for
25 me that day.

Page 36

1    Q   Uh-huh.
2    A   And then I heard back, and I can't
3 remember if it was Trish or Emily Jeffcott as far
4 as settling in on today.
5    Q   I see.
6       And those are the only -- those kinds of
7 scheduling communications are the only
8 communications you've had with the plaintiffs'
9 counsel?
10   A   Yes.  I think it was Emily was the one
11 that sent me the other two depositions by e-mail.
12   Q   The other two notices?
13   A   One of which I had already, and one I
14 didn't.
15   Q   Okay.
16      All right.  How long did your call last
17 night last?
18   A   Probably 10 to 15 minutes.
19   Q   Would it be okay with you if I got some
20 information on your education, training and
21 experience?
22   A   Sure.  Absolutely.
23   Q   So why don't you start with telling me
24 where you went to college?
25   A   Would you like to see my CV while we're

Page 37

1 talking?  That might make it easier.
2    Q   Sure.  Yeah.  You know, we -- yeah.  I
3 imagine you can do it from memory.
4    A   Yeah.  I was LSU all the way through;
5 undergraduate LSU, med school -- LSU med school,
6 residency LSU, Internal Medicine residency here in
7 New Orleans, and then I became a physician with the
8 LSU Department of Medicine.
9    Q   Is that an LSU ring on your finger?
10   A   It is.  BS on one side, MD on the other.
11   Q   That's terrific.
12      When did you graduate from -- and what
13 did you major in as an LSU undergrad?
14   A   I was microbiology with a minor in
15 chemistry.
16   Q   And then you went directly from undergrad
17 to med school?
18   A   Straight through.
19   Q   And, so, you did 4 years of medical
20 school training?
21   A   Yes, sir.
22   Q   Got your MD what year?
23   A   I graduated college '94, med school in
24 '98.
25   Q   And, then, after you got out of med

Page 38

1  school, did you do an internship?
2      A    I did.
3      Q    Where did you do that?  Oh, at LSU?
4      A    Yes.  New Orleans.
5      Q    And are you a New Orleans native?
6      A    I was born originally in Dallas, but I
7  moved here when I was less than a year old, so I
8  would say yes.
9      Q    So you went on to do an internship here
10  in New Orleans at LSU?
11      A    Yes.
12      Q    And then that was a year-long internship?
13      A    Uh-huh.
14      Q    And then you did your residency?
15      A    Yes.
16      Q    How long was your residency?
17      A    The whole residency, including the
18  internship, is 3 years.
19      Q    And the residency was -- that's the time
20  when you specialize; right?
21      A    Not necessarily.  Internal medicine is a
22  3-year residency.  The term "specialty" usually
23  refers to post-medicine training if you decide to
24  go into cardiology or GI or pulmonary.
25      Q    And when you completed your residency, I

Page 39

1  guess that was about in 2001?
2      A    2000 -- yeah.  Summer of 2002, I think,
3  would be it, if I remember right.
4      Q    All right.  And just for the record,
5  you're a medical doctor licensed in the State of
6  Louisiana?
7      A    Yes.
8      Q    And are you licensed in any other state?
9      A    No.
10      Q    After you completed your residency in
11  internal medicine, you then were full-fledged,
12  ready-to-practice-on-your-own, internal medicine
13  doctor; is that right?
14      A    Yes.
15      Q    And where did you go to work?
16      A    I was hired to -- this is kind of a funny
17  story.  I was hired to be the hospice director at
18  Lindy Boggs Medical Center starting on September 1,
19  2005.  And then 2 days before that is when Katrina
20  hit and wiped out Lindy Boggs, pretty much.
21          And so, they assigned me to Ochsner
22  Medical Center Kenner the following month.  I
23  started there, I would say, October 2005.  Robert
24  Marier, the former Dean of the LSU Med School, was
25  the head of that group there.  About a year later

Page 40

1  he left to become the Executive Director of the
2  State Board, and I took over, I think, in early
3  2007 as a Director at Kenner.
4      Q    Director of --
5      A    Hospital med -- hospital medicine.
6      Q    What is hospital medicine?  You mentioned
7  the word, I think you said, hospitalist?
8      A    Hospitalist, uh-huh.
9      Q    What is a hospitalist?
10      A    It's a medicine physician who takes care
11  of patients strictly in the hospital.
12      Q    So you're a hospitalist?
13      A    Yes, sir.
14      Q    So you see patients on an in-patient
15  basis?
16      A    Yes.
17      Q    You don't have a clinic practice outside
18  the hospital where patients come for office visits?
19      A    No.
20      Q    And have you -- I pulled a little
21  information online myself about you, and it sounds
22  like you've risen through the ranks at Ochsner?
23      A    Yes.
24      Q    You started, as you say, working under
25  this gentleman who then left, and then you became

Page 41

1  Director of Hospital --
2      A    Services.
3      Q    -- Services.  Then you became Chief of
4  Medicine at that hospital?
5      A    Yes, sir.
6      Q    When did you become Chief of Medicine?
7      A    It's on the sheets, but I served two
8  terms as Chief of Medicine.  So it was a total of
9  4 years, and now I'm in my second year as Vice
10  Chief of Staff, so that would put me, I'd say,
11  about 2010 to 2014.
12      Q    So you went from beginning hospitalist,
13  for lack of a better term --
14      A    Uh-huh.
15      Q    -- to the head of the Hospital
16  Services --
17      A    Uh-huh.
18      Q    -- to Chief of all medicine at the
19  hospital --
20      A    Uh-huh.
21      Q    -- right?
22          And now you're Vice Chief of Staff?
23      A    I'm still the Director of Hospital
24  Services, and then I -- in that -- and I serve the
25  dual role as also Chief of Medicine and Vice Chief

Page 42

1  of Staff.
2      Q   And Vice Chief of Staff, besides having
3  to go to a lot of meetings that you'd rather not go
4  to, what else do you do as Vice Chief of Staff?
5      A   I do -- the role of Vice President of the
6  Medical Staff, you're in charge of the Physician
7  Excellence Committee, which is a quality committee
8  which has an internal review of any quality care
9  issues at the hospital.
10     Q   So you get involved, I gather, in your
11 managerial roles in assuring that there's a good,
12 high level quality of care for all patients who
13 come in the door at Kenner?
14     A   Yes, sir.
15     Q   That's one of your number one jobs; is
16 that right?
17     A   Absolutely.
18     Q   Do you have any teaching functions at
19 Kenner or with LSU?
20     A   I do.  The internal medicine residency
21 program for LSU New Orleans sends approximately
22 12 residents -- excuse me -- to Kenner, and then
23 the LSU Med School in New Orleans sends anywhere
24 from, I would say, 4 to 8 med students every month.
25     Q   So you teach residents who are folks who

Page 43

1  have already graduated from medical school, and you
2  teach those youngsters who are still in medical
3  school?
4      A   That's correct.
5      Q   All right.
6          So how much of your time do you spend --
7  I know that when you -- tell me if this is right.
8          When you're teaching residents, you're
9  often doing that concurrently while taking care of
10 a patient?
11     A   Yes.
12     Q   It's called rounds?
13     A   Yes.
14     Q   Those residents are with you and they're
15 watching what you do?  It's kind of a --
16     A   That's part of their teaching.  We also
17 hold educational conferences for them.  We have a
18 morning report every morning, Monday through
19 Friday, for an hour.  We go over evidence-based
20 medicine, post-call cases, things like that.
21     Q   And do you -- as an academic doctor, do
22 you also have special areas of interest that you
23 pursue, or even in your role as Vice Chair of the
24 hospital over there?
25     A   We do grand rounds as part of being an

Page 44

1  LSU doctor, and my initial interest was in stroke,
2  and I've given some talks on stroke.
3          And then it went into health care reform.
4  It started where I gave a grand rounds in health
5  care reform, and I think my name got out there and
6  I started doing some radio shows on health care
7  reform, going in locally and regionally and
8  speaking to physician groups, pharmacy groups about
9  health care reform, as well.
10     Q   And do you also -- have you also had an
11 interest in infection and preventing infection?
12     A   What do you mean by "interest"?
13     Q   Like -- well, first of all, let me just
14 break that down.  Have you written about infection
15 and preventing infection in hospitals?
16     A   Not that I'm aware of.
17     Q   Okay.  But that's one of your -- one of
18 your important jobs at the hospital is to reduce
19 infection of patients in the hospital?
20     A   I would say it's to improve the quality
21 of care given to patients in the hospital.  You
22 could surmise that that would include prevention of
23 infections, but it's more about quality care
24 issues.
25     Q   Let's talk about the -- your interest in

Page 45

1  strokes and talks you gave on strokes.
2      A   Sure.
3      Q   Were these strokes due to atrial
4  fibrillation, or all manner of strokes?
5      A   It was mainly general about ischemic
6  strokes, so it could be due to atrial fibrillation,
7  it could be atherosclerosis.
8      Q   And ischemic strokes, could you tell us
9  what those are --
10     A   Sure.
11     Q   -- just generally?
12     A   Strokes in general divide into ischemic
13 or hemorrhagic.  Hemorrhagic is the obvious,
14 bleeding strokes, and ischemic refers to a lack of
15 blood flow to the brain.  It's kind of, I guess, a
16 layman's term would be a -- like, a heart attack,
17 but it's for the brain.
18     Q   And an ischemic stroke is the kind of
19 stroke you would have if you had a blood clot go to
20 the brain?
21     A   It could be a blood clot, or it could be
22 atherosclerotic buildup where the vessels to the
23 brain are blocked.
24     Q   I see.  So if you have a blood clot that
25 goes to the brain, that could block the flow of

Protected - Subject To Further Protective Review

Page 46

1 blood throughout the brain wherever it's sitting;
2 is that right?
3     A    That could be one of the mechanisms.
4     Q    And if you have -- if you have
5 atherosclerosis, sometimes people call that
6 hardening of the arteries?
7     A    Uh-huh.
8     Q    That means you have a cholesterol and
9 plaque buildup in the arteries?
10    A    Exactly.
11    Q    And they get narrower and narrower as
12 time goes on?
13    A    Exactly.
14    Q    And pretty soon the blood's not flowing
15 through the way it should.
16    A    That's right.
17    Q    And you also have pieces of that plaque
18 break off and cause, in itself, an embolic stroke?
19    A    It possibly can.
20    Q    An embolic stroke is a stroke that's
21 caused by a clot or one of those emboli that could
22 be a piece of plaque coming off one of the
23 arteries?
24    A    That's correct.
25    Q    And both of those things can block the

Page 47

1 flow of blood and cause restrictive blood flow to
2 the brain, which causes stroke?
3     A    Yes.
4     Q    And what is a stroke?  I understand that
5 it's caused by lack of blood flow or -- or maybe
6 bleeding in the brain.
7     A    Uh-huh.
8     Q    But what is a stroke; what would you tell
9 a person if you were trying to explain to them what
10 a stroke meant?
11    A    It's damage to an area of brain either
12 due to a lack of blood flow or due to bleeding,
13 depending on whether it was ischemic or
14 hemorrhagic.
15    Q    So it's damage to the brain.  And does it
16 happen very quickly when you have a blood clot that
17 goes to the brain or an emboli go to the brain?
18    A    The embolic stroke can happen fairly
19 quickly.
20    Q    Okay.
21        All right.  And have you -- have you --
22 in giving talks on stroke, have any of your talks
23 included pieces on blood thinners or anticoagulants
24 in preventing strokes?
25    A    Yes.

Page 48

1     Q    When's the last time you gave a talk on
2 stroke, do you think?
3     A    Informally, it's probably brought up in
4 those morning report meetings I referred to that we
5 give every Monday through Friday.
6     Q    Uh-huh.
7     A    There are occasionally cases that come --
8 I don't know what cases are presented to me, I just
9 kind of talk off the cuff.  And, so, there's been
10 several instances where it's been a stroke case,
11 and I've discussed stroke in that.
12        In a formal setting, it's probably a
13 couple of years.
14    Q    All right.  A couple of years meaning
15 5 years, or a couple years meaning 2 years?
16    A    Probably since -- since my grand rounds,
17 whenever that date is on the CV, which I think was
18 probably over 5 years ago.
19    Q    Okay.  (Reviewing document.)
20        All right.  I'm going to get back to this
21 stroke issues in a second.
22    A    Sure.
23    Q    Have you ever published in any
24 peer-reviewed journals?
25    A    I have.

Page 49

1     Q    And have you ever published on the topic
2 of anticoagulants?
3     A    Not that I'm aware of, no.
4     Q    Have you ever published --
5     A    I'm sorry, let me take that back.
6        I had a publication on stroke that I
7 recently did as a, kind of, review article.  I did
8 an original one in the Louisiana State Medical
9 Journal, and then I was asked to redo one, and, so,
10 I employed the help of a couple of my resident
11 physicians, and we wrote one that was republished.
12        And there is a small section on there
13 about treatment, and it will include about blood
14 thinners.
15    Q    Okay.  Can you just help me a little
16 bit --
17    A    Sure.
18    Q    -- if you could point out where -- you
19 have a publications list --
20    A    Sure.
21    Q    -- on Exhibit #2, your CV.
22    A    (Reviewing document.)
23    Q    There's one in progress that looks like
24 it's on thrombocytopenia in stroke.  Is that --
25 that's not the one --

Page 50

1  A  No.
2  Q  -- you were referring to, though?
3  A  No.  I'm sorry.  It doesn't look like
4  this one has that listed.
5     The original one is in 2009.
6  Q  Uh-huh.
7  A  And, then, there is -- I missed that on
8  there.
9     There is one that was recent this year in
10  the Louisiana State Medical Journal.  And I can't
11  remember the date, but it was in the early part of
12  this year.
13  Q  Okay.  Thank you.
14  A  Uh-huh.
15  Q  Doctor, from -- from your testimony I'm
16  surmising, but I need to know if this is correct,
17  that as part of your regular practice in the
18  hospital you have had occasion to prescribe, what
19  I'll just call, anticoagulants?
20  A  Yes.
21  Q  What kind of anticoagulants do you
22  prescribe?
23  A  I have prescribed Coumadin, I've
24  prescribed Xarelto, I've prescribed Eliquis.  I
25  have not initiated Pradaxa myself, but I have

Page 51

1  attended to people already on Pradaxa.
2  Q  And do you continue to prescribe Coumadin
3  today?
4  A  Less often.  There are situations.  If
5  it's a funding issue or a -- I wouldn't say -- yes,
6  I do.  Because there are indications that the newer
7  anticoagulants do not cover; for instance, heart
8  valves.  In those situations I'll do it.
9     But if I have an opportunity to prescribe
10  the -- what I refer to as the NOACs, which is the
11  new oral anticoagulants, I usually do because I
12  find it's easier for patients.
13  Q  Okay.  And let me ask a couple of
14  questions about that.  New oral anticoagulants, or
15  NOACs, do you mind if I use that term?
16  A  Sure.
17  Q  All right.  So NOACs include Xarelto,
18  Eliquis, Pradaxa and Savaysa; is that right?
19  A  Yes.  I'm not as familiar with the last
20  one, but, yes.
21  Q  Okay.  And those NOACs generally came --
22  became available sometime around 2010, maybe a
23  little earlier?
24  A  I'd have to go back and look at the
25  dates, but that sounds about right.

Page 52

1  Q  All right.
2     And prior to that, you would use warfarin
3  as the standard of care for an anticoagulant for
4  atrial fibrillation?
5  A  Yeah.  You would initially need to bridge
6  it with heparin or Lovenox, but ultimately it would
7  be warfarin.
8  Q  All right.  And since then, though,
9  you've moved, as a preference where properly
10  indicated, to the NOACs because it's easier for the
11  patient, I think you said?
12  A  Yes.
13  Q  And when you say "easier for the
14  patient", tell me what you mean by easier for the
15  patient.
16  A  The main advantage is the newer
17  anticoagulants don't require the monitoring of the
18  INR, and it does not require a lot of dietary
19  restrictions that the traditional warfarin does.
20  Q  All right.  And is that feature that it
21  doesn't require monitoring, is that important in
22  terms of patient compliance?
23  MR. BIRCHFIELD:
24     Object to the form.
25  THE WITNESS:

Page 53

1  A  I think it can be.
2  BY MR. McCAULEY:
3  Q  Let me ask if this is correct.  Patient
4  compliance, you can bring to bear all of your
5  training and experience, but if the patient doesn't
6  do what you ask them to do, then chances are he's
7  not going to get better, at least as far as you're
8  concerned?
9  MR. BIRCHFIELD:
10     Object to form.
11  THE WITNESS:
12  A  In certain situations, yes.
13  BY MR. McCAULEY:
14  Q  And, so, patient compliance is an
15  important factor in medicine; right?
16  MR. BIRCHFIELD:
17     Object to form.
18  THE WITNESS:
19  A  Yes.
20  BY MR. McCAULEY:
21  Q  And if you can take measures that are apt
22  to increase patient compliance, you want to take
23  those measures if you can?
24  A  Yes.
25  Q  All right.

