# EXHIBIT-8

# FILED UNDER SEAL

Transcript of the Testimony of
# Videotaped Deposition of Kenneth Wong, M.D.

## Date taken: July 11, 2016

## In Re:  Xarelto (RIVAROXABAN)

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------
                         ) MDL NO. 2692
IN RE:  XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION  ) SECTION "L"
                         )
-----------------------------
This Document Relates to:
JOSEPH J. BOUDREAUX v JANSSEN
RESEARCH & DEVELOPMENT, et al
CASE NO. 2:14-CV-02720

   Videotaped deposition of KENNETH WONG, M.D.,
taken in the offices of Cardiovascular Institute
of the South, 102 Twin Oaks Drive, Raceland,
Louisiana 70394, on Monday, the 11th day of
July, 2016.

APPEARANCES:

   BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
   MILES, P.C.
   (BY:  ANDY D. BIRCHFIELD, JR., ESQ.)
   218 COMMERCE STREET
   POST OFFICE BOX 4160
   MONTGOMERY, ALABAMA  36104-4160

   ATTORNEYS FOR THE PLAINTIFFS

   KAYE SCHOLER, LLP
   (BY:  JULIE B. du PONT, ESQ.)
   250 WEST 55TH STREET
   NEW YORK, NEW YORK  10019-9710

   ATTORNEYS FOR BAYER HEALTHCARE
   PHARMACEUTICALS AND BAYER PHARMA AG

## Page 2

1       APPEARANCES CONTINUED:
2
3       VENABLE, LLP
        (BY:  JOHN A MCCAULEY, ESQ)
        750 EAST PRATT STREET
4       SUITE 900
        BALTIMORE, MARYLAND  21202
5
        ATTORNEYS FOR JANSSEN PHARMACEUTICALS, INC.,
6       JANSSEN RESEARCH & DEVELOPMENT, LLC,
        JANSSEN ORTHO, LLC AND JOHNSON and JOHNSON
7
8       VIDEOGRAPHER:
9       MARK ANCALADE
10
11      REPORTED BY:
12      PAT KENNEDY QUINTINI
        CERTIFIED COURT REPORTER
13
14
15
16              *  *  *
17          EXAMINATION INDEX
18                     PAGE
19
20      EXAMINATION BY MR. BIRCHFIELD: ............10
21      EXAMINATION BY MS. du PONT: ..............59
22      EXAMINATION BY MR. McCAULEY: .............149
23      EXAMINATION BY MR. BIRCHFIELD: ...........174
24      EXAMINATION BY MS. du PONT: ..............183
25

## Page 3

1              *  *  *
2          INDEX OF EXHIBITS
3
4                          Page
5    Exhibit No. 1 ...........................11
6    Notice of Deposition of Kenneth
7    Wong, M.D.
8    Exhibit No. 2 ...........................12
9    Cardiology Consult Note by Kenneth
10   Wong, MD for Joseph J. Boudreaux,
11   Jr., 1/7/2014,
12   JBoudreaux-CIS-H-000175 to 178
13   Exhibit No. 3 ...........................36
14   Multipage document beginning with
15   Highlights of Prescribing
16   Information for Xarelto, revised
17   11/2011
18   Exhibit No. 4 ...........................51
19   Patient Care Summary from
20   Cardiovascular Institute of the
21   South, 2/3/2014,
22   JBoudreaux-CIS-H-000098 to 103 and
23   282
24
25

## Page 4

1    Exhibit No. 5 ...........................54
2    Patient Care Summary, Dr. Timothy,
3    3/5/2014, JBoudreaux-CIS-H-000092
4    to 94
5    Exhibit No. 6 ...........................55
6    Kenneth E. Wong, M.D., F.A.C.C.,
7    Curriculum Vitae (No Bates labels)
8    Exhibit No. 7 ...........................60
9    Cross Notice of Deposition of
10   Kenneth Wong, M.D.
11   Exhibit No. 8 ...........................69
12   Procedure Notes, Joseph Boudreaux,
13   1/7/2014, JBoudreaux-CIS-H-000179
14   to 181
15   Exhibit No. 9 ...........................76
16   Multipage document from CDC called
17   Stroke Facts (No Bates labels)
18   Exhibit No. 10 ..........................82
19   Document from American Heart
20   Association, American College of
21   Cardiology Foundation, and the
22   Heart Rhythm Society 2014 Guideline
23   for the Management of Patients with
24   Atrial Fibrillation:  Executive
25   Summary

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 5

1    Exhibit No. 11  ..........................91
2        Multipage document that begins with
3        Highlight of Prescribing
4        Information for Coumadin, Revised:
5        10/2015 (No Bates label)
6    Exhibit No. 12  ...........................97
7        Multipage document beginning with
8        Highlights of Prescribing
9        Information for Xarelto, Revised:
10       08/2013 (No Bates label)
11   Exhibit No. 13  ..........................108
12       Multipage document beginning with
13       Xarelto Highlights of Prescribing
14       Information, Revised:  09/2015 (No
15       Bates label)
16   Exhibit No. 14  ..........................115
17       Cardiology Progress Note for Joseph
18       Boudreaux, 1/7/2014,
19       JBoudreaux-CIS-H-000153 to 155
20   Exhibit No. 15  ..........................116
21       Oral Anticoagulation Therapy
22       Education Checklist, Joseph
23       Boudreaux, 1/9/14 by Veronica
24       Theriot, R.N.,
25       JBoudreaux-PPR-000056

Page 7

1    Exhibit No. 21  ..........................140
2        Cardiology Consult Note, Joseph
3        Boudreaux, by Kenneth Wong, MD,
4        September 1, 2015, 660 to 662
5    Exhibit No. 22  ..........................147
6        Coagulation Report performed at
7        STAH Emergency Department Joseph
8        Boudreaux, 2/5/2014,
9        JBoudreaux-OStAGH-MD-000270
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1    Exhibit No. 16  ..........................122
2        Discharge Note, Joseph Boudreaux,
3        1/9/2014, JBoudreaux-CIS-H-000156
4    Exhibit No. 17  ..........................126
5        Echocardiogram Report for Joseph
6        Boudreaux by Kenneth Wong, MD,
7        1/8/2014,
8        JBoudreaux-OStAGH-MD-000090
9    Exhibit No. 18  ..........................128
10       Echocardiogram print, Joseph
11       Boudreaux, January 8, 2014,
12       JBoudreaux-PPR-000070
13   Exhibit No. 19  ..........................129
14       Progress Note, Cardiovascular
15       Institute of the South, Joseph
16       Boudreaux, January 13, 2014,
17       JBoudreaux-PPR-000033 to 34
18   Exhibit No. 20  ..........................130
19       Cardiovascular Institute of the
20       South, Joseph Boudreaux, History
21       and Physical, 1/24/2014,
22       JBoudreaux-CIS-H-000113 to 115
23
24
25

Page 8

1            S T I P U L A T I O N
2        It is stipulated and agreed by and between
3    counsel for the parties hereto that the
4    deposition of the aforementioned witness is
5    hereby being taken for all purposes allowed
6    under the Federal Rules of Civil Procedure, in
7    accordance with law, pursuant to notice;
8        That the formalities of reading and signing
9    are specifically waived;
10       That the formalities of filing, sealing,
11   and certification are specifically waived;
12       That all objections, save those as to the
13   form of the question and the responsiveness of
14   the answer, are hereby reserved until such time
15   as this deposition, or any part thereof, may be
16   used or sought to be used in evidence.
17                  *  *  *
18       PAT KENNEDY QUINTINI, Certified Shorthand
19   Reporter, in and for the State of Louisiana,
20   officiated in administering the oath to the
21   witness.
22
23
24
25

Pages 5 to 8

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 9

1      THE VIDEOGRAPHER:
2          We are now on the record. My
3  name is Mark Ancalade, the videographer.
4  Today's deposition is being held at 102
5  Twin Oaks Drive in Raceland, Louisiana, on
6  July 11, 2016 at the time indicated on the
7  video screen, which is 2:57. Taken in the
8  matter of Xarelto (Rivaroxaban) Products
9  Liability Litigation. The MDL number
10  is 2592 being heard before the United
11  States District Court, District of
12  Louisiana, Dr. Kenneth E. Wong.
13          I would ask that counsel please
14  state their names for the record, which
15  thereafter would the court reporter please
16  swear in the witness.
17      MR. BIRCHFIELD:
18          Andy Birchfield for the
19  plaintiff.
20      MS. du PONT:
21          Julie du Pont for the Bayer
22  defendants.
23      MR. McCAULEY:
24          John McCauley for the Janssen
25  defendants.

Page 10

1          KENNETH E. WONG, M.D.,
2  having been duly sworn by the above
3  mentioned court reporter, did testify
4  as follows:
5  EXAMINATION BY MR. BIRCHFIELD:
6      Q.   Good afternoon, Dr. Wong. My name is
7  Andy Birchfield. We met just -- for the first
8  time just a few moments ago; is that right? And
9  you understand that this is a lawsuit brought by
10  Mr. Boudreaux against the makers and
11  manufacturers of Xarelto. Do you understand
12  that?
13      A.   Uh-huh.
14      Q.   Do you understand you are not a party
15  to this lawsuit?
16      A.   Yes.
17      Q.   And Mr. Boudreaux is making no
18  allegations against you; you understand that?
19      A.   Yes.
20      Q.   And you are here to give a deposition
21  because you provided care and treatment to
22  Mr. Boudreaux, right?
23      A.   Yes.
24      Q.   I'm going to show you what is marked
25  as Exhibit 1 to your deposition. It's a notice

Page 11

1  of your deposition. Did you receive a copy of
2  that?
3      (Exhibit No. 1 marked for identification.)
4      A.   If I made a decision already on this?
5      Q.   No, no. This is a -- this is a
6  notice of deposition. This is something that is
7  sent to you setting your deposition.
8      A.   Oh, oh, yes, I received something
9  like this.
10      Q.   And if you will turn to the third
11  page there marked as Exhibit A. Do you see
12  Exhibit A?
13      A.   Yes.
14      Q.   And it asks you to bring some
15  documents to the deposition. Did you bring any
16  documents today?
17      A.   They may be on my table. I have a
18  few things on my table but I wasn't asked to
19  bring it here so I left them on my table right
20  there.
21      Q.   Okay. When we take a break later I
22  ask if you would get any documents that you
23  have.
24      A.   Okay. All right.
25      Q.   Thank you. Dr. Wong, I want to move

Page 12

1  as efficiently as I can out of respect for your
2  time. I want to start with your care and
3  treatment of Mr. Boudreaux. In preparation for
4  your deposition today, did you review your file,
5  your chart on Mr. Boudreaux?
6      A.   Very briefly, because I don't think I
7  have seen him that many times, right?
8      Q.   Okay.
9      A.   I think he's been mostly under
10  Dr. Fail's care.
11      Q.   I'm going to show you what is marked
12  as Exhibit 2 to your deposition.
13      (Exhibit No. 2 marked for identification.)
14          And ask you to take a look at this
15  and see if you recognize this document.
16      A.   Yeah, I do recognize. This is a
17  consultation I made on him, yes.
18      Q.   And what is the date, the date of
19  your consultation?
20      A.   I think it's January 7, 2014.
21      Q.   Dr. Wong, I ask you if you would --
22      A.   Not write on it.
23      Q.   -- not to write on the exhibit.
24      MR. McCAULEY:
25          We can trade that off for a clean

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 13

1        one if you want, whatever you want to do.
2            MR. BIRCHFIELD:
3               I'm fine.  Thank you.
4        EXAMINATION BY MR. BIRCHFIELD:
5            Q.    Dr. Wong, as far as you remember was
6        January 7, 2014 the first time that you provided
7        care?
8            A.    I think it was probably the only
9        encounter.  I can't -- one or two encounters at
10       most, huh?
11           Q.    Okay.  All right.  Would you describe
12       for us what happened.  How did you provide --
13       come to provide care for Mr. Boudreaux on
14       January 7?
15           A.    Yeah, we were consulted to see him,
16       because he had some chest discomfort, shortness
17       of breath, and he had some irregular heartbeat.
18       And we are routinely consulted on cases like
19       this to optimize their care and their prognosis.
20              So it was a new onset, irregular
21       heartbeat, and at that point then I made my
22       specific recommendations, which is the plan to
23       control the heart rate and try to get his heart
24       rate rhythm to come back to normal and to put
25       him on blood thinners at that time.

Page 14

1            Q.    So he presented to you on January 7,
2        2014 with new onset atrial fibrillation?
3            A.    Atrial fibrillation, yes.
4            Q.    If we turn to the fourth page, we see
5        your assessment plan and there you state:  New
6        a-fib flutter of unknown duration; is that
7        right?
8            A.    Right.
9            Q.    And then down below where you have
10       your plan, you state that you will start with
11       Lopressor 25 milligrams twice a day; is that
12       right?
13           A.    Yes.
14           Q.    And then also to anticoagulate; is
15       that right?
16           A.    Yes.
17           Q.    And in order to anticoagulate you
18       prescribed Xarelto --
19           A.    Yes.
20           Q.    -- on this day; is that correct?
21           A.    Yes.
22           Q.    And if you look up above, we see an
23       INR and an APTT reading.  Do you see that,
24       Dr. Wong?
25           A.    On that same page?

Page 15

1            Q.    Yes.
2            A.    Yes.
3            Q.    Did you order an INR?  Did you order
4        some lab work done on that date?
5            A.    I personally did not order it myself.
6        It's the consulting -- we are the consulting
7        doctors, but the admitting doctors did order
8        these tests, yes.
9            Q.    Why would an INR and an APTT have
10       been ordered on this date?
11           MR. McCAULEY:
12              Object.  Go ahead.
13           THE WITNESS:
14              I don't know why they ordered
15       that.  I don't know.
16       EXAMINATION BY MR. BIRCHFIELD:
17           Q.    It's not something that you would
18       have done?
19           A.    No.
20           Q.    Now, looking at those values, I mean,
21       do you regularly check INR values for
22       patients --
23           A.    No.
24           Q.    -- that you are anticoagulating?
25           A.    I anticoagulate on Coumadin, but I

Page 16

1        don't routinely check INR on just any patient,
2        no.
3            Q.    Would you routinely get an INR,
4        baseline INR before you started a patient on
5        Coumadin or --
6            A.    On Coumadin, yes.
7            Q.    But as far as a NOAC --
8            A.    Usually for just any anticoagulation,
9        no.
10           Q.    So, Doctor, on this occasion you said
11       that you would start the anticoagulant and then
12       you would -- you started him on Lopressor.  You
13       were hoping that he would convert to a normal
14       sinus rhythm; is that right?
15           A.    Yes.
16           Q.    Did you schedule a follow-up visit,
17       do you recall?
18           A.    Usually that's what -- upon discharge
19       they are -- we arrange for a follow-up.  I
20       cannot -- it is not written in the chart here,
21       but I would think that was the initial consult.
22       So there was another -- when they are ready to
23       be discharged we usually arrange for a
24       follow-up, yes.
25           Q.    Dr. Wong, Mr. Boudreaux, he was not

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

## Page 17

1  on Coumadin or any other anticoagulant before
2  you saw him?
3      A.   Not to my knowledge.
4      Q.   So the initial anticoagulation
5  therapy that you prescribed was Xarelto?
6      A.   Yes.
7      Q.   Earlier in your practice, before
8  Xarelto came on the market, what would you --
9  what would you normally prescribe for
10  anticoagulation?
11      A.   In cases like this, before Xarelto
12  came along, we used to use Coumadin and
13  before -- so it was the first one of the NOAC
14  was Pradaxa.
15      Q.   When Pradaxa came available, did you
16  begin prescribing Pradaxa?
17      A.   Oftentimes we did.
18      Q.   As your initial anticoagulant?
19      A.   Yes, as our initial anticoagulation.
20      Q.   How did you first become familiar
21  with Xarelto?
22      A.   Well, it was -- it was -- the new
23  NOAC -- well, it's one of the NOACs, so just
24  like any drug comes on the market.
25      Q.   Do you have detail representatives

## Page 18

1  that visit you here at your practice?
2      A.   Yes, we do.
3      Q.   And did you have detail
4  representatives talk to you about Xarelto?
5      A.   Yes.
6      Q.   And is that how you became familiar
7  with Xarelto being on the market?
8      A.   Partly.
9      Q.   And what was the reason that you
10  started using Xarelto as your first choice
11  anticoagulant?
12      MR. McCAULEY:
13      I object.
14      MS. du PONT:
15      Objection.
16      MR. McCAULEY:
17      You may answer.  Sorry.  Those
18  objections shouldn't -- shouldn't prevent
19  you from answering.
20      THE WITNESS:
21      Usually we use a NOAC for four
22  reasons.  Generally that's for NOACs.
23  No. 1 is that's more practical, that you
24  don't have to monitor the level of
25  anticoagulation.  It's a standard dose.

## Page 19

1      No. 2 is that then the patient
2  can have a more liberal diet.
3      No. 3, that a number of NOACs,
4  not all of them, have shown superiority in
5  prevention of strokes.
6      And No. 4, in major bleed there
7  has been -- there is a reduction of major
8  bleeds.  Not necessarily all bleeds, but
9  major bleeds.  That's more or less the
10  advantages of using the NOAC.  That's why
11  this new category of drugs come to us as
12  preferred to Coumadin.
13  EXAMINATION BY MR. BIRCHFIELD:
14      Q.   And when you are making a decision
15  whether to prescribe Xarelto versus another
16  NOAC, do you consider the same factors?
17      A.   Yeah, we weigh a number of things,
18  depending on their kidney function, their liver
19  function, their coverage on their insurance
20  plans, the availability of samples.  There are
21  so many factors.
22      Q.   And for Mr. Boudreaux, did
23  Mr. Boudreaux have, did he have impaired renal
24  function?
25      A.   I will look and see here.  I don't

## Page 20

1  recall.
2      MR. McCAULEY:
3      Are you speaking at the time he
4  was seeing the doctor?
5      THE WITNESS:
6      No.  He had no apparent kidney
7  problems, no.
8  EXAMINATION BY MR. BIRCHFIELD:
9      Q.   Did he have -- at the time that you
10  were prescribing Xarelto, did he have any liver
11  problems that would impact your decision?
12      A.   No.
13      Q.   Do you know if there were any
14  insurance issues that impacted your decision?
15      A.   I can't recall.  I don't know at that
16  time, no.  Oftentimes what we have done, and I
17  don't know if this is the case, is we have
18  written the prescription for every one of the
19  NOACs that's available and we tell the social
20  worker which one is covered by the insurance.
21  That's what we have done.
22      Q.   So you would write a prescription for
23  a NOAC?
24      A.   Yeah.  All these NOACs, and just
25  check with the pharmacy which one is best

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 21

1  covered by the insurance.
2      Q.   And so you would leave the
3  prescribing decision among NOACs to the
4  pharmacist?
5      A.   No.  To what it's going to cost the
6  patient.
7      Q.   So in January of 2014, do you know
8  how the cost of Xarelto compared --
9      A.   Well, there's no -- I cannot tell you
10  in that case.  You will have to go into the
11  social worker records or the nurse's records in
12  the hospital.  But generally they would come
13  back to us and say:  This one would cost him
14  $30.  This one will -- I mean, depending on the
15  insurance plans, if the insurance plans are
16  covered on that particular drug.  And that is
17  all constantly changing.  These medications
18  shift from second tier to third tier or vice
19  versa depending on marketing of the drug
20  companies or the insurance companies.
21      So the compliance completely depends
22  on the ability to buy the medication and to
23  afford it, so that's a major determination.  In
24  this case.  In some cases, clearly if there is a
25  kidney problem or liver problem then we are

Page 22

1  pretty insistent on using certain NOAC over
2  others.  But in this case there was no specific
3  need to be so specific and just that's why I
4  can't remember if Xarelto was better covered or
5  if it was just some other factors.
6      Q.   So sitting here today, do you recall
7  whether you instructed that he be placed on
8  Xarelto or whether you instructed that he be
9  placed on a NOAC that was most affordable?
10      A.   And if you see, that's why in the
11  consult here I put anticoagulant, because most
12  of the time I don't want to make the decision
13  until I know about if the patient will be able
14  to afford it and if it's going to be covered by
15  the insurance.  So we send a social worker to go
16  find out which one is covered by the insurance
17  plan.
18      Q.   And so in this case, who is the
19  social worker that would have gone to make that
20  decision?
21      A.   There are a couple of social workers
22  at the hospital.  Or case manager.  Yeah.  There
23  are a number of them.
24      Q.   In January of 2014, do you recall who
25  the possible social workers were?

Page 23

1      A.   Or case manager.  No.  I wouldn't be
2  able to tell you specifically who was on that
3  case.
4      Q.   Doctor, in January of 2014 did you
5  have an opinion as to whether Xarelto would have
6  been more appropriate than Pradaxa for
7  Mr. Boudreaux?
8      A.   Say that question again.
9      Q.   You have told us that you would say
10  anticoagulate and you would leave it to the case
11  manager?
12      A.   Right.  He needed a NOAC and the NOAC
13  depends very much at that time on can the
14  patient afford it, because that determines their
15  compliance.  So based on that decision is where
16  we go.  And there are other issues that decide
17  on compliance, but the number one is, you know,
18  you will get a medication for $30 or $300 makes
19  a big difference, right?  So that's the number
20  one determinant, because they are all acceptable
21  in my book at that time on this gentleman here.
22      Q.   Are there any differences in dietary
23  restrictions for Xarelto versus Pradaxa?
24      A.   No, not to my knowledge.
25      Q.   Are there any differences in

Page 24

1  superiority for Pradaxa versus Xarelto?
2      A.   The studies are different and they
3  are comparable.  There is both a slight
4  increased incidence of, but not significant
5  statistically of gastrointestinal bleed, but --
6  and generally they all have a slightly better
7  profile in terms of bleeding and stroke and
8  intracranial bleeding.
9      Q.   Do you know if Pradaxa has been shown
10  to be superior to Coumadin?
11      A.   Pradaxa have some superior numbers
12  compared to Xarelto.
13      MR. McCAULEY:
14          One second.  I just want to
15      interject one thing.  I know
16      Mr. Birchfield would like it, but
17      sometimes I have to object, so if you wait
18      just a second before you answer his
19      question.
20      THE WITNESS:
21          Uh-huh.  Yes.
22      MR. McCAULEY:
23          That way I can make an objection
24      if I need to.
25      THE WITNESS:

Pages 21 to 24

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 25

1          Yes, yes.
2          MR. McCAULEY:
3              Which I rarely do, but that will
4      help the court reporter too.  Because I
5      didn't hear your whole question.  That's
6      partly my problem.
7  EXAMINATION BY MR. BIRCHFIELD:
8      Q.   Let me start over.  Do you know if
9  Pradaxa has been shown to be superior to
10  Coumadin in clinical trials?
11      A.   Yes.
12      Q.   And are you familiar with the
13  ROCKET AF study?
14      A.   With Xarelto?
15      Q.   With Xarelto, yes.
16      A.   Yes.
17      Q.   Is that the clinical trial that is
18  the basis for --
19      A.   For the use of Xarelto?  That's for
20  the approval by the FDA.  It's one of the
21  studies that I -- that's the one, yeah, that's
22  based on mostly.
23      Q.   For an atrial -- for the indication
24  of atrial fibrillation.
25      A.   Non-valvular atrial fibrillation,

Page 26

1  yes.
2      Q.   And is Xarelto shown to be superior?
3      A.   No.  Xarelto has showed non-inferior
4  rating.
5      Q.   And in layman's terms for the jury,
6  that means it's no worse than Coumadin; is that
7  right?
8          MS. du PONT:
9              Objection.
10          THE WITNESS:
11              Right.
12  EXAMINATION BY MR. BIRCHFIELD:
13      Q.   When you were describing for us the
14  factors that led you to prescribe NOACs over,
15  over Coumadin, one of the factors that you named
16  was superiority, correct?  No monitoring
17  required, you said more liberal diet?
18      A.   Yes, generally for NOACs, yes.
19      Q.   And superiority.  And for the factor
20  of superiority Pradaxa would be better, right?
21          MS. du PONT:
22              Objection.
23          MR. McCAULEY:
24              I object.
25          THE WITNESS:

Page 27

1          Can I answer that?
2          MS. du PONT:
3              Yes, you can answer.
4          THE WITNESS:
5              Statistically all the NOACs
6      prevent stroke and one way or another they
7      are better than Coumadin.
8              Now, if you are looking
9      specifically for outcome data in terms of
10      stroke, Xarelto study, the ROCKET trial
11      was designed to not show superiority.  It
12      was designed to show non-inferiority
13      compared to the other medications.
14              Now, based on that, the insurance
15      coverage is pretty much -- it does show
16      advantage in terms of compliance of side
17      effects, of practicality, and because of
18      that we use them -- pretty much the
19      numbers are not that different that the
20      insurance companies make a difference to
21      cover one as opposed to the other one.  I
22      think they depend more on the prices.
23              Statistically it's a small --
24      it's a small advantage in prevention, yes.
25  EXAMINATION BY MR. BIRCHFIELD:

Page 28

1      Q.   In the --
2      A.   In terms of Pradaxa having shown a
3  little advantage, yes.
4      Q.   If the clinical studies showed that
5  other NOACs were more effective in reducing the
6  risk of strokes than Xarelto, would you still
7  allow the insurance companies to, or the payment
8  from the insurance companies to be the primary
9  driver in prescribing a NOAC?
10          MS. du PONT:
11              Objection.
12          MR. McCAULEY:
13              I object.
14          THE WITNESS:
15              It depends on the numbers.  If
16      it's significant, how significant.  I
17      think it depends on how significant the
18      numbers are.  Because a lot of those
19      trials are compared to Coumadin and then
20      there is never what you call this,
21      face-to-face comparison between any of the
22      NOACs, so you can't prove one is superior
23      to the other.  They are always compared to
24      Coumadin.
25  EXAMINATION BY MR. BIRCHFIELD:

Pages 25 to 28

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 29

1      Q.   So what number would be significant
2   in your mind?
3          MR. McCAULEY:
4            I object.
5          THE WITNESS:
6            What number would be?
7   EXAMINATION BY MR. BIRCHFIELD:
8      Q.   You said if the difference was
9   significant.  So what -- quantify what would
10  be --
11     A.   If the outcome data in all the
12  studies regarding one NOAC was clearly not as
13  good as the others, but we can't -- when you are
14  based on one study that is compared to Coumadin
15  and they all show some advantage and they all
16  show the practical use of it, advantage of it
17  it's hard to draw conclusions right now.
18         Regarding numbers, again, looking at
19  the numbers, they are slightly superior.  There
20  are a number of NOACs that show slight
21  superiority.  Whether it's-- if we have a
22  face-to-face comparison, whether that's going to
23  show, we don't know, we don't know.  Because
24  they are designed differently.  And if you look
25  at certain subcategories of subpopulations of

Page 30

1   some of the patients in the trials, there are
2   some better benefits in some subsections of
3   these depending on what.
4          And, you know, ROCKET trial, of
5   course, in retrospect they go back and look at
6   all the different categories of patients, but we
7   can pool all the statistics one way or another.
8   So far for me they are not that different
9   depending on the prices.  They do all prevent
10  stroke.  And the bottom line is, a lot of people
11  still stay on Coumadin when they cannot afford
12  the NOACs.
13         So it depends very much on the
14  pricing.  Because here we are talking about, as
15  long as they are compliant, as long as they take
16  anticoagulation, they will reduce the risk of
17  stroke.  Now, which one is a little bit more,
18  eventually I would hope that we would go towards
19  the one that is superior, but I think we still
20  have to see.  And as we go with the more data,
21  more studies to show hopefully a head-to-head
22  comparison with some of those and to see the
23  superiority of one towards the other.  But until
24  now, it's kind of hard to overlook the prices,
25  the pricing issue.

Page 31

1      Q.   Dr. Wong, you said if you look at
2   certain subsets or subgroups within ROCKET that
3   there are some -- there are some differences
4   there?
5      A.   Yeah.
6      Q.   Tell me the subgroups that you looked
7   at.
8      A.   I think that I can't -- if I get all
9   these studies mixed up.  I should revise my all
10  these studies before I come and sit here, but
11  that's not exactly the board examines it.  But
12  like in diabetics, for example, I think they do
13  have some good results, some better outcome,
14  clear advantage over Coumadin, but I can't be
15  sure about the numbers or statistics.
16     Q.   Any other -- other than diabetics any
17  other subgroups?
18     A.   No.  I think -- I think that's the
19  one I can think of.
20     Q.   And the fourth factor that you
21  described for us in deciding to prescribe a NOAC
22  versus Coumadin was major bleeds?
23     A.   Yes.
24     Q.   And in regards to major bleeds, how
25  would you compare the NOACs that are available

Page 32

1   today?
2      A.   They all have less intracranial bleed
3   than the Coumadin.  I think they are all
4   comparable.  Again, one of the things that all
5   these studies are based on is that they are
6   called the CHAD score.  In some of the studies
7   the average CHAD score was higher than the
8   others, and again, I can't remember which one is
9   higher than the others.  But depending on the
10  selections, is it higher risk or lower risk, but
11  generally they all show efficacy in preventing
12  stroke, satisfactory in terms to the extent that
13  the FDA approved it because they worked and they
14  didn't increase -- and because of that we go by
15  what the FDA tells us, the indication, and we
16  use those.
17     Q.   So you just rely on the FDA approval?
18     A.   Partly, yes.
19     Q.   Let's say if there were a 50 percent
20  difference in the risk of major bleeds, would
21  that be a significant difference in your mind?
22         MS. du PONT:
23            Objection.
24         THE WITNESS:
25            Between two NOACs?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 33

1   EXAMINATION BY MR. BIRCHFIELD:
2       Q.    Between two NOACs, let's start there.
3       A.    Yes, I definitely would go with the
4   one with the less risk, yes.
5       Q.    If there were two drugs that were
6   equally effective, equally effective in reducing
7   the stroke risk but one had a 50 percent greater
8   risk for major bleeds --
9       A.    Then I would try not to use that one,
10  yes.
11          MR. McCAULEY:
12              Objection.
13  EXAMINATION BY MR. BIRCHFIELD:
14      Q.    You would go with the one that is
15  equal in efficacy?
16      A.    The one that has safer --
17          MR. McCAULEY:
18              One second.  I want to get an
19          objection in.  You can answer.  I just
20          want to make sure I have an objection in
21          before you answer.  I'm sorry, Doctor, to
22          interrupt.
23          THE WITNESS:
24              No problem.  Okay.
25  EXAMINATION BY MR. BIRCHFIELD:

Page 34

1       Q.    If there are two that are equal as
2   far as efficacy in reducing strokes but one has
3   a 50 percent greater risk of major bleeds, you
4   would go for the one that is the safest,
5   correct?
6          MS. du PONT:
7              Objection.
8          MR. McCAULEY:
9              I object.  You may answer.  I
10         think you already have.
11         THE WITNESS:
12             Yes.  I would go with the safer
13         medication, yes.
14  EXAMINATION BY MR. BIRCHFIELD:
15      Q.    If it's a NOAC that has a 50 percent
16  greater risk that is equally effective in
17  reducing strokes, would you -- would you go with
18  Coumadin?
19         MS. du PONT:
20             Objection.
21  EXAMINATION BY MR. BIRCHFIELD:
22      Q.    I'm sorry.  Let me start over.  If
23  you have Coumadin versus one of the NOACs and
24  they are equally effective in reducing strokes
25  but the NOAC has a 50 percent greater risk of

Page 35

1   stroke, would you go with the Coumadin?
2       A.    I would not go with --
3          MR. McCAULEY:
4              I object.
5          MR. McCAULEY:
6              I would not then go with the
7          NOAC.
8   EXAMINATION BY MR. BIRCHFIELD:
9       Q.    You would go with Coumadin or another
10  NOAC?
11         MR. McCAULEY:
12             Same objection.  You may answer.
13         THE WITNESS:
14             Yes.
15  EXAMINATION BY MR. BIRCHFIELD:
16      Q.    Doctor, you said -- the very first
17  factor that you listed for us in your decision
18  to prescribe a NOAC versus Coumadin was the no
19  monitoring: is that correct?
20      A.    Yes.
21      Q.    When you say no monitoring, can
22  you -- can you monitor with Xarelto?
23         MR. McCAULEY:
24             I object.
25         THE WITNESS:

Page 36

1              I believe --
2          MS. du PONT:
3              Objection.
4          MR. McCAULEY:
5              That was a late objection on my
6          part, my fault.
7          THE WITNESS:
8              And I said I believe, so I don't
9          say what I believe yet.
10         MR. McCAULEY:
11             No, totally my fault.  Go ahead.
12         THE WITNESS:
13             I believe that there are ways
14         to -- there are some measurements you can
15         do for all this.  Most of the NOACs have
16         some ways of measuring their levels and
17         efficacy.
18  EXAMINATION BY MR. BIRCHFIELD:
19      Q.    Let me show you what is marked as
20  Exhibit 3 to your deposition.
21      (Exhibit No. 3 marked for identification.)
22         Do you recognize that as the product
23  label for Xarelto?
24         MS. du PONT:
25             Do you want to give a date for

Pages 33 to 36

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 37

1      this label?
2      EXAMINATION BY MR. BIRCHFIELD:
3          Q.   Doctor, if you will look in the
4      middle of the page on the right-hand side, it
5      has the revised date 11/2011.  The very first
6      page.
7          A.   Uh-huh.
8          Q.   Right-hand column on the right-hand
9      side, about halfway down, a little bit further.
10     Do you see --
11         A.   Revised in 2011, yes.
12         Q.   And do you recall when Xarelto became
13     available for prescription for the non-valvular
14     atrial fibrillation?
15         A.   Yes.
16         Q.   And at the time that it became
17     available, did you review the product label?
18         A.   Yes.
19         Q.   Doctor, if you will turn to
20     Section 5.4 on Page 7.  Do you see
21     Section 5.4 --
22         A.   Yes.
23         Q.   -- at the bottom of the page?
24         A.   It says:  Risk of pregnancy, related
25     hemorrhage, is that it?

Page 38

1          Q.   Yes.  And there it says in the middle
2      of that paragraph:  The anticoagulant effect of
3      Xarelto cannot be monitored with standard
4      laboratory testing nor readily reversed.  Do you
5      see that?
6          A.   Yes.
7          Q.   Is that consistent with your
8      understanding of Xarelto?
9          A.   Yes.
10         Q.   Is that consistent with your -- when
11     you were telling us that one of the factors that
12     leads you to NOACs versus Coumadin, the fact
13     that there is no monitoring required, that was a
14     key factor, right?
15             MS. du PONT:
16                 Objection.
17             THE WITNESS:
18                 Yes.
19     EXAMINATION BY MR. BIRCHFIELD:
20         Q.   Tell me how you understand that
21     sentence:  The anticoagulant effect of Xarelto
22     cannot be monitored with standard laboratory
23     testing.
24         A.   Well, I believe that what is standard
25     is the key here, cannot be monitored with

Page 39

1      standard lab testing.  I think there are some
2      labs that can monitor this, but it's not a
3      standard, available -- regular, available study.
4          Q.   Could you order laboratory testing
5      for one of your patients on Xarelto now?
6          A.   I don't know if we have it --
7              MR. McCAULEY:
8                  Objection.
9                  I'm objecting to the question,
10             not to your response, so please continue
11             your response.
12             THE WITNESS:
13                 I don't know if it's available,
14             to be honest.
15     EXAMINATION BY MR. BIRCHFIELD:
16         Q.   What would you look for, if you were
17     to do a laboratory test for a patient on
18     Xarelto, what would you look for?
19         A.   To look at the anti-factor ten
20     activity, I believe.  I think that's how it
21     works.  I have to look up the whole --
22         Q.   Do you know if there is laboratory
23     testing that would measure the plasma
24     concentration of Xarelto in the blood?
25         A.   I don't know, but I think there must

Page 40

1      be, the levels.  Yes, yes, I have seen graphs of
2      their levels of vitals, whatever, the Xarelto.
3          Q.   What levels -- what levels would be
4      significant to you?
5          A.   I don't know the --
6              MS. du PONT:
7                  Objection.
8              THE WITNESS:
9                  Yeah.  I don't know the levels.
10             I just know that you need to --
11     EXAMINATION BY MR. BIRCHFIELD:
12         Q.   If you will turn to Page 12.  Do you
13     see Section 7.1?
14         A.   7.1, yes.
15         Q.   And in the last sentence in that
16     first paragraph states:  Significant increases
17     in Rivaroxaban exposure may increase bleeding
18     risk.  Do you see that?
19         A.   Yes, I see this.
20         Q.   And exposure, that would refer to
21     plasma concentration levels, right?
22             MS. du PONT:
23                 Objection.
24             THE WITNESS:
25                 Probably more specifically

Professional Shorthand Reporters, Inc.                              1-800-536-5255
Offices in New Orleans and Baton Rouge                        www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

| Page 41 | Page 43 |
|---|---|

**Page 41**

1    increased activity of the drug, right?
2  EXAMINATION BY MR. BIRCHFIELD:
3      Q.    So when you say, when you read
4  Rivaroxaban exposure, what does that mean to
5  you?
6      A.    That there is a higher level of the
7  drug or higher bioavailability of activity of
8  the drug.
9      Q.    Is this -- do you have an
10  understanding as to whether or not increased
11  levels of Rivaroxaban in the blood would lead to
12  a greater or lower risk of a major bleed?
13      MR. McCAULEY:
14      I object.
15      MS. du PONT:
16      Objection.
17      THE WITNESS:
18      Logically I would think so.
19  EXAMINATION BY MR. BIRCHFIELD:
20      Q.    Dr. Wong, when you are
21  anticoagulating a patient to prevent a stroke,
22  it's important to keep that patient in the
23  therapeutic range; is that correct?
24      MS. du PONT:
25      Objection.

