# EXHIBIT-12

# FILED UNDER SEAL

## Clinical Pharmacokinetics

### Rivaroxaban

**Population Pharmacokinetic Analyses in Patients Treated for Acute Deep-Vein Thrombosis and Exposure Simulations in Patients with Atrial Fibrillation Treated for Stroke Prevention**

*W. Mueck, et al.*

---

### Supplemental Digital Content

This Supplemental Digital Content contains the figures referred to in the full version of this article, which can be found online at http://adisonline.com/pharmacokinetics

© 2011 Adis Data Information BV. All rights reserved.



Figure S-1. Bootstrap results (n = 1000) of estimation of various parameters in the final pharmacokinetic model (the thick vertical lines show the results obtained with the final pharmacokinetic model in the original dataset). CI = clearance; IIV = interindividual; LBM = lean body mass; SCRE = serum creatinine; V = volume of distribution.



Figure S-2a. Visual predictive check of the final pharmacokinetic model for the 10, 20, 30 and 40 mg doses on days 1 and 21, based on n = 200 sub-problem simulations. Cp = plasma concentration; TAD = time after dose.



Figure S-2b. Visual predictive check of the final pharmacokinetic model for the 20, 30 and 40 mg doses on days 1, 43 and 84, based on n = 200 sub-problem simulations. Cp = plasma concentration; TAD = time after dose.