# EXHIBIT-13

# FILED UNDER SEAL

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/262191643

# Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: A tentative approach based on routine laboratory tests

Article  in  Journal of Thrombosis and Thrombolysis · May 2014

DOI: 10.1007/s11239-014-1082-5 · Source: PubMed

CITATIONS
18

READS
105

4 authors, including:



Giuseppe Lippi
University of Verona
1,416 PUBLICATIONS   18,218 CITATIONS

SEE PROFILE



Gianfranco Cervellin
University Hospital of Parma
280 PUBLICATIONS   1,908 CITATIONS

SEE PROFILE

All in-text references underlined in blue are linked to publications on ResearchGate,
letting you access and read them immediately.

Available from: Giuseppe Lippi
Retrieved on: 12 September 2016

J Thromb Thrombolysis
DOI 10.1007/s11239-014-1082-5

# Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests

**Giuseppe Lippi · Diego Ardissino · Roberto Quintavalla · Gianfranco Cervellin**

© Springer Science+Business Media New York 2014

**Abstract**  The number of patients diagnosed with atrial fibrillation who will be candidates for antithrombotic therapy with direct oral anticoagulants (i.e., dabigatran, rivaroxaban, apixaban and edoxaban) is exponentially arising worldwide, thus posing substantial economic and organizational challenges for their urgent monitoring. Due to long turnaround time and inherent technical complexity, liquid chromatography techniques are unsuitable for rapid assessment of their concentration. Even the use of surrogate tests such as thrombin clotting time or anti-factor Xa activity carries some economic and technical drawbacks. Based on literature data, we have hence developed an algorithm based on first-line tests for urgent screening of the anticoagulant effect of direct oral anticoagulants, which entails activated partial thromboplastin time (aPTT) for dabigatran and prothrombin time (PT) for rivaroxaban. Although these tests also display a concentration-dependent prolongation in patients taking apixaban and edoxaban, neither of them is sufficiently sensitive for providing accurate estimation of the pharmacodynamic effect, so that the measurement of anti-factor Xa activity remains the most suitable approach in patients taking these drugs. According to literature data, this strategy appears suitable to reliably define the thrombotic or bleeding risk in an urgent setting, contextually saving precious laboratory resources.

**Keywords**   Atrial fibrillation · Direct oral anticoagulants · Apixaban · Dabigatran · Rivaroxaban · Monitoring

## Introduction

The onset of atrial fibrillation (AF), a frequent and severe arrhythmia in the adult population, is associated with a variety of potential complications, which principally include ischemic stroke [1]. Since the prevalence of this condition continues to grow worldwide, the need to develop reliable, effective and safe treatments should be regarded as a primary healthcare issue [2]. The prevention of thromboembolic complications in patients with AF has been based for long time on vitamin K antagonists (VKAs), especially warfarin and acenocumarol, and/or antiplatelet agents, namely aspirin and clopidogrel [3].

It is well established that the major challenges of an antithrombotic therapy based on VKAs are represented by the significant bleeding risk and the need for constant laboratory monitoring, since these drugs are characterized by a very narrow therapeutic window. These important drawbacks paved the way to the development of novel therapeutic agents, with comparable antithrombotic potency, but exhibiting a greater safety profile [4]. The pharmaceutical industry has hence produced and

G. Lippi (✉)
Laboratory of Clinical Chemistry and Hematology, Academic Hospital of Parma, Parma, Italy
e-mail: glippi@ao.pr.it; ulippi@tin.it

G. Lippi
U.O. Diagnostica Ematochimica, Azienda Ospedaliero-Universitaria di Parma, Via Gramsci, 14, 43126 Parma, Italy

D. Ardissino
Department of Cardiology, Academic Hospital of Parma, Parma, Italy

R. Quintavalla
Thrombosis Center, Academic Hospital of Parma, Parma, Italy

G. Cervellin
Emergency Department, Academic Hospital of Parma, Parma, Italy

Published online: 09 May 2014

commercialized a new series of molecules, conventionally known as direct oral anticoagulants (DOACs). These innovative antithrombotic agents basically function as competitive antagonists of activated coagulation factors, namely anti-activated factor II (FIIa) and anti-activated factor X (FXa) [5–7]. The former class of therapeuticals is currently represented by a single molecule, i.e., dabigatran, whereas the latter class consists of rivaroxaban and apixaban [8]. An additional anti-FXa agent, edoxaban, has been recently developed, but its use in patients with AF is currently undergoing review by regulatory authorities throughout the world.

