# EXHIBIT-16

# FILED UNDER SEAL

Case 2:14-md-02592-EEF-MBN  Document 5629-16  Filed 03/03/17  Page 2 of 10



# Emergency Management of Bleeding With NOACs: Do We Need a Reversal Agent?:

Manesh R. Patel, MD; W. Frank Peacock, MD; John W. Eikelboom, MBBS, MSc  Faculty and Disclosures
CME Released: 11/9/2015; Valid for credit through 11/9/2016

Supported by
**Bayer Pharma AG**

Slides/Video    Download Slides    CME Information

Print
Email
Like
Tweet
Google+

Thank you for answering these questions. They will be repeated at the end of the activity so you can see what you've learned from the activity. We are not providing feedback on these initial questions to avoid influencing your answer choices on the questions presented at the end of the activity.

John, firstly, would you review the pivotal trials of NOACs vs the vitamin K antagonists (VKAs) and some of the indications, which include, at least, prevention of stroke in atrial fibrillation (AF) and venous thromboembolism (VTE).

**Dr Eikelboom:** Certainly. We have a wealth of data from the phase 3 AF trials in 75,000-plus patients and very clear results. The outcome from these trials suggest that NOACs are at least as effective as the VKA warfarin and safer than warfarin, demonstrating reduced intracranial hemorrhage and a very consistent pattern of reduced mortality. The effect was not always statistically significant but across the board, which is very consistent in terms of the estimate.[1-4]

For VTE prevention, we have trials that included thousands of patients for each of the 4 NOACs. For VTE, again, we have a similar scope of data for tens of thousands of patients. Collectively, we have a great foundation to build on.[5-7]

**Dr Patel:** Yes, it has really been a step forward in last few years. Christian Ruff's analysis was for 71,683 patients with AF and thousands for VTE.[8]

**Dr Eikelboom:** Absolutely stunning, and considering the real world data added on to that, we have never before been faced with such a large body of evidence in which to play and practice.

**Dr Patel:** Yes, and now practice has moved, people are using them on all kinds of patients: special populations, renal dysfunction, across the board. One of the things that we notice when this starts happening, is the trial evidence similar to real world practice?

Frank, what is our clinical experience when these agents are used? Specifically in bleeding, as an emergency medicine specialist, you probably are faced with a different set of circumstances sometimes than we are. What are we seeing with this?

**NOAC Trials: NOACs vs Warfarin Efficacy and Safety**

(Enlarge Slide)

**NOACs VTE Extension Trials**

(Enlarge Slide)



**Dr Peacock:** It is amusing that everybody is so worried about bleeding and that NOACs are not reversible, and we have a conundrum, but the reality is Christian Ruff's paper shows that there is a lower mortality across the board in the era of NOACs as compared with warfarin.[8] It is a perception, more than a reality. I work at Ben Taub General Hospital; it is the largest trauma center in the fourth-largest city in the United States. I can tell you that I do not see NOAC bleeding from trauma; it is rare. When you extrapolate to the whole nation and over the globe, you do end up with some cases.

**NOAC Bleeding Pooled Analysis**

| | RR* (95% CI) | P Value |
|---|---|---|
| Hemorrhagic stroke | 0.49 (0.38-0.64) | <.0001 |
| All-cause mortality | 0.90 (0.85-0.95) | .0003 |
| Intracranial hemorrhage | 0.48 (0.39-0.59) | <.0001 |

*vs warfarin.
Ruff CT, et al. Lancet. 2014;383:955-962.

(Enlarge Slide)

Still, in the largest systematic trial, which was just published in *The New England Journal of Medicine*, there were almost 140 centers to get those 90 patients. This is not something that has fallen out of the sky all around you; it is rare.[9]

**Dr Patel:** Right! This is a great point. It should be noted that all the agents reduced intracranial hemorrhage (ICH), and all the agents probably reduced fatal bleeding.

Without question, there was at least a step forward in regard to that, but there is still going to be some bleeding in some of these patients, and you are right: It is not as common as we think, so that should be our first message.

