# EXHIBIT-17

# FILED UNDER SEAL

| | |
|---|---|
| From: | kemal.malik@bayer.com |
| To: | bernhard.glombitza@bayer.com <bernhard.glombitza@bayer.com> |
| CC: | Andrea Derix <cn=andrea derix/ou=phadx/ou=ph/ou=de/o=bayer@bayernotes>;Anne-Grethe Mortensen <cn=anne-grethe mortensen/ou=shkqp/ou=de/ou=bhc /o=bayer@bayernotes>;Arndt Brandes <cn=arndt brandes/ou=phbda/ou=ph/ou=de/o=bayer@bayernotes>;Christiane Pering <cn=christiane pering/ou=sgoyq/ou=de/ou=bhc /o=bayer@bayernotes>;Dagmar Kubitza <cn=dagmar kubitza/ou=phshz/ou=ph/ou=de/o=bayer@bayernotes>;Flemming Ornskov <cn=flemming ornskov/ou=gcoef/ou=de/ou=bhc /o=bayer@bayernotes>;Frank Misselwitz <cn=frank misselwitz/ou=phfmw/ou=ph/ou=de/o=bayer@bayernotes>;Joerg Moeller <cn=joerg moeller/ou=phmol/ou=ph/ou=de /o=bayer@bayernotes>;Joseph Scheeren <cn=joseph scheeren/ou=westh/ou=ph/ou=us/o=bayer-us-notes>;Max Wegner <cn=max wegner/ou=phmwr/ou=ph/ou=de /o=bayer@bayernotes>;Michael Devoy <cn=michael devoy/ou=be/ou=shg@bayer-global>;Sabine Dittmar <cn=sabine dittmar/ou=phdts/ou=ph/ou=de /o=bayer@bayernotes>;Scott Berkowitz <cn=scott berkowitz/ou=westh/ou=ph/ou=us/o=bayer-us-notes>;Waheed Jamal <cn=waheed jamal/ou=ukjmw/ou=gb/ou=bhc /o=bayer@bayernotes>;Wolfgang Kanhai <cn=wolfgang kanhai/ou=phwka/ou=ph/ou=de/o=bayer@bayernotes> |
| Sent: | 5/3/2011 12:14:00 PM |
| Subject: | Re: Xarelto - DVT and SPAF List of Questions (Day 120) - Strategy of Response |
| Attachments: | ATTZI1YV; emea-combined-h944enproposed012 LOI 26 April 2011post PET.pdf |

Dear Bernhard

Thanks; a few considerations from my side.

1) Naturally we should strive to obtain as good (or better) label than Pradaxa in EU (unfortunately we will have to make some assumptions as we have not seen the final label)

2) Monitoring should be resisted

3) Although unlikely, it would be good to try and complete the process before the FDA AdCom (theoretically possible with Day 180 still in July)

4) Please align all points with Flemming et al

kind regards

Kemal

Bernhard Glombitza/PHGLB/PH/DE/BAYER

---

Bernhard Glombitza/PHGLB/PH/DE/BAYER

28/04/2011 13:25

To Kemal Malik/EMA/PH/GB/BAYER@BAYERNOTES

cc Joerg Moeller/PHMOL/PH/DE/BAYER@BAYERNOTES, Joseph Scheeren/WESTH/PH/US /BAYER@BAYERNOTES, Michael Devoy/BE/USR/SHG@BAYER-GLOBAL, Andrea Derix/PHADX/PH/DE/BAYER@BAYERNOTES, Wolfgang Kanhai/PHWKA/PH/DE /BAYER@BAYERNOTES, Anne-Grethe Mortensen/SHKQP/DE/BHC/BAYER@BAYERNOTES, Arndt Brandes/PHBDA/PH/DE/BAYER@BAYERNOTES, Dagmar Kubitza/PHSHZ/PH/DE /BAYER@BAYERNOTES, Frank Misselwitz/PHFMW/PH/DE/BAYER@BAYERNOTES, Max Wegner/PHMWR/PH/DE/BAYER@BAYERNOTES, Sabine Dittmar/PHDTS/PH/DE /BAYER@BAYERNOTES, Scott Berkowitz/WESTH/PH/US/BAYER@BAYER-US-NOTES, Waheed Jamal/UKJMW/GB/BHC/BAYER@BAYERNOTES, Christiane Pering/SGOYQ/DE/BHC /BAYER@BAYERNOTES, Flemming Ornskov/GCOEF/DE/BHC/BAYER@BAYERNOTES

