USCA5 2586

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Judge Eldon E. Fallon |

# Expert Report of Henry I. Bussey, Pharm.D., FCCP

By: _Henry I. Bussey, Pharm.D._  
Henry I. Bussey, Pharm.D., FCCP

Date: _Oct. 6, 2016_

## Assessment of Xarelto Safety Based on the ROCKET AF Study Results

## Henry I. Bussey, Pharm.D., FCCP

## October 6, 2016

My opinions are based upon a combination of materials, including those that have been provided to me by counsel, as well as materials that I have obtained during the course of my own literature search and review. The materials I have reviewed include clinical study reports and addenda, deposition testimony, internal company documents, other relevant papers and general pharmaceutical references, the product labeling for Xarelto, and where applicable, labeling for other drug reports. References to these documents are referenced within my report, as well as a listing attached as Appendix A.

In addition, I rely upon my own education, background, training and research in the relevant fields of science and pharmacology. A copy of my curriculum vitae outlining my education, training and experience, as well as publications authored by me, is attached as Appendix B. My hourly fee schedule is attached as Appendix C and my list of previous testimony is attached as Appendix D.

All of the opinions contained in this report are made within a reasonable degree of pharmacologic and scientific certainty. In formulating the opinions stated herein, I have employed the same analysis and level of scientific rigor that I apply in my daily clinical work and in drafting my publications. I reserve the right to supplement my opinions as new information becomes available.

## <u>Summary of Opinions</u>

1. Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided.

2. With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin).

3. Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial.

4. The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding.

5. The lack of a safe and effective antidote for rivaroxaban remains a concern.

1

USCA5 2587

6. The rivaroxaban package insert and promotional materials (including television advertisements) fail to adequately warn patients or clinicians in the U.S. of the bleeding risk of this drug and the study limitations.

## **Relevant Background and Perspective**

### *Components of the Blood Clotting System:*

**The clotting cascade** consists of several proteins or clotting "factors." When one clotting factor becomes activated, it causes a series of "down-stream" activations of other factors that increase in a "snowball" effect until Factor X is activated to Factor Xa which, in turn, activates Factor II to Factor IIa, (also known as **thrombin**). Thrombin results in the conversion of fibrinogen to fibrin which, in turn, creates a net of protein strands that form the structural basis of a blood clot. Importantly, **thrombin** also has several other conflicting actions which increase the clotting activity while also "turning off" the clotting process, and activating platelets and the body's own clot-dissolving ("clot busting") process.

**Platelets** are blood cells which are activated by **thrombin** and a variety of other substances. When activated, platelets clump together to help form a blood clot and they also release substances that activate the clotting cascade.

### *Types of Anticoagulants:*

**Indirect acting:** Heparin, several low molecular weight heparins (LMWH), and fondaparinux are injectable anticoagulants that bind with and activate a substance in the body called anti-thrombin (AT) which, in turn, can bind with and inactivate several different factors in the clotting cascade. These drugs effectively "turn off" the clotting cascade and can prevent it from becoming active. Heparin, which is still widely used today, was first discovered in 1916 and came into clinical use in the 1930s.

**Vitamin K antagonists (VKA):** Chemically, these drugs are referred to as coumarins and they exert their effect by blocking the ability of the liver to make the functional forms of several clotting factors including **thrombin** and **factor X**. The VKAs are effective at keeping the clotting cascade from becoming activated, but they do not work well at "turning off" the clotting cascade once it is activated. Consequently, coumarins work to prevent blood clots but they are not used as initial treatment of a new clot. Warfarin (brand names Coumadin and Jantoven) is the most widely used VKA but several others are available and at least one new VKA, ticarfarin, is in clinical development. Coumarins were first identified in spoiled clover, and warfarin became available for clinical use in the 1950s (and was used in 1955 to treat Dwight Eisenhower after he had a heart attack).

**Direct acting anticoagulants (DACs):** These drugs combine *directly* with one or more clotting factor to inhibit or interrupt the clotting cascade. Because these agents inhibit activated clotting factors, they are similar to heparin except that they do not rely on AT to

2

exert their inhibitory effect (as does heparin, and related drugs). Several injectable DACs have been available for some time and are primarily used in the acute care setting to treat heart attacks or to provide anticoagulation during invasive procedures such as angioplasty or stent placement. In 2010, the first oral DAC (DOAC) – dabigatran (brand name, Pradaxa) – was approved for use in the U.S. Dabigatran inhibits thrombin while the other available DOACs (rivaroxaban/Xarelto, apixaban/Eliquis, and others) inhibit activated Factor Xa (which works to activate factor II to IIa or thrombin).

### *Monitoring, Dose Adjustment, and Reversal:*

With **all** of the available anticoagulants, the goal is to give enough drug to achieve the desired anticoagulant effect but not to give too much and increase the risk of bleeding unnecessarily. If the right dose of an anticoagulant is used, these agents are remarkably effective in preventing blood clots and the risk of bleeding is low. An incorrect dose, however, can easily cause more harm than good.

**Early Anticoagulants (heparin and warfarin):** The effect of heparin is measured with the activated Partial Thromboplastin Time (aPTT). The aPTT is reported in seconds and measures how long it takes to form a clot after a specific reagent is added to the blood (or plasma). Interestingly, use of the aPTT is compromised by the fact that results vary depending on the sensitivity of the reagent that is used in a given lab and the result, therefore, may vary from one lab to another. With warfarin, the effect is measured by the Prothombin Time (PT) which, similar to the aPTT, is reported as the seconds required for a clot to form after a different reagent is added. Currently, the patient's PT is divided by the laboratory's "normal" PT to determine the Prothrombin Time Ratio (PTR). The PTR is then "corrected" for the sensitivity of the reagent used to determine the International Normalized Ratio (INR). The INR is the PTR that the laboratory would have obtained if the lab had been using the World Health Organization standard reagent. The INR for a given blood sample should be the same from lab to lab. There is no INR-type adjustment with the aPTT in monitoring heparin. Even though both of these medications have been in clinical use for more than 60 years, there is still on-going debate and clinical research as to how best to monitor these agents and what intensity of anticoagulation to achieve in selected subgroups of patients.

Should bleeding develop or the need arise for an emergency surgical procedure, the anticoagulant effects of heparin and warfarin can be reversed by giving protamine for heparin or one of several agents for warfarin.

**Newer Indirect Acting Anticoagulants (various LMWHs and fondaparinux):** These agents combine with AT to inactivate primarily Factor Xa and thrombin (as does heparin). Even so, because these agents inactivate Factor Xa more than Factor IIa (thrombin), their effect on the aPTT test does **not** demonstrate a pattern similar to that seen with heparin. Consequently, the aPTT is not a reliable monitoring test for these drugs. A measure of anti-Factor Xa activity can be useful; although anti-Factor Xa levels are not readily available in many labs and the anti-Factor Xa activity test has to be calibrated for the specific LMWH (or fondaparinux) being used. Protamine can partially, but not completely, reverse the activity of these agents. Initial claims were that the pharmacokinetics (PK) and

3

USCA5 2589

pharmacodynamics (PD) of these drugs were so predictable that monitoring would not be required as long as one adjusted the dose according to the patient's renal function. Such "unmonitored" therapy may be acceptable for a "typical" patient, but anti-Factor Xa levels often are measured for dosage adjustment in patients who are unusually large or unusually small, have significant renal disease, are pregnant, and have other conditions in which the PK or PD may be altered.

**DACs/DOACs:** Because injectable DACs are used in the acute care setting with monitoring, they will not be discussed. **The DOACs – and specifically rivaroxaban (brand name Xarelto) will be addressed here.** The available data indicate that each of available DOACs may affect the aPTT and the PT tests differently.[1] Consequently, what is true for rivaroxaban may not be true for the other DOACs. There is a linear relationship between rivaroxaban plasma concentrations and PT which may allow this test to be used for various purposes.[1-4] There are, however, some considerations that require that the PT test be used differently in patients on rivaroxaban or warfarin. The relationship between rivaroxaban levels and the PT varies with the PT reagent and laboratory device being used (as is the case with warfarin), but this variability is not corrected by the INR calculation.[3] Therefore**,** when using the PT to monitor rivaroxaban, one needs to use the PT in seconds or the PT ratio and know what values, in a particular laboratory using a particular reagent and device, correlate with various rivaroxaban plasma levels. Such a laboratory-specific correlation of PT vs. xarelto plasma level is exactly analogous to what is done now with heparin and the aPTT. In the data submitted to the FDA Advisory Committee Briefing on September 8, 2011 rivaroxaban plasma concentrations by quartile ranged from 37.6 mcg/L to 272.3 mcg/L (a seven fold difference) which corresponded to PTs of approximately 13 to 23 seconds (see Xarelto Advisory Committee Briefing Doc UCM270797 Figures 7 and 8).[4] The same documents and figures also showed that the incidence of ischemic stroke appeared to be flat across this range of PT values while the incidence of major bleeding more than doubled at the higher end. Such findings would suggest that the PT test may be used to identify those individuals who have high rivaroxaban levels and an elevated risk of major bleeding. Further, Lipi and colleagues examined the relationship between PTs performed with several different reagents and plasma rivaroxaban and identified reagent-specific low and high "cut points PTs" for each reagent.[1] Nakano and colleagues, who evaluated the PT at peak and trough rivaroxaban plasma levels, found that the PT at trough is comparable to baseline (untreated or "normal') PT values.[2] But peak PT values were significantly elevated and those with a PT > 20 seconds had approximately a 3-fold bleeding rate.[2] It would appear, therefore, that the PT test, which is routinely available in hospitals, clinics and by point of care (POC) device, can be utilized to identify patients who may have rivaroxaban levels that are well within the desired range or higher than optimal for safety purposes. Because trough PTs overlap with normal PT values, and because the efficacy curve appears to be flat across the desired PT range, the PT test would not be useful to identify a minimally effective threshold PT value. In other words, the PT test can be useful to identify those who have clearly adequate rivaroxaban levels or higher than desired levels, but it is not useful to identify those who have inadequate levels. It would seem logical, therefore, to use the PT test with some degree of frequency to identify those individuals who have plasma levels that put them at unnecessarily high bleeding risk.

4

USCA5 2590

In addition to the above considerations, rivaroxaban plasma levels may be altered by several drug interactions, changes in renal function, food, and age. Taken together, the variables which may alter the response to rivaroxaban may not be as extensive as those seen with warfarin; but a more than two-fold increase in bleeding rates (which may be increased further by other factors) argue that monitoring is likely to improve the safety of this agent. Interestingly, both the **FDA and the National Institutes of Health have addressed this issue**. The FDA's Center for Drug Evaluation and Research Summary Review of application number 202439Orig1s000 dated Nov. 4, 2011 pointed out that there appears to be a relationship between rivaroxaban levels and bleeding and that some monitoring may improve outcomes.[5] In August, 2016, the National Heart Lung and Blood Institute of the National Institutes of Health released its 10-year research agenda, "Charting the Future Together, The NHLBI Strategic Vision."[6] In their proposed agenda, one priority is to study how laboratory monitoring and use of other technologies may influence the outcomes of patients with atrial fibrillation (AF) and deep vein thrombosis when treated with a DOAC or warfarin.[6] It would seem, therefore, that both the FDA and the NIH support the position that plasma monitoring and dose adjustments of DOACs are likely clinically important. At present, there is no antidote for rivaroxaban but one is in development. The cost, availability, and whether negating a direct inhibitor will result in thrombosis are all concerns about any DOAC antidote.

## Warfarin vs. Rivaroxaban in Atrial Fibrillation (AF)

### _Potential Efficacy, Safety and Efficiency of Warfarin Therapy:_

As depicted in **Slide 1** in the attached slide set (and consistent with other studies), the dose of warfarin needs to be adjusted to keep the INR blood test within the target range 60% to 70% of the time in order for warfarin to reduce the risk of stroke in AF compared to no treatment.[7] As the percent of time that the INR is within the target range (%TTR) falls below that value, benefit is lost and the rate of stroke increases as much as three-fold compared to no treatment at all. That is, poor warfarin management (defined as < 60% TTR) may _increase_ (rather than decrease) the risk of stroke in AF. **Slide 2**, derived from data by Wan, et al.,[8] illustrates how excellent INR control (75% TTR) is projected to reduce the rate of blood clots and major bleeding by approximately 80% to average event rates of about 1% per year – or 10 per 1,000 patients per year.[8] Furthermore, because event rates increase exponentially when the INRs are at extreme values (**Slide 3**), avoiding such extreme values may improve safety and efficacy in addition to improving %TTR.[9] The percent of time at extreme values has been quite high in earlier studies.[10,11] But can such low event rates with warfarin be achieved in routine practice? Utilizing computerized support systems, investigators from Sweden [12], the United Kingdom 13], and The Netherlands [14] in just the last two years have reported bleeding rates that were comparable to the predicted rates and less than one-half of the rates reported with warfarin or rivaroxaban in the ROCKET AF trial (Table 1). [15] These results were achieved in well-organized clinics in which the average %TTR often was 70% or greater.

5

**Table 1**: Reported and projected events* with warfarin; events expressed as number of events per 1,000 patient-years.

| Source & number of patients | Maj. Bleed | ICH | Stroke |
|---|---|---|---|
| Rocket (n = 7,125) [15] | 34.0 | 7 | 19.6 |
| Projected (equations of Wan, et al at 75% TTR)* [8] | 11.0 | 2.6 | 6.9 |
| Sweden (for 57% with TTR > 70%, n = 22,185) [12] | 16.1 | 3.4 | NR |
| European Action on Anticoagulation (n = 5,939) [13] | 8.6 | NR | 3.0 |
| The Netherlands (70 to > 90 yr olds and target INRs of 2 – 3.5 and 2.5 – 4.0) (n = 3,313) [14] | 9 – 11 | 3 – 5 | NR |

*Major bleeding and thromboembolism rates were calculated according to the equations developed by Wan, et al [8]. These rates were further divided into specific event rates based on the relative average distribution reported in the warfarin arms of ROCKET AF and the major AF trials with the other DOACs

Achieving well-managed warfarin therapy requires frequent INR testing and dosage adjustment. Recently, several small studies have addressed this issue by combining frequent INR self-testing at home with online monitoring and management.[16 - 21] Each of these studies achieved a mean %TTR of 74% or greater, and for the three studies that reported %TTR at extreme values [17, 19, 20], the % of time at extreme values was less than 2% (vs. 15% to 20% in earlier trials).[10,11] In one year-long study that examined the %TTR for individual patients, *every* patient achieved and maintained a % TTR > 75%; even the quartile of patients who had a mean %TTR of less than 25% over the six months before entering the study.[20]

Based on the data reviewed above, it would appear that achieving good INR control (> 70% TTR) is readily achievable and is associated with a bleeding rate that is less than one-half of that reported with warfarin in the ROCKET AF trial (Table 1). In the ROCKET AF trial, rivaroxaban was compared to poorly managed warfarin. [15] The major bleeding rate reported for the warfarin group (at a mean %TTR of 55%) was **34** major bleeds per 1,000 patients per year. The estimated rate for a 55% TTR is **35** major bleeds per 1,000 patients per year [**Slide 2, ref. 8**] while the estimated rate for a 75% TTR is **11** major bleeds per 1,000 patients per year. The reported major bleeding rate with rivaroxaban was **36** per 1,000 patients per year. The bottom line is that the reported major bleeding rates with warfarin and rivaroxaban were approximately **35** events per 1,000 patients per year while one would have expected only **11** such events if a TTR of 75% had been maintained.

## *Why are the Data and the Information in the Package Insert for Rivaroxaban Misleading?*

It is logical to question why the INR control was so poor in the ROCKET AF trial and whether other factors may have contributed to a misleading interpretation of the data.

6

USCA5 2592

During the FDA approval hearing on rivaroxaban in 2011, **Martin Rose, MD, JD of the FDA** suggested that the essentials of VKA management were not adequate in the rivaroxaban study when he pointed out **"that the ROCKET AF study enrolled the majority of its patients from regions where physicians don't use warfarin very well….and that's our major concern with this study… Very few patients were enrolled at sites where warfarin was used skillfully, resulting in insufficient data to assess the efficacy of rivaroxaban to warfarin when the latter is used well."[22]**

Although Dr. Rose's comments questioned the *efficacy* of warfarin because of geographical differences in warfarin management, closer examination of the data also indicate that the *safety* of warfarin use was not indicative of good warfarin management. Furthermore, issues other than geographical differences in warfarin management also appear to have contributed to worse outcomes with warfarin. **The "bottom line" is that poor warfarin management and other factors led to worse outcomes in the warfarin-treated arm of the ROCKET AF trial to the extent that the overall study results are not applicable to sites in the U.S. or in other areas in which warfarin is moderately well managed.**

Although the validity of the previous statement applies to thromboembolic and hemorrhagic events, let's consider the following seven issues related to bleeding risk and examine them in more detail.

1. Major bleeding was 50% greater with rivaroxaban than with warfarin in U.S. patients.
2. Anticoagulation control was consistently better in North America than other regions. The majority (65%) of patients were enrolled in countries or regions where warfarin management (INR control and clinical follow up) was so poor that treatment may have done more harm than good. North America (NA) enrolled 19% of patients and Western Europe (WE) enrolled 16%.
3. In East Asian sites, which enrolled only 6.5% of patients, warfarin-treated patients had a several fold higher rate of intracranial hemorrhage (ICH) than in other regions and this fact skewed the overall study results in favor of rivaroxaban.
4. Reliance on a subsequently recalled point of care (POC) or "fingerstick" INR device increased the risks for warfarin-treated patients across all study sites.
5. Limited data suggest that "unskilled" dosage adjustments may have contributed to major bleeding risk.
6. Failure to exclude patients with substantial elevations in blood pressure may have contributed to an increased risk of bleeding and hemorrhagic stroke.
7. Recent data indicate that the safety and efficacy of warfarin is much better, at least in some settings, than was reported in the ROCKET AF trial

1. **Major bleeding was significantly 43% higher in North America [23] and 50% higher in the U.S. [24] with rivaroxaban than with warfarin, but this fact is not adequately addressed in professional promotional literature (such as the package insert) or direct-to-consumer advertising.**

Because FDA approval of a new medication is expected to reflect the relative safety for the U.S. population, it would seem logical for the FDA drug approval process to focus

7

on how rivaroxaban compared to warfarin in approximately 2,000 U.S. patients in the ROCKET AF trial. A backup set of 500 slides that Janssen reportedly prepared for an FDA Advisory Committee meeting [24] reveals the following information:

- Slide **IN-530** shows that the major bleeding rate was statistically higher with rivaroxaban than with warfarin in the U.S.
- Slide **IN-203** indicates that this high major bleeding rate with rivaroxaban in the U.S. was statistically **50% higher** than with warfarin.
- Slides **IN-200** and **IN-203**, by comparing U.S. event rates for rivaroxaban and warfarin, indicate that rivaroxaban produced 10 fewer strokes (a difference that failed to achieve statistical significance) at a cost of 36 more major bleeds (which was statistically significant). In other words, from a statistical perspective, rivaroxaban was not significantly more effective, but it was significantly more dangerous.

When one considers the above data, one has to question why the rivaroxaban package insert (PI) does _not_ contain a black box warning about its bleeding risk as was required for warfarin (with its _lower_ bleeding risk) in 2006.[25] In fact, the higher U.S. major bleeding rate with rivaroxaban is not discussed at all in the PI and was only added to a data table after requested by the FDA.[26] This difference in PI content is misleading in terms of relative safety. Similarly, if one reviews the rivaroxaban PI, the risk of major bleeding is not presented up front as a warning, but rather is mainly addressed further back in the data section. Such PI placement and lack of emphasis on the _greater_ bleeding risk with rivaroxaban in the U.S. can mislead U.S. clinicians and patients to conclude that rivaroxaban has a lower (not higher) bleeding rate than warfarin. Such misperception is further perpetuated in direct to consumer advertisements that do not identify the rivaroxaban bleeding risk as being greater than that of warfarin. These factors combined have contributed to the use of the drug that is not recognized by many clinicians and patients to carry a higher major bleeding risk than does warfarin in the U.S.

2. **Anticoagulation control was consistently better in North America than other regions and most patients were enrolled in regions with poor anticoagulation control and management. Because 65% of study patients were enrolled from regions where warfarin management was very poor, this skewed the data in favor of rivaroxaban and made the overall data not applicable to use in the U.S.**

   **Note:** In some cases, data were available by country while in other instances, the data were grouped by geographic region. North America (NA) included Canada and the U.S. with approximately 75% of NA patients enrolled from the U.S.

   The safety and efficacy of warfarin is closely linked to how well the warfarin dosing is managed as discussed above and illustrated in the attached Slides 1 – 3. Slide 3 indicates that the risk of a major event is quite low when patients with atrial fibrillation have an INR within the target range of 2 to 3, but that risk can rise exponentially as one's INR moves toward more "extreme" values. This relationship between INR

8

control and events has led to several methods being advocated to judge warfarin management and as predictors of major event rates.

