IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) Judge Eldon E. Fallon ) |

# Expert Report of Phillip S. Cuculich, MD

By: _____

**Phillip S. Cuculich, MD**

Date: __10/14/2016__

## Expert Report of Phillip S. Cuculich, MD

### In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)
### October 14, 2016

### Introduction

I have been asked to offer general opinions regarding the risks related to the clinical use of rivaroxaban (Xarelto), specifically as it relates to stroke risk reduction related to the heart rhythm disorder known as atrial fibrillation (AF). In preparation of this report, I have reviewed numerous materials, which are outlined in a separate attachment to this report (Appendix A).

In addition to the above-described materials, I also rely on my background, education, training and clinical experience as described below, as well as the relevant published literature. Please note that all of the following statements and opinions, unless otherwise stated, are made with a reasonable degree of medical and scientific certainty. I have applied the same method of review and analysis as I use in my clinical and academic practice. I also reserve the right to amend these opinions as new information becomes available to me.

### Background and Qualifications

Attached to this report is my *curriculum vitae* that more fully describes my background, education and training (Appendix B). Briefly, I am a licensed physician practicing in the state of Missouri. I attended medical school at the Vanderbilt University School of Medicine (Nashville, TN), receiving my degree in 2001. I completed my training in Internal Medicine at Northwestern University at the McGraw Medical Center (Chicago, IL), where I was invited to be the Chief Medical Resident. I completed advanced fellowships in Cardiovascular Diseases and Clinical Cardiac Electrophysiology, both at Washington University at Barnes-Jewish Hospital (St. Louis, MO). I have been an attending physician at Barnes-Jewish Hospital since 2009 where I currently practice Cardiovascular Medicine and Cardiac Electrophysiology (heart rhythm disorders). In clinical care, I treat patients in both the outpatient and inpatient settings, including Cardiac ICU care. A major component of my daily practice involves the treatment of patients with atrial fibrillation. I am routinely asked to evaluate patients' candidacy for oral anticoagulation or cardiac procedures to prevent AF-related strokes. I perform catheter ablations to treat atrial fibrillation, which involves inserting long thin catheters into the heart and meticulously heating precise areas of the heart that harbor AF electrical circuits. I also have performed invasive cardiac procedures to close the left atrial appendage, the area of the heart thought to be the source for many blood clots that cause strokes.

1

USCA5 2657

Over the course of my career, I have cared for many patients who have suffered from AF-related complications, including strokes and severe bleeding as a consequence of the blood thinner medications to reduce stroke risk; both the acute effects and the longer-term consequences. In collaboration with the Stroke Team at Barnes-Jewish Hospital, I have created a Clinical Carepath to facilitate methods for rapid and accurate identification of AF in patients who have suffered from cryptogenic strokes through the means of a tiny injectable heart monitor. In this document, I may call upon personal examples of patients who have asked me my opinions regarding blood-thinner use, which can only be addressed in a patient-specific manner.

My research at the Washington University School of Medicine is far-reaching and largely revolves around better understanding heart rhythm diseases and consequences of these disorders. I am currently an Associate Professor of Medicine at the Washington University School of Medicine. For additional background regarding my clinical and research activities, and publications authored by me in the last ten or more years, please refer to my *curriculum vitae* that is attached to this report (Appendix B). Besides research and clinical practice, I teach Cardiovascular Medicine and Electrophysiology to medical students, residents, and fellows throughout Washington University affiliated training programs. I have won various teaching and research awards in this capacity.

I have written multiple textbook chapters on cardiovascular medicine and electrocardiography, and I am an editor of two editions of popular textbooks in cardiovascular medicine, "Washington Manual Cardiovascular Medicine Subspecialty Consult." Several chapters in these books are devoted to mechanisms, treatment, and prevention of cardiovascular diseases, atrial fibrillation, strokes and bleeding risks.

My prior testimony for the past four years and my fee schedule for this litigation are attached to this report (Appendix C & D).

## Summary of Opinions

1) Anticoagulants (blood thinners) reduce the risk of thromboembolism (traveling blood clots that cause strokes) in patients with atrial fibrillation (AF). However, in doing so, they increase risks of bleeding events, which can be life threatening. The gold standard of blood thinners is warfarin. Because of the serious risks, there is a system-wide obligation to provide the safest methods of administration of blood thinners.

2) "Precision Medicine" is a popular term that defines the current direction of human medical care. A main tenet of precision medicine is that individuals have unique, patient-specific risks for diseases, and unique, patient-specific effects to treatments. Decisions to use blood thinners take into account a number of clinical factors. Safe, appropriate, responsible ways to administer the blood thinners recognize the individual patient's risk of variability of a drug metabolism and effect.

2

USCA5 2658

3) Rivaroxaban (Xarelto) was approved by the US FDA in November 2011 to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation. It was marketed as a once-daily blood thinner that did not require blood testing because the effect was so predicable across all populations and the medication had a large therapeutic window (range of blood concentration that was both safe and effective). Moreover, prescribers were told there were no approved ways to measure the effect of the drug because testing was not necessary.

4) To help my patients make the best decisions about the appropriateness and safety of rivaroxaban, I counsel them using information from published clinical trials, the package insert, and information received from Bayer/Janssen representatives. Unfortunately, all three of these avenues of information offered misleading information.

    a.    CLINICAL TRIAL: The pivotal trial for the use of rivaroxaban for the prevention of stroke in patients with atrial fibrillation **(ROCKET-AF) was inadequate in the following important ways**: A) the control arm using warfarin was managed in a historically poor way (very low time in therapeutic range (TTR) for patients taking warfarin); and B) the warfarin testing device (point-of-care INR monitor from Alere) produced inaccurate INR levels. Therefore, ROCKET-AF does not provide a reliable comparison between the use of rivaroxaban and well-controlled warfarin, especially in the US.

    b.    PACKAGE INSERT: **The product label for rivaroxaban was inadequate at product launch**. The rivaroxaban product insert should have contained: A) a black box warning for bleeding risk, like warfarin; B) for US FDA approval, data using US-only centers should be shared; C) available pharmacokinetic data, ideally with ranges (5/95 percentiles) for treating physicians to assess the inter-patient variability of this medication; D) advice regarding methods to test drug concentration or bleeding effect, particularly with prothrombin (PT), which in pharmacokinetic and pharmacodynamic studies demonstrated a significant number of "super-responders" who are at risk for bleeding; E) clinically actionable data recommendations regarding bleeding events while on this medication.

    c.    BAYER/JANSSEN REPRESENTATIVES: Information shared from Bayer/Janssen representatives with prescribers, including me, reinforced the notion that blood testing was not needed for safe administration of rivaroxaban. In contradiction to what was told to prescribers like me, **rivaroxaban has a narrow therapeutic window.** That is, the difference between the amount of rivaroxaban necessary to properly anticoagulate, and the amount that would put a patient at increased risk of significant bleeding, is fairly small. Also, **rivaroxaban actually has a higher inter-patient variability than prescribers like me were led to believe.** In short, a single dose does not safely treat all patients.

3

USCA5 2659

5) To maximize the safety for our patients taking blood thinners using precision medicine principles, prescribers would welcome: A) **a way to measure the plasma concentration or anticoagulant effect of the medication** in a patient-specific way with; B) **dosing adjustment to tailor the perfect amount of anticoagulant effect while avoiding unnecessary bleeding; C) an antidote to rapidly reverse bleeding effect** in case of a life-threatening bleeding event**.** Bayer & Janssen failed to provide this critical blood testing, advice on dosing adjustments, and reversal agents to prescribers, routinely citing that such testing, dosing adjustments and reversal agents were not necessary. In short, **patient safety could be significantly improved,** but patient safety was not a first priority. A single blood test (PT with Neoplastin reagent) is an effective way to screen for "super-responders" who are unwittingly exposed to significantly increased bleeding risk. According to the FDA advisory committee, this population may represent up to 25% of patients in the ROCKET-AF study.

## BACKGROUND: EPIDEMIOLOGY AND STROKE PREVENTION IN ATRIAL FIBRILLATION

Atrial fibrillation is the single most common heart rhythm disorder. Recent evidence suggests that in 2010, AF affected 33.5 million people worldwide, and its prevalence continues to grow. In the United States alone, roughly 4 million people have AF. Prevalence increases with advancing age. For Americans of European descent who are 40 years old, the lifetime chance of developing AF is ~ 25%.

Patients with AF have widely variable symptoms, ranging from being completely unaware of the heart rhythm disorder to being nearly incapacitated by the symptoms. Decisions regarding the intensity of treatment are tailored to each patient, largely guided by the severity of symptoms. Similarly, stroke risks related to AF range widely, and decisions regarding stroke-reduction therapies are tailored to each patient. The treatments to reduce stroke risk are almost always oral anticoagulation (blood thinners). Decisions to use oral anticoagulation are based on competing increased risks of bleeding with reduction of risk of stroke. Recent guidelines published from the American College of Cardiology/ American Heart Association/ Heart Rhythm Society support the regular use of a scoring system ($CHA_2DS_2$-VASc) to identify patient characteristics that suggest higher risk for stroke (Figure 1). In general, the more high-risk features, or the more points on the scoring system, the higher the annual risk of stroke. Guidelines support the use of oral anticoagulation in most patients with a yearly risk of a stroke that exceeds 2% (red line).

4

USCA5 2660

Figure 1. CHADS-VASC Scoring System



(Adapted from Lip G, et al. Chest, 2010)

The main drawback to oral anticoagulation is the increased risk of bleeding. Several scoring systems have been developed and validated, highlighting particular patient-specific factors that increase the risk of bleeding (Figure 2). Of note, the HAS-BLED scoring system identified patients who were at increased risk of bleeding based on clinical risk factors and monitoring the levels/effects of blood thinners medication. Variations or extremes of blood thinner effect, measured with widely-available monitoring, carry bleeding risk.

