IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 Judge Eldon E. Fallon |

# Expert Report of Robert Charles Gosselin

By: _____
Robert Charles Gosselin

Date: _Oct 11, 2016_

USCA5 2848

# EXPERT REPORT OF ROBERT CHARLES GOSSELIN

## Qualifications:

I am a California licensed clinical laboratory scientist, with more than 30 years of experience in the field of technical hemostasis.  For the past 29.5 years, I have been at the University of California, Davis Health System (UCDHS) as a supervisor, then transitioned to the senior coagulation specialist in the 1998.

My current role is to perform requested testing for bleeding and thrombosis evaluations, consulting to physicians, housestaff and ancillary personnel, and teaching to fellows, residents, and clinical laboratory scientists.  I have evaluated and implemented a vast number of clinical tests, as well as participated in numerous collaborative research studies within UCDHS, but also with national and international colleagues, as well as industry sponsored studies.  I have been a past member of the Clinical and Laboratory Standards Institute (CLSI) Area Committee on Hematology, and currently have board appointments for the North American Specialized Coagulation Laboratory Association (NASCOLA) and the International Society for Laboratory Hematology.  I serve as the Associated Editor for the International Journal of Laboratory Hematology and Seminars in Thrombosis and Hemostasis, as well as provide manuscript review for numerous hemostasis related journals.  I have provided consulting services to Sekisui Diagnostics, and Nichols Management Group, and participated in Advisory meetings for Instrumentation Laboratory, Boehringer Ingelheim, and NovoNordisk.  I have been an invited speaker to multiple meetings and

1

USCA5 2849

seminars, including an FDA sponsored workshop on Direct Oral AntiCoagulants

(DOAC) in October 2015.  My current interest is in the area of DOACs, the methods for

measuring or assessing this class of anticoagulants and their impact on coagulation

testing.  Lastly, I am the chairperson for an international-based DOAC guideline

development committee for the International Council for Standardization in

Haematology.  I have several peer-review publications about DOACs and their effect on

laboratory testing:

1) Adcock DM, **Gosselin RC**, Kitchen S, Dwyre DM. The Effect of Dabigatran on Select Specialty Coagulation Assays. *Am J Clin Pathol* 2013; 139:102-09.

2) Dager WE, **Gosselin RC**, Kitchen S, Dwyre DM.  Dabigatran effects on the international normalized ratio, activated partial thromboplastin time, thrombin time and fibrinogen: a multi-center, in-vitro study. *Ann Pharmacother* 2012 Ann Pharmacother. 2012 Dec; 46:1627-36.

3) Dager WE, **Gosselin RC**, Roberts AJ.  Reversing Dabigatran in a Life-Threatening Bleed Occurring During Cardiac Ablation With Factor Eight Inhibitor Bypassing Activity. *Crit Care Med*. 2013;41:e42-6.

4) Aron JL, **Gosselin R**, Moll S, Arkin CF, Mantha S.  Effects of Recombinant Factor VIIa on Thrombin Generation and Thromboelastography in a Patient with Dabigatran-Associated Intracranial Hemorrhage *J J Thromb Thrombolysis*. 2014;37(2):76-9

2

USCA5 2850

5)    Hawes E, Deal A, Adcock D, **Gosselin R**, Jeanneret C, Cook A, Taylor M, Whinna H, Winkler A, Moll S.  Performance of coagulation tests in patients on therapeutic doses of dabigatran: cross-sectional study based on peak and through plasma levels.  *J Thromb Haemost*. 2013;11:1493-502.

6)    **Gosselin RC**, Dwyre DM, Dager WE. Measuring Dabigatran Concentrations Using a Chromogenic Ecarin Clotting Time Assay. *Ann Pharmacother*. 2013;47(12):1635-40

7)    **Gosselin RC**, Hawes EM, Moll S, Adcock D.  Performance of Various Laboratory Assays in the Measurement of Dabigatran in Patients on Therapeutic Doses: A Prospective Study Based on Peak and Trough Plasma Levels. *Am J Clin Pathol*. 2014;141(2):262-7.

8)    Francart SJ, Hawes EM, Deal AM, Adcock-Funk D, **Gosselin R**, Jeannert C, Friedman K, Moll S. Performance of Coagulation Tests in Patients on Therapeutic Doses of Rivaroxaban: A Cross-Sectional Pharmacodynamic Study Based on Peak and Trough Plasma Levels.  *Thromb Haemost*. 2014: 111(6):1133-1140. [Epub ahead of print]

9)    **Gosselin RC**, Francart SJ, Hawes EM, Moll S, Adcock-Funk D. Comparison of Anti-Xa and DRVVT assays in quantifying drug levels in patients taking therapeutic doses of rivaroxaban.  *Arch Pathol Lab Med* 2014; 138:1680-1684.

3

10)  Kim YA, **Gosselin R**, van Cott EM.  The Effects of Dabigatran on Lupus
     Anticoagulant, Diluted Plasma Thrombin Time, and other Specialized
     Coagulation Assays. *Int J Lab Hematol*. 2014 Dec 17. doi:
     10.1111/ijlh.12319. [Epub ahead of print]

11)  **Gosselin RC**, Adcock D, Hawes EM, Francart SJ, Grant RP, Moll S.
     Evaluating the use of commercial drug-specific calibrators for
     determining PT and APTT reagent sensitivity to dabigatran and
     rivaroxaban. *Thromb Haemost.* 2015;113:77-84.

12)  **Gosselin RC**, Francart SJ, Hawes EM, Moll S, Dager WE, Adcock DM.
     Measuring Plasma Rivaroxaban Concentration Using Chromogenic Anti-
     Xa Heparin Assays, Practical Considerations.  *Ann Pharmacother.*
     2015;49(7):777-83.

13)  **Gosselin RC**, Adcock DM.  Assessing Non-vitamin K Anticoagulants
     (NOACs) in the Laboratory.  *Int J Lab Hematol*. 2015;37 Suppl 1:46-51.

14)  Adcock DM, **Gosselin RC**. Direct Oral Anticoagulants (DOACs) in the
     Laboratory: 2015 Review. *Thromb Res* 2015;136(1):7-12.

15)  Letertre LR, Gudmundsdottir BR, Francis CW, **Gosselin RC**, Skeppholm
     M, Malmstrom R, Moll S, Hawes E, Francart S, Onundarson PT.  A single
     test to assay warfarin, dabigatran, rivaroxaban, apixaban, unfractionated
     heparin and enoxaparin in plasma. *J Thromb Haemost* 2016 Feb 29. doi:
     10.1111/jth.13300. [Epub ahead of print]

4

16)   **Gosselin RC**, Adcock DM.  The laboratory assessment of the 'new' direct oral anticoagulants. *J Thromb Haemost*. 2016 Jan 21. doi: 10.1111/jth.13266. [Epub ahead of print]

17)   **Gosselin RC,** Grant R, Adcock DM. Comparison on the effect of the Anti-Xa Direct Oral Anticoagulants (DOAC) Apixaban, Edoxaban and Rivaroxaban on coagulation assays. *Int J Lab Hematol* 2016;38(5):505-13.

18)   Douxfils J, **Gosselin RC.  Laboratory assessment of direct oral anticoagulants (DOACs).** *Sem Thromb Hemosta* 2016 (in press).

Attached is my *curriculum vitae,* for complete detail on my clinical, research, and published works. All opinions in my report are stated to a reasonable degree of scientific certainty. I reserve the right to supplement my opinions if and when additional material becomes available. I have no prior testimony, and my fee is $200 per hour.

## Background

Hemostasis is a complex process involving the endothelium, and the circulating cellular and fluid components within the blood in order to maintain vascular integrity. Endothelial and circulating factors can initiate blood clot formation (procoagulants) in the event of vascular injury, but also regulate and limit the degree of clot formation to the site of injury (regulators).  Perturbations to this hemostasis system can lead to bleeding or pathologic clot formation (thrombosis). A more simplistic view is to consider the hemostasis process as a <u>balance</u> between factors that have procoagulant

5

USCA5 2853

properties and those factors that regulate the process to control the degree of clot formation, facilitate wound repair and healing. When the balance is altered, with more regulating components relative to procoagulant components, an individual may be at risk for bleeding. Conversely, when the balance shifts in the opposite direction, with more procoagulants relative to regulators, then individuals may be at risk for thrombosis. The changes to this hemostasis process can either be congenital (e.g. hemophilia A) or acquired (e.g. trauma, cancer, post-orthopedic surgery), but other clinical conditions are associated with thrombotic risks (e.g. atrial fibrillation). For those patients with an identifiable bleeding risk, the treatment would be to replace blood components (e.g. platelets) or blood factors, whereas those patients with an identifiable thrombosis or thrombotic risk may require pharmaceutical (e.g. heparin, aspirin) or mechanical (e.g. vena cava filter) intervention.

Pharmaceutical intervention essentially alters the hemostatic balance. Anticoagulant drugs, administered either through oral or parenteral (intravenous or subcutaneous) routes, can be directed to restrict the procoagulant effects of platelets (antithrombotics) or restrict thrombin generation (anticoagulants), and thus favor the reduction of procoagulants increasing bleeding risks compared to individuals not recieving anticoagulation. Conversely, pharmaceutical intervention such as factor replacement therapy (e.g. cryoprecipitate, factor VIII), activated factor (e.g. NovoSeven) or factor complexes (prothrombin complex concentrates or activated prothrombin complex concentrates) may also alter the hemostatic balance to increase a thrombosis risk.

6

USCA5 2854

The clinical laboratory serves as an integral tool to assist clinicians in either 1) identifying those patients at risk for bleeding and thrombosis or 2) assuring adequate therapeutic intervention for either the bleeding or thrombotic risk patient.  Most clinical laboratories provide some method for quantifying cellular components of blood (white blood cell count, platelet count) and coagulation related screening tests, such as the prothrombin time (PT) or activated partial thrombin time (APTT), which provide an estimation of the *in-vitro* (outside the body) hemostasis process in plasma or whole blood.  Both the PT and APTT serve as diagnostic tests that screen for most factor deficiencies or inhibitors, but may also serve as monitoring tools for therapeutic efficacy.  PT or APTT are more useful in patients with bleeding or pharmaceutical intervention than in those patients with thrombosis or thrombotic risk; as changes (decreased levels or interference in function) in procoagulants associated with bleeding risks are typically associated with prolonged PT and/or APTT.  Larger, or more specialized clinical laboratories may provide other tests to quantify circulating procoagulants or replacement therapy (e.g. factor VIII), quantify regulatory components (e.g. protein C), assess the functional capacity of the cellular components (e.g. platelet aggregation), or drug levels (e.g. anti-Xa measurement).

7

USCA5 2855

### *The waterfall cascade: a guide for interpreting hemostasis*

For years the historical waterfall cascade has been used to describe the hemostasis process. While the waterfall cascade may not represent the in-vivo coagulation process, it still provides a useful guide for interpreting laboratory PT and APTT results, as well as understanding the effects of pharmaceutical interventions (anticoagulants). More recent revelations about the true in-vivo hemostasis have modified the traditional waterfall cascade. A simpler version of the waterfall cascade would be the figure "Y", where the intrinsic pathway is represented by the left upper wing of the Y, the extrinsic pathway by the upper wing of the "Y", and the common pathway by the tail of the Y. When comparing the simplified Y cascade to routine coagulation testing, the upper left wing and tail of the Y represents those factors (contact factors, XI, X, IX, VIII, V, II, and fibrinogen) that are assessed using the activated partial thromboplastin time, or APTT (green outline). The upper right and tail of the Y represent those factors (X, VII, V, II and fibrinogen) that are assessed by the prothrombin time, or PT (blue outline). The common pathway, or tail of the Y, suggests these factors (X, V, II and fibrinogen) influence both the PT and APTT (green and blue overlay). Therefore, the combinations of PT and APTT results would suggest to the clinician area(s) for coagulation deficiency, inhibitor or the influence of anticoagulant therapy.

8

USCA5 2856





The PT and APTT are not precise measures of coagulation, as they measure the time to

clot formation after addition of activators, phospholipids and calcium to citrated

plasma. Unlike potassium or sodium levels that can be quantified using ion specific

electrodes, PT and APTT can only provide an estimation of the coagulation process.

There is some standardization for measuring the PT, but only in patients treated with

9

USCA5 2857

oral vitamin K antagonists (see below), otherwise, there are no means for standardizing the measurements or clotting time of these assays. For all laboratory assays, reference intervals are based on normal, ostensibly healthy individuals. However, in normal ostensibly healthy individuals, hemostatic changes in factor levels may occur after physiological stress (e.g. exercise), diet (e.g. caffeine), hormonal changes (ovulation cycle), diurnal effects (morning versus afternoon), gender, age, and ABO blood group. A rough estimation of normal levels of circulating factor II-XII is ~50-150%/mL (0.50-1.50IU/mL), and fibrinogen ~150-450mg/dL. Decreased factor levels are associated with increasing clotting times for the PT and/or APTT, usually with a (curvi-)linear relationship to the degree of factor deficiency with prolongation of the clotting time. A sample with a factor VIII level of 20% will have a higher clotting time than a sample containing a factor VIII level of 50%. Conversely, increased factor levels may shorten the clotting times of these clot based assays. Pharmaceutical interventions for patients with thrombotic risk may cause either depleted factor activity (e.g. oral vitamin K antagonists such as warfarin), or interfere with the function of factors (e.g. heparin) and thus cause delay in clot formation. These anticoagulants typically show a (curvi-)linear-dose/drug dependent effect on the PT and/or APTT, and have demonstrated to be a suitable means for assessing the efficacy of these drugs. Drugs or blood products used to correct factor deficiencies or control hemorrhage may either boost circulating factor levels or provide activated factors (e.g. NovoSeven) to accelerate the clotting process, thereby shortening the clotting times seen in the PT and APTT. Factitious causes for prolonged clotting times (not related to the quantity or function of the circulating factors) include numerous preanalytical variables (e.g.

10

time, temperature), non-specific inhibitors (e.g. lupus anticoagulant) and certain

antibiotics (lipoglycopeptides), which interfere with the interaction of the circulating

coagulation actors with phospholipids present in the reagent.

*Prothrombin time (PT)*

First described by Armand Quick in 1935, this test is used to screen for fibrinogen,

factors II, V, VII and X.  The Quick PT method utilizes a tissue thromboplastin source

that is (was) derived from animal or human brains, human placenta, cell cultures, or

recombinant material.  Although there are whole blood PT methods, the most common

sample used for PT testing is one that has been collected in 3.2% sodium citrate, the

centrifuged within 24 hours to obtain platelet poor plasma (defined as plasma

containing <10,000 platelets/mL) or PPP.  After PPP preparation, the tissue

thromboplastin preparation (which also contains calcium chloride) is added to PPP

and the time required to clot formation is visually, optically or mechanically detected.

[Figure 2]  Early iterations of the Quick method varied in response to factor

deficiencies, especially as Coumadin anticoagulation and standardization efforts were

created to optimize the PT for measuring oral vitamin K antagonists, which affect the

function of factors II, VII, IX and X.  The International Normalized Ratio (INR) is a

mathematical conversion of the PT based on the reagent sensitivity to Coumadin

treated patients, instrument reading method, and normal population, in an effort to

standardized the treatment of these patients.   A modified Quick method developed by

Paul Owren utilizes an adsorbed bovine plasma and FBG devoid of Vitamin K

dependent factors, and the sample dilution is 1:21 versus the 1:3 dilution with Quick

11

USCA5 2859

method.  The Owren PT method was thought to ameliorate the problems associated

with Coumadin anticoagulation as this method was not affected by factor V or

fibrinogen concentration.

| Reagent name | Manufacturer | Method | CAP |
|---|---|---|---|
| SPA+ | Stago | Owren | No |
| Innovin | Siemens | Quick | Yes |
| Neoplastine CI Plus | Stago | Quick | Yes |
| R2G | IL | Quick | Yes |
| Neoplastine R | Stago | Quick | No |
| Thromborel S | Siemens | Quick | Yes |
| Triniclot PT Excel S | Stago | Quick | Yes |
| Nycotest PT | Axis-Shield | Owren | No |
| Owren's PT | Medirox | Owren | No |
| Thrombotest | Axis-Shield | Owren | No |
| Bioskel PT | Bio-Skel | Quick | No |
| Hemosil PT | IL | Quick | Yes |
| Roche Thromboplastin | Roche | Quick | No |
| Technoplastin HIS | Technoclone | Quick | No |
| Triniclot PT HTF | Stago | Quick | Yes |
| Simple Simon | Zafena AB | Owren | No |

The PT clotting time of normal healthy individuals varies depending on the reagent,

clot detection method, tissue thromboplastin source and concentration, but usually is

between 9-14 seconds.  Prolongation of the Quick PT would suggest a factor deficiency

or antibody/drug inhibition to the extrinsic or common pathway factors (Fibrinogen,

II, V, VII and X).  Less common, the PT may also be abnormal in patients with normal

factor levels but who have antiphospholipid antibodies (e.g. lupus anticoagulant) or

who are on lipoglycopeptide antibiotic therapy, which both interfere with the ability of

coagulation factors in the patient sample to interact with the phospholipids present in

the test reagent.

