IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Judge Eldon E. Fallon |

# Expert Report of Cindy A. Leissinger, M.D.

By: *Cindy Leissinger MD*
Cindy A. Leissinger, M.D.

Date: 10/14/16

**Expert Report of Cindy A. Leissinger, M.D.**

**Re:** *Joseph J. Boudreaux, Jr., et al. v. Janssen Research & Development, LLC, et al.*

### I. Background & Qualifications

I incorporate by reference my background and qualifications detailed in my general report in this matter, as well as my curriculum vitae attached to my general report.

### II. Basis for Opinions & Methodology Employed

I incorporate by reference the substance and opinions contained in my general report in this matter. I have reviewed the relevant medial records of Joseph Boudreaux, Jr., as well as depositions regarding Mr. Boudreaux's case. My opinions regarding his medical history and care are based on my education, training, and experience, as well as all materials reviewed for this opnion and for my general report. I formed my opinions using the same methods employed in my clinical practice, and hold them to a reasonable degree of medical certainty. Finally, I reserve the right to supplement my report should new information become available.

### III. Summary Opinions

1. Mr. Boudreaux was diagnosed with a serious gastrointestinal (GI) bleed on 2/3/14, less than four (4) weeks after starting Xarelto.

2. Based on my review of the relevant materials, and after ruling in and ruling out all potential risk factors, it is my opinion, to a reasonable degree of medical certainty, that Mr. Boudreaux's use of Xarelto was the most probable cause of his GI bleed. Further, it is my opinion to a reasonable degree of medical certainty, to the extent any other factors may also have contributed to the GI bleed, that Xarelto was the most substantial and significant contributing factor to his GI bleed.

3. Mr. Boudreaux's GI bleed caused withdrawal of anticoagulation resulting in an attempted ablation procedure, with subsequent complications including pericardial effusion, and pericardiocentesis.

IV. **Case Summary**

A. **Prior Medical History (from Cardiology Consult note 1/7/14):** Mr. Boudreaux was a 71year old man who presented to St Anne Hospital on 1/7/14 with new onset shortness of breath, indigestion, heaviness in his chest, and an EKG that showed new onset atrial fibrillation.

   His past medical history was significant for high blood pressure, diabetes mellitus and benign prostatic hypertrophy. At presentation his home medications included aspirin 81mg daily, allopurinol 300mg daily, Proscar 5mg daily, Norvasc 5mg daily, Lisinopril/HCTZ 20-25mg daily, metformin 500mg daily and Hytrin 10mg daily.

B. **Family Medical History (from Cardiology Consult note 1/7/14):** His mother's history was positive for hypertension and stroke; his father's history was positive for hypertension and kidney disease.

C. **Social History (from medical records 1/7/14):** Mr. Boudreaux is married and lives at home with his wife. He has never smoked or used any type of tobacco products. He reported very rare alcohol use.

D. **Xarelto Initiation History (from Cardiology Consult note 1/7/14):** Mr. Boudreax was admitted to St. Anne Hospital. A cardiology consultation on the day of admission was preformed by Dr. Kenneth Wong who noted the presenting history detailed above. On physical examination related to heart and lungs, Dr. Wong notes positive jugular venous distention, irregular heart rhythm with a soft heart murmur and S3 gallop on auscultation, and crackles at the base of the lungs. He also noted 1+ edema of extremities. The remainder of the exam was unremarkable. Initial work-up included EKG that confirmed atrial fibrillation, and a Doppler study of the heart that showed left ventricular hypokineses and dilated ventricular enlargement with eccentric hypertrophy. Initial laboratory studies including blood counts, chemistries (including kidney function tests) and screening coagulation tests (PT and PTT) were normal.

   He was begun on Xarelto 20mg daily for stroke prevention due to atrial fibrillation. In addition there were other medication changes to address (and attempt to reverse) the atrial fibrillation and the early signs of heart dysfunction.

   His symptoms improved during the hospitalization and on 1/9/14 he was discharged on the following medications: Xarelto 20mg daily, aspirin 81mg daily, amiodarone 400mg twice daily, finasteride 5mg daily, furosemide 40mg daily, Lisinopril 20mg daily, metoprolol 25mg twice daily, pantoprazole 40mg daily, potassium chloride 40 mEq daily.

   The patient continued on Xarelto 20mg daily and his other medications and had cardiology clinic check-ups on 1/13/14 and 1/24/14, where he was found to be stable.

   On 2/3/16 he was seen in the Cardiology clinic for an office visit. At that time he complained of black stools for 2-3 days and was feeling weak. Laboratory studies showed that he was anemic with a hemoglobin of 6.7.

E. **Hospital Course for Xarelto Bleeding Incident and Related Follow-Up Care**: On 2/3/14 he was initially sent to St Anne Hospital for evaluation where he was diagnosed with gastrointestinal (GI) bleeding. It was decided that he needed further evaluation for GI bleeding and he was transferred to Ochsner Kenner Hospital. His records there state that he had noted progressive weakness, dizziness and abdominal cramping for 7 days prior to admission, and that he had noted 2 episodes of black tarry stools over the week prior to admission. Xarelto and aspirin were discontinued on presentation.

