**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| _____ | ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Judge Eldon E. Fallon |
| _____ | ) | |

# Expert Report of Jan Rosing, Ph.D.

By: _____                   Date:  October 09, 2016

     **Jan Rosing, Ph.D.**

USCA5 4162

**XARELTO REPORT**

**Prof. Dr. J. Rosing**

**October 9, 2016**

USCA5 4163

I have been asked to review multiple materials; amongst others, clinical study reports, internal and external correspondence and communications between Bayer and others, papers published in literature, regulatory documents, and other materials and documents (Appendix A) relevant to Xarelto (rivaroxaban), a direct factor Xa inhibitor, which is the drug at issue in this litigation. More specifically, I have been requested to render a report detailing the pharmacokinetics and pharmacodynamics of rivaroxaban and comment upon the impact of rivaroxaban on the clotting system, as well as on clotting assays and the associated benefits (stroke protection) and adverse side effects (major bleeding). The opinions expressed within this review, which are based on my education, experience and training in the fields of biochemistry and of thrombosis and haemostasis, are with a reasonable degree of scientific certainty. I reserve the right to supplement my opinions and this report, subject to ongoing medical and scientific study and the continuing review of additional information produced from this litigation.

## BASIC BACKGROUND AND QUALIFICATIONS

I was born on ██████████ in Egmond aan den Hoef, The Netherlands. I studied chemistry at the University of Amsterdam, and graduated in 1970, with a specialty in biochemistry. In 1974 I presented a PhD thesis at the same university, entitled 'Studies on thermodynamics and mechanism of oxidative phosphorylation', supervised by Professor E.C. Slater. Subsequently, I worked as a post-doctoral research fellow in the laboratory of the Nobel Prize winner Professor P.D. Boyer at the University of California, Los Angeles. In 1976, I was appointed research associate at the Maastricht University where I became involved in research focused on biochemical aspects of blood coagulation. In 1995, I was appointed as chairman of the Department of Biochemistry of the university and in 1997 became Professor of Enzymology of Thrombosis and Haemostasis. In 2002, I was appointed as Professor of Biochemistry at the Medical Faculty of Maastricht University. I retired in 2011 and then became Emeritus Professor of Biochemistry at the same university.

I have been an editor of the Journal Pathophysiology of Haemostasis and Thrombosis, member of the editorial boards of Computers in Biology and Medicine, and of The Journal of Thrombosis and Haemostasis. In 2000, I was elected to the Council of the International Society on Thrombosis and Haemostasis and became a member of the Daily Board of the Cardiovascular Research Institute Maastricht (CARIM).

In the beginning of my research career in thrombosis and haemostasis, which started in 1976, I studied the basic biochemical mechanisms of coagulation factor activation. Later I became involved in research on the mechanism of regulation of thrombin formation by anticoagulant proteins and developed particular interest in the effects of female sex steroid hormones, *e.g.*, oral contraceptives on blood coagulation. Our research on the effect of hormones on coagulation led to the development of assays which gave insight into the molecular basis of both thrombotic and bleeding disorders and which enabled us to study the mode of action of drugs on blood coagulation. I am currently still active in research projects that concern: 1) the development of assays to measure functional activities of coagulation proteins in plasma; and 2) studying mechanisms by which anticoagulant peptides inhibit blood coagulation and affect the individual reactions of the blood coagulation cascade.

3

I have published more than 200 papers in peer-reviewed journals and 40 review papers. My qualifications and publication history are further set forth in my curriculum vitae which is annexed hereto as Appendix B. A list of prior testimony is attached as Appendix C and my fee schedule is attached as Appendix D.

**SUMMARY AND CONCLUSIONS**

1. Rivaroxaban (trade name Xarelto) is a direct factor Xa (FXa) inhibitor that is used for the prevention of stroke in patients with atrial fibrillation (AF), for the treatment of deep venous thrombosis (DVT), and the prophylaxis of DVT in patients undergoing knee or hip replacement surgery.

2. Rivaroxaban is a potent FXa inhibitor that binds with a high affinity to FXa, and after binding inhibits FXa-catalyzed thrombin formation. The reduced thrombin generation subsequently prevents unwanted clot formation.

3. Like for all other anticoagulant drugs, the most serious side effect of treatment with rivaroxaban is bleeding. Bleeding during anticoagulant treatment particularly occurs in patients receiving an overdose of drug.

4. Rivaroxaban, which is absorbed in the gastro-intestinal tract, has a high bioavailability (80-100%), meaning that a major fraction of rivaroxaban present in the Xarelto tablets taken by patients enters the blood.

5. Up to 35% of rivaroxaban that enters the circulation is cleared by the kidneys. As a result patients with an impaired renal function are exposed to high rivaroxaban levels and are treated with lower doses of rivaroxaban.

6. The half-life of rivaroxaban, *i.e.*, the time required to eliminate 50% of the rivaroxaban that entered the blood stream after dosing, is 7-11 hours in average patients (60 yrs.) and 11-13 hours in elderly people.

7. Pharmacokinetic studies indicate that rivaroxaban treatment results in a rather wide inter-individual plasma concentration range and in a more than 5-fold across-day variation in plasma rivaroxaban levels in an individual patient treated with 20 mg od.

8. The wide variation of rivaroxaban levels is shown in the ROCKET study in which 5% of the patients treated with 20 mg rivaroxaban OD had a rivaroxaban level at trough below 12 μg/L and 5% had a rivaroxaban trough level higher than 137 μg/L.

9. Rivaroxaban plasma levels higher than 65 μg/L (150 nM) exceed the plasma FX concentration. Considering the potency of FXa inhibition by rivaroxaban, such rivaroxaban levels can rapidly inhibit every FXa molecule that can be generated in plasma, and as a consequence can fully inhibit clot formation.

10. Plasma rivaroxaban levels can be determined with high performance liquid chromatography tandem mass spectrometry (HPLC-MS/MS), a physico-chemical technique that is not available in every hospital laboratory.

11. Anti-FXa assays like BIOPHEN DiXa-I®, BIOPHEN Heparin LRT® and STA®-Liquid Anti-Xa can be used to measure plasma rivaroxaban concentrations and result in levels that correlate very well with HPLC-MS-MS quantification.

USCA5 4166

12. Measurement of the prothrombin time (PT) of plasma from patients treated with rivaroxaban shows a linear relationship between the PT and the plasma rivaroxaban level.

13. Bleeding risks of patients treated with rivaroxaban increase at increasing PT values while the stroke risk is constant at increasing PT values.

14. Rivaroxaban-treated patients with PT values > 20 sec determined with the PT assay used in the ROCKET at ~14 hours after the last rivaroxaban dose will be exposed to a higher risk of major bleeding than patients with PT values < 20 sec while their stroke risk is not further decreased.

15. The manufacturers of rivaroxaban have not sufficiently identified the lowest effective dose of rivaroxaban in all approved indications.

16. Considering the large variations of peak and trough rivaroxaban levels between patients and the large across-day variation in individual patients, dose-finding before treatment and twice daily dosing (BID) with a reduction of the total daily dose instead of a once daily dosing regimen (OD), will reduce major bleeding while maintaining ischemic stroke protection.

USCA5 4167

## INTRODUCTION TO NOVEL DIRECT ORAL ANTICOAGULANTS (DOACs)

Atrial fibrillation (AF) is worldwide the most common heart rhythm disorder. In AF, the lack of an organized atrial contraction can result in the stagnation of blood flow in the left atrium or the left atrial appendage which may subsequently lead to the clotting of blood and the formation of a blood clot (thrombus).

Blood clots formed in the heart during AF may become mobile and be carried away into the blood circulation. When the blood clot travels to the brain, and blocks the blood flow to parts of the brain, a so-called ischaemic stroke occurs which, depending on the extent of brain tissue damage, may be more or less serious and even lead to death.

In patients with AF, the risk of stroke is increased *2 to 17-fold* depending on other patient characteristics like age, hypertension and diabetes. To decrease the risk of stroke, AF patients are treated with so-called anticoagulants, which are drugs that inhibit the clotting of blood. Historically so-called vitamin K antagonists, *e.g.*, warfarin are recommended to reduce the risk of stroke in patients with AF. One of the disadvantages of vitamin K antagonists is that they have multiple interactions with food and other drugs and that patients treated with vitamin K antagonists require frequent laboratory monitoring.

Unwanted clot formation may also occur in veins. When clots are formed in deep veins of the body (often in legs) one speaks of deep vein thrombosis or deep venous thrombosis (DVT), a condition that may become particularly serious when the blood clot gets loose (embolises) and travels to the lungs where it may cause pulmonary embolism (PE). Traditionally, venous thrombosis (VT) is treated with vitamin K antagonists or with heparin or heparin-like molecules.

Recently, a new class of anticoagulant drugs has entered the market. These so-called new oral anticoagulants (NOACs), nowadays also called direct oral anticoagulants (DOACs), directly and specifically target activated clotting factors, thereby inhibiting clot formation. Currently, there are several DOACs which can be distinguished on the basis of the activated clotting factor they inhibit. Rivaroxaban (trade name Xarelto) and apixaban (trade name Eliquis) target activated factor X (FXa), and dabigatran (trade name Pradaxa) is a direct thrombin inhibitor (DTI). Rivaroxaban, apixaban and dabigatran are approved by the FDA for use as anticoagulants in the treatment of AF patients and of patients undergoing hip/knee replacement surgery and those who have suffered an acute DVT/PE or require prevention of recurrent DVT/PE.

For all anticoagulant drugs the most serious side effect is bleeding. An overdose of drug prevents the clotting of blood and substantially increases the bleeding risk. For all anticoagulant drugs it also applies that treatment with too low of a dose results in suboptimal stroke protection. Hence, like for almost all drugs, there is also a treatment regimen for anticoagulants which yields drug levels in the blood, the so-called therapeutic range, that has an optimal risk-benefit ratio, *i.e.*, provides optimal stroke protection and a low bleeding risk.

Because vitamin K antagonists have multiple interactions with food and other drugs, their activities have to be frequently monitored by blood testing to ensure that adequate and safe

USCA5 4168

doses are taken. In contrast, the companies that market DOACs state that these anticoagulants have a wide therapeutic range, which enables fixed dosing without the need for laboratory monitoring or dose adjustments.[1-6] However, since the introduction of the DOACs, it became clear that major bleeding is a serious side effect of DOAC treatment and hence, a substantial number of patients treated with DOACs will benefit from monitoring and dose adjustments.[7-11]

## RIVAROXABAN (XARELTO) MOLECULAR PROPERTIES

*Compound Characteristics*[12]: Rivaroxaban (5-chloro-N-[[(5S)-2-oxo-3-[4-(3-oxomorpholin-4-yl)phenyl]-1,3-oxazolidin-5-yl]methyl]thiophene-2-carboxamide) is a low-molecular weight inhibitor (Mr= 436 g/mol) of the activated form of blood coagulation factor X (factor Xa). By inhibiting factor Xa (FXa), rivaroxaban inhibits the FXa-catalyzed conversion of prothrombin to thrombin and by blocking thrombin generation, rivaroxaban indirectly prevents the formation of fibrin and unwanted blood clots. Rivaroxaban is practically insoluble in water. In humans 92%–95% of the circulating rivaroxaban is bound to plasma proteins of which albumin is the main binding component.

## PHARMACOKINETICS OF RIVAROXABAN

The dosing of rivaroxaban varies between patients.[13] AF patients with stroke risk are treated with 20 mg OD (creatinine clearance (CrCl) ≥ 50 mL/min) or 15 mg OD (CrCl < 50 mL/min). DVT and PE patients are treated with 15 mg BID in the first 21 days after the occurrence of thrombosis and 20 mg OD afterwards. For the prophylaxis of DVT following hip- or knee replacement surgery, patients are treated with 10 mg OD.

An excellent overview of the pharmacokinetics of rivaroxaban is given in a review paper of Mueck et al.[14] Studies in healthy individuals showed that rivaroxaban is rapidly absorbed and that maximum concentrations in plasma are reached 2-4 hours after tablet intake. Oral bioavailability for the 20-mg dose is high (80%–100%) when rivaroxaban tablets are taken together with food. The elimination of rivaroxaban from plasma is rapid with a half-life of 7-11 hours after dosing in typical patients (60 years, 80 kg), and 11-13 hours in elderly people.[14] Clearance from plasma occurred via renal and fecal/biliary routes. Approximately 60% of the administered dose is metabolized to inactive metabolites, of which half is subsequently eliminated renally and the other half via the fecal route. The remaining one-third of the administered dose undergoes direct renal excretion as unchanged active substance in the urine.[15] Since rivaroxaban is metabolized by a number of independent metabolic pathways which involve different classes of enzymes, rivaroxaban should be less prone to drug-drug interactions.

Mueck et al.[14] summarized pharmacokinetic data (plasma concentrations) of rivaroxaban in different patient populations. With respect to AF patients the pharmacokinetic data were obtained from the ROCKET AF study[16,17] which shows that in patients with a CrCl >50 mL/min the mean rivaroxaban concentration at trough (20-28 hours after dosing) is 44 µg/L (5th-95th percentile = 12-137 µg/L), while the C max, that is the peak value of the rivaroxaban concentration in plasma (2-4 hours after dosing), was 249 µg/L (5th-95th percentile 184-342 µg/L).

Using the molecular weight of rivaroxaban (436 g/mol), this equals 44/436 = 0.101 µM = 101 nM rivaroxaban at trough and 249/436 = 0.571 µM = 571 nM rivaroxaban at peak. Considering the 5th-95th percentiles given by Mueck et al.,[14] 5% of the patients had a rivaroxaban concentration higher than 137 µg/L (314 nM) at trough and higher than 343

USCA5 4170

µg/L (787 nM) at peak.

From the 5th-95th percentiles reported by Mueck et al.,[14] one can also calculate that 95% of patients had a rivaroxaban concentration at peak >184 µg/L (422 nM), which is 3 times above the maximal FXa concentration (140 nM) that can be formed in blood.

**The data discussed above, which is summarized in Table 1, indicate that in a considerable number of patients during a considerable period of time the rivaroxaban concentration is higher than the maximal FXa concentration that can be generated in plasma. Thus, in these patients there is sufficient rivaroxaban circulating in plasma to inhibit every FXa molecule that is formed, which creates a condition where the patient is exposed to a high bleeding risk.**

**Table 1. Rivaroxaban plasma levels in AF patients**

| Patient population | Rivaroxaban dose | $C_{trough}$ (µg/L) | $C_{max}$ (µg/L) | $C_{trough}$ (nM) | $C_{max}$ (nM) |
|---|---|---|---|---|---|
| AF patients | 20 mg od | 44 µg/L[a] (12-137)[b] | 249 µg/L[a] (184-343)[b] | 101 nM[a] (28-314)[b] | 571 nM[a] (422-787)[b] |
| 5% of AF patients | 20 mg od | ≥ 137 µg/L | ≥ 343 µg/L | ≥ 314 nM | ≥ 787 nM |
| 95% of AF patients | 20 mg od | ≥ 12 µg/L | ≥ 184 µg/L | ≥ 28 nM | ≥ 422 nM |

*Data from Mueck et al.[14] for patients with a creatinine clearance ($CL_{Cr}$) ≥50 mL/min. $C_{trough}$: samples collected 20–28 h after dosing. $C_{max}$: samples collected 2–4 h after dosing. [a]geometric means; [b]5th–95th percentile range.*

**PHARMACODYNAMICS OF RIVAROXABAN**

Pharmacodynamics involves the study of the biochemical and physiological effects of drugs in the body, including the relationship between their chemical structure and their mode of action.

***Inhibition of FXa:*** Rivaroxaban (BAY 59-7939 in older papers[18]) is a potent FXa inhibitor which rapidly (association rate constant [$k_{on}$], $1.7*10^7$ mol/L$^{-1}$ s$^{-1}$) and reversibly (dissociation rate constant [$k_{off}$], $5*10^{-3}$ s$^{-1}$) inhibits human FXa[19] with a $K_i$[1] of 0.4 nM.[18] Detailed kinetic analyses showed that it is a competitive inhibitor of the amidolytic activity of FXa. Rivaroxaban concentrations as high as 20 µM did not affect other serine proteases involved in haemostasis indicating that the selectivity of rivaroxaban for FXa is more than 10,000-fold greater than that for the other serine proteases tested.[18] Rivaroxaban inhibited FXa-catalyzed prothrombin activation by the prothrombinase complex (FXa-FVa-Ca$^{2+}$-platelets) with an $IC_{50}$ of 2.1 ± 0.4 nM.[18]

---

[1] $K_i$ is the concentration inhibitor required to obtain 50% inhibition.

The $K_i$ of inhibition of FXa by rivaroxaban (0.4 nM) and the association rate constant of binding of rivaroxaban to FXa ($k_{on}$=1.7*10$^7$ mol/L$^{-1}$ s$^{-1}$) are important parameters to appreciate the efficacy by which rivaroxaban inhibits FXa. Using basic kinetic equations, it can be calculated that at 400 nM rivaroxaban, a concentration that is lower than that reached at peak in 95% of patients treated with rivaroxaban [see above and ref. 14], more than 99% of the FXa present or formed in blood will be inhibited within 1 second[2].

***Inhibition of Thrombin Generation:*** *In vitro* studies in platelet-rich plasma demonstrated that rivaroxaban prolonged the initiation phase of thrombin generation and reduced the thrombin burst produced in the propagation phase,[20] and that thrombin generation is almost completely inhibited at a plasma rivaroxaban concentration of 100 nM (43.6 μg/L), which is close to the FX concentration present in plasma (100-140 nM [21,22]). In the section on pharmacokinetics of rivaroxaban presented in this report (p. 8, 9), it is described that 95 % of AF patients treated with 20 mg rivaroxaban OD had a peak value (2-4 hours after dosing) > 422 nM (184 μg/L) rivaroxaban in plasma. Comparison with the *in vitro* thrombin generation data of Gerotziafas et al.[20] suggests that 95% of the patients receiving 20 mg rivaroxaban are 2-4 hours later exposed to rivaroxaban levels that completely inhibit thrombin generation.

However, it should be mentioned that in other papers thrombin generation followed with the calibrated automated thrombogram (CAT) assay was less susceptible to inhibition by rivaroxaban.[23-25] Wong et al.[24] showed that thrombin generation was fully inhibited by 3000 nM rivaroxaban and Kremers et al.[25] observed that 400 nM rivaroxaban was required to prolong the lag time of thrombin generation 5-fold and to reduce the thrombin peak and the endogenous thrombin potential with 80% and 55%, respectively.

The differences in sensitivity of thrombin generation for rivaroxaban reported in literature are likely explained by different conditions at which the CAT assay is performed, *i.e.*, at a low tissue factor concentration with blood platelets as procoagulant surface[20] or a high tissue factor concentration and artificial phospholipid vesicles as procoagulant surface.[23-25] It appears that the efficacy with which rivaroxaban inhibits thrombin generation is dependent on the strength of the coagulation trigger (tissue factor concentration and quality of procoagulant phospholipid surface). This is illustrated in the modeling study of Jourdi et al.[23] which showed that a fixed rivaroxaban concentration (430 nM) thrombin generation is more sensitive for rivaroxaban at low than at high tissue factor concentration.

The importance of the procoagulant surface (blood platelets *vs.* artificial phospholipid surfaces) and the tissue factor concentration in thrombin generation experiments is also demonstrated by Graf et al.[26,27] Graf et al. studied the effect of rivaroxaban on thrombin generation in healthy male subjects who were given a placebo, or single doses of 5 mg rivaroxaban or 30 mg rivaroxaban. Coagulation parameters (*e.g.*, thrombin generation, Fig. 1AB) and rivaroxaban concentrations (HPLC-MS-MS quantification, see p. 12) were determined in blood samples taken at various times after dosing. Of particular interest is Fig. 1B, which shows that in several subjects thrombin generation was (almost) fully inhibited at plasma rivaroxaban concentrations above 50 μg/L.

---

[2] $t_{1/2}$ = (ln 2)/k = 0.69/k = 0.69/1.7*10$^7$ * 400*10$^{-9}$ = 0.69/680 *10$^{-2}$ = 0.69/6.8 = 0.1 sec at 400 nM.

The data presented in Fig. 1B strongly suggest that plasma rivaroxaban concentrations above 100 µg/L will not result in further stroke protection but will increase the bleeding risk of patients.



*Fig. 1. (A) Effect of placebo, 5 mg rivaroxaban and 30 mg rivaroxaban on thrombin generation (peak endogenous thrombin potential, ETP-peak) after platelet activation with collagen (5 $\mu$ g/mL) in plasma samples taken from volunteers at various times after a single dose of rivaroxaban. Data are mean relative change from baseline ± SD. (B) Correlation between rivaroxaban plasma concentrations and thrombin generation (ETP-peak, change from baseline).[26,27]*

***Effect of rivaroxaban on clotting tests:*** Rivaroxaban inhibits all clotting tests that depend on FXa or on the generation of FXa, *e.g.*, the prothrombin time (PT), Russell viper venom time (RVVT)-based assays, the activated partial thromboplastin time (aPTT) and anti-FXa chromogenic assays.[28-32] In one of the first papers in which the inhibitory properties of rivaroxaban (BAY 59-7939) were described[18] it was reported that the rivaroxaban concentrations required to double the PT and the aPTT were 230 nM and 690 nM, respectively. These concentrations were considerably higher than the $K_i$ of rivaroxaban for FXa inhibition (0.4 nM) or prothrombinase inhibition (2.1 nM). This is likely explained by the formation of an excessive amount of FXa within a very short time period as a result of the high concentration of trigger that is used to start the clotting of plasma in the PT and the aPTT. For instance the amount of tissue factor (thromboplastin) used in the PT assay is 10 nM[23] which is some 1000-fold higher than the tissue factor concentration commonly used in the thrombin generation assay.[33,34] The effects of rivaroxaban on routine clotting tests can be  used to determine the rivaroxaban level in plasma of patients during treatment (see below).

## MONITORING/DETERMINING RIVAROXABAN LEVELS IN PLASMA OF PATIENTS

***Laboratory measurement of rivaroxaban in plasma samples:*** The development of DOACs by the pharmaceutical industry was driven by the need to produce an anticoagulant for the treatment of thrombotic disorders that has a wide therapeutic range in combination with predictable pharmacokinetics and pharmacodynamics, the plasma levels of which are not affected by other drugs or diet and hence do not require regular monitoring of treated patients.

USCA5 4173

Although it is stated in documentation provided by the pharmaceutical company that markets rivaroxaban (Xarelto)[2] as well as in several scientific publications[35-40] that routine laboratory monitoring of coagulation is not required when patients are treated with rivaroxaban, there are several situations in which patients will benefit from monitoring. It is generally accepted that clinical conditions that require monitoring of DOACs like rivaroxaban include patients with bleeding or thrombosis,[41-44] patients requiring emergency surgery while using DOACs,[35,41-44] or to confirm overdosage and intoxication.[35,41-44]

However, there are scientists who go further and challenge the "one dose fits all" concept for treatment with DOACs.[7-11] Considering the large variability in plasma concentrations of DOACs in combination with an intrinsic narrow therapeutic index, it has been proposed that individualized DOAC dosing may be beneficial and improve patient safety. Thus, dose finding based on rivaroxaban exposure in individual patients is a promising approach to reduce major bleeding events while maintaining stroke protection.

