

**U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Correlation of Drug Levels and Outcomes in Phase III New Oral Anticoagulant (NOAC) Trials

## October 26, 2015

CDER/OTS/OCP/DPM
Jeffry Florian, Ph.D.
CDER/OND/ODE1/DCRP
Martin Rose, M.D.

1

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Outline

- Overview of oral anticoagulants

- NOAC pharmacokinetics and pharmacodynamics

- Phase III NOAC trials
  - Design and data collection
  - Dose- and exposure-response observations

2

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Oral Anticoagulants

- Four oral anticoagulants approved for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation
  - Vitamin K antagonists: warfarin
    - Monitoring (INR), variable PK/PD, hemorrhagic stroke
  - Direct thrombin inhibitors: dabigatran
  - Direct factor Xa inhibitors: apixaban, rivaroxaban, edoxaban

- All drugs in this class have an on-target balance between efficacy/safety

3

**FDA** U.S. Food and Drug Administration
Protecting and Promoting Public Health

www.fda.gov

# Characteristics of NOACs

| | Dabigatran | Apixaban | Rivaroxaban | Edoxaban |
|---|---|---|---|---|
| Mode of action | Direct inhibition of thrombin | Direct inhibition of FXa | Direct inhibition of FXa | Direct inhibition of FXa |
| Bioavailability | 0.03-0.07 | 0.5 | 1.0 (fed) | 0.62 |
| Tmax | 1 h (fasted) | 3-4 h | 2-4 h | 1-2 h |
| Metabolism | < 10 % conjugation | 25 % CYP3A | 50 % CYP3A | < 10 % CES-1, CYP3A |
| Transporter | P-gp substrate | P-gp, BCRP substrate | P-gp, BCRP substrate | P-gp substrate |
| Elimination | Renal / 80 % | Renal / 27 % | Renal / 36 % | Renal / 50 % |
| Elimination half life | 12-17 h | 12 h | 11-13 h | 10-14 h |
| Dose proportionality | 10-400 mg | 2.5-10 mg | ≤ 10 mg | 10-150 mg |
| BSV (% CV) WSV (%CV) | 40-60% 40% | 30% 20% | 30% 20% | 20% 25 % |
| Accumulation | 100% (BID) | 100 % (BID) | < 10% (QD) | 14 % (QD) |

*Dabigatran USPI, Apixaban USPI, Rivaroxaban USPI, Edoxaban USPI*

4

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Characteristics of Phase III Studies with NOACs for AF

- 10,000+ patient trials with on-treatment times of ~3 years

- Active control arm – warfarin

- Prospective dose adjustments based on intrinsic/extrinsic factors

- One or two active treatment arms

  - DCRP requested evaluation of multiple doses in all Phase III programs based on Phase II study results

- PK and PD sampling in 0-90% of the population

  - DCRP requested sampling in a majority of the population

- Data collection limits interpretation of the study results

  - exposure-response analyses/balance between risk-benefit

5

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health                    www.fda.gov

# Dabigatran: RE-LY

- Non-inferiority study, open label with respect to warfarin and blinded with respect to two doses of dabigatran (110 and 150 mg BID)

- ~18,000 subjects randomized (1:1:1)

- Primary endpoint: stroke and systemic embolic events (SEE)

- Population: non-valvular atrial fibrillation at high risk of stroke,  warfarin naïve and non-naïve patients

- Steady-state dabigatran concentrations obtained in 8441 subjects receiving dabigatran at Month 1 visit

6

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Dabigatran 110 mg: Non-inferior efficacy, fewer bleeds
# Dabigatran 150: Superior efficacy, similar bleeds



HR (95% CI) of Dabigatran vs. Warfarin

7

*Adapted from FDA's Cardiovascular Renal Advisory Committee Meeting for Dabigatran, Slide 5 and 25*

# Dabigatran Exhibits Concentration Dependent Relationship on Ischemic Stroke & Life-Threatening Bleeds



- Warfarin also has a similar relationship based on INR

8

*Adapted from FDA's Cardiovascular Renal Advisory Committee Meeting for Dabigatran, Slide 56*

FDA **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Edoxaban: ENGAGE AF-TIMI 48

- Non-inferiority study, blinded with respect to warfarin and blinded with respect to two doses of edoxaban (30 and 60 mg QD)

- ~21,000 subjects randomized (1:1:1)
- Primary endpoint: stroke and systemic embolic events (SEE)

- Population: non-valvular atrial fibrillation at high risk of stroke, warfarin naïve and non-naïve patients

- Steady-state/post-dose edoxaban concentrations obtained in ~13000 subjects receiving edoxaban at Month 3 visit and at Month 9 visit

9



**FDA**  U.S. Food and Drug Administration
Protecting and Promoting Public Health                                    www.fda.gov

