UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------  §
IN RE:  XARELTO (RIVAROXABAN)      §MDL 2592
PRODUCTS LIABILITY LITIGATION      §
                                   §
                                   §SECTION L
THIS DOCUMENT RELATES TO ALL       §
CASES                              §
                                   §
                                   §JUDGE ELDON E. FALLON
                                   §
                                   §MAG. JUDGE NORTH
                                   §
                                   §
---------------------------------

- - -

DECEMBER 9, 2016

- - -

PROTECTED -- SUBJECT TO FURTHER PROTECTIVE REVIEW

Deposition of JAN ROSING, PH.D., held at
Simmons & Simmons, Claude Debussylaan 247, 1082 MC
Amsterdam, Netherlands, commencing at 9:04 a.m., on
the above date, before Trina B. Wellslager,
Registered Professional Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

## Page 2

1  APPEARANCES:
2  LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY,
   PROCTOR, P.A.
3  BY: NED McWILLIAMS, ESQUIRE
4  316 South Baylen Street, Suite 600
   Pensacola, Florida 32502
   (800) 277-1193
5  nmcwilliams@levinlaw.com
6  DOUGLAS & LONDON
   BY: LARA J. SAY, ESQUIRE
7  59 Maiden Lane, 6th Floor
   New York, New York 10038
8  (800) 963-4444
9  THE LAMBERT FIRM, PLC
   BY: EMILY C. JEFFCOTT, ESQUIRE
10  701 Magazine Street
   New Orleans, Louisiana 70130
11  (800) 521-1750
   ejeffcott@thelambertfirm.com
12  Representing Plaintiffs
13
   BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT, LLP
14  BY: MARK S. OUWELEEN, ESQUIRE
   JEANNIE K. TINKHAM, ESQUIRE
15  Courthouse Place
   54 West Hubbard Street, Suite 300
16  Chicago, Illinois 60654
   (312) 494-4435
17  mark.ouweleen@bartlit-beck.com
   jean.tinkham@bartlit-beck.com
18  Representing Defendants Bayer HealthCare
   Pharmaceuticals, Inc., and Bayer Pharma AG
19
20  VENABLE, LLP
21  BY: JOHN A, McCAULEY, ESQUIRE
   700 East Pratt Street, Suite 900
22  Baltimore, Maryland 21202
   (410) 244-7400
23  jmccauley@venable.com
   Representing Defendant Janssen Pharmaceuticals,
24  Inc., Janssen Research & Development, LLC, Janssen
   Ortho, LLC, and Johnson and Johnson
25

## Page 3

1  - - -
   I N D E X
2  - - -
3  Testimony of: JAN ROSING, PH.D.            PAGE
4  DIRECT EXAMINATION BY MR. OUWELEEN          7
   CROSS-EXAMINATION BY MR. McCAULEY          204
5
   CERTIFICATE                               291
6  LAWYERS' NOTES                            292
7
8
9        E X H I B I T S
      (Attached to Transcript)
10
   EXHIBITS                               PAGE
11
   Rosing 1   Expert Report of Jan Rosing, Ph.D.,
12      October 9, 2016, Rosing 001-065       13
13  Rosing 2   Defendants' Notice with Subpoena
      Duces Tecum of Oral Deposition of Jan
14      Rosing, Ph.D., Pages 1-5              9
15  Rosing 3   Johnson & Johnson Pharmaceutical
      Research & Development, LLC, Clinical
16      Summary, 2.7.2 Summary of Clinical
      Pharmacology Studies, Rivaroxaban,
17      Issue/Report Date 30 December, 2010,
      Document No. EDMS-PSDB-11431556:3.0,
18      Pages 1-395                          74
19  Rosing 4   "Effects of the Oral, Direct Factor
20      Xa Inhibitor Rivaroxaban on
      Platelet-Induced Thrombin Generation
21      and Prothrombinase Activity," Pages
      1398-1407                             81
22  Rosing 5   Errata Sheet to the article "Effects
      of the Oral, Direct Factor Xa
23      Inhibitor Rivaroxaban on Platelet-
      Induced Thrombin Generation and
24      Prothrombinase Activity," Page 1368   87
25

## Page 4

1
2        INDEX TO EXHIBITS (Continued)
3
   Rosing 6   Jan Rosing, Ph.D., Invoice, Xarelto,
4      October 23, 2014                     135
5  Rosing 7   FDA Draft Briefing Document for the
      Cardiovascular and Renal Drugs
6      Advisory Committee (CRDAC), BB
      001-388, Reference ID: 2979595        157
7
   Rosing 8   The Wall Street Journal Article,
8      "Analytical Trend Troubles
      Scientists," Pages 1-7                181
9
   Rosing 9   Journal of Cardiology Article,
10      "Clinical Usefulness of Measuring
      Prothrombin Time and Soluble
11      Fibrin Levels in Japanese Patients
      with Atrial Fibrillation Receiving
12      Rivaroxaban," Pages 185-190          186
13  Rosing 10  Highlights of Prescribing
      Information for Coumadin,
14      Reference ID: 383949                 269
15
16
17
18
19
20
21
22
23
24
25

## Page 5

1        JAN ROSING, PH.D., called as a witness by the
2  Plaintiff, having been first duly sworn, testified as
3  follows:
4        THE WITNESS: (No response.)
5        MR. OUWELEEN: You have to say "yes."
6        THE WITNESS: Sorry, I didn't know what to do.
7  Yes.
8        Is that okay?
9        MR. OUWELEEN: That's the right answer.
10       THE WITNESS: I thought I might have to repeat
11  it.
12       MR. OUWELEEN: I see.
13       MR. McCAULEY: Mark, I have a statement to make
14  on the record.
15       MR. OUWELEEN: Sure.
16       Should we state our appearances?
17       THE REPORTER: Sure.
18       MR. OUWELEEN: Mark Ouweleen on behalf of
19  Bayer.
20       MR. McCAULEY: John McCauley on behalf of
21  Janssen.
22       MR. McWILLIAMS: Ned McWilliams on behalf of
23  the plaintiff.
24       MS. JEFFCOTT: Emily Jeffcott on behalf of the
25  plaintiffs.

## Page 6

1    MR. OUWELEEN: All right. Go ahead,
2  Mr. McCauley, and make your statement.
3    MR. McCAULEY: All right. Just a brief
4  statement.
5    Defendants are in receipt of plaintiffs'
6  cross-notice for the deposition of this witness,
7  Dr. Rosing, who has issued an expert report in the
8  federal MDL proceeding and is being deposed in
9  connection with that report.
10    Plaintiffs' cross-notice for the Pennsylvania
11  consolidated proceeding is premature because
12  case-specific discovery of the bellwether cases has
13  not yet commenced in Pennsylvania nor have expert
14  reports been served and, specifically, the
15  Pennsylvania plaintiffs have not served the expert
16  report for this witness.
17    Plaintiffs' cross-notice also fails to take
18  into account the expert protocol that was agreed to
19  among the parties in the MDL proceeding and entered
20  as an order by the Court. Among other things, this
21  protocol limits the depositions of generic experts
22  to seven hours total.
23    In the spirit of cooperation between the
24  federal MDL proceeding and Pennsylvania consolidated
25  proceeding, however, defendants will not object to

## Page 7

1  plaintiffs' cross-notice for the deposition. This
2  is being done with full reservation of all rights
3  and objections pending negotiation of a mutually
4  acceptable process for expert discovery in the
5  Pennsylvania cases.
6    That concludes the statement.
7    DIRECT EXAMINATION
8  BY MR. OUWELEEN:
9    Q. Please state your name.
10    A. Jan Rosing.
11    Q. Professor Rosing, do people call you Professor
12  Rosing or Dr. Rosing, or what would you prefer?
13    A. It depends. Some professor, some doctor, some
14  Jan, some mister.
15    Q. Do you have a preference?
16    A. You can call me Jan, if you'd like to.
17    Q. I --
18    A. You won't do it, probably.
19    Q. We tend to be more formal in these settings.
20    A. Sorry for that answer.
21    Q. Would you prefer Professor Rosing or
22  Dr. Rosing?
23    A. I think doctor is better. I feel more
24  comfortable with it.
25    Q. Fair enough. Dr. Rosing, my name is Mark.

## Page 8

1  We've met once before, and we also reintroduced ourself
2  off the record.
3    You've been deposed twice before; is that
4  correct?
5    A. That's correct.
6    Q. Today, I'm going to assume that if you answer
7  my question that you have understood the question.
8    Is that fair?
9    A. I don't know what to do when I don't understand
10  your question, when I don't answer and I say, "I don't
11  understand your question." When I give an answer, I
12  think that I understand your question.
13    Q. Okay. And when you do not think you understand
14  my question, will you please ask for clarification?
15    A. I will ask for clarification.
16    Q. Good. And then if you do not ask for
17  clarification, I will assume that you understood the
18  question, okay?
19    A. Can you repeat that?
20    Q. Yes. If you do not ask for clarification, I
21  will assume that you understood the question.
22    Is that okay?
23    A. I think you can assume that, yes.
24    Q. Is there any reason that you are aware of that
25  you cannot give complete and accurate testimony today?

## Page 9

1    A. This question, I don't understand.
2    Q. Are you -- you understand that you are under
3  oath, correct?
4    A. Yes.
5    Q. And you need to try to give truthful answers to
6  my questions. You understand that?
7    A. Yes.
8    Q. And accurate answers to my questions?
9    A. Yes.
10    Q. Is there any medical condition or medication or
11  any other reason that might affect your ability to
12  testify truthfully and accurately today?
13    A. Not that I know of.
14    Q. Have you discussed Xarelto or this litigation
15  with any of the other plaintiffs' experts?
16    A. No.
17    (Rosing Exhibit No. 2 was marked for
18  identification.)
19    Q. You have in front of you Rosing Exhibit No. 2,
20  which is the notice of your deposition.
21    Have you seen that before?
22    A. No.
23    Q. It has attached to it a list of requests for
24  documents in the back. Did you bring any documents with
25  you today to share with us?

Page 10

1    A. I only brought my own report.
2    Q. You just brought a copy of your report?
3    A. Yes.
4    Q. Did you bring any records of what you have
5    billed or been paid for your work on this case?
6    A. No.
7       MR. McWILLIAMS: I did.
8       MR. OUWELEEN: Mr. McWilliams has here some...
9    thank you.
10      Just one copy.
11      MR. McWILLIAMS: I haven't even looked. I hope
12   so. At least one.
13      MR. OUWELEEN: Can you have a copy made?
14      MS. TINKHAM: Sure.
15      MR. OUWELEEN: Thank you. We'll come back to
16   that.
17   BY MR. OUWELEEN:
18   Q. Dr. Rosing, have you served as an expert in any
19   litigation concerning anticoagulant drugs besides
20   rivaroxaban?
21   A. I think I was a consultant for -- in the
22   dabigatran case, Pradaxa, yes, I think.
23      THE REPORTER: I'm sorry?
24      MR. OUWELEEN: The dabigatran.
25      THE WITNESS: Dabigatran or dabigatran, we call

Page 11

1    it, yeah, Pradaxa.
2    BY MR. OUWELEEN:
3    Q. Did you prepare an expert report in the
4    dabigatran case?
5       MR. McWILLIAMS: Object to form. I'm going to
6    instruct the witness not to answer the question as
7    to what he did.
8       MR. OUWELEEN: I think we're entitled to know
9    whether he prepared a report.
10      MR. McWILLIAMS: I'm going to instruct him not
11   to answer that question. You can ask him who he
12   worked for, when he worked for, what he was paid,
13   bias, that type of stuff. I'm not going to get into
14   what he actually did for us beyond working as a
15   consultant.
16   BY MR. OUWELEEN:
17   Q. Dr. Rosing, are you going to follow your
18   counsel's instruction not to answer the question?
19   A. I follow that he gives the instruction not to
20   answer the question, so I'm not going to answer the
21   question.
22   Q. In your expert report for this case, you say --
23   which is Exhibit 1, Rosing Exhibit 1, you say on Page 2
24   -- by the way, I've put little page numbers in the lower
25   right corners of the copy of your report that you have

Page 12

1    in front of you, going sequentially through the report,
2    so -- just for ease of reference. Do you see that?
3    A. What?
4    Q. I've put little page numbers in your report.
5       You see it says "Rosing"?
6    A. Well, it's the same as the one that's on top,
7    but maybe later all the numbers continue.
8    Q. That's correct, later on, the numbers continue.
9    A. So I have to look to the numbers on the bottom?
10   Q. Yes. I'll be referring to those page numbers
11   that start with the word "Rosing," okay?
12   A. Yes.
13   Q. All right. So on Page Rosing 2, you say, up at
14   the top: I have been asked to review multiple
15   materials, amongst others, clinical study reports and
16   you list some other items and then you refer to
17   Appendix A. Do you see that?
18   A. I have to look where --
19   Q. The very first sentence.
20   A. I don't quickly see -- well, that's already in
21   the fourth sentence. Yes.
22   Q. Who selected the material that you were asked
23   to review?
24   A. That were the lawyers of the plaintiffs. And I
25   selected other materials myself, and that were papers

Page 13

1    published in literature.
2    Q. Did you request any material that you did not
3    receive?
4    A. I sometimes requested information that I
5    thought was important or might have been important, and
6    I got additional information upon request. But I don't
7    exactly remember, because I got so many papers and
8    documents that I got mixed up a little bit when I
9    received it and when and why.
10   Q. Was there any information that you requested
11   that you did not receive?
12   A. Not that I remember.
13   Q. Did you review all of the material listed in
14   Appendix A, which is at --
15   A. I was not able to review all the pages of all
16   materials because there were documents that had 200,
17   2,420 something or more pages and, I'm sorry, to go
18   through that page by page and think about it. So I read
19   many of the materials and tried to select what I thought
20   was important for me and for my understanding of this
21   drug.
22      (Rosing Exhibit No. 1 was marked for
23   identification.)
24   Q. On Page Rosing 38 of Exhibit 1, there is a
25   curriculum vitae. Is Appendix B of your report a

1  complete and accurate and current copy of your
2  curriculum vitae?
3      A.  It is the last copy of my curriculum vitae.
4      Q.  Is it complete?
5      A.  Well, with respect to the publication lists,
6  the curriculum vitae is sometimes not complete because
7  sometimes after preparing your curriculum vitae, you've
8  got a new paper accepted which is not in your curriculum
9  vitae yet.
10      Q.  Are there additional papers which you have
11  accepted?
12      A.  I have to look which is the last one.  Well, I
13  don't see my list of papers, actually, in here.  I don't
14  see my publication list.
15      Q.  I think you'll find that it's on page --
16      A.  This is a very simple answer.  I don't remember
17  exactly when my papers are published because I know when
18  they are accepted for publication, but then I don't
19  follow anymore when they actually appear printed in
20  literature.  It is possible that there is one paper
21  missing or no papers are missing because I'm not yet
22  publishing many, many papers anymore.
23      Q.  As you -- the publication list, just for your
24  reference, is on Pages Rosing 42 through 56.
25          Do you see that?

1      A.  Oh, okay.  There is the publications.  Sorry.
2  Yeah, I didn't know you -- I thought it was stickered,
3  but it is both-side printed.  Sorry.
4      Q.  As you sit here --
5      A.  Let's see.  Well, I'm sure that I just got
6  Paper No. 208 accepted.  I got a note from that a couple
7  of weeks ago.  So that paper is not yet in my list of
8  publications.  So there is at least one that's not in
9  which was accepted last week, and there is another paper
10  I remember -- because I have to go back now, there's
11  another paper that is accepted on which I'm a co-author,
12  probably accepted three weeks or a month ago.  So there
13  are at least two papers accepted, yeah, not yet
14  published in literature, in print, that can be added to
15  this list.
16      Q.  Can you tell us what is the subject matter of
17  the two additional papers that are not reflected in
18  your -- in Exhibit 1?
19      A.  One is a WHI study, World Health Initiative
20  study; and that's actually the same study as referenced
21  in 207 where they look to ABC resistance ratios
22  determined in our laboratory in a certain patient
23  population and whether that ABC resistance was
24  predictive for a disease.  And that is published and
25  accepted and published.

1      And the second one that I have had accepted
2  recently concerns a physiological coagulation inhibitor
3  called TFPI, which, at low levels, causes venous
4  thrombosis or is associated with venous thrombosis and
5  which, at high levels, is associated with bleeding.  And
6  there are certain mutations in a gene in Factor V where
7  this TFPI has differential effects on coagulation.
8      And in these patients, there are different
9  levels of these inhibitors, and these patients are
10  exposed to an increasing bleeding risk.  And we studied
11  the properties of the TFPI, that is the inhibitor
12  coagulation factor in action in order to understand why
13  these individuals with that so-called bleeding mutation
14  are exposed to a higher bleeding risk.
15      So that was directly in the heart of
16  coagulation.
17      Q.  Do either of those papers concern rivaroxaban
18  or other Factor Xa inhibitors?
19      A.  Well, not about rivaroxaban and not about
20  direct Factor Xa inhibitors.  Let's say there are
21  physiological Factor Xa inhibitors circulating in the
22  blood, and these are -- and have to be -- always
23  considered, let's say, when we study blood coagulation,
24  but let's say the -- what you call DOAC -- or NOAC in
25  the past, now DOAC -- these DOAC, I never studied, let's

1  say, in detail in my laboratory, and I did not publish
2  papers on DOAC.
3      Q.  You've not published any papers concerning
4  DOAC?
5      A.  Not that I know.
6      Q.  That is correct, right?
7      A.  I have to say no.  We use it maybe as a tool,
8  but that's not important for this issue.
9      Q.  So -- I'm sorry, I have to ask it so the
10  record's clear, because I said "That is correct?" and
11  you said "No."
12      So is it true that you have not published any
13  papers concerning DOAC?
14      A.  No, I have -- no, let's say -- it's a difficult
15  question because sometimes we use inhibitors as a tool
16  in our research -- yes? -- and we -- I don't remember
17  that we used dabigatran or Xarelto.  I have no specific
18  papers exclusively dealing with DOAC.
19      So I think my answer is, no, I have no papers
20  on that.
21      You understand that I have to think about it --
22      Q.  I understand.
23      A.  -- whether it's in one or another experiment in
24  DOAC was used by accident?
25      Q.  But as you sit here today, your answer is

Page 18

1   that --
2      A. In my list of publications, let's say there is
3   no one with dabigatran or Xarelto or another DOAC in the
4   title or in the abstract.
5      Q. Okay. And as you sit here today, you cannot
6   remember using DOAC in any of your research; is that
7   correct?
8      A. Can you repeat that?
9      Q. Yes. As you sit here today, can you remember
10  any time when you studied DOAC in your laboratory?
11     A. We have had DOAC in our laboratory,
12  rivaroxaban, and used it in particular experiments --
13  not myself but my coworkers -- as a Xa inhibitor to
14  knock out the activity effect of Xa in particular
15  experiments.
16     Q. Have you, yourself, done experiments concerning
17  DOAC?
18     A. I, myself, am not doing experiments anymore.
19     Q. In the past, when you did do experiments --
20     A. In the past, I have never used DOAC in
21  experiments that I did with my own hands.
22     Q. Did you supervise research done by others
23  concerning DOAC?
24     A. I don't call that research on DOAC. As I said,
25  we use coagulation inhibitors as tools in our research,

Page 19

1   and I remember that we asked for rivaroxaban. There is
2   rivaroxaban in our laboratory. And I remember that one
3   of the people working in my lab -- or in our lab,
4   because I am retired now, had been using rivaroxaban in
5   an experiment as a tool to inhibit Factor Xa as a potent
6   Factor Xa inhibitor.
7      So, in basic mechanistic studies, we sometimes
8   want to knock out the activity of a coagulation factor.
9   It can be either Xa thrombin or another activated
10  coagulation factor. And as a tool, we use them as
11  inhibitors. These can be either thrombin inhibitors or
12  Xa inhibitors. And I remember that one of my co-workers
13  or co-workers of a colleague, which I was also partially
14  supervising, once ordered rivaroxaban and used it as a
15  tool in basic mechanistic X factor to knock out for
16  Factor Xa. That's all I can say about it.
17     Q. Other than the experiment where one of your
18  co-workers or co-workers of a colleague ordered
19  rivaroxaban --
20     A. And used it.
21     Q. Please let me finish my question.
22     A. Sorry.
23     Q. -- have you been involved in research
24  concerning rivaroxaban?
25     A. No, no.

Page 20

1      Q. Just for the court reporter's sake, it's best
2   if you wait for me to finish my question before you
3   answer.
4      A. I understand.
5      THE WITNESS: I'm sorry.
6      Q. Because, otherwise, she's going to be trying to
7   be writing --
8      A. I'm used to being involved in discussions, and
9   we interrupt each other sometimes in these discussions.
10     Q. We'll try not to do that today.
11     A. Sorry for that.
12     Q. Have you done any original research on
13  Factor Xa?
14     A. Yes.
15     Q. Which of -- what was that research, if you can
16  just generally describe it?
17     A. Well, actually, I am doing research on
18  Factor Xa since 1976. So Factor Xa and prothrombin
19  activation actually is in the heart and center of my
20  research. And I think when you go through the titles of
21  all the papers that I have published, the majority of
22  these papers involve thrombin formation; and thrombin is
23  formed from prothrombin by Factor Xa. So Factor Xa was
24  always there, and we studied all kinds of properties of
25  Factor Xa to understand its mode of action in

Page 21

1   prothrombin activation, its mechanism in -- of how it
2   activates prothrombin, how it stimulates by its
3   cofactors, and how it is inhibited by its natural
4   inhibitors, which are mainly antithrombin and TFPI,
5   tissue factor pathway inhibitor.
6      Recently TFPI is actually -- and you can see it
7   also in the titles of my papers. For instance, when you
8   look at Paper 203, I just look at one paper and then you
9   see inhibition of tissue Factor VIIa, Factor IX and
10  Factor X activation by TFPI.
11      And this TFPI is now recently the topic of my
12  research, which actually is Factor Xa inhibitor, also a
13  Factor VIIa inhibitor. It's a very nice, complex
14  inhibitor, but it inhibits Factor Xa. And you see that
15  also in this title.
16      So No. 206 -- one of, also, a rather recent
17  one -- Role of Exercise Binding Modulators in the
18  Inhibition of Factor Xa by TFPI. That's, again, Xa
19  central in the research described in this publication.
20  And I can go on, let's say, if you'd like to; but that's
21  almost 40 years now, I'm sleeping and waking up with
22  Factor Xa.
23      Well, sorry, prothrombin is the heart of the
24  research and the regulation of its activity.
25     Q. Have you worked on anticoagulant --

Page 22

1  anticoagulation therapy in your research?
2      A.  I think I can say no.
3      Q.  Okay.  Have you ever been asked to speak at a
4  conference concerning anticoagulation medicine?
5      A.  Sorry, sorry.  I have -- you say
6  "anticoagulation."  I have to go back to the previous
7  question, because, let's say, "anticoagulation" is a
8  very broad word.  You have, of course, the
9  anticoagulation by the coagulation inhibitors like we
10 have here, Xarelto.  You also have natural
11 anticoagulation.
12     Q.  My question was about anticoagulation therapy.
13         So the question is:  Have you done research
14 concerning anticoagulation medicine?
15     A.  You understand, probably, that I really have to
16 think about answering that question because
17 "anticoagulation" is a broad word; "therapy," even, is a
18 broad word; and the DOAC are only part of
19 anticoagulation therapy.  So it is difficult to answer.
20         When I go for the definition, I'd probably have
21 to sit down a half an hour, go through all my papers
22 which had either direct or indirect meaning for
23 anticoagulation therapy.
24     Q.  Do you consider yourself an expert in
25 anticoagulation therapy?

Page 23

1      A.  I --
2          MR. McWILLIAMS:  Object to form.
3          THE WITNESS:  Oh, sorry.  Can I answer?
4          MR. McWILLIAMS:  Yes, sir.
5      A.  Having worked 40 years in the field of blood
6  coagulation, I feel myself an expert in the
7  anticoagulation therapy and the mode of action of
8  anticoagulants.
9      Q.  Have you worked on assays that measure
10 Factor Xa inhibition?
11     A.  Yes.
12     Q.  Which assays?
13     A.  Well, for instance, the ones that I mentioned
14 in Reference 203 and Reference 205, and I can go on with
15 that where we study inhibition of Factor Xa by the
16 natural anticoagulants, yeah.  Then we set up assay
17 systems in our laboratory or we have assay systems in
18 our laboratory to follow the inhibition of Factor Xa by
19 inhibitors.
20     Q.  You have assay systems in your laboratory to
21 follow the inhibition of Factor Xa, you said?
22     A.  Well, yes, I say.
23     Q.  What are those assays?
24     A.  I think the answer was clear, yes, isn't it?
25 Yeah.

Page 24

1      Q.  What are those assays?
2      A.  Huh?
3      Q.  What are those assays?
4      A.  As I said, we have Factor Xa and we have assays
5  in our laboratory with which we can measure the activity
6  of Factor Xa and which we can subsequently use to
7  measure the inhibition of the activity of Factor Xa.
8      Q.  And I'm asking you to please identify those
9  assays for me.
10     A.  Well, there are several assays.  There are
11 several inhibitors, so there are -- okay, I understand
12 what you mean.
13         There are several assays to measure the
14 inhibition of Factor Xa.  The simplest assay is, let's
15 say, what we would call an assay in a model system in
16 which we take purified Factor Xa and we take a substrate
17 for Factor Xa, which is very often, but not necessarily,
18 a chrome organic substrate specific for Factor Xa.
19         And with that chrome organic substrate, we can
20 measure the activity of Factor Xa.  And then when you
21 add an inhibitor of Factor Xa, that inhibits Factor Xa
22 on the active site.  And that's important, yeah.  Then,
23 let's say, you can use that model system to follow the
24 inhibition of Factor Xa by that inhibitor.
25         So that is one kind of inhibition assay that's

Page 25

1  a model system assay on purified Factor Xa very often
2  with a chrome organic substrate to follow Factor Xa
3  activity.
4          Then you get to more complicated assays where
5  you add, let's say, more physiological components into
6  the system and you add the natural substrate of
7  Factor Xa, which is prothrombin.  Also, in that assay,
8  which you can still call a "model system assay" because
9  you use purified proteins, you mix them together, and
10 you measure the activity of Factor Xa on its natural
11 substrate, prothrombin; and that is thrombin formation
12 then.  And the rate of prothrombin activation is -- the
13 conditions are chosen in such a way that its rate of
14 prothrombin activation is proportional to the amount of
15 Factor Xa.  And then when you add the inhibitor in that
16 system, you can follow the inactivation of Factor Xa.
17         Then we go to the more complex systems.  We
18 also use the more complex systems, yeah; and that is,
19 for instance, thrombin generation or clotting.  Clotting
20 times of -- certain clotting tests are dependent on
21 activation and inactivation of Factor Xa.
22         Thrombin generation, that's a technology
23 developed in our laboratory in Maastricht, now used
24 worldwide in hemostasis laboratories, thrombin
25 generation and -- there are a couple of examples of this

## Page 26

1   in my report.
2        Thrombin generation is also, let's say, a
3   technique that -- or let's say an assay that is
4   sensitive to the activity of Factor Xa. So when you
5   measure thrombin generation -- and that is now in a more
6   natural environment. And you measure that and you add a
7   Factor Xa inhibitor, thrombin generation is inhibited;
8   and you can get an impression and calculate the activity
9   by which an inhibitor of Factor Xa inhibits Factor Xa
10  and thrombin generation in such a system so that there
11  are, let's say, when I look at it, four kinds of assays
12  which are used in our laboratory to follow inactivation
13  of Factor Xa.
14     Q. You're not a medical doctor, correct?
15     A. I'm not a medical doctor.
16     Q. You've never prescribed an anticoagulant, have
17  you?
18     A. Never.
19     Q. You've never determined the proper dose of any
20  anticoagulant, have you?
21     A. Never.
22     Q. Do you have any expertise in the dosing of
23  anticoagulant medicines?
24     A. When I'm not treating patients, I have no
25  expertise in dosing, but I have my thoughts about

## Page 27

1   dosing, of course.
2     Q. You've never assessed a patient's bleeding risk
3   in the context of anticoagulation therapy, have you?
4     A. No.
5     Q. You have no experience in balancing a patient's
6   risk of a stroke against the risk of a bleed, have you?
7     A. You mean experimentally?
8     Q. In any way.
9     A. No.
10     Q. All anticoagulants increase the risk of
11  bleeding, right?
12     A. That is the general thought.
13     Q. Do you agree with that general thought?
14     A. I agree with it.
15     Q. The same mechanism that enables an
16  anticoagulant medicine to prevent clots also creates
17  some risk of bleeding, right?
18     A. Can you repeat that question.
19     Q. Uh-hum. The same mechanism or mechanisms that
20  enable an anticoagulant medicine to prevent clots also
21  creates some risk of bleeding, right?
22     A. In the inhibitors that we are talking about,
23  the answer is yes.
24     Q. You say on Page 4 of your report, Paragraph 3,
25  quote, bleeding, during anticoagulant treatment,

## Page 28

1   particularly occurs in patients receiving an overdose of
2   drug.
3     A. Can you repeat the number?
4       Okay. I see, No. 3.
5     Q. Paragraph 3.
6     A. No. 3.
7     Q. Uh-hum.
8     A. Yes?
9     Q. Yes.
10     You would agree that a patient can have a
11  bleeding event even if they have no anticoagulation
12  medicine in their blood, right?
13     A. Yes.
14     Q. And a patient can have a bleeding event even if
15  they are in the therapeutic range of an anticoagulant
16  like rivaroxaban, right?
17     A. That depends on what you call, what is the
18  definition of a "therapeutic range."
19     Q. Well, a patient can have a bleeding event even
20  if they have not had an overdose of anticoagulant
21  medicine, right?
22     A. If a patient can have bleeding without the
23  drug, it also can have a bleeding without an overdose.
24  I mean, there's actually a repetition of one of your
25  first questions.

## Page 29

1     Q. So you agree with me that a patient can have --
2     A. If I agree. Sorry. I should --
3     Q. You agree with me that a patient who's taking
4   an anticoagulant can have a bleeding event even if that
5   patient has not taken an overdose, right?
6     A. Yes.
7     Q. And so you cannot tell, just from the fact that
8   the patient has had a bleeding event, whether that
9   patient has had an overdose, right?
10     A. I don't know whether I have to say no or yes.
11  You cannot tell that.
12     Q. And similarly, a patient can have a blood clot
13  even if they have taken the correct dose of an
14  anticoagulant?
15     A. Actually, a repetition of the same question, I
16  think, because the answer is yes.
17     Q. Did you consider --
18     THE WITNESS: Can I have some coffee, yeah,
19  because I'm an addicted coffee drinker?
20     MR. OUWELEEN: Please help yourself.
21     And by the way, Dr. Rosing, if you need a break
22  at any --
23     THE WITNESS: Okay. Well...
24     MR. OUWELEEN: -- time, just speak up.
25  BY MR. OUWELEEN:

1    Q.  Would you agree that it's common in developing
2  a drug to test a range of doses in Phase I and Phase II
3  studies that the sponsor believes might prove safe and
4  effective?
5    A.  That is effective in preventing the disease,
6  stroke, yes.
7    Q.  And then, based on the data from those studies,
8  sponsors select dosing to be tested in Phase III
9  studies, right?
10    A.  Can you repeat that?
11    Q.  Based on the data from dose-ranging studies,
12  it's common for the sponsor to select some doses to test
13  in Phase III?
14    A.  Yes.
15    Q.  You can never test every possible dose, right?
16    A.  Probably in Phase III, you can test every
17  possible dose, but I think you need huge amounts of
18  patients and long time, so it is not done or -- I don't
19  know whether you cannot do it.  You can do it if you
20  want to.
21    Q.  But no one has done it, as far as you know?
22    A.  I think it is not normally done.  I think you
23  do the dose-ranging studies in Phase II trials; and
24  then, on the basis of that, you select a dose for a
25  large, 7,000-people Phase III study.  But theoretically,

1  and even practically, if you want to, it is possible
2  probably to test in Phase III trial different doses.
3    Q.  But it's always possible that there's some
4  other untested dose that might prove safe and effective,
5  right?
6    A.  Well, I think the dose-ranging studies tell you
7  what is the range or the dose that is effective, yes.
8  So I think that is, let's say, the tool that is used and
9  that the result that is used, let's say, in a Phase III
10  study.  So whether there are other doses, I don't know
11  because I think the conclusion with respect to effective
12  dose is based on a Phase III -- Phase II study, a
13  dose-ranging study.
14    Q.  Would you agree that the best proof of whether
15  a dose is safe and effective is the evidence from a
16  Phase III clinical trial?
17    A.  No.  If you do a Phase III at a single dose,
18  that doesn't tell you whether this dose is the most
19  effective dose.  It tells you whether that dose is
20  effective.  But whether it is -- whether a lower dose
21  would have been as effective as that is not coming out
22  of a Phase III study in which you test only one dose.
23    Q.  To identify whether there is a lower effective
24  dose, you would need to study that dose in a clinical
25  trial as well, correct?

1    A.  Well, that is, most of the time, done in the
2  dose-ranging studies, Phase II.  So the dose-ranging
3  studies, Phase II, form the basis for the selection of
4  the single dose that they choose in Phase III.
5    Q.  But if you have not tested a dose in a
6  Phase III clinical trial, you cannot know whether it
7  would be safe and effective, can you?
8    A.  I have a feeling that we are moving in circles
9  here.  So I think the effectivity of a dose is tested in
10  Phase II trials in dose-ranging trials; and that is done
11  for Xarelto, for different kinds of venous thrombosis,
12  not for, let's say, stroke and arterial thrombosis.
13      I think the dose-ranging studies tell you what
14  dose is effective, and then you use that dose in a
15  Phase III trial.  And then the Phase III trial doesn't
16  tell you anything, any more whether that dose is more or
17  less effective than another dose.  That's the conclusion
18  based on the Phase II trials.
19    Q.  On Page 14 of your report is a -- in the
20  second-from-the-bottom paragraph at the end, you say:
21  "It is possible that lower doses might be as effective
22  as the doses that were tested."
23    A.  So we are on Page 14.  In which sentence?
24    Q.  The last sentence in the --
25    A.  I'm thinking and have to read at the same time,

1  which is -- yes.
2    Q.  Are you with me?
3      You say:  It is possible that lower doses might
4  be effective -- as effective as the doses that were
5  tested.
6    A.  That is stated in these papers that I referred
7  to.
8    Q.  Right.  Now, it might be possible but we do not
9  know whether lower doses of rivaroxaban are as effective
10  as the doses that were tested, do we?
11    A.  Well, this is a problem actually with Xarelto
12  and in the treatment of stroke in atrial fibrillation
13  patients.  There has not been the dose-ranging studies.
14  So this is the problem here that, let's say, to
15  establish or conclude about a minimum effective dose,
16  you have to do dose-ranging studies for the particular
17  disease that you'd like to prevent and there are no
18  Phase II dose-ranging studies in atrial fibrillation
19  patients, treatment for stroke risk.
20    Q.  So we do not know whether there are lower doses
21  that are as effective for atrial fibrillation because
22  the study was not done, correct?
23    A.  The study is not done, and I think that studies
24  should have been done.
25    Q.  But because the study has not been done, we do

1    not know, do we, whether lower doses are as effective?
2        A.   No, not from a study, from a dose-ranging
3    study.
4        Q.   It's impossible to know how the risk benefit
5    profile of a different dosing regimen would compare to
6    the approved doses without conducting a trial, correct?
7        A.   Well, I think the analysis of the FDA with the
8    prothrombin outcome in the Xarelto -- in the Rocket
9    Phase III trial strongly indicates that the lower dose
10   would have been effective, yeah.
11       Q.   Is it your opinion that that prothrombin time
12   analysis proves to a reasonable degree of scientific
13   certainty that a different dose would be as safe and as
14   effective as the approved dose?
15       A.   Well, when you look, let's say, at a figure in
16   my report -- and I copied that from the FDA report --
17   and that's the figure at Page 17 where the FDA analyzed,
18   let's say, the prothrombin data from the Rocket with
19   respect to prothrombin values and percent of stroke and
20   also percent of bleeding and it saw the prothrombin time
21   that was measured in the patients, let's say, when they
22   divided up the patients in quartiles, they saw that low
23   prothrombin times had no advantage with respect to the
24   prevention of stroke compared to high prothrombin times.
25       Yes, that is what this figure tells you.

1        Let's say the prothrombin time that you measure
2    in quartiles of patients is not related to the stroke
3    risk.  Now, the lowest quartile of the prothrombin
4    time's there; and since the prothrombin time is
5    proportional, directly proportional to the amount of
6    rivaroxaban present in the plasma, you can convert this
7    figure into, let's say, exposure to rivaroxaban.
8        And when you convert this figure, when you add
9    the equation between the prothrombin time and
10   rivaroxaban level to rivaroxaban levels present in the
11   plasma of these patients, well, let's say, the stroke
12   risk, there is no advantage at high doses compared to
13   low doses with respect to stroke risk.  So it doesn't
14   help you when you are more exposed, when you are exposed
15   to a higher level of rivaroxaban with respect to the
16   prevention of stroke.
17       In the contrast, when you look at bleeding, you
18   see when you are exposed to a higher rivaroxaban dose or
19   a higher prothrombin dose, you are exposed to a higher
20   risk of bleeding.  And this figure, for me, in my
21   opinion, strongly suggests that, let's say, a lower dose
22   of rivaroxaban than used in the patients from the Rocket
23   would have been as effective as the dose that was used.
24       Q.   I understand that you think that the FDA's
25   analysis of prothrombin times suggests that a lower dose

1    would be as effective but it does not prove to a
2    reasonable degree of scientific certainty --
3        A.   Proof, you only get --
4        Q.   -- that it's effective; is that correct?
5        A.   Proof, you only get, I think, from a
6    dose-ranging study.
7        Q.   Okay.  And there is --
8        A.   Definite proof.
9        Q.   And there is no scientific proof, is there,
10   that a different dose of rivaroxaban would have been as
11   safe and as effective as the approved doses, correct?
12       A.   Since they did not test lower doses of
13   rivaroxaban in atrial fibrillation patients, well, there
14   is no proof because they didn't test it.
15       Q.   Okay.  In your report on Page 5, Paragraph 16,
16   states that -- are you there?  Are you with me?
17   Paragraph 16?
18       A.   Comment 16 on Page 5 --
19       Q.   Uh-hum.
20       A.   -- Statement 16?
21       Q.   Correct.  It says that, quote, "Dose finding
22   before treatment and twice-daily dosing, BID, with a
23   reduction of the total daily dose instead of a
24   once-daily dosing regimen, OD, will reduce major
25   bleeding while maintaining ischemic stroke protection."

