*Journal of Thrombosis and Haemostasis*, **4**: 121–128

**ORIGINAL ARTICLE**

# Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement

B. I. ERIKSSON,* L. BORRIS,† O. E. DAHL,‡ S. HAAS,§ M. V. HUISMAN,¶ A. K. KAKKAR,‡** F. MISSELWITZ†† and P. KÄLEBO‡‡ FOR THE ODIXA-HIP STUDY INVESTIGATORS[1]

*Sahlgrenska University Hospital Östra, Gothenburg, Sweden; †Aarhus University Hospital, Aarhus, Denmark; ‡Thrombosis Research Institute, London, UK; §The Institute for Experimental Oncology and Therapy Research, Munich, Germany; ¶Leiden University Medical Center, Leiden, The Netherlands; **Barts and the London School of Medicine, London, UK; ††Bayer HealthCare AG, Wuppertal, Germany; and ‡‡Östra Hospital, Gothenburg, Sweden*

**To cite this article:** Eriksson BI, Borris L, Dahl OE, Haas S, Huisman MV, Kakkar AK, Misselwitz F, Kälebo P for the ODIXa-HIP Study Investigators. Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. *J Thromb Haemost* 2006; **4**: 121–8.

**Summary.** *Background:* Joint replacement surgery is an appropriate model for dose-ranging studies investigating new anticoagulants. *Objectives:* To assess the efficacy and safety of a novel, oral, direct factor Xa (FXa) inhibitor – BAY 59-7939 – relative to enoxaparin in patients undergoing elective total hip replacement. *Methods:* In this double-blind, double-dummy, dose-ranging study, patients were randomized to oral BAY 59-7939 (2.5, 5, 10, 20, or 30 mg b.i.d.), starting 6–8 h after surgery, or s.c. enoxaparin 40 mg once daily, starting on the evening before surgery. Treatment was continued until mandatory bilateral venography was performed 5–9 days after surgery. *Results:* Of 706 patients treated, 548 were eligible for the primary efficacy analysis. The primary efficacy endpoint was the incidence of any deep vein thrombosis, non-fatal pulmonary embolism, and all-cause mortality; rates were 15%, 14%, 12%, 18%, and 7% for BAY 59-7939 2.5, 5, 10, 20, and 30 mg b.i.d., respectively, compared with 17% for enoxaparin. The primary efficacy analysis did not demonstrate any significant trend in dose–response relationship for BAY 59-7939. The primary safety endpoint was major, postoperative bleeding; there was a significant increase in the frequency of events with increasing doses of BAY 59-7939 ($P = 0.045$), but no significant differences between individual BAY 59-7939 doses and enoxaparin. *Conclusions:* When efficacy and safety were considered together,

the oral, direct FXa inhibitor BAY 59-7939, at 2.5–10 mg b.i.d., compared favorably with enoxaparin for the prevention of venous thromboembolism in patients undergoing elective total hip replacement.

**Keywords**: direct Factor Xa inhibitor, oral anticoagulant, prophylaxis, total hip replacement, venous thromboembolism.

## Introduction

Despite significant advances over the last 30 years [1–3], antithrombotic therapy remains an important clinical challenge [4]. This is particularly true for patients at persistent risk for the development of thrombosis, in whom there is a requirement for agents with proven efficacy, safety and utility, and that can be administered chronically [5]. Vitamin K antagonists, although oral, do not provide the optimal solution for long-term anticoagulation in the majority of patients [6,7]. Targeting individual proteases within the coagulation cascade to achieve predictable anticoagulation has recently been evaluated [8,9].

More recently, direct inhibition of Factor Xa (FXa) – the pivotal protease in the coagulation pathway – has become possible [10]. BAY 59-7939 is a novel, oral, direct, competitive, reversible FXa inhibitor [10]. It inhibits the active site of FXa directly, without the need for the cofactor antithrombin, thus distinguishing its mechanism of action from that of the indirect FXa inhibitors, such as the low-molecular-weight heparins and the pentasaccharides fondaparinux and idraparinux [11]. Unlike these indirect FXa inhibitors, BAY 59-7939 inhibits both circulating FXa and FXa bound within the prothrombinase complex (Fig. 1) [10].

Early clinical studies in healthy human subjects have demonstrated that BAY 59-7939 is a safe and effective anticoagulant at single oral doses between 1.25 and 80 mg, and multiple doses from 5 to 30 mg b.i.d. [12,13]. It has predictable pharmacodynamic and pharmacokinetic profiles, high oral bioavailability,

Correspondence: B. I. Eriksson, Department of Orthopaedics, Sahlgrenska University Hospital/Östra, SE-416 85 Gothenburg, Sweden.
Tel.: +46 313 434 408; fax: +46 313 434 092; e-mail: b.eriksson@orthop.gu.se

[1]Study participants are listed in the Appendix.

