UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT TESTIMONY FROM SCOTT BONIOL, M.D. AND WILLIAM FRANKLIN PEACOCK, IV, MD, FACEP, ABOUT THE BENEFITS OF EARLIER DETECTIONS FROM ANTICOAGULANT-RELATED BLEEDING EVENTS**

Defendants incorporate their Opposition filed on February 27, 2017 (Doc. 5529) filed in response to Plaintiffs' Motion to Exclude Opinions of Dr. Reiffel, M.D. Plaintiffs' Motion filed on January 20, 2017 (doc. 5116) sought to exclude Dr. Reiffel's opinion that anticoagulant medicines promote the early detection of certain diseases process, including cancer, similar to the arguments in the present motion directed to Scott Boniol, M.D. and William Franklin Peacock, IV, M.D., F.A.C.E.P. As set forth below, the opinions of Dr. Bonoil and Peacock are relevant, reliable, and admissible under *Daubert*, and Plaintiffs' Motion should be denied.

Plaintiffs' entire motion rests on the assumption that, because neither Joseph Boudreaux, Jr. nor Sharyn Orr had an underlying pathology that was detected and treated earlier as a result of their anticoagulant-related bleeding events, evidence that anticoagulant medicines such as Xarelto may lead to the early detection of said diseases is irrelevant. However, under a proper risk-benefit analysis, the opinions of Dr. Boniol and Dr. Peacock that anticoagulant therapy has the benefit of early detection of certain disease processes, such as cancer, are relevant to the

overall risks and benefits of a product that must be considered by the jury in ascertaining whether or not Xarelto is defectively designed.

## ARGUMENT

Plaintiffs' assertion that Dr. Boniol and Dr. Peacock should be precluded from testifying about the benefits of anticoagulant therapy in early detection of certain diseases should be denied. A proper risk-benefit analysis considers the overall risks and benefits of a product, not just select features. *Moore v. BASF*, 2012 WL 6025917, at *4 (E.D. La. 2012) ("Plaintiff must identify a specific alternative design in existence at the time of the injury that was capable of preventing the injury, and they must also perform a risk-utility analysis."); *see also Maxwell v. Howmedica Osteonics Corp*, 713 F.Supp.2d 84, 92 (N.D.N.Y. 2010) ("[A] plaintiff must demonstrate that the alternative design would have [led] to overall improved safety which requires a risk-utility balancing."). Dr. Boniol's and Dr. Peacock's opinions that Xarelto and anticoagulants generally have resulted in early detection of certain diseases are both relevant and reliable. In his report, Dr. Boniol states:

> By their nature of making blood 'thinner and, therefore, less likely to clot, these medicines can unmask an underlying anatomical or pathological process that is in fact responsible for the bleeding. For example, if a patient has an ulcer in their stomach, this disease process disrupts the normal lining of the stomach and results in bleeding. This happens early on in the disease process and before the ulcers become significantly detrimental to patients. When taking an anticoagulant, the bleeding becomes more pronounced and more obvious to the patient. In a strange twist, this observed bleeding allows for earlier detection of the underlying problem and allows it to be addressed earlier. In the case of undiagnosed cancers causing bleeding this can be a life-saving diagnosis.

Boniol Rpt. (Generic) at 18 (Exh. A to Pls.' Motion).

Similarly, Dr. Peacock states in his report:

> It is important to clarify that anticoagulants in and of themselves do not cause bleeding; rather, they cause a patient to be slower to clot and thus can, and often do, unmask an underlying pathology or source of bleeding. This unmasking can

> be beneficial if it leads to earlier intervention and treatment of underlying pathologies, for example cancer, than would be possible had the source of bleeding not been unmasked or identified.

Peacock Rpt. (Generic) at 9 (Exh. B to Pls.' Motion). Plaintiffs do not dispute the truth or accuracy of the opinions, and Dr. Boniol and Dr. Peacock cite literature supporting these opinions. Their opinions clearly are relevant to the overall risk-benefit assessment of anticoagulant therapy to be considered by the jury. Accordingly, Plaintiffs' motion to preclude this testimony should be denied.

## CONCLUSION

For all the foregoing reasons, the Court should deny Plaintiffs' motion *in limine* to preclude Scott Boniol, M.D. and William Franklin Peacock, IV, M.D., F.A.C.E.P.'s opinions about earlier detection of certain diseases.

Respectfully submitted,

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* <br> Susan M. Sharko <br> DRINKER BIDDLE & REATH LLP <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@dbr.com | By: /s/ *William Hoffman* <br> William Hoffman <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@apks.com |
| Rodney M. Hudson <br> DRINKER BIDDLE & REATH LLP <br> 50 Fremont Street, 20th Floor <br> San Francisco, CA 94105-2235 <br> Telephone: (415) 591-7500 <br> rodney.hudson@dbr.com | Andrew K. Solow <br> Steven Glickstein <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 250 West 55th Street <br> New York, New York 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@apks.com <br> steven.glickstein@apks.com |
| Chanda A. Miller <br> DRINKER BIDDLE & REATH LLP <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2500 <br> chanda.miller@dbr.com | |

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC, and Johnson & Johnson*

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

4

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 6, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

              */s/ James B. Irwin*
              **James B. Irwin**