UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03708 | |

## DEFENDANTS' *EX PARTE* MOTION TO FILE UNREDACTED MEMORANDUM UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file an unredacted Memorandum in Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, M.D., and William Franklin Peacock, IV, MD, FACEP, about the Benefits of Earlier Detections from Anticoagulant-Related Bleeding Events in the above-referenced matter under seal, as it contains references to the medical records and health conditions of a particular plaintiff.[1] Accordingly, Defendants respectfully request that the unredacted Memorandum be filed under seal.

---

[1] A redacted copy of the Memorandum has been filed into the record. *See* Rec. Doc. 5643.

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
       SUSAN M. SHARKO
       600 Campus Drive
       Florham Park, New Jersey  07932
       Telephone:  ( 973) 549-7000
       Fax:  (973) 360-9831
       Susan.Sharko@dbr.com

       *Counsel for Defendants*
       *Janssen Pharmaceuticals, Inc., Janssen*
       *Research & Development, LLC, Janssen Ortho*
       *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:   /s/ *Andrew Solow*_____
       Andrew Solow
       Steve Glickstein
       William Hoffman
       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8485
       sglickstein@akps.com
       *Counsel  for Defendants Bayer Healthcare*
       *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:   /s/ *James B. Irwin*_____
       James B. Irwin
       400 Poydras Street, Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       jirwin@irwinllc.com
       *Defendants' Co-Liaison Counsel*

                            **CHAFFE MC CALL L.L.P.**

By:   /s/ *John F. Olinde*_____
        John F. Olinde
        1100 Poydras Street, Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        olinde@chaffe.com
        *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 6, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ James B. Irwin*
        **James B. Irwin**