UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03708 | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, for leave to file the unredacted Memorandum in Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, M.D., and William Franklin Peacock, IV, MD, FACEP, about the Benefits of Earlier Detections from Anticoagulant-Related Bleeding Events in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the pleading UNDER SEAL.

New Orleans, Louisiana, this ___ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

00399054                                    1