# EXHIBIT G

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  XARELTO (RIVAROXABAN)   MDL No. 2592
     PRODUCTS LIABILITY LITIGATION
 5                                   SECTION L
 6   _____ JUDGE FALLON
 7   THIS DOCUMENT RELATES TO:    MAG. JUDGE NORTH
 8   JOSEPH ORR, JR., AS LAWFUL
     SURVIVING SPOUSE OF SHARYN ORR
 9
     Case No. 2:15-CV-03708
10
11
12    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
14                   NOVEMBER 28, 2016
15
16                        - - -
17          Videotaped deposition of GIANLUCA CERRI,
     M.D., FACEP, FAAEM, held at Perry Dampf Dispute
18   Solutions, 721 Government Street, Baton Rouge,
     Louisiana, commencing at 9:58 a.m., on the above
19   date, before Leslie B. Doyle, Certified Court
     Reporter (#93096), Registered Professional Reporter,
20   Certified Realtime Reporter.
21
22                        - - -
23             GOLKOW TECHNOLOGIES, INC.
24        877.370.3377 ph|917.591.5672 fax
25                  deps@golkow.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4       EMILY C. JEFFCOTT, ESQ.
             Email:  Ejeffcott@thelambertfirm.com
 5           Phone:  (504) 581-1750
         THE LAMBERT FIRM
 6       701 MAGAZINE STREET
         NEW ORLEANS, LOUISIANA  70130
 7
 8   - AND -
 9       ROGER C. DENTON, ESQ.
             Email:  Rdenton@uselaws.com
10           Phone:  (314) 621-6115
         SCHLICHTER, BOGARD & DENTON, LLP
11       100 S. 4TH STREET, SUITE 900
         ST. LOUIS, MISSOURI  63102
12
13   COUNSEL FOR THE JANSSEN DEFENDANTS:
14       JAMES B. IRWIN, ESQ.
             Email:  Jirwin@irwinllc.com
15       MEERA U. SOSSAMON, ESQ.
             Email:  Msossamon@irwinllc.com
16           Phone:  (504) 310-2100
         IRWIN, FRITCHIE, URQUHART & MOORE, LLC
17       400 POYDRAS STREET, SUITE 2700
         NEW ORLEANS, LOUISIANA  70130
18
19   COUNSEL FOR THE BAYER DEFENDANTS:
20       JEREMY S. BARBER, ESQ.
             Jbarber@wilkinsonwalsh.com
21       KIM CHANNICK, ESQ.
             Kchannick@wilkinsonwalsh.com
22           Phone:  (202) 847-4000
         1900 M STREET, NW, SUITE 800
23       WASHINGTON, D.C.  20036
24
25   ALSO PRESENT:  MELISSA BARDWELL, VIDEOGRAPHER
```

```
 1                    INDEX OF EXAMINATIONS

 2   EXAMINATION

 3      BY MR. IRWIN............................7

 4   CERTIFICATE.......................315 - 316

 5

 6                         * * *

 7

 8                     INDEX OF EXHIBITS

 9   EXHIBIT #1.................................12

10      LIST OF ARTICLES

11   EXHIBIT #2.................................47

12      EXPERT REPORT OF GIANLUCA CERRI, M.D.,

13      FACEP, FAAEM

14   EXHIBIT #3.................................93

15      4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

16      MEDICAL RECORD

17      (SOrr-OMC-MD-000010 - 0022)

18   EXHIBIT #4................................101

19      4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

20      MEDICAL RECORD

21      (SOrr-OMC-MD-000231 - 0036)

22   EXHIBIT #5................................106

23      4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

24      MEDICAL RECORD

25      (SOrr-OMC-MD-000031 - 0034)
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    EXHIBITS (CONTINUED):

2

3    EXHIBIT #6................................108

4       4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

5       MEDICAL RECORD

6       (SOrr-OMC-MD-002914 - 2917)

7    EXHIBIT #7................................111

8       XARELTO LABEL REVISED 08/2016

9    EXHIBIT #8................................111

10      XARELTO LABEL REVISED 08/2016

11   EXHIBIT #9................................114

12      ACADIAN AMBULANCE SERVICES PREHOSPITAL

13      CARE REPORT SUMMARY

14      (SOrr-AAS-000003 - 0007)

