# EXHIBIT K

# Xarelto Litigation

## Boudreaux v. Janssen, et al, Case No. 2:14-cv-02720

## Expert Report of Colleen Johnson, MD, MS

### I. Background and Basis for Opinion

I am an Assistant Professor of Clinical Medicine at Tulane University Heart and Vascular Institute, and am board certified in Internal Medicine, Cardiology, and Cardiac Electrophysiology. Currently, I am Director of Cardiac Electrophysiology at both Tulane University Medical Center and at the Southern Louisiana Veterans Administration Medical Center; I am also Co-Director of Cardiac Electrophysiology at University Medical Center in New Orleans.

I incorporate by reference my general report in the Xarelto Litigation, including my qualifications and referenced articles and materials.

In forming my opinions in this matter, I have relied on my training and expertise, scientific literature in the field and I have reviewed the materials regarding Xarelto identified in my general report. I have also reviewed the medical records of Joseph Boudreaux listed in Exhibit A. I have used the same method of review and analysis as I use in my clinical and my academic medical practice. All of my opinions are offered to a reasonable degree of medical certainty. I reserve the right to supplement my opinions as further information becomes available.

### II. Care and Treatment of Mr. Joseph Boudreaux

Mr. Joseph Boudreaux was a 71 year old gentleman with a new diagnosis of atrial fibrillation when he was introduced to Xarelto.

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

On January 7th, 2014, Mr. Boudreaux presented to his primary care practitioner – Angelique Torres, NP – with a chief complaint of chest heaviness, trouble breathing and frequent belching. His medical history to that point included hypertension, diabetes, hyperlipidemia, benign prostatic hypertrophy and gout. He was found to have newly recognized atrial fibrillation on EKG after an exam by NP Torres revealed an irregular heart rhythm.

He was sent from the primary care clinic to St. Anne Hospital by ambulance. At the time of his presentation, he was on the following medications: aspirin 81mg daily, allopurinol 300mg daily, amlodipine 5 mg daily, finasteride 5mg daily, lisinopril-HCTZ 20mg/25mg daily, metformin 500 mg daily, terazosin 10mg daily, indomethacin 100 mg daily as needed and vicodin every 4-6hr as needed. At the St. Anne Hospital emergency room, Dr. Ryan Wolfort confirmed the diagnosis of atrial fibrillation as well as identified new onset congestive heart failure. In the Emergency Room, the patient was treated with aspirin 81mg and furosemide 40mg iv. Dr. Wolfort then called a cardiology consult.

Dr. Kenneth Wong performed the cardiology consultation. After interviewing and examining the patient, including blood tests pertinent for a creatinine of 0.8 mg/dL, PT of 11.4 seconds and aPTT 27.7 seconds, he recommended metoprolol 25 mg po bid for heart rate control, amiodarone to control the atrial fibrillation and systemic oral anticoagulation for stroke prophylaxis. As an inpatient, the patient was started on Xarelto 20mg daily for stroke prophylaxis given his CHADS2-VASc score of 4 (HTN, DM, CHF, age) and 4% yearly risk of stroke. A novel oral anticoagulant was chosen to increase patient compliance with stroke prophylaxis and as it was covered by his

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

insurance. The patient was counseled on the benefits of an oral anticoagulant - decrease in the risk of stroke in the setting of nonvalvular atrial fibrillation - by both Dr. Wong and RN Theriot. Both Dr. Wong and RN Theriot informed the patient of the risks of oral anticoagulation including all bleeding sequelae. As stated in deposition, Dr. Wong's understanding of the bleeding risks were not affected by the lack of a "black box labeling." The counseling provided to Mr. Boudreaux regarding the risks bleeding with systemic oral anticoagulation is documented in the medical record (including the document signed by Mr. Boudreaux) and were confirmed in the depositions of Dr. Wong and Nurse Theriot. Mr. Boudreaux was then discharged on 1/9/14 from St. Anne's Hospital with a 90 day prescription of Xarelto 20 mg po daily and a 10 pill supply of Xarelto 20 mg for the interim until his prescription could be filled. He was also discharge on aspirin 81mg daily, amiodarone 400 mg three times a day, metoprolol 25mg twice a day as well as protonix, finasteride, lisinopril, furosemide and potassium.