Page 54

1     You mentioned measuring the INR for
2 warfarin.
3     A  Uh-huh.
4     Q  The INR is -- it's called the
5 International Normalized Ratio?
6     A  Yes.
7     Q  And there's a range that you have to
8 shoot for --
9     A  Uh-huh.
10     Q  -- for someone to be therapeutic on --
11 not therapeutic, but you need to keep it in a
12 certain range in warfarin?
13     A  Yes.
14     MR. BIRCHFIELD:
15     Object to form.
16 BY MR. McCAULEY:
17     Q  Ideally for warfarin, for atrial
18 fibrillation, for example, you want to keep it
19 between 2 and 3, those numbers?
20     A  That's correct.
21     MR. BIRCHFIELD:
22     Object to form.
23 BY MR. McCAULEY:
24     Q  And it is -- that is considered a very
25 narrow range of therapeutic -- very narrow

Page 55

1 therapeutic range; isn't it?
2     MR. BIRCHFIELD:
3     Object to form.
4     THE WITNESS:
5     A  I would say that that is the desired
6 range. I don't know if I would say it's a narrow
7 range.
8 BY MR. McCAULEY:
9     Q  Is it difficult sometimes for some
10 patients to --
11     A  It can be.
12     Q  And why is it difficult to keep them in
13 that range?
14     A  Coumadin is -- has a little bit more drug
15 interactions and dietary effects on the levels.
16     Q  So two things about that. One is drug
17 interactions. Sometimes the patients who are
18 getting blood thinners have a variety of medical
19 conditions besides the one you're anticoagulating
20 for?
21     A  Yes.
22     Q  And for that reason they're on a host of
23 different medications?
24     A  That's correct.
25     Q  And some of those medications can

Page 56

1 interact with warfarin in a way that will either
2 make it -- will either potentiate it, that is, the
3 warfarin will make the blood thinner, or it will
4 restrict the evident effect of warfarin and the
5 blood won't be as thin as you want it to be?
6     MR. BIRCHFIELD:
7     Object to form.
8     THE WITNESS:
9     A  That's correct.
10 BY MR. McCAULEY:
11     Q  I'm saying it in a laymen's terms, but --
12     A  That's a pretty good synopsis, yes.
13     Q  Okay.
14     And, so, in addition -- in addition to
15 those medical factors, you also have dietary
16 factors; right?
17     A  Yes.
18     Q  So, for example, if a patient has -- is
19 obese and his primary care physician is telling him
20 every time he sees him, you need to lose weight,
21 you need to lose weight, you need to lose weight.
22 That patient might want, sometimes, to have a salad
23 instead of a poboy -- I'll say poboy since I'm not
24 from around here --
25     A  Okay.

Page 57

1     Q  -- a salad instead of a poboy for lunch
2 as a healthier choice; right?
3     A  Correct.
4     MR. BIRCHFIELD:
5     Object to form.
6 BY MR. McCAULEY:
7     Q  And if they do that when they're taking
8 warfarin, that can throw their INR levels out of
9 whack?
10     MR. BIRCHFIELD:
11     Object to form.
12     THE WITNESS:
13     A  That's correct.
14     MR. McCAULEY:
15     And I'm perfectly comfortable with your
16 hand the way it is, but the camera can't see
17 your face.
18     THE WITNESS:
19     Okay. Sure.
20     MR. McCAULEY:
21     So I just wanted to --
22     THE WITNESS:
23     Sure.
24 BY MR. McCAULEY:
25     Q  So, in addition to -- in addition to

Protected - Subject To Further Protective Review

Page 58

1 those two factors, the interactions with the
2 medications and dietary restrictions -- oh, the
3 dietary restrictions are because many of the green
4 leafy vegetables contain vitamin K?
5    A    That is correct.
6    Q    And if you start pumping the vitamin K in
7 through green leafy vegetables, then you're going
8 to be counteracting the effect of the warfarin,
9 which acts against the vitamin K?
10   A    That's true.
11   Q    All right.
12        In addition to that, getting -- getting a
13 patient into that therapeutic range of between 2
14 and 3, that you're shooting for, can vary depending
15 on things, like, weight; is that true?
16   A    Ah --
17   Q    What other things can it depend on?  Let
18 me just put it that way, more open-ended.
19   A    No, I would say it's more medications
20 than diets.
21        I think the body affects it in the fact
22 that people have different responses to dosing of
23 Coumadin.  One person may require 10-milligrams to
24 maintain an INR between 2 and 3, and somebody else
25 may require 2 milligrams.  And it's very hard to

Page 59

1 predict who requires what.
2        But, normally, after the initial -- after
3 the initial phase of getting to the right dose, if
4 there's no new medications added and diet remains
5 consistent, usually you can maintain something
6 within that level, but it still needs to be
7 monitored.
8    Q    Okay.
9        And when you say "monitoring", what does
10 that require of the patient in terms of monitoring?
11   A    The normal, once you've reached your
12 plateau phase of dosing, is going to be a monthly
13 INR check.
14   Q    So monthly -- I've heard it referred to
15 sometimes as "the Coumadin clinic".  You've got
16 to -- you've got to get to the Coumadin clinic;
17 right?
18   A    Uh-huh.
19   Q    And they draw blood?
20   A    Some institutions have a separate
21 Coumadin clinic.  Other times, I think, it's just
22 managed by the primary care physician in his
23 office.
24   Q    Either way you've got to get yourself to
25 the primary care physician's office.  Do you have

Page 60

1 to be fasting when you take that Coumadin test?
2    A    No.
3    Q    So you can just go drop off -- drop off a
4 blood supply, which means getting stuck, and
5 then --
6    A    Normally you have to -- it would be two
7 trips, because you would have to go to the lab.
8 Unless a primary care office has an intrinsic lab,
9 you'd have to go to a lab first and get it drawn,
10 and then go to -- and then maybe go to the office.
11 Some offices, I think, will just call patients --
12   Q    I see.
13   A    -- with the results, and tell them how to
14 adjust the Coumadin, if anything.
15   Q    I see.  Okay.
16        All right.  I think you said that one
17 reason -- there are -- you gave a couple of reasons
18 why you might use warfarin today.
19   A    Uh-huh.
20   Q    One is if it's indicated for something
21 that the NOACs are not indicated for?
22   A    That's correct.
23   Q    And the other reason you said is
24 sometimes there's a financial issue or a coverage
25 issue; is that right?

Page 61

1    A    Yes.
2    Q    And as I understand what that means is
3 that NOACs, being new drugs on the market, are a
4 little more costly, sometimes much more costly than
5 warfarin --
6    A    Yes.
7    Q    -- which is a generic?
8    A    Yes.
9    Q    All right.
10        And, so, you do your best to balance
11 those things; your preference for the NOACs versus
12 cost to the patient?
13   A    That's correct.
14   MR. BIRCHFIELD:
15        Object to form.
16 BY MR. McCAULEY:
17   Q    All right.  And if cost wasn't a factor,
18 you would -- and the treatment that you were giving
19 was one of the indications of the NOAC, that's what
20 you would prefer?
21   A    Yes.
22   Q    All right.
23        Do you still prescribe anticoagulants
24 today?
25   A    I do.

Protected - Subject To Further Protective Review

Page 62

1    Q   Do you still prescribe Xarelto?

2    A   I do.  I would say that my practice habit
3  is probably to prescribe Eliquis a little bit more
4  frequently.

5    Q   And when did that change, or when did
6  that -- or was there a change?

7    A   I would say probably in the last 1 to
8  2 years.

9    Q   But there are still patients for whom
10 you'll prescribe Xarelto?

11   A   Yes.

12   Q   And that may depend on whether Xarelto is
13 covered by their insurance, for example?

14   MR. BIRCHFIELD:

15     Object to form.

16   THE WITNESS:

17   A   That is one of the reasons.  Normally --
18 normally if an insurance covers Xarelto, they cover
19 Eliquis in a similar tier.  So usually it's either
20 they're insured or not insured and they'll either
21 go to Coumadin or one of the novel ones.

22       And then the novel one choices will
23 really depend on certain patient demographics and
24 risk of bleeding.

25   Q   And what are the -- what are the features

Page 63

1  about Xarelto that might cause you to choose
2  Xarelto over Eliquis?

3    A   The main feature is the once a day
4  dosing.

5    Q   And why is that a good feature?

6    A   For patient compliance, that we referred
7  to before.  So if I have a patient that either is
8  not on any medicines or only on once-a-day
9  medicines and their risk of bleeding is low, a lot
10 of times I'll go to Xarelto.

11   Q   Okay.

12       And, so, you have to -- you have to look
13 at the patient and try to assess their risk of a
14 bleed?

15   A   Yes.

16   Q   Okay.

17       All right.  On the issue of risk of
18 bleed --

19   A   Uh-huh.

20   Q   -- I want to make sure I have this right.

21       All of the things we've been talking
22 about, the NOACs and warfarin, are sometimes called
23 blood thinners; is that right?

24   A   That's correct.

25   Q   And "blood thinners" means they're making

Page 64

1  your blood, essentially, less prone to coagulate or
2  less prone to form clots; right?

3    A   That's correct.

4    Q   And, so, if you're thinning someone's
5  blood, then if the blood thinner is working the way
6  it should, they should coagulate much more slowly
7  than they would otherwise?

8    A   That's true.

9    Q   And if they're coagulating much more
10 slowly than they would otherwise, then if they have
11 some area where they're bleeding, even if it's only
12 a little bit or a small lesion, or something, that
13 can start bleeding chronically; is that right?

14   A   That is correct.

15   Q   Because the blood is thinned and it's
16 not -- it's not clotting at that bleed spot and
17 stopping the flow of blood; right?

18   A   Yes.

19   Q   So is it true, in your experience, that
20 all blood thinners carry a risk of bleeding?

21   A   Yes.

22   Q   And all blood thinners carry a risk of
23 severe bleeding, including bleeding to death?

24   A   That is true.

25   Q   And that is something that -- that is one

Page 65

1  of those things that you have to balance against
2  the risk that you're trying to prevent by using
3  that drug?

4    A   That is correct.

5    Q   All right.  So in the case of someone
6  with DVT, deep venous thrombosis, or a pulmonary
7  embolism, you're trying to -- well, with DVT you're
8  trying to prevent that clot from getting to the
9  lung; right, which becomes a pulmonary embolism?

10   MR. BIRCHFIELD:

11     Object to form.

12   THE WITNESS:

13   A   That is correct.

14 BY MR. McCAULEY:

15   Q   And that pulmonary embolism can kill you
16 very quickly if it gets to your lung?

17   A   Potentially.

18   Q   Potentially.

19       And you -- so you have to catch it, you
20 have to treat it, but most of all you try to
21 prevent it; right?

22   MR. BIRCHFIELD:

23     Object to form.

24   THE WITNESS:

25   A   That's true.

Page 66

BY MR. McCAULEY:

1 Q   All right.  And then if you're treating
2 someone for atrial fibrillation, the problem with
3 atrial fibrillation is that that irregular
4 heartbeat -- I won't be able to say this right,
5 you'll say it better -- it creates an environment
6 in the heart that makes -- that is favorable for
7 the formation of clots?
8 A   It could be -- the way I describe it to
9 patients is the top part of the heart and the
10 bottom part of the heart don't communicate
11 effectively, and the top pumps more than the
12 bottom's pumping and, so, blood is sitting there in
13 the top.  And whenever you see blood sitting
14 anywhere, it has the potential to clot.
15       And then when the bottom part of the
16 heart then contracts, that clot that has formed
17 because it's been sitting there, can then go out
18 and propagate to the body.  And that's where the
19 need for blood thinners comes in.
20 Q   So if the bottom part and the top part of
21 the heart were communicating as they should be, as
22 nature intended, you wouldn't -- you wouldn't have
23 that same risk of formation of clots as you do when
24 they're not communicating; probably?
25

Page 67

1       MR. BIRCHFIELD:
2       Object to form.
3       THE WITNESS:
4 A   You wouldn't be in atrial fibrillation.
5 BY MR. McCAULEY:
6 Q   You wouldn't be in atrial fibrillation,
7 and your risk of -- you wouldn't have that risk of
8 pooled blood clotting?
9 A   That is correct.
10 Q   All right.
11       And when you have those clots that form
12 in your heart, when your heart pumps, that clot can
13 go somewhere and -- can leave the heart and go
14 somewhere; right?
15 A   Yes.
16       MR. BIRCHFIELD:
17       Object.
18 BY MR. McCAULEY:
19 Q   And the place it often goes to is to the
20 brain?
21 A   That is true.
22 Q   And that's what we call an ischemic or
23 embolic stroke?
24       MR. BIRCHFIELD:
25       Object to form.

Page 68

1       THE WITNESS:
2 A   I want to make sure you get the terms
3 right.  That would be an ischemic stroke.
4 BY MR. McCAULEY:
5 Q   All right.
6 A   The -- it could be an embolic stroke, but
7 embolic strokes don't have to only come from that
8 area.  You could have a blood clot somewhere else
9 in your body that could then lead to the heart, but
10 it would be a form of an ischemic/embolic stroke.
11 Q   Okay.
12 A   Yes.
13 Q   Thank you for that.
14       And sometimes the heart can throw off a
15 clot when it's in atrial fibrillation; right?
16 A   Uh-huh.
17 Q   And sometimes it can throw off more than
18 one clot?
19 A   That is -- that is correct.
20 Q   I've heard a doctor describe it as a
21 spray of clots?
22       MR. BIRCHFIELD:
23       Object to form.
24 BY MR. McCAULEY:
25 Q   Is that right?

Page 69

1 A   Some people refer to it as a showering
2 effect.
3 Q   A showering effect.  So a veritable -- I
4 shouldn't use that word -- a veritable shower of
5 clots that go to the brain?
6 A   Yes.
7 Q   And that is a particularly devastating
8 kind of stroke to get, isn't it?
9 A   It can be.
10 Q   What kind of results do you see from a
11 stroke like that typically?
12 A   It can lead to anywhere from difficulty
13 speaking to full, what we call, hemiplegia, which
14 is the inability to move one side of the body,
15 depending on what location of the brain is
16 affected.
17 Q   So you can have -- can it also lead to
18 death?
19 A   It can.
20 Q   Can it lead to, in some cases, instant
21 death?
22 A   Yes.
23 Q   So you can have loss of speech, loss of
24 use of, at least, half of your body; right?
25 A   Correct.

Page 70

1    Q    You can end up in a wheelchair?
2    MR. BIRCHFIELD:
3        Object to form.
4    THE WITNESS:
5    A    Absolutely.
6    BY MR. McCAULEY:
7    Q    You can end up in a nursing home?
8    A    Yes.
9    Q    You can end up with loss of control of
10   your bladder and bowel?
11   MR. BIRCHFIELD:
12       Object to form.
13   THE WITNESS:
14   A    Yes.
15   BY MR. McCAULEY:
16   Q    And it is a particularly ugly -- to use a
17   blunt term -- ugly way to spend the last days of
18   your life?
19   MR. BIRCHFIELD:
20       Object to form.
21   THE WITNESS:
22   A    Yes.  It can be depending on the
23   deficits.
24   BY MR. McCAULEY:
25   Q    Yeah.

Page 71

1        And it is all of those things that you
2    have to weigh against the risk of a
3    gastrointestinal bleed or some other kind of
4    bleed --
5    A    That is true.
6    MR. BIRCHFIELD:
7        Object to form.
8    BY MR. McCAULEY:
9    Q    -- with the NOACs or the warfarin that
10   you're using?
11   MR. BIRCHFIELD:
12       Object to form.
13   THE WITNESS:
14   A    That is true.
15       (Discussion off the record.)
16   BY MR. McCAULEY:
17   Q    Now, can you tell me, generally today,
18   what indications you use anticoagulants for?
19   A    I would start with -- atrial fibrillation
20   would be one.  Pulmonary embolism.  Deep venous
21   thrombosis.  Some people have a genetic
22   predisposition to clot when we test them, they need
23   to be on anticoagulation to prevent that.
24   Artificial heart valves is another one.  Those are
25   the main ones.