**Page 43**

1      Objection.
2      THE WITNESS:
3      Yes.
4  EXAMINATION BY MR. BIRCHFIELD:
5      Q.    If there were a simple blood test to
6  determine the plasma concentration level for
7  Xarelto that could significantly reduce the risk
8  associated with the drug, would you want to know
9  that?
10      MS. du PONT:
11      Objection.
12      MR. McCAULEY:
13      Same.
14      THE WITNESS:
15      In other words, let me just get
16  that right.  You wanted me -- you are
17  asking me if there was a way to monitor
18  the level that -- what was your question
19  again?
20  EXAMINATION BY MR. BIRCHFIELD:
21      Q.    Well, let me back up.  Do some
22  patients respond to anticoagulants differently?
23      A.    Yes.
24      MS. du PONT:
25      Objection.

| Page 42 | Page 44 |
|---|---|

**Page 42**

1      THE WITNESS:
2      Yes.
3  EXAMINATION BY MR. BIRCHFIELD:
4      Q.    If they are above the therapeutic
5  range, if they are hypercoagulated, then they
6  are at risk for a major bleed; is that correct?
7      MS. du PONT:
8      Objection.
9      THE WITNESS:
10      Yes.
11  EXAMINATION BY MR. BIRCHFIELD:
12      Q.    And if they are below the therapeutic
13  range then they are at an increased risk for a
14  stroke, correct?
15      MS. du PONT:
16      Objection.  Go ahead.
17      THE WITNESS:
18      Yes.
19  EXAMINATION BY MR. BIRCHFIELD:
20      Q.    And so if you are anticoagulating a
21  patient, it's important to know what the
22  therapeutic range is, correct?
23      MR. McCAULEY:
24      I object.
25      MS. du PONT:

**Page 44**

1  EXAMINATION BY MR. BIRCHFIELD:
2      Q.    So some patients may take a pill and
3  they may have a high response level, correct?
4      MR. McCAULEY:
5      I object; vague.
6      THE WITNESS:
7      Yes.  That applies to any drug,
8  right?
9  EXAMINATION BY MR. BIRCHFIELD:
10      Q.    So if there were a way to identify
11  high responders to Xarelto with a one-time blood
12  test, would that be important for you to know?
13      MS. du PONT:
14      Objection.
15      MR. McCAULEY:
16      I object.
17      THE WITNESS:
18      If there was a way to identify
19  high dose responders?  I would like to
20  know if that affects the therapeutic --
21  what is the therapeutic range and how we
22  are going to monitor before I kind of give
23  a definite answer to that.
24  EXAMINATION BY MR. BIRCHFIELD:
25      Q.    Knowing the therapeutic range is

**Pages 41 to 44**

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 45

1  important, correct?
2       MS. du PONT:
3            Objection.
4       THE WITNESS:
5            If there's such a -- if it's very
6       specific what is the therapeutic range
7       then you would use the therapeutic range.
8  EXAMINATION BY MR. BIRCHFIELD:
9       Q.   If such a one-time blood test were
10  available, would you use it for patients that
11  you were putting on Xarelto?
12       MR. McCAULEY:
13            I object.
14       MS. du PONT:
15            Objection.
16       THE WITNESS:
17            So if there is a test that would
18       tell you that some people are high
19       responders, is that what you said?
20  EXAMINATION BY MR. BIRCHFIELD:
21       Q.   Yes.
22       A.   Like they are very sensitive to it?
23       Q.   Yes.
24       A.   That they would be at risk for
25  bleeding?

Page 46

1       Q.   Yes.
2       A.   Or proven bleeding, that they are
3  clearly at higher risk?  Yes, of course, I would
4  want to know that.
5       Q.   Is such a test available for Xarelto?
6       A.   I believe there may be, but I don't
7  know the specific of it.
8       Q.   Has anyone ever told you that there
9  is one available?
10       A.   I think there is a -- there is a like
11  PTT equivalent, something like that.
12       Q.   Where did you get that information,
13  Dr. Wong?
14       A.   Just -- I don't know.  Because all
15  these medica -- all these NOACs seem to have --
16  there is a level you can look at and in their
17  studies, but I don't recall.  But anyway, it did
18  not seem to be relevant because it didn't seem
19  like it was necessary to check those levels.
20       Q.   Why is that?  It's not necessary to
21  check those levels, why is that with Xarelto?
22       A.   Because there did not seem to be --
23  there was no study to show that monitoring that
24  level was going to decrease their risk of
25  bleeding.  There was no data regarding that

Page 47

1  part.  There was no increased risk that the dose
2  they were recommending had -- was safe.  That's
3  the studies.  That's what was presented to us.
4            That is -- so the doses were pretty
5  standard and that there was no need to monitor
6  those levels because they were safe.
7       Q.   So the data presented to you was that
8  there was no need to monitor?
9       A.   Correct.
10       Q.   Monitor plasma concentrations of
11  Xarelto in the blood?
12       A.   Correct.
13       Q.   Dr. Wong, I just want to make sure
14  that I'm clear on this point.  Your instructions
15  were to anticoagulate Mr. Boudreaux, right?
16       A.   Yes.
17       Q.   And that would have been to put him
18  on a NOAC?
19       A.   Yes.
20       Q.   One of the available NOACs as of
21  January 2014, correct?
22       A.   Yes.
23       Q.   But as to which of the NOACs to
24  prescribe to Mr. Boudreaux, you left that to the
25  case manager or the social worker depending on

Page 48

1  insurance factors; is that right?
2       A.   Yes.
3       Q.   Did you talk to Mr. Boudreaux about
4  taking Xarelto or any of the NOACs, or did you
5  leave that to others?
6       A.   No.  I generally tell them they need
7  to be on blood thinners to prevent stroke and
8  that there is a risk of bleeding when you go on
9  blood thinners.
10       Q.   But you would have talked in terms of
11  blood thinners in general not Xarelto
12  specifically?
13       A.   No.
14       Q.   Is that correct?
15       A.   Correct.
16       Q.   Dr. Wong, did you schedule him for a
17  cardioversion; do you recall?
18       A.   No.
19       Q.   And did you personally ever see
20  Mr. Boudreaux again after January 7, 2014?
21       A.   I don't think he followed up with me.
22  He must not have followed up with me.  Is that
23  the only thing that you have is my encounter
24  with him?  Because I can't recall.  I have to
25  pull it up on my records.

Pages 45 to 48

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 49

1      Q.    I tell you what, why don't we take a
2   break and let you grab your charts and any other
3   documents that you have.
4      A.    Let me just grab my laptop.
5      THE VIDEOGRAPHER:
6          This is the end of tape one.  We
7   are now off the record at 3:43.
8   (An off-the-record discussion was held.)
9      THE VIDEOGRAPHER:
10          This is the beginning of tape
11   two.  We are now back on the record and
12   the time is 3:48.
13   EXAMINATION BY MR. BIRCHFIELD:
14      Q.    Dr. Wong, we just took a break and
15   you have your laptop in front of you now?
16      A.    Yes, I now have all of his records in
17   front of me.
18      Q.    Do you have his chart?
19      A.    And I have this, yeah.  Yeah, he did
20   follow up with me, and -- yes.  So we planned to
21   do a cardioversion, correct, correct.
22      Q.    What is the date of his follow-up
23   with you?
24      A.    He followed up on the 10th of January
25   which is three days after I saw him on consult.

Page 50

1      Q.    And did you schedule a cardioversion
2   at that time?
3      A.    Yeah, I did plan to do a
4   cardioversion on the 28th.
5      Q.    Dr. Wong, can I stop you just for one
6   second.  Mr. Boudreaux was hospitalized on
7   January 7 and that was the first time that you
8   saw Mr. Boudreaux?
9      A.    Yes.
10      Q.    And he was discharged from the
11   hospital on January 9, 2014, correct?
12      A.    Right, yes.
13      Q.    And on discharge you had
14   Mr. Boudreaux taking -- you had prescribed a
15   NOAC and he was started on Xarelto; is that
16   correct?
17      A.    Yes.
18      Q.    And then he was -- he was instructed
19   to follow up with you after his discharge from
20   the hospital?
21      A.    Yes.
22      Q.    And you had a follow-up visit on
23   January 10; is that right?
24      A.    Yes.
25      Q.    And on January 10, you scheduled a

Page 51

1   cardioversion; is that correct?
2      A.    Not on the 10th, but I scheduled it
3   for eventually, yeah.
4      Q.    On the 10th you planned to do a
5   cardioversion?
6      A.    We talked about it, yes.
7      Q.    And did you set a date for the
8   cardioversion?
9      A.    Yes.  Not that specific date, but I
10   saw him a few times after and we scheduled him
11   for a cardioversion on the 28th, which is
12   usually standard of three weeks after
13   anticoagulation.
14      Q.    Did you do the cardioversion?
15      A.    Yeah, he was cardioverted.
16      Q.    When was he cardioverted?
17      A.    He was admitted for cardioversion on
18   the 28th.
19      Q.    On January 28?
20      A.    January 28 was the date I have here,
21   and then I saw him on the 3rd of February.
22      Q.    Let me hand you what is marked as
23   Deposition Exhibit 4.
24      (Exhibit No. 4 marked for identification.)
25      Q.    Would you take a look at Deposition

Page 52

1   Exhibit 4.  Is that a copy the record you are
2   looking at on your laptop about him being
3   admitted to February 3?
4      A.    This is the visit on the 3rd.
5      Q.    February 3, 2014.
6      A.    Yes.
7      Q.    And he is admitted on February 3,
8   2014 with a GI bleed; is that correct?
9      A.    Yes.
10      Q.    And at the bottom of the first page
11   where you have other instructions, do you
12   instruct to hold aspirin, Lasix, Lisinopril, and
13   Xarelto?
14      A.    Yes.
15      Q.    You were holding the Xarelto because
16   he was experiencing a GI bleed; is that correct?
17      A.    Yes.
18      Q.    Doctor, if you will turn to the third
19   page of the exhibit.  In the lower right-hand
20   corner the last three numbers are 100?
21      A.    The last.
22      Q.    The third page of the exhibit.
23      A.    The visit, yes.
24      Q.    Is this your handwriting at the
25   bottom of that page?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 53

1    A.   Uh-huh.  Yes.  Which part?
2    Q.   Yes.  The part on the bottom right
3  corner.
4    A.   Yes.
5    Q.   Where you instruct to hold -- is that
6  aspirin, Lasix, Lisinopril, and Xarelto?
7    A.   Yes, and Indocin.
8    Q.   And Indocin, okay.
9         Doctor, when he was admitted for --
10  with the GI bleed, was a prothrombin time, was a
11  test performed or any test performed to
12  determine the level of his coagulopathy?
13    A.   You know, I don't have his records
14  from that admission in here.  I think it was
15  because of the GI bleed and that was not the
16  cardiology admission.  I'm not sure what
17  happened from this admission.  I know that I saw
18  him and that we sent for blood work and I think
19  he must have gone to the hospital to be admitted
20  as far as his family doctor and the GI people.
21  I think he may have been transferred to Ochsner
22  or something -- Ochsner facility for that; do
23  you know?
24    Q.   Doctor, after February 3, did you
25  see -- did you personally see him?

Page 54

1    A.   I saw him on the 5th.  Well, no,
2  actually -- let me see.  He followed up with
3  somebody else.  I can't tell from the writing
4  here, but he was seen in Thibodaux.  And I think
5  it was Dr. Timothy.
6    Q.   Dr. Al Timothy; is that correct?
7    A.   Yeah, it looks like Dr. Timothy.
8    Q.   And Dr. Timothy is a cardiologist
9  with Cardiovascular Institute of the South?
10    A.   Yes, he is my colleague.  But I don't
11  have the Thibodaux -- I guess he was -- it says
12  transferred at Kenner Ochsner, and that record I
13  don't have I don't think.
14    Q.   Do you have Dr. Timothy's records?
15    A.   Yes, I see him -- he was followed up,
16  yes.
17    Q.   Let me hand you what is marked as
18  Deposition Exhibit 5.
19         (Exhibit No. 5 marked for identification.)
20         Is that the record from March 5 where
21  Mr. Boudreaux was seen by your colleague,
22  Dr. Timothy?
23    A.   Yes.
24    Q.   And so that's following his GI bleed
25  on February 3, 2014; is that correct?

Page 55

1    A.   Yes.
2    Q.   And he was not -- he was not started
3  back on a NOAC at that time; is that correct?
4    A.   No.
5    Q.   The only -- only anticoagulation
6  therapy is aspirin; is that correct?
7    A.   Yes.
8    Q.   After the February 3 visit, did you
9  have any other follow-up visits with
10  Mr. Boudreaux?
11    A.   Let me see here.  I think he followed
12  up with Dr. Timothy since he went to Thibodaux
13  for -- I'm not sure.  I don't -- I don't think I
14  saw him after that.  He followed up with
15  Dr. Timothy after that.
16    Q.   Doctor, after we started your
17  deposition back after the break, did one of your
18  nurses bring you some copies?  Okay.  Let me
19  hand you what is marked as Deposition Exhibit 6.
20         (Exhibit No. 6 marked for identification.)
21         Is this your current CV?
22    A.   Yes.
23    Q.   And this is up to date; is that
24  correct?
25    A.   More or less.

Page 56

1    Q.   Are there any changes that you would
2  make today?
3    A.   No.
4    Q.   Dr. Wong, would you describe for us
5  your practice of prescribing a NOAC to
6  Mr. Boudreaux?  You instructed that he be placed
7  on a NOAC and you left that to the social worker
8  or the case manager depending on his insurance;
9  is that correct?
10    A.   I can't be a hundred percent sure if
11  that was the determining factor at that time.
12  It may well have been that they said all of them
13  were on his formulary and just pick one.  I
14  can't remember.
15    Q.   When you say pick one, you mean for
16  the social worker or the case manager to pick
17  one?
18         MS. du PONT:
19         Object.
20         THE WITNESS:
21         Well, then they would say, you
22  know, if they were all same price and they
23  were all covered by insurance then we
24  would have to pick one obviously.  But I
25  can't remember if that was the absolute

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 57

1     determinant, yes.
2     EXAMINATION BY MR. BIRCHFIELD:
3          Q.   Do you have any recollection one way
4     or the other whether you actually picked the
5     NOAC or that was someone else?
6          A.   Well, there are -- if you are asking
7     why would I pick Xarelto as opposed to other
8     medications; is that what you are saying?
9          Q.   I'm asking you if you did pick
10    Xarelto over other NOACs?
11         A.   In this particular case I can't
12    recall if I picked it out because of the
13    insurance coverage or other factors.
14         Q.   Today, if you were prescribing a
15    NOAC, would you follow the same practice or do
16    you have a preferred NOAC to use for
17    non-valvular a-fib?
18         MS. du PONT:
19              Objection.
20         THE WITNESS:
21              We have certain NOACs available
22         for certain types of patients, and again,
23         the cost issue is a big factor still, yes.
24    EXAMINATION BY MR. BIRCHFIELD:
25         Q.   Is there a -- can you -- is there a

Page 58

1     class of patients where you consider Xarelto to
2     be better than other available NOACs?
3          A.   Probably the issues that would favor
4     Xarelto compared to the other NOACs in my book,
5     and maybe that was the case in Mr. Joseph, I
6     can't remember, but would be that if it's
7     cheaper to the patient.  Again, we go back to
8     the cost issue.  It's covered by -- if we have
9     samples, we have availability of samples to
10    provide to the patient to go on it right away.
11    If they have a good kidney function, because
12    it's excreted by the kidneys.  If they are going
13    to take it on a regular basis, if they have any
14    personal problems taking the medication, yes.
15    Their compliance is everything if they are going
16    to take it, which largely depends on the prices
17    and their compliance.
18         Q.   Dr. Wong, whatever NOACs are
19    available today?
20         A.   There are four of them that I'm aware
21    of.  There's Eliquis.  There's Savaysa, and
22    Pradaxa.
23         Q.   And do you know how the cost compares
24    among those four?
25         A.   It depends on the insurance coverage.

Page 59

1     I think at this time, in this area, the usual --
2     the kind of health insurance we have around
3     here, I think Eliquis and Xarelto are cheaper
4     ones for the patient.  They are more readily
5     available, I should say, not cheaper.
6          MR. BIRCHFIELD:
7              Thank you, Dr. Wong.  Pass the
8         witness.
9          THE VIDEOGRAPHER:
10             We are now off the record at
11        4:03.
12        (An off-the-record discussion was held.)
13         THE VIDEOGRAPHER:
14             We are now back on the record.
15        The time is 4:10.
16    EXAMINATION BY MS. du PONT:
17         Q.   Good afternoon, Dr. Wong.  My name is
18    Julie du Pont and I represent the Bayer
19    defendants in this matter.  You and I just met
20    for the first time today, correct?
21         A.   Yes.
22         Q.   And I just want to make sure that you
23    are clear that Bayer is not contending that you
24    did anything wrong in this lawsuit.  You are
25    here as an independent fact witness.  Do you

Page 60

1     understand that?
2          A.   Yes.
3          Q.   And I know we marked earlier as
4     Exhibit 1 the notice of your deposition and I'm
5     just going to mark as Exhibit 7 the cross-notice
6     of the deposition and have you take a look at
7     that.
8         (Exhibit No. 7 marked for identification.)
9              Have you seen that before?
10         A.   I think, yes, I think I saw this,
11    yes.
12         Q.   And it asks you to bring various
13    materials with you to your deposition, and I
14    understand you have most of your file here in
15    front of you on your computer and you did
16    provide for us a CV.  Is there anything else
17    that you have with you today with respect to
18    Mr. Boudreaux's care?
19         A.   No, this is it.
20         Q.   And I think you said earlier that you
21    did take a little bit of a look back at his
22    records prior to your deposition today?
23         A.   Very briefly.
24         Q.   About how long did you spend doing
25    that?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 61

1      A.   About 30 minutes, maybe less.
2      Q.   Did you review anything else other
3   than his medical records?
4      A.   No.  Because nobody really told me
5   what to look for and what it's all about really.
6      Q.   Did you meet with any counsel for
7   plaintiffs prior to your deposition today?
8      A.   Yes.
9      Q.   Who did you meet with?
10     A.   I met with Mr. Mark -- what is his
11  name?
12     Q.   Whitehead?
13     A.   Whitehead.
14     Q.   For how long did you meet with him?
15     A.   For about 45 minutes.
16     Q.   And what did you discuss with him?
17     A.   He showed me some handouts about the
18  FDA, about this -- a couple of handouts about
19  the Xarelto package insert.
20     Q.   Did he show you the package insert or
21  did he show you FDA documents relating to the
22  package insert?
23     A.   And FDA comment, yes.
24     Q.   Anything else that he discussed with
25  you?

Page 62

1      A.   That's -- that's about it.  And he
2   was clarifying what the whole thing was about,
3   yes.
4      Q.   What did he say the whole thing was
5   about?
6      A.   He said that there was a specific
7   reagent for the PT for monitoring Xarelto
8   efficacy, that there was a specific test, which,
9   you know, like I said, I heard of but was not
10  aware of.  There was a therapeutic range that
11  could be -- he showed me some of the graphs.
12  The therapeutic range could probably be -- safer
13  therapeutic range for Xarelto depending on the
14  dosing.
15     Q.   Did he talk to you at all about your
16  care and treatment of Mr. Boudreaux?
17     A.   No.
18     Q.   And other than that meeting -- do you
19  recall exactly when that was that you met with
20  Mr. Whitehead?
21     A.   What was it about?
22     Q.   No.  Do you recall what day you met
23  with him?
24     A.   Last week.  Was it last week?  Yes,
25  last week.

Page 63

1      Q.   Did Mr. Whitehead tell you that he
2   was also a physician?
3      A.   Yes.
4      Q.   Did he tell you that he was acting as
5   a lawyer, however, when he was speaking with
6   you?
7      A.   Yes.
8      Q.   Did Mr. Whitehead ask to meet with
9   you again?
10     A.   No.
11     Q.   And did you meet with him or any
12  other plaintiff's counsel prior to your
13  deposition today?
14     A.   No.  He's the only one and it was for
15  45 minutes, about 45 minutes.
16     Q.   And you said that he suggested to you
17  that PT was a test that you could monitor
18  Xarelto with?
19     A.   That there was a way to monitor the
20  therapeutic range of Xarelto that we were not --
21  physicians were not made aware of.
22     Q.   Did Mr. Whitehead offer to compensate
23  you for your time?
24     A.   Well, for any meeting that we have
25  lawyers, I think -- I have to ask my office

Page 64

1   manager.  My office manager arranges for that.
2   I'm sure we are compensated one way or another.
3      Q.   What is your hourly rate?
4      A.   I don't -- I don't deal with that.
5      Q.   You let the office manager worry
6   about that, right?
7      A.   Yes.
8      Q.   In prescribing medications to your
9   patients, do you typically rely on statements or
10  suggestions made to you by lawyers in
11  prescribing medications?
12     A.   No, not by -- definitely not by
13  lawyers.
14     Q.   Do you typically rely on material
15  shown to you by lawyers in making prescribing
16  decisions about your patients?
17     A.   No.
18     Q.   Do you rely on materials created by
19  lawyers in making prescribing decisions about
20  your patients?
21     A.   No.
22     Q.   And in prescribing medications to
23  your patients, do you typically rely on
24  pre-approval regulatory documents from the FDA?
25     A.   Yes.

Professional Shorthand Reporters, Inc.                        1-800-536-5255
Offices in New Orleans and Baton Rouge                        www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 65

1    Q.    Does that include draft materials?
2    A.    What do you mean by draft materials?
3    Q.    If there was a draft from a
4  regulatory agency, is that something that you
5  would typically --
6    A.    That they sent us a memo about --
7    Q.    Yeah.
8    A.    -- an update about their package
9  insert?  Yes, we look those over.
10   Q.    You rely on the package insert from
11  the FDA?
12   A.    Yes, yes.
13   Q.    Now, I just want to take a brief
14  moment to talk about your background.  Can you
15  tell me where you were born?
16   A.    I was born in the Island of
17  Mauritius.
18   Q.    Where did you go to medical school?
19   A.    Ireland.
20   Q.    And where did you do your
21  postgraduate training?
22   A.    Cleveland, Ohio.
23   Q.    At what --
24   A.    At Case.
25   Q.    At Case Western Reserve?

Page 66

1    A.    Case Western Reserve.
2    Q.    And did you also do your residency
3  and your cardiology fellowship there?
4    A.    Yes.  I did my fellowship and
5  residency at Case Western Reserve in Cleveland,
6  Ohio.
7    Q.    And then after finishing your
8  fellowship at Case Western Reserve, did you move
9  to Louisiana and join the practice here at the
10  Cardiovascular Institute of the South?
11   A.    Yes.
12   Q.    And have you been there ever since?
13   A.    Yes.
14   Q.    And you are board certified in
15  several different areas.  What areas are you
16  board certified in?
17   A.    Board certified in cardiovascular
18  disease, in echocardiography, and nuclear -- in
19  cardiology.
20   Q.    And internal medicine?
21   A.    Well, I am board certified, but I
22  haven't renewed it.
23   Q.    And you are licensed to practice
24  medicine here in the State of Louisiana?
25   A.    Yes.  As long as you have a valid

Page 67

1  license, yes.
2    Q.    And what hospitals do you have
3  privileges at in this area?
4    A.    St. Anne Hospital and Thibodaux
5  Regional.
6    Q.    And St. Anne Hospital is just right
7  across the street?
8    A.    Across the street.  It's an Ochsner
9  facility.  It's managed by Ochsner.
10   Q.    Now, let's just take a look at
11  Exhibit 2, which Mr. Birchfield marked earlier.
12  Do you see that?
13   A.    Yes.
14   Q.    And I think we discussed earlier that
15  this was the first time you saw Mr. Boudreaux as
16  a patient and that was January 7, 2014?
17   A.    Yes.
18   Q.    And the reason why you saw him is
19  because he had been admitted to Ochsner St. Anne
20  General Hospital, correct?
21   A.    Yes.
22   Q.    And it says that you were asked to
23  consult on cardiology by Ryan Wolfort.  Do you
24  know Dr. Wolfort?
25   A.    Yes, he is the emergency room

Page 68

1  physician.
2    Q.    And the reason for the consult was
3  a-fib flutter?
4    A.    Yes.
5    Q.    And what symptoms did Mr. Boudreaux
6  present with on this date?
7    A.    He had shortness of breath and chest
8  heaviness.
9    Q.    Did he also have indigestion?
10   A.    He described it as being indigestion.
11   Q.    And was an EKG performed?
12   A.    Yes.
13   Q.    What did that reveal?
14   A.    That he had some arrhythmia on the
15  atria, atrial fibrillation flutter.
16   Q.    And if you go to the last page of
17  this document, you see that the assessment plan
18  is new a-fib flutter of unknown duration with
19  borderline RVR.  What did you mean by RVR?
20   A.    RVR stands for rapid ventricular
21  rate.
22   Q.    Now, is it typical for you when you
23  see a person for the first time to evaluate what
24  medications they are taking?
25   A.    Yes.

Pages  65  to  68

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 69

1    Q.   I'm going to mark as Exhibit 8 some
2    additional pages from your records on that date.
3    (Exhibit No. 8 marked for identification.)
4    If you could turn to the second page
5    of this document.  This lists the medications
6    that Joseph Boudreaux was taking as of his
7    encounter on January 7, 2014.  Do you see that?
8    It's on the second page.  It says prior to
9    admission medications?
10   A.   Yes.
11   Q.   So Mr. Boudreaux was taking a number
12   of medications that first time you saw him,
13   correct?
14   A.   Yes.
15   Q.   Allopurinol, what is that?
16   A.   That's a medication for gout.
17   Q.   What does it do for gout?
18   A.   It reduces your level of uric acid.
19   Q.   It also says he was taking amiodapine
20   (phonetic)?
21   A.   Yes, that's a blood pressure
22   medication.
23   Q.   And aspirin or Ecotrin, what is that
24   for?
25   A.   That's -- well, aspirin is for many

Page 70

1    things, but for preventions of heart attacks
2    probably more than anything.
3    Q.   Are you aware that aspirin or Ecotrin
4    carries with it an increased risk of GI
5    bleeding?
6    A.   Yes.
7    Q.   Finasteride, what is that?
8    A.   This is for prostate.
9    Q.   And that's for an enlarged prostate,
10   is that what you mean by prostate?
11   A.   Yes, it's to relax the prostate.
12   Q.   What is fish oil for?
13   A.   That's generalized supplements.  It's
14   over the counter.
15   Q.   And he is also taking or -- he is
16   taking --
17   A.   Pain medication.
18   Q.   Pain medication, Vicodin as needed;
19   is that correct?
20   A.   Yes.
21   Q.   And he is also taking as needed
22   indomethacin or Indocin?
23   A.   Yes.
24   Q.   What is -- what is that?
25   A.   It's an antiinflammatory medication.

Page 71

1    Q.   A non-steroidal?
2    A.   Yes.
3    Q.   Does that also carry with it an
4    increased risk of GI bleeding?
5    A.   Yes.
6    Q.   And he is also taking Lisinopril.  Do
7    you see that?
8    A.   Yes.
9    Q.   What is that for?
10   A.   For blood pressure.
11   Q.   And Metformin, what is that for?
12   A.   That's for diabetes.
13   Q.   And finally terazosin (Hytrin)?
14   A.   Yes, that's for blood pressure and
15   prostate problems.
16   Q.   Now, your principal -- did you also
17   just take a family history of Mr. Boudreaux at
18   the time of this first meeting, if you could
19   look back at Exhibit 2.  Are you looking at
20   something there?
21   A.   I was just checking the finasteride,
22   I wanted to make sure I gave you the right
23   information about the finasteride.  Yes, it's
24   for BPH.  But I was surprised he was on both --
25   two medications for his prostate, yes.

Page 72

1    Q.   Under past medical history, did you
2    list that he had both hypertension and benign
3    prostatic hyperplasia --
4    A.   Yes.
5    Q.   -- if you look at Exhibit 2?
6    A.   Uh-huh.  Yes.
7    Q.   And did you also take an account of
8    his family history on this date?
9    A.   Yes.
10   Q.   And what was his family history?
11   A.   Positive for high blood pressure,
12   stroke, hypertension, kidney disease.
13   Q.   Now, I think you said that
14   Mr. Boudreaux on this January 7, 2014 date was
15   diagnosed newly with atrial fibrillation.
16   A.   Yes.
17   Q.   Can you just tell the jury, what is
18   atrial fibrillation?
19   A.   Atrial fibrillation is a chaotic
20   rhythm in the atrium to the point where the
21   pacing -- the usual pace rhythm of the heart is
22   lost and the atrium, where the usual pacemaker
23   starts, is just chaotic.  It's all over the
24   place.  Because of that, it leads to a fairly
25   fast heart rate but most initially is just very

Pages 69 to 72

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  73

1    irregular.
2         Q.   And is atrial fibrillation a common
3    form of arrhythmia?
4         A.   Yes.
5         Q.   Do you know what the estimated
6    prevalence of atrial fibrillation is in the
7    United States?
8         A.   Yes, very common.
9         Q.   If I were to tell you it was
10   3 million, does that sound about right?
11        A.   Yes.
12        Q.   As you age, are you more likely to
13   have atrial fibrillation?
14        A.   Yes.
15        Q.   What are some of the symptoms that
16   you will see in patients that have atrial
17   fibrillation?
18        A.   Palpitations, weakness, chest pains,
19   shortness of breath, dizziness --
20        Q.   Was Mr. Boudreaux -- sorry, I didn't
21   mean to cut off -- was Mr. Boudreaux
22   experiencing some of those symptoms?
23        A.   He had some of these symptoms, yes.
24        Q.   And did it look like he had
25   persistent atrial fibrillation as opposed to

Page  74

1    another type?
2         A.   Once he -- well, we don't know when
3    he started, but once he showed up he stayed in
4    atrial fibrillation, yes.
5         Q.   So we don't know exactly when he
6    first began experiencing atrial fibrillation?
7         A.   No, we don't know.
8         Q.   What are some of the causes of atrial
9    fibrillation?
10        A.   Well, first of all, it's what we call
11   lone atrial fibrillation.  It just happens.
12   This is what we call lone.  But the more common
13   causes are high blood pressure, hypertensive
14   heart disease, valvular heart disease, if you
15   have mitral regurgitation.  Any valves problems
16   can cause more atrial fibrillation, but
17   hypertension.  Smokers, bad lung disease causes
18   a lot of atrial fibrillation.  We see that a lot
19   also in people who have had bypass surgery,
20   coronary artery disease.  It's a very common
21   problem.
22        Q.   Based on your review of
23   Mr. Boudreaux's medical profile, what do you
24   think the cause of atrial fibrillation was in
25   his case?

Page  75

1         A.   In his case probably hypertension.
2         Q.   What are some of the consequences of
3    having atrial fibrillation?
4         A.   Your heart becomes inefficient in
5    many ways and you can go into heart failure.
6    You feel tired.
7         Q.   Is that what happened to
8    Mr. Boudreaux?
9         A.   Probably, yes.
10        Q.   Does a-fib or atrial fibrillation
11   increase a person's risk for stroke by four to
12   five times that of a person without a-fib?
13             MR. BIRCHFIELD:
14                 Object to form.
15             THE WITNESS:
16                 Yes.
17   EXAMINATION BY MS. du PONT:
18        Q.   And is stroke one of the leading
19   causes of death and disability in the United
20   States?
21        A.   Yes.
22        Q.   Do you agree that more than 795,000
23   people in the United States have a stroke each
24   year?
25        A.   Yes.

Page  76

1         Q.   And that basically means that on
2    average one American dies from a stroke every
3    four minutes?
4              MR. BIRCHFIELD:
5                  Object to form.
6              THE WITNESS:
7                  I will have to take your word
8          that is statistics are accurate.
9    EXAMINATION BY MS. du PONT:
10        Q.   Let me just show you something so you
11   don't just have to take my word for it.
12        A.   Yeah, I'm sure -- it sound right.
13        Q.   Okay.  Hold on.
14        A.   Where did you get your statistics
15   from?
16        Q.   The CDC.
17        A.   Okay.  Well, then that is pretty
18   accurate.
19        Q.   Is that a pretty reputable source?
20        A.   Yes.
21        Q.   Let me just mark it, because I don't
22   want to be accused of just making things up.
23   Let me mark as Exhibit 9 CDC Stroke Facts.
24        (Exhibit No. 9 marked for identification.)
25             And if you turn to the first page, or

Pages  73  to  76

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

## Page 77

1  the second page, I apologize, you see how it
2  says:  Stroke in the United States.  Stroke
3  kills almost 130,000 Americans each year.  Do
4  you see that?
5        A.    Yes.
6        Q.    And that's one out of every 20
7  deaths?
8        A.    Yes.
9        Q.    And on average one American dies from
10  stroke every four minutes.  Do you see that?
11        A.    Yes.
12        Q.    And, Doctor, is that consistent with
13  your understanding?
14        A.    Yes.
15        Q.    Okay.  You can put that aside.
16        And is it true that patients with
17  atrial fibrillation tend to have more severe
18  strokes than patients without atrial
19  fibrillation that have strokes?
20        A.    More severe?  Well, they have a much
21  higher chance and they have what we call embolic
22  strokes, which can be, yes, very devastating.
23  Generally they are more -- they cover more areas
24  of the brain, yes.
25        Q.    So they are more severe strokes?

## Page 78

1        A.    They tend to be.
2        Q.    At the time you were treating
3  Mr. Boudreaux, what percentage of your medical
4  practice involved treating patients with atrial
5  fibrillation?
6        A.    On top of my head, maybe ten percent,
7  20 percent.
8        Q.    And since you have been practicing
9  here at the Cardiovascular Institute of the
10  South, has that been pretty consistent for you,
11  that it's about 20 percent of your practice?
12        A.    Yes, maybe ten.
13        MR. BIRCHFIELD:
14            Object to form.
15  EXAMINATION BY MS. du PONT:
16        Q.    Ten to 20 percent of your practice?
17        A.    Probably.
18        Q.    Is atrial fibrillation something you
19  learned about in medical school?
20        A.    Yes.
21        Q.    Have you continued to stay up to date
22  in the literature surrounding atrial
23  fibrillation since then?
24        A.    Yes.
25        Q.    How many patients per month did you

## Page 79

1  see with atrial fibrillation at the time you
2  were treating Mr. Boudreaux in 2014?  Give me
3  your best estimate.
4        A.    Well, new onset -- well, if we -- old
5  and new that I see a week?  I don't know.  I
6  really don't.  I can't be sure.  Maybe between
7  five and ten.
8        Q.    Five and ten patients a week that you
9  treat with atrial fibrillation?
10        A.    Maybe five patients per week that I
11  see has atrial fibrillation.
12        Q.    And as a cardiologist who treats
13  patients with atrial fibrillation, you are
14  familiar with blood thinners or anticoagulation
15  therapies, correct?
16        A.    Yes.
17        Q.    What is an anticoagulant?
18        A.    An anticoagulant is a medication that
19  prevents you from clotting.
20        Q.    And would you agree that
21  anticoagulants are important medications?
22        A.    Yes.
23        Q.    Because blood clots can cause
24  strokes, right?
25        A.    Yes.