The results of a large number of clinical trials showed that the DOACs are generally as effective as VKAs for preventing thrombogenesis in AF, but their administration is associated with a substantially reduced risk of life-threatening hemorrhages compared to warfarin [4, 8–10]. It is also noteworthy that an increasing number of clinical trials are demonstrating that this new class of drugs display a highly favourable profile of efficacy and safety in treatment and prophylaxis of venous thromboembolism (VTE) [11–13].

Another great advantage of DOACs over VKAs is represented by the more predictable pharmacodynamics profile [14], so that their use would require a less stringent laboratory monitoring [15, 16]. Accordingly, the assessment of the anticoagulation effect of DOACs may only be necessary in specific clinical circumstances, that are listed in Table 1 [4, 17]. As exponential growth of usage of DOAC occurs, request for routine and urgent therapeutic monitoring of these news drugs will grow in parallel [18], so that laboratory services will be forced to reorganize their technical and human resources to face this emerging challenge.

### Ideal monitoring of direct oral anticoagulants

Ideally, the measurement of whatever type of drug should be performed by direct assessment of the actual blood concentration of the primary compound and/or its metabolites. The DOACs make no exception to this rule. Therefore, the preferred means of measuring DOACs entails the use of liquid chromatography techniques, preferably high-performance liquid chromatography/mass spectrometry (LM/MS) assays. However, these techniques are unsuitable for urgent therapeutic monitoring, since they are inherently time-consuming, require complex techniques for sample preparation or analysis, and are typically performed by skilled and dedicated personnel that is not always available on duty in hospital laboratories [19]. To obviate to these drawbacks, an alternative strategy has been proposed, that basically reproduces the historical approach for monitoring VKAs and heparins. In brief, general

consensus has been achieved that the anticoagulant effect of anti-FIIa drugs may be monitored using the diluted thrombin clotting time (dTT) (or the ecarin clotting time; ECT) calibrated against sets of (dabigatran-) calibration plasmas. Likewise, the anticoagulant effect of anti-FXa drugs may be monitored using the anti-FXa activity calibrated against sets of (rivaroxaban-, apixaban- or edoxaban-) calibration plasmas [5, 6, 20, 21]. Even this approach has its inherent drawbacks. Neither the dTT or the anti-FXa activity are routinely performed in all hospital laboratories, they both require dedicated reagents and their cost is substantially higher than that of the prothrombin time (PT) and the activated partial thromboplastin time (aPTT), the two first-line clotting tests that are conventionally used for assessing the anticoagulant effect of VKAs and heparins, respectively.

In a world with limited resources, still plagued by an unprecedented economic crisis, the use of laboratory resources should be optimized, to achieve the best compromise between reliability, suitability, safety and costs. The adoption of cost-effective screening strategies should hence be regarded as a viable alternative, that has already been implemented in other areas of laboratory diagnostics such as serological [22] and toxicological [23] testing. In such cases, affordable and easily available first-line immunochemical techniques allow to safely withhold a substantial number of second-line (i.e., confirmatory) investigations that would be performed using more complicated and expensive methods. Although it does not appear that testing of anticoagulation for patients on DO-ACs needs to be routine or even be frequent, the use of conventional coagulation tests that would allow to reliably define the thrombotic or bleeding risk of patients taking DOACs would permit a safe clinical management in urgent settings, and contextually save precious laboratory resources.