**Dr Peacock:** When unconscious patients arrive to the emergency department, it is difficult to know what went wrong with them if not accompanied by a friend or a family member, and the sicker they are, the less likely they are to be helpful. For example, a person who had an ICH that happened at the grocery store is unable to provide information, and if you cannot find an identification, or pull out a medical record, or if the patient never has been to your medical system, you are out there by yourself.

**Testing for NOAC Levels**

- Measuring a level
  - Known history of drug exposure but if the patient is bleeding and unconscious in the ED, anticoagulant exposure is not known
- Monitoring a level
  - Adjusting drug doses using lab tests
    - Can use commonly used coagulation assays (eg, PT, aPTT, TT)
    - Qualitative, variable, depending on the reagents and coagulation instruments

(Enlarge Slide)

The questions to roll out are, "Are they on an anticoagulation therapy?" and "Is this something I should do anything about?" We are then left with lab tests that we have readily available at the hospital although not all of these tests are optimized for all types of anticoagulants. There are some established parameters that assist with the interpretation of the lab results. For direct thrombin inhibitors (DTI) such as dabigatran, the test for this is partial thromboplastin time (PTT). If you get the partial thromboplastin time and it is higher than normal range, that is a sign that there is an abnormality. For factor Xa inhibitors, the test for that is prothrombin time.[10]

You can check those tests and get an idea of the presence or absence of an anticoagulant. Now, if the levels are lower, it does not mean that they are not on an anticoagulant, but it suggests that they have not taken the dose recently. It is qualitative, not quantitative by any measure, because it is not very reproducible.

**Dr Patel:** John, there has at least been a recent review about these tests, [10] and one thing I want to make sure our audience is aware is there is a difference between measuring a level, say in the emergency department (ED), when a patient cannot talk to you and tell you anything, and there is

a difference to monitoring a level. Tell us about the lab tests there, in regard to those 2 features?

**Dr Eikelboom:** Very important distinction, and we certainly do not advocate monitoring these drugs and adjusting their doses. That is a separate story; however, as you have alluded to, in the ED there are situations that we need to know which drug, the medical history, or the record, and the dosage.

Then how long will the anticoagulant be around? We have the standard coagulation tests, the nonspecific assays, and you have referred to the aPTT and to the thrombin time, both of which are good for dabigatran, and then for rivaroxaban and edoxaban, the PT. Both PT and aPTT provide a small and variable response to the Xa inhibitor apixaban, so they are not helpful.

We can therefore use commonly available clotting tests for several of these agents, which can give us a sense that the drug is present and how much, but we cannot use it for apixaban. There are some specific assays for each of these agents, and it is just a matter of getting them into the lab. It is like the anti-Xa assay for low-molecular-weight heparin (LMWH), we need the test for dabigatran, rivaroxaban, apixaban.

**Dr Patel:** Tell me about that because there is variability, around the United States and the world, on getting these specific tests now. I think Frank nicely lays out what we can do with what we commonly have. Should we have, or are there places that have, these Xa assays and direct thrombin tests, so that we can actually measure drug levels?

**Dr Eikelboom:** The quick answer is, "Yes, there are." Our hospital has these tests readily available, not 24/7, but they are all available in the laboratory. I would suggest, it should be mandatory for major centers to have them. To me, it verges on the unethical not to introduce them. Why would we have these fantastic drugs to prevent stroke? We know the stakes are high. In the rare cases, in the ED, when we need to be able to measure them, we should be able to do that with an accurate test. They are available; why not introduce them?

**Coagulation Assays for Measuring NOAC Anticoagulation Level**
- Dabigatran
  - aPTT, TT (qualitative)
  - Diluted TT and ECT (quantitative)
- Xa Inhibitors: rivaroxaban, edoxaban, apixaban
  - PT quantitative for rivaroxaban with neoplastin reagent, variable for edoxaban
  - aPTT is variable and less sensitive than PT
  - PT and aPTT are not sensitive to apixaban
  - Anti Xa assay: quantitative, helpful for all Xa inhibitors
    - Requires calibration to each anticoagulant

(Enlarge Slide)

**Dr Patel:** It is a good question, and I can tell you, obviously, this has changed agents around the world. I think one of the things that might make us change and understand those new anticoagulants, and we are going to talk about reversal agents in a second, is having measurable tests available that we are going to act upon.