Subject Xarelto - DVT and SPAF List of Questions (Day 120) - Strategy of Response

399453

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439542

Dear Kemal,

as the team is striving to respond to the List of Questions (day 120) from CHMP for DVT and SPAF by 20 May in order to get the procedure restarted immediately at day 121, we like to give you a short update where we are and the teams proposed response strategy. As GPDC is on 18 May and the last document in for the publishing process will be on 11 May we are challenged to get the final organizational alignment before the GPDC.

We have scheduled for GLC and GSC meetings as well as XLT and meetings with JnJ on GDC and JSC level before the 11 May. The overall team proposed topline response strategy can be found attached for your review (details in the ppt). If you like to have a separate meeting in order to discuss please let me know.

Thanks!

Regards

Bernhard

**Push back items**

No specific monitoring (haemoglobin, renal, coagulation)
Long-term treatment claim (12 m +) for DVT-T
Superiority claim for the ITT on treatment in SPAF
No further (beside the one proposed) dose-adaptations for any subgroups

**Offer to Health authorities**

**1 -Revision of indication wording for SPAF and DVT-T**

SPAF (add risks factors according to CHADSvasc)):

*Indication:* "Prevention of stroke and systemic embolism in adult patients with non-valvular atrial fibrillation with one or more of the following risk factors: congestive heart failure, hypertension, age ≥ 65 years, diabetes mellitus, prior stroke or transient ischaemic attack"

*Posology:* Therapy with Xarelto should be continued long term provided the benefit of prevention of stroke and systemic embolism outweighs the risk of bleeding

T.VTE

*Indication:* "Treatment of deep vein thrombosis (DVT) and prevention of recurrent DVT and pulmonary embolism (PE) following an acute DVT in adults."

*Posology:* The duration of therapy should be individualised after careful assessment of the treatment benefit against the risk for bleeding. Experience with Xarelto in this indication for more than 12 months is limited.

(underlined changed SmpC in order to respond to EMA discussion points)

**2- Dose adaptation on moderate and severe renal impairment for DVT-T**

Renal impairment ...

*Posology and method of administration*

In patients with moderate (creatinine clearance 30 - 49 ml/min) or severe (creatinine clearance 15 - 29 ml/min) renal impairment the following dosage recommendations apply:

399453

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439543

- For the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, the recommended dose is 15 mg once daily (see section 5.2).

- For the treatment of DVT and prevention of recurrent DVT and PE: Patients should be treated with 15 mg twice daily for the first three weeks. From day 22 onward, s a dose reduction to 15 mg once daily may be considered *(see sections 4.4, 5.1 and 5.2)*.

### 3- General clinical surveillance statement (counterbalance monitoring discussion point)

*Special warnings and precautions*

● Clinical surveillance in line with anticoagulation practice is recommended throughout the treatment period.

### 4- Additional Non-interventional Study (NIS) studies

Team proposal to offer an indication specific NIS concepts

DVT-T: two arm study, focussing on long-term treatment, investigating symptomatic VTE events as well as bleeding events

SPAF: single arm study, focussing on real-life safety (bleeding events)

Full presentation with all items and team proposal of the SmPC:



Xarelto_EUdf20_coreteam_04_26_11.ppt    emea-combined-h944enproposed012 LOI 26 April 2011post FET.pdf.zip