- **%TTR, %iTTR, %expanded TTR and center TTR:** The most commonly used measure of anticoagulation control is the percent of **T**ime that the patient spends within the **T**arget **R**ange (**%TTR**). But the %TTR for a group of patients or clinic population can obscure the fact that some patients may have very poor INR control while others may have very good INR control. For that reason, the %TTR for individual patients (%iTTR) may be more useful. Also, because the risk of adverse events does not increase greatly when the INR is only marginally out of range, some value the %TTR in an "expanded" range (such as an INR target of 1.8 to 3.5). **Note that NA had the best (highest) TTR and "expanded" TTR (Table 2).**

- **INR variance or standard deviation:** Although %TTR and %iTTR provide insight into the percent of time spent out of range, it does not provide information on how far out of range the patients were or how much time was spent at extreme INR values. Again, from Slide 3 in the attached set, we can see that the risk of a major event increases exponentially as the INR moves beyond certain limits. The variance (or standard deviation) in the INR provides an indication of how widely the INR has fluctuated and in some [27, 28], but not all [10] studies, the variance in the INR has been a better predictor of major events than the %TTR. It is likely that variance is a stronger predictor in settings with poor (low) %TTR while it may be less important in settings with high %TTR.[10] **Note that NA had the best (lowest) variance or standard deviation (Table 2). [Slides 10 and 13,** Ref # 24]

**Table 2.** INR control by region.

|  | NA | WE | LA | EA/AP | EE |
|---|---|---|---|---|---|
| %TTR | 63.8 | 58.1 | 53.6 | 52.0 | 48.6 |
| Stand. Dev. | 19 | 20.5 | 21.5 | 24.1 | 22.2 |
| Expand. %TTR | 84 | 83 |  | 70% | 70% |

NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe **Note that NA had the best INR control as indicated the highest %TTR, the lowest variance or standard deviation, and the highest expanded %TTR.**

- **%iTTR > 60% and/or > 75%:** Attached **Slide 1** illustrates that one needs to achieve an iTTR greater than 60% in order to reduce the risk of stroke, that the risk of stroke declines further with higher iTTR values (such as > 75%), **and** that as the iTTR falls to lower values, the adjusted risk of stroke actually *increases* over no treatment.[7] Similarly, the risk of major bleeding demonstrates a very similar pattern (attached Slide 2). For these reasons, knowing the number or percent of patients that achieve given levels of INR control (such as the % of patients with a %iTTR < 60% and > 75%) is important. **Note that NA had the best indicators of INR control in this category - the lowest %iTTR < 60 and the highest %iTTR > 75.** [29]

9

USCA5 2595

Table 3:  Percent of patients who had iTTRs in different ranges by region.

|  | NA | WE | LA | EA/AP | EE |
|---|---|---|---|---|---|
| < 60% TTR | 36.1 | 48.6 | 58.7 | 59.6 | 67.8 |
| 60 – 75% TTR | 33.4 | 30.9 | 26.3 | 22.4 | 21.2 |
| >75% TTR | 30.5 | 20.5 | 15.0 | 18.2 | 11.0 |

NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **%Time at extreme INRs:** Another measure of poor INR control (that relates to the issue of INR variance) is the percent of time spent at the dangerous extreme INR values.  In patients with atrial fibrillation, the focus may be on time spent at INRs $\leq 1.7$ (where the risk of stroke increases several fold) and/or $\geq 4.0$ (where the bleeding risk increases exponentially) (see attached **Slide 3**).  **Note that NA and WE (which combined enrolled 35% of patients) had better indicators in this measure (much lower % time at extreme INRs) than other regions (Table 4).** [30]

Table 4:  Percent of patients who had iTTRs in different ranges by region.

|  | NA | WE | LA | EA/AP | EE |
|---|---|---|---|---|---|
| % Time < 1.7 | 8.0 | 8.0 | na | 18.8 | 19.7 |
| % Time > 4. | na | na | na | na | na |

na = not available, NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **Time to follow-up after an extreme INR:** Because the risk of stroke increases by three-fold or more when the INR falls to 1.5 or lower, and because the risk of major bleeding increases exponentially above an INR of 4.0, how quickly such extreme values are dealt with is of critical importance.  As indicated in Table 5, such values received follow-up within an average time of only about **one week** in NA and WE, but in other regions the follow-up was delayed for **more than 3 weeks**. [30] Such a prolonged delay would likely constitute malpractice in the U.S.

Table 5:  Time (days) to follow-up after an extreme INR of $\leq 1.5$ or $\geq 4.0$ by region.

|  | NA | WE | LA | EA/AP | EE |
|---|---|---|---|---|---|
| $\leq 1.5$ | 9 | 9 |  | 27 | 26 |
| $\geq 4.$ | 7 | 7 | na | 23 | 25 |

na = not available, NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **Center TTR (cTTR):**  Center TTR (cTTR) is not often used to assess anticoagulation control but has been used to compare warfarin vs DOAC event rates in ROCKET AF and other clinical trials.  The rationale behind this method is that the cTTR is an indication of the overall care that the patient is receiving and, therefore, that the outcome in sites with a high cTTR are likely better for *both* the warfarin and the DOAC groups.  This would likely be valid if a given clinic TTR represented the same level of care from site to site and from country to country.  But we know that clinics with the same TTR may have different dispersions of iTTR; one site may have most of its patients with iTTR values clustered close to

10

the mean clinic TTR while another site may have patients more widely dispersed with very high and very low iTTR. Two such sites would likely have different variance measures in the INR, might have different intensities of patient education, could have different amounts of patient-time spent at extreme INRs, and the clinical follow-up may be more intense in one site than the other. All of these factors would result in differences in quality of care even though the two sites might have the same cTTR.

3. **In East Asian sites, which enrolled only 6.5% of patients, warfarin-treated patients had a 3.9 fold greater intracranial hemorrhage (ICH) rate than did non-East Asian patients (2.46 vs 0.63).[31] Inclusion of data from this relatively small group of patients in the overall analysis misleads clinicians to think that the ICH rate was higher in other locations (which did not demonstrate this difference). Similarly, other major bleeding rates were also higher in East Asian sites but not to the same extent as the ICH difference.** A lower ICH rate is very often touted as an advantage of rivaroxaban over warfarin but this touted difference becomes non-significant if the 6.5% of patients enrolled from East Asian sites are excluded from the analysis (Table 6). In the 93.5% of patients who were enrolled from non-Asian sites (n = 14,254), the ICH rates per 1,000 patients per year were not statistically different (4.9 with rivaroxaban vs. 6.3 with warfarin) even though most of these patients were enrolled from regions with poor INR control. In the previously cited Swedish study, the rate of ICH among the more than 22,000 patients who had a %TTR > 70%, the ICH rate was 3.4.[12] As expected, hemorrhagic stroke (as a category of ICH) was similarly increased by a factor of 2.5 in East Asians taking warfarin (1.24 vs. 0.49), but this difference did not achieve statistical significance. Other categories of major bleeding tended to be higher in East Asians but the differences were not statistically significant. Besides rather poor INR control in East Asian countries, other factors that may have contributed to such a high bleeding rate include increased prevalence of genetic sensitivity to warfarin, dietary differences, and the greater use of potentially interacting herbal supplements.

**Table 6.** Intracranial Hemorrhage (ICH) Rates in Selected Populations

| Population of Patients by site and drug | ICH Rates per 1,000 Patients per year |
|---|---|
| ROCKET AF – East Asian, Warfarin n = 464 | 24.6 |
| ROCKET AF – East Asian, Rivaroxaban n =468 | 5.9 |
| ROCKET AF – non-East Asian, Warfarin n = 6,669 | 6.3 |
| ROCKET AF – non- East Asian, Rivaroxaban n = 6,663 | 4.9 |
| Sweden, Warfarin at %TTR ≥ 70 n = 22,185 | 3.4 |
| The Netherlands, Warfarin n = 3,313* | 3 – 5* |

ROCKET AF trial [9] data from Sweden [12] and The Netherlands [14]  *All patients were more than 70 years old and the rate of ICH was higher in the very elderly.

11

4. **Reliance on a subsequently recalled point of care (POC) or "fingerstick" INR device increased the risks for warfarin-treated patients across all study sites.** The INRatio "fingerstick" INR device was used throughout the ROCKET AF trial to adjust warfarin doses. Blood samples were obtained for comparison at weeks 12 and 24 of the trial. Subsequently, the device was recalled because of discrepant results. The initial recall implied that erroneous results occurred primarily in patients with certain specified conditions. The European Medicines Agency analysis [32] and a U.S. based analysis [33] concluded that discrepant INR values in patients with the specified conditions would not alter the conclusions of the study. Subsequently, however, it was found that apparently erroneous INR results were distributed equally across individuals with and without the specified conditions. A letter to the editor challenging the earlier analyses [34] drew a response that included more information and further analysis.[35]. Taken together, these last two publications [34,35] revealed that when lab and POC INRs are compared by therapeutic INR ranges of $< 2$, $2 - 3$, $>3 - 4$, and $> 4$.:

- Results by ranges did not agree almost 40% of the time (meaning that the INR would be in one range by one method and in a different range by the other method).
- When the POC INR was in range ($2 - 3$, n = 5695), only 61.9% (n = 3528) of lab INRs were in range.
- When lab INR results were in range ($2 - 3$, n = 4,796), only 73.6% (n = 3,528) of POC INR results were in range.
- When lab INRs were $> 4$ where a dosage reduction would be clearly indicated (n = 1,517), 30.1% (n = 467) of POC INRs were $< 3$ and 6.2% were $< 2$.
- When POC INRs were $< 2$ where a dosage increase would be in order (n = 2,218), 51.9% (n = 1,151) of lab INRs were in range while 5.2% were in the $3 - 4$ range, and 4.3% were $> 4$.

While the more recent analysis described above clearly indicates a clinically important problem with the POC device used in this trial, it is difficult to determine what the clinical impact was. While the risk of bleeding is closely linked to INR control, it should be acknowledged that a modest elevation in the INR above the target range will not necessarily lead to a bleeding event. For example, if the INR is in range, the risk of a major bleeding event may be 1% or less over a year's time. If the INR is modestly above the target range, the risk of bleeding may increase 3 to 5 fold; but the event rate would still be only 3% to 5% per year. Therefore, if faulty POC INR results led to over anticoagulation, the resulting high bleeding rate of perhaps 5% in absolute terms might not be immediately obvious. Furthermore, a variety of other factors can influence the rate of bleeding events further clouding the assessment of the impact of faulty POC INR results in a large population. Because of such considerations, an examination of the records was conducted of those patients who did bleed shortly after having both lab and POC INR results performed. None of the published analyses took this approach of looking at cases of major or non-major clinically relevant bleeds to see if INR discrepancies may have led to a bleeding event. The data presented in DiBattiste Exhibit 7 [36] provides the opportunity to evaluate this question by comparing lab and POC INRs at weeks 12 and 24 in those patients who experienced

12

such bleeding events within the next 30 days or before the next visit. There were 13 such patients in the 12 week group and 15 patients in the 24 week group for a total of 28 patients with major bleeds in the immediate period after dual INR samples were collected.  One patient in the 24 week group did not have a POC INR reported which left 27 evaluable patients.  The data from both periods were combined and evaluated according to the following criteria with the results presented in **Table 7**.

The first step was to identify instances in which POC and lab discrepancies were clearly not an issue contributing to the bleeding event.  In this assessment, the criteria were (a) both values were within the target range, (b) both values were above the target range but < 3.5, and (c) both values were below the target range but were similar (difference of 0.3 INR units or less).  Only 8 of 27 patients (30%) met the criteria to exclude a contribution of faulty POC INR results to the bleeding events.

The second step was to examine whether faulty POC INR results may have led to a failure to make an appropriate dose reduction or to an inappropriate dose increase.  The criteria used included (d) failure to reduce the dose when the POC INR was in range but the lab INR was high, (e) failure to reduce the dose adequately because both INRs were high and the lab INR was at least 0.5 INR units higher than the POC INR (perhaps suggesting a larger dose reduction was in order), (f) unwarranted dose increase due to a POC INR being low when the INR was high, and (g) unwarranted dose increase due to POC INR being below range with the lab INR in range and either the difference being at least 0.5 INR units or the POC being 1.7 or less.  Thirteen (48%) met the criteria for likely failure to reduce the warfarin dose when needed and six (22%) met the criteria for likely having an unwarranted dose increase.  The combined total is 19 patients (70%) for those with bleeding having a plausible explanation for faulty POC results contributing to the bleeding event.  Furthermore, as indicated in the **Table 7**, when patients met the criteria that discrepant pairs likely contributed to the bleed, the difference in mean INR results for each criterion was very large.  In almost all cases, the mean lab INR was approximately 2 INR units higher than the mean POC INR for each of the criteria.

**Table 7:** Potential Impact of Lower POC INR on Bleeding Events (n = 27) [36]

| Criteria for assessing impact of POC v Lab INRs | N (%) | Mean (range) | | |
|---|---|---|---|---|
| | | POC INR | Lab INR | Diff. |
| **POC Results Likely NOT Harmful** | | | | |
| (a)  No Impact, both values in range (5 of 6 were in week 24)* | 6 (22%)* | 2.40 (2.0-2.9) | 2.42 (2.0-2.78) | 0.89 (0-0.17) |
| (b)  No Impact, both values above range and < 3.5 (POC above range only in wk 12)* | 1 (4%)* | 3.1 (na) | 3.33 (na) | 0.21 (na) |
| (c)  No Impact, both values below range with difference of 0.3 INR units or less | 1 (4%) | 1.5 (na) | 1.75 (na) | 0.25 (na) |
| Total | 8 (30%) | | | |
| | | | | |
| **POC Results Likely Harmful** | | | | |
| (d)  Failure to decrease dose: POC INR in range, lab INR high | 9 (33%) | 2.57 (2.3-2.8) | 4.31 (3.24–8.35) | 1.76 (0.51-5.75) |
| (e)  Failure to decrease dose adequately: Both values above range and Lab > POC by > 0.5 | 4 (15%)* | 4.52 (3.8-6.1) | 6.64 (4.74-8.43) | 1.96 (0.82-3.76 |

13

USCA5 2599

| | | | | |
|---|---|---|---|---|
| INR units (POC above range only in wk 12)* | | | | |
| Total failure to decrease dose | 13 (48%) | | | |
| (f) Unwarranted dose increase: POC < range, Lab high | 1 (4%) | 1.6 (na) | 11.0 (na) | 9.4 (na) |
| (g) Unwarranted dose increase: POC < range and Lab in range and (a) 0.5 INR units higher from POC or (b) POC =1.7 or less | 5 (21%) | 1.58 (1.3-1.8) | 3.78 (2.06-9.09) | 2.2 (0.46-7.49) |
| Total unwarranted dose increase | 6 (22%) | | | |
| Combined total likely harmed by POC results | 19 (70%) | | | |

*Note: Although data from week 12 and week 24 were combined in this analysis, a couple of unexplained differences were observed between the two periods. All of the 5 instances in which the POC INR was above the target range occurred at week 12; there were no POC INR results above the target range in week 24. Almost all (5 of 6) instances when both POC and lab INRs were in range, 5 occurred in week 24. I have no explanation for these week 12 vs week 24 differences in the distribution of data.

5. **Limited data suggest that "unskilled" dosage adjustments may have contributed to bleeding risk**. According to the FDA Advisory Committee meeting transcript, there was considerable discussion of whether the high bleeding rate with rivaroxaban may have been due to "unskilled" management of the warfarin dose.[22] Much of the information presented above regarding INR control would suggest that the warfarin management was very poor (or "unskilled") in the regions that enrolled the majority of patients. Assessment of the appropriateness of dosage changes in the data presented by Janssen is not feasible because dosage changes were presented as specific mg. dosage changes. Such information is not very useful because the individual dose of warfarin is so variable. For example, one patient may require 7 mg of warfarin per week while another may require 140 mg (or more) per week. A 2 mg/wk increase in the former is a dose increase of approximately 29% while in the latter it would be less than a 2% dose increase. During chronic dosing, most appropriate changes in dose will be 5% to 10% of the weekly dose with a 20% change being an unusually large change.

6. **Failure to exclude patients with substantial elevations in blood pressure may have contributed to an increased risk of major bleeding and stroke**. A review by Hart, et al. [37], concluded that an elevation of 9 mm Hg in systolic blood pressure in warfarin-treated patients doubles the intracranial hemorrhage risk while an increase of 12 mm Hg triples the risk. Further, Rao, et al [38] found that patients who had poor blood pressure control (defined as systolic pressure of 140 mm Hg or higher and/or diastolic pressure of 90 mm Hg or higher) at any time during one large study had a 50% higher stroke rate. With these factors in mind, it is very concerning that the ROCKET AF protocol allowed patients to enter the trial with blood pressures up to 180/100 mm Hg. While we do not know how many patients entered the trial with such high blood pressure readings, we do know that approximately 90% of the patients had high blood pressure and that high blood pressure was associated with an increased risk of bleeding.[**23**]

14

**Summary:**  Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided.  With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin).  Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial.  The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding.  The lack of a safe and effective antidote for rivaroxaban remains a concern.  Lastly, the rivaroxaban package insert and promotional materials (including television advertisements) fail to adequately warn patients or clinicians in the U.S. of the bleeding risk of this drug and the study limitations.

USCA5 2601

# References

1. Lippi G, Ardissino D, Quintavalla R, Cervellin G. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. J Thromb Thrombolysis DOI 10. 1007/s11239-014-1082-5.
2. Nakona Y, Kondo T, Osanai H, et al. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol http://dx.doi.org/10. 1016/j.jjcc.2014.07.021.
3. Mueck W, Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic proile of Rivaroxaban. Clinical Pharmacokinetics 2014; 53:1-16.
4. Xarelto Advisory Committee Briefing, September 8, 2011. Doc UCM270797 Figures 7 and Figure 8.
5. Xarelto, FDA Center for Drug Evaluation and Research Summary Review of application number 202439Orig1s000 dated Nov. 4, 2011
6. 5.CQ.19 With increasing use of direct-acting oral anticoagulants for stroke prevention in atrial fibrillation and treatment of venous thromboembolism, what is the role of laboratory monitoring, and can the use of new technologies help better define those at risk of bleeding or thrombosis with use of direct-acting oral anticoagulants or warfarin? At https://www.nhlbi.nih.gov/sites/www.nhlbi.nih.gov/files/NHLBI-Strategic-Vision-2016_FF.pdf visited last on Sept. 5, 2016.
7. Gallagher AM, Setakis E, Plumb JM, Clemens A, van Staa T-P. Risks of stroke and mortality associated with suboptimal anticoagulation in atrial fibrillation patients. Thromb Haemost 2011; 106:968-977. doi: 10.1160/TH11-05-0353.
8. Wan Y, Heneghan C, Perera R, et al. Anticoagulation control and prediction of adverse events in patients with atrial fibrillation: A systematic review. Circ Cardiovasc Qual Outcomes. 2008; 1:84-91. Doe: 10.1161/CIRCOUTCOMES.108.796185.
9. Singer DE, Chang Y, Fang, et al. Should patient characteristics influence target anticoagulation intensity for stroke prevention in nonvalvular atrial fibrillation? The ATRIA study. Cardiovasc Qual Outcomes 2009; 2:297-304.
10. Witt DM, Sadler MA, Shanahan RL, Mazzoli G, Tillman DJ. Effect of a centralized clinical pharmacy anticoagulation service on the outcomes of anticoagulation therapy. Chest 2005; 127:1515-1522.
11. Claes N, Buntinx F, Vijgen J, et al. The Belgian improvement study on oral anticoagulation therapy: a randomized clinical trial. Eur Heart J 2005; 26:2159-2165.
12. Bjorck F, Renlund H, Lip GYH, et al. Outcomes in a warfarin-treated population with atrial fibrillation. JAMA Cardiology 2016; 1:172-180.
13. Poller L, Jespersen J, Ibrahim S. Warfarin or dabigatran for treatment of atrial fibrillation. J Thromb Haemost 2014; 12:1193-1195.
14. Kooistra HAM, Calf AH, Piersma-Wichers M, et al. Risk of bleeding and thrombosis in patients 70 yeaers or older using vitamin K antagonist. JAMA Internal Medicine 2016; 176:1176-1183.
15. Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med 2011;365(10):883-91.
16. O'Shea SI, Arcasoy MO, Samsa G, Cummings SE, Thames EH, Surwit RS, Ortel TL. Direct-to-patient expert system and home INR monitoring iproves control of oral anticoagulation. J Thromb Thrombolysis 2008; 26(1): 14-21.
17. Ryan F, Byrne S, O'Shea S. Randomized controlled trial of supervised patient self-testing of warfarin versus using an Internet-based expert system. J Thromb Haemost 2009; 7:1284-1290.

16

18. Harper PL, Pollock D. Improved anticoagulant control in patients using home international normalized ratio testing and decision support provided through the internet. Internal Medicine Journal 2011; 41:332-7. doi: 10.1111/j.1445-5994.2010.02282.x.

19. Verret L, Couturier J, Rozon A, et al. Impact of a pharmacist-led warfarin self-management program on quality of life and anticoagulation control: a randomized trial. Pharmacotherapy 2012; 32:871-879.

20. Bussey HI, Bussey M, Bussey-Smith KL, Frei CR. Evaluation of warfarin management with international normalized ratio self-testing and online remote monitoring and management plus low-dose vitamin K with genomic considerations: A pilot study. Pharmacotherapy 2013; 33:1136-1146. doi: 10.1002/phar.1343.

21. Bereznicki LRE, Jackson SL, Peterson GM. Supervised patient self-testing of warfarin therapy using an online system. J Med Internet Res 2013; 15(7):e138. doi:10.2196/jmir.2255.

22. Rose, Martin. Transcript of FDA Xeralto Advisory Committee meeting, pages 190 – 214.

23. Goodman SG, Wojdyla DM, Piccini JP, et al. Factors associated with major bleeding events: Insights from the ROCKET AF Trial (rivaroxaban once-daily oral direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation. J Am Coll Cardiol. 2014; 63:891-900.

24. ROCKET – Study Design in Relation to INR 500 slides labeled XARELTO_JANSSEN_16163291 Note, the slides are numbered IN-001 through IN-546 but there are only 500 slides suggesting a numbering error or that some may have been deleted.

25. Wysowski DK, Nourjah P, and Swartz L. Bleeding complications with warfarin use; A prevalent adverse effect resulting in regulatory action. Arch Intern Med 2007; 167:1414-1419.

26. FDA letter from Mary Ross Southworth, Pharm.D. to Alla Rhoge, Pharm.D. at Janssen Pharmaceuticals titled "PRIOR APPROVAL SUPPLEMENT REQUEST" and stamped "Reference ID: 3643575" and "XARELTO_BPAG_00040364.

27. Razouki Z, Ozonoff A, et al. Improving quality measurement for anticoagulation; Adding International Normalized Ratio variability to percent time in therapeutic range. Circ Cardiovasc Qual Outcomes 2014; 7:664-669.

28. Lind M, Fahlen M, et al. Variability of INR and its relationship with mortality, stroke, bleeding and hospitalisations in patients with atrial fibrillation. Thrombosis Research 2012; 129:32-35.