Figure 2. HAS-BLED Scoring System

| HAS-BLED | | |
|---|---|---|
| **Letter** | **Clinical Characteristic** | **Points** |
| H | Hypertension | 1 |
| A | Abnormal Liver or Renal Function | 1 or 2 |
| S | Stroke | 1 |
| B | Bleeding | 1 |
| L | Labile INR | 1 |
| E | Elderly (age > 65) | 1 |
| D | Drugs or Alcohol | 1 or 2 |
| Maximum Score | | 9 |

(Adapted from Pisters R, et al. Chest 2010)

Decisions by treating physicians to use oral anticoagulation for patients with AF are tailored toward patient-specific conditions and preferences, which attempt to balance the potential benefits with the known bleeding risks.

5

USCA5 2661

## THE STANDARD: ORAL ANTICOAGULATION WITH WARFARIN

From 1954 to 2010, the only oral anticoagulant that was available to reduce stroke risks in patients with atrial fibrillation was warfarin. This medication has been the gold standard for oral anticoagulation for decades. The development of warfarin began in 1920, with an outbreak of bleeding-related deaths among cattle near the US-Canada border. Two decades later, testing linked these deaths to spoiled sweet clover that was ingested by the animals. The responsible compound was purified and tested at the Wisconsin Alumni Research Foundation (WARF) and eventually marketed as a rodenticide in 1948. In 1954, it was approved by the US Food & Drug Association for medical use. It was not until 1978 that the mechanism of the drug was discovered (vitamin K-epoxide reductase inhibitor).

Because of the high degree of inter-patient and intra-patient variability related to the pharmacokinetics of the drug, dose variability is affected by age, race, body weight, gender, concomitant medications, comorbid conditions, genetic factors and dietary vitamin K. It is a drug with a narrow therapeutic range, and anticoagulation must be carefully monitored to avoid life-threatening situations. This is accomplished through frequent blood plasma measurements of prothrombin time (PT), standardized to an international ratio (INR). Regular monitoring is indicated for all patients who start and maintain on this medication. Dosing is adjusted based on the results of the PT/INR blood test. Because of the frequent dose adjustments and blood draws, patient compliance with warfarin can be limited.

The most obvious and common concern with warfarin is major or fatal bleeding. This is most common within the first month of initiation. There are a number of factors that have been associated with bleeding risk (see package insert), with the most predictive being elevated levels of anticoagulant effect (INR>4.0). In various randomized clinical trials with warfarin to prevent AF-related strokes, the overall risk of major bleeding ranged from 0.6% to 2.7% over the course of the study. A "black-box warning" was added to warfarin's product label in 2006 due to life-threatening bleeding. Fortunately, there are relatively fewer deaths linked to warfarin-related bleeding because warfarin has several reversal agents. For less urgent reversal, oral or intravenous vitamin K can be administered. For more urgent reversal, fresh frozen plasma is commonly used. Moreover, vigilant monitoring of the bleeding effect with periodic blood tests drastically reduces risks of bleeding with warfarin and is currently the standard of care for the use of this medication.

Warfarin has repeatedly been shown to reduce the rates of AF-related strokes in multiple clinical trials (Figure 3). The relative effect of stroke reduction ranges from 45% to 76% compared to placebo.

6

USCA5 2662

Figure 3. Clinical Trials Supporting Warfarin Use for Stroke Risk Reduction



(Adapted from Petersen P, et al Lancet 1989; EAFT Lancet 1993; Cohen et al, Circulation 1991; Blackshear L, et al Lancet 1996)

- 64% mean relative risk reduction (RRR)
- 2.7% absolute risk reduction (ARR) per year
- Number of patients needed to treat (NNT) each year to prevent one stroke is 37.
- NNT of patients who had a prior stroke or TIA each year to prevent one stroke is 12.

As such, warfarin receives the strongest recommendation for prevention of AF-related stroke in patients with elevated risk and is the comparator gold standard drug to which other blood thinners are compared. Warfarin is also a medication that embodies the very important contemporary concept of "precision medicine." This direction of clinical practice has gained tremendous momentum rover the past several decades and recognizes that people are fundamentally different from each other. As such, treatment options and doses should be tailored to each individual to maximize the effect and minimize the risk. In the example of warfarin, patients are evaluated regularly for blood thinner effect and the dose of the medication is adjusted. If the blood test is too low, patients are at higher risk of for ischemic (clot-related) events. If the blood test is too high, patient are at risk for bleeding events. The "therapeutic window" is the ideal effect of the medication, maximizing the effect while minimizing the risk. In the case of warfarin, the "therapeutic index" is identified with the blood test (INR) result between 2.0 and 3.0 (see Figure 4).

USCA5 2663

Figure 4. Warfarin Therapeutic Index: Incidence Rates of Ischemic Stroke and Intracranial Hemorrhage Among Patients with Nonvalvular Atrial Fibrillation Taking Warfarin.



(Adapted from 2006 ACC/AHA/ESC Guidelines for Management of Patients with Atrial Fibrillation)

Using this patient-tailored method, patients are treated in the safest and most effective ways. Unfortunately, warfarin exhibits significant **intra-patient variability**; that is, in the same patient using the same dose of medication, there may be a wide range of effect at any point in time. Also, warfarin exhibits wide **inter-patient variability**; that is, between patients on the same dose of medication across a population, there may be significant differences in the effect of the medication. Simply put, in the case of blood thinners like warfarin, the practice of precision medicine requires the ability to test the effect or plasma level of a medication.

8

USCA5 2664

## HOW RIVAROXABAN (XARELTO) WAS DEVELOPED AND APPROVED FOR USE

Rivaroxaban (Xarelto) was developed and manufactured by Bayer, and is marketed in the United States through a joint partnership between Bayer and Janssen. It is a direct Factor-Xa inhibitor and a member of the class commonly referred to as the new oral anticoagulants (NOACs), comprised of Xarelto (rivaroxaban), Pradaxa (dabigatran), Eliquis (apixaban), and Savaysa (edoxaban), which were developed to offer an alternative to warfarin, the gold standard in oral anticoagulation. Based upon submission by Janssen and Bayer, the Food and Drug Administration (FDA) approved Xarelto for three indications: 1) the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgeries (approved July 1, 2011); 2) to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (approved November 4, 2011); and 3) the treatment of DVT and/or PE and the reduction in recurrence of DVT and/or PE (approved November 2, 2012). Xarelto is available in doses of 20mg, 15mg, and 10mg.

This report will focus mainly on the atrial fibrillation indication, which relied on the pivotal Phase III clinical trial, Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation (ROCKET AF). In short, the ROCKET trial found that Xarelto was non-inferior to warfarin for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, with similar rates of major bleeding and non-clinically significant major bleeding).

## HOW RIVAROXABAN WAS MARKETED TO PRESCRIBERS LIKE ME

Bayer/Janssen marketed rivaroxaban with the premise of low inter-patient an intra-patient variability. One drug dose (20mg PO daily) would safely treat all users with normal kidney function to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation. If kidney function was reduced, a lower dose was recommended (15mg PO daily). No additional blood testing would be necessary over time. Moreover, a blood test to assess the effect of the medication was not even available. There was great excitement surrounding this class of medication, because if the drug dosing and effects were indeed as predictable as it was marketed, it would address important limitations to warfarin use and inconvenience of frequent blood testing for patients.

While the concept is appealing, to a skeptical practicing clinician it defied medical logic to think that one dose of a medication could provide the same effect for all ages, all sizes, and all confounding characteristics that make each patient unique. As opposed to "precision medicine," using a blood thinner without the ability to assess its effect felt like "flying blind," trying something new without guidance or instruction.

- When it was tested in a large clinical trial (ROCKET-AF), the dosages of rivaroxaban were fixed and there were no additional clinical testing for effect of blood thinner or any dose-modification for rivaroxaban, suggesting indirectly "one

9

dose fit all." No further studies were reported regarding blood concentrations of rivaroxaban or blood thinner effect prior to US FDA approval.

- When approved for use by the US FDA, the sales force from Bayer/Janssen with whom I interacted would cite ROCKET-AF as evidence that **clinical testing (effect of the blood thinner) was not needed** and that **rivaroxaban had a large therapeutic window**.
- When I asked for the dose-finding data that supported the ROCKET-AF dose, or for evidence of blood thinner effects across populations of people, I was told that the **medication dosing was "internally validated" but not published or publicly available**.
- When I was managing patients in particularly difficult situations, such as patients taking rivaroxaban awaiting emergent surgery or patients who developed blood clots despite taking rivaroxaban, and I asked for help/advice for testing anticoagulant effect, I was told that **no approved testing was available** to help me guide my decision.


## THE DATA AVAILABLE TO HELP ME COUNSEL MY PATIENTS WAS INCOMPLETE

With a strong marketing push from Bayer and Janssen, rivaroxaban quickly became a popular topic of conversation in my clinic, where I treat many patients with atrial fibrillation. I would use the available sources of information to help educate my patients, namely the published clinical trial (ROCKET-AF), the rivaroxaban product insert, and my local Bayer/Janssen representatives. However, over time, each of these proved to be incomplete and misleading.

### A) The Clinical Trial—

#### The control arm of ROCKET-AF using warfarin underperformed

In the ROCKET-AF trial, rivaroxaban was compared against warfarin in a randomized fashion. It is very important to note, however, that the clinical management of warfarin (quality of the INR blood tests, frequency of the INR blood tests, decisions regarding dose adjustment) directly influences the effectiveness and safety of warfarin. In short, a "warfarin" control group is both the drug and the management.

The standard way to describe warfarin management is "Time in Therapeutic Range ("TTR"). Higher TTR has been associated with better outcomes (*i.e.*, fewer strokes and bleeds). The therapeutic range for INR of atrial fibrillation patients on warfarin is universally accepted to be 2-3. It is also nearly universally recognized by applicable authorities and guidelines that an INR greater than 4 necessitates a dose reduction in a warfarin treated patient. In previous warfarin vs. NOAC trials, the TTR were 62% (ARISTOTLE) and 64% (RE-LY). In previous warfarin vs. aspirin trials, the TTR were 70% (SPAF), 74% (AFASAK) an 83% (BAATAF).