12

According to the College of American Pathologist (CAP) proficiency program for assessing laboratory test quality, the vast majority of US laboratories use some iteration of the Quick PT method.

| CAP CGL-A 2016 | Neoplastine CI Plus | Neoplastine CI | PT-FIB HS Plus | PT-FIB | R2G | Innovin | Thromborel S | Triniclot Excel S | Triniclot HTF |
|---|---|---|---|---|---|---|---|---|---|
| Instrument A | 41 | 6 | 68 | 32 | 20 | 15 | 29 | 18 | 17 |
| Instrument B | 1027 | | 25 | 43 | 6 | 12 | 6 | | |
| Instrument C | 176 | | 10 | 7 | 276 | 210 | 59 | | |
| Instrument D | 290 | | | | 15 | 1388 | 12 | | |
| Instrument E | | | | | 876 | 29 | 5 | | |
| Total | 1534 | 6 | 103 | 82 | 1193 | 1654 | 111 | 18 | 17 |
| % Users | 33.0% | 0.1% | 2.2% | 1.7% | 25.2% | 34.9% | 2.3% | 0.4% | 0.4% |

The table represents the 2016 CAP CG survey results for PT testing. R2G: Recombiplastin 2G. Instrument A-E reflect different instruments types but may not be the same for each reagent column

### *Activated Partial Thromboplastin time (APTT)*

First described by Langdell and colleagues at the University of North Carolina in 1953, under a different description, kaolin cephalin thromboplastin time, this test was developed as a means of assessing hemophilia patients. Kaolin served as an activator of factor XII, initiating the intrinsic pathway, whereas cephalin served as a phospholipid source, required for coagulation. Over the years the changes have included the use of other activators (celite, ellagic acid) and modifications to the types and concentrations of phospholipid sources to control the reagent's sensitivity to factor VIII and IX, unfractionated heparin, and lupus anticoagulants. Similar to PT, there are whole blood methods, albeit not as widely used, and the most common sample used for APTT testing also utilizes 3.2% sodium citrate PPP. There is no INR equivalent for APTT testing, but use of APTT ratios (results/population or control

13

USCA5 2861

mean) have been reported as an attempt to normalize the results for comparison between reagents and instruments, although this method is not widely embraced. The APTT clotting time of normal healthy individuals varies depending on the reagent, clot detection method, activator type and concentration, and phospholipid type and concentration, but varies with a range between 25 - 40 seconds. Prolongation of the APTT would suggest a factor deficiency or antibody inhibition to the intrinsic or common pathway factors (Fibrinogen, II, V, VIII, X, XI and contact factors including XII, prekallikrein and high molecular weight kininogen). The APTT is also used to monitor patients undergoing parenteral anticoagulation [e.g. unfractionated heparin therapy, direct thrombin inhibitors such as bivalirudin], but may also be prolonged in patients with normal factor levels but with antiphospholipid antibodies (e.g. lupus anticoagulant) or lipoglycopeptide antibiotic therapy, similar as noted above with PT testing. Anticoagulation using either unfractionated heparin (UFH) or low molecular weight heparin (LMWH), complexes with the patient's circulating antithrombin (AT), makes a configuration change of AT which accelerates the inhibition of serine proteases (activated factors), primarily activated factors IX (IXa), X (Xa), and thrombin (IIa). The degree of UFH anticoagulation is most commonly assessed using the APTT, with a target established by local heparin therapeutic range, but alternative methods can be used, such as the anti-Xa activity, or more rarely, the thrombin time. Treatment doses of LMWH may not elevate the APTT, and although not routinely monitored, an alternative method, such as the anti-Xa, is required when assessment of LMWH anticoagulation is necessary.

14

USCA5 2862

*Anti-Xa activity test:*

Unlike the PT and APTT, which are assays based on a clot formation endpoint, the anti-Xa activity is most commonly measured using a chromogenic assay. Exogenous factor Xa is added to patient PPP plasma, which complexes to heparin present in the plasma. A secondary reagent is then added to the sample, where residual factor Xa cleaves a peptide, which results in color development. The amount of color produced is inversely proportional to the amount of heparin present in the plasma. The heparin is quantified by comparing the color production to a standard curve created from testing plasma samples containing known amounts of heparin. The standard curves may be created from single source heparin (e.g. UFH, LMWH or pentasaccharide) or a combination of UFH and LMWH samples (hybrid). A rarely used alternative method for assessing anti-Xa uses a clotting endpoint, titration method, using protamine sulfate as a UFH neutralizing agent. Commercial anti-Xa kits may vary in whether they supplement antithrombin or not. For those kits that supplement AT, the anti-Xa activity may not represent the actual anticoagulant effect in patients with AT deficiency (<50%). Conversely, using a kit that does not supplement AT, in those patients that are AT deficient, and get AT supplementation (e.g. plasma transfusion), there may be a paradoxical increase in heparin activity. One cannot distinguish anti-Xa results between UFH, LMWH, pentasaccharide or anti-Xa DOACs using chromogenic anti-Xa methods. Note, that unlike the PT and APTT, which also serve as diagnostic tests, the anti-Xa test is strictly for assessing drug effect.

15



***BAY 59-7939: Rivaroxaban***

In 2005, Bayer scientists describe their efforts in producing a serine protease (activated factor X, Xa) inhibitor using a small molecule as an alternative strategy for anithrombotic therapy. [Roehrig S, Straub A, Pohlmann J, Lampe T, Pernerstorfer J, Schlemmer KH, Reinemer P, Perzborn E. Discovery of the novel antithrombotic agent 5-chloro-N-({(5S)-2-oxo-3-[4-(3-oxomorpholin-4-yl)phenyl]-1,3-oxazolidin-5-yl}methyl)thiophene- 2-carboxamide (BAY 59-7939): an oral, direct factor Xa inhibitor. J Med Chem. 2005;48(19):5900-8.; Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer KH, Straub A. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939--an oral, direct Factor Xa inhibitor. J Thromb Haemost. 2005;3(3):514-21.] They describe the concept of the amount of drug required to double the (PT) clotting time using drug enriched plasma from human and rats, the inhibition of factor Xa and the prolongation of the PT in a rat stasis model, rat arteriovenous shunt model, and rabbit arteriovenous shunt model.

16

USCA5 2864

*Xarelto assessment using screening tests – the data:*

In 2005, Perzborn and colleagues demonstrated a dose dependent PT response in both the rat and rabbit arteriovenous (AV) shunt model. In a rabbit AV model, there was excellent correlation (correlation coefficient of 0.98) between the PT, using Neoplastine reagent (Diagnostics Stago) and plasma concentrations of BAY59-7939 (Xarelto). From these data, the authors suggested "...that PT can be used to characterize the anticoagulant efficacy of BAY 59-7939 in humans.". [Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer KH, Straub A. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939--an oral, direct Factor Xa inhibitor. J Thromb Haemost. 2005;3(3):514-21.] The authors also used the concept of the amount of drug to double the clotting time ($CT_2$) from baseline as a means to compare the sensitivity of laboratory tests of drug. Using drug enriched human plasma, the $CT_2$ for PT was 0.23 μM and 0.69μM for the APTT. There was poor description of the reagents used for this analysis, other than they were from "commercially available kits." Factor Xa inhibition was also described using drug enriched human, rat and rabbit plasma in addition to the venous stasis and AV-shunt models noted above. Another study about the use of chromogenic methods for assessing the anti-Xa activity of rivaroxaban was reported by Kubitza and colleagues where they demonstrated a curvilinear correlation between plasma concentration of BAY-59-7939 and factor Xa inhibition. [Kubitza D, Becka M, Voith B, Zuehlsdorf M, Wensing G. Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor. Clin Pharmacol Ther. 2005;78(4):412-21.] They also noted the linear relationship between BAY 59-7939 and PT measurements.

17

USCA5 2865

In 2006, Kubitza and collegues measured the effects of food and ranitidine on a single 30 mg dose of BAY59-7939 in healthy males.  [Kubitza D, Becka M, Zuehlsdorf M, Mueck W. Effect of food, an antacid, and the H2 antagonist ranitidine on the absorption of BAY 59-7939 (rivaroxaban), an oral, direct factor Xa inhibitor, in healthy subjects. J Clin Pharmacol. 2006;46(5):549-58.]  The authors measured plasma drug concentration, PT and factor Xa inhibition.  They were able to demonstrate a greater PT prolongation, Xa inibibition, and plasma concentration with food vs fasting and indicated that "…dose dependent and predictable effect-time profile for PT prolongation, suggest that this pharmacodynamics parameter may be suitable to employ in clinical trials as an assessment of drug exposure."   As with the Perzborn group, this study used Neoplastine PT reagent on an Amulung coagulation analyzer. In 2008, a dose escalating study was performed in healthy elderly patients.  [Kubitza D, Becka M, Roth A, Mueck W. Dose-escalation study of the pharmacokinetics and pharmacodynamics of rivaroxaban in healthy elderly subjects. Curr Med Res Opin. 2008;24(10):2757-65.]  Each patient received a single dose of either 30mg, 40mg, or 50mg of rivaroxaban and peak (2-4 hours after dose) blood samples were collected. The peak samples were measured for PT, using Neoplastin Plus PT, and APTT, using a kaolin activated reagent (Roche) on the Amelung instrument.  There was a 2.1-2.5 fold increase in PT measurements, with no difference between 40mg/50mg, but less prolongation noted with the 30mg dose.  The authors also reported a linear relationship with Neoplastine PT and rivaroxaban levels in both healthy elderly and orthopedic patients receiving 10mg daily.

18

USCA5 2866



Kubitza et al. Clin Pharmacol Ther. 2005;78:412-21.



Figure 5. Correlation between rivaroxaban plasma concentrations and prothrombin time in healthy, elderly male and female subjects (dashed line), and healthy, young male subjects (solid line)19. The shaded line shows the approximate average concentration range (minimum–maximum plasma concentration) in orthopedic patients receiving rivaroxaban 10 mg once daily 27

Published in: Dagfinn Kubitza; Michael Becka; Angelika Roth; Wolfgang Mueck. Current Medical Research and Opinion 2008, 24, 2757-2765.
DOI: 10.1185/03007990802361499
Copyright © 2008 Informa UK Ltd. All rights reserved; reproduction in whole or part not permitted

In 2008, Bayer study collaborators published the correlation between BAY 59-7939 and PT and anti-Xa inhibition both at "steady state" and day 6 or day 7 in knee and hip orthopedic surgery. [Meuck et al Clin Pharmacokinet 2008; 47:203-216]. They detail the expected range for the dose given (shaded areas). "Steady state" was defined day 4 or 5 past surgery.



Fig. 6. Correlation between Factor Xa (FXa) activity and rivaroxaban plasma concentration at steady state in (a) the hip study and (b) the knee study; and prothrombin time and rivaroxaban plasma concentrations on day 6/7 in (c) the hip study and (d) the knee study. The shaded sections in (c) and (d) correspond to the average rivaroxaban trough concentration–maximum concentration range for the doses of 2.5–10 mg twice daily. To aid comparison of the datasets, rivaroxaban plasma concentrations beyond 800 µg/L have been omitted.

19

The early publication reports on BAY-59-7939 and PT effect using a single source of reagent. In 2010, Samama and colleagues published their findings of rivaroxaban enriched pooled normal human plasma using five PT reagents (Neoplastin, Neoplastin Plus, Innovin, Thromborel S, and Triniclot) on a single coagulation analyzer (STA-R, Stago), but also on a point-of-care PT platform (Coagucheck XS). [Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban--an oral, direct factor Xa inhibitor. Thromb Haemost. 2010;103(4):815-25.] They also describe the effects of rivaroxaban using contrived samples for other laboratory assays including APTT (using CK_Prest, Stago and Actin FSL, Siemens), thromboelastography, modified PT (Heptest), DRVVT, and thrombin generation test, and demonstrated effects of testing fresh versus frozen stored plasma. Later in 2010, Barrett and colleagues also published their findings on rivaroxaban enriched normal human plasma using multiple PT reagents, again all on the STA-R analyzer. [Barrett YC, Wang Z, Frost C, Shenker A. Clinical laboratory measurement of direct factor Xa inhibitors: anti-Xa assay is preferable to prothrombin time assay. Thromb Haemost. 2010;104(6):1263-71.] The $CT_2$ reported by that group for Neoplastin CI was 580mg/mL; for Neoplastin CI Plus was 546ng/mL; for Innovin was 828ng/mL; and for Recombiplastin (Instrumentation Laboratory) was 642ng/mL. These data suggested equivalence for Neoplastin and Recombiplastin PT sensitivity to rivaroxaban, whereas this study demonstrated the relatively insensitivity of Innovin PT reagent to drug presence. In 2010, the emergence of anti-Xa measurements began to arise. Samama and colleagues introduced several assays to assess rivaroxaban, including anti-Xa measurements [Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-

20

Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban--an oral, direct factor Xa inhibitor. Thromb Haemost. 2010 Apr;103(4):815-25.]. They demonstrated a dose dependent relationship between rivaroxaban concentration and optical density (OD) changes in the assay using two different methods (Rotachrom LMWH and Stachrom UFH, Stago). Presumably, they calibrated using LMWH or UFH calibrators, but limited data was presented for a more thorough assessment of their data.

In 2011, two studies from treated patients, and one study from contrived samples, were published. Contrived samples containing expected trough (25ng/mL) and peak (200ng/mL) rivaroxaban concentrations were sent to multiple laboratories employing both Quick and Owren PT methods, as well as different APTT reagents. [Hillarp A, Baghaei F, Fagerberg Blixter I, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, Lindahl TL. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. J Thromb Haemost. 2011 Jan;9(1):133-9.] As noted with the Barrett group, Hillarp and colleagues also demonstrated similar $CT_2$ values were obtained between Neoplastin and Recombiplastin reagents. The Hillarp group also noted that Thromborel S PT was the least sensitive Quick method, and that all Owren PT methods demonstrated $CT_2$ >870ng/mL. In a study on post hip or knee reaplacement patients receiving a daily dose of 10mg rivaroxaban daily dose, Freyberger and colleagues measured PT (Recombiplastin) and APTT on the ACL TOP analyzer, quantifying drug concentration using a calibrated anti-Xa method (Hypehn DiXAI), and thrombin generation test during selected time frames: T0 pre surg; T1 just

21

USCA5 2869

after surgery; T2-T4 twice a week during the period. [Freyburger G, Macouillard G, Labrouche S, Sztark F.Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: two observational studies in patients undergoing total hip or total knee replacement. Thromb Res. 2011 May;127(5):457-65.] They reported that the PT correlated (R=0.745) better to drug concentration than the APTT (R=0.468). They also noted that there was better PT correlation within patient (R=0.860) to drug concentration, suggesting between patient variability. For thrombin generation, they demonstrated an increased t-lag time with decreased thrombin generation, as expressed by the area under the curve (AUC), with no difference in any TGT parameter between T3 and T4 timed collections. Mani and colleagues published their study comparing 4 different PT reagents (Thromborel S; Innovin; Neoplastin Plus; and Recombinplastin) were tested on pretreatment samples and peak (2 hours after dose) and trough timed collections from orthopedic patients receiving 10mg once daily. [Mani H, Hesse C, Stratmann G, Lindhoff-Last E. Rivaroxaban differentially influences ex vivo global coagulation assays based on the administration time. Thromb Haemost. 2011 Jul;106(1):156-64. ] All PT results demonstrated some degree of prolongation at peak collections, with all returning to comparable pre-Rx PT results at 12 hours (trough collection). As seen in earlier studies, Neoplastin Plus was the most sensitive PT reagent to rivaroxaban concentration. Harenberg and colleagues published their findings on rivaroxaban effect on drug-contrived samples using five different commercial kits (Coamtic, IL, Stago x2, and Technochrom) for quantifying heparin (anti-Xa activity). Using the STA Rotachrom heparin method (Stago) as the predicate

USCA5 2870

method for comparison purposes, all kits demonstrated an R>0.99.  All methods demonstrated a dose dependent response of OD changes and drug concentration.