On admission, laboratory studies drawn at 5:36 PM on 2/3/14 showed PTT 24.3 sec and PT 13.6,[1] INR 1.4. It is not recorded when his last dose of Xarelto was given prior to this laboratory test. His CBC showed a WBC and platelet count that were unremarkable; his hemoglobin was 6.7 and hematocrit 21.2%. Serum chemistries were unremarkable except for elevated BUN which was most likely due to absorption of blood from the GI tract, and creatinine that was slightly elevated over baseline, most likely due to pre-renal volume shifts.

He was transfused shortly after admission with 2 units packed red blood cells. .

On 2/4/14 he underwent an EGD that did not show any mucosal disruption nor any source of bleeding.

On 2/7/14 he had a colonoscopy that showed only wide-mouthed diverticuli but no mucosal disruption nor any source of bleeding. He received an additional 2 units of packed red blood cells prior to discharge to further improve his anemia**.**

On 2/8/14 he was discharged home. Because of the concern for bleeding if anticoagulation was re-introduced his physicians recommended that he not go back on anticoagulation. He was restarted on daily low dose aspirin at the time of discharge.

On 3/18/14, Mr. Boudreaux underwent a video capsule endoscopy that was normal.

In May 2015, Mr. Boudreaux underwent a cardiac ablation procedure in an effort to treat his atrial fibrillation. He subsequently developed pericardial effusion and underwent pericardiocentesis in September 2015 in order to drain the pericardial fluid.

On 6/7/16, after restarting Amiodarone, Mr. Boudreaux underwent a cardioversion for his atrial fibrillation.

F. **GI Bleed Assessment:** In evaluating the cause of Mr. Boudreaux's GI bleed, I considered all potential risk factors including pre-existing coagulopathy, liver disease, pre-existing GI pathology, and regular use of certain medications (e.g., steroids, non-steroidal anti-inflammatory drugs (NSAIDs), aspirin, anticoagulants).

Mr. Boudreaux had no previous history of easy bleeding or a diagnosed bleeding disorder. Laboratory studies that screen for coagulation disorders (i.e., PT, PTT and platelet count) were normal prior to intitiation of Xarelto.

---

[1] It is my understanding that the PT reagent used was Innovin.

Mr. Boudreaux had no previous history of liver disease or problems that predispose to liver disease (such as alcohol abuse or history of hepatitis); in addition his laboratory tests showed no evidence of liver disease, allowing me to reasonably rule out liver disease as a contributing factor to GI bleeding.

During his hospital admission for the GI bleed, Mr. Boudreaux had a comprehensive GI evaluation (including an EGD and a colonoscopy), as well as a video capsule endoscopy after discharge, which did not show evidence of an ulcer or other mucosal abnormalities that could explain the bleeding from an anatomical cause, such as an ulcer or tumor. Therefore, I reasonably ruled out any pre-existing lesion or GI pathology as a risk factor.

Upon admission to the hospital for his GI bleed, Mr. Boudreaux's PT was elevated above the normal reference range, due to his Xarelto use. As noted above Mr. Boudreaux's PT was normal prior to initiation of Xarelto.

At the time of his GI bleed, Mr. Boudreaux was noted to be on several medications, only three (3) of which are associated with a heightened risk of GI bleeding. While Mr. Boudreaux was prescribed Indocin (an NSAID) for his gout, he only took it as needed, and had not taken it in years, as confirmed by Mr. Boudreaux and his physician during their depositions in this matter. Therefore, Indocin played no role in his GI bleed. Mr. Boudreaux was also regularly taking a low-dose aspirin both before, during, and after his Xarelto use. He had been stable on that dose of aspirin for a long time pior to the addition of Xarelto with no history of bleeding, and has had no incident of bleeding on aspirin since discontinuing Xarelto. Thus, his use of aspirin was not the cause of his bleed, in my opinion. Finally, Mr. Boudreaux was actively taking Xarelto 20mg (an anticoagulant) at the time of his GI bleed. Specifically, symptoms of serious GI bleeding in this patient occurred approximately three (3) weeks after starting Xarelto. At the time of starting Xarelto he had a normal blood count (no anemia) and no evidence of bleeding at all. Xarelto is known to have a higher risk of GI bleeding than other oral anticoagulants (Yao 2016; Lip 2012 and 2016; Graham 2016). Furthermore, his bleeding resolved very rapidly after discontinuation of Xarelto.

Thus, based on my review of the relevant materials, and after ruling in and ruling out all of the above risk factors, it is my opinion, to a reasonable degree of medical certainty, that Mr. Boudreaux's use of Xarelto was the most probable cause of his GI bleed. Further, it is my opinion to a reasonable degree of medical certainty, to the extent any other factors may also have contributed to the GI bleed, that Xarelto was the most substantial and significant contributing factor to his GI bleed.

G. **Damages:** As a direct result of the GI bleeding induced by Xarelto, Mr. Boudreaux suffered harm from severe anemia which was associated with fatigue and weakness, and additional stress on his heart. In addition, he had to be hospitalized and undergo invasive medical procedures (endoscopies) that are associated with health risks (e.g., reaction to sedation, perforation, etc). The bleeding also resulted in the necessary discontinuation of anticoagulation which led to increased risk of stroke from atrial fibrillation. Further, because he was no longer a candidate for anticoagulation, Mr. Boudreaux had to undergo an invasive ablation procedure for his atrial fibrillation. After this procedure he developed pericardial effusion for which he underwent another invasive procedure,

pericardiocentesis, in order to drain the fluid. Pericardial effusion is a dangerous condition resulting in increased pressure around the heart that can have a negative effect on heart function.