Dosing or monitoring of rivaroxaban requires the availability of tests to determine the plasma level of rivaroxaban in patients. Currently, rivaroxaban concentrations in plasma can be measured with a wide variety of laboratory methods. High performance liquid chromatography in combination with tandem mass spectrometry (HPLC-MS/MS) is the golden standard to determine the rivaroxaban level in plasma with excellent accuracy and precision over a wide concentration range[45,46]. However, this technology is not widely available in routine clinical laboratories and hence, several more accessible clotting-based tests were developed to quantify rivaroxaban in plasma of patients.

With respect to measuring the plasma rivaroxaban concentration one should distinguish:
a)  tests that quantify rivaroxaban in diluted patient plasma, *e.g.*, anti-FXa assays like STA®-Liquid Anti-Xa,[30,47,49,51] BIOPHEN DiXa-I®[30,48-51] and BIOPHEN Heparin LRT®[49]
b)  tests that measure the effect of rivaroxaban on the clotting of undiluted plasma of the patient, *e.g.*, the widely available routine clotting assays like the prothrombin time (PT)[28-30,32, 51,52] and the activated partial thromboplastin time (aPTT )[28-30, 32] and more specialized assays like the Russell viper venom time (RVVT),[28, 53] the prothrombinase induced clotting time (PiCT)[28, 30] and the thrombin generation assay.[24,26,28,30,47]

Anti-FXa assays give an accurate number for the rivaroxaban concentration in plasma that correlates well with quantification of rivaroxaban with HPLC-MS/MS[30,47-51] (Fig. 2), but do not provide information on the effect that that rivaroxaban level has on the clotting of blood of that particular patient. The reason for this is that the effect of a given amount of rivaroxaban on the clotting of blood may vary between patients.

Routine laboratory assays that can be used to determine the effect of rivaroxaban on the clotting of undiluted plasma include the prothrombin time (PT)[28-30,32,51] and the activated partial thromboplastin time (aPTT).[28-30,32]

When a control plasma is spiked with known amounts of rivaroxaban, there appears to be a good linear dose-response relationship between the rivaroxaban concentration in plasma and the clotting time measured with the PT (Fig. 3A)[28,30] and a dose-dependent prolongation

USCA5 4174

of the aPTT (Fig. 3B).[28,30] However, when the same clotting assays are performed in full plasma of patients receiving rivaroxaban, the correlation between clotting times and rivaroxaban levels determined with HPLC-MS/MS is much less [compare Fig. 3A and Fig. 4]. The reason for this is that the clotting time of a given plasma sample is not only determined by the rivaroxaban concentration but also by the basal activity of the coagulation pathway. Since the basal activity of the coagulation pathway differs between individuals this will in a population result in different clotting times for a given rivaroxaban concentration [Fig. 4][54]. However, the fact that the outcome of rivaroxaban testing in full plasma of patients is modulated by the basal activity of the coagulation cascade can be used to determine the degree of anticoagulation[52,55] and help to estimate the risk of bleeding and stroke of an individual patient (see below p. 15-22)



*Fig. 2. Correlation between rivaroxaban levels in plasma from patients determined with HPLC-MS/MS and the STA-Liquid Anti-FX assay. (Rathbun et al. Comparison of methods to determine rivaroxaban anti-factor Xa activity. Thromb Res. 2015;135(2):39).*



*Fig. 3AB. Correlation between the PT (A) and the aPTT (B) and rivaroxaban levels in normal-pooled plasma spiked with known amounts of rivaroxaban. (Samama et al. Assessment of laboratory assays to measure rivaroxaban – an oral, direct Factor Xa inhibitor. Thromb Haemost 2010, 103: 815-825 (Fig. 1 and Fig. 3)).*



*Fig. 4 Effect of rivaroxaban concentrations determined with HPLC-MS/MS on the PT (n = 1592) of healthy male subjects treated with rivaroxaban. PT was determined with rabbit brain thromboplastin with an international sensitivity index (ISI) of 1.2 (Neoplastin Plus; Roche Diagnostics, Mannheim, Germany). (Kubitza et al. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939--an oral, direct Factor Xa inhibitor--after multiple dosing in healthy male subjects. Eur J Clin Pharmacol. 2005;61(12):873-80)[54]. (BAY 59-7939 = rivaroxaban).*

From the data presented in Fig. 4 an equation can be derived that describes the relation between the plasma rivaroxaban concentration and the prothrombin time (PT). According to the author of this report (JR) the PT value without rivaroxaban is 12.5 sec and the slope of the line is 0.0492 yielding the following equation:

Rivaroxaban (µg/L)= [(PT -12.5)/0.0492]                               Equation 1


## DOSE-RANGING STUDIES TO EXPLORE EFFICACY AND SAFETY OF RIVAROXABAN IN THE TREATMENT AND PREVENTION OF VENOUS THROMBOSIS AND STROKE

Five dose-ranging studies were performed to evaluate the efficacy and safety of rivaroxaban in the treatment of acute asymptomatic thrombosis,[56] proximal DVT,[57] and in the thrombophylaxis,[58] and prevention[59,60] of VTE after total hip[58,59] and total knee[60] replacement. The rivaroxaban doses tested were 20, 30, 40 mg OD in acute asymptomatic thrombosis[56] and 10, 20, or 30 mg BID or 40 mg OD in the Phase II trial in patients with proximal DVT.[57] In both studies there were no significant differences in the primary efficacy outcome (venous thromboembolic complications and/or asymptomatic deterioration in thrombotic burden) between the different doses. Hence, it was stated in both papers[56,57] that it is possible that lower doses might be as effective as the doses that were tested (20 mg OD/10 mg BID).

Much lower rivaroxaban doses were tested in the thrombophylaxis of VTE after total hip replacement[58] (5, 10, 20, 30, or 40 mg OD) and for the prevention of VTE after total hip[59] or total knee replacement[60] (2.5, 5, 10, 20, or 30 mg bid). Also in these trials there were no significant differences in efficacy between the different doses, but in all studies there was a significant increase of major postoperative bleeding at increasing doses.

On the basis of these studies, Phase III clinical trials were organized in which the efficacy and

safety of rivaroxaban were compared with other anticoagulants.[61-64] In these trials, fixed-dose regimens were chosen, *i.e.*, 15 mg twice daily for 3 weeks, followed by 20 mg once daily in patients with symptomatic PE[61] and symptomatic VTE[62] and 10 mg of oral rivaroxaban once daily for thromboprophylaxis after hip arthroplasty[63] and after total knee arthroplasty.[64] Considering the Phase II dose ranging studies,[56-60] the treatment regimen in the Phase III studies, which are currently approved by regulatory authorities,[65,66] were not necessarily the lowest effective doses.

In 2010, the protocol of the ROCKET AF study, the aim of which was to compare the efficacy and safety of rivaroxaban and warfarin for the prevention of thromboembolic disorders (*e.g.,* stroke in patients with AF), was published.[67] The results of the ROCKET AF study were presented one year later in the *New England Journal of Medicine*.[16] In the case of stroke prevention in AF patients no Phase II dose-ranging study was performed and the choice of rivaroxaban in the ROCKET study (20 mg OD or 15 mg OD in patients with a CrCl of 30-49 ml/min) was based on the two Phase II studies in which the efficacy and safety of different rivaroxaban doses for the treatment of VTE was determined.[56,57]

## STROKE PROTECTION, BLEEDING RATES, PROTHROMBIN TIME VALUES AND RIVAROXABAN PLASMA LEVELS

The Advisory Committee Briefing Document "Rivaroxaban for the Prevention of Stroke and Non-Central Nervous System (CNS) Systemic Embolism in Patients With Atrial Fibrillation, JNJ39039039; BAY 59-7939 (Rivaroxaban)" prepared by the sponsor[68] provides important information on the effect of rivaroxaban exposure on the PT. On p. 36 of this document it is reported that:

> *Results obtained from the population PK/PD analyses in a subset of AF patients with matched PK/PD rich sampling (n=161) in the Phase 3 ROCKET AF trial, showed that rivaroxaban plasma concentrations exhibited a close-to-linear relationship with PT (Figure 4-1). At steady-state, the baseline PT was estimated to be 11.4 seconds and the slope of the correlation between PT and rivaroxaban plasma concentrations was 4.26 seconds/100 µg/L. The residual variability was low (12.85%).*

From the information presented above (baseline PT = 11.4 sec; slope = 4.26 sec/100 µg/L Rivaroxaban = 0.0426 sec/1 µg/L Rivaroxaban) one can obtain an equation that describes the relationship between the plasma rivaroxaban level and the prothrombin time (PT):
PT = 11.4 + 0.0426 * [Rivaroxaban].
----> Rivaroxaban (µg/L)= [(PT -11.4)/0.0426]                                        Equation 2

This equation closely resembles the equation between rivaroxaban levels and PT (Eq. 1 p. 14, Rivaroxaban (µg/L)= [(PT -12.5)/0.0492]) that was obtained from a pharmacokinetic and pharmacodynamic study performed in healthy male subjects.[54]

USCA5 4177



*Fig. 5. Rocket PT time vs. Rivaroxaban plasma concentration (ug/L). PT was measured with Neoplastin®. (Xarelto AdComm Sep 8 2011 Sponsor Briefing Doc UCM270797.pdf, p. 36).*[68]

On p. 38 of the FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf),[69] a similar dose-response relationship (Fig. 6) is presented which presumably contains the same data but with reduced figure axes.

**Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration**



*Fig. 6. Rocket PT as a function of the rivaroxaban plasma concentration. (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf, p. 38*[69] *and 202439Orig1s000ClinPharmR-1.pdf, p. 27).*[70]

USCA5 4178

On p. 39 (pdf p. 40) of the same document,[69] a figure is presented which shows the percentage of patients with ischemic stroke as a function of the PT (data from 7008 patients from the ROCKET study), and which demonstrates that the occurrence of stroke was independent of the PT (Fig. 7).



Fig. 7. Rocket patients with ischemic stroke as a function of the prothrombin time (PT). (Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf, p. 39).[69]

In this figure the ROCKET population is divided in quartiles [cf. p.41[69]] with PT values < 14.2 sec, 14.2-16.6 sec, 16.6-19.8 sec and ≥ 19.8 sec, respectively. The data points (yellow diamonds) in this figure represent the percentage of ischaemic stroke as a function of the median PT of the different quartiles. The median PT values of these quartiles and corresponding stroke percentages can be calculated from the figure (Fig. 7) and the median PT values can be subsequently converted to median rivaroxaban concentrations using Equation 2 given at p. 13. The results of these calculations are summarized in Table 2.

**Table 2.**

| PT range quartile | PT (median) | Stroke | Plasma rivaroxaban |
|---|---|---|---|
| Q1 < 14.2 sec | 13 sec | 2.0 % | 37.6 µg/L |
| Q2 =14.2-16.6 sec | 15.3 sec | 1.8 % | 91.5 µg/L |
| Q3 =16.6-19.8 sec | 18.0 sec | 2.2 % | 154.9 µg/L |
| Q4 ≥ 19.8 sec | 23.0 sec | 1.95 % | 272.3 µg/L |

Median and percent with ischaemic stroke (%) calculated from data points in Fig. 7.

USCA5 4179

On p. 40 (pdf p. 41) of the FDA Ad Comm Briefing Document,[69] a similar figure is presented which shows the percentage of ROCKET patients with major bleeds as a function of the PT and which demonstrates that the occurrence of major bleeding increased with increasing PT (Fig. 8).



Fig. 8. ROCKET patients with major bleeds as a function of the prothrombin time (PT). Taken from: p. 40 Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf.[69]

In this figure the ROCKET population is divided in the same quartiles as in Fig. 7, but the data points (yellow diamonds) in Fig. 8 represent the percentage of major bleeding as a function of the median PT of the patients in the different quartiles. The medians of the different quartiles and corresponding stroke percentages were calculated from this figure and the median PT values were converted to median rivaroxaban concentrations using Equation 2 given at p. 13. The results of these calculations are summarized in Table 3.

**Table 3**

| PT range quartile | PT (median) | Major Bleeding | Plasma rivaroxaban |
|---|---|---|---|
| Q1 < 14.2 sec | 13 sec | 3.05 % | ~38 µg/L |
| Q2 =14.2-16.6 sec | 15.3 sec | 4.36 % | ~92 µg/L |
| Q3 =16.6-19.8 sec | 18.0 sec | 5.2 % | ~155 µg/L |
| Q4 ≥ 19.8 sec | 23.0 sec | 7.1 % | ~272 µg/L |

Median and percent with major bleeds (%) calculated from data points in Fig. 8.

USCA5 4180

The data presented in Table 2 and Table 3 are summarized in the figures presented below which show a line figure (Fig 9A) and a bar diagram (Fig. 9B) of the stroke and major bleeding incidence (both in %) as a function of the median plasma rivaroxaban concentrations in patients in the ROCKET study.



*Fig. 9AB. Stroke and major bleeding (both in %) in the ROCKET patient population at different plasma rivaroxaban concentrations calculated from PT values. Figures were prepared using data presented in Table 2 and Table 3.*

Fig. 9AB indicates that rather low plasma rivaroxaban concentrations (< 100 µg/L) are sufficient for stroke protection and that higher rivaroxaban concentrations do not further protect against stroke, but substantially increase the major bleeding risk.

The question is whether these data are indicative of a therapeutic range and support monitoring or dose-finding and a twice daily dosing regimen of AF patients that are prescribed rivaroxaban for stroke protection. With respect to this it is important to emphasize that rivaroxaban has a rather short half-life of 5–9 hours in healthy young subjects and 11–13 hours in elderly subjects,[14] and that peak plasma rivaroxaban concentrations are ~6 times higher than trough concentrations[14] (Table 1, p. 9). Hence, it is important to know at which time after dosing with rivaroxaban the blood samples for PT analysis in ROCKET were to be obtained. In the FDA Ad Comm Briefing Document[69] it is described on p. 44 that plasma samples were taken at the Week 12 and Week 24 visits and were collected mostly 12-24 hours post rivaroxaban dose (Fig. 10). This figure shows that the majority of PT values (~70%) of patients presented in Figs. 7-9 were obtained at ~ 14 hours (12-16 hours) after dosing which is close to the half-life value ($t_{1/2}$) of rivaroxaban elimination from plasma, that is the time at which plasma rivaroxaban levels are ~ 50% of the peak value.



*Fig. 10. Distribution of PT sampling times in PT-Ischemic stroke subset (n 6193). Majority of the PT samples were collected during the 12-24 hours post dose window. (p. 27 (Figure 4) of REF 70. A similar figure is presented on p. 44 (Figure 12) of REF 69).*

Fig. 9AB suggests that rivaroxaban at concentrations of 100 µg/mL, present in blood at ~14 hours after receiving the last dose, provides optimal protection against stroke in AF patients and minimizes bleeding risk. Higher rivaroxaban concentrations offer no further advantage for stroke protection but are associated with substantially higher rates of major bleeding. Thus, AF patients will likely benefit from dosing to rivaroxaban levels below 100 µg/L in plasma (~ 14 hours post rivaroxaban dose).

The data and propositions presented above are supported by the pharmacokinetic and pharmacodynamic study of Graf et al.[26,27] in which it was demonstrated that in healthy male volunteers who received a single dose of rivaroxaban, thrombin generation was fully or almost fully inhibited at plasma rivaroxaban concentrations exceeding 100µg/L (see Fig. 1 on p. 11).

Dosing on the basis of rivaroxaban levels present in the plasma of a patient can be done with HPLC/MS-MS or with anti-FXa assays carried out with diluted patient plasma. Although both techniques accurately determine the plasma concentration of rivaroxaban, they carry two disadvantages. In the first place, the performance of both assays requires special expertise and the methodologies are only available in a limited number of routine clinical laboratories. In addition, knowledge of the absolute plasma rivaroxaban concentration in blood of a patient does not provide information on the effect that that rivaroxaban concentration has on the clotting of blood of the patient.

Since a particular rivaroxaban concentration may differentially affect the clotting systems of different individuals, *i.e.*, result in different intensities of inhibition of clot formation[52,55], dosing/monitoring of an anticoagulant drug should be preferentially guided by a functional assay, the outcome of which predicts stroke as well as bleeding risk of the individual patient. Although several routine clotting assays are sensitive for the presence of rivaroxaban[28-30,32,51-53] and measure the effect of circulating rivaroxaban on the clotting of plasma from an

individual patient, the classical PT assay is generally considered to be the best full plasma-clotting test to quantify the activity of rivaroxaban in patient plasma.[28-30,32, 51,52] The data presented in the FDA Ad Comm Briefing Document[69] and shown as Fig. 7 and Fig. 8 in this report can be used to guide PT-based dosing in patients treated with rivaroxaban. A conservative cut-off would be the lowest PT value of the last quartile (19.8 sec) which would mean that in patients with PT > 19.8 sec, determined ~14 hours after rivaroxaban administration, either the dose of rivaroxaban has to be reduced to attain a PT value in the range of that observed in patient quartiles with lower bleeding risks (*e.g.*, a PT of 15.3 sec which is the median PT of the second quartile), or the rivaroxaban must be discontinued. In short, the PT cut-off value allows a clinician to make appropriate adjustments in therapy and protect patients from being exposed to an excessive bleeding risk.

The applicability of the PT assay to screen patients for bleeding risk during rivaroxaban treatment is also supported by "real-life observations" of Nakano et al.[71] who related PT values with outcome events (stroke, embolism and bleeding) in a group of AF patients treated with rivaroxaban. They observed that patients who had peak PTs ≥20 sec experienced significantly more bleeding events than patients with PT < 20 sec.

It should be emphasized that the cut-off PT proposed above, which is based on major bleeding and stroke incidence in ROCKET patients, only holds for a PT assay performed with a thromboplastin preparation as was used in the ROCKET study (Neoplastin®). Although the PT linearly correlates with rivaroxaban plasma concentrations for thromboplastin preparations from different manufacturers,[28, 30, 52,72,73] the dependency of the PT as function of the plasma rivaroxaban concentration, *i.e.*, the slope of the rivaroxaban *vs.* PT plot, depends on the thromboplastin preparation that is used in the PT assay.[28, 30, 52,72,73]

Considering the day-to-day variation of the PT assay and batch-to-batch variations of the reagents, *e.g.*, the type of thromboplastin reagent used in the assay, it is to be expected that an even more reliable identification of patients exposed to an excessive anticoagulant effect of rivaroxaban will be obtained on the basis of an INR value using an ISI for the thromboplastin preparation that is specifically determined for rivaroxaban.[73,74]

Finally, the pharmacokinetic and pharmacodynamic properties of rivaroxaban suggest that a twice daily regimen will result in lower peak to trough ratios in PT and lower rivaroxaban levels compared to once daily dosing (Fig. 11 taken from REF 69,70). Hence, a combination of twice daily dosing and a reduction in the total daily dose will likely result in a lower bleeding risk without affecting the stroke risk. Indeed FDA reviewers[70,75] of the sponsor briefing document[68] as well as members of the Cardiovascular & Renal Drugs Advisory Committee[75] noted that twice daily dosing might have been more safe and effective than a once daily dosing regimen. In this respect it is also important to mention that for two other DOACs (dabigatran and apixaban) that are prescribed for stroke protection in AF patients, and which have a similar or longer half-life ($t_{\frac{1}{2}}$) as rivaroxaban[76], a twice daily dosing regimen was chosen.[77,78]

In a recent paper Graham and coworkers[79] reported that treatment of patients with nonvalvular AF with rivaroxaban 20 mg OD was associated with a significant increase in

bleeding compared with dabigatran 150 mg administered twice daily.

The authors hypothesized that the more pronounced anticoagulant effect observed during treatment with rivaroxaban may be due to the fact that a higher rivaroxaban dose is required for once-daily dosing compared with dabigatran which has a similar half-life[76], but which is dosed twice daily. They further suggested that a reduction of the daily rivaroxaban dose or a twice-daily dosing regimen might reduce the bleeding risk.



*Figure 11. Simulated PT-time course for the PK-PD subset in ROCKET-AF for a total daily dose of 20 mg rivaroxaban, given as once daily (red-dashed line) or as twice daily (blue-solid line). The simulations were based on rivaroxaban PK model and rivaroxaban PK-PT relationship presented in Figure 6, on p.16 of this report. This figure is presented as Figure 1 at pdf page 25 of REF 70 and as Figure 3 at p. 34 of REF 69.*

REFERENCES

1.  https://www.pradaxa.com/what-is-pradaxa/pradaxa-vs-warfarin.html Assessed 12 August 2016
2.  http://www.xarelto-info.co.uk/static/new/site-resources/pdfs/prescribing-information.pdf Assessed 12 August 2016
3.  https://www.eliquis.co.uk/hcp/eliquis-in-nvaf Assessed 12 August 2016
4.  Bauer KA. Pros and cons of new oral anticoagulants. Hematology Am Soc Hematol Educ Program. 2013;2013:464-70.
5.  Turpie AG. Rivaroxaban as an oral anticoagulant for stroke prevention in atrial fibrillation. Ther Clin Risk Manag. 2014;10:197-205.
6.  Schulman S. Advantages and limitations of the New anticoagulants J. Int. Med. 2014;275:1-11
7.  Posner J. Optimizing the dose of dabigatran etexilate. Br J Clin Pharmacol. 2012;74(5):741-3.
8.  Ten Cate H. New oral anticoagulants: discussion on monitoring and adherence should start now! Thromb J. 2013;11(1):8.
9.  Freyburger G, Macouillard G, Labrouche S, Sztark F. Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: Two observational studies in patients undergoing total hip or total knee replacement. Thrombosis Research 2011;127:457–465.
10. Powell JR. Are new oral anticoagulant dosing recommendations optimal for all patients? JAMA. 2015;313(10):1013-4.
11. Mismetti P, Laporte S. New oral antithrombotics: a need for laboratory monitoring. For. J Thromb Haemost 2010; 8: 621–6.
12. Perzborn E, Roehrig S, Straub A, Kubitza D, Mueck W, Laux V. Rivaroxaban: a new oral factor Xa inhibitor. Arterioscler Thromb Vasc Biol. 2010;30(3):376-81.

13. https://www.xarelto-us.com/shared/product/xarelto/prescribing-information.pdf. Assessed 5 October 2016.

14. Mueck W, Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban. Clin. Pharmacokinet. 2014;53:1–16.

15. Weinz C, Schwarz T, Kubitza D, Mueck W, Lang D. Metabolism and excretion of rivaroxaban, an oral, direct Factor Xa inhibitor, in rats, dogs and humans. Drug Metab Dispos. 2009;37:1056 – 1064.

16. Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, Breithardt G, Halperin JL, Hankey GJ, Piccini JP, Becker RC, Nessel CC, Paolini JF, Berkowitz SD, Fox KA, Califf RM; ROCKET AF Investigators. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011;365(10):883-91.