# Patients with Normal Renal Function and 60 mg Edoxaban had a Higher Risk for Stroke/SEE Relative to Warfarin

| Renal Function Category | Hazard Ratio (95% CI) | Hazard Ratio (95% CI) |
|---|---|---|

**Stroke/SEE**



| | | |
|---|---|---|
| Normal (CrCL>=80 mL/min) | | 1.40 (0.96 to 2.04) |
| Mild (CrCL 50 - <80 mL/min) | | 0.53 (0.40 to 0.71) |
| Moderate (CrCL 30 - <50 mL/min) | | 0.89 (0.59 to 1.34) |

**Major Bleeds**



| | | |
|---|---|---|
| Normal (CrCL>=80 mL/min) | | 0.70 (0.55 to 0.90) |
| Mild (CrCL 50 - <80 mL/min) | | 0.89 (0.74 to 1.07) |
| Moderate (CrCL 30 - <50 mL/min) | | 0.77 (0.59 to 1.00) |

Edoxaban Better        Warfarin Better

11

*Adapted from FDA Cardiovascular Renal Advisory Committee Meeting for Edoxaban, Slide 45*

**FDA** U.S. Food and Drug Administration
Protecting and Promoting Public Health

www.fda.gov

# Edoxaban Exhibits Concentration Dependent Relationships for Ischemic Stroke & Life-Threatening/Fatal Bleeds



Analysis shown for "typical" patient population:  Age: 72 years old, Renal Function: (70.4 mL/min), 28.3% with prior stroke, 29.2% with baseline aspirin use.

12

*Adapted from FDA Cardiovascular Renal Advisory Committee Meeting for Edoxaban, Slide 51*

**FDA** **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Rivaroxaban and Apixaban

- Sizeable trials evaluating <u>one</u> dose level versus warfarin
  - Apixaban: 5 mg BID (dose reduction to 2.5 mg BID)
  - Rivaroxaban: 20 mg QD (15 mg QD for CrCL 30-50 mL/min)

- Limited PK sampling during study

- Relationships identified between drug exposure/coagulation markers and major bleeding rate

- Insufficient information to characterize the relationship between drug levels and efficacy

13



# Intermediate Thoughts

- Multiple NOACs have been evaluated and approved over the past 5 years

- Major driver was development of therapeutics without a need for routine monitoring associated with warfarin use

- All NOACs have underlying balance between efficacy and safety events, however, the ability to understand the relationships are impacted by
  - Dose-ranging in Phase II/III
  - Populations evaluated and metrics used for Phase III dose selection
  - Number of doses carried forward into Phase III
  - PK/PD sampling in Phase III

- All trials have passed NI, but does it reflect optimal use?

14

**FDA** | **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Warfarin: Balance Between
# Ischemic Stroke and Intracranial Bleeding



15

Source:  ACC/AHA/ESC 2006 Practice Guidelines for the Management of Patients with Atrial Fibrillation

**FDA**  **U.S. Food and Drug Administration**
Protecting and Promoting Public Health                                    www.fda.gov

# Dosing for NOACS
# What Is So Unusual?

Getting the dose right is critical and often challenging:

- Steep exposure-response relationships
- Serious consequences of being either too low or too high – may occur without warning and may be delayed
- Variable blood levels (renal function, weight, drug-drug interactions, unexplained intra-patient variability) – a problem when C/R relationships are steep

16

**FDA** | **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Finding the Way

The data collected in the Phase 3 studies of dabigatran and edoxaban can inform a foundation for next steps:

1. Each study included 2 doses, giving a wide range of blood concentrations and anti-coagulant effects.

2. This allowed calculation of the concentration-response relationships for benefit (reduced stroke) and risk (bleeding).

17

**U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Dosing Strategies for Drugs Based on Sources of Variability

| | | Between Subject Variability (subject to subject) | |
|---|---|---|---|
| | | **Low** | **High** |
| **Within Subject Variability** **(dose to dose in same subject)** | **Low** | • Fixed dosing | • If factors are known, adjust based on factors<br><br>• If factors are unknown, single point measurement and dose adjustments |
| | **High** | • Scenario doesn't exist (?) | • Adjustments based on factors and monitoring would be necessary<br><br>• Variability may be so high that it is not practical |



# Selection of a target window based on balance of benefit and risk

Reilly *et al*, 2014

19

**FDA** | **U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

## How do we keep patients in the target range of exposure?



- Population dose adjustment for patient factors
- Dose adjustments based on concentration or pharmacodynamic measurements
- Combination of the two approaches

20



**U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Summary (1)

- Getting the dose of anticoagulants right is very important but often not easy

- Available concentration-response data for dabigatran and edoxaban might be used  as a basis for dose adjustment schemes based on renal function or drug concentrations
  - Pharmacodynamic-based dosing might  also be feasible

21

# Summary (2)

- However it is important to consider …

  – What patient factors contribute to drug variability

  – What may be practical limitations based on drug within-patient variability

  – One's ability to maintain patients in a target window

22