1        Do you see that?
2        A.   So considering large variations in peak and
3    drops of rivaroxaban levels between patients and the
4    large and broad variation in individual patients, dose
5    finding before treatment and twice-daily dosing BID with
6    reduction of double daily dose will reduce the major
7    bleeding, yes.
8        Q.   That is a hypothesis for which we do not yet
9    have the scientific evidence, correct?
10       A.   I don't know what you mean with "scientific
11   evidence."  I have a feeling -- well, evidence and
12   proof, I have a feeling that the prothrombin data
13   indicate that a lower dose might have been just as
14   effective, but it gives no definite proof until you do a
15   dose-ranging study.
16       Q.   You do not have any clinical evidence or data
17   that shows that twice daily instead of once-daily
18   rivaroxaban reduces major bleeding while maintaining
19   ischemic stroke prevention, do you?
20       MR. McWILLIAMS:  Objection, asked and asked.
21       THE WITNESS:  What?
22       Q.   I'll ask it again.
23       THE WITNESS:  Why are you -- I'm not --
24       MR. McWILLIAMS:  You've already answered that
25   same question when you discussed the FDA PT

1   analysis.
2   A.  Can you repeat the question?
3  BY MR. OUWELEEN:
4   Q.  Yeah.
5     Mr. McWilliams has to state certain objections
6  to maintain his rights to object to testimony at a later
7  time. But unless he tells you not to answer, you should
8  answer the question. Do you understand that?
9   A.  I have to answer the question?
10   Q.  You do have to answer the question.
11   A.  Can you repeat, then, the question?
12   Q.  Sure.
13   A.  Sorry, yeah.
14   Q.  The question is: You do not have clinical
15  evidence or other data that establishes, to a reasonable
16  degree of scientific certainty, that twice daily instead
17  of once-daily rivaroxaban reduces major bleeding while
18  maintaining ischemic stroke prevention?
19     MR. McWILLIAMS: Object to form. You misstated
20  his opinion. You said with a reduction in the total
21  daily dose.
22   Q.  Is that correct?
23   A.  Well, there is not a dose-finding study. So I
24  think 100 percent scientific proof, you only get when
25  you do a dose-finding study for rivaroxaban in atrial

1  fibrillation patients.
2     Let's say, similar drugs that work via a
3  similar mode of action like apixaban and which have a,
4  let's say, similar kinetic, pharmacokinetic behavior are
5  dosed twice a day; and there are papers in literature
6  who say that this is the best thing to do, is
7  twice-daily dosing. So why did they choose it for
8  dabigatran, why did they use it for apixaban, which are
9  highly similar drugs with a similar pharmacokinetic
10  behavior? And apixaban is even, also, targeting
11  Factor Xa. There, they choose for twice-daily dosing.
12     And there are colleagues who argue that this
13  example actually underscores the use of twice-daily
14  dosing in the case of Xarelto.
15     But definite proof, I agree; scientific proof,
16  you need to do a dose-finding study, which was not done.
17   Q.  On Page 21, you write that -- let's see, where
18  is it.
19     In the sixth line down, you say: "In patients
20  with PT values greater than 19.8 seconds determined
21  approximately 14 hours after rivaroxaban administration,
22  either the dose of rivaroxaban has to be reduced to
23  attain a PT value in the range of that observed in
24  patient quartiles with lower bleeding risks -- and then
25  you have a parenthetical, and then you say, or the

1  rivaroxaban must be discontinued."
2     When you say "rivaroxaban must be
3  discontinued," do you mean it must be replaced with
4  another therapy?
5   A.  Yes.
6   Q.  Such as warfarin, correct?
7   A.  Or dabigatran or another drug, apixaban.
8   Q.  You're not offering any opinion on how much the
9  dose of rivaroxaban would need to be reduced to lower
10  bleeding risk while maintaining stroke protection, are
11  you?
12   A.  Unless -- until you do a dose-finding study, it
13  is difficult to draw a definite conclusion what would be
14  the minimal dose that is effective. But I, myself, have
15  a feeling that a considerably lower dose of Xarelto will
16  be effective in preventing stroke.
17   Q.  My question, Dr. Rosing, is: Are you offering
18  any opinion on what the alternative dose of rivaroxaban
19  should be?
20   A.  Not in numbers.
21   Q.  Your opinion is that it should be lower, but
22  you are not offering an opinion about how much lower,
23  correct?
24   A.  We can start a kind of discussion about what I
25  think I would try in a dose-finding trial, but this is,

1  let's say, my personal opinion.
2   Q.  It's not based on scientific evidence?
3   A.  It is not based on scientific evidence.
4   Q.  Would you agree that if you --
5   A.  Well, it is based on -- well, not based on
6  scientific evidence. Let's say my opinion about this is
7  based on my knowledge of how Xarelto inhibits -- or
8  rivaroxaban -- let's call it rivaroxaban -- inhibits
9  coagulation.
10     And let's say a drug that, in a considerable
11  number of patients, is constantly at a level at which
12  all Factor Xa that is generated can be inhibited, I
13  think is a dangerous drug because, let's say, it stops
14  all clotting; and that means that you are -- it's very
15  nice for preventing stroke; but at the same time, you're
16  at a high bleeding risk.
17     So let's say looking as a coagulation expert at
18  doses of rivaroxaban given and looking at the
19  pharmacokinetic data and the levels of rivaroxaban to
20  which a certain number of patients are exposed during
21  24 hours, I think this is -- and I use my own words and
22  tones, that is a killing dose for Factor Xa.
23     So let's say, for me, this is a very dangerous
24  dose. So I would half it or probably take a quarter of
25  that amount, which is, in my opinion, from a coagulation

1  point of view, a sufficient dose to bring down the
2  activity of Factor Xa in the blood to a level at which
3  you can and still prevent stroke; but at a lower dose,
4  you definitely will reduce the bleeding risk.
5       Now exactly to what level of rivaroxaban I
6  would reduce it, you have to do a study; but from a
7  coagulation point of view, 5, 10 percent of the patients
8  are 24 hours exposed to levels of rivaroxaban that will
9  really stop clotting; and, let's say, from my point of
10 view, that is a dangerous and unwanted situation.
11      Q.  You understand that the FDA and the EMA both
12 approved the dose that you call a "dangerous dose,"
13 correct?
14      A.  Yes.
15      Q.  And you understand that, in clinical trials,
16 that dose was shown to be non-inferior to warfarin with
17 respect to bleeding, correct?
18      A.  The Rocket shows that.
19      Q.  Yes?
20      A.  Yes.
21      Q.  You don't dispute --
22      A.  May I add something to that?
23      Q.  Sure.
24      A.  I think it could have been much better than
25 warfarin.  I think there is discussion -- and that is a

1  statistic, epidemiological discussion -- whether it is
2  better or the same or worse with respect to its
3  complicated stroke or bleeding.
4       But I think when you, let's say, read the
5  papers, the Rocket papers, and all other papers on the
6  comparison of rivaroxaban with other anticoagulant drugs
7  and whether it is the vitamin K antagonist in case of
8  stroke prevention in AF patients or whether it's in the
9  case of venous thrombosis, I think these papers all
10 suggest that, let's say, rivaroxaban is a drug that is
11 as good as the other drugs in preventing the disease,
12 which is stroke or venous thrombosis, but I think -- and
13 it is also very much similar with respect to exposing
14 risk to unwanted effects like bleeding.  So I think
15 there is a large degree of similarity between
16 rivaroxaban and vitamin K antagonists.
17      But I think that rivaroxaban could have been a
18 lot better when you would have reduced the dose because,
19 in my opinion, a reduction of dose would have not
20 reduced the effectivity with respect to stroke
21 prevention but it would have drastically decreased the
22 risk of bleeding, yes.
23      Q.  Yes, I understand.  Your opinion is that a
24 different dose than the approved dose might be safer and
25 as effective as the approved dose, correct?

1       A.  I -- my opinion is that a lower dose would have
2  been as effective in preventing stroke and definitely
3  would have decreased the bleeding risk, yes.
4       Q.  But you do not dispute that the approved dose
5  was acceptably safe and effective, correct?
6       A.  It was effective.  Whether it was acceptably
7  safe depends on your definition of "acceptably safe."  I
8  would not like to be exposed to the bleeding risk at
9  which some of the patients would have been exposed,
10 so...
11      Q.  But you agree that the bleeding risk at the
12 approved dose is not worse than the bleeding risk on
13 warfarin or other drugs?
14      A.  The epidemiological studies, let's say, in
15 ROCKET indicate that -- suggests or indicate -- indicate
16 is stronger, I think, in English -- indicate that there
17 is not a big difference in bleeding risk between
18 rivaroxaban and warfarin.
19      Q.  You don't have any other evidence on that
20 subject?
21          MR. McWILLIAMS:  Object to form.
22          MR. OUWELEEN:  I'll withdraw the question.
23          THE WITNESS:  What?
24          MR. McWILLIAMS:  It was a bad question.
25          MR. OUWELEEN:  I'll withdraw the question.

1          THE WITNESS:  I don't answer, yes.
2          MR. OUWELEEN:  You don't have to answer that
3  one.
4       A.  I thought I answered it already a couple of
5  times.
6       Q.  Probably.
7       A.  I have a feeling, but it doesn't matter.
8          MR. OUWELEEN:  Let's take a quick break.
9          (Recess from 10:10 a.m. until 10:19 a.m.)
10 BY MR. OUWELEEN:
11      Q.  On Page 12 of your report, Dr. Rosing, you
12 state, at the bottom of the first paragraph, it has
13 been proposed that individualized DOAC dosing may be
14 beneficial and improve patient safety."
15      A.  At which paragraph?
16      Q.  The first paragraph.
17      A.  The first paragraph on Page 12?
18      Q.  Page 12.
19      A.  It has --
20      Q.  In the fourth sentence from the bottom of that
21 paragraph, "It has been proposed..."  Do you see that?
22      A.  Okay.  That is the second paragraph.
23      Q.  Oh, okay.
24      A.  I don't know what the definition of "paragraph"
25 is, but let's say we count down 1, 2, 3, 4, 5, 6, 7.

1    So the second, yes.
2    Q.  Anyway, you see the language there that starts
3    with "It has been proposed that individualized DOAC
4    dosing"?
5    A.  Yeah.
6    Q.  Okay.  By "individualized DOAC dosing," you
7    mean dosing that is adjusted for each patient based on
8    the results of monitoring plasma levels or
9    pharmacodynamic effects like PT, right?
10   A.  Yes.  But we should distinguish between
11   "dosing" and "monitoring," I think.  At least when I
12   translate a word in Dutch, there is a difference between
13   "dosing" and "monitoring."
14       I think dosing, you can do once.  So you gave a
15   patient a drug and you measured the effect of that drug
16   and you adapt the dose to the results of your, let's
17   call it, pharmacodynamic test for testing of the effect
18   of the drug.  That, I would call dosing.  You can do
19   that once.  You measure the effect, and then on the
20   basis of what you measure in the lab, you either reduce
21   or increase the dose.  Maybe you can do a second test to
22   confirm that a dose that you have chosen on the basis of
23   your pharmacodynamic test is right, yes or no.
24       "Monitoring" is a word that is different for me
25   because that is following in time during the time that a

1    patient is treated, yeah.  And I think with respect to
2    vitamin K antagonists, warfarins, I would call that
3    "monitoring" because you ask the patient to come in
4    after regular time intervals to measure its PT and adapt
5    the dose of coumadin to the result of the prothrombin
6    assay or the INR that you measure.
7        I think in dosing it's different.  That is more
8    limited to find in an individual the right dose that is
9    effective and is effective with respect to preventing
10   the disease but also doesn't carry a high risk of an
11   unwanted side effect like bleeding.
12       I hope that I am clear.  I am only talking
13   about dosing in case of rivaroxaban, yes.
14   Q.  You are not proposing ongoing monitoring after
15   an individualized dose is established for a particular
16   patient; is that correct?
17   A.  I think, let's say, within an individual, the
18   variation of exposure is according to the
19   pharmacokinetics of Xarelto, relatively constant.  And
20   when, let's say, the exposure of a drug is predictive
21   over a long time period, in my opinion, you don't need
22   monitoring.  It is in contrast to the warfarin where the
23   situation at one moment, one way, is not predictive for
24   the situation three months later.
25       I hope that I'm clear.  Otherwise, I'll try to

1    rephrase my answer.
2    Q.  It has not been tested whether patient outcomes
3    would, in fact, be improved through individualized
4    dosing of rivaroxaban, has it?
5    A.  I'm not aware of studies.
6    Q.  And you understand that fixed dosing of
7    rivaroxaban without individualized dosing based on blood
8    tests has been approved by the FDA, correct?
9    A.  I think it has been approved by the FDA, yes,
10   because they approved probably the drug for
11   20 milligrams dosing in the majority of the patients
12   without monitor--- without dosing or monitoring.
13   Q.  And you think it's possible that more
14   individualized dosing than 20 milligrams for everyone
15   might make rivaroxaban safer, right?
16   A.  Yes.
17   Q.  But you would agree that even without that
18   individualized dosing, the fixed dose has been approved
19   as safe and efficacious by the FDA, right?
20   A.  I don't know, to be honest, whether it's
21   approved to be safe and effic-- efficacious, yeah,
22   that are words -- it's approved for treatment, yeah, for
23   treatment of atrial fibrillation patients, 20-milligram
24   dose.  And I think they approved it because they
25   believed it is safe and efficacious to a certain extent,

1    yes, because otherwise you would not approve it, I
2    think, when you think it's not safe and not effective.
3    Q.  There have been no clinical trials in which
4    patients had their dose of Xarelto adjusted based on the
5    results of a PT test or other monitor-- --
6    A.  I'm not aware of that.  I think I answered that
7    already.
8    Q.  To establish scientifically that patient
9    outcomes would be improved through individualized dosing
10   based on blood tests, you would need to do a study,
11   correct?
12   A.  Can you repeat that?
13   Q.  To determine scientifically that patient
14   outcomes would be improved through individualized dosing
15   based on blood tests, you would need to do a clinical
16   study, right?
17   A.  You have to do a clinical study and I wonder
18   whether the ROCKET is already the clinical study because
19   there you see that when you measure the prothrombin
20   time -- and that's what we are discussing here -- in a
21   population of patients treated with rivaroxaban, you see
22   that individuals with a high PT have a higher risk of
23   bleeding than individuals with a low PT.
24       So I think, let's say, that already indicates
25   that there is a particular part of the population of the

1    patients treated with rivaroxaban that are exposed at a
2    too-high level of drugs, a high level or too-high level
3    of drug that, according to the PT, is associated with
4    bleeding --
5        Q.   There is no --
6        A.   -- yes.
7        Q.   There is -- sorry.
8        A.   So I think that is scientific evidence for me.
9        Q.   There's no evidence in ROCKET what would have
10   happened to those patients with high PTs if they had had
11   a different dose given, is there?
12       A.   Well, I think that when you look at ROCKET and
13   since the PT lineally correlates with a rivaroxaban dose
14   and those in the highest quartile, in the high PT,
15   are -- considering that linear relation level raise, are
16   exposed to a high level of rivaroxaban and the ones with
17   a low PT have less less risk of bleeding at a lower
18   rivaroxaban dose, I think one and one is two, when you
19   would have decreased rivaroxaban level in the patients
20   in the highest quartile with the highest PT, you would
21   have reduced the PT, reduce the dose, and reduce the
22   risk of bleeding. So this is, for me, the
23   argumentation.
24       Q.   There -- but it -- argumentation, but there's
25   no evidence about a different dose for any of those

1    patients, correct?
2        MR. McWILLIAMS: Object to form. Asked and
3    answered.
4        A.   Yeah, I think I answered the question, yeah.
5        So I feel, let's say, that the ROCKET with the
6    PT analysis and the bleeding analysis indicates that
7    individuals with a high PT are exposed to a higher risk
8    of bleeding than individuals with a low PT. This is
9    scientific evidence from ROCKET.
10       Q.   My question is a little bit different, though.
11       My question is: There's no evidence in ROCKET
12   or anywhere else about what the bleeding rates would
13   have been on a different dose?
14       A.   Well, I think that is common sense. I think
15   when you reduce the dose of an anticoagulant, you reduce
16   the bleeding risk. So you don't need to have scientific
17   evidence for that.
18       I think this is, in my opinion, common sense in
19   coagulation: When you reduce the dose of an
20   anticoagulant, you reduce the bleeding risk. You don't
21   need scientific experiments for that, in my opinion,
22   because this is, let's say, what is known already for
23   50, 60 years in blood coagulation: Overexposure of an
24   anticoagulant blood drug leads to bleeding, reduction of
25   the level leads to a reduction of bleeding. There is a

1    direct relation between the exposure to an anticoagulant
2    drug and the risk of bleeding.
3        Q.   You don't have any evidence of what the risk of
4    bleeding would have been at any given alternative dose,
5    correct?
6        MR. McWILLIAMS: Object to the form. Asked and
7    answered.
8        A.   Yeah, I think this is -- I tried to answer that
9    on the basis of the prothrombin measurement in the
10   ROCKET where the prothrombin measurement is
11   proportionate to the dose and to the exposure, and I
12   think exposure is proportional to dosing: When you give
13   a higher dose, you get a higher exposure.
14       Q.   Do you have any evidence about any patients'
15   bleeding outcome on a different dose than the doses
16   given in ROCKET?
17       A.   There is no evidence because I think, let's
18   say, there are no patients in ROCKET where they changed
19   the dose and looked, as a result of that dose, changing
20   the dose on bleeding.
21       Q.   So there is no --
22       A.   Because there is no dose-ranging study and not
23   at all in individual patients.
24       Q.   Is it true that for any drug -- well, I'll
25   withdraw the question.

1        Your opinion that alternative doses might have
2    proven safer and equally efficacious is based only on
3    the PT data and bleeding data in the FDA analysis,
4    correct?
5        A.   Yes, as long as there are no dose-ranging
6    studies in these kind of patients. You have to draw
7    your conclusions from the basis of this evidence, yes.
8        Q.   Did you consider any other evidence on the
9    question whether there is an association between -- or a
10   correlation between PT and bleeding outcomes?
11       A.   Well, there is the ROCKET study and there is
12   the McConnell study, I think. So there are at least,
13   I'm aware of, two studies: The ROCKET study, which is a
14   large population study, there is the McConnell study,
15   which is, in my opinion, a very well-controlled study
16   about, let's say, the efficacy and the bleeding risk in
17   a smaller population that is probably a very
18   well-controlled study.
19       And, as far as I'm aware of, these are the two
20   studies where they showed a correlation between
21   prothrombin time and bleeding risk in the sense that the
22   increasing prothrombin time is associated with increased
23   risk of bleeding while it is not affecting the
24   effectivity with respect to stroke prevention that are,
25   in my opinion, studies. Maybe there are more, but I'm

1  not aware of them.
2  Q. Did you review any data that showed that there
3  was not a correlation between prothrombin time and
4  bleeding outcomes?
5  MR. McWILLIAMS: Other than -- you're
6  suggesting other than ROCKET, any other analysis?
7  I'm trying to help you with the question. I
8  think you meant a different analysis that showed no
9  correlation.
10  MR. OUWELEEN: I'll restate the question.
11  A. I'm not aware of studies where they did other
12  attempts to correlate or not correlate prothrombin times
13  with bleeding using a proper statistical analysis.
14  MR. McWILLIAMS: He's thinking about his next
15  question.
16  THE WITNESS: Oh, okay.
17  Q. At Page 9 of your report, you say that -- in
18  the first paragraph, that 140 -- is that nanomolar, nM?
19  A. Yes.
20  Q. A 140 nanomolar is the maximum Factor Xa
21  concentration that can be formed in blood, right?
22  A. Yes. But that is, let's say, I took a high
23  estimate.
24  Q. You contend it would take 140 nanomolar of
25  rivaroxaban to inhibit 140 nanomolar of Factor Xa,

1  right?
2  A. This is approximately what you expect on the
3  bas- -- well, approximately on the basis of, let's say,
4  the kinetic analysis of inhibition of Factor Xa of
5  rivaroxaban, which is a very, very potent Factor Xa
6  inhibitor with a very, very low Ki and, let's say, this
7  Ki indicates that rivaroxaban is inhibiting
8  stoichiometrically, as we call it in chemistry and
9  biochemistry, Xa.
10  So this is a one-to-one inhibition. So you
11  need 140.1 or 141 nanomolar rivaroxaban to kill and
12  inhibit 114 nanomolar Factor Xa, yes.
13  Q. You contend that rivaroxaban plasma levels
14  higher than 65 micrograms per liter would fully inhibit
15  Factor Xa, right?
16  A. Yes, 55 [sic] micrograms per liter, I have to
17  then convert it into lower concentrations. Knowing the
18  molecular weight of rivaroxaban, you get with
19  55 micrograms per liter to a level of 140 nanomolar,
20  yes.
21  Q. It's actually 65 micrograms.
22  A. Or 65. Well, let's see. I need my calculator.
23  But let's say this is roughly, yeah, the calculation.
24  So you have to divide 65 by 456, and then you get 140,
25  yes.

1  So this is a bit a problem in these discussions
2  that people switch from micrograms per liter to
3  nanograms per milliliter to nanomolar, yes. So I prefer
4  nanomolar because then we really look at individual
5  molecules. Micrograms doesn't say much because a
6  microgram Factor Xa is much less molecules than a
7  microgram inhibitor. So that's why I prefer, at a
8  certain moment, to go from micrograms per liter to a
9  concentration which I can compare with the concentration
10  of targets with a similar number of molecules.
11  So what I wrote there, I -- is -- is a correct
12  calculation, yes. But I like to explain that so that we
13  know what we are discussing about.
14  Q. Do you remember what my last question was?
15  A. Yes, whether the -- what was it? What did I
16  write, 65 micrograms per mil is equal to 140
17  nanomolar --
18  Q. Right.
19  A. -- and equal to 140 nanomolar Factor Xa?
20  Yes, I remember your question.
21  Q. Okay. So your opinion is that somebody with a
22  rivaroxaban plasma concentration of 65 micrograms per
23  liter or higher would have 100 percent Factor Xa
24  inhibition, right?
25  A. Capacity.

1  Q. When you say "capacity," is that something
2  different?
3  A. No. I mean, with 65 or whatever -- 63 -- the
4  number is, yeah, microgram rivaroxaban per liter, you
5  can completely inhibit 140 nanomolar Factor Xa, yes.
6  Q. Well, when you say "you can" --
7  A. It will inhibit, sorry.
8  Q. It will inhibit?
9  A. Yeah, you will inhibit. Sorry. That's a
10  language problem for me, maybe, that there is a
11  difference between "you can" and "you will."
12  Q. The patient with 65 micrograms per liter of
13  rivaroxaban will have 100 percent Factor Xa inhibition,
14  in your opinion?
15  A. In my opinion, yes.
16  Q. And is it true that a person with 100 percent
17  inhibition of Factor Xa is unable to form a clot?
18  A. Yes, I would think so because -- since you need
19  Factor Xa for clot formation; and when there is no
20  Factor Xa, there is no clot formation.
21  Q. If you cannot form a clot, you are very likely
22  to have a bleeding event, correct?
23  A. I would think so, yes, because clot formation
24  is essential to stopping bleeding or for stopping
25  bleeding, yes.

Page 58

1    Q.  Do you have any opinion about how much bleeding
2  you would expect to see in a group of people 100 percent
3  inhibition of Factor Xa?
4    A.  No.
5    Q.  But a lot of bleeding, right?
6    A.  Well, I think the people are at a very high
7  risk of bleeding, yes.  I would not like to have that
8  amount of rivaroxaban in my blood because I would not
9  feel comfortable and safe.
10    Q.  At what degree of Factor Xa inhibition would a
11  patient be able to form a clot, in your view?
12    A.  That is probably not known.  I mean, we can do
13  experiments; and this is the problem, let's say, not
14  only in blood coagulation and thrombosis and bleeding,
15  that we don't know exactly what is happening in the
16  blood, in the patient, in the vein, yes.  So we cannot
17  measure, let's say, in a patient the Factor Xa when he
18  is bleeding and what amount of Factor Xa you need to
19  stop that bleeding.
20      You can only look at in vitro experiments where
21  you study coagulation in blood in patients, of patients,
22  or study thrombin formation in blood of patients and
23  then get an impression to what extent inhibition of
24  Factor Xa will prevent clot formation.  But once more,
25  in vitro tests are a kind of model for what will happen

Page 59

1  in vivo.
2      But this is a big problem in medical science, I
3  think, and particularly in blood coagulation,
4  thrombosis, and bleeding, that we cannot really do in
5  the patients.  We can get an idea about how it is
6  happening, what we need, and where things go wrong; but
7  exact numbers occurring in vivo in the patients is very
8  difficult or -- or you cannot predict that, yes.
9    Q.  It is not known the degree of Factor Xa
10  inhibition at which a patient would be able to form a
11  clot, correct?
12    A.  In a patient, I don't -- I'm not aware of these
13  data because we cannot measure Factor Xa in a patient in
14  the blood while he is bleeding or while he forms
15  thrombus.
16    Q.  Is it possible -- it's not possible for someone
17  to form a clot if they have 100 percent inhibition of
18  thrombin, is it?
19    A.  That's actually the same as your question,
20  whether you can form a clot when there is inhibition, a
21  hundred percent inhibition of Xa.  The answer is the
22  same.  A hundred percent inhibition of thrombin, no
23  thrombin means no clot.  Thrombin is the only enzyme
24  that can form a clot.
25    Q.  You claim that -- well, let me ask you this:

Page 60

1  If somebody had a peak concentration of 184 micrograms
2  per liter of rivaroxaban after one-half life, you would
3  expect them to have a concentration of approximately
4  90 micrograms, right?
5    A.  Yes, yeah.
6    Q.  And the average half-life of fed subjects
7  taking a 20-milligram dose of rivaroxaban is 12 hours
8  approximately, correct?
9    A.  Depending on age.
10    Q.  The average is 12 hours, correct?
11      MR. McWILLIAMS:  Object to form.  Asked and
12  answered.
13    A.  Well, let's say 12 hours is a reasonable number
14  for an average T half in a population treated with
15  rivaroxaban.
16    Q.  Okay.  So patients, on average, with a peak
17  concentration of 184 micrograms --
18    A.  Let's -- I have to write it down.  Let's say
19  184 microgram, yes, per liter.
20    Q.  Per liter.  After 12 hours, they would have a
21  concentration of about 90 micrograms per liter?
22    A.  92 micrograms theoretically, yes.
23    Q.  So those patients would have rivaroxaban
24  concentrations above 90 micrograms per liter for
25  approximately half of each day, right?

Page 61

1    A.  Yes.
2    Q.  And you said that 95 percent of the atrial
3  fibrillation patients in ROCKET AF had a rivaroxaban
4  concentration at peak of more than 184 micrograms per
5  liter, right?
6    A.  Yes.
7    Q.  And if those 95 percent of AFib patients in
8  ROCKET had that peak concentration, then those same
9  95 percent of patients would have had concentrations
10  above 90 micrograms for half the time, right?
11    A.  Yes.  I think we had that example that you
12  gave.  I put it down, yes.
13    Q.  And so, by your logic, 95 percent of the
14  rivaroxaban patients in ROCKET AF had complete Factor Xa
15  inhibition for approximately half the time in the study,
16  correct?
17    A.  Yes, yeah.  On the basis of the properties of
18  rivaroxaban, the answer is yes.
19    Q.  And, yet, you don't know what percentage of
20  bleeding you would expect to have in a population that
21  was completely unable to form clots for half the time?
22    A.  No, I don't know.
23    Q.  Wouldn't you expect it to be a lot higher than
24  the bleeding rate of people on warfarin therapy?
25    A.  I don't know how to predict that.  Let's say

1  the general idea is maybe that when blood will not clot,
2  that you will get a bleeding; but that's not the case.
3      Let's say, while we are sitting here, all of
4  us, our blood doesn't have to clot because there is no
5  incident, there is no vascular damage which requires
6  blood clotting. So, as we sit here, there is no
7  bleeding risk, there is no bleeding, there is no
8  vascular damage. So we don't need our plasma, our blood
9  to clot.
10     When it would clot, we have another problem, we
11 get thrombosis. So it is very good that our blood
12 remains fluid. It doesn't have to clot like we sit
13 here. It is only, let's say, it requires to clot when
14 there is a vascular damage and you get a bleeding. And
15 then, probably, dependent on the extent of damage, you
16 really need a clot formation or vasoconstriction, which
17 also occurs when you damage a vessel, blood vessel. The
18 vasoconstriction also already stops the bleeding
19 problem.
20     I don't know whether I'm clear in my statement
21 that it's not good that blood would clot unless there is
22 an incident, unless there is vascular damage and a blood
23 vein is wounded and blood escapes.
24     Q. It is not surprising to you that although you
25 say half the patients in rivaroxaban were completely

1  unable to form a clot for half the time, that only
2  3.6 percent of them had major bleeding events?
3      MR. McWILLIAMS: You mean to say in ROCKET?
4      A. That's -- that's the --
5      THE WITNESS: What did he say?
6      MR. McWILLIAMS: He misspoke.
7      Object to form.
8  BY MR. OUWELEEN:
9      Q. It's not surprising to you that, although you
10 say half the patients on rivaroxaban in ROCKET were
11 completely unable to form a clot for half the time, that
12 only 3.6 percent of them had major bleeding events?
13     A. It is not surprising to me because I told you
14 that we only need bleeding when there is a vascular
15 damage and blood escapes. When you get in an accident,
16 trauma, and you get a big wound, then you need clotting,
17 you need thrombus formation to stop the bleeding. But
18 as long as there is no wound, blood doesn't have to
19 clot. So I cannot predict when you will get a bleeding
20 while we are sitting here, yes.
21     Q. Do you -- wouldn't you expect that if half the
22 patients in ROCKET were completely unable to -- sorry.
23 I'll rephrase.
24     Wouldn't you expect that if 95 percent of the
25 patients in ROCKET were completely unable to form a clot

1  for half the time in the study that the stroke rate
2  would have been much lower?
3      A. Can you repeat that, because we now moved to
4  stroke.
5      Q. Yes. Well, stroke is caused by a clot, right?
6      A. Yes.
7      Q. And a person who cannot form a clot cannot have
8  a stroke, correct?
9      A. I think that for stroke, you need -- at least
10 the stroke that we are talking about -- you need to
11 clot, yes.
12     Q. So a person who is completely inhibited, has
13 complete Factor Xa inhibition, cannot have a stroke,
14 correct?
15     A. I would expect that, yes.
16     Q. And so wouldn't you expect that if 95 percent
17 of the patients in ROCKET were completely unable to form
18 a clot for half of the time in the study, that the
19 stroke rate would have been much lower than warfarin?
20     A. The stroke rate is lower because it is
21 2 percent, I think, isn't it?
22     Q. The stroke rate in the rivaroxaban population
23 was comparable to warfarin, right?
24     A. I think, let's say, the figures in the FDA
25 report where they present stroke risk show that the

1  stroke risk is approximately 2 percent.
2      Q. Do you know how that compares to warfarin?
3      A. That is this figure. I'm not talking about
4  warfarin.
5      Q. My question is: Do you know how that compares
6  to warfarin?
7      A. Huh?
8      Q. Do you know how that compares to warfarin?
9      A. I think that a stroke risk with the warfarin
10 treatment in ROCKET is comparable to the stroke risk in
11 the rivaroxaban population.
12     Q. People on warfarin do not have --
13     Well, I'll withdraw the question.
14     A. I'm not talking about warfarin.
15     Q. I'm withdrawing the question, Doctor. You
16 don't have to answer it.
17     A. In comparison with warfarin, I think the drugs
18 are as effective, according to the ROCKET. We are
19 talking here only about rivaroxaban, yes.
20     Q. When people report the plasma concentration of
21 rivaroxaban, that includes rivaroxaban molecules that
22 are bound to plasma protein and rivaroxaban molecules
23 that are unbound, correct?
24     A. Rivaroxaban, according to literature, is
25 90 percent of it is bound through albumin and 10 percent

1    is free, yes.
2        Q.   Do you agree that only unbound rivaroxaban
3    molecules can inhibit Factor Xa?
4        A.   I can.  Whether this is proven, I don't know;
5    but I'll say it is a reasonable assumption, although
6    there are molecules that are bound to other components
7    that are still active on the target.  Let's assume --
8    let's say I think it's a reasonable assumption to assume
9    that the main Xa inhibitor is the free rivaroxaban, yes.
10       Q.   All right.  So the rivaroxaban that is bound to
11   plasma protein like albumin is not available to inhibit
12   Factor Xa, is it?
13       A.   No, that is not what I'm saying.  I said while
14   it is bound through the albumin, it is unlikely that it
15   at the same time can inhibit Factor Xa.  But once you
16   start inhibiting Factor Xa with rivaroxaban, the
17   bound -- the rivaroxaban that is bound to albumin comes
18   off the albumin because it is a relatively weak binding
19   between rivaroxaban and albumin.
20       And when the rivaroxaban that is free in the
21   blood is inhibiting the Factor Xa, the rivaroxaban drops
22   and then the rivaroxaban that is bound to the albumin is
23   released, disassociated, and becomes available for
24   inhibition.
25       Q.   What evidence do you have that the bound

1    rivaroxaban becomes unbound and available to inhibit
2    Factor Xa?
3        A.   Well, that is -- that's -- the following
4    evidence is that the half-life of rivaroxaban is
5    average, you said, 11 hours, ten hours, one hour.  It
6    depends.  So the half-life of rivaroxaban is, let's say,
7    12 hours.  The half-life of albumin is 23 days.
8        If rivaroxaban would not come off the albumin
9    and stick there forever, it would have the half-life of
10   albumin.  It would be removed from the circulation with
11   the half-life of rivaroxaban -- of albumin -- of
12   albumin, yes.
13       23 days and ten hours, that's a big difference.
14   So the fact that the half-life of rivaroxaban is ten
15   hours, it removed from the circulation in ten hours,
16   means that it did come off the albumin, yes.
17       I think it's a simple argumentation, isn't it?
18       When something is bound irreversibly to
19   albumin, doesn't come off, it will have the half-life of
20   albumin because it will be removed from the circulation
21   together with the albumin; and that would mean for
22   rivaroxaban, when it would not come off the albumin,
23   half-life would be 23 days.  But the half-life is ten
24   hours, 11 hours, 12 hours.  So that means it's only
25   removed when it's free, so it must come off.  Otherwise,

1    the half-life would have been much longer.
2        Q.   When you were providing your estimates on the
3    concentration of rivaroxaban necessary to fully inhibit
4    Factor Xa, did you take into account at all the plasma
5    binding of rivaroxaban?
6        A.   Yes.  But at the same time, I took in account
7    that it readily comes off through albumin, has to come
8    off, and becomes available for inhibition of Factor Xa.
9        Q.   You -- you --
10       A.   So we don't have to count.  With free
11   concentration, I count with total concentration knowing
12   that 90 percent of it is bound to albumin -- sorry 90
13   percent is bound, but this is a rapid disassociation and
14   available for inhibition, yes.
15       Q.   You assume that 100 percent of the plasma
16   concentration of rivaroxaban was available to inhibit of
17   Factor Xa, correct?
18       A.   Yes, because I'm of the opinion that it readily
19   comes off --
20       Q.   But you don't --
21       A.   -- considering the half-life, yes.
22       Q.   Besides the half-life, do you have any data
23   concerning how readily the -- the rivaroxaban becomes
24   disassociated or unbound from albumin?
25       A.   Yeah.  Well, I think -- I have no --

1    personally, I don't have data because I didn't study,
2    let's say, the disassociation rate constant of the
3    rivaroxaban-albumin complex.  And I even don't know
4    whether people determined that rate constant of
5    disassociation, because that's important, let's say, to
6    quantify the rate of disassociation of rate of
7    rivaroxaban from the albumin.
8        I have indirect evidence, and that is actually
9    also in my report, where we go to the figure where you
10   see the effect that is the figure on Page 11.
11       THE WITNESS:  Am I allowed to show that figure?
12       MR. McWILLIAMS:  Yeah, you can do whatever you
13   need to answer his question.
14       A.   Okay.  So now there you see, let's say -- and
15   this is a trial -- I think a second phase trial in
16   healthy individuals, when they gave different doses of
17   rivaroxaban and they determined the level of rivaroxaban
18   in plasma, which HPLC/MS-MS, which is actually the
19   golden standard to determine the level of rivaroxaban in
20   plasma of an individual.  In this case, it was a
21   volunteer.
22       And there they measured -- let's say, they took
23   an assay which actually closely resembles to what we
24   think is happening when blood clots in a vein.  But it
25   is not exactly the situation, and that's a thrombin

1    generation test. And this thrombin generation test was
2    in platelet-rich plasma, which is very important when
3    you like to compare it with a physiological situation.
4    Platelets were activated with collagen, a physiological
5    activator. And then you follow the thrombin generation
6    in the patient and the different volunteers.
7        And what you see there, that is that at 50 --
8    there are several patients -- sorry, these are not
9    patients -- several volunteers where thrombin generation
10   was fully inhibited at 50 micrograms per mill -- per
11   liter rivaroxaban. So apparently, this 50 micrograms
12   was available for the full inhibition of thrombin
13   generation, yeah.
14       So this is maybe indirect suggesting that this
15   rivaroxaban, at a level of 50 microgram in plasma, which
16   also contains the albumin, is still active to inhibit
17   coagulation. Yes?
18       So for me, that is a very important figure,
19   yeah, where you measure blood clotting in as much as
20   possible physiological situation. And then you
21   determine thrombin generation, yeah, in the -- in the
22   plasma of the volunteers as a function of the
23   rivaroxaban level in the same volunteer, and then you
24   see that there are several individuals where plasma
25   levels of 50 microgram per liter rivaroxaban fully

1    inhibit thrombin generation. And when you calculate it
2    back, that is exactly the ten concentration of plasma.
3    Yes?
4    BY MR. OUWELEEN:
5        Q. Dr. Rosing, my question was whether you have
6    data concerning how readily the rivaroxaban becomes
7    disassociated or unbound from albumin, and you
8    identified a disassociation rate constant.
9        Does the disassociation rate constant quantify
10   the rate at which rivaroxaban becomes unbound to the
11   albumin?
12       MR. McWILLIAMS: Object to form. You misstated
13   his testimony.
14       A. Well, I think you're repeating the question. I
15   answered to the question, I am not aware of a
16   disassociation rate constant, a disassociation of
17   rivaroxaban from albumin. That's why.
18       I have indirect evidence that it is fast
19   considering the comparison of half-lives of rivaroxaban
20   and albumin, which clearly shows it should come off in a
21   relatively short time interval, because otherwise, the
22   half-life of rivaroxaban would be much longer. I
23   mentioned that.
24       Then with respect to other evidence, and once
25   more, there are probably no rate constants

1    determination. The second evidence that rivaroxaban
2    comes off and is available for Factor Xa inhibition is
3    the thrombin generation experiment, Figure 1, Page 11,
4    where you see that in a large number of patients, 50
5    microgram rivaroxaban fully inhibits thrombin equal to
6    the Factor X generated in plasma.
7        So I think when it would not come off, there
8    might indeed be a problem for full inhibition, but this
9    experiments, for me, indicates that when you have 50
10   microgram rivaroxaban in the blood, you are able to
11   fully inhibit thrombin generation.
12       But this figure also shows, and that's
13   important, that not in every individual 50 microgram
14   fully inhibits thrombin generation, because when you
15   take -- what do you call it -- interpolation, you take a
16   section of the figure, you see that there is individual
17   variation with respect to the effects of rivaroxaban on
18   thrombin generation like there is inter -- intra --
19   interindividual in between patient variation of the
20   effect of rivaroxaban on the prothrombin clotting time.
21       And that is why you have to look at an
22   individual patient to determine what is the effect of a
23   particular dose of rivaroxaban on the clotting system.
24   Looking at this figure, there are individuals where
25   thrombin generation is fully inhibited at 50 microgram.