Received 13 June 2005, accepted 7 September 2005

© 2006 International Society on Thrombosis and Haemostasis

**122**  *B. I. Eriksson* et al



**Fig. 1.** Mechanism of action of the direct Factor Xa inhibitor BAY 59-7939. BAY 59-7939 blocks the initiation phase of thrombin generation by directly inhibiting both free FXa and FXa bound to the prothrombinase complex, thereby preventing the propagation of thrombin generation.

with a rapid onset of action ($C_{\max}$ reached in 2.5–4 h), and a half-life of 9 h [13]. Furthermore, the pharmacodynamic effects of BAY 59-7939 correlated well with its pharmacokinetic effects: inhibition of FXa activity and prolongation of prothrombin time both correlated strongly with BAY 59-7939 plasma concentrations ($r = 0.949$ and 0.935, respectively) [12].

To demonstrate the efficacy and safety of BAY 59-7939 as an antithrombotic agent, it was evaluated in a well-established model: the prevention of postoperative venous thromboembolism (VTE) in patients undergoing total hip replacement.

## Methods

### Patients

Male patients (aged ≥18 years) and postmenopausal female patients undergoing elective primary total hip replacement were enrolled. Patients were ineligible if they had any bleeding disorder or were taking drugs that may affect the study outcome, such as anticoagulants, platelet-aggregation inhibitors, or any other drug influencing coagulation (except non-steroidal anti-inflammatory drugs with a half-life of <17 h). Patients who had a deep vein thrombosis (DVT), pulmonary embolism (PE), myocardial infarction, transient ischemic attack, or ischemic stroke during the 6 months before the study were also excluded. Additional exclusion criteria included: severe hypertension; severe liver or renal impairment; medical conditions that may interfere with the study; body weight <45 kg; and alcohol or drug abuse.

### Study design

This was a prospective, randomized, double-blind, double-dummy, active-comparator-controlled, multicenter, multina-tional, European, dose-ranging study, to assess the efficacy and safety of oral BAY 59-7939, relative to s.c. enoxaparin, for the prevention of VTE in patients undergoing elective primary total hip replacement. The study was conducted in accordance with the Declaration of Helsinki and Good Clinical Practice guidelines. All study documentations were reviewed and approved by the local independent ethics committees, and all patients provided written, informed consent before participation.

### Treatment regimens

Oral BAY 59-7939 (Bayer HealthCare AG, Wuppertal, Germany; 2.5, 5, 10, 20, or 30 mg) was administered b.i.d. every 12 ± 1 h, at meal times or within 2 h after food, starting 6–8 h after surgery and continuing for 5–9 days. In accordance with European practice, enoxaparin 40 mg (Clexane®, Aventis Pharma, Bad Soden, Germany; 0.4 mL prefilled syringes) was administered by s.c. injection on the evening before surgery, and at least 6–8 h after wound closure. Enoxaparin was then given once daily every evening for 5–9 days, according to hospital routine. All patients received matching placebo injections or tablets. Continued VTE prophylaxis was at the discretion of the investigator: elastic compression stockings were permitted, but intermittent pneumatic compression was not.

### Outcome measures

The primary efficacy endpoint was the incidence of VTE – defined as the incidence of any DVT (proximal and/or distal), non-fatal, symptomatic, objectively confirmed PE – and all-cause mortality within a period of up to 9 days after surgery. Secondary endpoints included major VTE – defined

© 2006 International Society on Thrombosis and Haemostasis

as the composite of the incidence of proximal DVT, symptomatic, objectively confirmed PE, and death associated with VTE.

Patients were screened for DVT using standardized mandatory bilateral venography (Rabinov and Paulin technique [14,15]) between 5 and 9 days after surgery, or sooner if signs and symptoms were present. All venograms were assessed centrally by the Venography Adjudication Committee (Department of Radiology, Östra Hospital, Gothenburg, Sweden). All patients attended a clinical follow-up visit 30–60 days after receiving their last dose of study drug.

Symptomatic PE was confirmed by perfusion/ventilation lung scintigraphy combined with chest radiography or spiral computed tomography, or by pulmonary angiography. All symptomatic events, including deaths, occurring during the treatment or follow-up period were assessed centrally by the VTE Adjudication Committee.