15   EXHIBIT #10...............................172

16      TIMELINE

17   EXHIBIT #11...............................180

18      DEFENDANTS' NOTICE WITH SUBPOENA DUCES

19      TECUM OF ORAL VIDEOTAPED DEPOSITION OF

20      GIANLUCA CERRI, MD, FACEP, FAAEM

21   EXHIBIT #12...............................205

22      CHA2DS2-VASC CALCULATOR FOR ATRIAL

23      FIBRILLATION

24

25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  EXHIBITS (CONTINUED):

2

3  EXHIBIT #13..............................213

4     SHARYN ORR WEIGHT/BLOOD PRESSURE

5     FLUCTUATION CHRONOLOGY

6  EXHIBIT #14..............................248

7     4/24/15 NOMH NEUROSCIENCE CRITICAL CARE

8     MEDICAL RECORD

9     (SOrr-PPR-MD-000523)

10 EXHIBIT #15..............................299

11    GLASCOW COMA SCALE

12 EXHIBIT #16..............................302

13    MDCALC INTRACEREBRAL HEMORRHAGE (ICH)

14    SCORE

15                   - - -

16

17

18

19

20

21

22

23

24

25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1                    PROCEEDINGS
2           THE VIDEOGRAPHER:  We are now on the
3      record.  My name is Melissa Bardwell,
4      videographer here for Golkow Technologies.
5      The date today is November 28th, 2016.
6      The time is approximately 9:58 a.m.  This
7      videotaped deposition in being held in
8      Baton Rouge, Louisiana, taken in reference
9      to the Xarelto (Rivaroxaban) Products
10     Liability Litigation.  The deponent today
11     is Dr. Gianluca Cerri.
12          Would counsel present introduce
13     themselves and state their affiliations
14     for the record?
15          MR. DENTON:  Thank you.  Roger Denton
16     and Emily Jeffcott for the plaintiffs.
17          MR. IRWIN:  Jim Irwin and Meera
18     Sossamon for Janssen.
19          MR. BARBER:  Jeremy Barber and Kim
20     Channick on behalf of Bayer.
21          THE VIDEOGRAPHER:  The court reporter
22     today is Leslie Doyle, and she will now
23     swear in the witness.
24                    * * *
25

PROTECTED — SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    GIANLUCA CERRI, M.D.,
 2         having been first duly sworn, was examined
 3                    and testified as follows:
 4                         EXAMINATION
 5    BY MR. IRWIN:
 6         Q.   Good morning, Doctor.
 7         A.   Good morning.
 8         Q.   My name is Jim Irwin.  You and I have not
 9    met until today; is that correct, sir?
10         A.   Not to my recollection.
11         Q.   You are a medical doctor?
12         A.   Yes, sir.
13         Q.   Would you state your name and address for
14    the record, please?
15         A.   Gianluca, G-I-A-N-L-U-C-A, Cerri,
16    C-E-R-R-I.  I reside at 11406 The Gardens, T-H-E
17    Gardens, G-A-R-D-E-N-S, Drive in Baton Rouge, 70810.
18         Q.   Have you ever given a deposition before?
19         A.   A long time ago.
20         Q.   Can you tell me a little bit about that?
21         A.   It pertained to a skull fracture, and it
22    was rendering my medical opinion on the events and
23    the facts.
24         Q.   Was that an individual that you had an
25    opportunity to treat?
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

 1   Several of the articles do go in details pertaining
 2   the extent and the severity of the bleed which is
 3   sustained by a patient while on Xarelto in
 4   comparison with the patient that is not on Xarelto.
 5   BY MR. IRWIN:
 6       Q.   You know that this lady had to be on an
 7   anticoagulant, don't you?
 8       A.   Yes, sir.
 9       Q.   There's no doubt in your mind about that,
10   correct?
11       A.   You know, so once again, this is really
12   beyond the scope of my practice because I don't make
13   that decision.  You could have argued that she had
14   kidney failure and this and that and the other
15   thing, and you discuss the positive versus the
16   negative, so on and so forth, and let the family
17   decide.  But, yes, it would prevent stroke in a
18   patient with AFib.
19       Q.   You're not going to second-guess the
20   prescribing doctor here who decided that her CHAD
21   score was such that it was appropriate --
22       A.   No.  The CHAD score is universal.
23       Q.   Let me finish my question.
24       A.   No, I'm not going to --
25       Q.   You're not going to second-guess