Mr. Boudreaux then followed up with the Cardiovascular Institute of the South (CIS) on January 10th, 2014. He was seen by Dr. Wong. Although Mr. Boudreaux still felt weak, he had less shortness of breath and edema. He was instructed to decrease indomethacin, hold furosemide and decrease potassium to 20mg daily, amiodarone to 400mg daily and continue metoprolol 25 mg two times a day. Mr. Boudreaux also underwent a cardiac stress test that day that was negative for ischemia.

Mr. Boudreaux then returned to CIS for a follow-up on January 13, 2014. He was again seen by Dr. Wong. At this time, he felt fine and was scheduled for a cardioversion. He was put back on furosemide 40mg daily but otherwise there was no change to medications. He had blood tests taken that were largely unremarkable.

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

On January 24, 2014, Mr. Boudreaux presented to CIS for follow-up. Mr. Boudreaux said he was feeling much better but felt his blood pressure was running too low. The blood pressure was measured as 84/46mmHg in the clinic. His lisinopril was lowered to 10mg daily and the spironolactone was restarted. He was scheduled for a TEE and cardioversion at St. Anne's Hospital on 2/5/14.

On 2/3/14, Mrs. Boudreaux – the patient's wife – called CIS complaining that her husband felt "weak" with a blood pressure of 88/43mmHg in the absence of antihypertensive medications. When Mr. Boudreaux arrived at CIS for his appointment that day, he says he had felt weak for three days with constipation and black stools. On exam, his blood pressure was 94/60mmHg with a pulse of 69 bpm. At first, he was instructed to hold aspirin, furosemide, indomethacin, lisinopril and Xarelto as well as to keep well hydrated with follow-up the next day. However, when stat blood tests returned and Mr. Boudreaux was found to be anemic with a Hgb of 6.7 g/dL and a Hct of 21.2%, he was called and sent to the emergency room at St. Anne's Hospital.

At St. Anne's emergency room, Mr. Boudreaux was found to have melena on digital rectal exam and was admitted with the diagnosis of a gastrointestinal (GI) bleed. His anemia was confirmed with another blood test showing a Hgb of 6.6g/dL and a Hct 20.9%. His coagulation tests showed a PT of 13.6 seconds, an INR of 1.37 and an aPTT of 24.3 seconds. He was given a transfusion of 2 units of packed red blood cells. Mr. Boudreaux was then transferred via ambulance to Ochsner Medical Center in Kenner, LA, for further evaluation and management of his GI bleed.

Mr. Boudreaux was then admitted to Dr. Masri's service at Ochsner Medical Center Kenner. All anticoagulant and antiplatelet agents were stopped and he was

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

started on a protonix drip. Mr. Boudreaux underwent an upper endoscopy on 2/4/16 performed by Dr. Joshi. The EGD showed Barrett's esophagus but no obvious source of bleeding. He then underwent a colonoscopy on 2/7/16 by Dr. Joshi that showed diverticulosis but no obvious source of bleeding. Mr. Boudreaux was transfused another 2 units of packed red blood cells and discharge from the hospital with plans for a capsule endoscopy. Mr. Boudreaux was discharged on the following medications: amiodarone, aspirin, allopurinol, furosemide, lisinopril, metformin, metoprolol, pantoprazole, potassium, spironolactone and tamsulosin. Indomethacin and Xarelto were discontinued.

Mr. Boudreaux underwent a capsule endoscopy on March 8, 2014, under the supervision of Dr. Joshi. No pathology was discovered.

Mr. Boudreaux then began to be followed at CIS by Dr. Al Timothy. Mr. Boudreaux had a visit on March 5, 2014. Dr. Timothy notes that Mr. Boudreaux is "clearly at higher risk for stroke" but continued aspirin alone for stroke prophylaxis given a "higher risk of major bleeding with anticoagulation."

On June 13, 2014, Mr. Boudreaux had a follow up appointment at CIS with Dr. Timothy. Mr. Boudreaux underwent an echocardiogram showing a moderately depressed left ventricular systolic dysfunction (LVEF 30-35%). Mr. Boudreaux then had a MUGA scan performed on 6/27/14 that showed an LVEF of 45%. Mr. Boudreaux was continued on a regimen of amiodarone 200mg daily, metoprolol 25mg twice a day and aspirin 81mg daily for his atrial fibrillation.