Page 72

1    Q    When you get -- when you get patients in
2    the hospital, sometimes they're already on an
3    anticoagulant?
4    A    Yes.
5    Q    And when you have a patient on a specific
6    anticoagulant, do you take them off or switch them
7    to other anticoagulants without conferring with the
8    doctor who put them on there in the first place?
9    A    If there is a clinical need, I will.
10   Q    So -- and we'll get to this in a second,
11   Mr. Boudreaux's case -- Mr. Boudreaux came in with
12   a suspected GI bleed --
13   A    Uh-huh.
14   Q    -- due to being on anticoagulant, in this
15   case, specifically Xarelto; right?
16   A    Uh-huh.
17   Q    I believe -- tell me if this is right --
18   the orders were to discontinue the anticoagulant?
19   A    Yes.
20   Q    But when he left the hospital, as I read
21   the records, you didn't put him back on an
22   anticoagulant or make any decisions with respect to
23   putting him back on an anticoagulant?
24   A    No.
25   Q    You left that to -- that decision to his

Page 73

1    cardiologist?
2    A    Well, the options for thinning the blood
3    and atrial fibrillation include anticoagulants or
4    aspirin, depending on a couple of factors.  And,
5    so, in his case in determining the risk-benefit
6    ratio, he had just had a bleed, the decision was
7    made to continue the aspirin, but to hold the
8    anticoagulant and allow him to follow up with his
9    primary doctor and his cardiologist.
10   Q    And is that because a person who has just
11   had a bleed would, in your experience, be as likely
12   to bleed again if he switched to a different
13   anticoagulant, such as warfarin or Eliquis, or one
14   of the other drugs?
15   MR. BIRCHFIELD:
16       Object to form.
17   THE WITNESS:
18   A    That's -- that's a possibility.
19       However, in Mr. Boudreaux's situation,
20   the initial hospital workup did not reveal an
21   obvious source, and his GI workup was going to be
22   continued with that capsule endoscopy after.  And,
23   so, the decision was made to hold off on initiating
24   anything until his GI workup was completed.
25

Page 74

1 BY MR. McCAULEY:
2   Q   Okay.  All right.
3       So, hold the Xarelto, but also hold off
4 on any decisions -- final decisions about
5 anticoagulation until we have a complete GI workup?
6   A   That's correct.
7   MR. BIRCHFIELD:
8       Object to form.
9   THE WITNESS:
10  A   But continue the aspirin, kind of, as a
11 bridge in balancing the risks and benefits.
12 BY MR. McCAULEY:
13  Q   All right.
14      Do you -- do you have any specific
15 recollection of Mr. Boudreaux as a patient?
16  A   No, I don't.
17  Q   Okay.  I assume you see many, many
18 patients every day?
19  A   Yes.
20  Q   Even more than that every week?
21  A   Yes.
22  Q   And you don't have specific recall.
23      When you went through your records, did
24 any of it come back to you, oh, I remember this
25 guy, or, yeah, this was -- this was such and such a

Page 75

1 case?
2   A   Not necessarily, no.
3   Q   Okay.  All right.
4       And, Doctor, you've -- we've marked
5 your -- the records you've downloaded, and you've
6 got some notes on those.  I want you to keep those
7 in front of you.
8   A   Okay.
9   MR. McCAULEY:
10      I'm also going to hand you what we'll
11 mark as Exhibit #10.
12      (Document marked as N. MASRI #10 for
13 identification.)
14 BY MR. McCAULEY:
15  Q   And this -- what I -- this is what I
16 believe, is -- and it's way more than you need, but
17 I think it's helpful because it's got numbers on
18 it --
19  A   Okay.
20  Q   -- and I can refer you to the numbers.
21  A   All right.
22  Q   This is -- Exhibit #10 is what I believe
23 is the entire Kenner hospitalization record.
24  A   Okay.
25  Q   At least so far as I know.

Page 76

1       And --
2   MR. McCAULEY:
3       Mr. Birchfield, that's what I gave you --
4   MR. BIRCHFIELD:
5       Okay.  Thanks.
6   MR. McCAULEY:
7       -- before the beginning of the deposition
8 today.
9 BY MR. McCAULEY:
10  Q   And just for the record, what I've marked
11 as Exhibit #10 is a set of records -- and these are
12 double-sided because I didn't want it to be too
13 fat.
14  A   Okay.
15  Q   These are records that are numbered at
16 the bottom.  If you look at the first page on --
17  A   Got it.
18  Q   You see those numbers?
19  A   Yes.
20  Q   It's got a prefix -- each number has a
21 prefix, the same one, JBoudreaux, spelled like the
22 plaintiff's name?
23  A   Uh-huh.
24  Q   -- -OMC-K-MD-000001 through --
25  A   Uh-huh.

Page 77

1   Q   -- and it goes through 531.  So there's
2 531 pages to this record.  I certainly am not going
3 to ask you about every page, but I think it's
4 sometimes helpful --
5   A   Sure.
6   Q   -- to be able to just flip through and
7 find the page by number.  And that's the way I'll
8 direct you.  Okay?
9       All right.  I guess what I'd like to do
10 is start with your resident, Mr. Hebert -- or,
11 doc -- I shouldn't call him "Mr.", he's a "Dr."
12 Dr. Hebert.
13  A   You're not from Louisiana.  It's "Hebert"
14 (different pronunciation).
15  Q   Oh, "Hebert".  No, I'm not from
16 Louisiana, but thank you for that --
17  A   You're welcome.
18  Q   -- thank you for that helpful tip.
19      Dr. Hebert --
20  A   Yes.
21  Q   -- he was the one who first saw
22 Mr. Boudreaux?
23  A   Yes.
24  Q   He saw him in the wee hours of the
25 morning?

Protected - Subject To Further Protective Review

Page 78

1    A    Uh-huh.
2    Q    And Dr. Hebert is working under your
3 direction and guidance; right?
4    A    Yes.
5    Q    You're mentoring him as the resident?
6    A    (Nods head up and down.)
7    Q    But you're not mentoring him at 1:50 in
8 the morning?
9    A    No.
10   Q    But you do come in the next morning and
11 look over what he's done?
12   A    Absolutely.
13   Q    And then you sign off on it, and may add
14 some comments of your own --
15   A    Yes.
16   Q    -- about the care.  Okay.
17       So, just to -- with that orientation, I'd
18 like you to look at Dr. Hebert's history and
19 physical.
20   MR. McCAULEY:
21       Give me one second.  Can we go off the
22 record for a second?
23   VIDEOGRAPHER:
24       This is the end of Tape 1.  We're now off
25 the record at 10:24.

Page 79

1       (Recess taken at 10:24 a.m.  Back on
2 record at 10:34 a.m.)
3   VIDEOGRAPHER:
4       This is the beginning of Tape 2.  We're
5 now back on the record.  The time is 10:34.
6   MR. McCAULEY:
7       Dr. Masri, thank you for agreeing to that
8 short break.
9       While we were on break, it was brought to
10 my attention that I never quite identified
11 what I marked as Exhibit #5.  I'm just going
12 to do that quickly.
13       And that's the UpToDate Wolters Kluwer
14 information that was printed out on Xarelto by
15 Dr. Masri just prior -- or, maybe, before the
16 deposition started in order to prepare.  I
17 just wanted to make that clear for the record.
18 BY MR. McCAULEY:
19   Q    Doctor, I'm going to refer you to some of
20 those, we call them, Bates numbers -- I don't know
21 why we call them that, but we do -- that are at the
22 bottom -- in the bottom right-hand corner.
23   A    Uh-huh.
24   Q    And I'm going to get you started by
25 having you look at Dr. Hebert's --

Page 80

1    A    "Hebert".
2    Q    "Herbert".  Dr. Hebert.  See?
3       Dr. Hebert's history and physical,
4 which is --
5    A    Okay.
6    Q    -- which is his workup of the patient
7 after he's admitted to the hospital at Kenner,
8 okay?
9    A    Okay.
10   Q    And if you look at page 4 of what I've
11 given you, you'll see that at the bottom, that's
12 where the history and physical starts.
13   A    Yes.
14   Q    And just for the record, you'll note that
15 you're a cosigner on this history and physical
16 note?
17   A    Yes.
18   Q    You see that?
19       And you cosigned it the following
20 morning.  I presume that means you reviewed it on
21 the system and then -- and cosigned it
22 electronically?
23   A    Yes.
24   Q    So Dr. Bear (sic) -- Dr. Hebert does a
25 history of present illness.  This is what brought

Page 81

1 the patient before him.  Is that essentially what
2 "history of present illness" is?
3    A    It is.
4    Q    And he describes a history of a man with
5 hypertension, benign prostatic hyperplasia,
6 diabetes mellitus, and anticoagulant long-term use.
7       Now, I'm going to ask a simple question.
8 Do you think the anticoagulant he's referring there
9 is Xarelto long-term use?
10   A    It is.
11   Q    He'd been on Xarelto 3, 3-and-a-half
12 weeks.  Does that --
13   A    Yeah.  I think -- the electronic system
14 sometimes can do this, in that he was pulling in
15 diagnoses.
16   Q    I see.
17   A    And I don't think -- and I'm not sure,
18 but I don't think there's anticoagulant short-term
19 use.  He was trying to document that the patient
20 was on an anticoagulant.
21   Q    I see.  Okay.
22       So he then says the patient presented to
23 Ochsner Kenner -- that's where you work; right?
24   A    Yes.
25   Q    -- on February 3, 2014, with a primary

Page 82

1  complaint of symptomatic anemia from cardiology
2  clinic.
3      A   Uh-huh.
4      Q   So let's -- let's define what anemia is,
5  and then we can talk, maybe, about some causes of
6  anemia.
7      A   Sure.  It's a low blood count.
8      Q   And would that be red blood cell, would
9  that be hemoglobin, would it be hematocrit, which
10  one would it be?
11     A   It would actually be all of them.  The
12  normal one that we use to track is usually the
13  hemoglobin.
14     Q   For anemia you generally track
15  hemoglobin?
16     A   Yes.
17     Q   Okay.
18         So he's got a low blood count, and that's
19  not a good position to be in if you're an elderly
20  gentleman, is it?
21     A   It's not a good position to be in for
22  anyone.
23     Q   And that means you feel weak, you feel
24  tired, and you have no energy, generally speaking?
25     A   That's some of the symptoms, yes.

Page 83

1      Q   And the history of present illness goes
2  on to say that:  The patient was in their usual
3  state of health until 3 weeks prior when he was
4  admitted to the hospital for SOB.
5         That's shortness of breath?
6      A   Yes.
7      Q   The patient was diagnosed with new onset
8  A-fib.
9         That's atrial fibrillation, which we've
10  been discussing in connection with anticoagulants
11  and stroke; right?
12     A   That's right.
13     Q   And discharged on Xarelto.
14         And that would be the NOAC that his
15  cardiologist chose; is that right?
16     MR. BIRCHFIELD:
17         Object to form.
18     THE WITNESS:
19     A   Yes.
20  BY MR. McCAULEY:
21     Q   Patient feeling well after discharge
22  times 2 weeks.
23         So it sounds like he did well for
24  2 weeks.  Is that how you read that?
25     A   That's true.

Page 84

1      Q   And then he began with slow onset
2  weakness and dizziness over the next week with two
3  episodes of black tarry stool.
4         Let me break that down.  Weakness and
5  dizziness would be -- that would -- those would be
6  symptoms consistent with anemia?
7      A   That is true.
8      Q   And the black tarry stool, what is the
9  significance of black tarry stool?
10     A   The implication is that it is blood that
11  has started in the upper part of the GI tract and
12  then metabolized, and comes out as black and tarry.
13     Q   Upper part of the GI tract is the stomach
14  or the esophagus?
15     A   It can be the esophagus, stomach, and the
16  first part of the small intestine.
17     Q   Okay.  When somebody says "gastric", do
18  they mean stomach?
19     A   Yes.
20     Q   And then it says:  Patient reports only
21  two bowel -- BM --
22         I think that means bowel movements?
23     A   Yes.
24     Q   -- over that week.
25         And that would suggest that he -- unless

Page 85

1  that's his normal schedule, would suggest he's
2  constipated?
3      A   It can, yes.
4      Q   Okay.
5         And then:  Presented to cardiology
6  clinic.  Labs were drawn.  And patient found to
7  have HH --
8         Is that hemoglobin hematocrit?
9      A   That's correct.
10     Q   -- of 6.7/21.2.
11         So 6.7 is the hemoglobin reading?
12     A   That's correct.
13     Q   And that's pretty low, isn't it?
14     A   Yes.
15     Q   And 21.2 is the hematocrit reading?
16     A   That's true.  That's correct.
17     Q   And that is correspondingly low?
18     A   That's true.
19     Q   Hematocrit, I've heard that is, kind of,
20  another way of looking at hemoglobin, but in
21  a different -- a different measure.
22     MR. BIRCHFIELD:
23         Object to form.
24     THE WITNESS:
25     A   Yes.

Page 86

BY MR. McCAULEY:

1 Q   So you would expect those two numbers to
2 sort of run concurrently?
3 A   That's true.
4 Q   That is, if one goes up, you would expect
5 the other one to go up; and if one goes down --
6 A   Usually the hematocrit is about triple
7 the hemoglobin.
8 Q   Okay.
9     And you -- you would expect that ratio,
10 if they -- to go up and down together?
11 A   Yes.
12 Q   Is it -- they don't -- they don't give a
13 reading of red blood cell count in these typical
14 readings.  Is there a reason for that?
15 A   No.  Because usually clinically the
16 hemoglobin and the hematocrit is filed, not the red
17 blood cell count.
18 Q   And while hemoglobin and hematocrit
19 generally move in the same direction together, is
20 that necessarily so of red blood cells?
21 A   It is.
22 Q   Okay.
23     It says:  Patient was sent to ED at
24 St. Anne for assessment.  Then transferred to

Page 87

1 Ochsner Kenner for GI eval.
2     Do you see that?
3 A   Uh-huh.
4 Q   Are you familiar with the facility at
5 St. Anne's?
6 A   I'm not.  We have taken patients from
7 there, but I've never been there.
8 Q   Is your facility bigger or more
9 sophisticated, or something, that they would --
10 A   We are -- we are one of the centers that
11 we do get patients from smaller hospitals.  And I
12 think in this situation, St. Anne did not have GI
13 coverage that night.
14 Q   Okay.
15     The next note -- the next line of this
16 note says:  Patient denies HA.
17     That would be headache?
18 A   Yes.
19 Q   CP would be chest pain?
20 A   Yes.
21 Q   SOB, shortness of breath?
22 A   Yes.
23 Q   And EXT pain, which would be pain in the
24 extremities?
25 A   That's true.

Page 88

1 Q   So he's -- at the time that Dr. Hebert is
2 seeing him, he's not experiencing any headache,
3 chest pain, shortness of breath, or pain in his
4 extremities?
5 A   That's true.
6 Q   Endorses -- next -- I'm reading again.
7 Endorses weakness, dizziness and abdominal cramps
8 progressive over last 7 days.
9     And endorses weakness, dizziness and
10 abdominal cramps means -- my reading of that -- is
11 the patient is saying, I agree, I have had these
12 things over the past 7 days?
13 A   Yes.
14 Q   And those things, weakness and dizziness,
15 are consistent with anemia; is that right?
16 A   It can be.
17 Q   How about abdominal cramps, is that -- is
18 that necessarily a sign of anemia?
19 A   No.
20 Q   What does that -- what does that suggest
21 to you?
22 A   It's a possibility that it could be part
23 of the potential GI bleed.
24 Q   All right.
25 A   Or it could be another process

Page 89

1 altogether.
2 Q   All right.
3     And then -- then the next sentence says:
4 Patient endorses one episode of N/V the evening
5 prior to admit with clear fluid.
6     N/V is nausea/vomiting?
7 A   Yes.
8 Q   And clear fluid means he's vomiting up
9 clear fluid, not fluid with blood in it.  Is that
10 what the -- Dr. Hebert is trying to determine?
11 A   Yes.
12 Q   He wants to know if you're vomiting, are
13 you seeing any red stuff in that vomit; is that
14 right?
15     MR. BIRCHFIELD:
16         Object to form.
17     THE WITNESS:
18 A   Yes.
19 BY MR. McCAULEY:
20 Q   And then the morning of admit, he also
21 vomited again.  Had nausea and vomiting; is that
22 right?
23 A   That's correct.
24 Q   It says -- I'll just read it again:
25 Patient endorses one episode of N/V the evening

Page 90

1 prior to admit -- that would be the evening of
2 February 3rd -- with clear fluid and the morning of
3 admit with white and clear fluid.
4      Maybe the evening prior to admit would be
5 February 2nd, because he was -- first went to see
6 his doctor on February 3rd.  Is that how you read
7 that, that he had one that morning?
8    A   Yes.
9    Q   And patient denies gross blood per rectum
10 or hematemesis.
11   A   "Hematemesis."
12   Q   "Hematemesis."  And I won't ask if that's
13 a New Orleans pronunciation.
14   A   That's not.  That's a scientific
15 pronunciation.
16   Q   All right.  So he denies gross blood per
17 rectum, and that means he's not seeing any blood in
18 his stool?
19   A   He's not seeing any red blood.
20   Q   Okay.  Not red blood.
21      And hematemesis -- say that for me again.
22   A   "Hematemesis."
23   Q   Hematemesis is he's not seeing any blood
24 in his vomit?
25   A   That's correct.