## Page 80

1        Q.    It can cause heart attacks?
2        A.    Yes.
3        Q.    It can cause deep vein thrombosis?
4        A.    Yes.
5        Q.    And they can cause pulmonary
6  embolisms?
7        A.    Yes.
8        Q.    And do you agree that all
9  anticoagulants carry with it a risk of bleeding?
10        A.    Yes.
11        Q.    And is that something you have known
12  since medical school?
13        A.    Yes.
14        Q.    And we have talked already today
15  about the new oral anticoagulants, right?
16        A.    Yes.
17        Q.    Those have been on the market -- the
18  first one came on the market about five to six
19  years ago, correct?  Pradaxa?  Maybe a little
20  longer?  Six or seven?
21        A.    Maybe longer than that.
22        Q.    And you agree that even though the
23  new oral anticoagulants, they work in slightly
24  different ways, they all carry a risk of
25  bleeding, correct?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 81

1      A.    Yes.
2      Q.    And in some cases that bleeding can
3  be serious, right?
4      A.    Yes.
5      Q.    Some cases it can be fatal?
6      A.    Yes.
7      Q.    And it can include gastrointestinal
8  bleeding, correct?
9      A.    Yes.
10      Q.    So when you began treating
11  Mr. Boudreaux for atrial fibrillation, you knew
12  that serious and potentially fatal bleeding was
13  an inherent risk of any anticoagulant medication
14  you were going to prescribe to him?
15      A.    Yes.
16      Q.    And is it considered a standard of
17  care among cardiologists to put patients with
18  atrial fibrillation like Mr. Boudreaux on some
19  kind of anticoagulant medication?
20      A.    Yes.
21      Q.    And when you are prescribing
22  anticoagulants to patients like Mr. Boudreaux do
23  you calculate their CHADS-VASc score?
24      A.    Yes.
25      Q.    If you could take a look -- I'm going

Page 82

1  to mark as Exhibit 10 the American Heart
2  Association, American College of Cardiology
3  Foundation, and that the Heart Rhythm Society
4  Guideline for Management of A-fib.  Do you see
5  that?
6      (Exhibit No. 10 marked for identification.)
7      A.    Yes.
8      Q.    Are you familiar with this guideline?
9      A.    Yes.
10      Q.    If could you turn to Page 2256 --
11  actually, first if you could turn to Page 2251?
12      A.    Yes.
13      Q.    And do you see under Section 3, No. 5
14  in the secondhand column that these
15  guidelines -- do you follow these guidelines,
16  Doctor?
17      A.    Which one?
18      Q.    I'm sorry.  No. 5?
19      A.    For patients with non-valvular a-fib
20  with prior stroke, transient ischemic attack or
21  CHADS-VASc score of two or greater, oral
22  anticoagulants are recommended.  Options include
23  Warfarin, dabigatran, rivaroxaban, or apixaban.
24      Q.    And rivaroxaban, that's Xarelto,
25  correct?

Page 83

1      A.    Correct.
2      Q.    If you turn to a few pages more to
3  Table 6, which is on page 2256.  Do you see
4  that?
5      A.    This one here?
6      Q.    Yes.
7      A.    Yes.
8      Q.    And this lists the various factors
9  for figuring out a patient's CHADS-VASc score,
10  correct?
11      A.    Correct.
12      Q.    We just read from the guidelines that
13  if you have a score of greater than two then the
14  guidelines say you need to be on an
15  anticoagulant, correct?
16      A.    Correct.
17      Q.    What was Mr. Boudreaux's CHADS-VASc
18  score?
19      A.    It's calculated.  He's 71 years old.
20  Okay.  So he had hypertension, so it's one.
21      Q.    He had congestive heart failure,
22  correct?
23      A.    Minimal, very mild, but he had -- he
24  was age 71, so that's another one here, so he
25  was at least two.  It was between two -- he is

Page 84

1  not a diabetic, I don't think.
2      Q.    No, he is.
3      A.    He is?
4      Q.    Yes.
5      A.    So he has a CHADS-VASc score of at
6  least three.
7      Q.    I can show you some records, but I
8  believe he also had congestive heart failure.
9      A.    Yes, I have to go back there.  Well,
10  he was short of breath, so yes, he definitely
11  had a CHADS score that qualified him for
12  anticoagulation, yes.
13      Q.    Given that he had a CHADS score that
14  qualified him for anticoagulation, in your
15  medical judgment was it important to put him on
16  an anticoagulant medication?
17      A.    Yes.
18      Q.    And I'm not sure if I already asked
19  you this.  I apologize.  But this 2014 guideline
20  from the American Heart Association, American
21  College of Cardiology, and the Heart Rhythm
22  Society, is this a guideline you follow in your
23  practice?
24      MR. BIRCHFIELD:
25          Object to form.

Professional Shorthand Reporters, Inc.                      1-800-536-5255
Offices in New Orleans and Baton Rouge                      www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 85

1    THE WITNESS:
2        Yes.
3    EXAMINATION BY MS. du PONT:
4        Q.   Do you also consider what a patient's
5    risk of bleeding is in prescribing
6    anticoagulation medications?
7        A.   Do I?
8        Q.   Also consider the risk of bleeding?
9        A.   Yes, yes.
10       Q.   And are you familiar with the
11   HAS-BLED score?
12       A.   I have read about it, but I'm not
13   that familiar with it, yes.
14       Q.   What factors do you consider, then,
15   though, that could elevate a person's risk of
16   bleeding?
17       A.   Oh, if they've had a prior bleed, of
18   course.  If they are on a number of medications
19   that can cause them to bleed.  If they have
20   intrinsic problems, other problems like liver
21   problems, aneurysms.
22       Q.   How about hypertension, can that
23   increase someone's risk of bleeding?
24       A.   Yes.
25       Q.   And so if Mr. Boudreaux had

Page 86

1    hypertension, he was older, can that increase
2    your risk of bleeding?
3        A.   Yes.
4        Q.   So if Mr. Boudreaux was over age 65,
5    had hypertension, and was also taking
6    non-steroidal antiinflammatory medications,
7    would he have been at least some risk of having
8    a GI bleed?
9        A.   At some risk, yes.
10       Q.   Do you also consider renal function
11   when you are prescribing anti-coagulant
12   medication?
13       A.   Yes.
14       Q.   And why is that?
15       A.   Well, a number of those NOACs are
16   excreted by the kidneys.  Also poor kidney
17   function does increase your risk of bleeding to
18   some extent.
19       Q.   And I think you said earlier that you
20   evaluated Mr. Boudreaux's kidney function and it
21   was normal?
22       A.   Yes.
23       Q.   In prescribing an anticoagulant
24   medication to him, did you consider prescribing
25   Warfarin to him?

Page 87

1        A.   That would have been an option, yes.
2    I did consider this too, yes.
3        Q.   What is your experience in
4    prescribing Warfarin to patients with atrial
5    fibrillation?
6        A.   It works.  It does prevent strokes.
7    We have that in many studies.  SPINAAF study and
8    BATAF study clearly shows a reduction of strokes
9    from anticoagulation with Coumadin.
10       Q.   So is Coumadin or Warfarin, is the
11   dosing for it highly individualized?
12       A.   Yes.
13       Q.   Do you have to figure out a different
14   dose for each patient that comes into your
15   office?
16       A.   Yes.
17       Q.   And when the patient comes in and you
18   first put them on Warfarin, do you know how they
19   are going to initially respond to whatever
20   initial dose you pick?
21       A.   No.
22       Q.   Why not?
23       A.   Because it varies a lot between
24   individuals, depending on the genetics, yes.
25       Q.   Are there numerous factors --

Page 88

1        A.   Yes.
2        Q.   Let me finish my question.
3            Are there numerous factors that can
4    influence what dosage an individual patient can
5    get for Warfarin?
6        A.   Yes.
7        Q.   What are some of those factors?
8        A.   Age, how their kidneys work, how
9    their liver works.  They are just genetically
10   predisposed.  If they have other concomitant
11   medications that inhibits or stimulates the
12   pathways, the enzymes for metabolizing certain
13   drugs, yes, or increasing the bioavailability of
14   Coumadin.
15       Q.   What do you mean by increasing the
16   bioavailability?
17       A.   Well, there are certain medications
18   that will bind the drug or bind blood cells, the
19   plasma protein, so that the therapeutic
20   medication's level can go up.  Especially
21   antibiotics are known to do that.  They can
22   really increase your level of anticoagulation
23   dangerously.  Drug interactions generally, yes.
24       Q.   And can what you eat influence what
25   dose of Warfarin you get?

Pages 85 to 88

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 89

1      A.    Yes, yes, the diet is a major factor,
2   yes.
3      Q.    What kind of things can't you eat on
4   Warfarin?
5      A.    Generally if you are on Coumadin, you
6   should avoid fluctuating your level of how much
7   greens you take, because greens are full of
8   Vitamin K, which is what Coumadin is,
9   antagonizes for you to clot.  So generally if
10  you eat a lot of greens one day and you don't
11  eat any the next day, it can be possible to
12  adjust the level of anticoagulation.
13     Q.    And is Warfarin considered a narrow
14  therapeutic range drug?
15     A.    Yes.
16     Q.    And what does that mean?
17     A.    That means you could easily overdo it
18  or underdo it.  It could be subtherapeutic
19  easily or you could be over-anticoagulated very
20  easily.  We see that all the time.
21     Q.    And what test is done for patients
22  taking Warfarin to make sure they stay in range?
23     A.    We check the INR.
24     Q.    And what is the range that is okay
25  for patients?

Page 90

1      A.    Between two and three.
2      Q.    And if they are less than two, are
3   they placed at an increased risk of stroke?
4      A.    Yes.
5      Q.    If they are over three, are they
6   placed at an increased risk of bleeding?
7      A.    Yes.
8      Q.    And does the fact that there is this
9   individualized dosing for Warfarin, does it mean
10  you have to regularly monitor these patients and
11  test the INR?
12     A.    Yes.
13     Q.    And does that make patient compliance
14  with Warfarin sometimes difficult for certain
15  patients?
16     A.    Yes.
17     Q.    And does the fact that sometimes
18  Warfarin patients have to take different doses
19  on different days make it difficult for them to
20  comply with their medication regimen?
21     A.    Yes.
22     Q.    And I think you have said earlier
23  that compliance is key, right?
24        MR. BIRCHFIELD:
25            Object to form.

Page 91

1         THE WITNESS:
2            Yes.
3   EXAMINATION BY MS. du PONT:
4      Q.    So it's important for you to make
5   sure your patients are complying with their
6   medications, and if you could give a medication
7   that was easier for the patient to comply with,
8   that's better for your practice, correct?
9         MR. BIRCHFIELD:
10            Object to form.
11        THE WITNESS:
12            Yes.
13  EXAMINATION BY MS. du PONT:
14     Q.    Now, you mentioned that Coumadin or
15  Warfarin carries with it certain drug
16  interactions; I think you said that earlier?
17     A.    Yes.
18     Q.    I'm going to mark as Deposition
19  Exhibit 11 the Coumadin prescribing information.
20     (Exhibit No. 11 marked for identification.)
21        If you go to Page 14, do you see
22  that, 7.1?
23     A.    Yes.
24     Q.    And it talks about CYP450
25  interactions.  What is that?

Page 92

1      A.    It's about all these enzymes that are
2   involved in the metabolism of the drug Coumadin,
3   Warfarin.
4      Q.    And if we turn to Table 2, which
5   gives some examples of it?
6      A.    Which page?
7      Q.    The next page, sorry, on Page 15, if
8   you look at Table 2.  Do you see that amiodarone
9   is an inhibitor of CYP2C9?
10     A.    Yes.
11     Q.    And was Mr. Boudreaux placed on
12  amiodarone?
13     A.    Yes.
14     Q.    Would the fact that he was on
15  amiodarone, would that tend to make you want to
16  not prescribe Warfarin to him and possibly
17  something else?
18     A.    Yes.
19     Q.    And -- one of the new oral
20  anticoagulants, correct?
21     A.    Yes.
22     Q.    And the fact that he was also on
23  allopurinol, which is an inhibitor of CYP1A2 --
24     A.    Yes.
25     Q.    -- is that another factor that you

Pages  89 to 92

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

---

Page 93

1    would consider in not prescribing Warfarin, but
2    possibly one of the other novel anticoagulants?
3        A.   Yes.
4        Q.   And also there is -- amiodarone also
5    inhibits CYP3A4; is that correct?
6        A.   Yes.
7        Q.   The last table?
8        A.   Yes, yes, yes.
9        Q.   So that's another factor that would
10   have made you consider --
11       A.   Yes.
12       Q.   And just so I'm clear, there is not
13   that same interaction with Xarelto, correct?
14       A.   Yes.
15       Q.   If you take allopurinol, or if you
16   take amiodarone, there is no drug interaction
17   with Xarelto?
18       A.   No.
19       Q.   Have you had patients on Warfarin
20   have bleeding episodes?
21       A.   Yes.
22       Q.   And have some of them been severe?
23       A.   Yes.
24       Q.   Have you ever had a patient that has
25   died from a bleeding episode related to

---

Page 94

1    Warfarin?
2        A.   I think so.
3        Q.   And you agree, Doctor, that even for
4    patients that are complying with the Warfarin,
5    they can still have a bleeding episode, correct?
6        A.   Yes.
7        Q.   And even patients that are complying
8    with their Warfarin and in range, they can still
9    have a stroke event, correct?
10       A.   Yes.
11       Q.   Are there factors that make you --
12   strike that.
13           Are there reasons why you don't
14   prescribe Pradaxa to a particular patient?
15           MR. BIRCHFIELD:
16               Object to form.
17           THE WITNESS:
18               Why would we not Pradaxa for --
19           there are some certain patients, yes, who
20           have bad kidneys, for example, that for
21           and who have any of these problems,
22           bleeding.
23   EXAMINATION BY MS. du PONT:
24       Q.   Are you familiar with the fact that
25   Pradaxa can lead to gastric upset in certain

---

Page 95

1    patients?
2        A.   Yes.  All the NOACs can do that.
3        Q.   Now -- do you want to take a break?
4        A.   No.
5        Q.   Are you okay?
6        A.   Yes.  I'm fine.  I was up all night
7    last night.
8        Q.   My questions are a little boring.
9        A.   No.  That's fine.  That's good.
10       Q.   At the time you saw Mr. Boudreaux in
11   January of 2014, did you have experience
12   prescribing Xarelto to patients with atrial
13   fibrillation?
14       A.   Yes.
15       Q.   When was the first time you
16   prescribed Xarelto?
17       A.   I can't remember, but shortly after
18   it came out on the market.
19       Q.   And have you continued to prescribe
20   Xarelto?
21       A.   Yes.
22       Q.   And you continue to prescribe it
23   today?
24       A.   Yes.
25       Q.   Your prescribing practices have not

---

Page 96

1    changed with respect to Xarelto?
2        A.   Generally not.
3        Q.   And do you agree that Xarelto is a
4    useful and beneficial medication for atrial
5    fibrillation patients because it reduces their
6    risk of stroke?
7            MR. BIRCHFIELD:
8                Object to form.
9            THE WITNESS:
10               Yes.
11   EXAMINATION BY MS. du PONT:
12       Q.   When you are prescribing a medication
13   to a patient like Xarelto, do you consider
14   several sources of information in making that
15   prescribing decision?
16       A.   Yes.
17       Q.   You consider the FDA-approved
18   prescribing information, right?
19           MR. BIRCHFIELD:
20               Object to form.
21           THE WITNESS:
22               Yes.
23   EXAMINATION BY MS. du PONT:
24       Q.   You consider the published medical
25   literature on Xarelto or whatever the medication

---

Pages 93 to 96

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 97

1  is?
2      A.   Yes, yes.
3      Q.   Do you attend CME conferences?
4      A.   Yes.
5      Q.   Do you consider those conferences in
6  prescribing --
7      A.   Yes.
8      Q.   -- medications to your patients?
9      A.   Yes.
10      Q.   And do you also rely our own
11  experience?
12      A.   Yes.
13      Q.   And do you talk to your colleagues
14  here at the Cardiovascular Institute of the
15  South?
16      A.   Yes.
17      Q.   And is it fair to say that you only
18  prescribe a medication after you have determined
19  that the benefits outweigh the risks for that
20  patient?
21      A.   Yes.
22      Q.    I'm going to mark as Exhibit 12 the
23  August 2013 prescribing information for Xarelto.
24      (Exhibit No. 12 marked for identification.)
25          Now, Doctor, I will represent to you

Page 98

1  that this was the prescribing information that
2  was in effect when you prescribed Xarelto to
3  Mr. Boudreaux in January of 2014.  Okay?
4      A.   Okay.
5      Q.   And I will just refer you to the
6  first page.  Do you see where it says Warnings
7  and Precautions?
8      A.   Yes.
9      Q.   And it states:  Risk of bleeding.
10  Xarelto can cause serious and fatal bleeding.
11  Promptly evaluate signs and symptoms of blood
12  loss.  Did I read that correctly?
13      A.   Yes.
14      Q.   And before you prescribed Xarelto to
15  Mr. Boudreaux, did you understand that it could
16  cause serious and fatal bleeding?
17      A.   Yes.
18      Q.   And this isn't in a black box, is it?
19  This warning here.  It's not in a black box like
20  this is over here (indicating)?
21      A.   No.
22      Q.   But you understood that Xarelto could
23  cause serious and fatal bleeding even though the
24  language is not printed in a black box, right?
25      A.   Right, yes.

Page 99

1      Q.   Now, if you turn to Section 2, you
2  see the Dosage and Administration?
3      A.   Yes.
4      Q.   And you see that there are two
5  options for patients with atrial fibrillation.
6  They can be prescribed either the 20-milligram
7  dose or the 15-milligram dose with the evening
8  meal, correct?
9      A.   Yes.
10      Q.   And depends on what dose you get is
11  what your creatinine clearance level is; is that
12  right?
13      MR. BIRCHFIELD:
14          Object to form.
15      THE WITNESS:
16          Yes.
17  EXAMINATION BY MS. du PONT:
18      Q.   What is creatinine clearance?
19      A.   It's how the kidneys function.  It's
20  how they can get rid of creatinine in the body,
21  which is an end product.
22      Q.   So patients that have a creatinine
23  clearance of 15 to 50, which is a moderate renal
24  impairment?
25      A.   Yes.

Page 100

1      Q.   They are supposed to get the lower
2  dose of Xarelto, correct?
3      A.   Yes.
4      Q.   Now, when you prescribed Xarelto to
5  Mr. Boudreaux, I think we said earlier he had
6  normal kidney function, right?
7      A.   Yes.
8      Q.   So he was correctly prescribed the
9  20-milligram dose of Xarelto, correct?
10      A.   Yes.
11      Q.   If you could turn to Section 5.2.
12  Now, you see there where it says Risk of
13  Bleeding?
14      A.   Yes.
15      Q.   Can you read that for me?
16      A.   Xarelto increases the risk of
17  bleeding and can cause serious or fatal
18  bleeding.  In deciding whether to prescribe
19  Xarelto to patients at increased risk of
20  bleeding, the risk of thrombotic events should
21  be weighed against the risk of bleeding.
22      Q.   Let's just take that first sentence.
23  You understood before you prescribed Xarelto to
24  Mr. Boudreaux that there was a risk of serious
25  or fatal bleeding from Xarelto, correct?

Pages 97 to 100

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 101

1    A.   Correct.
2    Q.   Then the second sentence talks about
3  weighing the risk of bleeding against the risk
4  of thrombotic events.  In your own words, what
5  does that mean?  What do you factor in when you
6  weigh those risks?
7    A.   Well, if the risk of stroke is as
8  high as his was, as indicated by the CHADS
9  score, then we know -- unless you have a major
10 contraindication to bleeding then the benefits,
11 the potential benefits far outweigh the risks.
12   Q.   And if you could turn to the next
13 page.  The first sentence of the second
14 paragraph, can you read that for me?
15   A.   Promptly evaluate, is that it?
16   Q.   No, the next --
17   A.   A specific antidote for rivaroxaban
18 is not available.
19   Q.   Were you aware that at the time you
20 were prescribing Xarelto to Mr. Boudreaux that
21 there was not a reversal agent or antidote
22 available for Xarelto?
23   A.   Yes.
24   Q.   If you could turn to Section 7.3,
25 Page 17.

Page 102

1    A.   Yes.
2    Q.   Can you see the name of the section
3  is Anticoagulants and NSAIDs or Aspirin; do you
4  see that?
5    A.   Yes.
6    Q.   The third sentence of that section
7  states:  Concomitant aspirin use has been
8  identified as an independent risk factor for
9  major bleeding in efficacy trials.  NSAIDs are
10 known to increase bleeding and bleeding risks
11 may be increased when NSAIDs are used
12 concomitantly with Xarelto.  Did I read that
13 correctly?
14   A.   Yes.
15   Q.   You were aware that the use of
16 aspirin or other non-steroidal antiinflammatory
17 medications could increase the risk of bleeding
18 even more so than with Xarelto alone, correct?
19   A.   Yes.
20   Q.   And you were aware at the time you
21 prescribed Xarelto to Mr. Boudreaux that he was
22 also taking aspirin, right?
23   A.   Yes.
24   Q.   And you were also aware that he was
25 periodically taking Indocin or indomethacin,

Page 103

1  correct?
2    A.   Yes.
3    Q.   But you considered the benefits of
4  all these medications to outweigh the risks to
5  Mr. Boudreaux at the time of his --
6       MR. BIRCHFIELD:
7          Object to form.
8       THE WITNESS:
9          If I'm not mistaken, though, he
10      was also on some medication for his
11      stomach as a prophylactic prevention.
12 EXAMINATION BY MS. du PONT:
13   Q.   That's Protonix; is that right?
14   A.   Yes, right, one of those medications,
15 yes.
16   Q.   Did you prescribe that to him?
17   A.   Well, he was on it.  I can't remember
18 exactly, but we routinely -- I routinely put
19 them on this as a preventive measure so they
20 reduce their risk of a GI bleed.
21       The Indocin, I think he was really
22 just taking it as needed.  He was not taking it
23 regularly, because he was not having a gout
24 attack at that time, so I think he was taking
25 that for gout.

Page 104

1    Q.   But he was regularly taking the
2  aspirin along with the Xarelto?
3    A.   Yes, yes, a baby aspirin.
4    Q.   What is the purpose of taking a baby
5  aspirin?
6    A.   For prevention of stroke or for
7  coronary artery disease and other kind of
8  strokes, yes.
9    Q.   That's what Mr. Boudreaux was taking
10 it for?
11   A.   Right.
12   Q.   If you could go back to Section 6.1?
13   A.   The table?
14   Q.   You see where it says Non-valvular
15 Atrial Fibrillation?
16   A.   Which page is that?
17   Q.   I'm sorry, it's Page 10.
18   A.   Okay, yes.
19   Q.   Actually it's -- Table 1 is the
20 last -- it's talking about Table 1 in the last
21 paragraph on the page.  And it says:  Table 1
22 shows a number of patients experiencing various
23 types of bleeding events in the ROCKET AF study.
24 Do you see that?
25   A.   Yes.

Pages 101 to 104

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 105

1    Q.    And if you turn the page to Table 1?
2    A.    Yes.
3    Q.    And do you see -- with respect to
4    major bleeding, you see that the event rate for
5    Xarelto was 3.6 per 100 patient years?
6    A.    Yes.
7    Q.    And the event rate for Warfarin was
8    3.5 for -- per 100 patient years?
9    A.    Yes.
10   Q.    So essentially the major bleeding
11   rate was similar between the two medications?
12   A.    Yes.
13   Q.    But if you go look at fatal bleeding,
14   you see the event rate on Xarelto was .2 per 100
15   patient years, correct?
16   A.    Correct.
17   Q.    And it was .5 for Warfarin per 100
18   patient years?
19   A.    Correct.
20   Q.    So the fatal bleeding looks better on
21   Xarelto?
22   A.    Yes.
23   Q.    And you were aware of that at the
24   time you prescribed Xarelto to Mr. Boudreaux?
25   A.    Yes.

Page 106

1    Q.    The gastrointestinal bleeding has a
2    higher rate on Xarelto than it does on Warfarin,
3    correct?
4    A.    Yes.
5    Q.    You were aware of that at the time
6    you prescribed Xarelto to Mr. Boudreaux?
7    A.    Yes.
8    Q.    Turn to Section 14 now.
9    A.    Page 27?
10   Q.    Page 27, yes.  And you see it's the
11   last sentence.  I'll just read that for you.  It
12   says: Patients randomized to Warfarin had a
13   mean percentage of time in the INR target range
14   of 2.0 to 3.0 of 55 percent, lower during the
15   first few months of the study.  Do you see that?
16   A.    Yes.
17   Q.    Are you familiar with the fact that
18   there was -- the average time in therapeutic
19   range was 55 percent in the ROCKET AF trial?
20   A.    Yes.
21   Q.    And then the next sentence states:
22   In ROCKET AF, Xarelto was demonstrated
23   non-inferior to Warfarin for the primary
24   composite endpoint of time to first occurrence
25   of stroke or non-CNS systemic embolism, hazard

Page 107

1    ratio equals 0.88, but superiority to Warfarin
2    was not demonstrated.  Did I read that right?
3    A.    Yes.
4    Q.    And were you aware, and I think you
5    mentioned earlier, that Xarelto was shown in
6    ROCKET AF to be non-inferior to Warfarin?
7    A.    Yes.
8    Q.    Meaning it was on par with Warfarin?
9    A.    Yes.
10   Q.    With respect to preventing strokes?
11   A.    Yes.
12   Q.    And the next sentence states:  There
13   is insufficient experience to determine how
14   Xarelto and Warfarin compare when Warfarin
15   therapy is well controlled.  Do you see that?
16   A.    Yes.
17   Q.    Did you understand that when you
18   prescribed Xarelto to Mr. Boudreaux?
19   A.    Yes.
20   MS. du PONT:
21        Do you want to take a quick
22   break?  Let's take five minutes.
23   THE VIDEOGRAPHER:
24        This is the end of tape two.  We
25   are now off the record at 5:06.

Page 108

1    (An off-the-record discussion was held.)
2    THE VIDEOGRAPHER:
3        This is the beginning of tape
4    three.  We are now back on the record.
5    The time is 5:18.
6    EXAMINATION BY MS. du PONT:
7    Q.    I'm going to mark as Exhibit 13 the
8    September 2015 labeling for Xarelto.
9    (Exhibit No. 13 marked for identification.)
10       And if you turn to Section 6.1, it's
11   Page 4.  Do you see that?
12   A.    Yes.
13   Q.    And you see Table 1 is reporting on
14   the bleeding events in ROCKET AF, and that's
15   similar data to what we just looked at on the
16   other label?
17   A.    Yes.
18   Q.    And then if you turn to Figure 1, and
19   this is --
20   A.    What page is that?
21   Q.    I'm sorry, it's on Page 5, Figure 1
22   is showing the risk of major bleeding events by
23   baseline characteristics in ROCKET AF.  Do you
24   see that?
25   A.    Yes.

Pages 105 to 108

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 109

1       Q.    And it has at the very top, and I
2    apologize, it's hard to read, all patients -- it
3    looks like -- the hazard ratio is 1.04.  Do you
4    see that?  And it's not statistically
5    significant?  The first part of the line right
6    at the top.
7       A.    Yes.
8       Q.    All patients?
9       A.    Yes.
10      Q.    Hazard ratio of 1.04; do you see
11   that?
12      A.    Yes.
13      Q.    And towards the -- this presents
14   various subgroup data from ROCKET AF.  Do you
15   see that?
16      A.    Yes.
17      Q.    So if we look at, for example,
18   weight, less than 60 kilograms there is a lower
19   risk of bleeding on -- with Xarelto as compared
20   to Warfarin.  Do you see that?
21      A.    Yes.
22      Q.    And if we go down to geographic
23   region, it reports -- for U.S. it appears that
24   there was 14 percent of the patients were from
25   the U.S.  Do you see that?

Page 110

1           MR. BIRCHFIELD:
2               Object to form.
3           THE WITNESS:
4               Yes.
5    EXAMINATION BY MS. du PONT:
6       Q.    And 86 percent of the patients were
7    from outside the U.S.?
8       A.    Yes.
9       Q.    So there was a small minority of
10   patients from the U.S., correct?
11      A.    Yes.
12      Q.    And here it reports a hazard ratio of
13   1.50 with a confidence interval of 1.14 to
14   1.198.  Do you see that?
15          MR. BIRCHFIELD:
16              Object to form.
17          THE WITNESS:
18              Yes.
19   EXAMINATION BY MS. du PONT:
20      Q.    If you go down to the note that's
21   right underneath this figure, it reads:  The
22   95 percent confidence limits that are shown do
23   not take into account how many comparisons were
24   made nor do they reflect the effect of a
25   particular factor after adjustment for all other

Page 111

1    factors.  Did I read that right?
2       A.    Yes.
3       Q.    And what does that mean in your own
4    words?
5       A.    It's just a purely statistic number.
6       Q.    Right.
7       A.    Yes.
8       Q.    So you understand that when you break
9    a set of data into subgroups like this, there
10   could be results that are a function of chance
11   due to the fact that you are doing multiple
12   comparisons, right?
13          MR. BIRCHFIELD:
14              Object to form.
15          THE WITNESS:
16              Yes.
17   EXAMINATION BY MS. du PONT:
18      Q.    And this subgroup data that is in the
19   label in September of 2015, it doesn't alter
20   your fundamental understanding that there was a
21   risk of serious and fatal bleeding from Xarelto,
22   does it?
23      A.    No.
24      Q.    If this subgroup data had been
25   available to you at the time you prescribed

Page 112

1    Xarelto to Mr. Boudreaux, it would not have
2    altered your prescribing decision, would it?
3           MR. BIRCHFIELD:
4               Object to form.
5           THE WITNESS:
6               Yes.
7    EXAMINATION BY MS. du PONT:
8       Q.    It would not have altered your
9    prescribing decision, correct?
10      A.    No.
11      Q.    If this had been available to you at
12   the time you prescribed it to Mr. Boudreaux, it
13   would not have altered your discussion with
14   Mr. Boudreaux about Xarelto?
15      A.    No.
16      Q.    And have your risk benefit
17   discussions changed as a result of this subgroup
18   data in the label for any of your patients?
19      A.    No.
20      Q.    You decided to prescribe Xarelto to
21   Mr. Boudreaux because in your medical judgment
22   the benefits of Xarelto outweighed the risk,
23   correct?
24          MR. BIRCHFIELD:
25              Object to form.

Pages 109 to 112

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 113

1      THE WITNESS:
2          Correct.
3    EXAMINATION BY MS. du PONT:
4      Q.    What is your general practice for
5    having a discussion about the risks and benefits
6    of Xarelto when you are putting a patient on
7    Xarelto?  Tell me what you talk to your patients
8    about.
9      A.    Well, I tell them why it's indicated.
10   I tell them what are the risks and why I'm
11   picking this particular one, one of the NOACs.
12     Q.    When it's indicated for atrial
13   fibrillation, what do you explain about atrial
14   fibrillation?
15     A.    I tell them that because of their
16   heart being irregular like this, they have a
17   high risk of having clots in their heart, and
18   that because of that they would have a high risk
19   of stroke and that we need to put them on blood
20   thinners.
21     Q.    And what do you talk to them about
22   the risks of blood thinners?
23     A.    That they have the risk of bleeding,
24   but I always tell them that bleeding generally
25   99 percent of the time we can take care of the

Page 114

1    bleeding, but if you have a stroke it's
2    permanent and it's a lot more devastating.  So
3    to me that's -- some patients still don't want
4    to be on blood thinners.  They choose not to.
5    They'd rather take their chances.  They just
6    don't like the idea of being on blood thinners.
7      Q.    Is it your -- when you are talking
8    about the risks of bleeding, do you talk about
9    it generally or do you talk about particular
10   types of bleeding with your patients?
11     A.    For the sake of time, bleeding can be
12   anywhere, you can bleed anywhere.  And depending
13   on where your weakness are.  Obviously
14   because -- a lot of people say, you know, if I
15   scratch myself I will bleed bad.  Yeah, if you
16   scratch yourself, you are going to bleed bad.
17   If you cut yourself, you are going to bleed
18   regardless whether you are on blood thinners or
19   not, but you are going to bleed more.  Generally
20   that's what it is.  If you have to go through
21   surgery, you need to stop it.  But generally
22   there is a risk of bleeding just about anywhere,
23   right?
24     Q.    Do you remember if you had a
25   conversation with Mr. Boudreaux --

Page 115

1      A.    Mr. Boudreaux about any particular
2    bleeding?  No, I don't remember.
3      Q.    Do you think you followed your
4    general practice to have a discussion with him?
5      A.    I would think generally, yes.
6      Q.    Let me just mark as Exhibit 14, and
7    this is a Progress Note, Cardiology, signed by
8    you, correct?
9      (Exhibit No. 14 marked for identification.)
10     A.    Yes.
11     Q.    And it's dated January 9, 2014?
12     A.    Yes.
13     Q.    And what is the interval history from
14   this record?
15     A.    So he was admitted -- well, by then
16   his weight was controlled with medications and
17   he was fully anticoagulated by then and he was
18   stable.  He was on all the fluid pills.  And we
19   had diagnosed that he had a slight
20   cardiomyopathy.  His heart was a little weak, so
21   he had -- we put him on some medications that
22   would help him get better.
23     Q.    So he had congestive heart failure?
24     A.    Very mild, very mild.  I don't think
25   that would -- well, he had some shortness of

Page 116

1    breath from the -- yeah, he had some heart
2    failure, very mild, yes, from the atrial
3    fibrillation.
4      Q.    And the plan on the last page of this
5    record, it says:  More K.  What does K stand
6    for?
7      A.    Potassium.
8      Q.    Discharged home on current meds,
9    except PO diuretic.  What does that mean?
10     A.    That means that when he was getting
11   diuretics by intravenously that current
12   medication would be switched to oral diuretics.
13     Q.    And then it says:  Anticoagulant
14   educated.  Do you see that?
15     A.    Yes.
16     Q.    Does that refresh your recollection
17   that you would have educated --
18     A.    Generally -- I mean, I personally
19   don't do it, but my nurse practitioner or my
20   nurse or one of the hospital nurses, they
21   routinely have like a package.
22     Q.    Let me mark as Exhibit 15.  You said
23   that your nurses do the anticoagulant education.
24   Is this the checklist that they use?
25     (Exhibit No. 15 marked for identification.)

Pages 113 to 116

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 117

1      A.    Yes.
2      Q.    Are you familiar with this checklist?
3      A.    Yes.
4      Q.    Who created this checklist for the
5  Cardiology Institute?
6      A.    I don't remember, but we have a
7  committee, practice committee.  In fact, is this
8  checklist from CIS or is it from St. Anne
9  Hospital?
10     Q.    It may be from St. Ann's actually.
11     A.    It may be either one.  But that was
12  in 2014?
13     Q.    Yes.
14     A.    Therefore it will be -- well, it
15  could be either one.
16     Q.    Do you know who Veronica Theriot is?
17     A.    Yes.
18     Q.    Who is that?
19     A.    She is a registered nurse.
20     Q.    Is she at St. Anne's or is she here?
21     A.    That's what I'm trying to figure out
22  because she used to work for me and then she
23  took the position in charge and that was in, I
24  think, 2014, shortly after that, so she was in
25  transition.