### Tentative approach of direct oral anticoagulants monitoring based on routine laboratory tests

With the aim to develop a local protocol for urgent laboratory monitoring of patients taking DOACs for AF, we performed a literature search on Medline, Scopus and Web of Science with no date restriction, using the keywords "guidelines" or "recommendations" or "position paper" and "novel oral anticoagulants" or "direct oral anticoagulants" or "new oral anticoagulants" or "dabigatran" or "rivaroxaban" or "apixaban" or "edoxaban". The bibliographic references of articles published in English were also systematically reviewed for identification of additional pertinent studies. After careful reading of title, abstract and text (when available), only documents containing official indications about the most suitable tests for laboratory

**Table 1** Anticoagulant therapy using direct oral anticoagulants (DOACs) [[4], [17]]

| | Dabigatran | Rivaroxaban | Apixaban | Edoxaban |
|---|---|---|---|---|
| Half life (h) | 12–17 | 5–13 | 8–15 | 10–14 |
| Peak concentration (h) | 1–2 | 2–4 | 1–4 | 1–2 |
| Bioavailability (%) | ~6 | 80–100 | 50 | ~60 |
| Current indications | Atrial fibrillation; Venous thrombosis | Atrial fibrillation; Venous thrombosis; Acute Coronary Syndrome (EU) | Atrial fibrillation, Venous thrombosis; Acute Coronary Syndrome[a] | Atrial fibrillation[a], Venous thrombosis[a] |
| Clearance | Mainly renal (~80 %) | Mainly hepatic (~2/3) with remainder renal | Mainly hepatic (~75 %) with remainder renal | Half hepatic and half renal |
| Contraindications | Active pathological bleeding | Active pathological bleeding<br>Moderate to severe liver disease and renal impairment | Active pathological bleeding<br>Severe hepatic impairment/disease | Active pathological bleeding<br>Severe hepatic impairment/disease |
| Expected plasma concentrations (ng/mL) (Mean and 95 % confidence limits) | Peak level: 184 (64–443)<br>Trough level: 90 (31–225) | Peak level: 290 (170–400)<br>Trough level: 32 (0–150) | Not reported yet (expected range 50–250) | 100–250 |
| Laboratory monitoring | | | | |
| Qualitative assessment | PT is insensitive. aPTT sensitive, increases in non-linear fashion. Different reagents may show differing sensitivities | PT shows linearity, but low dose response may be poor. aPTT is also prolonged dose dependently, but is less sensitive than the PT | Less information available. Prolongs both the PT and aPTT, but responsiveness is likely to be poor | Less information available. Prolongs both the PT and aPTT, but responsiveness is likely to be poor |
| Quantitative assessment | Dilute thrombin time or echarin based clotting time or chromogenic assay | Anti-FXa assay using rivaroxaban standard/calibrator | Anti-FXa assay using apixaban standard/calibrator | Anti-FXa assay using apixaban standard/calibrator |
| Indications | Patients presenting in emergency with thrombotic or bleeding complications and no reliable information about the antithrombotic regimen; need for immediate reversal of the anticoagulant effect in patients with life-threatening haemorrhages or requiring urgent surgery; patients developing renal and liver dysfunction; patients those undergoing therapies with drugs that are known to interfere with metabolism of DOACs | | | |

[a] Undergoing review by regulatory authorities throughout the world

G. Lippi et al.



**Fig. 1** Tentative algorithm for urgent monitoring of anticoagulation in patients taking dabigatran, rivaroxaban, apixaban and edoxaban by means of activated partial thromboplastin time (aPTT; ratio), prothrombin time (PT; ratio) and anti-factor Xa assay. The lower cut-offs correspond to sub-therapeutic levels (43 ng/mL for dabigatran and 5 ng/mL for apixaban), whereas the higher cut-offs correspond to values associated with a significant risk of bleeding (200 ng/mL for dabigatran and 155 ng/mL for rivaroxaban), as reported by Douxfils et al. [29, 30]. Actin FS® and Innovin® (Siemens Healthcare Diagnostics, Deerfield, IL, USA); Cephascreen®, CKP-rest®, PTT-A®, Neoplastin CI+ ® and Neoplastin R® (Diagnostica Stago, Asnieres, France); Synthasil® and Recombiplastin® (Instrumentation Laboratory, Lexington, KY, USA); Triniclot PT HTF® and Triniclot PT Excel S® (Trinity Biotech, Bray, Ireland)

monitoring of DOACs issued by international or national societies were considered.

The electronic search according to the above mentioned criteria allowed to identify 127 items after elimination of replicates among the three scientific databases. One hundred and twenty articles were excluded after abstract and/or full text reading because they did not contain official indications for laboratory monitoring of DOACs. Seven documents were finally used for developing a tentative algorithm for urgent laboratory testing of DOACs [2, 17, 24–28].