I agree with you, there are going to be certain scenarios where I would like to know exactly where a patient is. Before we get to those new agents, maybe we should talk about some existing agents. Maybe, Frank, you can walk us through some of the existing prothrombin complex concentrates (PCCs) or examples of agents that are currently being used in emergency situations before we think about the new ones coming. Tell us about how often you have to use them?

**Nonspecific Reversal Agents of NOACs**
- Existing PCCs
- Activated and unactivated PCCs enhance hemostasis and thrombin generation (lab and animal studies, anecdotal experience in the clinic)
- Can be used to reverse the NOAC's effect in rare situations (urgent surgery, severe bleed)
- PCCs affect clotting tests with Xa inhibitors
- No sufficient PCC data with DTI
  - No evidence that they are less effective with dabigatran
  - Dialysis is effective in reversing the effect of dabigatran³

a. PRADAXA® FI 2013.

(Enlarge Slide)

**Dr Peacock:** I will do the frequency question first: It is not very often. There are some data that suggest that when you have an Xa inhibitor, you can give one of the PCCs. The data are controversial, at best, but that is what we have right now; we do really have a lot of options. The PCCs that we have readily available in most EDs came from the warfarin era. You can apply that same technology, but it will be better when we have a directed anticoagulant reversal agent. You have to know what the anticoagulant was; it is not one size does fit all yet. Ultimately that is coming, but it is not here yet.

**Dr Patel:** Yes, That is important. John, what do you think about the nonspecific reversal agents?

**Dr Eikelboom:** We have some data from experimental lab and animal studies, and we have some anecdotal experience in the clinic, that the unactivated and activated PCCs enhance hemostasis. They do improve the ability to generate thrombin.

Our approach is, in the absence of a specific antidote, in the rare situation where a patient who is bleeding needs urgent reversal or where a patient needs urgent surgery, we may consider either on standby for surgery, or we may give a nonspecific hemostatic agent, such as a PCC, or an activated PCC.

**Dr Peacock:** For dabigatran, we do not have many options. Dialysis can be done,[11] but from an emergency medicine point of view, it is unusual for me to be able to get dialysis in that kind of situation.

**Dr Eikelboom:** There is some controversy. I have no hesitation in using a PCC for dabigatran; the experimental data and the animal data are as strong, if not stronger. Where we run into trouble is we want to see an effect of PCCs on a clotting test, as we have seen with the Xa Inhibitors. We do not see as much of an effect of a PCC on the clotting test with dabigatran, but there is no evidence that they are less effective with dabigatran than with the Xa inhibitors. I think we should use the PCCs across the board if we are in emergency situations.

**Dr Patel:** Yes, so maybe I will ask you, before we get too far into the new agents, "How do we deal with warfarin because it is still the dominant agent and people strongly believe that there is an antidote for warfarin?" My personal beliefs have changed since we finished with the trials. NOACs have a reduced fatal and ICH hemorrhage rate; therefore, we should not be seeing a lot of it, and I am not sure we need a reversal agent; however, it is generally accepted that warfarin reversal can be achieved with an antidote while NOACs do not have one. How do you feel about that?

**Managing Emergency Bleeding Situations: Warfarin**

Activated or unactivated PCCs, vitamin K, and FFP may be considered to reverse the effect of warfarin in emergency bleeding situations.

(Enlarge Slide)

**Dr Peacock:** It is rarely an antidote. People consider vitamin K the antidote. If an antidote takes half a day to two days to act, then it is not an antidote. You can use fresh frozen plasma (FFP), but that is not a small challenge in the ED. That is a liter of high plasma protein that you are going to give to a patient who may have renal failure, and it is not without risks. FFP is the true antidote, but that is not a practical treatment option for a patient with ICH who needs immediate medical care.