399453

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439544

| | |
|---|---|
| From: | anja.alpers@bayerhealthcare.com |
| To: | Yong-Ling Liu |
| CC: | Andre Schmidt; Plotnikov, Alexei [PRDUS]; Bernhard Schaefer; Cotogno, Catharine [OMPUS]; Nessel, Christopher [PRDUS]; Dagmar Kubitza; gerlind.holberg@bayerhealthcare.com; John Paolini; Juergen Weber; Julie Cox; Lesley Brewer; Haskell, Lloyd [PRDUS]; Thurin, Martine [OMPUS]; Nancy Cook-Bruns; Nicole Diedrichs; Sengupta, Nishan [PGSMUS]; Shah, Nauman [OMPUS]; Paul Field; Burton, Paul [PRDUS]; Mills, Roger [OMJUS]; Pagano, Susan [OMJUS]; Schaare, Sarah [OMPUS]; Ted Spiro; thomas.evers@bayerhealthcare.com; Warren Cowell; elisabeth.perzborn@bayerhealthcare.com |
| Sent: | 3/29/2010 7:26:31 AM |
| Subject: | Antwort: A-GEST review - Assays for rivaroxaban (GDR34) |
| Attachments: | 2010-03-23-M-Lindhoff-Last-Assays for Rivaroxaban-Draft for GEST review.doc; 2010-03-23-M-Lindhoff-Last-Assays for Rivaroxaban-Draft for GEST review EP AA.doc |

Dear Yong-Ling Liu,
please find included in the attached document some additional comments.

In general we should avoid to talk too much about "monitoring of rivaroxaban". The underlying message that "no monitoring of rivaroxaban is required" needs to be kept. The lab tests which are described could be of assistance in specific clinical circumstances, but sometimes it reads that they should be used to monitor rivaroxaban.

(See attached file: 2010-03-23-M-Lindhoff-Last-Assays for Rivaroxaban-Draft for GEST review EP AA.doc)

Kind regards,
Anja



Elisabeth
Perzborn/PHPBE/PH/D
E/BAYER An
Yong-Ling Liu
26.03.2010 19:48 <yong-ling.liu@chameleon-uk.com>
Kopie
Andre Schmidt
<andre.schmidt@bayerhealthcare.com>,
Anja Alpers
<anja.alpers@bayerhealthcare.com>,
Alexei Plotnikov
<aplotnik@prdus.jnj.com>, Bernhard
Schaefer
<bernhard.schaefer@bayerhealthcare.com>, "CCOTOGNO@its.jnj.com"
<CCOTOGNO@its.jnj.com>, Christopher
Nessel <CNessel@its.jnj.com>, Dagmar
Kubitza
<dagmar.kubitza@bayerhealthcare.com>
,
"gerlind.holberg@bayerhealthcare.com
"
<gerlind.holberg@bayerhealthcare.com
>, John Paolini
<john.paolini@bayer.com>, Juergen
Weber
<juergen.weber@bayerhealthcare.com>,
Julie Cox
<julie.cox@chameleon-uk.com>, Lesley
Brewer
<Lesley.Brewer@chameleon-uk.com>,
Lloyd Haskell

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_02406794

&lt;lhaskell@its.jnj.com&gt;,
"MThurin@its.jnj.com"
&lt;MThurin@its.jnj.com&gt;, Nancy
Cook-Bruns
&lt;nancy.cook-bruns@bayerhealthcare.com&gt;, Nicole Diedrichs
&lt;nicole.diedrichs@bayerhealthcare.com&gt;, Nishan Sengupta
&lt;nsengupt@its.jnj.com&gt;, Nauman Shah
&lt;NShah14@its.jnj.com&gt;, Paul Field
&lt;paul.field@bayerhealthcare.com&gt;,
Paul Burton &lt;PBurton@its.jnj.com&gt;,
Roger Mills &lt;rmills@its.jnj.com&gt;,
"spaganol@OMJUS.jnj.com"
&lt;spaganol@OMJUS.jnj.com&gt;, S Schaare
&lt;SSCHAARE@its.jnj.com&gt;, Ted Spiro
&lt;Theodore.Spiro@bayer.com&gt;,
"thomas.evers@bayerhealthcare.com"
&lt;thomas.evers@bayerhealthcare.com&gt;,
Warren Cowell
&lt;warren.cowell@bayerhealthcare.com&gt;
Thema
Antwort: A-GEST review - Assays for
rivaroxaban (GDR34)(Document link:
Anja Alpers)


Dear Yong-Ling Liu,
please find attached the paper with my comments.