29. Health Authority Response; Response to FDA Request for information regarding the Alere INRatio Monitor System Recall. EDMS-ERI-122861949, XARELTO_Janssen_22661455, April 18, 2016, page 65.

30. Singer DE, Hellkamp AS, Piccini JP, et al. Impact of global geographic region on time in therapeutic range on warfarin anticoagulation therapy: Data from the ROCKET AF clinical trial. J Am Heart Assoc 2013, 2:e000067. doi: 10.1161/JAHA.112.000067.

31. Wong KSL, Hu DY, Oomman A, et al. Rivaroxaban for stroke prevention in East Asian patients from the ROCKET AF trial. Stroke 2014; 45:1739 – 1747.

32. European Medicines Agency assessment report: Xarelto. February 5, 2016 (http://222.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Assessment_Report_-_ariation/human/000944/WC500201726.pdf).

33. Patel MR, Hellkamp AS, Fox KAA. Point-of-care warfarin monitoring in the ROCKET AF trial. N Engl J Med 2016; 374:785-8.

34. Powell JR. Point-of-care warfarin monitoring in the ROCKET AF trial (letter) 2016. DOI: 10.1056/NEJMx1604020.

USCA5 2603

35. Patel MR and Fox KAA. Point of Care warfarin monitoring in the ROCKET AF trial. N Engl J Med. 2016 DOI: 10.1056/NEJMc1604020 (including the extensive supplemental materials available only online with full text of the letter at NEJM.org).

36. DiBattiste Exhibit 7 – Data provided on week 12 and week 24 paired INR results in patients who experienced a major or non-major clinically relevant bleed shortly after the paired INR samples were obtained.

37. Hart RG, Tonarelli SB, Pearce LA. Avoiding central nervous system bleeding during antithrombotic therapy, recent data and ideas. Stroke 2005; 36:1588-1593.

38. Rao M, Halvorsen S, Wojdyla D, Alexander J, Lopes R, Hylek E, et al.  Poorly controlled blood pressure is independently associated with a 50% higher risk of stroke or systemic embolism in patients with atrial fibrillation: Results from the ARISTOTLE trial. (Abstract A362)  J Am Coll Cardiol. 2014; 63 (Abstract A362).

USCA5 2604

# Attached Slides (3)

**Slide 1**



**Slide 2**



19

**Slide 3**



# APPENDIX A

| Materials Relied On, Reviewed, and/or Considered by Henry I. Bussey, Pharm.D., FCCP |
|---|
| **All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:** |
| **Literature** |
| Assan, et al. *The effect of freezing storage of citrated plasma on prothrombin time and activated partial thromboplastin time.* Asian Journal of Biomedical & Pharmaceutical Sciences (2013) |
| Feng, et al. *Effects of storage time and temperature on coagulation tests and factors in fresh plasma.* Scientific Reports (2014) |
| Hylek, et al. *Effect of intensity of oral anticoagulation on stroke severity and mortality in atrial fibrillation.* NEJM (2003) |
| Letter to the Editor (Powell) and Author's Reply (Patel, et al.). *POC Warfarin Monitoring in the ROCKET AF Trial.* NEJM (2016) |
| Lippi, et al. *Urgent monitoring of direct oral anticoagulants in patients with AF: a tentative approach based on routine laboratory tests.* J. Thromb. Thrombolysis (2014) |
| Nakano, et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban.* Journal of Cardiology (2014) |
| Ndakotsu, et al. *Effect of plasma storage on prothrombin time and activated partial thromboplastin time at a Nigerian public laboratory.* Sahel Medical Journal (2013) |
| Patel, et al. *POC warfarin monitoring in the ROCKET AF trial.* NEJM (2016), including supplementary appendix |
| Pokorney. *Research Letter,:Stability of INR in patients taking long-term warfarin therapy.* JAMA (2016) |
| Van den Besselaar, et al. *Long-term stability of frozen pooled plasmas stored at -70, -40, and -20 C for prothrombin time and INR assessment.* Thrombosis Research (2013) |
| Veeger, et al. *Early detection of patients with a poor response to vitamin K antagonists: the clinical impact of individual time within target range in patients with heart disease.* Int'l Society on Thrombosis and Haemostasis (2006) |
| |
| **Internal Documents** |
| XARELTO_JANSSEN_00002047 |
| XARELTO_JANSSEN_00002048 |
| XARELTO_JANSSEN_00002049 |
| XARELTO_JANSSEN_00002050 |
| XARELTO_JANSSEN_00002051 |
| XARELTO_JANSSEN_00002052 |
| XARELTO_JANSSEN_00002053 |
| XARELTO_JANSSEN_00002054 |
| XARELTO_JANSSEN_00002055 |
| XARELTO_JANSSEN_00002056 |
| XARELTO_JANSSEN_00002057 |
| XARELTO_JANSSEN_00002058 |
| XARELTO_JANSSEN_00002059 |
| XARELTO_JANSSEN_00002060 |
| XARELTO_JANSSEN_00002061 |
| XARELTO_JANSSEN_00002062 |
| XARELTO_JANSSEN_00002063 |
| XARELTO_JANSSEN_00002064 |
| XARELTO_JANSSEN_00002065 |

| |
|---|
| XARELTO_JANSSEN_00002066 |
| XARELTO_JANSSEN_00199999 |
| XARELTO_JANSSEN_00200000 |
| XARELTO_JANSSEN_16163291 |
| XARELTO_JANSSEN_22661441 |
| XARELTO_JANSSEN_22661443 |
| XARELTO_JANSSEN_22661445 |
| XARELTO_JANSSEN_22661447 |
| XARELTO_JANSSEN_22661452 |
| XARELTO_JANSSEN_22661453 |
| XARELTO_JANSSEN_22661455 |
| XARELTO_JANSSEN_22661612 |
| **Other Documents** |
| December 5, 2014 Customer Letter re: Alere INRatio PT/INR Monitor System |
| December 5, 2014 Dear Healthcare Professional Letter re: Alere INRatio PT/INR Monitor System |
| December 5, 2014 Recall Notice – "Alere INRatio and INRatio2 PT/INR Monitor System (Professional and Prescription Home Use) – Falsely Low INR Test Results" |
| FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee Meeting for Xarelto (NDA 202439), Sept. 8, 2011 |
| FDA Summary Review, Xarelto (NDA 202439) |
| Mayo Clinic, Ensuring Specimen Integrity: Proper Processing and Handling of Specimens for Coagulation Testing (October 2008) |
| NIH, Charting the Future Together: The NHLBI Strategic Vision |
| PowerPoint by Martin Rose (FDA Clinical Reviewer), FDA Cardiovascular and Renal Drugs Advisory Committee Meeting for Xarelto (NDA 202439), Sept. 8, 2011 |
| Quest Diagnostics, Prothrombin with INR and Partial Thromboplastin Times |
| Weston, Pre-analytical factor affecting coagulation testing (GBMC Healthcare) |

# APPENDIX B

*CURRICULUM VITAE*

# Henry I. Bussey

## PERSONAL INFORMATION

Office Address:
Genesis Clinical Research and ClotCare.org
The Medical Park at Stone Oak
19260 Stone Oak Parkway, Suite 101
San Antonio, Texas 78258
Tel: 210-495-4335, option 1
Fax: 210-587-7415

Professional Licenses:     Indiana #12626
                          Texas   #21257

Professional Memberships:

| | |
|---|---|
| 1974 - 2005 | The American Society of Hospital Pharmacists |
| 1978 - 1982 | The American Society for Parenteral and Enteral Nutrition |
| 1980 - 1995 | The American Association of Colleges of Pharmacy |
| 1981 - present | The American College of Clinical Pharmacy |
| 1982 - 2000 | Central Texas Society of Hospital Pharmacists |
| 1984 - 1987 | Society of Teachers of Family Medicine |
| 1984 - 1989 | North American Primary Care Research Group |
| 1984 - 2000 | The Texas Society of Hospital Pharmacists |
| 1989 - 1997 | The American Federation for Clinical Research |
| 1992 - present | The Anticoagulation Forum |
| 1994 – present | The American Heart Association and the Council on High Blood Pressure Research |
| 1999 – present | The American College of Chest Physicians |
| 2008 – present | The North American Thrombosis Forum |

## CURRENT POSITIONS (and related appointments)

President, Genesis Clinical Research, San Antonio, Texas

President and Senior Editor, ClotCare Online Resource (www.ClotCare.com), San Antonio, Texas

## PREVIOUS POSITIONS

| | |
|---|---|
| 1982 – 2011 | Professor, College of Pharmacy, The University of Texas at Austin and Clinical Professor, the University of Texas Health Science Center at San Antonio. |
| 1994 – 2010 | Clinical Director, Anticoagulation Clinics of North America, San Antonio. |
| 1986 - 1999 | Director, Pharmacotherapy Consultants Clinic, Brady-Green Community Health Center, San Antonio. |
| 1984 - 1992: | Director, Anticoagulation Clinic, Brady-Green Community Health Center, San Antonio. |
| 1984 - 1987: | Assistant Professor, Department of Family Practice, The University of Texas Health Science Center at San Antonio. |

USCA5 2611

Bussey (C.V.)
Page 2

## PREVIOUS POSITIONS (continued)

1978-1982:   Assistant Professor, College of Pharmacy, The University of South Carolina, Columbia,
South Carolina.

1978-1982:   Coordinator of Clinical Pharmacy Services, and Clinical Pharmacologist, Ancillary Medical Staff,
Richland Memorial Hospital, Columbia, South Carolina.

1975-1978:   Teaching Assistant, College of Pharmacy, The University of Texas at Austin and The University
of Texas Health Science Center at San Antonio.

1972-1975:   Pharmacist and Hyperalimentation Specialist, Baptist Medical Center and Jacksonville Children's
Hospital, Jacksonville, Florida.

1971-1972:   Pharmacist and Assistant Manager, Hook Drugs, Inc., Indianapolis, Indiana.

## EDUCATIONAL HISTORY

1965-1967:   Georgia Southern College, Statesboro, Georgia.

1967-1968:   The University of Georgia, Athens, Georgia.

1968-1971:   School of Pharmacy, The University of Georgia, Athens, Georgia.
Bachelor of Science received June, 1971.

1975-1978:   The University of Texas Health Science Center at San Antonio; and College of Pharmacy, The
University of Texas at Austin.  Doctor of Pharmacy received May, 1978.

This 36-month program integrated the pathophysiology courses of the second-year
Medical School curriculum and courses in advanced pharmacotherapeutics, pharmacokinetics,
physical assessment skills, and drug literature evaluation into an intensive first-year didactic
experience.  Experiential training as a team member in several patient-care units and the Drug
Information Center comprised the second and third years.  Teaching responsibilities and an
investigational project were additional requirements of the last two years of the program.  The
awarding of the degree required the successful completion of a comprehensive challenge exam.

1977-1978:   Clinical Pharmacy Residency in Internal Medicine.  The University of Texas Health Science
Center at San Antonio.

## SPECIAL HONORS, AWARDS, and APPOINTMENTS (most recent first):
(see professional service activities for organization appointments)

2009 – present   Appointed to the Scientific Advisory Board of the North American Thrombosis Forum

2008-2011   Selected for the GSK Distinguished Scholar in Thrombosis Award by the Chest Foundation of the
American College of Chest Physicians.

2008   Received a global Humanitarian Award from the Chest Foundation of the American College of
Chest Physicians for service through ClotCare.org

2007   Visiting Grand Professor, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania,
August 17, 2007.

2007   Visiting Professor in Japan as part of the Japanese Ministry of Health's program to facilitate
change in Pharmacy Practice and Education.  March 10 – 25, 2007.

2006   Invited moderator for session on heart valve disease, Annual Scientific Session, American Heart
Association Annual Meeting, Chicago, Illinois, November 15, 2006.

2006   Career Achievement Award, Ambulatory Care Practice and Research Network, American College
of Clinical Pharmacy, St. Louis, Missouri, October 28, 2006

USCA5 2612

**SPECIAL HONORS, AWARDS, and APPOINTMENTS -** *continued*
(see professional service activities for organization appointments)

2006   The Pinnacle Award (individual category), The American Pharmacy Foundation, The Museum of American History, The Smithsonian Institute, Washington, D.C. June 13, 2006.

2007   Selected to represent the American College of Clinical Pharmacy at the Surgeon General's Workshop on Deep Vein Thrombosis, Bethesda, Maryland, May 8 – 9, 2006.

2006   Julius W. Sturmer Memorial Lecturer, Rho Chi Society, Philadelphia College of Pharmacy, University of The Sciences in Philadelphia, Philadelphia, Pennsylvania. "Life Lessons Learned by An Old Geezer; On Passion, Reason, Compassion, and Insight." April 1, 2006.

2003   21st Robert G. Leonard Memorial Lecturer, Texas Society of HealthSystems Pharmacists Annual Meeting, Arlington, Texas. April 4, 2003.

2003   Appointed to the Seventh American College of Chest Physicians Consensus Conference on Antithrombotic Therapy, sections on Oral Anticoagulants, Prosthetic Heart Valves, and Management Systems.

2003   Reviewer of Clinical Research Trainee Awards for the American College of Chest Physicians Foundation.

2000:   Elected Fellow, American College of Chest Physicians

2000:   Elected Distinguished Scholar in the National Academies of Practice – Pharmacy

2000   Appointed to the Safety and Monitoring Board for "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging, Safety and Efficacy Study of Recombinant P-Selectin Glycoprotein Ligand-Ig in Combination with Thrombolytic Therapy in Patients with Acute Myocardial Infarction", a study sponsored by Wyeth-Ayerst Research.

2000   Medical Advisory Board, HemoSense, Inc.

2000   Grant Reviewer for the Center for Ecogenetics and Environmental Health, University of Washington, Seattle, Washington.

1999 - 2000   Appointed to the Sixth American College of Chest Physicians Consensus Conference on Antithrombotic Therapy, sections on Oral Anticoagulants, Prosthetic Heart Valves, and Management Systems.

1999 - 2001   Appointed to the American Pharmaceutical Association's Strategic and Tactical Analysis Team (STAT) on Payment and Empowerment.

1999:   Invited participant in the Duke Clinical Research Institute and American Heart Association Symposium on Antithrombotic Therapy for Prosthetic Cardiac Valve Implantation.

1999 - 2000   Appointed to the Quality Improvement Task Force for <u>Pharmacotherapy</u>.

1998 - Present   Appointed to the Editorial Board of <u>Pharmacotherapy</u>.

1998:   Appointed to the Fifth American College of Chest Physicians Consensus Conference on Antithrombotic Therapy, sections on Oral Anticoagulation and Management Systems.

1997:   Appointed to the American College of Chest Physicians mini-Consensus Conference on Venous Thrombosis.

1996 - 1998   Appointed to the Editorial Board of the <u>Journal of Thrombosis and Thrombolysis.</u>

**SPECIAL HONORS, AWARDS, and APPOINTMENTS -** *continued*
(see professional service activities for organization appointments)

1996:            Appointed to the Editorial Board of Current Issues in Hypertension.

1996:            Appointed to the College of American Pathologists Consensus Conference on Laboratory
                 Monitoring of Oral Anticoagulation.

1995:            Elected Fellow in the Council for High Blood Pressure Research, American Heart Association.

1995:            Elected to the Board of Regents, The American College of Clinical Pharmacy.

1995:            Appointed to the Pharmacy Council on Stroke Prevention.

1994:            Appointed to the Fourth American College of Chest Physicians Consensus Conference on
                 Antithrombotic Therapy, section on Oral Anticoagulation.

1994:            Received the American College of Clinical Pharmacy Clinical Practice Award.

1993:            Appointed to the Steering Committee of the Anticoagulation Forum (a national organization of
                 anticoagulation clinic directors and others involved in anticoagulation research and practice).

1993 - 1998:     Appointed Chairman of the Data Safety Monitoring Board for the multi-center trial "A Double-
                 Blind Comparison of the Efficacy and Safety of Extended Outpatient Treatment with Subcutaneous
                 Normiflo Versus Placebo for the Prevention of Deep Vein Thrombosis in Patients After Hip or
                 Knee Replacement Surgery", a multi-center study sponsored by Wyeth-Ayerst Research.

1992:            Faculty Mentor Third Place Award, Searle Fellowship in Pharmacy.

1991:            Appointed to the Medicine and Health Care Panel of the Texas Telecommunications
                 Forum.

1989:            Received the American College of Clinical Pharmacy-Genentech Research Fellowship in
                 Cardiovascular Therapeutics (as preceptor).

1989:            Member of the American Federation for Clinical Research

1988 - 1991:     Appointed to a three-year term as a member of the Institutional Review Board for Human
                 Investigations, The University of Texas Health Science Center at San Antonio.  (Nominated to
                 serve as Chair-Elect in 1989).

1988:            Appointed Chairman of the Editorial Advisory Board Panel on General Medicine, Drug
                 Intelligence and Clinical Pharmacy.

1987:            Elected Fellow of the American College of Clinical Pharmacy (FCCP).

1987-1993:       Appointed to Editorial Board, General Medicine Panel, Drug Intelligence and Clinical Pharmacy.

1986-1990:       Clinical Investigator Member, Steering Committee for the Ambulatory Clinical Research Center,
                 Bexar County Hospital District Medical Staff.

1986-Present:    Affiliate Member of the Medical and Dental Staff of the Bexar County Hospital District, San
                 Antonio, Texas.

1982-present:    Graduate Faculty, Graduate School of Biomedical Sciences, The University of Texas Health
                 Science Center at San Antonio.

1980-present:    Rho Chi Pharmacy Honor Society.

USCA5 2614

Bussey (C.V.)
Page 5

**SPECIAL HONORS, AWARDS, and APPOINTMENTS -** *continued*
(see professional service activities for organization appointments)

Referee or Reviewer for (alphabetically):

American Journal of Cardiology (1982, 1983, 1987, 1996, 2000, 2001, 2004, 2005, 2006)

American Journal of Kidney Disease (2004)

American Journal of Medicine (2003 - present)

Archives of Internal Medicine (1982-Present)

Annals of Internal Medicine (1984- present)

Annals of Pharmacotherapy (1990 - present)

Circulation (1997 - Present)

Clinical Pharmacy (1982 - 1995)

Clinical Therapeutics (1999)

Drug Intelligence and Clinical Pharmacy (1980 - 1990)

Drugs and Aging (2004)

Encyclopedia of Clinical Pharmacy, Joseph T. DiPiro, Editor. (2001)

Hospital Pharmacy (1984)

Journal of the American College of Cardiology (1996 - present)

Journal of the American Board of Family Practice (1989 - 1992)

Journal of Thrombosis and Haemostasis (2010 - present

Journal of Thrombosis and Thrombolysis (1999-present)

Medical Science Monitor (2005)

Pharmacotherapy (1985-Present)

Surgical Issue Circulation (1999 - Present)

Thrombosis Research (1999)

Thrombosis and Haemostasis (2003-  present)

Western Journal of Medicine (1993 - 1995)

Appointed to National Advisory Boards for:

Rhone Poulenc Rorer (1988 - 2000)

Upjohn-Pharmacia (1998 - 2003)

Sulzer Carbomedics (1998 - 2008)

Astra-Zeneca (1999 - present)

Aventis (2000 – 2003)

Sanofi-Aventis (2003 – present)

Boehringer-Ingelheim (2005 – present)

Ortho McNeil      (2008 – present)

USCA5 2615

**SPECIAL HONORS, AWARDS, and APPOINTMENTS -** *continued*
(see professional service activities for organization appointments)

Appointed to the National Medical Education Speakers' Bureau for:

| | |
|---|---|
| Boehringer-Ingelheim, Inc. (1984 – 1995, 2000-2007) | A.H. Robins, Inc. (1984 - 1995) |
| Ciba-Geigy Corp. (1986 - 1997) | Wyeth-Ayerst (1990 - 2007) |
| DuPont Pharma (1992 - 2000) | Lederle, Inc. (1992 - 1995) |
| Rhone Poulenc Rorer (1992 - 2000) | Carbomedics (1998 - present) |
| Boehringer Mannheim Corp. (1997 - 2000) | Sanofi-aventis (2000 – 2004) |

**INVENTIONS**

"TPN Wheel Calculator", Patent Application Number 398429

**FDA EXPERIENCE**

Investigational New Drug Application (IND) number 34,117 for Ciprofloxacin tablets

Provisional patent on new vitamin K antagonist products with M. Walker

**PUBLICATIONS**

The following were published in 1978 and 1979 in the drug information source, <u>Drugdex</u>, Micromedex, Inc., Englewood, Colorado.

1.  Evens RP and Bussey HI.  Bromocriptine:  Comparison in Parkinsonism.
2.  Evens RP and Bussey HI.  Pyridostigmine vs. Neostigmine Muscle Relaxant Reversal.
3.  Evens RP, Terrill M and Bussey HI.  Chlorpropamide Therapy of Diabetes Insipidus.
4.  Evens RP and Bussey HI.  Diazepam:  Oral Therapy of Seizure Disorders.

**Abstracts:**

1.  Bussey HI and Hoffman EW.  Inappropriate Sample Collection and Misuse of Serum Drug Assays (abstract #5).  <u>Drug Intelligence and Clinical Pharmacy</u>, 1981; 15:476-7.

2.  Bussey HI.  Total Parenteral Nutrition in Cancer Chemotherapy:  A Weapon or a Tool?  (Abstract), page 192-193, Sixth Clinical Congress of the American Society for Parenteral and Enteral Nutrition, February, 1982.

3.  Bussey HI, Farringer JA, Merritt GJ.  Influence of Rifampin on Quinidine and Digoxin (abstract #17).  <u>Drug Intelligence and Clinical Pharmacy</u> 1983; 17:436.

4.  Bussey HI and Hawkins DW.  Analysis of Methods Employed in Identifying and Recruiting Study Subjects (abstract #187), North American Primary Care Research Group Annual Meeting, May, 1984.

5.  Bussey HI, Watson WA, Hawkins DW, Wang P.  Practical Value of a New Serum Digitoxin Assay (abstract #68).  <u>Drug Intelligence and Clinical Pharmacy</u> 1985; 19:458.