10

USCA5 2666

ROCKET-AF had the lowest TTR for any warfarin trial (55%). Because of such poor warfarin management, the results of ROCKET-AF are inherently biased in favor of rivaroxaban. This was specifically noted in the FDA Summary Review Memorandum, specifically the two reviewers who recommended against approval of Xarelto for the atrial fibrillation indication based in part on the low TTR in ROCKET-AF. This was addressed in the Xarelto labeling with the following language: "There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled."

### US-only centers had better results with warfarin than rivaroxaban

One oft-cited reason for substandard warfarin management in ROCKET-AF is the heavy use of sites in developing countries. The FDA had the opportunity to review country-specific results for ROCKET-AF, and predictably, for sites where warfarin TTR was better, the clinical outcomes of rivaroxaban were less favorable when compared to warfarin.

In ROCKET-AF subjects in the US, where the TTR was 64%, there was a 28% increased risk of the primary safety endpoint for rivaroxaban as compared to warfarin, a 50% increased risk of major bleeding, and a 61% increased risk of transfusion, all of which were statistically significant. However, despite these alarming and certainly relevant results, the US label did not relay this information to prescribers until September 2015. (November 2011 Xarelto Approval Label; September 2015 Xarelto Label)

### The warfarin point-of care testing device used in ROCKET-AF was flawed

The ROCKET-AF clinical trial compared Xarelto to the active comparator, warfarin. The safety and efficacy of warfarin is dependent upon appropriate monitoring and dose adjustments. The warfarin arm of ROCKET was monitored using a defective point-of-care (POC) INRatio device.

The defective POC INRatio device underreported true INR values, which resulted in the overanticoagulation of warfarin patients and therefore caused additional bleeds. The device used in ROCKET has been removed from the market as unfit for use. At two timepoints during the ROCKET trial, INR values were analyzed using two methods. One sample was analyzed using the defective POC INRatio device, while the second sample (collected in the same patient, at the same time) was analyzed by a central laboratory. A comparison of these two values reveals that the POC device malfunctioned in a large portion of warfarin patients, to a degree of clinical significance. For example, in the table below, one can see that 28.5% of the patients identified by the central laboratory as having an INR greater than 4 were misclassified by the POC device as being below therapeutic range or within therapeutic range.

11

USCA5 2667

**Table 1: TSIINR23ZYa:** Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001:   Safety Analysis Set)
Visit Name: WEEK 12

|  | --- Lab INR --- | | | | |
|  | <2 | 2 - 3 | >3 - 4 | >4 | Total |
|  | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 – 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 – 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

(EMA CHMP Assessment Report, Feb. 5, 2016)

Such misclassification of INR values in warfarin treated patients would unwittingly result in improper overdosage and resulting bleeds. Therefore, it is my opinion that the bleed rate of the warfarin patients, and therefore any comparison with the bleeding rate of rivaroxaban patients, is flawed. (EMA CHMP Assessment Report, Feb. 5, 2016; FDA ROCKET AF Reanalysis, Sept. 26, 2016; Patel, et al., Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Powell, Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016; Patel, et al., Author's Reply to Letter to the Editor, Point-of-care warfarin monitoring in the ROCKET AF trial, *NEJM*, 2016)

**B) The Product Label**
The rivaroxaban product label failed to properly inform physicians regarding the risk of major and non-major clinically relevant bleeding.

### No "black box warning" for bleeding risk

Warfarin carries a "black box" warning on its product label for risk of severe bleeding since 2007. Rivaroxaban, which carries similar risks, does not have a similar warning in its product label. This incorrectly implies to prescribers and patients that rivaroxaban is safer to use than warfarin.

### US FDA should highlight US data from ROCKET-AF, when available

Because the ROCKET-AF trial compared rivaroxaban to poorly-managed warfarin, it should not be assumed that similar effects would be seen when rivaroxaban was used in the US. Because US-specific data was available, where warfarin use was better regulated, the product label should include specific mention of how rivaroxaban compares to US-warfarin use. In this light, rivaroxaban would perform statistically worse in terms of safety endpoints, which would be a very important statement for prescribers like me to share with patients. This information was not added to the US label until 2015, after being requested to do so by the FDA. (XARELTO_JANSSEN_00000344).

USCA5 2668

### No pharmacokinetic data

The rivaroxaban label fails to present patient variability data (especially 5-95th percentiles of plasma concentrations or drug effect). Disclosing the following information would certainly help a prescriber, like me, make an informed decision about whether rivaroxaban is indeed safe to administer to all patients without monitoring: variability in drug concentration per patient over time (pharmacokinetics); variability in effect of the medication, as measured by prothrombin time (PT); correlation between high PT levels and increased risks of bleeding; that a commercially-available blood test (PT, with specific reagents) correlated closely with drug concentration and bleeding effect; or that "super-responders" exist, with very high blood thinning effect compared with the general population taking this medication (see below).

### No advice on how to test, even if I wanted to do so. No advice on clinically actionable recommendations regarding bleeding events.

The rivaroxaban label fails to include the proper instructions for use of the drug, in that it does not state how to test and interpret blood test results for the anticoagulant effect. If we could identify patients who have very high concentrations or strong blood-thinning effects of the drug, we could discontinue the drug or choose a lower dose so as to avoid unnecessary risk of harm. I have been involved in several critical clinical situations where a blood test result of anticoagulant effect would be the key factor in deciding whether a patient is deemed safe to go to the operating room for emergent surgery, if such testing and guidance were available. Undoubtedly, patients have suffered because of the lack of ability to test and interpret the anticoagulant effect of rivaroxaban.

## C) The Bayer/Janssen Sales Representatives—

As described above, when rivaroxaban was approved, the marketing focused on once-daily dosing, no need for blood testing (because of consistent intra-patient variability), and a broad therapeutic window (resulting in consistent inter-patient variability across populations of patients).

### Rivaroxaban is a better twice-daily dose

With a half-life of 5-13 hours, conventional pharmacologic strategies would suggest that rivaroxaban would be best suited as a twice-daily rather than once-daily dose regimen. In fact, rivaroxaban is used as twice-daily regimen for other indications (treatment of venous thromboembolism or pulmonary embolism). Benefits of once-daily dosing over twice-daily dosing would be better patient compliance and strategic marketing advantages against other twice-daily dosed oral anticoagulants. For my patients, however, I want the safest and best dose possible. For drugs with such a short half-life, a twice-daily dosing strategy intuitively provides a more consistent drug effect without risks of "overshoot." The FDA has supported this position as well. (FDA Summary Review Memorandum, NDA 202439)

USCA5 2669

Figure 5. Once-daily vs. Twice-daily dosing: simulated plasma concentration of an anticoagulant drug with ~12 hour half life using either once-daily (green) or twice-daily (red) dosing strategy. (Vrijens and Heidbuchel, *Europace*, 2015)



Compared to a twice-daily smaller dose, a once-daily larger dose of rivaroxaban will result in periods of time whereby patients are at increased risk of bleeding effect. Moreover, the continuity of drug effect is greater with twice-daily dosing.

### Narrow therapeutic window

It is incorrect and misleading to market that rivaroxaban has a broad therapeutic index. Rivaroxaban, as with all oral anticoagulants, has an intrinsically narrow therapeutic index. This is largely due to the severity of the outcomes that can occur if too little effect is present (stroke or systemic embolism) or if too much on an effect is present (severe bleeding). Careful dose selection is needed to achieve optimal benefit/risk balance. The US FDA shares similar opinions regarding anticoagulants intrinsically having a narrow therapeutic index by declaring that all anticoagulants "are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamics activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive inhibition of physiologic clotting and excessive bleeding." (FDA Summary Review Memorandum, NDA 202439)

### Inter-patient variability

Unlike the message that is shared by the sales team, rivaroxaban seems to have at least a moderate inter-patient variability. There were no phase 2 dose-finding studies for patients with AF; rather, the phase 2 dose-finding studies were performed in patients undergoing treatment for the prevention of deep venous thrombosis (DVT) for only a few weeks at a time. From these studies, the dose of 20mg once-daily was estimated based on computer modeling from patients in these studies. However, in these studies,

USCA5 2670

the exposure to the medication is short (only during the post-operative time period). In AF, the exposure to medication is life-long, and the risks related to bleeding may not be fully appreciated in such a short-exposure time course. In short, it is not appropriate to use the short duration DVT studies to ascertain lifetime risks for patients with AF taking rivaroxaban. As described by Dr. Mueck, a chief scientist in rivaroxaban development, the "**inter-individual variability in pharmacokinetics was moderate (30–40%) and was consistent over the 12-week duration of the studies.**" (Mueck, *Clinical Pharmacokinetics*, 2014)

Computer modeling of human dose response makes for graphs that visually appear that there is little inter-patient variability. For example, here is a graph that was shared with me when I asked Janssen/Bayer representatives for evidence of plasma concentrations in users of rivaroxaban:

Figure 6. Population-based computer modeling of rivaroxaban concentration



(Mueck, *Clinical Pharmacokinetics*, 2014)

However, in healthy subjects who took 20mg doses and had blood concentrations of rivaroxaban checked periodically, the half-life of the medication ranged from 4.79 to 36.43 hours (Figure 7), which is an enormous range.