As the FDA was approving rivaroxaban use in patients with atrial fibrillation and venous thromboembolism prophylaxis, there were a handful of publications addressing the presence of drug and the impact on coagulation studies.  However, the shortcomings of these publications were 1) instruments no longer in use, or of limited use in the US (e.g. Amelung), 2) evaluation used on instruments that may not have been optimized for reagent (between manufacturer such as Siemens reagents on Stago analyzer), 3) the uncertainty of whether data on reagent sensitivity using contrived samples will be similar to using treated patients, 4) mostly single site evaluations so unclear about whether differences existed between laboratories using same screening reagents, and 5) promising data about dose dependent relationship between rivaroxaban concentration and commercial kits for measuring heparin activity using chromogenic anti-Xa methods.

In 2012, three more publications using either single dose in healthy volunteers or contrived samples were published, with two of these studies sending blinded samples to different laboratories.  Asmis and colleagues prepared blinded samples from samples collected from 20 healthy volunteers after a single 10mg dose. [Asmis LM, Alberio L, Angelillo-Scherrer A, Korte W, Mendez A, Reber G, Seifert B, Stricker H, Tsakiris DA, Wuillemin WA.Rivaroxaban: Quantification by anti-FXa assay and influence on coagulation tests: a study in 9 Swiss laboratories.Thromb Res. 2012

23

Apr;129(4):492-8.]  The samples were sent to 9 different Swiss laboratories and their data suggested a "high reliability" between Innovin and rivaroxaban concentration (R=0.81), with modest correlation of drug concentration and APTT (R=0.71).  They also noted that drug calibrated chromogenic factor Xa measurements provided accurate measurements of rivaroxaban concentration. Later in 2012, the Scientific and Standardization Committee (SSC) for the Control of Anticoagulation of the International Society of Thrombosis and Haemostasis (ISTH) published their recommendations for the laboratory assessment of rivaroxaban, based on the findings of contrived blinded samples sent to different laboratories.[Harenberg J, Marx S, Weiss C, Krämer R, Samama M, Schulman S; Subcommittee on  Control of Anticoagulation of the ISTH. Report of the Subcommittee of Control of Anticoagulation on the determination of  the anticoagulant effects of rivaroxaban.J Thromb Haemost. 2012 Jul;10(7):1433-6.] The contrived rivaroxaban samples were either disclosed at concentrations of 90ng/mL, 50ng/mL, 150ng/mL, and 500ng/mL, or blinded samples which were stated to contain 100ng/mL, 350ng/mL and 700ng/mL of rivaroxaban.  All 13 laboratories participated, but only Neoplastin Plus PT reagent was used.   From these data, the committee indicated that Neoplastin "is the most precise method for determination of the anticoagulant rivaroxaban in human plasma."   In late 2012, the Belgium group led by J Douxfils, published their findings on contrived samples using multiple PT reagents on the STA-R analyzer, as well as assessing dilute PT, thrombin generation, and anti-Xa measurements.  From their data, the calculated $CT_2$ were 66ng/mL for Triniclot PT Excel S; 73ng/mL for Recombiplastin 2G; 84ng/mL for Neoplastin R; 135ng/mL for Neoplastin CL Plus; 161ng/mL for Triniclot PT Excel;

24

180ng/mL for Triniclot PT HTF; 258ng/mL for Innovin. [Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res. 2012 Dec;130(6):956-66.]  For anti-Xa assessment, Samama and colleagues expanded on their previous work, with contrived calibrators and controls sent to 24 laboratories in Europe and North America.  They concluded that when using rivaraxaban calibrators and controls, the "...anti-factor Xa chromogenic method is suitable for measuring a wide range of rivaroxaban plasma concentrations..." [Samama MM, Contant G, Spiro TE, Perzborn E, Guinet C, Gourmelin Y, Le Flem L,  Rohde G, Martinoli JL; Rivaroxaban Anti-Factor Xa Chromogenic Assay Field Trial Laboratories. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. Thromb Haemost. 2012 Feb;107(2):379-87.]  An external study evaluating the use of a single chromogenic assay (Hyphen BioMed) in Swiss laboratories using prepared calibrators and blinded samples was performed by Asmis and colleagues, which demonstrated the mean accuracy and precision coefficient of variation to be 7.0% and 8.8%, respectively, and that rivaroxaban can be "quantified accurately and precisely by a chromogenic anti-FXa assay on different coagulometers in different laboratories..." [Asmis LM, Alberio L, Angelillo-Scherrer A, Korte W, Mendez A, Reber G, Seifert B, Stricker H, Tsakiris DA, Wuillemin WA. Rivaroxaban: Quantification by anti-FXa assay and influence on coagulation tests: a study in 9 Swiss laboratories. Thromb Res. 2012 Apr;129(4):492-8.]  Mani and colleagues explored the use of different chromogenic anti-Xa methods for quantifying rivaroxaban in patients receiving a 10mg daily dose.

25

In their study, they evaluated the use of different rivaroxaban calibrators (LOW and HIGH) that spanned different drug concentrations (0-97.1ng/nL and 0-433.3ng/mL respectively).  They concluded that samples with rivaroxban levels <25ng/mL, assessed using the HIGH calibrators, be analyzed using the LOW calibration method, but also concluded that "anti-factor Xa chromogenic assays that use rivaroxaban calibrators at different concentration levels can be used to measure accurately a wide range of rivaroxaban concentrations ex vivo." [Mani H, Rohde G, Stratmann G, Hesse C, Herth N, Schwers S, Perzborn E, Lindhoff-Last E. Accurate determination of rivaroxaban levels requires different calibrator sets but not addition of antithrombin. Thromb Haemost. 2012 Jul;108(1):191-8. ]

In 2013, two additional studies on laboratory and rivaroxaban testing were published. Helin and colleagues sent blinded samples to different laboratories as part of an External Quality Assurance (EQA) program created from contrived (60ng/mL, 146ng/mL and 305ng/mL) plasma and treated patients (N=10). [Helin TA, Pakkanen A, Lassila R, Joutsi-Korhonen L. Laboratory assessment of novel oral anticoagulants: method suitability and variability between coagulation laboratories. Clin Chem. 2013 May;59(5):807-14.] They sought to determine whether differences existed between contrived and patient samples for screening tests.  The reporting laboratories used mostly Owren PT methods, with Innovin as the sole Quick PT method reported.  They determined that the patient samples (ranged from 32-138ng/mL) did not significantly differ from the 60ng/mL contrived sample, and no patient sample exceeded the reference range for the Nycotest PT or Actin FSL APTT.  Using contrived and real

26

USCA5 2874

patient samples, Douxfils and colleagues reported PT using Triniclot PT Excel S and Innovin, with relative poor correlation (R=0.62 and R=0.58 respectively) to rivaroxaban concentration. [Douxfils J, Tamigniau A, Chatelain B, Chatelain C, Wallemacq P, Dogné JM, Mullier F. Comparison of calibrated chromogenic anti-Xa assay and PT tests with LC-MS/MS for the therapeutic monitoring of patients treated with rivaroxaban. Thromb Haemost. 2013 Oct;110(4):723-31.] Slopes were not provided, but it was clear that Innovin was the less responsive PT reagent to rivaroxaban concentration.  They concluded that based on these two reagents, the PT had a poor correlation to rivaoxaban concentration.  Consistent with those findings, the Sheffield group reported normal Innovin and Thromborel S PT results in 3 patients with rivaroxaban concentrations 115ng/mL (trough collection), 253ng/ml (peak collection) and 273ng/mL (peak collection) and one sample 276ng/mL rivaroxaban with a PT result 0.1s over reference range. [van Veen JJ, Smith J, Kitchen S, Makris M. Normal prothrombin time in the presence of therapeutic levels of rivaroxaban. Br J Haematol. 2013 Mar;160(6):859-61.]   In a study on patients receiving rivaroxaban, the PT assessed using Recombiplastin 2G demonstrated 13/33 normal PT results in randomly collected samples with measured rivaroxaban concentrations of <90ng/mL. [Rodgers R, Bagot CN, Lawrence C, Hickman G, McGurk M, Tait RC. Correlating prothrombin time with plasma rivaroxaban level. Br J Haematol. 2013 Dec;163(5):685-7.]

In 2014, Koscielny and colleagues reported a series of PT results in different populations of patients treated with rivaroxaban.  The data included patients receiving 10mg, 15mg or 20mg for VTE, or 15mg and 20mg for atrial fibrillation (Afib).

USCA5 2875

[Koscielny J, Rutkauskaite E. Rivaroxaban and hemostasis in emergency care. Emerg Med Int. 2014;2014:935474.] Based on their findings, they concluded "...in acute situation, the determination of PT could deliver valuable preliminary information on the effect of rivaroxaban. A normal PT value, obtained using a sensitive thromboplastin reagent, indicates that a clinically significant residual level of rivaroxaban is unlikely." However, there was no clear definition of what constitutes a "sensitive thromboplastin reagent" and their data was limited to Neoplastine CI Plus reagent. A published study from a collaborative study between University of North Carolina, UC Davis Health System and Esoterix laboratories introduced the concept of "misprediction" laboratory tests. In that study, PT, APTT, and activated clotting times (ACT) were tested on peak and trough samples collected from patients receiving 20mg once daily rivaroxaban. [Francart SJ, Hawes EM, Deal AM, Adcock DM, Gosselin R, Jeanneret C, Friedman KD, Moll S. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. Thromb Haemost. 2014 Jun;111(6):1133-40.] We defined misprediction as the range of rivaroxaban results (95th percentile, 8.9-660g/mL) obtained, and values that did not exceed the upper limit of the normal reference for each respective PT reagent. The misprediction rate was stated to be 47-52% for Innovin, 38% for Recombiplastin, 21% for Neoplastin CI Plus, and only 10% for Hemochron Signature Elite, a point-of-care device.

USCA5 2876



Figure 1: The effect of rivaroxaban plasma levels on prothrombin time assays. The best-fit lines are depicted in the following descending order: HEMOCHRON® Signature Elite (○, Line 1), STA®Neoplastine®CI plus on STA-R Evolution® (□, Line 2), Hemosil® RecombiPlasTin 2G on ACL TOP 700 (Δ, Line 3), INRatio2 (+, Line 4), CoaguChek pT (x, Line 5), Innovin® on ACL TOP 700)*, Line 6), Innovin® on BCS®XP System (◆, Line 7).

Francart et al, Thromb Haemost. 2014;111:1133-40

Several published findings for rivaroxaban and laboratory were published in 2015. In an EQA program, blinded contrived samples containing rivaroxaban enriched human plasma containing 120ng/mL and 290ng/mL were sent to laboratories throughout Belgium. [van Blerk M, Bailleul E, Chatelain B, Demulder A, Devreese K, Douxfils J, Jochmans K, Mullier F, Wijns W, Soumali MR, Coucke W, Vernelen K, Van de Walle P. Influence of dabigatran and rivaroxaban on routine coagulation assays. A nationwide Belgian survey. Thromb Haemost. 2015 Jan;113(1):154-64.] The submitted data indicated that for sensitivity to rivaroxaban, Neoplastin R was greater than Neoplastin CI Plus, which was similar to R2G, which was greater than Innovin, which was similar to Thromborel S. They also noted that within reagent variability was low (<5%) but variability between reagents were higher at 12.3% and 23.3% for the 120ng/mL and 290ng/mL samples respectively. Similar to other published findings, Nakano and colleagues reported no difference in Recombiplastin generated PT results between baseline or trough collections in Japanese patients receiving rivaroxaban for Afib.

29

[Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H, Ajioka M, SakaiK, Inden Y, Murohara T. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receivingrivaroxaban. J Cardiol. 2015 Mar;65(3):185-90.]  They did note differences in PT measurements for peak concentrations, but the study was limited in that no rivaroxaban concentrations were assessed.

In 2016, another published finding from EQA samples containing rivaroxaban was available.  The Australian EQA program demonstrated results contrary to other studies where Recombiplastin demonstrated a higher degree of sensitivity than Neoplastine CI Plus.  [Bonar R, Favaloro EJ, Mohammed S, Ahuja M, Pasalic L, Sioufi J, Marsden K. The effect of the direct factor Xa inhibitors apixaban and rivaroxaban on haemostasis tests: a comprehensive assessment using in vitro and ex vivo samples. Pathology.  2016 Jan;48(1):60-71.]  Another 2016 publication using Owren type PT reagent (SPA+, Stago) demonstrated no correlation with rivaroxaban levels. [Al-Aieshy F, Malmström RE, Antovic J, Pohanka A, Rönquist-Nii Y, Berndtsson M, Al-Khalili F, Skeppholm M. Clinical evaluation of laboratory methods to monitor exposure of rivaroxaban at trough and peak in patients with atrial fibrillation. Eur J Clin Pharmacol. 2016 Jun;72(6):671-9.]

USCA5 2878

The following are summary data for the calculated rivaroxaban concentration required to double the clotting time (PT) from various studies:

| | Perzborn 2005 | Samama 2010 | Barrett 2010 | Hillarp 2011 | Douxfils 2012 | Gosselin 2015 |
|---|---|---|---|---|---|---|
| Sample type | Spiked | Spiked | Spiked | Spiked | Spiked | Calibrators + Patients |
| Thromborel S | | 500 | | 885 ± 202 | | |
| Innovin | | 700 | 828 | 591 ± 76 | 258 | Cal: 384 Pat: 1007 |
| Technoplastin | | | | 557 ± 119 | | |
| Neoplastine | 230 ± 20 | 420 | 580 CI 546 CI+ | 506 ± 70 | 135 CI + 84 R | Cal: 221 Pat: 437 |
| Recombiplastin | | 300 | 642 | 498 ± 54 | 73 | Cal: 264 Pat: 658 |
| TriniClot | | 450 | | | 66 PT Excel S 161 PT Excel 180 PT HTF | |

***Where are we today?: Laboratory Assessment***

The following are summary points based on the literature cited:

- Consistent findings with respect to sensitivity for Neoplastine CI Plus in both in-vitro and real world patients samples make this reagent suitable for assessing the relative intensity of rivaroxban anticoagulation, although not suitable for determining precise concentrations.

- Consistent findings demonstrate Innovin is relatively insensitive to rivaroxaban making it unable to reliably exclude significant effects of this drug.  In a patient with known exposure to rivaroxaban, an elevated Innovin based PT would suggest a high rivaroxaban level, unless proven otherwise.  A normal PT based on Innovin cannot rule out significant anticoagulation effects from rivaroxaban.

- There are inconsistent findings with Recombiplastin 2G as some studies suggest it is sensitive, whereas others did not. At present, it is unclear whether this reagent should be used to assess rivaroxaban effect.

31

- Quick PT methods appear to be more sensitive to rivaroxban effect than Owren PT methods.

- Prolonged PT in rivaroxaban treated patients should be considered secondary to rivaroxaban until proven otherwise. Mixing studies, factor assays or performing anti-Xa activity (noted below) may assist in interpreting prolonged PT results.

- The arguable gold standard method for measuring rivaroxaban concentration is considered to be tandem mass spectrometry. However, rivaroxaban calibrated anti-Xa measurements of rivaroxaban have been demonstrated to be equivalent to those measured by tandem mass spectrometry.

- In emergent situations, those laboratories that perform UFH or LMWH anti-Xa measurements, should consider that method for estimating drug concentration. A result <LLD would suggest insignificant amounts of rivaroxaban, should the purpose of a drug measurement be for emergent surgery, thrombolytic therapy, or other acute clinical situations requiring immediate intervention.

- Published data may be useful for laboratories to estimate their UFH or LMWH calibrated anti-Xa method and rivaroxaban concentration.