17. Girgis IG, Patel MR, Peters GR, Moore KT, Mahaffey KW, Nessel CC, Halperin JL, Califf RM, Fox KA, Becker RC. Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: results from ROCKET AF. J Clin Pharmacol. 2014;54(8):917-27.

18. Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer K-H, Straub A. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939—an oral, direct Factor Xa inhibitor. J Thromb Haemost 2005; 3: 514–21.

19. Tersteegen A, Schmidt S, Burkhardt N. Rivaroxaban—an oral, direct Factor Xa inhibitor— binds rapidly to Factor Xa. J Thromb Haemost. 2007;5(Suppl 2):Abstract P-W-651.

20. Gerotziafas GT, Elalamy I, Depasse F, Perzborn E, Samama MM. In vitro inhibition of thrombin generation, after tissue factor pathway activation, by the oral, direct Factor Xa inhibitor rivaroxaban. J Thromb Haemost. 2007;5:886–888.

21. Neuenschwander PF, Bianco-Fisher E, Rezaie AR, Morrissey JH. Phosphatidylethanolamine augments factor VIIa-tissue factor activity: enhancement of sensitivity to phosphatidylserine. Biochemistry. 1995 Oct 31;34(43):13988-93.

22. Kerschbaumer RJ, Riedrich K, Kral M, Varadi K, Dorner F, Rosing J, Scheiflinger F. An antibody specific for coagulation factor IX enhances the activity of the intrinsic factor X-activating complex. J Biol Chem. 2004;279(39):40445-50.

23. Jourdi G, Siguret V, Martin AC, Golmard JL, Godier A, Samama CM, Gaussem P, Gouin-Thibault I, Le Bonniec B. Association rate constants rationalise the pharmacodynamics of apixaban and rivaroxaban. Thromb Haemost. 2015;114(1):78-86.

24. Wong PC, White A, Luettgen J. Inhibitory effect of apixaban compared with rivaroxaban and dabigatran on thrombin generation assay. Hosp Pract 2013; 41: 19–25.

25. Kremers RMW, Peters TC, Wagenvoord RJ, Hemker HC. The balance of pro- and anticoagulant processes underlying thrombin generation. J Thromb Haemost 2015; 13: 437–47.

26. Graff J, von Hentig N, Misselwitz F, Kubitza D, Becka M, Breddin HK, Harder S. Effects of the oral, direct factor xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity. J Clin Pharmacol. 2007;47(11):1398-407.

27. Graff J, von Hentig N, Misselwitz F, Kubitza D, Becka M, Breddin HK, Harder S. Effects of the oral, direct factor Xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity: Errata. J Clin Pharmacol. 2008;48(11):1368.

28. Samama MM, Martinoli JL, Le Flem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban – an oral, direct Factor Xa inhibitor. Thromb Haemost 2010;103: 815-825.

29. Hillarp A, Baghaei F, Fagerberg Blixter I, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, Lindahl TL. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. J Thromb Haemost 2011; 9: 133–9.

30. Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res. 2012;130(6):956-66.

USCA5 4185

31. Francart SJ, Hawes EM, Deal AM, Adcock DM, Gosselin R, Jeanneret C, Friedman KD, Moll S. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. Thromb Haemost. 2014;111(6):1133-40.

32. Van Blerk M, Bailleul E, Chatelain B, Demulder A, Devreese K, Douxfils J, Jochmans K, Mullier F, Wijns W, Soumali MR, Coucke W, Vernelen K, Van de Walle P. Influence of dabigatran and rivaroxaban on routine coagulation assays. A nationwide Belgian survey. Thromb Haemost. 2015;113(1):154-64.

33. Gerotziafas GT, Depasse F, Busson J, Leflem L, Elalamy I, Samama MM. Towards a standardization of thrombin generation assessment: the influence of tissue factor, platelets and phospholipids concentration on the normal values of Thrombogram-Thrombinoscope assay. Thromb J. 2005;3:16-26

34. Pike GN, Cumming AM, Hay CR, Bolton-Maggs PH, Burthem J. Sample conditions determine the ability of thrombin generation parameters to identify bleeding phenotype in FXI deficiency. Blood. 2015;126(3):397-405.

35. Bounameaux H, Reber G. New oral antithrombotics: a need for laboratory monitoring. Against. J Thromb Haemost. 2010;8(4):627-30.

36. Bauer KA. Recent progress in anticoagulant therapy: oral direct inhibitors of thrombin and factor Xa. J Thromb Haemost. 2011;9 Suppl 1:12-9.

37. Sobieraj-Teague M, O'Donnell M, Eikelboom. J.New anticoagulants for atrial fibrillation. Semin Thromb Hemost. 2009;35(5):515-24.

38. Becattini C, Agnelli G. Treatment of Venous Thromboembolism With New Anticoagulant Agents. J Am Coll Cardiol. 2016;67(16):1941-55.

39. Yeh CH, Hogg K, Weitz JI. Overview of the new oral anticoagulants: opportunities and challenges. Arterioscler Thromb Vasc Biol. 2015;35(5):1056-65.

40. Spencer RJ, Amerena JV. Rivaroxaban in the Prevention of Stroke and Systemic Embolism in Patients with Non-Valvular Atrial Fibrillation: Clinical Implications of the ROCKET AF Trial and Its Subanalyses. Am J Cardiovasc Drugs. 2015;15(6):395-401.

41. Lippi G, Favaloro EJ. Recent guidelines and recommendations for laboratory assessment of the direct oral anticoagulants (DOACs): is there consensus? Clin Chem Lab Med. 2015;53(2):185-97.

42. Samama MM, Amiral J, Guinet C, Le Flem L, Seghatchian J. Monitoring plasma levels of factor Xa inhibitors: how, why and when? Expert Rev Hematol. 2013;6(2):155-64.

43. Lindhoff-Last E1, Ansell J, Spiro T, Samama MM. Laboratory testing of rivaroxaban in routine clinical practice: when, how, and which assays. Ann Med. 2013;45(5-6):423-9.

44. Pollack CV Jr. Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 2016;33(6):423-30.

45. Rohde G. Determination of rivaroxaban--a novel, oral, direct Factor Xa inhibitor--in human plasma by high-performance liquid chromatography-tandem mass spectrometry. J Chromatogr B Analyt Technol Biomed Life Sci. 2008;872(1-2):43-50.

46. Iqbal M, Khalil NY, Imam F, Khalid Anwer M. A validated high-throughput UHPLC-MS/MS assay for accurate determination of rivaroxaban in plasma sample. J Thromb Thrombolysis. 2015;39(1):79-88.

47. Rathbun S, Tafur A, Grant R, Esmon N, Mauer K, Marlar RA. Comparison of methods to determine rivaroxaban anti-factor Xa activity. Thromb Res. 2015;135(2):394-7.

48. Königsbrügge O, Quehenberger P, Belik S, Weigel G, Seger C, Griesmacher A, Pabinger I, Ay C. Anti-coagulation assessment with prothrombin time and anti-Xa assays in real-world patients on treatment with rivaroxaban. Ann Hematol. 2015;94(9):1463-71.

49. Schmitz EM, Boonen K, van den Heuvel DJ, van Dongen JL, Schellings MW, Emmen JM, van der Graaf F, Brunsveld L, van de Kerkhof D. Determination of dabigatran, rivaroxaban and apixaban by ultra-performance liquid chromatography - tandem mass spectrometry (UPLC-MS/MS) and

USCA5 4186

coagulation assays for therapy monitoring of novel direct oral anticoagulants. J Thromb Haemost. 2014;12(10):1636-46.

50. Douxfils J, Tamigniau A, Chatelain B, Chatelain C, Wallemacq P, Dogné JM, Mullier F.Comparison of calibrated chromogenic anti-Xa assay and PT tests with LC-MS/MS for the therapeutic monitoring of patients treated with rivaroxaban. Thromb Haemost. 2013;110(4):723-31.

51. Francart SJ, Hawes EM, Deal AM, Adcock DM, Gosselin R, Jeanneret C, Friedman KD, Moll S. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. Thromb Haemost. 2014;111(6):1133-40.

52. Tripodi A. Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test. J Thromb Haemost. 2013;11:576–8.

53. Exner T, Ellwood L, Rubie J, Barancewicz A. Testing for new oral anticoagulants with LA resistant russells viper venom reagents. an in vitro study. Thromb Haemost. 2013;109:762–5.

54. Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939--an oral, direct Factor Xa inhibitor--after multiple dosing in healthy male subjects. Eur J Clin Pharmacol. 2005;61(12):873-80.

55. Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring oral direct inhibitors of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. J Thromb Haemost 2013;11:756–60.

56. Buller HR, Lensing AW, Prins MH, Agnelli G, Cohen A, Gallus AS, Misselwitz F, Raskob G, Schellong S, Segers A, Einstein-DVT Dose-Ranging Study investigators. A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study. Blood. 2008;112(6):2242-7.

57. Agnelli G, Gallus A, Goldhaber SZ, Haas S, Huisman MV, Hull RD, Kakkar AK, Misselwitz F, Schellong S; ODIXa-DVT Study Investigators. Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007;116(2):180-7.

58. Eriksson BI, Borris LC, Dahl OE, Haas S, Huisman MV, Kakkar AK, Muehlhofer E, Dierig C, Misselwitz F, Kälebo P; ODIXa-HIP Study Investigators. A once-daily, oral, direct Factor Xa inhibitor, rivaroxaban (BAY 59-7939), for thromboprophylaxis after total hip replacement. Circulation 2006;114(22):2374-81.

59. Eriksson BI, Borris L, Dahl OE, Haas S, Huisman MV, Kakkar AK, Misselwitz F, Kälebo P; ODIXa-HIP Study Investigators. Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. J Thromb Haemost. 2006;4(1):121-8.

60. Turpie AG, Fisher WD, Bauer KA, Kwong LM, Irwin MW, Kälebo P, Misselwitz F, Gent M; OdiXa-Knee Study Group. BAY 59-7939: an oral, direct factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study. J Thromb Haemost. 2005;3(11):2479-86.

61. EINSTEIN–PE Investigators, Büller HR, Prins MH, Lensin AW, Decousus H, Jacobson BF, Minar E, Chlumsky J, Verhamme P, Wells P, Agnelli G, Cohen A, Berkowitz SD, Bounameaux H, Davidson BL, Misselwitz F, Gallus AS, Raskob GE, Schellong S, Segers A. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012;366(14):1287-97.

62. EINSTEIN Investigators, Bauersachs R, Berkowitz SD, Brenner B, Buller HR, Decousus H, Gallus AS, Lensing AW, Misselwitz F, Prins MH, Raskob GE, Segers A, Verhamme P, Wells P, Agnelli G, Bounameaux H, Cohen A, Davidson BL, Piovella F, Schellong S. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010;363(26):2499-510.

USCA5 4187

63. Eriksson BI, Borris LC, Friedman RJ, Haas S, Huisman MV, Kakkar AK, Bandel TJ, Beckmann H, Muehlhofer E, Misselwitz F, Geerts W; RECORD1 Study Group.Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. N Engl J Med. 2008;358(26):2765-75.

64. Lassen MR, Ageno W, Borris LC, Lieberman JR, Rosencher N, Bandel TJ, Misselwitz F, Turpie AG; RECORD3 Investigators. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. N Engl J Med. 2008;358(26):2776-86.

65. http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/022406s015lbl.pdf. Assessed October 8, 2016.

66. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Summary_for_the_public/human/000944/WC500057109.pdf Assessed October 8, 2016.

67. ROCKET AF Study Investigators. Rivaroxaban-once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation: rationale and design of the ROCKET AF study. Am Heart J. 2010;159(3):340-347.

68. Xarelto AdComm Sep 8 2011 Sponsor Briefing Doc UCM270797.pdf.

69. Sept. 8, 2011 - FDA Ad Comm Briefing Document.pdf.

70. 202439Orig1s000ClinPharmR-1.pdf.

71. Nakano Y, Kondo T, Osanai H, Murase Y, Nakashima Y, Asano H, Ajioka M, Sakai K, Inden Y, Murohara T. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol. 2015;65(3):185-90.

72. Lippi G, Ardissino D, Quintavalla R, Cervellin G. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. J Thromb Thrombolysis. 2014;38(2):269-74.

73. Tripodi A, Chantarangkul V, Guinet C, Samama MM. The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients. results of an in vitro study. J Thromb Haemost 2011;9:226–8.

74. Harenberg J, Marx S, Krämer R, Giese C, Weiss C. Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as calibrator for plasma spiked with rivaroxaban. Blood Coagul Fibrinolysis. 2011;22(8):637-41.

75. Xarelto AdComm Sep 8 2011 Transcript UCM277588.pdf p. 189, (reviewer) p. 291, 415

76. Gong IY, Kim RB. Importance of pharmacokinetic profile and variability as determinants of dose and response to dabigatran, rivaroxaban, and apixaban. Can J Cardiol. 2013;29(7 Suppl):S24-33.

77. http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022512s009lbl.pdf (assessed October 8, 2016).

78. http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/202155s000lbl.pdf (assessed October 8, 2016).

79. Graham DJ, Reichman ME, Wernecke M, Hsueh YH, Izem R, Southworth MR, Wei Y, Liao J, Goulding MR, Mott K, Chillarige Y, MaCurdy TE, Worrall C, Kelman JA. Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation. JAMA Intern Med. 2016 Oct 3. doi: 10.1001/jamainternmed.2016.5954.

# APPENDIX A

| Materials Relied On, Reviewed, and/or Considered by Jan Rosing, Ph.D. |
|---|
| All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |

| **Product Labels** |
|---|
| Xarelto SPC (EMA) |
| Xarelto Label (8/25/2016) |

| **Literature** |
|---|
| Adcock, D.M. and Gosselin, R. Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review. Thromb Res 2015;136:7-12. |
| Agarwal, S., et al. *Current Trial-Associated Outcomes With Warfarin in Prevention of Stroke in Patients with Nonvalvular Atrial Fibrillation: A Meta-analysis.* Arch Intern Med (2012) 172;8. |
| Ageno, W., et al. *Oral Anticoagulant Therapy: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines.* CHEST (2012). |
| Agnelli, G., et al. *Treatment of Proximal Deep-Vein Thrombosis With the Oral Direct Factor Xa Inhibitor Rivaroxaban (BAY 59-7939)* . Circulation 2007;116:180-187. |
| Al-Aieshy, F., et al. *Clinical evaluation of laboratory methods to monitor exposure of rivaroxaban at trough and peak in patients with atrial fibrillation* . Eur J Clin Pharmacol (2016) 72:671-679. |
| Alquwaizani, M., et al. *Anticoagulants: A Review of the Pharmacology, Dosing and Complications.* Curr Emerg Hosp Med Rep (2013) 1:83-97. |
| Ansell, J., *Should Newer Oral Anticoagulants Be Used as First-Line Agents to Prevent Thromboembolism in Patients With Atrial Fibrillation and Risk Factors for Stroke or Thromboembolism? New Oral Anticoagulants Should Not Be Used as First-Line Agents to Prevent Thromboembolism in Patients with Atrial Fibrillation.* Circulation (2012) 125;1:183-189. |
| Ansell, J., *Warfarin Versus New Agents: Interpreting the Data.* Hematology (2010) |
| Armbruster, D.A. and Pry, T. *Limit of Blank, Limit of Detection and Limit of Quantitation* . Clin Biochem Rev, Vol 29(i)(2008). |
| Asmis, L.M., et al. *Rivaroxaban: Quantification by anti-FXa assay and influence on coagulation tests: A study in 9 Swiss laboratories* . Thromb Res 2012;129;492-498. |
| Baglin, T. *The role of the laboratory in treatment with new oral anticoagulants* . J Thromb and Haemost 2013;11(Suppl 1):122-128. |
| Baglin, T., et al. *Measuring oral direct inhibitors of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis* . J Thromb and Haemost 2013;11:756-760. |
| Barco, S., et al. *Home treatment of patients with low-risk pulmonary embolism with the oral factor Xa inhibitor rivaroxaban: Rationale and design of the HoT-PE Trial* . Thromb Haemost 2016;116:191-197 (including Supplementary Materials). |
| Barco, S., et al. *New oral anticoagulants in elderly patients.* Best Practice & Research Clinical Haematology (2013) 26:215-224. |
| Bardy, G., et al. *Is anti-factor Xa chromogenic assay for Rivaroxaban appropriate in clinical practice? Advantages and comparative drawbacks* . Thromb Res 2015;136:396-401. |
| Basili, S., et al. *Atrial fibrillation is not associated with increased risk of venous thromboembolism: Results from ARAPACIS study* . Thromb Haemost |
| Bauer, K.A. *Pros and cons of new oral anticoagulants* . ASH Education Book 2013(1):464-470. |

Bauer, K.A., et al. *Dabigatran, ROCKET Atrial Fibrillation, and Beyond* . Stroke 2013;44[suppl 1]:S38-S40.

Becattini, C., et al. *Old and new oral anticoagulants for venous thromboembolism and atrial fibrillation: A review of the literature.* Thrombosis Research (2012) 129:392-400.

Bell, S., et al. *New antithrombotic drugs for atrial fibrillation: caution is needed.* The Lancet (2012) 379:e24.

Berge, E., et al. *The Factor V Leiden, Prothrombin Gene 20210GA, Methylenetetrahydrofolate Reductase 677CT and Platelet Glycoprotein IIIa 1565TC Mutations in Patients With Acute Ischemic Stroke and Atrial Fibrillation* . Stroke 2007;38:1069-1071.

Beyer-Westendorf, J. and Gehrisch, S. *Pharmacokinetics of rivaroxaban in adolescents* . Hamostaseologie 2014;34:85-87.

Beyer-Westendorf, J. and Siegert, G. *Of men and meals* . J Thromb and Haemost 2015;13:943-945.

Bloemen, S., et al. *Large inter-individual variation of the pharmacodynamic effect of anticoagulant drugs on thrombin generation* . Haematologica

Brekelmans, M.P.A., et al. *Clinical impact and course of major bleeding with edoxaban versus vitamin K antagonists* . Thromb Haemost 2016;116:155-161.

Brown, A. *Vantage Point – As Eliquis limps on Xarelto dominates oral blood thinners.* EP Vantage (2013).

Buller, H.R., et al. *A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the EINSTEIN-DVT Dose-Ranging Study* . BLOOD, 15 Sept. 2008;Vol.112(6).

Burghaus, R., et al. *Evaluation of the Efficacy and Safety of Rivaroxaban Using a Computer Model for Blood Coagulation* . PloS ONE Apr 2011;6(4):e17626.

Burns, M. *Janssen, Forest Labs dominate top five in spent advertising.* Drugs.com (2013).

Cairns, J.A. *Which Oral Anticoagulant for Which Atrial Fibrillation Patient: Recent Clinical Trials and Evidence-Based Choices.* Canadian Journal of Cardiology (2013) 29:1165-1172.

Camm, A.J., et al. *XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation* . Eur Heart J 2016;37:1145-1153.

Capodanno, D., et al. *Novel oral anticoagulants versus warfarin in non-valvular atrial fibrillation: A meta-analysis of 50,578 patients.* International Journal of Cardiology (2012).

Capranzano, P., et al. *Personalizing oral anticoagulant treatment in patients with atrial fibrillation* . Expert Rev Cardiovasc Ther 2013;11(8);959-973.

Castellucci, L.A., et al. *Clinical and Safety Outcomes Associated With Treatment of Acute Venous Thromboembolism: A Systematic Review and Meta-analysis* . JAMA 2014;312(11):1122-1135.

Chan, N.C., et al. *New oral anticoagulants for stroke prevention in atrial fibrillation: impact of study design, double counting and unexpected findings on interpretation of study results and conclusions* . Thromb Haemost 2014;111:798-807.

Chan, N.C., et al. *Real-world variability in dabigatran levels in patients with atrial fibrillation* . J Thromb Haemost 2015;13:353-9.

Chang, J.B., et al. *A novel, rapid method to compare the therapeutic windows of oral anticoagulants using the Hill coefficient* . Scientific Reports

Choi, J.C., et al. *Survey of the use of warfarin and the newer anticoagulant dabigatran in patients with atrial fibrillation.* DovePress (2014).

Coppens, M., et al. *Stroke prevention in older adults with atrial fibrillation.* CMAJ (2013) 185;17:1479-1480.

Cuker, A., et al. *Laboratory Measurement of the Anticoagulant Activity of Non-Vitamin K Oral Anticoagulants.* Journal of the American College of Cardiology (2014) 64;11:1128-1139.

De Cream, R., et al. *New Oral Anticoagulants in Atrial Fibrillation and Acute Coronary Syndromes: ECS Working Group on Thrombosis – Task Force on Anticoagulants in Heart Disease Position Paper.* Journal of the American College of Cardiology (2012) 59;16:1413-1425.

De Caterina, R., et al. *Abnormal uterine bleeding in VTE patients treated with rivaroxaban compared to vitamin K antagonists* . Thromb Res (2015).

Deedwania, P.C.et al. *New Oral Anticoagulants in Elderly Patients with Atrial Fibrillation.* The American Journal of Medicine (2013) 126;4:289-296.

del Zoppo, G.J., et al. *New Options in Anticoagulation for Atrial Fibrillation.* NEJM (2011) 365;10:952-53.

Dempfle, Carl-Erik. *Direct Oral Anticoagulants – Pharmacology, Drug Interactions, and Side Effects* . Semin Hematol 2014;51:89-97.

Di Nisio, M., et al. *Risk of major bleeding in patients with venous thromboembolism treated with rivaroxaban or with heparin and vitamin K antagonists* . Thromb Haemost 2016;115:424-432 (including Supplementary Materials).

Douxfils, J., et al. *Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature* . Thromb Res 2012;130:956-966.

Douxfils, J., et al. *Edoxaban: Impact on routine and specific coagulation assays* . Thromb Haemost 2016;115:368-381 (including Supplementary Materials).

Douxfils, J., et al. *Impact of apixaban on routine and specific coagulation assays: a practical laboratory guide* . Thromb Haemost 2013;110.

Ebner, M., et al. *Point-of-Care Testing of Coagulation in Patients Treated With Non-Vitamin K Antagonist Oral Anticoagulants* . Stroke 2015;46:2741-2747.

EINSTEIN Investigators, The. *Oral Rivaroxaban for Symptomatic Venous Thromboembolism* . N Engl J Med 2010;363:2499-510.

EINSTEIN-PE Investigators, The. *Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism* . N Engl J Med 2012;336:1287-97.

Ellis, M.H., et al. *Bleeding in patients with atrial fibrillation treated with dabigatran, rivaroxaban or warfarin: A retrospective population-based cohort study* . European Journal of Internal Medicine (2016).

Eriksson, B.I., et al. *A Once-Daily, Oral Direct Factor Xa Inhibitor, Rivaroxaban (BAY 59-7939), for Thromboprophylaxis After Total Hip Replacement* . Circulation 2006;114:2374-2381.

Eriksson, B.I., et al. *Oral, director Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement* . J Thromb Haemost 2006;4:121-8.

Eriksson, B.I., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Hip Arthroplasty* . N Engl J Med 2008;358:2765-75.