1    But going up in the curve, you see that there are also
2    individuals where thrombin generation is not fully
3    inhibited.
4        Now, in this, the important issue here, that
5    one dose of rivaroxaban exposure to 50 microgram doesn't
6    simply tell you what is happening with blood coagulation
7    because that is an individual response.
8        MR. OUWELEEN: I'm going to move to strike the
9    answer as not responsive.
10       A. I hope that I'm clear, yeah, because this is a
11   very important figure to see that there is
12   interindividual variation with respect to the effects of
13   rivaroxaban on clotting. And that is particularly why I
14   think you need dosing of patients because the patients
15   with no thrombin generation should be dosed down, and
16   maybe the patient -- there is one patient that 50
17   microgram still a peak thrombin generation of .6, I don't
18   know, so this is a key issue of this figure. Am I clear
19   or --
20       MR. McWILLIAMS: It's not a conversation.
21   That's okay. You're doing great.
22       THE WITNESS: Okay. I do my best to explain.
23   BY MR. OUWELEEN:
24       Q. I'm showing you what's been marked as

1    Exhibit 3, which is a summary of clinical pharmacology
2    studies.
3        (Rosing Exhibit No. 3 was marked for
4    identification.)
5        Q.   Did you review this document before?
6        A.   What?
7        Q.   Have you reviewed this document before,
8    Exhibit 3?
9        MR. McWILLIAMS:  Do you have a Bates number?
10       MR. OUWELEEN:  I don't have a Bates number, no.
11       MR. McCAULEY:  I don't think this was a
12   Bates-numbered document.
13       MR. McWILLIAMS:  It wasn't produced.
14       MS. SAY:  It wasn't produced to us.
15       MR. OUWELEEN:  It's part of the MDA.
16       A.   I don't know whether I've seen this.  When I
17   quickly glance through it, I see figures that I think I
18   recognize.
19   BY MR. OUWELEEN:
20       Q.   Okay.  Please turn to --
21       A.   But I don't think I reviewed this document.
22       THE WITNESS:  Do you remember that you send it
23   to me?
24       MR. McWILLIAMS:  I'm not allowed to answer
25   questions.

1        THE WITNESS:  Oh, you're not allowed to answer
2    questions.
3        MR. McWILLIAMS:  Correct.
4        THE WITNESS:  Sorry.  I didn't know that.
5        MR. McCAULEY:  He's allowed.  He just chooses
6    not to.
7    BY MR. OUWELEEN:
8        Q.   If you could, please, turn to Page 62.  Have
9    you seen this -- these data on Page 62 of Exhibit 3
10   concerning the correlation between the inhibition of
11   Factor Xa activity and rivaroxaban plasma concentration?
12       A.   I -- when I look at these figures, I have seen
13   very much similar figures probably in papers by Mueck.
14   I think you write it M-U-E-C-K.  So I recognize the
15   figure, whether it was exactly this figure, but very
16   much similar figure, probably the same one I've seen
17   before.
18       Q.   These data show that rivaroxaban plasma
19   concentrations in clinical trials resulted in less --
20   much less than 100 percent Factor Xa inhibition, right?
21       A.   Well, for you, this paper suggests that, this
22   figure suggests that, yes.  Not for me.
23       Q.   Why not?
24       A.   Because then you should go to the paper and
25   look and test where they measured Factor Xa inhibition

1    by rivaroxaban.  They did not measure the Factor Xa
2    inhibition by rivaroxaban in the plasma itself, but what
3    they did to measure the Factor Xa inhibition is they
4    used the Factor Xa test where they first diluted the
5    plasma 6200-fold.
6        Then they activate the Factor X with RVV-X,
7    which is a snake venom Factor X activation, to Factor
8    Xa.  Then they let the rivaroxaban that is present in
9    that diluted plasma sample inhibit the Factor Xa, and
10   then they measure the remaining Factor Xa with an
11   artificial substrate for Factor Xa.
12       And that is essential in this experiment.  This
13   experiment, well, had the rivaroxaban concentration in
14   plasma, but when they measured the inhibition, they
15   measured the inhibition of Factor Xa that can be
16   generated in plasma with an assay 230 that -- for which
17   you have to dilute your plasma 6200-fold to quantify
18   Factor Xa and measure Factor Xa inhibition.
19       So the real rivaroxaban concentration at which
20   they measured inhibition was 6200 times lower than the
21   rivaroxaban concentration presented in this figure.
22       There is a second argument against this figure,
23   and that is they assayed -- am I --
24       Q.   Is it your understanding of this figure,
25   Dr. Rosing, that the real rivaroxaban concentration in

1    the plasma was 6200 times lower than the concentrations
2    shown in the figure on the top of Page 62?
3        A.   Depending on the dilution of the plasma that
4    they made to quantify the inhibition of Factor Xa.  That
5    is not written in these papers.  They say it is diluted.
6    I looked up, let's say, in other papers where they used
7    this test, and let's say that is a test where you
8    normally dilute your plasma 6200 times, activate a Xa
9    that is there with RVV-X.  Then it is fully activated to
10   Xa.  And then you measure the inhibition in the
11   hundredfold, which is a much lower rivaroxaban
12   concentration than you added to the plasma.  Yes?
13       Q.   Your opinion, Dr. Rosing, is that where it says
14   400 micrograms as the rivaroxaban plasma concentration
15   in the figure on Page 62, the real concentration was
16   four micrograms; is that correct?
17       A.   Well, I don't know what dilution they applied.
18   But generally, let's say, in a test in which you measure
19   the activity of Factor X or the amount of Factor X
20   present in plasma with an amidolytic or chromogenic
21   assay, you have to dilute your plasma 60 to 100 times,
22   maybe even more.  I don't know exactly, let's say, the
23   condition.  But that's not described in the paper.  But
24   I can tell you it is at least reduced 60, maybe 100, and
25   maybe more times, in order to be able to quantify the Xa

1  with the chromogenic substrate.
2      That means inhibition is studied at a much
3  lower concentration of rivaroxaban. I cannot give you
4  the exact number because I don't know what dilution they
5  applied in the test.
6      But when we would do the test, let's say a
7  single test, we would do the plasma hundred times. So I
8  think, in my opinion, I'm pretty sure that the
9  inhibition was measured at a hundredfold lower
10  concentration of rivaroxaban.
11      Q.  You don't -- you're assuming that when they
12  reported the rivaroxaban plasma concentration in the
13  data from Study 10842, they did not take into account
14  the fact that they had diluted the rivaroxaban?
15      A.  This is the rivaroxaban they added to the
16  plasma. Then they dilute the plasma, and then they go
17  to measure the inhibition. But the inhibition is not
18  measured at that concentration. It is measured at a
19  hundredfold lower concentration.
20      Q.  My question, Doctor, is: Are you assuming that
21  the rivaroxaban concentration reported in the data shown
22  on Page 62 does not account for the fact that they
23  diluted the rivaroxaban?
24      A.  Yes.
25      Q.  Okay. And can you cite me where in the -- in

1  the study is the basis for that assumption or belief of
2  yours?
3      MR. McWILLIAMS:  You want to show him the new
4  paper?
5      A.  There are new papers. Well, let's say there
6  are ten new papers, yes, and I read them all, and I have
7  seen this figure.
8      So when you take a figure of a new paper, or
9  when you take a new paper where they, let's say, study
10  the pharmacokinetics and pharmacodynamics of
11  rivaroxaban -- and these are early studies. Maybe it
12  was not even called rivaroxaban, but by with another
13  telephone number.
14      In these papers there are these figures, and
15  the methodology and the methods of these papers, it is
16  described that they diluted the plasma to quantify
17  inhibition, and that is essential. And I know this
18  because there are other Xa quantification assays in
19  plasma.
20      You have to dilute your plasma because Xa is
21  that active on its chromogenic substrate, that you
22  cannot quantify it at a plasma concentration. When we
23  want to quantify Xa or X in plasma, we have to dilute
24  the plasma a hundredfold because of the sensitivity of
25  the assay.

1  BY MR. OUWELEEN:
2      Q.  Doctor, my question was not whether they
3  diluted the plasma. My question --
4      A.  They did not --
5      Q.  I need you to focus on the question that I ask,
6  Doctor.
7      The question that I asked is: What is the
8  basis for your belief that when they report the plasma
9  concentration here, they did not correct it to account
10  for the fact that the plasma had been -- or that the
11  plasma had been diluted?
12      A.  Well, this is what they added to the plasma.
13  You have to look that up in the paper. And then I read
14  how they determined Xa inhibition, and then they said,
15  we diluted the plasma. And they did not say that this
16  was rivaroxaban in the -- in the actual assay where they
17  measured inhibition. These are the rivaroxaban
18  concentrations which you normally see in patients; that
19  is, the 100, 200, 300 400 micrograms per liter.
20      And if I remember well, let's say, these
21  samples come from a Phase II study, probably in healthy
22  individuals, maybe a Phase II study in patients. So
23  these are patient samples, yeah, where they have
24  different patients that are exposed to -- and this is
25  the normal range of rivaroxaban that you find in exposed

1  patients, yeah. And then they measured the inhibition
2  of Factor Xa, but when they measured it, they diluted
3  the plasma samples.
4      They don't describe in the papers how many
5  times they diluted it. I know the Factor X assays MERR
6  where you measure Factor Xa, and I know you have to
7  dilute the plasma at least 60, maybe a hundredfold, and
8  these are the plasma concentrations in the
9  pharmacokinetic/pharmacodynamic study.
10      (Rosing Exhibit No. 4 was marked for
11  identification.)
12      Q.  I'm handing you what's been marked as Rosing
13  Exhibit 4. You cite this paper in your report on
14  Page 11. The subjects in the study reported in Rosing
15  Exhibit 4 --
16      A.  That's this one.
17      Q.  -- received -- if you look on Page 1399, it
18  says that Group 1 received a single dose of rivaroxaban
19  five milligrams on day 1 and 30 milligrams on day 14,
20  correct?
21      A.  Yes. So this is an exposure study, yes.
22      Q.  And so the 30-milligram dose they received was
23  higher than the 20-milligram approved dose for atrial
24  fibrillation, right?
25      A.  30 milligrams is higher than 20, yes.

1    Q.  On Page 1401 they report their conclusion that
2    maximum inhibition was 28 percent after five milligrams
3    and 56 percent after 30 milligrams rivaroxaban, correct?
4    A.  Where are we now?
5    Q.  Under "results."
6    A.  Okay.
7    Q.  Do you see it?
8    A.  Yes.  Yes.
9    Q.  The authors report that the maximum inhibition
10   of Factor Xa at a 30-milligram dose was 56 percent.
11   A.  Yeah.
12   Q.  Correct?
13   A.  Well, that's the number they give here, yes.
14   Q.  And it was not a 100 percent, right?
15   A.  56 is not 100.
16   Q.  Do you dispute that the data shown in this
17   exhibit show that the maximum Factor Xa inhibition was
18   56 percent?
19   A.  It doesn't show what the inhibition was in
20   plasma.  It shows what the inhibition is in a diluted
21   plasma sample.  Because also here, when I quickly
22   glanced through the methods, they don't give a proper
23   description of how they measured Xa inactivity and how
24   they measured the inhibition of Factor Xa.
25   But in all other papers where you have similar

1    figures, they use a chromogenic assay to quantify
2    inhibition of Factor Xa.  You have your inhibitor in
3    plasma.  You add it to plasma.  So the levels that are
4    in the figure here and also in the figure that we
5    already were discussing are plasma levels.
6    But when you then dilute your plasma sample to
7    measure the inhibition, you, at the same time, dilute
8    your rivaroxaban.  So you don't measure the inhibition
9    of Factor Xa in the full plasma.  No.  You dilute -- you
10   measure in a plasma dilution.  And in all papers -- this
11   is a bad example because there are other papers where
12   they give a somewhat better description.  They use the
13   word "diluted," exactly the same method, exactly the
14   same figure.  You can trust me.
15   When you have to measure X in plasma, Xa in
16   plasma, inhibition of Factor Xa in plasma with an
17   amidolytic assay, there is so much Factor X and Xa in
18   plasma, that you have to dilute it to reliably quantify
19   inhibition, and that is what happened here.  So once
20   more, inhibition of Factor Xa was not measured at that
21   concentration, but at the much lower concentration.
22   I can make it even more complicated, but maybe
23   I should not do it, because this is the argument.  They
24   measure the inhibition in the presence of an artificial
25   Factor Xa substrate, which actually competes with

1    rivaroxaban for the inhibition.
2    When you have a potent chromogenic substrate
3    for Factor Xa that reacts with the active side effect of
4    Xa in rivaroxaban, reacts with active side effect of Xa,
5    they are competing, the two.  In other words, the
6    amidolytic chromogenic substrate that is used to
7    quantify inhibition actually competes here with
8    rivaroxaban, diminishes even the inhibition, which makes
9    things worse.
10   This is not what is happening in plasma.  This
11   is what is happening in a diluted plasma at a much lower
12   rivaroxaban level in the presence of a Factor Xa
13   substrate that competes with rivaroxaban.
14   So these experiments don't tell me anything
15   about what the rivaroxaban did with the Factor Xa in the
16   plasma at the concentration in this figure.
17   Q.  Is it your testimony, Doctor, that the
18   experiments shown in the Graff paper, which is Exhibit
19   4, do not tell us anything about what the -- about the
20   true degree of Factor Xa inhibition at the
21   concentrations shown in the figures?
22   A.  I can start it all over again.  This is what
23   I'm saying, yes.
24   Q.  Yes.  Okay.
25   A.  I hope I'm clear, but --

1    Q.  No.  That's clear.
2    A.  If you'd like to, I can try to repeat it.
3    Q.  Please don't, no.  We only have one day,
4    Doctor.
5    A.  Okay.
6    Q.  The --
7    A.  Sorry that -- I tried to -- because I have seen
8    that figure several times and -- not particularly this
9    figure because -- let's say, here this figure -- well, I
10   like more data points.  There are a lot of data points
11   here.  These are the figures I know.  You can plot in
12   the reverse inhibition.  You can plot remaining Xa.
13   These are the typical figures shown.  This figure is not
14   telling us what rivaroxaban does in plasma, once more.
15   Yes?
16   Q.  Dr. Rosing, the figures in your report on
17   Page 11 come from this Graff paper, Rosing 4, don't
18   they?
19   A.  So I'm thinking and listening at the same time,
20   and that's the problem.
21   Q.  Do the figures on the top of Page 11 in your
22   report come from Rosing 4?
23   A.  No, no.  That came from a paper of Graff.
24   Q.  This is a paper of Graff.
25   A.  Oh, this is a paper of Graff?

1    Q.  Yes.
2    A.  I thought it was another paper.
3    Q.  I'll ask you the question again, Doctor.
4    A.  Okay.  Then let's say -- but I don't see the
5    thrombin generation figure that is here.
6    Q.  It's Figure 1A from your -- in your report --
7    A.  Oh, okay.  Yes.
8    Q.  Doctor, I need you to wait for me to finish
9    asking my question.
10   A.  Yeah.
11   Q.  It's -- the data in Figure 1A from your report
12   is from Figure 4 in Exhibit 4, correct?
13   A.  Yes, that is correct.
14   Q.  And the figure in 1B of your report is from
15   Figure 6 in Rosing Exhibit 4, the Graff paper.
16   A.  Yes.  Well, no, sorry, for --
17   Q.  Is that correct?
18   A.  I realize I -- there are so many figures, and
19   you were focusing first on the -- let's say, the Xa
20   inhibition.  I have to switch now.
21       The figures came from Graff are the same
22   figures as in this figure, although it is corrected.
23   There is a correction on this paper in the later issue
24   of the same journal where there are two figures with
25   respect to the inhibition.  And I think -- sorry, I have

1    to look, Figure 4A and B in the correction were
2    switched.  So there is an error in this paper.  So with
3    respect to Figure 4, we have to reverse the figures.
4    Q.  I'm handing you what's been marked as Rosing
5    Exhibit 5.
6        (Rosing Exhibit No. 5 was marked for
7    identification.)
8    A.  Yes.
9    Q.  The data in -- did I give you one?  The data --
10   so Rosing Exhibit 5 is the correction in the Graff paper
11   that you were referring to; is that correct?
12   A.  I used the figure from the correct paper, yes.
13   Q.  And that's Rosing Exhibit 5?
14   A.  Yes.
15   Q.  Rosing Exhibit 5 did not change what was done
16   in the Graff study with respect to the dilution of the
17   plasma that you were talking about, did it?
18   A.  This is a totally different method.  Here,
19   let's say, the effect is measured in full plasma --
20   Q.  And --
21   A.  -- in full plasma.  So thrombin generation, you
22   don't dilute the plasma.  You measure it in full plasma.
23   So rivaroxaban concentrations here are real plasma
24   concentrations present in the assay, which the result of
25   which is reported here.

1    Q.  And when you say "here," you're talking about
2    the figure in Rosing Exhibit 5?
3    A.  Which is the same as the figure in the paper.
4    I copied it from the paper.
5    Q.  And those are the ETP peak figures, correct?
6    A.  Yes.
7    Q.  Right.  But still, with respect to the data
8    concerning Factor Xa inhibition, the degree of Factor Xa
9    inhibition, this correction did not -- did not change
10   anything on that score, right?
11   A.  I didn't look to the Xa inhibition in this
12   paper because I think the one that you showed -- I
13   forgot the number of the exhibit.  This is the figure
14   that we are talking about, probably, and that you see in
15   many papers, and this is a very reproducible figure.  We
16   can also look at the Xa inhibition in this paper.
17       When we discuss Xa inhibition, I think we
18   should discuss figures like this like we just did.
19   That's one.  There is no thrombin generation in the
20   other papers, where this figure comes from.  And with
21   respect to thrombin generation, we have to look to the
22   Graff paper, I think.  Yes?
23   Q.  The Graff paper in Figure 6 reports degrees of
24   inhibition of Factor Xa activity, correct?
25   A.  Yes.  There are several techniques to measure

1    Factor Xa inhibition.
2    Q.  And it's your opinion that the plasma
3    concentrations shown in factor -- in Figure 6 of the
4    Graff paper for the inhibition of Factor Xa activity are
5    not the actual rivaroxaban plasma concentrations,
6    correct?
7    A.  As far as it concerns, let's say, Xa inhibition
8    assay, that are not the concentrations in the assay in
9    which you measure inhibition, but they are the plasma
10   concentrations before dilution.
11       With respect to thrombin generation and all
12   parameters that you can derive from thrombin generation
13   experiments, thrombin generation is measured in full
14   plasma.  So then let's say you get a real effect of the
15   rivaroxaban in plasma on the parameter measured in
16   undiluted plasma.  Yes?
17       I can't be more clear than that, that that's
18   the difference between the two figures.  Thrombin
19   generation data are real plasma concentrations and are
20   really measured in the presence of that concentration
21   given in the figure.
22   Q.  My question, though, Doctor, was not about the
23   thrombin generation graphs.  I'm asking only about the
24   Factor Xa graph, which is Figure 6A.
25       And the question is: What is the basis of your

1    assumption that those plasma concentrations were not
2    adjusted to account for dilution?
3       A.  Because these are the plasma concentrations
4    measured in full plasma in the patients.
5       Q.  Where does it say that?
6       A.  And I can repeat myself.  Sorry for that.
7       But let's say these are assays where you
8    dilute.  These are not concentrations in the assay where
9    you measure inhibition.  I think I -- and that is
10   whether we look at Figure 6A here or this figure, they
11   are all the same technique where you dilute plasma in
12   order to measure inhibition of Factor Xa, not presenting
13   the concentration given in the figure as being the
14   concentration at which inhibition is measured.
15      That is -- for all figures where you measure Xa
16   inhibition with an amidolytic assay and many other
17   assays, you dilute your plasma, because otherwise you
18   cannot quantify.  There are two tests where you don't
19   dilute your plasma -- maybe there are a few more, but
20   that's the prothrombin time, you measure in full plasma
21   or almost full plasma, and the thrombin generation you
22   measure in full plasma and almost full plasma.  Yes?
23       Q.  Are you finished?
24       A.  I'm sorry.  You were asking questions, so I
25   referred to the figure.

1       Q.  Are you finished?
2       A.  Yes.
3       Q.  Are you finished with your answer?
4       A.  No.  I can repeat again.
5       Q.  No, I don't -- you don't have to.
6       A.  I'm sorry about -- I have the feeling I get the
7    same question all the time.  I try to explain and
8    convince you.  And I'm finished.
9       Q.  Thank you.  Let's take a break.
10      MR. McWILLIAMS:  Five minutes.
11      (Recess from 11:18 a.m. until 11:28 a.m.)
12   BY MR. OUWELEEN:
13       Q.  Dr. Rosing, you testified that you would expect
14   that 95 percent of the patients in ROCKET had a
15   concentration at 12 hours of approximately 90 micrograms
16   per liter, right?
17       A.  Where did I write it?
18       Q.  Well, we worked it out because 95 percent the
19   patients in ROCKET had a peak concentration greater than
20   184 micrograms, right?
21       A.  Okay.  Oh, sorry, sorry.  I -- actually, we are
22   discussing the table -- yeah, yeah.  No.  So let's say
23   for me, the ROCKET consists of two parts; that is, the
24   pharmacokinetic part, which is on Page 9, and the
25   pharmacodynamic part, which is the analysis of the FDA.

1    I thought you were referring to that when we talked
2    about Table 1 on Page 9, yes, that's the ROCKET data, I
3    think.
4       Q.  Dr. Rosing, 95 percent of the patients in
5    ROCKET had peak plasma concentrations greater than 184
6    micrograms per liter, correct?
7       A.  According to the data in the paper, correct.
8       Q.  And at 12 hours, therefore, you would expect 95
9    percent of the patients to have a concentration of about
10   90 micrograms; is that correct?
11       A.  That's correct.
12       Q.  And it's your opinion that people with plasma
13   concentrations of 90 micrograms per liter would have --
14   of rivaroxaban would have 100 percent Factor Xa
15   inhibition, correct?
16       A.  Capacity, yes.
17       Q.  The answer to my question is "correct," right?
18       A.  Yes, yes.
19       Q.  All right.  And if a person were unable to form
20   a clot, what would you expect their PT, prothrombin
21   time, to be?
22       A.  Well, then we have to look to the relation
23   between the PT and the rivaroxaban concentration.
24       Q.  Prothrombin time measures how long it takes to
25   form a clot, doesn't it?

1       A.  Under the conditions of the experiment, yes, of
2    the prothrombin time assay, yes.
3       Q.  If a person's blood is -- has no Factor Xa --
4       A.  Yeah.
5       Q.  -- can it form a clot in the prothrombin time
6    assay?
7       A.  We should look to the details of the
8    prothrombin time assay, the experimental conditions.  So
9    the prothrombin time is 10 seconds.  Yes?  That is a
10   normal prothrombin time.  The prothrombin time is
11   measured at a tissue factor concentration, which is
12   extremely high.
13      When you compare the tissue factor
14   concentration used in thrombin generation experiments,
15   that is much lower than the tissue factor concentration
16   used in the prothrombin time assay.  That gives a
17   clotting time of 10 seconds.  That is a very, very high
18   concentration of trigger.
19      That gives -- let's say at that tissue factor
20   concentration, almost all Factor Xa in plasma is
21   immediately activated.  Yes?  And I wrote that I think
22   in my report that at these extremely high tissue factor
23   concentrations, where you get, in a few seconds, all
24   Factor Xa is inhibited, then you get a kind of
25   competition.

1       That Xa that you have, which is an
2  unphysiological high concentration because it's all
3  activated, that concentration of Xa starts doing two
4  things. It's inhibited by rivaroxaban. The deflection
5  that is not within one or two seconds inhibited by the
6  rivaroxaban will make some thrombin, and thrombin is not
7  inhibited by rivaroxaban. So this thrombin can form a
8  clot.
9       So it is possible, at very high concentrations,
10  rivaroxaban, in the prothrombin time assay, to form a
11  little bit of thrombin, and that thrombin can cause the
12  clotting. Yes?
13       I hope that I'm clear that, let's say, that is
14  in this assay, very high tissue factor, everything is
15  activated within seconds. It's not a Xa that is causing
16  the clot. It's thrombin. You need small amounts of
17  thrombin to form a clot in this assay. And then let's
18  say this Xa that you generate, everything is there in a
19  few seconds.
20       Well, then the rivaroxaban starts inhibiting
21  the Xa very readily, but let's say there are a few
22  seconds that a little bit of Xa escapes the inhibition
23  in this particular assay. And that can form thrombin,
24  and then it can still clot, and you prolong the clotting
25  time, but it is not preventing clotting in this assay.

1       I don't know whether I'm clear or --
2    Q. No. I have no idea what you just said. So let
3  me try the question --
4      MR. McWILLIAMS: Be respectful. I know it's
5  over lots of our heads, but don't be disrespectful
6  to the witness, please. I don't think that was your
7  intent, but it came across that way.
8    A. Well, I think I wrote it in my report also.
9  BY MR. OUWELEEN:
10    Q. Doctor, my question is a very simple one.
11      If somebody has 100 percent Factor X
12  inhibition, will a prothrombin time test be prolonged?
13    A. Well, when someone has 100 percent inhibition,
14  a prothrombin time will be prolonged, yes, yes.
15    Q. Will a clot ever form in the prothrombin time
16  assay in a person who has 100 percent Factor Xa
17  inhibition?
18      MR. McWILLIAMS: Object to form. Asked and
19  answered.
20    A. If the inhibition of the Factor Xa would be a
21  hundred percent instantaneously within a millisecond,
22  there would not be a clot formed, because you need Xa
23  for a clot. But in a prothrombin time assay, you use a
24  very high unphysiological tissue factor concentration.
25  And then let's say activate all your Factor X in a very

1  short time interval.
2       And in that short time interval, well, the
3  Factor Xa is inhibited. When you wait a few seconds
4  it's fully inhibited by the rivaroxaban, but some
5  thrombin is formed. And that thrombin is able to form
6  the clot, a prolonged clot formation, but it will not
7  become unclottable in this assay. Yes.
8       I hope that I'm clear in this, trying to depict
9  what is happening in the prothrombin time assay.
10    Q. So in simple terms, it is possible for blood of
11  a patient with 100 percent Factor Xa inhibition to clot
12  in the prothrombin time assay; is that correct?
13    A. If -- well, in the prothrombin time assay, it
14  can clot at very high rivaroxaban concentrations because
15  not all Factor Xa that is generated in the prothrombin
16  time assay is immediately fully inhibited within, let's
17  say, milliseconds.
18      So there is in a prothrombin time assay a
19  certain time interval when not all Xa is fully inhibited
20  yet, and this Xa that is not yet fully inhibited can be
21  there for a few seconds, can generate some thrombin, and
22  this thrombin will finally result in a clot formation.
23  It will be prolonged clot formation, but I'm not saying
24  that this plasma is not going to clot, because you
25  definitely will form at this tissue factor.

1       Even when there is, let's say, a very high
2  concentration of rivaroxaban there will be, in this very
3  short time interval, a very limited amount of Factor Xa
4  that will temporarily escape inhibition by rivaroxaban.
5  And this Xa that is there for a very short time interval
6  will form thrombin, yes. And this thrombin can
7  ultimately let the plasma clot sooner or later.
8    Q. When you're referring to a very high
9  concentration of rivaroxaban, what are you referring to?
10    A. I'm referring to high -- let's say
11  concentrations the level of Factor X, because
12  concentrations below the level of Factor X allow Xa
13  generation.
14    Q. So for -- when you're saying very high
15  rivaroxaban concentrations, you mean concentrations
16  higher than 65 micrograms per liter?
17    A. Yeah. But I'm not saying that in a prothrombin
18  time assay the plasma will never clot.
19    Q. Is the prothrombin time assay an accurate
20  reflex of clotting potential in a patient with 100
21  percent Factor Xa inhibition?
22    A. Well, this is a question that I cannot answer
23  because, let's say, I think, in general, the prothrombin
24  time assay is not considered to represent physiological
25  conditions, exactly what is happening in the blood of

Page 98

1  the patient. And I think one hour ago I also tried to
2  explain to you that there are no in vitro tests,
3  laboratory tests, that perfectly simulate what is
4  happening in the blood when blood clots or when you get
5  bleeding, yeah.
6      So these are all in vitro tests. In my
7  opinion -- and I think this opinion is shared by many of
8  my colleagues, and I read it in several papers, and that
9  is that, let's say, the prothrombin time assay is
10  performed at a killing tissue factor concentration,
11  which is not physiological, which gives a clotting time
12  in 10 seconds, which is, in my opinion, not
13  physiological. And, therefore, let's say some Factor Xa
14  that is generated there can escape the inhibition
15  because the inhibition by rivaroxaban is time dependent.
16  Yes?
17      Some Factor Xa can escape temporarily the
18  inhibition by rivaroxaban in this test, can generate
19  some thrombin, and this can form a clot.
20  Q.  The question is: Is the prothrombin time assay
21  a reliable indicator of a patient's coagulation status
22  if that patient is fully Factor Xa inhibited?
23  A.  It is an indicator.
24  Q.  Is it an accurate indicator?
25  A.  Well, let's say it is one of the best

Page 99

1  indicators we have. I'm not saying that, for me, it is
2  the best indicator. But let's say when we do get
3  routine coagulation tests, let's say, in particular
4  groups of patients, the prothrombin time is a good
5  indicator for the clotting status of a patient, yeah.
6      In all anticoagulation -- but, for instance,
7  the prothrombin time is not a good indicator for
8  coagulation in a hemophiliac patient. That's a bleeder.
9  There, the prothrombin time is not affected in the
10  hemophiliac because hemophiliac is exposed to a high
11  bleeding risk, a higher bleeding risk than normal.
12  Prothrombin time is not affected. It's the aPTT there
13  that is affected.
14      So when you want to screen for bleeding risk in
15  hemophiliacs, don't use prothrombin time --
16  Q.  Doctor --
17  A.  -- because, let's say, the prothrombin time is
18  not reflecting what is happening in a hemophiliac. In
19  the determination of the risk of bleeding of
20  hemophiliacs, they use the aPTT, which is sensitive to
21  Factor VIII, which is the factor that is missing in
22  hemophiliac.
23      So the prothrombin time test is not predictive
24  in all patients. In a certain group of patients it is
25  helpful.

Page 100

1  Q.  Doctor, the Graff paper, which is Exhibit 4,
2  Rosing Exhibit 4, has ETP peak data for both a tissue
3  factor induced test and a collagen induced test, right?
4  A.  Well, all tissue factor in -- I think, in all
5  we have to look at the figure, so...
6  Q.  I did not understand your answer, Doctor.
7      There are two EPT peak tests whose results are
8  shown, correct?
9  A.  Yes.
10  Q.  And one is the tissue factor test, and one is
11  the collagen test, right?
12  A.  Yes. So I have some time to refresh my memory
13  with respect to the thrombin generation.
14      Okay. Yes, I'm there.
15  Q.  In your report, you cite the data from the
16  tissue factor induced test; is that correct?
17  A.  No.
18  Q.  Sorry. The collagen.
19  A.  I think I did the collagen.
20  Q.  Okay. Do you claim that the collagen induced
21  ETP peak test is in some way more reliable than the
22  tissue factor induced test?
23  A.  I'm not saying more or less reliable. In my
24  opinion, let's say, the collagen test in platelet-rich
25  plasma is more closely resembling the physiological

Page 101

1  condition.
2  Q.  The tissue factor induced test shown in the
3  Graff paper in Exhibit C shows only about a 40 percent
4  reduction of ETP peak at a 100 micrograms per liter,
5  correct?
6  A.  Yeah.
7  Q.  You say that the data presented in 1B of your
8  report, quote, at the top of Page 11, "strongly suggests
9  that plasma rivaroxaban concentrations above a 100
10  micrograms per liter will not result in further stroke
11  protection, but will increase the bleeding risk of
12  patients."
13  A.  Well --
14  Q.  Do you see that?
15  A.  Sorry. Go ahead.
16  Q.  You do not claim to have any clinical data that
17  show that concentrations above a 100 micrograms per
18  liter result in more bleeds, but no fewer strokes, do
19  you?
20  A.  Well, this -- when we are discussing this
21  figure in this paper, this is not a study, a Graff
22  study, in a patient. This is in healthy volunteers, and
23  there is no bleeding, and there is no stroke incidence
24  measured in this population. And happily enough, they
25  did not get stroke because they were healthy. And

1  happily enough, they do not get bleeding.
2       So let's say this paper is just a, let's say,
3  study in volunteers studying pharmacokinetics of
4  rivaroxaban and measuring the pharmacodynamic effect of
5  rivaroxaban. And this does not draw conclusions with
6  respect to stroke protection and bleeding risk. There
7  are other figures and other studies.
8       So when we focus on this figure, there is no
9  mentioning, no studying of bleeding risk and stroke
10 protection in the Graff paper.
11      Q.  So in your report on Page 11, when it says,
12 "The data presented in Figure 1B strongly suggests that
13 plasma rivaroxaban concentrations above 100 micrograms
14 per liter will not result in further stroke protection,
15 but will increase the bleeding risk of patients," you do
16 not contend that those data there establish anything
17 about stroke protection or bleeding risk, true?
18      A.  But this is -- but I may add --
19      Q.  Is that correct?
20      A.  That is -- let's say there is no stroke
21 measured.  There is no bleeding measured.  And it did
22 not occur in these patients.  So let's say particularly
23 these data don't allow conclusions as referring to
24 bleeding risk and stroke protection.
25      But common sense tells you that when thrombin

1  generation is fully inhibited, there is no further
2  stroke prevention, because when it is inhibited for 90
3  plus percent, that will give stroke protection. And
4  increasing your rivaroxaban will not help, but
5  increasing your rivaroxaban -- and that is one of the
6  first laws of blood coagulation.  When you increase the
7  level of an inhibitor, you increase the risk of venous
8  thrombosis, yes.
9       Q.  If you have 100 percent of Factor Xa
10 inhibition, you cannot get any more Factor Xa
11 inhibition, correct?
12      A.  I would think so, yes.
13      Q.  And if you increase the dose above the amount
14 where you have a 100 percent of Factor Xa inhibition,
15 you would not expect the bleeding risk to go up, would
16 you?
17      A.  Well, it depends on the individual, yes,
18 because let's say -- I explained to you that there
19 are -- there is an interindividual variation, and that
20 is very important when we discuss treatment with
21 anticoagulant drugs.  Let's say when you look at this
22 figure -- and this is a very illustrative figure, this
23 Figure 1B.
24      When you look at 50 micrograms rivaroxaban per
25 liter, and you take in this figure and you go up, you

1  see that there are individuals where thrombin generation
2  is fully inhibited.
3       Q.  I want to focus --
4       A.  I feel -- no.  I feel that they are at risk.
5  But there are also individuals at 50 micrograms per
6  liter where thrombin generation is not fully inhibited.
7  And these patients are in another situation with respect
8  to stroke protection and bleeding risk than the ones who
9  are at zero thrombin generation.
10      And this is particularly the message actually
11 here, that there is interindividual variation in
12 response to a certain fixed level of rivaroxaban.  In
13 certain patients, this level of rivaroxaban fully
14 inhibits thrombin generation.  It doesn't help, in my
15 opinion, any more for stroke protection, and they are at
16 a high risk of bleeding.
17      But there are other patients where the same
18 level of rivaroxaban is not fully inhibiting thrombin
19 generation and clotting.  That is illustrated by this
20 Figure 1B.
21      And this is the message, actually, here.  The
22 fact that there is interindividual variation in the
23 response to rivaroxaban with respect to the effect on
24 clotting means that there is not one size fits all dose,
25 yeah, because you should --

1       Q.  My question was a little bit different, Doctor.
2       A.  I'm trying to answer your question with this,
3  yes.
4       Q.  My question, though, was:  In an individual
5  with -- suppose there's an individual who has 100
6  percent Factor Xa inhibition at a given dose.  Okay?
7  Can you assume that?  Yes?
8       A.  (Witness nodding head.)
9       Q.  You have to say it out loud so she can write it
10 down.
11      A.  When we have 100 percent inhibition of Factor
12 Xa at a certain dose, yes, then that individual is at
13 bleeding risk, yes, at a high bleeding risk.
14      Q.  Okay.  And if you have that patient who, at a
15 given dose, had 100 percent Factor Xa inhibition, you
16 would not expect the bleeding risk to increase at a
17 higher dose, correct?
18      A.  In that particular individual, I think, let's
19 say, increasing -- well, I don't think that that would
20 further increase the risk because 100 percent inhibition
21 is 100 percent inhibition, yes.  Maybe there is a
22 difference between 99.8 and 99.9.  I cannot tell you.
23      But let's say this is what I expect when Factor
24 Xa is fully inhibited and you change the dose and it is
25 still fully inhibited, they are not at a similar risk.

1    Q.   And in a population of patients with 100
2  percent Factor Xa inhibition, you also would not expect
3  to see the bleeding risk increase at a higher dose,
4  correct?
5    A.   At first thought, I would say correct, yes.
6    Q.   All right.  Now, you claim that a prothrombin
7  time of 20 seconds is a threshold above which there
8  should be a dose adjustment or a termination of
9  rivaroxaban, right?
10    A.   Yes.
11    Q.   Actually, before we get there, do you contend
12  that any patient with a plasma concentration of
13  rivaroxaban greater than 100 micrograms per liter has
14  too much rivaroxaban?
15    A.   I'm not saying that, because I refer back --
16  sorry that I repeat myself.  I refer back to this figure
17  where you see that there is interindividual variation.
18  And for one or another reason in that Figure 1B, there
19  are patients, let's say, with 150 microgram rivaroxaban
20  in this -- in this figure, which is -- let's call this a
21  key figure.
22        There are patients with 150 percent -- 150
23  micrograms per liter rivaroxaban where there is still 20
24  percent thrombin generation left as reflected by peak
25  height of thrombin generation.  This is the issue.