The primary safety endpoint was the incidence of major, postoperative bleeding – defined as bleeding starting $\geq 6$ h after surgery, or after the first postoperative dose of study medication (whichever came first), but not $> 2$ days after the last administration of study drug – which included: fatal bleeding; bleeding into a critical organ (retroperitoneal, intracranial, intraocular, or intraspinal bleeding); overt bleeding warranting treatment cessation; bleeding leading to re-operation; or clinically overt bleeding associated with a fall in hemoglobin of $\geq 2$ g dL$^{-1}$ or leading to transfusion of at least two units of blood [16]. Clinically relevant non-major bleeding events were defined as multiple-source bleeding; spontaneous hematoma $> 25$ cm$^2$; excessive wound hematoma; epistaxis $> 5$ min; macroscopic hematuria (spontaneous, or lasting $> 24$ h if associated with an intervention); spontaneous rectal bleeding; gingival bleeding $> 5$ min; hemoptysis; hematemesis; or prolonged bleeding ($> 5$ min) after venipuncture. Bleeding events that did not fulfill the criteria for major bleeding or clinically relevant non-major bleeding were classified as minor bleeding events. Blood loss (postoperative via drain) and transfusion volumes were measured during the treatment period. All bleeding events were assessed centrally by the Bleeding Event Adjudication Committee.

Other safety assessments included serious treatment emergent adverse events (occurring up to 7 days after treatment cessation) and laboratory safety evaluations (hematology, clinical chemistry, including liver function tests, and coagulation tests).

All adjudication committees were independent and blinded to treatment allocation.

An independent Data and Safety Monitoring Board continuously monitored safety in this study. If deemed necessary, the Data and Safety Monitoring Board could partially unblind the treatment allocation of patients (i.e. tables of adverse events stratified by treatment group with blinded treatment labels could be provided), and, if necessary, recommend to the Steering Committee that a dose be terminated prematurely.

© 2006 International Society on Thrombosis and Haemostasis

### Statistical analyses

*Efficacy* The primary efficacy analysis – to determine a trend in the dose–response relationship between BAY 59-7939 and the primary efficacy endpoint – was performed in the per-protocol population using logistic regression analysis, including the total daily dose of BAY 59-7939 as a covariate, and country as a fixed effect. In addition, each dose of BAY 59-7939 was compared with enoxaparin using Fisher's exact test. An identical supportive analysis was performed in the intention-to-treat population.

According to the protocol, patients were randomized to receive five doses of BAY 59-7939 (2.5, 5, 10, 20, or 30 mg b.i.d.). The BAY 59-7939 30 mg b.i.d. arm was suspended because of the requirements of a single national agency prior to initiating the study in their country. For each of the four remaining BAY 59-7939 doses, and the enoxaparin group, a sample size of 139 patients (695 patients in total) was deemed sufficient to provide a power of 90% to detect a dose trend in the primary efficacy analysis, based on a 10–25% incidence of the primary efficacy endpoint across the BAY 59-7939 dose range, and an invalidity rate of 23%.

The intention-to-treat population comprised those patients who received at least one dose of study medication and had data allowing assessment of safety (i.e. safety population), who had undergone surgery, and who had adequate assessment of VTE (adequate bilateral ascending venography 5–9 days after surgery; or confirmed DVT, PE or death up to 9 days after surgery). The per-protocol population comprised those patients valid for the intention-to-treat analysis, who did not show any major protocol deviations, and for whom an adequate assessment of VTE had been performed no later than 1 day after stopping the study drug. All tests were two-sided with a type I error rate of $\alpha = 5\%$.

*Safety* The incidence of major, postoperative bleeding was analyzed in the safety population using the same logistic regression model, including the total daily dose of BAY 59-7939 as a covariate, and each dose of BAY 59-7939 was compared with enoxaparin using Fisher's exact test.

### Results

#### Study population

Of the 726 patients enrolled in this study between January 12 and August 10, 2004, 722 were randomized at 47 centers in 12 European countries and Israel (Fig. 2). Of the randomized patients, 706 received BAY 59-7939 or enoxaparin, and 704 were eligible for the safety analysis; 560 patients were eligible for the intention-to-treat analysis (in addition to the 18 patients ineligible for the safety analysis, evaluation of efficacy was inadequate in 144 patients; for 74/144 patients, venography was not available; for 70/144 patients, venography was non-evaluable), and 548 patients were included in the per-protocol analysis. The sizes of the treatment groups were well balanced

**124** *B. I. Eriksson* et al



**Fig. 2.** Trial profile. [a]Dose arm suspended because of regulatory request. [b]One patient withdrew prior to total hip replacement surgery. [c]Two patients withdrew prior to total hip replacement surgery (consent withdrawn and protocol violation), and there were no data allowing safety assessment.

with the exception of the BAY 59-7939 30 mg b.i.d. group, which was suspended after 37 patients were randomized.