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    Q.  I'm just asking the question.  Do you
2  agree with that?
3    A.  I agree that Kcentra, at this point in
4  time, in spite of not being an antidote, is the best
5  thing we got to give someone a fighting chance.  Do
6  I think it reverse -- no, it's not about me
7  thinking.  Do the study conclusively show in an
8  evidence way -- pattern that it actually works to
9  reverse the bleed conclusively so that this kind of
10  interaction would not -- would not take place?  No.
11  That's why it's not on the label, because it's not a
12  perfect reversal agent, and the studies are mixed on
13  how much it actually does.  But, unlike you, I will
14  administer the medication if it provides the patient
15  even one fighting chance.  Okay?
16    Q.  Is PCC in the label?
17    A.  Is PCC in this label?
18    Q.  Yes.
19    A.  I don't believe so.  Is it in the label?
20  Show it to me.
21    Q.  No, I got my answer.  Let me read you
22  this.
23    A.  Oh, okay.  The answer is no, for the
24  record.  It's not, 100 percent.
25    Q.  Although NOACs are as effective as, if not

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

 1   more effective, than warfarin for the treatment and
 2   prevention of thromboembolism, the major advance in
 3   the care of patients is their improved safety
 4   profile with respect to serious bleeding,
 5   particularly intracranial hemorrhage --
 6        A.   I agree 100 percent.  Don't have to even
 7   hear that.
 8        Q.   -- and reduction in mortality in patients
 9   with AFib.
10        A.   I agree 100 percent.  Have I not -- review
11   the tape, Your Honor.  Have I not stated that it's
12   the best commercially available anticoagulants?  It
13   is.  It really is, after the point that you get a
14   brain bleed, at which point in time there's no
15   antidote, and there's no way to monitor it, to
16   reverse it, and then people die.  They don't have
17   the same chances of these other medications.
18             So, again, if I ask any of you at this
19   table, would you take a medication such as Coumadin,
20   by which you cannot eat turnip greens, and every
21   two, three weeks you've got to check an INR to make
22   sure it's not too high or too low and probably you
23   have to adjust the dose, which may cause you to have
24   a little bit higher chance of getting a brain bleed,
25   but when the brain bleed actually happens, if it

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            R E P O R T E R ' S   C E R T I F I C A T E
 2                This transcript is valid only for a
 3       transcript accompanied by my original signature and
 4       original required seal on this page.
 5                I, Leslie B. Doyle, Certified Court
 6       Reporter (LA Certificate #93096), in and for the
 7       State of Louisiana, as the officer before whom this
 8       testimony was taken, do hereby certify that GIANLUCA
 9       CERRI, M.D., FACEP, FAAEM, after having been duly
10       sworn by me upon authority of R.S. 37:2554, did
11       testify as herein before set forth in the foregoing
12       314 pages; that this testimony was reported by me in
13       the stenotype reporting method, was prepared and
14       transcribed by me or under my personal direction and
15       supervision, and is a true and correct transcript to
16       the best of my ability and understanding; that the
17       transcript has been prepared in compliance with
18       transcript format guidelines required by statute or
19       by rules of the board, that I have acted in
20       compliance with the prohibition on contractual
21       relationships, as defined by Louisiana Code of Civil
22       Procedure Article 1434 and in rules and advisory
23       opinions of the board.
24                I further certify that I am not related to
25       counsel or to the parties herein, nor am I otherwise
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  interested in the outcome of this matter.
2          Signed this ___ day of _____, 2016.
3
4
5              _____
6              LESLIE B. DOYLE, RPR, RMR, RDR
               Certified Court Reporter
7              LA Certificate #93096
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25