In August of 2014, Mr. Boudreaux's primary care physician, Dr. Duplantis, noted mildly elevated liver enzymes (AST 60 U/L and ALT 76 U/L). Dr. Duplantis ordered a

RUQ ultrasound of the liver that found no gross hepatic abnormalities but noted chronic cholelithiasis (gallstones). During a telephone encounter with the patient, it was noted that Mr. Boudreaux had not been taking his amiodarone "for a while." Hepatitis labs were also negative at this time.

In January and February, 2015, Mr. Boudreaux was evaluated and treated for renal stones as dictated by Dr. Duplantis. During that same time, Mr. Boudreaux was seen for his 6 month follow up at CIS with Dr. Timothy. At that time, spironolactone was discontinued and furosemide was decreased in frequency. Dr. Timothy also referred Mr. Boudreaux for a possible left atrial appendage closure procedure for stroke prevention. Otherwise, aspirin 81mg daily and metoprolol 25 mg twice daily were continued as treatment for atrial fibrillation.

On April 2, 2015, Mr. Boudreaux saw Dr. Peter Fail in referral for consideration of the LARIAT procedure. The LARIAT procedure is a method of left atrial appendage closure to prevent strokes in patients with nonvalvular atrial fibrillation and a contraindication to systemic oral anticoagulation. On April 15, 2015, Dr. Fail had Mr. Boudreaux undergo a CT angiogram of the cardiovascular system in preparation for referral for the LARIAT procedure. The coronary arteries showed only very mild calcifications. The left atrial appendage was grossly normal although its position was possibly behind the pulmonary vasculature.

Dr. Fail performed the LARIAT procedure on May 11, 2015, on Mr. Boudreaux at Terrebone General Hospital. Of note, on May 11th at 8am the patient had an EKG showing normal sinus rhythm. He then underwent a successful procedure. Post-operative EKG on May 11th at approximately noon shows the patient back in atrial

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

fibrillation. On post-procedure day #1, Mr. Boudreaux complained of chest pain of moderate severity. A transthoracic echocardiogram was performed and showed no pericardial effusion. Mr. Boudreaux was discharged May 13, 2015, on colchicine for one month with plans for follow up and a repeat transthoracic echocardiogram in 1 month and a transesophageal echocardiogram in 6 months.

At the one month follow-up with Dr. Fail on May 22, 2015, Mr. Boudreaux was found to be doing well. There is no report of a transthoracic echocardiogram in the records I reviewed. The patient was continued on colchcine, aspirin and metoprolol with plans for a follow-up in 6 months with a transesophageal echocardiogram. On July 7, 2015, Dr. Timothy saw Mr. Boudreaux. Mr. Boudreaux was again assessed as doing well and continued on the same medications.

On July 21, 2015, Dr. Duplantis saw Mr. Boudreaux in relation to complaints of abdominal pain and shortness of breath for 1 to 4 weeks duration. Dr. Duplantis felt this was dyspepsia, ordered an ultrasound of the abdomen and treated the patient with simethicone and lactinex. Ultrasound of the abdomen on July 24, 2015, showed gallstones and acute cholecystitis. As such, Dr. Duplantis referred Mr. Boudreaux to Dr. William Bisland, a general surgeon. Dr. Bisland saw Mr. Boudreaux on July 28, 2015, and recommended a laparascopic cholecystectomy. Mr. Boudreaux underwent the surgery without complication on August 3, 2015, performed by Dr. Bisland at St. Anne's Hospital.

On August 31, 2015, Dr. Duplantis saw Mr. Boudreaux for shortness of breath and bloating that had been gradually worsening for 7 days. A chest xray showed severe chronic cardiomegaly. An abdominal xray showed possible early or partial small

bowel obstruction. Given these findings, Mr. Boudreaux was admitted to St. Anne's Hospital the same day for further evaluation and management. The night of August 31, 2015, a CT of the chest and abdomen was performed that revealed a massive pericardial effusion but no bowel obstruction. On September 1, 2015, Dr. Wong saw Mr. Boudreaux and a stat transthoracic echocardiogram at 8 am confirmed the significant pericardial effusion as well as partial right atrial diastolic collapse. Mr. Boudreaux was immediately transferred to Terrebone General Hospital where there was CT surgical services if required.