Page 91

1    Q   And he's not coughing up any blood?
2    A   That's correct.
3    Q   All right.
4    A   Coughing up blood is actually
5 homeostasis.  Hematemesis means no bloody vomit.
6    Q   Okay.
7      All right.  So that's the presentation
8 that he comes -- that Dr. Hebert finds with him --
9    A   Uh-huh.
10   Q   -- that evening, and then Dr. -- I mean,
11 sorry -- just for -- just for context, this is at
12 1:52 in the morning --
13   A   Yes.
14   Q   -- that Dr. Hebert is seeing him.
15      Now, Dr. Hebert, or someone, got a list
16 of the patient's medications; correct?
17   A   Yes.
18   Q   That's always an important thing to do
19 when someone goes into the hospital?
20   A   Absolutely.
21   Q   You want to find out, number one, are
22 there medications we need to continue for him here;
23 right, in case he needs them?  That's one reason.
24      And you also need to find out if there is
25 any of those medications that could be contributing

Page 92

1 to his current condition?
2    A   Yes.
3    Q   All right.
4      So Dr. Hebert determined that he was on
5 allopurinol, which is a medication to reduce the
6 levels of uric acid in the system?
7    A   It's used for gout, and that is the
8 mechanism.
9    Q   Okay.  And, so, he -- and we already have
10 a history that he's been treating with gout --
11 treating with allopurinol to prevent outbreaks of
12 gout for a number of years?
13   A   Uh-huh.
14   Q   And it also says he's on amiodarone.  See
15 the second page --
16   A   Yeah.
17   Q   -- which is page 6?
18      Amiodarone, just so people understand
19 what that is, can you explain that?
20   A   It's a medication used to control the
21 rate in atrial fibrillation.
22   Q   Okay.  So you're trying to -- it controls
23 rhythm and rate?
24   A   It can control both rhythm and rate.  But
25 it's -- it's used in this situation to control the

Page 93

1 rate, but it can control the rhythm.  But sometimes
2 people stay in atrial fibrillation, and it's just
3 used as a rate control agent.
4    Q   All right.  And, now, I'm going to harken
5 back to something you said earlier.
6    A   Uh-huh.
7    Q   And that is that sometimes with warfarin
8 there are some medications that interact with
9 warfarin.  Is amiodarone one of those medications?
10   A   Yes.
11   Q   And amiodarone is a medication that, if
12 it interacts with warfarin, can make the warfarin
13 more -- can potentiate it and make the warfarin
14 stronger?
15   A   That is true.
16   Q   All right.  That is, you would get
17 thinner blood -- while you're on the warfarin,
18 thinner blood than you -- than you're hoping to
19 have?
20   A   That is true.
21   Q   Okay.
22      And I learned from looking at the
23 warfarin label that allopurinol is also one of
24 those medications that can interact with warfarin.
25 I can show you the label where I'm looking.  Do you

Page 94

1  recognize that?
2      A    That sounds familiar.  And, normally, if
3  I have a patient on warfarin, we run all the
4  medicines to see -- through online -- they have
5  online systems that will show you interactions.
6          Amiodarone jumps to my mind.  Allopurinol
7  doesn't.
8      Q    I'm going to just ask you to take on
9  faith that allopurinol --
10     A    Sure.
11     Q    -- is one of those.
12     A    Sure.  Sure.
13     Q    That would mean that at the time that
14 Mr. Boudreaux came into the hospital, assuming he
15 was -- he needed his amiodarone and he needed his
16 allopurinol, those would be two medications that
17 would, at least in your practice, maybe make him
18 more cautious about warfarin or steer him away from
19 warfarin?
20     MR. BIRCHFIELD:
21         Object to form.
22     THE WITNESS:
23     A    That's true.
24 BY MR. McCAULEY:
25     Q    Because it would be harder -- if you have

Page 95

1  those medications going on at the same time as
2  warfarin, it's hard to keep him in that 2 to 3
3  range.
4      MR. BIRCHFIELD:
5          Object to form.
6  BY MR. McCAULEY:
7      Q    Is that right?
8      A    It is true.  We do have -- we don't avoid
9  warfarin if patients are on medicines that can
10 potentiate.  You just have to take that into
11 account when you titrate the medicines.
12     Q    I see.  Okay.
13     Q    So, if -- you know, for instance, if
14 Mr. Boudreaux has had a diagnosis that he needed
15 warfarin rather than NOACs, if it wasn't one of the
16 ones covered by the NOACs --
17     A    Yeah.
18     A    -- we would take that into account and
19 adjust the dosing of his warfarin to account for
20 those medications.
21     Q    And tell me if this is also true.  If any
22 adjustments to any of those medications that you're
23 adjusting warfarin for happened, you would have to
24 take that into account, as well?
25     A    Absolutely.

Page 96

1      Q    All right.
2          All right.  So going on his medication
3  list, and continuing on as page 6 of the record you
4  have in front of you, the next one is aspirin.
5          I think you referred to that earlier as
6  something he was taking?
7      A    Uh-huh.
8      Q    Do you know why he was taking aspirin?
9      A    I would -- I don't want to speak for
10 another physician, but in this situation, looking
11 over the chart, one is the fact that he has atrial
12 fibrillation and it does have some data there, and
13 the other is his age and comorbidities with him at
14 higher risk for heart disease, and it's for cardio
15 protection.
16     Q    Okay.  So let's break those two down.
17         The first one you said was, it has some
18 data there for atrial fibrillation?
19     A    Yes.
20     Q    What do you mean by that?
21     A    It has been shown in lower-risk patients
22 to decrease the risk of blood clots in atrial
23 fibrillation.
24     Q    Okay.  So like the anticoagulants,
25 aspirin can help reduce the incidence in low-risk

Page 97

1  patients of clot going from heart to brain?
2      A    Yes.
3      Q    All right.
4          And he's taking 81 milligrams.  Is that a
5  typical dose?
6      A    Yes.
7      Q    That's what people used to call "baby
8  aspirin" before they said stop giving aspirin to
9  babies?
10     A    Yes.
11     Q    All right.
12         He's also taking furosemide, Lasix.
13     A    Uh-huh.
14     Q    What is furosemide?  Am I pronouncing
15 that correctly?
16     A    Yeah, "furosemide".
17     Q    "Furosemide".
18         What is he taking furosemide for?  Or
19 what is furosemide?
20     A    Furosemide is a fluid pill.  We refer to
21 it in a class called diuretics.
22     Q    Yeah.
23     A    And in his situation, in reviewing the
24 chart, it looks like he was probably on it for his
25 heart failure.

Protected - Subject To Further Protective Review

Page 98

1    Q   So he had congestive heart failure;
2  right?
3    A   Yes.
4    Q   That was diagnosed along with his atrial
5  fibrillation?
6    A   Yes.
7    Q   And atrial fibrillation and congestive
8  heart failure often go hand-in-hand?
9    A   They can.
10   Q   And congestive heart failure is something
11  where fluid builds up around the heart?
12   A   No.  It is where the heart either is
13  stiff or has a problem pumping, and fluid can
14  backtrack into the lungs and cause shortness of
15  breath.
16   Q   I see.
17       So congestive heart failure is a buildup
18  of fluid in the lungs --
19   A   Yes.
20   Q   -- near the heart, because the heart's
21  not pumping all the fluids out?
22   A   That's correct.
23   Q   And furosemide is a diuretic?
24   A   Yes.
25   Q   And that helps your body get rid of

Page 99

1  fluids?
2    A   Yes.
3    Q   And is that -- is that why they give it
4  for people with congestive heart failure, to help
5  with the fluid buildup in the lungs?
6    A   That's true.
7    Q   Okay.
8        But that -- can that also dehydrate
9  somebody?
10   A   It can.  If the person's intake is not
11  well or if they don't need it.
12   Q   Okay.
13       He has -- he also has high -- well, I
14  skipped fish oil, Omega 3 fatty acids.
15       That's something he's reporting he's
16  taking on his own, or do you think that's
17  prescribed?
18   A   Probably prescribed.
19   Q   All right.  What's that for?
20   A   That's for high cholesterol.
21   Q   Okay.
22       And you mentioned that aspirin -- I
23  skipped over this -- has some data for atrial
24  fibrillation --
25   A   Uh-huh.

Page 100

1    Q   -- but also can be used to be protective
2  for someone with cardiovascular disease?
3    A   Yes.
4    Q   Would that include somebody with a
5  history of a heart attack?
6    A   Yes.
7    Q   And a heart attack -- what is a heart
8  attack?
9    A   It is a lack of blood flow to -- in the
10  vessels of the -- that lead to the heart.
11   Q   All right.  And is that lack of blood
12  flow because of restrictions in the arteries or the
13  veins?
14   A   It's a similar physiology to what we had
15  described previously about the brain.  It can be a
16  blood clot or it can be a atherosclerotic buildup.
17   Q   So "atherosclerotic" meaning a buildup of
18  plaque from cholesterol over the years?
19   A   Correct.
20   Q   That constricts those arteries narrower
21  and narrower until there's an insufficient supply
22  of blood; is that right?
23   A   That's correct.
24   MR. BIRCHFIELD:
25       Object to form.

Page 101

1  BY MR. McCAULEY:
2    Q   And is a heart attack also called an
3  infarction?
4    A   Myocardial infarction.
5    Q   All right.
6        He's taking -- he's listing, anyway,
7  hydrocodone, acetaminophen, Vicodin.  And do you
8  know why he had that as a prescription?
9    A   I don't.
10   Q   And how about indomethacin?
11   A   I don't.  I presume that he had some
12  pains that somebody put him on those medicines for.
13   Q   Indomethacin, he has reported, is
14  something he took PRN for -- PRN or as-needed --
15  for gout outbreaks.  And to be frank, he said he
16  hasn't had a gout outbreak in some years, but would
17  Indocin be something that is typically prescribed
18  for gout pain?
19   MR. BIRCHFIELD:
20       Object to form.
21   THE WITNESS:
22   A   It can be.
23  BY MR. McCAULEY:
24   Q   Is it an NSAID?
25   A   It is an NSAID.

Page 102

1 Q NSAID, that's a non-steroidal
2 antiinflammatory drug?
3 A Yes.
4 Q And that's a -- is that a class of drugs,
5 NSAIDs?
6 A Yes.
7 Q And that includes ibuprofen?
8 A It does among others.
9 Q Ciproxin?
10 A Uh-huh.
11 Q What else? Is acetaminophen one of
12 those?
13 A No. Acetaminophen is Tylenol. That's
14 not in the NSAID class.
15 Q Okay. All right.
16 All right. So it would be ibuprofen,
17 Indocin, naproxen, and there's a bunch of others,
18 probably?
19 A Right.
20 Q And lisinopril is the next one. What's
21 that for?
22 A That is in a class called ACE inhibitors,
23 and that's for his heart failure. And it also is a
24 blood pressure medicine, so it also could be for
25 his hypertension.

Page 103

1 Q And what does it mean when you say "ACE
2 inhibitor"?
3 A That's just the class of medicines that
4 describes the mechanism of how it works.
5 Q All right. And metformin he's on?
6 A Yes.
7 Q And that's for -- that's an insulin or a
8 substitute?
9 A No. It is a -- it is a pill for
10 diabetes, but it's not an insulin.
11 Q Okay. So if he's on metformin, that's to
12 control his diabetic condition?
13 A Yes.
14 Q And keep his blood sugar in proper
15 balance?
16 A Yes.
17 Q All right. And metoprolol, what is that?
18 A That is in a class called beta blockers.
19 And that is for his heart failure, and it also has
20 effects on the blood pressure.
21 Q All right. And what is -- what does
22 metoprolol do for heart failure?
23 A It controls the heart rate as well as the
24 blood pressure. And, so, in a patient with heart
25 failure, it slows down the rate so that the heart

Page 104

1 doesn't have to work as hard.
2 Q Okay.
3 And does lisinopril do the same thing,
4 slow down the rate so the heart doesn't have to
5 work as hard?
6 A No. Lisinopril only lowers the blood
7 pressure.
8 Q Okay.
9 So when you have congestive heart
10 failure, why -- it may sound like a dumb
11 question -- why do you want to lower the blood
12 pressure if you have heart failure? If you're
13 trying to get fluids out of your heart, don't you
14 want it -- don't you want it higher?
15 A No. The -- I guess the easy way to
16 describe it is the way I sometimes describe it to
17 patients, is if this is your heart, as far as --
18 blood pressure is the mountain that the heart has
19 to climb to work. So you want to lower that
20 mountain as much as possible in a struggling heart
21 situation. So the lower the blood pressure, the
22 less the heart has to work.
23 Q I see. Okay. Thank you. That was
24 helpful.
25 A Uh-huh.

Page 105

1 Q The next one is pantoprazole, or
2 Protonix?
3 A Yes.
4 Q I've heard that is a proton inhibitor?
5 A Proton pump inhibitor. PPI.
6 Q Proton pump inhibitor.
7 First of all, what's a proton, what's a
8 proton pump, and why do you want to inhibit it?
9 A Okay. So the proton pump is the part of
10 the stomach cells that produce acid. And, so,
11 essentially this is an advanced antacid that can be
12 used to -- in the prevention of heartburn or
13 reflux, or in the treatment of any underlying
14 conditions, like, ulcer disease, for instance.
15 Q Okay. So this is -- I've heard of the
16 disease GERD, gastroesophageal reflux disorder, or
17 reflux disease. Is that one of the things you
18 would use Protonix for?
19 A So the layman's term for GERD is
20 heartburn, and this could be one of the indications
21 for it.
22 Q All right.
23 And then potassium chloride, is that just
24 to replenish his potassium?
25 A The Lasix that he uses causes more than

Protected - Subject To Further Protective Review

Page 106

1 normal urination. That's how the fluid comes out.
2 And in your urine you can lose potassium. And, so,
3 it's not uncommon to see patients on Lasix also on
4 potassium.
5 Q Okay. And then the next one is
6 rivaroxaban. That would be Xarelto?
7 A Yes.
8 Q And I think it's obvious, but he was on
9 that for the obvious reason that he has atrial
10 fibrillation and, therefore, risk of stroke?
11 A Yes.
12 Q And, therefore, needs an anticoagulant?
13 A That's right.
14 Q And that generally, given the -- given
15 the risk of a catastrophic stroke balanced against
16 the risk of a bleed of some kind, it's generally
17 considered standard of care to provide an
18 anticoagulant in someone with an A-fib?
19 A That's true.
20 MR. BIRCHFIELD:
21 Object to form.
22 BY MR. McCAULEY:
23 Q The next one on the list is
24 spironolactone.
25 A Uh-huh.

Page 107

1 Q And what is that for?
2 A That is an additional diuretic medicine
3 that is used in patients with heart failure.
4 Q So in addition to the -- why would you
5 need that in addition to the Lasix that he's
6 getting?
7 A It's indicated in certain degrees of
8 heart failure. It has been shown to improve
9 mortality.
10 MR. McCAULEY:
11 I'm going to hand you Exhibit #11, which
12 is the prescribing information for Aldactone.
13 (Document marked as N. MASRI #11 for
14 identification.)
15 BY MR. McCAULEY:
16 Q And I don't think this is from your
17 UpToDate thing --
18 A Okay.
19 Q -- but it's -- I just wanted to ask you a
20 couple of questions about that.
21 A Sure.
22 Q If you look on the -- page 6 of this,
23 it's got indications. Do you see where I am on --
24 A Yeah.
25 Q Okay. So we're on Indications on page 6.

Page 108

1 A Uh-huh.
2 Q And I'm going to skip the first two
3 indications. I see that it's also indicated on
4 page 7 for congestive heart failure, which is what
5 he had?
6 A Yes.
7 Q And for the management of edema and
8 sodium retention. Edema meaning swelling?
9 A Yes.
10 Q Is that swelling in the lungs, or where's
11 the swelling?
12 A No. Well, edema is just a general term
13 for swelling. It can be anywhere.
14 Q And is swelling often caused by
15 accumulation of fluids?
16 A Yes.
17 Q All right. And sodium retention, how
18 does -- how does this help with sodium retention?
19 A It's a diuretic, so you urinate out more
20 sodium.
21 Q I see. Okay.
22 And then it's also for essential
23 hypertension. Is that right? Do you see that
24 indication there?
25 A It is. It doesn't have as much of an

Page 109

1 effect on blood pressure as some of the other
2 medicines we've previously mentioned.
3 Q Okay.
4 Now, if you go to Adverse Reactions,
5 page 11.
6 A (Reviewing document.)
7 Q I'm looking at the bottom -- bottom of
8 page 11, you see this section labeled Adverse
9 Reactions?
10 A Uh-huh.
11 Q And it says: Digestive -- well, first it
12 says: The following adverse reactions have been
13 reported.
14 And within each category, or body system,
15 are listed in order of decreasing severity. So
16 then they have different body systems; digestive,
17 endocrine, hematologic, hypersensitivity, et
18 cetera.
19 For digestive, one of the adverse
20 actions -- and the first one they report for
21 spironolactone is gastric bleeding.
22 A Uh-huh.
23 Q Do you see that?
24 A I see it.
25 Q Is that bleeding -- that's bleeding in

Page 110

1 the stomach?
2     A   It is.
3     Q   So that's -- so that's one potential risk
4 factor for taking spironolactone?
5     A   That is not a very common reaction at
6 all.
7     Q   Okay.  So that's not something you would
8 recognize as --
9     A   Not at all.
10    Q   -- a significant adverse reaction?
11    A   No.
12    Q   Okay.  Well, that's why I'm asking you.
13    A   Right.
14    Q   It also says in the page 12, which is the
15 next page of the Adverse Reactions under Renal
16 System?
17    A   Yes.
18    Q   It indicates that renal dysfunction,
19 including renal failure, is a potential adverse
20 reaction?
21    A   Yes.
22    Q   Is that a potential problem with
23 spironolactone?
24    A   That is.
25    Q   You would say that's more -- that's more

Page 111

1 well-known than, say, gastric bleeding?
2     A   I would.
3     Q   Okay.
4         All right.  And, then, finally,
5 tamsulosin, which is Flomax?
6     A   Uh-huh.
7     Q   That's for his prostate?
8     A   Yes.
9     Q   And it's to help relax or shrink his
10 prostate --
11    A   It is.
12    Q   -- so that it helps him urinate better
13 and all of those things?
14    A   It is.
15    Q   Now, can tamsulosin lower your blood
16 pressure?
17    A   It can to a small degree.
18    Q   All right.
19        So he's taking a lot of medications
20 for -- that can lower his blood pressure; right?
21    A   Yes.
22    Q   He's taking his -- by my count, he's got
23 lisinopril which can lower his blood pressure,
24 metoprolol which lowers blood pressure.
25        Does spironolactone lower blood pressure?