Page 118

1      Q.    But it looks from this checklist
2  that --
3      A.    She went through the whole list.
4      Q.    -- she went through the whole list.
5  Let's just go through it to understand what this
6  conversation sounds like.
7            It looks like she discussed the
8  reason anticoagulation is necessary, so --
9            MR. BIRCHFIELD:
10               Object to form.
11           THE WITNESS:
12               Yes.
13  EXAMINATION BY MS. du PONT:
14     Q.    -- what would that conversation sound
15  like?
16           MR. BIRCHFIELD:
17               Object to form.
18           THE WITNESS:
19               It would say:  Well, you are on
20           blood thinners because to reduce your risk
21           of stroke from the atrial fibrillation,
22           yes.
23  EXAMINATION BY MS. du PONT:
24     Q.    And action of anticoagulation, what
25  does that mean?

Page 119

1      A.    That it makes your blood thin.
2      Q.    And then she would have gone over the
3  current dosage of the medication, right?
4      A.    Yes.
5      Q.    When to take it?
6      A.    Yes.
7      Q.    And why does this anticoagulation
8  therapy education checklist say that there is a
9  need for all healthcare providers to be aware of
10  all medication?
11     A.    Well, so that some other doctor does
12  not say if she goes to somewhere, like urgent
13  care or other doctors, that they don't put
14  something that would have drug interactions that
15  would cause a major problem.
16     Q.    And if needing surgery will have to
17  contact us beforehand.  Why does St. Anne's do
18  that?
19     A.    Because of the risk of bleeding.
20     Q.    Because of the risk of bleeding?
21     A.    Right.
22     Q.    Why does it note signs of bleeding?
23     A.    Well, because the earlier you detect
24  any bleeding, the less likely you will need any
25  intervention.

Page 120

1      Q.    And then it has instructions if
2  bleeding should occur.  Do you see that?
3      A.    Yes.
4      Q.    What does your office typically say
5  the instructions are if bleeding should occur?
6      A.    To stop the medication.
7      Q.    And avoid activities that pose high
8  risk for fall, injury, et cetera.  Why is that
9  item there?
10     A.    Because of the risk of trauma and
11  bleeding.
12     Q.    And the patient is instructed to call
13  for any injuries potential for internal
14  bleeding, correct?
15     A.    Yes.
16     Q.    And why do they recommend an alert
17  tag?
18     A.    So that if you get into an accident,
19  somebody knows you are on blood thinners.
20     Q.    And is it your understanding that
21  Joseph Boudreaux went over this checklist with
22  the nurse at St. Anne's or the Cardiovascular
23  Institute --
24     A.    It's signed here by him, right?
25     Q.    Yes.

Pages  117 to 120

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 121

1          MR. BIRCHFIELD:
2              Object to form.
3     EXAMINATION BY MS. du PONT:
4          Q.   Yes.  So it appears that he was made
5     known of all these risks?
6          A.   Aware.
7          Q.   Including the risk of bleeding,
8     correct?
9          A.   Yes, that's correct.
10         Q.   Is it policy for your office to give
11    patients a copy of the medication guide for
12    Xarelto, or do you just typically use the
13    checklist?
14         A.   I don't think we give them -- but
15    when they get their prescription filled, there
16    is usually a package insert, right, for every
17    medication.
18         Q.   Right.  Are you familiar with the
19    information that's in the package insert for
20    patients?
21         A.   Is it --
22         Q.   Yes, it's amended to this.  If we
23    take a look at Exhibit 12 at the very back.
24    Maybe not.  It looks like Page 41.  Do you see
25    that?

Page 122

1          A.   Yes.
2          Q.   And this is the -- this is the
3     medication guide that would have accompanied
4     Mr. Boudreaux's prescription for Xarelto,
5     correct?
6          A.   Yes.
7          MR. BIRCHFIELD:
8              Object to form.
9     EXAMINATION BY MS. du PONT:
10         Q.   And it advises that one of the most
11    important information that he should know about
12    Xarelto is that Xarelto can cause bleeding which
13    can be serious and rarely may lead to death.  Do
14    you see that?
15         A.   Yes.
16         Q.   So if Mr. Boudreaux had read the
17    medication guide, he would have been aware of
18    the fact that Xarelto can potentially lead to
19    increased bleeding and even death?
20         A.   Yes.
21         Q.   I'm going to mark as Exhibit 16 the
22    date of discharge note from the Cardiovascular
23    Institute of the South.
24         (Exhibit No. 16 marked for identification.)
25         A.   Yes.

Page 123

1          Q.   Does this reflect what we were
2     talking about earlier, that Mr. Boudreaux was
3     discharged on January 9, 2014?
4          A.   Yes.
5          Q.   And it states:  Counseling per Wong,
6     per Dr. Wong.  Do you see that?
7          A.   Yes.
8          Q.   What does -- what does that mean?
9          A.   I don't know.  It was cosigned by
10    Dr. Marcello.  That's not on my note.  It's the
11    admitting physician, the family practice, so I'm
12    not sure what they mean by that.  I think they
13    meant more like consult, consulted by Dr. Wong,
14    but I don't know.  You will have to ask
15    Dr. Marcello.
16         Q.   And then it says:  Will follow up
17    with him tomorrow?
18         A.   Right.
19         Q.   We went over that record earlier.
20    You did follow up with Mr. Boudreaux on
21    January 10?
22         A.   Yes.
23         Q.   And then it says:  30 day RX to local
24    pharmacy for all new meds, 90 day of Xarelto
25    send to Rightsource per patient request.  Do you

Page 124

1     see that?
2          A.   Yes.
3          Q.   He had a 90-day prescription called
4     in to Rightsource Pharmacy?
5          A.   Yes.
6          Q.   And then it says:  Samples given per
7     Veronica, RN for next ten days.  Do you see
8     that?
9          A.   Yes.
10         Q.   So is it your understanding that
11    Mr. Boudreaux, between the mail order
12    Rightsource request and the samples that were
13    provided to him, got a hundred days of Xarelto
14    prescriptions?
15         A.   Yes.
16         Q.   And are you aware of any other
17    samples that were provided to Mr. Boudreaux at
18    the time of his discharge?
19         A.   I don't know.  We will have to look
20    at his records when he came back here, but I
21    doubt that we would have given him more, because
22    he was covered for a while.  At least once he
23    saw me, but I wouldn't be surprised.  Sometimes
24    they come back a month, two month, and they ask
25    for more samples, so I don't know.

Pages 121 to 124

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 125

1      Q.   But you are not aware of any record
2  that shows that, correct?
3      A.   No.  I'm not aware.
4      Q.   Do you keep records of the samples
5  that are provided to your patients?
6      A.   Yes, yes, we should have records of
7  that.  It would take us a while to dig it up.
8      Q.   We might want to get that record from
9  you then.  When we go off the record we can look
10  for it, but --
11      A.   I can try while you are talking.
12      Q.   Would it be your practice to
13  typically provide samples just to bridge them
14  until they got their prescriptions?
15      A.   Yes, yes.
16      Q.   And sitting here right now, you can't
17  say that Mr. Boudreaux got more than a hundred
18  Xarelto pills based on this record?
19      A.   No.  It's unlikely.  I mean, if he
20  filled up his prescription then we probably -- I
21  mean, usually we give them for, like you said,
22  the first month oftentimes or ten days, and by
23  then they fill up their prescription.
24      Q.   But here it indicates that there were
25  only ten days given to him.

Page 126

1      A.   Right.  It's very common practice,
2  yeah.
3      Q.   To give it for ten days?
4      A.   Yes.  Whether he got more samples, we
5  will have to go into the nursing records.  I
6  wouldn't know where to look for it in the
7  records.
8      Q.   Knowing what you know today, do you
9  still believe that it was medically appropriate
10  to prescribe Xarelto to Mr. Boudreaux?
11          MR. BIRCHFIELD:
12              Object to form.
13          THE WITNESS:
14              Yes.
15  EXAMINATION BY MS. du PONT:
16      Q.   I'm going to mark as Exhibit 17, this
17  is an echocardiogram that was done by you on
18  January 8?
19      (Exhibit No. 8 marked for identification.)
20      A.   Yes.
21      Q.   I just had one question.  Can you
22  read it for me and summarize what the study
23  showed?
24      A.   Can I just read the impression?
25      Q.   Yes, sure.

Page 127

1      A.   In summary, the study demonstrates
2  atrial fibrillation with mild global left
3  ventricular hypokinesis.  There is a mildly
4  dilated left ventricular enlargement with mild
5  eccentric left ventricular hypertrophy.  There
6  is also borderline left atrial enlargement.
7  There is also pleural effusion seen.
8          Basically it's saying that the heart
9  was slightly weaker than normal basically.  It
10  was a little larger and wasn't contracting as
11  vigorously as a normal heart.
12      Q.   Did you end up prescribing certain
13  medications?
14      A.   Yes, for that, yes.
15      Q.   What specifically?
16      A.   Ace inhibitors like the Lisinopril
17  and I think there was a number of others.
18      Q.   Would you have prescribed any
19  diuretics?
20      A.   Yes.  The whole list of medications,
21  if you look at them when he was discharged.
22  Spironolactone is another diuretic prescribed
23  for people with heart failure, with weak heart.
24  Lisinopril was another one.  And Metoprolol,
25  they all help in making the heart stronger over

Page 128

1  time, yes.
2      Q.   I'm going to mark as Exhibit 18 the
3  EKG that was done that same day, January 8.
4      (Exhibit No. 18 marked for identification.)
5      A.   Yes.  So this is confirming that he
6  was in atrial fibrillation.  His weight was
7  controlled.
8      Q.   What does it mean anterior infarct.
9  Age undetermined?
10      A.   The EKG, the computer reads it that
11  in some ways there are -- there is a -- there
12  are criterias here to suggest that he may have
13  had a heart attack in the front.  The anterior
14  is the front part of the heart.  Possibly had
15  lost a little bit of forces, electrical forces
16  that suggest that he may have had a heart attack
17  in that area.
18          It's not completely diagnostic, but
19  it's just an EKG criteria.  It says age
20  undetermined, meaning that this is something
21  that could have happened in the past, at any
22  time in past.  It's not an acute thing.
23      Q.   What does this mean to you?  Do you
24  think he had a heart attack in the past?
25      A.   A heart attack or some sort of event

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 129

1    that scarred up the heart and made the heart
2    weak, yes.
3        Q.    And would that have placed him at
4    even a higher risk of stroke from atrial
5    fibrillation?
6        A.    Yes.  Well, that's what caused the
7    heart failure in some ways, yes.  The heart
8    would be weak and heart failure, and therefore
9    heart failure increases your CHADS score.
10       Q.    Now, we talked about earlier how you
11   saw Mr. Boudreaux on January 10, 2014.
12       A.    Yes.
13       Q.    Did you see him again on January 13,
14   2014?
15       A.    Yes.
16       Q.    I'm going to mark as Exhibit 19 the
17   progress note from January 13.
18       (Exhibit No. 19 marked for identification.)
19          Do you see that?
20       A.    Yes.
21       Q.    Are you looking at it on your screen
22   as well?
23       A.    I'm pulling it up to make sure I got
24   it all covered.
25       Q.    Can you just let me know what your

Page 130

1    assessment of Mr. Boudreaux was on this date?
2        A.    Well, he was clearly better.  He was
3    stable and it was time to consider sending him
4    back to work.  And he needed to go back to work.
5    And he did a stress test.  There was no
6    suggestion that he was trying to have a heart
7    attack, so -- with all this, so he was cleared
8    to go back to work that day.  He was still in
9    atrial fibrillation.
10       Q.    Why is that significant to you?
11       A.    Well, because then we were talking
12   about cardioversion, that we will have to try to
13   fix it more permanently.
14       Q.    And what does CV at RR mean?
15       A.    Consider cardioversion at return to
16   clinic, RTC.
17       Q.    So at this January 13, 2014 visit you
18   were considering cardioversion for
19   Mr. Boudreaux?
20       A.    Yes.
21       Q.    And did you see him again on
22   January 24, 2014?
23       A.    Yes.
24       Q.    I will mark that as Exhibit 20.
25       (Exhibit No. 20 marked for identification.)

Page 131

1           Does this reflect your meeting,
2    office visit with Mr. Boudreaux on January 24,
3    2014?
4        A.    Yes.
5        Q.    And what was his chief complaint at
6    this visit?
7        A.    On the 24th?
8        Q.    On the 24th, yes.
9        A.    He was actually feeling fine, I
10   think.  Actually this is the admission, you
11   know, when we planned to -- the actual visit on
12   the 24th was -- is a different sheet.  This is
13   the form we filled out because he was doing much
14   better and so on, so we decided to go for
15   cardioversion.
16          So to do the cardioversion, if you
17   look at that visit that day, he says he feels
18   much better, but blood pressure running a little
19   low.  So we said:  Well, okay, we will have the
20   cardioversion.  And because of the cardioversion
21   we have this exhibit, because then we have to
22   write down the whole history and physical so
23   that we can admit him to the hospital for the
24   cardioversion.
25       Q.    And the plan was, based on this, to

Page 132

1    do the cardioversion on February 5, correct?
2        A.    Correct.
3        Q.    And it's noted on this form that
4    despite aggressive medical management the
5    patient remains in a-fib?
6        A.    Right.
7        Q.    That's why you needed to do the
8    cardioversion?
9        A.    Right.
10       Q.    What are the writings of
11   cardioversion?
12       A.    Stroke.
13       Q.    A stroke?
14       A.    Yes.
15       Q.    But why do you do it despite the risk
16   of stroke?
17       A.    So that the heart can get back to
18   efficient, more efficient beating, more --
19   function more efficiently, and that should in
20   the long run help getting the heart back on
21   track.
22       Q.    Now, I'm going to try to find
23   Exhibit 4 in my pile here if you can do the
24   same.  Why don't we go ahead and let you use
25   this copy and we will find it at the end.

Pages 129 to 132

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 133

1      A.   Yes, so the visit on the 3rd --
2      Q.   Yes.
3      A.   -- of February?
4      Q.   Yes.  So what were the symptoms at
5  this visit?
6      A.   Suddenly he started feeling very weak
7  for over three days and he noticed his stools to
8  be very, very black and he had been constipated.
9      Q.   And the stools, the very black and
10  the constipation had been going on for three or
11  four days?
12      A.   Three days.  For three or four days,
13  yes.
14      Q.   Does that indicate to you that the
15  symptoms of his GI bleeding started three or
16  four days prior to him coming to you?
17      A.   Yes.
18      Q.   And then it says:  Weak two days ago,
19  walked to work?
20      A.   Unable to work.
21      Q.   Unable to work.  And what was your
22  assessment and plan for Mr. Boudreaux when he
23  presented to you?
24      A.   Then we stopped all the medications
25  that could make his blood pressure low and that

Page 134

1  would increase his bleeding, so no Indocin, make
2  sure he is not taking his Indocin, and withhold
3  the aspirin and the Xarelto and Lasix and the
4  Lisinopril until we were sure what his volume is
5  and to keep him well hydrated.
6      We sent some blood work stat to the
7  hospital.  And that's what I was -- I have been
8  trying to pull this up and see if I can go to
9  Ochsner website and see where he actually got --
10  went from here, because from here to coming back
11  and when he went to see Dr. Timothy, I don't
12  know what happened.
13      Q.   What happened.
14      A.   I guess he got blood transfusions and
15  all this and all that, but I don't have that
16  record.
17      Q.   And I just want to make sure that the
18  record is clear.  You stopped the Indocin
19  because there was -- the Indocin can --
20      A.   Well, if you notice, I didn't say
21  stop the Indocin.  I said no Indocin.  That
22  means do not take it.  The question is -- I
23  don't think he was even taking it before that,
24  because he was just taking it as needed when he
25  got the gout flareups, I would think, because

Page 135

1  Indocin was as needed.
2      Q.   Why would you have asked him to hold
3  the aspirin?
4      A.   Because if he was bleeding in his
5  stomach, aspirin is a major contributor to that.
6      Q.   And how about the Lasix and the
7  Lisinopril?
8      A.   Because his blood pressure was kind
9  of low, if he was bleeding, I didn't want things
10  to get worse.
11      Q.   Got it.  And as best as your records
12  show, for this particular bleeding event on
13  February 3, 2014, you did not continue to follow
14  him for this event?
15      A.   No, no.  I mean, I presume what
16  happened is we sent the stat blood and he went
17  home and then when we got the blood back, or
18  maybe he didn't even go home, he was waiting by
19  the lab.  Once we knew it was that low, we asked
20  him to go to the emergency room so that that
21  could be taken care of right away.
22      I can't remember -- I don't even have
23  that -- like if I pull that up I probably have
24  those labs here, but let's see.  That was on
25  February 3.  So his BUN was 61, which is mark of

Page 136

1  bleeding.
2      Q.   Where are you reading, sir?
3      A.   His hematocrit was 21, so his blood
4  count dropped significantly, yeah, that day.
5  That blood work that I sent here, hematocrit was
6  21 coming from normal, so he was bleeding.  He
7  was bleeding in his stomach, there is no
8  question, and he needed to get some sort of
9  blood transfusions, immediate measures to make
10  sure that he didn't drop any further.
11      Because once your blood count
12  hematocrit drops below 25, you start feeling
13  very short of breath and weak, so.
14      Q.   So you transferred him to across the
15  street?
16      A.   Yeah.  I just told him to -- I think
17  that's what happened.  Once we get those labs
18  back, we said:  Look, your blood count is
19  dropping significantly.  Go to the emergency
20  room and we'll take it from there.  And from
21  there I presume he was transferred to somewhere
22  where they had a gastroenterologist to look at
23  his stomach and stuff like that.
24      Q.   But your treatment stopped
25  basically --

Pages 133 to 136

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 137

1      A.    At that point.
2      Q.    -- when you told him to go to the
3    emergency room?
4      A.    Right, right.
5      Q.    And you talked a little earlier about
6    how Mr. Boudreaux has continued to see both
7    Dr. Timothy as well as Dr. Fail here?
8      A.    Yes, and Dr. Fail in Houma, yes.
9      Q.    Let's take a look at Exhibit 5 that
10   was marked previously.  If you go to the last
11   page.
12     A.    That's Dr. Timothy's note.
13     Q.    Can you read his writing better than
14   I can?
15     A.    All right, let's try.  Patient was
16   planned for DC cardioversion TEE, but in
17   meantime patient had GI bleed and transfused --
18   and transfusion -- leading to transfusion, an
19   arrow to transfusion -- at Kenner Ochsner.
20   Endoscopy done, Xarelto stopped.
21     Q.    And then what is his -- what looks
22   like was his assessment and plan?
23     A.    It says:  Persistent a-fib,
24   hypertension, diabetes, cardiomyopathy, probably
25   non-ischemic, continue aspirin for stroke

Page 138

1    prophylaxis, defer cardioversion/TEE.  Decrease
2    amiodarone, discuss balance of risk benefit
3    without anticoagulation -- of anticoagulation
4    versus aspirin.
5      Q.    Do you see in the results section how
6    Dr. Timothy writes:  Clearly at higher risk for
7    stroke?
8      A.    Yeah.
9      Q.    Do you see that?
10     A.    Yes.
11     Q.    Do you agree with that?
12     A.    Yes.
13     Q.    And it states:  ASA alone but higher
14   risk for major bleeding with anticoagulation.
15   Do you see that, right underneath where it says:
16   Clearly at risk for stroke in the result
17   section?
18     A.    Aspirin alone, but high risk for
19   major bleeding without with anticoagulation,
20   yes.
21     Q.    And what he meant, or -- in your
22   opinion --
23     A.    That his risk of bleeding was higher,
24   therefore we just have to take the chances of
25   not anticoagulation and take the higher risk of

Page 139

1    stroke.
2      Q.    When he says take the risk of not
3    putting him on an anticoagulant, it didn't mean
4    just don't put him on Xarelto, it meant don't
5    put him on any anticoagulant, right?
6      A.    Right.
7          MR. BIRCHFIELD:
8              Object to form.
9    EXAMINATION BY MS. du PONT:
10     Q.    Because regardless of what
11   anticoagulant you would put him on, he would be
12   at high risk of bleeding?
13         MR. BIRCHFIELD:
14             Object to form.
15         THE WITNESS:
16             Yes.
17   EXAMINATION BY MS. du PONT:
18     Q.    Do you have an understanding that
19   Dr. Timothy eventually referred Mr. Boudreaux to
20   Dr. Fail for a LARIAT procedure?
21     A.    Yes, going through the chart, that's
22   eventually what he did.  He thought he would be
23   a good candidate for the LARIAT force procedure.
24     Q.    What is the LARIAT procedure?
25     A.    It's actually -- most of the clots

Page 140

1    when your atrium fibrillate the clots form into
2    what we call the left atrial appendage.  It's
3    like a little ear that sticks into the atrium.
4    It's one of those evolutionary things that
5    happened, but it really serves no purpose, so
6    one of the ways to reduce your risk of getting
7    stroke from that clots in there is to go in and
8    adulate it and put a device that kind of shuts
9    it down.
10     Q.    And was that what was done for
11   Mr. Boudreaux?
12     A.    Yes.  So that he didn't have the risk
13   of stroke when he was not on blood thinners.
14     Q.    I'm going to mark as Exhibit 21.  Is
15   this is a consult note from you?
16     (Exhibit No. 21 marked for identification.)
17     A.    Yes.
18     Q.    From September 1, 2015?
19     A.    Yes, that means I saw him again.
20     Q.    Does this refresh your recollection?
21     A.    Yes, it does.  It's coming back to me
22   gradually, but goodness, we see so many patients
23   every day.
24     Q.    No, I completely understand.  I can't
25   remember what I did yesterday.  So what was the

Pages 137 to 140

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

| Page 141 |
| --- |

1  purpose of your consult?
2      A.   That there was fluid around the
3  heart.  The patient was admitted with shortness
4  of breath.  He has had some gallbladder surgery
5  and he was short of breath, so because of all
6  the story of his heart problems, they called us
7  to assist.
8      Q.   And what was your assessment and plan
9  of care?
10     A.   Well, there was some fluid around the
11  heart and that was a large fluid collection and
12  this can be very dangerous, because then it
13  prevents your heart from being able to fill up
14  with blood and that can cause you to go into
15  shock.
16     Q.   And at this visit on September 1,
17  2015, is there any indication that Mr. Boudreaux
18  has any long term effects from his bleeding
19  event that you saw him for in February of 2014?
20     A.   That's his risk for stroke?
21     Q.   No, just that -- do you see any
22  evidence that he's had any problems because of
23  the actual bleeding event?
24         MR. BIRCHFIELD:
25             Object to form.

| Page 142 |
| --- |

1         THE WITNESS:
2             No.  His blood count was
3         corrected.  His -- I don't think -- his
4         hematocrit was fine that day.  So he
5         hadn't had any further bleeding and his
6         blood count was not a problem any more,
7         no.
8  EXAMINATION BY MS. du PONT:
9      Q.   And do you believe this was the last
10  time you saw Mr. Boudreaux?
11     A.   I think so.  See, Terrebonne General
12  and Thibodaux Regional are the big hospitals.
13  St. Anne is the stopover.  I always have to
14  clean up everybody's dirty work and then send
15  them back, you know.
16     Q.   Send them back where?
17     A.   To Terrebonne.  He was transferred to
18  Terrebonne this time and he went to Thibodaux
19  initially, but that's what we end up doing.
20     Q.   You were talking a little earlier
21  about how you met with sales reps for Janssen?
22     A.   Yes.
23     Q.   Did the detail representatives that
24  you met with, did they ever give you any
25  information that was false or inaccurate?

| Page 143 |
| --- |

1         MR. BIRCHFIELD:
2             Object to form.
3         THE WITNESS:
4             No.
5  EXAMINATION BY MS. du PONT:
6      Q.   And did they ever discuss with you
7  anything that was not part of the prescribing
8  information for Xarelto, what's in the label for
9  Xarelto?
10     A.   No.
11     Q.   And you understand that detail reps
12  are not doctors; they don't go to medical
13  school, right?
14         MR. BIRCHFIELD:
15             Object to form.
16         THE WITNESS:
17             No.
18  EXAMINATION BY MS. du PONT:
19     Q.   And regardless of what a detail
20  representative would say to you, you are going
21  to perform your own assessment --
22         MR. BIRCHFIELD:
23             Object to form.
24  EXAMINATION BY MS. du PONT:
25     Q.   -- about the risks and benefits of

| Page 144 |
| --- |

1  Xarelto before prescribing it, right?
2      A.   Yes.
3         MR. BIRCHFIELD:
4             Object.
5  EXAMINATION BY MS. du PONT:
6      Q.   And meeting with the sales
7  representative, a detail representative, is not
8  going to take away your independent medical
9  judgment --
10         MR. BIRCHFIELD:
11             Object to form.
12         THE WITNESS:
13             Yes.
14  EXAMINATION BY MS. du PONT:
15     Q.   -- about that medication?
16     A.   Yes.  No.
17     Q.   Let me ask that question again.
18     A.   Double negative.  It would not affect
19  our medical judgment.
20     Q.   And you have not prescribed a
21  medication to a patient because of something a
22  detail representative told you, correct?
23     A.   Correct.
24         MR. BIRCHFIELD:
25             Object to form.

Pages 141 to 144

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 145

1    EXAMINATION BY MS. du PONT:
2        Q.   When you prescribe medications, you
3    rely on the prescriber information, the medical
4    literature, your own judgment?
5        A.   Everything, yes.
6        Q.   Have you seen lawyer advertising for
7    Xarelto?
8        A.   Yes.
9        Q.   And have the lawyer ads impacted your
10   practice at all?
11       A.   No.  The impact to my practice is
12   that patients hear those advertising and it
13   takes a lot more to convince them that it's
14   safe, it's relatively safe.
15       Q.   What have some of your patients come
16   in, what are some of their concerns as a result
17   of the advertisement?
18       A.   Well, they see all this:  If you have
19   taken Xarelto before, contact us.
20       Q.   And what do you tell your patients
21   when they come in with those concerns?
22       A.   That it's misleading.  It makes it
23   sound like, you know, it's a terrible drug.  But
24   Coumadin is just as -- you know.  Everything --
25   it's an anticoagulant.  It's going to have an

Page 146

1    increased risk of bleeding, but serves its
2    purpose and protects you from stroke.  That's
3    what I tell them.
4        Q.   Do you counsel your patients not to
5    just stop taking their medications because they
6    are seeing these lawyer ads?
7        A.   That's the worst part.  We have had
8    cases where people stroke out because they saw
9    those commercials and stop taking them.  We have
10   had cases like that.  And you wonder whether
11   there should be a law that goes back and says
12   you can't -- you know, it's negligent
13   advertising sometimes.  You wonder if there is
14   such a thing --
15       Q.   So how many patients in your practice
16   have stopped their medications and had strokes?
17       MR. BIRCHFIELD:
18            Object to form.
19       THE WITNESS:
20            I have heard of a couple of
21       cases.  We have had maybe two cases I have
22       heard so far.
23   EXAMINATION BY MS. du PONT:
24       Q.   Earlier Mr. Birchfield was asking, if
25   there was a simple blood test you could do for

Page 147

1    Xarelto, would you want that.  Are you familiar
2    with PT, prothrombin time test?
3        A.   Yes.
4        Q.   You are not -- the PT test has not
5    been approved by the FDA as an assayed measure
6    of the anticoagulation intensity?
7        A.   No.
8        MR. BIRCHFIELD:
9             Object to form.
10   EXAMINATION BY MS. du PONT:
11       Q.   Are you aware of any assay that has
12   been approved by the FDA to measure the
13   coagulation effect of Xarelto?
14       A.   No.
15       Q.   I'm going to mark as Exhibit 22 a
16   coagulation report from Ochsner St. Anne General
17   Hospital.
18   (Exhibit No. 22 marked for identification.)
19            Do you see that?  Do you see that for
20   Joseph Boudreaux on February 3, 2014, which is
21   the date he came with the bleeding event?
22       A.   Bleeding, uh-huh.
23       Q.   That his prothrombin time was 13.6?
24       A.   Yes.
25       Q.   And that's just slightly above the

Page 148

1    normal range?
2        A.   Yes.
3        Q.   So even if PT were an appropriate
4    test to use, there is no evidence here that
5    Mr. Boudreaux's PT was particularly elevated, is
6    there, at the time of his bleeding event?
7        MR. BIRCHFIELD:
8             Object to form.
9        THE WITNESS:
10            No.
11       MS. du PONT:
12            I don't think I have any further
13       questions, but I just want to look through
14       my notes.  Do you --
15       MR. McCAULEY:
16            I'm going to have a few.  I
17       thought we could go off the record a
18       second and talk about checking the nurse's
19       records for samples if that's still
20       possible today.
21       THE WITNESS:
22            Well, I have to get my nurses and
23       they are gone for the day.
24       MR. McCAULEY:
25            Okay.  Fair enough.  That's what

Pages 145 to 148

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 149

1    I figured.  I thought by this hour they
2    may have been gone.  So that's all I
3    was -- I'm going to only have a few
4    questions.  I won't be very long at all,
5    so don't worry.  I don't have an outline.
6    I think it's been covered very thoroughly,
7    so I don't expect to have very many
8    questions.
9        MS. du PONT:
10           You want to take a brief break?
11       MR. McCAULEY:
12           Take two minutes?
13       THE VIDEOGRAPHER:
14           This is the end of tape three.
15    We are now off the record.  It's 6:14.
16    (An off-the-record discussion was held.)
17       THE VIDEOGRAPHER:
18           This is the beginning tape four.
19    We are now back on the record.  The time
20    is 6:20.
21       MS. du PONT:
22           I have no further questions at
23    this time.
24    EXAMINATION BY MR. McCAULEY:
25       Q.    All right, Doctor, my name is John

Page 150

1    McCauley.  We were introduced just before the
2    start of the deposition today and I represent
3    the Janssen defendants in this case.  Okay?
4        A.    Yes.
5        Q.    And I don't think we -- I know we
6    haven't met before today.  Do you have any
7    different recollection?
8        A.    No.
9        Q.    I won't be very long.  I know the
10    hour is late, but I wanted to get just a few
11    more follow-up on a couple of things.
12           First, Dr. Wong, it looks like from
13    your CV that we have marked in the case that you
14    were born in 1962 and started in medical school
15    in Ireland in 1980; is that right?
16        A.    '81.
17        Q.    So you were like 18 or 19 when you
18    started medical school; is that right?
19        A.    Yes.
20        Q.    I think for most Americans that would
21    be a pretty young age.  Were you able to do your
22    undergraduate and medical school at the same
23    time?
24        A.    Yes.
25        Q.    It seems like a lot of work.  Was it

Page 151

1    quite a lot of work over there?
2        A.    It's not that unusual in Europe.
3        Q.    And then you went on to do additional
4    training in Ireland.  I think you did some in
5    County Westmeath?
6        A.    Yes, that's part of the internship.
7        Q.    And then when you did your residency,
8    did you come to the United States?
9        A.    Yes.
10        Q.    And based on your CV, it looks like
11    you did all your post medical training --
12        A.    Postgraduate training.
13        Q.    Postgraduate training at the Case
14    Western Reserve; is that right?
15        A.    Yes.
16        Q.    And I think -- I mean, the reputation
17    of Case Western is well known, but for those
18    people in the jury who may not understand what
19    Case Western is, could you give us a little
20    explanation of that -- that --
21        A.    Well, at that time in the internal
22    medicine program, the reason I went there was it
23    was ranked in the top 20, 25 in the country.
24    And me, not being an ivy league, it was next to
25    the ivy league kind of program.

Page 152

1        Q.    So that was one of the top -- top
2    programs in the country for internal medicine?
3        A.    Yes, it's huge program, yes.
4        Q.    And then -- then you went on to do a
5    residency at Case Western, or I'm sorry, a
6    fellowship?
7        A.    A fellowship.
8        Q.    And a fellowship is a little
9    different from a residency, isn't it?
10        A.    Yes, that's when you specialize.
11        Q.    You specialize with, and you work
12    under the supervision of very experienced
13    cardiologists at Case Western, right?
14        A.    Yes.
15        Q.    Case Western, like most medical
16    schools, is an academic institution with some of
17    the top doctors in the area?
18        A.    Yes, you could say that.
19        Q.    Working on cardiological issues.  And
20    so you actually spent in medical training, based
21    on your CV, from like 1981 to like 1995; is that
22    right?
23        A.    Yes.
24        Q.    And then you were a full-fledged
25    cardiologist?

Pages 149 to 152

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 153

1      A.   Cardiologist, yes, 14 years.
2      Q.   So all of that training is what you
3  bring to bear when you meet a patient like
4  Mr. Boudreaux, right?  All that education, all
5  of that training, and then you get some
6  experience on top of that.
7      A.   Yes.
8      Q.   And I think you said something about
9  compliance as one of the -- I think you said
10  it's one of the most important things, and if I
11  put that in my words it would be, if you bring
12  all your training you have, if you bring that 13
13  years --
14      A.   14.
15      Q.   14 years -- let me not skimp -- 14
16  years of medical training to bear and all that
17  education doesn't matter one wit if the patient
18  doesn't follow your instructions; is that right?
19          MR. BIRCHFIELD:
20              Object to form.
21          THE WITNESS:
22              Right.
23  EXAMINATION BY MR. McCAULEY:
24      Q.   So you have to get them to comply
25  with the best medical advice that you can give

Page 154

1  them?
2      A.   Yes.
3      Q.   If they don't, then they might as
4  well -- they might as well go see a witch doctor
5  or something, right?
6          MR. BIRCHFIELD:
7              Object to the form.
8          THE WITNESS:
9              Yes.
10  EXAMINATION BY MR. McCAULEY:
11      Q.   So that's what you did with your
12  patients, including Mr. Boudreaux, is do your
13  best to ensure, the best you can, that what you
14  explain to them, what advice you give to them
15  and what medicines you give to them are going to
16  be things that they can easily and readily
17  comply with so far as is possible; is that true?
18          MR. BIRCHFIELD:
19              Object to form.
20          THE WITNESS:
21              Yes.
22  EXAMINATION BY MR. McCAULEY:
23      Q.   So let me talk about that a little
24  bit.  When you are prescribing a medication like
25  Xarelto or any blood thinner, one of the

Page 155

1  compliance issues is the patient has to take it
2  or else it won't do them any good, right?
3      A.   Right.
4      Q.   Some patients, I think you said, are
5  resistant to -- when they hear about blood
6  thinners, they are resistant to that idea at
7  first?
8      A.   Yes.
9      Q.   But you have to explain to them why
10  it's a good idea to take blood thinners, don't
11  you?
12      A.   Yes.
13      Q.   What do you tell a patient who is
14  resistant or who is worried about blood
15  thinners, what do you tell them to overcome
16  their fears?
17      A.   Well, actually I already mentioned
18  that earlier, that a stroke is irreversible most
19  of the time.  If you stroke out, your life is
20  going to be drastically changed if you are
21  paralyzed.  And I think that's -- you have to
22  put that to weigh why you have to do this to,
23  why you have to prevent this, as opposed to the
24  risk of bleeding which is there, but that can be
25  corrected.  People don't usually -- if they

Page 156

1  bleed, you can stop it probably 90 percent of
2  the time.  The mortality is extremely low.
3      Q.   I think what you said, I remember the
4  court reporter had to ask you to say what you
5  said again, you called it an embolic stroke,
6  right?
7      A.   Yes.
8      Q.   That means it's an embolism or a
9  little clot of blood?
10      A.   That's showers of clots sometimes.
11      Q.   Sometimes showers of clots.  And so
12  here is what I want to understand.  With atrial
13  fibrillation, is it true that that creates an
14  environment in the heart that makes formation of
15  blood clots more likely?
16      A.   Yes.
17      Q.   And when you have that environment in
18  the heart, literally with every beat of the
19  heart there is a risk that a clot, or as you say
20  a shower of clots, can be sent from the heart
21  straight to the brain; is that true?
22      A.   True.
23          MR. BIRCHFIELD:
24              Object to form.
25  EXAMINATION BY MR. McCAULEY:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

| Page 157 | Page 159 |
|---|---|

Page 157

1      Q.   I think you said when you were
2  talking earlier that this risk of stroke -- by
3  the way, the word stroke implies to me it can
4  happen suddenly and without warning.  That's
5  what I take from that word stroke.  Is that what
6  you take from that word like stroke out?
7         MR. BIRCHFIELD:
8            Object to form.
9         THE WITNESS:
10            Yes, you could say that.
11  EXAMINATION BY MR. McCAULEY:
12      Q.   It can happen at any time, right?
13      A.   Right.
14      Q.   So when you have -- when you have
15  that risk, that's literally every beat of the
16  heart is a chance that there is going to be a
17  stroke sent -- a clot sent to the brain, and a
18  life -- as you put it, a life-altering stroke;
19  is that right?
20      A.   Yes.
21      Q.   Tell me if this is true.  When you
22  have a stroke I think you said it's
23  irreversible.  Is that true of an embolic
24  stroke?
25         MR. BIRCHFIELD:

Page 158

1            Object to form.
2         THE WITNESS:
3            It's mostly irreversible.
4  EXAMINATION BY MR. McCAULEY:
5      Q.   It's because it's very difficult to
6  get rid of a clot once there is one in the
7  brain; is that right?
8      A.   Right, correct.
9      Q.   You can't really go up and start
10  decoagulating that stroke in the brain?
11      A.   Sometimes if you catch them earlier,
12  sometimes you can give them thrombolytics, which
13  can reverse a stroke and abort it, but you have
14  to catch it early and there is always a risk of
15  bleeding after that, so it's a tough situation.
16      Q.   So curing the embolic stroke can lead
17  to a risk of bleeding to the brain or even a
18  hemorrhagic stroke in the brain?
19      A.   Correct.
20      Q.   So there is really nothing good about
21  having one of those strokes?
22      A.   Nothing good.
23      Q.   When you have a stroke like that, you
24  can lose your speech; is that right?
25      A.   Right.