As previously mentioned, general consensus has been reached that anti-FIIa drugs (i.e., dabigatran) may be monitored using dTT, whereas anti-FXa drugs (i.e., rivaroxaban, apixaban and edoxaban) may be monitored using the anti-FXa activity. In brief, the standard TT is oversensitive to dabigatran levels, so that a modified version of this test has been developed, entailing dilution (typically 1:3) of patient samples in pooled normal plasma [5, 15].

Ecarin, a protein isolated from the venom of the saw-scaled viper Echis carinatus, is a specific activator of prothrombin. A meizothrombin generation test has hence been developed, which can conventionally be used to assess the activity of direct thrombin inhibitors [15, 16]. As regards anti-FXa agents, several FXa amidolytic chromogenic substrate assays have been used to determine the activity of these drugs. Since remarkable inter-assay variability has been observed, local calibration with the specific drug is advisable [7, 15, 16].

Broad agreement was also found across the different guidelines and recommendations that the aPTT may be used as a first-line test for urgent screening of the anticoagulant effect of dabigatran, whereas the PT may be used as first-line test for urgent screening of rivaroxaban. Indeed, more specific testing should be planned when abnormal results are detected, in order to exclude the involvement of specific DOACs in a patient who cannot report about his/her medication. Major areas of uncertainty



still remain about the effectiveness of routine tests (either PT or aPTT) for urgent laboratory assessment of apixaban and edoxaban, and this is mostly attributable to the fact that the literature on these drugs is limited due to more recent commercialization.

Taking into account the general recommendations, we have hence developed a tentative algorithm for urgent monitoring of dabigatran and rivaroxaban, which entails aPTT and PT as screening tests (Fig. 1). The protocol is in agreement with the European Heart Rhythm Association Practical Guide on the use of new oral anticoagulants [26], stating that the aPTT may provide a qualitative assessment of dabigatran level and activity whereas FXa-inhibitors show a concentration-dependent prolongation of the PT, but also provide some general indications about the different cut-off that may be adopted. In fact, as for VKAs and heparins the effect of these drugs varies widely according to the reagents used for coagulation testing. Reliable information on this issue has been recently provided by Douxfils et al., who investigated in three separate studies the impact of dabigatran [29], rivaroxaban [30] and apixaban [31] on a large panel of routine or specific coagulation assays. These comprehensive investigations were used to define lower and higher cut-offs corresponding to the subtherapeutic level of the drugs and the value associated with a significant risk of bleeding using a vast array of reagents produced by different manufacturers (Fig. 1). As for official guidelines and recommendations, the recent study by Douxfils et al. about the impact of apixaban on routine and specific coagulation assays provided good evidence that both PT and aPTT display a concentration-dependent prolongation, but neither of them is sufficiently sensitive for providing accurate estimation of the bleeding and thrombotic risk of this drug [31]. Rather understandably, the interpretation of aPTT and PT will depend on whether the blood was sampled at peak or trough DOACs concentration. The cut-offs included in our algorithm were hence provided for both peak concentration and mean concentration at steady state (Fig. 1), but should also be interpreted according to clinical profile, liver and renal function, as well as potential interaction with other drugs. It is also noteworthy that PT and INR cannot be used to reliably assess the anticoagulant activity of direct thrombin inhibitors. Moreover, at very high concentrations of dabigatran, the relationship between drug level and most coagulation tests may be plagued by a substantial loss of linearity.

We have then estimated that the adoption of this protocol in our facility (Academic Hospital of Parma, Italy) would allow to save 97 % of reagent cost (all purchased from Instrumentation Laboratory, Lexington, KY, USA) for urgent monitoring of dabigatran (0.27 euro for Synthasil[®] aPTT, Instrumentation Laboratory, Lexington, KY, USA versus 9.80 euro for Hemoclot[®] Thrombin time, Hyphen BioMed, Neuilly-sur-Oise, France), and 95 % of reagent cost for urgent laboratory monitoring of rivaroxaban (0.19 euro for Recombiplastin[®] PT, Instrumentation Laboratory versus 3.60 euro for HemosIL[®] Liquid Anti-Xa, Instrumentation Laboratory).