**Dr Patel:** Right. What do you think John?

**Dr Eikelboom:** Just to build on that, and I agree with you, in 2015, FFP should never be used for urgent reversal of warfarin. Use PCCs because of the faster reversal effect and fewer incidences of adverse events.[12] The trial of Sarode and colleagues[13] confirmed the use of PCCs by comparing reversal agent FFP with a PCC; however, neither of them is terrific. I would say PCCs should be used if available; you should not use FFP at all. You should give enough of the PCC, with vitamin K, and you will reverse warfarin in most of the patients who need urgent reversal, but it will take some time, nevertheless.

**Dr Peacock:** We can make the numbers look better. We can make the PT come back with about 10 minutes of doing that. That is the strategy that every ED should have nowadays, certainly for ICH.

**Dr Patel:** Absolutely for certain situations, but the impression from this discussion is that clearly there is no antidote for warfarin. There are approaches that may help patients bleed less, at least we believe by laboratory tests. In fact, one of the hardest things has been to show some clinical benefit for patients.

It is a hard study and hard finding to prove, but we know we can find ways to improve the coagulation pathway, and we believe that is going to change the way of managing patients. What about, classifying our patients into 3 categories: (1) patients who need elective surgery and they can wait just four days, (2) patients who need a catheterization procedure, and (3) urgent cases in the ED, but maybe they need a gallbladder operation and we can ask, "Does it have to happen today?" Then what I will say is emergent?

Frank, in the emergent category, do you even break it down more? Are other emergencies that are going to theater, or actually ICH-like actions, and are there emergencies that you are going to, because of patient features, do things to try to, or is it all a big bucket for you?

**Dr Peacock:** No, it is clearly as you say: If the patient needs the appendix taken out, we can just give the patient antibiotics, and that is probably a perfectly reasonable thing to do. If the patient has an ICH, there is no time to waste; also, if the patient is going to do an extraction. This is where, if there was ever the case for a reversal agent, the mortality of an ICH is 50% that visit. Therefore we need to evaluate different options of reversal agents and use them.

**Dr Patel:** In the emergency setting, we have some of these. In some of those elective or urgent settings, we discontinue and supportively care for the patient. John, do you want to cover for me? Because there has been some controversy about interruptions: What happens with these agents early on? Is there a rebound? Do these patients clot more? Should we be careful? Tell me about your thoughts around that?

**Dr Eikelboom:** The key point is whether stopping one drug leads to rebound and another one does not. Lots of claims and counterclaims exist. The bottom line is that when an effective antithrombotic is stopped, patients are at risk. Whether that is partly because a treatment has been withdrawn or whether it is almost entirely because that patient is at risk, there is an underlying driver that is activated when the protective treatment is taken out. It is almost an academic thinking.

**Managing Emergency Bleeding Situations: NOACs**

- NOACs have a short half-life and maximum effect peaks within 2 to 4 hours of drug administration
- Dialysis is an option for elderly patients with bleeding treated with dabigatran
- Determine emergency category
  - ICH associated with high mortality rate vs elective surgery
  - Can use available reversal agent such as PCCs
- Discontinuation of the drug
  - No evidence of rebound effect
  - Risk of interrupting or stopping the drug is always present, as with all antithrombotic medications

(Enlarge Slide)

With heparin, there is true evidence of some rebound: how important that is, I do not know. With the NOACs, to my knowledge, there is no evidence that there is true rebound, but there are data showing that excessive events occur if the drug is stopped long enough.

**Dr Peacock:** We have seen patients in the ED who have seen the "1-800-bad-drug" litigation commercials, and they stop their drugs. I obtained the MedWatch data of 25 people who had subsequent events, and one died because he stopped his drug. If the patient has a pulmonary embolism and is not taking anything, then he/she has a death wish.