Freundliche Grüße / Best Regards

Elisabeth Perzborn
_____
Dr. Elisabeth Perzborn
Bayer Schering Pharma AG
BSP-GDD-GTR-TCH-ACR

Phone: +49 202 36 8354
Fax: +49 202 36 8009
E-mail: elisabeth.perzborn@bayerhealthcare.com
Web: http://www.bayerscheringpharma.de

Vorstand: Andreas Fibig, Vorsitzender | Andreas Busch, Ulrich Köstlin, Kemal Malik, Bernd Metzner
Vorsitzender des Aufsichtsrats: Richard Pott
Sitz der Gesellschaft: Berlin | Eintragung: Amtsgericht Charlottenburg HRB 283 B


Yong-Ling
Liu
&lt;yong-ling
.liu@chame  An
leon-uk.co  Andre Schmidt &lt;andre.schmidt@bayerhealthcare.com&gt;,
m&gt;         "gerlind.holberg@bayerhealthcare.com"
&lt;gerlind.holberg@bayerhealthcare.com&gt;, John Paolini
&lt;john.paolini@bayer.com&gt;, Paul Field

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_02406795

```
03/23/2010    <paul.field@bayerhealthcare.com>, Juergen Weber
01:26 PM      <juergen.weber@bayerhealthcare.com>, Warren Cowell
              <warren.cowell@bayerhealthcare.com>, Nicole Diedrichs
              <nicole.diedrichs@bayerhealthcare.com>, Nancy Cook-Bruns
              <nancy.cook-bruns@bayerhealthcare.com>, Bernhard Schaefer
              <bernhard.schaefer@bayerhealthcare.com>, Anja Alpers
              <anja.alpers@bayerhealthcare.com>, Dagmar Kubitza
              <dagmar.kubitza@bayerhealthcare.com>, Elisabeth Perzborn
              <elisabeth.perzborn@bayerhealthcare.com>,
              "thomas.evers@bayerhealthcare.com"
              <thomas.evers@bayerhealthcare.com>, Roger Mills
              <rmills@its.jnj.com>, "spagano1@OMJUS.jnj.com"
              <spagano1@OMJUS.jnj.com>, Christopher Nessel
              <CNessel@its.jnj.com>, Lloyd Haskell <lhaskell@its.jnj.com>,
              Nishan Sengupta <nsengupt@its.jnj.com>, Paul Burton
              <PBurton@its.jnj.com>, Alexei Plotnikov
              <aplotnik@prdus.jnj.com>, "CCOTOGNO@its.jnj.com"
              <CCOTOGNO@its.jnj.com>, Nauman Shah <NShah14@its.jnj.com>,
              "MThurin@its.jnj.com" <MThurin@its.jnj.com>, S Schaare
              <SSCHAARE@its.jnj.com>
Kopie
              Ted Spiro <Theodore.Spiro@bayer.com>, Julie Cox
              <julie.cox@chameleon-uk.com>, Lesley Brewer
              <Lesley.Brewer@chameleon-uk.com>
Thema
              A-GEST review - Assays for rivaroxaban (GDR34)
```

Dear All,

Please find attached a draft manuscript entitled 'Potential assays for measuring the blood concentration of rivaroxaban - an oral, direct Factor Xa inhibitor' for your review.

Authors: Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI, Spiro TE

Target journal: Therapeutic Drug Monitoring

Communication objective: Laboratory tests used to monitor therapy with vitamin K antagonists (the INR system) cannot be used to measure rivaroxaban blood concentrations or its effect on coagulation. Assays that directly measure rivaroxaban blood concentrations could be used if blood concentration measurement is required in certain clinical circumstances, such as in the case of overdose or to assess compliance

Please could you provide comments/feedback by the end of day Friday, 26 March 2010. We apologize for the short timeline and many thanks in advance.

Kind regards

Yong-Ling

Yong-Ling Liu, PhD
Chameleon Communications International

London office:
40-44 Uxbridge Road
London W5 2BS, UK

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_02406796

Phone: +44 20 8326 3150 (direct)
+44 20 8326 3100 (switchboard)
Fax: +44 20 8326 3101

Manchester office:
+44 161 266 1155

New York office:
+1 212 680 9100

Chameleon: Where Success & Opportunity Meet
http://www.chameleon-uk.com
[Anhang "100323-M-Lindhoff-Last-Assays for Rivaroxaban-Draft for GEST review.doc" gelöscht von Elisabeth Perzborn/PHPBE/PH/DE/BAYER] (See attached file: 2010-03-23-M-Lindhoff-Last-Assays for Rivaroxaban-Draft for GEST review.doc.zip)

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_02406797