6.  Bussey HI, Hawkins DW, Gaspard JJ.  Digoxin vs. Digitoxin in the Treatment of Congestive Heart Failure (abstract #69).  <u>Drug Intelligence and Clinical Pharmacy</u> 1985; 19:458-459.

7.  Talbert RL, Dalmady-Israel C, Bussey HI, Crawford MH, Ludden TM.  Effect of Sucralfate on Plasma Warfarin Concentration in Patients Requiring Chronic Warfarin Therapy (abstract #59).  <u>Drug Intelligence and Clinical Pharmacy</u> 1985; 456-457.

8.  Saklad JJ, Bussey HI.  Influence of Influenza Vaccine on Warfarin Therapy (Abstract #43).  <u>Drug Intelligence and Clinical Pharmacy</u>.  1986;20:460.

USCA5 2616

## PUBLICATIONS (continued)

<u>Abstracts</u> (continued) :

9. Dalmady-Israel C, Talbert RL, Ludden TM, Bussey HI, et al.  Steady-state Kinetics of R and S Warfarin in Different Age Groups (Abstract #96) <u>Drug Intelligence and Clinical Pharmacy</u>. 1986;20:472.

10. Bussey HI.  Step-Care Therapy of Hypertension (Abstract), Annual Meeting Program, American Society of Hospital Pharmacists, Denver, Colorado, June 3-6, 1986.

11. Montiel MM and Bussey HI. Response of Protein C and Protein S Inhibitors in Long-term Oral Anticoagulant Therapy (abstract #1078). <u>Thrombosis and Haemostasis</u> 1987; 58:295.

12. Bussey HI, Rospond R, Quandt C, Clark G.  A Predictive Model for Monitoring Frequency of Chronic Anticoagulation (abstract #1).  <u>Pharmacotherapy</u> 1988; 8:118.

13. Mueller BA, Bussey HI, Casto DT, Lowder NK, Sugarek NJ.  Digitoxin-like Immunoreactive Substance in Adults with Renal Insufficiency (abstract #71).  <u>Pharmacotherapy</u> 1988; 8:128.

14. Bussey HI. Cardiovascular Effects of Hypertension Therapy, Annual Meeting Program of the American Academy of Occupational Medicine, October, 1988.

15. Bussey, HI. Hypertension, Matching Pathophysioloby and Therapy, Annual Meeting Program for the American College of Clincal Pharmacy, August, 1989.

16. Bianco TM, Bussey HI, Linn WD, Farnett L, Wong J. Investigation of the Potential Interaction Between Warfarin and Ciprofloxacin in Chronically Anticoagulated Patients, Program for the Annual Meeting of the American College of Clinical Pharmacy, August, 1990.

17. Bussey HI, Hypertension: New Theories and New Therapies, Program for the Annual Meeting of the Nurse Practitioners Association for Continuing Education, San Francisco, California, August, 1990.

18. Bussey HI, Farnett L, Bianco TM, Linn WD. Comparison of INR Measurements by Laboratory and Fingerstick Methods, Meeting Program for the Winter Forum of the American College of Clinical Pharmacy, February, 1991.

19. Bussey HI. Vasodilators in Heart Failure: Are ACE Inhibitors the Drugs of Choice ? A Symposium on Heart Failure in the 1990s, Program for the American Society of Hospital Pharmacists Mid-Year Clinical Meeting, December, 1991.

20. Bussey HI. New Agents for Cardiovascular Diseases - 1991; A Symposium on New Drugs of 1991, Program for the Winter Forum Meeting of the American College of Clinical Pharmacy, Phoenix, Arizona, January, 1992.

21. Bussey HI. The Impact of Treating Hypertension on Atherosclerosis: What We Have Learned From Clinical Trials; A Pre-Meeting Symposium for the Annual Meeting of the American College of Clinical Pharmacy, Toronto, Canada, August, 1992.

22. Fenny L, Shadman A, Bennett B, and the Study Group.  The Antianginal Effect of Nicardipine SR Versus Placebo in Patients with Stable Angina Pectoris. <u>Clinical Research</u> 1992; 40:405A. (HI Bussey served as one of the prinicipal investigators but not as one of the authors).

23. Bussey, HI. "Workshop: Mechanism of Action of Warfarin and Its Implications". Anticoagulation Forum; Proceedings of the Second Conference on Antithrombotic Therapy, Monterey, California. 1993; 1-2:21.

USCA5 2617

**PUBLICATIONS** (continued)
**Abstracts** (continued) :

24. Bussey HI. A Comparative Pharmacological Profile of Low-Molecular-Weight Heaprin Versus Unfractionated Heparin. A Pre-Meeting Symposium for the Annual Meeting of the American Society of Hospital Pharmacy, Denver, Colorado, June 6, 1993.

25. Chiquette E, Amato MG, Bussey HI. "Outcomes and Pharmacoeconomic Impact of an Anticoagulation Clinic". Pharmacotherapy 1995; 15:123.

26. Bender NK, Bianco TM, Chiquette E, Linn WD, Farnett LE, Kraynak MA, Clark GM, Bussey HI. "The Effects of Marine Fish Oils on the Anticoagulation Status of Patients on Chronic Warfarin Therapy". Pharmacotherapy 1995; 15:108.

27. Chiquette E, Amato MG, Bussey HI. Comparison of an anticoagulation clinic with routine medical care. (abstract #3292). Circulation 1995; 92 (Suppl. I):I-686.

28. Bussey HI, Chiquette E, Bianco TM, Bender NK, Linn WD, Farnett LE, Kraynak MA, Clark GM. "Superiority of Fingerstick to Routine Laboratory PT Determinations" (abstract #3). Archives of Pathology and Laboratory Medicine 1995; 119:962.

29. Whitling AM Chiquette E, Lyons, RM, Bussey HI. Reversing over-anticoagulation: A comparison of subcutaneous or low dose intravenous vitamin K with higher intravenous doses (abstract) Pharmacotherapy 1996; 16(1):145.

30. Jacobson AK, Bussey HI, Toth F, Spell BM. Evaluation of patient versus professional determined INR value utilizing the CoaguChek™ system (abstract 676). Clinical Chemistry 1997; 43 (6):S251-52.

31. Stamper G, Jacobson AK, Bussey HI, Toth F. Evaluation of patient ability to perform INR determinations utilizing the CoaguChek™ system (abstract 677). Clinical Chemistry 1997; 43 (6):S251-52.

32. Farnett LE, Bussey HI, Patel B. The use of low dose vitamin K to stabilize INR fluctuation during warfarin therapy (abstract #52). Pharmacotherapy 2000, Mar.: 20(3): 347.

33. Reese AM, Farnett LE, Navarrete CS, Bussey HI, Lyons RM. Assessment of periprocedural anticoagulation management including the use of phytonadione. Pharmacotherapy 2003; 23:1342-2.

34. Martin C, Farnett LE, Lyons RM, Bussey HI, A retrospective analysis of vitamin K dosing and INR decline during interruption of warfarin therapy for invasive procedures. (abstract #413). Pharmacotherapy 2004

35. Wittkowsky A, Frei C, Walker MB, Bussey HI. Dietary supplement use among anticoagulation clinic patients Pharmacotherapy 2006

36. Bussey HI, Walker MB, Bussey-Smith KL, Frei CR. "Superior Oral Anticoagulation Management with Self-Testing and Automated Online Management; An Interim Analysis." American Heart Association Conference on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in 2010. (Abstract)

37. Forcade NA, Frei CR, Walker MB, Bussey-Smith KL, Daniels KR, Bussey HI. "INR Self-Testing in Warfarin Anticoagulation Improves Patient Satisfaction and Clinic Efficiency while Reducing Patient Costs." American Heart Association Conference on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in 2010. (Abstract)

**Articles**:

1. Bussey HI. Theophylline Toxicity Following Dyphylline Therapy. American Review of Respiratory Disease, 1981; 124:504.

**PUBLICATIONS** (continued)

<u>Articles</u> (continued):

2. Bussey HI. The Influence of Quinidine and Other Agents on Digitalis Glycosides. <u>The American Heart Journal</u>. 1982; 104 (2, Part I):289-302.

3. Talbert RL and Bussey HI. Update on Calcium-Channel Blocking Agents. <u>Clinical Pharmacy</u> 1983; 2:403-416.

4. Bussey HI and Hoffman EW. A Prospective Evaluation of Therapeutic Drug Monitoring. <u>Therapeutic Drug Monitoring</u> 1983; 5(3):245-248.

5. Bussey HI. Update: The Influence of Quinidine and Other Agents on Digitalis Glycosides. <u>The American Heart Journal</u> 1984; 107(1):143-146.

6. Bussey HI, Merritt GJ, Hill EG. Influence of Rifampin on Quinidine and Digoxin. <u>Archives of Internal Medicine</u> 1984; 144:1021-1023.

7. Bussey HI and Talbert RL. Promising Uses of Calcium Channel Blocking Agents. <u>Pharmacotherapy</u> 1984; 4(3):137-143.

8. Bussey HI. Components of Total Parenteral Nutrition. <u>NITA</u> (Journal of the National Intravenous Therapy Association) 1984; 7:209-214.

9. Bussey HI, Keisler D, House T. Views of Medical Educators on Doctor of Pharmacy Training. <u>American Journal of Pharmaceutical Education</u> 1984;48:255-259.

10. Bussey HI, Watson WA, Hawkins DW, Wang P. Practical Value of a New Serum Digitoxin Assay, <u>Therapeutic Drug Monitoring</u>. 1986; 8:90-94.

11. Bussey HI, Comstock TJ, Foster TS, et al. Survey of ACCP Members Regarding the Entry-level Degree for the Profession of Pharmacy. <u>Drug Intelligence and Clinical Pharmacy</u> 1987; 21:537-541.

12. ACCP Statement: The Entry-level Degree for the Profession of Pharmacy. <u>Drug Intelligence and Clinical Pharmacy</u> 1987; 21:536.

13. Bussey HI, Saklad JJ. Effect of Influenza Vaccine on Chronic Warfarin Therapy. <u>Drug Intelligence and Clinical Pharmacy</u> 1988; 22:198-201.

14. Bussey HI, Quandt C, Rospond R, Loesch W. Unraveling the Mysteries of Serum Theophylline Levels: A Patient Care Report in the Light of Pharmacokinetics. <u>Journal of the American Board of Family Practice</u> 1988; 1:282-87.

15. Bussey HI, Hawkins DW, Gaspard JJ, Walsh RA. A Comparative Trial of Digoxin and Digitoxin in the Treatment of Congestive Heart Failure. <u>Pharmacotherapy</u> 1988; 8:235-40.

16. Bussey HI, Hawkins DW. Pseudopheochromocytoma and Multiple Antihypertensives. <u>Hospital Therapy</u> 1988; April:62-67.

17. Mueller BA, Bussey HI, Casto DT, Cremer K. Lack of Apparent Digitoxin-like Immunoreactive Substance in Patients with Renal Insufficiency. <u>Clinical Pharmacy</u>, 1988; 7:825-828.

18. Lowder NK, Sugarek NJ, Bussey HI. Clinically Significant Diuretic-Induced Glucose Intolerance. <u>Drug Intelligence and Clinical Pharmacy</u> , 1988 (Dec.); 22:969-972.

19. Bussey, HI. Can We Preserve the Passion for Practice in Clinical Pharmacy...Please ? <u>Pharmacotherapy</u> 1989; 9(2):114-117.

USCA5 2619

**PUBLICATIONS** (continued)

<u>Articles</u> (continued) :

20. Nahata MC, Alexander DP, Angaran DM, Bradberry JC, Bussey HI, Evans WE. Faculty models in pharmacy practice. <u>American Journal of Pharmaceutical education</u> 1989; 53:392-394.

21. Rospond RM, Quandt CM, Clark GM, Bussey HI. Evaluation of Factors Associated with Stability of Anticoagulation Therapy. <u>Pharmacotherapy</u> 1989; 9(4):207-213.

22. Bussey HI, Rospond RM, Quandt CM, Clark GM. The Safety and Effectiveness of Long-Term Warfarin Therapy in an Anticoagulation Clinic. <u>Pharmacotherapy</u> 1989; 9(4):214-219.

23. Burris JF, Weir MR, Oparil S, et al. An Assessment of Diltiazem and Hydrochlorothiazide in Hypertension. <u>JAMA</u> 1990; 263(11):1507-1512. (H.I. Bussey not an author but acknowledged as a principal investigator).

24. Bussey HI, Force RW, Bianco TM, Leonard AD. Reliance on Prothrombin Time Ratios Causes Significant Errors in Anticoagulation Therapy. <u>Archives of Internal Medicine</u> 1992; 152:278-282.

25. Bussey HI. "Ode" to Beer Cans, Canoes, House Trailers, and Jimmy Buffett. <u>Pharmacotherapy</u> 1992; 12:271-272.

26. Bianco TM, Bussey HI, Farnett L, Linn WD, Roush MK, Wong YWJ. Potential Warfarin-Ciprofloxacin Interaction in Patients Receiving Long-Term Anticoagulation. <u>Pharmacotherapy</u> 1992; 12:435-439.

27. Bussey HI. Ode to Beer Cans, Canoes, House Trailers, and Jimmy Buffett: Author's Reply. <u>Pharmacotherapy</u> 1993; 13:160-162.

28. Pool PE, Applegate WB, Woehler T, et al. A Randomized, Controlled Trial Comparing Diltiazem, Hydrochlorothiazide, and Their Combination in the Therapy of Essential Hypertension. <u>Pharmacotherapy</u> 1993; 13:487-493. (H.I. Bussey not an author but acknowledged as a principal investigator).

29. Bussey HI. Three Current Issues in Anticoagulation Therapy: The INR, Atrial Fibrillation, and the New "Conventional" Range. <u>Cardio</u> 1993; (November):87-96.

30. Bussey HI. How to Monitor the Dosage of Warfarin. <u>Heart Disease and Stroke</u>. 1993; 2:388-392.

31. Bussey HI. Warfarin Monitoring. (this article was part of a symposium published in two journals) <u>P&T</u> 1994 (Supplement I): 36-39. and <u>Orthopaedic Review</u> 1994 23:3A (Supplement I): 36-39.

32. Haines ST, Bussey HI. Thrombosis and the pharmacology of antithrombotic agents. <u>Annals of Pharmacotherapy</u> 1995; 29:892-905.

33. Hirsh J, Dalen JE, Deykin D, Poller, Bussey HI. Oral anticoagulants: Mechanism of action, clinical effectiveness, and optimal therapeutic range. <u>Chest</u> 1995; 108 (suppl.):231S-246S.

34. Bussey HI, Chiquette E, Amato MG. Workshop: Anticoagulation Clinic Care versus Routine Medical Care: A Review and Interim Report. <u>Journal of Thrombosis and Thrombolysis</u> 1996; 2:315-319.

35. Zarowitz BJ, Nappi J, Dukes GE, Carter BL, Boucher BA, Bussey HI, Hak LJ, Hardin TC, Lake KD, OConnell MB, Wells BG, Elenbaas RM, Kirk JK, Michael KA, Markowsky SJ, Restino MR. Critical pathways: The time is here for pharmacist involvement <u>Pharmacotherapy</u> 1996 16 (4): 723-733.

36. Haines ST, Bussey HI. Diagnosis of deep vein thrombosis. <u>Am J Health-Systems Pharmacists</u>. 1997 (Jan.); 54:66-74.

37. Ansell JE, Buttaro ML, Thomas OV, Knowlton, and the Anticoagulation Guidelines Task Force. Consensus guidelines for coordinated outpatient oral anticoagulation therapy management. <u>Annals of Pharmacotherapy</u>. 1997; 31:604-15. (HI Bussey listed as a Task Force Member, not a primary author).

Bussey (C.V.)
Page 11

**PUBLICATIONS** (continued)

**Articles** (continued):

38. Fuster, V, Califf RM, Chesebro JH, et al. Coumadin Aspirin Reinfarction Study (CARS) Investigators. Randomized double-blind trial of fixed low-dose warfarin with aspirin after myocardial infarction. Lancet 1997 (Aug.); 350:389-396.

39. Bussey HI, Chiquette E. Control of warfarin treatment and problems with the International Normalized Ratio. Clinical and Applied Thrombosis and Hemostasis 1997 (Sept.); 3:S16-S23.

40. Bussey HI, Chiquette E, Bianco TM, et al. A statistical and clinical evaluation of fingerstick and routine laboratory prothrombin time measurements. Pharmacotherapy 1997; 17:861-66.

41. Bussey HI. Dosing heparin and warfarin in acute thromboembolism. IM (Internal Medicine) 1997 (March); 23-35.

42. Cropp JS, Bussey HI. A review of enzyme induction of warfarin metabolism with recommendations for patient management. Pharmacotherapy 1997; 17:917-28.

43. Chiquette E, Amato MG, Bussey HI. Comparison of an anticoagulation clinic and usual medical care: Anticoagulation control, patient outcomes, and health care costs. Archives Internal Medicine 1998; 158:1641-1647.

44. Bender NK, Kraynak MA, Chiquette E, Linn WD, Clark GM, Bussey HI. Effects of marine fish oils on the anticoagulation status of patients receiving chronic warfarin therapy. Journal of Thrombosis and Thrombolysis 1998; 5:257-261.

45. Bussey HI, Lyons RM. Controversies of antithrombotic therapy in patients with prosthetic heart valves. Pharmacotherapy 1998; 19:451-455.

46. Whitling AM, Bussey HI, Lyons RM. Comparing different doses and routes of phytonadione for reversing excessive anticoagulation. Archives of Internal Medicine 1998; 158:2136-2140.

47. Fairweather RB, Ansell J, van den Besselaar AMHP, Brandt JT, Bussey HI, Poller L, Triplett DA, White RH. College of American Pathologists Conference XXXI on laboratory monitoring of anticoagulant therapy: Laboratory monitoring of oral anticoagulant therapy. Archives of Pathology and Laboratory Medicine 1998; 122:768-781.

48. Hirsh J, Dalen JE, Andeson DR, Poller L, Bussey H, Ansell J, Deykin D, Brandt J. Oral anticoagulants: mechanism of action, clinical effectiveness and optimal therapeutic range. Chest 1998; 114:445S-469S.

49. Bussey HI. Problems with monitoring heparin anticoagulation (an invited editorial). Pharmacotherapy 1999; 19:2-5.

50. Bussey HI. (section editor). Venous thromboembolism in the elderly: introduction and overview. Journal of Thrombosis and Thrombolysis. 2000; 9:111-112.

51. Stratton MA, Anderson, FA Jr, Bussey HI. Prevention of venous thrombosis: adherence to the 1995 American College of Chest Physicians cosensus guidelines for surgical patients. Archives of Internal Medicine 2000; 160:334-340.

52. Weibert RT, Yeager BF, Wittkowsky AK, Bussey HI, et al. A randomized, crossover comparison of warfarin products in the treatment of chronic atrial fibrillation. Annals of Pharmacotherapy 2000; 34:981-988.

53. Hirsh J, Dalen JE, Anderson DR, Poller L, Bussey H, Ansell J, Deykin D. Oral anticoagulants: Mechanism of action, clinical effectiveness, and optimal therapeutic range. Chest 2001; 119(1):8S-21S.

## PUBLICATIONS (continued)

**Articles** (continued):

54. Ansell J, Hirsh J, Dalen J, Bussey H, Anderson D, Poller L, Jacobson A, Deykin D, Matchar D. Managing oral anticoagulant therapy. Chest 2001; 119(1):22S-38S.

55. Stein PD, Alpert JS, Bussey HI, Dalen JE, Turpie AGG. Antithrombotic therapy in patients with mechanical and biological prosthetic heart valves. Chest 2001; 119(1):220S-227S.

56. Bussey HI. Better delivery of standard antithrombotic care. American Heart Journal 2001; 114:1038-1042.

57. Bussey HI. Managing excessive warfarin anticoagulation (invited editorial). Annals Internal Medicine 2001; 135:460-463.

58. Bussey HI. Traditional anticoagulant therapy: Why abandon Half a Century of Success? American Journal of Health-Systems Pharmacists 2002; 59 (20):s3-s6.

59. Bussey HI. An overview of anticoagulants, antiplatelet agents, and the combination in patients with mechanical heart valves. Journal of Heart Valve Disease 2004; 13:319-24.

60. Bussey H. Francis JL. Heparin Consensus Group. Heparin overview and issues. Pharmacotherapy 2004; 24:103S-107S.

61. Ansell J. Hirsh J. Poller L. Bussey H. Jacobson A. Hylek E. The pharmacology and management of the vitamin K antagonists: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126:204S-233S.

62. Salem DN. Stein PD. Al-Ahmad A. Bussey HI. Horstkotte D. Miller N. Pauker SG. Antithrombotic therapy in valvular heart disease--native and prosthetic: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126:457S-482S.

63. Bussey HI. Blood, sweat, and tears: wasted by Medicare's missed opportunity (invited editorial) Pharmacotherapy 2004; 24:1655-8.

64. Busti AJ. Bussey HI. The role of oral direct thrombin inhibitors in the treatment of venous thromboembolism. Pharmacotherapy 2004 24:184S-189S.

65. Nutescu EA. Spinler SA. Dager WE. Bussey HI. Transitioning from traditional to novel anticoagulants: the impact of oral direct thrombin inhibitors on anticoagulation management. Pharmacotherapy 2004; 24:199S-202S.

66. Lowery S. Haley K. Bussey HI. Oral anticoagulation: challenges in the case-management setting. Lippincott's Case Management 2005; 10:39-50.

67. Rychlik PG. Henry KS. Duration of treatment of deep vein thrombosis: time for a new approach? Pharmacotherapy. 2005; 25:1112-5.

68. Bussey HI. Tapson V. Cannon RO 3rd. Nolan PE Jr. Gage B. Penzak SR. Spinler SA. De Smet P. Wittkowsky A. Lee AP. Ernst E. Marder VJ. Opinions and research priorities. Thrombosis Research 2005;117:155-69.

69. Reese AM, Farnett LE, Lyons RM, Patel B, Morgan L, Bussey HI. Low-dose vitamin K to augment anticoagulation control. Pharmacotherapy 2005; 25:1746-1751.