USCA5 2671

Figure 7. Pharmacokinetic parameters of rivaroxaban in healthy subjects after escalating doses

| Parameter | Fasted | | | Fed | | |
|---|---|---|---|---|---|---|
| | 2.5 mg tablet | 5 mg tablet | 10 mg tablet | 10 mg tablet | 15 mg tablet | 20 mg tablet |
| AUC ($\mu$g · h/L) | 321 (28.8) | 626 (18.8) | 1,114 (25.2) | 1,201 (21.3) | 1,801 (22.2) | 2,294 (19.0) |
| | [165.4–551.9] | [422.6–851.4] | [685.3–1,842] | [621.5–1,798] | [952.1–2,870] | [1,464–3,227] |
| $C_{max}$ ($\mu$g/L) | 52.0 (28.1) | 90.6 (24.0) | 138.4 (29.7) | 161.7 (17.2) | 234.2 (17.4) | 294.4 (15.0) |
| | [28.6–103.0] | [56.2–145.0] | [77.4–251.0] | [127.3–235.4] | [170.8–347.1] | [225.4–360.6] |
| $t_{max}$ (h)[a] | 2.00 | 1.50 | 2.50 | 3.00 | 3.50 | 3.00 |
| | [0.75–4.00] | [0.75–6.00] | [1.00–4.00] | [0.50–6.00] | [1.00–6.00] | [0.50–6.00] |
| $t_{1/2}$ (h) | 4.99 (28.8) | 6.79 (33.4) | 10.77 (28.3) | 10.98 (44.7) | 11.10 (62.1) | 12.08 (60.8) |
| | [2.33–7.39] | [3.62–13.34] | [5.63–17.34] | [4.72–21.75] | [5.11–33.76] | [4.79–36.43] |

Values are geometric mean (% coefficient of variation), [range]

[a] Data are median (range)

$AUC$ area under the plasma concentration–time curve after a single dose, $C_{max}$ maximum drug concentration in plasma after a single dose, $t_{1/2}$ half-life associated with the terminal slope, $t_{max}$ time to maximum concentration in plasma after a single dose

(Mueck, *Clinical Pharmacokinetics*, 2014)

Clinically speaking, if rivaroxaban were taken at this dose, over time patients at the extremes of the plasma half-lives will either have inadequate levels or supratherapeutic levels of rivaroxaban in their blood, leaving them at increased risk of stroke or bleeding events, respectively.

Computer simulations can demonstrate very predictable and reproducible curves for many different populations of patients, as it represents each patient population as a single line (patient-population-level). In truth, at a patient-level, the distribution of concentrations in the blood is considerably more scattered. This is shown in the two figures below (Mueck, *Clinical Pharmacokinetics*, 2011, online supplement) where individual patient plasma concentration levels are represented as a point and computer modeling predicted a range within 90% of patients' plasma concentrations.

16

Figure 8. Plasma concentrations for patients taking rivaroxaban at escalating doses at various time points during day 1 and day 21 (note the points at very high concentrations, [red arrows] corresponding to "super-responders.").



**Figure S-2a.** Visual predictive check of the final pharmacokinetic model for the 10, 20, 30 and 40 mg doses on days 1 and 21, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.

Figure 9. Plasma concentrations for patients taking rivaroxaban at three different doses on day 1 (2-4 hours post-dose), day 43 (20-24 hours post-dose) and day 84 (2-8 hours post-dose).



**Figure S-2b.** Visual predictive check of the final pharmacokinetic model for the 20, 30 and 40 mg doses on days 1, 43 and 84, based on n = 200 sub-problem simulations. **Cp** = plasma concentration; **TAD** = time after dose.

(Mueck, *Clinical Pharmacokinetics*, 2011, online supplement)

USCA5 2673

**Most importantly, across each dose that was tested (10, 20, 30, 40 mg doses) and across every time point tested (day 1, 21, 43, 84) there were "outliers" that demonstrated very high plasma concentrations or very low plasma concentrations. These patients are at risk for bleeding events and stroke or systemic embolism, respectively.**

This wide inter-patient variability is further confirmed in a small subset of patients from the ROCKET-AF study (161 patients) in whom blood tests were drawn (Girgis, *Journal of Clinical Pharmacology*, 2014). Blood plasma levels for patients taking rivaroxaban was measured and compared to computer modeling for expected populations. While the authors concluded that the computer modeling was largely accurate, again seen were significantly wide ranges of plasma concentrations and bleeding effect among patients taking the same dose of rivaroxaban.

Figure 10. Plasma concentrations for patients taking rivaroxaban in ROCKET-AF.



(Girgis, *Journal of Clinical Pharmacology*, 2014)

Each blue dot represents a single patient, showing the blood plasma concentration at timepoints after a 20mg dose of rivaroxaban. At each time point, there are wide ranges of plasma concentrations of rivaroxaban, demonstrating a large inter-patient variability. Most importantly, 24 hours after drug exposure, when patients are preparing to take their next pill, some patients still have very high levels of rivaroxaban in their blood (at risk for bleeding). Also, some patients have very low levels of rivaroxaban in their blood throughout the day (at risk for stroke).

Notably, these important rivaroxaban variability data in ROCKET-AF are not in the label.

18

USCA5 2674

**How Could We Deliver Rivaroxaban to Our Patients in the Safest and Best Way?**

Using a patient-specific concentration graph as an example (Figure 11), one can see that just three hours after the first dose of 20mg rivaroxaban, some patients have an exaggerated response (concentration in excess of 500 mcg/L) and others have essentially no response to the medication (<50 mcg/L).

Figure 11. Rivaroxaban plasma concentration variation after a single 20mg dose



(Mueck, *Clinical Pharmacokinetics*, 2011, online supplement)

**A single blood test at this time point would identify the "outliers" who are at excess risk for bleeding or stroke.** This excess risk related to rivaroxaban use is largely preventable.

**Therapeutic Drug Monitoring**

Having the ability to accurately monitor the anticoagulant effect and level is a necessary tool to safely administer oral anticoagulants across different patient populations, especially with medications that have widely variable plasma concentrations between patients.

However, mitigating this excess risk comes with a clear cost: excess complexity for starting a medication is an impediment, and doctors would be less likely to prescribe this medication, especially if other similar blood thinners did not require this additional testing step. While additional testing would clearly improve the safety and efficacy for patients, it would cost Bayer/Janssen in market share and drug sales. Per the FDA advisory committee, up to 25% of patients enrolled into ROCKET-AF were exposed to very high levels of rivaroxaban, as evidenced by PT values > 20 seconds. If a similar number or rivaroxaban users were identified in the real world populations to be at high risk for bleeding, one might easily conclude that these patients would switch blood thinners to other more predictable and less potent anticoagulants, which could be a very large loss of market share for Bayer/Janssen.

19

Xarelto is a highly effective drug; however, it confers common serious side effects in the form of bleeding events. According to data contained in the Xarelto clinical trial experience, and as confirmed in real-world observational studies, Xarelto is responsible for tens of thousands of major bleeding events requiring hospitalization, and even some resulting in death. In light of this backdrop, any means to improve the safety profile of Xarelto should be aggressively pursued. (Patel, *NEJM*, 2011; Graham, *JAMA*, 2016; Halvorsen, *European Heart Journal*, 2016)

There is a near linear correlation between rivaroxaban drug concentration and Prothrombin Time (PT), thus indicating that PT could be used as a surrogate marker for exposure. This opinion is shared with the FDA, who compiled the below figure in their review of the atrial fibrillation indication for rivaroxaban:



Figure 6. ROCKET prothrombin time vs. rivaroxaban plasma concentration

(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

Furthermore, there is no evidence of increasing efficacy with increasing exposure to rivaroxaban. The FDA again corroborates this opinion.

20

USCA5 2676



(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

Notably, the FDA concluded that "the risk of major bleeds increases with PT," thereby confirming the relationship between PT and bleeding.



(FDA Briefing Information, Cardio Renal Advisory Committee Meeting, NDA 202439, Sept. 8, 2011)

USCA5 2677

In sum, there is no evidence of additional benefit with highest anticoagulant effect with rivaroxaban. However, there is evidence of additional bleed risk with higher anticoagulant effect.

Accordingly, it is my opinion that the PT lab test, with the appropriate reagent, collected at the appropriate time, is a helpful and necessary method of identifying my patients at the highest risk of suffering a Xarelto-related bleeding event. In fact, my opinion was echoed by the FDA:

> The clinical pharmacology and clinical reviewers demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time (PT). They also demonstrated that there is also a correlation between PT and risk of bleeding. This applicant has not chosen to utilize this information… However, infrequent monitoring… to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients.

> (FDA Summary Review Memorandum, NDA 202439)

Thus, while the FDA took the position that additional blood testing (PT) can be used to evaluate exposure to improve outcomes, Bayer/Janssen have failed to include such information in the label.