- Other methods for measuring rivaroxaban anticoagulant effect, such as Heptest, PiCT, Thromboelastography, rotational thromboelastometry, or thrombin generation tests have not demonstrated sufficient sensitivity or specificity to warrant routine use.

- The use of drug calibrated Dilute Russell's Viper Venom is another means for measuring the anticoagulant effect of rivaroxaban.

32

USCA5 2880

- All rapid methods for assessing the anticoagulant effect of rivaroxaban, including PT, drug calibrated anti-Xa methods or drug calibrated DRVVT are relatively inexpensive.

- Drug calibrated rapid methods for quantifying rivaroxaban provide an accurate measurement of rivaroxaban (ng/mL) as compared to tandem mass spectrometry.

- The capacity to (rapidly) assess, but ideally quantify, rivaroxaban anticoagulant effect or levels could be helpful in an emergent situation or in trying to assess whether or not a patient is at an increased risk from high exposure to rivaroxaban.

USCA5 2881

# APPENDIX A

# EXPERT REPORT OF ROBERT CHARLES GOSSELIN

## Supplementary Information – Appendix A

Inquiries were made regarding two addition concerns.

1. When did the most common Prothrombin time test reagents receive approval from the FDA for clinical use in the US?
2. Publications cite Neoplastin and Neoplastine reagents. Please clarify.

1. Based on recent College of America Pathologist proficiency testing survey program (CGL-A) from 2016, the 3 most commonly used reagents are 1) Innovin [N=1654; 34.9% of reporting laboratories], 2) Neoplastin CI Plus [N=1534; 33.0% of reporting laboratories], and 3) Recombiplastin 2G [N=1193; 25.2% of reporting laboratories].

   a. Innovin received FDA approval in 1998:



b. Neoplastine CI in 1992

| | |
|---|---|
| New Search | Back To Search Results |
| **Device Classification Name** | test, time, prothrombin[22] |
| **510(k) Number** | K922565 |
| **Device Name** | NEOPLASTINE(R) CI KIT |
| **Applicant** | AMERICAN BIOPRODUCTS CO. |
| | 601 north jefferson rd. |
| | parsippany, NJ 07054 |
| **Applicant Contact** | loc b le |
| **Correspondent** | AMERICAN BIOPRODUCTS CO. |
| | 601 north jefferson rd. |
| | parsippany, NJ 07054 |
| **Correspondent Contact** | loc b le |
| **Regulation Number** | 864.7750[23] |
| **Classification Product Code** | GJS[24] |
| **Date Received** | 06/01/1992 |
| **Decision Date** | 12/07/1992 |
| **Decision** | substantially equivalent (SESE) |
| **Regulation Medical Specialty** | Hematology |
| **510k Review Panel** | Hematology |
| **Type** | Traditional |
| **Reviewed by Third Party** | No |
| **Combination Product** | No |

c. Recombiplastin 2G in 2004.

| | |
|---|---|
| New Search | Back To Search Results |
| **Device Classification Name** | test, time, prothrombin[22] |
| **510(k) Number** | K043184 |
| **Device Name** | HEMOSIL RECOMBIPLASTIN |
| **Applicant** | INSTRUMENTATION LABORATORY CO. |
| | 180 hartwell road |
| | bedford, MA 01730 |
| **Applicant Contact** | carol marble |
| **Correspondent** | INSTRUMENTATION LABORATORY CO. |
| | 180 hartwell road |
| | bedford, MA 01730 |
| **Correspondent Contact** | carol marble |
| **Regulation Number** | 864.7750[23] |
| **Classification Product Code** | GJS[24] |
| **Subsequent Product Code** | GJS[25] |
| **Date Received** | 11/17/2004 |
| **Decision Date** | 12/22/2004 |
| **Decision** | substantially equivalent (SESE) |
| **Regulation Medical Specialty** | Hematology |
| **510k Review Panel** | Hematology |
| **summary** | summary[26] |
| **Type** | Special |
| **Reviewed by Third Party** | No |
| **Combination Product** | No |
| **Recalls** | CDRH Recalls[27] |

USCA5 2884

2. Emails were sent to colleagues across the US, Europe and Australia to determine the origin and accuracy of the Neoplastin or Neoplastine nomenclature. Three germane responses were sent.

   a. From Dr Emmauel Favalaro (Australia):

      "…but I did a quick check of the FDA website, and 6 hits for Neoplastin and 8 hits for Neoplastine."

      "…*6,940 hits for neoplastin reagent using Google, including Stago Websites, vs 6,230 hits for neoplastine reagent using Google, again including Stago Websites, so pretty even distribution, and both terms seem to be used by Stago*."

   b. From Dr Paul Riley, Scientific Business Development Manager, North America, Diagnostica Stago, Parsippany, NJ:

      "*There is a lot of confusion about the name of this product and it looks like it would have been misspelled in many previous publications. When Roche was the Stago distributor in western European countries the labeling was still Stago at that time and the full name of the product was the same, which is STA - Neoplastine CI Plus*."

   c. From Dr Francois Depasse, European Specialist in Laboratory Medicine (EC4), PharmD, MSc Directeur Développement Clinique / Director Clinical Development Diagnostica Stago, 3 allée Thérésa, CS 10009, 92665 Asnières sur Seine Cedex, France

      "*The exact spelling for our PT reagent is Neoplastine, with an e at the end.*

      *The name may look French and it is possible that some authors use the name without the e at the end.*

      *There are various sorts of Neoplastine:*
      - *Neoplastine CI (ISI ≈1.7)*
      - *Neoplastine CI Plus (ISI ≈1.3)*
      - *Neoplastine R(ISI ≈ 1)*

      *The most used reagent is Neoplastine CI Plus*."

# APPENDIX B

# ROBERT CHARLES GOSSELIN

██████████

Family:
        Son:   ████████████

Licensure:
        State of California
        Clinical Laboratory Scientist
        License # MTA 32188

Certification:
        Specialist, Clinical and Applied Hemostasis and Thrombosis
        International Society of Clinical and Applied Hemostasis, Thrombosis and Vascular Medicine, 1995

Training:
        United States Navy
        Navy Regional Medical Center
        San Diego, CA
        1976-78

Experience:
        United States Navy
                Port Hueneme Naval Hospital          Naval Regional Medical Center
                Port Hueneme, CA                     San Diego, CA
                General Laboratory Technologist      Specialist, Hematology/Hemostasis
                1978-1979                            1979-1982

        Mercy General Hospital
        4001 J Street
        Sacramento, CA
        General Laboratory Technologist
        1983-1989

        University of California, Davis Medical Center
        2315 Stockton Blvd
        Sacramento, CA.  95817
        Hematology/Hemostasis Supervisor
        1987-1994
        Senior Specialist, Hematology/Hemostasis,
        1994-current

USCA5 2887

## AWARDS, MEMBERSHIPS, COMMITTEES, REVIEWS

**Awards**
1999/2000 UCDMC Director's award
2014-2015 Department of Pathology and Laboratory Medicine residency program staff teaching award

**Member**
International Society of Thrombosis and Hemostasis: 2000-present
North American Specialized Coagulation Laboratory Association: 2007-present
Mediterranean League against Thromboembolic Diseases: 2010 - present

**Committees**
- University of California, Davis Health System, Subcommittee of the Pharmacy and Therapeutics Committee on Thrombosis and Hemostasis: 2002 - present
- University of California, Davis Health System Anticoagulation National Patient Safety Goal 3E Workgroup: 2008 - 2010
- Advisor, Hematology Consensus Committee, Clinical Laboratory Standards Institute (CLSI): 2009 – 2014
- Member, Hematology Consensus Committee, Clinical Laboratory Standards Institute (CLSI): 2014
- Member, Subcommittee on H51: Assays of von Willebrand factor antigen and Ristocetin Cofactor activity, CLSI 2009 - present
- Advisor, Subcommittee on document H-60: :Laboratory testing for the lupus anticoagulant, CLSI: 2010 – 2014
- Member-at-Large, North American Specialty Coagulation Laboratory Association (NASCOLA) 2013 – present
- Board member, International Society for Laboratory Hematology (ISLH), 2015
- Vice Chair, 2016 ISLH Hemostasis/Platelets planning committee
- Planning committee, 2016 Thrombosis Hemostasis Societies of North America (THSNA) conference
- Chair, 2017 ISLH Hemostasis/Platelets planning committee
- 2016 Chair, International Council for Standardization in Haematology : Guideline for DOAC assessment
-

**Reviewer:**
Manuscript reviewer: Annals of Pharmacotherapy: 2004 - present
Manuscript reviewer: International Journal of Laboratory Hematology: 2007 - present
Manuscript reviewer: College of American Pathology Check Sample, 2006
Abstract reviewer: American Society for Hospital Pharmacists: 2007 - present
Manuscript reviewer: Expert Review in Hematology, 2010
Manuscript reviewer, Thrombosis Research 2012
Manuscript reviewer, J Thrombosis and Thrombolysis 2012 - present
Manuscript reviewer, J Thrombosis Haemostasis, 2013 – present
Manuscript reviewer, Thrombosis Haemostasis, 2012 – present
Manuscript reviewer, Lancet 2015
Sultan Qaboos University Medical Journal 2015

**Editorial Board**
Journal of Thrombosis and Haemostasis, 2015
Associate Editor, International Journal of Laboratory Hematology, 2015 - present
Associate Editor, Seminars in Thrombosis Hemostasis, 2015 - present

**Disclosures:**
Consultant: Instrumentation Laboratories 2nd Annual North America Hemostasis Scientific Advisory Meeting. December 9, 2011 San Diego, CA
Consultant: Siemens Healthcare Diagnostics customer forum June 2011 Newark, DE
Consultant: Instrumentation Laboratories 4th Annual North America Hemostasis Scientific Advisory Meeting. December 6, 2013 New Orleans, LA
Consultant: Instrumentation Laboratories 5th Annual North America Hemostasis Scientific Advisory Meeting. December 5, 2014 San Francisco, CA
Speaker honoraria: Siemens Healthcare Diagnostics, Diagnostica Stago
2015 Consultant, Sekisui Diagnostics Incorporated
2015 Consultant/Expert Opinion, Plaintiff's Executive Committee MDL 2592
2015Advisory committee (international and US), NovoNordisk
2015 Advisory committee, Boehringer Ingelheim

USCA5 2889

## PEER REVIEWED PUBLICATIONS

1. **Gosselin, RC**, Owings, JT and Pollock, ME.  Assessment of a new near care coagulation analyzer.  Poster: CAP Conference XXVIII, Arlington, VA.  January 1995.  October, 1995 Abstract: *Archives of Pathology and Laboratory Medicine*

2. Owings, J., Bagley, M., **Gosselin, B**., Disbrow, E., Romack, D., and Powell, J. Effect of critical trauma on plasma antithrombin activity: low levels are associated with thromboembolic complications.  *J Trauma*, 1996; 43 (3): 396-405.

3. Owings J, **Gosselin R**.  Acquired antithrombin deficiency following severe traumatic injury: Rationale for study of antithrombin supplementation.  *Sem Thromb Hemosta*,1997; Vol 23 (Suppl 1):17-24.

4. JT Owings, **R Gosselin**, FD Batistella, and M Bagley: Post-truamatic hypercoagulability: the role that Protein C and tissue factor pathway inhibitor have in its pathogenesis.  *Surg Forum*, Vol XLVIII, 1997

5. **Gosselin RC**, Larkin E, Owings JT, and P Coehlo: CryoSeal$^{TM}$ System, A New Near Care Device for Generating Cryoprecipitate from Plasma, *Clin Chem* 1997; 43(9): 1782-83.

6. **Gosselin RC**, Owings JT, Larkin E, and Cannon J: Evaluation of the Sysmex CA-6000 Automated Coagulation Analyzer.  *Clin Chem* 1997; 43(9): 1783-85.

7. **Gosselin RC**, Owings JT, Larkin E, White RH, and Hutchinson R: Oral Anticoagulation Therapy Monitoring Using Point-of-Care Devices: Correlations and Caveats. *Clin Chem* 1997; 43(9): 1785-86.

8. E Mammen, P Comp, **R Gosselin**, C Greenberg, K Hoots, C Kessler, E Larkin, D Liles, and D Nugent.  PFA-100TM System: PFA-100$^{TM}$: A new method for assessment of platelet dysfunction.  *Sem Thromb Hemosta*, 1998; 24(2): 195-202.

9. RC Jacoby, JT Owings, T Ortega, **R Gosselin**, FD Battistella.  The biochemical basis for the hypercoagulable state seen in Cushing's syndrome.  *Surg Forum* 1998; Vol. XLIX: 29-31.

10. **RC Gosselin**, John T Owings, Marc E Pollock, and Edward Larkin.  The evaluation of a point-of-care device, the Thrombolytic Assessment System (TAS), for measuring prothrombin times, activated partial thromboplastin times and high dose heparin anticoagulation.  *Lab Hematol* 1998; 4:217-224.

11. **RC Gosselin**, Bernard Steele, Edward C Larkin, John T Owings, Astrid Castedo-Smit, Rodercik Bella, Debbie Griffin, Arturo Weiss.  Evaluation of the Sysmex CA-500 coagulation analyzer.  *Lab Hematol* 1999; 4:281-287.

12. W Dager and **R Gosselin**.  Importance of Careful Monitoring. Pharmacist Involvement in Anticoagulant Therapy: How Patients Benefit.  Health Notes 1999.  California State Board of Pharmacy, Dept. of Consumer Affairs 13-15.

13. AL McMurttry, JT Owings, JT Anderson, FD Battistella, **R Gosselin**.  Increased use of prophylactic vena cava

filters in trauma patients failed to decrease overall incidence of pulmonary embolism. *J Am Coll Surg* 1999; 189(3): 314-320.

14. JT Owings, **RC Gosselin**, FD Battistella, JT Anderson, M Petrich, Larkin EC.  Whole blood d-dimer assay: An effective non-invasive method to rule out pulmonary embolism. *J Trauma* 2000; 48(5): 795-800.

15. **Gosselin R**, Owings JT, White RH, Hutchinson R, Branch J, Mahackian K, Larkin EC.A comparison of point-of-care instruments designed for monitoring oral anticoagulation with standard laboratory methods. *Thromb Haemost* 2000; 83(5): 698-703.

16. Dietrich Rein, Teresa Paglieroni, Ted Wun, Debra A. Pearson, Harold H. Schmitz, **Robert Gosselin**, Carl L Keen.  Cocoa inhibits platelet activation and function. *Am J Clin Nutr* 2000; 72(1): 30-35.

17. Dietrich Rein, Teresa Paglieroni, Ted Wun, Debra A. Pearson, Harold H. Schmitz, **Robert Gosselin**, Carl L Keen.  Cocoa and wine polyphenols modulate platelet activation and function. *J Nutr* 2000; 130 (8S Supl): 2120S-2126S.

18. John T. Owings, Marc E Pollock**, Robert C Gosselin**, Jonathan S Jahr, Kevin Ireland, Edward C Larkin. Anticoagulation of children undergoing cardiopulmonary bypass is overestimated by current monitoring techniques. *Arch Surg* 2000; 135(9): 1042-47.

19. **Gosselin RC**, Owings JT, Utter GH, Jacoby RC, and Larkin EC A new method for measuring d-dimer using immunoturbidometry: A study of 255 patients with suspected pulmonary embolism and deep vein thrombosis. *Blood Coagul Fibrinolysis* 2000; 11(8): 715-722.

20. Jahr JS, Lurie F, **Gosselin R**, Lin JS, Wong, L, Larkin E.  Effects of a hemoglobin-based oxygen carrier (HBOC-201) on coagulation testing. *Clin Lab Sci* 2000; 13(4):210-214.

21. Robert C. Jacoby, MD; John T. Owings, MD, FACS; Theresa Ortega, DVM; **Robert Gosselin, MT**; Edward C. Feldman, DVM.  Biochemical basis for the hypecoagulable state seen in Cushing's syndrome. *Arch Surg* 2001 136 (9): 1003-6.

22. Ninh T. Nguyen, MD; John T. Owings, MD; **Robert Gosselin, MT**; William Pevec, MD; Steven J. Lee, MS; Charles Goldman, MD; Bruce M. Wolfe, MD.  Systemic coagulation and fibrinolysis after laparascopic and open gastric bypass. *Arch Surg* 2001; 136 (8):909-916.