Esmon, C.T., et al. *Targeting factor Xa and thrombin: impact on coagulation and beyond* . Thromb Haemost 2014;111:625-633.

Executive Steering Committee, on behalf of the ROCKET AF Study Investigators, The. *Rivaroxaban – Once daily, oral, direct factor Xa inhibition Compared with vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation: Rationale and Design of the ROCKET AF study* . Am Heart J 2010;159:340-347.e1.

Favaloro, E.J. and Lippi, G. *Laboratory Testing in the Era of Direct or Non-Vitamin K Antagonist Oral Anticoagulants: A Practical Guide to Measuring Their Activity and Avoiding Diagnostic Errors* . Semin Thromb Haemost 2015;41:208-227.

Favaloro, E.J. *Welcome to Seminars in Thrombosis & Hemostasis 2012.* Semin Thromb Hemost (2012) 38:5-6.

Fawole, A., et al. *Pratical management of bleeding due to the anticoagulants dabigatran, rivaroxaban, and apixaban.* Cleveland Clinic Journal of Medicine (2013) 80;7:443-451.

Francart, S.J., et al. *Performance of coagulation tests in patients on therapeutic doses of rivaroxaban.* Thromb Haemost 2014;111:1133-1140 (including Supplemental Materials).

Freyburger, G., et al. *Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: Two observational studies in patients undergoing total hip or total knee replacement* . Thromb Res 2011;127:457-465.

Frost, C., et al. *A randomized direct comparison of the pharmacokinetics and pharmacodynamics of apixaban and rivaroxaban* . Clinical Pharmacology Advances and Applications (2014).

Gerotziafas, G.T., et al. *In vitro inhibition of thrombin generation, after tissue factor pathway activation, by the oral, direct factor Xa inhibitor rivaroxaban* . J Thromb Haemost 2007;5:886-8.

Gerotziafas, G.T., et al. *Towards a standardization of thrombin generation assessments: The influence of tissue factor, platelets and phospholipids concentration on the normal values of Thrombogram-Thrombinoscope assay* . Thrombosis Journal 2005;3:16.

Giorgi, M.A., et al. *Rivaroxaban in atrial fibrillation.* Vascular Health and Risk Management (2012) 8:525-531.

Girgis, I.G., et al. *Population Pharmacokinetics and Pharmacodynamics of Rivaroxaban in Patients with Non-valvular Atrial Fibrillation: Results from ROCKET AF* . J Clin Pharmacol 2014;54(8):917-927.

Gomes, T., et al. *Rates of hemorrhage during warfarin therapy for atrial fibrillation.*  CMAJ (2012).

Gong, I.Y. and Kim, R.B. *Importance of Pharmacokinetic Profile and Variability as Determinants of Dose and Response to Dabigatran, Rivaroxaban, and Apixaban.*  Canadian Journal of Cardiology 2013;29:S24-S33.

Gorst-Rasmussen, A., et al. *Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care* . Pharmacoepidemiology and Drug Safety 2016.

Gosselin, R., et al. *Comparison of the effect of the anti-Xa direct oral anticoagulants apixaban, edoxaban, and rivaroxaban on coagulation assays.*  Intl Jnl Lab Hem 2016.

Graff, J., et al. *Effects of the Oral, Direct Factor Xa Inhibitor Rivaroxaban on Platelet-Induced Thrombin Generation and Prothrombase Activity* . J Clin Pharmacol 2007;47:1398-1407 (including Erratum).

Granger, C.B., et al. *Newer Oral Anticoagulants Should be Used as First-Line Agents to Prevent Thromboembolism in Patients with Atrial Fibrillation and Risk Factors for Stroke and Thromboembolism.*  Circulation: Journal of the American Heart Association (2012) 125:159-164.

Hankey, G.J., et al. *Rivaroxaban compared with warfarin in patients with atrial fibrillation and previous stroke or transient ischemic attack: a subgroup analysis of ROCKET AF.*  Lancet Neurology (2012) 11:315-22.

Harder, S. *Pharmacokinetic and pharmacodynamic evaluation of rivaroxaban: considerations for the treatment of venous thromboembolism* . Thrombosis Journal 2014;12:22.

Harel, Z., et al. *Comparisons between Novel Oral Anticoagulants and Vitamin K Antagonists in Patients with CKD.*  JASN (2014).

Harenberg, J., et al. *Clinical trials with new direct oral anticoagulants: Additive value of indirect comparisons also named network meta-analyses.*  Phlebologie (2013).

Harenberg, J., et al. *Determination of an international sensitivity index of thromboplastin reagents using a WHO thromboplastin as calibrator for plasma spiked with rivaroxaban.*  Blood Coagulation and Fibrinolysis 2011;22:637-641.

Hart, R.G., et al. *Intracranial Hemorrhage in Atrial Fibrillation Patients During Anticoagulation With Warfarin or Dabigatran: The RE-LY Trial.*  Stroke

Herault, J.P., et al. *Comparative Effects of Two Direct and Indirect Factor Xa Inhibitors on Free and Clot-Bound Prothrombinase* . Jounral of Pharmacology 1997;283.

Hijazi, Z., et al. *Efficacy and Safety of Dabigatran Compared with Warfarin in Relation to Baseline Renal Function in Patients with Atrial Fibrillation: A RE-LY Trial Analysis.*  Circulation: Journal of the American Health Association (2013).

Hillarp, A., et al. *Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays.*  J Thromb Haemost 2011;9:113-9.

Holster, I.L., et al. *New Oral Anticoagulants Increase Risk for Gastrointestinal Bleeding: A Systemic Review and Meta-analysis.*  Gastroenterology (2013) 145:105-112.

Hori, M., et al. *Rivaroxaban vs. Warfarin in Japanese Patients With Atrial Fibrillation: The J-ROCKET Study* . Circ J 2012;76:2104-2111.

Iino, M., et al. *Characterization of the binding of factor Xa to fibrinogen/fibrin derivatives and localization of the factor Xa binding site on fibrinogen* . Eur J Biochem 1995;232:90-97.

Ikeda, K. and Tachibana, H. *Clinical implication of monitoring rivaroxaban and apixaban by using anti-factor Xa assay in patients with non-valvular atrial fibrillation* . Journal of Arrhythmia 2016;32:42-50.

Jourdi, G., et al. *Association rate constants rationalise the pharmacodynamics of apixaban and rivaroxaban* . Thromb Haemost 2015;114:78-86.

Kakkar, A.K., et al. *Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial.* The Lancet (2008) 372:31-39.

Kaneko, M., et al. *Confirmation of Model-based Dose Selection for a Japanese Phase III Study of Rivaroxaban in Non-valvular Atrial Fibrillation Patients.* Drug Metab Pharmacokinet 2013;28(4):321-331.

Komocsi, A., et al. *Use of New-Generation Oral Anticoagulant Agents in Patients Receiving Antiplatelet Therapy After an Acute Coronary Syndrome: Systematic Review and Meta-analysis of Randomized Controlled Trials.* AMA (2012)

Konigsbrugge, O., et al. *Anti-coagulation assessment with prothrombin time and anti-Xa assays in real-world patients on treatment with rivaroxaban.* Ann Hematol 2015;94:1463-1471.

Kremers, R.M.W., et al. *Comment on the use of computational models to study the effect of apixaban and rivaroxaban on thrombin generation.* Thromb Haemost 2016;115:869-870.

Kremers, R.M.W., et al. *The balance of pro- and anticoagulant processes underlying thrombin generation.* J Thromb Haemost 2015;13:437-47.

Kreutz, R. *Pharmacokinetics and Pharmacodynamics of Rivaroxaban – An Oral, Direct Factor Xa Inhibitor.* Current Clinical Pharmacology 2014;9:75-83.

Kubitza, D., et al. *Body Weight Has Limited Influence on the Safety, Tolerability, Pharmacokinetics, or Pharmacodynamics of Rivaroxaban (BAY 59-7939) in Healthy Subjects.* J Clin Pharmacol 2007;47:218-226 (including Errata).

Kubitza, D., et al. *Effects of renal impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral direct Factor Xa inhibitor.* Br J Clin Pharmacol 2010;70(5):703-712.

Kubitza, D., et al. *Evidence-Based Development and Rationale for Once-Daily Rivaroxaban Dosing Regimens Across Multiple Indications.* Clinical and Applied Thrombosis/Hemostasis 2016;22(5):412-422.

Kubitza, D., et al. *Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939 – an oral, direct Factor Xa inhibitor – after multiple dosing in healthy male subjects.* Eur J Clin Pharmacol 2005;61:873-880.

Lane, D.A. and Lip, G.Y.H. *Patient's values and preferences for stroke prevention in atrial fibrillation: balancing stroke and bleeding risk with oral anticoagulation.* Thromb Haemost 2014;111:381-383.

Lassen, M.R., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty.* N Engl J Med 2008;358:2776-86.

Leil, T.A., et al. *Quantification of Apixaban's Therapeutic Utility in Prevention of Venous Thromboembolism: Selection of Phase III Trial Dose.* Clinical Pharmacology & Therapeutics 2010;88(3).

Lip, G.Y.H., et al. *Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation.* Journal of the American College of Cardiology (2012) 60;2.

Lippi, G. and Favaloro, E.J. *Recent guidelines and recommendations for laboratory assessment of the direct oral anticoagulants (DOACs): is there consensus?* Clin Chem Lab Med 2015;53(2):185-197.

Lippi, G., et al. *Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests.* J Thromb Thrombolysis 2014.

Low, S., et al. *Correlation between rivaroxaban (Xarelto) plasma activity, patient clinical variables and outcomes in a South African centre.* S Afr Med J 2016;106(10):1017-1020.

Maan, A., et al. *Newer Anticoagulants in Cardiovascular Disease: A Systemic Review of the Literature.* Cardiology in Review (2012) 20;5: 209-221.

Madlener, K. and Hamm, C. *New anticoagulants: Is monitoring possible and needed?* Herz 2012;37:378-383.

Majeed, A., et al. *Bleeding events with dabigatran or warfarin in patients with venous thromboembolism.* Thromb Haemost 2016;115:291-298.

Mandema, J.W., et al. *Therapeutic Index of Anticoagulants for Prevention of Venous Thromboembolism Following Orthopedic Surgery: A Dose-Response Meta-Analysis* . Clinical Pharmacology & Therapeutics 2011;90(6).

Mantha, S., et al. *An indirect comparison of dabigatran, rivaroxaban and apixaban for atrial fibrillation.* Thrombosis and Haemostasis (2012).

Marijon, E., et al. *New antithrombotic drugs and European approval processes.* The Lancet (2011) 378:662-663.

Marlu, R., et al. *Effect of non-specific reversal agents on anticoagulant activity of dabigatran and rivaroxaban: A randomized crossover ex vivo study in health volunteers.* Thrombosis and Haemostasis (2012).

Maxwell, W., et al. *Will Newer Anticoagulants Improve Therapy Persistence?* Arch Intern Med (2012) 172;21:1689-1690.

Mega., J.L., et al. *Rivaroxaban in Patients with a Recent Acute Coronary Syndrome* . N Engl J Med 2012:366:9-19.

Miller, C.S., et al. *Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients With Atrial Fibrillation.* American Journal of Cardiology (2012).

Mismetti, P., and Laporte, S. *New oral antithrombotics: a need for laboratory monitoring* . J Thromb Haemost 2010;8:621-6.

Miyares, M.A., et al. *Newer oral anticoagulants: A review of laboratory monitoring options and reversal agents in the hemorrhagic patient.* Am J Health-Syst Pharm (2012) 69:1473-1484.

Morales-Vidal, S., et al. *Direct thrombin inhibitors and factor Xa inhibitors in patients with cerebrovascular disease.* Expert Reviews Ltd. (2012) 12;2: 179-

Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban* . Clin Pharmacokinet (2014) 53:1-16.

Mueck, W., et al. *Population Pharmacokinetic Analyses in Patients Treated for Acute Deep-Vein Thrombosis and Exposure Simulations in Patients with Atrial Fibrillation Treated for Stroke Prevention* . Clin Pharmacokinet 2011;50(10):675-686.

Mueck, W., et al. *Population Pharmacokinetics and Pharmacodynamics of Rivaroxaban – an Oral, Direct Factor Xa Inhibitor – in Patients Undergoing Major Orthopedic Surgery* . Clin Pharmacokinet 2008;47(3):203-216.

Mueck, W., et al. *Population pharmacokinetics and pharmacodynamics of once- and twice-daily rivaroxaban for the prevention of venous thromboembolism in patients undergoing total hip replacement* . Thromb Haemost 2008;100:453-461.

Nakano, Y., et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban* . Journal of Cardiology 2015;65:185-190.

O'Riordan, M. *No profound difference between oral anticoagulants, comparison suggests.* Theheart.org (2012).

Olesen, J.B., et al. *Non-vitamin K antagonist oral anticoagulation agents in anticoagulant naïve atrial fibrillation patients: Danish nationwide descriptive data 2011-2013* . Europace 2014.

Patel, M.R., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation* . N Engl J Med 2011;365:883-91, including the Supplementary Appendix.

Perzborn, E., et al. *Arteriosclerosis, Thrombosis, and Vascular Biology.* Journal of the American Heart Association (2010) 30:376-381.

Perzborn, E., et al. In vitro *and* in vivo *studies of the novel antithrombotic agent BAY 59-7939 – an oral, direct Factor Xa inhibitor* . J Thromb Haemost 2005;3:514-21.

Perzborn, E., et al. *Rivaroxaban: A New Oral Factor Xa Inhibitor* . Arterioscler Thromb Vasc Biol 2010;30:376-381.

Perzborn, E., et al. *The discovery and development of rivaroxaban, an oral, direct factor Xa inhibitor* . Nature Reviews 2011;10.

Pike, G.N., et al. *Sample conditions determine the ability of thrombin generation parameters to identify bleeding phenotype in FXI deficiency* . BLOOD 2015;126(3).

Pollack, C.V., et al. *New oral anticoagulants in the ED setting: a review.* AJEM (2012).

Pollack, Jr., C.V. *Coagulation assessment with the new generation of oral anticoagulants* . Emerg Med J 2015;0:1-8.

Posner, J. *Optimizing the dose of dabigatran etexilate* . Br J Clin Pharmacol 2012;74(5):741-743.

USCA5 4195

Powell, J. R. *Are New Oral Anticoagulant Dosing Recommendations Optimal for All Patients?* JAMA 2015;313(10):1013-1014.

Rathbun, S., et al. *Comparison of Methods to Determine Rivaroxaban anti-factor Xa activity* . Thromb Res 2015;135:394-397.

Robert, A. and Chazouilleres, O. *Prothrombin Time in Liver Failure: Time, Ratio, Activity, Percentage, or International Normalized Ratio?* Hepatology 1996;24:1392-94.

Rohde, G. *Determination of rivaroxaban – a novel, oral, direct Factor Xa inhibitor – in human plasma by high-performance liquid chromatography-tandem mass spectrometry* . J Chromatogr B 2008;872:43-50.

Rohla, J., et al. *Stroke and recurrent left atrial appendage thrombus in a patient with atrial fibrillation under old and new oral anticoagulants: A case report.* Thrombosis and Haemostasis (2014).

Romualdi, E., et al. *Oral rivaroxaban after symptomatic venous thromboembolism: the contined treatment study (EINSTEIN-Extension study).* Expert Rev. Cardiovasc. Ther. (2011) 9;7:841-844.

Ruff, C.T., et al. *Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials.* The Lancet (2013).

Salazar, D.E., et al. *Modelling and simulation of edoxaban exposure and response relationships in patients with atrial fibrillation* . Thromb Haemost 2012;107:925-934.

Samama, M.M. *The mechanism of action of rivaroxaban – an oral, direct Factor Xa inhibitor – compared with other anticoagulants* . Thromb Res 2011;127:497-504.

Samama, M.M., et al. *Assessment of laboratory assays to measure rivaroxaban – an oral, direct factor Xa inhibitor* . Thromb Haemost 2010;103:815-825.

Samama, M.M., et al. *Do new oral anticoagulants require laboratory monitoring? The clinician point of view* . Thromb Res 2012;130:S88-S89.

Samama, M.M., et al. *Evaluation of the Prothrombin Time for Measuring Rivaroxaban Plasma Concentrations Using Calibrators and Controls: Results of a Multicenter Field Trial* . Clinical and Applied Thrombosis/Hemostasis 2012(18):150-8.

Samama, M.M., et al. *Laboratory assessment of rivaroxaban: a review* . Thrombosis Journal 2013;11:11.

Samama, M.M., et al. *Measurement of dabigatran and rivaroxaban in primary prevention of venous thromboembolism in 106 patients, who have undergone major orthopedic surgery: an observational study.* J Thromb Thrombolysis 2013;35:140-146.

Sansom, L. *Review of Anticoagulation Therapies in Atrial Fibrillation.* Australian Government: Dept. of Health and Ageing (2012).

Schellings, M.W.M., et la. *Determination of dabigatran and rivaroxaban by ultra-performance liquid chromatography-tandem mass spectrometry and coagulation assays after major orthopaedic surgery* . Thromb Res 2016;139:128-134.

Schmitz, E.M.H., et al. *Determination of dabigatran, rivaroxaban and apixaban by ultra-performance liquid chromatography – tandem mass spectrometry (UPLC-MS/MS) and coagulation assays for therapy monitoring of novel direct oral anticoagulants* . J Thromb Haemost 2014;12:1636-46.

Schneeweiss, S., et al. *Comparative Efficacy and Safety of New Oral Anticoagulants in Patients With Atrial Fibrillation.* Circulation (2012) 5:480-486.

Schulman, S. *Advantages and limitations of the new anticoagulants.* J Intern Med 2014;275:1-11.

Schulman, S. *New oral anticoagulant agents – general features and outcomes in subsets of patients.* Thromb Haemost 2014;111:575-582.

Schulman, S., et al. *How I anticoagulated in 2012, new and old anticoagulant agents, and when and how to switch.* Blood (2012).

Schwarb, H. and Tsakiris, D.A. *New Direct Oral Anticoagulants (DOAC) and Their Use Today* . Dent J 2016, 4, 5.

Seminars in Thrombosis and Haemostasis. Issue 01, Vol. 38 (2012).

Singer, D.E., et al. *Impact of Global Geographic Region on Time in Therapeutic Range on Warfarin Anticoagulant Therapy: Data From The ROCKET AF Clinical Trial.* JAHA (2013).

Sinnaeve, P.R., et al. *Stroke prevention in elderly patients with atrial fibrillation: challenges for anticoagulation.* Journal of Internal Medicine (2011).

Smythe, M.A., et al. *Rivaroxaban: Practical Considerations for Ensuring Safety and Efficacy* . Pharmacotherapy 2013;33(11):1223-1245.

Sprong, H.M.H., et al. *Pleiotropic effects of factor Xa and thrombin: what to expect from novel anticoagulants* . Cardiovascular Research 2014;101:344-351.

Tanigawa, T., et al. *Model-based Dose Selection for Phase III Rivaroxaban Study in Japanese Patients with Non-valvular Atrial Fibrillation* . Drug Metab Pharmacokinet 2013;28(1):59-70.

Tellor, K.B., et al. *Evaluation of the appropriateness of dosing, indication and safety of rivaroxaban in a community hospital* . Journal of Clinical Pharmacy and Therapeutics 2015.

ten Cate, H. *New oral anticoagulants: discussion on monitoring and adherence should start now!* Thrombosis Journal (2013) 11;8.

Testa, L., et al. *Adjusted indirect comparison of new oral anticoagulants for stroke prevention in atrial fibrillation.* QJM (2012).

Testa, S., et al. *Plasma levels of direct oral anticoagulants in real life patients with atrial fibrillation: Results observed in four anticoagulation clinics* . Thromb Res 2016;137:178-183.

Thaligi, N.K., et al. *A rapid pro-hemostatic approach to overcome direct oral anticoagulants* . Nature Medicine 2016.

Thomopoulos, C., et al. *The New Anticoagulant Drugs: Are They Really Superior to Warfarin? [Letter to the Editor]* The Journal of Clinical Hypertension

Tripodi, A. *Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test* . J Thromb Haemost 2013;11:576-8.

Tripodi, A., et al. *The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients: results of an* in vitro *study* . J Thromb Haemost 2011;9:226-8.

Tripodi, A., et al. *Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test* . J Thromb Haemost 2013;11:576-8.

Trujillo, T and Dobesh, P.P. *Clinical Use of Rivaroxaban: Pharmacokinetic and Pharmacodynamic Rationale for Dosing Regimens in Different Indications* . Drugs 2014;74:1587-1603.

Turpie, A.G.G. *Advances in oral anticoagulation treatment: the safety and efficacy of rivaroxaban in the prevention and treatment of thromboembolism.* Ther Adv Hermatol (2012) 3;5:309-323.

Turpie, A.G.G., et al. *BAY 59-7939: an oral, direct Factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study* . J Thromb Haemost 2005;3:2479-86.

van den Besselaar, A.M.H.P., et al. *Guidelines on preparation, certification, and use of certified plasmas for ISI calibration and INR determination* . J Thromb Haemost 2004;2:1946-53.

van Es, N., et al. *Direct oral anticoagulants compared with vitamin K antagonists for acute venous thromboembolism: evidence from phase 3 trials* . Blood 2014;124(12):1968-1975.

Veen, J.J., et al. *Normal prothrombin time in the presence of therapeutic levels of rivaroxaban* . British Journal of Hematology 2013;160:851-867.

Wasserlauf, G., et al. *Meta-Analysis of* Rivaroxaban *and Bleeding Risk* . Am J Cardiol 2013;112:454-460.

Weitz, J.I., et al. *Randomised, parallel-group, multicenter, multinational phase 2 study comparing edoxaban, an oral factor Xa inhibitor, with warfarin for stroke prevention in patients with atrial fibrillation* . Thromb Haemost 2010;104:633-641.

Weitz, J.I., et al. *Two doses of rivaroxaban versus aspirin for prevention of recurrent venous thromboembolism* . Thromb Haemost 2015;114:645-650 (including Supplementary Materials).

Wells, P.S., et al. *Influence of statin use on the incidence of recurrent venous thromboembolism and major bleeding in patients receiving rivaroxaban or standard anticoagulant therapy* . Thromb J 2014;12:26.

Wittkowsky, A.K. *Novel Oral Anticoagulants and Their Role in Clinical Practice.* Pharmacotherapy (2011) 31:1175-91.

Wong, P.C., et al. *Inhibitory Effect of Apixaban Compared With Rivaroxaban and Dabigatran on Thrombin Generation Assay* . Hospital Practice

Yasaka, M. *J-ROCKET AF Trial Increased Expectation of Lower-Dose Rivaroxaban Made for Japan* . Circ J 2012;76.

You, J.J., et al. *Antithrombotic Therapy for Atrial Fibrillation: Antithrombotic Therapy and Prevention of Thrombosis, 9*[th] *ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines.* CHEST (2012) 141;2.