1        So not every patient with 150 microgram
2  rivaroxaban per liter, the clotting is fully inhibited.
3  This is -- let's say what I conclude from this figure,
4  and that is the interindividual -- interindividual
5  aspect of the effect of a fixed dose on the clotting of
6  an individual, which varies between individual and
7  individual.
8    Q.   Do you have any opinion what prothrombin time
9  level indicates that a patient has full Factor Xa
10  inhibition?
11    A.   Well, I said that when the concentration of
12  rivaroxaban exceeds the Factor X concentration, yes,
13  that concentration potentially can inhibit all Factor Xa
14  that is generated, yes, and finally will do that.
15    Q.   My question is:  What PT level correlates or
16  indicates that you have a patient with full Factor Xa
17  inhibition?
18    A.   Well, I don't think you can deduce that from
19  the PT level, whether there is full Xa inhibition.
20    Q.   Do you believe or claim that rivaroxaban
21  patients with PT above 20 seconds have too high of a
22  bleeding risk?
23    A.   Well, that is -- what is your definition of a
24  too high bleeding risk?  I think any bleeding risk that
25  you have is too high.  Yes.  Would I -- what is my

1  opinion is that patients with a PT of 20 seconds -- and
2  actually, I did my calculations, and the FDA did their
3  calculations on quartiles.
4        It's my opinion, and I think also of the people
5  of the FDA, that people in the -- the patients in the
6  highest quartile of the prothrombin time are at a
7  highest risk of bleeding than patients in the lower
8  quartiles.  That's my opinion.
9    Q.   But you don't recommend that people in the
10  lower quartiles have a dose adjustment or have their
11  rivaroxaban terminated, do you?
12    A.   Well, I did not draw that conclusion from this
13  figure.  I think, let's say, this study shows that
14  patients in the lowest quartile are as safe as possible
15  with respect to bleeding when you compare it to the
16  second and third and fourth quartile.  The paper also --
17  that the FDA analysis also shows that when it comes to
18  stroke risk, all quartiles are the same.
19        So the safest patients in the -- in the ROCKET
20  study are the ones in the first quartile of the
21  prothrombin time.  They are safe with respect -- as safe
22  as possible with respect to stroke protection, and the
23  first quartile is the safest group with respect to
24  bleeding.  The higher the quartile, the higher the risk
25  of bleeding.  So I would not like to be in the fourth

1  quartile.
2    Q.   You wouldn't like -- you'd rather be in the
3  first quartile than the third quartile, wouldn't you?
4    A.   I think so, yes.
5    Q.   And you'd rather be in the first quartile than
6  the second quartile, wouldn't you?
7    A.   If I have a choice, yes.
8    Q.   So why did you not recommend a dose reduction
9  for people in the third quartile or the second quartile?
10    A.   Well, I said I take a conservative -- well,
11  adaptation of the dose or change of -- of anticoagulant
12  drug.  And I took a safe quartile because that is 25
13  percent of the patients that are at a higher risk than
14  the other 75 percent.
15        It is my opinion also that with respect to
16  bleeding, all patients that are treated with rivaroxaban
17  are exposed to an excessive bleed, to a high bleeding
18  risk.  Yes.  So it's always causing bleeding, and with
19  respect to bleeding, you should reduce the dose as much
20  as you can.
21        But, of course, at a certain point you come at
22  a dose, and I don't know this dose, where you've lost
23  your efficacy with respect to stroke prevention.  And
24  that is actually the meaning of why you give a patient
25  this drug.  You want to protect strokes.

1    And I think, let's say, with respect to
2  rivaroxaban treatment of atrial fibrillation patients,
3  the minimal dose, effective dose is not established.
4  There is not a dose-finding study.
5    So I personally think that for the majority of
6  the patients, the treatment dose is too high and could
7  have been lower and better, let's say, twice dosing a
8  day at a somewhat lower level. Yes?
9    Q. But you don't know what that somewhat lower
10 level is?
11   A. Huh?
12   Q. You do not know what that somewhat lower level
13 is?
14   A. No. We discussed that earlier this morning. I
15 have my ideas, but let's say there is no scientific
16 underbuild -- I cannot underbuild it scientifically
17 because there are no studies. There are no dose-finding
18 studies.
19   Q. You're saying you don't have scientific
20 evidence concerning --
21   A. Well, as long as -- I'm sorry. Yes, continue.
22   Q. I think you referred to scientific
23 underbuilding?
24   A. Well, maybe I didn't use the right English
25 words. Yes. So underbuilding is not --

1    Q. Did you mean scientific --
2    A. That is probably a translation from Dutch to
3  English. We say to underscore or support.
4    Q. Scientific support.
5    A. Yeah. I say underbuilding because that is
6  Dutch.
7    Q. All right. So you're saying you do not have
8  scientific support to identify an alternative dose that
9  would be safer without being less efficacious?
10   A. Yeah. You use the words "safe" and
11 "efficacious" in the same sentence. I think there is --
12 with respect to the first law of blood coagulation or
13 hemostasis, the lowest dose is the best dose with
14 respect to safety. So for safety, you should have a
15 low -- or you should not use an anticoagulant at all
16 when it concerns safety in bleeding.
17   What we have here is, of course, the efficacy
18 of treatment. That's another part of the story. And as
19 long as there is not a dose-finding study in atrial
20 fibrillation patients, and there is no minimal dose and
21 a minimal effective dose established, well, I cannot
22 tell you what dose -- how low the dose can be to get
23 optimal protection of stroke. I can tell you, when it
24 concerns risk of bleeding, the dose should be zero or as
25 low as possible.

1    Q. But you're not recommending a dose reduction
2  for patients with a PT lower than 20 seconds, are you?
3    A. Well, let's say I -- as I said, I think that
4  the doses of rivaroxaban -- but this is my personal
5  opinion, reading all these papers, seeing that there is
6  no dose-finding, seeing dose-finding in other studies
7  with respect to thrombosis, where much lower doses work
8  and are effective, I don't understand why a dose of 20
9  milligrams was chosen here, yes. So I think this is an
10 overdose, yes, and I think a lower dose will work as
11 well in the majority of the patients.
12   Q. Doctor, I need you to answer the question that
13 I asked.
14   A. Huh?
15   Q. I need you to focus on the question I asked
16 you, which is: Are you recommending a dose reduction
17 for patients with PT lower than 20 seconds?
18   A. Not in my report.
19   Q. Are you recommending it outside of your report?
20   A. Well, I think -- when I think about it, as I
21 said, I would prefer not to be in the third quartile.
22 So when I would be in the third quartile with respect to
23 prothrombin time, I would also be worried.
24   But let's say I think -- I focused on the
25 fourth quartile because in all studies, it is shown that

1  the fourth quartile has a significant higher number of
2  bleedings than the other quartiles. Yes? So that's why
3  I focused on the fourth quartile. You also have to
4  consider the significancy of the observation. Yes?
5    Q. Are you recommending that patients with a PT
6  less than 20 seconds should have a dose reduction?
7    A. Should?
8    Q. Have a dose reduction?
9    A. I haven't recommended that, so --
10   Q. And you are not recommending that?
11   A. No, I'm not recommending that. I recommended,
12 like I recommended here, the ones in the fourth
13 quartile.
14   Q. Okay. And you propose that patients should be
15 tested with a PT assay at approximately 14 hours
16 postdose, correct?
17   A. I cannot do, let's say, on the basis of the
18 ROCKET data because the ROCKET data, 75 percent of the
19 patients, the prothrombin is measured in a relatively
20 short time interval, close to half-life of rivaroxaban.
21   So let's say my proposals had to be based on
22 scientific data, and that's why I proposed to base
23 dosing on the prothrombin time measured between --
24 probably I said around 14 hours -- yes, 14 hours.
25   Q. Are you aware of any monitoring regime for any

1 drug that specifies that samples be taken at 14 hours
2 postdose?
3     MR. McWILLIAMS: Object to form. I don't think
4 he's proposing monitoring. We discussed that this
5 morning.
6     A. No. I propose dose-finding. Sorry. I tried
7 to explain to you the difference between -- at least in
8 my definition, between monitoring and dose-finding. I'm
9 talking about dose-finding here.
10     Q. Are you aware of any dose-finding blood
11 sampling that is done at 14 hours postdose?
12     A. I'm not aware.
13     Q. Do you have any idea whether a dose-finding
14 test done at 14 hours postdose would be workable in
15 clinical practice?
16     A. I think that is workable. That's also why the
17 majority of the patients had their blood sample taken at
18 14 hours, because I think the advice is to take the drug
19 at evening meal. And then I think it is very convenient
20 to let the patient come in next morning, yeah, to take a
21 blood sample, because I think that is, in many
22 hospitals' kind of practice, to ask a patient. So I
23 don't think that that is impractical. I think it is
24 very practical to take 14 hours, yeah.
25     Q. In ROCKET --

1     A. -- at least considering the moment of dosing
2 which is, I think, the evening meal. Yes? Then I think
3 the most convenient time to take a plasma sample is the
4 time that was chosen probably because it was convenient
5 in ROCKET, yes.
6     Q. In fact, the ROCKET study did not specify when
7 the PT test should be taken, correct, in terms of the
8 time of day?
9     A. I think not, but I see that, let's say, this is
10 the practice, yeah, that when you advise someone to take
11 your rivaroxaban at evening meal, I think you don't ask
12 them to come at 9:00 o'clock to take a plasma sample
13 taken for 7,000 patients. So this is the most
14 convenient time.
15     And I'm not surprised that, let's say,
16 approximately 75 percent of all patients had their
17 plasma taken early in the morning, which was 12 to 14
18 hours after dosing. Probably there were also some
19 patients who said, "I took the dose in the morning,"
20 come in next day in the morning. They are 24 hours. Or
21 they say, "I just took it" -- but this is a minimal
22 number in all ROCKET -- "I took it this morning," and
23 they are at two or three hours.
24     So this is probably the reason. I don't know
25 whether there was a time -- probably the time of

1 sampling was in the morning, and then depending when the
2 patient took the drug, you get the time of dosing, yeah.
3     It's very simple, evening, morning, 12 hours.
4 By accident, morning, come in the morning, either 24
5 hours or one or two hours. But there are a very small
6 group that are, let's say, at peak and a very small
7 group that are at trough. The majority tend -- okay.
8     And I think I based my opinion and proposals
9 are based on what I see what was done in the ROCKET, and
10 that's why I choose for 12 hours because there is the
11 scientific evidence.
12     Q. You would expect the PT reading that was taken
13 two to four hours after a dose would be higher than a
14 patient whose PT reading was taken later than that,
15 correct?
16     A. In an individual patient, yes, but not when you
17 compare different patients, because when you compare
18 prothrombin times in different patients, it depends on
19 the real amount of rivaroxaban in the plasma at that
20 particular time. So it is very difficult to compare
21 data of one patient with another patient.
22     When you compare trough with peak, or whenever,
23 you should compare within one patient's data, and within
24 one patient the prothrombin time accurately follows
25 exposure. But in another patient who is another

1 exposure, you will get other prothrombin times. Don't
2 compare apples with pears.
3     Q. You would expect the average prothrombin times
4 of the patients sampled earlier in the dosing interval
5 to be higher than the average prothrombin times of the
6 patients sampled at later times, wouldn't you?
7     A. Repeat, please.
8     Q. Yeah. So if you look at the figure on Page
9 20 --
10     A. 20.
11     Q. -- of your report, that shows the distribution
12 of sampling times for the prothrombin time readings in
13 ROCKET, right?
14     A. Yes.
15     Q. And you would expect that the people whose
16 prothrombin time were taken before hour 10, on average,
17 would be higher than the patients whose prothrombin
18 times were taken after hour 10, correct?
19     A. On average, yes.
20     Q. And there's no distribution information like
21 this for the prothrombin time by quartile, is there?
22     A. Well, I think the quartile analysis by FDA was
23 done on the whole population.
24     Q. So we don't know whether --
25     A. And probably on one of the samples of that

1 population.
2 Q. We don't know whether the distribution of
3 sampling times shown on Page 20 is the same for each
4 quartile, do we?
5 A. I don't think the FDA data in that figure gave
6 information about the distribution of patients in the
7 quartile, but I think the FDA did a second analysis of
8 prothrombin time over another time interval, and this is
9 somewhere -- I cannot reproduce that by thinking, but I
10 read that they did also more analysis on other sampling
11 times, and they showed the same, let's say, dose
12 response ratio, dose versus prothrombin time, also when
13 they did the analysis of patients over another time
14 interval.
15 And sorry for that I cannot point you directly
16 at a sentence in the report, but that gave me a kind of
17 confident, safe feeling that this analysis, yeah, is
18 safe, where you shift your population somewhat. And
19 there is only limited shifting possible, of course,
20 because actually, the time interval of dosing was rather
21 narrow when you look at the figure. You can see that.
22 Yes?
23 Q. Doctor, my question was different.
24 My question was: You don't have any data on
25 the distribution of sampling times within each quartile,

1 do you?
2 A. No. That information is not given, not at
3 least in the FDA document.
4 Q. The -- it's possible that the high PT readings
5 in the fourth quartile were higher because more of them
6 were taken earlier in the dosing regimen. Possible,
7 isn't it?
8 A. Well, theoretically it's possible, but
9 considering there are only a very few people where a
10 sample was taken, let's say, two or four hours -- you
11 see that in that figure -- I don't think that that can
12 make a statistically significant difference.
13 Q. But you don't know because --
14 A. I don't know because I don't have the data, and
15 I trust the FDA and the validity of their analysis
16 because they took care of this in their analysis. But I
17 did not have all individual data to repeat the analysis
18 myself.
19 Q. Well, you don't know whether the FDA considered
20 whether the distribution applied within the quartiles,
21 do you?
22 A. Huh?
23 Q. You do not know whether the FDA, in fact --
24 A. I think there is, let's say, a statement in one
25 of FDA's reports where they considered the time of

1 dosing and where they did the analysis, the same
2 analysis, with respect to PPT bleeding risk correlation
3 over the dosing of another time interval, and that gave
4 the same data.
5 Q. You do not know whether the FDA looked into
6 whether the distribution applies within the quartiles,
7 correct?
8 MR. McWILLIAMS: Object to form. Asked and
9 answered several times.
10 A. I think I answered what I said that I read, and
11 let's say I think in the figure that I showed in my
12 report, they did not consider the time of dosing, which,
13 in my opinion, was that narrow time interval that there
14 cannot be an effect of very few number of patients who
15 had their plasma sample taken at peak or before peak.
16 Yes?
17 Q. The PT readings taken in ROCKET were taken at
18 weeks 12 and weeks 24 of the -- of the study, correct?
19 A. Yes.
20 Q. And so those PT readings might be separated by
21 weeks from the time when any patient had a bleeding
22 event or a clot, right?
23 A. Yes.
24 Q. And so we don't know what was the PT value of
25 the patient on the day when they had the bleed or the

1 clot, correct?
2 A. The answer is yes, but I can add something to
3 that, if you'd like to.
4 Q. If you feel you need to.
5 A. Well, let's say everything that I read about
6 rivaroxaban is that the interindividual variation that
7 is -- that is important, that is when patient variation
8 is low, and also considering the predictability of the
9 pharmacokinetics in patients, although varying in
10 between patients, within a patient the variability of
11 exposure is constant, yeah.
12 So in my opinion, that means that when you
13 measure a prothrombin time, let's say, in week 24, at 12
14 hours after dosing, where there is little
15 interindividual variation within patient variation, you
16 can expect that when you measure that three or four or
17 five weeks later, that you will find a similar PT ratio.
18 So the PT ratio measured in week 12 or 24 is,
19 in my opinion, because of the low interindividual
20 variation, because of the predictable pharmacokinetics,
21 a PT measured at 12 or 24 hours is predictive for what
22 can happen later with respect to stroke and bleeding.
23 Q. You mean 12 or 24 weeks?
24 A. Huh?
25 Q. You mean 12 or 24 weeks, not hours?

1    A.  Well, I -- they took 12 and 24 weeks, but let's
2  say when -- and that is stated in several papers with
3  respect to rivaroxaban, pharmacokinetic studies in
4  patients and healthy volunteers, that there is little
5  interindividual variation.
6    So the effect -- the exposure to rivaroxaban
7  within a patient has little variation in time.  So then
8  it is predictive -- let's say a measurement in 12 weeks
9  is predictive for what can happen later.
10    Q.  The PT assay is not specific to measuring the
11  effects only of rivaroxaban, correct?
12    A.  Well, the PT assay is affected by the -- the PT
13  time of an individual is affected by the coagulability
14  of a patient.  Yes?
15    Q.  And that coagulability is affected by factors
16  other than rivaroxaban, correct?
17    A.  That is, let's say, the interindividual
18  variation in PT in a group of patients.  Not every
19  patient has the same PT.  There is a range of PT in
20  patients, and this range reflects the individual
21  coagulation status of a patient.
22    So let's say the PT of an individual, that the
23  actual result is not only dependent on rivaroxaban, but
24  is actually also dependent on how coagulable, clottable,
25  the plasma of a patient is.

1    So when you measure the PT in a patient on
2  rivaroxaban, the PT reflects the clottability of the
3  plasma of that patient in combination with rivaroxaban.
4  And that's very important, why you need a functional
5  test to see what is the effect of rivaroxaban on
6  function because not in every patient the effect on
7  clotting is the same at a fixed level or the same level
8  of rivaroxaban.  So I make a wide answer to be clear,
9  yeah.  So individual factors are affecting the PT.
10    Q.  And some of those individual factors besides
11  rivaroxaban use that can affect a patient's PT change
12  over time, correct?
13    A.  Well, there are -- let's say when you look at
14  the PT of a particular individual, this PT is determined
15  genetically to a large extent, and that is a constant.
16  But there can be variable factors in time of the PT when
17  you get liver disease.  And I don't know whether that
18  varies in time, but people with liver disease tend to
19  have high PTs.
20    Q.  And also --
21    A.  So let's say it is possible that when you
22  measure a PT today and someone doesn't have a liver
23  disease, and you measure it five years later and someone
24  has liver disease, they will not have -- the same
25  individual will not have the same PT.  So there are

1  environmental factors affecting the PT and genetic
2  factors.
3    Q.  Some of the environmental factors that affect
4  PT include whether a patient has an infection, correct?
5    A.  Probably.  I'm not sure about this.  So let's
6  say there are probably numerous factors that affect in
7  vitro coagulation tests, and some of them are important,
8  and some of them are not important.
9    Q.  There are numerous factors that can affect a
10  patient's PT reading over a course of weeks, correct?
11    A.  Well, these numerous factors should do
12  something to the clotting system.  If they don't have an
13  effect on the clotting system and on levels of
14  coagulation factors, they will not have an effect on PT.
15    Q.  But there are numerous factors that can affect
16  the coagulation system and, therefore, the PT over the
17  course of weeks, correct?
18    A.  Well, I'm not saying over the course of weeks.
19  I'm more referring to differences in PT between
20  different individuals because --
21    Q.  That's not what I'm asking you.
22    A.  I am -- I don't know, with the clear kind of
23  examples, as you say -- let's say -- as I said when
24  someone gets a liver disease, there goes your PT.  Yeah.
25  And probably when you get, for whatever mysterious

1  reason, without treatment, a vitamin K deficiency, there
2  goes your PT.  So let's say there is a variation in PT
3  which is functionally dependent on the individual and
4  genetic and which, to a certain extent, can vary, let's
5  say, in time because of external factors.
6    Q.  Did you look at the PT readings from patients
7  in ROCKET to see how much they differed from week 12 to
8  week 24?
9    A.  I didn't have individual data of the population
10  we are discussing here.
11    Q.  Did you look at summary data concerning the
12  degree to which PT readings changed over the 12-week
13  period in the patients?
14    A.  I have seen data from the limited -- how do you
15  call it -- PK/PD substudy with 160 patients, yes, so
16  which is a very small fraction of the ROCKET population.
17  And there they did PK/PD -- PK/PD analysis which
18  included measuring rivaroxaban and which included
19  measuring the prothrombin time.
20    And I think, let's say, of that PK/PD substudy,
21  actually gives rise through the figure of the PT ratio
22  related to -- as function of exposure.  That is Figure
23  5-6 in my paper, in my report.
24    MR. McCAULEY:  Figure what?
25    THE WITNESS:  5-6.  I think it's the same

1  figure, the only -- the representation is the dots
2  are different.
3      Q.  Doctor, the question I asked you about was:
4  Did you look at summary data concerning the degree to
5  which the PT readings changed over the 12-week period in
6  ROCKET?
7      A.  I have had data of, let's say, the PK/PD
8  substudy.
9      Q.  Does that substudy address --
10     A.  And I only analyzed, let's say, the relation
11 between exposure and prothrombin time, which actually is
12 shown in this figure.
13     Q.  You did not consider data concerning how much
14 the patient's PT readings changed over the 12 weeks; is
15 that fair?
16     A.  I did not do a proper statistic analysis
17 because that is rather difficult, I think, let's say, to
18 do an analysis to judge whether there is a significant
19 difference between the PT at 12 and 24 weeks.  Of
20 course, let's say it depends a little bit in an
21 individual, but I think that in the 12 and 24 weeks time
22 of blood sampling, probably will be high, will be
23 similar.
24     But when you have a patient where the blood
25 sampling in a 12-week sample is at a different time than

1  the sampling at the 24-week, there will be a difference,
2  yes, because there's a different exposure.
3      I have not statistically analyzed these data to
4  see whether there is significant variation.
5      Q.  I did not ask if you did a proper statistic
6  analysis or statistically analyzed the data.  I asked:
7  Did you consider the data concerning how much the
8  patient's PT readings changed over the 12 weeks?
9      A.  Yes.  So I've seen the data, but I did not do a
10 proper statistical analysis because I didn't have time
11 for that, or I don't know how to do that, maybe.  But
12 let's say the -- and this is just when I looked at the
13 data, I saw that there are outliers in the population
14 where you see that -- well, you can't imagine that that
15 is the same individual with the same exposure.  You have
16 outliers.
17     But in a large group of patients, let's say,
18 there was a kind of constant PT in time because I think
19 in PT -- PK/PD substudy they even took six samples in
20 time.  Yes?
21     Q.  Doctor, I'd like you to have a look at Page 18
22 of your report, where you have the data concerning the
23 quartiles, the different quartiles of PT readings from
24 ROCKET down at the bottom.  Are you with me?
25     A.  I'm at the Table 3?

1      Q.  Table 2.
2      A.  Page 18?
3      Q.  Oh, sorry.  17.
4      A.  Oh, sorry.
5      Q.  Actually, you know what?  Let's go with Table 3
6  on Page 18.  Okay?
7      A.  I'm easygoing.
8      Q.  Where did the median PT data come from in
9  Table 3?
10     A.  The median PT data come from the figure.
11     Q.  Did you just do it by eyeball?
12     A.  Well, eyeballing is just looking at -- even
13 when you eyeball the data, you see that the fourth
14 quartile -- when you go down, you see that it is between
15 22 and 24 seconds, yes.  That is eyeballing.
16     I think the median of the second quartile, you
17 go down, by eye, you see that it is between probably 17½
18 seconds.  So you can do eyeballing, yeah, by just going
19 down.  I'm very good in this.
20     But what I did was I copied this figure into an
21 Excel or PowerPoint file, and then I start measuring,
22 really, let's say, by going vertically down the median
23 prothrombin time in each quartile.  Can you follow me?
24     You can eyeball, and let's say without looking
25 at the data, I see that the first quartile probably is a

1  little bit -- when you can follow me in the figure, it
2  is probably 30 seconds.  The second quartile --
3      Q.  Doctor, I didn't ask you to eyeball it now.  My
4  question --
5      A.  Well, you asked me whether I had been
6  eyeballing.
7      Q.  My question is:  Did you do it by eyeball to
8  estimate these PT medians, or did you calculate it in
9  some way?
10     A.  You can do it by eyeballing.  What I did -- and
11 that's already, I think, given you a good
12 representation.  What I did was I copied this figure in
13 a PowerPoint, and then I took the ruler in PowerPoint
14 and I went vertically down, and then I calculated where,
15 let's say, going down at the median of the first
16 quartile, where it intersects with the prothrombin time
17 axis.
18     And you can rather reliably determine then the
19 prothrombin time of the median, assuming that the point
20 that's given in this figure is correct at a correct
21 place.  So you can vertically go down and determine
22 rather accurately in a PowerPoint where you increase the
23 size of the figure, the PT median of each quartile by
24 going down, yes.  That's what I did.
25     Q.  You did it in PowerPoint, not Excel, correct?

1    A.  Huh?
2    Q.  You did it in PowerPoint, not Excel, correct?
3    A.  Yeah.  I can only do it in Excel when I have
4    all the individual data of the 7,000 patients.  Yes.
5    Q.  You did not do it in Excel, correct?
6    A.  I cannot -- you can also do it in Excel, but I
7    think PowerPoint is more powerful in working with
8    figures that you copy into PowerPoint than when you copy
9    it in Excel.  You have to be very --
10    Q.  My question is very simple.
11    A.  I did not do it in Excel.  I did it in
12    PowerPoint.
13    Q.  Thank you.
14    Do you know if the bleeding rate differences
15    shown in the FDA data are statistically significant?
16    A.  Well, I don't think the FDA report mentioned or
17    discusses statistical significance, yes.  So there is an
18    error bar there, yes, when you look at median PT, and
19    there is an error bar giving an error in major bleeds,
20    yes.
21    So when you take the bar in that figure and you
22    go to the axis of the bleeds, that error bar has a
23    particular meaning, suggesting significance.  But you
24    have to be very careful in that.  These error bars are,
25    at least with respect to the fourth quartile, not

1    overlapping with the error bars in the first and the
2    second and the third quartile kind of suggesting -- but
3    I don't know exactly what the error bar is -- that it is
4    significant.
5    You can also look at the lines in the model,
6    yeah, and then you can look at a lower point of the
7    area, and in some figures, this area is shaded.  And you
8    go for the lower line of the dotted line, and then you
9    go to the right horizontally, and then you look whether
10    the lowest point in that dotted line, which is a kind of
11    confidence interval, probably overlaps with the highest
12    point in the other intervals.  The answer is no.
13    So when you look at the data, these data
14    suggests significance, yes.  But I don't know exactly
15    what I did.  I think what you do is you give error bars
16    to give you information about significance.  You give a
17    model and you give a dashed line representing the
18    significance, and I think they say the dashed line is 95
19    percent confidence interval.
20    So actually going in the fourth quartile from
21    the top dash line to the lowest dashed line, that's the
22    confidence interval.  When you take that at the other
23    medians and you take there the lines of confidence
24    interval, you can see already that the fourth quartile
25    is not overlapping with the second and with the first.

1    And if 95 percent confidence intervals are not
2    overlapping of two populations, the difference is
3    significant, according to statistics.
4    So when I look at this data and I see these
5    dotted lines representing 95 percent confidence
6    intervals, then comparing the 95 percent confidence
7    interval with the fourth quartile, with that in the
8    second and the first -- well, third might be a bit
9    difficult to do, but definitely when you compare that,
10    let's say, with the first and the second quartile, the
11    95 percent confidence value of these measurements are
12    not overlapping, which for a biostatistician means that
13    there is a significant difference.
14    I had -- you have the number of patients with
15    bleeding in each quartile.  Yes?  These numbers I could
16    calculate.  I had the total number of patients in each
17    quartile, and they are approximately the same, because
18    these are quartiles.  Yes?  So when you have 6,000
19    patients in total, there are 1500 patients in each
20    quartile.  Yes?
21    So you know the size of each quartile.  Then
22    you know the number of patients that get the bleeding,
23    yes, from the percentage, because when there are three
24    percent bleeds in 1500 patients, 45 patients got a major
25    bleed.  In the highest quartile, you had 7 percent

1    bleeds, meaning seven times -- 7 percent of 1500 is 200
2    number of bleeds.
3    And then you can calculate an odds ratio.  And
4    I did that, and I compared knowing the number of
5    bleeders in a population, the fourth quartile, knowing
6    the number of bleeders in the other quartiles, and then
7    when you have numbers of bleeders and total population,
8    you can calculate an odds ratio of risk of bleeding
9    associated with that quartile.
10    I calculated these odds ratios, and the 95
11    percent confidence intervals between the -- in the
12    intervals were not overlapping, suggesting the
13    differences that you measure here are all statistically
14    different.
15    Q.  Where did you -- did you disclose these odds
16    ratios in your report?
17    A.  I did not disclose them in my report because in
18    my report, I focused on the data we got from the FDA,
19    and I focussed on the 95 percent confidence interval
20    given in this model.  But I did it myself to be more
21    confident about the conclusions that I draw from this
22    figure.
23    Q.  You claim that you have calculations that show
24    that the differences in the bleeding risks in the FDA
25    report are statistically significant?

1    A.  Yeah.  That is my calculation, and this
2  calculation confirms, let's say, what you see here.
3  When you look at the dashed line, that is the 95 percent
4  confidence interval.  And you can see that, let's say,
5  the 95 percent confidence interval of the fourth
6  quartile is not overlapping with that of the first and
7  second.  By eyeballing data, it's difficult to see with
8  the third quartile.
9    Q.  Where are these calculations?
10   A.  I don't have these calculations here.  I didn't
11 put them into my report.
12   Q.  Do you have them in a spreadsheet or something
13 on your computer?
14   A.  I have them in a spreadsheet in the computer.
15   Q.  Would you produce those to us, please?
16     MR. McWILLIAMS:  You can send a request to me.
17   A.  I can send them to you.  This is my analysis of
18 the number.
19 BY MR. OUWELEEN:
20   Q.  You still have it, though?
21   A.  I did not discard it.
22   Q.  Okay.
23     MR. OUWELEEN:  Let's take a break.
24     MR. McWILLIAMS:  Want to take a lunch break?
25     MR. OUWELEEN:  Sure.

1    (Recess taken from 12:26 p.m. to 1:37 p.m.)
2  BY MR. OUWELEEN:
3    (Rosing Exhibit No. 6 was marked for
4  identification.)
5    Q.  Dr. Rosing, you have Exhibit 6 in front of you,
6  right?
7    A.  Yes.
8    Q.  Is Exhibit 6 a complete set of the invoices for
9  your work in this lawsuit?
10   A.  Yes.  I think so because I wrote these -- I
11 made these invoices, yes.
12   Q.  Are these an accurate reflection of the amounts
13 that you have billed to the lawyers working on the
14 Xarelto litigation?
15   A.  Yes.
16   Q.  And have you actually been paid these amounts?
17   A.  Yes.
18   Q.  Have you been paid?
19   A.  (Witness nodding head.)
20   Q.  Do you have time in addition to the time
21 reflected in Exhibit 6 that you have not yet billed?
22   A.  Well, after the -- after the 18th of October, I
23 also spent time, so there will be another invoice, yes.
24   Q.  How --
25   A.  So I spent time.

1    Q.  How many hours since October 18th, have you
2  spent, approximately?
3    A.  I don't know exactly.  So it's somewhere from
4  I've been preparing myself for this deposition or
5  examination, I don't know how you call it.  I don't know
6  the exact number of hours.
7    Q.  Could you approximate?
8    A.  Maybe 30.  Well, I'd say that -- it's not
9  three; it's not 300, yes.  So I don't know exactly.  I
10 wrote it down somewhere I think.  So I -- I -- you may
11 see that I kind of tried to keep track of it of what I'm
12 doing and to be as detailed as possible in, let's say,
13 my invoices.
14     But I spent quite some time in the preparation,
15 let's say, of -- of this reading and rereading, and I
16 got a few new documents, very thick Bayer documents.  So
17 I spent quite some time.  So let's say about 30 hours or
18 something like that.
19   Q.  You say you got some additional documents.  Did
20 you -- do you know what they were?
21   A.  I don't know the numbers.  I think it was
22 another report of -- I'm allowed to say that, yes,
23 because otherwise you object probably.
24     MR. McWILLIAMS:  Yeah.
25   A.  I don't know of -- so it -- I don't know the

1  number and -- and to -- how it was exactly called, but
2  it was a Janssen Bayer report consisting of many, many,
3  many pages.
4  BY MR. OUWELEEN:
5    Q.  What did those pages --
6    A.  And I think this was the analysis of Janssen,
7  Bayer after ROCKET.  I think there were not many -- not
8  many documents with more than 2,000 pages.
9      MR. McWILLIAMS:  I think you'd be surprised.
10   A.  So I think when I called -- I -- I mentioned to
11 you the number of pages, you might know which document I
12 mean.
13 BY MR. OUWELEEN:
14   Q.  Was it a series of box-and-whisker charts?
15   A.  Yes, box-and-whisker plots, yes.
16   Q.  And did they concern the -- whether there was a
17 correlation between prothrombin time and bleeding?
18   A.  These box-and-whisker plots do not show a
19 correlation, they are just, let's say, box-and-whisker
20 plots without statistical analysis which is required to
21 show whether there is a correlation or not.  And in my
22 opinion, Baxter did not do a statistical analysis of
23 these data and then draw conclusions as to correlations
24 between PT and bleeding.
25   Q.  When we were talking earlier about the

1  statistical significance of the PT and bleeding analysis
2  done by the FDA, you were referring to the fact that the
3  confidence intervals between the quartiles did not
4  overlap, right?
5      A. Yes.
6      Q. Can you -- in your view, can you draw any
7  conclusion from the fact that the box-and-whisker
8  distribution for the PT readings in the analysis you're
9  referring to overlapped?
10     A. No, because a -- a box-and-whisker plot is
11  just, let's say, a kind of graphic representation of PTs
12  in different populations and they don't tell you
13  anything whether there is a significant difference
14  between the populations. That's not on the
15  box-and-whisker plot -- information that is contained in
16  the box-and-whisker plot.
17     Q. In order to determine whether there -- those
18  data show a correlation between PT and bleeding, you
19  would have to do some further calculations; is that --
20     A. You would have to do further calculations which
21  were apparently done by the FDA.
22     Q. You have not seen the calculations that were
23  apparently done by the FDA, have you?
24     A. Well, they are in the report of the FDA.
25     Q. And you've seen the output but not the

1  calculations, correct?
2      A. Well, I do not have their Excel files and their
3  biostatistics files. So in the report they represent,
4  let's say, the statistical analysis of the PT
5  measurements in relation to risk -- bleeding risk and
6  stroke protection.
7      Q. Represent the conclusion, correct?
8      A. And conclusions --
9      Q. Yeah.
10     A. -- with confidence intervals and that is
11  sufficient for me to judge, let's say, the analysis.
12     Q. Are there any other documents that you
13  reviewed --
14         (Discussion off the record.)
15 BY MR. OUWELEEN:
16     Q. -- since preparing your report that you can
17  think of? Are there other documents that you have
18  reviewed since preparing your report that you can think
19  of?
20     A. Well, there were documents. I mean, I don't
21  know exactly which; but for me the most important was
22  this FDA analysis, and there was a second similar report
23  which was, I think, 95 percent overlapping. I don't
24  know exactly.
25         Okay, wait. Wait. I know what it is because I

1  refer to it, too. But I don't know all these --
2      Q. Right. Doctor, I think my question --
3      A. Huh?
4      Q. I think perhaps my question was not clear. I'm
5  trying to determine if there are other documents that
6  you have reviewed since completing your report that are
7  not disclosed in your report.
8      A. Except the one that I just mentioned, I don't
9  remember that I got many other documents because I think
10  there was, after I sent my report, a month of silence or
11  two months of silence that we decided on the date of
12  this. And then I got the Bayer, Janssen report of the
13  22,000-plus pages rather recently, and that was one that
14  I also, well, reviewed or read and tried to distill
15  important information from. But I don't remember other.
16     Q. When we were talking about the number of hours
17  that you've spent on the matter that are not reflected
18  yet in your invoices, you said maybe 30, more than
19  three, less than 300. Can you tell me what's your best
20  estimate of the number of hours?
21     A. Well, I said 30 or 40. I -- I don't know,
22  let's say. Today and yesterday I thought a lot about
23  it, read a lot about it. So I probably didn't add these
24  hours. So I'd say 30 or 40 until yesterday or the day
25  before.

1      Q. You were -- your first entry on Exhibit 6 is in
2  September of 2014. Were you retained in or around
3  September of 2014 to work on this matter?
4      A. The question, repeat it?
5      Q. When were you are retained to work on --
6      A. When were I --
7      Q. When were you hired --
8      A. Hired.
9      Q. -- to work on the Xarelto litigation?
10     A. Well, I don't know whether I have the feeling
11  whether I was hired yes or no. Let's say my first
12  invoice is 2014, yes. So -- and then I think it was
13  29th of September, 2014, I started collecting, let's
14  say, specific literature concerning this litigation on
15  rivaroxaban.
16         So when you talk about a date of hiring, I
17  would say 2014, September, there were the first contacts
18  and then, let's say, in a one-month period. And then
19  there was silence, yeah, until June, 2015, and then I
20  was contacted again and then we continued. And you can
21  see, let's say, on my invoices what periods they cover.
22         So there was activity and -- and -- and
23  probably, in your terminology, I was hired in September,
24  2014. There was one month activity, a little bit more
25  than one month; and then, let's say, in June, 2015, it

1 started again I guess. So I think my invoices describe
2 my activities.
3     Q. And on the last page of Exhibit 6, it says,
4 "Draft, Xarelto report, August 2016, 08-29," and then a
5 little further down it says, "Xarelto report, Rosing,
6 2016, 10-9."
7     Are there -- did you prepare more than one
8 report?
9     A. I prepared draft reports which were halfway to
10 final report, and I sent them to your colleagues, and --
11 and see -- and I read them, yes.
12     Q. All right. So although different draft reports
13 shown there on the last page of Exhibit 6, those are
14 just different drafts of the report that we ultimately
15 have?
16     A. So this is the final report, and there were a
17 number of draft reports. And I think, let's say, when I
18 submitted the draft report that's in the invoice, yes,
19 for myself, I have -- I'm saving every day under the
20 day, yeah. So there are probably on my computer for
21 myself many drafts. Every day that I save is a new
22 draft.
23     But I -- I submitted to the lawyers a limited
24 number of drafts, and I think what I submitted is in
25 this invoice.

1     Q. We spoke earlier about some calculations that
2 you had done concerning statistical significance of the
3 FDA findings. Do you have other calculations or
4 spreadsheets that you prepared that are not disclosed in
5 your report?
6     A. All in all I prepared, yes, spreadsheets and
7 PowerPoint files, so -- let's say, but there are
8 PowerPoints with figures like the ones from the draft
9 paper, yeah. So I copy a figure in the PowerPoint and
10 then I look at the things to get a quantitative feeling,
11 but that's not very -- so I have Excels and PowerPoints
12 with figures, copies, in which I tried to do as I
13 explained when it comes to the figure of the -- this
14 figure. I have to get an as good as possible number for
15 the median, and there are PowerPoints that I used to do
16 my calculations, yes.
17     Q. Are there also Excel spreadsheets that you have
18 with calculations that were not disclosed in your
19 report?
20     A. Well, there is, let's say, my calculations of
21 the odds ratio are summarized in an Excel sheet, and,
22 let's say, this was discussed before the break, yeah.
23     Q. Uh-hum. Apart from your --
24     A. I -- the Excel sheet itself, for me I cannot
25 calculate an odds ratio in an Excel sheet. I summarize

1 a number in the Excel sheets, and then I go to a program
2 where you can calculate an odds ratio that's not in
3 Excel in my case. I calculate the odds ratio, and what
4 I see, I copy in the Excel sheet and then I get, let's
5 say, the data in the Excel sheet.
6     Q. Does the Excel spreadsheet then reflect --
7     A. I -- I -- yeah. Sorry.
8     Q. Does the Excel spreadsheet reflect the output
9 of the program that you use to calculate the odds ratio?
10     A. Odds ratio, yes.
11     Q. Is there any data file that comes from that
12 other program in which you calculate the odds ratio?
13     A. I calculate the odds ratio. There are several
14 programs on Internet. You can also do it by hand, yeah.
15 When you know the exact definition, you can use the
16 numbers and calculate the odds ratio.
17     But then it is difficult to get the confidence
18 interval. But there are several programs on the web
19 where you can calculate an odds ratio. And what's more
20 important, not only get the odds ratio but also get the
21 confidence interval and the P value.
22     Q. Is that how you calculated the odds ratio?
23     A. That's how I calculated the odds ratio.
24     Q. Using a program on the Internet?
25     A. Yes.