There were no significant differences in baseline characteristics between the treatment groups, and the details of surgery were similar (Table 1; safety population). The mean interval between surgery and first dose of BAY 59-7939 was 7 h, and the mean duration of treatment was 8 days.

*Efficacy*

Venous thromboembolism was observed in 15%, 14%, 12%, 18%, and 7% of patients receiving BAY 59-7939 2.5, 5, 10, 20, and 30 mg b.i.d., compared with 17% for enoxaparin (Table 2). There were no deaths reported during the treatment period. There was no statistical evidence of a trend in the dose–response relationship between BAY 59-7939 and the primary efficacy endpoint (VTE and all-cause mortality; Fig. 3; $P = 0.932$), and no evidence of a dosage-by-country interaction. Similar results were obtained in the intention-to-treat population (data not shown).

BAY 59-7939 and enoxaparin had similar efficacy, as demonstrated by the incidence of VTE (Table 2): no statistically significant differences were detected between any of the individual BAY 59-7939 doses and enoxaparin; however, this study was not powered to detect differences between individual treatment groups.

The incidence of major VTE observed in all BAY 59-7939 dose groups compared favorably with enoxaparin; the incidence was lowest in the BAY 59-7939 2.5, 5, and 10 mg b.i.d. groups (Table 2).

There were no reports of death, PE or objectively verified, symptomatic DVT during the treatment period. During the follow-up period, five cases of objectively verified symptomatic VTE (three DVTs and two PEs) were reported. In addition, there were two deaths, one in the BAY 59-7939 5 mg b.i.d. and one in the 10 mg b.i.d. group; neither was considered drug related. An 81-year-old patient died of pneumonia and sepsis caused by gastric perforation – the VTE Adjudication Committee determined that death was not related to VTE; and a 93-year-old patient developed bronchopneumonia and died 4 days later – the VTE Adjudication Committee could not determine the cause of death.

*Safety*

Major, postoperative bleeding was observed in 0.8%, 2.2%, 2.3%, 4.5%, and 5.4% of patients receiving BAY 59-7939 2.5, 5, 10, 20, and 30 mg b.i.d., respectively, compared with 1.5% for enoxaparin (Table 3). There was a significant dose trend for major, postoperative bleeding ($P = 0.045$), as shown by logistic regression (Fig. 3). There were no significant differences in the incidence of major,

© 2006 International Society on Thrombosis and Haemostasis

**Table 1** Baseline demographics, and surgery details of patients in the safety population ($n = 704$)

| | BAY 59-7939 b.i.d. | | | | | Enoxaparin (once daily) |
|---|---|---|---|---|---|---|
| | 2.5 mg ($n = 132$) | 5 mg ($n = 136$) | 10 mg ($n = 133$) | 20 mg ($n = 134$) | 30 mg ($n = 37$)* | 40 mg ($n = 132$) |
| Female, $n$ (%) | 85 (64) | 73 (54) | 80 (60) | 83 (62) | 21 (57) | 78 (59) |
| Caucasian, $n$ (%) | 132 (100) | 136 (100) | 131 (98) | 132 (99) | 37 (100) | 132 (100) |
| Age, years (range) | 66 (26–86) | 64 (31–84) | 65 (43–93) | 65 (35–85) | 67 (51–87) | 65 (27–82) |
| Weight, kg (range) | 76 (45–117) | 79 (46–120) | 77 (47–118) | 78 (50–125) | 78 (52–113) | 77 (48–145) |
| Body mass index, kg m$^{-2}$ (range) | 28 (18–40) | 28 (18–39) | 27 (19–41) | 28 (19–38) | 28 (21–38) | 28 (20–40) |
| Surgery details | | | | | | |
| Cemented hip prosthesis, $n$ (%) | 62 (47) | 61 (45) | 57 (43) | 61 (46) | 18 (49) | 56 (42) |
| Duration of surgery, min | 86 ± 31 | 83 ± 31 | 85 ± 30 | 86 ± 35 | 92 ± 33 | 82 ± 29 |
| Type of anesthesia | | | | | | |
| General, $n$ (%) | 43 (33) | 41 (30) | 41 (31) | 46 (34) | 7 (19) | 39 (30) |
| Regional†, $n$ (%) | 89 (67) | 92 (68) | 90 (68) | 88 (66) | 30 (81) | 93 (70) |
| | 0 | 3 (2.2) | 2 (1.5) | 0 | 0 | 0 |
| Study drug administration | | | | | | |
| Time to first dose (h:mm) | 7:17 ± 0:53 | 7:19 ± 0:54 | 7:11 ± 0:48 | 7:15 ± 0:51 | 7:21 ± 0:41 | 7:17 ± 0:55 |
| Duration of treatment (days) | 8.4 ± 1.4 | 8.2 ± 1.9 | 8.2 ± 1.8 | 8.1 ± 1.7 | 8.0 ± 1.3 | 8.4 ± 1.2 |

All values are numbers, or mean (range), or mean ± standard deviation.
*Dose arm suspended because of regulatory request.
†Spinal and epidural anesthesia.