At Terrebone General Hospital, Mr. Boudreaux underwent a pericardiocentesis in the cardiac catheterization lab performed by Dr. Chagarlamudi on September 1, 2015. 1800cc of serosanguinous fluid was removed from the pericardial space. Mr. Boudreaux did well post procedurally and was discharged from Terrebone General Hospital on September 3rd, 2015.

Upon follow up with Dr. Fail at CIS on September 16, 2015, Mr. Boudreaux underwent a repeat echocardiogram that showed a small pericardial effusion, moderately decreased left ventricular systolic dysfunction (LVEF ~ 35%) and a moderate pleural effusion. Dr. Fail continued the colchicine, added spironolactone with plans for follow up and a TEE in November 2015.

On November 10, 2015, Dr. Fail saw Mr. Boudreaux in follow-up. A TEE was performed November 20, 2015, showing no flow in the area of the ligated left atrial appendage, a moderate pericardial effusion and mild-to-moderate left ventricular systolic dysfunction (LVEF ~ 35-40%). On December 8, 2015, Dr. Duplantis saw Mr. Boudreaux in follow-up. Mr. Boudreaux complained of weakness and fatigue for a few

months. Blood tests were unchanged from prior. A sleep study was performed on January 29, 2016, with positive results for obstructive sleep apnea however the patient refused CPAP.

March 3, 2016, Dr. Fail saw Mr. Boudreaux in follow-up at CIS. Mr. Boudreaux complained of increasing chest discomfort and dyspnea on exertion with sudden onset several days prior. Blood tests were unremarkable and an EKG showed atrial fibrillation. Echocardiogram showed severely decreased left ventricular systolic function (LVEF ~ 20%) with no pericardial effusion. Mr. Boudreaux followed up with Dr. Fail at CIS on April 26, 2016. At this appointment, amiodarone was restarted with future plans for a cardioversion. On May 24, 2016, during follow up with Dr. Fail at CIS, Mr. Boudreaux denied chest pain or shortness of breath. He had completed amiodarone titration and was scheduled for a cardioversion on June 7, 2016.

On June 7, 2016, Mr. Boudreaux underwent a cardioversion at Terrebone General Hospital and was discharged in normal sinus rhythm. He returned to clinic at CIS to see Dr. Fail on June 22, 2016. Mr. Boudreaux was asymptomatic at that time. He was continued on amiodarone, metoprolol and aspirin. He remained in sinus rhythm.

### III. Conclusion and Summary of Opinions

1. Xarelto was appropriately prescribed to Mr. Joseph Boudreaux for stroke prevention in the setting of nonvalvular atrial fibrillation.

2. The prescribing cardiologist and the anticoagulation nurse counseled Mr. Boudreaux about the risk of bleeding and Mr. Boudreaux signed a medical record acknowledging his understanding of these risks.

3. There is no evidence that Mr. Boudreaux was over-anticoagulated or that he would not have had a bleed if he had been prescribed a different anticoagulant.

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

4. Xarelto did not injure Mr. Boudreaux's gastrointestinal tract or sensitize him to anticoagulation therapy.

5. Mr. Boudreaux received appropriate therapy for his bleed and has made a full recovery without any lingering adverse effects.

6. There is no evidence that a reversal agent, had one been available, would have affected the course of his bleed or resulted in a better outcome.

Dated: November 15, 2016

*Colleen Johnson MD*

Colleen Johnson, MD, MS

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT A

OTHER MATERIALS CONSIDERED/REVIEWED REGARDING JOSEPH BOUDREAUX

| Category | Description | |
|---|---|---|
| Deposition Transcripts | Joseph Boudreaux, Jr. | 06/23/16 |
| | Kenneth Wong, MD | 07/11/16 |
| | Najy Masri, MD | 07/18/16 |
| | Loretta Boudreaux | 09/13/16 |
| | Brent Futrell | 09/13/16 |
| | Veronica Theriot, RN | 09/14/16 |
| | Peter Fail, MD | 09/22/16 |
| | Angelique Torres, ANP | 09/22/16 |
| | Alvin Timothy, MD | 09/27/16 |
| | Virendra Joshi, MD | 09/28/16 |
| | Casie Trosclair, NP | 10/12/16 |
| Expert Reports | Phillip Cuculich, MD | 10/14/16 |
| | Frank Smart, MD | 10/14/16 |
| Fact Sheets | Plaintiff's fact sheet | |
| Medical Records | All medical records as of 11/14/16 | |
| Miscellaneous | Complaint | |