Page 112

1
2     A   It can.  To a small degree.  And Flomax.
3     Q   And Flomax can do it, but not
4 intentionally; is that right?
5     A   Yes.
6     Q   I mean, you don't -- you don't give them
7 Flomax to lower blood pressure?
8     A   No.
9     Q   But it can be a side effect?
10    A   Yes.
11    Q   All right.
12        And how about amiodarone, does that also
13 lower blood pressure, or not?
14    A   Not to -- not to a great degree, no.
15    Q   All right.
16        Now, your mentee, Dr. Hebert, your
17 resident, then goes through family history; shows
18 his mother had a stroke.  Do you see that?
19    A   Uh-huh.
20    Q   And his father had hypertension?
21    A   Yes.
22    Q   And his father had kidney disease?
23    A   Yes.
24    Q   And I can tell you that based on what he
25 told us at deposition, his father succumbed to

Page 113

1 kidney disease, was on dialysis for a long time.
2 That would be a serious end-stage renal disease,
3 wouldn't it?
4     A   Yes.
5     Q   All right.
6         And it looks like Dr. Hebert does a very
7 thorough workup here and orders a number of labs to
8 try to diagnose what's going on; is that right?
9     A   Uh-huh.
10    Q   And, then, he has a plan of action, which
11 is on page 10, and he -- under his plan of action
12 for upper GI bleed, that's on the -- I guess that's
13 on the differential diagnosis; is that right?
14    A   Yes.
15    Q   Upper GI bleed.
16        Upper GI bleed would mean, I think you
17 said, something that happens in the esophagus,
18 stomach, or first part of the lower -- the small
19 intestine?
20    A   That's correct.
21    Q   And is he -- is the differential
22 diagnosis upper GI bleed because they didn't see
23 any red blood in the stool, but rather they saw --
24 there was black tarry stools?
25    A   That's correct.  Which indicates that the

Page 114

1 blood was metabolized and started from a higher
2 source.
3    Q    In other words, in order -- just to be
4 blunt about it -- for that stool to get black and
5 tarry, that requires blood to be going through the
6 system --
7    A    That's correct.
8    Q    -- from an earlier stage in the digestive
9 process?
10    A    Yes.
11    Q    All right.
12        And, so, on the differential diagnosis he
13 has upper GI bleed.  He puts him on a Protonix
14 drip.  Do you know why he drips Protonix for him?
15    A    It is.  It's generally the standard of
16 care if anybody presents with an upper GI bleed to
17 be started on a Protonix drip.
18    Q    That's just in case they have some kind
19 of a bleeding ulcer or some kind of an irritation
20 that's the source of the bleed?
21    A    Yes.
22    Q    All right.
23        And he was already on Protonix anyway?
24    A    Right.
25    Q    All right.

Page 115

1        And, then, he notes:  Increased BUN.
2 B-U-N, that's, I forget.
3    A    Blood urea nitrogen.
4    Q    Blood urea nitrogen?
5    A    Uh-huh.
6    Q    That's a sign you have to look for to
7 make sure the kidneys are doing all right?
8    A    It's a sign for the kidneys, but -- and I
9 don't want to speak for Dr. Hebert -- but I think
10 he's including it in that section because sometimes
11 because of the metabolism process of the blood, the
12 BUN can go up higher than it normally is.
13    Q    Uh-huh.
14    A    And that's a sign of an occult GI bleed.
15    Q    I see.  Okay.
16        And as his -- he also says he wants
17 CBC QA.  That means get me blood count readings
18 every 8 hours?
19    A    Yes.
20    Q    In other words, he's saying to the
21 hospital staff, I need to follow this guy's
22 hemoglobin, his hematocrit, and all those other CBC
23 measurements, because he's got some severe anemia
24 going on; right?
25    A    And he had blood.

Page 116

1    Q    And he had blood put in.  And he wants to
2 see if those numbers are going in the right
3 direction --
4    A    Yes.
5    Q    -- or the wrong direction; right?
6    A    Uh-huh.
7    Q    All right.  And then he wants to
8 discontinue all anticoagulants and antiplatelets.
9        First of all, anticoagulant here would be
10 Xarelto?
11    A    That's correct.
12    Q    And the antiplatelet is aspirin?
13    A    Aspirin.
14    Q    And aspirin prevents blood clots by
15 binding on to platelets and refusing to let them
16 congregate, essentially?
17    A    It prevents platelet aggregation.
18    Q    All right.  And, so, you say it's so much
19 better, but that's what he means when he says
20 discontinue antiplatelets?
21    A    Yes.  He's saying stop the Xarelto and
22 stop the aspirin.
23    Q    All right.
24        And is it known -- is it well-known to
25 doctors, who deal with these anticoagulants, that

Page 117

1 when you give two of them together you're
2 increasing the anticoagulation that you're giving
3 the patient, essentially?
4    MR. BIRCHFIELD:
5        Object to form.
6    THE WITNESS:
7    A    Well, we want to use the terms correctly.
8 BY MR. McCAULEY:
9    Q    Yes.
10    A    He wasn't on two anticoagulants, he was
11 on one anticoagulant and one antiplatelet.  But any
12 time anything that can thin the blood is a
13 potential to cause bleeding, if they're put
14 together.
15 BY MR. McCAULEY:
16    Q    Okay.  So if you have a risk of bleeding
17 on a NOAC such as Xarelto, then you have an
18 increased risk of bleed.  From that, if you add an
19 antiplatelet, like, aspirin, that's going to add
20 another additional risk of bleeding --
21    A    Yes.
22    Q    -- to that?
23    A    Although that practice is not uncommon.
24    Q    No, I understand.  No, I -- I'm not
25 questioning that, I'm just -- I'm just making sure

Page 118

1 I understand what's going on.
2    A   Sure.
3    Q   Okay.
4        So he also -- he says:  Anemia secondary
5 to GI bleed.  Do you see that in his plan?
6    A   Uh-huh.
7    Q   And he wants to continue to monitor every
8 8 hours those platelets.  But the anemia is the low
9 hemoglobin; right?
10   A   Yes.
11   Q   And that can or cannot -- that may or may
12 not be secondary to GI bleed, but that's -- that's
13 what's being suspected now?
14   A   In this situation he's monitoring the
15 blood counts, not just the platelets, every 8
16 hours.
17   Q   Okay.
18       And the reason he has secondary to GI
19 bleed is because that's a plausible, logical thing
20 to assume if the guy has black tarry stools and
21 he's got low blood counts, and he's on a blood
22 thinner, it would be reasonable to suppose that he
23 may have a GI bleed going on?
24   A   That's right.
25   Q   All right.

Page 119

1        And then under AKI, that's an acute
2 kidney injury?
3    A   Yes.
4    Q   He says mild AKI from baseline.  Baseline
5 being, what?  Do you know what the baseline was?
6    A   I think -- I think if I remember, his
7 baseline kidney function was normal.
8    Q   Okay.  Where would he get the baseline?
9    A   He probably went back in the record to
10 see before.
11   Q   Oh.
12   A   They'll do a search on the electronic
13 record to see if there's an old lab to compare it
14 to.
15   Q   And he says:  Will give 150 cc's an hour
16 and monitor kidney function.  150 cc's of saline
17 solution?
18   A   Yes.
19   Q   And that's to get some more fluids going?
20   A   Yes.
21   Q   And sometimes the kidney functions can go
22 out of whack if you're dehydrated or if you have
23 lost fluids?
24   A   That's true.
25   Q   Which can be -- it sounds to me like when

Page 120

1 you're a doctor, you're constantly trying to
2 balance all sorts of issues.  One is he has
3 congestive heart failure with accumulation of
4 fluid, and you're trying to get rid of that
5 fluid --
6    A   Uh-huh.
7    Q   -- right?
8    MR. BIRCHFIELD:
9        Object to form.
10 BY MR. McCAULEY:
11   Q   And so you're using a -- in this case
12 you're using a couple of diuretics to do that;
13 right?
14   MR. BIRCHFIELD:
15       Object to form.
16 BY MR. McCAULEY:
17   Q   But when you do that, that can sometimes
18 reduce the amount of fluids in your system
19 generally and affect the kidneys; is that fair?
20   A   Normally what we do in these patients is
21 assess their volume status at the time we see them.
22 And if you look forward, Dr. Hebert notes under the
23 heart failure section:  Slow hydration as patient
24 may have poor toleration.
25       And I think what he means by that is I

Page 121

1 know I'm giving fluids to someone with a history of
2 heart failure, but right now his volume status
3 dictates that I'll give him fluid and see if it
4 corrects his kidney dysfunction.
5    Q   Yeah.  And then he says -- because I'm
6 going to ask you about your impression on the same
7 thing -- he says increased BUN -- that's the BUN
8 number that is an increase is the suggestion that
9 the kidneys aren't functioning properly?
10   A   Uh-huh.
11   Q   He says:  Increased BUN likely secondary
12 to GI bleed and less from volume depletion, though
13 it is likely a component.
14       Can you -- because you're going to have a
15 different note on this.
16   A   Sure.
17   Q   Can you tell me what the -- what he's
18 saying, and then when I get to what you say, you
19 can tell me what you're saying.
20   A   Okay.  So, first, it's B-U-N, not "bun".
21   Q   Okay.  BUN.  Okay.
22   A   But, like I mentioned before, BUNs can
23 raise -- I'm sorry -- GI bleeds can raise the BUN
24 out of proportion to your normal range.  So I think
25 what he's talking about here is he's thinking the

Page 122

1 acute increase in the BUN is from the GI bleed,
2 mainly, and less likely from volume depletion.
3 Because it can also be raised by dehydration, as
4 well.
5    Q   Uh-huh.  Okay.
6        He also notes:  Hepatomegaly NOS.
7    A   Uh-huh.
8    Q   That's enlarged liver?
9    A   Yes.
10   Q   And tell me if your reading of the record
11 is any different from mine.  I didn't see that
12 anybody was able -- ever able to figure out why
13 this guy's liver was enlarged.
14   A   No.
15   Q   He didn't have any bad liver numbers when
16 you measured the liver counts; right?
17   A   No.  And his drinking history, if I
18 remember, wasn't significant.  He was, like, a
19 social drinker.
20   Q   Yeah.  I mean, that's the history we have
21 as well.
22       And then hyperbilirubinemia, that's --
23 that's, again, a liver thing going on; right?
24   A   Uh-huh.
25   Q   That can cause jaundice?

Page 123

1    A   It can.
2    Q   And did anybody ever get to the bottom of
3 that hyperbilirubinemia, or what's your thought on
4 that?
5    A   Some people can have a mild -- and his
6 was, if I remember, was mild.  Some people can have
7 a mild increase in their bilirubin just from
8 stressors on the body.
9    Q   Okay.
10       And then cholelithiasis, is -- that's
11 gallstones?
12   A   Yes.
13   Q   And what's the significance of
14 gallstones?  And let me ask you this.
15       Does it have any -- does it have any
16 bearing on anything else that he's being -- does it
17 have any bearing on the GI bleed or whether there
18 is or is not one?
19   A   It does not.  The only thing I think he's
20 putting in there is the initial complaint of
21 abdominal cramping, to see whether that is, maybe
22 in part, from the gallstones.
23   Q   Okay.
24   A   But he's noting here that he thinks the
25 pain is probably more due to the GI bleeding.

Page 124

1    Q   I see.
2    A   But he's noting the fact that he also has
3 gallstones and saying to consider repeat imaging if
4 it -- if it's warranted.
5    Q   Okay.  And then ascites -- have I said
6 that correctly?
7    A   "Ascites".
8    Q   "Ascites".  That's, again, the swelling
9 in the abdomen from a collection of fluid there?
10   A   It's fluid in the abdomen.
11   Q   And did anybody ever get to the bottom of
12 that?
13   A   You can get, actually, ascites just from
14 heart failure.  The two most common causes of
15 ascites are usually heart failure or liver disease.
16       And I think at this point the suspicion
17 was possibly that Mr. Boudreaux had liver disease,
18 but his acute issue in the hospital was the GI
19 bleeding.
20   Q   Okay.
21       And, then, HFCREF, that's a reading for
22 ejection fraction?
23   A   It's -- I don't know why the C's in
24 there, but it should be HFREF, which is heart
25 failure with a reduced ejection fraction.

Page 125

1    Q   Okay.
2    A   He probably added the "C", I presuming,
3 as a measure for "congestive".
4    Q   And that's just a measure of how his
5 heart is doing in pumping blood in and out?
6    A   Yes.
7    Q   All right.
8        And pleural effusion, that's accumulation
9 of fluid in the lungs?
10   A   Exactly.
11   Q   Again, a symptom of -- or a sign of heart
12 failure?
13   A   Can be.
14   Q   Okay.
15       And A-fib, we've talked about that,
16 A-fibrillation.  It says hold BB until improved
17 volume, then resume.
18       BB is beta blockers?
19   A   That is.  That's the metoprolol.
20   Q   Why do you hold that instead of the
21 amiodarone or --
22   A   Because he's bleeding, and it can affect
23 his blood pressure.  And, so, he wanted something
24 for control of rate that did not affect blood
25 pressure, so that's why he chose the amiodarone

Page 126

1 rather than the metoprolol.
2    Q    And, then, HTN hold home BP meds as
3 patient with mild hypotension.
4    A    Uh-huh.
5    Q    What that means is, don't give him any
6 more of his lisinopril, if that's what he's taking
7 for it; right?
8    A    Or his metoprolol.
9    Q    Or his metoprolol.  Because right now
10 he's got low blood pressure, that's his problem,
11 not high blood pressure?
12    A    And he's bleeding and can bleed more and
13 drop his blood pressure.
14    Q    Got it.  Okay.  All right.
15        And I'm not going to ask about any of the
16 others, except the one that I don't -- the two that
17 I don't understand.
18        PPX on page 12.  What is that?
19    A    I asked my resident doctors to have a
20 section on prophylaxis, because everyone is at risk
21 for blood clotting in the hospital.  And, so, I
22 want them to document what they're doing to address
23 that.
24        And here he put TED hose, which is just,
25 like, compression stockings.  And SCD, or

Page 127

1 subcutaneous compression devices that squeeze.
2    Q    Uh-huh.
3    A    And those have been shown in hospitals to
4 prevent blood clots.
5        Normally you can also do heparin
6 products.  The reason he chose these, obviously, in
7 this situation is that the patient's bleeding, so
8 he avoided the heparin products and chose this as
9 his prophylaxis measure.
10    Q    I see.
11        So if -- when a patient comes in the
12 hospital, they're in bed, they're sedentary,
13 they're not moving around, they're at risk of
14 forming blood clots?
15    A    That's correct.
16    Q    And, so, the stockings can help avoid
17 those blood clots?
18    A    Either this measure or doing what we call
19 chemical prophylaxis, which would be with the
20 heparin.
21    Q    Okay.  And, obviously, you're not going
22 to do that if he's bleeding?
23    A    Exactly.
24    Q    Because heparin's a blood thinner?
25    A    Exactly.

Page 128

1    Q    Okay.  So, Dr. Masri, let's go to your
2 first note, which is on page 17.
3    A    Okay.
4    Q    And you'll see that in the middle of
5 page 17 there's a Progress Note by yourself, and
6 the first thing you say is that the patient is seen
7 and examined -- this is at 7:40 in the morning?
8    A    Yes.
9    Q    So you're doing your morning rounds over
10 at the hospital --
11    A    Yes.
12    Q    -- at the hospital?
13        And you came in to see this patient at
14 7:40, and you -- the first thing you say is:  I
15 agree with the findings and plan of care as in the
16 resident note; is that right?
17    A    Yes.
18    Q    You're referring back to Dr. Hebert's
19 note?
20    A    That's correct.
21    Q    All right.
22        And then you say:  GI bleed related to
23 recent Xarelto initiation.  Is that right?
24    A    Yes.
25    Q    Now, I want to just make sure I'm -- I'm

Page 129

1 not misunderstanding.  When you say "related to
2 recent Xarelto initiation", you're saying because
3 he was anticoagulated, I think that's why he's
4 bleeding?
5    MR. BIRCHFIELD:
6        Object to the form.
7 BY MR. McCAULEY:
8    Q    Is that right?
9    A    Yes.  The time course dictated that he
10 wasn't bleeding and he was started on Xarelto, and
11 then he started having bleeding.
12    Q    And would you have -- would you have made
13 the same -- formed the same impression had he been
14 on warfarin?
15    A    Yes.
16    MR. BIRCHFIELD:
17        Object to form.
18 BY MR. McCAULEY:
19    Q    Or had he been on Eliquis?
20    MR. BIRCHFIELD:
21        Object to form.
22    THE WITNESS:
23    A    If he was recently started, yes.
24 BY MR. McCAULEY:
25    Q    Okay.