Page 159

1      Q.   You can lose your muscle control?
2      A.   Yes.
3      Q.   You can become, as you mentioned,
4  paralyzed?
5      A.   Yes.
6      Q.   You can end up in a wheelchair?
7      A.   Yes.
8      Q.   You can end up in a nursing home?
9      A.   Yes.
10      Q.   You can end up dead?
11      A.   Yes.
12      Q.   These are all the things that you
13  would explain to a patient who is resistant to
14  blood thinners because he is scared about the
15  risk of bleeding, right?
16         MR. BIRCHFIELD:
17            Object to form.
18         THE WITNESS:
19            Yes.
20  EXAMINATION BY MR. McCAULEY:
21      Q.   Now, that risk of bleeding also
22  requires compliance of the patient too.  That
23  is, you have to have the patient as your good
24  partner in watching out for signs of bleeding
25  when they are on blood thinners, right?

Page 160

1         MR. BIRCHFIELD:
2            Object to form.
3         THE WITNESS:
4            Yes.
5  EXAMINATION BY MR. McCAULEY:
6      Q.   They have to be alert --
7      A.   Yes.
8      Q.   Is it true they have to be alert to
9  that?
10      A.   Yes.
11      Q.   You can't watch them 24 hours a day;
12  they are out in the world?
13      A.   Right.
14      Q.   Do you depend on your patients to
15  look out for those things?
16      A.   Yes.
17      Q.   If you are depending on your patients
18  to look out for these signs of bleeding, then
19  obviously they need to know about the risk of
20  bleeding?
21      A.   Yes.
22      Q.   So it's not just -- it's not just
23  that you are describing risks of bleeding in the
24  abstract, you are saying -- is it true you are
25  telling the patient:  I'm telling you about

Pages 157 to 160

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 161

1    these risks so that you know what to look for in
2    case something happens in your life; is that
3    right?
4            MR. BIRCHFIELD:
5                Object to form.
6            THE WITNESS:
7                Yes.
8    EXAMINATION BY MR. McCAULEY:
9        Q.   So is there any doubt in your mind --
10   well, let me ask you this question.  You talked
11   about Veronica Theriot; have I said her name
12   right?
13       A.   Yes.
14       Q.   How long did she work for you before
15   she got the promotion?
16       A.   Oh, she is a very experienced nurse.
17   She's been around for 20 years.
18       Q.   Have you worked for her -- with her
19   for a long time?
20       A.   She's worked for me for over ten
21   years.
22       Q.   So did you have a lot of confidence
23   in her ability to interact with patients?
24       A.   Absolutely.
25       Q.   Tell me why you had such confidence

Page 162

1    in Veronica Theriot.
2        A.   Because she is extremely competent.
3    I would think she is probably the top one
4    percent of registered nurses.  She is a very
5    sharp person.  Anybody who works with her would
6    know that.  She is now in charge.  She used to
7    be -- she's done a lot of work around here.
8    Everybody knows her.
9        Q.   Do you have -- did you have a lot of
10   confidence in having Veronica Theriot be the
11   person who sat down with the patient and
12   answered their questions about blood thinners?
13       A.   Yes.  Oh, absolutely, yes.
14       Q.   And would you have entrusted -- can
15   you think of anyone that you would have thought
16   better for that job than Veronica Theriot?
17       A.   She is perfect for that.  She is the
18   most -- person with the most integrity and
19   competence to do that.
20       Q.   And so we saw -- I won't bring it out
21   again, mostly because I would spend time
22   rummaging through the papers, but we saw that
23   checklist of things that she went through.  Is
24   that kind of an example of her thoroughness,
25   going through that checklist?

Page 163

1        A.   Yes.
2        Q.   You said -- and I wanted to ask this
3    follow-up question about that.  You said that
4    the nurse has a package for the patient and I
5    wondered if there was literally a package that
6    was given to the patient about blood thinners?
7        A.   Yeah, we -- it changes all the time,
8    because we change a lot from Coumadin to NOACs.
9    I'm not exactly sure if the hospital has a
10   package or we have a package or both, and what
11   we actually give to the patients now.
12       Q.   But it's important -- let me make
13   sure this is true.  It's important for you as
14   the doctor and for Nurse Theriot as the nurse
15   who is sitting down with the patient and
16   explaining these things to them that they
17   understand before they leave what the risks and
18   benefits are and what they need to look for?
19           MR. BIRCHFIELD:
20               Object to form.
21           THE WITNESS:
22               Yes.
23   EXAMINATION BY MR. McCAULEY:
24       Q.   So to the extent possible, you rely
25   on just the oral communication with the patient,

Page 164

1    that's one thing you rely on, right?
2        A.   Yes.
3            MR. BIRCHFIELD:
4                Object.
5    EXAMINATION BY MR. McCAULEY:
6        Q.   But also if you have some -- if you
7    have -- he is allowed to object if I ask a
8    question that he thinks in some way may be out
9    of whack but that's all right, and I do
10   sometimes, so don't worry about that.  It's a
11   form thing not a substance thing.
12           So when you sit down with, or when
13   you or Nurse Theriot sits down with that
14   patient, if you can you like to give them
15   written materials they can take home and look
16   at; isn't that true?
17           MR. BIRCHFIELD:
18               Object to form.
19           THE WITNESS:
20               Yes.
21   EXAMINATION BY MR. McCAULEY:
22       Q.   And so, if there is a medication
23   guide available, for example, with the
24   particular drug, whether it be Xarelto or
25   Warfarin or Eliquis, you like to provide them

Pages 161 to 164

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 165

1    with that medication guide to the extent it's
2    available to you?
3                MR. BIRCHFIELD:
4                    Object to form.
5                THE WITNESS:
6                    Yes.
7    EXAMINATION BY MR. McCAULEY:
8        Q.    And, of course, would you expect that
9    Nurse Theriot would be fully familiar with the
10   prescribing information for Xarelto and the
11   other NOACs that are prescribed to your
12   patients?
13       A.    Yes.
14       Q.    And has she demonstrated that
15   familiarity to you or do you have confidence
16   that she has?
17       A.    Yes.
18       Q.    And tell me why that is, why do you
19   think so?
20       A.    Because we have worked together for a
21   long time and we have been using these drugs for
22   a long time and we deal with it every day.
23       Q.    And so now, when we talked about
24   compliance, I think you mentioned about four
25   things about NOACs that you liked better than

Page 166

1    Warfarin.
2        A.    Yes.
3        Q.    I think you named those four things
4    very early in the questioning.  And if I
5    understood your testimony correctly, if you look
6    at all of those things you listed, every single
7    one of them goes back to that principle that you
8    want the patient to follow your instructions,
9    right?
10               MR. BIRCHFIELD:
11                   Object to form.
12               THE WITNESS:
13                   Right.
14   EXAMINATION BY MR. McCAULEY:
15       Q.    So for example, it doesn't -- it
16   doesn't do your patients one bit of good to
17   prescribe a drug that they cannot afford to take
18   because they won't take it, right?
19       A.    Right.
20       Q.    And it does your patients no good to
21   prescribe a drug that the insurance company
22   doesn't have on its formulary?
23       A.    Right.
24       Q.    So you have to make sure that's
25   correct, right?

Page 167

1        A.    Correct.
2        Q.    And that's not just because you want
3    to save the guy a couple of bucks: you want to
4    make sure that they are taking their medication?
5                MR. BIRCHFIELD:
6                    Object to form.
7                THE WITNESS:
8                    Yes.
9    EXAMINATION BY MR. McCAULEY:
10       Q.    It's also true that -- I think you
11   said that you can have your green leafy
12   vegetables on some of these NOACs, whereas you
13   have to watch it with Warfarin.
14       A.    You have to repeat that.
15       Q.    We've been distracted by someone
16   coming in the door.
17       A.    Probably the cleaners.
18       Q.    So that's one of the benefits of the
19   new NOACs: it's not just convenient, but it's
20   also a compliance issue, isn't it?
21               MR. BIRCHFIELD:
22                   Object to form.
23               THE WITNESS:
24                   Yes.
25   EXAMINATION BY MR. McCAULEY:

Page 168

1        Q.    Because somebody, for example, who
2    has diabetes and is watching their weight may
3    wish to have a  salad, a green salad sometimes
4    instead of the hamburger or the -- or the
5    dessert, right?
6                MR. BIRCHFIELD:
7                    Object to form.
8                THE WITNESS:
9                    Yes.
10   EXAMINATION BY MR. McCAULEY:
11       Q.    They can't do that if they are on
12   Warfarin?
13       A.    They shouldn't.
14       Q.    They shouldn't do it, because it
15   could interfere with Warfarin's very narrow
16   range of therapeutic effectiveness, right?
17               MR. BIRCHFIELD:
18                   Object to form.
19               THE WITNESS:
20                   Yes.
21   EXAMINATION BY MR. McCAULEY:
22       Q.    That's a very, very narrow range you
23   have to keep them in two and three on the scale,
24   you have to keep them right between two and
25   three if you want to do it just right; is that

Pages 165 to 168

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 169

1    right?
2            MR. BIRCHFIELD:
3                Object to form.
4            THE WITNESS:
5                Yes.
6    EXAMINATION BY MR. McCAULEY:
7        Q.   Very difficult to do even if they
8    just have one salad in a week that could throw
9    it off kilter, if they are not careful, right?
10           MR. BIRCHFIELD:
11               Object to form.
12           THE WITNESS:
13               Yes.
14   EXAMINATION BY MR. McCAULEY:
15       Q.   That's not an issue you have with any
16   of the NOACs, correct?
17           MR. BIRCHFIELD:
18               Object to form.
19           THE WITNESS:
20               Yes.
21   EXAMINATION BY MR. McCAULEY:
22       Q.   And I think you said that -- tell me
23   if this is correct, the compliance program with
24   Warfarin can be very difficult, can't it?
25       A.   Yes.

Page 170

1        Q.   Because you have to monitor,
2    sometimes once weekly, sometimes once every two
3    weeks, sometimes every three weeks, or at least
4    once a month you have to be monitoring those
5    patients, right?
6            MR. BIRCHFIELD:
7                Object to form.
8            THE WITNESS:
9                Yes.
10   EXAMINATION BY MR. McCAULEY:
11       Q.   To keep it within that very narrow
12   therapeutic range.  And if you don't monitor at
13   that frequency or if the patient, they go on
14   vacation, they forget, they have a car problem,
15   they have something, they might not get to the
16   Coumadin clinic, right?
17           MR. BIRCHFIELD:
18               Object to form.
19           THE WITNESS:
20               Yes.
21   EXAMINATION BY MR. McCAULEY:
22       Q.   That can be a real problem with
23   compliance, because compliance with Warfarin is
24   even more difficult than it is with any of the
25   NOACs.  Do you agree with that?

Page 171

1            MR. BIRCHFIELD:
2                Object to form.
3            THE WITNESS:
4                Yes.
5    EXAMINATION BY MR. McCAULEY:
6        Q.   Doctor, I think you also said
7    availability of samples is an issue, right?
8        A.   Yes.
9        Q.   And samples become available because
10   reps from the drug companies drop them off at
11   your clinic for use with your patients?
12       A.   Yes.
13           MR. BIRCHFIELD:
14               Object to form.
15   EXAMINATION BY MR. McCAULEY:
16       Q.   But you don't have an infinite supply
17   of samples?
18       A.   No.
19       Q.   You have to -- you have to ration out
20   the samples that you have on hand; is that true?
21           MR. BIRCHFIELD:
22               Object to form.
23           THE WITNESS:
24               Yes.
25   EXAMINATION BY MR. McCAULEY:

Page 172

1        Q.   So if somebody has insurance, then
2    you are going to expect that they get their
3    Xarelto or their Eliquis or whatever drug you
4    are prescribing through their insurance first
5    before they come to ask you for samples, right?
6            MR. BIRCHFIELD:
7                Object to form.
8            THE WITNESS:
9                Yes.
10   EXAMINATION BY MR. McCAULEY:
11       Q.   And, of course, when they are leaving
12   the hospital, they may need a little bridge time
13   to get from hospital to time when their
14   prescription is filled; is that right?
15       A.   Yes.
16       Q.   So you are not going to give out free
17   samples just for the asking; you will give them
18   out as needed, so that you have --
19       A.   Yes.
20       Q.   Because there are some very needy
21   patients without insurance that need samples
22   more often; isn't that true?
23           MR. BIRCHFIELD:
24               Object to form.
25           THE WITNESS:

Pages 169 to 172

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

| Page 173 | Page 175 |
|---|---|
| 1          Yes. | 1      Q.    Does the fact that there is not an |
| 2    EXAMINATION BY MR. McCAULEY: | 2    FDA-approved assay, does that -- does that |
| 3      Q.    You have patients without any | 3    suggest to you that there is no effective way to |
| 4    insurance at all, right? | 4    measure the anticoagulant effect of Xarelto? |
| 5      A.    Right. | 5      A.    It doesn't a hundred percent, but if |
| 6      Q.    If they were going to take Xarelto or | 6    it's not regularly approved by the FDA, |
| 7    one of these newer drugs, they would have to pay | 7    generally we don't look for it. |
| 8    out of pocket if they couldn't get samples? | 8      Q.    If the company knew of a way to |
| 9        MR. BIRCHFIELD: | 9    effectively measure the anticoagulant effect but |
| 10          Object to form. | 10    did not share that with doctors in the U.S., |
| 11        THE WITNESS: | 11    would you find that troubling? |
| 12          Yes. | 12        MS. du PONT: |
| 13    EXAMINATION BY MR. McCAULEY: | 13          Objection; form. |
| 14      Q.    So you like to preserve whatever | 14        THE WITNESS: |
| 15    samples you have for those especially-needy | 15          I would find that troubling only |
| 16    patients of yours, right? | 16    if it had an impact on patient management, |
| 17        MR. BIRCHFIELD: | 17    if it was something that clearly impacts |
| 18          Object to form. | 18    the safety. |
| 19        THE WITNESS: | 19    EXAMINATION BY MR. BIRCHFIELD: |
| 20          There are many -- many cases, | 20      Q.    If it had clinical significance, you |
| 21    yeah, yes. | 21    would find that troubling, right? |
| 22    EXAMINATION BY MR. McCAULEY: | 22        MR. McCAULEY: |
| 23      Q.    And a patient like Mr. Boudreaux, who | 23          I object. |
| 24    obviously he is not King Midas, but he is | 24        MS. du PONT: |
| 25    lucky -- he is fortunate to have insurance that | 25          Objection. |

| Page 174 | Page 176 |
|---|---|
| 1    covers his NOAC prescription, right? | 1        THE WITNESS: |
| 2        MR. BIRCHFIELD: | 2          To some extent.  Again, if that |
| 3          Object to form. | 3    was -- had a large impact.  If it had no |
| 4        THE WITNESS: | 4    impact -- no clinical significance, then I |
| 5          Yes. | 5    would assume that the FDA does not really |
| 6        MR. McCAULEY: | 6    think it's that important. |
| 7          Give me one second, Doctor.  I | 7    EXAMINATION BY MR. BIRCHFIELD: |
| 8    think I'm pretty much -- Dr. Wong, I very | 8      Q.    Dr. Wong, do you consider the risk of |
| 9    much appreciate your time today.  I don't | 9    major bleeding to be basically the same among |
| 10    have any further questions and counsel, | 10    all the NOACs? |
| 11    Mr. Birchfield, may have some additional | 11      A.    Yes. |
| 12    ones, in which case we may have a few | 12      Q.    And if there was a difference, would |
| 13    follow-up. | 13    that alter your prescribing habits? |
| 14        THE WITNESS: | 14        MR. McCAULEY: |
| 15          Sure. | 15          I object. |
| 16    EXAMINATION BY MR. BIRCHFIELD: | 16        MS. du PONT: |
| 17      Q.    Just a few areas I want to follow up | 17          Objection. |
| 18    on.  One of the last areas that Ms. du Pont | 18        THE WITNESS: |
| 19    asked you about was whether or not you | 19          If it was statistically clearly |
| 20    understood that there was no approved assay to | 20    significant. |
| 21    measure the anticoagulant effect of Xarelto; is | 21          The reason I say statistically |
| 22    that correct? | 22    clearly significant, all studies are going |
| 23      A.    She asked me if I was aware of any | 23    to have different numbers and it depends |
| 24    regularly-approved monitoring of, assay of | 24    pretty much on the patient population, the |
| 25    Xarelto or PT that monitors it. | 25    selection of the patients they are doing |

Professional Shorthand Reporters, Inc.                                    1-800-536-5255
Offices in New Orleans and Baton Rouge                              www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 177

1     their trials on, so they are going to have
2     different numbers.  And there are going to
3     be some fluctuation, but there has some
4     clear and I count on FDA and my
5     publications to tell me that, yes.
6     EXAMINATION BY MR. BIRCHFIELD:
7         Q.    Doctor, will you go back to
8     Exhibit 12.  It's the August 2013 label.
9            MR. McCAULEY:
10              If you want, I can give him my
11     copy.
12           THE WITNESS:
13              No, that's 11.
14           MR. McCAULEY:
15              I have 13 right here.
16           MR. BIRCHFIELD:
17              12.
18           MR. McCAULEY:
19              I have 12.  I have 12.  You can
20     borrow mine, Doctor.
21     EXAMINATION BY MR. BIRCHFIELD:
22         Q.    Doctor, if you will look at
23     Exhibit 12.  If you will notice on the
24     right-hand side about halfway down it says:
25     Revised August 2013.  Do you see that on the far

Page 178

1     right-hand side?
2         A.    Revised August 2013, correct, yes.
3         Q.    You looked at this earlier.  If you
4     go to Page 11 and Table 1.  Ms. du Pont asked
5     you questions about Table 1; you recall that?
6         A.    Yes, I recall.
7         Q.    And in regards to the fatal bleeding
8     entry, my notes say that you were asked if the
9     fatal bleeding looks better for Xarelto versus
10     Warfarin.
11        A.    Yes.
12        Q.    Is there a statistically significant
13     difference between the fatal bleeding in
14     Warfarin and Xarelto?
15        A.    I think --
16           MS. du PONT:
17              Objection.
18           THE WITNESS:
19              -- in most of these numbers they
20           were statistically -- most of those were
21           not statistically, but there was a trend
22           just like in all the other NOACs.
23     EXAMINATION BY MR. BIRCHFIELD:
24        Q.    If you will turn one more place
25     there.  Turn to Page 27.  And you were asked

Page 179

1     about the time in therapeutic range in the
2     ROCKET study for Warfarin?
3         A.    Yes.
4         Q.    And in the ROCKET study, the time in
5     therapeutic range is 55 percent.  Do you recall
6     that?
7         A.    Yes.
8         Q.    And then if you look at the last full
9     paragraph on that page, in the last sentence it
10     says that there is insufficient experience to
11     determine how Xarelto and Warfarin compare when
12     Warfarin therapy is well controlled.
13              Would it be -- would that be
14     important information to know how Xarelto
15     compared when Warfarin therapy is well
16     controlled?
17           MR. McCAULEY:
18              I object.
19           MS. du PONT:
20              Objection.
21           THE WITNESS:
22              Yeah, I think -- I think so, yes.
23     EXAMINATION BY MR. BIRCHFIELD:
24        Q.    It's telling -- it's telling us that
25     in the ROCKET study where you are comparing

Page 180

1     Xarelto with Warfarin and the Warfarin arm is
2     not well controlled --
3         A.    That's the equivalent.
4         Q.    And it didn't show superiority, it
5     only showed it was no worse than; is that right?
6           MR. McCAULEY:
7              I object.
8           MS. du PONT:
9              Objection.
10     EXAMINATION BY MR. BIRCHFIELD:
11        Q.    Is that right, Doctor?
12        A.    Yes.
13        Q.    Doctor, if you will turn to
14     Exhibit 13 and if you will go to Page 5, it's
15     Figure 1.  I know it's really hard to see, it's
16     pretty small print, but down toward the bottom
17     we see the geographic region, the comparison
18     between Xarelto (rivaroxaban) versus Warfarin.
19     Do you see that?
20        A.    Yes.
21        Q.    And, Doctor, is it -- is it your
22     understanding that Warfarin management would be
23     better and better controlled in the U.S. versus
24     some third-world countries, for example?
25           MS. du PONT:

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 181

1    Objection.
2    THE WITNESS:
3         The rest of the ROCKET study, was
4    it in Africa?
5    EXAMINATION BY MR. BIRCHFIELD:
6    Q.   Do you recall that there were about
7    45 different countries?
8    A.   Right, right.
9    MS. du PONT:
10    Objection.
11    THE WITNESS:
12         But it looks like it was better
13    controlled in the U.S.
14    EXAMINATION BY MR. BIRCHFIELD:
15    Q.   Doctor, if you look at for U.S., the
16    difference in the major bleeds is what
17    percentage?  1.5, do you see that, 1.50?
18    A.   Yes.
19    Q.   And, Doctor, is the 1.50, that would
20    represent a 50 percent increase from major
21    bleeds in the Xarelto arm versus the Warfarin
22    arm; is that correct?
23    A.   Yes.
24    Q.   And can you tell from this label
25    whether that is statistically significant or

Page 182

1    not?
2    A.   I would have to ask the statistician
3    to tell me that, because it's part of a subset
4    of a study.  But just, if you look at just the
5    one line like this, yes.
6    Q.   Doctor, that information that
7    pertains to the U.S., the patients from the U.S.
8    in the ROCKET study, that was not included in
9    the label that was in effect when you prescribed
10    this or when -- in January of 2014; do you
11    recall that?
12    A.   I don't know.
13    Q.   If there is a 50 percent increase in
14    risk for major bleeds on Xarelto versus
15    Warfarin, would that be important information
16    for you to consider in prescribing Xarelto?
17    MS. du PONT:
18    Objection.
19    THE WITNESS:
20    Yes.
21    MR. BIRCHFIELD:
22    Thank you, Doctor.
23    THE VIDEOGRAPHER:
24         We are now off the record at
25    6:52.

Page 183

1    (An off-the-record discussion was held.)
2    THE VIDEOGRAPHER:
3         We are now back on record.  The
4    time is 6:54.
5    EXAMINATION BY MS. du PONT:
6    Q.   Doctor, we were talking, or
7    Mr. Birchfield was talking to you before the
8    break about Figure 1?
9    A.   Yes.
10    Q.   And we discussed earlier today that
11    this is a subgroup analysis, correct?
12    A.   Yes.
13    Q.   And the note in the label actually
14    says that you do not take into account how many
15    comparisons were made, nor do they reflect the
16    effect of a particular factor after adjustment
17    for all other factors.  Do you see that?
18    A.   Yes.
19    Q.   And you understand that when you are
20    looking at subgroup analysis, there can be
21    multiple comparisons and that the subgroups can
22    represent numbers that are due to chance, right?
23    MR. BIRCHFIELD:
24    Object to form.
25    THE WITNESS:

Page 184

1         Right.  And that's why I said in
2    this -- when he asked me that from this
3    question, that I think I'll have to resort
4    to a statistician to tell me if it's an
5    isolated number like this in a subgroup,
6    how significant that is.  That's hard to
7    tell sometimes.
8    EXAMINATION BY MS. du PONT:
9    Q.   Right.  And you told us earlier --
10    A.   In a big study like this.
11    Q.   Right.  And you told us earlier that
12    your prescribing habits for your patients with
13    Xarelto and have not changed as a result of this
14    figure, correct?
15    A.   Correct.
16    MS. du PONT:
17    I have no further questions.
18    THE VIDEOGRAPHER:
19         Today's deposition consists of
20    four tapes.  This is the end of tape four.
21    We are now off the record at 6:56.
22
23    (Whereupon, the deposition was concluded.)
24         *    *    *
25

Pages 181 to 184

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 185

1        REPORTER'S CERTIFICATE
2
3        This certification is valid only for a
transcript accompanied by my original signature
4    and original required seal on this page.
5
6        I, Pat Kennedy Quintini, Certified Court
Reporter in and for the State of Louisiana, as
7    the officer before whom this testimony was
taken, do hereby certify that KENNETH E. WONG,
8    M.D., after having been duly sworn by me upon
authority of R.S. 37:2554, did testify as
9    hereinbefore set forth in the foregoing 184
pages: that this testimony was reported by me in
10   the stenotype reporting method, was prepared and
transcribed by me or under my personal direction
11   and supervision, and is a true and correct
transcript to the best of my ability and
12   understanding; that the transcript has been
prepared in compliance with transcript format
13   guidelines required by statute or by rules of
the board, that I have acted in compliance with
14   the prohibition on contractual relationships, as
defined by Louisiana Code of Civil Procedure
15   Article 1434 and in rules and advisory opinions
of the board; that I am not related to counsel
16   or the parties herein, nor am I otherwise
interested in the outcome of this matter.
17
18
19
20   _____
21   PAT KENNEDY QUINTINI
     CERTIFIED COURT REPORTER
22
23
24
25

Page 185

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge                    1-800-536-5255
                                                          www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

**A**

**a-fib** 14:6 57:17
68:3,18 75:10
75:12 82:4,19
132:5 137:23
**ability** 21:22
161:23 185:11
**able** 22:13 23:2
141:13 150:21
**abort** 158:13
**absolute** 56:25
**absolutely**
161:24 162:13
**abstract** 160:24
**academic**
152:16
**acceptable**
23:20
**accident** 120:18
**accompanied**
122:3 185:3
**account** 72:7
110:23 183:14
**accurate** 76:8,18
**accused** 76:22
**Ace** 127:16
**acid** 69:18
**acted** 185:13
**acting** 63:4
**action** 118:24
**activities** 120:7
**activity** 39:20
41:1,7
**actual** 131:11
141:23
**acute** 128:22
**additional** 69:2
151:3 174:11
**adjust** 89:12
**adjustment**
110:25 183:16
**administering**
8:20
**Administration**
99:2

**admission** 53:14
53:16,17 69:9
131:10
**admit** 131:23
**admitted** 51:17
52:3,7 53:9,19
67:19 115:15
141:3
**admitting** 15:7
123:11
**ads** 145:9 146:6
**adulate** 140:8
**advantage** 27:16
27:24 28:3
29:15,16 31:14
**advantages**
19:10
**advertisement**
145:17
**advertising**
145:6,12
146:13
**advice** 153:25
154:14
**advises** 122:10
**advisory** 185:15
**AF** 25:13 104:23
106:19,22
107:6 108:14
108:23 109:14
**affect** 144:18
**afford** 21:23
22:14 23:14
30:11 166:17
**affordable** 22:9
**aforementioned**
8:4
**Africa** 181:4
**afternoon** 10:6
59:17
**AG** 1:23
**age** 73:12 83:24
86:4 88:8
128:9,19
150:21

**agency** 65:4
**agent** 101:21
**aggressive** 132:4
**ago** 10:8 80:19
133:18
**agree** 75:22
79:20 80:8,22
94:3 96:3
138:11 170:25
**agreed** 8:2
**ahead** 15:12
36:11 42:16
132:24
**al** 1:7 54:6
**ALABAMA**
1:17
**alert** 120:16
160:6,8
**allegations**
10:18
**ALLEN** 1:15
**allopurinol**
69:15 92:23
93:15
**allow** 28:7
**allowed** 8:5
164:7
**alter** 111:19
176:13
**altered** 112:2,8
112:13
**amended** 121:22
**American** 4:19
4:20 76:2 77:9
82:1,2 84:20
84:20
**Americans** 77:3
150:20
**amiodapine**
69:19
**amiodarone**
92:8,12,15
93:4,16 138:2
**analysis** 183:11
183:20

**Ancalade** 2:9
9:3
**Andy** 1:16 9:18
10:7
**aneurysms**
85:21
**Ann's** 117:10
**Anne** 67:4,6,19
117:8 142:13
147:16
**Anne's** 117:20
119:17 120:22
**answer** 8:14
18:17 24:18
27:1,3 33:19
33:21 34:9
35:12 44:23
**answered**
162:12
**answering** 18:19
**antagonizes**
89:9
**anterior** 128:8
128:13
**anti-coagulant**
86:11
**anti-factor**
39:19
**antibiotics**
88:21
**anticoagulant**
16:11 17:1,18
18:11 22:11
38:2,21 79:17
79:18 81:13,19
83:15 84:16
86:23 116:13
116:23 139:3,5
139:11 145:25
174:21 175:4,9
**anticoagulants**
43:22 79:21
80:9,15,23
81:22 82:22
92:20 93:2

102:3
**anticoagulate**
14:14,17 15:25
23:10 47:15
**anticoagulated**
115:17
**anticoagulating**
15:24 41:21
42:20
**anticoagulation**
5:21 16:8 17:4
17:10,19 18:25
30:16 51:13
55:5 79:14
84:12,14 85:6
87:9 88:22
89:12 118:8,24
119:7 138:3,3
138:14,19,25
147:6
**antidote** 101:17
101:21
**antiinflammat...**
70:25 86:6
102:16
**Anybody** 162:5
**anyway** 46:17
**apixaban** 82:23
**apologize** 77:1
84:19 109:2
**apparent** 20:6
**APPEARAN...**
1:13 2:1
**appears** 109:23
121:4
**appendage**
140:2
**applies** 44:7
**appreciate**
174:9
**appropriate**
23:6 126:9
148:3
**approval** 25:20
32:17

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 187

**approved** 32:13
 147:5,12
 174:20 175:6
**APTT** 14:23
 15:9
**area** 59:1 67:3
 128:17 152:17
**areas** 66:15,15
 77:23 174:17
 174:18
**arm** 180:1
 181:21,22
**arrange** 16:19
 16:23
**arranges** 64:1
**arrhythmia**
 68:14 73:3
**arrow** 137:19
**artery** 74:20
 104:7
**Article** 185:15
**ASA** 138:13
**aside** 77:15
**asked** 11:18
 67:22 84:18
 135:2,19
 174:19,23
 178:4,8,25
 184:2
**asking** 43:17
 57:6,9 146:24
 172:17
**asks** 11:14 60:12
**aspirin** 52:12
 53:6 55:6
 69:23,25 70:3
 102:3,7,16,22
 104:2,3,5
 134:3 135:3,5
 137:25 138:4
 138:18
**assay** 147:11
 174:20,24
 175:2
**assayed** 147:5

**assessment** 14:5
 68:17 130:1
 133:22 137:22
 141:8 143:21
**assist** 141:7
**associated** 43:8
**Association** 4:20
 82:2 84:20
**assume** 176:5
**atria** 68:15
**atrial** 4:24 14:2
 14:3 25:23,24
 25:25 37:14
 68:15 72:15,18
 72:19 73:2,6
 73:13,16,25
 74:4,6,8,11,16
 74:18,24 75:3
 75:10 77:17,18
 78:4,18,22
 79:1,9,11,13
 81:11,18 87:4
 95:12 96:4
 99:5 104:15
 113:12,13
 116:2 118:21
 127:2,6 128:6
 129:4 130:9
 140:2 156:12
**atrium** 72:20,22
 140:1,3
**attack** 82:20
 103:24 128:13
 128:16,24,25
 130:7
**attacks** 70:1
 80:1
**attend** 97:3
**ATTORNEYS**
 1:18,22 2:5
**August** 97:23
 177:8,25 178:2
**authority** 185:8
**availability**
 19:20 58:9

 171:7
**available** 17:15
 20:19 31:25
 37:13,17 39:3
 39:3,13 45:10
 46:5,9 47:20
 57:21 58:2,19
 59:5 101:18,22
 111:25 112:11
 164:23 165:2
 171:9
**average** 32:7
 76:2 77:9
 106:18
**avoid** 89:6 120:7
**aware** 58:20
 62:10 63:21
 70:3 101:19
 102:15,20,24
 105:23 106:5
 107:4 119:9
 121:6 122:17
 124:16 125:1,3
 147:11 174:23

———————
**B**
**B** 1:20
**baby** 104:3,4
**back** 13:24
 21:13 30:5
 43:21 49:11
 55:3,17 58:7
 59:14 60:21
 71:19 84:9
 104:12 108:4
 121:23 124:20
 124:24 130:4,4
 130:8 132:17
 132:20 134:10
 135:17 136:18
 140:21 142:15
 142:16 146:11
 149:19 166:7
 177:7 183:3
**background**

 65:14
**bad** 74:17 94:20
 114:15,16
**balance** 138:2
**BALTIMORE**
 2:4
**based** 23:15
 25:22 27:14
 29:14 32:5
 74:22 125:18
 131:25 151:10
 152:20
**baseline** 16:4
 108:23
**basically** 76:1
 127:8,9 136:25
 176:9
**basis** 25:18
 58:13
**BATAF** 87:8
**Bates** 4:7,17 5:5
 5:10,15
**Bayer** 1:22,23
 9:21 59:18,23
**bear** 153:3,16
**BEASLEY** 1:15
**beat** 156:18
 157:15
**beating** 132:18
**began** 74:6
 81:10
**beginning** 3:14
 5:7,12 49:10
 108:3 149:18
**begins** 5:2
**believe** 36:1,8,9
 36:13 38:24
 39:20 46:6
 84:8 126:9
 142:9
**beneficial** 96:4
**benefit** 112:16
 138:2
**benefits** 30:2
 97:19 101:10

 101:11 103:3
 112:22 113:5
 143:25 163:18
 167:18
**benign** 72:2
**best** 20:25 79:3
 135:11 153:25
 154:13,13
 185:11
**better** 22:4 24:6
 26:20 27:7
 30:2 31:13
 58:2 91:8
 105:20 115:22
 130:2 131:14
 131:18 137:13
 162:16 165:25
 178:9 180:23
 180:23 181:12
**big** 23:19 57:23
 142:12 184:10
**bind** 88:18,18
**bioavailability**
 41:7 88:13,16
**Birchfield** 1:16
 2:20,23 9:17
 9:18 10:5,7
 13:2,4 15:16
 19:13 20:8
 24:16 25:7
 26:12 27:25
 28:25 29:7
 33:1,13,25
 34:14,21 35:8
 35:15 36:18
 37:2 38:19
 39:15 40:11
 41:2,19 42:3
 42:11,19 43:4
 43:20 44:1,9
 44:24 45:8,20
 49:13 57:2,24
 59:6 67:11
 75:13 76:4
 78:13 84:24

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

90:24 91:9
94:15 96:7,19
99:13 103:6
110:1,15
111:13 112:3
112:24 118:9
118:16 121:1
122:7 126:11
139:7,13
141:24 143:1
143:14,22
144:3,10,24
146:17,24
147:8 148:7
153:19 154:6
154:18 156:23
157:7,25
159:16 160:1
161:4 163:19
164:3,17 165:3
166:10 167:5
167:21 168:6
168:17 169:2
169:10,17
170:6,17 171:1
171:13,21
172:6,23 173:9
173:17 174:2
174:11,16
175:19 176:7
177:6,16,21
178:23 179:23
180:10 181:5
181:14 182:21
183:7,23
**bit** 30:17 37:9
60:21 128:15
154:24 166:16
**black** 98:18,19
98:24 133:8,9
**bleed** 19:6 24:5
32:2 41:12
42:6 52:8,16
53:10,15 54:24
85:17,19 86:8