## Conclusions

Due to the progressive ageing of the population, the incidence and prevalence of AF are projected to increase significantly in the future [3, 32]. It is hence predictable that the number of patients diagnosed with AF who will be candidates for anticoagulation with DOACs will grow accordingly, thus posing a substantial economic and organizational challenge for urgent monitoring of these drugs. Due to long turnaround time and inherent technical complexity, the available LC/MS techniques are unsuitable to most hospital laboratories [19]. Even the use of surrogate tests such as dTT or anti-FXa activity carries some economic and technical drawbacks, which are mainly represented by the high cost and the need for accurate education of laboratory professionals to calibrate and perform these non-conventional analyses. In analogy with other areas of diagnostic testing, the use of rapid and easy first-line tests may hence be regarded as a viable perspective to provide a reliable estimation of the actual antithrombotic effect of DOACs for urgent patient management.

All guidelines and recommendations about urgent laboratory assessment of DOACs are in agreement to suggest that although aPTT and PT are unsuitable to accurately determine the actual plasma concentration of dabigatran and rivaroxaban, the aPTT may be reliably used for urgent monitoring of the relative intensity of anticoagulation in patients taking dabigatran, whereas the PT may be used for urgent monitoring of the relative intensity of anticoagulation in patients taking rivaroxaban [2, 17, 24–28]. Ratios of either aPTT or PT that exceed reagent-dependent "higher" cutoffs may hence be considered as suggestive for overdosage, whereas normal values of these tests should be considered as a reliable marker of potential ineffectiveness of the drug. Intuitively, a similar strategy may be developed for patients taking DOACs for other clinical indications such as prophylaxis and therapy of VTE or acute coronary syndrome, wherein the lower and higher thresholds of PT and aPTT should only be adjusted according to the different therapeutic regimens [29, 30]. It is noteworthy, however, that most of the data on DOACs monitoring has been obtained in healthy individuals and small studies. As such, the tentative algorithm described in this article has been implemented in our Academic Hospital, and a specific study is undergoing to establish its clinical and economic effectiveness.



# References

1. Becker RC (2009) Thrombogenesis in atrial fibrillation contributing mechanisms and natural history. J Thromb Thrombolysis 27:119–121

2. Bernacki GM, Becker RC (2013) Oral anticoagulants in older adults with atrial fibrillation. J Thromb Thrombolysis 36:403–415

3. You JJ, DE Singer, Howard PA, American College of Chest Physicians et al (2012) Antithrombotic therapy for atrial fibrillation: antithrombotic therapy and prevention of thrombosis, 9th ed: American College of Chest Physicians evidence-based clinical practice guidelines. Chest 141(2 Suppl):e531S–e575S

4. Connolly G, Spyropoulos AC (2013) Practical issues, limitations, and periprocedural management of the NOAC's. J Thromb Thrombolysis 36:212–222

5. Favaloro EJ, Lippi G (2012) The new oral anticoagulants and the future of haemostasis laboratory testing. Biochem Med (Zagreb) 22:329–341

6. Dewald TA, Becker RC (2014) The pharmacology of novel oral anticoagulants. J Thromb Thrombolysis 37:217–233

7. Jackson LR 2nd, Becker RC (2014) Novel oral anticoagulants: pharmacology, coagulation measures, and considerations for reversal. J Thromb Thrombolysis 37(3):380–391

8. Pokorney SD, Sherwood MW, Becker RC (2013) Clinical strategies for selecting oral anticoagulants in patients with atrial fibrillation. J Thromb Thrombolysis 36:163–174

9. Gómez-Outes A, Terleira-Fernández AI, Calvo-Rojas G, Suárez-Gea ML, Vargas-Castrillón E (2013) Dabigatran, Rivaroxaban, or Apixaban versus Warfarin in patients with nonvalvular atrial fibrillation: a systematic review and meta-analysis of subgroups. Thrombosis 2013:640723

10. Dogliotti A, Paolasso E, Giugliano RP (2014) Current and new oral antithrombotics in nonvalvular atrial fibrillation: a network meta-analysis of 79,808 patients. Heart 100:396–405