**Dr Patel:** Yes, I think this may be one of the most critical points. I do not think there is any evidence of rebound. There is very clear evidence of across the trials, that patients are at risk when an effective anticoagulant is interrupted. When we study 20,000 patients, then we can measure that risk.

That risk is probably more than for the patients who do not stop the medication for a variety of reasons. One, because they need a drug, or they are having a procedure, or they are bleeding, or there are other thrombotic events I think one of the big public health messages is to stay on effective therapy, stay on the right dose of effective therapy. I worry that this is something that has not occurred yet.

We talked about emergency situations, we talked about the available reversal agents, but now, just as we had the era of NOACs, we might be approaching a new era of reversal agents.

John, do you want to give us an overview of some of these and how to pronounce them?

**Dr Eikelboom:** Yes, it is a challenge for all of us. We just have to stand in front of the mirror and practice. It is a new era. We are now in a situation where we have a light switch: Switch if off, no coagulation; we need anticoagulation, switch it back on. That is where we are.

**NOACs**
**New Reversal Agents**
- Idarucizumab
  - Humanized antibody fragment directed against DTI dabigatran
- Andexanet alfa
  - Modified factor Xa molecule, direct reversal agent for Xa inhibitors
- Aripazine (PER977; ciraparantag)
  - Synthetic small molecule (D-arginine compound), broad activity against various anticoagulants:
    - Heparin, LMWH
    - NOACs
    - Mechanism of action not known

(Enlarge Slide)

This has never been seen before with warfarin, heparin, or LMWH. This is great news for the rare patient who needs urgent surgery who has severe bleeding.

There are 3 agents in development.[14] The most advanced in development is idarucizumab, a humanized, monoclonal antibody fragment, which specifically binds dabigatran and switches it off in literally 2 to 3 minutes.

We have had more than half a dozen of these in our emergency room, and the surgeon wants to take them to urgent operation. We only need 15 minutes to get this NOAC out of the system by squirting this new reversal agent in, and it is gone in 2 to 3 minutes.

Idarucizumab, dabigatran, and andexanet alfa for the Xa inhibitors. This is a modified coagulation factor that competes with native factor Xa for the drug, given as bolus with an infusion. Idarucizumab is a simple bolus, but then maintained with an infusion. It is competitive and does not wear off as long as the infusion is kept going, and a complete reversal is achieved within few minutes.

Earlier in development, not quite where idarucizumab is, is the third agent. It used to be called aripazine; now it is called ciraparantag.

This is a small molecule, and the mechanism of binding or action is not known, but, apparently, it binds to all of the anticoagulants and inactivates them out of the system. Can it really be as good as it sounds?

It works for the dabigatran, rivaroxaban, heparin, LMWH, you name it. Real clinical data are not available since it is in the earlier phases in development.

**Dr Patel:** That is a great overview. One thing I might ask, and see what your thoughts are for both of you is, as I think about the PCCs, they are less shotgun than FFP but still kind of a shotgun approach. We did not spend a lot of time talking about some of the thrombotic complications that may occur.

With these agents, as you outlined their mechanism, do you think we may have to test some of the thrombotic possibilities, or do you feel comfortable that if you get very specific, direct, competitive change, are we going to be comfortable that there is?

**Prothrombotic Complications of Reversal Agents**
- Uncommon with PCCs
  - About 2%
- NOACs
  - To date, no clinical evidence of hypercoagulability with idarucizumab or andexanet alfa
    - Biochemical lab tests may show a little hyperactivation of coagulation system

(Enlarge Slide)

**Dr Eikelboom:** It is a concern because of the PCCs and, in particular, the activated PCCs' story. Now, to be fair, I think that prothrombotic complications of PCCs are pretty uncommon, but I have seen them personally, and they are not nice. They are going to happen in probably a small percentage.

With the new agents, idarucizumab has, I think, so far, no signal of hypercoagulability because of its high-specificity lack of off-target effects. Also, there is no clinical evidence of hypercoagulability with andexanet alfa.