70. Anderson RD, Bussey HI. Retrievable and permanent inferior vena cava filters; Selected considerations. Pharmacotherapy 2006; 26:1595-1600.

USCA5 2622

**PUBLICATIONS** (continued)

<u>Articles</u> (continued):

71. Wittkowsky AK, Bussey HI, Walker MB, Frei CR. Dietary supplement use among anticoagulation clinic patients. <u>Journal of Thrombosis and Haemostasis</u> 2007; 5:875-877.

72. Bussey HI. Wittkowsky AK. Hylek EM. Walker MB. Genetic testing for warfarin dosing? Not yet ready for prime time. [Editorial] <u>Pharmacotherapy</u>. 2008; 28:141-143.

73. Jamerson K, Weber MA, Bakris, GL, et al for the ACCOMPLISH trial investigators [Bussey HI listed as an investigator but not as an author]. Benazepril plus amlodipine or hydrochlorothiazside for hypertension in high-risk patients. <u>New England Journal of Medicine</u> 2008; 359:2417-2428.

74. Kalodiki E, Fareed J, Tapson VF, Hoppensteadt DA, Sussman I, Carter CA, Kalodiki E, Sussman I, Hoppensteadt DA, Kalodoki E, Parker S, Harenberg J, Hull R, Fareed J, Rao G, Lovinger DF, Ried LD, Kakkar A, Talarico L, Ofuso F, Bussey HI, Fanikos J, Groce JB, Skinner N, Ahluwalia M, Carter CA, Iqbal O, Jackson CM, Jeske WP, Georges M, Ramacciotti E, Tapson VF, Van Thiel D, Wahi R, Walenga J. "A Consensus Conference on Complex Biologics and Low Molecular Weight Heparin". <u>International Angiology.</u> 2010; 29(2):193-6.

75. Zarowitz BJ, Tangalos E, Lefkovitz A, Bussey H, Deitelzweig S, Nutescu E, O'Shea T, Resnick B, Wheeler A. "Thrombotic Risk and Immobility in Residents of Long-Term Care Facilities." <u>Journal of the American Medical Directors Association</u> 2010; 11(3):211-21.

76. Bussey HI. "The Financial Viability of an Anticoagulation Clinic: A Discussion from the Anticoagulation Forum meeting, May, 2009." <u>Journal of Thrombosis and Thrombolysis</u> 2010; 29(2):227-32.

77. Garcia D, Ageno W, Bussey H, Eikelboom J, Margaglione M, Marongiu F, Moia M, Palareti G, Pengo V, Poli D, Schulman S, Witt D, Wittkowsky A, Crowther M. "Prevention and Treatment of Bleeding Complications in Patients Receiving Vitamin K antagonists, Part 1: Prevention." <u>American Journal of Hematology</u> 2010; 84(9):579-83.

78. Bussey H. "The Net Clinical Benefit of Warfarin Anticoagulation in Atrial Fibrillation." [Letter] <u>Annals of Internal Medicine</u> 2010; 152(4):264-5.

79. Bussey HI. "Transforming oral anticoagulation by combining international normalized ratio (INR) self testing and online automated management." <u>Journal of Thrombosis and Thrombolysis</u> 2011; 31:265-274.

80. Bussey HI. "The future landscape of anticoagulation management" (an invited lead editorial) <u>Pharmacotherapy</u> 2011; 31(12)1151-1155.

81. Bussey HI, Bussey M. "Cardiology Patient Page - Warfarin management: International Normalized Ratio self-testing and warfarin self-dosing." (an invited review) <u>Circulation</u> 2012; 126:e52-e54.

82. Bussey HI, Bussey M, Bussey-Smith KL, Frei CR. "Evaluation of warfarin management with International Normalized Ratio self-testing and online remote monitoring and management plus low-dose vitamin K with genomic considerations; A pilot study." <u>Pharmacotherapy</u> 2013; 33(11):1136-1146.

83. Meyer S, Frei CR, Daniels KR, Forcade NA, Bussey M, Bussey-Smith KL, Bussey HI. "Impact of a new method of warfarin management on patient satisfaction, time, and cost." <u>Pharmacotherapy</u> 2013: 33(11):1147-1155.

<u>**Publications for Clinician Recertification:**</u>

1. Bussey HI, Linn WD, Amato M, Farnett L, Bianco TM. Anticoagulation and Antiplatelet Thearpy in Update on Haemostasis, Boldt DH (Ed.) p.121-166. <u>Contemporary Management in Internal Medicine</u> (Volume 1, number 2) Churchill Livingstone, New York and Edinburgh 1990. (A publication to prepare Internists and Family Practitioners for recertification examination).

**PUBLICATIONS** (continued)
**Publications for Clinician Recertification** (continued):

2.  Bussey HI, Hawkins DW. Hypertension (in) Module 1, Cardiovascular Diseases, <u>Pharmacotherapy Self-Assessment Program (PSAP)</u>, the American College of Clinical Pharmacy, Kansas City, Missouri, 1991.  (A publication to prepare  Pharmacotherapists for recertification examination).

3.  Bussey HI, Hawkins DW. Hypertension (in) Module 1, Cardiovascular Diseases, <u>Pharmacotherapy Self-Assessment Program 2nd edition (PSAP-II)</u>, the American College of Clinical Pharmacy, Kansas City, Missouri, 1995.  (A publication to prepare  Pharmacotherapists for recertification examination).

**Book Chapters**:

1.  Hawkins DW, Bussey HI.  Hypertension (Chapter 10) in <u>Pharmacotherapy</u>: <u>A Pathophysiologic Approach</u>, Elsevier Publishing Company, New York, New York 1988.

2.  Hawkins DW, Bussey HI, Prisant LM  Hypertension (Chapter 12) in <u>Pharmacotherapy</u>: <u>A Pathophysiologic Approach</u>, Appleton and Lange, East Norwalk, Connecticut 1993.

3.  Hawkins DW, Bussey HI, Prisant LM  Hypertension (Chapter 12) in <u>Pharmacotherapy</u>: <u>A Pathophysiologic Approach</u>, Appleton and Lange, Stamford, Connecticut 1997.

4.  Hawkins DW, Bussey HI, Prisant LM  Hypertension (Chapter 10) in <u>Pharmacotherapy</u>: <u>A Pathophysiologic Approach</u>, Appleton and Lange, Stamford, Connecticut 1999.

**Letters, Book Reviews, Interviews, etc.** :

1.  Bussey HI.  Drug interactions and toxicity (letter).  <u>Archives of Internal Medicine</u>, 1980, 140:864-65.

2.  Bussey HI.  Determining serum drug levels. (letter).  <u>American Family Physician</u>, 1981; 24(2):46,50.

3.  "Curbing misuse of serum drug assays. (interview).  <u>Wellcome Trends in Hospital Pharmacy</u>, 1981; 3(8):1-2.

4.  Bussey HI.  Tolerance to hydralazine in congestive heart failure.  (letter).  <u>New England Journal of Medicine</u>. 1982; 307(7):443.

5.  Bussey HI.  Digoxin (letter).  <u>American Family Physician</u> 1984; 29:45, 48.

6.  Bussey HI.  Current Cardiovascular Drug Therapy (book review).  <u>Clinical Pharmacy</u> 1984; 3:672.

7.  Bussey HI, Knodel LC, Boyle DA.  Warfarin interaction with erythromycin (letter).  <u>Archives of Internal Medicine</u>.  1985; 145:1736-1737.

8.  Bussey HI.  Pharm.D. Faculty in U.S. colleges of medicine (invited commentary).  <u>Drug Intelligence and Clinical Pharmacy</u> 1985; 19:948-950.

9.  Bussey HI.  Comment:  ASPEN's exclusion of Pharm.D.s.  <u>Drug Intelligence and Clinical Pharmacy</u> (letter reply).  1986;20:313.

10.  "Research alters views on best ways to control hypertension" (interview).  <u>Drug Utilization Review</u> 1986; 9:113-115.

11.  Bussey HI.  1986 Year Book of Drug Therapy (book review).  <u>Drug Intelligence and Clinical Pharmacy</u> 1987; 21:756-757.

**PUBLICATIONS** (continued)
**Letters, Book Reviews, Interviews, etc**. (continued) :

12. Bussey HI. Drug Interactions Decision Support Tables (book review). Drug Intelligence and Clinical Pharmacy 1987; 21:840-841.

13. Bussey HI, Rospond RM, Quandt CM, Talbert RL. The risk of lone atrial fibrillation (letter). New England Journal of Medicine 1988; 318: 639-640.

14. Mueller BA, Bussey HI, Casto DT. Comment: Unusual digoxin concentrations (letter). DICP, The Annals of Pharmacotherapy 1989; 23:93.

15. Bussey HI. Lisinopril (invited commentary). Pharmacotherapy 1989; 9(3):129-130.

16. Bussey HI. Clinical Atlas of Hypertension (book review). The Annals of Pharmacotherapy 1992; 26:717-718.

17. Force RW, Roush MK, and Bussey HI. "Warfarin and the International Normalized Ratio" (letter) Annals of Pharmacotherapy 1992; 26:430.

18. Roush MK, Bussey HI, Bianco TM. Do flouroquinolones alter the effects of warfarin therapy ? (letter) Archives of Internal Medicine 1992; 152:1533-1534.

19. "Warning: PT reporting may be misleading" (interview). Emergency Medicine 1992; 24:69-73.

20. Bussey HI, Linn WD. Warfarin and aspirin after heart-valve replacement (letter). New England Journal of Medicine 1994; 330:508.

21. Bussey HI, Aspirin in prevention of stroke (letter). Lancet 1994; 343:234-235.

22. Bussey HI and Chiquette E. Costs of oral anticoagulation treatment after myocardial infarction. (letter) JAMA 1995; 274:1588-1589.

23. Amato MG, Bussey HI, Farnett LE, Lyons RM. Acetaminophen and risk factors for excess anticoagulation with warfarin (letter). JAMA 1998; 280:695-696.

24. Bussey HI. Hawkins DW. Groce JB III. Therapeutic interchange of low-molecular-weight heparins.[comment] American Journal of Health-System Pharmacy 2000; 57:1800.

25. Reese AM. Talbert RL. Bussey HI. Angiotensin-converting-enzyme inhibitors and diuretics for hypertension.[letter] New England Journal of Medicine 2003; 349:90-3.


**PRESENTATIONS**

**Presentations at National Meetings** (* Denotes invited presentations)

1. "Pediatric and Neonatal Hyperalimentation", American Society of Hospital Pharmacists Annual Midyear Clinical Meeting, Bal Harbor, Florida, December, 1974.

2. "Pharmacist Coordination of Interdisciplinary Specialists in Design of a TPN Manual", American Society of Hospital Pharmacists Annual Midyear Clinical Meeting, Atlanta, Georgia, December, 1977.

3. *"Considerations in Monitoring the TPN Patient", American Society of Hospital Pharmacists Institute on IV Therapy and TPN, Tulsa Oklahoma, October 28, 1978.

4. *Faculty participant in workshops on Total Parenteral Nutrition at the ASHP Institute, Tulsa, Oklahoma, October 25-28, 1978.

USCA5 2625

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

5. "Digoxin-Quinidine Interaction", American Society of Hospital Pharmacists Annual Midyear Clinical Meeting, Las Vegas, Nevada, December, 1979.

6. *"Enteral and Parenteral Nutritional Support of Cancer Patients", American Society for Parenteral and Enteral Nutrition, Fourth Annual Clinical Congress, Chicago, Illinois, January 30-February 2, 1980.

7. *"Evaluation and Monitoring of the Adult TPN Patient", First Annual Nutritional Symposium for the Health Professions, Richland Memorial Hospital, Columbia, South Carolina, April 7 and 8, 1981.

8. "Inappropriate Sample Collection and Misuse of Serum Drug Assays", Annual Meeting of the American College of Clinical Pharmacy, Scottsdale, Arizona, June 26-28, 1981.

9. *"Total Parenteral Nutrition in Cancer Chemotherapy; A Weapon or a Tool?" The American Society for Parenteral and Enteral Nutrition, Sixth Annual Clinical Congress, San Francisco, California, February 2-6, 1982.

10. "Influence of Rifampin on Quinidine and Digoxin", Annual Meeting of the American College of Clinical Pharmacy, Washington, D.C., July 10-13, 1983.

11. "Analysis of Methods Employed in Identifying and Recruiting Study Subjects", North American Primary Care Research Group 12th Annual Meeting. Orlando, Florida, May 3-5, 1984.

12. *"Drug Interactions with Digoxin and Digitoxin", Therapeutic Symposium: Farewell to the Foxglove", Fifth Annual Meeting of the American College of Clinical Pharmacy, San Diego, California, June 28, 1984.

13. *"Selection and Monitoring of Digitalis Glycosides in Various Disease States", Annual Meeting of the American Society of Hospital Pharmacists, Reno, Nevada, June 4, 1985.

14. "Practical Value of a New Serum Digitoxin Assay", Sixth Annual Meeting of the American College of Clinical Pharmacy, Orlando, Florida, July 8, 1985.

15. "Digoxin vs. Digitoxin in the Treatment of Congestive Heart Failure", Sixth Annual Meeting of the American College of Clinical Pharmacy, Orlando, Florida, July 9, 1985.

16. "Effect of Sucralfate on Plasma Warfarin Concentrations in Patients Requiring Chronic Warfarin Therapy", Sixth Annual Meeting of the American College of Clinical Pharmacy, Orlando, Florida, July 9, 1985.

17. *"Step-Care Therapy of Hypertension; Point and Counter-point", Adult Medicine SIG, Annual Meeting, American Society of Hospital Pharmacists, Denver, Colorado, June 3, 1986.

18. "Influence of Influenza Vaccine on Warfarin Therapy", Annual Meeting of the American College of Clinical Pharmacy, Chicago, Illinois, July 30, 1986.

19. "Steady State Kinetics of R and S Warfarin in Different Age Groups", Annual Meeting of the American College of Clinical Pharmacy, Chicago, Illinois, July 30, 1986.

20. "Response of Protein C and Protein S Inhibitors in Long-term Oral Anticoagulant Therapy". Eleventh Congress of the International Society on Thrombosis and Hemostasis, Brussels, Belgium, July 6-10, 1987.

21. *"Clinical Comparison of Angiotensin Converting Enzyme Inhibitors", Adult Medicine SIG, American Society of Hospital Pharmacists Annual Meeting, San Francisco, California, June 6, 1988.

22. "Digitoxin-like Immunoreactive Substance in Adults with Renal Insufficiency" Annual Meeting of the American College of Clinical Pharmacy, Philadelphia, Pennsylvania, July 26, 1988.

Bussey (C.V.)
Page 17

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

23. "Developing a Predictive Model for the Frequency of Monitoring Anticoagulation", Annual Meeting of the American College of Clinical Pharmacy, Philadelphia, Pennsylvania, July 26, 1988.

24. *"Cardiovascular Complications of Antihypertensive Therapy", Annual Meeting of the American Academy of Occupational Medicine, San Antonio, Texas, October 26, 1988.

25. "Success of First Generation Oral Hypoglycemic Agents in Patients with Type II Diabetes Mellitus Who Have Failed Therapy with a Second Generation Agent", North American Primary Care Research Group Annual Meeting, San Antonio, Texas, April 14, 1989.

26. *"Hypertension: Matching Pathophysiology and Pharmacotherapy", Annual Meeting of the American College of Clinical Pharmacy, Kansas City, Missouri, August 9, 1989.

27. Investigation of the Potential Interaction Between Warfarin and Ciprofloxacin in Chronically Anticoagulated Patients", American College of Clinical Pharmacy Annual Meeting, San Francisco, California, August 8, 1990.

28. *"Hypertension: New Theories and New Therapies", Nurse Practitioners Association for Continuing Education, Annual Meeting, San Francisco, California, August 16, 1990.

29. *"Verapamil: The Importance of Delivery Methods", Hypertension Collegium 1990, Laguna Nigel, Califormia, October 22, 1990.

30. "Comparison of INR Measurements by Laboratory and Fingerstick Methods, Winter Forum, the American College of Clinical Pharmacy, February 11, 1991.

31. *"Vasodilators in Heart Failure: Are ACE Inhibitors the Drugs of Choice ?", A Symposium on Heart Failure in the 1990s, the American Society of Hospital Pharmacists Mid-Year Clinical Meeting, December 12, 1991.

32. *"New Agents for Cardiovascular Diseases - 1991", A Symposium on New Drugs of 1991, the Winter Forum Meeting of the American College of Clinical Pharmacy, February 12, 1992.

33. *"The Impact of Treating Hypertension on Atherosclerosis: What We Have Learned From Clinical Trials", A Pre-Meeting Symposium for the Annual Meeting of the American College of Clinical Pharmacy, Toronto, Canada, August, 1992.

34. *"Warfarin Monitoring", Interchange Forum: Developments in Prophylactic Therapy for Venous Thromboembolic Disease, Dallas, Texas, November 13, 1992.

35. *"Monitoring Warfarin Therapy: International Normalized Ratio", Clinical Update On Antithrombotic Therapy from the Third ACCP Consensus Conference, A Pre-Conference Symposium During the American Heart Association's Sixty-Fifth Scientific Sessions, New Orleans, Louisiana, November 14, 1992.

36. * "The Future of Low Molecular Weight Heparins in the Prophylaxis of Venous Thromboembolism: A Focus on Orthopaedics" (served as program organizer and moderator), The American College of Clinical Pharmacy 1993 Winter Practice and Research Forum, Ft. Lauderdale, Florida, February 7, 1993.

37. *"The International Normalized Ratio", Choices in Antithrombotic Therapy, American College of General Practitioners Annual Meeting and Scientific Seminars, Orlando, Florida, March 21, 1993.

38. *"Mechanism of Action of Warfarin and Its Implications" Second National Conference on Anticoagulant Therapy Sponsored by The Anticoagulation Forum, Monterey, California, April 23, 1993.

39. *"Three Major Changes in Anticoagulation Guidelines: The INR, Atrial Fibrillation, and the New Conventional Range", National Institutes of Health - National Heart, Lung, and Blood Institute, Bethesda, Maryland, May 6, 1993.

USCA5 2627

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

40. *"A Comparative Pharmacological Profile of Low-Molecular-Weight Heaprin Versus Unfractioned Heparin. A Pre-Meeting Symposium for the Annual Meeting of the American Society of Hospital Pharmacy, Denver, Colorado, June 6, 1993.

41. *"Clinical Pharmacy Education: Should We Build Beer Cans, Canoes, or Something Else ?" Canadian Clinical Pharmacy Group in association with the Annual Meeting of the American College of Clinical Pharmacy, Reno, Nevada, August 14, 1993.

42. *"New Monitoring Issues with Chronic Anticoagulation", Anticoagulation Seminar, Annual Meeting, The American Society of Hospital Pharmacists, Reno, Nevada, June 7, 1994.

43. *"Current Standards for Fellowship Training are Not Appropriate" (point, counter point sessions), Annual Meeting, The American College of Clinical Pharmacy, St. Louis, Missouri, August 3, 1994.

44. *"A Pharmacological Comparison of Heparin and Low Molecular Weight Heparins", 67th Annual Scientific Meeting of the American Heart Association. Dallas, Texas, November 16, 1994.

45. *"New Issues in Anticoagulation Monitoring", ASHP Anticoagulation Traineeship Annual Seminar, Miami, Florida, December 2, 1994.

46. *"Superiority of Fingerstick to Routine Laboratory PT Determinations", Alternate Site Testing Conference of the College of American Pathologists and the Joint Commission of Health Care Accreditation. Arlington, Virginia, January 29-30, 1994.

47. *"Anticoagulation Clinics vs. Routine Medical Care...Is One Better?", National Anticoagulation Forum, Santa Fe, New Mexico, May 5, 1995.

48. *"Efficacy of Low Molecular Weight Heparins in Deep Vein Thrombosis Prevention", American Society of Health Systems Pharmacy Annual Meeting, Philadelphia, June 4, 1995.

49. *"Cost Justification of Anticoagulation Clinics", Health Care Finance Administration (HYCA), Baltimore, Maryland, July 11, 1995.

50. *"Modern Standards of Anticoagulation Monitoring of Antithrombotic Therapy", Annual Meeting of the National Medical Association, Atlanta, Georgia, August 1, 1995.

51. *"Controversies with Conventional Range Anticoagulation: What Range is Right for Atrial Fibrillation and Prosthetic Valves?", American College of Clinical Pharmacy Annual Meeting, Washington, D.C., August 8, 1995.

52. *"Pharmacology and Pharmacodynamics of Heparin and Low Molecular Weight Heparins", American College of Clinical Pharmacy Annual Meeting, Washington, D.C., August 8, 1995.

53. *"Anticipated Changes in the Antithrombotic Guidelines of the American College of Chest Physicians", American College of Clinical Pharmacy Annual Meeting, Washington, D.C., August 8, 1995.

54. *"Conventional Treatment of DVT: Old Drugs, New Twists". University of Maryland School of Medicine Antithrombotic Seminar. Baltimore, Maryland, October 6-7, 1995.

55. "Anticoagulation Therapy with Heparin and Warfarin" and "Case Studies in Anticoagulation" Florida Hospital Annual Seminar, Orlando, Florida, October 6, 1995.

56. "Management of the Anticoagulated Patient in the Outpatient Setting". Henry Ford Hospital Annual Pharmacy Seminar, Detroit, Michigan, October 21, 1995.

USCA5 2628

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

57. "Comparison of an Anticoagulation Clinic with Routine Medical Care". 68th Scientific Sessions of the American Heart Association. Anaheim, California, November 15, 1995.

58. *"Antithrombotic Therapy in Patients with Atrial Fibrillation and Prosthetic Heart Valves: A Contrarian's Point of View" Tenth Annual Pharmacy Invitational Anticoagulation Symposium, Las Vegas, Nevada, December 2, 1995.

59. *"Clinical Pharmacology of Heparin and Low Molecular Weight Heparins". Midyear Clinical Meeting of the American Soceity of HealthSystems Pharmacists, Las Vegas, Nevada, December 4, 1995.