USCA5 2678

# APPENDIX A

| **Materials Relied On, Reviewed, and/or Considered by Dr. Phillip Cuculich** |
|---|
| **All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:** |
| **Depositions** |
| Deposition of Dr. Dagmar Kubitza (2.29.2016-3.1.2016), including all exhibits |
| Deposition of Dr. Wolfgang Mueck (2.23.2016-2.26.2016), including all exhibits |
| **Literature** |
| Alquwaizani, M.,et al. *Anticoagulants: A review of the pharmacology, dosing and complications.* Curr Emerg Hosp Med Rep (2013) 1:83-97. |
| Ansell, J. *Should newer oral anticoagulants be used as first-line agents to prevent thromboembolism in patients with atrial fibrillation and risk factors for stroke or thromboembolism? New oral anticoagulants should not be used as first-line agents to prevent thromboembolism in patients with atrial fibrillation.* Circulation (2012) 125(1). |
| Capodanno, D., et al., *Novel oral anticoagulants vs warfarin in non-valvular atrial fibrillation: a meta-analysis of 50,578 patients.* International Journal of Cardiology (2012), doi:10.1016/j.ijcard.2012.03.148. |
| Cappato, R., et al. *Rivaroxaban vs. vitamin K antagonists for cardioversion in atrial fibrillation.* European Heart Journal, 2014, doi:10.1093/eurheartj/ehu367. |
| Clemens, A., et al. *Twice daily dosing of dabigatran for stroke prevention in atrial fibrillation: a pharmacokinetic justification.* Current Medical Research & Opinion, 28(2):195-201 (2012). |
| Douxfils, J., et al. *Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature.* Thrombosis Literature (2012). |
| Douxfils, J., et al. *Comparison of calibrated chromogenic anti-Xa assay and PT tests with LC-MS/MS for the therapeutic monitoring of patients treated with rivaroxaban.* Thromb Haemost (2013). |
| Giorgi, M. and San Miguel, L. *Rivaroxaban in atrial fibrillation.* Vascular Health and Risk Management, 8, 525-531 (2012). |
| Gong, I.Y. and Kim, R.B. *Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban.* Canadian Journal of Cardiology, 29:S24-S33 (2013). |
| Hankey, G.J., et al. *Rivaroxaban compared with warfarin in patients with atrial fibrillation and previous stroke or transient ischaemic attack: a subgroup analysis of ROCKET AF.* Lancet Neurol, 2012; 11:315-22. |
| Hilzenrath, D. and Babcock, C.R. *Drug Problems - Duke Reassessing Data From Trial Led by FDA Nominee.* POGO (Nov. 2015). |
| Kreutz, R. *Pharmacokinetics and pharmacodynamics of rivaroxaban - an oral, direct factor Xa inhibitor.* Current Clinical Pharmacology, 2014, 9, 75-83. |
| Mismetti, P. and Laporte, S. *New oral antithrombotics: a need for laboratory monitoring.* Journal of Thrombosis and Haemostasis, 8:621-626 (2010). |
| Mueck, W., et al. *Clinical Pharmacokinetic & Pharmacodynamic Profile of Rivaroxaban.* Clin Pharmacokinet (2014) 53:1-16. |
| Nakano, Y., et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban.* JJCC (2014). |
| Patel, M., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation,* N Engl J Med (2011) 365:10. |
| Silverman E. *J&J blood thinner under review for trial overseen by FDA nominee Califf.* STAT (Dec. 2015) |
| ten Cate, H. *New oral anticoagulants: discussion on monitoring & adherence should start now!* Thrombosis Journal (2013) 11:8. |

USCA5 2680

Tripodi, A., et al. *The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients: results of an* in vitro *study.* Journal of Thrombosis and Haemostasis, 9(1):226-228 (2011).

| |
|---|
| **Product Labels** |
| Xarelto Approval Label (July 2011) |
| Xarelto Approval Label (Nov. 2011) |
| Xarelto Label (Nov. 2012) |
| Xarelto Label (Aug. 2013) |
| Xarelto Label (Sept. 2015) |
| Xarelto Label (May 2016) |
| |
| **Internal Documents** |
| XARELTO_BHCP_00219187 |
| XARELTO_BHCP_01729528 |
| XARELTO_BHCP_01729530 |
| XARELTO_BHCP_05551569 |
| XARELTO_BPAG_00007022 |
| XARELTO_BPAG_01136560 |
| XARELTO_BPAG_03402690 |
| XARELTO_BPAG_04309353 |
| XARELTO_BPAG_04318830 |
| XARELTO_JANSSEN_00075139 |
| XARELTO_JANSSEN_00207062 |
| XARELTO_JANSSEN_00737346 |
| XARELTO_JANSSEN_00739240 |
| XARELTO_JANSSEN_00739247 |
| XARELTO_JANSSEN_00816962 |
| XARELTO_JANSSEN_00838518 |
| XARELTO_JANSSEN_01203314 |
| XARELTO_JANSSEN_01280820 |
| XARELTO_JANSSEN_02365315 |
| XARELTO_JANSSEN_03620586 |
| XARELTO_JANSSEN_03927493 |
| XARELTO_JANSSEN_03933641 |
| XARELTO_JANSSEN_03944466 |
| XARELTO_JANSSEN_03944473 |
| XARELTO_JANSSEN_04137186 |

| | |
|---|---|
| XARELTO_JANSSEN_04961852 | |
| XARELTO_JANSSEN_04961854 | |
| XARELTO_JANSSEN_06574305 | |
| XARELTO_JANSSEN_07050218 | |
| XARELTO_JANSSEN_08772415 | |
| | |
| **Other Documents** | |
| 12/8/14 - Alere Recall for INRatio and INRatio 2 PT/INR Monitor System | |
| 2008 CHMP Assessment Report | |
| 9/8/2011 Letter from Michelle Han (Senior Therapeutic Specialist at J&J) to William Erling Dager, PharmD re Xarelto Coagulation Monitoring, Management of Bleeding and Reversal Agents, Use in Renal Insufficiency, Pharmacokinetics and Pharmacodynamics, and Requested Reference. | |
| Dogne & Douxfils, "Dabi - Riva - Variability & monitoring," PowerPoint presentation 2011. | |
| EMA Summary of Opinion (post authorisation) dated 9/22/11 | |
| FDA Clinical Pharmacology Biopharmaceuticals Review (NDA 202439), November 4, 2011 | |
| FDA Summary Review (NDA 202439) | |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on September 8, 2011 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm250287.htm) | |

USCA5 2682

# APPENDIX B

USCA5 2683



**Phillip S. Cuculich, MD**
Curriculum Vitae, Updated August 2016

**Personal Information/Citizenship**


Citizen of United States of America

**Contact Information**
Office:                                                    Home:
Washington University School of Medicine
660 South Euclid Avenue                          
Campus Box 8086
Saint Louis, MO 63110
Phone: (314) 454-7698
Fax: (314) 454-8250
Email: pcuculic@dom.wustl.edu

**Present Position**
Associate Professor, Department of Internal Medicine, Cardiovascular Division

**Education**
UNDERGRADUATE
1993—1997                          Bachelor of Science, Biochemistry
                                   Boston College, *Summa Cum Laude*
                                   Chestnut Hill, MA

GRADUATE
1997—2001                          Doctor of Medicine
                                   Vanderbilt University School of Medicine
                                   Nashville, TN

POSTGRADUATE
2001—2004                          Residency, Internal Medicine
                                   Northwestern University, McGaw Medical Center
                                   Chicago, IL

2004—2005                          Chief Resident, Internal Medicine
                                   Northwestern University, McGaw Medical Center
                                   Chicago, IL

2005—2007                          Fellow, Cardiovascular Diseases
                                   Barnes-Jewish Hospital, Washington University
                                   Saint Louis, MO

2007—2009                          Fellow, Clinical Cardiac Electrophysiology
                                   Barnes-Jewish Hospital, Washington University
                                   Saint Louis, MO

1

USCA5 2684

## Academic Positions/Employment

| | |
|---|---|
| 2004—2005 | Instructor, Department of Internal Medicine<br>Northwestern University Feinberg School of Medicine<br>Chicago, IL |
| 2009—2016 | Assistant Professor of Medicine<br>Washington University School of Medicine<br>Saint Louis, MO |
| 2016—present | Associate Professor of Medicine<br>Washington University School of Medicine<br>Saint Louis, MO |

## University and Hospital Appointments and Committees

| | |
|---|---|
| 2004—2005 | Attending Physician, Medicine<br>Northwestern Memorial Hospital<br>Chicago, IL |
| 2004—2005 | Attending Physician, Medicine<br>Jesse Brown Veterans Hospital<br>Chicago, IL |
| 2006—2009 | Staff Physician, Medicine & Cardiology<br>Barnes-Jewish Hospital |
| 2007 | Acute Coronary Syndrome Door-to-Balloon time<br>Improvement Committee<br>Barnes-Jewish Hospital |
| 2009—present | Attending Physician, Cardiac Care Unit &<br>Electrophysiology Consult Service<br>Barnes-Jewish Hospital |
| 2009—present | Outpatient Consultation Service<br>Parkland Health Center<br>Farmington, MO |
| 2009—present | Invited Member, Cardiac Bioelectricity and Arrhythmia<br>Center (CBAC) at Washington University |
| 2010—2011 | Washington University Department of Internal<br>Medicine Webpage Committee<br>Washington University School of Medicine |
| 2014—present | Cardiac Catheterization Clinical Expert Council<br>Barnes-Jewish Corporation |

2

USCA5 2685

2015—present                    Invited Member, Center for Cardiovascular Research
                                (CCR) at Washington University


**Medical Licensure and Board Certification**
2004  American Board of Internal Medicine, National Board of Medical Examiners
2008  American Board of Internal Medicine, Cardiovascular Diseases (current)
2009  American Board of Internal Medicine, Clinical Electrophysiology (current)
2004—2005          Illinois Medical License (IL036110903)
2005—present       Missouri Medical License (MO 2005018586)


**Honors and Awards**
1997: Phi Beta Kappa National Honor Society, Boston College
1997: Scholar of the College, Highest Academic Distinction, Boston College
1997: James Flack Norris / Theodore William Richards Scholar (American Chemical
      Society)
1999: Class President, Vanderbilt University School of Medicine
1999: Finalist – Seventeenth Annual Vanderbilt University Medical Center Research
      Forum, Vanderbilt University School of Medicine
2002: Alpha Omega Alpha, Gamma Chapter, Illinois, Northwestern University School of
      Medicine
2002: Walter Rambach Award, Most Outstanding Medical Intern, Northwestern
      University School of Medicine
2002: Excellence in Teaching Award, Northwestern University School of Medicine
2004: Stanford Medical Faculty Development Program Award, Northwestern University
      School of Medicine
2007: CORTEX Imaging-Based Projects in Human Cardiovascular
      Physiology/Pathophysiology Research Award
2010: Craig K. Reiss, MD, Award for Excellence in Teaching, Cardiovascular Division,
      Washington University School of Medicine
2010: Outstanding New Faculty Award, Department of Internal Medicine, Washington
      University School of Medicine
2012: Craig K. Reiss, MD, Award for Excellence in Teaching, Cardiovascular Division,
      Washington University School of Medicine
2012: First Place Award, Northwestern Cardiovascular Young Investigators' Research
      Forum, Chicago, IL
2013: Top 5% Patient Satisfaction Scores, Washington University Physicians
2014: BJC Physician Leadership Series Training Course
2015, 2016: St. Louis Magazine "Best Doctors in America" List

3

USCA5 2686

**Editorial Responsibilities/Course Directorship**

Textbooks
*Washington Manual Cardiology Subspecialty Consult, Second Edition.* **Cuculich PS** and Kates AK, editors. Lippincott, Williams & Wilkins, 2009.