23. JT Owings**, RC Gosselin,** JT Anderson, FD Battistella, M Bagley, EC Larkin**.  Practical utility of the d-dimer assay for excluding thromboembolism in severely injured trauma patients. *J Trauma* 2001; 51(3): 425-9.

24. RC Jacoby, JT Owings, J Holmes, FD Battistella, **RC Gosselin**, TG Paglieroni.  Platelet activation and function after trauma. *J Trauma* 2001; 51(4): 639-47.

25. Jahr JS, Lurie F, Driessen B, Davis JA, **Gosselin R**, Gunther RA.  The HemoCue®, a point of care B-hemoglobin photometer, measures hemoglobin concentrations accurately when mixed in vitro with canine plasma and three hemoglobin-based oxygen carriers (HBOC). *Can J Anaesth* 2002; 49(3): 243-248.

Gosselin, RC   Page 6

26. Jahr JS, Lurie F, **Gosselin R**, Lin JS, Wong L, Owings JTE, Larkin E.  Effects of a Hemoglobin-based Oxygen Carrier (HBOC-201) on coagulation testing. Reprinted with permission from Clinical Laboratory Science 2000; 13(4): 210-221 in *Am J Therapeutics*, 2002.

27. Utter GH, Owings JT, Jacoby RC, **Gosselin RC**, Paglieroni T.  Injury induces increased monocyte expression of tissue factor; factors associated with head injury attenuate the injury related monocyte expression of tissue factor.  *J Trauma* 2002; 52 (6): 1071-7.

28. **Gosselin RC**, Owings JT, Jacoby RC, Larkin EC. Evaluation of a new automated quantitative d-dimer, Advanced D-Dimer, in patients suspected of venous thromboembolism. *Blood Coagul Fibrinol* 2002;13: 323-30.

29. Shields GP, Turnipseed S, Panacek EA, Melnikoff N, **Gosselin R**, White RH. Validation of the Canadian Clinical Probability Model for Acute Venous Thrombosis. *Acad Emerg Med* 2002; 9: 561-6.

31. Pearson D, Paglieroni T, Rein D, Wun T, Schramm D, Wang J, Holt R, **Gosselin R**,Schmitz H, Keen C. The effects of flavanol-rich cocoa and aspirin on ex vivo platelet function.  Thromb Res  2002;106:191-197.

32. Anderson JT, Jenq T, Bain M, Jacoby R, Osnis R, **Gosselin RC**, Owings JT. Diagnosis of posttraumatic pulmonary embolism: is chest computed tomographic angiography acceptable? J Trauma. 2003;54:472-7.

33. **Gosselin RC**, Owings JT, Kehoe J, Anderson JT, Dwyre DM, Jacoby RC, Utter G, Larkin EC. Comparison of six D-dimer methods in patients suspected of deep vein thrombosis. *Blood Coagul Fibrinol*. 2003;14:545-50.

34. Lara PN, Quinn DI, Margolin K, Meyers FJ, Longmate J, Frankel P, Mack PC, Turrell C, Valk P, rao J, Buckley P, Wun T, **Gosselin R**, Galvin I, Gumerlock PH, Lenz HJ, Doroshow JH, Gandara DR.  SU5416 plus interferon alfa in advanced renal cell carcinoma: a phase II California Cancer Consortium with biologic and imaging correlates of angiogenesis inhibition.  *Clin Cancer Res* 2003;9:4772-81.

35. Paglieroni TG, Janatpour K, **Gosselin R**, Crocker V, Dwyer DM, MacKenzie MR, Holland PV, Larkin EC. Platelet function abnormalities in qualified whole blood donors: effects of medication and recent food intake. *Vox Sanguinis* 2004;86: 48-53.

36. Trask AS, **Gosselin RC**, Diaz JA, Dager WE.  Warfarin Initiation and Monitoring with Clotting Factors II, VII and X.  *Ann Pharmacother* 2004 Feb;38:251-6. Epub 2003 Dec 30.

37. Dager WE, **Gosselin RC**, Yoshikawa R, Owings JT.  Lepirudin in Heparin-Induced Thrombocytopenia and Extracorporeal Membranous Oxygenation (ECMO).  *Ann Pharmacother* 2004;38:598-601.

38. WE Dager, **RC Gosselin**, JH King, CL Christensen, JT Owings, Edward C Larkin. Stability of diluted enoxaparin for use in low body weight or pediatric patients.  *Ann Pharmacother* 2004;38:569-73.

39. **RC Gosselin**, JH King, KA Janatpour, WE Dager, EC Larkin, JT Owings.  Variability of plasma anti-Xa activities with different lots of enoxaparin. *Ann Pharmacother* 2004;38:563-68.

USCA5 2892

40. **RC Gosselin**, WE Dager, JH King, K Janatpour, K Mahackian, EC Larkin, JT Owings. Effect of direct-thrombin-inhibitors: bivalirudin, lepirudin, and argatroban, on prothrombin time and INR measurements. *Am J Clin Path* 2004; 121: 593-99.

41. WE Dager, **RC Gosselin,** JT Owings.  Argatroban therapy for antithrombin deficiency and mesenteric thrombosis: case report and review of the literature.  *Pharmacotherapy*.  2004;24:659-663.

42. **RC Gosselin**, JH King, K Janatpour, WE Dager, EC Larkin, JT Owings. Comparing direct thrombin inhibitors using aPTT, ecarin clotting time and thrombin inhibitor management testing.  *Ann Pharmacother* 2004;38:1383-8. Epub 2004 Jul 06.

43. **RC Gosselin**, JH King, KA Janatpour, WH Dager, EC Larkin, JT Owings.  Effect Of Pentasaccharide (Fondaparinux) and Direct Thrombin Inhibitors (DTI) on Coagulation Testing.  *Arch Path Lab Med* 2004;128:1142-45.

44. **RC Gosselin**, KA Janatpour, EC Larkin, YP Lee, JT Owings.  Comparison of samples obtained from 3.2% sodium citrate glass and two 3.2% sodium citrate plastic blood collection tubes used in coagulation testing.  *Am J Clin Pathol.* 2004;122:843-8.

45. GH Utter, JT Owings, T Lee, WF Reed, MP Busch, **RC Gosselin**, TG Paglieroni, PV Holland.  Blood transfusion is associated with donor leukocyte microchimerism in trauma patients.  *J Trauma* 2004;57:702-708.

46. Utter GH, Owings JT, Lee TH, Paglieroni TG, Reed WF, **Gosselin RC**, Holland PV, Busch MP. Microchimerism in transfused trauma patients is associated with diminished donor-specific lymphocyte response.  *J Trauma*.  2005;58:925–932.

47. Camilleri C, Offerman S, **Gosselin R**, Albertson Conservative management of delayed, multicomponent coagulopathy following rattlesnake envenomation.  *Clin Toxicol* (Phila). 2005;43:201-6.

48. T-H Lee, T Paglieroni, G Utter, D Chafets, **RC Gosselin**, W Reed, JT Owings, PV Holland and MP Busch. High-level Long-term Leukocyte Microchimerism Following Transfusion of Leukoreduced Blood Components to Patients Resuscitated following Severe Traumatic Injury.  *Transfusion* 2005; 45:1280-90.

49. Dager WE, King JH, Regalia RC, Williamson D, **Gosselin RC**, White RH, Tharratt RS, Albertson TE. Reversal of Elevated International Normalized Ratios and Bleeding with Low-Dose Recombinant Activated Factor VII in Patients Receiving Warfarin. *Pharmacotherapy*. 2006;26:1091-8.

50. KA Janatpour, **RC Gosselin**, JT Owings, EC Larkin.  Laboratory Comparison of the VisuLize IX antigen assay with the Asserchrome IX antigen assay.  *Lab Hematol.* 2006;12:152-155

51. KA Janatpour, **RC Gosselin**, WE Dager, A Lee, JT Owings, J Zhou, T Wun, MD[1] Utility of optical density values from heparin- platelet factor 4 antibody testing and probability scoring models to diagnose patients with heparin induced thrombocytopenia (HIT). *Am J Clin Pathol.* 2007; 127(3):1-5.

52. White RH and **Gosselin RC**.  Testing for thrombophilia: Pitfalls, limitations, and marginal impact on treatment duration recommendations.  *Mt Sinai J Med* 2009; 76:303-313.

53. Jahr JS, Liu H, Albert OK, Gull A, Moallempour M, Lim JC, **Gosselin R**.  Does HBOC-201 (Hemopure®) Affect Platelet Function in Orthopedic Surgery: A Single Site Analysis from a multicenter study. *Am J Ther* 2010; 17:140-147.  Epub May 2009.

54. **Gosselin RC**, Carlin AC, Dwyre DM.  Comparison of the BioRad Variant and Primus Ultra2 high-pressure liquid chromatography (HPLC) instruments for the detection of variant hemoglobins.  Int J Lab Hematol. 2010 Sep 14.1751-553. [Epub ahead of print]

55. **Gosselin RC**, Dager WE, Roberts AJ, Freeman LA, Gandy L, Gregg J, Dwyre D.  Effect of telavancin (VIBATIV®) on routine coagulation testing.  Am J Clin Pathol. 2011;136(6):848-54.

56. **Gosselin RC**, Wu JR, Kottke-Marchant K, Peetz D, Christie DJ, Muth H, Panacek E.  Evaluation of the Stratus® CS Acute Care™ D-Dimer Assay (DDMR) using the Stratus® CS STAT fluorometric analyzer: A prospective multisite study for exclusion of pulmonary embolism and deep vein thrombosis.  Thromb Res. 2012 Jan 13. [Epub ahead of print].

57. **Gosselin RC**, Marshall C, Dwyre DM, Gresens C, Davis D, Scherer L, Taylor D.  Coagulation Profile of Liquid State Plasma.  *Transfusion* 2013; 53:579-90

58. Adcock DM, **Gosselin RC**, Kitchen S, Dwyre DM. The Effect of Dabigatran on Select Specialty Coagulation Assays. *Am J Clin Pathol* 2013; 139:102-09.

59. Dager WE, **Gosselin RC**, Kitchen S, Dwyre DM.  Dabigatran effects on the international normalized ratio, activated partial thromboplastin time, thrombin time and fibrinogen: a multi-center, in-vitro study. *Ann Pharmacother* 2012 Ann Pharmacother. 2012 Dec; 46:1627-36.

60. Amanatullah DF, Lopez MJ, **Gosselin RC**, Gupta MC.  Artificial Elevation of Prothrombin Time by Telavancin.  *Clin Ortho Rel Res* Clin Orthop Relat Res. 2013;471:332-5

61. Marcin JP, **Gosselin R**, Holland P.  Hypercoagulability among pediatric patients with diabetic ketoacidosis: the clot thickens.  *Ped Crit Care Med* 2013; 14: 325-6.

62. Dager WE, **Gosselin RC**, Roberts AJ.  Reversing Dabigatran in a Life-Threatening Bleed Occurring During Cardiac Ablation With Factor Eight Inhibitor Bypassing Activity. *Crit Care Med.* 2013;41:e42-6.

63. Aron JL, **Gosselin R**, Moll S, Arkin CF, Mantha S.  Effects of Recombinant Factor VIIa on Thrombin Generation and Thromboelastography in a Patient with Dabigatran-Associated Intracranial Hemorrhage *J J Thromb Thrombolysis.* 2014;37(2):76-9

64. Kol A, Marks S, Skorupski K, Kass P, Guerrero T, **Gosselin R**, Borjesson D.  Serial hemostatic monitoring of dogs with multicentric lymphoma. *Vet Comp Oncol.* 2013. doi: 10.1111/vco.12041. [Epub ahead of print]

65. Hawes E, Deal A, Adcock D, **Gosselin R**, Jeanneret C, Cook A, Taylor M, Whinna H, Winkler A, Moll S. Performance of coagulation tests in patients on therapeutic doses of dabigatran: cross-sectional study based on peak and through plasma levels.  *J Thromb Haemost.* 2013;11:1493-502.

66. Kol A, Nelson RW, **Gosselin R**, Borjesson DL.  Characterization of thrombelastography over time in dogs with hyperadrenocorticism.  *Vet J.* 2013;197(3):675-81.

67. **Gosselin RC**, Dwyre DM, Dager WE. Measuring Dabigatran Concentrations Using a Chromogenic Ecarin Clotting Time Assay. *Ann Pharmacother.* 2013;47(12):1635-40

68. **Gosselin RC**, Hawes EM, Moll S, Adcock D.  Performance of Various Laboratory Assays in the Measurement of Dabigatran in Patients on Therapeutic Doses: A Prospective Study Based on Peak and Trough Plasma Levels. *Am J Clin Pathol.* 2014;141(2):262-7.

69. Francart SJ, Hawes EM, Deal AM, Adcock-Funk D, **Gosselin R**, Jeannert C, Friedman K, Moll S. Performance of Coagulation Tests in Patients on Therapeutic Doses of Rivaroxaban: A Cross-Sectional Pharmacodynamic Study Based on Peak and Trough Plasma Levels.  *Thromb Haemost.* 2014: 111(6):1133-1140. [Epub ahead of print]

70. **Gosselin RC**, Francart SJ, Hawes EM, Moll S, Adcock-Funk D.  Comparison of Anti-Xa and DRVVT assays in quantifying drug levels in patients taking therapeutic doses of rivaroxaban.  *Arch Pathol Lab Med* 2014; 138:1680-1684.

71. Smith, C, **Gosselin RC**, Utter GH, Galante JM, Young JB, Scherer LA, Schermer CR.  Does saline resuscitation affect mechanisms of coagulopathy in critically ill trauma patients? An exploratory analysis. *Blood Coag Fibrinol* 2015;26:250-4.

72. **Gosselin RC**, Dwyre D.  Determining the effect of freezing on coagulation testing: comparison of results between fresh and once frozen-thawed plasma.  *Blood Coagul Fibrinolysis.* 2015;26:69-74

73. Kim YA, **Gosselin R**, van Cott EM.  The Effects of Dabigatran on Lupus Anticoagulant, Diluted Plasma Thrombin Time, and other Specialized Coagulation Assays. *Int J Lab Hematol.* 2014 Dec 17. doi: 10.1111/ijlh.12319. [Epub ahead of print]

74. **Gosselin RC**, Adcock D, Hawes EM, Francart SJ, Grant RP, Moll S.  Evaluating the use of commercial drug-specific calibrators for determining PT and APTT reagent sensitivity to dabigatran and rivaroxaban. *Thromb Haemost.* 2015;113:77-84.

75. **Gosselin RC,** Honeychurch KL, Chang H, Dwyre DE.  Effects of storage and thawing conditions on coagulation testing.  *Int J Lab Hematol.* 2015;37(4):551-9.

76. **Gosselin RC**, Francart SJ, Hawes EM, Moll S, Dager WE, Adcock DM.  Measuring Plasma Rivaroxaban Concentration Using Chromogenic Anti-Xa Heparin Assays, Practical Considerations.  *Ann Pharmacother.* 2015;49(7):777-83.

77. **Gosselin RC**, Adcock DM.  Assessing Non-vitamin K Anticoagulants (NOACs) in the Laboratory. *Int J Lab Hematol*. 2015;37 Suppl 1:46-51.

78. Adcock DM, **Gosselin RC**. Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review. *Thromb Res* 2015;136(1):7-12.

79. **Gosselin RC**, Estacio E, Song J, Dwyre DM.  Verifying the performance characteristics of the TEG5000 thromboelastogram in the clinical laboratory.  *Int J Lab Hematol* 2016 (in press)

80. Letertre LR, Gudmundsdottir BR, Francis CW, **Gosselin RC**, Skeppholm M, Malmstrom R, Moll S, Hawes E, Francart S, Onundarson PT.  A single test to assay warfarin, dabigatran, rivaroxaban, apixaban, unfractionated heparin and enoxaparin in plasma. *J Thromb Haemost* 2016 Feb 29. doi: 10.1111/jth.13300. [Epub ahead of print]

81. **Gosselin RC**, Adcock DM.  The laboratory assessment of the 'new' direct oral anticoagulants. *J Thromb Haemost*. 2016 Jan 21. doi: 10.1111/jth.13266. [Epub ahead of print]

82. **Gosselin RC,** Grant R, Adcock DM. Comparison on the effect of the Anti-Xa Direct Oral Anticoagulants (DOAC) Apixaban, Edoxaban and Rivaroxaban on coagulation assays. *Int J Lab Hematol* 2016;38(5):505-13.