Zhang, Y., et al. *Laboratory monitoring of rivaroxaban and assessment of its bleeding risk* . British Journal of Biomedical Science 2016.

| **Internal Documents** |
|---|
| XARELTO_BPAG_01388167 |
| XARELTO_JANSSEN_01207639 |
| XARELTO_JANSSEN_20244511 |

| **Other Documents** |
|---|
| Aniara Application Sheet for Rivaroxaban (Xarelto®) with Biophen® Heparin LRT |
| Aniara BIOPHEN® DiXaI (Direct Xa Inhibitors) protocol (last revision 8/4/2015) |
| Aniara BIOPHEN® DiXaI information sheet |
| Bayer Annual Report 2013: Augmented Version |
| EMA CHMP Assessment Report for Xarelto (2008) |
| FDA Approval History, Letters, Reviews, and Related Documents for NDA #202439 and #022406 (available at http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Overview&DrugName=XARELTO) |
| Gomez-Outes, A. "Dose-finding in the cardiovascular therapeutic area: The novel oral anticoagulants." PowerPoint presentation given at EMA EFPIA Workshop on dose-finding and dose-selection, 04-05 December 2014. |
| Johnson & Johnson Annual Report 2013 |
| Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on September 8, 2011 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm250287.htm) |
| Mahaffey, K.W. and Fox, K.A.A. "Rivaroxaban Once-daily oral direct factor Xa inhibition Compared with Vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation." Power Point presentation. |
| Press Release: EMA concludes defective device in ROCKET study does not impact Xarelto's safety. 5/2/2016 (available at http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2016/02/news_detail_002465.jsp&mid=WC0b01ac058001d126). |
| Technoclone information sheet regarding TECHNOVIEW Rivaroxaban calibrators and TECHNOCHROM® anti-Xa |

# APPENDIX B

USCA5 4199

APPENDIX B - CURRICULUM VITAE

NAME:       Jan Rosing

ADDRESS:  Home:                                    Work:



DATE AND PLACE OF BIRTH:        ███████  Egmond aan den Hoef, The Netherlands

UNDERGRADUATE EDUCATION:
1964-1967      University of Amsterdam, The Netherlands
               Major: Chemistry
               Degree: BsC, September, 1967

1967-1970      University of Amsterdam, The Netherlands
               Major: Biochemistry; Minor: Microbiology
               Major Advisor: Prof. Dr. E.C. Slater
               Degree: MsC, October 1970

GRADUATE EDUCATION:
1970-1974      B.C.P. Jansen Institute, Laboratory of Biochemistry,
               University of Amsterdam, Amsterdam, The Netherlands.
               Degree: Ph.D. Thesis Director: Prof. Dr. E.C. Slater
               Title of Dissertation: Studies on thermodynamics and mechanism of oxidative
               phosphorylation

PROFESSIONAL POSITIONS:
1969-1970      Research Assistant in the Laboratory of Biochemistry,
               University of Amsterdam, The Netherlands.
               *Studies on:* Determination of the $\Delta G_0$ of ATP hydrolysis.

1970-1974      Research Assistant, Laboratory of Biochemistry,
               University of Amsterdam, The Netherlands.
               *Studies on:* Thermodynamics and mechanism of oxidative
               phosphorylation, which resulted in a Ph.D. Thesis, October 1974.

1974-1975      Post-doctoral Research Fellow at the Department of Chemistry,
               University of California, Los Angeles, with Prof. Dr. P.D. Boyer
               *Research project:* Kinetics and mechanism of mitochondrial ATP synthesis.

1976           Post-doctoral Research Fellow at the Laboratory of Biochemistry,
               University of Amsterdam, The Netherlands
               *Research project:* Studies on binding of aurovertin to the mitochondrial ATPase F1

| 1977-1997 | Assistant Professor at the Department of Biochemistry, Maastricht University, Maastricht, The Netherlands |
| | *Research Interest:* Kinetics and mechanism of reactions involved in blood coagulation. |
| 1997-2001 | Professor of Enzymology of Thrombosis and Haemostasis at the Department of Biochemistry, Maastricht University, Maastricht, The Netherlands |
| | *Research Interest:* Mechanisms of regulation of thrombin formation in model systems and plasma |
| 1995-2010 | Chairman of the Department of Biochemistry, Maastricht University of Limburg, Maastricht, The Netherlands |
| 2001-2011 | Professor of Biochemistry, Department of Biochemistry, Maastricht University, Maastricht, The Netherlands |
| | *Research Interest:* Mechanisms of regulation of thrombin formation in model systems and plasma |
| 2011-present | Emeritus Pofessor Maastricht University, Maastricht, The Netherlands |
| | *Research Interest:* Mechanisms of regulation of thrombin formation in model systems and plasma |

TEACHING EXPERIENCE

| 1969-1973 | Chemistry and biochemistry laboratory sections for medical students at University of Amsterdam |
| 1973,1976 | Lecturing and exam design at the Dental Faculty, University of Amsterdam |
| 1971-1974 | Supervisor of research programs of graduate students at the University of Amsterdam |
| 1973-1974 | Graduate biochemistry course, University of Amsterdam |
| | Member of the commission for design of new programs for education in biochemistry for undergraduate students of the Faculty of Medicine, Dentistry and Chemistry and graduate students in biochemistry, University of Amsterdam |
| 1977-2011 | Involved in all aspects of biochemistry education of medical students at the Medical Faculty of the University of Limburg, Maastricht, The Netherlands |
| 1993-1999 | Curriculum coordinator year 1, Medical Faculty, Maastricht University, Maastricht, The Netherlands |
| 2000-2001 | Member of the committee preparing the curriculum renewal at the Medical Faculty of Maastricht University |

MANAGEMENT:

| 1977-1978 | Member of the University Council Rijksuniversiteit Limburg, Maastricht Member of several committees of the University Council |
| 1979-1980 | Member of the committee "Privacy" |
| 1979-1984 | Member of the committee "Safety and environment" |
| 1983-1984 | Member of the committee "Personal Affairs" (committee Philipsen) |
| 2000-2001 | Member of the UHD committee |
| 2001-2002 | Vice-Dean and member of the Board of the Faculty of Medicine, Maastricht University |
| 2003, 2005 | Acting Scientific Director of the Cardiovascular Research Institute Maastricht |
| 1978-2011 | Member of the Daily Board of the Department of Biochemistry |
| 1995-2010 | Chairman of the Department of Biochemistry |
| 1999-2009 | Program coordinator of Main Theme I (Thrombosis and Haemostasis) of the Cardiovascular Research Institiute Maastricht |
| 2000-2009 | Member of the Daily Board of the Cardiovascular Research Institute Maastricht |

USCA5 4201

AWARDS/GRANTS

| | |
|---|---|
| 1974-1975 | NATO Science Fellowship awarded by the Netherlands Organization for the Advancement of Pure Research (Z.W.O.) |
| 1978 | Z.W.O. Travel Fellowship for a 3 week visit to the laboratory of Dr. M.P. Esnouf, Oxford, England |
| 1982 | Z.W.O. Travel Fellowship for a 4 month visit to the laboratory of Dr. J.H. Griffin, La Jolla, Ca. United States |
| 1981-1984 | FUNGO Projectgrant 13-30-39 "Mechanism of prothrombin activation" |
| 1983-1990 | Participant in the NWO Program Grant "The function of the platelet plasma membrane in blood coagulation" (applicant Prof. Dr. R.F.A. Zwaal) |
| 1989-1992 | Dutch Heart Foundation (Nederlandse Hartstichting, NHS) Grant 88.238 "Investigations on the molecular mechanisms of the anticoagulant action of activated protein C" |
| 1990 | NUFFIC travel grant to visit the Soviet Union (Tallinn, Tashkent) |
| 1992-1995 | NWO grant in the program "Cooperation Eastern Europe" |
| 1992-2000 | Participant in the NWO Program Grant "Thrombin generation at macroscopic surfaces in flowing plasma" (applicant Prof. Dr. H.C. Hemker) |
| 1997-1998 | Dutch Thrombosis Foundation (Trombose Stichting Nederland, TSN) research grant "The mechanism of acquired APC resistance in women using oral contraceptives" |
| 2000-2001 | Dutch Thrombosis Foundation (Trombose Stichting Nederland, TSN) research grant "The molecular basis of APC resistance during oral contraceptive use and pregnancy" |
| 2000-2004 | Dutch Heart Foundation (Nederlandse Hartstichting, NHS) The molecular basis of venous and arterial thrombosis associated with mutations in blood coagulation factor V |

EDITORSHIPS AND MEMBERSHIPS PROFESSIONAL COMMITTEES AND CONGRESS ORGANISATIONS:

Editor of "Pathophysiology of Haemostasis and Thrombosis" till 2011

Editorial Board Journal of Thrombosis and Haemostasis till 2012

Member of the Executive Council of the International Society of Thrombosis and Haemostasis (2001-2006)

Member of the Organising Committee of the Conference on Exogenous Factors affecting Thrombosis and Haemostasis (EFTH), Paris 12-13/07/2001

Vice-president of the Organising Committee of the First North Sea Conference and the SSC-ISTH Meeting in Maastricht (12-16/6/2000)

Member of the Scientific Division "Standardisation of Coagulation Tests" of the International Federation of Clinical Chemistry and Laboratory Medicine (IFCC) 1998-2000

Chairman of the Organising Committee of the 5th Conference on Exogenous Factors Affecting Thrombosis and Haemostasis (EFATH), Amsterdam 5-6/7/2013

Chairman of the Scientific Advisory Board of the Dutch Thrombosis Foundation (2006-2015)

USCA5 4202

<u>PATENTS</u>
US Serial No 08/520,725
Anticoagulant factor Va derivatives
RU Limburg/Immuno AG, Vienna

US Serial No 08/555,423
Evaluation of substances for altering and for increasing APC response
RU Limburg/Immuno AG, Vienna

<u>PUBLICATIONS</u>

Dr. J. Rosing is (co)-author of more than 200 publications (Appendix I)

<u>INVITATIONS</u>

Dr. J. Rosing has received several invitations to attend congresses, to give lectures and to perform research in other laboratories (Appendix II).

<u>SUPERVISION PhD STUDENTS</u>
Prof. Dr. J. Rosing supervised the research of 23 PhD students (Appendix III)

## Appendix I: Publications Prof. Dr. J. Rosing

1. Rosing, J., and Slater, E.C. The Value of $\Delta G^o$ for The Hydrolysis of ATP. Biochim. Biophys. Acta 267: 275-290, 1972.

2. Slater, E.C., Rosing, J. and Mol, A. The Phosphorylation Potential Generated by Respiring Mitochondria. Biochim.Biophys.Acta 292: 534-553, 1973.

3. Souverijn, J.H.M., Huisman, L.A., Rosing, J. and Kemp Jr., A. A Comparison of ADP and ATP as Substrates for The Adenine Nucleotide Translocator in Rat-Liver Mitochondria. Biochim.Biophys.Acta 305: 185-198, 1973.

4. Harris, D.A., Rosing, J., Stadt van de, R.J. and Slater, E.C. Tight binding of adenine nucleotides to beef heart mitochondrial ATPase. Biochim.Biophys.Acta 314: 149-153, 1973.

5. Leenders, H.J., Kemp, A., Koninkx, J.F.J. and Rosing, J. Changes in cellular ATP, ADP and AMP levels following treatments affecting cellular separation and activity of certain nuclear genes in Drosophila salivary glands. Exptl.Cell.Res. 86: 25-30, 1974.

6. Harris, D.A., Rosing, J., and Slater, E.C. Specific spin-labelling of the energy-coupling system of mitochondria. FEBS Letters 47: 236-241, 1974.

7. Rosing, J., Harris, D.A., Kemp Jr., A., and Slater, E.C. Subunit interactions in mitochondrial adenosine triphosphatase. Biochem.Soc.Trans. London 2, 502-505, 1974.

8. Harris, D.A., Rosing, J. and Slater, E.C. Interaction of ox heart mitochondrial adenosine triphosphatase with nucleotides. Biochem.Soc.Trans.London.2, 86-87, 1974.

9. Rosing, J., Harris, D.A., Kemp Jr., A. and Slater, E.C. Nucleotide binding properties of native and cold-treated mitochondrial ATPase. Biochim.Biophys.Acta 376: 13-26, 1975.

10. Rosing, J., Harris, D.A., Slater, E.C. and Kemp Jr., A. The possible role of tightly bound adenine nucleotides in oxidative and photosynthetic phosphorylation. J.Supramol.Struct. 3: 284-296, 1975.

11. Rosing, J., Smith, D.J., Kayalar, C. and Boyer, P.D. Medium ADP and not ADP already tightly bound to thylakoid membranes forms the initial ATP in chloroplast phosphorylation. Biochem.Biophys.Res.Comm. 72: 1-8, 1976.

12. Kayalar, C., Rosing, J. and Boyer,P.D. 2.4-dinitrophenol causes a marked increase in the apparent Km of Pi and ADP for oxidative phosphorylation. Biochem. Biophys. Res. Comm. 72: 1153-1159, 1976.

13. Rosing, J., Kayalar, C. and Boyer, P.D. Evidence for energy dependent change in phosphate binding for mitochondrial oxidative phosphorylation based on measurements of medium and intermediate phosphate-water exchanges. J.Biol.Chem. 252: 2478-2485, 1977.

14. Kayalar, C., Rosing, J. and Boyer, P.D. An alternating site sequence for oxidative phosphorylation suggested by measurement of substrate binding pattern and exchange reaction inhibitions. J.Biol.Chem. 252: 2486-2491, 1977.

15. Muller, J.L.M., Rosing, J. and Slater, E.C. The binding of aurovertin to isolated F1 (Mitochondrial ATPase). Biochim.Biophys.Acta 462: 422-437, 1977.

16. Rosing, J., Tans, G., Govers-Riemslag, J.W P., Zwaal, R.F.A. and  Hemker, H.C. The Role of Phospholipids and Factor Va in the Prothrombinase Complex. J.Biol.Chem., 255(1): 274-283, 1980.

17. Dieijen-van, G., Tans, G., Rosing, J. and Hemker, H.C. The role of Phospholipid and Factor VIIIa in the Activation of Bovine Factor X. J.Biol.Chem., 256: 3433-3442, 1981.

18. Dieijen-van, G., Tans, G., Rijn-van, J., Zwaal, R.F.A. and Rosing, J. Simple and Rapid Method To Determine the Binding of Blood Clotting Factor X to Phospholipid Vesicles. Biochem., 20: 7096-7101, 1981.

19. Lindhout, T., Govers-Riemslag, J.W.P., Waart-van-de, P.,Hemker, H.C. and Rosing, J. Factor Va- Factor Xa Interaction. Effects of Phospholipid Vesicles of Varying Composition. Biochem., 21: 5494-5502, 1982.

20. Tans, G., Janssen-Claessen, T., Dieijen-van, G., Hemker, H.C., Rosing, J. Activation of Factor IX by Factor XIa- a Spectrophotometric assay for Factor IX in Human Plasma. Thromb.Haemost., 48: 127-132, 1982.

21. Dieijen-Visser-van, M.P., Wersch-van, J., Brombacher, P.J., Rosing, J., Hemker, H.C., Dieijen-van, G. Use of Chromogenic Peptide Substrates in the Determination of Clotting Factors II, VII, IX and X in Normal Plasma and in Plasma of Patients Treated with Oral Anticoagulants. Haemostasis, 12: 241-255, 1982.

22. Rijn-van, J.L.M.L., Rosing, J., Dieijen-van, G. Activity of Human Blood Platelets in Prothrombin and in Factor X Activation Induced by Ionophore A23187. Eur.J.Biochem., 133: 1-10, 1983.

23.  Hemker, H.C., Rijn-van, J.L.M.L., Rosing, J., Dieijen-van, G., Bevers, E.M. and Zwaal, R.F.A. Platelet Membrane Involvement in Blood Coagulation. Blood Cells, 9: 303-317, 1983.

24. Tans, G., Rosing, J., Griffin, J.H. Sulfatide-dependent Autoactivation of Human Blood Coagulation Factor XII (Hageman Factor). J.Biol.Chem., 258(13): 8215-8222, 1983.

25. Rijn-van, J.L.M.L., Govers-Riemslag, J.W.P., Zwaal, R.F.A., Rosing, J. Kinetic Studies of Prothrombin Activation: Effect of Factor Va and Phospholipids on the Formation of the Enzyme Substrate Complex. Biochemistry, 23:4557-4563, 1984.

26. Rosing, J., Rijn-van, J.M.L.M., Bevers, E.M., Dieijen-van, G., Comfurius, P., Zwaal, R.F.A. The Role of Activated Human Platelets in Prothrombin and Factor X Activation. Blood 65:319-332, 1985.

27. Rosing, J., Bevers, E.M., Comfurius, P., Hemker, H.C., Dieijen-van, G., Weiss, H.J., Zwaal, R.F.A. Impaired Factor X and Prothrombin Activation Associated with Decreased Phospholipid Exposure in Platelets from a Patient with a Bleeding Disorder. Blood, 65(6): 1557-1561, 1985.

28. Govers-Riemslag, J.W.P., Speijer, H., Zwaal, R.F.A., Rosing, J. The effects of bovine prothrombin fragment 1 and fragment 1.2 on prothrombin activation. Thromb.Res., 38(4): 375-88, 1985.

29. Dieijen-van, G., Rijn-van, J.L.M.L., Govers-Riemslag, J.W P., Hemker, H.C., Rosing, J. Assembly of the Intrinsic Factor X Activating Complex - Interactions between Factor IXa, Factor VIIIa and Phospholipid. Thromb.Haemost., 53(3): 396-400, 1985.

30. Tans, G., Govers-Riemslag, J.W.P., Rijn-van, J.L.M.L., Rosing, J. Purification and Properties of a prothrombin activator from the venom of notechis scutatus scutatus. J.Biol.Chem. 260(16):9366-9371, 1985.

31. Rosing,J., Tans, G., Griffin, J.H. Surface-dependent activation of human factor XII (Hageman factor) by kallikrein and its light chain. Eur.J.Biochem., 151(3): 531-8, 1985.

32. Bevers, E.M., Rosing, J., Zwaal, R.F.A. Development of procoagulant binding sites on the platelet surface. Adv.Exp.Med.Biol., 192 : 359-71, 1985.

33. Rijn-van, J.L.M.L., Zwaal, R.F.A., Hemker, H.C., Rosing, J. Role of Accessory Components in the Activation of Vitamin K-dependent Coagulation Factors. Haemostasis, 16: 216-226, 1986.

34. Rosing, J., Zwaal, R.F.A., Tans, G. Formation of Meizothrombin as Intermediate in Factor Xa-Catalyzed Prothrombin Activation. J.Biol.Chem., 261: 4224-4228, 1986.

35. Speijer, H., Govers-Riemslag, J.W.P., Zwaal, R.F.A., Rosing, J. Prothrombin Activation by an Activator from the Venom of Oxyuranus scutellatus (Taipan Snake). J.Biol.Chem., 261: 13258-13267, 1986.

36. Tans, G., Rosing, J. Structural and Functional Characterization of Factor XII. Sem. Thrombosis and Hemostasis 13: 1-14, 1987.

37. Tans, G., Janssen-Claessen,T., Rosing, J., Griffin, J.H. Studies on the Effect of Serine Protease Inhibitors on Activated Contact Factors. Application in Amidolytic assays for Factor XIIa, Plasma Kallikrein and Factor XIa. Eur.J.Biochem. 164: 637-642, 1987.

38. Speijer, H., Govers-Riemslag, J.W.P., Zwaal, R.F.A., Rosing, J. Platelet Procoagulant Properties Studied with Snake Venom Prothrombin Activators. Thromb. and Haemostas, 57: 349-355, 1987.

39.   Tans, G., Rosing, J., Berrettini, M., Lammle, B., Griffin, J.H. Autoactivation of Human Plasma Prekallikrein. J.Biol.Chem. 262(23):11308-11314, 1987.

40.   Govers-Riemslag, J.W.P., Knapen, M.J.H., Tans, G., Zwaal, R.F.A., Rosing, J. Structural and functional characterization of a prothrombin activator from the venom of Bothrops neuwiedi. Biochim.Biophys. Acta 916:388-401, 1987.

41.   Rosing, J., Speijer, H., Zwaal, R.F.A. Prothrombin activation on phospholipid membranes with positive electrostatic potential. Biochemistry., 27(1): 8-11, 1988.

42.   Rosing, J., Tans, G. Meizothrombin, a Major Product of Factor Xa-Catalyzed Prothrombin Activation. Thromb.Haemost., 60(3): 355-360, 1988.

43.   Rosing, J., Tans, G., Speijer, H., Zwaal, R.F.A. Calcium-Independent Activation of Prothrombin on Membranes with Positively Charged Lipids. Biochemistry, 27: 9048-9055, 1988.

44.   Tans, G., Janssen-Claessen, T., Rosing, J. Amidolytic Detection of Prothrombin Activation Products after SDS-Gel Electrophoresis. Thromb.Haemost., 61(3): 386-391, 1989.

45.   Zwaal, R.F.A., Bevers, E.M., Comfurius, P., Rosing, J., Tilly, R.H.J., Verhallen, P.F.J. Loss of Membrane Phospholipid Asymmetry during Activation of Blood Platelets and Sickled Red Cells; Mechanisms and Physiological Significance. Mol.Cell.Biochem., 91: 23-31, 1989.

46.   Gerads, I., Govers-Riemslag, J.W.P., Tans, G., Zwaal, R.F.A., Rosing, J. Prothrombin Activation on Membranes with Anionic Lipids Containing Phosphate Sulfate, and/or Carboxyl Groups. Biochemistry, 29: 7967-7974, 1990.

47.   Rosing, J., Tans, G. Inventory of Exogenous Prothrombin Activators. Thromb.Haemost., 65(5): 627-630, 1991.

48.   Yukelson, L.Ya., Tans, G., Thomassen, M.C.L.G.D., Hemker, H.C., Rosing, J. Procoagulant Activities in Venoms from Central Asian Snakes. Toxicon, 29(4/5): 491-502, 1991.

49.   Tans, G., Rosing, J., Thomassen, M.C.L.G.D., Heeb, M.J., Zwaal, R.F.A., Griffin, J.H. Comparison of Anticoagulant and Procoagulant Activities of Stimulated Platelets and Platelet-Derived Microparticles. Blood, 77(12): 2641-2648, 1991.

50.   Tans, G., Janssen-Claessen, T., Hemker, H.C., Zwaal, R.F.A., Rosing, J. Meizothrombin Formation During Factor Xa-Catalyzed Prothrombin Activation. Formation in a Purified System and in Plasma. J.Biol.Chem. 266:21864-21873, 1991.

51.   Gerads, I., Tans, G., Yukelson, L.Ya., Zwaal, R.F.A., Rosing, J. Activation of factor V by elapid snake venoms. Purification of a factor V activator from the venom of Naja naja oxiana. Toxicon 30: 1065-1079, 1992.

52.   Bakker, H.M., Tans, G., Janssen-Claessen, T., Thomassen, M.C.L.G.D., Hemker, H.C., Griffin, J.H., Rosing, J. The Effects of Phospholipids, Calcium Ions and Protein S on Rate Constants of Human Factor Va Inactivation by Activated Human Protein C. Eur. J. Biochem. 208: 171-178, 1992.