1     Q. Do you know which program?
2     A. I can tell you later when I send the data and
3 the Excel sheet of my calculation.
4     Q. Apart from the Excel spreadsheet, is there any
5 other record of the calculations you did?
6     A. What calculations? You mean odds ratio?
7     Q. (Nodding head.)
8     A. No. I -- I -- I calculated the numbers from
9 the FDA report, put them in Excel, used these numbers to
10 calculate the odds ratio with a program which allows you
11 to calculate the odds ratio and the confidence interval,
12 and then I brought that back to the Excel, and then I
13 got the kind of table in Excel, and that are the data
14 that are in Excel. And I will provide them to
15 Mr. McWilliams, and then he can send them to you.
16     There are many other -- I use a spreadsheet,
17 you can understand, because I'm a very quantitative
18 biochemist. So when I convert a rivaroxaban plasma
19 levels, micrograms per liter to concentrations, I also
20 use an Excel sheet. But I don't save that because this
21 is just to help in my calculations, yeah.
22     Q. All right. So other than the odds ratio --
23     A. Huh?
24     Q. Other than the odds ratio spreadsheet, do you
25 have any other spreadsheets?

1    A.   There are probably other Excel sheets that I
2    used, and I don't remember which.  There are several
3    PowerPoints in which I copy a figure and then do my
4    calculation in the PowerPoint file and then represent it
5    here.  Sometimes I save, sometimes I don't save because
6    I don't think I need it anymore.
7        Q.   Okay.  I'd ask you to save all those going
8    forward.
9        A.   Huh?
10       Q.   I'm asking that you please save those.
11   Don't -- don't delete any of the ones that you still
12   have because we'd like -- we're going to ask for copies
13   of all of those.
14       A.   What I'm allowed to -- to share, I will here.
15           MR. McWILLIAMS:  I'll agree with that.  You
16       should save it all for now.
17       A.   Yeah, yeah.  I -- for me, this is a complicated
18   issue, yes.
19   BY MR. OUWELEEN:
20       Q.   On Page 14 and 15 of your report, you give a
21   calculation or an equation that describes the
22   relationship between plasma rivaroxaban level and
23   prothrombin time, right?
24       A.   Yes.
25       Q.   If you know an individual's prothrombin time,

1    can you calculate their rivaroxaban concentration?
2        A.   Not exactly.
3        Q.   Why not?
4        A.   Why not?
5        Q.   (Nodding head.)
6        A.   Well, you go through this figure, for instance,
7    on Page 14 and you take 20 seconds, and then there are a
8    number of patients who have a prothrombin time of 20
9    seconds, yes.  So you just go horizontally from a
10   prothrombin time of 20 seconds to the right, and then
11   you meet the first patient with a prothrombin time of 20
12   seconds which has a certain rivaroxaban, and then you go
13   to the right and then there are more patients with the
14   same prothrombin time which have a higher rivaroxaban,
15   yes.
16           So, let's say, when you measure the rivaroxaban
17   in one patient, this figure tells you -- it doesn't give
18   you the exact number of the rivaroxaban exposure.
19           Am I clear, or shall I try to rephrase and
20   explain in another way?  I should actually need a
21   blackboard to explain you.
22           So you take 20 seconds, you go to the right,
23   and there is the first patient which has this
24   rivaroxaban.
25       Q.   All right.

1        A.   And there are other patients with 20 seconds
2    with higher rivaroxaban.
3        Q.   I think I understand what you're saying.
4        A.   Okay.  That's --
5        Q.   So are you saying that because of the
6    variability between patients, you cannot use the
7    equation to calculate one patient's plasma concentration
8    based on their prothrombin time?
9        A.   For a single patient, the answer -- you cannot.
10   Well, it -- you don't get a reliable number.  You get an
11   estimate within a certain range, yes, because you know
12   that with 20 seconds, there are -- there is only one
13   patient above 20 seconds with low rivaroxaban.  I don't
14   know why.
15           But when you take the 20 seconds point, you see
16   you can go up to almost 80 micrograms rivaroxaban and
17   there is no patient there, yes.
18           So a prothrombin time of 20 seconds in this
19   graph on Page 14 tells you that the patients in this
20   population with prothrombin times of 20 seconds have a
21   rivaroxaban of, eyeballing, approximately starting at 80
22   and approximately ending somewhere at 120 or 130.  Yeah,
23   I go on Excel or PowerPoint, I can give more exact
24   numbers, yeah.
25       Q.   And similarly, if you know a patient's

1    rivaroxaban concentration, you cannot use the equation
2    to calculate that patient's prothrombin time?
3        A.   No, because this is an average equation for the
4    population and, let's say -- and I said it already this
5    morning several times, when you take different patients
6    with 100 micrograms per million rivaroxaban, or
7    micrograms per liter rivaroxaban determines with the
8    golden standard HPLC/MS, and you take several patients,
9    they do not all have the same PT because there is this
10   interindividual variation with respect to the effect
11   that rivaroxaban has on clotting.
12           And that is why I believe that a functional
13   test tells you more about risk than just the
14   concentration because it depends on what that particular
15   amount of rivaroxaban does on the clotting of a
16   particular individual.
17           And that's why I described several times in my
18   report that there is, let's say, an advantage of
19   functional testing by PTs or whatever blood clotting
20   test because these data tell you what the rivaroxaban
21   actually does on the clotting.  And just a simple level
22   determination with a chemical analysis does not tell you
23   what that rivaroxaban exactly does on the clotting,
24   yeah.  And that's actually the main message of my
25   thinking.

1    Q.  I -- I understand that's your main message.
2         Would you agree that all drugs exhibit some
3    variability between the exposure that different patients
4    experience at the same dose?
5    A.  Well, I don't know for all drugs, let's say.
6    I'd like to focus just on the rivaroxaban.  I don't --
7    all drugs is too wide for me to make statements, yes,
8    because I don't know all -- how all drugs work.  But
9    let's say there are many drugs which, at a particular
10   level in a patient have a different effect, functional
11   effect in the patient.
12   Q.  My question is a little bit different.  My
13   question is --
14   A.  I thought that that was your question.
15   Q.  No.  I was not asking about pharmacodynamic
16   effect.  What I was asking was for most drugs at a given
17   dose, will you see variability between patients in
18   plasma concentration?
19   A.  Yes, because you see that in the
20   pharmacokinetic studies when you give, let's say, even a
21   population of healthy volunteers you give them the same
22   amount of drug daily dose, let's say, at a particular
23   time point there is variation in the rivaroxaban level.
24   So one dose of rivaroxaban to many patients gives
25   varying levels and varying exposure and varying effects

1    on coagulation.  And this is actually, let's say, the
2    variation in levels is reflected in Table 1 of my
3    report.
4    Q.  Doctor, I asked you a question about other
5    drugs, not rivaroxaban.  So let's go back and try and
6    see if we can get an answer to my question.
7    A.  Uh-huh.
8    Q.  My question was not about rivaroxaban.
9    A.  Yeah.
10   Q.  So let's see if you can answer my question, the
11   one that I asked.  The question was, for most drugs,
12   apart from rivaroxaban, do you see variability between
13   patients' blood concentration for a given dose?
14   A.  Yes.
15   Q.  Okay.
16   A.  Well, I said not for all drugs because several
17   other drugs, let's say, dabigatran has the same,
18   probably apixaban, yeah, because this is all
19   pharmacokinetics.  So giving a single dose gives
20   different exposures --
21   Q.  Would you --
22   A.  -- at different plasma levels.
23   Q.  Would you agree that variability in exposure to
24   a drug is not a problem if the various plasma
25   concentrations are all within the therapeutic range of

1    the drug?
2    A.  Well, when you have a therapeutic data range
3    and a good definition of a therapeutic range and they
4    are within a therapeutic range, I think you can feel
5    quite safe, yes.
6    Q.  Some drugs are safe and effective at fixed
7    doses even if they show variability in exposure at that
8    dose.  Fair?
9    A.  There are drugs that will show that.
10   Q.  And if some patients have a higher
11   concentration of an anticoagulant in response to the
12   same dose but they have no increased risk of bleeding,
13   that variability would not be a problem, would it?
14   A.  I -- I think you have to rephrase that because
15   you make a couple of statements in a row, so I have
16   to -- to --
17   Q.  I'll try it again.
18   A.  -- absorb them one by one.
19   Q.  If you have an anticoagulant with variability
20   in exposure --
21   A.  Yes.
22   Q.  -- at a given dose, but that variability is not
23   correlated with an increased risk of bleeding, the
24   variability is not a problem, is it?
25   A.  I think if you have an anticoagulant drug and

1    the level of that drug in blood varies, this level is
2    related to the bleeding risk, yes.  So, let's say,
3    variation of an anticoagulant drug is always associated
4    with more or less bleeding risk, yeah.
5    Q.  Well, would you say variation in an
6    anticoagulant drug is always associated with more or
7    less clotting risk?
8    A.  Well, let's say, individuals with low levels of
9    an anticoagulant drug are exposed to lower bleeding risk
10   than individuals with high ratios.  So there is a
11   correlation, an association between drug exposure or
12   level of drug exposure and bleeding risk.
13   Q.  In your view, is it impossible that you could
14   have a variation in exposure to an anticoagulant that
15   did not correlate with bleeding?
16   A.  I don't have examples of that.  I think that,
17   let's say, what you see in literature:  Low levels of
18   anticoagulant drugs, low bleeding risk; high levels of
19   anticoagulant drugs, high bleeding risk.  And I don't
20   know whether there are situations where there is no
21   association between level and bleeding risk in a
22   population.
23   Q.  In the literature, you also see that low levels
24   of anticoagulant drugs are associated with more clots
25   and high levels are associated with fewer clots, true?

1    A.  Well, this, I would not think.  I think low
2  levels of an anticoagulant drugs -- oh, wait, wait a
3  moment.  You are now saying clots, so we are now talking
4  about clotting?
5    Q.  Right.
6    A.  I think, let's say, at low levels of
7  anticoagulant drugs, you have less -- more clots than at
8  high levels of anticoagulant drugs.
9    Q.  Okay.
10    A.  So like there is correlation and association
11  between drug exposure with respect to bleeding, there is
12  an opposite effect, in general, with respect to clot
13  formation, yes.
14    Q.  Is it --
15    A.  So this is, let's say, common sense in -- in
16  coagulation science.
17    For me, this is -- I don't know whether I'm
18  clear in this.  Low anticoagulant drug, low risk of
19  bleeding, more clots; high anticoagulant drugs, less
20  clots, more bleeding.
21    Q.  Do you think that is necessarily true?
22    A.  That is -- yeah, I think, let's say, that is --
23  that is true, yes, and the law, yes.
24    Q.  Are you familiar with --
25    THE COURT REPORTER:  What?

1    THE WITNESS:  Huh?
2    THE COURT REPORTER:  What did --
3    THE WITNESS:  Rule or law, how would you call
4  it.  I mean, this is --
5    MR. McWILLIAMS:  The rule or a law.
6    THE WITNESS:  -- this is when I would say the
7  opposite in my field of science that people should
8  start laughing about me, yeah.
9    So this is -- this is my thinking, and not only
10  my thinking.  This is how people look at clotting
11  and -- and -- and mode of action and effects of
12  anticoagulation drugs.
13  BY MR. OUWELEEN:
14    Q.  Including rivaroxaban?
15    A.  Huh?
16    Q.  Including rivaroxaban?
17    A.  And all anticoagulant drugs.
18    I think it is kind of common rule, low
19  exposure, low bleeding, more chance of clotting; high
20  exposure to the drug, more bleeding, and less clots.
21    Q.  Okay.  Are you familiar with a coefficient of
22  variation as a measure of variability in a drug?
23    A.  Yes.
24    Q.  Would you agree that a coefficient of variation
25  of a pharmacokinetic parameter of 10 percent or less

1  would be considered low variability?
2    A.  I think 10 percent or less is considered in a
3  population low variability.
4    Q.  And would you agree that 25 to 40 percent is
5  considered moderate variability?
6    A.  I think that is the definition used by
7  pharmacokinetics.  And who am I to say that that is
8  wrong?
9    Q.  Okay.  So you don't disagree?
10    A.  No.  But I can add, of course, when you look at
11  the coefficient of variation, the coefficient of
12  variation is calculated from the standard deviation and
13  that is, let's say, associated directly with one
14  standard deviation.
15    And one standard deviation, yeah, only plus or
16  minus one standard deviation includes 66 percent of your
17  population.  So 15 percent of your population is above
18  the standard deviation and coefficient of variation, and
19  15 percent is below that.
20    So of course it tells you, let's say, the
21  spreading of the population within, let's say, 66
22  percent of the population.  But still, let's say, there
23  are 15 percent above that and 15 percent below.  And
24  that is important, of course, to realize.
25    But I don't argue against the definition of,

1  let's say, pharmacokinetic variation or whatever you
2  call it with respect to low, median, or high.  And
3  that's based on coefficient of variation, but that is
4  only, let's say, a limited number of people that fall
5  within that coefficient of variation population.
6    Q.  That's true -- that's true for every standard
7  deviation, correct?
8    A.  Yes.  That is -- this is --
9    Q.  That's true for every drug?
10    A.  This is the basic rule of statistics, I think.
11    Q.  Right.
12    A.  The definition of a standard deviation in a
13  Gaussian population because you should have a normal
14  population.  If your population is not normal, there you
15  go with all that.
16    But this is, let's say, these calculations are
17  standard deviations, and coefficients of variation are
18  all done on what we call a normal population, and then
19  plus or minus one standard deviation, and that's
20  correlated to the percentage of correlation of deviation
21  includes, I think, 60 -- includes, not I think, 66 or 67
22  percent.
23    I will take some time to read that, yes.
24    (Rosing Exhibit No. 7 was marked for
25  identification.)

Page 158

1    Q. Rosing Exhibit 7 is the FDA draft briefing
2 document. You've reviewed this before, right?
3    A. What?
4    Q. You have reviewed this document before?
5    A. I didn't print it, so I didn't know it was this
6 thick.
7    Q. Have you reviewed it before?
8    A. Huh?
9    Q. You've reviewed the FDA draft briefing document
10 which is now printed as Exhibit 7, right?
11    A. What is the definition of "review"?
12    Q. You've read it?
13    A. Well, reading and reviewing -- well, that is --
14 I have read it and I have not read every word in it to
15 be honest, because I try to skip what I think is not
16 important for me, yeah.
17       So I focus in reports that are this thick on
18 trying to find, let's say, the relevant information for
19 me. So I'm not reading word by word by word every
20 document that I get, especially when they are this
21 thick.
22    Q. You read the parts of Exhibit 7 that you
23 thought were important to your analysis?
24    A. Yes, well, that I -- I read in detail, yes.
25    Q. All right. Let's have a look at page -- you

Page 159

1 can see I put little page numbers in this document, too,
2 with the initial "BB" in front of them in the lower
3 right corner --
4    A. Yeah.
5    Q. -- for "briefing book," not for Bartlit-Beck.
6 That's the name of my law firm.
7       So if you would, please, please turn to
8 Page BB 40 -- 40, 39 and 40. I'm sorry, 40 and 41.
9    A. Uh-hum.
10    Q. Pages 40 and -- BB 40 and BB 41 of Exhibit 7
11 are the source of the data in your report at Pages 17
12 and 18 concerning PT in ROCKET and bleeds and clots,
13 right?
14    A. Yes. I'd say they look similar, yes, so that
15 must be the same figure.
16    Q. On the next page of the briefing book, BB 042,
17 Figure 10 shows a version of the PT and bleeding risk
18 data, this time taking into account aspirin use or ASA
19 use, correct?
20    A. Yes.
21    Q. The -- would you agree that when the aspirin
22 users are taken out of the analysis, there is much less
23 of a difference between the quartiles in major bleeding
24 risk?
25    A. I don't know whether I can say that there

Page 160

1 much -- is much less of a difference. What you see is
2 that when you take the aspirin use out, the percentage
3 of bleeders is lower than when you have the aspirin
4 users included. That's what I see.
5    Q. Well, also the slope of the line associating PT
6 time and major bleeds is much shallower when you take
7 out the aspirin users.
8       Would you agree with that?
9    A. The slope of the line, let's say, when you look
10 at this -- I don't know exactly what that line means --
11 is shallower than when you include the aspirin users,
12 yes.
13    Q. The -- if you have a look at Page BB 349 --
14    A. 349.
15    Q. -- the -- this document, this portion of the
16 briefing book is the "Clinical Pharmacology Review"?
17    A. So we look at 349.
18    Q. Yes.
19    A. Yeah.
20    Q. But I'm just orienting you. The first page of
21 this document is on Page BB 306, "Clinical Pharmacology
22 Review." Okay?
23    A. I'm -- I'm focusing on the figure, yes, isn't
24 it?
25    Q. Yeah. I just wanted to -- to give you the

Page 161

1 context of where the figure appears. The figure appears
2 in the "Clinical Pharmacology Review."
3    A. Okay.
4    Q. Do you understand that?
5    A. Yeah, I understand that. Sorry.
6    Q. Okay. So -- and the "Clinical Pharmacology
7 Review" says there in the first or the -- first, the
8 only paragraph on Page BB 349 that: "The analyses
9 comparing the risk of major bleeding and ischemic stroke
10 between aspirin and nonaspirin users are potentially
11 confounded by the unobserved factors that govern the use
12 of aspirin."
13       Do you see that?
14    A. Wait a minute. So this figure on Page 349 is
15 stroke and not bleeding.
16    Q. I think you'll see bleeding on the previous
17 page.
18    A. On Page 349 I see two figures: A, rivaroxaban;
19 B, warfarin, and the axis says, "Percentage with
20 ischemic stroke," and the other figure was with warfarin
21 says, "Percentage with ischemic stroke," so no bleeding.
22    Q. Okay. As I said a moment ago, if you look on
23 the previous page, Doctor, where your left hand is --
24    A. That's the other page.
25    Q. -- you'll see the --

Page 162

1    A. Okay.
2    Q. -- the graphs for bleeds.
3       Do you see that?
4    A. Yeah, sorry. I -- I -- you were confusing me
5    because you said Page 349 and now we've moved to 348.
6    Q. Yes, I --
7    A. That's good.
8    Q. Okay.
9    A. So I follow you closely.
10   Q. Take your time to --
11   A. Yeah, yeah. I --
12   Q. -- look at any portion of the document you
13   need.
14   A. I know that figure.
15   Q. So the statement on Page 349 that says, "The
16   analyses comparing the risk of major bleeding and
17   ischemic stroke between aspirin and nonaspirin users are
18   potentially confounded by the unobserved factors that
19   govern the use of aspirin."
20      Do you see that?
21   A. Yeah.
22   Q. Do you disagree with it?
23   A. Taking this word by word, I do not agree with
24   this.
25   Q. Why not?

Page 163

1    A. Because -- yes.
2    Q. Why not?
3    A. Because this sentence suggests that aspirin is
4    confounded.
5    Q. Well, it says unobserved factors that govern
6    the use of aspirin, correct?
7    A. Are potentially confounded.
8    Q. Right?
9    A. So that suggests that aspirin is a confounder,
10   isn't it?
11   Q. Or that the population that uses aspirin has
12   confounding factors, correct?
13   A. Well, I don't think that that is a confounder,
14   aspirin.
15   Q. Is it possible that the people who use aspirin
16   are different than people who do not use aspirin?
17   A. I think that knowing about coagulation from
18   hemostasis, aspirin is increasing the risk of venous
19   thrombosis -- sorry -- is increasing the risk of
20   bleeding. Sorry for that. So aspirin is a risk factor
21   for bleeding. Rivaroxaban is a risk factor for
22   bleeding. So both are risk factors for bleeding.
23   Q. My question is a little different. My question
24   is, is it possible that the population of patients who
25   are taking aspirin is different in other ways than the

Page 164

1    population of patients who are not taking aspirin, for
2    example, age or --
3    A. Well, that --
4    Q. -- heart attack history or weight?
5    A. That, I don't know.
6    Q. It's possible though?
7    A. Everything is possible. I mean, I don't see
8    why the population should be, per definition, different,
9    but it's always possible.
10   Q. The FDA did not take steps to correct for any
11   confounding that might be caused by differences in the
12   aspirin-taking population, did they?
13   A. Well, they -- they calculated, let's say,
14   bleeding risk, and this is a lifetime figure in the
15   population, including aspirin users that is the top data
16   points, and I refer to the left-hand figure on 348.
17      They, let's say, made a plot of bleeding risk
18   in aspirin users and nonaspirin users. So, let's say,
19   the data in my report concerned the total population
20   that are nonusers and users.
21      What the FDA did on this page was they
22   separated the two populations, only aspirin users and a
23   population no aspirin use both using rivaroxaban, yes?
24   Q. Yes.
25   A. So that's very simple. So two populations,

Page 165

1    both are using rivaroxaban, one is using aspirin, the
2    other one is not using aspirin. The top line are the
3    aspirin users, and the bottom line are the nonaspirin
4    users, yes.
5    Q. Would you -- would you agree that the risk of
6    major bleeding had a shallow relationship to prothrombin
7    time among nonaspirin users?
8    A. There is, let's say, when you call "shallow,"
9    the slope of the line, the slope of the line that I
10   would draw through the aspirin users is steeper, higher,
11   than the slope of the line that I would draw through the
12   nonaspirin users.
13   Q. If you look up above the charts in the
14   paragraph on Page BB 348, the clinical reviewers say,
15   "The risk of major bleeding significantly increased with
16   PT among aspirin users but had a shallow relationship
17   among nonaspirin users."
18   A. Yes.
19   Q. And do you agree with that characterization,
20   that the relationship among nonaspirin users was a
21   shallow relationship?
22   A. Yes.
23   Q. Okay.
24   A. When "shallow" is another word for slope of the
25   curve.

1    Q.  In other words, there's not a great difference
2  in the percent with major bleeds between someone who
3  with a PT of, say, 14 and someone with a PT of 24 in the
4  nonaspirin users, correct?
5    A.  There is a difference.
6    Q.  But not --
7    A.  Because -- no, let's say -- sorry.  There is a
8  difference because this is a big surprising.  When you
9  look at this figure, actually you look at the data
10 points and you see that, let's say, at the lowest PT,
11 the data points are below the gray area; and at the
12 highest PT, they are above.
13     So I don't know what they exactly did to make
14 this kind of shaded area which, for some mysterious
15 reason, low prothrombins are below and the high
16 prothrombins are above that shaded area.  So the shaded
17 area gives you kind of impression about shallowness,
18 which is much less when you really look at the data
19 points because on one side they are below; and on the
20 other side they are above.
21     So I don't know exactly what the FDA did here
22 to calculate the, let's say, gray area and the dotted
23 line.  What I see is the lowest percentile cumulatively
24 has, even in the nonaspirin users, has a lower PT than
25 the one in the highest quartile, yes.

1      So there are -- even when you exclude aspirin
2  users, there are more bleeders in the highest than in
3  the lowest quartile, and there's a clear trend.  And I
4  don't know whether that is significant, but we have had
5  to do calculations on that, there is a clear trend that
6  in the different quartiles, the prothrombin time is
7  increasing together with increasing the bleeding risk,
8  yes?
9    Q.  All right.  Dr. Rosing, if you look at the data
10 there for the first quartile, for both the aspirin users
11 and the nonaspirin users, the dots are shown below the
12 line, correct?
13   A.  The third quartile?
14   Q.  First quartile.
15   A.  Third?
16   Q.  One.
17   A.  Yeah, one is below, yeah.  So I would -- I
18 would draw that line a little bit down, yes, make it a
19 little steeper by eyeballing.  But I don't like
20 eyeballing, but...
21   Q.  Did you make any attempt to recreate or
22 determine the values for the data shown in Figure 18?
23 Did you --
24   A.  I have --
25   Q.  -- do one of those PowerPoints where you --

1    A.  I'd have to look it up.  I don't know whether I
2  have all data.  I think I have to look it up.
3      But I think that I also tried to calculate, but
4  that will be the file that I sent to your colleague to
5  see -- and I don't know whether it were exactly the same
6  data as in -- as in this figure to see whether there was
7  a significant difference between PT in different
8  quartiles between nonusers of aspirin.
9      But he will get a file and you will get a file.
10 And if I remember, well, let's say, there was a
11 difference between the fourth quartile and the other
12 quartiles depending on which quartile you compare the
13 fourth quartile with.
14   Q.  As we sit here today, you think you did do an
15 analysis of the data points for the aspirin users?
16   A.  For nonaspirin users, yes.
17   Q.  -- nonaspirin users?
18   A.  Because I think I had data, I could calculate
19 the data from the report with respect to the number of
20 nonaspirin users and the percentages of bleeding in the
21 nonaspirin users and how big the population was.  And
22 when you know how big the population is in the different
23 quartiles, you know the number of bleeders, then you can
24 do, let's say, calculate odds ratios and comparing the
25 different quartiles in an odds ratio calculation.

1    Q.  And -- and when -- when did you do those
2  calculations?
3    A.  I did those calculations probably last week.
4    Q.  After you wrote your report?
5    A.  Huh?
6    Q.  After you wrote your report?
7    A.  After I wrote my report.
8    Q.  You did not disclose any of your calculations
9  concerning your data for the non-aspirin users in your
10 report, correct?
11   A.  I think when you scan my report, search and
12 find for aspirin, probably there is no hit with aspirin
13 in my report.
14   Q.  You did not address the aspirin issue in your
15 report?
16   A.  I did not address the aspirin issue because I
17 think it's not that important.  But that's another
18 discussion probably.
19     MR. OUWELEEN:  All right.  Can we take a quick
20 break?
21     MR. McWILLIAMS:  Sure.
22     (Recess from 2:28 p.m. until 2:42 p.m.)
23 BY MR. OUWELEEN:
24   Q.  Dr. Rosing, on Page 21 of your report you say,
25 in the second sentence of the top paragraph, "The data

1  presented in the FDA Ad Comm briefing document" -- and
2  that's Exhibit 7, right?
3      A.  They came from that document.
4      Q.  "The data presented in the FDA Ad Comm briefing
5  document and shown as Figures 7 and 8 in this report can
6  be used to guide PT-based dosing in patients treated
7  with rivaroxaban."
8          The data that you say can be used for PT-based
9  dosing comes from the FDA briefing document, Exhibit 7,
10  correct?
11      A.  Yes.
12      Q.  The FDA had that exact same data that you rely
13  on, correct?
14      A.  Yes.
15      Q.  But the FDA did not recommend PT-based dosing,
16  correct?
17      A.  I think when you -- probably they wrote
18  somewhere that -- when you say that, that's correct.
19      Q.  The warfarin label approved by the FDA does
20  require individualized dosing.  Are you familiar with
21  that?
22      A.  Yes.
23      Q.  But the labeling for rivaroxaban approves one
24  dose for AFib patients with normal creatinine clearance?
25      A.  The last part of the sentence?

1      Q.  Yeah.  The -- for rivaroxaban, the FDA approved
2  a fixed dose, correct?
3      A.  Yes.
4      Q.  Not individualized dosing?
5      A.  I think when you read --
6      Q.  Correct?
7      A.  I don't know whether or not to say yes.  That's
8  correct.
9      Q.  Okay.
10      A.  They did not propose individualized dosing.
11      Q.  On Page BB 045, 045.
12      A.  BB 045.
13      Q.  Uh-hum.  At the first bullet point on the top
14  of that page, the FDA reviewers' conclusion is stated,
15  quote, "Monitoring rivaroxaban therapy with sequential
16  prothrombin times to optimize safety outcomes cannot be
17  recommended due to a lack of information regarding."
18          And then they have two bullets.  Do you agree
19  with the FDA clinical reviewers' conclusion that
20  monitoring rivaroxaban therapy with sequential
21  prothrombin time to optimize safety outcomes cannot be
22  recommended?
23      A.  Well, I think it depends on, let's say, what
24  you recommend.  I would not recommend -- and this is
25  probably what the FDA is referring to -- just take

1  somewhere a sample of a patient at a particular time.
2  Don't do it at how many hours that is after dose and
3  determine a PT, and then, let's say, use this PT for
4  dosing.
5          I think, let's say, when you take PTs at a
6  fixed time interval after dosing, you can use a PT for
7  dosing individual patients.
8          So that is my statement, and you can judge
9  whether to disagree with the statement, yes or no.
10  Probably it disagrees.
11      Q.  Probably you disagree with the FDA?
12      A.  I disagree with the FDA when you say just,
13  let's say, measuring a PT somewhere and use that to
14  guide dosing, I would not do that.  My proposal is take
15  a fixed time interval after dosing, after the patient
16  took the drug in that time interval, determine the PT,
17  and use that PT for individual dosing.
18      Q.  Do you -- you do not recommend -- I understand
19  that you are recommending that prothrombin time should
20  be used initially to determine a patient's dose of
21  rivaroxaban; is that correct?
22      A.  Well, I'm not proposing that you use PT to
23  determine the dose or the exposure.  I am proposing that
24  you determine a PT when it's above a certain level,
25  there is overexposure and high risk of bleeding and no

1  gain in efficacy, and that when you are above a certain
2  threshold level of PT, then you reduce either dose or
3  you switch to another anticoagulant.  That's what I
4  propose.
5      Q.  Yeah.  My point is, you're recommending testing
6  prothrombin time at the beginning of therapy to
7  determine a dose, but not continued monitoring of PT
8  throughout the patient's time; is that correct?
9      A.  I explained, I think, a couple of hours ago
10  that I may distinguish between dose-finding and
11  monitoring.  Monitoring is what you do with vitamin K
12  because there is large intraindividual variation in
13  time.  I think explains by Bayer and whoever studied
14  this drug that there is limited intraindividual
15  variation.  So I think it is sufficient to, before you
16  start dosing someone, give a dose, determine the PT at a
17  fixed, defined time, and on the basis of that PT, decide
18  whether that patient gets too much rivaroxaban or
19  sufficient and no bleeding risk, and then on the basis
20  of that, once or twice determination, short after giving
21  the doses, you estimate a dose, and that's it, and then
22  no further monitoring.
23      Q.  So just to summarize, you're recommending using
24  prothrombin times to determine dosing, but you are not
25  recommending continued monitoring of prothrombin times

1 in patients with rivaroxaban?

2    A. Well, I -- I'm not recommending that. When I

3 myself would be prescribed rivaroxaban, I probably would

4 also want it lighter for myself. But I think this is a

5 sufficient first set of dose, knowing there is a

6 relatively small intraindividual variability sufficient

7 to do one or two assays at the beginning of therapy,

8 then determine the dose required or shift -- when there

9 is overdoses, shift to another anticoagulant, and that's

10 it. I don't think I use the word "monitoring" too

11 much. But anyway, this is my answer.

12    Q. On Page 21 of your report, you state -- at the

13 last paragraph in the middle, you say, "FDA reviewers of

14 the sponsor briefing document, as well as members of the

15 Cardiovascular and Renal Drugs Advisory Committee, noted

16 that twice-daily dosing might have been more safe and

17 effective than a once-daily dosing regimen."

18    Do you see that?

19    A. Yes.

20    Q. They were stating an unproven hypothesis,

21 correct?

22    A. Huh?

23    Q. They were stating a hypothesis that has not

24 been proven, correct?

25    A. This has not been proven. This is a suggestion

1 made by FDA reviewers and also members of a committee --

2 I don't know who were the members of the Cardiovascular

3 and Renal Drugs Advisory Committee -- noted that. And

4 there are also several scientific papers and literature

5 where people also suggest that twice-daily dosing -- and

6 I would also reduce the total daily dose at the same

7 time, yeah -- would be more advantageous to both

8 protection and bleeding risk.

9    Q. And one of those papers that you refer to is

10 the Graham that you cite in your study, correct?

11    A. Yes. That is a recent paper in a respected

12 journal, I think.

13    Q. The Graham authors, you say, quote,

14 "hypothesized that the more pronounced anticoagulant

15 effects observed during treatment with rivaroxaban may

16 be due to the fact that a higher rivaroxaban dose is

17 required for once-daily dosing compared with

18 dabigatran." Right?

19    A. Yeah.

20    Q. And, again, the Graham authors were stating an

21 unproven hypothesis?

22    A. Yes. When they use the word "hypothesized,"

23 then it's a hypothesis, yes. But the results of the

24 study were clear, I think.

25    Q. Well, the Graham paper did not provide data

1 about a twice daily --

2    A. No.

3    Q. -- regimen of rivaroxaban, do they?

4    A. (Witness shaking head.)

5    Q. There is no data --

6    A. Regretfully, they have no data, yeah.

7    Q. The FDA reviewers -- well, you have a graphic

8 on Page 22 of your report.

9    A. Yeah.

10    Q. And that comes from the FDA briefing document,

11 as well, correct?

12    A. Yes.

13    Q. It's on Page BB 035 of the briefing document?

14    A. Well, there are several FDA documents and

15 several places where you see that figure again and

16 again.

17    Q. Including on Page --

18    A. I copied it from one somewhere and referred to

19 where it was coming from. That's the figure.

20    Q. If you would please turn to BB 35 of Exhibit 7.

21    A. Where?

22    Q. 35, BB 35.

23    A. 35.

24    Q. The FDA reviewers say that, "Because neither a

25 BID regimen nor a lower total daily rivaroxaban dose was

1 tested in ROCKET, the implications of these two

2 different PD profiles with respect to efficacy and/or

3 bleeding cannot be assessed."

4    Do you agree with that statement?

5    A. I have to read again. Whether I agree with it

6 is -- well, it was not tested, so definite conclusions

7 cannot be drawn.

8    Q. Okay.

9    A. But in my opinion, let's say, data strongly

10 suggests that a twice-daily dosing with a reduced dose

11 will be efficacious and reduce bleeding risk, yes. So

12 that's my opinion, and I share that opinion with

13 colleagues in literature.

14    Q. The graphic that the FDA prepared that's shown

15 on Page BB 035 compares a once daily to a twice-daily

16 regimen at the same total daily dose, correct?

17    A. Yes. I think it's the same total daily dose.

18    Q. So putting to one side the question of reducing

19 the total daily dose, at the same total daily dose would

20 you agree that the implications of the once daily versus

21 twice-daily regimen cannot be assessed?

22    A. Repeat, please.

23    Q. Sure. Do you agree that at the same total

24 daily dose, it cannot be assessed whether once daily or

25 twice-daily rivaroxaban would be safer?

1    A.  I think without data, you have no definite
2    scientific proof.  But let's say knowing that peak
3    ratios are overexposure, I would like to reduce the
4    peak.  That's the main issue of twice-daily dosing, is
5    to reduce peak exposure, and I think peak exposure is a
6    risk.
7         So that is -- let's say what you do with twice-
8    daily dosing is reducing the peak of exposure, and I
9    think that is advantage for lowering risk of bleeding,
10   while it doesn't change the efficacy with respect to
11   stroke prevention.
12   Q.  Is it possible that the bleeding risk is
13   associated more with higher trough values than with
14   higher peak values?
15   A.  I think the peak value is associated with a
16   higher bleeding risk than the trough value.
17   Q.  Are you aware of literature that suggests that,
18   in fact, the bleeding risk for DOACs is more correlated
19   with higher trough values?
20   A.  That's impossible because when you have --
21   well, let's say higher trough value, I think -- let's
22   say peak value, you have a higher bleeding risk than the
23   trough value.  Yes?
24        So when you look at a rad curve, someone gets a
25   tablet of rivaroxaban, then the plasma level of

1    rivaroxaban goes up in two hours to 20 PT, or
2    rivaroxaban level.  I think at the peak you are at the
3    highest risk of bleeding, yes?
4         Then you go down and you go to trough.  And
5    then let's say the amount of rivaroxaban in the blood is
6    decreased, and with that, you decrease the bleeding
7    risk.
8         Of course, there is, then also the time
9    interval, how long are you in peak and how long are you
10   at a lower dose.  I think, let's say, in peak, you are
11   only, let's say, for half an hour, and then you're, for
12   half an hour, at risk.  And then let's say when you go
13   down at trough, you are, for a much longer time period,
14   at risk.
15        So it's also, let's say, when you talk about
16   the bleeding incidence, you should also include the time
17   factor.  When you expose someone for half an hour to a
18   high dose, well, there's half an hour risk.  But when
19   you expose someone for ten hours to a lower dose, there
20   is ten hours' risk.  Yes?  So the time factor should
21   also be included in your thinking about risk, yes.
22   Q.  The last sentence of the FDA's -- of the
23   paragraph on Page BB 35 states, "A BID -- Alternatively
24   a BID dosing schedule, with its higher trough values,
25   might exacerbate this bleeding proclivity if the same

1    total daily dose is used."
2         In your view, is it impossible that a BID
3    dosing schedule with higher trough values might
4    exacerbate bleeding?
5    A.  Well, I agree that when you give the same daily
6    dose twice, that the trough level is higher than with a
7    single daily dose.  And I think when the trough level is
8    higher at twice-daily dosing than at a single dose, and
9    the trough level is higher, the risk of twice-daily
10   dosing of bleeding, yeah, is higher at trough than with
11   single dosing.  And that's why I also propose in my
12   report to reduce the total daily dose, yes.
13   Q.  Okay.  So you agree that at the same total
14   daily dose, the bleeding might be exacerbated by a twice
15   daily as opposed to a once daily if it's correlated with
16   the trough?
17   A.  At single dosing, there is a period near the
18   peak where you're exposed to a higher bleeding risk
19   compared to twice-daily dosing because the peak is
20   lower.  When you look at the troughs, that's another
21   period -- twice-daily dosing gives higher trough values
22   than single daily.  And in that period, twice-daily
23   dosing, with the same daily dose, you are exposed to a
24   higher bleeding risk.
25        This is one and one is two for me.  That's why

1    I propose not only to go to BID dosing, but also reduce
2    the risk -- to reduce the total daily dose.  And the
3    reason for reducing the total daily dose is to reduce
4    the trough level, because then you are quite some time
5    exposed to trough levels.  Yes?
6         I hope that I'm clear.
7    Q.  I think you're agreeing with me, that if you do
8    not reduce the total daily dose, it's possible that the
9    twice-daily regimen, at the same total daily dose, would
10   be associated with more bleeding?
11   A.  There are periods, then, that, let's say,
12   twice-daily dose gives a higher risk of bleeding than a
13   single-daily dose.
14   Q.  On Page 21 of your report, you discuss the --
15   well, actually, first, let me show you something
16   different.
17        (Rosing Exhibit No. 8 was marked for
18   identification.)
19   Q.  Exhibit 8 is an article from The Wall Street
20   Journal entitled "Analytical Trend Troubles Scientists."
21   And you can take your time to read the article if you'd
22   like.  The part I'm going to ask you about is on the
23   second page, and it states --
24        MR. McWILLIAMS:  If you haven't read this
25   before --

1      THE WITNESS: I haven't read it before. I'm
2  sorry. I read the first thing and --
3      MR. McWILLIAMS: Give him a moment to read it,
4  please.
5      THE WITNESS: Huh?
6      MR. McWILLIAMS: I'm just telling him to give
7  you a moment.
8      THE WITNESS: Yeah. I don't know if I want to
9  read it.
10     A. Let's first come with your question.
11 BY MR. OUWELEEN:
12     Q. I'll tell you the question first, and then if
13 you feel you need to read the whole article, then go
14 right ahead.
15     A. I don't know if I feel like reading large
16 documents at the moment.
17     Q. Okay. I think you'll probably be able to
18 answer the question without reading it, but we'll see.
19     What it says is, on the third paragraph from
20 the bottom on the second page --
21     A. Of which page?
22     Q. Second page.
23     A. The one that is this page?
24     Q. Yeah, yes.
25     A. Yes.