**Table 2** Incidence of primary efficacy endpoints and major VTE as assessed by a central, blinded adjudication committee ($n = 548$; per-protocol population)

| | BAY 59-7939 b.i.d. | | | | | Enoxaparin (once daily) |
|---|---|---|---|---|---|---|
| Parameter | 2.5 mg ($n = 104$) | 5 mg ($n = 109$) | 10 mg ($n = 101$) | 20 mg ($n = 99$) | 30 mg ($n = 29$)* | 40 mg ($n = 106$) |
| Primary efficacy endpoint, $n$ (%)† | 16 (15.4) | 15 (13.8) | 12 (11.9) | 18 (18.2) | 2 (6.9) | 18 (17.0) |
| 95% confidence interval (%) | 9.1, 23.8 | 7.9, 21.7 | 6.3, 19.8 | 11.1, 27.2 | 0.8, 22.8 | 10.4, 25.5 |
| Any DVT, $n$ (%) | 16 (15.4) | 15 (13.8) | 12 (11.9) | 18 (18.2) | 2 (6.9) | 18 (17.0) |
| Major VTE, $n$ (%)‡ | 3 (2.9) | 1 (0.9) | 1 (1.0) | 3 (3.0) | 1 (3.4) | 5 (4.7) |
| Proximal DVT, $n$ (%) | 3 (2.9) | 1 (0.9) | 1 (1.0) | 3 (3.0) | 1 (3.4) | 5 (4.7) |

*Dose arm suspended because of regulatory request.
†Components of primary efficacy endpoint are: any DVT; non-fatal, symptomatic, objectively confirmed PE (no reports); and all-cause mortality (no reports).
‡Components of the composite endpoint of major VTE are: proximal DVT; symptomatic, objectively confirmed PE (no reports); and death associated with VTE (no reports).

postoperative bleeding between any BAY 59-7939 dose and enoxaparin (Table 3).

No fatal bleeding or bleeding into a critical organ was reported, and most major bleeding events were confined to the surgical site. Three patients had major extra-surgical-site bleeding: two in the BAY 59-7939 20 mg b.i.d. group (one with hematuria, skin bleeding, and hemoptysis; and one with urogenital hematoma in addition to surgical-site bleeding), and one in the enoxaparin group (gastrointestinal bleed). These bleeding events resulted in transfusion of at least two units of blood and/or treatment cessation. Overall, the observed mean transfusion volumes were lowest in patients receiving BAY 59-7939 2.5 and 5 mg b.i.d. (Table 4).

The incidence of serious treatment emergent adverse events occurring up to 7 days after the last dose of study medication

increased dose dependently across the BAY 59-7939 dose groups. Fewer patients in the BAY 59-7939 2.5, 5, and 10 mg b.i.d. groups experienced serious treatment-emergent adverse events (7.6%, 8.8%, and 10.5%, respectively), compared with enoxaparin (11.4%); serious treatment-emergent adverse events were observed in more patients in the BAY 59-7939 20 and 30 mg b.i.d. groups (14.9% and 16.2%, respectively), mainly because of major, postoperative bleeding events.

BAY 59-7939 did not have untoward effects on ECG parameters, or substance-specific effects on laboratory parameters, including liver enzymes. Alanine aminotransferase (ALT) or aspartate aminotransferase (AST) levels > 3× the upper limit of normal (ULN) occurred in 11.2% (14/125) and 8.8% (11/125) of patients in the enoxaparin group, respectively, compared with 3.9–6.4% and 3.3–8.3%, respectively, in

© 2006 International Society on Thrombosis and Haemostasis

126 *B. I. Eriksson* et al

the BAY 59-7939 groups). There was no evidence of a dose–response relationship for BAY 59-7939 and increased liver enzymes. Abnormalities in liver function tests indicative of potential drug-induced liver injury (a combination of ALT levels $>3 \times$ ULN and $\geq$2-fold increase in bilirubin) were present in two patients receiving enoxaparin; levels of liver enzymes normalized rapidly in both patients during treatment without clinical symptoms or any late sequelae.