Page 130

1    Or any of the NOACs you would have made
2  the same -- had the same impression?
3    MR. BIRCHFIELD:
4    Object to form.
5    THE WITNESS:
6    A  If they were recently started.
7  BY MR. McCAULEY:
8    Q  Okay.
9    And then -- and when you say "recently
10 started", that's because once you discontinue them,
11 they don't last long in the system --
12   A  No.
13   Q  -- right?
14   So, for example, Xarelto -- I think they
15 measure these things in terms of half-lives?
16   A  Uh-huh.
17   Q  What's the half-life of Xarelto?
18   MR. BIRCHFIELD:
19   Object to form.
20   THE WITNESS:
21   A  I think it's about 8 hours.
22 BY MR. McCAULEY:
23   Q  So in about 8 hours it's about half, and
24 then in another 8 hours it's about half, and,
25 essentially -- it tapers off to, essentially, no

Page 131

1  effect at all?
2    A  Yes.
3    MR. BIRCHFIELD:
4    Object to form.
5  BY MR. McCAULEY:
6    Q  All right.  Now, it says:  Monitor HH
7  closely, which is hematocrit -- hemoglobin and
8  hematocrit?
9    A  Yes.
10   Q  Just as Dr. Hebert said.
11   And then you said:  Transfuse as needed
12 to maintain hemoglobin greater than 7?
13   A  Yes.
14   Q  You want to get that number up to above
15 7 before you feel comfortable?
16   A  It's not me.  Recent literature shows
17 that the patients do better with a 7 as the
18 transfusion threshold.
19   Q  Okay.  So transfusion means --
20   A  Blood.
21   Q  -- giving more blood?
22   A  (Nods head up and down.)
23   Q  Okay.  And then continue the PPI.  That's
24 the Protonix drip?
25   A  Yes.

Page 132

1    Q  Because you're careful about any
2  potential bleed areas in the stomach?
3    A  That's true.
4    Q  And Protonix, because it reduces the
5  acid, reduces the irritation to any bleed areas?
6    A  Evidence-based medicine is to start PPI
7  drips on any upper GI bleeds.
8    Q  And then you noted that GI was consulted?
9    A  Uh-huh.
10   Q  That's the gastroenterologist, and in
11 this case it was Dr. Joshi?
12   A  Yes.
13   Q  Okay.  And then you noted that there was
14 a plan for EGD.  That's the esophageal
15 duodenoscopy?
16   A  Uh-huh.
17   Q  That's where they put the camera down
18 from the mouth into the stomach --
19   A  Yes.
20   Q  -- and to the end of the stomach,
21 essentially?
22   A  Yes.
23   Q  All right.
24   You say in the next sentence:  No
25 indication for activated prothrombin complex

Page 133

1  concentrate at this point.
2    So I want to ask a couple of questions
3  about that.
4    A  Sure.
5    Q  First of all, a drug like warfarin has a
6  reversal agent; right?
7    A  (Nods head up and down.)
8    Q  Is that true?
9    A  Yes.
10   Q  Sometimes -- if I ask my question twice,
11 it's because sometimes you're nodding --
12   A  Okay.
13   Q  -- and the court reporter can't -- that's
14 all right -- the court reporter can't take it down.
15   And what that means is that if somebody
16 comes in and they have an uncontrollable bleed
17 going on and it's an emergency, you can stop the
18 effects of Coumadin by giving a shot of vitamin K,
19 or hopefully stop the effects by giving some
20 vitamin K?
21   A  Vitamin K or fresh frozen plasma.
22   Q  Okay.  And in the case of Xarelto, I
23 think -- tell me if you disagree -- there's no
24 specific reversal agent for Xarelto?
25   A  There is no specific antidote, no.

Page 134

1  Q  And on the other hand, it has a very
2  short half-life, as we've discussed --
3  A  Yes.
4  Q  -- or a fairly short half-life?
5  A  Yes.
6  Q  Is that right?  Okay.
7  And you -- and you said:  No indication
8  for activated prothrombin complex concentrate.
9  That prothrombin complex concentration,
10  can I just call it PCC?
11  A  Sure.
12  Q  If you use PCC, that can sometimes act as
13  a kind of an antidote to Xarelto; right?
14  A  It's not a direct antidote, but it has
15  been shown in some of the literature to help with
16  the reversal in patients with GI bleeding from the
17  newer anticoagulants.
18  Q  And whenever you -- I want to analogize
19  this -- when you're giving, like, a reversal agent
20  for warfarin or using PCC for Xarelto, that's,
21  like, slamming on the brakes of anticoagulation?
22  A  That's one way to put it.
23  MR. BIRCHFIELD:
24  Object to form.
25

Page 135

1  BY MR. McCAULEY:
2  Q  And if you slam on the brakes of
3  anticoagulation, you could have another unintended
4  effect, which is to, maybe, dramatically increase
5  very quickly the risk of blood clotting and stroke?
6  A  That's a possibility.  Although you deal
7  with the pressing issue at hand, which in this
8  situation is the bleeding.
9  Q  But in this situation, you felt that the
10  bleed was not such that you thought that this PCC
11  was indicated?
12  A  That's correct.
13  Q  Why did you think that?
14  A  His blood pressure was fairly stable and
15  he didn't have severe anemia.  And usually I
16  reserve the PCC for cases of instability.
17  Q  And "instability" meaning what, where the
18  blood pressure is going up and down?
19  A  Not up and down.  Usually too far down
20  where fluids and blood products do not help the
21  blood pressure, or if the patient is actively
22  uncontrollably bleeding.
23  Q  And that -- and sometimes you can see
24  much more severe anemia than this; right?
25  A  Severe -- more severe anemia, and you can

Page 136

1  see more severe bleeding, as well.
2  Q  And you can have, for example, hemoglobin
3  numbers that go down to 5 or 4; right?
4  A  Yes.
5  Q  And those are, obviously, worse than 6 or
6  7, which is where this guy was about?
7  A  Yes.
8  Q  All right.
9  So you felt that it was -- it was a safe
10  situation, you didn't need to do something as
11  drastic as I put it, slam on the brakes, with
12  respect to anticoagulants?
13  A  I wouldn't use that term, "safe".
14  MR. BIRCHFIELD:
15  Object to form.
16  BY MR. McCAULEY:
17  Q  Yeah.
18  A  But I would say that his GI bleed did not
19  warrant that intervention at that time.
20  Q  Okay.  Thank you.
21  Now, the second note that you put,
22  number 2, is ARF.  That's acute renal failure?
23  A  Yes.
24  Q  And you're responding, I think, to the
25  note of Dr. Hebert here.  He had said he thought it

Page 137

1  was from the GI bleed?
2  A  Uh-huh.
3  Q  And you said:  Likely prerenal azotemia
4  from volume loss?
5  A  Yes.
6  Q  Volume loss is when there's a loss of
7  fluids?
8  A  Well, in this situation I'm referring
9  specifically to the loss of blood.
10  Q  Loss of blood.
11  A  So I am saying similar to what Dr. Hebert
12  said.
13  Q  Okay.  And then there's going to be a
14  couple other references to this that I want to ask
15  you about along the way.
16  A  Okay.
17  Q  Then it says:  Ascites, cardiac versus
18  hepatic.
19  Again, that's what you described earlier,
20  which is -- can be a symptom of --
21  A  Heart or liver.
22  Q  -- heart failure, could be liver.  You're
23  going to try to get to the bottom of it, and one
24  thing you're going to do is have an ultrasound?
25  A  Right.

Page 138

1    Q   All right.
2        And you're going to discuss with the GI
3    the diagnostic paracentesis.  What does that mean?
4    A   That's a needle that you put into the
5    belly to extract the sample of fluid and test it to
6    see whether it's from the heart or from the liver.
7    Q   Okay.
8        And for hypertension you agree and concur
9    you're going to hold his BP meds?
10   A   Yes.
11   Q   And that's what we've already discussed.
12   Okay.
13       Doctor, I'm going to take you to page 19.
14       Do you need a break?
15   A   No, I'm fine.
16   Q   Okay.
17       I'm going to take you to page 19, which
18   is a progress note by Dr. Billeaud?
19   A   Yes.
20   Q   And Dr. Billeaud is another resident in
21   internal medicine?
22   A   Yes.
23   Q   One of those residents who works under
24   your tutelage?
25   A   Yes.

Page 139

1    Q   And, again, his note is cosigned by you.
2    Do you see that?
3    A   Yes.
4    Q   Dr. Billeaud saw the patient at 7:15 in
5    the morning on February 5th; right?
6    A   Yes.
7    Q   And we won't go through the whole note,
8    but with respect to the plan on page 20, after
9    Dr. Billeaud does his workup and analysis?
10   A   Uh-huh.
11   Q   He says:  Will monitor for melanotic
12   stool.  That is monitor for stool in the blood
13   under GI bleed?
14   MR. BIRCHFIELD:
15       Object to form.
16   THE WITNESS:
17   A   Will monitor for the dark tarry stools.
18   BY MR. McCAULEY:
19   Q   Yes.  Dark tarry stools.
20   A   Yes.
21   Q   Okay.
22       And he says:  Patient reports melanotic
23   stool recently.
24       Is that referring back to the melanotic
25   stool he had preadmission, do you think?

Page 140

1    A   Yes.
2    Q   And increased BUN on admit down to 57
3    from 61.  So the BUN numbers are going, it looks
4    like, in the right direction?
5    A   Yes.
6    Q   All right.
7        And he's still on a Protonix drip, and
8    he's asking for CBC every 12 hours?
9    A   Yes.
10   Q   Is that because he feels, now, there's
11   stability and he can start looking every 12 rather
12   than 8?
13   A   We're moving towards the area of
14   stability.
15   Q   Okay.
16       And then he says:  GI consult for scope
17   reveals mucosal changes.  Suspicious for
18   short-segment Barrett's esophagus.  Normal
19   elsewhere.  Plan for c-scope.
20       Are you with me there?
21   A   Uh-huh.
22   Q   And the GI consult for scope refers to
23   the EGD scope that we talked about earlier?
24   A   Yes.
25   Q   That was what Dr. Joshi did on

Page 141

1    February 4th?
2    A   That's correct.
3    Q   And what Dr. Joshi did was look at the
4    esophagus and the stomach, and the area that
5    attaches the stomach to the lower intestine?
6    A   And the first part of the intestine.
7    Q   And the first part of the intestine.
8        And what did -- do you have a
9    recollection of what he found?
10   A   Yes.  I have it.
11   Q   What did he find?
12   A   He found what he call short-segment
13   Barrett's esophagus, which is a finding we see in
14   patients with reflux disease, where the acid comes
15   from the stomach back into the lower esophagus and
16   changes the mucosal -- the mucosa of the lower
17   esophagus.
18       And it is a risk factor for lower
19   esophageal cancer, if not treated appropriately.
20   Q   And, so, now he did not find any active
21   source of bleeding; is that true?
22   A   No.  And that was what the plan for the
23   c-scope was for.
24   Q   And, so, now he's done the EGD from the
25   mouth down to the first part of the small

Page 142

1 intestine. Now he's going to go from the other end
2 of the digestive tract and do a colonoscopy all the
3 way up through the large colon to the beginning --
4 to the end piece of the lower intestine?
5    A   The colonoscopy will cover you from the
6 rectum through most of the large intestine, and
7 sometimes you can see the very end of the small
8 intestine.
9    Q   Okay.
10    A   But the area from the beginning of the
11 small intestine to the end of the small intestine
12 is not seen by an EGD or a colonoscopy. And that's
13 why if they're both negative, you need that capsule
14 endoscopy. That was done later on him.
15    Q   We'll get to that capsule.
16       But the finding on the EGD of Barrett's
17 esophagus, does that suggest that the
18 gastroesophageal reflux disease, or his heartburn
19 or acid -- excess acid in the stomach, whatever you
20 want to call it, had been going on for some time?
21    A   Yes.
22    Q   In other words, that doesn't come within
23 a day or 2 weeks?
24    A   No. That's a chronic condition.
25    Q   Chronic condition.

Page 143

1       In fact, he had been on, as we saw,
2 Protonix even before he got to the hospital?
3    A   That's true.
4    Q   So if he has that Barrett's esophagus,
5 that came from something even before he started
6 taking Xarelto?
7    A   Yes.
8    Q   All right. Is the fact that he has a
9 sufficient amount of gastric acids splashing up and
10 disturbing the mucosal linings of the esophagus,
11 does that suggest a potential for an ulcer or
12 something there?
13    MR. BIRCHFIELD:
14       Object to form.
15    THE WITNESS:
16    A   No. GERD and ulcer disease are two
17 different mechanisms on how they work, so I
18 wouldn't put it -- I wouldn't tie those two
19 together.
20       It does suggest that he's had fairly long
21 standing GERD, because you don't get Barrett's,
22 like you said, acutely. It's more of a chronic
23 condition.
24 BY MR. BIRCHFIELD:
25    Q   You obviously know where I'm going. I'm

Page 144

1 trying to understand whether that GERD presents a
2 risk of bleed over the long-term or not.
3    A   This finding on the EGD does not explain
4 his melanotic stools, and that's why the next
5 step -- and he went in the right order, as you
6 usually go after the highest yields.
7       The fact that he had melena when he came
8 in indicates an upper source and, so, it's correct
9 to proceed with an EGD first. And if you were to
10 find the source in the EGD, you would stop. But
11 the fact that he didn't find an active source in
12 the EGD, the next step would be to do a
13 colonoscopy; and if that was normal, to do a
14 capsule endoscopy.
15    Q   Rather than -- rather than my going back
16 to a chronological analysis, and while we're on the
17 topic of the colonoscopy and the capsule, let's
18 discuss those.
19    A   Okay.
20    Q   So there was a colonoscopy done after a
21 couple of days?
22    A   Yes.
23    Q   And it took a couple of days because it
24 took a little while for him to get cleaned out?
25    A   That's correct.

Page 145

1    Q   In other words, to do that colonoscopy,
2 you have to drink a lot of that goo and it cleans
3 out your bowels?
4    A   That's correct.
5    Q   And in his case, it took a little longer
6 than they expected?
7    A   That's correct.
8    Q   Perhaps because he had been constipated
9 or reported only having two bowel movements over a
10 period of a week, or so?
11    A   That's a fair assumption.
12    Q   All right.
13       And, so, they waited until he was cleaned
14 out, and then they did a colonoscopy -- Dr. Joshi
15 did a colonoscopy?
16    A   That's correct.
17    Q   What were his findings on colonoscopy?
18    A   The colonoscopy was done on February 7th,
19 and it showed what we call diverticulosis, which
20 are little weak points in the colon that have the
21 potential to bleed.
22    Q   Okay. Was there any active sign of
23 bleeding in the --
24    A   No.
25    Q   -- in the colon?

Page 146

1    And diverticulosis, how is that
2  different -- what's the difference between that and
3  diverticulitis?
4    A   The easy way I tell patients is
5  diverticulosis bleeds and diverticulitis hurts.
6  One is a bleeding phenomenon, and the other is
7  usually an infection treated with antibiotics.
8    Q   And, so, the diverticulosis, as you put
9  it, a couple -- some weak spots in the lining of
10 the colon?
11   A   Yes.
12   Q   And those are potential bleeders?
13   A   Yes.
14   Q   And if you -- if you have those weak
15 spots and the potential to bleed there, a blood
16 thinner might actually cause a bleed because you're
17 now -- you're now -- you've got thin blood?
18   A   It could be.
19   Q   All right.
20     Now, what did you take away from the fact
21 that Dr. Joshi found no active source of bleeding
22 in the colon?
23   A   Well, A couple of things.  One is that --
24 I -- you can still have an upper GI bleeding source
25 that's not found on the EGD.  For instance, there

Page 147

1  are little vessels that can bleed and are visible
2  when they're bleeding, but when they're not
3  actively bleeding -- and by the time he came to us
4  he wasn't having melanotic stools -- that when the
5  endoscoper goes in, they won't see those.
6      But in order to complete his workup, and
7  this is why I had talked to him -- I'm sure I would
8  talk to him about it, because this is what I would
9  do in situation -- is he needed that capsule
10 endoscopy to get done.
11     And then at any point in the future if he
12 were to have any bleeding, he should come right
13 away so they could repeat that EGD.  And if he's
14 actively bleeding, hopefully, see the vessel and
15 find the vessel and take care of it.
16   Q   So if you find the active source of
17 bleeding, sometimes you can take reparative
18 measures and, I don't know, seal it off so it
19 doesn't bleed anymore?
20   A   In the situation of a bleeding vessel,
21 you can -- you can actually do what we could call
22 oblation, where through the scope they can actually
23 kind of burn it so that the vessel can't bleed
24 anymore.
25   Q   I see.