103:20 114:12
114:15,16,17
114:19 137:17
156:1
**bleeding** 24:7,8
40:17 45:25
46:2,25 48:8
70:5 71:4 80:9
80:25 81:2,8
81:12 85:5,8
85:16,23 86:2
86:17 90:6
93:20,25 94:5
94:22 98:9,10
98:16,23
100:13,17,18
100:20,21,25
101:3,10 102:9
102:10,10,17
104:23 105:4
105:10,13,20
106:1 108:14
108:22 109:19
111:21 113:23
113:24 114:1,8
114:10,11,22
115:2 119:19
119:20,22,24
120:2,5,11,14
121:7 122:12
122:19 133:15
134:1 135:4,9
135:12 136:1,6
136:7 138:14
138:19,23
139:12 141:18
141:23 142:5
146:1 147:21
147:22 148:6
155:24 158:15
158:17 159:15
159:21,24
160:18,20,23
176:9 178:7,9
178:13

**bleeds** 19:8,8,9
31:22,24 32:20
33:8 34:3
181:16,21
182:14
**blood** 13:25
39:24 41:11
43:5 44:11
45:9 47:11
48:7,9,11
53:18 69:21
71:10,14 72:11
74:13 79:14,23
88:18 98:11
113:19,22
114:4,6,18
118:20 119:1
120:19 131:18
133:25 134:6
134:14 135:8
135:16,17
136:3,5,9,11
136:18 140:13
141:14 142:2,6
146:25 154:25
155:5,10,14
156:9,15
159:14,25
162:12 163:6
**board** 31:11
66:14,16,17,21
185:13,15
**body** 99:20
**book** 23:21 58:4
**borderline**
68:19 127:6
**boring** 95:8
**born** 65:15,16
150:14
**borrow** 177:20
**bottom** 30:10
37:23 52:10,25
53:2 180:16
**Boudreaux** 1:7
3:10 4:12 5:18

5:23 6:2,6,11
6:16,20 7:3,8
10:10,17,22
12:3,5 13:13
16:25 19:22,23
23:7 47:15,24
48:3,20 50:6,8
50:14 54:21
55:10 56:6
62:16 67:15
68:5 69:6,11
71:17 72:14
73:20,21 75:8
78:3 79:2
81:11,18,22
85:25 86:4
92:11 95:10
98:3,15 100:5
100:24 101:20
102:21 103:5
104:9 105:24
106:6 107:18
112:1,12,14,21
114:25 115:1
120:21 122:16
123:2,20
124:11,17
125:17 126:10
129:11 130:1
130:19 131:2
133:22 137:6
139:19 140:11
141:17 142:10
147:20 153:4
154:12 173:23
**Boudreaux's**
60:18 74:23
83:17 86:20
122:4 148:5
**box** 1:17 98:18
98:19,24
**BPH** 71:24
**brain** 77:24
156:21 157:17
158:7,10,17,18

**break** 11:21
49:2,14 55:17
95:3 107:22
111:8 149:10
183:8
**breath** 13:17
68:7 73:19
84:10 116:1
136:13 141:4,5
**bridge** 125:13
172:12
**brief** 65:13
149:10
**briefly** 12:6
60:23
**bring** 11:14,15
11:19 55:18
60:12 153:3,11
153:12 162:20
**brought** 10:9
**bucks** 167:3
**BUN** 135:25
**buy** 21:22
**bypass** 74:19

**C**
**calculate** 81:23
**calculated** 83:19
**call** 28:20 74:10
74:12 77:21
120:12 140:2
**called** 4:16 32:6
124:3 141:6
156:5
**candidate**
139:23
**car** 170:14
**cardiological**
152:19
**cardiologist**
54:8 79:12
152:25 153:1
**cardiologists**
81:17 152:13
**cardiology** 3:9

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 189

4:21 5:17 7:2
53:16 66:3,19
67:23 82:2
84:21 115:7
117:5
cardiomyopat...
115:20 137:24
cardiovascular
1:10 3:20 6:14
6:19 54:9
66:10,17 78:9
97:14 120:22
122:22
cardioversion
48:17 49:21
50:1,4 51:1,5,8
51:11,14,17
130:12,15,18
131:15,16,20
131:20,24
132:1,8,11
137:16
cardioversion/...
138:1
cardioverted
51:15,16
care 3:19 4:2
10:21 12:2,10
13:7,13,19
60:18 62:16
81:17 113:25
119:13 135:21
141:9
careful 169:9
carries 70:4
91:15
carry 71:3 80:9
80:24
case 1:8 20:17
21:10,24 22:2
22:18,22 23:1
23:3,10 47:25
56:8,16 57:11
58:5 65:24,25
66:1,5,8 74:25

75:1 150:3,13
151:13,17,19
152:5,13,15
161:2 174:12
cases 13:18
17:11 21:24
81:2,5 146:8
146:10,21,21
173:20
catch 158:11,14
categories 30:6
category 19:11
cause 74:16,24
79:23 80:1,3,5
85:19 98:10,16
98:23 100:17
119:15 122:12
141:14
caused 129:6
causes 74:8,13
74:17 75:19
CDC 4:16 76:16
76:23
cells 88:18
certain 22:1
29:25 31:2
57:21,22 88:12
88:17 90:14
91:15 94:19,25
127:12
CERTIFICA...
185:1
certification
8:11 185:3
certified 2:12
8:18 66:14,16
66:17,21 185:6
185:21
certify 185:7
cetera 120:8
CHAD 32:6,7
CHADS 84:11
84:13 101:8
129:9
CHADS-VASc

81:23 82:21
83:9,17 84:5
chance 77:21
111:10 157:16
183:22
chances 114:5
138:24
change 163:8
changed 96:1
112:17 155:20
184:13
changes 56:1
163:7
changing 21:17
chaotic 72:19,23
characteristics
108:23
charge 117:23
162:6
chart 12:5 16:20
49:18 139:21
charts 49:2
cheaper 58:7
59:3,5
check 15:21
16:1 20:25
46:19,21 89:23
checking 71:21
148:18
checklist 5:22
116:24 117:2,4
117:8 118:1
119:8 120:21
121:13 162:23
162:25
chest 13:16 68:7
73:18
chief 131:5
choice 18:10
choose 114:4
CIS 117:8
Civil 8:6 185:14
clarifying 62:2
class 58:1
clean 12:25

142:14
cleaners 167:17
clear 31:14
47:14 59:23
93:12 134:18
177:4
clearance 99:11
99:18,23
cleared 130:7
clearly 21:24
29:12 46:3
87:8 130:2
138:6,16
175:17 176:19
176:22
Cleveland 65:22
66:5
clinic 130:16
170:16 171:11
clinical 25:10,17
28:4 175:20
176:4
clot 89:7 156:9
156:19 157:17
158:6
clots 79:23
113:17 139:25
140:1,7 156:10
156:11,15,20
clotting 79:19
CME 97:3
coagulation 7:6
147:13,16
coagulopathy
53:12
Code 185:14
colleague 54:10
54:21
colleagues 97:13
collection
141:11
College 4:20
82:2 84:21
column 37:8
82:14

come 13:13,24
19:11 21:12
31:10 124:24
145:15,21
151:8 172:5
comes 17:24
87:14,17
coming 133:16
134:10 136:6
140:21 167:16
comment 61:23
COMMERCE
1:16
commercials
146:9
committee
117:7,7
common 73:2,8
74:12,20 126:1
communication
163:25
companies
21:20,20 27:20
28:7,8 171:10
company 166:21
175:8
comparable
24:3 32:4
compare 31:25
107:14 179:11
compared 21:8
24:12 27:13
28:19,23 29:14
58:4 109:19
179:15
compares 58:23
comparing
179:25
comparison
28:21 29:22
30:22 180:17
comparisons
110:23 111:12
183:15,21
compensate

63:22
**compensated**
64:2
**competence**
162:19
**competent**
162:2
**complaint** 131:5
**completely**
21:21 128:18
140:24
**compliance**
21:21 23:15,17
27:16 58:15,17
90:13,23 153:9
155:1 159:22
165:24 167:20
169:23 170:23
170:23 185:12
185:13
**compliant** 30:15
**comply** 90:20
91:7 153:24
154:17
**complying** 91:5
94:4,7
**composite**
106:24
**computer** 60:15
128:10
**concentration**
39:24 40:21
43:6
**concentrations**
47:10
**concerns** 145:16
145:21
**concluded**
184:23
**conclusions**
29:17
**concomitant**
88:10 102:7
**concomitantly**
102:12

**conferences**
97:3,5
**confidence**
110:13,22
161:22,25
162:10 165:15
**confirming**
128:5
**congestive** 83:21
84:8 115:23
**consequences**
75:2
**consider** 19:16
58:1 85:4,8,14
86:10,24 87:2
93:1,10 96:13
96:17,24 97:5
130:3,15 176:8
182:16
**considered**
81:16 89:13
103:3
**considering**
130:18
**consistent** 38:7
38:10 77:12
78:10
**consists** 184:19
**constantly** 21:17
**constipated**
133:8
**constipation**
133:10
**consult** 3:9 7:2
16:21 22:11
49:25 67:23
68:2 123:13
140:15 141:1
**consultation**
12:17,19
**consulted** 13:15
13:18 123:13
**consulting** 15:6
15:6
**contact** 119:17

145:19
**contending**
59:23
**continue** 39:10
95:22 135:13
137:25
**continued** 2:1
78:21 95:19
137:6
**contracting**
127:10
**contractual**
185:14
**contraindicati...**
101:10
**contributor**
135:5
**control** 13:23
159:1
**controlled**
107:15 115:16
128:7 179:12
179:16 180:2
180:23 181:13
**convenient**
167:19
**conversation**
114:25 118:6
118:14
**convert** 16:13
**convince** 145:13
**copies** 55:18
**copy** 11:1 52:1
121:11 132:25
177:11
**corner** 52:20
53:3
**coronary** 74:20
104:7
**correct** 14:20
26:16 34:5
35:19 41:23
42:6,14,22
44:3 45:1 47:9
47:12,21 48:14

48:15 49:21,21
50:11,16 51:1
52:8,16 54:6
54:25 55:3,6
55:24 56:9
59:20 67:20
69:13 70:19
79:15 80:19,25
81:8 82:25
83:1,10,11,15
83:16,22 91:8
92:20 93:5,13
94:5,9 99:8
100:2,9,25
101:1 102:18
103:1 105:15
105:16,18,19
106:3 110:10
112:9,23 113:2
115:8 120:14
121:8,9 122:5
125:2 132:1,2
144:22,23
158:8,19
166:25 167:1
169:16,23
174:22 178:2
181:22 183:11
184:14,15
185:11
**corrected** 142:3
155:25
**correctly** 98:12
100:8 102:13
166:5
**cosigned** 123:9
**cost** 21:5,8,13
57:23 58:8,23
**Coumadin** 5:4
15:25 16:5,6
17:1,12 19:12
24:10 25:10
26:6,15 27:7
28:19,24 29:14
30:11 31:14,22

32:3 34:18,23
35:1,9,18
38:12 87:9,10
88:14 89:5,8
91:14,19 92:2
145:24 163:8
170:16
**counsel** 8:3 9:13
61:6 63:12
146:4 174:10
185:15
**Counseling**
123:5
**count** 136:4,11
136:18 142:2,6
177:4
**counter** 70:14
**countries**
180:24 181:7
**country** 151:23
152:2
**County** 151:5
**couple** 22:21
61:18 146:20
150:11 167:3
**course** 30:5 46:3
85:18 165:8
172:11
**court** 1:1 2:12
9:11,15 10:3
25:4 156:4
185:6,21
**cover** 27:21
77:23
**coverage** 19:19
27:15 57:13
58:25
**covered** 20:20
21:1,16 22:4
22:14,16 56:23
58:8 124:22
129:24 149:6
**covers** 174:1
**created** 64:18
117:4

**creatinine** 99:11
99:18,20,22
**criteria** 128:19
**criterias** 128:12
**Cross** 4:9
**cross-notice**
60:5
**CROW** 1:15
**curing** 158:16
**current** 55:21
116:8,11 119:3
**Curriculum** 4:7
**cut** 73:21 114:17
**CV** 55:21 60:16
130:14 150:13
151:10 152:21
**CYP1A2** 92:23
**CYP2C9** 92:9
**CYP3A4** 93:5
**CYP450** 91:24

---

**D**

**D** 1:16
**dabigatran**
82:23
**dangerous**
141:12
**dangerously**
88:23
**data** 27:9 29:11
30:20 46:25
47:7 108:15
109:14 111:9
111:18,24
112:18
**date** 12:18,18
15:4,10 36:25
37:5 49:22
51:7,9,20
55:23 68:6
69:2 72:8,14
78:21 122:22
130:1 147:21
**dated** 115:11
**day** 1:11 14:11

14:20 62:22
89:10,11
123:23,24
128:3 130:8
131:17 136:4
140:23 142:4
148:23 160:11
165:22
**days** 49:25
90:19 124:7,13
125:22,25
126:3 133:7,11
133:12,12,16
133:18
**DC** 137:16
**dead** 159:10
**deal** 64:4 165:22
**death** 75:19
122:13,19
**deaths** 77:7
**decide** 23:16
**decided** 112:20
131:14
**deciding** 31:21
100:18
**decision** 11:4
19:14 20:11,14
21:3 22:12,20
23:15 35:17
96:15 112:2,9
**decisions** 64:16
64:19
**decoagulating**
158:10
**decrease** 46:24
138:1
**deep** 80:3
**defendants** 9:22
9:25 59:19
150:3
**defer** 138:1
**defined** 185:14
**definite** 44:23
**definitely** 33:3
64:12 84:10

**demonstrated**
106:22 107:2
165:14
**demonstrates**
127:1
**Department** 7:7
**depend** 27:22
160:14
**depending**
19:18 21:14,19
30:3,9 32:9
47:25 56:8
62:13 87:24
114:12 160:17
**depends** 21:21
23:13 28:15,17
30:13 58:16,25
99:10 176:23
**deposition** 1:10
3:6 4:9 8:4,15
9:4 10:20,25
11:1,6,7,15
12:4,12 36:20
51:23,25 54:18
55:17,19 60:4
60:6,13,22
61:7 63:13
91:18 150:2
184:19,23
**describe** 13:11
56:4
**described** 31:21
68:10
**describing**
26:13 160:23
**designed** 27:11
27:12 29:24
**despite** 132:4,15
**dessert** 168:5
**detail** 17:25 18:3
142:23 143:11
143:19 144:7
144:22
**detect** 119:23
**determinant**

23:20 57:1
**determination**
21:23
**determine** 43:6
53:12 107:13
179:11
**determined**
97:18
**determines**
23:14
**determining**
56:11
**devastating**
77:22 114:2
**DEVELOPM...**
1:7 2:6
**device** 140:8
**diabetes** 71:12
137:24 168:2
**diabetic** 84:1
**diabetics** 31:12
31:16
**diagnosed** 72:15
115:19
**diagnostic**
128:18
**died** 93:25
**dies** 76:2 77:9
**diet** 19:2 26:17
89:1
**dietary** 23:22
**difference** 23:19
27:20 29:8
32:20,21
176:12 178:13
181:16
**differences**
23:22,25 31:3
**different** 24:2
27:19 30:6,8
66:15 80:24
87:13 90:18,19
131:12 150:7
152:9 176:23
177:2 181:7

**differently**
29:24 43:22
**difficult** 90:14
90:19 158:5
169:7,24
170:24
**dig** 125:7
**dilated** 127:4
**direction** 185:10
**dirty** 142:14
**disability** 75:19
**discharge** 6:2
16:18 50:13,19
122:22 124:18
**discharged**
16:23 50:10
116:8 123:3
127:21
**discomfort**
13:16
**discuss** 61:16
138:2 143:6
**discussed** 61:24
67:14 118:7
183:10
**discussion** 49:8
59:12 108:1
112:13 113:5
115:4 149:16
183:1
**discussions**
112:17
**disease** 66:18
72:12 74:14,14
74:17,20 104:7
**distracted**
167:15
**District** 1:1,2
9:11,11
**diuretic** 116:9
127:22
**diuretics** 116:11
116:12 127:19
**dizziness** 73:19
**doctor** 16:10

20:4 23:4
33:21 35:16
37:3,19 52:18
53:9,20,24
55:16 77:12
82:16 94:3
97:25 119:11
149:25 154:4
163:14 171:6
174:7 177:7,20
177:22 180:11
180:13,21
181:15,19
182:6,22 183:6
**doctors** 15:7,7
119:13 143:12
152:17 175:10
**document** 1:6
3:14 4:16,19
5:2,7,12 12:15
68:17 69:5
**documents**
11:15,16,22
49:3 61:21
64:24
**doing** 60:24
111:11 131:13
142:19 176:25
**door** 167:16
**dosage** 88:4 99:2
119:3
**dose** 18:25 44:19
47:1 87:14,20
88:25 99:7,7
99:10 100:2,9
**doses** 47:4 90:18
**dosing** 62:14
87:11 90:9
**Double** 144:18
**doubt** 124:21
161:9
**Dr** 4:2 9:12 10:6
11:25 12:10,21
13:5 14:24
16:25 31:1

41:20 46:13
47:13 48:16
49:14 50:5
54:5,6,7,8,14
54:22 55:12,15
56:4 58:18
59:7,17 67:24
123:6,10,13,15
134:11 137:7,7
137:8,12 138:6
139:19,20
150:12 174:8
176:8
**draft** 65:1,2,3
**drastically**
155:20
**draw** 29:17
**Drive** 1:11 9:5
**driver** 28:9
**drop** 136:10
171:10
**dropped** 136:4
**dropping**
136:19
**drops** 136:12
**drug** 17:24
21:16,19 41:1
41:7,8 43:8
44:7 88:18,23
89:14 91:15
92:2 93:16
119:14 145:23
164:24 166:17
166:21 171:10
172:3
**drugs** 19:11
33:5 88:13
165:21 173:7
**du** 1:20 2:21,24
9:20,21 18:14
26:8,21 27:2
28:10 32:22
34:6,19 36:2
36:24 38:15
40:6,22 41:15

41:24 42:7,15
42:25 43:10,24
44:13 45:2,14
56:18 57:18
59:16,18 75:17
76:9 78:15
85:3 91:3,13
94:23 96:11,23
99:17 103:12
107:20 108:6
110:5,19
111:17 112:7
113:3 118:13
118:23 121:3
122:9 126:15
139:9,17 142:8
143:5,18,24
144:5,14 145:1
146:23 147:10
148:11 149:9
149:21 174:18
175:12,24
176:16 178:4
178:16 179:19
180:8,25 181:9
182:17 183:5
184:8,16
**due** 111:11
183:22
**duly** 10:2 185:8
**duration** 14:6
68:18

———————
**E**
**E** 4:6 9:12 10:1
185:7
**ear** 140:3
**earlier** 17:7 60:3
60:20 67:11,14
86:19 90:22
91:16 100:5
107:5 119:23
123:2,19
129:10 137:5
142:20 146:24

155:18 157:2
158:11 178:3
183:10 184:9
184:11
**early** 158:14
166:4
**easier** 91:7
**easily** 89:17,19
89:20 154:16
**EAST** 2:3
**EASTERN** 1:2
**eat** 88:24 89:3
89:10,11
**eccentric** 127:5
**echocardiogra...**
6:5,10 126:17
**echocardiogra...**
66:18
**Ecotrin** 69:23
70:3
**educated** 116:14
116:17
**education** 5:22
116:23 119:8
153:4,17
**effect** 38:2,21
98:2 110:24
147:13 174:21
175:4,9 182:9
183:16
**effective** 28:5
33:6,6 34:16
34:24 175:3
**effectively** 175:9
**effectiveness**
168:16
**effects** 27:17
141:18
**efficacy** 32:11
33:15 34:2
36:17 62:8
102:9
**efficient** 132:18
132:18
**efficiently** 12:1

132:19
**effusion** 127:7
**either** 99:6
117:11,15
**EKG** 68:11
128:3,10,19
**electrical** 128:15
**elevate** 85:15
**elevated** 148:5
**Eliquis** 58:21
59:3 164:25
172:3
**embolic** 77:21
156:5 157:23
158:16
**embolism**
106:25 156:8
**embolisms** 80:6
**emergency** 7:7
67:25 135:20
136:19 137:3
**encounter** 13:9
48:23 69:7
**encounters** 13:9
**Endoscopy**
137:20
**endpoint** 106:24
**enlarged** 70:9
**enlargement**
127:4,6
**ensure** 154:13
**entrusted**
162:14
**entry** 178:8
**environment**
156:14,17
**enzymes** 88:12
92:1
**episode** 93:25
94:5
**episodes** 93:20
**equal** 33:15 34:1
**equally** 33:6,6
34:16,24
**equals** 107:1

equivalent
  46:11 180:3
**Especially** 88:20
**especially-nee...**
  173:15
**ESQ** 1:16,20 2:3
**essentially**
  105:10
**estimate** 79:3
**estimated** 73:5
**et** 1:7 120:8
**Europe** 151:2
**evaluate** 68:23
  98:11 101:15
**evaluated** 86:20
**evening** 99:7
**event** 94:9 105:4
  105:7,14
  128:25 135:12
  135:14 141:19
  141:23 147:21
  148:6
**events** 100:20
  101:4 104:23
  108:14,22
**eventually** 30:18
  51:3 139:19,22
**Everybody**
  162:8
**everybody's**
  142:14
**evidence** 8:16
  141:22 148:4
**evolutionary**
  140:4
**exactly** 31:11
  62:19 74:5
  103:18 163:9
**EXAMINATI...**
  2:17,20,21,22
  2:23,24 10:5
  13:4 15:16
  19:13 20:8
  25:7 26:12
  27:25 28:25

29:7 33:1,13
33:25 34:14,21
35:8,15 36:18
37:2 38:19
39:15 40:11
41:2,19 42:3
42:11,19 43:4
43:20 44:1,9
44:24 45:8,20
49:13 57:2,24
59:16 75:17
76:9 78:15
85:3 91:3,13
94:23 96:11,23
99:17 103:12
108:6 110:5,19
111:17 112:7
113:3 118:13
118:23 121:3
122:9 126:15
139:9,17 142:8
143:5,18,24
144:5,14 145:1
146:23 147:10
149:24 153:23
154:10,22
156:25 157:11
158:4 159:20
160:5 161:8
163:23 164:5
164:21 165:7
166:14 167:9
167:25 168:10
168:21 169:6
169:14,21
170:10,21
171:5,15,25
172:10 173:2
173:13,22
174:16 175:19
176:7 177:6,21
178:23 179:23
180:10 181:5
181:14 183:5
184:8

**examines** 31:11
**example** 31:12
  94:20 109:17
  162:24 164:23
  166:15 168:1
  180:24
**examples** 92:5
**excreted** 58:12
  86:16
**Executive** 4:24
**exhibit** 3:5,8,13
  3:18 4:1,5,8,11
  4:15,18 5:1,6
  5:11,16,20 6:1
  6:4,9,13,18 7:1
  7:5 10:25 11:3
  11:11,12 12:12
  12:13,23 36:20
  36:21 51:23,24
  52:1,19,22
  54:18,19 55:19
  55:20 60:4,5,8
  67:11 69:1,3
  71:19 72:5
  76:23,24 82:1
  82:6 91:19,20
  97:22,24 108:7
  108:9 115:6,9
  116:22,25
  121:23 122:21
  122:24 126:16
  126:19 128:2,4
  129:16,18
  130:24,25
  131:21 132:23
  137:9 140:14
  140:16 147:15
  147:18 177:8
  177:23 180:14
**EXHIBITS** 3:2
**expect** 149:7
  165:8 172:2
**experience** 87:3
  95:11 97:11
  107:13 153:6

179:10
**experienced**
  152:12 161:16
**experiencing**
  52:16 73:22
  74:6 104:22
**explain** 113:13
  154:14 155:9
  159:13
**explaining**
  163:16
**explanation**
  151:20
**exposure** 40:17
  40:20 41:4
**extent** 32:12
  86:18 163:24
  165:1 176:2
**extremely** 156:2
  162:2

---

**F**
**F.A.C.C** 4:6
**face-to-face**
  28:21 29:22
**facility** 53:22
  67:9
**fact** 38:12 59:25
  90:8,17 92:14
  92:22 94:24
  106:17 111:11
  117:7 122:18
  175:1
**factor** 26:19
  31:20 35:17
  38:14 56:11
  57:23 89:1
  92:25 93:9
  101:5 102:8
  110:25 183:16
**factors** 19:16,21
  22:5 26:14,15
  38:11 48:1
  57:13 83:8
  85:14 87:25

88:3,7 94:11
  111:1 183:17
**Facts** 4:17 76:23
**Fail** 137:7,8
  139:20
**Fail's** 12:10
**failure** 75:5
  83:21 84:8
  115:23 116:2
  127:23 129:7,8
  129:9
**fair** 97:17
  148:25
**fairly** 72:24
**fall** 120:8
**false** 142:25
**familiar** 17:20
  18:6 25:12
  79:14 82:8
  85:10,13 94:24
  106:17 117:2
  121:18 147:1
  165:9
**familiarity**
  165:15
**family** 53:20
  71:17 72:8,10
  123:11
**far** 13:5 16:7
  30:8 34:2
  53:20 101:11
  146:22 154:17
  177:25
**fast** 72:25
**fatal** 81:5,12
  98:10,16,23
  100:17,25
  105:13,20
  111:21 178:7,9
  178:13
**fault** 36:6,11
**favor** 58:3
**FDA** 25:20
  32:13,15,17
  61:18,21,23

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

64:24 65:11
147:5,12 175:6
176:5 177:4
**FDA-approved**
96:17 175:2
**fears** 155:16
**February** 51:21
52:3,5,7 53:24
54:25 55:8
132:1 133:3
135:13,25
141:19 147:20
**Federal** 8:6
**feel** 75:6
**feeling** 131:9
133:6 136:12
**feels** 131:17
**fellowship** 66:3
66:4,8 152:6,7
152:8
**fibrillate** 140:1
**fibrillation** 4:24
14:2,3 25:24
25:25 37:14
68:15 72:15,18
72:19 73:2,6
73:13,17,25
74:4,6,9,11,16
74:18,24 75:3
75:10 77:17,19
78:5,18,23
79:1,9,11,13
81:11,18 87:5
95:13 96:5
99:5 104:15
113:13,14
116:3 118:21
127:2 128:6
129:5 130:9
156:13
**figure** 87:13
108:18,21
110:21 117:21
180:15 183:8
184:14

**figured** 149:1
**figuring** 83:9
**file** 12:4 60:14
**filing** 8:10
**fill** 125:23
141:13
**filled** 121:15
125:20 131:13
172:14
**finally** 71:13
**finasteride** 70:7
71:21,23
**find** 22:16
132:22,25
175:11,15,21
**fine** 13:3 95:6,9
131:9 142:4
**finish** 88:2
**finishing** 66:7
**first** 10:7 13:6
17:13,20 18:10
35:16 37:5
40:16 50:7
52:10 59:20
67:15 68:23
69:12 71:18
74:6,10 76:25
80:18 82:11
87:18 95:15
98:6 100:22
101:13 106:15
106:24 109:5
125:22 150:12
155:7 172:4
**fish** 70:12
**five** 75:12 79:7,8
79:10 80:18
107:22
**fix** 130:13
**flareups** 134:25
**fluctuating** 89:6
**fluctuation**
177:3
**fluid** 115:18
141:2,10,11

**flutter** 14:6 68:3
68:15,18
**follow** 49:20
50:19 57:15
82:15 84:22
123:16,20
135:13 153:18
166:8 174:17
**follow-up** 16:16
16:19,24 49:22
50:22 55:9
150:11 163:3
174:13
**followed** 48:21
48:22 49:24
54:2,15 55:11
55:14 115:3
**following** 54:24
**follows** 10:4
**force** 139:23
**forces** 128:15,15
**foregoing** 185:9
**forget** 170:14
**form** 8:13 73:3
75:14 76:5
78:14 84:25
90:25 91:10
94:16 96:8,20
99:14 103:7
110:2,16
111:14 112:4
112:25 118:10
118:17 121:2
122:8 126:12
131:13 132:3
139:8,14 140:1
141:25 143:2
143:15,23
144:11,25
146:18 147:9
148:8 153:20
154:7,19
156:24 157:8
158:1 159:17
160:2 161:5

163:20 164:11
164:18 165:4
166:11 167:6
167:22 168:7
168:18 169:3
169:11,18
170:7,18 171:2
171:14,22
172:7,24
173:10,18
174:3 175:13
183:24
**formalities** 8:8
8:10
**format** 185:12
**formation**
156:14
**formulary** 56:13
166:22
**forth** 185:9
**fortunate**
173:25
**Foundation**
4:21 82:3
**four** 18:21 58:20
58:24 75:11
76:3 77:10
133:11,12,16
149:18 165:24
166:3 184:20
184:20
**fourth** 14:4
31:20
**free** 172:16
**frequency**
170:13
**front** 49:15,17
60:15 128:13
128:14
**full** 89:7 179:8
**full-fledged**
152:24
**fully** 115:17
165:9
**function** 19:18

19:19,24 58:11
86:10,17,20
99:19 100:6
111:10 132:19
**fundamental**
111:20
**further** 37:9
136:10 142:5
148:12 149:22
174:10 184:17

---
**G**

**gallbladder**
141:4
**gastric** 94:25
**gastroenterol...**
136:22
**gastrointestinal**
24:5 81:7
106:1
**general** 48:11
67:20 113:4
115:4 142:11
147:16
**generalized**
70:13
**generally** 18:22
21:12 24:6
26:18 32:11
48:6 77:23
88:23 89:5,9
96:2 113:24
114:9,19,21
115:5 116:18
175:7
**genetically** 88:9
**genetics** 87:24
**gentleman**
23:21
**geographic**
109:22 180:17
**getting** 116:10
132:20 140:6
**GI** 52:8,16
53:10,15,20

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

54:24 70:4
71:4 86:8
103:20 133:15
137:17
**give** 10:20 36:25
44:22 79:2
91:6 121:10,14
125:21 126:3
142:24 151:19
153:25 154:14
154:15 158:12
163:11 164:14
172:16,17
174:7 177:10
**given** 84:13
124:6,21
125:25 163:6
**gives** 92:5
**global** 127:2
**go** 15:12 21:10
22:15 23:16
30:5,18,20
32:14 33:3,14
34:4,12,17
35:1,2,6,9
36:11 42:16
48:8 58:7,10
65:18 68:16
75:5 84:9
88:20 91:21
104:12 105:13
109:22 110:20
114:20 118:5
125:9 126:5
130:4,8 131:14
132:24 134:8
135:18,20
136:19 137:2
137:10 140:7
141:14 143:12
148:17 154:4
158:9 170:13
177:7 178:4
180:14
**goes** 119:12

146:11 166:7
**going** 10:24
12:11 21:5
22:14 29:22
44:22 46:24
58:12,15 60:5
69:1 81:14,25
87:19 91:18
97:22 108:7
114:16,17,19
122:21 126:16
128:2 129:16
132:22 133:10
139:21 140:14
143:20 144:8
145:25 147:15
148:16 149:3
154:15 155:20
157:16 162:25
172:2,16 173:6
176:22 177:1,2
**good** 10:6 29:13
31:13 58:11
59:17 95:9
139:23 155:2
155:10 158:20
158:22 159:23
166:16,20
**goodness** 140:22
**gout** 69:16,17
103:23,25
134:25
**grab** 49:2,4
**gradually**
140:22
**graphs** 40:1
62:11
**greater** 33:7
34:3,16,25
41:12 82:21
83:13
**green** 167:11
168:3
**greens** 89:7,7,10
**guess** 54:11

134:14
**guide** 121:11
122:3,17
164:23 165:1
**guideline** 4:22
82:4,8 84:19
84:22
**guidelines** 82:15
82:15 83:12,14
185:13
**guy** 167:3

---

### H

**habits** 176:13
184:12
**halfway** 37:9
177:24
**hamburger**
168:4
**hand** 51:22
54:17 55:19
171:20
**handouts** 61:17
61:18
**handwriting**
52:24
**happen** 157:4,12
**happened** 13:12
53:17 75:7
128:21 134:12
134:13 135:16
136:17 140:5
**happens** 74:11
161:2
**hard** 29:17
30:24 109:2
180:15 184:6
**HAS-BLED**
85:11
**hazard** 106:25
109:3,10
110:12
**head** 78:6
**head-to-head**
30:21

**health** 59:2
**healthcare** 1:22
119:9
**hear** 25:5
145:12 155:5
**heard** 9:10 62:9
146:20,22
**heart** 4:19,22
13:23,23 70:1
72:21,25 74:14
74:14 75:4,5
80:1 82:1,3
83:21 84:8,20
84:21 113:16
113:17 115:20
115:23 116:1
127:8,11,23,23
127:25 128:13
128:14,16,24
128:25 129:1,1
129:7,7,8,9
130:6 132:17
132:20 141:3,6
141:11,13
156:14,18,19
156:20 157:16
**heartbeat** 13:17
13:21
**heaviness** 68:8
**held** 9:4 49:8
59:12 108:1
149:16 183:1
**help** 25:4 115:22
127:25 132:20
**hematocrit**
136:3,5,12
142:4
**hemorrhage**
37:25
**hemorrhagic**
158:18
**hereinbefore**
185:9
**hereto** 8:3
**high** 44:3,11,19

45:18 72:11
74:13 101:8
113:17,18
120:7 138:18
139:12
**higher** 32:7,9,10
41:6,7 46:3
77:21 106:2
129:4 138:6,13
138:23,25
**Highlight** 5:3
**Highlights** 3:15
5:8,13
**highly** 87:11
**history** 6:20
71:17 72:1,8
72:10 115:13
131:22
**hold** 52:12 53:5
76:13 135:2
**holding** 52:15
**home** 116:8
135:17,18
159:8 164:15
**honest** 39:14
**hope** 30:18
**hopefully** 30:21
**hoping** 16:13
**hospital** 21:12
22:22 50:11,20
53:19 67:4,6
67:20 116:20
117:9 131:23
134:7 147:17
163:9 172:12
172:13
**hospitalized**
50:6
**hospitals** 67:2
142:12
**Houma** 137:8
**hour** 149:1
150:10
**hourly** 64:3
**hours** 160:11

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

**huge** 152:3
**huh** 13:10
**hundred** 56:10
124:13 125:17
175:5
**hydrated** 134:5
**hypercoagulat...**
42:5
**hyperplasia**
72:3
**hypertension**
72:2,12 74:17
75:1 83:20
85:22 86:1,5
137:24
**hypertensive**
74:13
**hypertrophy**
127:5
**hypokinesis**
127:3
**Hytrin** 71:13

**I**
**idea** 114:6 155:6
155:10
**identification**
11:3 12:13
36:21 51:24
54:19 55:20
60:8 69:3
76:24 82:6
91:20 97:24
108:9 115:9
116:25 122:24
126:19 128:4
129:18 130:25
140:16 147:18
**identified** 102:8
**identify** 44:10
44:18
**immediate**
136:9
**impact** 20:11
145:11 175:16

176:3,4
**impacted** 20:14
145:9
**impacts** 175:17
**impaired** 19:23
**impairment**
99:24
**implies** 157:3
**important** 41:22
42:21 44:12
45:1 79:21
84:15 91:4
122:11 153:10
163:12,13
176:6 179:14
182:15
**impression**
126:24
**inaccurate**
142:25
**incidence** 24:4
**include** 65:1
81:7 82:22
**included** 182:8
**including** 121:7
154:12
**increase** 32:14
40:17 75:11
85:23 86:1,17
88:22 102:10
102:17 134:1
181:20 182:13
**increased** 24:4
41:1,10 42:13
47:1 70:4 71:4
90:3,6 100:19
102:11 122:19
146:1
**increases** 40:16
100:16 129:9
**increasing** 88:13
88:15
**independent**
59:25 102:8
144:8