11. The Hokusai-VTE Investigators (2013) Edoxaban versus Warfarin for the treatment of symptomatic venous thromboembolism. N Engl J Med 369:1406–1415

12. Agnelli G, Buller HR, Cohen A, AMPLIFY Investigators et al (2013) Oral apixaban for the treatment of acute venous thromboembolism. N Engl J Med 369:799–808

13. Cohen AT, Spiro TE, Büller HR, MAGELLAN Investigators et al (2013) Rivaroxaban for thromboprophylaxis in acutely Ill medical patients. N Engl J Med 368:513–523

14. Cabral KP (2013) Pharmacology of the new target-specific oral anticoagulants. J Thromb Thrombolysis 36:133–140

15. Favaloro EJ, Lippi G (2011) Laboratory testing and/or monitoring of the new anticoagulants/antithrombotics: for and against? Clin Chem Lab Med 49:755–757

16. Konkle BA (2013) Monitoring target specific anticoagulants. J Thromb Thrombolysis 35:387–390

17. Tripodi A, Di Iorio G, Lippi G, Testa S, Manotti C (2012) Position paper on laboratory testing for patients taking new oral anticoagulants. Consensus document of FCSA, SIMeL, SIBioC and CISMEL. Clin Chem Lab Med 50:2137–2140

18. Carter KL, Streiff MB, Ross PA et al (2012) Analysis of the projected utility of dabigatran, rivaroxaban, and apixaban and their future impact on existing Hematology and Cardiology

19. Siegal DM, Crowther MA (2013) Acute management of bleeding in patients on novel oral anticoagulants. Eur Heart J 34:489–498b

20. Mani H, Kasper A, Lindhoff-Last E (2013) Measuring the anticoagulant effects of target specific oral anticoagulants-reasons, methods and current limitations. J Thromb Thrombolysis 36:187–194

21. Tripodi A (2012) Interference of new oral anticoagulants with frequently used coagulation tests. Clin Chem Lab Med 50:1501–1503

22. Mendelson E, Aboudy Y, Smetana Z, Tepperberg M, Grossman Z (2006) Laboratory assessment and diagnosis of congenital viral infections: rubella, cytomegalovirus (CMV), varicella-zoster virus (VZV), herpes simplex virus (HSV), parvovirus B19 and human immunodeficiency virus (HIV). Reprod Toxicol 21:350–382

23. Tenore PL (2010) Advanced urine toxicology testing. J Addict Dis 29:436–448

24. De Caterina R, Husted S, Wallentin L, Coordinating Committee et al (2012) New oral anticoagulants in atrial fibrillation and acute coronary syndromes: ESC working group on thrombosis-task force on anticoagulants in heart disease position paper. J Am Coll Cardiol 59:1413–1425

25. Baglin T, Keeling D, Kitchen S, British Committee for Standards in Haematology (2012) Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: guidance from the British Committee for Standards in Haematology. Br J Haematol 159:427–429

26. Heidbuchel H, Verhamme P, Alings M et al (2013) EHRA practical guide on the use of new oral anticoagulants in patients with non-valvular atrial fibrillation: executive summary. Eur Heart J 34:2094–2106

27. Ward C, Conner G, Donnan G, Gallus A, McRae S (2013) Practical management of patients on apixaban: a consensus guide. Thromb J 11:27

28. Swedish Society on Thrombosis and Haemostasis (SSTH). Clinical recommendations for treatment with new oral anticoagulants. Available at: http://ssth.se/documents/vp/vpeng120213.pdf. Last access: 20 Feb 2014

29. Douxfils J, Mullier F, Robert S, Chatelain C, Chatelain B, Dogné JM (2012) Impact of dabigatran on a large panel of routine or specific coagulation assays. Laboratory recommendations for monitoring of dabigatran etexilate. Thromb Haemost 107:985–997

30. Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM (2012) Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res 130:956–966

31. Douxfils J, Chatelain C, Chatelain B, Dogné JM, Mullier F (2013) Impact of apixaban on routine and specific coagulation assays: a practical laboratory guide. Thromb Haemost 110:283–294

32. Krijthe BP, Kunst A, Benjamin EJ et al (2013) Projections on the number of individuals with atrial fibrillation in the European Union, from 2000 to 2060. Eur Heart J 34:2746–2751