Andexanet alfa reduces tissue the activity of factor pathway inhibitor, which results in a slight increase of thrombin generation in a very small proportion of patients in a phase 2 trial; however, this observation had no impact on the outcome of the trial.[14]

In summary, in emergent situations where patients suffer from life-threatening bleeding or needing urgent surgery, we need to reverse the effect of the anticoagulant and maintain a good coagulation system for those patients. It is not critical if some biochemical tests demonstrate a slight hyperactivation of the coagulation system as long as there are no serious prothrombotic complications.

**Dr Patel:** It would be incredibly hard to study, right? Because, as Frank already outlined, it is infrequent; then you are going to try to see the clinical difference, and then you have to find another rare condition, that might be true.

**Dr Peacock:** As warfarin goes away, we will have more of the new NOAC reversal agents, and warfarin is still half the market, much to my dismay. The other piece is, in the emergency departments, we will have to figure out which one to use.

If we are going to have andexanet alfa and idarucizumab right there, which one do you pull? These will not be cheap. The monoclonal

antibodies of the first generation are very expensive; they usually have a 4-digit price tag.

If the patients cannot tell which anticoagulant was used, then the pharmacy and therapeutics committee is not going to want you to give them both, so sorting out which is which is difficult. This makes it easy: Idarucizumab goes for dabigatran because it has a D in it, and andexanet alfa has an X (for the factors Xas).

I do not know that we will have all the answers, if we have all the antidotes, but it will be better than we are now.

**Dr Patel:** Yes, in summary, we will walk through what we have seen. I think, maybe, Frank, your general management of bleeding events is supportive care, and most of the time, you do not see us needing these new reversal agents although we know more of these agents are coming, and it would be great to have them.

**Dr Peacock:** Yes, the old-fashioned methods still work. Put pressure on the wound, and support the blood pressure, and do what you need to do. Those are still the first-line therapies. The other new monoclonal antibody reversal agents will have a role, but it is going to be a smaller role.

**Dr Patel:** Yes, when you review all the trials, the big messages, at least on the data, aside from being at least as good if not better than warfarin on stroke prevention, much of that comes from ICH, and a reduction of fatal bleeding, for those patients whom we are seeing that signal mortality, so we certainly think they are safer in some ways.

**Dr Eikelboom:** A key perspective, and not to lose sight of this because if we do not recognize that, we start to get this visceral fear that says, "I cannot use these drugs because I do not have antidotes," but let us be real about this: They are already safer. The antidote is the icing on the cake.

**Dr Patel:** That is right, it is important to recognize, and a key safety message is, "Do not believe everything you see on TV, stay on the drug you are supposed to stay on: It is actually helping you.

We started the program by ask[ing]
need reversal agents, or is it th[e]
it is the icing. We need them b[...]
really to make us better in the [...]

**Dr Peacock:** Yes, so we need[...]

And then we will need some re[...]

**Dr Patel:** This has been a grea[t ...]
coming. Thank you all for parti[...]

You may now revisit the questi[...]
and redo that activity to see wh[...]
CME Credit link.

The CME posttests will follow. [...]
the program evaluation at the [...]
and thank you again, and we w[...]

**Summary**
- NOACs improve safety over VKAs
  - Reduced ICH and mortality rate
- Can use first-line therapies to manage emergency bleeding, then the new reversal agents when indicated
- Bleeding events are infrequent with NOACs
- New NOAC reversal agents are expensive but may be needed in clinics as VKA usage declines

(Enlarge Slide)