60. *"Pharmacotherapy of Hypercoagulable States",  First Eberhard Mammen Endowed Conference, Wayne State University, Detroit, Michigan, September 27, 1996.

61. *"Dosing Heparin and Warfarin in Acute Deep Vein Thrombosis and Pulmonary Embolus". Thomas Jefferson University Annual Anticoagulation Conference, Philadelphia, October 23, 1996.

62. *"Problems of Progress in Venous Thromboembolism" in the Symposium: Anticoagulation and Venous Thrombosis: Avoiding the New Hazards (also organized and moderated this symposium). American Society of Health-Systems Pharmacists Midyear Clinical Meeting, New Orleans, Louisiana, December 8, 1996

63. *"Comparison of Fingerstick and Routine Laboratory Prothrombin Measurements", Boehringer Mannheim Corporation National Sales Meeting, San Diego, California, March 12, 1997.

64. *Speaker and co-chair for Rhone-Polenc-Rorer National Speakers Training Program on Low Molecular Weight Heparins. Orlando, Florida, June 20, 1997.

65. "Evaluation of Patient Versus Professional Determined INR Value Utilizing the CoaguChek™ System 49th American Association of Clinical Chemistry Annual Meeting, Atlanta, Georgia, July 20 - 24, 1997.

66. "Evaluation of Patient Ability to Perform INR Determinations Utilizing the CoaguChek™ System". 49th American Association of Clinical Chemistry Annual Meeting, Atlanta, Georgia, July 20 - 24, 1997.

67. *"Dosing Heparin and Warfarin in Acute Deep Vein Thrombosis and Pulmonary Embolus" and "Workshop On Outpatient Management of Deep Vein Thrombosis", Thomas Jefferson University Annual Anticoagulation Conference, Philadelphia, November 1, 1997.

68. *"Comparing Different Doses and Routes of Phytonadione for Reversing Excessive Anticoagulation", Fifth American College of Chest Physicians Consensus Conference on Antithrombotic Therapy, Tucson, Arizona, April 19, 1998.

69. *"Critical Controversies in Anticoagulation Management of Patients with Prosthetic Heart Valves", Cardiothoracic Surgery Grand Rounds, Mayo Clinic, Rochester, Minnesota, August 26, 1998.

70. *"Dosing Heparin and Warfarin in Acute Deep Vein Thrombosis and Pulmonary Embolus" and "Workshop On Outpatient Management of Deep Vein Thrombosis", Thomas Jefferson University Annual Anticoagulation Conference, Philadelphia, September 25, 1998.

71. *"Update and Critique of The Fifth American College of Chest Physicians Consensus Conference on Antithrombotic Therapy", 5th Pharmacy Invitation Conference on Anticoagulation, Las Vegas Nevada, December 3 - 5, 1998.

72. *"Controversies in Antithrombotic Therapy in Patients with Prosthetic Heart Valves", Duke University Invitational Clinical Research Conference on Future Research in Prosthetic Heart Valves, Pinehurst, North Carolina, January 7 - 9, 1999.

Bussey (C.V.)
Page 20

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

73. *"Impact of an Anticoagulation Clinic on Patient Outcomes and Health Care Costs" and workshop on "Establishing an Anticoagulation Clinic", A Lovenox Closed Consultants Meeting, Phoenix, Arizona, February 11 - 14, 1999.

74. " Age Related Performance of Patient versus Professional Determined INR Value Utilizing the Coaguchek System", Fifth National Conference on Anticoagulant Therapy, Vancouver, British Columbia, Canada, May 13-15, 1999.

75. *"Clinical Pharmacists Making a Difference"(final presentation) and "Workshops on Starting an Anticoagulation Clinic", Cortex Seminar on Making a Difference in Cardiovascular Therapeutics, Orlando, Florida, May 23, 1999.

76. *"Update on Anticoagulation Management", International Pharmaceutical Federation (FIP) Annual Meeting, Barcelona, Spain, September 9, 1999.

77. *"The Future: Possibilities for Clinical Pharmacy Practice in the Ambulatory Care Setting". The American College of Clinical Pharmacy Annual Meeting, Kansas City, Missouri, October 25, 1999.

78. *"Bridging Therapy with Low Molecular Weight Heparin", Breakfast symposium at the Annual Meeting of the American Society of HealthSystem Pharmacists, Orlando, Florida, December 6, 1999.

79. *"Anticoagulation Therapy in Patients with Prosthetic Heart Valves", The American Society of Thoracic Surgeons Annual Meeting, Ft. Lauderdale, Florida, February 1, 2000.

80. *"Anticoagulation Therapy in Patients with Prosthetic Heart Valves", Breakfast symposium, The American College of Cardiology Annual Meeting, Anaheim, California, March 11, 2000.

81. *"The Use of Low Dose Vitamin K to Stabilize INR Fluctuation During Warfarin Therapy". The American College of Clinical Pharmacy Spring Practice and Research Forum, Monterey, California, April 3, 2000.

82. *"Anticoagulation Therapy in Patients with Prosthetic Heart Valves", The American College of Cardio-Thoracic Surgeons, Toronto, Canada, May 2, 2000.

83. *"Controversies in Anticoagulation Management of Prosthetic Heart Valve Patients", Thoracic Surgery Conference, Pinehurst, North Carolina, May 18-21, 2000.

84. *"Antiplatelet Therapy in Stroke Prevention", Annual Meeting of the American Society of Consultant Pharmacists, Boston, Massachusetts, November 3, 2000.

85. "Periprocedure Management of Anticoagulation Therapy", Annual Pre-Meeting Anticoagulation Symposium, American Society of Health System Pharmacists Midyear Meeting, Las Vegas, Nevada, December 2, 2000.

86. "Bridge Therapy with Low Molecular Weight Heparins", Low Molecular Weight Heparin Symposium, Las Vegas, Nevada, Dec. 3, 2000.

87. "Controversies in Management of Oral Anticoagulation", American Society of Health System Pharmacists Midyear Clinical Meeting, Las Vegas, Nevada, December 5, 2000.

88. *"Hot Topics in Anticoagulation", Annual University of Iowa Anticoagulation Symposium. October 13, 2001.

89. *"Tales from the Legislative Front", American College of Clinical Pharmacy Annual Meeting, Tampa, Florida. October 22, 2001.

90. *"Treatment of Deep Vein Thrombosis", Internal Medicine PRN Group, American College of Clinical Pharmacy Annual Meeting, Tampa, Florida. October 22, 2001.

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

91. *Co-Chair, "Update on Heparin and Low Molecular Weight Heparins" Aventis Consultants' Meeting, San Antonio, Texas. November 9-10, 2001.

92. *"Limitations of Traditional Anticoagulants", Pre-Meeting Symposium, American Society of Health-System Pharmacist Mid-Year Clinical Meeting, New Orleans, Louisiana. December 3, 2001.

93. *" Update on Anticoagulation", Annual Anticoagulation Seminar, Harper Hopsital, Detroit, Michigan. March 6, 2002.

94. *"DVT Prophylaxis: Risk Stratification", Pre-meeting Symposium, American College of Clinical Pharmacy Annual Meeting, Albuquerque, New Mexico. October 21, 2002.

95. *"Clopidogrel as First Line Therapy for Secondary Prevention of Non-cardioembolic Stroke". American College of Clinical Pharmacy Annual Meeting, Albuquerque, New Mexico. October 22, 2002.

96. *"Outpatient Deep Vein Thrombosis Treatment", University of Iowa Annual Anticoagulation Symposium, Iowa City, Iowa. October 26, 2002.

97. *"Low Molecular Weight Heparin Use in Pregnancy and Prosthetic Heart Valve Patients", Pre-Meeting Symposium, American Society of Health-System Pharmacists Mid-Year Clinical Meeting, Atlanta, Georgia. December 7, 2002.

98. *"Limitations of Traditional Agents in DVT Prophylaxis in Orthopedic Surgery", American Society of Health-System Pharmacists Mid-Year Clinical Meeting, Atlanta, Georgia. December 8, 2002.

99. *"Clinic Management of Anticoagulation in Atrial Fibrillation and Prosthetic Heart Valve Patients", American Society of Health-System Pharmacists Mid-Year Clinical Meeting, Atlanta, Georgia. December 9, 2002.

100. *"Oral Anticoagulants and Antiplatelets in Prosthetic Heart Valve Patients", Technology in Thoracic Surgery Annual Meeing, Miami, Florida, March 21, 2003.

101. *"Anticoagulants and Antiplatelet Agent Use in Prosthetic Heart Valve Patients". The European Heart Valve Society Biannual Meeting, Paris, France. June 28, 2003.

102. *"Low Molecular Weight Bridge Therapy and Use in Pregnancy". University of Iowa Annual Anticoagulation Symposium, Iowa City, Iowa. October 17, 2003.

103. *"Low Molecular Weight Heparin Use in Cancer", Pre-Meeting Symposium, American Society of Health-System Pharmacists Mid-Year Clinical Meeting, New Orleans, Louisianna. December 8, 2003.

104. *"The American College of Chest Physicians Consensus Conference on Antithombotic Therapy – A Critique from the Inside and Out', American College of Clinical Pharmacy and the European College of Clinical Pharmacy Joint Congress, Paris, France. April 29, 2004.

105. *"Clinical Considerations of Anticoagulation Management", Case Managers Annual Meeting, Nashville, Tennessee. June 17, 2004.

106. *"The Future of Oral Anticoagulation", The Univeristy of Iowa Annual Anticoagulation Symposium, Iowa City, Iowa. October 22, 2004.

107. *"Was the FDA Correct Not to Approve Ximelagatran?" (a debate). American College of Clinical Pharmacy Annual Meeting, Dallas, Texas. October 25, 2004.

108. *"Unfractionated Heparin Use and the American College of Chest Physicians Consensus Conference on Antithrombotic Therapy". Pre-meeting Symposium, Mid-year Clinical Meeting, American Society of Health-System Pharmacists, Orlando, Florida. Dec. 5, 2004.

Bussey (C.V.)
Page 22

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

109. *Section Chair and Speaker, National Heart Lung and Blood Institute Conference on Herbal Supplements and Antithrombotic Therapy. Bethesda, Maryland. January 13-14, 2005.

110. *"The History of Anticoagulation Clinic Development", Pharmacy Invitation Conference on Antithrombotic Therapy (PICAT), Las Vegas, Nevada, December 3, 2005.

111. *"The Use of Vitamin K in Oral Anticoagulation Management", Pharmacy Invitation Conference on Antithrombotic Therapy (PICAT), Las Vegas, Nevada, December 3, 2005.

112. *"Evidence Based Medicine and DVT Management". Mid-Year Clinical Meeting of the American Society of Health-System Pharmacists, Las Vegas, Nevada. December 6, 2005.

113. *"Should Aspirin be Combined with Direct Thrombin Inhibitors?", Boehringer-Ingelheim International Advisory Board Meeting, Boston, Massachusetts. March 3, 2006.

114. * "Life Lessons Learned by An Old Geezer; On Passion, Reason, Compassion, and Insight."59th Julius W. Sturmer Memorial Lecturer, Rho Chi Society, Philadelphia Collgege of Pharmacy, University of The Sciences in Philadelphia, Philadelphia, Pennsylvania. April 1, 2006.

115. *"The Future of Oral Anticoagulation"  The Sixth Annual Southwest Symposium on Thrombosis  Hemostasis. Albuquerque, New Mexico, October 14, 2006.

116. *"Dietary Supplement Use Among Anticoagulaiton Clinic Patients" (poster) Annual Meeting of the American College of Clinical Pharmacy, St. Louis, Missouri, October 28, 2006.

117. "The Three Waves of Oral Anticoagulation Development" Boehringer-Ingelheim international advisory board meeting, Rome, Italy, December 1, 2006.

118. "Current State of Oral Warfarin Management; The Good, The Bad, and The Ugly" Symposium on Genetic Testing and Warfarin Dosing, Chapel Hill, North Carolina, March 2, 2007.

119. "The Future of Oral Anticoagulation" Henry Ford Hospital Annual Regional Symposium, Detroit, Michigan, April 25, 2007.

120. Three "Grand Rounds" presentations at the University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, August 15, 2007:

    a. A Look at Anticoagulation Recommendations from Inside and Out – Both Sides Now     (Judy Collins); A Contrarian's View (#1)
    b. Case Discussions (Contrarian's 2nd view)
    c. A Contrarian's Third View - The Clint Eastwood  Approach to Anticoagulation

121. "The Feasibility and Potential Value of Automated Online Anticoagulation Monitoring of Warfarin-treated Patients" [poster presentation] American College of Clinical Pharmacy Annual Meeting, Denver, Colorado, October 15, 2007

122. Changing Paradigm in Anticoagulation;  Will Heparins and Oral Anticoagulants Survive?"  Co-chair of one session and presented "The Future of Oral Anticoagulants", pre-meeting Symposium, American Society of Hematology Annual Meeting, Atlanta, Georgia, December 7, 2007.

123. *The Future of Oral Anticoagulation", Internal Medicine Grand Rounds, El Paso, Texas, March 11, 2008

124. *"The Future of Oral Anticoagulation, American Pharmacists Association Annual Meeting, San Diego, California, March 17, 2008

USCA5 2632

Bussey (C.V.)
Page 23

**PRESENTATIONS** (continued)
**Presentations at National Meetings** (* Denotes invited presentations, continued)

125. *"Update on Anticoagulation", College of Pharmacy Symposium, September 18, 2008, Gainesville, Florida

126. *"Coming Advances in Oral Anticoagulation", Keynote Speaker, the Annual Howard Ansell Symposium, the University of Georgia College of Pharmacy, Athens, GA, September 19, 2011.

127. "Using Technology to Improve the Safety and Efficacy of Oral Anticoagulatin", Agency for Health Quality and Research meeting on Information Technology to Improve Safety in Medicine, Washington, D.C., October 3, 2008.

128. *"Interactions with Industry", The American College of Clinical Pharmacy Meeting, Louisville, KY, October 20, 2008.

129. *"Financial Viability of Anticoagulation Clinics", Anticoagulation Forum Meeting, San Diego, CA, March 23, 2009.

130. *"Anticoagulation in Transition: Heparin and Oral Agents", Symposium at the International Society of Thrombosis and Haemostasis, Boston, MA, July 15, 2009

131. "Progress Report on the GSK Distinguished Scholar in Thrombosis Award, Annual Meeting of the American College of Chest Physicians, San Diego, CA, Nov 4, 2009

132. Forcade NA, Frei CR, Walker MB, Bussey-Smith KL, Daniels KR, Bussey HI. "INR Self-Testing in Warfarin Anticoagulation Improves Patient Satisfaction and Clinic Efficiency while Reducing Patient Costs." American Heart Association Conference on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in 2010, Washington, DC, May 20, 2010.

133. Bussey HI, Walker MB, Bussey-Smith KL, Frei CR. "Superior Oral Anticoagulation Management with Self-Testing and Automated Online Management; An Interim Analysis." American Heart Association Conference on Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke in 2010. Washington, DC, May 21, 2010

134. *"Transforming oral anticoagulation by combining international normalized ratio (INR) self testing and online automated management", The Anticoagulation Forum Meeting, Boston, MA, May 5, 2011

135. *"Recent Advances in Oral Anticoagulation", Annual Family Medicine Seminar, Waterloo, IA, May 13, 2011

136. *"Advances in Oral Anticoagulation", American Heart Association Dallas County Caruth Symposium on Acute Myocardial Infarction Management, Dallas, TX, June 4, 2011.

**Selected Presentations at State or Local Meetings**

The following is a list of selected presentations from 1995 to the present. A list of presentations from before 1995 and/or a complete list for any period is available upon request.

**1995**

"Common Problems with Anticoagulation", Annual Cardiology Seminar of the Heart Institute of South Texas, San Antonio, Texas, February 18, 1995.

"Update on Hypertension", Teleconference Program of the University of Texas Health Sciences Center at San Antonio, Texas, March 9, 1995

"New Issues with Anticoagulation", Internal Medicine Grand Rounds, Texas Tech Health Sciences Center, Amarillo, Texas, March 28, 1995.

**PRESENTATIONS** (continued)
**Selected Presentations at State or Local Meetings** (continued)

"Optimal Management of Deep Vein Thrombosis" Grand Rounds, The Shock Trauma Center of the University of Maryland, Baltimore, Maryland, April 7, 1995.

"Major Changes in Anticoagulation Guidelines", Cardiology Grand Rounds, The University of Alabama at Birmingham, Birmingham, Alabama, May 9, 1995.

"Heparin and Low Molecular Weight Heparins". Austin Area Society of HealthSystems Pharmacists, Austin, Texas, September 12, 1995

"Monitoring Warfarin Therapy - Interpreting the INR and Critical Analysis of Current Guidelines" Annual Meeting of the California Society of HealthSystems Pharmacy, Palm Springs, California, October 28, 1995.

"Dosing Heparin and Warfarin in Acute DVT/PE" and "Workshop on Longterm Management of Anticoagulation". Anticoagulation Issues in Primary Care, Annual Conference of the Department of Medicine, Thomas Jefferson University Medical College, Philadelphia, Pennsylvania, November 30-December 1, 1995.

**1996**

"New Advances in Anticoagulation", El Paso Society of Health-Systems Pharmacists, El Paso, Texas, February 21, 1996.

"Differentiating Low Molecular Weight Heparins in the Management of Venous Thrombosis and Stroke", Owens Health Care Seminar, Copper Mountain, Colorado, March 12, 1996.

"Advances in Anticoagulation", Internal Medicine Conference, Methodist Hospital, San Antonio, Texas, March 20, 1996.

"Update on Hypertension", Wellness Program, The University of Texas Health Sciences Center at San Antonio, Texas, March 27, 1996.

"Update on Hypertension", Medical Society, Hannibal, Missouri, April 16, 1996.

"Deep Vein Thrombosis Prophylaxis", Hospital Pharmacists, Phoeniz, Arizona, April 24, 1996.

"Low Molecular Weight Heparins", Pharmacy Grand Rounds, Brigham Women's Hospital, Boston, Massachusetts, May 8, 1996.

"Tailored Antithrombotic Therapy for Stroke Prevention in Patients with Atrial Fibrillation and Prosthetic Valves", Joint Neurology and Cardiology Conference, Texas Neurosciences Institute, San Antonio, Texas, May 17, 1996.

"New Guidelines on Antithrombotic Management", Annual Meeting of the Oregon Society of Hospital Pharmacists, Stevenson, Washington, May 18, 1996.

"Pharmacoeconomics of an Anticoagulation Clinic", Annual Meeting of the Oregon Society of Hospital Pharmacists, Stevenson, Washington, May 18, 1996.

"Warfarin Use and Anticoagulation Clinics", Methodist Hospital Staff Conference, Lubbock, Texas, May 22, 1996.

"Current Concepts in Anticoagulation Therapy", City of Hope Annual Seminar on Rational Therapeutics, Los Angeles, California, June 8, 1996.

"Update on Anticoagulation", Annual Meeting of the Georgia Pharmaceutical Association, Savannah, Georgia, June 15, 1996.

Bussey (C.V.)
Page 25

**PRESENTATIONS** (continued)
**Selected Presentations at State or Local Meetings** (continued)

"Warfarin Use and Value of Anticoagulation Clinics", Texas Pharmaceutical Association Annual Meeting, Dallas, Texas, June 20, 1996.

"Low Molecular Weight Heparins", New York City Hospital and Cornell Medical Center, New York, New York, June 27, 1996.

"New ACCP Antithrombotic Guidelines", Panhandle Society of Health-Systems Pharmacists, Amarillo, Texas, July 11, 1996.

"New Advances in Warfarin Therapy",  Pharmacy Conference, Ohio State University, Columbus, Ohio, July 17, 1996.

"Low Molecular Weight Heparins", Pharmacy Grand Rounds, Memorial Sloan Kettering Medical Center, New York, New York, September 26, 1996.

"Low Molecular Weight Heparins", Northern Virginia Society of Hospital Pharmacists, Tysons Corner, October 23, 1996.

"Low Molecular Weight Heparins", George Washington University Hospitals, Washington, D.C., and Fairfax Hospital, Fairfax, Virginia, October 24, 1996.

**1997**

"Value of Anticoagulation Clinics in Chronic Patient Management", JFK Memorial Hospital, Camden, New Jersey, October 23, 1997.

*"Update on Low Molecular Weight Heparins", Annual Meeting of the Oklahoma Society of Health Systems Pharmacists, Oklahoma City, Oklahoma, October 31, 1997.

*"Interactive Workshop on Anticoagulation", Annual Meeting of the New Mexico Society of Health Systems Pharmacists, Ruidoso, New Mexico, February 21, 1997.

*"Low Molecular Weight Heparins in the Treatment of Deep Vein Thrombosis", Medicine Grand Rounds, University of Texas Health Science Center at North Texas, Ft. Worth, Texas, April 2, 1997.

*"Advantages and Pitfalls of an Anticoagulation Clinic", Annual Meeting of the Louisiana Society of Health Systems Pharmacists, New Orleans, Louisiana, April 12, 1997.

*"The Pharmacist's Role in DVT Prevention", Texas Pharmaceutical Association Annual Meeting, Austin, Texas, April 14, 1997.

*"Workshop on DVT Management: A Workshop", Owen Health Care Regional Educational Seminar, San Antonio, Texas, June 11, 1997.

*"Update on Low Molecular Weight Heparins", Northeast Florida Society of Health Systems Pharmacists, Jacksonville, Florida, July 17, 1997.

*"Controversies with Anticoagulation in Patients with Prosthetic Heart Valves", Sulzer Carbomedics Annual Industrial Seminar, Austin, Texas, October 8, 1997.

**1998**

*"Update on Low Molecular Weight Heparins", Louisiana Society of Health-Systems Pharmacists Annual Meeting, New Orleans, Louisiana, February 11, 1998.

**PRESENTATIONS** (continued)

**Selected Presentations at State or Local Meetings** (continued)

*"Advances in Managing Chronic Anticoagulation", Michigan Pharmaceutical Association Annual Meeting, Dearborn, Michigan, February 22, 1998.