*Washington Manual Cardiology Subspecialty Consult, Third Edition.* **Cuculich PS** and Kates AK, editors. Lippincott, Williams & Wilkins, 2014.

Course Directorship
2013: Nonvalvular Atrial Fibrillation (St. Louis, Pfizer)

2016: Noninvasive Stereotactic Cardiac Radiotherapy for Arrhythmias National Symposium (Chicago, Varian Medical Systems)

2016: What Every Cardiologist Needs to Know About Managing Sudden Cardiac Death Risk (American Heart Association, Barnes-Jewish/Washington University Heart & Vascular Center, New Orleans)

Peer-Reviewed Manuscript Reviewer
Journal of the American College of Cardiology
Journal of the American College of Cardiology-Clinical Electrophysiology
Circulation
Circulation-Genetics
Circulation-Arrhythmia & Electrophysiology
Heart Rhythm Journal
American Journal of Cardiology
Journal of the American Geriatric Society
Cleveland Clinic Journal of Medicine
Clinical Journal of the American Society of Nephrology
PLoS ONE

**Professional Societies and Organizations**
1997—2011              American Medical Association

2005—current            American College of Cardiology

2008—current            Heart Rhythm Society

2012—current            Sudden Cardiac Arrest Association, Gateway Chapter

4

**Major Invited Professorships and Lectureships**

2006: American College of Cardiology Scientific Sessions, Atlanta, GA
"Is there a Role for Implantable Cardioverter-Defibrillator Therapy for the Primary Prevention of Sudden Death in Patients with Chronic Kidney Disease?"

2008: Frontiers in Computational Electrocardiology, Maastricht University, Maastricht, Netherlands
"Cardiologist's view on ECG Imaging: Perspectives and Limitations"

2008: Cardiovascular Dynamics Society National Meeting
"Noninvasive Electrocardiographic Imaging (ECGI) of Atrial Arrhythmias"

2009: Cardiology Grand Rounds, University of South Florida School of Medicine
"Electrocardiographic Imaging (ECGI): A Clinician's View of a Novel Technology"

2009: Medicine Grand Rounds, Washington University School of Medicine
"Electrocardiographic Imaging (ECGI): A Clinician's View of a Novel Technology Toward the Treatment of Atrial Fibrillation"

2009: Heart Rhythm Society Scientific Sessions, Boston, MA
"Noninvasive Imaging of Atrial Fibrillation in Humans"
"Epicardial Ablation of Ventricular Tachycardia in the Setting of Cardiac Sarcoidosis"

2010: Heart Rhythm Society Scientific Sessions, Denver, CO
"Severity of Mitral Regurgitation is Associated with Death or ICD Therapy"

2010: Medicine Grand Rounds, Washington University School of Medicine
"A Brave New World: Innovations for Atrial Fibrillation"

2010: Heart Rhythm Society Transition to Practice Symposium, Chicago, IL
"Fighting for Resources: How to Get What You Want"

2010: Cardiology Update, Washington University School of Medicine (CME):
"Updates in Managing Atrial Fibrillation"

2011: Stanford BioDesign in Electrophysiology Symposium, Palo Alto, CA
"Electrocardiographic Imaging (ECGI) for Noninvasive Arrhythmia Mapping and Sudden Death Risk Stratification"

2011: Cardiac Bioelectricity and Arrhythmia Center (CBAC), St. Louis, MO
"Noninvasive ECG Imaging (ECGI)"

2011: Cardiology Grand Rounds, University of Texas-Southwestern, Dallas, TX
"Ablation Biophysics: A Wet-Tank Experience"

2011: Medicine Grand Rounds, Washington University School of Medicine
"Emerging Technologies for Atrial Fibrillation"

2011: Cardiology Review for Primary Care, Montreal, Canada

2011: European EP Fellows Training Course, Madrid, Spain
"Ablation Biophysics: A Wet-Tank Experience"

2011: Heart Rhythm Society Transition to Practice Symposium, Chicago, IL
"Fighting for Resources: How to Get What You Want"

2012: Grand Rounds, Monroe County Medical Center, Tompkinsville, KY
"Early CRT Intervention Reduces Death & Heart Failure Events: Updated Insights form MADIT-CRT"

2012: Medicine Grand Rounds, Washington University School of Medicine

2012: Washington University National Council Meeting, St. Louis, MO
"Innovations for Atrial Fibrillation"

5

2012: Stanford BioDesign in Electrophysiology Symposium, Boston, MA
"New Developments in Noninvasive (Atrial) Mapping"
2012: Cardiostim 18th World Congress Cardiac Electrophysiology, Nice, France
"Noninvasive Electrocardiographic Imaging (ECGI) of Human Atrial Fibrillation: What Can We See Without Catheters?"
2012: Cardiology Review for Primary Care, Orlando, FL
2012: Cardiac Rhythm Disorders: EP Fellow Training, Austin, TX
"Defining Atrial Arrhythmias"
"Imaging Fundamentals Using Fluoroscopy and ICE"
2012: American Heart Association Scientific Sessions, Los Angeles, CA
"Novel Mapping Techniques in Human Atrial Fibrillation"
"Noninvasive Electrocardiographic Imaging Demonstrates Early Structural and Functional Changes Associated with Paroxysmal Atrial Fibrillation in Humans"
2013: Cardiology Grand Rounds, University of Texas-Southwestern, Dallas, TX
"Biophysics of Radiofrequency Ablation"
2013: Cardiology Review for Primary Care, Park City, UT
2013: Medicine Grand Rounds, Washington University School of Medicine
"Innovations for Atrial Fibrillation"
2013: Boston Atrial Fibrillation Symposium, Boston, MA
"Noninvasive Electrocardiographic Imaging (ECGI) of Human Atrial Fibrillation: What Can We See Without Catheters?"
2013: Advanced Revascularization Chapter VII (ARCH VII), St. Louis, MO
"Left Atrial Appendage Closure: New Frontier for Stroke Prevention in Atrial Fibrillation?"
2013: American College of Cardiology Scientific Sessions, San Francisco, CA
"On the Front Lines: Selection of Patients for ICD for Primary Prevention"
2013: Stanford BioDesign in Electrophysiology Symposium, Denver, CO
2013: Heart Rhythm Society Scientific Sessions, Denver, CO
"AF Begetting AF: Noninvasive ECGI Demonstrates Electrophysiological Changes in Humans with Paroxysmal AF which is Associated with AF Recurrence after PVI"
2013: Cardiology Grand Rounds, University of Illinois in Chicago, Chicago, IL
"A Brave New World: Innovations for Atrial Fibrillation"
2013: Top 10 in Cardiology International Meeting, University Hospital of Lausanne, Switzerland   "New Visions on AF and VF Triggers"
2013: Cardiology for Primary Care, Jackson Hole, WY
2013: American Heart Association Scientific Sessions, Dallas, TX
"Left Atrial Appendage Occluders: An Electrophysiologist's Perspective"
2014: Boston Atrial Fibrillation Symposium, Orlando, FL
"Advances in & Limitations of Noninvasive Mapping of AF"
2014: American College of Cardiology Scientific Sessions, Washington, DC
2014: Cardiology for Primary Care, Orlando, FL
2014: Stanford BioDesign in Electrophysiology Symposium, Palo Alto, CA
2014: Heart Rhythm Society Scientific Sessions, San Francisco, CA
"New Arrhythmia Technologies: New Developments in Intracardiac and Noninvasive Mapping"

6

2014: Cardiostim 20th World Congress Cardiac Electrophysiology, Nice, France
"Noninvasive Mapping of Ventricular Tachycardia"
2014: Orear Institute for Post-Graduate Studies, Kansas City, MO
27th Annual "Recent Advances in Medicine" Conference
2014: Cardiology Grand Rounds, Texas Heart Institute/CHI/Baylor St. Luke's Medical
Center, Houston, TX: "A Brave New World: Innovations for Atrial Fibrillation"
2014: Cardiology Review for Primary Care, New York, NY
2014: Cardiology Update, Washington University School of Medicine (CME):
"Empowering Patients or Big Brother Watching? New Options to Monitor Heart
Rhythms"
2014: Department of Obstetrics & Gynecology Grand Rounds, Washington University
School of Medicine: "Prematurity Research Center @ Washington University"
2015: Session Chair, American College of Cardiology Scientific Sessions, San Diego,
CA "Controversies in Atrial Fibrillation"
2015: Cardiology Review for Primary Care, Montego Bay, Jamaica
2015: Advanced Revascularization Chapter VIII (ARCH VIII), St. Louis, MO
"Left Atrial Appendage Closure"
2015: Cox Health Heart & Vascular Summit, Branson, MO.
"Preventing Sudden Cardiac Death & Treating Ventricular Tachycardia."
2015: Cardiac Bioelectricity & Arrhythmia Center (CBAC) 10th Anniversary Symposium,
Washington University, St. Louis, MO
"Substrates and Mechanisms of Ventricular Arrhythmias: Lessons from
Noninvasive Mapping with ECGI"
2015: Cardiology Review for Primary Care, San Francisco, CA
2016: American College of Cardiology Annual Scientific Sessions, Chicago, IL
"Emerging Technologies for Atrial Fibrillation Management"
2016: Cardiology Review for Primary Care, Orlando, FL
2016: Pediatric Academic Societies (PAS) Annual Meeting, Baltimore, MD
"Noninvasive Electrical Mapping of the Gravid Uterus"
2016: Stanford BioDesign in New Arrhythmia Technologies Symposium, Palo Alto, CA
"Firing Solutions: Noninvasive Cardiac Mapping and Ablation"
2016: Heart Rhythm Society Annual Meeting, San Francisco, CA
2016: Cardiostim 2016—World Congress Cardiac Electrophysiology, Nice, France
"Noninvasive Mapping of Ventricular Tachycardia"
2016: American Heart Association Annual Scientific Sessions, New Orleans, LA
"Noninvasive Mapping of Atrial Fibrillation: Better Vision for AF Ablation?"
2016: Cardiac Bioelectricity and Arrhythmia Center (CBAC), St. Louis, MO
"The Future of Completely Noninvasive Characterization and Treatment of
Cardiac Arrhythmias"
2016: Keynote Speaker: Frontiers in Computational Electrocardiology, Maastricht
University, Maastricht, Netherlands
"The Future of Completely Noninvasive Characterization and Treatment of
Cardiac Arrhythmias"
2016: 11th Annual International Symposium on Ventricular Arrhythmias:
Pathophysiology & Therapy. New York, NY.
"Noninvasive Ablation for Refractory VT"