83. Douxfils J, **Gosselin RC**.  Laboratory assessment of direct oral anticoagulants (DOACs). Sem Thromb Hemosta 2016 (in press).

## Non-peer reviewed abstracts/publications/presentations

1. **Gosselin R**., McKlendin K. and Larkin E.   International normalized ratio comparison study using thromboplastins of differing international sensitivity index values.  Abstract: Blood, Vol 82 (10) Suppl Nov 1993

2. **Gosselin R**. and Larkin E.   Expanded use of the international normalized ratios using recombinant thromboplastin.  Abstract: Blood, Vol 82 (10) Suppl Nov 1993

3. Owings JT, Pollock ME, **Gosselin RC**, and Ireland K.  Critical Assessment of the ACT in pediatric patients undergoing cardiopulmonary bypass.  Abstract: Blood Vol 84 (10) Suppl Nov 1994

4. **Gosselin RC** and Larkin E.  Evaluation of the Thrombolytic Assessment System (TAS) for performing whole blood PTs and aPTTs.  Abstract: Blood, Vol 84 (10) Suppl Nov 1994

5. Owings JT, Pollock ME, **Gosselin RC**, and Ireland K.  Heparin Management Test: an improved method of assessing anticoagulation during cardiopulmonary bypass in the pediatric population.  Poster:  ISTH Conference, Jerusalem, Israel        July, 1995.  Abstract: Thrombosis and Hemostasis, 73 (6), June 1995

6. Pollock M, Owings J, and **Gosselin B**.  Antithrombin replacement during extracorporeal support.   Poster: ISTH Conference, Jerusalem, Israel July, 1995.  Abstract: Thrombosis and Hemostasis, 73 (6), June 1995

7. **Gosselin RC**, Larkin E, Owings JT, and P Coehlo: CryoSeal$^{TM}$ System, A New Near Care Device for Generating Cryoprecipitate from Plasma, Poster presentation, Oak Ridge Conference, April 10, 1997

8. **Gosselin RC**, Pollock ME, Owings JT and Larkin E: The Lysis Onset Time, A New Rapid Method of Assessing Lytic Status After Urokinase Administration for Thrombolysis, Poster presentation, Oak Ridge Conference, April 10, 1997

9. **Gosselin RC**, Owings JT, Larkin E, and Cannon J: Evaluation of the Sysmex CA-6000 Automated Coagulation Analyzer: Poster presentation, Oak Ridge Conference, April 10, 1997

10. **Gosselin RC**, Owings JT, Larkin E, White RH, and Hutchinson R: Oral Anticoagulation Therapy Monitoring Using Point-of-Care Devices: Correlations and Caveats, Poster presentation, Oak Ridge Conference, April 10, 1997

11. Gouldman J, Miller R, Owings JT, **Gosselin R**: Evaluation of Activated Protein C Resistance as a Risk Factor for Thromboembolism in Trauma Patients, Poster: Society of Critical Care Medicine, San Diego, CA Feb 6-10, 1997

12. M Pollock, J Owings, and **R Gosselin**: High Dose Antithrombin Replacement Prior to Infant Cardiopulmonary Bypass.  Poster Session, International Society of Hemostasis and Thrombosis. Florence, Italy  June 6-12, 1997

13. **R Gosselin**, M Pollock, J Owings, and E Larkin: Critical Evaluation of the Use of a Whole Blood Point-of-Care (POC) Device by Home Care Nurses for Assessing Coumadin Prophylaxis. Poster Session and Guided

Poster Tour presentation, International Society of Hemostasis and Thrombosis.  Florence, Italy  June 11, 1997

14. P Comp, E Larkin and **R Gosselin**, C Greenberg, K Hoots, C Kessler, D Liles, E Mammen, and D Nugent.  PFA-100TM System: A new method for assessment of platelet dysfunction.  Poster Session, International Society of Hemostasis and Thrombosis, Florence, Italy June 6-12, 1997

15. G Rock, R Berger, J Lange and **R Gosselin**.  A novel, automated method of cryoprecipitation to generate autologous fibrinogen for fibrin glue. Poster Session, and guided poster tour.  International Society of Hemostasis and Thrombosis, Florence, Italy June 6-12, 1997

16. JT Owings, **R Gosselin**, and M Bagley: The Hypercoagulability that Follows Severe Injury, the Role of the Native Antithrombotics Protein C and Tissue Factor Pathway Inhibitor in its Pathogenesis. Poster Session, International Society of Hemostasis and Thrombosis.  Florence, Italy  June 6-12, 1997

17. **Gosselin RC**, Owings, JT, Lin, J, Wong, L, and Larkin E: Failure of the international normalized ratio to mitigate system and reagent biases.  Abs Blood 1997; 90: Suppl 1, No 10:94-95b.

18. Jacoby RC, Owings, JT, Ortega T, **Gosselin RC**, Feldman EC, and Larkin EL: Biochemical basis for hypercoagulation in Cushing's syndrome. Abs Blood 1997; 90: Suppl 1, No 10:106b.

19. Rock G, Berger R, Lange J, Tokessy M, Giulivi A, **Gosselin R**: A novel, automated method of cryoprecipitation to generate an autologous fibrin glue. Abs Blood 1997; 90: Suppl 1, No 10:138b.

20. **RC Gosselin**, JT Owings, ME Pollock, EC Larkin: Comparison of various point-of-care whole blood prothrombin times to the clinical laboratory using highly sensitive recombinant thromboplastin.  Poster: International Society of Laboratory Hematology, Banff, April, 1998 Lab Hematology1998; 4(1):121

21. **RC Gosselin**, J Lin, LF Wong, JT Owings, ME Pollock, and EC Larkin: Contemporaneous comparison of six automated coagulation analyzers for performing routine coagulation testing. Poster: International Society of Laboratory Hematology, Banff, April, 1998 1998 Lab Hematology1998; 4(1):122

22. AL McMurtry, JT Owings, JT Anderson, FD Battistella, **R Gosselin**: Increased use of prophylatic vena caval filters in trauma patients failed to decrease overall rate of pulmonary embolism.  American Association of Surgical Trauma, Baltimore, MD Sep 1998

23. RC Jacoby, JT Owings, J Holmes, FD Battistella, **R Gosselin**, T Paglieroni: Function and mechanism of action of platelet activation following injury; decreased function in patients with increased activation is associated with increased mortality.  American Association of Surgical Trauma, Baltimore, MD Sep 1998

24. Revolutionizing Platelet Function Analysis Video: Dade Behring Inc. 1998

25. T Wun, D Rein, D Pearson, T Paglieroni, **B Gosselin**, C Keen.  The effect of dealcoholized red wine on platelet reactivity in vivo.  Blood 1998; 92 (Suppl 2), p75b.  Poster session, ASH meeting New Orleans, Dec 2nd-7[th].

26. KE Aspry, T Paglieroni, **R Gosselin**, CT Kappagoda, and T Wun.  Effects of post-menopausal hormone replacement therapy on ex-vivo platelet activation and aggregation.  Western Regional Meetings, January, 1999

Carmel, CA

27. **RC Gosselin**, JT Owings, RH White, R Hutchinson, J Branch, K Mahackian, EC Larkin.  A contemporaneous INR comparison of point-of-care instruments designed for monitoring oral anticoagulation with standard laboratory methods.  International Society of Thrombosis and Hemostasis. August 19th, 1999 Washington, D.C Thromb Hemosta 1999; Aug Suppl 547-48.

28. **RC Gosselin**, M Petrich, JT Owings, RH White, EC Larkin.  SimpliRed®☐whole blood d-dimer testing: A quality assurance comparison to EIA methods on patients suspected of deep vein thrombosis (DVT) and pulmonary embolism (PE). International Society of Thrombosis and Hemostasis. August 19th, 1999 Washington, D.C Thromb Hemosta 1999; Aug Suppl 553-54.

29. JT Owings, **RC Gosselin**, FD Battistella, JT Anderson, M Petrich.  Whole blood D-dimer: An effect non-invasive method to rule out pulmonary embolism. Oral presentation at the American Association of Surgical Trauma, Sept 1999, Boston, MA.

30. JT Owings, ME Pollock, **RC Gosselin**, JS Jahr, K Ireland, EC Larkin.  Activated clotting time (ACT) underestimates adequacy of anticoagulation in pediatric patients undergoing cardiopulmonary bypass (CPB). Oral presentation at the Pacific Coast Surgical Association conference.  February 19-22, 2000.  San Francisco, CA.

31. **RC Gosselin**, JT Owings, EC Larkin.  Comparison of a rapid automated d-dimer method to other d-dimer methods in patients suspected of deep vein thrombosis and pulmonary embolism.  Oral presentation, Hemostasis and Thrombosis Update.  Temple University, Philadelphia, May 11, 2000

32. **RC Gosselin**, JT Owings, and EC Larkin.  Validating a new automated d-dimer assay, Advance D-dimer, for use in excluding deep vein thrombosis and pulmonary embolism in inpatients and outpatients.  North Sea Conference Jun 12th, 2000 Maastricht, Netherlands.

33. JT Owings**, RC Gosselin,** JT Anderson, FD Battistella, M Bagley, EC Larkin**.**  Practical utility of the d-dimer assay for excluding thromboembolism in severely injured trauma patients.  American Association for the Surgery of Trauma. San Antontio, TX Oct 13th, 2000.

34. NT Nguyen, JT Owings, **R Gosselin**, W Pevec, BM Wolfe.  Comparison of systemic coagulation and fibrinolysis during laparoscopic and open gastric bypass. Oral presentation at the Pacific Coast Surgical Association conference.  Feb 2001.  Banff, Canada

35. RC Jacoby, JT Owings, T Ortega, **R Gosselin**, EC Feldman.  The biochemical basis for the hypercoaguable state seen in Cushing's syndrome. Oral presentation at the Pacific Coast Surgical Association conference.  Feb 2001.  Banff, Canada

36. Utter G, Paglieroni T, Owings J, Jacoby R, **Gosselin R**.  Tissue factor expression is increased on peripheral blood monocytes following trauma.  Poster presentation, International Society of Thrombosis and Hemostasis.

July 8th, 2001.  Paris, France.

37. Owings J, Harris A, Utter G, **Gosselin R**, Paglieroni TG.  Increases in peripheral blood monocyte-platelet aggregates and intracellular expression of tissue necrosis factor following trauma.  Abstract, International Society of Thrombosis and Hemostasis.  July 6-12, 2001.  Paris, France.

38. Dwyre D, Owings J, **Gosselin R**, Utter G, Jacoby R, Larkin E.  Comparison of six d-dimer methods in evaluating patients with suspected venous thromboembolism (VTE). Abstract, International Society of Thrombosis and Hemostasis.  July 6-12, 2001.  Paris, France.

39. Utter GH, Owings JT, Jacoby RC, **Gosselin RC**, Paglieroni T.  Injury induces increased monocyte expression of tissue factor; factors associated with head injury attenuate the injury related monocyte expression of tissue factor.  Abstract.  American Association for the Surgery of Trauma.  Seattle, WA Sept 2001.

40. Anderson JT, Owings JT, Perlstein J, Scherer L, Jacoby R, Tamura D, **Gosselin RC**, Goodnight JE.  Utility of a simple noninvasive bedside method to detect pulmonary embolism in surgical patients. Abstract.  American Association for the Surgery of Trauma.  Seattle, WA Sept 2001.

41. Madsen T, Kinsley P, **Gosselin R**, Semple E, and Godsey J.  Procoagulant properties of fibrin sealant generated from a single unit of plasma by a novel automated method (CryoSeal™).   International Society of Blood Transfusion.  Paris, France July 16, 2001.

42. K Jantpour, D Dwyre, V Crocker, **R. Gosselin**, L Hill, M Bonnifield, TG Paglieroni, MR MacKenzie.   Platelet activation, phosphaditylserine expression and platelet function in frequent platelet donors.  Abstract *Transfusion* 2001; 41:9S-73S.

43. RC Jacoby, JT Owings, M Pollock, **R Gosselin**, JT Anderson.  Antithrombin primed cardiopulmonary bypass (CPB) circuits improves pediatric anticoagulation.  Pacific Coast Surgical Conference.  Las Vegas, NV Feb 2002.

44. DM Dwyre, D Rios, T Wun, KA Janatpour, **R Gosselin**, EC Larkin.  Evaluation of platelet function in diabetic patients using the PFA-100™.  American Society of Hematology.  *Blood*; 98:108b Abstract #3852.

45. T Wun, M Medina, T Thio, S Rmanaujun, **R Gosselin**, C Gresens, A Ragaswami, P Franklin, A Cheung, G Kaysen, J Miller, R Green.  Homocysteine and vascular inflammation in patients with sickle cell disease. American Society of Hematology.  *Blood*; 98:108b Abstract #3664.

46. TG Paglieroni, K Janatpour, **R Gosselin**, DM Dwyre, V Crocker, MR MacKenzie, EC Larkin.  Platelet function in whole blood donors.  American Society of Hematology.  *Blood*; 98:108b Abstract #4075.

47. DM Dwyre, KA Janatpour, MR MacKenzie, ATW Cheung, T Paglieroni, V Crocker, **R Gosselin**, S Ramanujam, PL Duong, EC Larkin.  Platelet activation and phosphatidyl serine (PS) expression in type II diabetes using whole blood flow cytometry.  American Society of Hematology.  *Blood*; 98:44b Abstract #3781.

48. **Gosselin, R**.C, Paglieroni, T, Utter, G., Jacoby, R., Larkin, E.C., Owings, J. Influence of the pan platelet

marker on flow cytometry based platelet activation results in trauma patients. Poster presentation, European Hematology Association, Florence, Italy June 7th, 2002. *Hematol J*, 2002 (3);Suppl 1:88.

49. **Gosselin, R**.C., Paglieroni, T., Owings, J., Utter, G., Jacoby, R., Larkin, E.C. Decreased PFA-100 values is associated with increased platelet activation.  Poster presentation, European Hematology Association, Florence, Italy June 7th, 2002. *Hematol J*, 2002 (3);Suppl 1:89.

50. Holland PV, Reed W, Lee T-H, Paglieroni TG, **Gosselin B**, Utter G, Busch MP, Owings J.  Increased peripheral blood progenitor cells in trauma patients.  *Vox Sang* 2002;83 (Suppl 2): 111 (Abstract 335, oral presentation).

51. JT Anderson, M Bain, T Jeng, R Osnis, **RC Gosselin**, JT Owings.  Diagnosis of post traumatic pulmonary embolism: Is chest CT acceptable?  American Association of Surgery for Trauma.  Orlando, FL Oral presentation. Sept 2002.

52. **RC Gosselin**, JT Owings, K Janatpour, RH White, EC Larkin.  Prevalence of IgA isotype anticardiolipin antibodies.  Abstract #3957 *Blood* Nov 2002.

53. **RC Gosselin**, DM Roach, JH King, EC Larkin, T Albertson, JT Owings.  Protein C levels in critically ill ICU patients: differences seen between patient with and without sepsis. International Society of Thrombosis and Hemostasis, Birmingham, UK July 14th, 2003.

54. Joshua Kehoe, **Robert C. Gosselin**, Milton Crane, David Emerson, Sally Mellgren, John T Owings.  Effect of short term, low fat vegetarian and walking program on coagulation.  International Society of Thrombosis and Hemostasis, Birmingham, UK July, 2003.

55. Utter GH, Owings JT, Lee TH, Paglieroni TG, Reed WF, **Gosselin RC**, Holland PV, Busch MP.  Blood transfusion is associated with donor leukocyte microchimerism in trauma patients.  *J Trauma*.  2003;55:207. (62nd Annual Meeting of the American Association for the Surgery of Trauma, Minneapolis, MN, September, 2003).