53.   Rosing, J., Tans, G. Structure and Functional Properties of Snake Venom Prothrombin Activators. Toxicon 30: 1515-1527, 1992.

54.   Govers-Riemslag, J.W.P., Janssen, M.P., Zwaal, R.F.A., Rosing, J. Effect of Membrane Fluidity and Fatty Acid Composition on the Prothrombin-Converting Activity of Phospholipid Vesicles. Biochemistry 31, 10000-10008, 1992.

55.   Heeb, M.J., Mesters, R.M., Tans, G., Rosing, J., Griffin, J.H. Binding of Protein S to Factor Va Associated with Inhibition of Prothrombinase That Is Independent of Activated Protein C. J. Biol. Chem. 268, 2872-2877, 1993.

56.   Bakker, H.M., Tans, G., Yukelson, L.Y., Janssen-Claessen, T.W., Bertina, R.M., Hemker, H.C., Rosing, J. Protein C activation by an activator purified from the venom of Agkistrodon halys halys. Blood Coagulation and Fibrinolysis, 4, 605-614, 1993.

57. Rosing, J., Bakker, H.M., Thomassen, M.C.L.G.D., Hemker, H.C., Tans, G. Characterization of Two Forms of Human Factor Va with Different Cofactor Activities. J. Biol. Chem. 268, 21130-21136, 1993

58. Tans, G., Rosing, J. Prothrombin activation by snake venom proteases. Journal of Toxicology-Toxin Reviews, 12, 155-173, 1993.

59. Govers-Riemslag, J.W.P., Janssen, M.P., Zwaal, R.F.A., Rosing, J. Prothrombin Activation on Dioleoylphosphatidylcholine Membranes. European Journal of Biochemistry, 220, 131-138, 1994

60. Heeb, M.J., Rosing, J., Bakker, H.M., Fernandez, J.A., Tans, G., Griffin, J.H. Protein S Binds to and Inhibits Factor Xa. Proc. Nat. Acad. Sci. USA, 91, 2728-2732, 1994

61. Tans, G., Nicolaes, G.A.F., Thomassen, M.C.L.G.D., Hemker, H.C., van Zonneveld, A.J., Pannekoek, H., Rosing, J. Activation of Human Factor V by Meizothrombin. J. Biol. Chem., 269, 15969-15972, 1994

62. Bakker, H.M., Tans, G., Thomassen, M.C.L.G.D., Yukelson, L.Y., Ebberink, R., Hemker H.C., Rosing, J. Functional Properties of Human Factor Va Lacking the $Asp^{683}$-$Arg^{709}$ Domain of the Heavy Chain. J. Biol. Chem., 269, 20662-20667, 1994.

63. Varadi, K., Rosing, J., Tans, G., Schwarz, H.P. Influence of Factor V and Factor Va on APC-Induced Cleavage of Human Factor VIII. Thromb. Haemost. 73, 730-731, 1995

64. Nicolaes, G.A.F., Tans, G., Thomassen, M.C.L.G.D., Hemker, H.C., Pabinger, I., Varadi, K., Schwarz, H.P., Rosing, J. Peptide Bond Cleavages and Loss of Functional Activity during Inactivation of Factor Va and Factor $Va^{R506Q}$ by Activated Protein C. J. Biol. Chem., 270, 21158-21166, 1995

65. Rosing, J., Hoekema, L., Nicolaes, G.A.F., Thomassen, M.C.L.G.D., Hemker, H.C., Varadi, K., Schwarz, H.P., Tans, G. Effects of Protein S and Factor Xa on Peptide Bond Cleavages during Inactivation of Factor Va and Factor $Va^{R506Q}$ by Activated Protein C. J. Biol. Chem., 270, 27852-27858, 1995

66. Varadi, K., Rosing, J., Tans, G., Pabinger, I., Keil, B., Schwarz, H.P. Interaction of Cofactors Protein S and Factor V Stimulates APC-Mediated Inactivation of Factor VIII: Influence of the Factor VR506Q. Thromb. Haemost., 76, 208-214, 1996

67. Nicolaes, G.A.F., Thomassen, M.C.L.G.D., van Oerle R., Hamulyak, K., Hemker, H.C., Tans, G., Rosing, J. A Prothrombinase-based assay for Detection of Resistance to Activated Protein C. Thromb. Haem., 76, 404-410,1996

68. Hackeng, T.M., Tans, G., Koppelman, S.J., de Groot, P.G., Rosing, J., Bouma, B.N. Protein C Activation on Endothelial Cells by in situ Generated Prothrombin Activation Products: Meizothrombin Is a Better Protein C Activator Than α-Thrombin. Bioch. J., 319, 399-405, 1996

69. Nicolaes, G.A.F., Thomassen, M.C.L.G.D., Tans, G., Rosing, J., Hemker, H.C. Effect of Activated Protein C on Thrombin Generation and on The Thrombin Potential in Normal and APC Resistant Individuals. Blood Coagulation and Fibrinolysis, 8, 28-38, 1997

70. Hoekema, L., Nicolaes, G.A.F., Hemker, H.C., Tans, G., Rosing, J. Human Factor Va1 and Factor Va2: Properties in Procoagulant- and Anticoagulant Pathways. Biochemistry, 36, 3331-3335, 1997

71. Rosing, J., Tans, G., Nicolaes, G.A.F., Thomassen, M.C.L.G.D., Oerle, van R., Ploeg, van der  P.M.E.N., Heijen, P., Hamulyak, K., Hemker, H.C. Oral contraceptives and venous thrombosis: different sensitivities to activated protein C in women using second and third generation oral contraceptives. British J. Haematol., 97, 233-238, 1997

72. Oerle, van R., Pampus, van L., Tans, G., Rosing, J., Hamulyak, K. Clinical application of a new specific functional assay for detection of activated protein C resistance. Am. J. Clin. Pathol., 107, 521-526, 1997

73. Rosing, J. Teaching biochemistry at a medical faculty with a problem-based learning system. Biochemical Education 25 (2), 71-74 (1997)

74. Tans, G., Nicolaes, G.A.F., Rosing, J. Regulation of thrombin formation by activated protein C: Effect of the factor VLeiden mutation. Seminars in Haematology, 34 (3), 244-255, (1997)

75. Rosing, J., Tans, G. Coagulation factor V, an old star shines again. Thromb. Haemostas., 78, 427-433, (1997)

76. Heemskerk, J.W.M., Feijge, M.A., Henneman, L., Rosing, J., Hemker, H.C. The $Ca^{2+}$-mobilizing potency of $\alpha$-thrombin and thrombin-receptor-activating peptide on human platelets. Concentration and time effects of thrombin-induced $Ca^{2+}$ signalling. Eur. J. Bioch., 249, 547-555, (1997)

77. Rosing, J., G. Tans. Molecules in focus: Factor V. Int. J. Biochem. Cell Biol. 29, 1123-1126, (1997)

78. Petrovan, R., Govers-Riemslag, J.W.P., Nowak, G., Hemker, H.C., Rosing, J., Tans, G. Purification and Characterization of Multisquamase, the Prothrombin Activator Present in Echis Multisquamatus Venom. Thromb. Res. 88, 309-316, (1997)

79. Petrovan, R.J., Govers-Riemslag, J.W.P., Nowak, G., Hemker, H.C., Tans, G., Rosing, J. Autocatalytic peptide bond cleavages in prothrombin and meizothrombin Biochemistry, 37, 1185-1191, 1998

80. Rosing, J., Hemker, H.C., Tans, G. Molecular Biology and Pathophysiology of APC Resistance: Current Insights and Clinical Implications. Seminars in Thrombosis and Hemostasis 24, 329-335, 1998

81. Govers-Riemslag, J.W.P., Johnsen, L., Petrovan, R., Rosing, J., Tans, G. A kinetic assay to determine prothrombin binding to membranes. Thromb. Res. 92, 239-247, 1998

82. Rosing, J., Tans, G. Effects of oral contraceptives on hemostasis and thrombosis. Am. J. Obst. Gynacol. 180, S375-S382, 1999

83. Curvers, J., Thomassen, M.C.L..G.D., Nicolaes, G.A.F., Oerle, van R., Hamulyak, K.. Hemker, H.C., Tans, G., Rosing, J. Acquired APC resistance and oral contraceptives: Differences between two functional tests. British J. Haematol., 105, 88-94, 1999

84. Heeb M-J, Kojima Y, Rosing J, Tans G, Griffin JH. C-terminal Residues 621-635 of Protein S Are Essential for Binding to Factor Va. J. Biol. Chem. 274, 36187-36192, 1999

85. Rosing J, Middeldorp S, Curvers J, Thomassen MCLGD, Nicolaes GAF, Meijers JCM, Bouma BN, Büller HR, Prins MH, Tans G. Low-dose oral contraceptives and acquired resistance to activated protein C: a randomised cross-over study. Lancet 354, 2036-2040, 1999

86. Castoldi, E., Rosing, J., Girelli, D., Hoekema, H., Lunghi, B., Mingozzi, F., Ferraresi, P., Friso, S., Manzato, F., Corrocher, R., Tans, G., Bernardi F. Mutations in the R2 FV gene affect the ratio between the two FV isoforms in plasma. Thromb. Haemostas. 83, 362-365, 2000

87. Middeldorp S, Meijers JCM, van den Ende AE, van Enk A, Bouma BN, Tans G, Rosing J, Prins MH, Büller HR. Effect on coagulation of levonorgestrel and desogestrel-containing low dose oral contraceptives: a cross-over study. Thromb. Haemost. 2000; 84:4-8

88. Tans, G., Curvers, J., Middeldorp, S., Thomassen, M.C.L.G.D, Meijers, J.C.M., Prins, M.H., Bouma, B.N., Büller, H.R., Rosing, J. A randomised cross-over study on the effects of levonorgestrel- and desogestrel containing oral contraceptives on the anticoagulant pathways. Thromb. Haemostas. 2000; 84:15-21

89. Meijers, JCM, Middeldorp, S, Tekelenburg, W, van den Ende, AE, Tans, G, Prins, MH, Rosing, J, Büller, HR, Bouma, BN. Increased fibrinolytic activity during use of oral contraceptives is counteracted by an enhanced FIX-independent down regulation of fibrinolysis. A randomized cross-over study of two low-dose oral contraceptives. Thromb. Haemost. 2000; 84:9-14

90. Hoekema, L, Rosing, J, Tans, G. An assay to quantify the two plasma isoforms of factor V. Thromb. Haemost. 2000: 84:1066-1071

91. Poel van de, RHL., Meijers, JCM., Rosing, J, Tans, G, Bouma BN. C4b-binding protein protects coagulation factor Va from inactivation by activated protein C. Biochemistry 2000; 39; 14543-14548

92. Hoekema, L, Castoldi, E, Tans, G, Girelli, D., Gemmati, D., Bernardi, F, Rosing, J. Functional properties of factor V and factor Va encoded by the R2 gene. Thromb. Haemost. 2001;85:75-81

93. Rosing, J., Curvers, J., Tans, G. Oral contraceptives, thrombosis and haemostasis. Eur. J. Obst. Gyn. 2001; 95-193-7

94. Curvers, J., Nienhuis, S.J., Nap, A. W., Hamulyák K., Evers, J.L.H., Rosing, J. Activated protein C resistance during in vitro fertilization treatment. Eur. J. Obst. Gyn. 2001; 95: 222-224

95. Vandenbroucke, J.P., Rosing, J., Bloemenkamp, K.W.M., Middeldorp, S., Helmerhorst, F.M., Bouma, B.N., Rosendaal, F.R. Oral contraceptives and the risk of venous thrombosis. N. Eng. J. Med. 2001; 344:1527-1535

96. Hackeng, T.M., Spronk, H., Rosing, J., Vermeer, C. Total chemical synthesis of human matrix Gla protein.Protein Science 2001; 10(4):864-70

97. Kini, M.R., Morita, T., Rosing, J. Classification and Nomenclature of Prothrombin activators isolated from snake venoms. Thromb. Haemostas. 2001:85:710-1.

98. Sere K.M., Janssen M.P., Willems G.M., Tans G., Rosing J., Hackeng T.M. Purified protein S contains multimeric forms with increased APC-independent anticoagulant activity. Biochemistry 2001;40(30):8852-60

99. Curvers, J., Nap, A. W., Thomassen, M.C.L.G.D., Nienhuis, S. A., Hamulyák, K., Evers, J.L.H., Tans, G., Rosing J. Effect of in vitro fertilization treatment and subsequent pregnancy on the protein C pathway. Brit. J. Haematol. 2001;115: 400-7

100. Rosing, J., Govers-Riemslag, J.W.P., Yukelson L., Tans, G. Factor V Activation and Inactivation by Venom Proteases. Haemostasis 2001; 31:241-246

101. Tans, G., Rosing, J. Snake venom activators of factor X: an overview. Haemostasis 2001;31:225-233

102. van der Neut Kolfschoten, M., Dirven, R.J., Tans, G., Rosing, J., Vos, H.L., Bertina, R.M. The APC resistant phenotype of APC cleavage site mutants of recombinant factor V in a reconstituted plasma model. Blood Coagul Fibrinolysis 2002;13(3):207-1

103. Curvers, J., Thomassen, M.C.L.G.D., de Ronde, H., Bertina, R.M., Rosendaal, F.R., Tans, G., Rosing, J. Effects of (pre)analytical variables on activated protein C resistance determined via the endogenous thrombin potential. Thromb Haemost. 2002;87(3):483-92

104. Curvers, J., Thomassen, M.J.C.L.G.D., Rimmer, J., Hamulyak, K., van der Meer, J., Tans, G., Preston, F. E., Rosing, J. Effects of hereditary and acquired risk factors of venous thrombosis on a tissue factor-based APC resistance test. Thromb Haemost. 2002;88(1):5-11

105. Govers-Riemslag, J.W.P., Castoldi, E., Nicolaes, G.A.F., Tans, G., Rosing, J. Reduced factor V concentration and altered factor $V_1$/factor $V_2$ ratio do not fully explain R2-associated APC-resistance. Thromb Haemost. 2002;88(3):444-9

106. Post, M.S., Rosing, J., van der Mooren, M.J., Zweegman, S., van Baal, W.M., Kenemans, P., Stehouwer, C.D.A. Increased resistance to activated protein C after short-term oral hormone replacement therapy in healthy post-menopausal women. Brit. J. Haematol 2002;119(4):1017-23

107. Nijziel, M.R., van Oerle, R., Thomassen, M.C.L.G.D., van Pampus, E.C.M., Hamulyak, K., Tans, G., Rosing, J. Acquired resistance to activated protein C in breast cancer patients. Brit. J. Haematol. 2003;120(1):117-22

108. Lindqvist, P.G., Rosing, J., Malmquist, A., Hillarp, A. Etonogestrel implant use is not related to hypercoagulable changes in anticoagulant system. Journal of Thrombosis and Haemostasis, 2003;1:601-2.

109. Tans, G., van Hylckama Vlieg, A., Thomassen, M.C.L.G.D., Curvers, J., Bertina, R.M., Rosing, J. and Rosendaal, F.R. Activated protein C resistance determined with a thrombin generation-based test predicts for venous thrombosis in men and women.Br. J. Haematol. 2003;122(3):465-70.

110. Post, M.S., Thomassen, M.C.L.G.D., van der Mooren, M.J., van Baal, W.M., Rosing, J., Kenemans, P., Stehouwer, C.D.A. Effect of oral and transdermal estrogen replacement therapy on hemostatic variables associated with venous thrombosis: a randomized, placebo-controlled study in postmenopausal women. Arterioscler. Thromb. Vasc. Biol. 2003;23(6):1116-21.

111. Koenen, R.R., Tans, G., van Oerle, R., Hamulyák, K., Rosing, J., Hackeng, T.M. The APC-independent anticoagulant activity of protein S in plasma is decreased by elevated prothrombin levels due to the prothrombin G20210A mutation. Blood 2003;102(5):1686-92.

112. Castoldi, E., Govers-Riemslag, J.W.P., Pinotti, M., Bindini, D., Tans, G., Berrettini, M., Mazzucconi, M.G., Bernardi, F., Rosing, J. Coinheritance of Factor V (FV) Leiden enhances thrombin formation and is associated with a mild bleeding phenotype in patients homozygous for the FVII 9726+5G>A (FVII Lazio) mutation. Blood 2003;102(12):4014-20.

113. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, Gooren LJ, Rosing J. Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab. 2003;88(12):5723-9.

114. Thomassen MCLGD, Castoldi E, Tans G, Magdeleyns EJ, Delanoit C, Debusscher L, Van Assche KJ, Rosing J. Endogenous factor V synthesis in megakaryocytes contributes negligibly to the platelet factor V pool. Haematologica 2003;88(10):1150-6.

115. Nap AW, Hamulyak K, van Oerle R, van Pampus LC, Spaanderman ME, Damoiseaux J, Rosing J, Peeters LL. Performance of a novel test to quantify activated protein C resistance in women with a history of pre-eclampsia.Eur J Obstet Gynecol Reprod Biol. 2004;113(1):26-30.

116. Kemmeren, J.M., Algra, A,. Meijers, J.C.M., Tans, G., Bouma, B.N., Curvers, J., Rosing, J., Grobbee, D.E.. Effect of second- and third-generation oral contraceptives on the protein C system in the absence or presence of the factor VLeiden mutation: a randomized trial. Blood 2004;103(3):927-33.

117. van der Neut Kolfschoten M, Dirven RJ, Vos HL, Tans G, Rosing J, Bertina RM. Factor Va is inactivated by activated protein C in the absence of cleavage sites at Arg-306, Arg-506, and Arg-679. J Biol Chem. 2004;279(8):6567-75.

118. Castoldi E, Brugge JM, Nicolaes GA, Girelli D, Tans G, Rosing J. Impaired APC-cofactor activity of factor V plays a major role in the APC resistance associated with the factor V Leiden (R506Q) and R2 (H1299R) mutations. Blood. 2004;103(11):4173-9

119. Miteva MA, Brugge JM, Rosing J, Nicolaes GA, Villoutreix BO. Theoretical and experimental study of the D2194G mutation in the C2 domain of coagulation factor V. Biophys J. 2004;86:488-98.

120. Sorensen KW, Nicolaes GAF, Villoutreix BO, Yamazaki T, Tans G, Rosing J, Dahlback B.Functional properties of recombinant factor V mutated in a potential calcium-binding site. Biochemistry. 2004;43(19):5803-10

121. Vanschoonbeek K, Feijge MA, Paquay M, Rosing J, Saris W, Kluft C, Giesen PL, De Maat MP, Heemskerk JW. Variable hypocoagulant effect of fish oil intake in humans: modulation of fibrinogen level and thrombin generation. Arterioscler Thromb Vasc Biol. 2004;24:1734-40

122. Nicolaes GA, Sorensen KW, Friedrich U, Tans G, Rosing J, Autin L, Dahlback B, Villoutreix BO Altered inactivation pathway of factor Va by activated protein C in the presence of heparin. Eur J Biochem. 2004;271(13):2724-36

USCA5 4210

123. Koenen RR, Gomes L, Tans G, Rosing J, Hackeng TM. The Ser460Pro mutation in recombinant protein S Heerlen does not affect its APC-cofactor and APC-independent anticoagulant activities. Thromb Haemost. 2004;91(6):1105-14

124. van Vliet HAAM, Winkel TA, Noort I, Rosendaal FR, Rosing J, Helmerhorst FM. Prothrombotic changes in users of combined oral contraceptives containing drospirenone and cyproterone acetate. J. Thromb. Haemostas. 2004; 2:2060-2.

125. Seré KM, Rosing J, Hackeng TM. Inhibition of thrombin generation by protein S at low procoagulant stimuli: implications for maintenance of the haemostatic balance. Blood Blood. 2004;104:3624-30

126. Duschek EJJ, Neele SJ, Thomassen MCLGD, Rosing J, Netelenbos C. Effect of raloxifene on activated protein C (APC) resistance in postmenopausal women and on APC resistance and homocysteine levels in elderly men: two randomized placebo-controlled studies. Blood Coagul Fibrinolysis. 2004;15:649-55.

127. Kerschbaumer RJ, Riedrich K, Kral M, Varadi K, Dorner F, Rosing J, Scheiflinger F. An antibody specific for coagulation factor IX enhances the activity of the intrinsic factor X-activating complex. J Biol Chem. 2004;279:40445-50

128. Castoldi E, Rosing J. Factor V Leiden: a disorder of factor V anticoagulant function. Curr Opin Hematol.. 11:176-81, 2004

129. van Vliet HA, Frolich M, Christella M, Thomassen LG, Doggen CJ, Rosendaal FR, Rosing J, Helmerhorst FM. Association between sex hormone-binding globulin levels and activated protein C resistance in explaining the risk of thrombosis in users of oral contraceptives containing different progestogens. Hum Reprod. 2005;20:563-8.

130. Rosing J. Mechanisms of OC related thrombosis. Thromb Res. 2005;115 Suppl 1:81-3.

131. Galli M, Willems GM, Rosing J, Janssen RM, Govers-Riemslag JW, Comfurius P, Barbui T, Zwaal RF, Bevers EM. Anti-prothrombin IgG from patients with anti-phospholipid antibodies inhibits the inactivation of factor Va by activated protein C. Br J Haematol. 2005;129:240-7

132. Koenen RR, Christella M, Thomassen LG, Tans G, Rosing J, Hackeng TM. Effect of oral contraceptives on the anticoagulant activity of protein S in plasma. Thromb Haemost. 2005 May;93(5):853-9.

133. Simioni P, Castoldi E, Lunghi B, Tormene D, Rosing J, Bernardi F. An underestimated combination of opposites resulting in enhanced thrombotic tendency. Blood. 2005; 106(7):2363-67

134. de Visser MC, van Hylckama Vlieg A, Tans G, Rosing J, Dahm AE, Sandset PM, Rosendaal FR, Bertina RM.. Determinants of the APTT- and ETP-based APC sensitivity tests. J Thromb Haemost. 2005;3(7):1488-94.

135. Brugge JM, Simioni P,Bernardi F, Tormene D, Lunghi B, Tans G, Pagnan A,Rosing J, Castoldi E. Expression of the normal factor V allele modulates the APC resistance phenotype in heterozygous carriers of the factor V Leiden mutation . J Thromb Haemost. 2005; 3(12): 2695-702

136. Hackeng TM, Sere KM, Tans G, Rosing J.Protein S stimulates inhibition of the tissue factor pathway by tissue factor pathway inhibitor. Proc Natl Acad Sci U S A. 2006;103(9): 3106-11.

137. Sere KM, Willems GM, Rosing J, Hackeng TM. Protein S multimers are generated in vitro and affect protein S structure-function analyses. Semin Hematol. 2006 Jan;43(1 Suppl 1):S111-20.