1      Q. It says on the third paragraph from the bottom,
2  "While the gold standard of medical research is the
3  randomly controlled experimental study, scientists have
4  recently rushed to pursue observational studies, which
5  are much easier, cheaper, and quicker to do."
6      Do you agree that randomly controlled
7  experimental studies are the gold standard of medical
8  research?
9      A. Randomly controlled experimental study. To be
10 honest, it is not clear to me what is exactly meant with
11 "randomly controlled experimental study." Maybe you can
12 explain.
13     Q. I'm reading the same article you are.
14     A. I'm just looking to that statement, yeah. And
15 observational studies are cheaper. Costs for typical
16 controlled trial, high, in the millions. Probably,
17 let's say, when the study is larger, costs are much
18 higher.
19     Q. My question --
20     A. And we try to do a simple study, which costs
21 less, and that's maybe on observational study. But to
22 be honest, I don't know exactly the definition of an
23 observational study -- let's say, what are the limits
24 and -- of the other kind of study, which is a randomly
25 controlled experimental study.

1      Q. You don't know the difference between an
2  observational study and the --
3      A. When you tell me the definition, then I can
4  answer that. I have to be very careful on this. Yes?
5      Q. Do you have in mind a definition of what an
6  observational study is?
7      A. Well, you probably select a number of patients,
8  and then you're going to observe something in a group of
9  patients. That's probably an observational study.
10     Randomly controlled experimental study is
11 probably you take a number of patients, and you
12 prescribe them one drug, and you prescribe them other
13 drug, and then you compare the effect of the drug in the
14 population prescribed that drug with the population
15 prescribed in other drug, where you randomly prescribe a
16 drug to individuals. That's one. And then it is
17 controlled and probably experimental.
18     So I think that is the difference by just
19 taking somewhere a group of patients and observe what
20 happened there. And the other one is -- randomly means
21 you randomly assign a drug to individuals. You get two
22 populations. That's randomly controlled. And then you
23 look to the effect of the drug. I think that's the
24 ideal study.
25     Q. Okay. So with that understanding, you do

1  agree, then, that, in the way that you've just defined
2  your understanding of randomly controlled experimental
3  study --
4      A. I'm sorry that we have to clarify what we are
5  talking about.
6      Q. No problem. But as you understand the term
7  "randomly controlled experimental studies," you do agree
8  those are the best kind of medical research, correct?
9      A. Yes. For instance, I think, let's say -- then
10 you can confirm it. I think the ROCKET is a randomly
11 controlled experimental study.
12     Q. Right.
13     A. You take, what was it, 7,000 people. 3500 get
14 warfarin. 3500 get rivaroxaban. And you are going to
15 wait for one year, and you're going to count stroke and
16 bleeding and compare the two drugs. That's the best
17 study.
18     Q. Right. And then the observational study, based
19 on the understanding that you described a moment ago,
20 would you agree with the last -- first sentence in the
21 last paragraph here in the article, where it says,
22 "Observational studies, researchers say, are especially
23 prone to methodological and statistical biases that can
24 render the results unreliable."
25     A. Where are we now?

1    Q.  The first sentence of the last page of Page 2
2  of Exhibit --
3    A.  But observational studies -- I am not perfectly
4  clear what observational study is.  Let's say a randomly
5  controlled experimental study, I understand.  I see the
6  power of it.  Observational studies, researchers say,
7  are especially prone to -- when experts say that, I
8  agree with that, yeah, not exactly seeing what the
9  definition of an observational study.  But let's go
10  ahead, because otherwise, we stop here.  Yes?  Stop
11  here, and that's not what you want, I think.
12    Q.  I just want to be clear with what you're
13  agreeing to.  Based on what your understanding is of
14  observational studies, you are inclined to agree they
15  are prone to methodological and statistical biases?
16    A.  Yeah.  When you give me an example of an
17  observational study, then we can get more definite in
18  this discussion, I think, yes.  So I agree with randomly
19  controlled experimental study, that's the golden
20  standard in medicine.
21    Q.  All right.  Well, that's -- your idea of
22  looking at an example of an observational study is a
23  fine one.
24      (Rosing Exhibit No. 9 was marked for
25  identification.)

1    Q.  Exhibit 9 is the Nakano study that you cite in
2  your report, correct?
3    A.  Yes.
4    Q.  And on Page 21 of your report, you state
5  that -- in the second paragraph, "The applicability of
6  the PT assay to screen patients for bleeding risk during
7  rivaroxaban treatment is also supported by, quote, real
8  life observations of Nakano, et al."
9      And then you have a citation to Rosing Exhibit
10  9, right?
11    A.  Yes.
12    Q.  The Nakano authors did not claim to have proven
13  that a prolonged PT predicts increased risk of bleeding,
14  did they?
15    A.  Well, I don't know how they state it.  I mean,
16  what they show is that when you have a population of
17  patients treated with rivaroxaban, and you measure the
18  PT in these patients -- in this group of patients
19  treated with rivaroxaban, and you look at bleeding and
20  you determine PT, then let's say the patients with high
21  PT, high prothrombin time, there is a higher percentage
22  of bleeding than in the patient group with the lower PT.
23      That's what they observed, yeah.  And let's say
24  for me, this means that people with a high PT have a
25  higher risk of bleeding than people with a low PT, also

1  in this population, yes.
2    Q.  If you look at the abstract, under
3  "Conclusions" they state, "In January these patients
4  with nonvalvular atrial fibrillation receiving
5  rivaroxaban, a prolonged peak PT greater than or equal
6  to 20 seconds could indicate increased risk of
7  bleeding."
8      Do you see that?
9    A.  Yes.
10    Q.  They are not claiming to have proven that
11  patients with a PT greater than or equal to 20
12  seconds, in fact, have increased risk of bleeding, are
13  they?
14    A.  Well, proven.  They show it, so -- and then --
15  well, to use the word "could indicate," that's a kind of
16  internal contradiction, I think, because indicate is
17  show and could show, well, this is a bit vague term, I
18  think.
19      I just look at the data, and I see that, let's
20  say, high prothrombin time in this population predicts
21  risk of bleeding compared to the low prothrombin time.
22  That's, let's say, what I select from this patient.
23      And then the words "could indicate," well,
24  indeed, I think translated from English, that means --
25  there is probably a difference between "could indicate"

1  and "indicate."  Yeah.  I never used the words "could
2  indicate" in a combination.
3    Q.  Okay.  Well, let's have a look at some
4  different words.  On Page 189 --
5    A.  189?
6    Q.  Yeah.
7    A.  Of this paper?
8    Q.  Of Nakano.
9    A.  Yes.
10    Q.  The Nakano authors say, in the second-to-last
11  paragraph down here --
12    A.  Yes.
13    Q.  -- that, "Although the number of events was
14  small, clinicians should be aware that rivaroxaban
15  patients with peak PTs greater than or equal to 20
16  seconds may be at increased risk of bleeding."
17    A.  Yes.
18    Q.  They're not claiming -- there, they're stating
19  a possibility that patients with increased PTs may be at
20  an increased risk of bleeding, not definitive proof,
21  right?
22    A.  This sentence or paragraph suggests not
23  definite proof.
24    Q.  Okay.  The numbers in the Nakano study are too
25  small to establish proof that PT greater than 20 seconds

1    is correlated with increased risk of bleeding aren't
2    they?
3        A.  Well, I don't know whether they -- I think they
4    also did a significance calculation.
5        Q.  You would agree that the Nakano study is not a
6    randomly controlled experimental study, right?
7        A.  No, of course not, because you are not
8    comparing rivaroxaban to another drug.  So let's say
9    there's a big difference between the objective of the
10   ROCKET, where you compared two drugs in a randomly
11   controlled experimental trial.  That's one where you
12   report two drugs.
13       This, of course, is another study that just
14   focused on patients with rivaroxaban.
15       This is also what I do in my report.  When I
16   discuss the prothrombin data, I'm not paying any
17   attention to the warfarin part of the study.  I'm only
18   focusing on the rivaroxaban efficacy, stroke, risk of
19   bleeding, in relation with PT.
20       That's what I also do here in a smaller
21   population.  They focus on rivaroxaban treatment of
22   patients, prothrombin time, and bleeding.  Yes?  And
23   that's the same as, let's say, the rivaroxaban part of
24   the ROCKET study.  Yeah?
25       Q.  Yeah.  I want to redirect you to the question I

1    asked.  I was just asking about -- I was not asking
2    about whether your report discusses warfarin.
3        A.  No.  I just refer to, let's say, the comparison
4    of observational and randomly controlled, the difference
5    between ROCKET, which has an aim of comparing two drugs,
6    and this is another study, of course, that -- which is
7    not a randomly controlled trial, because they take only
8    one drug, and they are not comparing it to another drug.
9    Well, there, you cannot speak of a randomly controlled
10   trial because there is only one drug there.
11       Q.  So just to be clear, in case the jury is still
12   uncertain about this, Nakano is an observational study,
13   not a randomly controlled clinical study, right?
14       A.  No, because there are not two drugs which we
15   compare.
16       Q.  When you say "no," you're actually agreeing
17   with me, right?
18       A.  Okay.  I will say, no, it's not a randomly
19   controlled experimental trial, yes.
20       Q.  Thank you.  Nakano?
21       A.  Nakano, yes.
22       Q.  Nakano is observational study?
23       A.  That's another conclusion.  Probably, according
24   to the definition, this is an observational study.
25       Q.  If you have a look at Page --

1        A.  When they say it's an observational study, I
2    agree.  Sorry for that.
3        Q.  The Nakano study had a total of 136 patients --
4        A.  Yeah.
5        Q.  -- right?  It says on Page 186.
6        A.  Yeah.
7        Q.  And of those, they were only able to collect
8    blood accurately at times, corresponding to the trough
9    and peak concentrations of rivaroxaban, for 48 patients,
10   right?
11       A.  So, yeah.  I didn't look carefully, but you say
12   48 patients.  You're right.
13       Q.  And then of the 25 patients -- if you look on
14   Page 188, of 25 patients who had bleeding events, you
15   can see in this first paragraph here, they only had
16   accurate coagulation function tests of peak PT for 15 of
17   the 25 patients who suffered bleeding events, right?
18       A.  (Reading.)  So there are a lot of other
19   patients which they didn't determine -- or there are ten
20   patients in which they did not determine a PT, so they
21   are outside the analysis, I think.
22       Q.  Right.  So of 136 patients in the study, they
23   only had data about bleeds and PT for 15 patients,
24   correct?
25       A.  Yes.

1        Q.  And the PT was measured at some point after two
2    weeks after the start of treatment, right?
3        A.  Yes.
4        Q.  And so like in ROCKET, the timing of the PT
5    sample was independent of when the bleeding occurred?
6        A.  We discussed that before.
7        Q.  But it's true in Nakano, too, correct?
8        A.  It's almost impossible to have a plasma sample
9    the day before bleeding because you never know when it
10   occurs.
11       Q.  Right.
12       A.  So that is not a surprise that, let's say, the
13   coagulation data are not on the day of the incident or
14   the bleeding.
15       Q.  Would you agree that prothrombin times can
16   differ depending on which thromboplastin reagent you
17   use?
18       A.  Yes.
19       Q.  And even with one type of reagent like
20   Neoplastin, there's variation from batch to batch,
21   right?
22       A.  Well, let's say when you compare different
23   batches of Neoplastin, there can be batch-to-batch
24   variation, and yes.
25       Q.  And you suggest in your report that these

Page 194

1    variations might be accounted for by using an INR value
2    using an ISI for the thromboplastin preparation that
3    would be specifically determined for rivaroxaban?
4        A.  I think that will improve the analysis, yes.
5        Q.  INR stands for international normalized ratio,
6    correct?
7        A.  At least everybody associates that with
8    vitamin K antagonists.
9            Yes, that stands for INR.
10       Q.  And ISI stands for International Sensitivity
11   Index?
12       A.  Yes.
13       Q.  The INR is calculated as the ratio of a
14   patient's PT to a normal control sample raised to the
15   power of the ISI value for the analytical system being
16   used, correct?
17       A.  Correct.
18       Q.  The INR values and ISI values that exist for PT
19   assays were developed, as you mentioned, for vitamin K
20   antagonists like warfarin, correct?
21       A.  Correct.
22       Q.  They cannot be used for rivaroxaban or other
23   novel oral anticoagulants?
24       A.  You can use them, but I think you have to be
25   very careful.  I should not use them.  You can do

Page 195

1    everything, but I would not do it.
2        Q.  And there are not yet INR values or ISI values
3    available for measuring rivaroxaban using PT values, are
4    they?
5        A.  Well, I'd carefully have to read the papers
6    of -- I think it's Hollenberg and Tripodi who
7    suggested -- and I agree with that -- that, let's say,
8    instead of taking a prothrombin time or a prothrombin
9    time ratio in case of rivaroxaban treatment, that it
10   would be better, when you start using different
11   thromboplastins, to also determine an ISI value for
12   rivaroxaban for a particular thromboplastin to correct
13   prothrombin time or prothrombin time ratios in order to
14   -- are you still with me --
15       Q.  Uh-hum.
16       A.  -- in order to allow, let's say, comparison of
17   different thromboplastins.  That is the message of the
18   paper of Tripodi and Hollenberg.
19       Q.  That paper is suggesting that somebody should
20   develop ISI values for rivaroxaban, correct?
21       A.  I agree that that will improve, let's say, the
22   analysis of the correlation between prothrombin time and
23   risk of bleeding.  And that is particularly important
24   when you start using different thromboplastins for --
25   well, that is important, of course.  When you would only

Page 196

1    use one thromboplastin, Neoplastin, you're reasonably
2    safe without an INR value.  Yeah?  But still, there is
3    batch to batch, so you will, let's say, get a more
4    accurate determination of the effect of rivaroxaban on
5    the PT when you would have an ISI.  I agree about that.
6        Q.  But as you sit here today, those ISI values or
7    INR values for rivaroxaban have not yet been determined?
8        A.  I have to look that up in the papers of
9    Tripodi, whether they give real numbers for a
10   particular -- for a particular thromboplastin.  But
11   theoretically, that is, let's say, the best you can do,
12   and that's why they did it for the INR, yes.
13       Q.  As we sit here today, are you aware of ISI
14   values or INR values for rivaroxaban?
15       A.  Well, no.  So I am -- no.
16       Q.  Is it true that PT is an assay that focuses on
17   the extrinsic pathway of coagulation?
18       A.  Yes.
19       Q.  Not the intrinsic pathway?
20       A.  Not the intrinsic.
21       Q.  And a Factor Xa inhibition affects both the
22   extrinsic and the intrinsic coagulation pathways,
23   correct?
24       A.  Well, when you look at the intrinsic pathway
25   and you don't think about the extrinsic pathway, Factor

Page 197

1    Xa is in the path of intrinsic pathway, yes.
2            So the intrinsic pathway starts with a number
3    of other coagulation factor activations.  And then
4    finally you get Xa and you get thrombin.  The extrinsic
5    pathway comes from another side issue factor, VIIa, X,
6    Xa.
7            So there are two pathways to make Xa.  So
8    strictly spoken, Xa is an intermediate coagulation
9    factor in both pathways.  I have to think about that
10   for --
11       Q.  Yeah.
12       A.  -- for definition, yeah, because Xa is at a
13   point where the two pathways meet.  So I think by
14   definition, it's a component in both pathways.
15       Q.  So now that you've gone through that, do you
16   agree that Factor Xa inhibition affects both the
17   extrinsic and the intrinsic coagulation pathway?
18       A.  When you measure the intrinsic coagulation
19   pathway in the intrinsic clotting assay like the aPTT,
20   Xa is there.  Inhibitors of Xa you can pick up also with
21   the aPTT with the intrinsic pathway, yes.
22       Q.  You're agreeing with me?
23       A.  I agree fully.
24       Q.  PT assays lack sensitivity at low rivaroxaban
25   concentration levels, correct?

1    A.  Yes.

2    Q.  For example, Neoplastin can only measure plasma

3  levels down to approximately 50 micrograms per liter.

4    A.  Well, I don't know the exact number, but let's

5  say it is inherent to the test when you do that with

6  undiluted tissue factor, undiluted PT, as is used in the

7  INR determination, well, the test is insensitive to low

8  levels of rivaroxaban, yes.

9    Q.  Do you have any idea how widely available the

10  Neoplastin reagent is?

11    A.  I have no idea.  I think when I would like to

12  order Neoplastin, that's not a problem.  I go to the

13  company and I say, "Please send me Neoplastin," and they

14  will be very happy to send me Neoplastin.

15    Q.  Do you know if it would be feasible for all

16  laboratories testing PT in patients on rivaroxaban all

17  to use Neoplastin?  Do you know if there's enough

18  Neoplastin produced for all the laboratories testing PT

19  to use Neoplastin?

20    A.  I think that the company produces Neoplastin as

21  much as they need for their -- for their clients, and

22  when they've got more clients they probably will -- very

23  likely will make more Neoplastin.

24    Q.  Do you have any idea how much Neoplastin they

25  can make?

1    A.  I have no idea.  I also have no idea how much

2  is used in -- but I tell you that when we would order

3  Neoplastin they'll probably have it in three days

4  probably.

5    Q.  Okay.  Are there different types of Neoplastin?

6    A.  I think there are probably different types of

7  Neoplastins, yes.

8    Q.  Have you read publications that -- that

9  conclude that a PT assay is not a suitable test for

10  measuring rivaroxaban?

11    A.  I have seen papers and read papers where they

12  say PT is not a proper test for quantifying rivaroxaban

13  levels.

14    Q.  Have you seen any papers that conclude that PT

15  is a suitable test for measuring rivaroxaban?

16    A.  Yeah, well, I think I -- I show in my Figure

17  3AB, Page 13 of my report, I show the dependency of the

18  prothrombin time, this is the ratio.  Say as a rule of a

19  thumb you can multiply the ratio with ten and then you

20  have the PT, yes.

21    And I show here let's say the dependency of the

22  prothrombin time of a measurement on the rivaroxaban

23  level in plasma, and then you see a nice linear

24  correlation between the rivaroxaban level and the

25  prothrombin time going up with increasing rivaroxaban

1  for particularly the Neoplastin Plus it is, and another

2  one is higher, and it's a bit difficult to see.  I think

3  it is recombiplastin, yes.

4    But let's say I focus on the Neoplastin, which

5  has the highest sensitivity for rivaroxaban, because

6  according to the papers and reports, this is the

7  thromboplastin that is used in the ROCKET and in the

8  pharmacodynamic and pharmacokinetic studies of Bayer.

9    Q.  The -- the data that you cite in Figures 3A and

10  B is from a paper by Samama.

11    A.  Huh?

12    Q.  The data in Figure 3AB in your report --

13    A.  Yes.

14    Q.  -- is from a paper by Michelle Samama, correct?

15    A.  Yeah.  Yes.

16    Q.  And I actually don't have that one with me, but

17  I do have a different Samama paper.

18    A.  Yeah, that's a problem, yeah.

19    MR. McCAULEY:  I have it.

20    MR. OUWELEEN:  You have it?

21    MR. McCAULEY:  If you want.  I think I have it

22  in the other room.

23    MR. OUWELEEN:  We can get it at a break.

24    Q.  That Samama paper that's in the other room does

25  not recommend the use of PT to measure rivaroxaban, does

1  it?

2    A.  Well, there are two discussion papers.  I think

3  in -- I think it was the Journal of Thrombosis and

4  Hemostasis, because I always mix them up, Thrombosis and

5  Hemostasis, because I separate it and I don't know

6  exactly -- remember when they separated.

7    In these journals there are two discussions

8  papers, I think Samama and Tripodi, and they discuss

9  what is the best test for measuring, in a clotting test,

10  rivaroxaban exposure.

11    And I think Tripodi argues that the prothrombin

12  time is the best test and Samama argues that the Xa-I

13  BIOPHEN, or I forgot the telephone number, yeah, that

14  the classical BIOPHEN test is the best test.

15    So it is a discussion paper, and well, actually

16  in these two papers you should distinguish between let's

17  say using a test to quantify the rivaroxaban level and

18  tests that measure the effect of rivaroxaban on

19  clotting, on the clotting system.

20    And the prothrombin time measures the effect of

21  rivaroxaban on the clotting of an individual.  The

22  BIOPHEN rivaroxaban assay doesn't tell you anything

23  about what's the effect of rivaroxaban on the clotting

24  of blood of that particular individual.

25    Because what the BIOPHEN assay does, it takes

1    the blood of a patient with rivaroxaban, it dilutes
2    that, and then we go, you dilute it and then you lose
3    sensitivity of the test for what rivaroxaban really does
4    in plasma and it only quantifies rivaroxaban levels.
5        So the BIOPHEN test test gives a very close
6    correlation, almost a straight line with all data points
7    on it, between the level in blood and the outcome of the
8    test. But that doesn't tell you anything about what the
9    rivaroxaban does in the blood of the patient because you
10   highly dilute it.
11       And this is actually the difference in
12   argumentation between Tripodi and Samama in these two
13   discussion papers. One actually is referring to
14   accurately quantifying the number of molecules and the
15   level, while the other one, Tripodi, prothrombin time
16   also includes what that rivaroxaban is actually doing on
17   the clotting of the blood of that particular individual
18   patient.
19       I hope that I'm clear, yeah, why -- what was
20   this discussion, why Samama said I like the BIOPHEN Xa
21   test to accurately determine the concentration, the
22   number of molecules, while the other one is saying, more
23   practical, I'm interested in what it does in the blood
24   of the patient, how it affects clotting, and then you
25   should use prothrombin time. So this is the discussion

1    why Samama at another moment says BIOPHEN is better than
2    prothrombin time for accurately quantifying numbers.
3     Q.  The BIOPHEN assay measures Factor Xa
4    inhibition, does it not?
5     A.  Yes, in a diluted plasma sample.
6     Q.  It does not directly measure the concentration
7    of rivaroxaban, correct?
8     A.  Well, with that it has a very good correlation
9    with the level. You see that in the figure I think
10   whether you use the BIOPHEN assay or the STA-Liquid
11   Anti-Xa, that is a very much similar assay, you see a
12   very good correlation between the level determined with
13   the golden standard, Figure 2 on Page 13 of my report.
14      You see a very good correlation between
15   rivaroxaban levels determined with the golden standard,
16   and that determines with the STA-Liquid Xa, which is an
17   assay very much similar to the BIOPHEN. I could have
18   also shown figures for the BIOPHEN, which are very much
19   similar, so a very good correlation between test outcome
20   and level.
21     Q.  I understand it has a good correlation, but it
22   does not directly measure the concentration of
23   rivaroxaban, correct?
24     A.  Well, no, not directly. I mean, indirectly.
25   But when it shows a good correlation with a direct

1    measurement, you can also use, let's say, the STA-Liquid
2    or BIOPHEN for quantification.
3        MR. OUWELEEN:  Let's go off the record just for
4    a minute.
5        (Recess from 3:35 p.m. until 3:45 p.m.)
6        MR. OUWELEEN:  Just a bit of housekeeping.  I
7    did not have the Bates number for Rosing Exhibit 3
8    earlier, which is the summary of Clinical
9    Pharmacology Study 2.7.2.  It appears the Bates
10   number for that is -- is Xarelto_BHCP_01162465.
11       MS. SAY:  01162465, is that what you said?
12       MR. OUWELEEN:  Yes.
13       MS. SAY:  And that's BHCP?
14       MS. TINKHAM:  Correct.
15       MR. OUWELEEN:  BHCP_01162465.
16         CROSS-EXAMINATION
17   BY MR. McCAULEY:
18     Q.  Okay.  Dr. Rosing, good afternoon.
19     A.  We are refreshing.
20     Q.  It's been a long day.
21     A.  (Laughter.)  I should also hire a colleague who
22   takes over and I relax.
23     Q.  You should do that.
24      So, Ned, have you had a chance to hear from
25   your office?

1       MR. McWILLIAMS:  Yes, sir.  Please, go ahead
2    and ask questions and I'll provide appropriate --
3       MR. McCAULEY:  Okay.
4    BY MR. McCAULEY:
5     Q.  Doctor, with respect to your involvement in
6    Pradaxa litigation, I think you said you had been
7    consulted in that litigation?
8     A.  Yes.
9     Q.  Did you provide a written report?
10     A.  I provided written reports.
11     Q.  Multiple reports?
12     A.  Huh?
13     Q.  Multiple reports?
14     A.  Well, I think, like in the rivaroxaban case, I
15   provided, let's say, a number of reports, yes.
16     Q.  Okay.  Well, you only provided one report here
17   but multiple drafts, you were saying?
18     A.  Yes, so that I provided, let's say...
19     Q.  Okay.  And was your -- how much did you get
20   compensated in the Pradaxa litigation, approximately?
21     Was it 50,000, 100,000?  How much money?
22     A.  It may surprise you.  Maybe the same as here.
23   I don't know exactly how much time I spent.
24     Q.  And what was the -- how long was your
25   involvement in Pradaxa, or is it ongoing?

1    A.  I wasn't consulted for a couple of years
2  anymore, I think, about Pradaxa.  I'd have to look up,
3  let's say, in my E-mails when I save them when was the
4  last contact about Pradaxa, but this is quite some time
5  ago and not involved in it anymore.
6    Q.  All right.  And were you working with the same
7  lawyers that you're working with here in rivaroxaban?
8    A.  I think we were -- I was working with the same
9  law firms, at least, yes, so...
10    Q.  Was your report -- I know you had multiple
11  drafts, but did you issue a final signed report in the
12  Pradaxa litigation?
13    A.  Yes, I think I issued a final report that I
14  signed in the litigation.
15    Q.  Doctor, how much of your annual income is --
16  what percentage of your annual income is derived from
17  matters in litigation, let's say, for 2016?
18    A.  Well, in 2016, total consultancy is, well,
19  probably 40 percent or something like that at present.
20    Q.  40 percent of your --
21    A.  Yeah.  So let's say there is high activity and
22  I'm retired, so my pension is lower than my salary.  So
23  I can provide you accurate numbers, yeah; but I'm not a
24  bookkeeper, yeah, that I know exactly, this is my brute
25  income.  I have to pay a lot of tax.

1    Q.  And I'm not interested in your taxes.
2    A.  No.  Well, let's say there is a brute income
3  and a net income, and the net income and the net loss is
4  about 45 percent of what you -- so when you see here an
5  invoice, more than 50 percent of this goes to the Dutch
6  tax, yeah.  And this is the top of my income.  So let's
7  say the other income is my pension, which has another
8  tax percentage than this.  So let's say that is -- but I
9  don't know when you add up all this in 2016.
10    Q.  Well, I don't --
11    A.  Well, you like to have numbers, so then we go
12  now, yes?  So I can see 2016 in this case.  Yeah, it is
13  a thousand and 30,000, which is 31.
14      And let's -- well, let's say it's probably half
15  of my brute income; but net income, it is less because
16  it is taxed at 50 percent and the other income is --
17    Q.  You're saying "brute" income.
18      Does that mean gross income?
19    A.  Huh?
20    Q.  Brute?  It sounds like you're saying "brute."
21    A.  Well, bruto.  We call that -- bruto is total
22  income before tax.
23    Q.  Gross income.
24    A.  Oh, you call it "gross income."  Sorry for
25  that.  I was not allowed to take a dictionary.

1    Q.  That's all right.
2      Well, Doctor, has that been the case for some
3  time, that half of your brute income is derived from
4  matters in litigation, or is it just this year?
5    A.  Well, it depends on the year, yes.  It has LN
6  around periods, that there is no consultancy, and there
7  is periods there is consultancy.  I do not carefully
8  keep track of it, let's say, what period.
9      But 2016, that is the Pradaxa.  There is
10  activity in 2014.  Sorry.  This is Xarelto.  There were
11  activities -- and I don't remember the exact year --
12  with respect to Pradaxa, yes.  So it is part of my
13  income; and I don't know exactly, let's say, in which
14  year it is what part of my income.
15    Q.  Doctor, can you tell me, do you do litigation
16  consulting in European litigation, either U.K. -- I'm
17  talking U.K. or mainland Europe or Eastern Europe, any
18  European consultancies?
19    A.  Well, I think, you know, mainly U.S. litigation
20  because, let's say, it was -- and I described it -- it
21  is described in my -- somewhere in the appendixes, the
22  Yaz case, which is oral contraceptives.  We know each
23  other about -- I think in that case.  It was, I think, a
24  U.S. litigation.
25      And the Pradaxa was a U.S. litigation, and

1  Xarelto is a U.S. litigation.
2    Q.  Are those the only --
3    A.  And I'm not aware that we do have the same kind
4  of litigations in Europe.
5    Q.  So is the answer you haven't, to your
6  recollection, ever done any consultancies in Europe?
7    A.  Yeah, maybe in the -- well, not, let's say,
8  feeling that I was an expert witness in litigation.  I
9  know that I was approached by U.K. lawyers -- but that's
10  a long time ago -- with respect to the pill thrombosis
11  problem, yeah.  And that I remember were European
12  lawyers.  I was not interested in what sides the lawyers
13  came from, because they were interested in our data with
14  respect to thrombosis pill and what we measured in pill
15  populations.  Actually, I don't ask for whether they are
16  for the defendants or the plaintiffs.
17    Q.  Were you engaged in that case with the U.K.
18  lawyers, Doctor?  Did they hire you?
19    A.  I don't feel then that is hiring.  They just,
20  let's say, asked me for information, and then there is a
21  kind of hourly rate, and I gave that information,
22  explanatory what -- explaining what we did and what was
23  the meaning of the coagulation test, APC resistance,
24  pill thrombosis --
25      THE REPORTER:  I'm sorry, what?

1    THE WITNESS: Oh, sorry.

2    MR. McCAULEY: Yeah. That's all right.

3    Q. Doctor, I don't really need to know the

4  specifics of it. I understand --

5    A. Well, for me, it's important, yeah.

6    And then I was a consultant and asked for

7  information. They paid me an hourly rate for this

8  information. I don't know whether it ever ended up in a

9  litigation, yes or no.

10    Q. Okay. Now, Doctor, other than the YAZ and the

11  Pradaxa and the Xarelto litigation consultancies, have

12  you had any other litigation consultancies -- without

13  telling me what they are, have you had any others in the

14  United States, or is it just those three?

15    A. Well, in the United States, I think there were

16  Pradaxa, YAZ. Currently I'm also consulted about a

17  patent problem in which I was involved, let's say, in

18  experiments that were the basis of a patent and now

19  there is a patent problem and they are asking me as a

20  consultant about, let's say, this is a drug or a

21  compound that is used for preventing bleeding in

22  hemophiliacs. That is a patent case. I did experiments

23  on that with a company. That company is involved in a

24  patent problem, and they are consulting me again for the

25  meaning of the experiments that were done. I don't know

1  whether it's U.S. or whether it will end up in

2  litigation, whether it's U.S. Euro, or outside Euro.

3    Q. Doctor, has any pharmaceutical company

4  consulted you specifically with respect to

5  anticoagulation issues?

6    A. No.

7    Q. All right. Other than this matter where there

8  was a patent involved, have you been consulted in any

9  way by pharmaceutical companies?

10    Have you been a consultant for pharmaceutical

11  companies?

12    A. No.

13    Q. Have you been an advisor to the FDA or to --

14    A. No.

15    Q. -- or to any governmental regulatory authority?

16    A. No.

17    Q. And that includes no governmental regulatory

18  authorities in Europe, either, right?

19    A. Well, I have to be careful with saying no. I

20  would quickly say no, but I remember in the pill

21  thrombosis, I have been at a meeting of the EMA, or EMA

22  in London, where there was a discussion about how to

23  measure risks of thrombosis in different pills.

24    Q. Are you talking about --

25    A. So this is -- this is in the '90s.

1    Q. Okay. And that's the only one you can think

2  of?

3    A. Huh?

4    Q. Is that the only one you can think of?

5    A. At the moment, yes, yes.

6    Q. All right.

7    A. I have to be careful, but that is 10 or 15 or

8  20 years ago; and that was probably a regulatory

9  authority, the EMA or the CP&P, in London. I had been

10  at the meeting as an expert.

11    Q. Do you teach at any medical schools, teach

12  medical students?

13    A. Not anymore, but I teach medical students at

14  the university when I was still active as a professor.

15  I'm now retired in emeritus, still active in research

16  but not active in teaching anymore; but I teach medical

17  students, yes.

18    Q. When was the last time you were active in

19  teaching medical students?

20    A. Well, I officially retired in 2011; and after

21  that, I did not teach anymore. So before that, I was

22  involved more or less in teaching, more heavily in daily

23  teaching when I was younger; but let's say my teaching

24  obligation ended when I retired in 2011.

25    Q. All right. Doctor, I want to ask you some

1  questions about -- because I don't -- I'm terribly

2  ignorant about these matters, and you seem to be someone

3  who might have some knowledge on these.

4    A. About what?

5    Q. Prothrombin time.

6    Let's talk about that for a minute, okay?

7    A. Yes.

8    Q. In an individual, Doctor -- and let me give you

9  an example. If I go to the doctor -- I generally have

10  low blood pressure. I'm lucky. But my blood pressure

11  is different every time it gets measured. Sometimes

12  it's 115/85, sometimes it's a different number.

13    Is it like that with prothrombin time in an

14  individual, that they will have varying prothrombin

15  values depending on the day or -- or -- I don't know,

16  depending on whatever factors you can think of?

17    MR. McWILLIAMS: Object to form.

18  BY MR. McCAULEY:

19    Q. Or will a person have the same -- let's -- the

20  person I'm talking about is a person who's not taking

21  anticoagulants, and he gets measured on Week 1 for

22  prothrombin time. When he comes back the next week, no

23  anticoagulants, is he going to have the same prothrombin

24  time, the exact same?

25    A. Well, not exactly because when you have a

1  prothrombin time of 10.8 or, let's say, 12.5 seconds on
2  Day 1, you will not have exactly a prothrombin time of
3  12.5 seconds at the same visit -- at a later visit.
4      Q.  So there's a variability --
5      A.  Yes.
6      Q.  -- an individual variability?
7          Can you give me a sense of what that range is?
8      A.  No.
9      Q.  Is it a half a second or a full second range?
10     A.  I cannot give you an estimate of the range.
11     Q.  Not even within a --
12     A.  Well, let's say I know that there are numbers
13  about percent CV in a prothrombin time in a population,
14  and that is rather small.  I really have to look up the
15  exact numbers in the papers.  But let's say when I look
16  at these data, the variation is relatively small because
17  if a PT would have a large variation in an individual
18  day-to-day, it would be not a good test; and you cannot
19  use it, let's say, to monitor warfarin therapy and to
20  dose the warfarin on the basis of this monitoring.
21  That's the only thing I can say.
22     Q.  Okay.  That's fair.  Thank you.
23         Doctor, if a person is measured with Neoplastin
24  as the reagent -- I recognize that other reagents have
25  different degrees of sensitivity to rivaroxaban, for

1  example, right?
2      A.  That's in my report.
3      Q.  And it certainly is.
4          So here's what I wonder:  Is there a way to
5  correlate or estimate what -- if somebody had a test
6  with a reagent using Neoplastin and somebody had, on the
7  same day, the same blood sample, a test using Innovin,
8  would there be a wide difference in their prothrombin
9  times, or can you sort of -- is there some ratio you can
10  use to say what the differences would be?
11     A.  Well, let's take this figure.
12     Q.  Yeah, I'm looking -- let's do it.
13     A.  Figure 3AB in my report tells you what the
14  difference is between different thromboplastins.
15  Innovin -- Innovin, you mention -- Innovin is a
16  particular insensitive to rivaroxaban.  So I would never
17  use Innovin to determine a PT ratio in a
18  rivaroxaban-treated patient.  So Innovin, for me, as a
19  scientist, is out of discussion.
20         Probably, and this is what Tripodi and
21  Harenberg are arguing, when you would determine an I- --
22  and "I" is for rivaroxaban with Innovin, you can correct
23  the PT of Innovin up and make kind of
24  rivaroxaban-specific INR where you correct for
25  differences in sensitivity, yes.

1      Q.  All right.  And we don't have those ISI
2  numbers?
3      A.  Huh?
4      Q.  We don't have those ISI numbers.
5      A.  Those ISI numbers for the INR, let's say, that
6  is in case of vitamin K treatment, are given in
7  Figure 3AB but this is for -- for -- let's say this is
8  the ISI for the different thromboplastins when you use
9  these thromboplastins in calculating the INR during
10  vitamin K treatment.
11         I think, let's say, when you take rivaroxaban,
12  you have to measure a rivaroxaban-specific ISI.  I have
13  no idea what that would be; but when you measure that
14  accurately, then you can kind of correct the different
15  PT ratios on different thromboplastin via Dyazide and
16  then you can compare data with -- measure it with
17  different thromboplastin.
18         But, once more, when a thromboplastin is
19  insensitive for rivaroxaban, it's useless for
20  determining a PT in a rivaroxaban-treated patient
21  because if a test is not sensitive, you cannot use it,
22  yes?  That's clear.
23     Q.  Can you use it for any reason; for example, if
24  I -- you said Innovin is useless.
25     A.  Well, maybe I'm a bit -- but, yes, I would say

1  it's useless.  I would never use Innovin because this
2  has a too low sensitivity for rivaroxaban to ever end up
3  in a very good specific test.
4      Q.  And how would that play out if you were testing
5  someone who was being treated with rivaroxaban and you
6  did a PT test with Innovin, would you be able to tell
7  whether that person was actually on an anticoagulant or
8  being anticoagulated with an Innovin test?
9      A.  I think if that is your answer, there will be
10  patients on rivaroxaban when you test them with Innovin
11  that gives a PT value that strongly indicates that this
12  patient is treated with rivaroxaban.
13         When you look at the Figure 3A, you see that
14  there is, let's say, a limited less sensitivity of the
15  different -- let's say the lowest sensitive one.  I
16  don't know exactly which one that is, whether it is -- I
17  think it is actually Innovin.  Yeah.  Well, let's say a
18  thousand micrograms per milliliter.  This is micrograms
19  per milliliter.  Yeah.  Well, there is an effect on the
20  PT, and I think this effect shows that someone is on
21  their anticoagulant treatment.  But I personally would
22  not choose Innovin because it's not sensitive enough.
23     Q.  And, Doctor, when someone -- when you test
24  different individuals, let's say, just using Neoplastin,
25  will each individual have a different baseline; that is,

1 an unanticoagulated individual, one will be different
2 than another one?
3     A.   There is a narrow difference in baseline.
4     Q.   And based on some of the equations you were
5 using, it could be 12.5 or it could be 11.4?
6     A.   Well, it depends on the study, yes.  So I think
7 Page 14.
8     Q.   Yeah.  Page 14, the baseline was 12.5, right?
9     A.   Yes.
10     Q.   And Page 13 or Page 12, the baseline was 11.4,
11 right?
12     A.   It's 11.4, yes.
13     Q.   So you -- so an individual -- from one
14 individual to another, you can have a swing of one full
15 second in baseline?
16     A.   One second, yeah.
17     Q.   And that can be up or down?
18     A.   It can -- I don't know whether it can be up and
19 down, yes, because then you really have to look, let's
20 say, for a particular kind of thromboplastin, like --
21 let's take the Neoplastin.
22         You have to take, let's say, hundreds of
23 individuals not treated with anticoagulants and healthy,
24 maybe, or not.  You take a hundred individuals; you
25 determine the PT; and then you get, let's say, a mean PT

1 which will be close to 11 seconds, plus a percent CV,
2 which is relatively small, and giving maybe half a
3 second or -- up and down, yes.  When the distribution is
4 normal, it's both up and down.
5     Q.   So what is it up and down from?  I mean, I
6 guess what I'm trying to understand is, what is the
7 range of normal for a person being tested?
8     A.   I have to look that up in the paper, yes, but
9 this is -- the range is relatively small because if the
10 range would be wide, you cannot use the test.
11     Q.   All right.  So, what, it might be one second
12 either way?
13     A.   I think it will be in the range of a second,
14 yes, because this shows these are two different studies
15 on different days.
16     Q.   Yeah.
17     A.   Yeah, on different studies, different time
18 periods.  I think the Neopla- -- the same thromboplastin
19 was used.  That is good, yeah.  And then, well, the
20 intercept at no treatment is 12-and-a-half and 11.4 in
21 two totally different studies.  That is probably the
22 range that you get is this, plus or minus a second or
23 half a second, yes.
24     Q.   So you think the median is somewhere in between
25 11.4 and 12.5?