**Fig. 3.** Dose–response relationship between BAY 59-7939 and the primary efficacy endpoint (DVT, non-fatal PE, all-cause mortality; per-protocol population) and the primary safety endpoint (major, postoperative bleeding events; safety population). The solid lines are the dose–response curves for BAY 59-7939, estimated by logistic regression, including total daily dose as a covariate. The dotted lines represent the 95% confidence intervals for the primary efficacy endpoint, and the dashed lines the 95% confidence intervals for the primary safety endpoint.

## Discussion

This study shows that the observed incidence of VTE across the 12-fold dose range of BAY 59-7939 (2.5–30 mg b.i.d.) were comparable to that of enoxaparin. A significant trend for efficacy across the doses tested was not detected. The unexpectedly high efficacy of BAY 59-7939 2.5 mg b.i.d. may have contributed to the relatively flat dose–response relationship observed between BAY 59-7939 and the primary efficacy endpoint.

There was a significant dose trend between the primary safety endpoint of major, postoperative bleeding and increasing doses of BAY 59-7939. In the BAY 59-7939, 2.5–10 mg b.i.d. groups, the observed incidence of major postoperative bleeding were comparable with those with enoxaparin. There were no significant differences between any of the BAY 59-7939 dose groups and enoxaparin; however, it was not the objective of this study to detect differences between individual treatment groups. BAY 59-7939 did not have any untoward effects on ECG parameters or substance-specific effects on laboratory parameters, including liver enzymes, although the duration of exposure was short.

The efficacy and safety of other novel antithrombotic agents have been evaluated in similar phase II models. Indirect FXa inhibition with the parenterally administered pentasaccharide fondaparinux, although efficacious, demonstrated major bleeding rates up to 16.7%, necessitating premature discontinuation of the two highest doses [17]. Direct inhibition of thrombin with either ximelagatran or dabigatran has also been evaluated, and, in both cases, a dose trend for efficacy and safety was demonstrated [18,19].

A potential limitation of our study is that doses of BAY 59-7939 below 2.5 mg b.i.d., which was more efficacious

**Table 3** Incidence of major, postoperative bleeding and its components, secondary bleeding-related endpoints, and site of the bleeding event, as assessed by a central, blinded adjudication committee ($n = 704$; safety population)

| Bleeding classification | BAY 59-7939 b.i.d. | | | | | Enoxaparin (once daily) |
|---|---|---|---|---|---|---|
| | 2.5 mg ($n = 132$) | 5 mg ($n = 136$) | 10 mg ($n = 133$) | 20 mg ($n = 134$) | 30 mg ($n = 37$)* | 40 mg ($n = 132$) |
| Major, postoperative bleeding, $n$ (%)† | 1 (0.8) | 3 (2.2) | 3 (2.3) | 6 (4.5) | 2 (5.4) | 2 (1.5) |
| Confidence interval (%) | 0.0, 4.1 | 0.5, 6.3 | 0.5, 6.5 | 1.7, 9.5 | 0.7, 18.2 | 0.2, 5.4 |
| Components of primary safety endpoint‡ | | | | | | |
| Fatal/critical bleeding, $n$ (%) | 0 | 0 | 0 | 0 | 0 | 0 |
| Bleeding leading to reoperation, $n$ (%) | 0 | 2 (1.5) | 2 (1.5) | 0 | 0 | 0 |
| Clinically overt bleeding leading to treatment cessation, $n$ (%) | 0 | 0 | 0 | 1 (0.7) | 1 (2.7) | 1 (0.8) |
| Clinically overt bleeding with a fall in hemoglobin, $n$ (%) | 0 | 1 (0.7) | 1 (0.8) | 3 (2.2) | 1 (2.7) | 2 (1.5) |
| Clinically overt bleeding leading to blood transfusion, $n$ (%) | 1 (0.8) | 1 (0.7) | 1 (0.8) | 4 (3.0) | 2 (5.4) | 2 (1.5) |
| Bleeding site | | | | | | |
| Surgical-site bleeds, $n$ (%)‡ | 1 (0.8) | 3 (2.2) | 3 (2.3) | 5 (3.7) | 2 (5.4) | 1 (0.8) |
| Extrasurgical-site bleeds, $n$ (%)‡ | 0 | 0 | 0 | 2 (1.5) | 0 | 1 (0.8) |
| Clinically relevant non-major bleeding, $n$ (%) | 2 (1.5) | 8 (5.9) | 3 (2.3) | 6 (4.5) | 1 (2.7) | 0 |
| Minor bleeding, $n$ (%) | 4 (3.0) | 6 (4.4) | 11 (8.3) | 14 (10.4) | 1 (2.7) | 6 (4.5) |

*Dose arm suspended because of regulatory request.
†Major, postoperative bleeding was defined as bleeding starting $\geq$6 h after surgery, or after the first postoperative dose of study medication (whichever came first), but not $>2$ days after the last administration of study drug.
‡Patients may have experienced more than one bleeding event, or a bleeding event that met the criteria for more than one bleeding classification.