Page 148

1    And, now, you mentioned the capsule
2  study.  We've now got covered, I think -- from the
3  EGD we've got covered from the esophagus down to
4  the first part of the lower -- of the small
5  intestine, and the colonoscopy we've got covered,
6  as you said, from the rectum through the -- almost
7  the entire length of the large intestine and
8  sometimes into the lower end of the small
9  intestine?
10   A   That's very accurate.
11   Q   And, so, what we're missing from the
12 picture is the lower intestine?
13   A   The small intestine.
14   Q   I'm sorry.  The small intestine --
15   A   Yes.
16   Q   -- that's what I meant to say -- which is
17 that squiggly mass of stuff that sits inside the
18 large intestine?
19   A   Yes.
20   Q   And in order to get a good peek at that,
21 you can't really run -- it's not really feasible to
22 run a tube through there; right?
23   A   That's correct.
24   Q   There are too many turns and twists, and
25 all of that.  So you have this technique of putting

Page 149

1  a pill camera in there; right?
2    A   That's correct.
3    MR. BIRCHFIELD:
4      Object to form.
5  BY MR. McCAULEY:
6    Q   And they swallow the pill.  And it -- and
7  as it goes through the digestive tract, it takes
8  pictures of the lower intestine; right?
9    A   It takes pictures --
10   Q   I mean -- I'm sorry -- of the small
11 intestine.
12   A   It takes a picture of the entire tract.
13   Q   The entire tract.
14   A   But now it allows you visualization of
15 the small intestine.
16   Q   And you're wearing some sort of a belt or
17 a harness, or something, that records the
18 photographs it's taking?
19   A   I'm not sure about the exact process.
20   Q   Okay.  But, in any event, this
21 methodology allowed Dr. Joshi to get a good look at
22 the small intestine, including the rest -- and the
23 rest of the digestive tract, as well; right?
24   A   Yes.
25   Q   What did he find?

Page 150

1    A   The capsule endoscopy, he did not find
2  any source of bleeding.
3    Q   All right.  But that was done in March,
4  or so?
5    A   Yes.
6    Q   All right.  So in March of 2004, which is
7  about a month after he's discharged from your care,
8  he has an alpha-to-omega or beginning-to-end
9  digestive tract pill cam study, and no active
10  source of bleeding?
11    A   That was 2014, yes.
12    Q   I'm sorry, 2014.  Excuse me.  The more
13  questions I ask, the worse they get.  Sorry.
14        Anyway, and as of that date, there's no
15  active source of bleeding --
16    A   Yes.
17    Q   -- right?
18        All right.  And you still believe that if
19  there was a gastrointestinal bleed, which I think
20  is your best hypothesis at this point --
21    MR. BIRCHFIELD:
22        Object to form.
23    MR. McCAULEY:
24        I'm sorry?
25    MR. BIRCHFIELD:

Page 151

1        I was just trying to get my objection in
2  before he answered.
3    MR. McCAULEY:
4        That's all right.  Okay.  I understand
5  your doing that, I'm not going to --
6  BY MR. McCAULEY:
7    Q   Anyway, so, you still believe that it's
8  most likely coming from the upper GI because of the
9  black stool?
10    A   That's correct.
11    Q   And if it was coming from one of these
12  diverticuloses, is it true that you would, more or
13  less, expect it to be red blood in the stool as
14  opposed to black tarry stool?
15    A   Yes.  Because the transit distance is
16  much lower, so it doesn't have the time to be
17  metabolized like if it was from the upper.
18    Q   Okay.
19        And then if Dr. Hebert's rationale is
20  right about the BUN number, if that's because of
21  metabolized blood, that would also suggest upper GI
22  tract?
23    A   Yes.  That's correct.
24    Q   But besides this possibility of these
25  small vessels that you can't detect -- that aren't

Page 152

1  bleeding when you go in to look at them, bleeding
2  when they're actively being anticoagulated, we
3  don't have any real evidence of where the bleed was
4  coming from; right?
5    A   That's correct.
6    Q   And we have to believe -- I guess we have
7  to believe there was a bleed, do we?  Or is that --
8  is that -- is there still some question about
9  whether he was actively bleeding?
10    A   I don't think there was any question
11  about that.  If you take into account the recent
12  initiation of the Xarelto, the fact that he had
13  melena, the fact that his BUN was high, his blood
14  counts were low, I think it's a fairly safe
15  diagnosis to come to.
16    Q   Okay.
17        And, Doctor, another thing that can
18  contribute to the anemia is B12 -- vitamin B12
19  deficiency?
20    A   That's correct.
21    Q   Vitamin B12 deficiency is sometimes
22  called pernicious anemia?
23    A   It is.
24    Q   And what that means is that your body
25  does not have enough B12, which is an essential

Page 153

1  ingredient for producing red blood cells?
2    A   That's correct.
3    Q   And, so, if you have a body that
4  cannot -- that does not have enough B12 in it, you
5  might not be making enough red blood cells, or the
6  red blood cells you make don't divide and they're
7  too -- they're larger than usual, and all of that?
8    A   That's correct.
9    Q   All right.
10        One of the things that was done while he
11  was in the hospital under your care was to test him
12  for vitamin B12 deficiency; right?
13    A   Yes.
14    Q   And you found him to be deficient; is
15  that right?
16    A   So, normally, if anyone presents with
17  anemia, we always test them for everything --
18    Q   All right.
19    A   -- just to see if there's any other
20  causes of the low blood counts.
21        In his situation his B12 level was low,
22  and we gave him a B12 injection, an intramuscular
23  injection of B12, and then put him on B12, and he
24  was discharged.
25    Q   Okay.  So a B12 injection, how much do

Protected - Subject To Further Protective Review

Page 154

1 you give when you --
2    A    A thousand micrograms.
3    Q    And then -- then you -- did you have to
4 prescribe B12 for him?
5    A    I did.
6    Q    So you prescribed B12 pills --
7    A    Yes.
8    Q    -- or supplements?
9         Is that something he can get over the
10 counter?
11    A    You can get them over the counter.  It
12 sometimes doesn't come in the same dose, so usually
13 I recommend my patients just get the prescription
14 form.
15    Q    And do you think that he should be on
16 that -- or was it your view that he should be on
17 that chronically, long term?
18    A    Usually what I tell patients is to have
19 their primary care doctor recheck the levels in a
20 couple of months and determine whether they need to
21 be on it chronically or not.
22    Q    Okay.
23         Sometimes pernicious anemia, that is
24 your -- the inability of your body to absorb enough
25 B12 from the food you eat, is because you lack

Page 155

1 something called intrinsic factor?
2    A    That's correct.
3    Q    Is that what the test was that you did,
4 to test for intrinsic factor, or were you just
5 testing the amount of B12 in the blood?
6    A    Clinically, normally, it doesn't change
7 how we treat, so, normally if we see a low B12
8 level, we go ahead and just treat with the B12,
9 regardless of the cause.
10    Q    And if he has low hemoglobin and low
11 hematocrit and low red blood cells, understanding
12 that the evidence is good that there was a -- to
13 the extent you can call such evidence good -- but
14 the evidence was strong, in your view, that he had
15 a gastrointestinal bleed, can some of those low
16 numbers be partially explained, do you think, that
17 the low hematocrit, the low hemoglobin, the low red
18 blood cell count, by the vitamin B12 deficiency?
19    A    If it was a mild case of anemia, I would
20 say yes.  In this situation with the levels he had,
21 usually it's more than just B12 deficiency.
22    Q    Okay.  And -- all right.  Thank you for
23 that.
24         Now, let's go on to the note of Dr.
25 Billeaud on page 20.  And I want to look at the --

Page 156

1 I'm not going to look at all of the diagnoses and
2 plan items.  If you think there's something
3 significant you want to point out to me, that's
4 fine.
5    A    Okay.
6    Q    I'm asking about AKA -- AKI, now, on
7 page 21.
8    A    Uh-huh.
9    Q    That's the acute kidney injury --
10    A    Yes.
11    Q    -- that Dr. Hebert was following?
12    A    Yes.
13    Q    And it says:  Mild AKI from baseline.
14 Fluid stopped in light of CHF history.  Patient AKI
15 resolving.
16         What I'm trying to understand is -- well,
17 first of all, "patient AKI resolving" means his
18 numbers are going in the right direction.  It looks
19 like any concerns about the kidneys have been
20 addressed.
21    A    Right.
22    Q    Is that right?
23    A    That's correct.
24    Q    All right.  And the fluid stopped in
25 light of CHF history.

Page 157

1         Does that mean fluids -- fluids to the
2 patient were stopped because it might exacerbate
3 the fluid accumulation he had?
4    A    Again, I don't want to speak for Dr.
5 Billeaud, but the idea is the fact that he received
6 fluids for his kidney injury, and you want to
7 balance the risk and benefits of the fluids and the
8 fact that he has heart failure, and since he's seen
9 resolution of the kidney disease now he wants to
10 slow down on the fluids and stop the fluids to
11 prevent overload with his history of heart failure.
12    Q    Got it.
13         So he's now going to -- he's going to
14 throttle back on the -- I use those automotive
15 terms all the time -- he's going to throttle back
16 on the fluids because we're getting good
17 response --
18    A    From the kidney side.
19    Q    -- from the kidneys?
20    A    Correct.
21    Q    Okay.
22         And, in addition, there's no active
23 source of bleeding that's been found on EGD?
24    A    Yes.
25    Q    All right.

Page 158

1  Doctor, I'm going to go to your note on
2  page 22. Do you see that at the bottom?
3  A  Yes.
4  Q  Okay. And that's -- I think this is the
5  next note I have for you, the second visit, it
6  looks like you saw the guy at 7:15 a.m.?
7  A  Yes.
8  Q  And you noted, as you did before with
9  Dr. Hebert, that you agree with the findings and
10  plan of care as in the resident note?
11  A  Yes.
12  Q  And you're referring to Dr. Billeaud's
13  note?
14  A  Yes.
15  Q  All right.
16  And, then, if you go to the page 23, I
17  wanted to ask -- there's a couple of questions I
18  wanted to ask about.
19  A  Uh-huh.
20  Q  Again, you say: No indication for
21  activated prothrombin complex concentrate.
22  Is that simply a carryover from what you
23  said before, or do you evaluate that each time?
24  A  We evaluate it each day. But his
25  clinical status had not turned unstable.

Page 159

1  Q  And, so, same -- same conclusion for the
2  plan as before, no need for that PCC to be
3  introduced?
4  A  Correct.
5  Q  All right. And, then, in Number --
6  there's actually two Number 4s. The first
7  Number 4 --
8  A  Okay.
9  Q  -- it says at the last -- the last bit of
10  it says: Clinically euvolemic. That means
11  dehydrated; right?
12  A  No. "Eu" -- "eu" -- the term "volemic"
13  is volume status, and "eu" means not overloaded,
14  not dehydrated. Hypovolemic would be dehydrated
15  and hypervolemic would be overloaded.
16  Q  Euvolemic --
17  A  So what I'm staying there is that despite
18  the fact he got fluids, it did not affect his heart
19  failure to the point that he's now overloaded.
20  Q  Euvolemic is just right?
21  A  Just right.
22  Q  Okay. Good.
23  Now, Doctor, I'm going to go to the note
24  of Dr. Patel on page 24. Do you have that?
25  A  Yes.

Page 160

1  Q  And Dr. Patel's note says -- he's
2  reporting -- I'm sorry -- Dr. Patel's note starts
3  on page 23, it goes on -- I'm on page 24 of his
4  note. And he's reporting on the ultrasound that
5  was done.
6  A  Okay.
7  Q  Do you see that?
8  A  Yes.
9  Q  It says: There is hepatomegaly.
10  That is, the ultrasound shows there's an
11  enlarged liver --
12  A  Yes.
13  Q  -- which we've discussed.
14  And it says: There is splenomegaly, and
15  that's enlarged spleen?
16  A  Yes.
17  Q  What's the significance of an enlarged
18  spleen, if any, to you in this case?
19  A  The concern would be underlying liver
20  disease, because you can see an enlarged spleen in
21  the setting of high pressures relating to liver
22  disease.
23  Q  And this is unrelated to the
24  gastrointestinal bleeding?
25  A  Yes.

Page 161

1  Q  Okay. So far as we know, as far as you
2  can tell, the enlarged liver, the ascites, the
3  enlarged spleen and the gallstones are entirely
4  unrelated conditions to the gastrointestinal bleed?
5  A  That's correct.
6  (Discussion off the record.)
7  BY MR. McCAULEY:
8  Q  And, Doctor, if you go to page 25, I'm
9  just going to finish up on Dr. Billeaud's -- Dr.
10  Patel's note.
11  Again, Dr. Patel is a resident who works
12  under your supervision?
13  A  That's correct.
14  Q  And he notes that at this time, which is
15  on February 6th, the AKI, the acute kidney injury,
16  has resolved?
17  A  Yes.
18  Q  All right.
19  And is that your understanding, that the
20  kidney -- whatever kidney issues were going on have
21  been resolved, and he was euvolemic, just right in
22  terms of hydration and just right in terms of
23  kidney function?
24  A  Yes.
25  MR. McCAULEY:

Page 162

1   All right. Okay. We'll take a break
2 here and change the tape.
3   VIDEOGRAPHER:
4   This is the end of Tape 2. We're now off
5 the record at 11:50.
6   (Recess taken at 11:50 a.m. Back on
7 record at 11:58 a.m.)
8   VIDEOGRAPHER:
9   This is the beginning of Tape 3. We're
10 now back on the record. The time is 11:58.
11 BY MR. McCAULEY:
12   Q   All right. Doctor, we're in the home
13 stretch --
14   A   Okay.
15   Q   -- at least as far as my questioning
16 goes.
17   I'm going to ask you to turn to page 27
18 of the pages you have in front of you --
19   A   Sure.
20   Q   -- which I believe is your progress note?
21   A   Yes.
22   Q   And that's -- again, you follow on your
23 resident and you agree with their plan, or if you
24 disagree you would say so; right?
25   A   Uh-huh.

Page 163

1   Q   And the resident in this case was
2 Dr. Patel; right?
3   A   Yes.
4   Q   That's what you were referring back to in
5 this note?
6   A   Yes.
7   Q   And I think this is -- the only question
8 I really have about this is the B12 deficiency,
9 number 5 on the list?
10   A   Yes.
11   Q   That's what we were discussing earlier,
12 that as routine you tested him for B12, for folate,
13 for iron, for this, for that; right?
14   A   That's part of his anemia workup.
15   Q   It's part of his anemia workup.
16   And what came back from the anemia workup
17 was not iron deficiency or folate deficiency, but
18 B12 deficiency?
19   A   Correct.
20   Q   And, so, then you gave him a B12 shot and
21 started him on, it says, PO supplementation. That
22 means oral supplementation; right?
23   A   Right.
24   Q   Okay. Now, you say under 7, Disposition,
25 DC today -- that means discharge today -- after

Page 164

1 colonoscopy with PCP, GI and cards, which is
2 cardiology?
3   A   Yes. Those are his follow-up
4 appointments.
5   Q   In other words, we're going to discharge
6 him from the hospital and we're going to make sure
7 he's following up with his primary care physician,
8 his gastroenterologist, that's Dr. Joshi, who's
9 going to do the capsule after the colonoscopy,
10 right?
11   A   Right.
12   Q   And with his cardiologist?
13   A   That's correct.
14   Q   And then finally, Dr. Masri, it looked
15 like because his colonoscopy was delayed, that he
16 didn't actually get discharged that day?
17   A   That's correct.
18   Q   And, so, there's another note from you on
19 February 7th, page 31 of the pages?
20   A   Yes.
21   Q   And this looks to me an awful lot like
22 the one we just looked at?
23   A   Yeah. There was no change in this plan.
24 It was just that his colon was delayed.
25   Q   Okay. So by the time he was discharged,

Page 165

1 had the plaintiff fully recovered -- the patient,
2 the plaintiff -- had Mr. Boudreaux fully recovered
3 from his bleeding event?
4   A   He had no more signs of bleeding, and his
5 symptoms, he was not complaining of any weakness or
6 dizziness.
7   Q   And without regard to some of the other
8 conditions that were observed and found when he
9 came in, with respect to that gastrointestinal
10 bleed, what was your -- what was your prognosis at
11 that time?
12   A   As far what?
13   Q   Well, his Xarelto -- his anticoagulant
14 had been discontinued?
15   A   Yes.
16   Q   And, so, he was now just on aspirin?
17   A   Yes.
18   Q   And he had been on aspirin before without
19 incident; right?
20   A   Yes.
21   Q   And, so, did you -- did you expect that
22 there was any lasting issues as a result of his
23 Xarelto usage?
24   A   In reviewing the records, I noted that
25 his -- it looks like I noted that his hemoglobin

Protected - Subject To Further Protective Review

Page 166

1 had dropped below that 7 threshold that morning,
2 and, so, I had given him two more units that day to
3 kind of quote, unquote, "tank him up" before he
4 left.
5 Q Yep.
6 A So the plan that day was to have the
7 colonoscopy done, get the two units of blood, and
8 be able to go home after the results of the
9 colonoscopy, with followup with those three
10 doctors.
11 Q Okay. And, but, in terms of what I'm
12 trying to understand, is Xarelto is no longer in
13 his system effectively; right?
14 A No. No.
15 Q And was no longer -- if it had been
16 causing gastrointestinal bleed, was no longer doing
17 so?
18 A That's correct.
19 Q And so far as you know, he wasn't
20 bleeding when he left?
21 A That's correct.
22 Q And he hasn't been bleeding since, so far
23 as you know?
24 A I don't have any record of him after
25 this, but...