**INDEX** 2:17 3:2
**indicate** 133:14
**indicated** 9:6
101:8 113:9,12
**indicates** 125:24
**indicating** 98:20
**indication** 25:23
32:15 141:17
**indigestion** 68:9
68:10
**individual** 88:4
**individualized**
87:11 90:9
**individuals**
87:24
**Indocin** 53:7,8
70:22 102:25
103:21 134:1,2
134:18,19,21
134:21 135:1
**indomethacin**
70:22 102:25
**inefficient** 75:4
**infarct** 128:8
**infinite** 171:16
**influence** 88:4
88:24
**information**
3:16 5:4,9,14
46:12 71:23
91:19 96:14,18
97:23 98:1
121:19 122:11
142:25 143:8
145:3 165:10
179:14 182:6
182:15
**inherent** 81:13
**inhibitor** 92:9
92:23
**inhibitors**
127:16
**inhibits** 88:11
93:5
**initial** 16:21

17:4,18,19
87:20
**initially** 72:25
87:19 142:19
**injuries** 120:13
**injury** 120:8
**INR** 14:23 15:3
15:9,21 16:1,3
16:4 89:23
90:11 106:13
**insert** 61:19,20
61:22 65:9,10
121:16,19
**insistent** 22:1
**Institute** 1:10
3:20 6:15,19
54:9 66:10
78:9 97:14
117:5 120:23
122:23
**institution**
152:16
**instruct** 52:12
53:5
**instructed** 22:7
22:8 50:18
56:6 120:12
**instructions**
47:14 52:11
120:1,5 153:18
166:8
**insufficient**
107:13 179:10
**insurance** 19:19
20:14,20 21:1
21:15,15,20
22:15,16 27:14
27:20 28:7,8
48:1 56:8,23
57:13 58:25
59:2 166:21
172:1,4,21
173:4,25
**integrity** 162:18
**intensity** 147:6

**interact** 161:23
**interaction**
93:13,16
**interactions**
88:23 91:16,25
119:14
**interested**
185:16
**interfere** 168:15
**interject** 24:15
**internal** 66:20
120:13 151:21
152:2
**internship** 151:6
**interrupt** 33:22
**interval** 110:13
115:13
**intervention**
119:25
**intracranial**
24:8 32:2
**intravenously**
116:11
**intrinsic** 85:20
**introduced**
150:1
**involved** 78:4
92:2
**Ireland** 65:19
150:15 151:4
**irregular** 13:17
13:20 73:1
113:16
**irreversible**
155:18 157:23
158:3
**ischemic** 82:20
**Island** 65:16
**isolated** 184:5
**issue** 30:25
57:23 58:8
167:20 169:15
171:7
**issues** 20:14
23:16 58:3

152:19 155:1
it's-- 29:21
item 120:9
ivy 151:24,25

_____

**J**

**J** 1:7 3:10
**Janssen** 1:7 2:5
  2:6,6 9:24
  142:21 150:3
**January** 6:11,16
  12:20 13:6,14
  14:1 21:7
  22:24 23:4
  47:21 48:20
  49:24 50:7,11
  50:23,25 51:19
  51:20 67:16
  69:7 72:14
  95:11 98:3
  115:11 123:3
  123:21 126:18
  128:3 129:11
  129:13,17
  130:17,22
  131:2 182:10
**JBoudreaux-...**
  4:3
**JBoudreaux-...**
  3:22
**JBoudreaux-...**
  6:22
**JBoudreaux-...**
  5:19
**JBoudreaux-...**
  6:3
**JBoudreaux-...**
  3:12
**JBoudreaux-...**
  4:13
**JBoudreaux-...**
  6:8
**JBoudreaux-...**
  7:9
**JBoudreaux-...**

6:17
**JBoudreaux-...**
  5:25
**JBoudreaux-...**
  6:12
**job** 162:16
**John** 2:3 9:24
  149:25
**JOHNSON** 2:6
  2:6
**join** 66:9
**Joseph** 1:7 3:10
  4:12 5:17,22
  6:2,5,10,15,20
  7:2,7 58:5 69:6
  120:21 147:20
**Jr** 1:16 3:11
**judgment** 84:15
  112:21 144:9
  144:19 145:4
**Julie** 1:20 9:21
  59:18
**July** 1:12 9:6
**jury** 26:5 72:17
  151:18

_____

**K**

**K** 89:8 116:5,5
**KAYE** 1:20
**keep** 41:22
  125:4 134:5
  168:23,24
  170:11
**Kennedy** 2:12
  8:18 185:6,21
**Kenner** 54:12
  137:19
**Kenneth** 1:10
  3:6,9 4:6,10
  6:6 7:3 9:12
  10:1 185:7
**key** 38:14,25
  90:23
**kidney** 19:18
  20:6 21:25

58:11 72:12
  86:16,20 100:6
**kidneys** 58:12
  86:16 88:8
  94:20 99:19
**kills** 77:3
**kilograms**
  109:18
**kilter** 169:9
**kind** 30:24
  44:22 59:2
  81:19 89:3
  104:7 135:8
  140:8 151:25
  162:24
**King** 173:24
**knew** 81:11
  135:19 175:8
**know** 15:14,15
  20:13,15,17
  21:7 22:13
  23:17 24:9,15
  25:8 29:23,23
  30:4 39:6,13
  39:22,25 40:5
  40:9,10 42:21
  43:8 44:12,20
  46:4,7,14
  53:13,17,23
  56:22 58:23
  60:3 62:9
  67:24 73:5
  74:2,5,7 79:5
  87:18 101:9
  114:14 117:16
  122:11 123:9
  123:14 124:19
  124:25 126:6,8
  129:25 131:11
  134:12 142:15
  145:23,24
  146:12 150:5,9
  160:19 161:1
  162:6 179:14
  180:15 182:12

**Knowing** 44:25
  126:8
**knowledge** 17:3
  23:24
**known** 80:11
  88:21 102:10
  121:5 151:17
**knows** 120:19
  162:8

_____

**L**

**L** 1:5 8:1
**lab** 15:4 39:1
  135:19
**label** 5:5,10,15
  36:23 37:1,17
  108:16 111:19
  112:18 143:8
  177:8 181:24
  182:9 183:13
**labeling** 108:8
**labels** 4:7,17
**laboratory** 38:4
  38:22 39:4,17
  39:22
**labs** 39:2 135:24
  136:17
**language** 98:24
**laptop** 49:4,15
  52:2
**large** 141:11
  176:3
**largely** 58:16
**larger** 127:10
**LARIAT** 139:20
  139:23,24
**Lasix** 52:12 53:6
  134:3 135:6
**late** 36:5 150:10
**law** 8:7 146:11
**lawsuit** 10:9,15
  59:24
**lawyer** 63:5
  145:6,9 146:6
**lawyers** 63:25

64:10,13,15,19
**layman's** 26:5
**lead** 41:11 94:25
  122:13,18
  158:16
**leading** 75:18
  137:18
**leads** 38:12
  72:24
**leafy** 167:11
**league** 151:24
  151:25
**learned** 78:19
**leave** 21:2 23:10
  48:5 163:17
**leaving** 172:11
**led** 26:14
**left** 11:19 47:24
  56:7 127:2,4,5
  127:6 140:2
**let's** 32:19 33:2
  67:10 100:22
  107:22 118:5
  135:24 137:9
  137:15
**level** 18:24 41:6
  43:6,18 44:3
  46:16,24 53:12
  69:18 88:20,22
  89:6,12 99:11
**levels** 36:16 40:1
  40:2,3,3,9,21
  41:11 46:19,21
  47:6
**Liability** 1:5 9:9
**liberal** 19:2
  26:17
**license** 67:1
**licensed** 66:23
**life** 155:19
  157:18 161:2
**life-altering**
  157:18
**liked** 165:25
**limits** 110:22

**line** 30:10 109:5
  182:5
**Lisinopril** 52:12
  53:6 71:6
  127:16,24
  134:4 135:7
**list** 72:2 118:3,4
  127:20
**listed** 35:17
  166:6
**lists** 69:5 83:8
**literally** 156:18
  157:15 163:5
**literature** 78:22
  96:25 145:4
**Litigation** 1:5
  9:9
**little** 28:3 30:17
  37:9 60:21
  80:19 95:8
  115:20 127:10
  128:15 131:18
  137:5 140:3
  142:20 151:19
  152:8 154:23
  156:9 172:12
**liver** 19:18
  20:10 21:25
  85:20 88:9
**LLC** 2:6,6
**LLP** 1:20 2:2
**local** 123:23
**Logically** 41:18
**lone** 74:11,12
**long** 30:15,15
  60:24 61:14
  66:25 132:20
  141:18 149:4
  150:9 161:14
  161:19 165:21
  165:22
**longer** 80:20,21
**look** 12:14 14:22
  19:25 29:24
  30:5 31:1 37:3

39:16,18,19,21
  46:16 51:25
  60:6,21 61:5
  65:9 67:10
  71:19 72:5
  73:24 81:25
  92:8 105:13
  109:17 121:23
  124:19 125:9
  126:6 127:21
  131:17 136:18
  136:22 137:9
  148:13 160:15
  160:18 161:1
  163:18 164:15
  166:5 175:7
  177:22 179:8
  181:15 182:4
**looked** 31:6
  108:15 178:3
**looking** 15:20
  27:8 29:18
  52:2 71:19
  129:21 183:20
**looks** 54:7
  105:20 109:3
  118:1,7 121:24
  137:21 150:12
  151:10 178:9
  181:12
**Lopressor** 14:11
  16:12
**lose** 158:24
  159:1
**loss** 98:12
**lost** 72:22
  128:15
**lot** 28:18 30:10
  74:18,18 87:23
  89:10 114:2,14
  145:13 150:25
  151:1 161:22
  162:7,9 163:8
**Louisiana** 1:2
  1:11 8:19 9:5

9:12 66:9,24
  185:6,14
**low** 131:19
  133:25 135:9
  135:19 156:2
**lower** 32:10
  41:12 52:19
  100:1 106:14
  109:18
**lucky** 173:25
**lung** 74:17

_____

**M**

**M.D** 1:10 3:7
  4:6,10 10:1
  185:8
**mail** 124:11
**major** 19:6,7,9
  21:23 31:22,24
  32:20 33:8
  34:3 41:12
  42:6 89:1
  101:9 102:9
  105:4,10
  108:22 119:15
  135:5 138:14
  138:19 176:9
  181:16,20
  182:14
**makers** 10:10
**making** 10:17
  19:14 64:15,19
  76:22 96:14
  127:25
**managed** 67:9
**management**
  4:23 82:4
  132:4 175:16
  180:22
**manager** 22:22
  23:1,11 47:25
  56:8,16 64:1,1
  64:5
**manufacturers**
  10:11

**Marcello** 123:10
  123:15
**March** 54:20
**mark** 2:9 9:3
  60:5 61:10
  69:1 76:21,23
  82:1 91:18
  97:22 108:7
  115:6 116:22
  122:21 126:16
  128:2 129:16
  130:24 135:25
  140:14 147:15
**marked** 10:24
  11:3,11 12:11
  12:13 36:19,21
  51:22,24 54:17
  54:19 55:19,20
  60:3,8 67:11
  69:3 76:24
  82:6 91:20
  97:24 108:9
  115:9 116:25
  122:24 126:19
  128:4 129:18
  130:25 137:10
  140:16 147:18
  150:13
**market** 17:8,24
  18:7 80:17,18
  95:18
**marketing**
  21:19
**MARYLAND**
  2:4
**material** 64:14
**materials** 60:13
  64:18 65:1,2
  164:15
**matter** 9:8 59:19
  153:17 185:16
**Mauritius** 65:17
**McCAULEY**
  2:3,22 9:23,24
  12:24 15:11

18:12,16 20:2
  24:13,22 25:2
  26:23 28:12
  29:3 33:11,17
  34:8 35:3,5,11
  35:23 36:4,10
  39:7 41:13
  42:23 43:12
  44:4,15 45:12
  148:15,24
  149:11,24
  150:1 153:23
  154:10,22
  156:25 157:11
  158:4 159:20
  160:5 161:8
  163:23 164:5
  164:21 165:7
  166:14 167:9
  167:25 168:10
  168:21 169:6
  169:14,21
  170:10,21
  171:5,15,25
  172:10 173:2
  173:13,22
  174:6 175:22
  176:14 177:9
  177:14,18
  179:17 180:6
**MD** 3:10 6:6 7:3
**MDL** 1:4 9:9
**meal** 99:8
**mean** 15:20
  21:14 41:4
  56:15 65:2
  68:19 70:10
  73:21 88:15
  89:16 90:9
  101:5 106:13
  111:3 116:9,18
  118:25 123:8
  123:12 125:19
  125:21 128:8
  128:23 130:14

135:15 139:3
151:16
meaning 107:8
128:20
means 26:6 76:1
89:17 116:10
134:22 140:19
156:8
meant 123:13
138:21 139:4
measure 39:23
103:19 147:5
147:12 174:21
175:4,9
measurements
36:14
measures 136:9
measuring
36:16
medica 46:15
medical 61:3
65:18 72:1
74:23 78:3,19
80:12 84:15
96:24 112:21
132:4 143:12
144:8,19 145:3
150:14,18,22
151:11 152:15
152:20 153:16
153:25
medically 126:9
medication
21:22 23:18
34:13 58:14
69:16,22 70:17
70:18,25 79:18
81:13,19 84:16
86:12,24 90:20
91:6 96:4,12
96:25 97:18
103:10 116:12
119:3,10 120:6
121:11,17
122:3,17

144:15,21
method 185:10
154:24 164:22
165:1 167:4
medication's
88:20
medications
21:17 27:13
57:8 64:8,11
64:22 68:24
69:5,9,12
71:25 79:21
85:6,18 86:6
88:11,17 91:6
97:8 102:17
103:4,14
105:11 115:16
115:21 127:13
127:20 133:24
145:2 146:5,16
medicine 66:20
66:24 151:22
152:2
medicines
154:15
meds 116:8
123:24
meet 61:6,9,14
63:8,11 153:3
meeting 62:18
63:24 71:18
131:1 144:6
memo 65:6
mentioned 10:3
91:14 107:5
155:17 159:3
165:24
met 10:7 59:19
61:10 62:19,22
142:21,24
150:6
metabolism
92:2
metabolizing
88:12
Metformin

71:11
method 185:10
METHVIN 1:15
Metoprolol
127:24
Midas 173:24
middle 37:4
38:1
mild 83:23
115:24,24
116:2 127:2,4
mildly 127:3
MILES 1:15
milligrams
14:11
million 73:10
mind 29:2 32:21
161:9
mine 177:20
Minimal 83:23
minority 110:9
minutes 61:1,15
63:15,15 76:3
77:10 107:22
149:12
misleading
145:22
mistaken 103:9
mitral 74:15
mixed 31:9
moderate 99:23
moment 65:14
moments 10:8
Monday 1:11
monitor 18:24
35:22 39:2
43:17 44:22
47:5,8,10
63:17,19 90:10
170:1,12
monitored 38:3
38:22,25
monitoring
26:16 35:19,21
38:13 46:23

62:7 170:4
174:24
monitors 174:25
MONTGOM...
1:17
month 78:25
124:24,24
125:22 170:4
months 106:15
mortality 156:2
move 11:25 66:8
Multipage 3:14
4:16 5:2,7,12
multiple 111:11
183:21
muscle 159:1

### N

N 8:1
name 9:3 10:6
59:17 61:11
102:2 149:25
161:11
named 26:15
166:3
names 9:14
narrow 89:13
168:15,22
170:11
necessarily 19:8
necessary 46:19
46:20 118:8
need 22:3 24:24
40:10 47:5,8
48:6 83:14
113:19 114:21
119:9,24
160:19 163:18
172:12,21
needed 23:12
70:18,21
103:22 130:4
132:7 134:24
135:1 136:8
172:18

needing 119:16
needy 172:20
negative 144:18
negligent 146:12
never 28:20
new 1:21,21
13:20 14:2,5
17:22 19:11
68:18 79:4,5
80:15,23 92:19
123:24 167:19
newer 173:7
newly 72:15
night 95:6,7
NOAC 16:7
17:13,23 18:21
19:10,16 20:23
22:1,9 23:12
23:12 28:9
29:12 31:21
34:15,25 35:7
35:10,18 47:18
50:15 55:3
56:5,7 57:5,15
57:16 174:1
NOACs 17:23
18:22 19:3
20:19,24 21:3
26:14,18 27:5
28:5,22 29:20
30:12 31:25
32:25 33:2
34:23 36:15
38:12 46:15
47:20,23 48:4
57:10,21 58:2
58:4,18 86:15
95:2 113:11
163:8 165:11
165:25 167:12
167:19 169:16
170:25 176:10
178:22
non-CNS
106:25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

**non-inferior**
26:3 106:23
107:6
**non-inferiority**
27:12
**non-ischemic**
137:25
**non-steroidal**
71:1 86:6
102:16
**non-valvular**
25:25 37:13
57:17 82:19
104:14
**normal** 13:24
16:13 86:21
100:6 127:9,11
136:6 148:1
**normally** 17:9
**note** 3:9 5:17 6:2
6:14 7:2
110:20 115:7
119:22 122:22
123:10 129:17
137:12 140:15
183:13
**noted** 132:3
**notes** 4:12
148:14 178:8
**notice** 3:6 4:9
8:7 10:25 11:6
60:4 134:20
177:23
**noticed** 133:7
**novel** 93:2
**NSAIDs** 102:3,9
102:11
**nuclear** 66:18
**number** 9:9 19:3
19:17 22:23
23:17,19 29:1
29:6,20 69:11
85:18 86:15
104:22 111:5
127:17 184:5

**numbers** 24:11
27:19 28:15,18
29:18,19 31:15
52:20 176:23
177:2 178:19
183:22
**numerous** 87:25
88:3
**nurse** 116:19,20
117:19 120:22
161:16 163:4
163:14,14
164:13 165:9
**nurse's** 21:11
148:18
**nurses** 55:18
116:20,23
148:22 162:4
**nursing** 126:5
159:8

─────── **O** ───────

**O** 8:1
**Oaks** 1:11 9:5
**oath** 8:20
**object** 15:12
18:13 24:17
26:24 28:13
29:4 34:9 35:4
35:24 41:14
42:24 44:5,16
45:13 56:19
75:14 76:5
78:14 84:25
90:25 91:10
94:16 96:8,20
99:14 103:7
110:2,16
111:14 112:4
112:25 118:10
118:17 121:2
122:8 126:12
139:8,14
141:25 143:2
143:15,23

144:4,11,25
146:18 147:9
148:8 153:20
154:7,19
156:24 157:8
158:1 159:17
160:2 161:5
163:20 164:4,7
164:18 165:4
166:11 167:6
167:22 168:7
168:18 169:3
169:11,18
170:7,18 171:2
171:14,22
172:7,24
173:10,18
174:3 175:23
176:15 179:18
180:7 183:24
**objecting** 39:9
**objection** 18:15
24:23 26:9,22
28:11 32:23
33:12,19,20
34:7,20 35:12
36:3,5 38:16
39:8 40:7,23
41:16,25 42:8
42:16 43:1,11
43:25 44:14
45:3,15 57:19
175:13,25
176:17 178:17
179:20 180:9
181:1,10
182:18
**objections** 8:12
18:18
**obviously** 56:24
114:13 160:19
173:24
**occasion** 16:10
**occur** 120:2,5
**occurrence**

106:24
**Ochsner** 53:21
53:22 54:12
67:8,9,19
134:9 137:19
147:16
**off-the-record**
49:8 59:12
108:1 149:16
183:1
**offer** 63:22
**office** 1:17 63:25
64:1,5 87:15
120:4 121:10
131:2
**officer** 185:7
**offices** 1:10
**officiated** 8:20
**oftentimes**
17:17 20:16
125:22
**oh** 11:8,8 85:17
161:16 162:13
**Ohio** 65:22 66:6
**oil** 70:12
**okay** 11:21,24
12:8 13:11
33:24 53:8
55:18 76:13,17
77:15 83:20
89:24 95:5
98:3,4 104:18
131:19 148:25
150:3
**old** 79:4 83:19
**older** 86:1
**once** 74:2,3
124:22 135:19
136:11,17
158:6 170:2,2
170:4
**one-time** 44:11
45:9
**ones** 59:4 174:12
**onset** 13:20 14:2

79:4
**opinion** 23:5
138:22
**opinions** 185:15
**opposed** 27:21
57:7 73:25
155:23
**optimize** 13:19
**option** 87:1
**options** 82:22
99:5
**oral** 5:21 80:15
80:23 82:21
92:19 116:12
163:25
**order** 14:17 15:3
15:3,5,7 39:4
124:11
**ordered** 15:10
15:14
**original** 185:3,4
**ORTHO** 2:6
**outcome** 27:9
29:11 31:13
185:16
**outline** 149:5
**outside** 110:7
**outweigh** 97:19
101:11 103:4
**outweighed**
112:22
**over-anticoag...**
89:19
**overcome**
155:15
**overdo** 89:17
**overlook** 30:24

─────── **P** ───────

**P** 8:1
**P.C** 1:15
**pace** 72:21
**pacemaker**
72:22
**pacing** 72:21

package 61:19
    61:20,22 65:8
    65:10 116:21
    121:16,19
    163:4,5,10,10
page 2:18 3:4
    11:11 14:4,25
    37:4,6,20,23
    40:12 52:10,19
    52:22,25 68:16
    69:4,8 76:25
    77:1 82:10,11
    83:3 91:21
    92:6,7,7 98:6
    101:13,25
    104:16,17,21
    105:1 106:9,10
    108:11,20,21
    116:4 121:24
    137:11 178:4
    178:25 179:9
    180:14 185:4
pages 69:2 83:2
    185:9
Pain 70:17,18
pains 73:18
Palpitations
    73:18
papers 162:22
par 107:8
paragraph 38:2
    40:16 101:14
    104:21 179:9
paralyzed
    155:21 159:4
part 8:15 36:6
    47:1 53:1,2
    109:5 128:14
    143:7 146:7
    151:6 182:3
particular 21:16
    57:11 94:14
    110:25 113:11
    114:9 115:1
    135:12 164:24

183:16
particularly
    148:5
parties 8:3
    185:16
partly 18:8 25:6
    32:18
partner 159:24
party 10:14
Pass 59:7
Pat 2:12 8:18
    185:6,21
pathways 88:12
patient 3:19 4:2
    16:1,4 19:1
    21:6 22:13
    23:14 39:17
    41:21,22 42:21
    58:7,10 59:4
    67:16 87:14,17
    88:4 90:13
    91:7 93:24
    94:14 96:13
    97:20 105:5,8
    105:15,18
    113:6 120:12
    123:25 132:5
    137:15,17
    141:3 144:21
    153:3,17 155:1
    155:13 159:13
    159:22,23
    160:25 162:11
    163:4,6,15,25
    164:14 166:8
    170:13 173:23
    175:16 176:24
patient's 83:9
    85:4
patients 4:23
    15:22 30:1,6
    39:5 43:22
    44:2 45:10
    57:22 58:1
    64:9,16,20,23

73:16 77:16,18
    78:4,25 79:8
    79:10,13 81:17
    81:22 82:19
    87:4 89:21,25
    90:10,15,18
    91:5 93:19
    94:4,7,19 95:1
    95:12 96:5
    97:8 99:5,22
    100:19 104:22
    106:12 109:2,8
    109:24 110:6
    110:10 112:18
    113:7 114:3,10
    121:11,20
    125:5 140:22
    145:12,15,20
    146:4,15
    154:12 155:4
    160:14,17
    161:23 163:11
    165:12 166:16
    166:20 170:5
    171:11 172:21
    173:3,16
    176:25 182:7
    184:12
pay 173:7
payment 28:7
people 30:10
    45:18 53:20
    74:19 75:23
    114:14 127:23
    146:8 151:18
    155:25
percent 32:19
    33:7 34:3,15
    34:25 56:10
    78:6,7,11,16
    106:14,19
    109:24 110:6
    110:22 113:25
    156:1 162:4
    175:5 179:5

181:20 182:13
percentage 78:3
    106:13 181:17
perfect 162:17
perform 143:21
performed 7:6
    53:11,11 68:11
periodically
    102:25
permanent
    114:2
permanently
    130:13
persistent 73:25
    137:23
person 68:23
    75:12 162:5,11
    162:18
person's 75:11
    85:15
personal 58:14
    185:10
personally 15:5
    48:19 53:25
    116:18
pertains 182:7
PHARMA 1:23
PHARMACE...
    1:23 2:5
pharmacist 21:4
pharmacy 20:25
    123:24 124:4
phonetic 69:20
physical 6:21
    131:22
physician 63:2
    68:1 123:11
physicians
    63:21
pick 56:13,15,16
    56:24 57:7,9
    87:20
picked 57:4,12
picking 113:11
pile 132:23

pill 44:2
pills 115:18
    125:18
place 72:24
    178:24
placed 22:7,9
    56:6 90:3,6
    92:11 129:3
plaintiff 9:19
plaintiff's 63:12
plaintiffs 1:18
    61:7
plan 13:22 14:5
    14:10 22:17
    50:3 68:17
    116:4 131:25
    133:22 137:22
    141:8
planned 49:20
    51:4 131:11
    137:16
plans 19:20
    21:15,15
plasma 39:23
    40:21 43:6
    47:10 88:19
please 9:13,15
    39:10
pleural 127:7
PO 116:9
pocket 173:8
point 13:21
    47:14 72:20
    137:1
policy 121:10
Pont 1:20 2:21
    2:24 9:20,21
    18:14 26:8,21
    27:2 28:10
    32:22 34:6,19
    36:2,24 38:15
    40:6,22 41:15
    41:24 42:7,15
    42:25 43:10,24
    44:13 45:2,14

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

56:18 57:18
59:16,18 75:17
76:9 78:15
85:3 91:3,13
94:23 96:11,23
99:17 103:12
107:20 108:6
110:5,19
111:17 112:7
113:3 118:13
118:23 121:3
122:9 126:15
139:9,17 142:8
143:5,18,24
144:5,14 145:1
146:23 147:10
148:11 149:9
149:21 174:18
175:12,24
176:16 178:4
178:16 179:19
180:8,25 181:9
182:17 183:5
184:8,16
**pool** 30:7
**poor** 86:16
**population**
176:24
**PORTIS** 1:15
**pose** 120:7
**position** 117:23
**Positive** 72:11
**possible** 22:25
89:11 148:20
154:17 163:24
**possibly** 92:16
93:2 128:14
**post** 1:17 151:11
**postgraduate**
65:21 151:12
151:13
**Potassium** 116:7
**potential** 101:11
120:13
**potentially**

81:12 122:18
**practical** 18:23
29:16
**practicality**
27:17
**practice** 17:7
18:1 56:5
57:15 66:9,23
78:4,11,16
84:23 91:8
113:4 115:4
117:7 123:11
125:12 126:1
145:10,11
146:15
**practices** 95:25
**practicing** 78:8
**practitioner**
116:19
**Pradaxa** 17:14
17:15,16 23:6
23:23 24:1,9
24:11 25:9
26:20 28:2
58:22 80:19
94:14,18,25
**PRATT** 2:3
**pre-approval**
64:24
**Precautions**
98:7
**predisposed**
88:10
**preferred** 19:12
57:16
**pregnancy**
37:24
**preparation**
12:3
**prepared**
185:10,12
**prescribe** 17:9
19:15 26:14
31:21 35:18
47:24 81:14

92:16 94:14
95:19,22 97:18
100:18 103:16
112:20 126:10
145:2 166:17
166:21
**prescribed**
14:18 17:5
50:14 95:16
98:2,14 99:6
100:4,8,23
102:21 105:24
106:6 107:18
111:25 112:12
127:18,22
144:20 165:11
182:9
**prescriber**
145:3
**prescribing** 3:15
5:3,8,13 17:16
20:10 21:3
28:9 56:5
57:14 64:8,11
64:15,19,22
81:21 85:5
86:11,23,24
87:4 91:19
93:1 95:12,25
96:12,15,18
97:6,23 98:1
101:20 112:2,9
127:12 143:7
144:1 154:24
165:10 172:4
176:13 182:16
184:12
**prescription**
20:18,22 37:13
121:15 122:4
124:3 125:20
125:23 172:14
174:1
**prescriptions**
124:14 125:14

**present** 68:6
**presented** 14:1
47:3,7 133:23
**presents** 109:13
**preserve** 173:14
**pressure** 69:21
71:10,14 72:11
74:13 131:18
133:25 135:8
**presume** 135:15
136:21
**pretty** 22:1
27:15,18 47:4
76:17,19 78:10
150:21 174:8
176:24 180:16
**prevalence** 73:6
**prevent** 18:18
27:6 30:9
41:21 48:7
87:6 155:23
**preventing**
32:11 107:10
**prevention** 19:5
27:24 103:11
104:6
**preventions**
70:1
**preventive**
103:19
**prevents** 79:19
141:13
**previously**
137:10
**price** 56:22
**prices** 27:22
30:9,24 58:16
**pricing** 30:14,25
**primary** 28:8
106:23
**principal** 71:16
**principle** 166:7
**print** 6:10
180:16
**printed** 98:24

**prior** 60:22 61:7
63:12 69:8
82:20 85:17
133:16
**privileges** 67:3
**probably** 13:8
40:25 58:3
62:12 70:2
75:1,9 78:17
125:20 135:23
137:24 156:1
162:3 167:17
**problem** 21:25
21:25 25:6
33:24 74:21
119:15 142:6
170:14,22
**problems** 20:7
20:11 58:14
71:15 74:15
85:20,20,21
94:21 141:6,22
**procedure** 4:12
8:6 139:20,23
139:24 185:14
**product** 36:22
37:17 99:21
**Products** 1:5 9:8
**profile** 24:7
74:23
**prognosis** 13:19
**program** 151:22
151:25 152:3
169:23
**programs** 152:2
**progress** 5:17
6:14 115:7
129:17
**prohibition**
185:14
**promotion**
161:15
**Promptly** 98:11
101:15
**prophylactic**

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 203

103:11
**prophylaxis**
138:1
**prostate** 70:8,9
70:10,11 71:15
71:25
**prostatic** 72:3
**protects** 146:2
**protein** 88:19
**prothrombin**
53:10 147:2,23
**Protonix** 103:13
**prove** 28:22
**proven** 46:2
**provide** 3:12
13:13 58:10
60:16 125:13
164:25
**provided** 10:21
13:6 124:13,17
125:5
**providers** 119:9
**PT** 62:7 63:17
147:2,4 148:3
148:5 174:25
**PTT** 46:11
**publications**
177:5
**published** 96:24
**pull** 48:25 134:8
135:23
**pulling** 129:23
**pulmonary** 80:5
**purely** 111:5
**purpose** 104:4
140:5 141:1
146:2
**purposes** 8:5
**pursuant** 8:7
**put** 13:24 22:11
47:17 77:15
81:17 84:15
87:18 103:18
113:19 115:21
119:13 139:4,5

139:11 140:8
153:11 155:22
157:18
**putting** 45:11
113:6 139:3

---

**Q**

**qualified** 84:11
84:14
**quantify** 29:9
**question** 8:13
23:8 24:19
25:5 39:9
43:18 88:2
126:21 134:22
136:8 144:17
161:10 163:3
164:8 184:3
**questioning**
166:4
**questions** 95:8
148:13 149:4,8
149:22 162:12
174:10 178:5
184:17
**quick** 107:21
**Quintini** 2:12
8:18 185:6,21
**quite** 151:1

---

**R**

**R.N** 5:24
**R.S** 185:8
**Raceland** 1:11
9:5
**randomized**
106:12
**range** 41:23
42:5,13,22
44:21,25 45:6
45:7 62:10,12
62:13 63:20
89:14,22,24
94:8 106:13,19
148:1 168:16
168:22 170:12

179:1,5
**ranked** 151:23
**rapid** 68:20
**rarely** 25:3
122:13
**rate** 13:23,24
64:3 68:21
72:25 105:4,7
105:11,14
106:2
**rating** 26:4
**ratio** 107:1
109:3,10
110:12
**ration** 171:19
**read** 41:3 83:12
85:12 98:12
100:15 101:14
102:12 106:11
107:2 109:2
111:1 122:16
126:22,24
137:13
**readily** 38:4
59:4 154:16
**reading** 8:8
14:23 136:2
**reads** 110:21
128:10
**ready** 16:22
**reagent** 62:7
**real** 170:22
**really** 61:4,5
79:6 88:22
103:21 140:5
158:9,20 176:5
180:15
**reason** 18:9
67:18 68:2
118:8 151:22
176:21
**reasons** 18:22
94:13
**recall** 16:17 20:1
20:15 22:6,24

37:12 46:17
48:17,24 57:12
62:19,22 178:5
178:6 179:5
181:6 182:11
**receive** 11:1
**received** 11:8
**recognize** 12:15
12:16 36:22
**recollection**
57:3 116:16
140:20 150:7
**recommend**
120:16
**recommendat...**
13:22
**recommended**
82:22
**recommending**
47:2
**record** 9:2,14
49:7,11 52:1
54:12,20 59:10
59:14 107:25
108:4 115:14
116:5 123:19
125:1,8,9,18
134:16,18
148:17 149:15
149:19 182:24
183:3 184:21
**records** 21:11
21:11 48:25
49:16 53:13
54:14 60:22
61:3 69:2 84:7
124:20 125:4,6
126:5,7 135:11
148:19
**reduce** 30:16
43:7 103:20
118:20 140:6
**reduces** 69:18
96:5
**reducing** 28:5

33:6 34:2,17
34:24
**reduction** 19:7
87:8
**refer** 40:20 98:5
**referred** 139:19
**reflect** 110:24
123:1 131:1
183:15
**refresh** 116:16
140:20
**regarding** 29:12
29:18 46:25
**regardless**
114:18 139:10
143:19
**regards** 31:24
178:7
**regimen** 90:20
**region** 109:23
180:17
**Regional** 67:5
142:12
**registered**
117:19 162:4
**regular** 39:3
58:13
**regularly** 15:21
90:10 103:23
104:1 175:6
**regularly-app...**
174:24
**regulatory**
64:24 65:4
**regurgitation**
74:15
**related** 37:24
93:25 185:15
**Relates** 1:6
**relating** 61:21
**relationships**
185:14
**relatively**
145:14
**relax** 70:11

---

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

**rely** 32:17 64:9
   64:14,18,23
   65:10 97:10
   145:3 163:24
   164:1
**remains** 132:5
**remember** 13:5
   22:4 32:8
   56:14,25 58:6
   95:17 103:17
   114:24 115:2
   117:6 135:22
   140:25 156:3
**renal** 19:23
   86:10 99:23
**renewed** 66:22
**repeat** 167:14
**report** 6:5 7:6
   147:16
**reported** 2:11
   185:9
**reporter** 2:12
   8:19 9:15 10:3
   25:4 156:4
   185:6,21
**REPORTER'S**
   185:1
**reporting**
   108:13 185:10
**reports** 109:23
   110:12
**represent** 59:18
   97:25 150:2
   181:20 183:22
**representative**
   143:20 144:7,7
   144:22
**representatives**
   17:25 18:4
   142:23
**reps** 142:21
   143:11 171:10
**reputable** 76:19
**reputation**
   151:16

**request** 123:25
   124:12
**required** 26:17
   38:13 185:4,13
**requires** 159:22
**RESEARCH**
   1:7 2:6
**Reserve** 65:25
   66:1,5,8
   151:14
**reserved** 8:14
**residency** 66:2,5
   151:7 152:5,9
**resistant** 155:5,6
   155:14 159:13
**resort** 184:3
**respect** 12:1
   60:17 96:1
   105:3 107:10
**respond** 43:22
   87:19
**responders**
   44:11,19 45:19
**response** 39:10
   39:11 44:3
**responsiveness**
   8:13
**rest** 181:3
**restrictions**
   23:23
**result** 112:17
   138:16 145:16
   184:13
**results** 31:13
   111:10 138:5
**retrospect** 30:5
**return** 130:15
**reveal** 68:13
**reversal** 101:21
**reverse** 158:13
**reversed** 38:4
**review** 12:4
   37:17 61:2
   74:22
**revise** 31:9