REFERENCES

1. Connolly SJ, Ezekowitz MD, Yusuf S, et al. Dabigatran vs. warfarin in patients with atrial fibrillation. N Engl J Med. 2009; 361:1139-1151. Abstract
2. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011; 365:883-891. Abstract
3. Granger CB, Alexander HJ, McMurray JJ, et al. Apixaban versus warfarin in patients with atrial fibrillation. N Engl J Med. 2011; 365:981-992. Abstract
4. Giugliano RP, Ruff CT, Braunwald E, et al. Edoxaban versus warfarin in patients with atrial fibrillation. N Engl J Med. 2013; 369:2093-2104. Abstract
5. Agnelli G, Buller HR, Cohen A, et al. Apixaban extended treatment of venous thromboembolism. N Engl J Med. 2013;368:699-708 . Abstract
6. Schulman S, Kearon C, Kakkar AK, et al; RE-MEDY Trial Investigators; RE-SONATE Trial Investigators. Extended use of dabigatran, warfarin, or placebo in venous thromboembolism. N Engl J Med. 2013;368:709-718. Abstract
7. EINSTEIN Investigators, Bauersachs R, Berkowitz SD, et al. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010;363:2499-2510. Abstract
8. Ruff C, Giugliano RP, Braunwald E, et al. Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. Lancet. 2014; 383:955-962. Abstract
9. Pollack CV Jr, Reilly PA, Eikelboom J, et al. Idarucizumab for Dabigatran Reversal. N Engl J Med. 2015;373:511-520. Abstract
10. Pollack CV Jr. Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 2015 May 18.[Epub ahead of print]
11. PRADAXA®[package insert]. Ridgefield, CT: Boehringer Ingelheim Pharmaceuticals, Inc.; January 2015.
12. Hickey M, Gatien M, Taljaard M, et al. Outcomes of urgent warfarin reversal with frozen

*This transcript has been edited for style and clarity.*

## Educational Impact Challenge

What did you learn from this activity? Please click on the "Continue" button to proceed to a brief survey to see how your knowledge improved after the education. You can also see how your answers compare with those of your peers.

« Back        Page 2 of 4                    Continue »

References   Abbreviations   Subtítulos en español   Sottotitoli in italiano   Deutsche Untertitel   Legendas em português
日本語の字幕   中文字幕   pdf descargable en español   PDF scaricabile in italiano   herunterladbare pdf-Datei in Deutsch
PDF transferível em português   ダウンロード可能な日本語PDF   可下载的PDF中文版

Print   Email   Like   Tweet   Google+

Medscape Education © 2015 Medscape, LLC

All material on this website is protected by copyright, Copyright © 1994-2017 by WebMD LLC.
This website also contains material copyrighted by 3rd parties.

### REFERENCES

1. Connolly SJ, Ezekowitz MD, Yusuf S, et al. Dabigatran vs. warfarin in patients with atrial fibrillation. N Engl J Med. 2009; 361:1139-1151. Abstract
2. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011; 365:883-891. Abstract
3. Granger CB, Alexander HJ, McMurray JJ, et al. Apixaban versus warfarin in patients with atrial fibrillation. N Engl J Med. 2011; 365:981-992. Abstract
4. Giugliano RP, Ruff CT, Braunwald E, et al. Edoxaban versus warfarin in patients with atrial fibrillation. N Engl J Med. 2013; 369:2093-2104. Abstract
5. Agnelli G, Buller HR, Cohen A, et al. Apixaban extended treatment of venous thromboembolism. N Engl J Med. 2013;368:699-708. Abstract
6. Schulman S, Kearon C, Kakkar AK, et al; RE-MEDY Trial Investigators; RE-SONATE Trial Investigators. Extended use of dabigatran, warfarin, or placebo in venous thromboembolism. N Engl J Med. 2013;368:709-718. Abstract
7. EINSTEIN Investigators, Bauersachs R, Berkowitz SD, et al. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010;363:2499-2510. Abstract
8. Ruff C, Giugliano RP, Braunwald E, et al. Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. Lancet. 2014; 383:955-962. Abstract
9. Pollack CV Jr, Reilly PA, Eikelboom J, et al. Idarucizumab for Dabigatran Reversal. N Engl J Med. 2015;373:511-520. Abstract
10. Pollack CV Jr. Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 2015 May 18.[Epub ahead of print]
11. PRADAXA®[package insert]. Ridgefield, CT: Boehringer Ingelheim Pharmaceuticals, Inc.; January 2015.
12. Hickey M, Gatien M, Taljaard M, et al. Outcomes of urgent warfarin reversal with frozen