*"Fingerstick Technology and Anticoagulation Clinics", The Watson Clinic, Lakeland, Florida, March 10, 1998.

*"New Uses of Low Molecular Weight Heparins", Panhandle Society of Health-Systems Pharmacists, Amarillo, Texas, March 17, 1998.

*"Update on Heparin and Low Molecular Weight Heparins", Metroplex Society of Health-Systems Pharmacists, Dallas Texas, June 9, 1998.

*"New Uses of Low Molecular Weight Heparins", Louisiana Society of Health-Systems Pharmacists-Central Louisiana Chapter, Baton Rouge, Louisiana, June 10, 1998.

*"Deep Vein Thrombosis Risk and Prophylaxis", "Effect of Anticoagulation Clinics on Patient Outcomes and Health Care Costs", "Challenging Cases of Anticoagulation".  (two 2-hr lectures and one 2-hr interactive case discussion session), Montana State Pharmaceutical Association Annual Meeting, Billings, Montana, June 27, 1998.

*"Advantages of Low Molecular Weight Heparins and Heparinoids", Florida Society of Health-Systems Pharmacists, Orlando, Florida, August 7, 1998.

*"Preliminary Update on the New Guidelines from American College of Chest Physicians Consensus Conference on Antithrombotic Therapy. Virginia Society of HealthSystem Pharmacists Annual Seminar, Norfolk, Virginia, September 19, 1998.

*"Anticoagulation Clinic Monitoring", New Mexico Society of HealthSystem Pharmacists Annual Seminar, Albuquerque, New Mexico, October 9, 1998.

*"Critical Controversies in Antithrombotic Therapy for Patients with Prosthetic Heart Valves", Delaware Chapter of the American Heart Association Seminar, Newark, Delaware, October 14, 1998.

*"Update on Low Molecular Weight Heparins", El Paso Society of HealthSystems Pharmacists, El Paso, Texas, October 16, 1998.

*"Impact of an Anticoagulation Clinic on Patient Outcomes and Health Care Costs", University of Texas Border Health Symposium, South Padre Island, Texas, October 28, 1998.

**1999**

*"Importance of an Anticoagulation Management System", Anticoagulation in the Year 2000 Conference, Boston, Massachusetts, January 15, 1999.

*"Update on Low Molecular Weight Heparins", Dallas-Ft. Worth Chapter of Case Managers of America, Dallas, Texas, January 19, 1999.

*"A Comparison of the Clinical Roles of Unfractionated Heparin and Low Molecular Weight Heparins", Texas Oncology Pharmacy Service, Dallas, Texas, January 26, 1999.

*"Considerations in Establishing an Anticoagulation Clinic in the Private Sector", Parkland Hospital, Dallas, Texas, January 26, 1999.

*"Critical Controversies in the Management of Antithrombotic Therapy of Prosthetic Heart Valve Patients" presented to the medical staff at:
    1.  Washington Hospital Center, Washington, D.C., February 19, 1999.
    2.  The Heart Institute, Towson, Maryland, February 19, 1999.

USCA5 2636

Bussey (C.V.)
Page 27

**PRESENTATIONS** (continued)

**Selected Presentations at State or Local Meetings** (continued)

3. Annual Medicine Seminar, Walter Reed Army Medical Center, February 19, 1999.

*"Tips on Managing Anticoagulation Therapy", Annual Family Practice Update, The University of Texas Health Science Center, San Antonio, Texas, March 20, 1999.

*"Update on Heparin, Low Molecular Weight Heparins, and Heparinoids", Medical Staff Conference, Mission, Texas, April 21, 1999.

*"A Review of the Basics in Anticoagulation Managemnt", Annual Seminar of the Western Michigan Society of HeatlhSystems Pharmacists, Grand Rapids, Michigan, May 5, 1999.

*"Critical Controversies in Antithrombotic Management of Prosthetic Heart Valve Patients", Cardio-thoracic Surgery Conference, Stoney Brook Medical Center, Long Island, New York, May 19, 1999.

*"Update on Heparin and Low Molecular Weight Heparins with a Focus on DVT Treatment", Local Hospital Pharmacists Organization, Odessa, Texas, May 25, 1999.

*"Changes and Controversies in the New Guidelines from the American College of Chest Physicians Consensus Conference on Antithrombotic Therapy", New Drug Update Annual Seminar, Department of Family Medicine, Medical University of South Carolina, Charleston, South Carolina, May 28, 1999.

*"Advances in Low Molecular Weight Heparin Therapy and the Management of Heparin Induced Thrombocytopenia". Montana Society of HealthSystem Pharmacists Annual Meeting, West Yellowstone, Montana, October 3, 1999.

*" Problems with Monitoring Heparin and Advances in Low Molecular Weight Heparin Therapy", Hematology Grand rounds, Wilford Hall U.S. Air Force Hospital, San Antonio, Texas, October 13, 1999.

*"Key Issues in Anticoagulation Management", TheGovernor's Council on the Elderly, Baton Rouge, Louisiana, November 4, 1999.

**2000**

*"Controversies in Anticoagulation Mangement", Strong Memorial Hospital, Rochester, New York. January 19, 2000.

*"Update on Low Molecular Weight Heparin Use", Family Practice Grand Rounds, Spohn Memorial Hospital, Corpus Christi, Texas, February 22, 2000.

*"Reimbursement for Clinical Pharmacy Services", The Annual Meeting of the Texas Society of HealthSystem Pharmacists, San Antonio, Texas, April 1, 2000.

*"Anticoagulation Clinic vs. Usual Medical Care", The Dean's Council and Pharmacy Foundation, College of Pharmacy, The University of Texas at Austin, Austin, Texas. April 7, 2000.

*"Advances in Low Molecular Weight Heparin Therapy", Medical Society, Loredo, Texas, July 19, 2000.

*"Update on Low Molecular Weight Heparin Use", Pharmacy Association, San Angelo, Texas, November 9, 2000.

**2001**

*"Advances in Anticoagulation", Grand Rounds, Odessa, Texas, January 17, 2001.

*"Role of Low Molecular Weight Heparins" Medical Staff Conference, Abilene, Texas. February 20, 2001.

USCA5 2637

**PRESENTATIONS** (continued)

**Selected Presentations at State or Local Meetings** (continued)

*"Controversies in Antithrombotic Therapy of Patients with Prosthetic Heart Valves". Annual Meeting of the Florida Society of Cardiothoracic and Cardiovascular Surgeons, Turnberry Isle, Florida, Feb. 25, 2001.

*"Anticoagulation Clinics; Bridging the Past to the Future", Annual Meeting of the Pennsylvania Society of Health System Pharmacists, Harrisburg, Pennsylvania, March 16, 2001.

*"Controversies with Low Molecular Weight Heparin". Pharmacy Organization, Dallas, Texas. May 5, 2001.

* "Current Trends in Anticoagulation Therapy". Oregon Society of Health System Pharmacists Annual Meeting. Portland, Oregon, May 10, 2001.

*"Clinical Practice and Research in an Academic Setting", College of Pharmacy, Oregon State Health Sciences Center, Portland, Oregon, May 10, 2001.

*"Bridge Therapy with Low Molecular Weight Heparins", OakBrook, Illinois, Sept. 8, 2001.

*"From Clinical Practice to Anticoagulation Research to Political Activism; The Yogi Bera Approach". Guest Speaker, College of Pharmacy, University of Pittsburgh, Pittsburgh, Pennsylvania, September 11, 2001

*"Update on Anticoagulation Therapy", Annual Post-Graduate Seminar, University of Texas at Austin, September 15, 2001.

*"Low Molecular Weight Heparin", Washington, D.C., October 6, 2001.

*"Epidemiology and Risk of Venous Thromboembolism in Orthopedic Surgery", West Palm Beach, Florida. October 27, 2001.

**2002**

*"Clinic and Outpatient Treatment of Deep Vein Thrombosis"
        Local Medical Staff, Mama Sitas Restaurant, San Marcos, Texas. March 14, 2002.
        Hematology and Oncology of South Texas, Gruene, Texas. March 21, 2002.

*"Atrial Fibrillation and Anticoagulation". Grand Rounds, Department of Family Practice, Harrisburg, Pennsylvania. April 25, 2002.

*"New Antithrombotic Alternatives", Cardiology and Cardiothoracic Surgeons Conference, University of Arkansas Medical School, Little Rock, Arkansas. May 15, 2002.

*"New Considerations in Anticoagulation", Medicine Grand Rounds, Presbyterian Hospital, Dallas, Texas. June 26, 2002.

*"Oral Anticoagulants and Oral Direct Thrombin Inhibitors", Grand Rounds, Texas Heart Institute, St. Luke's Hospital, Houston, Texas. June 27, 2002.

*"Pre- and Post-Op DVT Management"
        Local Pharmacy Society, El Paso, Texas. August 21, 2002.
        Anesthesiology and Surgery Conference, El Paso, Texas. August 22, 2002

*" New Trends in Anticoagulation"
        Texas Tech Grand Rounds, El Paso, Texas. August 22, 2002.
        Local Medical Staff, Las Cruces, New Mexico. August 22, 2002.

*"New Approaches and Developments in Anticoagulation Therapy", ACCP Chapter, Dallas, Texas. September 18, 2002.

**PRESENTATIONS** (continued)

**Selected Presentations at State or Local Meetings** (continued)

*"Update on Low Molecular Weight Heparin Use"
        Area Anticoagulation Specialists, Portland, Oregon, November 20, 2002
        Area Anticoagulation Specialists, Corvalis, Oregon, November 21, 2002

**2003**

*"New Issues with Low Molecular Weight Heparin Use",
        Medical Staff Meeting, Methodist Hospital, San Antonio, Texas. January 15, 2003.
        Local Medical Staff, Austin, Texas. February 5, 2003.

*The Robert G. Leonard Memorial Lecture. "The Yogi Berra Approach: How to Succeed in Research Without Doing Research", Texas Society of Health-System Pharmacists Annual Meeting, Arlington, Texas. April 4, 2003

*"Monitoring Low Molecular Weight Heparin; Use of Anti-Xa Measurement", Providence Hospital, El Paso, Texas. June 3, 2003.

*"Low Molecular Weight Heparin Use in the Medically Ill", Texas Pharmacy Association Annual Meeting, Galveston, Texas. July 18, 2003.

*"Deep Vein Prophylaxis", Grand Rounds, Midland, Texas. July 23, 2003.

*"Review of The Basics; Unfractionated Heparin and Warfarin", Annual Symposium, Arnold & Marie Schwartz College of Pharmacy, Long Island, New York. October 5, 2003.

**2004**

*"Oral Anticoagulation"
        Local Anticoagulation Specialists, San Antonio, Texas. April 21, 2004.
        Local Anticoagulation Specialists, Houston, Texas. May 5, 2004.
        Local Anticoagulation Specialists, Houston, Texas. June 16, 2004.
        Local Anticoagulation Specialists, San Antonio, Texas. July 8, 2004.

*"Low Molecular Weight Heparins".  Kinder HealthCare, Louisville, Kentucky. May 13, 2004.

**2005**

*"The American College of Chest Physicians Consensus Conference on Antithrombotic Therapy From the Inside and Out"
        Northern Oregon Chapter of ASHP, Portland, Oregon. January 18, 2005.
        Northwest Anticoagulation Coalition – northern chapter, February 15, 2005.
        Northwest Anticoagulation Coalition – southern chapter, February 16, 2005.

*"New Horizons in Anticoagulation Management", Phoenix Anticoagulation Consortium, Phoenix, Arizona, October 13, 2005.

**2006**

*"Prophylaxis of Deep Vein Thrombosis"
        Catholc HealthCare Sysems, Cincinatti, Ohio. June 16, 2006.
        Orange County Society of Health-System Pharmacists, New Port Beach, California. July 11, 2006.

## [Stopped listing State and Local Presentations in 2006]

Bussey (C.V.)
Page 30

## RESEARCH AND GRANTS
### Completed

1. 1978     "Utilization of Serum Drug Levels in a 600-Bed Community Hospital"
   Principal Investigator:    Henry I. Bussey
   Co-Investigator:    Eric W. Hoffman
   Duration:    4 weeks

2. 1979-1980    "Changes in Serum Drug Level Utilization Associated with the Implementation of Restricted Clinical Pharmacy Services"
   Principal Investigator:    Henry I. Bussey
   Co-Investigator:    Eric W. Hoffman
   Duration:    4 weeks

3. 1981     "Views of Medical Educators on Doctor of Pharmacy Training"
   Principal Investigator:    Henry I. Bussey
   Co-Investigators:    Thomas House and David Keisler
   Funding:    Pharmaceutical Company, $200

4. 1982-1983    "Digoxin vs. Digitoxin in the Treatment of Congestive Heart Failure"
   Principal Investigator:    Henry I. Bussey
   Co-Investigators:    David Hawkins, J.J. Gaspard
   Duration:    Approximately six months
   Amount:    $4,980 from University Research Institute (URI) Grant

5. 1984     "Warfarin-Sucralfate Interaction"
   Principal Investigator:    Robert L. Talbert
   Co-Investigators:    P Tabor, HI Bussey and M Crawford

   Amount:    $39,995 by Marion Labs

6. 1984     "Use of a Personal Computer to Expand the Teaching and Research Functions of a Primary Care Clinic"
   Principal Investigator:    Henry I. Bussey
   Amount:    $4,000 in equipment from IBM Corporation
   "Quest" Project

7. 1985     Professional Development Grant
   Source:    Eil Lilly and Company
   Amount:    $500

8. 1985     Evaluation of a New Digitoxin Assay
   Principal Investigator:    Henry I. Bussey
   Co-Investigators:    DW Hawkins, P Wang, WA Watson
   Amount:    $3,000 in Services, Abbott Diagnostics

9. 1985     "Effect of Ageing on Metabolism of the Isomers of Warfarin"
   Principal Investigator:    Robert L. Talbert
   Co-Investigators:    C Dalmady-Israel, HI Bussey and TM Ludden

10. 1985     "An Evaluation of the Flu Vaccine-Warfarin Interaction"
    Principal Investigator:    Henry I. Bussey
    Co-Investigator:    Judy Saklad
    Amount:    $1,000 Parke Davis, $500 Wyeth

11. 1985     "Establishing a Drug Information Service in a Family Health Center"
    Principal Investigator:    Henry I. Bussey
    Amount:    $1,000, Ciba-Geigy

**RESEARCH AND GRANTS (**continued**)**

**Completed** (continued)

12. 1985     "Developing a Predictive Model for Frequency of Monitoring Anticoagulation Patients"

| | |
|---|---|
| Principal Investigator: | Henry I. Bussey |
| Co-Investigators: | Raylene Rospond, Christine Quandt |

13. 1986     "A Multicenter Trial of Orgatein"

| | |
|---|---|
| Principal Investigator: | I. Jon Russell |
| Co-Investigator: | Henry I. Bussey |
| Amount: | $33,000 by DDI Pharmaceuticals |

14. 1986     "Digitoxin-like Immunoreactive Substances in Patients with Normal and Reduced Renal Function"

| | |
|---|---|
| Principal Investigator: | Henry I. Bussey |
| Co-Investigators: | Karl Cremer, Bruce Mueller, Dan Casto, N. Kathryn Lowder |
| Amount: | $2,000 in Equipment and Supplies |

15. 1986     "Survey of ACCP Membership Views on the Entry-level Degree for Pharmacy"

| | |
|---|---|
| Principal Investigator: | Henry I. Bussey |
| Co-Investigator: | Thomas J. Comstock, Thomas Foster, R. Keith Campbell, David P. Elliott, Jean Nappi |

16. 1987     "Response of Protein C and Protein S Inhibitors in Long-term Oral Anticoagulant Therapy"

| | |
|---|---|
| Principal Investigator: | M.M. Montiel |
| Co-Investigator: | Henry I. Bussey |
| Status: | Funded with discretionary funds (Dr. Montiel) |

17. 1987     "Multifactorial Study to Determine the Dose Response Characteristics when Diltiazem SR is Combined with Hydrochlorothiazide"

| | |
|---|---|
| Principal Investigators: | Henry I. Bussey and Andrew K. Diehl |
| Co-Investigators: | N. Kathryn Lowder |
| Amount: | $33,200 Marion Laboratories, Inc. |

18. 1987     "Randomized, Double-blind, Placebo-controlled Trial of Captopril and Cilazapril in Congestive Heart Failure"

| | |
|---|---|
| Principal Investigators: | Henry I. Bussey and Richard Bauer |
| Co-Investigator: | Kathryn Lowder, Walter Calmbach, Karl Cremer, Robert Talbert |
| Amount: | $56,105 by Hoffman-LaRoche |

19. 1987     "Extended Long-term Treatment with Cilazapril in Patients with Chronic Congestive Heart Failure"

| | |
|---|---|
| Principal Investigators: | Henry I. Bussey and Richard Bauer |
| Co-Investigator: | N. Kathryn Lowder, |
| Amount: | $23,940 Hoffman-LaRoche |

20. 1987     "Randomized, Double-Blind, Placebo Controlled Trial of Low Dose Fosinopril Sodium in Mild to Moderate Essential Hypertension."

| | |
|---|---|
| Principal Investigators: | Henry I. Bussey and Andrew K. Diehl |
| Co-Investigator: | N. Kathryn Lowder |
| Amount: | $56,028 Squibb Institute for Medical Research |

**RESEARCH AND GRANTS** (continued)

**Completed** (continued)

21. 1988    "Safety and Efficacy of First Generation Oral Hypoglycemic Agents in Diabetics Who Have Failed Glipizide Therapy:
Principal Investigator:    Henry I. Bussey
Co-Investigators:    Theresa Bianco, N. Kathryn Lowder

22. 1988    "Evaluation of Diltiazem HCL SR/Hydrochlorothiazide vs. Diltiazem SR vs. Hydrochlorothiazide vs. Placebo in Mild to Moderate Essential Hypertension
Principal Investigator:    Henry I. Bussey
Co-Investigators:    N. Kathryn Lowder, Theresa Bianco, Andrew Diehl
Amount:    $56,960 Marion Laboratories

23. 1988    "Double-blind Parallel Dose-response Study of Nicardipine Hydrochloride Sustained Release Versus Placebo in Patients with Stable Angina Pectoris"
Principal Investigators:    Henry I. Bussey and Gregory Freeman
Co-Investigators:    N. Kathryn Lowder, Theresa Bianco, Andrew K. Diehl, Richard Bauer
Amount:    $34,526 Syntex Research Institute of Clinical Medicine

24. 1988    "Open-label Safety Evaluation of Sustained Release Nicardipine Hydrochloride in Long-term Treatment of Chronic Stable Angina Pectoris"
Principal Investigator:    Henry I. Bussey and Richard Bauer
Co-Investigators:    N. Kathryn Lowder, Theresa Bianco, Andrew K. Diehl, Richard Bauer
Amount:    $7,000 Syntex Research Institute of Clinical Medicine

25. 1988    "Effect of Marine Fish Oils on the Anticoagulation Status of Patients on Chronic Warfarin Therapy"
Principal Investigators:    N. Kathryn Lowder , T.M. Bianco, and H. I. Bussey
Co-Investigator:    Richard Bauer
Amount:    $10,600 DuPont Pharmaceuticals, Inc.

26. 1989    "The Effects of Isradipine, Enalapril, and Atenolol on the Quality of Life in the Elderly Female Hypertensive"
Principal Investigator:    Insung Kim
Co-investigators:    H.I. Bussey, W. D. Linn, T.M. Bianco, H. Perkins
Amount:    $51,100 Glaxo, Inc.

27. 1990    "Investigation of the Potential Interaction Between Warfarin and Ciporfloxacin in Chronically Anticoagulated Patients"
Principal Investigator:    H. I. Bussey
Co-Investigators:    T.M. Bianco and R. Bauer
Amount:    $19,500 ACCP-Genentech Fellowship Award
    $8,000 (cash and services) Miles, Inc.
    $1,300 (equipment) DuPont, Inc.

28. 1991    "A Survey of Thromboplastin Sensitivity in Teaching and Community Hospitals"
Principal Investigator:    H. I. Bussey
Co-Investigators:    Rex W Force, T.M. Bianco, A. D. Leonard
Amount:    $500 DuPont Pharmaceuticals

29. 1994    "Comparison of "Finger Stick" and Routine Laboratory Determination of Prothromtin Time in Anticoagulated Patients"
Principal Investigator:    Henry I. Bussey

Bussey (C.V.)
Page 33

**RESEARCH AND GRANTS** (continued)

**Completed** (continued)

|  |  |  |
|---|---|---|
| | Co-Investigators: | Elaine Chiquette, Theresa M. Bianco, Kathryn Lowder-Bender, William D. Linn, Lisa Farnett, Maura Kraynak, Gary M. Clark |
| | Amount: | $3,000 |

30. 1994 - 1996     "Coumadin and Aspirin Reinfarction Trial" (Private practice site)
                  Principal Investigator     Roger M. Lyons
                  Co-Investigators     Henry I. Bussey, Elaine Chiquette, Robert Schnitzler
                                        Amount:     $15,000

31. 1994 - 1996     "Coumadin and Aspirin Reinfarction Trial" (University-based site)
                  Principal Investigator     Henry I. Bussey
                  Co-Investigators     Elaine Chiquette, Lori Jones, Andrew K Diehl, Sumanth D. Prabhu
                  Amount:     $15,000

32. 1994 - 1996     "Effect of Niacin on Glycemic Control When Used to Treat Hyperlipidemia in Patients with Diabetes
                  Principal Investigator:     Henry I. Bussey and Elaine Chiquette
                  Co-Investigators:     Andrew K. Diehl and Marc Coaquette
                  Amount     $20,000 National Pharmacy Cholesterol Council

33. 1995 - 1996     "Comparison of an Anticoagulation Clinic with Routine Medical Care"
                  Principal Investigator     Elaine Chiquette
                  Co-Investigators     Henry I. Bussey and Mary G. Amato
                  Amount     approximately $10,000 in equipment

34. 1995 - 1996     "A Retrospective Evaluation of Vitamin K Reversal of Warfarin Anticoagulation"
                  Principal Investigator     Anna Whitling
                  Co-Investigators     Elaine Chiquette, Henry I. Bussey, and Roger M. Lyons

35. 1996     "An Evaluation of Patient Self-Testing with the CoaguChek"
                  Principal Investigator     Henry I. Bussey
                  Co-Investigators     Elaine Chiquette and Roger Lyons
                  Amount     $28,000 Boehringer Mannheim Corporation

36. 1997     "A Disease-Based Audit of Deep Vein Prophylaxis in High Risk Surgical Patients"
                  Principal Investigators     Henry I. Bussey and Roger M. Lyons
                  Amount:     $12,000 Harrison, Wilson, and Associates, Inc.