7

**Consulting Relationships and Board Memberships (in the past 5 years)**
MCE Conferences, Varian Medical Systems

**Research Support**

| | |
|---|---|
| Source: | Barnes-Jewish Hospital Competitive Grant |
| Title: | "EnCore VT Trial: Phase I/II Study of EP-guided Noninvasive Cardiac Radioablation (ENCORE) for Treatment of Ventricular Tachycardia" |
| Period: | 03/01/2013—present |
| Funding: | $75,000 |
| Role: | Principal Investigator |

| | |
|---|---|
| Source: | March of Dimes [Alan Schwartz MD, PhD, (PI)] |
| Title: | Washington University Transdisciplinary Research on Prematurity (WU-TROP) |
| Period: | 10/01/2014—10/1/2019 |
| Total funding: | $15,000,000 |
| Role: | Co-Principal Investigator; Theme 2, "Three-dimensional Electrophysiology of the Uterus: Early Electrical Maturation in the Etiology of Preterm Birth" |
| FY 2015 funding: | $1,034,058 |

| | |
|---|---|
| Source: | NIH   R37-HL-33343 [Yoram Rudy PhD, (PI)] |
| Title: | "Inverse and Forward Problems in Electrocardiography" |
| Period: | 07/01/85—present |
| FY 2015 funding: | $250,000 |
| Role: | Collaborator since 2009 |

| | |
|---|---|
| Source: | NIH   R01-HL-032257 [Ralph Damiano, MD (PI)] |
| Title: | "Surgical Treatment of Cardiac Arrhythmias" |
| Period: | 07/01/1982—present |
| FY 2015 funding: | $369,279 |
| Role: | Co-Principal Investigator since 2013 |

| | |
|---|---|
| Source: | NIH Loan Repayment Program (LRP) |
| Title: | "Relationship Between Atrial Substrate, Epicardial Electrical Activation Pattern, and Arrhythmia Recurrence in Human Atrial Fibrillation using Electrocardiographic Imaging (ECGI)" |
| Period: | 07/01/2011—07/01/2014 |
| FY 2014 funding: | Variable |
| Role: | Mentored Principal Investigator [Y. Rudy] |

| | |
|---|---|
| Source: | Barnes-Jewish Hospital Competitive Grant |

USCA5 2691

| | |
|---|---|
| Title: | "Electrocardiographic Imaging (ECGI) of Human Atrial Fibrillation" |
| Period: | 07/01/2010—present |
| Funding: | $100,000 |
| Role: | Principal Investigator |

| | |
|---|---|
| Source: | Northwestern Cardiovascular Young Investigators' Research Forum |
| Title: | "Noninvasive Electrocardiographic Imaging (ECGI) Identifies Functional and Structural Remodeling in Early Human Atrial Fibrillation" |
| Period: | 7/01/2012, one time award |
| Funding: | $1,750 |
| Role: | Principal Investigator |

| | |
|---|---|
| Source: | Washington University School of Medicine/Mentors in Medicine |
| Title: | "Identification of Conditions that Enhance or Diminish the Benefit of Implantable Cardiac Defibrillators in Patients at High-Risk for Sudden Death" |
| Period: | 07/01/2008—present |
| Funding: | Variable |
| Role: | Mentor, for Residents in Internal Medicine |

| | |
|---|---|
| Source: | Biotronik, NCT00683696 |
| Title: | Echo-CRT: Echocardiography Guided Cardiac Resynchronization Therapy |
| Period: | 02/01/2012—6/1/2013 |
| Funding: | Variable |
| Role: | Site Principal Investigator |

| | |
|---|---|
| Source: | Bio Control, NCT01303718 |
| Title: | INcrease Of VAgal TonE in CHF (INOVATE-HF) |
| Period: | 02/01/2012-12/1/2015 |
| Funding: | Variable |
| Role: | Co-Investigator, Implanter |

| | |
|---|---|
| Source: | St. Jude Medical, NCT00873691 |
| Title: | Prospective Comparison of 50/50% Tilt and Tuned Defibrillation Waveforms in Right-Sided Implants Study (TILT AND TUNED) |
| Period: | 03/01/2009—11/01/2011 |
| Funding: | Variable |
| Role: | Site Principal Investigator |

9

USCA5 2692

**Clinical Title and Responsibilities**

Associate Professor of Medicine

    Cardiac electrophysiology (EP) procedures, with a focus on complex ablation

- Atrial fibrillation (AF)
- Ventricular tachycardia (VT)
- Epicardial access and procedures
- Implanted cardiac devices

    Innovative cardiac electrophysiology procedures

- Noninvasive VT ablation
- Lariat left atrial appendage occluder
- Hybrid epicardial/endocardial AF procedure
- Vagal nerve stimulator for treatment of heart failure
- Ventricular fibrillation ablation
- VT ablation with left ventricular assist device (LVAD)
- VT ablation with percutaneous cardiac support (Impella)
- Implantable loop recorder (ILR) for cryptogenic stroke

    Inpatient attending in Cardiac Intensive Care Unit

    Inpatient consultation service for cardiac electrophysiology

    Outpatient consultation for cardiac electrophysiology and sudden cardiac arrest


**Teaching Title and Responsibilities**

Associate Professor of Medicine

    Clinical Cardiac Electrophysiology Fellows

- Direct procedural teaching and supervision for full range of cardiac EP procedures
- Didactic teaching of the advanced concepts related to interpretation of cardiac electrograms
- Supervision for both inpatient and outpatient consultative opinions
- Pertinent presentations at weekly EP conference

    Additional didactic and hands-on teaching provided for cardiovascular fellows, internal medicine residents and medical students in respective roles.

    Thesis Committee Member

- Ph.D. Wenwen Li: "New Paradigm of Defibrillation: Towards Painless Therapy" June 2011
- Ph.D. Junjie Zhang: November 2015
- Ph.D. Ramya Vijayakumar: September 2016

USCA5 2693

**Bibliography**

Textbook Editor

*1. Washington Manual Cardiology Subspecialty Consult, Second Edition.* **Cuculich PS** and Kates AK, editors. Lippincott, Williams & Wilkins, 2009.

*2. Washington Manual Cardiology Subspecialty Consult, Third Edition.* **Cuculich PS** and Kates AK, editors. Lippincott, Williams & Wilkins, 2014.


Peer-reviewed manuscripts

1. Klein KA, **Cuculich PS**, Mellen BG, and Shenai JP. Effect of Dexamethasone on Retinopathy of Prematurity in Preterm Infants. *Pediatr Res* 1999; 45: 205A.

2. **Cuculich PS**, Delozier KA, Mellen BG, and Shenai JP. Postnatal dexamethasone treatment and retinopathy of prematurity in very-low-birth-weight neonates. *Biol Neonate.* 2001; 79: 9-14. PMID: 11150824

3. Felker GM, **Cuculich PS**, Gheorghiade M. The Valsalva Maneuver: A Bedside 'Biomarker' for Heart Failure. *Am J Med* 2006; 119: 25-30. PMID: 16443410

4. **Cuculich PS**, Sanchez JM, Kerzner R, et al. Poor Prognosis for Patients with Chronic Kidney Disease Despite ICD Therapy for the Primary Prevention of Sudden Death. *Pacing Clin Electrophysiol 2007*; 30: 207-13. PMID: 17338717

5. Wang Y, **Cuculich PS,** Woodard PK, Lindsay BD, Rudy Y. Focal Atrial Tachycardia after Pulmonary Vein Isolation: Noninvasive Mapping with Electrocardiographic Imaging (ECGI). *Heart Rhythm* 2007; 8: 1081-4. PMID: 17675084

6. Wang Y, Li L, **Cuculich PS**, Rudy Y. Electrocardiographic Imaging of Ventricular Bigeminy in a Human Subject. *Circ Arrhythmia Electrophysiol* 2008; 1: 74-5. PMID: 19043599

7. **Cuculich PS,** Cooper JA, Faddis MN. Superior vena cava obstruction due to repeated radiofrequency sinus node modification procedures. *Heart Rhythm* 2009; 6: 865-6. PMID: 18948064

8. **Cuculich PS,** Cooper DH. Sleuthing Safer Epicardial Access: Pericardial Pressure Frequency "Fingerprinting." *Heart Rhythm.* 2010; 7: 610-1. PMID: 20206322

9. **Cuculich PS\*,** Wang Y\*, Lindsay BD, Faddis MN, Schuessler RD, Damiano RJ, Li L, Rudy Y. Noninvasive Characterization of Epicardial Activation in Humans with Diverse Atrial Fibrillation Patterns. *Circulation* 2010; 122:1364-1372. PMID: 20855661

11

10. Latacha MP, Memon NB, **Cuculich PS**, Hertel J, Wang Y, Rudy Y, Smith TW. Pathologic Examination after Epicardial Ablation of Ventricular Tachycardia in Cardiac Sarcoidosis. *Heart Rhythm*. 2010; 7: 705-7. PMID: 20156617

11.**Cuculich PS**, Smith TW. An Irregular Wide-Complex Rhythm: What is the Mechanism? *Heart Rhythm*, 2010: 7: 1514-5. PMID: 20061186

12. **Cuculich PS**, Wang Y, Lindsay BD, Vijayakumar R, Rudy Y. Noninvasive Real-Time Mapping of an Incomplete Pulmonary Vein Isolation using Electrocardiographic Imaging (ECGI). *Heart Rhythm*, 2010; 7:1316-7. PMID: 20097620

13. Janardhan A, Li W, Gutbrod SR, Watanabe Y, Kazui T, Weimar T, Yeung M, Sha Q, **Cuculich PS**, Schuessler RB, Efimov IR. Low-Energy Three-Stage Electrotherapy Delivered Through Implantable Leads Significantly Reduces the Cardioversion Threshold in a Canine Model of Persistent Atrial Fibrillation. *Circulation* 2011;124(21):A16129.