56. **Robert C. Gosselin**, William E. Dager, Jeffrey H. King, Kim A. Janatpour, Kathleen A. Mahackian, Edward C. Larkin, John T. Owings. Effect of direct-thrombin-inhibitors: Bivalirudin, Lepirudin, and Argatroban, on Prothrombin time measurements.  Abstract #84.  Poster presentation American College Clinical Pharmacy.  November 4, 2003 Atlanta, GA

57. **Robert C. Gosselin**, William E. Dager, Jeffrey H. King, Kim A. Janatpour, Kathleen A. Mahackian, Edward C. Larkin, John T. Owings.  Comparison of two point-of-care methods for monitoring direct-thrombin inhibitor anticoagulation.  Abstract #85.  Poster presentation American College Clinical Pharmacy.  November 4, 2003 Atlanta, GA.

58. **Robert C. Gosselin**, William E. Dager, Jeffrey H. King, Kim A. Janatpour, Kathleen A. Mahackian, Edward C. Larkin, John T. Owings.  Effect of direct-thrombin-inhibitor (DTI) anticoagulants on INR measurements and

other coagulation studies.  Abstract #3002. Poster presentation. American Society of Hematology December 8, 2003, San Diego, CA. *Blood* 2003;102: 810a-811a.

59. Kehoe JM, **Gosselin RC**, Paglieroni T, Jacoby R, Owings JT. Soluble plasma factor in trauma patients following injury alters platelet activation. *J Surg Res*. 2003;114:304.

60. John T Owings, Denise Roach, **Robert Gosselin**, Jeffrey King, John Anderson, Timothy Albertson, Edward Larkin.  Activated protein C: who should get it?  Pacific Coast Surgical Association.  Feb 16th, 2004, Maui, HI.

61. Utter G, Paglieroni T, Lee T-H, Reed W, **Gosselin B**, Holland P, Busch M, Owings J.  Microchimerism in transfused trauma patients is associated with diminished donor-specific lymphocyte response.  Shock. 2004;21:S76. (6th World Congress on Trauma, Shock, Inflammation and Sepsis—Pathophysiology, Immune Consequences and Therapy, Munich, Germany, March 2004).

62. GH Utter, JT Owings, T Lee, WF Reed, MP Busch, **RC Gosselin**, TG Paglieroni, PV Holland.  Blood transfusion is associated with donor leukocyte microchimerism in trauma patients.  (63rd Annual Meeting of the American Association for the Surgery of Trauma, Maui, October, 2004).

63. Dager W, Regalia R, Williamson D, **Gosselin R**, Owings J, King J.  Low dose recombinant factor VIIa in trauma or coagulopathy. *Pharmacother* 2004;24:1429.

64. **Gosselin, RC**, Janatpour, KA, Owings, JT, Larkin, EC.  Evaluation of a new method for the quantitation of human factor VIII antigen in plasma. International Society of Laboratory Hematology.  San Francisco, CA May 11th 2005.

65. Janatpour K, **Gosselin RC**, Owings JT, Dao C, Larkin EC.  The effect of multiple freeze-thaw cycles on coagulation testing. International Society of Laboratory Hematology.  San Francisco, CA May 11th 2005.

66. Janatpour KA, **Gosselin RC**, Wun T, Owings JT, White RH, Larkin EC.  Prevalence and clinical utility of IgA isotype antiphospholipid antibodies.  International Society of Thrombosis and Hemostasis.  2005 Sydney, Australia August 10th.

67. **Gosselin, R**, Paglieroni, T, J, Jacoby, R, Janatpour, K, Owings, J, Larkin, E.  Absolute CD62 expression and PAC-1 binding correlate with decreased PFA-100 closure times seen in severely injured patients.  International Society of Thrombosis and Hemostasis.  2005 Sydney, Australia August 10th.

68. Dager, W, Lee, A, **Gosselin, R**, King, J, Wun, T, Janatpour, K, Owings, J, White, R.  Evaluation of the Warkentin 4 T's clinical prediction tool for heparin induced thrombocytopenia (HIT): Comparison to the Chong's HIT classification score.  International Society of Thrombosis and Hemostasis.  2005 Sydney, Australia August 8th.

69. Dager,W, Regalia, R, Williamson, D, King J, **Gosselin, R**, White,R, Tharrett, S, Albertson, T, Owings, J.  INR

observations with the use of low dose (<60 mcg/kg) rVIIa in trauma or coagulopathy.  International Society of Thrombosis and Hemostasis.  2005 Sydney, Australia August 11th.

70. **Robert C Gosselin**, Kim A Janatpour, John T Owings.  Performance characteristics of a multiplex method for evaluating phospholipids antibodies. Asian-Pacific Congress on Thrombosis and Hemostasis.  Suzhou, China Oral session, September 22nd, 2006.

71. **Robert C Gosselin**, Kim A Janatpour, John T Owings.  Evaluation of multiplex testing for measuring phospholipids antibodies in thromboembolic patients.  Asian-Pacific Congress on Thrombosis and Hemostasis.  Suzhou, China September 21st, 2006.

72. **RC Gosselin**, KA Janatpour, JT Owings.  Incidence of isolated increases of anti-prothrombin antibodies and anti-phosphatidylserine antibodies in patients suspected of having phospholipids antibodies (APL).  12th International Conference on Antiphospholipid antibodies.  April 18-19, 2007 Florence, IT

73. **RC Gosselin**, KA Janatpour, JT Owings.  Evaluation of multiplex technology for measuring anti-phospholipid antibodies.  12th International Conference on Antiphospholipid antibodies.  April 20-21, 2007 Florence, IT.

74. **RC Gosselin**, KA Janatpour, JT Owings.  Comparing anti-phospholipid antibodies in normal donors and thromboembolic patients using multiplex technology.  12th International Conference on Antiphospholipid antibodies.  April 20-21, 2007 Florence, IT.

75. **RC Gosselin**, WE Dager, KA Janatpour, A Lee, JT Owings.  Comparison of pre-test probability scores to commercial assays for measuring antibodies associated with heparin-induced thrombocytopenia.  XXIst Congress of the International Society of Thrombosis and Haemostasis Geneva, Switzerland July 8, 2007.

76. W Dager, R Pretzlaff, G Raff, R Calhoun, **R Gosselin**, J King, R White.  Successful anticoagulation of infants to adults with bivalirudin in Extracorporeal Membranous Oxygenation (EMCO).  XXIst Congress of the International Society of Thrombosis and Haemostasis Geneva, Switzerland July 9, 2007.

77. **RC Gosselin**, KA Janatpour, JT Owings.  Evaluation of a prototype multiplex method for evaluating phospholipids antibodies.  XXIst Congress of the International Society of Thrombosis and Haemostasis Geneva, Switzerland July 9, 2007.

78. WE Dager, A Lee, **RC Gosselin**, J King, T Wun, KA Janatpour, JT Owings, R White.  Exploring adult patient populations at risk for developing HIT.  XXIst Congress of the International Society of Thrombosis and Haemostasis Geneva, Switzerland July 10, 2007.

79. R Ravindran, I Khan, **R Gosselin**, T Wun, K Krishnan, P Lucis, K Janatpour.  A novel PF4-heparin microbead assay and plasma protein biomarker profiling for improved diagnosis of heparin induced thrombocytopenia.  American Society of Hematology Dec 6-12, 2007 San Diego, CA

80. JS Jahr, H Liu, A Gull, M Moallempour, J Lim, **R Gosselin**.  Does HBOC-201 (Hemopure®) affect platelet function in orthopedic surgery: A single site analysis of a multicenter study.  82nd International Anesthesia

USCA5 2903

Research Society Clinical and Scientific Congress.  Mar 30th, 2008 San Francisco, CA

81. **RC Gosselin**, G Utter, KA Janatpour, JT Owings.  Thrombin generation in severely injured patients. Mediterranean Congress on Thrombosis.  June 25th, 2008 Athens, Greece.

82. **RC Gosselin**, S Tomasovich, KA Janatpour.  Comparing and contrasting the BioRad Variant and Primus Ultra2 HPLC instruments for hemoglobin variant detection.  VIII Latin American Meeting in Hematology, Immunology and Transfusion Medicine.  Presented May 20, 2009.  Havana, Cuba

83. **RC Gosselin**, AS Gorhe, S Nichols, A Picazo, A Sage , EA Panacek. Prospective evaluation of Innovance D-dimer in the exclusion of venous thromboembolism [VTE].  VIII Latin American Meeting in Hematology, Immunology and Transfusion Medicine.  Oral presentation May 21, 2009.  Havana, Cuba

84. CS Marshall**, RC Gosselin,** DM Dwyre**, CJ Gresens.**  Effect of freeze-thaw cycles of the coagulation profile of fresh frozen plasma.  AABB Meeting, Baltimore, MD October 2010 Transfusion 2010; 50 Suppl S2, poster SP-I, pg 57.

85. Barnhard S, **Gosselin R**,  Dwyre D, Chen M.  Acquired von Willebrand Disease Mimicking the Inherited Coagulation Disorder: A Diagnostic Challenge.  College of American Pathologist 2011 Annual Meeting Dallas, TX Poster #86 Arch Pathol Lab Med 2011;135:1156-7.

86. Marshall CS, Gresens CJ, **Gosselin RC**, Dwyre DM, Taylor D.  Liquid Plasma for Massive Transfusions: Return of a Classic.  2011 American Association for Blood Banking Annual Meeting San Diego, CA

87. Lopez MJ, Amanatullah D, **Gosselin R**, Gupta MC, Srinivasan M.  Curious Case of Elevated INR: Artificial Rise of PT/INR by Telavancin.  2011 Northern California Region Scientific Meeting & SEP Pre-courses. October 28-30, 2011 San Jose, CA

88. Hawes E, Deal AM, Jeanneret C, Miller A, Funk-Adcock D, **Gosselin R**, Whinna HC, Moll S. A Prospective Pharmacodynamic Study Evaluating Peak and Trough Coagulation Test Results in Patients on Therapeutic Doses of Dabigatran.  Thrombosis and Hemostasis Summit of North America. May 2, 2012. Chicago, IL

89. SJ Francart, EM. Hawes, A Deal, DM Funk, **RC Gosselin**, CC Jeanneret, HC Whinna, S Moll. A Prospective Pharmacodynamic Study Evaluating Peak and Trough Coagulation Test Results in Patients on Therapeutic Doses of Rivaroxaban. Anticoagulation Forum, May 10,2013 Phoenix, AZ

## OTHER PUBLICATIONS

### DISTANCE LEARNING COURSES

1. **RC Gosselin** and JT Owings.  Diagnosing patients suspected of having deep vein thrombosis or pulmonary embolism.  California Association for Medical Laboratory Technology.  Fall 2000 distance learning course.
2. **RC Gosselin**.  A recurrent nightmare for clinical laboratory scientists: A review of hemostasis. California Association for Medical Laboratory Technology.  Fall 2001 distance learning course.
3. **RC Gosselin** and JT Owings.  American Society of Clinical Pathology Tech Sample H-3; March, 2002.
4. **RC Gosselin** and JT Owings.  Impact of trauma on coagulation.  Part I.  In-service reviews in Clinical Laboratory Science.  2003; 16 (3): 1-7.  American Society for Clinical Laboratory Science.  Oakstone Medical Publishing.  Birmingham, AL.
5. **RC Gosselin** and JT Owings.  Impact of trauma on coagulation.  Part II.  In-service reviews in Clinical Laboratory Science.  2003; 16 (4): 1-7.  American Society for Clinical Laboratory Science. Oakstone Medical Publishing.  Birmingham, AL.
6. **RC Gosselin**. Challenges in diagnosis, monitoring, and long term management in a patient with heparin induced thrombocytopenia with antiphospholipid antibody syndrome. American Society of Clinical Pathology Tech Sample 2005 Hematology No.H-5.
7. **RC Gosselin.** Heparin induced thrombocytopenia in a post-operative cardiopulmonary bypass patient requiring extracorporeal and intra-aortic balloon support: diagnosis and management. College American Pathology Check Sample April 2007.
8. Adcock DM, **Gosselin RC**.  Practical Considerations in the Evaluation of an Isolated, Elevated APTT. Clinical Pearls Clin Chem 2015 (in press)

## BOOK CHAPTER

1. GH Utter**, RC Gosselin,** and Owings JT.  4 Bleeding and Transfusions. 1 Basic Surgical and Perioperative Considerations.  ACS Surgery Online.  Souba WW, Fink MP, Jurkovich, GL et al, Eds. WebMD Inc. New York, 2003.
2. **RC Gosselin** and MA Smythe.  Chapter 18: Coagulation Laboratory Considerations.  Anticoagulation Therapy: A point-of-care guide.  Dager WE, Gulseth MP, Nutescu EA Eds.  American Society of Health System Pharmacists.  Bethesda, MD 2011

## OTHER

1. Dager WE, **Gosselin RC**, Raschke R, Vanderveen T.  Heparin: Improving treatment and reducing risk of harm.  Clinical, Laboratory and Safety Challenges.  Patient Safety and Quality Healthcare Jan/Feb 2009:6(1);20-25
2. **Gosselin RC** and Tomasovich S.  Book Review: Basic Skills in Interpreting Laboratory Data, 4th Edition.  Annals of Pharmacotherapy.  2009; 43:1548.

Case 2:19-cv-02592-NIEN-DB Document 64-1 SEALED Filed 03/03/17 Page 59 of 66

### INVITED SPEAKER PRESENTATIONS

1. University of California, Davis Medical Center; Department of Pathology, School of Medical Technology. Hemostasis and Thrombosis, 1988-present

2. University of California, Davis Medical Center; Critical Care Nurses Orientation: Introduction to Clinical Hemostasis, 1989-92

3. Invited speaker: Cardiovascular Diagnostics, Inc., The UC Davis Experience with the Thrombolytic Assessment System (TAS), Pinehusrt, NC  Aug 1993

4. Invited speaker: Dade International, Inc, Mangers Meeting: Changes in healthcare and its relationship to coagulation testing, Miami, FL  Nov 1994

5. Invited speaker: Organon Teknika, Inc, The UC Davis beta-site summary of the MDA-180 coagulation analyzer, Nov 1994

6. Invited speaker: David Grant Medical Center, Travis Air Force Base: Platelet lumi-aggregation July, 1994

7. University of California, Davis Medical Center; Pathology resident training program: Introduction to Clinical and Applied Hemostasis, 1993-present

8. Invited speaker: Dade PFA-100 Study: UC Davis, Medical Center Experience, August 29, 1996, Miami, FL

9. Invited speaker: Clinical and applied hemostasis: laboratory evaluation, methods and caveats.  CAMLT meeting, Visalia, CA February 23rd, 1997

10. R Gosselin, M Pollock, J Owings, and E Larkin: Critical Evaluation of the Use of a Whole Blood Point-of-Care (POC) Device by Home Care Nurses for Assessing Coumadin Prophylaxis. Poster Session and Guided Poster Tour presentation, International Society of Hemostasis and Thrombosis.  Florence, Italy June 11, 1997

11. Invited speaker: UC Davis experience with the PFA-100: '97 Dade Fall Hemostasis seminar; Nov 4th, Newport Beach, CA; Nov 6th, Concord, CA

12. Invited speaker: Point-of-Care Coagulation: Clinical and Technical Perspectives: '97 Dade Fall Hemostasis seminar; Nov 4th, Newport Beach, CA; Nov 6th, Concord, CA

13. Invited speaker: Conference in Clinical Pathology: Point-of-Care Testing: Coagulation Methods and Clinical Utility.  Sep 2nd, 1998; UC Davis Medical Center, Sacramento, CA

14. Invited speaker: Clinical experience with the PFA-100TM analyzer for assessing platelet function.  Oct 27th, 1998 Fresno, CA

15. Invited speaker: Platelet Point-of-Care Testing: Feb 5th, 1999. VA Martinez, Martinez, CA.

16. Invited speaker: Case Study: Patient with HIT undergoing CPB.  Hemoliance Seminar, Oakland, CA. April

USCA5 2906

21st, 1999

17. Invited speaker: Coagulation case studies.  Hemostasis Update '99; Helena Laboratories.  Oakland, CA September 3rd, 1999.

18. Invited speaker: Clinical studies at UCDMC using the PFA-100 platelet analyzer.  Utilization of d-dimer testing in ruling out pulmonary embolism.  Bakerfield, CA Oct 19th, 1999

19. Comparison of a rapid automated d-dimer method to other d-dimer methods in patients suspected of deep vein thrombosis and pulmonary embolism.  Oral presentation, Hemostasis and Thrombosis Update. Temple University, Philadelphia, May 11, 2000

20. Invited speaker: Effects of mechanical insults on coagulation.  California Association for Medical Laboratory Technologist.  Feb 11th, 2001. Sacramento, CA.