138.  Brugge JM, Tans G, Rosing J, Castoldi E. Protein S levels modulate the activated protein C resistance phenotype induced by elevated prothrombin levels. Thromb Haemost. 2006;95(2):236-42

139. Hemelaar M, Rosing J, Kenemans P, Thomassen MC, Braat DD, van der Mooren MJ. Less effect of intranasal than oral hormone therapy on factors associated with venous thrombosis risk in healthy postmenopausal women. Arterioscler Thromb Vasc Biol. 2006;26(7):1660

140. Segers K, Rosing J, Nicolaes GA. Structural models of the snake venom factor V activators from Daboia russelli and Daboia lebetina.Proteins. 2006; 64(4):968-84.

141. Nicolaes GA, Hackeng TM, Segers K, Rosing J. A structural model of the SHBG domain of human variant protein S Heerlen. Thromb Haemost. 2006;96(4):538-40.

142. van Rooijen M, Silveira A, Thomassen S, Hansson LO, Rosing J, Hamsten A, Bremme K. Rapid activation of haemostasis after hormonal emergency contraception.Thromb Haemost. 2007; 97(1):15-20

143. Meesters EW, Hansen H, Spronk HM, Hamulyak K, Rosing J, Rowshani AT, ten Berge IJ, ten Cate H. The inflammation and coagulation cross-talk in patients with systemic lupus erythematosus.Blood Coagul Fibrinolysis. 2007;18(1):21-8.

144. Brandts A, VAN Hylckama Vlieg A, Rosing J, Baglin TP, Rosendaal FR. The risk of venous thrombosis associated with a high endogenous thrombin potential in the absence and presence of activated protein C. J Thromb Haemost. 2007;5(2):416-8.

145. Castoldi E, Lunghi B, Rosing J, Bernardi F. Factor V Kuwait alias factor V R3: a rare polymorphism of uncertain functional significance. Med Princ Pract. 2007;16(3):244-5; author reply 246.

146. Kroh HK, Tans G, Nicolaes GA, Rosing J, Bock PE. Expression of allosteric linkage between the sodium ion binding site and exosite I of thrombin during prothrombin activation. J Biol Chem. 2007;282(22):16095-104.

147. Castoldi E, Simioni P, Tormene D, Thomassen MC, Spiezia L, Gavasso S, Rosing J. Differential effects of high prothrombin levels on thrombin generation depending on the cause of the hyperprothrombinemia. J Thromb Haemost. 2007; 5(5):971-9.

148. Segers K, Sperandio O, Sack M, Fischer R, Miteva MA, Rosing J, Nicolaes GA, Villoutreix BO. Design of protein membrane interaction inhibitors by virtual ligand screening, proof of concept with the C2 domain of factor V. Proc Natl Acad Sci U S A. 2007;104(31):12697-702.

149. Tchaikovski SN, VAN Vlijmen BJ, Rosing J, Tans G. Development of a calibrated automated thrombography based thrombin generation test in mouse plasma. J Thromb Haemost. 2007;5(10):2079-86

150. Munnix IC, Kuijpers MJ, Auger J, Thomassen CM, Panizzi P, van Zandvoort MA, Rosing J, Bock PE, Watson SP, Heemskerk JW. Segregation of platelet aggregatory and procoagulant microdomains in thrombus formation: regulation by transient integrin activation. Arterioscler Thromb Vasc Biol. 2007;27(11):2484-90.

151. Segers K, Dahlbäck B, Bock PE, Tans G, Rosing J, Nicolaes GA. The role of thrombin exosites I and II in the activation of human coagulation factor V. J Biol Chem. 2007;282(47):33915-24.

152. Tchaikovski SN, van Vliet HA, Thomassen MC, Bertina RM, Rosendaal FR, Sandset PM, Helmerhorst FM, Tans G, Rosing J. Effect of oral contraceptives on thrombin generation measured via calibrated automated thrombography. Thromb Haemost. 2007;98(6):1350-6.

153. van Rooijen M, Silveira A, Thomassen S, Odeberg J, Hamsten A, Rosing J, Bremme K. APC resistance during the normal menstrual cycle. Thromb Haemost. 2007;98(6):1246-51.

154. Dielis AW, Castoldi E, Spronk HM, van Oerle R, Hamulyák K, Ten Cate H, Rosing J. Coagulation factors and the protein C system as determinants of thrombin generation in a normal population. J Thromb Haemost. 2008;6(1):125-31.

155. Scheiflinger F, Dockal M, Rosing J, Kerschbaumer RJ. Enhancement of the enzymatic activity of activated coagulation factor IX by anti-factor IX antibodies. J Thromb Haemost. 2008;6(2):315-22.

156. Johnson JV, Lowell J, Badger GJ, Rosing J, Tchaikovski S, Cushman M. Effects of Oral and Transdermal Hormonal Contraception on Vascular Risk Markers: A Randomized Controlled Trial. Obstet Gynecol. 2008;111(2):278-284.

157. van Vliet HA, Bertina RM, Dahm AE, Rosendaal FR, Rosing J, Morten Sandset P, Helmerhorst FM. Different effects of oral contraceptives containing different progestogens on protein S and tissue factor pathway inhibitor. J Thromb Haemost. 2008;6(2):346-51.

158. Maurissen LF, Thomassen MC, Nicolaes GA, Dahlback B, Tans G, Rosing J, Hackeng TM. Re-evaluation of the role of the protein S-C4b binding protein complex in activated protein C-catalyzed factor Va-inactivation. Blood 2008;111(6):3034-41.

159. van Vliet HA, Rodrigues SP, Snieders MN, van der Meer FJ, Frolich M, Rosendaal FR, Rosing J, Helmerhorst FM.  Sensitivity to activated protein C during the menstrual cycle in women with and without factor V(Leiden).Thromb Res. 2008;121(6):757-61.

160. Segers K, Dahlback B, Rosing J, Nicolaes GA. Identification of surface epitopes of human coagulation factor Va which are important for interaction with activated protein C and heparin. J Biol Chem. 2008 Aug 15;283(33):22573-81.

161. Rosing J, Maurissen LF, Tchaikovski SN, Tans G, Hackeng TM. Protein S is a cofactor for tissue factor pathway inhibitor. Thromb Res. 2008;122 Suppl 1:S60-3. Review.

162. Marchetti M, Castoldi E, Spronk HM, van Oerle R, Balducci D, Barbui T, Rosing J, Ten Cate H, Falanga A. Thrombin generation and activated protein C resistance in patients with essential thrombocythemia and polycythemia vera. Blood. 2008 Nov 15;112(10):4061-8.

163. Duckers C, Simioni P, Spiezia L, Radu C, Gavasso S, Rosing J, Castoldi E. Low plasma levels of tissue factor pathway inhibitor in patients with congenital factor V deficiency. Blood. 2008;112(9):3615-23.

164. van Vliet HA, Rosendaal FR, Rosing J, Helmerhorst FM. Sex hormone-binding globulin: an adequate surrogate marker for venous thromboembolism in women using new hormonal contraceptives. Contraception. 2009;79(4):328-9

165. van Vliet HAAM., Tchaikovski SN, Rosendaal FR, Rosing J, Helmerhorst FM. The effect of the levonorgestrel-releasing intrauterine system on the resistance to activated protein C (APC). Thrombosis and Haemostasis 2009 101 4: 691-695.

166. Duckers C, Simioni P, Rosing J, Castoldi E. Advances in understanding the bleeding diathesis in factor V deficiency. Br J Haematol. 2009;146(1):17-26

167. Hackeng TM, Maurissen LF, Castoldi E, Rosing J. Regulation of TFPI function by protein S. J Thromb Haemost. 2009 Jul;7 Suppl 1:165-8.

168. Hackeng TM, Rosing J. Protein S as cofactor for TFPI. Arterioscler Thromb Vasc Biol. 2009;29(12):2015-20.

169. Hartmann R, Dockal M, Kammlander W, Panholzer E, Nicolaes GA, Fiedler C, Rosing J, Scheiflinger F. Factor IX mutants with enhanced catalytic activity. J Thromb Haemost. 2009;7(10):1656-62.

170. Tchaikovski SN, van Vlijmen BJ, Cleuren AC, Thomassen MC, Tchaikovski V, Tans G, Rosing J. Pregnancy-associated changes in the hemostatic system in wild-type and factor V Leiden mice. J Thromb Haemost. 2009;7(2):312-8.

171. Fleischer K, van Vliet HA, Rosendaal FR, Rosing J, Tchaikovski S, Helmerhorst FM. Effects of the contraceptive patch, the vaginal ring and an oral contraceptive on APC resistance and SHBG: a cross-over study. Thromb Res. 2009;123(3):429-35.

172. Duckers C, Simioni P, Spiezia L, Radu C, Dabrilli P, Gavasso S, Rosing J, Castoldi E. Residual platelet factor V ensures thrombin generation in patients with severe congenital factor V deficiency and mild bleeding symptoms. Blood. 2010;115(4):879-86.

173. Castoldi E, Simioni P, Tormene D, Rosing J, Hackeng TM. Hereditary and acquired protein S deficiencies are associated with low TFPI levels in plasma. J Thromb Haemost. 2010;8(2):294-300.

174. Castoldi E, Rosing J. APC resistance: biological basis and acquired influences. J Thromb Haemost. 2010;8(3):445-53.

175. van Vliet HA, Rosendaal FR, Fleischer K, Rosing J, Helmerhorst FM. Effects of the contraceptive vaginal ring, the contraceptive transdermal patch and combined oral contraceptives on markers of hemostasis. Contraception. 2010;81(1):88-9;

176. Segers O, van Oerle R, ten Cate H, Rosing J, Castoldi E. Thrombin generation as an intermediate phenotype for venous thrombosis. Thromb Haemost. 2010;103(1):114-22.

177. Maurissen LF, Castoldi E, Simioni P, Rosing J, Hackeng TM. Thrombin generation-based assays to measure the activity of the TFPI-protein S pathway in plasma from normal and protein S-deficient individuals. J Thromb Haemost. 2010;8(4):750-8.

178. Tchaikovski SN, Rosing J. Mechanisms of Estrogen-Induced Venous Thromboembolism. Thromb Res. 2010;126(1):5-11.

179. Castoldi E, Maurissen LF, Tormene D, Spiezia L, Gavasso S, Radu C, Hackeng TM, Rosing J, Simioni P. Similar hypercoagulable state and thrombosis risk in type I and type III protein S-deficient individuals from mixed type I/III families. Haematologica. 2010 Sep;95(9):1563-71.

180. Nicolaes GA, Bock PE, Segers K, Wildhagen KC, Dahlback B, Rosing J. Inhibition of thrombin formation by active site Ser360 to Ala-substituted activated protein C. J Biol Chem. 2010 Jul 23;285(30):22890-900

181. Smid M, Dielis AW, Winkens M, Spronk HM, van Oerle R, Hamulyák K, Prins MH, **Rosing J**, Waltenberger JL, ten Cate H. Thrombin generation in patients with a first acute myocardial infarction. J Thromb Haemost. 2011 Mar;9(3):450-6.

182. Duckers C, Simioni P, Tormene D, Carraro S, **Rosing J**, Castoldi E. Factor V Leiden pseudo-homozygotes have a more pronounced hypercoagulable state than factor V Leiden homozygotes. J Thromb Haemost. 2011; 9(4):864-7.

183. Castoldi E, **Rosing J**. Thrombin generation tests. Thromb Res. 2011;127 Suppl 3:S21-5.

184. Castoldi E, Duckers C, Radu C, Spiezia L, Rossetto V, Tagariello G, **Rosing J**, Simioni P. Homozygous F5 deep-intronic splicing mutation resulting in severe factor V deficiency and undetectable thrombin generation in platelet-rich plasma J Thromb Haemost. 2011;9(5):959-68.

185. Kroh HK, Panizzi P, Tchaikovski S, Baird TR, Wei N, Krishnaswamy S, Tans G, **Rosing J**, Furie B, Furie BC, Bock PE. Active Site-labeled Prothrombin Inhibits Prothrombinase in Vitro and Thrombosis in Vivo J Biol Chem. 2011 Jul 1;286(26):23345-56

186. Sonnevi K, Tchaikovski SN, Holmström M, Rosing J, Bremme K, Larfars G. Thrombin generation and activated protein C resistance in the absence of factor V Leiden correlates with the risk of recurrent venous thromboembolism in women aged 18-65 years. Thromb Haemost. 2011;106(5):901-7.

187. Sonnevi K, Tchaikovski S.N., Holmström M., Rosing J., Bremme K., Lärfars G. Thrombin generation and activated protein C resistance in the absence of factor V Leiden correlates with the risk of recurrent venous thromboembolism in women aged 18–65 years. Thrombosis and Haemostasis in press

188. Tchaikovski SN, Thomassen MC, Costa SD, Peeters LL, Rosing J. Role of protein S and tissue factor pathway inhibitor in the development of activated protein C resistance early in pregnancy in women with a history of preeclampsia. Thromb Haemost. 2011;106(5):914-21.

189. Segers O, Simioni P, Tormene D, Bulato C, Gavasso S, Rosing J, Castoldi E. Genetic modulation of the FV(Leiden)/normal FV ratio and risk of venous thrombosis in factor V Leiden heterozygotes. J Thromb Haemost. 2012;10(1):73-80.

190. Rossouw JE, Johnson KC, Pettinger M, Cushman M, Sandset PM, Kuller L, Rosendaal F, Rosing J, Wasserthal-Smoller S, Martin LW, Manson JE, Lakshminarayan K, Merino JG, Lynch J. Tissue factor

pathway inhibitor, activated protein C resistance, and risk of ischemic stroke due to postmenopausal hormone therapy. Stroke. 2012;43(4):952-7.

191. Peraramelli S, Rosing J, Hackeng TM. TFPI-dependent activities of protein S. Thromb Res. 2012;129 Suppl 2:S23-6.

192. Raps M, Helmerhorst F, Fleischer K, Thomassen S, Rosendaal F, Rosing J, Ballieux B, VAN Vliet H. Sex hormone-binding globulin as a marker for the thrombotic risk of hormonal contraceptives. J Thromb Haemost. 2012;10(6):992-7.

193. Peraramelli S, Suylen DP, Rosing J, Hackeng TM. The Kunitz 1 and Kunitz 3 domains of tissue factor pathway inhibitor are required for efficient inhibition of factor Xa. Thromb Haemost. 2012;108(2):266-76.

194. Raps M, Helmerhorst FM, Fleischer K, van Hylckama Vlieg A, Stegeman BH, Thomassen S, Rosendaal FR, Rosing J, Ballieux BE, Van Vliet HA. Sex hormone-binding globulin as a marker for the thrombotic risk of hormonal contraceptives: reply to a rebuttal. J Thromb Haemost. 2013;11(2):396-7

195. Peraramelli S, Thomassen S, Heinzmann A, Rosing J, Hackeng TM, Hartmann R, Scheiflinger F, Dockal M. Direct inhibition of factor VIIa by TFPI and TFPI constructs. J Thromb Haemost. 2013;11(4):704-14.

196. Raps M, Helmerhorst FM, Fleischer K, Dahm AE, Rosendaal FR, Rosing J, Reitsma P, Sandset PM, van Vliet HA. The effect of different hormonal contraceptives on plasma levels of free protein S and free TFPI. Thromb Haemost. 2013;109(4):606-13.

197. Raps M, Rosendaal F, Ballieux B, Rosing J, Thomassen S, Helmerhorst F, van Vliet H., Resistance to APC and SHBG levels during use of a four-phasic oral contraceptive containing dienogest and estradiol valerate: a randomized controlled trial. J Thromb Haemost. 2013;11(5):855-61.

198. Sonnevi K, Tchaikovski SN, Holmstrom M, Antovic JP, Bremme K, Rosing J, Larfars G., Obesity and thrombin-generation profiles in women with venous thromboembolism. Blood Coagul Fibrinolysis. 2013;24(5):547-53.

199. Omarova F, Uitte De Willige S, Ariens RA, Rosing J, Bertina RM, Castoldi E., Inhibition of thrombin-mediated factor V activation contributes to the anticoagulant activity of fibrinogen. J Thromb Haemost. 2013;11(9):1669-78

200. Dockal M, Hartmann R, Fries M, Thomassen MC, Heinzmann A, Ehrlich H, Rosing J, Osterkamp F, Polakowski T, Reineke U, Griessner A, Brandstetter H, Scheiflinger F. Small peptides blocking inhibition of factor Xa and tissue factor-factor VIIa by tissue factor pathway inhibitor (TFPI). J Biol Chem. 2014;289(3):1732-41.

201. Raps M, Curvers J, Helmerhorst FM, Ballieux BE, Rosing J, Thomassen S, Rosendaal FR, van Vliet HA. Thyroid function, activated protein C resistance and the risk of venous thrombosis in users of hormonal contraceptives. Thromb Res. 2014;133(4):640-4.

202. Omarova F, Uitte de Willige S, Simioni P, Ariëns RA, Bertina RM, Rosing J, Castoldi E. Fibrinogen γ' increases the sensitivity to activated protein C in normal and factor V Leiden plasma. Blood. 2014;124(9):1531-8.

203. Peraramelli S, Thomassen S, Heinzmann A, Rosing J, Hackeng TM, Hartmann R, Scheiflinger F, Dockal M. Inhibition of tissue factor:factor VIIa-catalyzed factor IX and factor X activation by TFPI and TFPI constructs. J Thromb Haemost. 2014 ;12(11):1826-37.

204. Tchaikovski SN, Thomassen MC, Costa SD, Bremme K, Rosing J. Changes in haemostatic parameters during the menstrual cycle and subsequent use of drospirenone-containing oral contraceptives. Thromb Res. 2014;134(5):1032-7.

205. Thomassen MC, Heinzmann AC, Herfs L, Hartmann R, Dockal M, Scheiflinger F, Hackeng TM, Rosing J. Tissue factor-independent inhibition of thrombin generation by tissue factor pathway inhibitor-α. J Thromb Haemost. 2015;13(1):92-100

206. Peraramelli S, Thomassen S, Heinzmann A, Hackeng TM, Hartmann R, Scheiflinger F, Dockal M, Rosing J. Role of exosite binding modulators in the inhibition of FXa by TFPI. Thromb Haemost. 2015;115(3).

207. Johnson KC, Aragaki AK, Jackson R, Reiner A, Sandset PM, Rosing J, Dahm AE, Rosendaal F, Manson JE, Martin LW, Liu S, Kuller LH, Cushman M, Rossouw JE. Tissue Factor Pathway Inhibitor, Activated Protein C Resistance, and Risk of Coronary Heart Disease Due To Combined Estrogen Plus Progestin Therapy. Arterioscler Thromb Vasc Biol. 2016;36(2):418-24.

## Book chapters and reviews

1. Slater, E.C., Rosing, J., Harris, D.A., Stadt van de, R.J. and Kemp Jr., A. In: Membrane proteins in transport and phosphorylation (Azzone,G.F., Klingenberg,M.E., Quagliariello,E., and Siliprandi,N., eds.) North Holland Publ. Comp. Amsterdam, The Netherlands, pp. 137-147, 1974.

2. Rosing, J. Studies on thermodynamics and mechanism of oxidative phosphorylation. Ph.D.Thesis, University of Amsterdam, Amsterdam, The Netherlands, 1974.

3. Boyer, P.D., Smith, D.J., Rosing, J. and Kayalar, C. Bound nucleotides and conformational changes in oxidative and photophosphorylation. In: Electron transfer chains and oxidative phosphorylation (Quagliariello, E., Papa, S., Palmierei, F., Slater, E.C., and Siliprandi, W., eds.) North Holland Publ. Comp., Amsterdam, pp. 361-372, 1975.

4. Rosing, J., Kayalar, C. and Boyer, P.D. Probes of energy input in ATP formation by oxidative phosphorylation. In: The structural basis of membrane function (Hatefi, Y. and Djaridi-Ohaniance, L., eds.) Academic Press Inc., New York, pp. 189-204, 1975.

5. Zwaal, R.F.A., Rosing, J., Tans, G., Bevers, E.M.and Hemker, H.C. Topological and Kinetic Aspects of Phospholipids in Blood Coagulation. In: The Regulation of Coagulation( Mann, K.G. and Taylor, F.B., eds.), Elsevier/North Holland Inc. pp. 95-115, 1980.

6. Tans, G., Rosing, J., Dieijen-van, G. and Hemker, H.C. Conjectures on the Mode of Action of Factors V and VIII. In: The Regulation of Coagulation. (Mann, K.G. and Taylor, F.B., eds.). Elsevier/North-Holland Inc., pp. 173-185, 1980.

7. Hemker,H.C., Dieijen-van-G., Rosing,J., Tans,G., Zwaal,R.F.A. On the Role of Phospholipids in the Reaction Mechanism of Blood Coagulation. In: Protides of the Biological Fluids (Peeters. H., ed.) pp. 265-271, 1980

8. Dieijen-van, G., Rosing, J., Tans, G., Janssen-Claessen, G., Franssen, J. and Hemker,H.C. Blood-clotting enzymology. The Activation of Factor X by Factor IXa; the Effect of Phospholipid and of Antihaemophilia Factor VIII (F VIII) on the Activation Reaction. Arch.Int.Phys.Biochim., 88(3): 153-154, 1980.

9. Dieijen-van-Visser, M.P., Wersch-van, J., Brombacher, P.J., Rosing, J., Hemker, H.C. and Dieijen-van, G. Potentiële mogelijkheden van Spectrofotometrische bepalingen voor de Controle van Orale Anticoagulant Therapie. Ned.T.Klin.Chem., 7: 256-258, 1982.

10. Rijn-van, J.L.M.L., Rosing, J., Dieijen-van, G., Bevers, E.M., Zwaal, R.F.A., Hemker, H.C. The Interaction between Blood Platelets and Blood Coagulation Factors. Arzneim.-Forsch./Drug Res., 33(II), 9a: 1365-1369, 1983.

11. Dieijen-van, G., Rosing, J., Rijn-van, J.L.M.L., Bevers, E.M., Hemker, H.C. and Zwaal, R.F.A. The Role of Factors VIII and IX in Blood Coagulation. In: Current Topics in Haemophilia (Wensley, R.T., ed.) NDT Print, Manchester, pp. 3-14, 1983

USCA5 4216

12. Rosing, J., Dieijen-van, G., Rijn-van, J.L.M.L. and Dieijen-van-Visser, M. De Bepaling van Plasma Factor VII, VIII en XI met behulp van Chromogene Substraten. In: Thrombose, Diagnostiek, Preventie en Behandeling, (Ten Cate, J.W. ed.) Albédon-Klop, Katwijk, The Netherlands, pp. 190-196, 1983

13. Dieijen-van-Visser, M.P., Wersch-van, J., Brombacher, P.J., Rosing, J., Hemker, H.C. and Dieijen, G. Controle van Orale Antistolling m.b.v. Chromogene Bepaling voor de Factoren II, VII, IX en X. In: Thrombose, Diagnostiek, Preventie en Behandeling, (Ten Cate, J.W. ed.) Albédon-Klop, Katwijk, The Netherlands, pp. 228-231, 198.