1     A.   No.  In that study, the mean -- I'm not talking
2 about a median.
3     Q.   Okay.
4     A.   This is the mean.
5     Q.   And the mean, all right.
6     A.   The mean is 11.4 in one study and 12.5 in the
7 other study, but you really have to look up data where
8 they measure PT in a normal population not treated with
9 anticoagulants and then take the percent CV, and then
10 you see the variation in a population with a particular
11 kind of thromboplastin, yeah.
12     Q.   Okay.  I want to make sure I -- I'm totally
13 understanding.  Is it possible to convert a Neoplastin
14 number to an Innovin number without that ISI number?
15     A.   I would not do that.
16     Q.   Okay.  Do you know what the slope is of an
17 Innovin PT to rivaroxaban concentration?
18         What's the slope, do you know?
19     A.   I didn't look at the slope because it's a very
20 incentive thromboplastin.  So I would never use it in
21 rivaroxaban studies and really focus on the ones that
22 show the highest sensitivity, and Neoplastin is the
23 example.  And that is also probably why they use --
24 happily enough, they used it in the ROCKET, Neoplastin,
25 because where they would have used a thromboplastin

1 that's not sensitive for rivaroxaban, you can discard
2 all data, for me, as a scientist.
3     Q.   Okay.
4     A.   Yes?
5     Q.   All right.  Sounds fine.
6         Doctor, I want to understand exactly what
7 you're proposing.  I think I do understand it, but I
8 have some questions about it in terms of dose finding.
9         I think you talked about dose finding for an
10 individual patient, right?
11     A.   Yes.
12     Q.   And so you said you would give a patient a dose
13 and then measure PT.  That's the first thing you would
14 do; is that right?
15     A.   I would give the patient a particular dose.
16 Well, let's say, what they give here is 20 milligrams.
17 I think you have to give the patient at least for one
18 week so that, let's say, the rivaroxaban level in plasma
19 kind of stabilizes with respect to peak and trough
20 because the first dose is different from the second and
21 the third.
22         But let's say after a limited number of doses,
23 let's say, the pharmacokinetics within a patient
24 stabilizes; and that's the moment that I would like to
25 know, let's say, what's the effect of this rivaroxaban

Page 222

1  treatment on the PT to judge whether the PT is outside,
2  let's say, a certain range. And I said 20 seconds.
3      So, let's say, wait three, four, a week. The
4  pharmacokineticist know when it stabilizes, that's
5  relatively short. Then take blood of the patient at a
6  fixed time interval after dosing, and I propose
7  14 hours. And then you measure the PT with Neoplastin,
8  and then when that PT is more than 20 seconds, I
9  would --
10     Q.  Let me stop you there, because I'm going to get
11 to that in a second. I still have some questions --
12     A.  Well, you asked what I would do, so I'm
13 explaining to you.
14     Q.  I'm not complaining.
15     A.  Okay. We go back.
16     Q.  I'm just simply trying to slow you down so I
17 can ask questions. Before we pass out of this
18 particular area -- okay? -- I want to ask a couple of
19 questions about what you just said.
20     Doctor, you said you would treat for about
21 seven days, and I think you said -- I don't know if you
22 said it, but is that because you want to achieve steady
23 state? Is that what you're talking about?
24     A.  Well, what you see here in this figure.
25     Q.  Yeah.

Page 223

1      A.  You see, you treat -- I think what you do here,
2  what they do is they start treating patients, whenever
3  you used rivaroxaban, with rivaroxaban, and then you
4  see, let's say, low -- you see this peak going up, and
5  here it stabilizes.
6      Q.  Yep.
7      A.  Yeah. And that is after 48 or 72 -- well,
8  let's say -- hours, which is three, four days. And that
9  is what I say, here, he is on a stable rivaroxaban level
10 in plasma. I would not measure here, I would measure
11 where --
12     Q.  Okay.
13     A.  -- let's say, we can call it a steady state.
14 It's not constant, but much of the fluctuation is within
15 a fixed range. And that is, let's say, where I would
16 start --
17     Q.  And you said that -- so is that seven days or
18 four days or three days?
19     A.  Well, let's say, in looking at this figure,
20 yeah --
21     Q.  Is that figure from real -- real --
22     A.  -- it is five days.
23     Q.  Is that a hypothetical drug or a real drug?
24     A.  I think this is, let's say, where they
25 calculate for rivaroxaban in the MDA. And I think you

Page 224

1  can also -- I don't have all papers with me, but this
2  is, let's say, what is the basis of the pharmacokinetic
3  studies of rivaroxaban; that is, that you start
4  treating, let's say, the first days, the level that you
5  measure; and the peak and the trough levels increase.
6      And then at a certain moment -- and I think
7  this suggests that this is modeling, but that is what
8  they do very often in pharmacokinetics. And this
9  modeling indicates and this base -- this model is based
10 on measurements that, in this case, after five days,
11 let's say, the treatment stabilizes and you get a
12 predictive kind of peak-trough pattern, and that is
13 where you have to start because there you are stable, on
14 stable anticoagulants.
15     Q.  Okay. And so I think we've narrowed it down a
16 little bit. You're saying it would be about five days?
17     A.  Don't pin me down on one or two or three days,
18 let's say. I have to look in the pharmacokinetic data,
19 maybe of a real patient; but I think this, this figure,
20 is based on pharmacokinetic data and modeling. That's
21 what they do very often, yeah.
22     Q.  Are you a pharmacokineticist?
23     A.  I'm not a pharmacokineticist.
24     Q.  Do you work with pharmacokineticists in your --
25 when you were doing research?

Page 225

1      A.  Well, let's say pharmacokinetics is very close
2  to enzyme kinetics, yes. So this is the same way of
3  thinking.
4      Q.  Yeah.
5      A.  So that is why I understand pharmacokinetics
6  because I'm an enzyme kineticist. People don't call me
7  a pharmacokineticist, but let's say there is a high
8  overlap, a large extent of overlap between enzyme
9  kinetics and things related to enzyme kinetics and
10 pharmacokinetics. So it's no problem for me to
11 understand half-lives and peaks and troughs and whatever
12 there is, yeah. So that's an answer to that side
13 question.
14     Q.  All right. Well, I'm not going to pin you down
15 to number of days. You just want some time to pass
16 until they reach a steady state, right?
17     A.  Yes.
18     Q.  And why do you want that?
19     Why do you want that before you start testing?
20     A.  When you're too early, things are still
21 changing in the patient, yes. So let's say the first
22 day of treatment, he is not at a steady state treatment
23 level, so don't determine the PT there because you have
24 to wait until it is stabilized to a steady state because
25 that gives the most reliable situation with respect to

1  exposure.
2      Q.  Okay.  I think you said you would start at a
3  dose.  Now, let me ask a couple of questions about that.
4      I think we've agreed we don't know what the
5  minimum effective dose is for atrial fibrillation.  I
6  think you said that earlier.
7      A.  I probably said that we don't know what a
8  minimal dose is to prevent stroke in atrial
9  fibrillation.
10     Q.  Saying the same thing, just saying it --
11     A.  No.
12     Q.  -- a little differently.
13         Minimal effective dose.
14     A.  Yes.
15     Q.  Minimal dose for achieving --
16     A.  Stroke protection.
17     Q.  -- the goal of stroke reduction?
18     A.  Yeah.
19     Q.  So not knowing that, we do know that
20 20 milligrams a day has been proven by ROCKET to be
21 non-inferior to warfarin.
22     A.  Yes.
23     Q.  Okay.  So you're not suggesting that doctors
24 should start at anything other than 20 milligrams, are
25 you, when they do this dose finding?

1      A.  Well, you have to start somewhere.
2      Q.  Where should they start, 20, or something
3  different?
4      A.  Well, they will start at 20 because this is the
5  dose that is, let's say, prescribed and approved by the
6  FDA; but I don't know whether I would start with it.  I
7  think this is a good start because this is what you
8  regularly treat patients with, so you have to start
9  somewhere.  I would not start with 40 or 30, probably
10 also not with 2.  So you have to start somewhere, start
11 at a dose that is prescribed regularly and, let's say,
12 that is -- it is determined and studied in ROCKET.  So I
13 would start at 20.
14     Q.  All right.  And if you started at 20 and then
15 tested them and they were under 20 seconds prothrombin
16 time using Neoplastin, I gather from what you're saying
17 in your report, that if you got that result under
18 20 seconds, you would not test any further and you would
19 not changes the dose?
20         MR. McWILLIAMS:  Objection.
21     A.  At the moment, I would say I would not do that
22 because I propose to use, let's say, the PT in the
23 highest quartile.
24     Q.  Yeah.
25     A.  And when you are in the highest

1  quartile, there are 25 percent of the treated patients,
2  I think, yes?
3      Q.  Yeah.
4      A.  They have a PT higher than 20 seconds.  It is
5  shown in the FDA report that this PT is associated with
6  an increased risk of bleeding compared to the other
7  quartiles.  So, in these patients, I would reduce the
8  risk -- I would reduce the dose in order to reduce risk
9  of bleeding.
10     Q.  We'll get to those patients in the highest
11 quartile in a second.  I'm talking about patients in the
12 first three quartiles.  You test prothrombin time, and
13 it's under 19.8 seconds, to be exact.
14         20 is good enough for our purposes, right?
15     A.  Yeah.
16     Q.  All right.  So 20.  So under 20, you stop
17 testing and continue administering a 20-milligram-a-day
18 dose; is that right?
19     A.  That's what the proposal is on the basis of the
20 FDA data, yes.
21     Q.  And, thereafter, you don't test again.  I think
22 you said there's no need for ongoing monitoring.
23     A.  There is no need for ongoing monitoring
24 because, let's say, you have to remain practical, I
25 think.

1      Q.  All right.  And so, remaining practical, you've
2  gotten your patient to a steady state and you've tested
3  him at 14 hours.  So you've drawn blood at 14 hours, and
4  the prothrombin time using Neoplastin Plus comes back at
5  less than 20 seconds.
6          You say, Mr. Jones, I'll see you next time, and
7  "next time" may be a long time from now because I don't
8  really need to see you --
9      A.  Below 20 seconds, you have a lower bleeding
10 risk than above 20 seconds.  I'm not saying someone at
11 15 seconds doesn't have a -- has no bleeding risk.  They
12 also have bleeding risk, yes.  So the lower the PT, the
13 lower the risk; but somewhere you have to take a cutoff.
14         Let's say it is very clear that the fourth
15 quartile and the boundary, the cutoff there is 20
16 seconds there.  When you are about 20 seconds, you are
17 at risk.  I would do something.  Whether I would do
18 something at 15 seconds, that's another discussion.
19         My proposal is 20 plus seconds.  This person is
20 overexposed, there is no gain in effectivity.  That is
21 shown by the FDA study.  There is a high risk of
22 bleeding, which is substantially higher than that in the
23 lower quartile.  So do something with the patients in
24 the lower -- in the fourth quartile.
25     Q.  Got it.  Now, when you're doing something with

1    the patient in the fourth quartile, let's say their
2    prothrombin time comes back at 21 seconds.
3        So what -- what do you do with the dose at that
4    level? What do you do? Do you give them 10?
5        A.  Can you repeat?
6        Q.  Yeah. You've gotten your patient to a steady
7    state. He's taken 20 milligrams a day at steady state
8    and you test his prothrombin time using Neoplastin, and
9    the prothrombin time is 21 seconds. He's in the fourth
10   quartile. Now what?
11       What do you do with the dose?
12       What dose do you give him when you get that
13   result?
14       Do you give him 5 or 10 or 15 or 20 or some
15   other dose?
16        A.  Well, when you look at Figure 9B.
17        Q.  All right. 9B. And tell me what page of your
18   report that's on.
19        A.  Huh?
20        Q.  Remind me what page that's on, please.
21        A.  Okay. This is 019.
22        Q.  Okay. I'm with you on Figure 9A and B.
23   All right?
24        A.  Yes. So there, you'll see, let's say, the
25   bleeding risk in the four quartiles.

1        Q.  Yes.
2        A.  Going from the first to the second to the third
3    to the fourth.
4        Q.  I do, I see that.
5        A.  But we are talking about fourth quartile.
6        Q.  Yep. Fourth quartile, right.
7        A.  So strictly looking at this figure, and you
8    say, well, the bleeding risk of someone in the fourth
9    quartile of prothrombin time is 7.
10       Q.  Let's say that.
11       A.  If you would like to bring down this person to
12   a bleeding risk of 3 to 4, you should bring him to the
13   second quartile.
14       Q.  All right. How do you do that?
15       A.  Well, you can calculate and -- and -- that the
16   rivaroxaban level is 270 average in the fourth quartile.
17       Q.  Okay.
18       A.  It is 90 in the second quartile.
19       When you aim at the second quartile where the
20   rivaroxaban level is three times lower, I would reduce
21   the daily dose with a factor of 3. This is, let's say,
22   a start in thinking.
23       Q.  Reduce the daily dose by a factor of 3.
24       Are you saying you would then give him
25   one third the dose?

1        A.  Yes, because I think that, let's say, in that
2    particular patient when there is a strict correlation
3    between exposure, prothrombin time, and rivaroxaban
4    level, yeah, this paper -- this figure suggests when you
5    would like to bring him back to the second quartile.
6        Q.  Yes.
7        A.  Well, on the average, you have to reduce the
8    level by a factor of 3. So that would mean that you
9    reduce the daily dose from 20 to 7 or 8 or something
10   like that when you want to bring him back to the risk
11   level of the second or third quartile, you --
12       Q.  So let's say we have -- I don't think we have
13   5-milligram tablets, but maybe we do.
14       A.  We have them, I think.
15       Q.  Would you give him five and a half tablets or
16   five -- or what would you do?
17       A.  I would probably half the dose.
18       Q.  Half the dose.
19       A.  Yes.
20       Q.  Give him 10 milligrams?
21       A.  A day.
22       Q.  A day?
23       A.  Yes.
24       Q.  And how do you know that -- if this person's in
25   the fourth quartile -- we know that.

1       But you can have a lot of different prothrombin
2    times in the fourth quartile, can't you? I mean, you
3    can have ranges from 20 to -- what's the top of the
4    range? What's the top of the range in the fourth
5    quartile?
6        A.  The ones in the top of the range are really not
7    a problem, yeah. So I think that these are really at
8    high risk. So I don't know whether a dose reduction of
9    rivaroxaban would help them, but we are talking here
10   about -- and that's always when we do these studies, we
11   are talking about average groups of patients. So I'm
12   looking at the whole population in the average.
13       And then, let's say, when you have the group of
14   patients which are in the fourth quartile which have a
15   PT higher than 20 seconds, you reduce the PT to one
16   of -- of a lower quartile; and with that, you will
17   reduce the risk of bleeding.
18       I'm not saying that every patient in that
19   fourth quartile will automatically be protected as much
20   for bleeding. They are all equally protected because,
21   also, within the fourth quartile, there are individuals
22   with a high and with a low PT. So this is the problem.
23   We talk about populations, averages of a large number of
24   patients. So that's the only way you can do.
25       Q.  Doctor, can you tell me, please: If you had

1  two patients in the fourth quartile and one had a
2  prothrombin time of 30 and another had a prothrombin
3  time of 20, would you reduce their dose in the same
4  amount or in different amounts?
5     A.  I think practical is to reduce the dose at the
6  same amount.  I think theoretical, let's say you should
7  reduce the dose of the one that has the prothrombin time
8  of 30 seconds more than you reduce the dose of the one
9  who has a prothrombin time of 20 seconds, yes.
10    Q.  You do reduce it more, or you reduce it the
11 same?
12    A.  I would reduce it more.
13    Q.  How much would you reduce the third one?
14    A.  I'm not saying -- I'm not giving numbers.  So
15 this is exactly what is done in vitamin K treatment.
16 They measure an INR.  And on the basis of an INR, they
17 reduce the dose, and then they bring -- let's say lower
18 the risk of thrombosis without affecting the risk of
19 stroke or myocardial infarction or venous thrombosis.
20 So, let's say, for me, there is a strict correlation
21 between prothrombin time exposure and risk of bleeding.
22 And someone with a prothrombin time of 30 seconds -- and
23 some have even a higher prothrombin time.  Yeah, when
24 that is a reliable measurement, yes, that's what we
25 assume.

1     In my opinion -- let's say the person with the
2  prothrombin time of 30 seconds is at the higher risk of
3  bleeding than a person with a prothrombin time of 20.
4  So, ideally, you should adapt the dose personally of the
5  30- versus the 20-second patient, and you should reduce
6  the dose more of the 30- than of the 20-second
7  prothrombin time patient.
8     I agree that you need, for accurate estimation,
9  what dose will bring them -- these two patients, you
10 need an extra study, a dose finding with respect to
11 concentration and effect and prothrombin time and
12 effect.
13    Q.  So, Doctor, once you change the dose, you then
14 have to let another four or five -- I'm not pinning you
15 down to the number of days -- four or five or six days
16 to pass for them to get on steady state on the new dose
17 and then test them again?
18    A.  Then we start monitoring.  And I don't know
19 whether you would like to monitor or whether you say,
20 sorry, rivaroxaban is the wrong drug for you.  We switch
21 to another drug, because there are lots of drugs on the
22 market, other drugs, which may have a better effect.
23    So when you treat someone with rivaroxaban with
24 a very high PT who is really -- let's say which is
25 showing a high risk of bleeding, I don't know whether I

1  would continue prescribing rivaroxaban.  So there are
2  other drugs, so I would consider changing drugs.
3     Q.  So you're saying anyone in the fourth quartile,
4  you wouldn't dose-find, you would simply change their
5  drug, or not?
6     A.  Well, I propose that someone in the fourth
7  quartile, meaning a prothrombin time measure that --
8     Q.  20 or above.
9     A.  -- is at an increased risk and will profit with
10 respect to bleeding risk by lowering the dose without
11 interfering with the efficacy for stroke prevention.
12 That's what I say.
13    Roughly from this figure, you can calculate
14 that to bring someone with a PT of 20 seconds, let's say
15 someone from the fourth quartile, on the average --
16 that's not an individual patient, that's on the average.
17    When you would reduce, let's say, the risk of
18 bleeding, would like to reduce that to the average of
19 the third quartile, what -- I think you have to reduce
20 the dose to approximately half on the basis of this
21 figure, yes.
22    Q.  Halve the dose?
23    A.  When you want to reduce doses or, I would say,
24 switch to another anticoagulant.
25    Q.  So, Doctor, if the patient, when you were -- if

1  you were with such a patient and the patient said,
2  "Doctor, I'm so glad that you're reducing my bleeding
3  risk; but could you tell me, please, will this prevent
4  stroke if I only take 10 milligrams," do you have any
5  evidence that you could show the patient to say, "Don't
6  worry, 10 milligrams is enough for you"?
7     A.  I would think that -- like I said, there is not
8  a dose finding study.  This is the big problem with
9  respect to atrial fibrillation, and I don't understand
10 why they moved into a third-phase trial for atrial
11 fibrillation of rivaroxaban treatment without first
12 doing a dose-finding study.  So there is no dose finding
13 study with respect to efficacy.
14    Q.  All right.  So, Doctor --
15    A.  Yes.
16    Q.  -- I'm the patient.
17    A.  Yes.
18    Q.  And I'm in your office.
19    And you say, "John, I'm sorry, they didn't do a
20 dose finding study, but I'm going to give you
21 10 milligrams to reduce your bleeding risk."
22    What do you say to my question, "Doctor, is
23 that enough to prevent a stroke?  I really don't want to
24 have a stroke"?
25    A.  I would show this patient this figure and show

1 that the efficacy of stroke prevention is independent of
2 prothrombin time; and since there is a linear
3 correlation between prothrombin time and level, that
4 stroke prevention, let's say, is independent in this
5 group of patients of the amount of rivaroxaban. So I
6 think, without any problem, you can reduce the dose.
7 Q. Well, Doctor, my prothrombin time, before you
8 even started me, I had it measured and it was 12.5. And
9 if I look at the figure you're showing me, Doctor, I
10 shouldn't take any anticoagulant at all.
11 A. No, but you are --
12 Q. Because at 12.5, my risk is 2 percent and it
13 never gets any better when I take an anticoagulant. Is
14 that what you're telling me?
15 A. Well, all patients are treated with
16 rivaroxaban, yes?
17 Q. Yes, but why --
18 A. So they don't have the numbers without
19 rivaroxaban. So these are the numbers with rivaroxaban,
20 and when you take the prothrombin time as a measure,
21 that's indicative for risk of bleeding and risk of
22 stroke, let's say there is no gain in efficacy with
23 respect to stroke when the prothrombin time is lowered
24 or is increasing, yeah, and there is gain in bleeding
25 prevention, yes, so --

1 Q. So, Doctor, here's my question: I'm trying to
2 understand whether I should take a lower dose or no dose
3 at all. And I see that if I take -- if my prothrombin
4 time is 12 without an anticoagulant, I don't have any
5 significant value from taking an anticoagulant at all,
6 do I?
7 A. Well, I think there are patients who will not
8 get a stroke without treatment, yes. So not every
9 atrial fibrillation patient will get a stroke.
10 Q. Right. But I'm trying to figure out --
11 A. Even without treatment.
12 Q. How do I know I'm one of those or not?
13 A. Yeah, I don't -- let's come back.
14 So "How do I know..."?
15 Q. Yeah, Doctor. I was measured before you
16 started giving me this anticoagulant, and I know my
17 baseline was 12. I'm average. And my baseline's about
18 12. That's my prothrombin time.
19 And you're telling me that you're giving me
20 something that might make me bleed but it doesn't do
21 anything with respect to risk prevention in terms of
22 stroke?
23 A. I'm --
24 Q. Is that what you're telling me, sir?
25 A. I'm talking about the fourth quartile. And

1 when you are in the fourth quartile, your prothrombin
2 time is higher than 20 seconds, then you have a higher
3 risk of bleeding than those with a lower prothrombin
4 time.
5 Q. I totally get it.
6 And I don't want that high risk of bleeding,
7 but I do want to prevent a stroke. So can you tell me,
8 is there any evidence that you can show me, Doctor, that
9 if I take 10 milligrams, that's going to be enough?
10 A. Well, as long as it is not tested in atrial
11 fibrillation patients, there is no scientific evidence.
12 Q. All right.
13 A. You have to do a dose finding; and conclusions
14 here are based on, let's say, the correlation or the
15 association between prothrombin time and rivaroxaban
16 level.
17 Q. Doctor, if you would look, please, at Page 18
18 of your report. I'm looking at Table 3, Doctor.
19 You've got this table of the quartiles from the
20 FDA with some added data of your own, right?
21 You put in the median for the PT?
22 A. Well, they put in the median in the figure.
23 Q. All right. You derived it from the figure.
24 A. Yes.
25 Q. They didn't put in any concentration level?

1 A. No.
2 Q. All right.
3 A. They put in prothrombin times.
4 Q. Okay. But you calculated that plasma
5 rivaroxaban level by using that slope formula that you
6 showed us earlier in your report, right?
7 And you used -- you have to say "yes" or "no."
8 You nodded and I understood you said "yes," but
9 the court reporter can't take down a nod.
10 A. I gave a squiggle.
11 Q. You gave a squiggle. I appreciate it.
12 A. Yeah. That gives approximate.
13 Q. I get it. Approximate.
14 A. Yeah. So you have to be careful because, let's
15 say, not in every patient a prothrombin time of
16 23 seconds will have a prothrombin level of 272 because
17 there is, let's say, the interindividual variation.
18 That's why I gave the squiggle.
19 This is the approximate average rivaroxaban
20 level calculated from the linear relation between
21 prothrombin time and rivaroxaban, yeah. And that's why
22 I put a squiggle there, because it's not a 100 percent
23 accurate number. It is what you calculate, and there is
24 variation.
25 Q. I get it. You're doing the best you can with

1  the data you have, right?
2      You can't calculate someone's exact
3  concentration using a prothrombin not for an individual.
4      A.  This is what we discussed already --
5      Q.  Correct.
6      A.  -- for a couple of hours.
7      Q.  And I -- and I don't want to --
8      A.  Prothrombin --
9      Q.  And I don't want to discuss it anymore.
10      A.  Well, I'd like to repeat that.
11      Q.  I don't want to repeat it.
12      A.  You were coming back to that again.
13      Q.  I'm only asking, Doctor, could you tell me,
14  please, when you look at your table --
15      A.  Yeah.
16      Q.  -- you added the plasma rivaroxaban with the
17  squiggle.
18      A.  Yes.
19      Q.  Okay.
20      A.  Because there is interindividual variation.
21      Q.  Having added it with the squiggle, I now have a
22  few questions.
23      92 micrograms per liter is well above, would
24  you agree, the 65 milligrams per liter level that you
25  said --

1      A.  Yeah.
2      Q.  -- would totally inhibit, totally inhibit
3  Factor Xa in 95 percent of patients; is that right?
4      A.  (Witness nodding head.)
5      Q.  Correct?
6      You have to say "yes" or "no."
7      A.  Oh, yes.
8      Q.  All right.
9      A.  So I think I said that.  And, as always, I have
10  to be careful when converting concentrations in
11  micrograms per liter or nanograms.
12      But, yes.
13      Q.  All right.  So this -- so this median level --
14  that's a median, right, 92 micrograms per liter?
15      Is that a median?
16      A.  I don't think it's a median.
17      Q.  Well, what is it?
18      A.  Okay.  Sorry.  We have to be very careful about
19  medians.
20      Q.  I want to be as careful as we need to be.
21      A.  This is a median prothrombin, and I calculate a
22  rivaroxaban --
23      Q.  Is that a median rivaroxaban?
24      A.  -- and I have taken the linear correlation
25  given in the FDA report, and then you come to a median

1  rivaroxaban, yes.
2      Q.  So "median" would mean half of the people in
3  the second quartile have 92 or above, if that's the
4  median?
5      A.  Half of them -- let's say you want the median?
6      Q.  Yeah.
7      A.  Half of the population is above the median, and
8  half of the population is below the median, yes.
9      Q.  All right.  And so that population above the
10  median, at least half of them has a micrograms per
11  milliliter of 92 or above.
12      A.  Yes, half of that population --
13      Q.  All right.
14      A.  -- and then the next median starts.
15      But let's say half of the population has a
16  level higher than 92, the other half has a level lower
17  than 92.
18      Q.  And if you go to the third quartile, Doctor,
19  can you tell me, please, would the third quartile
20  population have a median of 155 micrograms per liter?
21      A.  That's the median.
22      Q.  And that means -- can you tell me this:  Would
23  half of them fall below 155?
24      A.  Also half of that quartile is lower than 155,
25  and half of them is higher than 155.

1      Q.  And those who are lower, are any of them lower
2  than 92?
3      A.  I don't think so, because let's say that the
4  quartile ends somewhere at the second quartile and then
5  the third quartile starts.
6      Q.  So this third quartile here is somewhere --
7  everybody in this -- everybody in this quartile has at
8  least 92.  Half of that group is from 92 to 155, and the
9  other half of that group is from 155 to maybe 272?
10      A.  No, no, no, no.
11      Q.  No?
12      A.  No, because let's say you have the 92 median of
13  the second quartile.
14      Q.  Yeah.
15      A.  And it extends, and I don't know where that
16  ends because they did not give information about, let's
17  say, the range of PT and the range of rivaroxaban.  So I
18  didn't know, let's say, the range.
19      This is the median.  You don't know how far the
20  range is.  Somewhere that third quartile ends or the
21  second quartile ends -- I don't know where it ends --
22  and then the next quartile starts.
23      Q.  All right.
24      A.  So the patients with, let's say, the lowest
25  rivaroxaban in the third quartile is above the patients

1  with the highest rivaroxaban in the second quartile, but
2  I don't know, let's say, what is the range of the
3  quartile because that information is not given.
4      Q.  So can you tell me:  Since you don't know the
5  upper range of the third quartile, do you really know
6  the lower range, or are some of those in the third
7  quartile lower than 92 or maybe even lower than 38?
8      A.  No.
9      Q.  Impossible?
10     A.  Because then they should not be in the third
11 quartile.
12     Q.  Okay.
13     A.  According to what I -- how I see is the
14 definition of a quartile.
15     Q.  Okay.  So let's just go with that, then.
16         So, at a minimum in the third quartile, if
17 you're in that quartile, your bottom limit is 92; is
18 that right?
19     A.  In the third quartile, the bottom limit is not
20 92.  The bottom limit of the third quartile is the upper
21 limit of the second quartile.
22     Q.  What is the upper --
23     A.  I'm sorry for this.  So I don't know the upper
24 and the lower limits.  This is -- they gave -- and this
25 is the problem of --

1      Q.  So it's --
2      A.  Can I -- can I continue?
3      Q.  Yeah.
4      A.  They gave medians.  I would have liked to see
5  actually the mean with a percent coefficient of
6  variation because then I can calculate how wide the
7  distribution is of that interval.
8          But here what they do is they have 7,000
9  patients.  They measure all PTs, they rank them and they
10 put -- 25 percent they would line everybody with PTs,
11 let's say, under that line is the first quartile.  Then
12 they go to the next 35 percent of the patients, and that
13 quartile starts at the PT that is higher than the
14 highest patient in the earlier quartile.  But I don't
15 know these numbers.
16     Q.  Okay.  So we don't know, for example, in the
17 second quartile, what the upper level is?
18     A.  I don't know.
19     Q.  Could it go as high as 155?
20     A.  No, because let's say 155 is the median of the
21 third quartile, and there will be no patients in the
22 second quartile with a rivaroxaban level corresponding
23 to 155 because then they are in the third quartile.
24     Q.  So what we can say for sure is that the people
25 in the third quartile are at least 93 -- at least 93

1  and --
2      A.  92, you mean?
3      Q.  At least -- well, okay, 92.
4          They're at least 92, and we don't know how high
5  they go up to -- we don't know what the upper range is
6  of those, but they're at least 92?
7      A.  I also don't know what the lower range is.
8          92 is the median, and I don't know if --
9      Q.  I'm in the third quartile.
10     A.  I don't know the percentiles of the median
11 because when I get that information, then you can
12 determine where does the third quartile stop and the
13 fourth quartile starts.
14     Q.  Okay.
15     A.  Yes?
16     Q.  All we really need to know for purposes of my
17 question is that no one in the third quartile is lower
18 than 92.
19     A.  No one in the third quartile is, no, because
20 then --
21     Q.  Okay.
22     A.  -- if it is 92, it would be in the second
23 quartile.
24     Q.  So that means everyone, everyone in the third
25 quartile has an amount of rivaroxaban that totally

1  inhibits their FXa?
2      A.  At that time of measurement, yes.
3      Q.  At that time of measurement --
4      A.  Yeah.
5      Q.  -- which is 14 hours?
6      A.  Yeah.
7      Q.  And in the fourth quartile, we don't know
8  exactly what the upper range is; but we know that no one
9  in the fourth quartile has any less than 155 and no
10 more -- certainly no less than 155, and it goes up to at
11 least 272 and higher than that, right?
12     A.  Let's say people in the fourth quartile have no
13 155 because then they are in the third quartile.
14     Q.  So, Doctor, if the -- if the person in the
15 third quartile is totally inhibited and has a
16 prothrombin time of 5.2, then what's being inhibited?
17     A.  What is prothrombin time of 5.2?
18     Q.  I'm sorry, 18 seconds.
19     A.  Okay.
20     Q.  Yeah, I'm sorry.  18 seconds.  Excuse me.  I
21 was looking at the wrong column.
22         So they're totally inhibited.  They have a
23 prothrombin time of 18 seconds.
24         Is that what this suggests?
25     A.  Yes, yes.

Page 250

1    Q.   Total inhibition, you're going to have
2  18 seconds.
3         And then if you go to the fourth quarter, even
4  though everybody in the third quartile is totally
5  inhibited at 18, you have a fourth quartile where they
6  have a prothrombin time of even 5 seconds longer.
7    A.   Yes.
8    Q.   How does that happen if it was totally, totally
9  inhibited in the third quartile?
10        How does the prothrombin time change if there's
11  nothing left to inhibit?
12    A.   Well, let's say I calculated rivaroxaban levels
13  from prothrombin time.  The argumentation of redosing is
14  based on prothrombin time because a prothrombin time is
15  not accurately allowing calculation of the real
16  rivaroxaban level.  So the argumentation with respect to
17  bleeding is based on prothrombin time.
18    Q.   Okay.
19    A.   Let's say the rivaroxaban level that I
20  calculate is assuming this linear relation and no
21  interindividual variation.  Yes?  So I'm talking about
22  bleeding.  The conclusion is based on the prothrombin
23  time with respect to redosing.
24    Q.   All right.
25    A.   That is what I proposed, fourth quartile, above

Page 251

1  20 seconds, increased risk of bleeding, according to
2  this study; no gain in stroke prevention, so you should
3  do something.
4         I can understand that it is giving a higher
5  risk of bleeding because exposure to rivaroxaban level
6  is high on the average in that group of patients.
7    Q.   Doctor, when -- when you do that redosing, is
8  it true that you'll have to bring the patient back to
9  measure them again after you change the dose?
10        You can't assume that it's going to go down.
11  You have to measure it, right?
12    A.   I think when you decide on redosing and you
13  stick to the same anticoagulant, when I would be the
14  patient, I would like to have a prothrombin time
15  measured after redosing to see whether I, indeed, like
16  predicted on the basis of this study, moved to another
17  quartile with a lower bleeding risk.
18    Q.   Okay.
19    A.   So I think when you move someone and you decide
20  on redosing rivaroxaban, I think when you do nothing,
21  you help the patient because definitely he will be more
22  safe with respect to bleeding risk; but I think it is
23  good to determine once more, preferably -- when I would
24  be the patient, I would say, "Please, Doctor, determine
25  my prothrombin time again to show me that I really ended

Page 252

1  up in a lower quartile."  And that lower quartile shown
2  in this study is associated with a lower bleeding risk.
3         So I'm not saying that when you reduce --
4  decide on reducing the rivaroxaban level, that you
5  reduce it, send away the patient and say, Hello, yeah, I
6  think that I personally would prefer to test the effect
7  of redosing because I believe in the PT as a measure for
8  bleeding risk.
9    Q.   All right.  Thank you, Doctor.
10        Now, Doctor, I take it from reading your report
11  that you did not evaluate the bleeding risk in
12  non-atrial fibrillation patients.
13        Did you, or did you not?
14    A.   Well, there is a part in my report where I
15  discussed the dose-finding studies --
16    Q.   Yes.
17    A.   -- in rivaroxaban treatment of venous
18  thrombosis, pulmonary embolism, and prevention of venous
19  thrombosis after knee and hip replacement.
20        And these are actually very interesting studies
21  because what you see in these dose-finding studies is
22  that actually all doses tested are equally effective in
23  preventing venous thrombosis.  Yeah?
24        So in at least three of these studies, Brewer,
25  Anneli and I think it was Erikson, where they did

Page 253

1  dose-findings in the prevention of venous thrombosis in
2  groups of patients, venous thrombosis risk in knee and
3  hip replacement, they studied different doses, they did
4  dose-findings, and surprisingly -- they even used the
5  word "surprisingly" -- the lowest dose of rivaroxaban
6  tested, I think it was 2-and-a-half milligrams twice
7  daily in knee or hip replacement, was as effective as 5
8  and 10 and whatever dose.  They used even the word
9  "surprisingly."
10        And in at least three of these papers, Brewer,
11  Anneli and Erikson, it is stated that they did not
12  establish the lowest dose --
13    Q.   Doctor --
14    A.   -- because all doses tested were equally
15  effective in preventing thrombosis.
16    Q.   All right.
17    A.   So that shows that, in these studies, probably
18  a lower dose would have used just as well as the dose
19  that they finally decided for -- for the Phase III
20  trials, yeah.
21        I can -- I mentioned that in my report on
22  Page 014.  I discussed the dose-ranging studies,
23  efficacy and safety of rivaroxaban in the treatment and
24  prevention of venous thrombosis and stroke in the last
25  paragraph of that, kind of, part of my report.  And

1    there, in general, they tested different doses, efficacy
2    of all doses is equal, surprisingly equal. They
3    mention, we did not establish the minimal effective
4    dose. Yeah?
5        And that is, let's say, where I -- you asked me
6    whether I looked at the rivaroxaban treatment in other
7    thrombotic diseases. That's written here.
8        Q.  Here's what I asked, Doctor. I asked whether
9    you looked at the bleeding risk in the non-atrial
10   fibrillation patients.
11       A.  I also looked at the bleeding risk, and I said
12   the general trend in these papers -- it's described here
13   -- the trend is increase the dose gives increasing
14   bleeding risk. Increasing the dose does -- gives
15   similar efficacy.
16       Q.  All right.
17       A.  They did not establish minimal dose with
18   respect to stroke prevention, but every increasing dose
19   is associated with increased bleeding risk. You can see
20   that, I think, in about five or six papers for different
21   treatments of hip replacement, knee replacement, deep
22   vein thrombosis, pulmonary embolism, yeah. So the
23   dose-findings comes -- this is the message of the
24   dose-finding studies.
25       Q.  Well, Doctor --

1        A.  Also bleeding.
2        Q.  -- can you think of a reason why scientists
3    have erred if they found, as you suggest, that there was
4    no difference in efficacy between 5 milligrams and
5    10 milligrams, why do you suppose they tested a larger
6    dose in the Phase III trials?
7        Can you think of any reason they did that?
8        A.  No.
9        Q.  Is it just a mystery to you?
10       A.  I absolutely don't know why they used these
11   high doses because I think that these -- there is not a
12   Phase II dose-finding trial in atrial fibrillation
13   patients. We mentioned that already several times.
14   This is missing. I think it's bad that it's missing.
15       Dose-finding is not in venous thrombosis
16   patients. There you see that the minimal dose was not
17   established. All doses had equal effectivity. All
18   increasing doses, increasing risk of bleeding; and I
19   don't understand why they choose, let's say, these high
20   levels for treatment in Phase III trials. It's kind of
21   surprising for me. I would not have done that. But
22   they might have reasons for that that I don't know, but
23   I would not have done that. Looking at the data, I
24   think there is no reason to take high doses.
25       Q.  All right. Doctor, I think you said there's

1    essentially a law that the higher the exposure to
2    anticoagulant, the greater the bleeding risk and the
3    less risk of stroke and the lower the exposure to
4    anticoagulant, the less risk of bleeding but greater
5    risk of stroke. That's a law.
6        A.  Well, I call it law, yes. I think this is
7    generally, let's say, already for many, many years.
8    Let's say when I started working in coagulation, not
9    much was known about these new NOACs, now they're called
10   DOACs, because they're not new anymore. But let's say
11   when I started in coagulation, there was no DOAC, no --
12   yeah, it was known that when you inhibit coagulation,
13   you inhibit clot formation and you prevent thrombosis.
14       Q.  All right. Do you think the law has changed
15   now that NOACs are on the scene?
16       A.  Huh?
17       Q.  Has the law changed or not?
18       A.  Well, no, the law doesn't change I think. I
19   mean...
20       Q.  Why, if you look at Figure 7, why doesn't --
21   did you wonder to yourself if this is a law, and when I
22   think of a law I think of like the Law of Gravity,
23   whatever goes up must come down.
24       A.  What?
25       Q.  Or the first Law of Thermodynamics.