© 2006 International Society on Thrombosis and Haemostasis

**Table 4** Incidence and volume of blood transfusions, and incidence and volume of postoperative blood loss ($n = 704$; safety population)

| | BAY 59-7939 b.i.d. | | | | | Enoxaparin once daily |
|---|---|---|---|---|---|---|
| | 2.5 mg ($n = 132$) | 5 mg ($n = 136$) | 10 mg ($n = 133$) | 20 mg ($n = 134$) | 30 mg ($n = 37$)* | 40 mg ($n = 132$) |
| Patients receiving blood transfusions, $n$ (%) | 74 (56.1) | 77 (56.6) | 78 (58.6) | 89 (66.4) | 24 (64.9) | 77 (58.3) |
| Volume (mL; mean ± SD) | 326 ± 355 | 314 ± 314 | 400 ± 441 | 451 ± 436 | 474 ± 517 | 350 ± 360 |
| Patients with volume in drain (postoperative), $n$ (%) | 111 (84.1) | 117 (86.0) | 113 (85.0) | 117 (87.3) | 27 (73.0) | 109 (82.6) |
| Volume (mL; mean ± SD) | 545 ± 395 | 581 ± 470 | 649 ± 550 | 576 ± 594 | 481 ± 411 | 671 ± 1065 |

*Dose arm suspended because of regulatory request.

than expected, were not evaluated. However, doses below 2.5 mg b.i.d. did not produce the desired pharmacodynamic response in phase I studies. Despite this limitation, the wide therapeutic window demonstrated for BAY 59-7939 suggests that it would have a potentially favorable risk–benefit ratio in clinical practice (Fig. 3).

In summary, in patients at high risk of developing thrombosis and bleeding, direct FXa inhibition with BAY 59-7939 was effective across the dose range studied, and compared favorably with enoxaparin; safety was similar between BAY 59-7939 2.5–10 mg b.i.d. and enoxaparin. These results warrant further evaluation of BAY 59-7939 for use as an antithrombotic agent in patients in whom the risk of developing thrombosis persists.

### Disclosure of conflicts of interest

This study was supported by Bayer HealthCare AG.

### Acknowledgements

We would like to thank Dr E. Muehlhoffer for her extensive contribution to this study. Dr F. Misselwitz is an employee of Bayer HealthCare AG. The Steering Committee had the final responsibility for the study protocol, the analyses, and the manuscript. P. Kalebo received honoraria for adjudication of venograms in the study; all other authors received honoraria as Steering Committee members.

### Appendix

Steering Committee: B.I. Eriksson (Chair), L. Borris, O.E. Dahl, S. Haas, M.V. Huisman, A.K. Kakkar. Data and Safety Monitoring Board: H.-G. Breyer, H. Bounameaux, A. Leizorovicz. Bleeding Event Adjudication Committee: U. Angeras, A. Falk, M. Prins. Venography Adjudication Committee: P. Kälebo, B. Zachrisson. Venous Thromboembolism Adjudication Committee: H. Eriksson, G. Sandgren, J. Wallin Investigators: Austria: A. Engel, J. Hochreiter and H. Niessner; Belgium: R. Driesen; Denmark: E. Horlyck, P.S. Jorgensen and M. Lassen; France: M. Delecroix, E. Hayek and E. Le Pelley; Germany: W. Birkner, H.-M. Fritsche, K.-P. Günther, A. Halder, F. Kleinfeld, A. Kurth and P. Mouret; Israel: B. Brenner, S. Dekel, N. Halperin and U. Martinovich; Italy: W. Ageno, G. Fraschini, C. Lodigiani, P. Parise and M.

Silingardi; The Netherlands: R. Slappendel, H. van der Vis and A. Verburg; Norway: O. Aarseth, O. Hovick, H. Hovind; Poland: A. Bednarek, J. Blancha, K. Kwiatkowski, S. Mazurkiewicz, T. Niedzwiedski and J. Skowronski; Spain: E. Castellet, F. Gomar, X. Granero, and L. Peidrò; Sweden: B. Edshage, B.I. Eriksson, S. Lind and A. Wykman; UK: A. Cohen

We would like to thank C. Dierig, A. Migge, and M. Hunke for their valuable contributions to this study.