Page 167

1 Q Well, other than the pill capsule --
2 A Right.
3 Q -- record that you have --
4 A That's correct.
5 Q -- from March?
6 And there, as we've described, from
7 beginning to the end of the digestive tract, there
8 was no active source of bleeding?
9 A That's correct.
10 Q Okay.
11 With respect to that -- with respect to
12 the PCC that we talked about --
13 A Uh-huh.
14 Q -- I think you've described that as not
15 really an antidote to Xarelto, but something that
16 could stop anticoagulation or put a halt to
17 anticoagulation?
18 A Yes.
19 Q Had there been a specific antidote,
20 would -- your analysis, I assume, would have been
21 the same, that there was no need for a specific
22 antidote, there was no need for PCC, there was no
23 need for a specific antidote in this case?
24 MR. BIRCHFIELD:
25 Object to form.

Page 168

1 THE WITNESS:
2 A It's easier to quantify, for instance, if
3 it was Coumadin. So if he came in with the same
4 amount of bleeding and his INR, for instance, was
5 extremely elevated, then I probably would have gone
6 with fresh frozen plasma and possibly vitamin K.
7 In the situation of Xarelto or Eliquis,
8 or the newer ones, you cannot use the INRs to
9 gauge, so you go by clinical symptoms and the
10 setting in which they're having the bleeding.
11 In his situation, he was responsive to
12 resuscitation measures, his blood counts were
13 fairly stable, he wasn't actively bleeding. And,
14 so, at no point during his hospitalization did he
15 need the PCC.
16 Q Or if one had been available, a reversal
17 agent or an antidote, as we put it?
18 A No.
19 MR. McCAULEY:
20 Doctor, I really appreciate your time.
21 Thank you very much. It's been enjoyable
22 talking with you, and Mr. Birchfield may have
23 a few questions.
24 THE WITNESS:
25 Okay.

Page 169

1 EXAMINATION
2 BY MR. BIRCHFIELD:
3 Q Dr. Masri --
4 A Yes.
5 Q -- in your view did Xarelto substantially
6 contribute to the GI bleed that Mr. Boudreaux
7 experienced?
8 A Yes.
9 Q And would it require some measure of
10 speculation on your part to say whether he would
11 have had this same GI bleed had he been on some
12 other measure of anticoagulant therapy?
13 MR. McCAULEY:
14 I object.
15 THE WITNESS:
16 A What do you mean by that?
17 BY MR. BIRCHFIELD:
18 Q Can you say -- can you say, or would you
19 say, with any degree of medical certainty that he
20 would have had the same GI bleed had he been on
21 warfarin or Eliquis?
22 A No. That's hard to say. I don't think
23 you can say that.
24 Q And, Doctor, you brought some Xarelto
25 materials with you this morning?

Page 170

1  A   Sure.
2  Q   Do you need these back --
3  A   No.
4  Q   -- or can we mark these as an exhibit to
5  your deposition?
6  A   No, I don't.
7     (Discussion off the record.)
8  MR. BIRCHFIELD:
9     Did you stop on #12?
10  MR. McCAULEY:
11     I did.
12     So I would suggest -- this -- how we're
13  going to handle these -- let's go off the
14  record for one second.  We don't --
15     (No document was marked as N. MASRI #12
16  for identification.)
17  VIDEOGRAPHER:
18     We're now off the record at 12:05.
19     (Recess taken at 12:05 p.m.  Back on
20  record at 12:08 p.m.)
21  VIDEOGRAPHER:
22     We're now back on the record.  The time
23  is 12:08.
24  BY MR. BIRCHFIELD:
25  Q   Dr. Masri, I'm going to hand you what's

Page 171

1  marked as Exhibits #13 through #17.
2  A   Sure.
3  Q   And you described for us earlier how you
4  came into possession of these --
5  A   Sure.
6  Q   -- Xarelto-related materials?
7     But will you just walk us through each of
8  those exhibits and tell us briefly what that is?
9  A   Okay.  Exhibit #13 is a Xarelto CarePath
10  Trial Offer that allows patients to get a free
11  30-day trial.
12     (Document marked as N. MASRI #13 for
13  identification.)
14  BY MR. BIRCHFIELD:
15  Q   And on the inside of Exhibit #13 is the
16  prescribing information.
17  A   It has a package insert, and it has the
18  card for the 30 days.
19  Q   Okay.  Thank you.
20  A   And Exhibit #14 is also the Xarelto
21  CarePath Savings Card, which deals with a
22  discounted co-pay.  And on the inside it has the
23  card, a package insert, and then a rebate form if
24  your pharmacy cannot process the card.
25  ///

Page 172

1     (Document marked as N. MASRI #14 for
2  identification.)
3  THE WITNESS:
4  A   Exhibit #15 is a brochure -- excuse me --
5  that is sometimes used for physicians and patients
6  on Xarelto that has some information on Xarelto.
7  And on the inside is another package insert.
8     (Document marked as N. MASRI #15 for
9  identification.)
10  THE WITNESS:
11  A   Exhibit #16 and #17 are what we call
12  discharge kits for patients that are sometimes
13  given if they're prescribe Xarelto in the hospital.
14     #16 is for a DVT/PE diagnosis.
15     (Document marked as N. MASRI #16 for
16  identification.)
17  THE WITNESS:
18     And #17 is for A-fib.
19     And they each contain brochures, trial
20  offers, dosing diaries and a video offer.
21     (Document marked as N. MASRI #17 for
22  identification.)
23  MR. BIRCHFIELD:
24     Okay.  Thank you, Dr. Masri.  That's all
25  the questions I have.

Page 173

1     FURTHER EXAMINATION
2  BY MR. McCAULEY:
3  Q   Dr. Masri, if someone is prone to
4  bleeding, that is, they have these vessels that are
5  weak, and bleeding can result if their blood is
6  thin; right?
7  A   Yes.
8  Q   If they have that situation, then any
9  blood thinner is going to create a risk that
10  they'll bleed; right?
11  MR. BIRCHFIELD:
12     Object to form.
13  THE WITNESS:
14  A   That's correct.  Although each of the
15  blood thinners have a different bleeding -- risk of
16  bleeding versus efficacy ratio that we look at.
17  BY MR. McCAULEY:
18  Q   Okay.
19     And you have to look at all sorts of
20  ratios; you have to look at major bleeds, you have
21  to look at intracranial bleeds, you have to look at
22  fatal bleeds, there are all sorts of -- there are
23  all sorts of numbers you can look at; right?
24  A   That's correct.
25  MR. BIRCHFIELD:

Page 174

1    Object to form.
2  BY MR. McCAULEY:
3    Q   But no matter what NOAC, or if you choose
4  warfarin, no matter what, if somebody has a lesion
5  or some circumstance, like a -- as you put it,
6  those tiny vessels in the stomach --
7    A   Yes.
8    Q   -- that can start bleeding, whatever NOAC
9  you give them, whatever warfarin you give them,
10 you're going to be -- you're going to be worried
11 about bleeding in that area?
12   A   That's correct.  Potentially.
13   Q   And that's why if you have someone on --
14 generally speaking, if you have someone on warfarin
15 or Xarelto or Eliquis and they bleed, you're going
16 to be very careful about putting them on some other
17 NOAC after that; right?
18   A   You always have to balance the patients'
19 needs for it versus their risk of recurrent
20 bleeding, yes.
21   Q   And because they bled once on one blood
22 thinner, you've got to believe that they're more
23 likely to bleed again on another blood thinner;
24 somebody who's had a history of bleeding on a blood
25 thinner is somebody who has another factor that you

Page 175

1  have to consider in prescribing another blood
2  thinner?
3    A   That's -- that's true.
4    MR. BIRCHFIELD:
5    Object to form.
6  BY MR. McCAULEY:
7    Q   Okay.  Can I ask this question.
8    Is -- hypertension, does that put you at
9  a higher risk of bleeding?
10   A   In the setting of intracranial bleeds, I
11 would answer yes.  In the setting for GI bleeds, I
12 would say that it's likely unrelated.
13   Q   Okay.  And how about diabetes?
14   A   No.
15   Q   Okay.  And how about concomitant aspirin?
16   A   Yes.
17   Q   And how about concomitant NSAIDs?
18   A   Yes.
19   Q   How about age greater than 65?
20   A   Yes.
21   Q   Okay.
22   Oh.  Can you -- I hate to do this, but
23 it's really kind of a housekeeping thing.
24   You have all those notes on that exhibit.
25 Can you read or summarize those notes in a way that

Page 176

1  we can probably decipher them --
2    A   On my --
3    Q   Yeah.  The one that we -- that you wrote
4  on, Exhibit #3, I think it is.  Is it Exhibit #3?
5    A   Yes.
6    Q   All right.  You've got a couple --
7    A   Sure.
8    Q   You know, what I want to make sure of is
9  when they were copied, that we got the second page
10 of notes, which I didn't double check.
11   MR. BIRCHFIELD:
12   John, do you have a copy for me --
13   MR. McCAULEY:
14   Yes, I do.  Hold on.
15   And you know what?  Just as I thought,
16 they didn't copy the back page.
17   MR. BIRCHFIELD:
18   Okay.
19 BY MR. McCAULEY:
20   Q   So could you just give us a --
21   A   You want me to read my handwriting?
22   Q   Yeah, go ahead.  Let's just do it that
23 way.
24   A   Okay.
25   So at the top, I have "Conversation"

Page 177

1  underlined.  "Andy Birchfield" in parenthesis.
2    Mr. Birchfield had, basically, told me
3  that I would be asked about our conversation.  And,
4  so, I was just documenting what we had talked about
5  to try to remind myself.
6    And, so, I put here, "explained process",
7  which I described before.  And "would they have
8  bled if not on Xarelto and on others".
9    And then the rest of that is me taking
10 notes as I went through Mr. Boudreaux's case.  And,
11 so, it's a timeline.
12   It says: 2/3, cards clinic, hemoglobin
13 6.7.  St. Anne, arrow, Kenner -- you know, he was
14 transferred from St. Anne to Kenner.  Started on
15 Xarelto 3 weeks prior for A-fib.  CHADS score of 4.
16 Given 2 units of packed red blood cells.
17   2/4, EGD.  Short Barrett's esophagus.
18 PPI drip times 72 hours.
19   2/5, hemoglobin stable at 7.6.
20 Colonoscopy as per GI on 2/6.
21   2/6, hemoglobin stable at 7.4.  Patient
22 not cleared completely.  Delayed to 2/7.
23   2/7 hemoglobin decreased to 6.9.  Two
24 units of packed red blood cells prior to discharge.
25 Hemoglobin increased to 9.3.  Colon with

Protected - Subject To Further Protective Review

Page 178

1  diverticulosis. DC with plans for outpatient
2  capsule endoscopy. DC Xarelto, resume aspirin.
3  Follow up with PCP, GI, cards.
4       3/18, normal capsule endoscopy.
5       So that was just my summary of the
6  hospital stay.
7    Q   What's on the back page?
8    A   On the back page is the information that
9  I looked through on Xarelto. And I just put some
10 information on Xarelto, rivaroxaban.
11      And I was putting the indications,
12 nonvalvular A-fib. 20 Q day, meaning that's the
13 dose for that diagnosis.
14      Treatment of DVT and PE, 15 BID for 3
15 weeks to 20 Q day. Hip and knee surgery
16 prophylaxis, 10 Q day. For hip, 35 days. For
17 knee, 12 days.
18      No interaction with vitamin K, no daily
19 monitoring of INR in-hospital or monthly outpatient
20 tests. No dietary restrictions.
21      Mechanism binds Factor Xa in clotting
22 cascade. Dosing 15 BID times 3 weeks, then 20 Q
23 day, in parenthesis, take with food.
24      Half-life 5 to 9 hours, in parenthesis,
25 avoid if creatinine clearance is less than 30. And

Page 179

1  I put, recently changed.
2       Then I put the trials. The ROCKET-AF
3  trial for A-fib, 7,111 patients. Xarelto versus
4  warfarin for 19 months in non-valvular A-fib.
5       EINSTEIN-PE and EINSTEIN-DVT for PE and
6  DVT. DVT, 3,449 patients, Xarelto versus
7  heparin/Coumadin. PE, 4,832 patients, Xarelto
8  versus heparin/Coumadin.
9       And then the RECORD trial, I put hip and
10 knee DVT prophylaxis.
11      And then potential and subsequent
12 review -- and I can't read my own handwriting --
13 potential and subsequent review of EINSTEIN-PE
14 studies of less bleeding, especially intracranial
15 bleeding. Pooled analysis, EINSTEIN-DVT/PE.
16   MR. McCAULEY:
17      Thank you very much.
18      And we're going to take just a moment
19 more of your time after we adjourn to copy the
20 back page of those notes --
21   THE WITNESS:
22      Okay.
23   MR. McCAULEY:
24      -- because we didn't get those copies on
25 the first try.

Page 180

1    THE WITNESS:
2       Okay.
3    MR. BIRCHFIELD:
4       I think they're marked -- that's the --
5    THE WITNESS:
6       That's Exhibit #3, actually. I didn't
7  mean to put that -- that's yours.
8    MR. McCAULEY:
9       Okay.
10   THE WITNESS:
11      The only thing I have left in here is
12 just the deposition notices.
13   MR. McCAULEY:
14      So, Doctor --
15      Do you have any questions?
16   MR. du PONT:
17      I don't have any questions.
18   MR. McCAULEY:
19      Doctor, thank you very much. That
20 concludes your deposition.
21      You'll get a copy of the transcript if
22 you want it.
23   THE WITNESS:
24      Okay.
25   MR. McCAULEY:

Page 181

1       And, you know, I'm not your lawyer, so I
2  can't tell you -- but you have a chance to
3  read it and make any corrections, if you want.
4    THE WITNESS:
5       Okay.
6    MR. McCAULEY:
7       Or you can waive that right.
8       And I don't have a -- I don't really have
9  an opinion on what you should do.
10   THE WITNESS:
11      Okay.
12   MR. McCAULEY:
13      How do you want to handle that?
14   THE WITNESS:
15      I'll waive that right.
16   MR. McCAULEY:
17      Okay. Fine.
18   MR. BIRCHFIELD:
19      John, I do get extra questions. I'm not
20 going to take any, but you just precluded my
21 questions.
22   MR. McCAULEY:
23      I didn't intend to preclude --
24   MR. BIRCHFIELD:
25      I know.

Page 182

```
1        Thank you, Doctor.
2    VIDEOGRAPHER:
3        This is the end of Tape 3.  We're now off
4   the record at 12:18.
5        (End of testimony at 12:18 p.m.)
6             * * *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 183

```
1        REPORTER'S PAGE
2        I, LORI COBB, Certified Court Reporter in
3   and for the State of Louisiana, (CCR #87248),
4   Registered Professional Reporter (RPR #815782), as
5   defined in Rule 28 of the Federal Rules of Civil
6   Procedure and/or Article 1434(B) of the Louisiana
7   Code of Civil Procedure, do hereby state on the
8   Record:
9        That due to the interaction in the
10  spontaneous discourse of this proceeding, dashes
11  (--) have been used to indicate pauses, changes in
12  thought, and/or talkovers; that same is the proper
13  method for a transcription of proceedings, and that
14  the dashes (--) do not indicate that words or
15  phrases have been left out of this transcript;
16       That any spelling of words and/or names
17  which could not be verified through reference
18  material have been denoted with the parenthetical
19  "(phonetic)";
20       That the parenthetical "(sic)" is used to
21  denote when a witness stated a word or phrase that
22  appears odd or erroneous to show that it was quoted
23  exactly as it stands.
24
25            LORI COBB, CCR, RPR, RSA
```

Page 184

```
1        REPORTER'S CERTIFICATE
2
3        This certification is valid only for a
4   transcript accompanied by my original signature and
5   original required seal on this page.
6        I, Lori Cobb, Certified Court Reporter in
7   and for the State of Louisiana, (CCR #87248),
8   Registered Professional Reporter (RPR #815782), do
9   hereby certify that on Monday, July 18, 2016, the
10  VIDEOTAPED DEPOSITION OF NAJY MASRI, MD was
11  reported by me in stenographic shorthand, prepared
12  and transcribed under my personal direction and
13  supervision, and is a true and correct transcript
14  to the best of my ability and understanding; that
15  after having been duly sworn by me upon authority
16  of R.S. 37:2554, the named witness did testify as
17  hereinbefore set forth in the foregoing 183 pages;
18  and that the transcript has been prepared in
19  compliance with transcript format guidelines
20  required by statute or by Rules of the Board;
21       That I am informed about the complete
22  arrangement, financial or otherwise, with the
23  person or entity making arrangements for deposition
24  services and I have acted in compliance with the
25  prohibition on contractual relationships, as
```

Page 185

```
1   defined by Louisiana Code of Civil Procedure
2   Article 1434 and in Rules and Advisory Opinions of
3   the Board; and that I have no actual knowledge of
4   any prohibited employment or contractual
5   relationship, direct or indirect, between a court
6   reporting firm and any party litigant in this
7   matter, nor is there any such relationship between
8   myself and a party litigant in this matter;
9        That I am not related to counsel or to
10  the parties herein, nor am I otherwise interested
11  in the outcome of this matter.
12       SIGNED THIS THE 19TH DAY OF JULY, 2016.
13
14
15            LORI COBB, CCR, RPR, RSA
16
17
18
19
20
21
22
23
24
25
```