**revised** 3:16 5:4
   5:9,14 37:5,11
   177:25 178:2
**rhythm** 4:22
   13:24 16:14
   72:20,21 82:3
   84:21
**rid** 99:20 158:6
**right** 10:8,22
   11:19,24 12:7
   13:11 14:7,8
   14:12,15 16:14
   23:12,19 26:7
   26:11,20 29:17
   38:14 40:21
   41:1 43:16
   44:8 47:15
   48:1 50:12,23
   53:2 58:10
   64:6 67:6
   71:22 73:10
   76:12 79:24
   80:15 81:3
   90:23 96:18
   98:24,25 99:12
   100:6 102:22
   103:13,14
   104:11 107:2
   109:5 110:21
   111:1,6,12
   114:23 119:3
   119:21 120:24
   121:16,18
   123:18 125:16
   126:1 132:6,9
   135:21 137:4,4
   137:15 138:15
   139:5,6 143:13
   144:1 149:25
   150:15,18
   151:14 152:13
   152:22 153:4
   153:18,22
   154:5 155:2,3
   156:6 157:12

   157:13,19
   158:7,8,24,25
   159:15,25
   160:13 161:3
   161:12 164:1,9
   166:9,13,18,19
   166:23,25
   168:5,16,24,25
   169:1,9 170:5
   170:16 171:7
   172:5,14 173:4
   173:5,16 174:1
   175:21 177:15
   180:5,11 181:8
   181:8 183:22
   184:1,9,11
**right-hand** 37:4
   37:8,8 52:19
   177:24 178:1
**Rightsource**
   123:25 124:4
   124:12
**risk** 28:6 30:16
   32:10,10,20
   33:4,7,8 34:3
   34:16,25 37:24
   40:18 41:12
   42:6,13 43:7
   45:24 46:3,24
   47:1 48:8 70:4
   71:4 75:11
   80:9,24 81:13
   85:5,8,15,23
   86:2,7,9,17
   90:3,6 96:6
   98:9 100:12,16
   100:19,20,21
   100:24 101:3,3
   101:7 102:8,17
   103:20 108:22
   109:19 111:21
   112:16,22
   113:17,18,23
   114:22 118:20
   119:19,20

   120:8,10 121:7
   129:4 132:15
   138:2,6,14,16
   138:18,23,25
   139:2,12 140:6
   140:12 141:20
   146:1 155:24
   156:19 157:2
   157:15 158:14
   158:17 159:15
   159:21 160:19
   176:8 182:14
**risks** 97:19
   101:6,11
   102:10 103:4
   113:5,10,22
   114:8 121:5
   143:25 160:23
   161:1 163:17
**rivaroxaban** 1:4
   9:8 40:17 41:4
   41:11 82:23,24
   101:17 180:18
**RN** 124:7
**ROCKET** 25:13
   27:10 30:4
   31:2 104:23
   106:19,22
   107:6 108:14
   108:23 109:14
   179:2,4,25
   181:3 182:8
**room** 67:25
   135:20 136:20
   137:3
**routinely** 13:18
   16:1,3 103:18
   103:18 116:21
**RR** 130:14
**RTC** 130:16
**rules** 8:6 185:13
   185:15
**rummaging**
   162:22
**run** 132:20

running 131:18
RVR 68:19,19
   68:20
RX 123:23
Ryan 67:23

___ S ___

S 8:1
safe 47:2,6
   145:14,14
safer 33:16
   34:12 62:12
safest 34:4
safety 175:18
sake 114:11
salad 168:3,3
   169:8
sales 142:21
   144:6
samples 19:20
   58:9,9 124:6
   124:12,17,25
   125:4,13 126:4
   148:19 171:7,9
   171:17,20
   172:5,17,21
   173:8,15
sat 162:11
satisfactory
   32:12
Savaysa 58:21
save 8:12 167:3
saw 17:2 49:25
   50:8 51:10,21
   53:17 54:1
   55:14 60:10
   67:15,18 69:12
   95:10 124:23
   129:11 140:19
   141:19 142:10
   146:8 162:20
   162:22
saying 57:8
   127:8 160:24
says 37:24 38:1

54:11 67:22
69:8,19 77:2
98:6 100:12
104:14,21
106:12 116:5
116:13 123:16
123:23 124:6
128:19 131:17
133:18 137:23
138:15 139:2
146:11 177:24
179:10 183:14
scale 168:23
scared 159:14
scarred 129:1
schedule 16:16
   48:16 50:1
scheduled 50:25
   51:2,10
SCHOLER 1:20
school 65:18
   78:19 80:12
   143:13 150:14
   150:18,22
schools 152:16
score 32:6,7
   81:23 82:21
   83:9,13,18
   84:5,11,13
   85:11 101:9
   129:9
scratch 114:15
   114:16
screen 9:7
   129:21
seal 185:4
sealing 8:10
second 21:18
   24:14,18 33:18
   50:6 69:4,8
   77:1 101:2,13
   148:18 174:7
secondhand
   82:14
section 1:5

37:20,21 40:13
82:13 99:1
100:11 101:24
102:2,6 104:12
106:8 108:10
138:5,17
see 11:11 12:15
   13:15 14:4,22
   14:23 19:25
   22:10 30:20,22
   37:10,20 38:5
   40:13,18,19
   48:19 53:25,25
   54:2,15 55:11
   67:12 68:17,23
   69:7 71:7
   73:16 74:18
   77:1,4,10 79:1
   79:5,11 82:4
   82:13 83:3
   89:20 91:21
   92:8 98:6 99:2
   99:4 100:12
   102:2,4 104:14
   104:24 105:3,4
   105:14 106:10
   106:15 107:15
   108:11,13,24
   109:4,10,15,20
   109:25 110:14
   116:14 120:2
   121:24 122:14
   123:6 124:1,7
   129:13,19
   130:21 134:8,9
   134:11 135:24
   137:6 138:5,9
   138:15 140:22
   141:21 142:11
   145:18 147:19
   147:19 154:4
   177:25 180:15
   180:17,19
   181:17 183:17
seeing 20:4

146:6
seen 12:7 40:1
   54:4,21 60:9
   127:7 145:6
selection 176:25
selections 32:10
send 22:15
   123:25 142:14
   142:16
sending 130:3
sensitive 45:22
sent 11:7 53:18
   65:6 134:6
   135:16 136:5
   156:20 157:17
   157:17
sentence 38:21
   40:15 100:22
   101:2,13 102:6
   106:11,21
   107:12 179:9
September 7:4
   108:8 111:19
   140:18 141:16
serious 81:3,12
   98:10,16,23
   100:17,24
   111:21 122:13
serves 140:5
   146:1
set 51:7 111:9
   185:9
setting 11:7
seven 80:20
severe 77:17,20
   77:25 93:22
share 175:10
sharp 162:5
sheet 131:12
shift 21:18
shock 141:15
short 84:10
   136:13 141:5
Shorthand 8:18
shortly 95:17

117:24
shortness 13:16
   68:7 73:19
   115:25 141:3
show 10:24
   12:11 27:11,12
   27:15 29:15,16
   29:20,23 30:21
   32:11 36:19
   46:23 61:20,21
   76:10 84:7
   135:12 180:4
showed 26:3
   28:4 61:17
   62:11 74:3
   126:23 180:5
shower 156:20
showers 156:10
   156:11
showing 108:22
shown 19:4 24:9
   25:9 26:2 28:2
   64:15 107:5
   110:22
shows 87:8
   104:22 125:2
shuts 140:8
side 27:16 37:4
   37:9 177:24
   178:1
signature 185:3
signed 115:7
   120:24
significance
   175:20 176:4
significant 24:4
   28:16,16,17
   29:1,9 32:21
   40:4,16 109:5
   130:10 176:20
   176:22 178:12
   181:25 184:6
significantly
   43:7 136:4,19
signing 8:8

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

**signs** 98:11
119:22 159:24
160:18
**similar** 105:11
108:15
**simple** 43:5
146:25
**single** 166:6
**sinus** 16:14
**sir** 136:2
**sit** 31:10 164:12
**sits** 164:13
**sitting** 22:6
125:16 163:15
**situation** 158:15
**six** 80:18,20
**skimp** 153:15
**slight** 24:3 29:20
115:19
**slightly** 24:6
29:19 80:23
127:9 147:25
**small** 27:23,24
110:9 180:16
**Smokers** 74:17
**social** 20:19
21:11 22:15,19
22:21,25 47:25
56:7,16
**Society** 4:22
82:3 84:22
**somebody** 54:3
120:19 168:1
172:1
**someone's** 85:23
**sorry** 18:17
33:21 34:22
73:20 82:18
92:7 104:17
108:21 152:5
**sort** 128:25
136:8
**sought** 8:16
**sound** 73:10
76:12 118:14

145:23
**sounds** 118:6
**source** 76:19
**sources** 96:14
**South** 1:11 3:21
6:15,20 54:9
66:10 78:10
97:15 122:23
**speaking** 20:3
63:5
**specialize**
152:10,11
**specific** 13:22
22:2,3 45:6
46:7 51:9 62:6
62:8 101:17
**specifically** 8:9
8:11 23:2 27:9
40:25 48:12
127:15
**speech** 158:24
**spend** 60:24
162:21
**spent** 152:20
**SPINAAF** 87:7
**Spironolactone**
127:22
**St** 67:4,6,19
117:8,10,20
119:17 120:22
142:13 147:16
**stable** 115:18
130:3
**STAH** 7:7
**stand** 116:5
**standard** 18:25
38:3,22,24
39:1,3 47:5
51:12 81:16
**stands** 68:20
**start** 12:2 14:10
16:11 25:8
33:2 34:22
136:12 150:2
158:9

**started** 16:4,12
18:10 50:15
55:2,16 74:3
133:6,15
150:14,18
**starts** 72:23
**stat** 134:6
135:16
**state** 8:19 9:14
14:5,10 66:24
185:6
**statements** 64:9
**states** 1:1 9:11
40:16 73:7
75:20,23 77:2
98:9 102:7
106:21 107:12
123:5 138:13
151:8
**statistic** 111:5
**statistically** 24:5
27:5,23 109:4
176:19,21
178:12,20,21
181:25
**statistician**
182:2 184:4
**statistics** 30:7
31:15 76:8,14
**statute** 185:13
**stay** 30:11 78:21
89:22
**stayed** 74:3
**stenotype**
185:10
**sticks** 140:3
**stimulates** 88:11
**stipulated** 8:2
**stomach** 103:11
135:5 136:7,23
**stools** 133:7,9
**stop** 50:5 114:21
120:6 134:21
146:5,9 156:1
**stopover** 142:13

**stopped** 133:24
134:18 136:24
137:20 146:16
**story** 141:6
**straight** 156:21
**street** 1:16,21
2:3 67:7,8
136:15
**stress** 130:5
**strike** 94:12
**stroke** 4:17 24:7
27:6,10 30:10
30:17 32:12
33:7 35:1
41:21 42:14
48:7 72:12
75:11,18,23
76:2,23 77:2,2
77:10 82:20
90:3 94:9 96:6
101:7 104:6
106:25 113:19
114:1 118:21
129:4 132:12
132:13,16
137:25 138:7
138:16 139:1
140:7,13
141:20 146:2,8
155:18,19
156:5 157:2,3
157:5,6,17,18
157:22,24
158:10,13,16
158:18,23
**strokes** 19:5
28:6 34:2,17
34:24 77:18,19
77:22,25 79:24
87:6,8 104:8
107:10 146:16
158:21
**stronger** 127:25
**studies** 24:2
25:21 28:4

29:12 30:21
31:9,10 32:5,6
46:17 47:3
87:7 176:22
**study** 25:13
27:10 29:14
39:3 46:23
87:7,8 104:23
106:15 126:22
127:1 179:2,4
179:25 181:3
182:4,8 184:10
**stuff** 136:23
**subcategories**
29:25
**subgroup**
109:14 111:18
111:24 112:17
183:11,20
184:5
**subgroups** 31:2
31:6,17 111:9
183:21
**subpopulations**
29:25
**subsections** 30:2
**subset** 182:3
**subsets** 31:2
**substance**
164:11
**subtherapeutic**
89:18
**suddenly** 133:6
157:4
**suggest** 128:12
128:16 175:3
**suggested** 63:16
**suggestion**
130:6
**suggestions**
64:10
**SUITE** 2:4
**summarize**
126:22
**summary** 3:19

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  207

| | | | | |
|---|---|---|---|---|
| 4:2,25 127:1 | **T** | **talking** 30:14 | 142:11,17,18 | 48:23 62:2,4 |
| **superior** 24:10 | T 8:1,1 | 104:20 114:7 | **terrible** 145:23 | 128:22 146:14 |
| 24:11 25:9 | **table** 11:17,18 | 123:2 125:11 | **test** 39:17 43:5 | 164:1,11,11 |
| 26:2 28:22 | 11:19 83:3 | 130:11 142:20 | 44:12 45:9,17 | **things** 11:18 |
| 29:19 30:19 | 92:4,8 93:7 | 157:2 183:6,7 | 46:5 53:11,11 | 19:17 32:4 |
| **superiority** 19:4 | 104:13,19,20 | **talks** 91:24 | 62:8 63:17 | 70:1 76:22 |
| 24:1 26:16,19 | 104:21 105:1 | 101:2 | 89:21 90:11 | 89:3 135:9 |
| 26:20 27:11 | 108:13 178:4,5 | **tape** 49:6,10 | 130:5 146:25 | 140:4 150:11 |
| 29:21 30:23 | **tag** 120:17 | 107:24 108:3 | 147:2,4 148:4 | 153:10 154:16 |
| 107:1 180:4 | **take** 11:21 12:14 | 149:14,18 | **testify** 10:3 | 159:12 160:15 |
| **supervision** | 30:15 44:2 | 184:20 | 185:8 | 162:23 163:16 |
| 152:12 185:11 | 49:1 51:25 | **tapes** 184:20 | **testimony** 166:5 | 165:25 166:3,6 |
| **supplements** | 58:13,16 60:6 | **target** 106:13 | 185:7,9 | **think** 12:6,9,20 |
| 70:13 | 60:21 65:13 | **TEE** 137:16 | **testing** 38:4,23 | 13:8 16:21 |
| **supply** 171:16 | 67:10 71:17 | **tell** 20:19 21:9 | 39:1,4,23 | 27:22 28:17 |
| **supposed** 100:1 | 72:7 76:7,11 | 23:2 31:6 | **tests** 15:8 | 30:19 31:8,12 |
| **sure** 31:15 33:20 | 81:25 89:7 | 38:20 45:18 | **Thank** 11:25 | 31:18,18,19 |
| 47:13 53:16 | 90:18 93:15,16 | 48:6 49:1 54:3 | 13:3 59:7 | 32:3 34:10 |
| 55:13 56:10 | 95:3 100:22 | 63:1,4 65:15 | 182:22 | 39:1,20,25 |
| 59:22 64:2 | 107:21,22 | 72:17 73:9 | **therapeutic** | 41:18 46:10 |
| 71:22 76:12 | 110:23 113:25 | 113:7,9,10,15 | 41:23 42:4,12 | 48:21 53:14,18 |
| 79:6 84:18 | 114:5 119:5 | 113:24 145:20 | 42:22 44:20,21 | 53:21 54:4,13 |
| 89:22 91:5 | 121:23 125:7 | 146:3 155:13 | 44:25 45:6,7 | 55:11,13 59:1 |
| 123:12 126:25 | 134:22 136:20 | 155:15 157:21 | 62:10,12,13 | 59:3 60:10,10 |
| 129:23 134:2,4 | 137:9 138:24 | 161:25 165:18 | 63:20 88:19 | 60:20 63:25 |
| 134:17 136:10 | 138:25 139:2 | 169:22 177:5 | 89:14 106:18 | 67:14 72:13 |
| 163:9,13 | 144:8 149:10 | 181:24 182:3 | 168:16 170:12 | 74:24 84:1 |
| 166:24 167:4 | 149:12 155:1 | 184:4,7 | 179:1,5 | 86:19 90:22 |
| 174:15 | 155:10 157:5,6 | **telling** 38:11 | **therapies** 79:15 | 91:16 94:2 |
| **surgery** 74:19 | 164:15 166:17 | 160:25,25 | **therapy** 5:21 | 100:5 103:21 |
| 114:21 119:16 | 166:18 173:6 | 179:24,24 | 17:5 55:6 | 103:24 107:4 |
| 141:4 | 183:14 | **tells** 32:15 | 107:15 119:8 | 115:3,5,24 |
| **surprised** 71:24 | **taken** 1:10 8:5 | **ten** 39:19 78:6 | 179:12,15 | 117:24 121:14 |
| 124:23 | 9:7 135:21 | 78:12,16 79:7 | **thereof** 8:15 | 123:12 127:17 |
| **surrounding** | 145:19 185:7 | 79:8 124:7 | **Theriot** 5:24 | 128:24 131:10 |
| 78:22 | **takes** 145:13 | 125:22,25 | 117:16 161:11 | 134:23,25 |
| **swear** 9:16 | **talk** 18:4 48:3 | 126:3 161:20 | 162:1,10,16 | 136:16 142:3 |
| **switched** 116:12 | 62:15 65:14 | **tend** 77:17 78:1 | 163:14 164:13 | 142:11 148:12 |
| **sworn** 10:2 | 97:13 113:7,21 | 92:15 | 165:9 | 149:6 150:5,20 |
| 185:8 | 114:8,9 148:18 | **terazosin** 71:13 | **They'd** 114:5 | 151:4,16 153:8 |
| **symptoms** 68:5 | 154:23 | **term** 141:18 | **Thibodaux** 54:4 | 153:9 155:4,21 |
| 73:15,22,23 | **talked** 48:10 | **terms** 24:7 26:5 | 54:11 55:12 | 156:3 157:1,22 |
| 98:11 133:4,15 | 51:6 80:14 | 27:9,16 28:2 | 67:4 142:12,18 | 162:3,15 |
| **systemic** 106:25 | 129:10 137:5 | 32:12 48:10 | **thin** 119:1 | 165:19,24 |
| | 161:10 165:23 | **Terrebonne** | **thing** 24:15 | 166:3 167:10 |

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  208

169:22 171:6
174:8 176:6
178:15 179:22
179:22 184:3
**thinks** 164:8
**thinner** 154:25
**thinners** 13:25
48:7,9,11
79:14 113:20
113:22 114:4,6
114:18 118:20
120:19 140:13
155:6,10,15
159:14,25
162:12 163:6
**third** 11:10
21:18 52:18,22
102:6
**third-world**
180:24
**thoroughly**
149:6
**thoroughness**
162:24
**thought** 139:22
148:17 149:1
162:15
**three** 49:25
51:12 52:20
84:6 90:1,5
108:4 133:7,10
133:12,12,15
149:14 168:23
168:25 170:3
**thrombolytics**
158:12
**thrombosis** 80:3
**thrombotic**
100:20 101:4
**throw** 169:8
**tier** 21:18,18
**time** 8:14 9:6
10:8 12:2 13:6
13:25 20:3,9
20:16 22:12

23:13,21 37:16
49:12 50:2,7
53:10 55:3
56:11 59:1,15
59:20 63:23
67:15 68:23
69:12 71:18
78:2 79:1
89:20 95:10,15
101:19 102:20
103:5,24
105:24 106:5
106:13,18,24
108:5 111:25
112:12 113:25
114:11 124:18
128:1,22 130:3
142:10,18
147:2,23 148:6
149:19,23
150:23 151:21
155:19 156:2
157:12 161:19
162:21 163:7
165:21,22
172:12,13
174:9 179:1,4
183:4
**times** 12:7 51:10
75:12
**Timothy** 4:2
54:5,6,7,8,22
55:12,15
134:11 137:7
138:6 139:19
**Timothy's** 54:14
137:12
**tired** 75:6
**today** 11:16 12:4
22:6 32:1 56:2
57:14 58:19
59:20 60:17,22
61:7 63:13
80:14 95:23
126:8 148:20

150:2,6 174:9
183:10
**Today's** 9:4
184:19
**told** 23:9 46:8
61:4 136:16
137:2 144:22
184:9,11
**tomorrow**
123:17
**top** 78:6 109:1,6
151:23 152:1,1
152:17 153:6
162:3
**totally** 36:11
**tough** 158:15
**track** 132:21
**trade** 12:25
**training** 65:21
151:4,11,12,13
152:20 153:2,5
153:12,16
**transcribed**
185:10
**transcript** 185:3
185:11,12,12
**transferred**
53:21 54:12
136:14,21
142:17
**transfused**
137:17
**transfusion**
137:18,18,19
**transfusions**
134:14 136:9
**transient** 82:20
**transition**
117:25
**trauma** 120:10
**treat** 79:9
**treating** 78:2,4
79:2 81:10
**treatment** 10:21
12:3 62:16

136:24
**treats** 79:12
**trend** 178:21
**trial** 25:17 27:10
30:4 106:19
**trials** 25:10
28:19 30:1
102:9 177:1
**troubling**
175:11,15,21
**true** 77:16
154:17 156:13
156:21,22
157:21,23
160:8,24
163:13 164:16
167:10 171:20
172:22 185:11
**try** 13:23 33:9
125:11 130:12
132:22 137:15
**trying** 117:21
130:6 134:8
**turn** 11:10 14:4
37:19 40:12
52:18 69:4
76:25 82:10,11
83:2 92:4 99:1
100:11 101:12
101:24 105:1
106:8 108:10
108:18 178:24
178:25 180:13
**twice** 14:11
**Twin** 1:11 9:5
**two** 13:9 32:25
33:2,5 34:1
49:11 71:25
82:21 83:13,25
83:25 90:1,2
99:4 105:11
107:24 124:24
133:18 146:21
149:12 168:23
168:24 170:2

**type** 74:1
**types** 57:22
104:23 114:10
**typical** 68:22
**typically** 64:9,14
64:23 65:5
120:4 121:12
125:13

---
**U**
---

**U** 8:1
**U.S** 109:23,25
110:7,10
175:10 180:23
181:13,15
182:7,7
**uh-huh** 10:13
24:21 37:7
53:1 72:6
147:22
**Unable** 133:20
133:21
**underdo** 89:18
**undergraduate**
150:22
**underneath**
110:21 138:15
**understand** 10:9
10:11,14,18
38:20 60:1,14
98:15 107:17
111:8 118:5
140:24 143:11
151:18 156:12
163:17 183:19
**understanding**
38:8 41:10
77:13 111:20
120:20 124:10
139:18 180:22
185:12
**understood**
98:22 100:23
166:5 174:20
**undetermined**

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page  209

128:9,20
**United** 1:1 9:10
73:7 75:19,23
77:2 151:8
**unknown** 14:6
68:18
**unusual** 151:2
**update** 65:8
**upset** 94:25
**urgent** 119:12
**uric** 69:18
**use** 17:12 18:21
25:19 27:18
29:16 32:16
33:9 45:7,10
57:16 102:7,15
116:24 121:12
132:24 148:4
171:11
**useful** 96:4
**usual** 59:1 72:21
72:22
**usually** 16:8,18
16:23 18:21
51:12 121:16
125:21 155:25

―――――― **V** ――――――
**v** 1:7
**vacation** 170:14
**vague** 44:5
**valid** 66:25
185:3
**values** 15:20,21
**valves** 74:15
**valvular** 74:14
**varies** 87:23
**various** 60:12
83:8 104:22
109:14
**vegetables**
167:12
**vein** 80:3
**VENABLE** 2:2
**ventricular**

68:20 127:3,4
127:5
**Veronica** 5:23
117:16 124:7
161:11 162:1
162:10,16
**versa** 21:19
**versus** 19:15
23:23 24:1
31:22 34:23
35:18 38:12
138:4 178:9
180:18,23
181:21 182:14
**vice** 21:18
**Vicodin** 70:18
**video** 9:7
**videographer**
2:8 9:1,3 49:5
49:9 59:9,13
107:23 108:2
149:13,17
182:23 183:2
184:18
**Videotaped** 1:10
**vigorously**
127:11
**visit** 16:16 18:1
50:22 52:4,23
55:8 130:17
131:2,6,11,17
133:1,5 141:16
**visits** 55:9
**Vitae** 4:7
**vitals** 40:2
**Vitamin** 89:8
**volume** 134:4

―――――― **W** ――――――
**wait** 24:17
**waiting** 135:18
**waived** 8:9,11
**walked** 133:19
**want** 11:25 12:2
13:1,1 22:12

24:14 33:18,20
36:25 43:8
46:4 47:13
59:22 65:13
76:22 92:15
95:3 107:21
114:3 125:8
134:17 135:9
147:1 148:13
149:10 156:12
166:8 167:2,3
168:25 174:17
177:10
**wanted** 43:16
71:22 150:10
163:2
**Warfarin** 82:23
86:25 87:4,10
87:18 88:5,25
89:4,13,22
90:9,14,18
91:15 92:3,16
93:1,19 94:1,4
94:8 105:7,17
106:2,12,23
107:1,6,8,14
107:14 109:20
164:25 166:1
167:13 168:12
169:24 170:23
178:10,14
179:2,11,12,15
180:1,1,18,22
181:21 182:15
**Warfarin's**
168:15
**warning** 98:19
157:4
**Warnings** 98:6
**wasn't** 11:18
127:10
**watch** 160:11
167:13
**watching** 159:24
168:2

**way** 24:23 27:6
30:7 43:17
44:10,18 57:3
63:19 64:2
157:3 164:8
175:3,8
**ways** 36:13,16
75:5 80:24
128:11 129:7
140:6
**we'll** 136:20
**We've** 167:15
**weak** 115:20
127:23 129:2,8
133:6,18
136:13
**weaker** 127:9
**weakness** 73:18
114:13
**website** 134:9
**week** 62:24,24
62:25 79:5,8
79:10 169:8
**weekly** 170:2
**weeks** 51:12
170:3,3
**weigh** 19:17
101:6 155:22
**weighed** 100:21
**weighing** 101:3
**weight** 109:18
115:16 128:6
168:2
**went** 55:12
118:3,4 120:21
123:19 134:10
134:11 135:16
142:18 151:3
151:22 152:4
162:23
**WEST** 1:21
**Western** 65:25
66:1,5,8
151:14,17,19
152:5,13,15

**Westmeath**
151:5
**whack** 164:9
**wheelchair**
159:6
**Whitehead**
61:12,13 62:20
63:1,8,22
**wish** 168:3
**wit** 153:17
**witch** 154:4
**withhold** 134:2
**witness** 8:4,21
9:16 15:13
18:20 20:5
24:20,25 26:10
26:25 27:4
28:14 29:5
32:24 33:23
34:11 35:13,25
36:7,12 38:17
39:12 40:8,24
41:17 42:1,9
42:17 43:2,14
44:6,17 45:4
45:16 56:20
57:20 59:8,25
75:15 76:6
85:1 91:1,11
94:17 96:9,21
99:15 103:8
110:3,17
111:15 112:5
113:1 118:11
118:18 126:13
139:15 142:1
143:3,16
144:12 146:19
148:9,21
153:21 154:8
154:20 157:9
158:2 159:18
160:3 161:6
163:21 164:19
165:5 166:12

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

167:7,23 168:8
168:19 169:4
169:12,19
170:8,19 171:3
171:23 172:8
172:25 173:11
173:19 174:4
174:14 175:14
176:1,18
177:12 178:18
179:21 181:2
181:11 182:19
183:25
**Wolfort** 67:23
   67:24
**wonder** 146:10
   146:13
**wondered** 163:5
**Wong** 1:10 3:7
   3:10 4:6,10 6:6
   7:3 9:12 10:1,6
   11:25 12:21
   13:5 14:24
   16:25 31:1
   41:20 46:13
   47:13 48:16
   49:14 50:5
   56:4 58:18
   59:7,17 123:5
   123:6,13
   150:12 174:8
   176:8 185:7
**word** 76:7,11
   157:3,5,6
**words** 43:15
   101:4 111:4
   153:11
**work** 15:4 53:18
   80:23 88:8
   117:22 130:4,4
   130:8 133:19
   133:20,21
   134:6 136:5
   142:14 150:25
   151:1 152:11

**worked** 32:13
   161:18,20
   165:20
**worker** 20:20
   21:11 22:15,19
   47:25 56:7,16
**workers** 22:21
   22:25
**Working** 152:19
**works** 39:21
   87:6 88:9
   162:5
**world** 160:12
**worried** 155:14
**worry** 64:5
   149:5 164:10
**worse** 26:6
   135:10 180:5
**worst** 146:7
**wouldn't** 23:1
   124:23 126:6
**write** 12:22,23
   20:22 131:22
**writes** 138:6
**writing** 54:3
   137:13
**writings** 132:10
**written** 16:20
   20:18 164:15
**wrong** 59:24

——————
      **X**
——————
**Xarelto** 1:4 3:16
   5:9,13 9:8
   10:11 14:18
   17:5,8,11,21
   18:4,7,10
   19:15 20:10
   21:8 22:4,8
   23:5,23 24:1
   24:12 25:14,15
   25:19 26:2,3
   27:10 28:6
   35:22 36:23

37:12 38:3,8
38:21 39:5,18
39:24 40:2
43:7 44:11
45:11 46:5,21
47:11 48:4,11
50:15 52:13,15
53:6 57:7,10
58:1,4 59:3
61:19 62:7,13
63:18,20 82:24
93:13,17 95:12
95:16,20 96:1
96:3,13,25
97:23 98:2,10
98:14,22 100:2
100:4,9,16,19
100:23,25
101:20,22
102:12,18,21
104:2 105:5,14
105:21,24
106:2,6,22
107:5,14,18
108:8 109:19
111:21 112:1
112:14,20,22
113:6,7 121:12
122:4,12,12,18
123:24 124:13
125:18 126:10
134:3 137:20
139:4 143:8,9
144:1 145:7,19
147:1,13
154:25 164:24
165:10 172:3
173:6 174:21
174:25 175:4
178:9,14
179:11,14
180:1,18
181:21 182:14
182:16 184:13

——————
      **Y**
——————
**yeah** 12:16
   13:15 19:17
   20:24 22:22
   25:21 31:5
   40:9 49:19,19
   50:3 51:3,15
   54:7 65:7
   76:12 114:15
   116:1 126:2
   136:4,16 138:8
   163:7 173:21
   179:22
**year** 75:24 77:3
**years** 80:19
   83:19 105:5,8
   105:15,18
   153:1,13,15,16
   161:17,21
**yesterday**
   140:25
**YORK** 1:21,21
**young** 150:21

——————
      **Z**
——————

——————
      **0**
——————
**0.88** 107:1
**08/2013** 5:10
**09/2015** 5:14

——————
      **1**
——————
**1** 3:5 7:4 10:25
   11:3 18:23
   60:4 104:19,20
   104:21 105:1
   108:13,18,21
   140:18 141:16
   178:4,5 180:15
   183:8
**1.04** 109:3,10
**1.14** 110:13
**1.198** 110:14
**1.5** 181:17
**1.50** 110:13

181:17,19
**1/24/2014** 6:21
**1/7/2014** 3:11
   4:13 5:18
**1/8/2014** 6:7
**1/9/14** 5:23
**1/9/2014** 6:3
**10** 2:20 4:18
   50:23,25 82:1
   82:6 104:17
   123:21 129:11
**10/2015** 5:5
**100** 52:20 105:5
   105:8,14,17
**10019-9710** 1:21
**102** 1:11 9:4
**103** 3:22
**108** 5:11
**10th** 49:24 51:2
   51:4
**11** 3:5 5:1 9:6
   91:19,20
   177:13 178:4
**11/2011** 3:17
   37:5
**115** 5:16 6:22
**116** 5:20
**11th** 1:11
**12** 3:8 5:6 40:12
   97:22,24
   121:23 177:8
   177:17,19,19
   177:23
**122** 6:1
**126** 6:4
**128** 6:9
**129** 6:13
**13** 5:11 6:16
   108:7,9 129:13
   129:17 130:17
   153:12 177:15
   180:14
**13.6** 147:23
**130** 6:18
**130,000** 77:3

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

**14** 5:16 91:21
  106:8 109:24
  115:6,9 153:1
  153:14,15,15
**140** 7:1
**1434** 185:15
**147** 7:5
**149** 2:22
**15** 5:20 92:7
  99:23 116:22
  116:25
**15-milligram**
  99:7
**155** 5:19
**16** 6:1 122:21,24
**17** 6:4 101:25
  126:16
**174** 2:23
**178** 3:12
**18** 6:9 128:2,4
  150:17
**181** 4:14
**183** 2:24
**184** 185:9
**19** 6:13 129:16
  129:18 150:17
**1962** 150:14
**1980** 150:15
**1981** 152:21
**1995** 152:21

_____
**2**
**2** 3:8 12:12,13
  19:1 67:11
  71:19 72:5
  92:4,8 99:1
  105:14
**2.0** 106:14
**2/3/2014** 3:21
**2/5/2014** 7:8
**2:14-CV-02720**
  1:8
**2:57** 9:7
**20** 6:18 77:6
  78:7,11,16

130:24,25
  151:23 161:17
**20-milligram**
  99:6 100:9
**2011** 37:11
**2013** 97:23
  177:8,25 178:2
**2014** 4:22 6:11
  6:16 12:20
  13:6 14:2 21:7
  22:24 23:4
  47:21 48:20
  50:11 52:5,8
  54:25 67:16
  69:7 72:14
  79:2 84:19
  95:11 98:3
  115:11 117:12
  117:24 123:3
  129:11,14
  130:17,22
  131:3 135:13
  141:19 147:20
  182:10
**2015** 7:4 108:8
  111:19 140:18
  141:17
**2016** 1:12 9:6
**21** 7:1 136:3,6
  140:14,16
**21202** 2:4
**218** 1:16
**22** 7:5 147:15,18
**2251** 82:11
**2256** 82:10 83:3
**24** 130:22 131:2
  160:11
**24th** 131:7,8,12
**25** 14:11 136:12
  151:23
**250** 1:21
**2592** 9:10
**2692** 1:4
**27** 106:9,10
  178:25

**28** 51:19,20
**282** 3:23
**28th** 50:4 51:11
  51:18

_____
**3**
**3** 3:13 19:3
  36:20,21 52:3
  52:5,7 53:24
  54:25 55:8
  73:10 82:13
  135:13,25
  147:20
**3.0** 106:14
**3.5** 105:8
**3.6** 105:5
**3/5/2014** 4:3
**3:43** 49:7
**3:48** 49:12
**30** 21:14 23:18
  61:1 123:23
**300** 23:18
**34** 6:17
**36** 3:13
**36104-4160** 1:17
**37:2554** 185:8
**3rd** 51:21 52:4
  133:1

_____
**4**
**4** 3:18 19:6
  51:23,24 52:1
  108:11 132:23
**4:03** 59:11
**4:10** 59:15
**41** 121:24
**4160** 1:17
**45** 61:15 63:15
  63:15 181:7

_____
**5**
**5** 4:1 54:18,19
  54:20 82:13,18
  105:17 108:21
  132:1 137:9
  180:14

**5.2** 100:11
**5.4** 37:20,21
**5:06** 107:25
**5:18** 108:5
**50** 32:19 33:7
  34:3,15,25
  99:23 181:20
  182:13
**51** 3:18
**54** 4:1
**55** 4:5 106:14,19
  179:5
**55TH** 1:21
**59** 2:21
**5th** 54:1

_____
**6**
**6** 4:5 55:19,20
  83:3
**6.1** 104:12
  108:10
**6:14** 149:15
**6:20** 149:20
**6:52** 182:25
**6:54** 183:4
**6:56** 184:21
**60** 4:8 109:18
**61** 135:25
**65** 86:4
**660** 7:4
**662** 7:4
**69** 4:11

_____
**7**
**7** 4:8 12:20 13:6
  13:14 14:1
  37:20 48:20
  50:7 60:5,8
  67:16 69:7
  72:14
**7.1** 40:13,14
  91:22
**7.3** 101:24
**70394** 1:11
**71** 83:19,24
**750** 2:3

**76** 4:15
**795,000** 75:22

_____
**8**
**8** 4:11 6:11 69:1
  69:3 126:18,19
  128:3
**81** 150:16
**82** 4:18
**86** 110:6

_____
**9**
**9** 4:15 50:11
  76:23,24
  115:11 123:3
**90** 123:24 156:1
**90-day** 124:3
**900** 2:4
**91** 5:1
**94** 4:4
**95** 110:22
**97** 5:6
**99** 113:25