37. 1998     "Development of an Anticoagulation Training Program in a Private Practice Setting"
                  Principal Investigators     Henry I. Bussey and Roger M. Lyons
                  Amount     $25,000 DuPont Pharma., Inc.

38. 1999     "A Double-Blind, Randomized Comparison of BMS Warfarin and Coumadin on INR Stability in Patients with Atrial Fibrillation"
                  Principal Investigators     Henry I. Bussey and Roger M. Lyons
                  Co-Investigator     Lisa Farnett
                  Amount     $25,000, University Hospital Consortium

USCA5 2643

Bussey (C.V.)
Page 34

**RESEARCH AND GRANTS** (continued)

**Completed** (continued)

39. 1999     "A Double-Blind, Randomized, Placebo-Controlled Trial of the Effects of Acetaminophen on the International Normalized Ratio in Patients on Stable Chronic Anticoagulation"

| | |
|---|---|
| Principal Investigators | Henry I. Bussey and Roger M. Lyons |
| Sub-Investigator | Lisa Farnett |
| Amount | $74,000 McNeil Consumer Products, Inc. |

40. 1999     "A Pilot Trial of an Anticoagulation Training Program for Doctor of Pharmacy Students, Residents, and Fellows"

| | |
|---|---|
| Principal Investigator | Henry I. Bussey |
| Co-Investigators | Lisa Farnett and Roger M. Lyons |
| Amount | $20,800, Rhone Poulenc Rorer |

41. 1999 - 2000     "The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.

| | |
|---|---|
| Principal Investigator | Henry I. Bussey |
| Co-Investigators | Lisa Farnett and Roger M. Lyons |
| Amount | $41,247 American College of Clinical Pharmacy |

42. 2000 - 2001     "The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.

| | |
|---|---|
| Principal Investigator | Henry I. Bussey |
| Co-Investigators | Lisa Farnett and Roger M. Lyons |
| Amount | $32,081 American College of Clinical Pharmacy |

43. 2000     The SPORTIF V Trial (a randomized comparison of warfarin vs. a new oral thrombin inhbitor in patients with atrial fibrillation).

| | |
|---|---|
| Principal Investigator: | Roger M. Lyons, M.D. |
| Co-Investigators | Henry I. Bussey, Pharm.D. and Lisa E. Farnett, Pharm. D. |
| Amount | $70,000 (est.) over three years, AstraZeneca |

44. 2000     THRIVE Trial (a randomized comparison of enoxaparin plus warfarin ("standard therapy" vs. a new oral thrombin inhbitor in the treatment of acute, symptomatic deep vein thrombosis with and without pulmonary embolism).

| | |
|---|---|
| Principal Investigator: | Roger M. Lyons, M.D. |
| Co-Investigators | Henry I. Bussey, Pharm.D. and Lisa E. Farnett, Pharm. D. |
| Amount | $70,000 (est.) AstraZeneca |

45. 2001 - 2002     The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.

| | |
|---|---|
| Principal Investigator | Henry I. Bussey |
| Co-Investigators | Lisa Farnett and Roger M. Lyons |
| Amount | $41,247 American College of Clinical Pharmacy |

46. 2001 – 2003     An Anticoagulation Training Program for Clinicians within the U.S. Oncology Network

| | |
|---|---|
| Principal Investigator | Roger M. Lyons, M.D. |
| Co-Investigators | Henry I. Bussey, Pharm.D. and Lisa E. Farnett, Pharm.D. |
| Amount | $330,000 over 3 years, DuPont Pharma. (cancelled after the first year when Bristol Myers Squibb bought out DuPont Pharma.) |

USCA5 2644

**RESEARCH AND GRANTS** (continued)

**Completed** (continued)

47. 2002 - 2003 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Lisa Farnett and Roger M. Lyons
    Amount  $27,498 American College of Clinical Pharmacy

48. 2003 - 2004 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Lisa Farnett and Roger M. Lyons
    Amount  $36,664 American College of Clinical Pharmacy

49. 2003 Prospective, open lable, single-arm, multicenter study of the safety of outpatient use of enoxaparin in bridging therapy in patients on long-term oral anticoagulants who require interruption of treatment
    Principal Investigator  Lisa Farnette
    C0-Investigators  Roger M. Lyons and Henry I. Bussey
    Amount  $30,000 (Aventis Pharmaceuticals)

50. 2004 - 2005 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Lisa Farnett and Roger M. Lyons
    Amount  $32,081 American College of Clinical Pharmacy

51. 2005 - 2006 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Roger M. Lyons
    Amount  $50,413 American College of Clinical Pharmacy

51. 2006 - 2007 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Roger M. Lyons
    Amount  $55,000 American College of Clinical Pharmacy

51. 2007 - 2008 The American College of Clinical Pharmacy Training Program in Anticoagulation for Doctor of Pharmacy Students, Post-doctoral Trainees, and Practicing Clinical Pharmacists.
    Principal Investigator  Henry I. Bussey
    Co-Investigators  Roger M. Lyons
    Amount  $20,000 American College of Clinical Pharmacy

52. 2006 - 2007 A Pilot Trial of Triple Intervention to Improve Anticoagulation Management: Low Dose Vitamin K plus INR Self-Testing plus On-line Monitoring
    Principal Investigator  Henry I. Bussey
    Amount  $126,000 Roche Diagnostics, Inc.

**RESEARCH AND GRANTS** (continued)

**Completed** (continued)

| | |
|---|---|
| 53. 2007 – 2008 | Benazepril Plus Amlodipine or Hydrochlorothiazide for Hypertension in High-Risk Patients. |

Principal Investigator        Henry I. Bussey (for one site only)
Amount or Funding Source   Novartis Pharmaceuticals

**Proposed (not funded):**

1977           "Randomized Comparison of Enteral and Parenteral Nutrition in Undernourished Lung Cancer Patients"
Principal Investigator:     Unamarie Clibon
Co-Investigators:        HI Bussey, WA Knight, RB Livingston, RC Reed
Duration:              One year
Status:                 Partially but insufficiently funded

1979           "Nutritional Assessment of Hospitalized Patients and an Assessment of Methods for Projecting Nutritional Requirements"
Principal Investigator:     Henry I. Bussey
Co-Investigators:        Jim Haynes and Debbie Tapley
Duration:              One month
Status:                 Not funded

1982           "American College of Clinical Pharmacy Fellowship in Adult Medicine"
Preceptor Applicant:      Henry I. Bussey
Fellowship Applicant:     Steven C. Ebert
Amount:              $17,000
Status:                 Not funded

1984           "Establishing a Pharmacokinetics Laboratory in a Family Health Center"
Principal Investigator:     Henry I. Bussey
Amount:              $100,000
Status:                 Not funded

1985           "Potassium-Sparing Diuretics in Diabetic Hypertensive Patients"
Principal Investigator:     Lewis Rose
Co-Investigators:        HI Bussey and David Katerndahl
Status:                 Not funded

1985           "An Evaluation of the Erythromycin-Warfarin Interaction"
Principal Investigator:     Henry I. Bussey
Co-Investigator:         Judy Saklad

1985           "Relative Efficacy and Metabolic Alterations of Clonidine, Nadolol, and Hydrochlorothiazide in Diabetic, Hypertensive Mexican-Americans"
Principal Investigator:     Henry I. Bussey
Co-Investigator:         Richard Bauer
Status:                 Not funded

1986           "Relative Efficacy and Metabolic Alterations of Hydrochlorothiazide and Metoprolol in Hypertensive Mexican-Americans"
Principal Investigators:    Henry I. Bussey and Richard Bauer
Co-Investigators:        William Linn and Cynthia Mulrowe
Amount:              $250,000
Status:                 Not funded

1988           "Randomized Placebo-controlled Trial of Clonidine and Guanfacine in Smoking

**RESEARCH AND GRANTS (continued)**

**Proposed (not funded):**

|  |  |  |
|---|---|---|
|  | Cessation" |  |
|  | Principal Investigators: | N. Kathryn Lowder and Henry I. Bussey |
|  | Co-Investigators: | Theresa Bianco and Richard Bauer |
|  | Status | Submitted to A.H. Robins, not funded |
| 1989 | "Establishment of a Clinical Pharmacy Research Unit" |  |
|  | Principal Investigator: | H.I. Bussey |
|  | Co-Investigator: | T.M.Bianco |
|  | Status: | Submitted to P.M.A., but not funded. |
| 1999 | "Opportunities for Stroke Prevention" (a public education television program from the University of Texas and Kaleidoscope Television |  |
|  | Principal Investigator | Henry I. Bussey |
|  | Co-Investigators | Dr. William Nichols |
|  |  | President and CEO, Kaleidoscope TV |
|  | Amount | $500,000 |
|  | Status | Presented to DuPont Pharma, but not funded |
| 2006 – 2007 | A Pilot Study to Assess if Self-Testing and Online Management Improve State-of-the-Art Anticoagulation Clinic Management. |  |
|  | Principal Investigator | Henry I. Bussey |
|  | Co-Investigators | Roger M. Lyons |
|  | Amount | $108,000 in equipment, supplies, and patient co-pays. From International Technidyne Inc. (ITC), and Quality Assured Services (QAS) |

**SERVICE ACTIVITIES**

Professional Organizations
(See "Professional Memberships","Honors and Appointments" and "Presentations")

American College of Clinical Pharmacy

| | |
|---|---|
| 1983 | Program Chairman, Southwest Regional Continuing Education Conference, San Antonio, Texas, April 15, 1983. |
| 1985 - 1986 | Member of Educational Affairs Committee. |
| 1986 - 2006 | Abstract Reviewer for the Annual Meeting Program. |
| 1986 | Session Moderator for the Annual Meeting. |
| 1986 - 1987 | Chairman, Educational Affairs Committee, 1986-87. |
| 1986 - 1987 | Member, American Association of Colleges of Pharmacy - American College of Clinical Pharmacy Liaison Committee, 1986-87. |
| 1987 | Elected Fellow, 1987. |
| 1987 - 1988 | Member of Professional and Public Relations Committee. |
| 1987 | Session Moderator for the Annual Meeting. |
| 1987 | Nominated as a candidate for Board of Regents. |

USCA5 2647

Bussey (C.V.)
Page 38

**SERVICE ACTIVITIES** (continued)

**Professional Organizations (continued)**
(See "Professional Memberships","Honors and Appointments" and "Presentations")

American College of Clinical Pharmacy (continued):

| | |
|---|---|
| 1988 - 1989 | Ad Hoc Reviewer for Fellow Applicant. |
| 1989 - 1990 | Member, Awards Committee. |
| 1989 - 1991 | Reviewer of Applications for ACCP-Genentech Research Fellowship in Cardiovascular Therapeutics. |
| 1989 | Program Chairman and Moderator for Pre-Meeting Symposium on Guidelines for Use of Antithrombotic and Thrombolytic Therapy, Annual Meeting. |
| 1989 – 2006 | Abstract Reviewer for the Annual Practice and Research Forum. |
| 1993 | Member, Program Committee for the Annual Meeting |
| 1993 | Program Chairman and Moderator for pre-meeting symposium on Low Molecular Weight Heparins and Heparinoids, Annual Practice and Research Forum. |
| 1993 | Session organizer and moderator for New Guidelines in Antithrombotic Therapy, Hypertension, and Hyperlipidemia, Annual Meeting, Reno, Nevada. |
| 1993 - 1994 | Member, Industrial Relations Committee of the American College of Clinical Pharmacy. |
| 1994 - 1995 | Chair, Cardiology PRN, 1994-95 |
| 1994 | Clinical Practice Award, August, 1994. |
| 1995 | Reviewer for Research Awards and Fellowships - Cardiovascular. |
| 1995 - 1998 | Elected to the Board of Regents. |
| 1999 | Appointed to the <u>Pharmacotherapy</u> Quality Improvement Task Force. |
| 2006 | Selected as ACCP Representative to the Surgeon General's Workshop on Deep Vein Thrombosis |

American Pharmacy Association

| | |
|---|---|
| 1999 | Appointed to the Strategic and Tactical Analysis Team (STAT) on Payment and Empowerment. |
| 2006 | Pinnacle Award recipient, Individual category |

American Society for Parenteral and Enteral Nutrition

Invited Speaker for the Annual Clinical Congress 1980, 1982

American Association of Colleges of Pharmacy

Nominated to the Review Panel for the 1987-88 Grant Program for Young Investigators.

Appointed to the Section of Teachers of Pharmacy Practice Task Force on Faculty Models in Pharmacy Practice.

North American Primary Care Research Group

Abstract Reviewer for the Annual Scientific Program, 1985 - 1990.

USCA5 2648

**SERVICE ACTIVITIES** (continued)

**Professional Organizations** (continued)
(See "Professional Memberships","Honors and Appointments" and "Presentations")

Texas Society of Hospital Pharmacists: Board of Directors, 1984-86; Annual Seminar Committee, 1988

Central Texas Society of Hospital Pharmacists: President-Elect, 1984; President, 1985; Past-President, 1986

The Anticoagulation Forum: Steering Committee Member (1994 - 2003); Annual Meeting Committee 1995

Clinical Services Initiated

1979    Drug Therapy Educational Consultation Service for Patients being Discharged, Richland Memorial Hospital, Columbia, South Carolina.

1980    Drug Therapy Information Service for Health-care Personnel, Richland Memorial Hospital, Columbia, South Carolina.

1981    Pharmacokinetic and Therapeutic Consultation Service, Richland Memorial Hospital, Columbia, South Carolina.

1984    Anticoagulation Clinic, Brady-Green Community Health Center, San Antonio, Texas.

1984    Clinical Pharmacy Consultation Service, Department of Family Practice, Brady-Green Community Health Center, San Antonio, Texas.

1989    Pharmacotherapy Consultants Clinic, Brady-Green Community Health Center, San Antonio, Texas.

1994    Clinical Director, Anticoagulation Clinics of North America, San Antonio, Texas.

2000    Co-founder, ClotCare Online Resource

2004    Genesis Clinical Research Center

University

University of South Carolina 1978 - 1982: A listing of service activities to this institution is available upon request.

The University of Texas at Austin and The University of Texas Health Science Center at San Antonio, (1982 -   ) Specialty Residencies Selection Committee, Clinical Pharmacy Programs, College of Pharmacy, The University of Texas at Austin; and Department of Pharmacology, The University of Texas Health Science Center at San Antonio (1982-1983).

Continuing Education Committee, College of Pharmacy, The University of Texas at Austin (1982-1983, 1983-1984, and 1984-1985).

Ad Hoc Committee on Pharmacy student Recognition (1982).

Chairman, Program Committee for the jointly sponsored ACCP Southwest Regional Continuing Education Conference, San Antonio, Texas, April 15, 1983.

Ad Hoc Committee on Specialty Residency Accreditation for Medicine (1983)

B.S. Graduate Awards Committee (1983)

Committee to Assess Biomedical Sciences/Clinical Literature Needs for Austin Campus (1983)

Chairman, Subcommittee to Evaluate Assessment Methods and Criteria for the Experiential Component (1984)

USCA5 2649

Bussey (C.V.)
Page 40

**SERVICE ACTIVITIES** (continued)

**Professional Organizations (continued)**
(See "Professional Memberships","Honors and Appointments" and "Presentations")

University (continued)

Alternate, Pharm.D. Admissions Committee (1984-85, 1985-86)

Post-doctoral Training Committee (1984-85, 1985-86, 1986-87)

Committee C: Clinical Component Content Development Restructuring Project for undergraduate pharmacy students (1985)

Ad-Hoc Curriculum Review Committee (1985)

Research Committee, Department of Family Practice (1985-86)


University Service while at the University of Texas at Austin and the University of Texas Health Science Center at San Antonio (1982 – 2011) (continued)

Educational Committee, Department of Family Practice (1985-86)

Honors and Awards Committee, College of Pharmacy (1986-92)

Accreditation Review Committee on Resources (Support Services) (1988-89)

Appointed to a three-year term on the Institutional Review Board for Human Research, The University of Texas Health Science Center 1988-1991.

Faculty Devlopment Committee, College of Pharmacy, U.T. Austin 1992 - 1996

Faculty Advisor to the Pharm.D. Retreat Committee 1988

Task Force on Pharm.D. Pharmacotherapy Course Content, U.T. Austin 1994.

Doctor of Pharmacy Admissions Committee, U.T. Austin 1996 - 1997

Committee on Committees, College of Pharmacy, U.T. Austin 1998 - 2006

Doctor of Pharmacy Admissions Committee, College of Pharmacy, U.T. Austin, 1999

Chair, Post-Pharm.D. Residency and Fellowship Training. 2000 – 2004

Executive Committee Member 2004 – present

Post-Tenure Review Subcommittee of the Executive Committee

Supervisory responsibilities for Doctor of Pharmacy Students, Residents and Fellows as follows:

Supervising Professor for Post-doctoral Fellows:

N. Kathryn Lowder, Pharm.D. (1986-1988) 2 year Fellowship
Theresa Bianco, Pharm.D. (1988-1990) 2 year Fellowship
Elaine Chiquette, Pharm.D. (1994-1996) 2 year Fellowship

Acting Major Professor for Third-year Doctor of Pharmacy Resident:

Jane Kruse (1982)                              Scott Glossner (1991-92)

Major Professor for Second-year Doctor of Pharmacy Students:

| | |
|---|---|
| Elena Catarau (1983) | Stuart Haines (1992-93) |
| Tom Hall (1984) | Todd Canada (1992-93) |
| Ruthanne Ramsey (1984) | Marilyn Kamp (1993-94) |
| Michelle Eimer (1985) | Sharon Tramonte (1993-94) |
| Mary Frances Ross (1985-86) | Paul C. Cockrum (1994-95) |
| Toni Host (1985-86) | Dawn E. McNichol (1994-95) |
| Amy McCormick (1985-86) | Anna M. Whitling (1994-95) |

Bussey (C.V.)
Page 41

**SERVICE ACTIVITIES** (continued)

**Professional Organizations (continued)**
(See "Professional Memberships","Honors and Appointments" and "Presentations")

University (continued)

Mary Gaul (1986-87)                    Kimberly Braden Moore (1995-96)
Julie Krukemyer (1986-87)              Yavonne Evans (1996-97)
John St. Peter (1987-88)               Laurencio Cortinas (1997-98)
Martha  Gardner (1989-90)

Supervisory responsibilities for Doctor of Pharmacy Students, Residents and Fellows as follows

| | | | |
|---|---|---|---|
| Susan Reeves (1982-83) | John St. Peter (1986-87) | Carla Van Den Berg (1989-90) | Marilyn Kamp (1992-93) |
| Roberta Carrier (1982-83) | Jeff Campion (1986-87) | William Benefield (1989-90) | Curtis Triplitt (1993-94) |
| Claudia Kamper (1982-83) | William Buss (1987-88) | Stuart Haines (1991-92) | Anna Whitling (1993-94) |
| Evans Cooke (1984-85) | Angela Allerman (1988-89) | Kendra Perry (1991-92) | |
| John Windheuser (1984-85) | Linda Shahraini (1988-89) | Najla Bugazia (1992-93) | |

University Service while at the University of Texas at Austin and the University of Texas Health Science Center at San Antonio (1982 – 2011) (continued)

Supervisory Committee Member for Third-year Doctor of Pharmacy Students:

Paul Godley (1983-84)                  Bruce Mueller (1987-88)
Bruce Wachsman (1985-86)               Stuart Haines (1993-94)

Supervisory Committee Member for Second-year Doctor of Pharmacy Students

Gerald Merritt (1983-84)        Susan Reeves (1984-85)        Jean Visser (1987-88)
John A. Lazor (1983-84)         Barbara Insley (1984-85)      Michelle Baird (1987-88)
Jacqueline Barber (1983-84)     Judy Saklad (1984-85)         Claude Taylor (1991-92)
David Rutledge (1983-84)        Andrea Fus (1986-87)          Kendra Perry (1992-93)
Richard Manny (1984-85)

USCA5 2651

# APPENDIX C

## Hourly Fee Schedule for Legal Consulting

## Henry I. Bussey, Pharm.D., FCCP

## October, 2016

1. A retainer of $4,000 will be provided with the materials that are submitted to Dr. Bussey for review. One-half of the retainer ($2,000) is non-refundable (unless Dr. Bussey is unable to provide his services) and will not be used to cover any of the billable services outlined below. Once the case is closed and/or Dr. Bussey's participation is finished, any outstanding charges will be deducted from the other one-half of the retainer and the remaining balance of that portion of the retainer, if any, will be refunded.

2. Level 1 charges, billed at $400 per hour (including travel time), include all services EXCEPT activities related to providing a deposition, participating in an arbitration, or testifying in court. Services covered include reviewing case files, literature searches, preparing reports, time spent in routine conference, etc. Level 1 charges will _not_ exceed $4,000 per day (presuming that more than 10 hours is spent in a single day).

3. Level 2 charges: Billed at $600 per hour with a _minimum_ charge of $3,000 per day, include charges for providing a deposition, participating in an arbitration, testifying in court, and any preparatory conferences related to these activities.

4. Travel and miscellaneous expenses: In addition to level 1 time charges for travel, air fare (coach class), mileage, meals, lodgings, postage or shipping charges, telephone charges, and other customary expenses will be submitted for reimbursement.

# APPENDIX D

USCA5 2654

Record of Deposition and Court Testimony Over the Last Four Years

Henry I. Bussey, Pharm.D., FCCP

October, 2016

After reviewing my files, I find no instances in which I provided a deposition, testified in court, or participated in an arbitration hearing.