14. Marrus SB, **Cuculich PS**, Wang W, Nerbonne JM. Characterization of a novel, dominant negative KCNJ2 mutation associated with Andersen-Tawil syndrome. *Channels (Austin).* 2011 Nov 1;5(6).

15. Wang Y*, **Cuculich PS\***, Zhang J, Desouza KA, Vijayakumar R, Chen J, Faddis MN, Lindsay BD, Smith TW, Rudy Y. Noninvasive Electroanatomic Mapping of Human Ventricular Arrhythmias Using ECG Imaging (ECGI). *Science Translational Medicine,* 2011; 3: 98ra84. PMID:21885406

16. **Cuculich PS**, Zhang J, Wang Y, Desouza KA, Vijayakumar R, Woodard PK, Rudy Y. The electrophysiological cardiac ventricular substrate in patients after myocardial infarction: noninvasive characterization with electrocardiographic imaging. *J Am Coll Cardiol.* 2011 Oct 25;58(18):1893-902. PMID: 22018301

17. **Cuculich PS,** Joseph S. Cardiac Resynchronization Therapy: What? How? When? How? *Am J Med.* 2011;124(9):813-5. PMID: 21854888

18. Zhang J, Desouza KA, **Cuculich PS,** Cooper DH, Chen J, Rudy Y. Continuous ECGI mapping of spontaneous VT initiation, continuation, and termination with antitachycardia pacing. *Heart Rhythm.* 2013; 10:1244-5. PMID: 22222277

20. Saint LL, Damiano RJ Jr, **Cuculich PS**, Guthrie TJ, Moon MR, Munfakh NA, Maniar HS. Incremental risk of the Cox-maze IV procedure for patients with atrial fibrillation undergoing mitral valve surgery. *J Thorac Cardiovasc Surg* 2013; 146:1072 PMID: 23998785

21. Robertson JO, **Cuculich PS,** Saint LL, Schuessler RB, Moon MR, Lawton J, Damiano RJ, Maniar HS. Predictors and Risk of Pacemaker Implantation After the Cox-Maze IV Procedure. *Ann Thorac Surg* 2013; 95:2015-21. PMID: 23642681

12

22. Desouza KA, Joseph SM, **Cuculich PS**, Ewald GA, Rudy Y. Noninvasive mapping of ventricular activation in patients with transplanted hearts. *Journal of Electrocardiology.* 2013; 46: 698-701. PMID: 23773656

23. Ruschitzka F, Abraham WT, Singh JP, Bax JJ, Borer JS, Brugada J, Dickstein K, Ford I, Gorscan J 3rd, Gras D, Krum H, Sogaard P, Holzmeister J, ECHOCRT Study Group. Cardiac-resynchornization therapy in heart failure with a narrow QRS complex. *N Engl J Med* 2013; 369: 1395-405. PMID: 23998714

24. **Cuculich PS,** Cooper DH. Pericardial Invasion: Lessons learned from SAVR and TAVR. *J Am Coll Cardiol* 2014; 63: 1520-1. PMID: 24486274

24. Zhang J, Sacher F, Hoffmayer K, O'Hara ZT, Strom M, **Cuculich P**, Silva J, Cooper D, Faddis M, Hocini M, Haissaguerre M, Scheinman M, Rudy Y. The Cardiac Electrophysiologic Substrate Underlying the ECG Phenotype and Electrogram Abnormalities in Brugada Syndrome Patients. *Circulation* 2015;131:1950-1959.

25. Bear L, **Cuculich PS**\*, Bemus O, Efimov I, Dubois R. Introduction to Noninvasive Cardiac Mapping. *Card Electrophysiol Clin* 2015; 1: 1-16. PMID 25784020

26. Lakkireddy D, Afzal MR, Lee RJ, Nagaraj H, Tschopp D, Gidney B, Ellis C, Altman E, Lee B, Kar S, Bhadwar N, Sanchez M, Gadiyaram V, Evonich R, Rasekh A, Cheng J, Cuoco F, Chandhok S, Gunda S, Reddy M, Atkins D, Bommana S, **Cuculich P**, Gibson D, Nath J, Ferrell R, Matthew E, Wilber D.Acute and Longterm Outcomes of Percutaneous Left Atrial Appendage Suture Ligation: Results From A United States Multicenter Evaluation. *Heart Rhythm.* 2016 Feb 9 (epub ahead of print) PMID: 26872554.

27. Zhang J, Cooper DH, Desouza KA, **Cuculich PS**, Woodard PK, Smith TW, Rudy Y. Electrophysiologic Scar Substrate in Relation to VT: Noninvasive High-Resolution Mapping and Risk Assessment with ECGI. *Pacing Clin Electrophysiol* 2016; 39 (8): 781-91. PMID: 27197804.

Invited publications

**1. Cuculich PS**, Sibley CT, Jameson LJ. Hot Topic: Prevention of Microalbuminuria in the Diabetic Hypertensive Patient." Chapter 323: Diabetes Mellitus. 11/30/2004. In *Harrison's Principles of Internal Medicine, 16[th] Edition.* Dennis L. Kasper, Eugene Braunwald, Anthony S. Fauci, Stephen L. Hauser, Dan L. Longo, J. Larry Jameson, and Kurt J. Isselbacher, Eds.

2. **Cuculich PS,** Kates AM. Chapter 18. Acute Coronary Syndromes. *Washington Manual Critical Care Medicine Subspecialty Consult, 1st Edition.* Bedient T, Isakow W, Kollef M, Witt C. Lippincott Williams & Wilkins, 2007.

13

USCA5 2696

3. **Cuculich PS,** Wang Y, Rudy Y. Noninvasive Electrocardiographic Imaging (ECGI) of Human Ventricular Arrhythmias and Electrophysiologic Substrate. In: *Clinical Applications of Electrocardiographic Imaging. Cardiac Electrophysiology: From Cell to Bedside, 5th Edition.* Zipes DP and Jalife J, editors. WB Saunders, 2008.

4. **Cuculich PS.** Chapter 2. Basic Electrocardiography: ECG 101. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

5. **Cuculich PS.** Chapter 6. Cardiovascular Emergencies. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

6. **Cuculich PS.** Chapter 15. Congenital Heart Disease. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

7. **Cuculich PS.** Chapter 18. Advanced Electrocardiography: ECG 201. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

8. Hart A**, Cuculich PS.** Chapter 20. Sudden Cardiac Death. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

9. Emani S, **Cuculich PS.** Chapter 24. Deep Venous Thrombosis. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 2nd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2008.

10. Rudy Y, **Cuculich PS**, Vijayakumar R. Advances in Non-invasive Electrocardiographic Imaging: Examples of Atrial Arrhythmias In: *Cardiac Mapping, 4th Edition.* Shenasa M, editor. Wiley-Blackwell. 2012.

11. Barnes BJ, Hollands JM, **Cuculich PS**. Drug-Induced Conduction-Related Complications. In:*Drug-Induced Complications in the Critically Ill Patient: A Guide for Recognition and Treatment.* Papadopouloes et al, eds. Society of Crit Care Med, 2012.

12. **Cuculich PS,** Lindsay BD. Electrocardiographic Imaging for Noninvasive Arrhythmia Mapping and Sudden Cardiac Death Risk Stratification. In: *Advances in Arrhythmia Technologies.* Wang P, editor. CardioText. (in press)

13. Verbsky J, **Cuculich PS.** Chapter 3. Basic Electrocardiography: ECG 101. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 3rd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2014.

14

USCA5 2697

14. Martinez SC, **Cuculich PS.** Chapter 7. Cardiovascular Emergencies. *Washington Manual Cardiovascular Medicine Subspecialty Consult, 3rd Edition.* **Cuculich PS** and Kates AK, editors. Lippincott Williams & Wilkins, 2014.

USCA5 2698

# APPENDIX C

**Litigation Expert Testimony/Opinions (2011-2016)**

Defendant
- Arrhythmia cause (Amrollah Hosseini v. Aquatic Enterprises, Inc. St. Charles County, Missouri. Case # 1311-CC00780, settled 6/2015)

- Sudden cardiac death (Rice v. Nein) COMMONWEALTH OF KENTUCKY MUHLENBERG CIRCUIT COURT CIVIL ACTION NO. 13-CI-00400 (settled 10/2015)

Plaintiff
- Complication of Afib treatment and blood thinner use (Dylewski v. Marguiles & Knoxville Comprehensive Breast Center; Knox Co, TN #1-388-14, settled 7/2016)

- Sudden cardiac death (Moore v. Kaminski, City of Ferguson; Eastern District MO, No. 4:14-CV1443 SNLJ & 4:14-CV1447 SNLJ, open)

# APPENDIX D

USCA5 2701

# Fee Schedule

My fee in this matter is $500 per hour.