21. Invited speaker: Effects of mechanical insults on coagulation.  California Association for Medical Laboratory Technologist, San Francisco Chapter.  April 28th, 2001 San Francisco, CA.

22. Guest speaker: Coagulation in the modern laboratory.  California State University, Sacramento Hematology course. May 16th, 2001.

23. Invited speaker: Dade Behring Spring Series.  D-dimer testing in venous thromboembolism.  April 23, 2002.  Cleveland, OH.

24. Invited speaker: Dade Behring Fall Symposium: D-dimer testing; Heparin Monitoring.  Oct 23rd, 2002 Anaheim, CA.

25. Invited speaker: The technical aspects and clinical utility of assessing platelet function using the PFA-100™ August 1st, 2003 Friday CME Meeting, Mercy Medical Center, Redding CA.

26. Invited speaker: Coagulation Potpourri. March 21, 2004 CAMLT Winter seminar North series.  Newark, CA.

27. Invited speaker: Laboratory monitoring of new anticoagulants.  The clinical application of recent advances in Pharmacology.  April 23rd, 2004.  Napa, CA.

28. Invited speaker: Coagulation Potpourri. June 6th, 2004 CAMLT Summer seminar North series.  Reno, NV.

29. Invited speaker: Point of care coagulation: methods and applications.  California Blood Bank Society. Los Angeles, CA April 23rd, 2005.

30. Invited speaker: Did your patient just HIT on you? The paradox of heparin treatment.  Stago Current Concepts in Hemostasis Symposium.  May 11, 2006 Berkeley, CA

31. Evaluation of multiplex testing for measuring phospholipids antibodies in thromboembolic patients.  Asian-Pacific Congress on Thrombosis and Hemostasis. Suzhou, China September 21st, 2006

32. Invited speaker: JACHO Patient Safety Goals: Heparin monitoring and laboratory perspectives.  Cardinal Health, Mar 13-14 2008, San Diego, CA

33. Webcast: Sponsored by Cardinal Health.  Heparin: Improving treatment and reducing risk of harm. Clinical, Laboratory and Safety challenges.  July 11, 2008.

34. Invited speaker: Challenges in understanding anticoagulation assays, the lab perspective.  43rd American Society of Hospital Pharmacists, Dec 8th, 2008 Orlando, FL

35. Invited speaker: What you should know about coagulation testing.  UC Davis Health System 2009 Update on anticoagulation: evidence, guidelines, and regulatory oversight.  Sept 26, 2009

36. Invited speaker: Coagulation potpourri. California Association for Medical Laboratory Technologists, Spring session.  Feb 7, 2010 Sacramento, CA

37. Invited speaker: Innovance D-dimer for excluding pulmonary embolism and deep vein thrombosis. Surgery grand rounds, Oncology Institute July 17, 2010, Chisinau, Moldova.

38. Invited speaker: Thromboelastography (overview).  2nd Point of Care Testing Symposium. Oct 12, 2010 Riyadh, Saudi Arabia.

39. Invited speaker: Selection, validation, and verification of POCT INR.  2nd Point of Care Testing Symposium. Oct 12, 2010 Riyadh, Saudi Arabia.

40. Invited speaker: Identifying variables that may impact coagulation POCT results.  2nd Point of Care Testing Symposium. Oct 12, 2010 Riyadh, Saudi Arabia.

41. Invited speaker: Q.A. issues surrounding coagulation POCT.  2nd Point of Care Testing Symposium. Oct 13, 2010 Riyadh, Saudi Arabia.

42. Invited speaker: Case Study- The Role of Clot Based Assays with Novel Anticoagulants.  26th Pharmacy Invitational Conference on Antithrombotic Therapy.  December 3, 2011 New Orleans, LA

43. Invited speaker: Effect of dabigatran on protein C, protein S and antithrombin assays.  58th meeting Scientific & Standardization Committee of the International Society for Thrombosis & Haemostasis. Plasma Coagulation Inhibitors Committee.  June 28, 2012  Liverpool, UK

44. Invited speaker: Update on Coagulation Sampling and Testing.  43rd Critical Care Congress January 11, 2014 San Francisco, CA.

45. Invited speaker: Siemens Diagnostics Educational Symposia Series May 29, 2014 Burlingame, California

46. Invited speaker: Siemens Scientific Days: Hemostasis  Siemens Trends in Thrombosis and Bleeding Management. DOAC and coagulation testing; Fact and artifact.  Mar 25, 2015 Marburg, Germany

47. Invited speaker: International Society for Laboratory Hematology.  Quantifying and estimating NOAC in the routine clinical laboratory.  May 14, 2015 Chicago, IL

48. Invited speaker: CRDH Public Workshop IVD Testing for DOACs DOAC Assessment at UCDHS: What's important October 26, 2015. Silver Springs, MD

49. Invited speaker: Laboratory Assessment of the acutely bleeding patient.  International Society for Laboratory Hematology pre-conference workshop May 11, 2016 Milan, Italy

50. Invited speaker: DOAC impact on thrombophilia testing. International Society for Thrombosis and Haemostasis Scientific and Standardization Committee for Plasma Coagulation Inhibitors. May 26, 2016. Montpellier, France.

 Studies and Research

Beta-site evaluation of the MDA-180 coagulation analyzer (Sponsor: Organon Teknika, Durham, NC)
Beta-site evaluation of the CA-6000 coagulation analyzer (Sponsor: Dade Behring Int., Miami, FL)
Beta-site evaluation of the Thrombolytic Assessment System (TAS) point-of-care coagulation analyzer HMT, PT,
    aPTT, PTNC cards (Sponsor: Cardiovascular Diagnostics Inc. (CVDI), Raleigh, NC)
Beta-site evaluation of the PFA-100 platelet function analyzer (Sponsor: Dade Behring Int.)
Beta-site evaluation of the CA-500 coagulation analyzer (Sponsor: Dade Behring Int.)

Site evaluation for:
        Software verification, CA-1000 coagulation analyzer (Sponsor: Dade Behring Int.)
        Software verification, CA-6000 coagulation analyzer (Sponsor: Dade Behring Int.)
        Calibration verification, TAS PTNC (Sponsor: CDI)
        TPIS thromboplastin study, CA-6000 coagulation analyzer (Sponsor: Dade Behring Int.)
        Software verification, MDA-180 coagulation analyzer (Sponsor: Organon Teknika)
        Hardware verification, PFA-100 platelet function analyzer (Sponsor: Dade Behring Int.)
        Card validation, aPTT for TAS coagulation analyzer (Sponsor: CDI)
        Card validation, PT for TAS coagulation analyzer (Sponsor: CDI)
        Thromboplastin validation study (Sponsor: Dade Behring Int.)
        Dade Behring CaCl$_2$ study (Sponsor: Dade Behring Int.)
        PFA alternative source collagen study (Sponsor: Dade Behring Int)
        Intro AMI Sub-study (Sponsor: Schering Plough)
        SMA sepsis trial (Sponsor: CVDI)
        Protein C equivalency evaluation (Sponsor: CVDI)
        PFA alternative collagen validation study (Sponsor: Dade Behring, Int.)
        PTNC verification study (Cardiovascular Diagnostics, Inc)
        BCS coagulation system and D-dimer testing (Sponsor: Dade Behring Int)
        Mini-Quant D-dimer (Sponsor: Biopool)
        Vidas d-dimer (Sponsor: BioMerieux)
        Performance evaluation of the Sysmex CA-1500 coagulation analyzer (Dade Behring, Int)
        aPTT validation study (Pharmanetics; July 2001)
        ENOX normal and validation study (Pharmanetics, July 2001)
Thermogenesis FDA validation of the CryoSeal method for generating cryoprecipitate
(Thermogenesis Corp, Rancho Cordova, CA)
        Pre-FDA submission data
        510K submission data
        Comparison of CryoSeal to traditional FFP methods (duration 1 year: June 98-Jun 99)
        Esoteric coagulation markers in CryoSeal or Thrombin material
                September, 1998
                March, 1999
                April, 1999
                March 2000
                August 2000
                September 2000
                Jan-Feb 2001
                Jun-Jul 2001
                April 2004
Siemens' Innovance D-dimer study for PE and DVT exclusion (Apr 08-July 2009; April 2010)
Siemens' Stratus DDMR study for PE and DVT exclusion (Apr 08-July 2009; April 2010)

Evaluation of DRVVT method on TOP analyzer (Instrumentation Laboratory, Sep – Oct 2010)
Performance evaluation of the CS2000 instrument (Siemens Healthcare Diagnostics, Feb 2011- Fall 2011)
Siemens' NTF Study for CS2000i instrument (Fall 2011)
Siemens' Bridging Study for CS2000i instruments (Fall 2011)
Laboratory testing in patients receiving 150mg bid Pradaxa (Spring 2012): University of North Carolina
Siemens' APTT lot comparison study (Mar 2013)
Laboratory testing in patients receiving Xarelto (Mar 2013): University of North Carolina
Dabigatran measurement using Siemens, IL and chromogenic ecarin methods: ISTH Scientific Standardization
Committee multi-centre study (Mar 2013)
Sekisui Coapresta 2000 performance evaluation (Dec 2013 – Jun 2014)
Stago ECAII evaluation for dabigatran measurement (Dec 2014)
Bayer 94-9027 for factor VIII activity measurements (Dec 2014)
BAX335 for factor IX activity measurements (Dec 2014)
Bayer 81-8973 for factor VIII activity measurements (Jan 2015)
Sekisui Coapresta 2000 imprecision study (Feb 2015)

Gosselin, RC   Page 26

## COLLABORATIVE STUDIES:

DOCVS: Dept. of Cardiovascular Surgery
DOS: Dept. of Surgery
SOVM: School of Veterinary Medicine
DOC: Dept. of Cardiology
DOEM: Dept. of Emergency Medicine
DONeu: Dept. of Neurology
DOO: Dept. of Opthamology
DOP: Dept. of Pathology
DONep: Dept. of Nephrology
DGM: Dept. General Medicine
DOA: Dept. of Anesthesia
DONu: Dept of Nutrition
DOHO: Dept. of Hematology and Oncolocy
DONS: Dept of Neurosurgery

1. Coagulation markers in children and adults undergoing (CPB) cardiopulmonary bypass (DOCVS)
2. Antithrombin replacement in (ECMO) extracorporeal membrane oxygenation (DOCVS)
3. Hypercoagulability associated with critical injury (DOS)
4. Hypercoagulability associated with canine Cushing's disease (DOS, SOVM)
5. Effects of Dobutamine on coagulation (DOS, DOC)
6. Effects of different bypass circuit primes and coagulation during pediatric CPB (DOCVS)
7. Effects of delayed resuscitation on coagulation in a sheep model (DOS, DOEM)
8. Effects of hypovolemic shock and femur pin placement on coagulation in a sheep model (DOS)
9. Effects of paralysis on coagulation in dogs (DOS, DONeu)
10. Coagulation markers in vitreous fluid (DOO)
11. Effects of dietary changes on platelet function and coagulation (DOP)
12. Effect of critical injury on platelet function and activation (DOS)
13. Effects of hormone replacement therapy on platelet function and activation (DOC)
14. Effects of renal dialysis on platelet function (DOP, DONep)
15. Effects of fetal surgery on maternal coagulation (DOS)
16. Effects of injury on coagulation (DOS and Greenville, South Carolina)
17. Fibrin monomer testing in trauma patients (DOS, Rochester, New York)
18. Evaluation of the $PT^S$ cartridge for monitoring coumadin therapy (DOP, DGM)
19. Validation of the Thromboelastograph (DOS; DOA)
20. Platelet function testing using the PFA-100 on animal models (DOS)
21. Effects of cocoa, caffeine and de-alcoholized wine on platelet function (DONu)
22. Effects of stroma-free hemoglobin HBOC (Biopure) on platelet function (DOA, DOS)
23. Comparison of POC PT monitors on coumadin Rx patients (DOP, DOS, DGM)
24. Effects of HBOC-201 on routine coagulation testing (DOS, DOP)
25. Effects of homocysteine on platelet function and activation (DOP)
26. Whole blood platelet monocyte aggregates in critical trauma patients (DOS)
27. Whole blood platelet monocyte aggregates and TF expression in SSD (DOHO)
28. Whole blood platelet monocyte aggregates and TF expression in trauma patients (DOS)
29. Effects of open versus laproscopic procedures for gastric bypass on coagulation (DOS)
30. Effects of open versus laproscopic procedures for gastric bypass on soluble cytokines (DOS)
31. **Effects of open versus laproscopic procedures for gastric bypass on platelets (DOS)**
32. Effects of Hemosol on platelet function and activation (DOA)
33. Effects of critical trauma on platelet activation, function, and monocyte/platelet aggregates (DOS)
34. Effects of anti-VEGF in renal cell carcinoma on coagulation (DOHO)
35. Tissue factor expression on monocytes and platelet-monocyte aggregates in sickle cell patients (DOHO)

USCA5 2912

36. Donor leukocyte survival in transfused trauma patients (DOS)
37. Stability of diluted enoxaparin (DOPharmacy)
38. Effect of direct-thrombin inhibitors on coagulation testing (DOPharmacy)
39. Variation of different lots of enoxaparin (DOPharmacy)
40. Glass versus plastic blood collection tubes
41. Biochemical markers for VTE in gynecological cancer (DOHO)
42. Effect of plastic surfaces on rabbit blood using peptide markers of coagulation (DOHO)
43. Effect of D-dimers and Fibrin(ogen) degradation products on PFA measurements (DOS)
44. Flow cytometric evaluation for heparin induced thrombocytopenia (DOHO)
45. Prothrombin fragment (F1.2) levels in patients with head injuries receiving rVIIa (DONS)
46. Factor VIII antigen testing using ELISA (DOP)
47. New factor IX antigen testing (DOP)
48. Multiplex testing for heparin induced thrombocytopenia (DOPharmacy, DOP)
49. Multiplex testing for antiphospholipid syndrome (DOP)
50. Evaluation of Endogenous Thrombin Potential testing on the BCS (DOP)
51. Effect of Cangrelor on coagulation tests (DOP)
52. Evaluation of Aniara HIT antibody kits (DOP)
53. Evaluation of Stago HPIA kits (DOP)
54. Effect of multiple freeze-thaw cycles on coagulation testing (DOP)
55. Evaluation of Endogenous Thrombin Potential testing on different animals (DOP SOVM)
56. Effects of multiple freeze-thaw cycles on fresh frozen plasma (DOP, BloodSource)
57. Thrombin-antithrombin complexes in Cushing dogs (SOVM)
58. Thrombin-antithrombin complexes in lymphoma dogs (SOVM)
59. Beckman Coulter TOP coagulation analyzer evaluation (DOP)
60. D-dimer levels during menstrual cycle (DOEM)
61. Coagulation profile of liquid state plasma storage (DOP, BloodSource)
62. Effect of telavancin (Vibativ) on coagulation testing (DOP, Pharmacy)
63. Effect of Pradaxa on coagulation testing (DOP)
64. Plasmalyte recuscitation and Thromboelastography in trauma patients (DOS)
65. Effects of sample storage conditions on coagulation testing (DOP 2014)
66. Effects of multiple freeze-thaw cycles on coagulation testing (DOP 2014)
67. Changes in coagulation parameters after apheresis (DOP 2014)
68. Evaluation of the TEG5000 thromboelastogram
69. Evaluation of the BioFire method for respiratory viral panel testing (DOP 2014)
70. Evaluation of the BioFire E-threat for ebola virus detection (DOP 2014)
71. Evaluation of the Hemachron Jr Elite for PT and APTT measurements (DOP 2014)
72. Evaluation of Immunor IgG and polyclonal anti-PF4 testing in severe burn patients (DOP 2015)
73. Endogenous thrombin potential: dabigatran and rivaroxaban anticoagulated patients (DOP 2015)
74. Edoxaban effect on coagulation testing
75. INR equivalent assessment in OAC patients (DOEM 2016)
76. Nanoparticles affixed with dextran and iron oxide and their effect on coagulation testing (DOP 2016)
77. Polyphosphates and their effect on coagulation testing.(DOP, UCSB 2016)