14. Rosing, J., Rijn-van, J.L.M.L., Bevers, E.M., Dieijen-van, G., Hemker, H.C. and Zwaal, R.F.A. Platelet Phospholipids and Coagulation Factor Activation. In: Atheroma and thrombosis (Kakkar, V.V., ed.), Pitman-London, pp. 129-142, 1985.

15. Zwaal, R.F.A., Rosing, J. and Bevers, E.M. Platelet membranes and activation of coagulation factors. In: Enzyme Activation in Blood-Perfused Artificial Organs (Schmid-Schonbein, H., Wurzinger, L.J. and Zimmerman, R.E., eds). Martinus Nijhoff Publishers pp. 111-118, 1985.

16. Rosing, J., Tans, G., and Griffin, J.H. The function of the heavy and light chain of human plasma kallikrein in the activation of factor XII. In: Kinins IV,m part B, (Greenbaum, L.M. and Margolius, H.S., eds.) Plenum Press, New York, pp. 27-34, 1986.

17. Bevers, E.M., Rosing, J. and Zwaal, R.F.A. Membrane phospholpids are the major determinant of the binding site for the factor X-activating and prothrombinase complexes at the surface of human platelets. Agents and Actions, 20: 69-75, 1986.

18. Tans, G. and Rosing, J. Multicomponent Enzyme Complexes of Blood Coagulation. In: Blood Coagulation (Zwaal, R.F.A. and Hemker, H.C., eds.), Elsevier, Amsterdam, pp. 59-86, 1986.

19. Zwaal, R.F.A., Bevers, E.M. and Rosing, J. Structural Aspects of the Platelet Membrane with Emphasis on Procoagulant Phospholipids. In: Biology and Pathology of Platelet-Vessel Wall Interactions.(Jolles, G., Legrand, Y.J.and.Nurden, A., eds.). Academic Press. pp. 247-265, 1986.

20. Bevers, E.M., Rosing, J. and Zwaal, R.F.A. Development of Procoagulant Binding sites on the Platelelt Surface. In: Platelet Stimulus and Response Coupling (Kakkar, V.V., Scully, M.F. and MacIntyre, D.E., eds.), Plenum Press, pp. 359-371, 1986.

21. Bevers, E.M., Rosing, J. and Zwaal, R.F.A. Platelets and Coagulation. In: Platelets in Biology and Pathology III. (MacIntyre, D.E. and Gordon, J.L., eds.), Elsevier, Amsterdam, the Netherlands, pp. 127-160, 1987.

22. Rosing, J., Zwaal, R.F.A. and Tans, G. Snake venom prothrombin activators. In: "Animal venoms and hemostasis (Pirkle, H. and Markland, Jr., F.S., eds.) Marcel Dekker Inc., New York, pp. 3-27, 1987.

23. Tans, G., Govers-Riemslag, J.W.P., van Rijn, J.L.M.L. and Rosing, J. Prothrombin activation by an activator purified from the venom of the Mainland tiger snake (Notechis scutatus scutatus). In: "Animal venoms and hemostasis (Pirkle, H. and Markland, Jr., F.S., eds.) Marcel Dekker Inc., New York, pp. 29-40, 1987.

24. Govers-Riemslag, J.W.P., Speijer, H., Zwaal, R.F.A. and Rosing, J. Purification and characterization of the prothrombin activator from Oxyuranus scutellatus (Taipan snake). In: "Animal venoms and hemostasis (Pirkle, H. and Markland, Jr., F.S., eds.) Marcel Dekker Inc., New York, pp. 41-53, 1987.

25. Rosing, J. and Tans, G. The role of phospholipids in the activation of factor X and prothrombin. In: Coagulation and Lipids (Zwaal, R.F.A., ed.), CRC Press Inc., Boca Raton, Florida, pp. 159-187, 1988.

26. Rosing, J., Speijer, H. and Zwaal, R.F.A. The Effect of Surface Charge of Phospholipid Vesicles on Their Activity in Prothrombin Activation. In: Current Advances in Vitamin K Research (Suttie, J.W., ed.), Elsevier, Amsterdam, pp. 341-352, 1988.

27. Zwaal, R.F.A., Bevers, E.M. and Rosing, J. Regulation and Function of Transbilayer Movement of Phosphatidylserine in Activated Blood Platelets and Sickled Cells. In: Abberation of Membrane Structure and Function (Karnovski, M., Bolis, L., and Leaf, A., eds.), Alan Liss Inc., New York, pp. 181-192, 1988.

28. Tans, G. and Rosing, J. Lipid involvement in contact activation. In: Coagulation and Lipids (Zwaal, R.F.A., ed.), CRC Press Inc., Boca Raton, Florida, pp. 99-129, 1988.

29. Tans, G., Janssen-Claessen, T. and Rosing, J. Fotografische detectie van amidolytisch actieve prothrombine activatie producten na SDS-gelelectroforese. In: Trombose en Arterosclerose: diagnostiek, preventie en behandeling anno 1988 (J.W. Ten Cate, J.W., Bas, B.M., Briet, E., Kastelein, J.P., Kluft, C., Sixma, A.J. and Sturk, A., eds.), Stichting Amstol, Leiden, The Netherlands, pp. 223-228, 1989.

30. Zwaal, R.F.A., Bevers, E.M. and Rosing, J. Phospholipids and the Clotting Proces. In: Phospholipid Binding Antibodies (Harris, E.N., Exner, T., Hughes, G.R.V. and Anderson, R.A., eds.) CRC Press Inc., Boca Raton, Florida, pp. 31-59, 1991

31. Yukelson, L.Y., Sadykov, E.S., Barabantshikova, N.A., Rosing, J., Tans, G., and Hemker, H.C. The study of the coagulant potential of some Central Asian snake venoms (in het Russisch). Khimiya Prirodnyikh Soedinenii 3, 447-454, 1993
Chemistry of Natural Products 3, 447-454, 1993

32. Wolfhagen, H.A.P., Kolle, B. and J. Rosing. Drie onderwijsblokken in de tijd van twee. Een inhaalprogramma voor studenten geneeskunde. Bulletin Medisch Onderwijs 15, 23-27, 1996

33. Rosing, J. Scutelarin in: Handbook of Proteolytic Enzymes (Barret, A.J., Rawlings, N.D. and Woessner Jr., J.F., eds), Academic Press, London, UK, 227-229, (1998)

34. Petrovan, R., Tans, G. and Rosing, J. Proteases Activating Prothrombin in: The Enzymology of Snake venoms (Bailey, G.S. ed.), Alaken Inc. Fort Collins, Co, USA, 227-252, (1998)

35. Nienhuis SJ, Curvers J, Rosing J, Hamulyak K, Evers JJL. IVF en bloedstolling. Nederlands Tijdschrift voor Obstetrie. & Gynaecologie 112, 33-34, 1999.

36. Curvers, J., Tans, G., Rosing, J. Sex steroids and blood coagulation. In: Hormone Replacement Therapy and Cardiovascular Disease: The Current Status of Research and Practice (Genazzani, A.R. ed.) Parthenon Publishing, Carnforth, UK, 117-126, 2000

37. Middeldorp, S., Rosing, J., Bouma, B.N., Büller, H.R. Effecten van orale anticonceptiva op de hemostase. Ned. Tijdschrift voor Geneeskunde. 145:252-256, 2001.

38. Rosing J, Tans G - Oral Contraceptives and Hormone Replacement Therapy: Effects on Coagulation and Fibrinolysis. In: Proceedings of the 14th Congress of the European Chapter of the International Union of Angiology (Clement, D., and Rieger, H., eds.), Monduzzi Editore, International Proceedings Division, 397-404, 2001

39. Tans, G., Bouma, B.N., Büller, H.R., Rosing, J. Changes of hemostatic variables during oral contraceptive use. Sem. Vasc. Med. 3:61-8, 2003

40. Tchaikovski, S., Tans, G., Rosing, J., Venous thrombosis and oral contraceptives: current status. Women's Health 2006; 2(5): 761-72

**Appendix II: Invitations**

1971   Pugnochiuso, Italy. Workshop Energy Transduction in Respiration and Photosynthesis

1974   Bressanone, Italy. Workshop Membrane Proteins in Transport and Phosphorylation

1976   Paris, France. Katchalsky Conference on Thermodynamics and Bioenergetics

1977   Amsterdam, The Netherlands. Workshop on Structure and Function of Energy-Transducing Membranes

1982   La Jolla, United States. Visiting investigator Scripps Clinic and Research Foundation. Research on contact activation (4 months)

1983   La Jolla, United States. Visiting investigator Scripps Clinic and Research Foundation. Research on contact activation ( 4 month, continuation research 1982)

1985   La Jolla, United States. Visiting investigator Scripps Clinic and Research Foundation. Research on prekallikrein activation (3 months)

1988   La Jolla, United States. Visiting investigator Scripps Clinic and Research Foundation. Research on factor Va inactivation by activated protein C (3 months).

1990   Tallinn, Estland. Ninth European Symposium on Animal, Plant and Microbial Toxins

1993   Tashkent, Uzbekistan, Uzbek Academy of Sciences. Report on progress of cooperative research.

INVITED LECTURES:

1975   Squaw Valley, United States. ICN-UCLA Winter Symposium on Electron Transport and Oxidative Phosphorylation (The possible role of tightly bound adenine nucleotides in oxidative and photosynthetic phosphorylation)

1976   Hamburg, Germany (25-31/7/1976) 10th International Congress of Biochemistry organized by the IUB (Nature of energy input in ATP synthesis)

1976   Venice (Italy) Combined Meeting of British, Italian and Dutch Biochemical Societies

1979   London, England (15-20/7/1979). VIIth International Congress on Thrombosis and Haemostasis organized by the ISTH (The role of phospholipids and factor Va in mechanism of prothrombin activation)

1980   Maastricht, The Netherlands (24-28/11/1980). FEBS Advanced Course No. 70 on "Biochemistry of Blood Coagulation (Structure and function of the prothrombinase complex)

1980   Amsterdam, The Netherlands (1-3/12/1980). Workshop on Biochemical Reactions at Lipid-Water Interfaces (The role of phospholipids in prothrombin and factor X activation)

1981   Paris, France (4-5/11/81). ETRO Meeting on platelet membranes (Mechanisms for the development of platelet coagulant activity)

1982   Milan, Italy (4-5/11/82). Vitamin K brainstorm (The role of accessory components in the activation of vitamin K dependent clotting factors)

1983   Woudschoten, The Netherlands (11-12/4/83). ETRO workshop on activation of fibrinolysis kallikrein-kinin-system (Autoactivation of human factor XII)

1983   Interlaken Switzerland (18-22/4/83). Advanced teaching Course on Thrombosis organized by the ETRO (Mechanism of activation of Vitamin K dependent coagulation factors)

1983   London, England (11-12/7/83). International Symposium Atheroma and Thrombosis (Platelet and coagulation factors interaction)

1984   Istanbul, Turkey (4-7/6/1984). VIII International Congress on Thrombosis. (Mechanisms of prothrombin activation by snake venoms)

USCA5 4219

1985   San Diego, USA (13-14/7/1985). ICTH Meeting on Biochemical and Clinical Aspects of Platelet Procoagulant Activity (Mechanism of generation

1985   San Diego, USA (20-21/7/1985). ISTH satellite Symposium on Animal Venoms and Haemostasis (Purification and properties of prothrombin activators from the venom of Notechis scutatus and Oxyuranus scutellatus)

1986   Maastricht, The Netherlands (20-26/7/1986). 2nd ETRO Advanced Teaching Course on Thrombosis and Haemostasis (The role of phospholipids (platelets) and protein cofactors in coagulation)

1986   Giessen, Germany (29/8/1986) Max Planck Gesellschaft zur Forderung der Wissenschaften (Snake venom prothrombin activators as tools in studies on the mechanism of blood coagulation).

1987   Madison, USA (21-25/6/1987) Seventeenth Steenbock Symposium: Current Advances in Vitamin K Research (The effect of the surface charge of phospholipid vesicles on their activity in prothrombin activation)

1988   La Jolla, USA (26/10/1988) Scripps Institute (The effect of phospholipids and protein S on APC-catalyzed factor Va inactivation)

1990   Barcelona, Spain (20-22/6/1990) ISTH Subcommittee Meetings (An inventory of snake venom prothrombin activators)

1990   Tashkent, Soviet Union (3/10/1990) Uzbek Academy of Sciences (Snake venom prothrombin activators as tools in blood coagulation research)

1990   Lunteren, The Netherlands (2/11/1990) Dutch Haematological Society (Introduction to the use of chromogenic substrates)

1991   Amsterdam, The Netherlands (30/6-6/7/1991) XIIIth International Congress of the International Society on Thrombosis and Haemostasis (Meizothrombin, formation and function)

1992   Maastricht, The Netherlands (22/10/1992) Symposium of the Dutch Biochemical Society (Structural and functional properties of the prothrombin-activating enzyme complex)

1992   Maastricht, The Netherlands (27/11/1992) 6th National Calcium (Calcium-dependent interactions in blood coagulation)

1994   Vienna, Austria (07/04/94) Immuno AG, Wien (Molecular mechanisms of prothrombin activation)

1994   Leuven, Belgium (15/09/94) Sixth International Symposium on Phospholipid Antibodies (Interaction of clotting factors with phospholipids)

1995   Vienna, Austria (24/02/95) ETRO Working Party on Familial Thrombosis (The thrombin potential in APC resistance)

1996   Barcelona, Spain (08/07/96) 24th FEBS Congress (Teaching biochemistry at a medical faculty with a problem-based learning system)

1996   Sardegna, Italy (29/09/96) Immuno Convention '96 (Regulation of prothrombin activation)

1997   Maastricht, The Netherlands (15/01/96) European Symposium on Hereditary and Acquired Thrombophilia (Pathophysiology and molecular biology of APC resistance)

1997   Antwerpen, Belgium (21-03-97)

1997   Florence, Italy (10-07-97) XVIth International Congress of the International Society on Thrombosis and Haemostasis (Plenary lecture: Factor V, an old star sines again)

USCA5 4220

1997   Amsterdam, The Netherlands (20/06/97), 25-jarig lustrum THON/NVTH (Stollingssysteem 1972-1997)

1997   Copenhagen, Danmark (04/09/97), Meeting Danish Society for Thrombosis and Haemostasis on Oral contraceptives and thrombosis (Activated protein C resistence induced by oral contraceptives)

1997   Lunteren, The Netherlands (02/10/97), Nederlandse Vereniging voor Haematologie. (Pil en Trombose. Nieuwe inzichten in biochemische aspecten.)

1997   London, England (20/10/97), Royal College of Physicians, Hormone replacement therapy, the pill and thrombosis (Activated protein C resistance and thrombosis (Risk of second and third generation pills)

1997   Montreal, Canada (7-9/11/97) Consensus Conference on Oral Contraceptives and Smoking (Possible Mechanism for Thrombotic Effects of OCs)

1997   Geneve, Switzerland (20/06/97), WHO Scientific Group "Cardiovascular disease and steroid hormone contraception

1998   Ljubljana, Slovenia (22-26/6/1998) 14th International congress on Fibrinolysis and Thrombolysis (

1999   Washington, United States (Differences between levonorgestrel- and desogestrel-containing oral contraceptives on plasma thrombin generation in the presence of activated protein C

2000   Zaltbommel, The Netherlands (24-25/5/2000) First Roche Haemostasis Round Table (Automation of thrombin generation tests)

2000   Maastricht, The Netherlands (12-14/06/2000) First North Sea Conference (Isoforms of factor V)

2000   s'Gravenhage, The Netherlands (16/06/2000) Third Wim Schellekens Symposium (Clotting and clotting factors)

2000   Parijs, France (18-22/09/2000) Internaional Society of Toxinology (Effects of snake venom proteins on blood coagulation)

2000   London, UK (13/10/2000-16/10/2000) International Menopause Society Expert Workshop (Sex steroids and blood coagulation)

2001   Antwerp, Belgium (22/03/2001) Diagnostics in Thrombosis: State of the Art (

2001   Montpellier, France (9/05/2001-12/05/2001) XIVth International Symposium on Technological Innovations in Laboratory Hematology organised by the International Society for Laboratory Hematology (The clinical value of thrombin generation assays)

2001   Köln, Germany (23/05/2001-26/05/2001) 14th Congress of the International Union of Angiology (Oral contraceptives and hormone replacement therapy: effects on coagulation and fibrinolysis)

2001   Paris, France (12/07/2001-13/7/2001) International Conference on Exogenous Factors Affecting Thrombosis and Haemostasis (Factor V Activation and Inactivation by Venom Proteases)Paris, France

2003   Amsterdam, The Netherlands (26/03/2003-29/03/2003) Royal Dutch Academy of Arts and Sciences (KNAW) Colloquium "Thrombin generation in vitro and in vivo" (Hormonal influence on coagulability)

2003   Birmingham, UK (12/07/2003-18/07/2003) XIX Congress of the International Society on Thrombosis and Haemostasis (APC resistance, new perspectives)

2004   Geldrop, The Netherlands (19/04/2004) Course general practitioners and specialists (The biological basis of pill thrombosis)

2005   Budapest, Hungary (04/02/2005-06/02/2005) International Symposium on Women's Health Issues in Thrombosis and Hemostasis (Mechanisms of OC related thrombosis)

USCA5 4221

2005  San Francisco, US (11/05/2005-14/05/2005) XVIIIth International Symposium on Technological Innovations in Laboratory Hematology (Thrombin Generation Assays – Research or Routine?)

2005  Padova, Italy (06/10/2005-08/10/2005) 1st Italian Congress of Thrombosis and Haemostasis in women and children (The coagulation system during hormonal treatment)

2007  Vienna, Austria (02/02/2007-04/02/2007) 2nd International Symposium on Women's Health Issues in Thrombosis and Haemostasis (Mechanism of Hormonal Therapy Related Thrombosis").

2007  Bath, UK (26/09/2007-28/09/2007) Annual Meeting British Society for Haemostasis and Thrombosis (An update on the biochemistry of the protein C and S system)

2008  Chapel Hill, North Carolina, US (3/04/2008-5/04/2008) 4th Symposium on Hemostasis with Special Focus on Factor VIIa and Tissue Factor (Protein S is a cofactor for tissue factor pathway inhibitor)

2008  Padova, Italy (22/05/2008-25/05/2008) 2nd Italian Congress on Thrombosis and Hemostasis in Women and Children (New contraceptives and coagulation).

2009  Vienna, Austria (04/02/2009-07/02/2009) 53th Jahrestagung der Gesellschaft für Thrombose und Hamostaseforschung e.v.. Plenary Lecture (Players of the Inhibitory System)

2009  Boston, Massachusetts, US (17/07/2009-19/07/2009) 4th International Conference on Exogenous Factors Affecting Thrombosis and Haemostasis (Snake venom prothrombin activators)

2011  Padova, Italy (25/05/2011-28/05/2011) 3rd Italian Congress on Thrombosis and Hemostasis in Women and Children (Hypercoagulable state and pregnancy complications)

2012  Koudekerke, The Netherlands (25/04/2012) Nederlandse Vereniging voor Trombose en Hemostase. Van Creveld Lecture  (35 years of clotting from a biochemist's perspective).

2012  Leiden, The Netherlands (7/11/2012-9/11/2012) 8th ECAT Participants Meeting. Haverkate Lecture  (Global haemostasis assays: what will be the future?)

2015  Prague, Czech Republic (21/10/2015-24/10/2015) 11th Congress of the European Society of Gynecology (Hormonal contraceptives and venous thrombosis. What's new.)

2016  Maastricht, The Netherlands (16/06/2016-17/06/2016) Third Maastricht Thrombin Summer School (Anticoagulant factors and thrombin generation).

2016  Prague, Czech Republic (28/09/2016-01/10/2016) 15th World Congress of Menopause (Can the menopause cause thrombosis?).

## Appendix III: PhD students

| | |
|---|---|
| 1994-2000 | L. Hoekema. Properties of factor V in the pro- and anticoagulant pathways of blood coagulation |
| 1997-2001 | A.M. Craciun. Potential effects of vitamin K supplementation on bone metabolism |
| 1996-2001 | J. Curvers. The protein C pathway, oral contraceptives and venous thrombosis |
| 1998-2002 | L.J. Schurgers. Studies on the role of vitamin K1 and K2 in bone metabolism and cardiovascular disease |
| 1998-2002 | A.J.L.M. Braam. Effects of high Vitamin K intake on bone and vascular health |
| 1999-2004 | J.F. Keuren. Platelet procoagulant activity and thrombus formation |
| 1999-2005 | R.R. Koenen. The regulation of blood coagulation by protein S in the absence of activated protein C: from test tube to plasma |
| 1999-2005 | H. Kenis. Cell membrane biology during apoptosis. The role of annexin A5. |
| 2001-2006 | M.J.E. Kuijpers. Platelet receptors and procoagulant activity in thrombus formation. |
| 2001-2006 | J.M. Brugge. The molecular basis of APC resistance: role of coagulation factor abnormalities |
| 1999-2006 | K.M. Sere. Regulation of thrombin generation by protein S. Novel aspects of a cofactor protein. |
| 2001-2007 | I.C. Munnix. Platelet signalling to procoagulant activity and heterogeneity in thrombus formation. An *in vivo* and *ex vivo* approach. |
| 2003-2007 | S. Cauwenberghs. Platelet responsiveness and function during storage. Implications for platelet transfusion therapy |
| 2001-2007 | H.O. van Genderen. Dynamics of the phosphatidylserine-expressing cell surface during endocytosis of annexin A5 |
| 2003-2008 | P.E.J. van der Meijden. Interaction mechanisms of platelets and coagulation. Focus on $P2Y_{12}$ receptor and factor XII. (03-12-2008) |
| 2004-2008 | K. Segers. Structure and function of human coagulation factor V. A multidisciplinary approach combining bioinformatics and molecular biology. (08-12-2008) |
| 2003-2009 | J.M.E.M. Cosemans. Dynamic regualtion of thrombus stability. Focus on platelet receptors and downstream signalling (29-01-2009) |
| 2004-2009 | L.F. Maurissen. Characterization of anticoagulant functions of protein S (18-02-2009) |
| 2004-2009 | J.L.N. Wolfs. Generation of procoagulant activity in blood cells. Studies on the proces of lipid scrambling. (10-09-2009) |
| 2005-2009 | S. N. Tchaikovski. Hormone-induced changes in the coagulation system (16-12-2009) |
| 2005-2011 | E.C.M Cranenburg Circulating Matrix Gla-protein: A biomarker for vascular disease (17-03-2011) |
| 2005-2011 | C. Duckers. Modulators of bleeding tendency in severe factor V deficiency. (24-03-2011) |
| 2009-2015 | S. Peraramelli. The role of the different Kunitz domains of TFPI in the down-regulation of the extrinsic coagulation pathway. (24-09-2015) |

USCA5 4223

# APPENDIX C

# Prior Testimony

***In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation (MDL 2100)***, S.D.IL., Sept. 27, 2011 deposition testimony.

***In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation (MDL 2100)***, S.D.IL., Dec. 9, 2011, trial preservation testimony.

# APPENDIX D

## Fee Schedule

My fee for professional services in this matter is $425 (U.S.) per hour.