1        A.  Yeah, yeah, yeah.
2        Q.  Now, Doctor, why -- did you think to yourself,
3    "I wonder why rivaroxaban is not following the law, the
4    law that I know, that I've lived with for 30 or 40 years
5    of research, this drug is not following the law." Did
6    you wonder that?
7        A.  Well, let's say the risk of stroke in atrial
8    fibrillation patients is not only determined by the
9    clotting problem, because let's say stroke is what you
10   would call a multifactorial disease, and that is the
11   problem that we have in thrombosis and bleeding and
12   cardiovascular disease in general. They are
13   multifactorial diseases, so they are characterized by
14   several risk factors which either add up to each other,
15   amplify each other, or protect, yes.
16       So but it's not the only risk factor. When you
17   have a patient with atrial fibrillation, not all of
18   these patients are having the same stroke risk. And I
19   think they take a particular group of patients which
20   they think have the highest risk, and those they treat,
21   not every patient they treat. And the reason is let's
22   say it is kind of a complex multifactorial disease, yes.
23   So there are other risk factors --
24       Q.  But, of course --
25       A.  -- that they are contributing to the stroke

1  risk of an individual with atrial fibrillation.
2  MR. McWILLIAMS: Can we take a quick break,
3  please?
4  MR. McCAULEY: Oh, sure. Absolutely.
5  MR. McWILLIAMS: I didn't want to interrupt
6  your flow, but it seemed like it was never-ending.
7  (Recess from 4:56 p.m. to 5:05 p.m.)
8  BY MR. McCAULEY:
9  Q. Doctor, we're going to continue now and
10  hopefully be finished in under an hour, okay?
11  A. When you're up, I agree.
12  Q. All right. I have some questions about Factor
13  Xa.
14  A. Xa.
15  Q. Xa, I'm sorry. Xa, yes, that's what it is.
16  Factor Xa.
17  Doctor, rivaroxaban inhibits Factor Xa, I think
18  that's obvious, right, and the "A" in Xa stands for
19  "activated," right?
20  A. Yes.
21  Q. And so I'm inferring from that that there is a
22  Factor X, or Factor X, excuse me.
23  A. You can call it Factor X.
24  Q. I keep writing it Factor X in my -- in my
25  notes.

1  A. I prefer Factor X and Factor Xa.
2  Q. I'll use X.
3  A. Adapt to that, please.
4  Q. So there's a Factor X and then there's an
5  activated Factor X, right?
6  A. Xa.
7  Q. And -- and rivaroxaban does not affect
8  Factor X, does it?
9  A. No; because let's say it doesn't bind to Factor
10  X. You have to expose the active site of Factor X.
11  That means you have Factor Xa. You have an open active
12  site in rivaroxaban and there's the active site of
13  Factor Xa and it inhibits Factor Xa.
14  MR. OUWELEEN: I'm sorry. Just to clarify for
15  the record. You're saying "site" with a "T," right,
16  s-i-t-e?
17  THE WITNESS: Huh?
18  MR. OUWELEEN: You're saying active site of
19  Factor X.
20  THE WITNESS: Yeah, active site.
21  MR. OUWELEEN: With a "T," yeah?
22  THE WITNESS: Oh, yeah, site.
23  THE COURT REPORTER: Thank you.
24  BY MR. McCAULEY:
25  Q. Okay. And how does Factor X get activated? Is

1  that by tissue factor?
2  A. That's one of the pathways. When we talk about
3  the extrinsic pathway it is not activated by tissue
4  factor, it is actually activated by Factor VIIa.
5  Q. Okay. So it can be activated --
6  A. And Factor VIIa forms a complex with tissue
7  factor, which is actually not an enzyme, it's a protein.
8  And when Factor VIIa binds to tissue factor in this
9  context the activity of Factor VIIa is greatly
10  increased, and that's the activity of Factor VIIa on
11  Factor X, and it activates Factor X to Factor Xa. There
12  is another pathway that's the intrinsic pathway. We
13  discussed that already.
14  And in the intrinsic pathway you get the
15  so-called Xa complex, which consists of IXa, another
16  coagulation factor, sorry for that, VIIIa and
17  phospholipid, and its intrinsic Factor X activating
18  complex, different from tissue factor VIIa, also
19  activates Factor X into Xa.
20  So there are two pathways of Factor X
21  activation both resulting in Xa, and then you get a form
22  of Factor X, Xa, that is susceptible to rivaroxaban.
23  Q. So when -- when rivaroxaban inhibits Factor Xa,
24  let's say totally inhibits Factor Xa, there's plenty of
25  Factor X standing by ready to do a job, right, if it's

1  activated.
2  A. What are -- what are we going at?
3  Q. I'm just asking. Is there a lot of Factor X in
4  the blood that's just waiting to be activated?
5  A. Yes, I think so. Let's say when you start
6  coagulation there is 120, 30, 40 minimal, it varies a
7  little bit from individual to individual.
8  Let's say there is let's take on the average
9  140 nanomolar of Factor X, which is an inert protein
10  doing nothing, not causing coagulation or thrombin
11  formation, and then you start activating Factor X, you
12  get Xa. And then when you don't inhibit that you form
13  thrombin. But when you inhibit that Xa there is another
14  -- there's still X that can be converted to Xa and,
15  yeah, so...
16  Q. And so when the body sees Factor Xa being
17  inhibited, it activates more Factor X to replace the Xa
18  that's been inhibited.
19  A. Well, I think that it's -- when you inhibit a
20  Factor Xa it is not the response of the body, of the
21  blood, to activate more Factor X. The extent of Factor
22  X activation is now dependent on the amount of Factor Xa
23  that you generated, but it depends on the amount of
24  activator, which is tissue factor VIIa extrinsic, or
25  IXa, VIIIa, intrinsic.

Page 262

1 These two determine let's say Xa generation.
2 When you inhibit the Xa there is not response to the
3 two complexes that activate, please make more. No, they
4 work on their own, independent of what you do with the
5 Xa.
6 Q. All right.
7 A. I hope that's clear.
8 Q. Well, it's not, but I'll go on and ask a simple
9 question. I'll see if I can get a clear answer.
10 I thought I heard you say that in vitro when
11 you're doing these prothrombin time tests that when you
12 introduce the rivaroxaban that inhibits the activated
13 Xa, the Xa in the test tube, then the tissue factor
14 moves into action and starts activating more Factor A,
15 more Factor Xa, so that you can have some clotting even
16 -- even if there's total inhibition by the rivaroxaban.
17 So that's what I'm trying to understand.
18 A. I -- what you say is it kind of suggests that
19 the tissue factor VIIa, which is the X activation
20 activator responds to what you do with the Xa. That's
21 not the case.
22 So the tissue Factor VIIa activates the Factor
23 X to Factor Xa. The amount of Factor Xa that you are
24 getting in a prothrombin time test or in any clotting
25 test depends on the amount of tissue Factor VIIa. When

Page 263

1 you increase the tissue Factor VIIa you get more Xa,
2 irrespective of what you are doing with the Xa.
3 That's --
4 Q. How fast is -- how fast is Factor X converted
5 into Xa? How many seconds or nanoseconds?
6 A. Well, that depends on the tissue Factor VIIa.
7 Yes, when you have a lot of tissue Factor VIIa you
8 activate very rapidly, you get a rapid rate of Xa
9 formation. When you have low tissue Factor VIIa, that's
10 a low amount of activator, you get slow Xa generation.
11 Q. And how fast does your body make Factor X?
12 A. How fast?
13 Q. Yeah. How much Factor X is being made per
14 second in the body?
15 A. Well, I don't know. Let's say I -- I don't
16 know. There are half-lives for coagulation factors.
17 Q. All right.
18 A. Yes. And that is important when we talk about
19 rivaroxaban let's say reversal and you stop -- I'm sorry
20 -- warfarin, yeah, there the half-life is important
21 because you replace.
22 So I don't know exactly what the half-life is
23 of the coagulation factors. That varies from
24 coagulation factor to coagulation factor. And this
25 half-life, that determines how fast you have to make it

Page 264

1 because you have a steady state level, in other words,
2 clearance, removal and formation production of Factor X
3 in the body, yeah, come to a steady state and -- and
4 keep the level constant.
5 I don't know exactly the half-life of all these
6 coagulation factors. They are from hours to days. Yes,
7 they vary. I can provide you that information when you
8 really need the half-lives of all the coagulation
9 factors.
10 Q. All right. If I -- if I decide I need that
11 I'll ask --
12 A. Huh?
13 Q. If I decide I need that I'll ask Ms. McWilliams
14 to ask you for it.
15 A. Well, that's an interesting question.
16 Q. Now, Doctor, I wanted to ask you a few things
17 about warfarin. First of all, warfarin has been the
18 standard oral anticoagulant for many years, right?
19 A. I think warfarin and heparin or heparin
20 derivatives.
21 Q. All right. And oral warfarin is a good drug
22 for preventing ischemic stroke in atrial fibrillation
23 patients.
24 A. Whether it's a good drug, given that you've
25 given the qualification, it's a drug to prevent stroke,

Page 265

1 yes.
2 Q. All right. And so it does that and does that
3 pretty effectively.
4 A. Well, I'm sorry that I -- I really have to --
5 to weigh your words. It does it, it does it
6 effectively, yes.
7 Q. All right.
8 A. But whether there is a -- whether it's possible
9 to have a more effective drug is another question.
10 Q. All right.
11 A. It does it, it works, and it helps to prevent
12 stroke, and it has for a long time been the drug to
13 prevent stroke in these kind of atrial fibrillation
14 patients or to prevent myocardial infarction or venous
15 thrombosis, together with heparins, low-molecular weight
16 heparins, and a large class of other anticoagulant
17 molecules which were let's say produced and came on the
18 market after warfarin.
19 Q. All right. Doctor, it's got a narrow
20 therapeutic range, that is an INR of two to three.
21 That's the therapeutic range for warfarin, right?
22 A. I think that is the established therapeutic
23 range. When the INR is too high, they lower. When it's
24 too low, they increase the dose of warfarin.
25 Q. And they try to keep it between two and three.

1    A.  I think two and three is the preferred number.
2    Q.  And, Doctor, even if they keep it between two
3    and three all the time, it can still fail to prevent
4    stroke even when it's in that therapeutic range.  You
5    can still have a stroke, right?
6    A.  Yes, and you can still have bleeding.
7    Q.  All right.  That was going to be my next
8    question.
9    A.  Sorry for that.
10   Q.  So thank you.
11       Now, and the -- and the risk of bleeding gets
12   worse if it goes above three and the risk of stroke gets
13   worse if it goes below two, right?
14   A.  Yes.
15   Q.  But always there's a risk of stroke and always
16   there's a risk of bleeding no matter where you are with
17   that drug, right?
18   A.  Yes, that is let's say there are strokes in
19   treated patients and there are bleedings in treated
20   patients.  And I think let's say when you are within the
21   two to three INR range there are patients in that range
22   that get a bleeding.
23       Although there it is important, of course, that
24   when you determine an INR on day one, since it is let's
25   say a drug with variation, you actually don't know the

1    INR at the moment of bleeding, yeah.  This is in my
2    opinion where it differs from rivaroxaban, yeah.
3    Q.  Okay.
4    A.  But let's say you -- you put people in an INR
5    between two and three.  At that moment you adapt the
6    warfarin to get that ratio, and then these patients
7    later can get a bleeding or a stroke, but you are not
8    sure what the INR was at the moment of stroke or
9    bleeding.
10   Q.  Okay.
11   A.  Because it is let's say a highly variable drug.
12   Q.  Doctor, when you -- when you are trying to
13   maintain a patient, not you, but when doctors are trying
14   to maintain a patient in the therapeutic range, dietary
15   factors can influence whether they are in that range,
16   right?
17   A.  Yes.
18   Q.  So, for example, patients' INR can get thrown
19   off by eating foods containing high amounts of vitamin
20   K.  That's true, isn't it?
21   A.  Then warfarin has a bigger problem to -- to
22   inhibit clotting, yes.
23   Q.  And -- and so for -- those foods that are high
24   in vitamin K are green leafy vegetables, right?  Green
25   leafy vegetables.

1    A.  Yeah, yeah, yeah.  Spinach contains a lot of
2    vitamin K.
3    Q.  Spinach.  How about collard greens?
4    A.  Huh?
5    Q.  Collard greens.  Have you ever had collard
6    greens?
7    A.  Well, when it's a green vegetable I think there
8    is a lot of vitamin K.
9    Q.  Okay.
10   A.  But the green vegetable, like spinach and salad
11   and whatever, there are also milk products that contain
12   a lot of -- well, anyway, the effect of warfarin is
13   dependent on the vitamin K consumption of the patient.
14   Q.  And so the patient either has to eat the same
15   amount of vitamin K-containing foods or avoid them all
16   together.
17   A.  Well, avoid them all together gives other
18   problems probably, because you need vitamin K also for
19   other reactions in the body, osteocalcin for
20   calcification.  But that is known already for many, many
21   years that the effect of warfarin depends on the diet
22   and depends on vitamin K-dependent -- vitamin
23   K-containing products, and the consumption of these
24   products.
25   Q.  Warfarin also has a number of drug-to-drug

1    interactions, doesn't it?
2    A.  Probably, yes.
3    Q.  And you know one of those is amiodarone.
4    A.  Yes.
5    Q.  Amiodarone.
6    A.  When you say that I believe you.
7    Q.  All right.  And do you know that one of them is
8    allopurinol?
9    A.  Probably also.  And it's in literature there
10   are numerous drugs that affect let's say vitamin K
11   metabolism.
12   Q.  Doctor, I'm going to give you the warfarin
13   label so we're not guessing about it.
14       Are you familiar with the warfarin label?
15   A.  No.
16   Q.  Okay.  And you know when I say "label" I'm
17   talking about the prescribing information.
18   A.  Probably, yes.
19       (Rosing Exhibit No. 10 was marked for
20   identification.)
21   Q.  Doctor, if you look at -- do you have
22   Exhibit 10 in front of you?
23   A.  What?
24   Q.  This is the warfarin label.  Do you have that
25   in front of you?  Do you have that?

1    A.  I have it.
2    Q.  Okay.
3    A.  No. 10.
4    Q.  Would you look at Section 7.1 on Page 14 and
5    15.
6    A.  Fourteen and 15, yes.
7    Q.  And you see that they give -- on Table 2 they
8    give some examples of --
9    A.  That's Page 15.
10   Q.  Yeah, Page 15, Table 2, examples of CYP450.
11   That's an enzyme pathway, right, interactions with
12   warfarin.
13   A.  Yeah.
14   Q.  And they cite the enzyme and then they -- they
15   list inhibitors and inducers.  Do you see that?
16   A.  Yeah.
17   Q.  And inhibitors are -- are drugs that potentiate
18   or make the warfarin stronger or the blood thinner,
19   right?
20   A.  Yes.
21   Q.  All right.  And so...
22   A.  Well, yes.  Well, the blood doesn't become
23   thin, this is just, let's say, how layman describe the
24   effect.  It's absolutely not thinner.  There is an
25   effect on clotting.  It has nothing to do with thickness

1    of blood.  I'm sorry for that, yes.
2    Q.  I'm sorry for being a layman.
3    A.  Well, I always correct people who say it's a
4    blood thinner.
5    Q.  Okay.  Well, we -- we won't call it that.
6    A.  I'll go with you.  I'll go with you.
7    Q.  So the first inhibitor there is amiodarone.  Do
8    you see that?
9    A.  Yeah.
10   Q.  All right.  And if you look down to the next
11   enzyme, CYP1A2, you can see that the second one there,
12   allopurinol, that's also an example.
13   A.  Yeah.
14   Q.  So if you're taking -- if you're taking those
15   two drugs the doctor who's prescribing warfarin would
16   have to adjust for that, right?
17   A.  Probably, yes.  But let's say first, when I
18   look at this list, I think you can imagine that I don't
19   know all these drugs and exactly what they are doing.
20   Q.  I'm not asking you about that.
21   A.  There are drugs that interfere with the action
22   of warfarin and there are drugs that potentiate the
23   action of warfarin.  So that's a plus and minus.
24   Q.  Yes.
25   A.  This is the list of drugs and we can discuss

1    that.  I don't know what isoniazid does.  I'm sorry for
2    that.
3    Q.  I haven't asked you that.
4    A.  Okay.  Well, let's say, so these are just a
5    collection of letters.
6    Q.  And, Doctor, caffeine is an inhibitor.
7    A.  Huh?
8    Q.  Caffeine.
9    A.  Yes.
10   Q.  So that can potentiate warfarin.
11   A.  Apparently.  I don't know to what extent, but
12   it affects the effect of warfarin.
13   Q.  Cigarette smoking is an inducer.  That means it
14   could restrict the effect of warfarin.
15   A.  Yes.  Yeah, yeah.
16   Q.  So if you're drinking coffee you should smoke a
17   cigarette with it.
18   A.  Well, I am happily not on warfarin treatment,
19   because otherwise I definitely would be in a problem.
20   Q.  Unless you balanced it with some smoking.
21   A.  Well, probably, yes, there are balancing
22   factors, okay.
23   Q.  And, Doctor, if you look down to CYP3A4, that
24   enzyme, you see that the first inhibitor there is
25   alprazolam.  You see that?

1    A.  Yes.
2    Q.  That's an antidepressant, isn't it?
3    A.  Probably, yes.
4    Q.  And then, Doctor, if you look down at Table 3
5    they identify some drugs that increase the risk of
6    bleeding.  Do you see that?
7    A.  Yes.
8    Q.  And --
9    A.  Now I go with you, because I know argatroban, I
10   know dabigatran, so now we are on the same level.
11   Q.  So we have -- in Table 3 we have a table of
12   drugs that can increase the risk of bleeding.
13   A.  Of a warfarin-treated patient.
14   Q.  Of a warfarin-treated patient.
15   A.  Yes.
16   Q.  Thank you for that qualification.
17       So with warfarin, if you're taking a serotonin
18   reuptake inhibitor, that increases the risk of bleeding,
19   right?
20   A.  Where is it in the list?
21   Q.  The third one down in the drug classes.
22   A.  Okay.  Yes, yes.
23   Q.  So those are antidepressants, right?
24   A.  Yes.
25   Q.  And so if you're --

1    A. Well, let's say you say so. I am not familiar
2  with the drugs, to be honest.
3    Q. Okay.
4    A. So when you say it and it's in this table, who
5  am I to disagree. So I read the table and when these
6  are serotonin reuptake inhibitors, whatever that means,
7  there is a list of drugs that apparently increases the
8  risk of bleeding in a warfarin-treated patient.
9    Q. All right. So I won't -- I won't characterize
10 what it is, since you don't know. But if you're on a
11 serotonin reuptake inhibitor, no doubt about it your
12 risk of bleeding is going to increase if you're on
13 warfarin, right?
14   A. Yes, according to this list or this table, yes.
15   Q. All right. Now, Doctor, because of these --
16   A. What are we doing with this?
17   Q. You can put it aside if you'd like.
18   A. Okay. That's good.
19   Q. Doctor, because of these dietary issues and
20 drug-drug interactions, maintaining a patient -- for
21 those reasons, among others, maintaining a patient in
22 the therapeutic range can be difficult with warfarin.
23   A. Nobody will argue about that.
24   Q. All right. And, therefore, would you agree
25 that it is a good idea to try to develop a drug that

1  doesn't have these dietary restrictions and drug-drug
2  interactions?
3    A. Absolutely, I agree.
4    Q. Okay. And would you agree, Doctor, that
5  warfarin is -- because it has a narrow therapeutic
6  range, it is a drug that requires monitoring?
7    A. Yes, it has a narrow therapeutic range, and
8  when it's affected by dietary conditions and other drugs
9  that let's say requires monitoring to measure the effect
10 of warfarin in a particular patient with food, other
11 drugs and whatever. No discussion about that.
12   Q. And when you're -- when you're monitored on
13 warfarin you're going to be monitored basically once a
14 month for as long as you're on the drug.
15   A. Yes, I think so. That's the rule.
16   Q. And often that means you have to go to a
17 coumadin clinic to get monitored.
18   A. Who?
19   Q. A clinic where they will draw your blood and
20 monitor you.
21   A. Yes.
22   Q. Sometimes in the United States we call that a
23 coumadin clinic. I don't know if you've heard that
24 expression.
25   A. I don't know whether we have coumadin clinics

1  in the Netherlands, because I think United States is
2  more commercial than the Netherlands, I think, let's
3  say. And for a long period of years it was organized in
4  the whole country to have places where you do the
5  monitoring. Now it is more commercial and you get let's
6  say commercial laboratories who do PTs, INRs, and that's
7  probably what you call a coumadin clinic.
8    Q. All right. And, Doctor, if you -- if you're
9  someone who lives in a rural area, for example, that can
10 be a burden to get to the clinic.
11   A. That depends on where the clinic is.
12   Q. Yeah. But if you're in a rural area --
13   A. Oh, "rural" means --
14   Q. Rural.
15   A. -- you're far away from the clinic.
16   Q. In the country, yes.
17   A. Well, when you are far away from the nearest
18 clinic where they can determine INR, that's a problem,
19 yes, or at least it's a burden. It's not a problem.
20   Q. If you have to go to a coumadin clinic at least
21 once a month you might have to go more often if there's
22 a change in your drug prescriptions.
23   A. Probably, yes.
24   Q. For example, if you get diagnosed with a drug
25 or treated with a drug that has an interaction with

1  warfarin, then you -- then you have to be monitored to
2  make sure that thing is not affecting your INR levels.
3    A. I think the patient himself or herself would
4  not know that the drug is interfering, and you hope that
5  someone who treats the patients recognizes, ah, this is
6  a drug that is interfering, be careful.
7    Q. That's another -- that's another step in the
8  process where you can get in trouble with warfarin, if
9  somebody doesn't recognize that.
10   A. Agreed.
11   Q. All right. And so these issues with warfarin,
12 these dietary and drug interactions and monitoring, they
13 can all affect the efficacy of warfarin because it makes
14 it challenging to keep it in a therapeutic range. Would
15 you agree with that?
16   A. It is. You have to keep it in the therapeutic
17 range. That requires regular monitoring, which can be a
18 burden when you are far away from a clinic, especially
19 in a big country like the United States. The
20 Netherlands it's less of a problem because we have a
21 small country, many clinics, and I think there is always
22 a clinic within an area of 20 kilometers or 30
23 kilometers where they can determine an INR.
24       But in Australia it will be a big problem. I'm
25 sorry. This is I think we have to distinguish between

1  problems with respect to dosing in different countries.
2  And the Netherlands is a typical example where there is
3  good dosing, good INR control in clinics specialized in
4  determining the INR, thrombosis, thrombosis foundation
5  is organizing this, and this is not a real burden
6  compared to rural areas wherever in another country.  I
7  agree about that.
8      Q.   And, Doctor, these -- these issues of diet and
9  drug-drug interactions and required monitoring can also
10  impact compliance by patient.  Would you agree with
11  that?
12     A.   Probably, yes.
13     Q.   And compliance is an extremely important issue
14  with respect to an anticoagulant, isn't it?
15     A.   You mean compliance is that a patient regularly
16  takes the proper dose of drug?
17     Q.   Right.
18     A.   Yes.
19     Q.   That they follow the doctor's order.
20     A.   That's important.
21     Q.   That they -- that they watch their diet, that
22  they tell the doctor if they're getting a new drug, and
23  that they go to the clinic to make sure they monitor it.
24     A.   Well, I don't know whether the patient has to
25  call the doctor that he gets new drug.  I think the

1  doctor should know and nowadays knows, because everybody
2  is in a computer, and everybody can see what kind of
3  drugs a patient is using.  But it's important to know
4  let's say diet, if you know what drugs a patient is
5  taking in addition to warfarin, to know the interference
6  of other drugs.  These are important issues in warfarin
7  treatment.
8      Q.   And DOACs are a response to these shortcomings
9  of warfarin.  Would you agree?
10     A.   Well, they are designed and developed to
11  overcome these shortcomings, yes.
12     Q.   All right.  And they are an improvement over
13  warfarin, aren't they?
14     A.   Well, when you look at the efficacy and when
15  you look at the bleeding risk in ROCKET, I don't think
16  that there is a clear improvement.  They are -- let's
17  say when they take the warfarin population in ROCKET,
18  and they took the rivaroxaban, take the rivaroxaban
19  population, I think the trend in the ROCKET is that the
20  rivaroxaban is as effective as warfarin in preventing
21  stroke and is roughly causing the same bleeding risk as
22  people who are treated with warfarin.
23     Q.   So you get the same benefits and the same
24  risks --
25     A.   Yes.

1      Q.   -- in terms of efficacy and bleeding risks.
2      A.   Yeah.
3      Q.   But with -- with rivaroxaban you don't have a
4  patient compliance problem with respect to regular
5  monitoring, do you?
6      A.   No, no.  You don't have to regularly monitor.
7  That's not what I'm saying.
8      Q.   So you have improved compliance, right?
9      A.   You have on paper improved a lot of things in
10  rivaroxaban compared to warfarin, and surprisingly there
11  is no improvement in efficacy, and there is no
12  improvement in reducing the bleeding risk.  And that
13  just sounds like a kind of surprise, isn't it?  For a
14  highly variable drug like warfarin, I agree with it.
15  It's absolutely not an ideal drug.  There are let's say
16  with respect to rivaroxaban, properties of rivaroxaban,
17  pharmacokinetics, would be a much more ideal drug.
18      For me it's kind of a surprise that it is
19  doing, with respect to efficacy and bleeding risk, the
20  same as in the warfarin treatment group.  But this is
21  just a sign, yes.  It is definitely on paper an
22  improvement compared to warfarin.
23     Q.   It's -- it's an improvement on paper and it's
24  an improvement in the lives of patients who don't have
25  to go to the clinic every month, correct?

1      A.   Probably, yes.  I'm not a patient but I can
2  imagine that that is an improvement for the patient, no
3  doubt about that.
4      Q.   And it's an improvement for patients, not just
5  on paper, but in their real lives when they don't have
6  to watch their diet all the time, correct?
7      A.   Yes, I cannot deny that I think.
8      Q.   All right.  And it's an improvement for
9  patients not just on paper, but in the real world, when
10  -- when they're prescribed a new drug it doesn't throw
11  their -- their anticoagulation out of balance.  Would
12  you agree with that?
13     A.   Well, this is now a statement.  Now we are
14  talking about anticoagulation.  Can you repeat that
15  statement?
16     Q.   Sure.
17      If you take warfarin and some new drug like a
18  serotonin uptake reinhibitor or you get amiodarone or
19  allopurinol, that can throw your anticoagulation out of
20  balance, right?
21     A.   It will -- this is what is written there.  It
22  is not described to what extent it will do that.
23     Q.   Well, to some extent it does.
24     A.   Well, let's say there are extents that are
25  minimal and not important and there are extents that are

Page 282

1    more pronounced and become important let's say from this
2    list that interfere with warfarin treatment. To what
3    extent they interfere and to what extent it will result
4    in a problem for the patient is not described here. For
5    that you have to do studies.
6         Q. I'm not asking whether -- I'm not asking to
7    what extent, but to some extent...
8         A. Yeah, but when the extent is minimal it's not
9    important.
10        Q. Doctor, but --
11        A. Sorry for that, yeah.
12        Q. No, that's okay. You don't know the extent.
13   You can't tell me that there is no significant extent
14   for any of those drugs I've mentioned, can you?
15        A. When you give me the extent, then I tell you
16   whether it is a risk. But, anyway, let's not discuss
17   that. I go with this table. Warfarin is a variable
18   drug that is affected by diet, that is affected by
19   drugs. It is not an ideal drug. It works. It prevents
20   stroke, thrombosis, and it increases the risk of
21   bleeding.
22        Q. And if rivaroxaban does the same thing that
23   warfarin does, plus improves compliance, plus improves
24   patient satisfaction with diet, plus improves patient
25   safety with respect to taking other drugs, that's an

Page 283

1    improvement over warfarin, isn't it?
2         A. Well, then -- then my only question is why
3    isn't that improvement shown that clearly in the ROCKET?
4         Q. Doctor --
5         A. Because there you compare warfarin patients
6    with rivaroxaban, a bad drug, according to what we just
7    discussed the warfarin, and with an ideal drug,
8    rivaroxaban. And surprisingly let's say there is not a
9    big benefit for stroke prevention and there is not a big
10   benefit for bleeding reduction.
11        So this is kind of surprising that the ideal
12   drug which is, according to this discussion, much much
13   better than warfarin, yeah, and I go with you, and then
14   surprisingly you look in the ROCKET and they do the
15   same. That's kind of a surprise that such an ideal drug
16   is doing the same as warfarin, yes? So this is facts,
17   numbers.
18        Q. Sure.
19        A. We discussed that. That is the numbers.
20        Q. I'm going to accept for the purposes of
21   discussion that they're the same in terms of efficacy
22   and safety.
23        Now I'm going to ask you whether ROCKET
24   measured patient compliance, whether ROCKET measured
25   patient safety versus drugs and interactions, and

Page 284

1    whether ROCKET measured patient compliance and safety
2    with respect to dietary restrictions. It didn't do any
3    of those things, did it?
4         MR. McWILLIAMS: Of course it didn't.
5         A. Well, they left the warfarin patient's probably
6    free with respect to diet. They didn't correct or they
7    told them don't use these drugs. Now they have the
8    warfarin group of patients, they leave them with
9    whatever treatment, with whatever diet they have, and
10   then let's say in that group of patients no restrictions
11   with respect to diet or other drugs, and then in that
12   group of patients you measure bleeding risk and stroke
13   protection. Surprisingly in that group of patients
14   without any control of diet and drugs, and you compare
15   to rivaroxaban, same protection of stroke, same bleeding
16   risk. So this is what I see.
17        Q. Doctor, can you tell me, do you -- are you
18   familiar with the organization called the European
19   Society of Cardiology?
20        A. Well, there is European Society of Cardiology.
21   I'm not familiar with that. I don't attend meetings of
22   the European Society of Cardiology, so I -- I --
23   probably that organization exists. I'm not familiar,
24   I'm not going to the congresses of that society, and I'm
25   not a member of that society.

Page 285

1         Q. How about the European Heart Rhythm
2    Association?
3         A. I'm not a member of that society, I'm not
4    attending congresses of that society.
5         Q. Do you know a Dr. Bart von Putte from the
6    Netherlands?
7         A. It sounds like a Dutch name.
8         Q. Sounds like one to me too.
9         A. Well, I can help you in the pronunciation if
10   you'd like.
11        Q. Please do.
12        A. It is probably Bart von Put, P-u-t.
13        Q. P-u-t-t-e.
14        A. Oh, that is a very strange name. I would not
15   recognize --
16        MR. OUWELEEN: I would remind you, Doctor, that
17   you're on the record.
18        A. I don't know him, whoever he is.
19        Q. Do you know a Dr. Jerome Hendrix from the
20   Netherlands?
21        A. Hendrix sounds like a Dutch name. I don't know
22   him.
23        Q. Well, they say he's from the Netherlands, so it
24   sounds like a Dutch name.
25        A. Well, I trust you. Hendrix is a Dutch name.

72 (Pages 282 to 285)

1      Q.   Okay.  So you don't know anybody in either of
2   these societies is what you're saying.
3      A.   No.
4      Q.   Okay.  And you don't know what their guidelines
5   are with respect to treatment of atrial fibrillation.
6   You've not examined that.
7      A.   I have not examined guidelines.  I only
8   examined warfarin and rivaroxaban as drugs.
9      Q.   Doctor, edoxaban is a Factor Xa inhibitor like
10  rivaroxaban, isn't it?
11     A.   Yes.
12     Q.   And do you know how -- how that is dosed?  Is
13  it once a day or twice a day?
14     A.   I don't know edoxaban, whether it's approved
15  yet.  I know apixaban is approved by the FDA.
16     Q.   I'm not asking about apixaban.
17     A.   Well, I am -- I am -- I have not much knowledge
18  about edoxaban.  So you can ask whatever you'd like.  I
19  will say I don't know.  Well, sorry.  That's easy.
20     Q.   That's good.
21     A.   I focused on rivaroxaban.
22     Q.   That's the appropriate answer.
23     A.   If you like to apixaban, edoxaban, is that
24  approved yet?  Oh, sorry.  I cannot ask him questions.
25  I don't know whether --

1          MR. McWILLIAMS:  It's been approved.
2          THE WITNESS:  Huh?
3          MR. McWILLIAMS:  It's been approved.
4          THE WITNESS:  It's been approved, okay.
5      Q.   Do you know whether it's dosed once a day or
6   twice a day?
7      A.   I don't know for edoxaban.  I know for
8   apixaban.
9      Q.   Okay.  So I guess if I asked you, you would say
10  -- if I asked you why it's dosed once a day, you would
11  say "I don't know" to that.
12     A.   No.  I think I have an idea why they dose
13  apixaban twice a day, because that probably has
14  something to do with the half-life and the exposure.
15  But edoxaban I am not familiar with.
16     Q.   Okay.  And so you're not familiar with any
17  studies that indicated that edoxaban was proved to be a
18  greater bleed risk at twice-a-day dosing.  You're not
19  familiar with that.
20     A.   No, I am not -- well, I think I read that, and
21  it is possible that let's say twice-a-day dosing is
22  associated with a higher bleeding risk when you don't
23  change the daily dose, yes, because there you have this
24  common problem of peak and trough.  In twice-daily
25  dosing you reduce peak, in that period you reduce

1   bleeding risk, but the average trough is increased and
2   let's say that gives a possibility that let's say while
3   not reducing the daily dose the trough also has to be
4   considered, yes.  So that's edoxaban, I read that, but I
5   did not do a further study on that drug.  I focused on
6   rivaroxaban particularly and apixaban, where I know it
7   is twice-daily dosed.
8      Q.   All right.  And, Doctor, can you tell me this:
9   Do you know whether the bleeding risk with any
10  anticoagulant starts with the first dose or do you have
11  to wait until steady state?
12     A.   Well, it will start with first dose, I think.
13  Because as soon as you treat someone with an
14  anticoagulant, and the anticoagulant comes in the blood,
15  this anticoagulant is inhibiting coagulation.  And when
16  you inhibit coagulation, you automatically increase the
17  bleeding risk.
18         So I think that when you give a patient the
19  first dose, it immediately starts, and there we go again
20  let's say here to this figure that that can help us and
21  we have to do something.  The first dose gives lower
22  peak than the second and third, and then it is at steady
23  state.
24         So looking at this figure translating these
25  peak, I think that from this I would expect that the

1   first day the bleeding risk is lower because let's say
2   the level in the first day is lower than later.  So it
3   kind of increases to a steady state level, but first day
4   I would expect -- but very few patients will get a
5   bleeding in the first day's treatment, I think.  But
6   this is a side to the comment.
7      Q.   Okay.
8          MR. McCAULEY:  Doctor, I'm going to take a
9   short break.  I may be finished.  I may have another
10  question or two, but I want to take a check my
11  notes, okay?
12         THE WITNESS:  Oh, we are not yet finished?
13         MR. McCAULEY:  Well, almost, but I'm going to
14  check my notes.
15         THE WITNESS:  I don't mind.  So I'm here in my
16  own country, so plenty of time.  So take a break and
17  then we'll continue.
18         MR. McCAULEY:  All right.  We'll do that.
19         (Recess from 5:44 p.m. to 5:47 p.m.)
20         MR. McCAULEY:  Back on the record.  Thank you,
21  Doctor.  I don't have any further questions.
22         THE WITNESS:  Okay.  Thank you.
23         MR. McWILLIAMS:  I have no questions.  Thank
24  you.
25

## Page 290

1  (Signature having been waived, the deposition
2  of JAN ROSING, PH.D., was concluded at 5:47 p.m.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 291

1  C E R T I F I C A T E
2
3  I, TRINA B. WELLSLAGER, Registered Professional
4  Reporter and Notary Public, do hereby certify that,
5  pursuant to notice, the deposition of JAN ROSING, PH.D.,
6  was duly taken on December 9, 2016, at 9:04 a.m. before
7  me.
8  The said JAN ROSING, PH.D., was duly sworn by
9  me according to law to tell the truth, the whole truth
10  and nothing but the truth and thereupon did testify as
11  set forth in the above transcript of testimony.  The
12  testimony was taken down stenographically by me.  I do
13  further certify that the above deposition is full,
14  complete, and a true record of all the testimony given
15  by the said witness.
16
17  _____
18  Trina B. Wellslager, RPR
19
20  (The foregoing certification of this transcript
21  does not apply to any reproduction of the same by any
22  means, unless under the direct control and/or
23  supervision of the certifying reporter.)
24
25

## Page 292

1  LAWYER'S NOTES
2  PAGE  LINE
3  _____ _____  _____
4  _____ _____  _____
5  _____ _____  _____
6  _____ _____  _____
7  _____ _____  _____
8  _____ _____  _____
9  _____ _____  _____
10 _____ _____  _____
11 _____ _____  _____
12 _____ _____  _____
13 _____ _____  _____
14 _____ _____  _____
15 _____ _____  _____
16 _____ _____  _____
17 _____ _____  _____
18 _____ _____  _____
19 _____ _____  _____
20 _____ _____  _____
21 _____ _____  _____
22 _____ _____  _____
23 _____ _____  _____
24 _____ _____  _____
25