### References

1 Kakkar VV. Low dose heparin in the prevention of venous thromboembolism. Rationale and results. *Thromb Diath Haemorrh* 1975; **33**: 87–96.

2 Geerts WH, Pineo GF, Heit JA, Bergqvist D, Lassen MR, Colwell CW, Ray JG. Prevention of venous thromboembolism: the Seventh ACCP Conference on antithrombotic and thrombolytic therapy. *Chest* 2004; **126**: 338S–400S.

3 Ansell JE, Weitz JI, Comerota AJ. Advances in therapy and the management of antithrombotic drugs for venous thromboembolism. *Hematology* 2000; 266–84.

4 Goldhaber SZ, Turpie AG. Prevention of venous thromboembolism among hospitalized medical patients. *Circulation* 2005; **111**: e1–e3.

5 Singer DE, Albers GW, Dalen JE, Go AS, Halperin JL, Manning WJ. Antithrombotic therapy in atrial fibrillation: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *Chest* 2004; **126**: 429S–56S.

6 Ansell J, Hirsh J, Poller L, Bussey H, Jacobson A, Hylek E. The pharmacology and management of the vitamin K antagonists: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *Chest* 2004; **126**: 204S–33S.

7 Hirsh J. Current anticoagulant therapy – unmet clinical needs. *Thromb Res* 2003; **109**: S1–S8.

8 Ansell J, Bergqvist D. Current options in the prevention of thromboembolic disease. *Drugs* 2004; **64**: 1–5.

9 Bates SM, Weitz JI. New anticoagulants: beyond heparin, low-molecular-weight heparin and warfarin. *Br J Pharmacol* 2005; **144**: 1017–28.

10 Perzborn E, Strassburger J, Wilmen A, Pohlmann J, Roehrig S, Schlemmer KH, Straub A. *In vitro* and *in vivo* studies of the novel antithrombotic agent BAY 59-7939 – an oral, direct Factor Xa inhibitor. *J Thromb Haemost* 2005; **3**: 514–21.

11 Hoppensteadt D, Neville B, Maddenini J, Perzborn E, Misselwitz F, Fareed J. Comparative anticoagulant and antiprotease actions of BAY 59-7939 – an oral, direct Factor Xa inhibitor – and enoxaparin and fondaparinux. *Pathophysiol Haemost Thromb* 2004; **33**: Abstract FP39.

12 Kubitza D, Becka M, Voith B, Zuehlsdorf M, Wensing G. Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939 – an oral, direct Factor Xa inhibitor. *Clin Pharmacol Ther* 2005; **78**: 412–21.

© 2006 International Society on Thrombosis and Haemostasis

**128** *B. I. Eriksson* et al

13 Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY59-7939 – an oral, direct Factor Xa inhibitor – after multiple dosing in healthy male subjects. *Eur J Clin Pharmacol*, in press.

14 Rabinov K, Paulin S. Roentgen diagnosis of venous thrombosis in the leg. *Arch Surg* 1972; **104**: 134–44.

15 Kalebo P, Ekman S, Lindbratt S, Eriksson BI, Pauli U, Zachrisson BE, Close P. Percentage of inadequate phlebograms and observer agreement in thromboprophylactic multicenter trials using standardized methodology and central assessment. *Thromb Haemost* 1996; **76**: 893–6.

16 The European Agency for the Evaluation of Medicinal Products. *CPMP/EWP/707/98: Points to Consider on Clinical Investigation of Medicinal Products for Prophylaxis of Intra- and Post-Operative Venous Thromboembolic Risk*. 2004; http://www.emea.eu.int/pdfs/human/ewp/070798en.pdf.

17 Turpie AG, Gallus AS, Hoek JA. A synthetic pentasaccharide for the prevention of deep-vein thrombosis after total hip replacement. *N Engl J Med* 2001; **344**: 619–25.

18 Eriksson BI, Bergqvist D, Kalebo P, Dahl OE, Lindbratt S, Bylock A, Frison L, Eriksson UG, Welin L, Gustafsson D. Ximelagatran and melagatran compared with dalteparin for prevention of venous thromboembolism after total hip or knee replacement: the METHRO II randomised trial. *Lancet* 2002; **360**: 1441–7.

19 Eriksson BI, Dahl OE, Buller HR, Hettiarachchi R, Rosencher N, Bravo ML, Ahnfelt L, Piovella F, Stangier J, Kalebo P, Reilly P. A new oral direct thrombin inhibitor, dabigatran etexilate, compared with enoxaparin for prevention of thromboembolic events following total hip or knee replacement: the BISTRO II randomized trial. *J Thromb Haemost* 2005; **3**: 103–11.

© 2006 International Society on Thrombosis and Haemostasis