# EXHIBIT M

USCA5 9129

**Export Report of Marc J. Kahn, MD, MBA**

**Xarelto MDL No. 2592**

**November 15, 2016**

_____

Marc J. Kahn, M.D., M.B.A.

11/15/16

Date

1

USCA5 9130

## I.    Background

I am a hematologist and Professor of Medicine at Tulane University School of Medicine in New Orleans, LA.  I am also the Peterman Prosser Professor at Tulane, which is a position established to expose students with science related disciplines to the humanities.  Additionally, I am an Adjunct Professor in the Department of Pharmacology, Tulane University School of Medicine, as well as an Adjunct Professor of Business at the AB Freeman School of Business, Tulane University.  I also serve as Director of the MD/MBA program and as Sr. Associate Dean for Admissions and Student Affairs at Tulane University School of Medicine.  I have received numerous awards throughout my career for my teaching including multiple Owl Club Awards from students, C. Thorpe Ray Award from residents, and the Chancellor's Teaching Scholar Award from the School of Medicine.

I am licensed to practice medicine in LA and I am board certified in Internal Medicine, Hematology and Medical Oncology. I have also recertified several times in all three specialties.  I am currently actively involved in maintenance of certification.  I am a member of the American Society of Hematology where I am Vice Chair for the Committee on Educational Affairs and where I am the Sr. Director for the ASH Medical Educator's Institute.   I am a reviewer for numerous journals, including the Archives of Internal Medicine, American Journal of Hematology and the Journal of the American Medicine Association.

My current responsibilities include teaching, practicing medicine and research.  I have taught extensively in the field of hematology at Tulane including educating students, residents and fellows.  I also write exam questions for both the National Board of Medical Examiners and for the Internal Medicine In-training Examinations.  I have recently been asked to write questions for the American Board of Internal Medicine subspecialty recertification exam in hematology.  I lecture regularly regarding coagulation and hemostasis.  In addition to my roles with the American Society of Hematology, I serve national roles in the Association of American Medical Colleges, National Residency Matching Program, Liaison Committee for Medical Education, and American College of Physicians.  I have authored over 85 publications, several books, 79 book chapters and 50 abstracts in the fields of hematology and medical oncology.

A copy of my curriculum vitae is attached to this report as Exhibit A.

USCA5 9131

I have relied on my education, training, expertise, standard medical literature in the field of hematology, and I have reviewed the materials listed on Exhibit B. I have also reviewed the reports of plaintiffs' experts Cindy Leissinger, MD and Henry Rinder, MD.

I have not testified at deposition or trial in the past four years. I am being compensated at the rate of $500/hr.

All of the opinions expressed in this report are made to a reasonable degree of medical and scientific certainty. I reserve the right to supplement this report in the event additional information is made available to me, and I reserve the right to comment upon the testimony of plaintiffs' experts and other evidence presented at trial.

II.   **Summary of Opinions**

A.   Anticoagulants are important medications that act on the clotting process to decrease the incidence of blood clot formation and are prescribed to treat blood clots in patients with DVT/PEs and to treat patients that are at increased risk for developing a blood clot (e.g., atrial fibrillation and orthopedic surgery).

B.   Every anticoagulant carries a risk of bleeding that can be serious and can result in death.

C.   The Non-vitamin K dependent Oral Anticoagulants (NOACs), including rivaroxaban (Xarelto®), are an advancement in anticoagulant medication because they are administered orally, have rapid onset of action, don't require monitoring because they have predictable pharmacokinetics, and can be given on a regular dosing schedule. They also have many fewer interactions with medications and diet as compared to warfarin.

D.   Rivaroxaban is an anticoagulant with predictable pharmacokinetics and pharmacodynamics, with a moderate amount of inter patient variability, rapid and near complete absorption, a wide therapeutic window, and a considerably shorter half-life than warfarin.

E.   As discussed below, rivaroxaban has been FDA approved as safe and effective for a number of different indications at different dosing regimens. Real World data continues to affirm the safety and efficacy of rivaroxaban.

F.   Patients taking warfarin must have regular monitoring of their degree of anticoagulation using PT/INR testing. For the reasons discussed below, PT is not a good measurement to use with any of the factor Xa inhibitors, including rivaroxaban.

G.   The suggestion made by Drs. Rinder and Leissinger that PT is a useful assay to identify patients that will later bleed on Xarelto is untested and not supported by reliable evidence. In particular, there is no reliable evidence to suggest that PT values can be used as a threshold to identify patients that should discontinue rivaroxaban.

3

USCA5 9132

III.    **Coagulation and Hemostasis**

Hemostasis is a necessary process by which the body prevents blood loss from damaged vascular structures. In addition to hemostasis, the body has a natural system to prevent excess clots from forming, which could prevent blood flow to damaged organs.

Hemostasis requires a delicate balance in the body. When imbalance occurs, different problems can occur. For example, there are some bleeding disorders (e.g., hemophilia) where the person does not clot enough. In contrast, there are other disorders (e.g., Factor V Leiden) where the person forms clots too much, which can result in a thromboembolic event.

Coagulation can be thought of as blood turning from a liquid to a gel to form a clot. Blood clotting or coagulation can happen outside of the body (test tube), inside a test tube, or within an organ in the body.

IV.    **Primary Hemostasis**

Primary hemostasis allows for platelets, formed in the bone marrow, to adhere to a damaged blood vessel wall. The platelet plug forms a surface upon which many clotting reactions occur.

V.    **The Coagulation Cascade: Extrinsic and Intrinsic Pathways**

Coagulation involves two pathways: the intrinsic pathway and the extrinsic pathway.

A.    *What triggers the extrinsic pathway?*

The coagulation process starts when blood is exposed to tissue factor expressed by damaged vessels.

B.    *What is the process in the extrinsic pathway?*

The extrinsic process is a series of chemical reactions involving tissue factor and Factor VII, which when activated binds to factor X causing conversion to factor Xa. Factor Xa with Factor V allows for the conversion of prothrombin to thrombin, which in turn allows for the conversion of fibrinogen to fibrin, which forms a stable plug. This stable plug prevents potential blood loss.

4

USCA5 9133

### C.    How is the intrinsic pathway triggered?

The intrinsic pathway is an alternative pathway to coagulation that occurs independently of tissue factor.  It is called intrinsic because plasma left in a test tube will clot on its own.  Hence, this clotting occurs due to reactions intrinsic in blood plasma.

### D.    What is the process for the intrinsic pathway?

When thrombin is generated, Factor XI becomes activated.  Factor XI, in turn, activates Factor IX, with Factor VIII as a cofactor is able to activate Factor X, as in the extrinsic pathway.  This leads to the formation of a stable fibrin plug.

### E.    Naturally Occurring Anticoagulant

Because unopposed clotting can lead to organ damage from lack of blood flow, the body also has a series of naturally-occurring anticoagulant pathways (*e.g.*, protein C, protein S, and anti-thrombin).



5

USCA5 9134

## VI.    Blood Clots Overview

Blood clots can form either in the arterial system (which carries oxygen to the body) or in the venous system (which carries de-oxygenated blood back to the heart). These clots are formed by different mechanisms. Arterial clots most commonly occur in atherosclerotic vessels where platelets stick to ruptured plaque. Arterial blood clots present as painful limbs that are cold and pale or as strokes or heart attacks. Venous blood clots occur when slow moving blood is allowed to form a fibrin clot. Venous blood clots present with swelling and cramping in the extremity.

Venous Thromboembolisms form in areas of blood stasis, which result from immobility, after surgery (e.g., orthopedic surgery) and when there is increased venous pressure due to compression or gravity.

### A.    DVT & PE

A deep vein thrombosis (DVT) is a venous clot in an extremity. Sometimes a venous clot can break off and travel through the heart to the lung. This is called a pulmonary embolism (PE) and may be fatal by preventing the ability of the lung to oxygenate blood. The CDC estimates that 900,000 people experience DVT/PE each year, with approximately 60,000 to 100,000 of them dying from it. See CDC, Venous Thromboembolism, Data and Statistics *www.cdc.gov/ncbddd/dvt/data.html.*

### B.    Atrial Fibrillation (AF) and Stroke

Atrial fibrillation is a heart arrhythmia characterized by the top part of the heart not contracting. It is the most common form of arrhythmia, and its incidence increases with age. It is estimated that between 2.7 to 6.1 Million American have atrial fibrillation. See http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_atrial_fibrillation.htm. Given the aging of the U.S. population, the number of people with atrial fibrillation increases each year.

As a result of atrial fibrillation, patients can form small clots in the top part of their heart. These clots can travel to the brain causing stroke. This is called embolic stroke as opposed to hemorrhagic stroke, which occurs as a result of a ruptured blood vessel in the brain. Patients with AF are five times more likely to suffer an embolic stroke than someone without AF. Strokes in patients with AF can lead to disability and death.

USCA5 9135

## VII. Anticoagulants: How They Work and the March of Progress

An anticoagulant is a medication that acts on clotting process to decrease blood clot formation.

Anticoagulants are prescribed to treat blood clots in patients with DVT/PEs and to treat patients that are at increased risk for developing a blood clot (*e.g.*, atrial fibrillation and orthopedic surgery).

One natural consequence of interrupting the coagulation process is that patients taking an anticoagulant are more likely to bleed. Every anticoagulant carries a risk of bleeding that can be serious and can result in death.

### A. Heparin

Heparin is a glycosaminoglycan of varied molecular weight initially derived from liver extract. Heparin was first identified 1916 and used clinically in 1935 to treat blood clots.

Limitations include:

1.  Intravenous administration

2.  Requires frequent blood monitoring (aPTT)

3.  Causes osteoporosis

4.  Bleeding

5.  Associated with heparin induced thrombocytopenia that leads to thrombosis

The reversal agent to heparin is protamine sulfate, a true reversal agent.

### B. LMWH

Low molecular weight heparin is a fraction of regular heparin, originally developed due to bleeding risk associated with regular heparin. When you use a low molecular weight heparin, your ability to inhibit thrombin is diminished with respect to inhibition of factor Xa. LMWH is of a specified molecular weight and can be dosed based on body weight. LMWH is often preferred over unfractionated heparin because it does not require periodic monitoring and is typically given as periodic subcutaneous doses.

There remain limitations that include:

1.  Osteoporosis

7

USCA5 9136

2. Bleeding

3. Heparin induced thrombocytopenia (risk is lower than with unfractionated heparin)

4. Requires injection

5. No true reversal agent (protamine only partially reverses)

C. **Warfarin**

Warfarin is often used as rat poison. It was developed when the University of Wisconsin alumni were investigating bovine cerebral hemorrhage in the early 1950s. Hemorrhage in these animals was based on spoiled clover, which contains a warfarin-like substance. Warfarin was approved for treatment of blood clots in 1954.

Warfarin inhibits the enzyme vitamin K epoxide reductase. As such, it prevents activation of factors II, VII, IX and X.

Warfarin has a very long half-life. It takes a long time to start working, but it also takes a long time for the effects to wear off. This is because factor II has a half-life of about 1 ½ days. In the first few days of warfarin therapy, patients are in a hyper-coaguable state. This is because the half-life of protein C, a natural occurring anticoagulant, is shorter than the half-life of factor II.

Additionally, because warfarin is slow acting, in some indications, such as patients with artificial heart valves, acute DVT or acute PE, low molecular weight heparins are sometimes used to bridge patients until a therapeutic INR can be reached. Patients are often hospitalized while they are bridged. ACCP Guidelines 2016.

The dosing of warfarin can vary greatly between patients (ranging from 2.5 to 10 mg daily or more). When starting a patient on warfarin, the physician must weigh individual factors and estimate the maintenance dose. For patients prescribed warfarin for atrial fibrillation and for treatment of venous thromboembolism, patients must have their INR tested daily until an INR level of 2 to 3 is achieved. After a therapeutic INR is achieved, INR testing must be done every 1-4 weeks.

In the first few decades when warfarin was prescribed to patients, the prothrombin time (PT) test was used to monitor patients taking warfarin. Unfortunately, while the PT test was adopted universally, the thromboplastin reagent used in the PT assay was not standardized, nor was the method for reporting results. This resulted in non-uniform results around the world. Beginning in the 1960s,

8

USCA5 9137

there was a movement to standardize PT results through use of a calibration model. It was not until 1983, that a uniform calibration known as the International Normalized Ratio (INR) was adopted. Poller 2004.

Limitations of warfarin include:

1. Dietary interactions (foods that contain vitamin K)

2. Numerous Drug Interactions

3. Long half life

4. Requires monitoring and dose adjustment

5. Teratogenic

6. Bleeding

The reversal agent for warfarin is vitamin K, but this takes 24 hours to take effect due to the long half-life of both warfarin (36-42 hours) and factor II. Fresh frozen plasma (FFP) and prothrombin complex concentrates (PCCs) can also be used as partial reversal agents for warfarin, but these carry a thrombotic risk. Even with these reversal agents, patients with bleeding events on warfarin can still have poor clinical outcomes and death.

**D.    NOACs: Anti-thrombin agents and Factor Xa inhibitors [including discussion of reversal agent]**

Beginning in 2010, a new class of agents was developed. The advantages of these newer agents is that they are administered orally, have rapid onset of action, don't require monitoring because they have predictable pharmacokinetics, and can be given on a regular dosing schedule. They also have many fewer interactions with medications and diet as compared to warfarin.

1.    Anti-thrombotic agents

Anti-thrombotic agents that target thrombin (Factor IIa). The first proposed anti-thrombotic agent was ximelegtran, but it was not approved by the FDA due to the fact that it caused hepatic damage. Dabigatran, an FDA-approved drug, inhibits both free and clot bound thrombin, which prevents the conversion of fibrinogen to fibrin during the coagulation cascade. Dabigatran was approved by the FDA in 2010.

9

2.     Factor Xa inhibitors

These include rivaroxaban, apixaban and edoxaban.  Factor Xa inhibitors act on the final common pathway and allow for direct effect on thrombin generation by inhibiting Factor Xa.

3.     Rivaroxaban

Rivaroxaban, a Factor Xa inhibitor, was developed to treat a number of medical conditions, including prevention of venous thromboembolism after hip and knee replacement surgery, prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, and treatment and secondary prevention of venous thromboembolism.  The FDA has approved rivaroxaban for use in the following indications at the following dosages:

| Indication | Dosage | |
|---|---|---|
| Reduction in Risk of Stroke in Nonvalvular Atrial Fibrillation (2.4) | CrCl >50 mL/min: | 20 mg once daily **with the evening meal** |
| | CrCl 15 to 50 mL/min: | 15 mg once daily **with the evening meal** |
| Treatment of DVT (2.5) Treatment of PE (2.5) | 15 mg twice daily with food, for first 21 days | |
| | ▼ after 21 days, transition to ▼ | |
| | 20  mg once daily with food, for remaining treatment | |
| Reduction in the Risk of Recurrence of DVT and of PE (2.5) | 20 mg once daily with food | |
| Prophylaxis of DVT Following Hip or Knee Replacement Surgery (2.6) | Hip replacement: | 10 mg once daily for 35 days |
| | Knee replacement: | 10 mg once daily for 12 days |

Rivaroxaban is a low-clearance drug, with a moderate amount of inter patient variability.  The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years and 11 to 13 hours in elderly subjects.

While Drs. Rinder and Leissinger suggest that rivaroxaban has high variability, like warfarin, the data clearly show that pharmacokinetic studies of rivaroxaban demonstrate it to have moderate pharmacokinetic variability.  Furthermore, unlike rivaroxaban, warfarin has high genetic variations in

10

USCA5 9139

pharmacokinetics and pharmacodynamics between individuals that is not seen with rivaroxaban. Rivaroxaban has multiple elimination mechanisms and a specific mechanism of action. Phase II/III studies demonstrate that the pharmacokinetics are consistent and predictable across a broad range of demographic factors and that inter-individual variability is 30-40%, which is considered moderate. Differences in ethnicity were also explored (with greatest variability among Japanese patients) and found not to cause significant variation in exposure supporting fixed dosing regardless of ethnicity. See Mueck 2014; Girgis 2014.

Rivaroxaban is rapidly and almost completely absorbed (80-100%) at the 10 mg dose. For the 15 mg and 20 mg doses, bioavailability is increased with food and thus rivaroxaban should be taken with food. Rivaroxaban does not accumulate in the plasma at any appreciable degree with multiple dosing. Rivaroxaban is eliminated via a dual pathway (urine and feces), about 1/3 of the dose is eliminated as active drug in urine with 2/3 excreted as inactive metabolites in both urine and feces. Rivaroxaban metabolism occurs by two mechanisms, the cytochrome P450 or CYP system (enzymes CYP3A4/5 and CYP2J2) and a CYP-independent mechanism.

Plaintiffs' experts Dr. Leissinger and Rinder suggest that rivaroxaban has a narrow therapeutic index or window. To the contrary, while the exact therapeutic range was not established in any of the indications, the rivaroxaban studies establish that there is wide therapeutic window for rivaroxaban. Numerous Phase 1 dosing studies were conducted with up to 80 mg rivaroxaban and established that rivaroxaban was well tolerated with predictable pharmacokinetics and pharmacodynamics across a wide range of doses. Maximal effects were reached 2.5 hours to 4 hours after dosing with an increasing Cmax and AUC (exposure) with increasing dose (Kubitza 2005).

It is also worth noting that studies have also shown that even in patients who have ingested > 70 20 mg pills, major bleeds were not observed. See Spiller 2016; Stevenson 2014; Bandali 2014; Lehmann 2014; Repplinger 2016; Sajkov 2015; Linkins 2014.

Phase II dose ranging studies were conducted in over 4,000 patients undergoing hip or knee replacement surgery or treatment for DVT at a variety of rivaroxaban doses (2.5 mg to 40 mg) administered in both BID and OD regimens. The studies in the joint replacement studies demonstrated that doses of 5 mg to 20 mg OD had comparable efficacy and safety to enoxaparin. Doses of 20 mg, 30 mg and 40 mg were tested in VTE patients and supported a two-step dosing regimen of 15 mg/ 2x day daily for 3 weeks followed by 20 mg daily. Additional modeling studies were explored in the atrial

11

USCA5 9140

fibrillation population with varying individual characteristics (advanced age, poor kidney function, low body weight). The models showed that age and renal function had a moderate effect on pharmacokinetics of rivaroxaban. The 15 mg dose in patients with moderate renal function had similar pharmacokinetics as patients taking the 20 mg dose. Mueck 2011.

ROCKET-AF was a double-blind, double-dummy study Phase III study in over 14,000 patients with non-valvular atrial fibrillation. Patients with moderate to high risk of stroke (average CHADs score of 3.5) were randomized to rivaroxaban (20 mg or 15 mg) or dose adjusted warfarin. Warfarin time in therapeutic range (TTR) was 55.2%, which is consistent with TTR control in a community setting. Han 2013; Piccini 2014. In the intention to treat analysis, stroke and systemic embolism incidence revealed that rivaroxaban was non-inferior to warfarin. Among patients in the on-treatment safety population, rivaroxaban was actually superior to warfarin. Rates of clinically relevant bleeding were similar between treatment arms. Rivaroxaban was associated with a significant decrease in intracranial hemorrhage and fatal bleeding, but an increased risk of less serious gastrointestinal bleeding as compared to warfarin. Pharmacokinetic (PK) analyses of a 161 patients in ROCKET-AF confirmed earlier modeling that PK parameters were similar for patients taking the 15 and 20 mg doses. Mueck 2013; Mueck 2014; Girgis 2014.

Following ROCKET-AF, researchers have studied rivaroxaban in real world populations (XANTUS, PHSS, REVISIT US). These studies have confirmed the safety and efficacy of rivaroxaban in real world practice. At present, there is no head to head clinical trial to evaluate the comparative efficacy among the NOACs.

Rivaroxaban was approved without a reversal agent, but there are currently reversal agents in development. Four factor PCCs have been shown to partially reverse prothrombin time prolongation in healthy volunteers. We have had successes with this approach at my institution as have my peers at other institutions. Because bleeding is less common in NOAC patients than patients treated with warfarin, and because NOACs have a much shorter half-life than warfarin, PCCs are seldom necessary.

### E. *Antiplatelet Agents*

Antiplatelet agents such as aspirin are another type of anticoagulant. Antiplatelet agents include aspirin, NSAIDs (e.g., ibuprofen, indomethacin), clopidrogel, and dipyridamole. All of these agents inhibit platelets ability to stick to each other or stick to damaged vessels. Antiplatelet agents do not affect the coagulation cascade.

12

USCA5 9141

NSAIDs and aspirin inhibit the enzyme cyclooxygenase.

When NSAIDs are combined with NOACs, bleeding risks increase as multiple facets (primary and secondary hemostasis) of coagulation are affected.

## VIII. Coagulation Testing

### A. PT/INR Testing and Warfarin

Patients taking warfarin must have regular monitoring of their degree of anticoagulation using PT/INR testing. PT is a measure of the time it takes the liquid portion (plasma) of blood to clot after the addition of a synthetic tissue factor; it is used to measure the integrity of the extrinsic clotting system. PT can be elevated by liver disease, antibiotics that decrease synthesis of vitamin K by gut bacteria, alcohol abuse, or an improperly collected sample.

INR stands for International Normalized Ratio. It is the standard unit used to report the result of a PT test for patients taking warfarin.

Warfarin has a narrow therapeutic window. Patients taking warfarin for non-valvular atrial fibrillation must maintain an INR of between 2 and 3. If a patient's INR goes above 3, the risk of bleeding increases above the risk of stroke prevention. If the patients' INR falls below 2.0, the risk of stroke increases. In order for warfarin to be effective and safe, a patient with atrial fibrillation needs to maintain an INR between 2 and 3. Maintaining an INR in the narrow therapeutic range can be challenging due to individual factors as well as compliance with the medication. One third of all hospitalizations due to adverse drug events are related to warfarin.

The amount of time that a patient's INR is maintained between 2 and 3 is the time in therapeutic range (TTR). TTR can be influenced by compliance with warfarin and food and medication interactions.

Upon warfarin initiation, INR must be checked weekly. INR must be checked at least monthly after INR is stable. Dose adjustments are made depending on the INR test results. Individual dosing for warfarin can vary extensively from 2.5 mg to 10.0 mg daily due to genetic factors, various disease states, other medications, alcohol, and diet.

USCA5 9142

### B.    Testing for patients receiving UFH and LMWH

Unfractionated heparin is monitored using aPTT (activated partial thromblastin time).  Patients receiving continuous infusions of UFH are typically hospitalized.

As discussed above, LMWHs have a more predictable pharmacokinetic profile than UFH.  Because of predictable pharmacokinetics, most patients taking LMWHs do not require monitoring.  Anti-Factor Xa assays can be used to monitor patients using LMWH, but because of the predictability of the drug, anti-factor Xa levels are mostly used to monitor LMWH in morbidly obese or pregnant patients where absorption and distribution is not as predictable, or in patients with renal impairment.

### C.    Use of Coagulation Testing with NOACs

#### 1.    Prothrombin Time

PT is not a good measurement to use with any of the factor Xa inhibitors.  Rivaroxaban inhibits PT in a dose dependent manner; however, PT cannot be used as a predictor of anticoagulant effect in patients taking rivaroxaban due to variability in the assays used and due to variability both between patients and within an individual patient.   Medical consensus is that PT cannot be used to assess the intensity of rivaroxaban anticoagulation.  Smythe 2013; Adcock 2015; Lindhoff-Last 2010; Testa 2016.  No medical organization has endorsed the use of PT or any other test to assess the intensity of rivaroxaban concentration for purposes of dose adjustment or discontinuation of therapy.

Patients taking rivaroxaban with a normal PT can be adequately anticoagulated; however, a normal PT excludes the possibility that someone has been over anticoagulated with rivaroxaban.  If a PT is very high (e.g., 30), this could be due to an error in how the specimen was obtained in addition to being due to the rivaroxaban itself.  As mentioned previously, an elevated PT, can also be due to incorrect collection technique.  A high PT test will often prompt you to repeat the test to ensure there is not an error.  While PT with Neoplastin does appear to correlate to a plasma level of rivaroxaban, there is not good correlation between PT and the risk of major bleeding with rivaroxaban.  PT also fluctuates thoroughly the day so using PT as a measurement of rivaroxaban concentration can vary depending on the timing of when the blood is taken.  Additionally, PT varies significantly depending on the reagent and laboratory test used.

Other things can elevate PT such as vitamin K deficiency, antibiotic usage, liver disease, and disseminated intravascular coagulation (DIC).

14

USCA5 9143

Also, there are many more variables that lead to bleeding than just having an increased PT – importantly such as whether a patient has an underlying structural issue/defect that will lead to bleeding. Bleeding on rivaroxaban occurs at every PT level, bleeding rates are low and occur irrespective of PT level.

The suggestion made by Drs. Rinder and Leissinger that PT is a useful assay to identify patients that will later bleed on rivaroxaban is untested and not supported by reliable evidence. In particular, there is no reliable evidence to suggest that a PT > 20 is a threshold to identify patients that should discontinue rivaroxaban.

           2.        Anti-factor Xa Assays

There are some anti-factor Xa assays commercially available; however, there is currently no FDA approved assay to measure the degree of Anti-Xa activity in patients taking rivaroxaban.

15

USCA5 9144

# EXHIBIT A

USCA5 9145

MJ Kahn CV                                                                    1

November 2016

## CURRICULUM VITAE

### MARC JEFFREY KAHN, MD, MBA, FACP

**Home Address:**

**Office Address:**
Tulane University School of Medicine
Office of Admissions and Student Affairs
1430 Tulane Ave., #8010
New Orleans, LA 70112
Phone: 504/988-5331
Fax: 504/988-6462
Email: mkahn@tulane.edu

**Personal Data:**
born:
spouse:
children:

**Education:**

| | | |
|---|---|---|
| 1979 - 1983 | B.A. | University of Pennsylvania (Chemistry Honors Major) |
| 1983 - 1987 | M.D. | University of Pennsylvania School of Medicine |
| 2008 - 2010 | M.B.A. | Tulane University Freeman School of Business (Finance, International Business Concentrations) |

**Postgraduate Training:**

| | |
|---|---|
| 1987 - 1988 | Intern in Medicine, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1988 - 1990 | Resident in Medicine, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1990 - 1991 | Chief Medical Resident, Hospital of the University of Pennsylvania, Philadelphia, PA |

MJ Kahn CV

2

| | 1991 - 1994 | Fellow in Hematology/Oncology, Hospital of the University of Pennsylvania, PA |
|---|---|---|

| **Faculty Appointments**: | 1990 - 1991 | Instructor in Medicine, University of Pennsylvania School of Medicine |
|---|---|---|
| | 1994 - 1998 | Assistant Professor of Clinical Medicine, Tulane University School of Medicine |
| | 1998- 2001 | Associate Professor of Clinical Medicine, Tulane University School of Medicine |
| | 2001-2003 | Associate Professor of Medicine (with tenure), Tulane University School of Medicine |
| | 2003- | Professor of Medicine (with tenure), Tulane University School of Medicine |
| | 2011- | **Peterman-Prosser Professor**. Established to expose students of science-oriented disciplines to the humanities |
| | 2014- | Adjunct Professor, Department of Pharmacology, Tulane University School of Medicine |
| | 2016- | Adjunct Professor of Business, AB Freeman School of Business, Tulane University |

**Medical School and Administrative Appointments:**

| 1994-1995 | Internal Medicine Residency Co-director |
|---|---|
| 1995-2002 | Internal Medicine Residency Director |
| 1995-1996 | Medicine/Pediatrics Residency Co-director |
| 1995-2002 | Medicine/Psychiatry Residency Co-director |
| 1995-2002 | Medicine/Neurology Residency Co-director |
| 1996-2002 | Associate Director of Student Programs, Department of Medicine |
| 1996-1998 | Medical Director, Loyola University Nurse Practitioner Program |
| 1997-2002 | Medicine/Preventive Medicine Residency Co-director |
| 2001 | Acting Associate Dean for Admissions |
| 2002 | Assistant Dean for Student Affairs |
| 2002-2004 | Associate Dean for Student Affairs |

USCA5 9147

MJ Kahn CV                                                                                              3

| | 2003- | Director, MD/MBA Program |
|---|---|---|
| | 2004-2007 | Associate Dean for Admissions and Student Affairs |
| | 2007- | Senior Associate Dean for Admissions and Student Affairs |
| | 2008-2010 | Medical Director, Tulane Physician's Organization (IPO) |

## Specialty Certification:

| | 1990 | **Diplomate**, American Board of Internal Medicine #131458 |
|---|---|---|
| | 1999 | Recertified in Internal Medicine (valid through 2010) |
| | 2009 | Recertified in Internal Medicine (valid through 2020) |
| | 1994 | **Diplomate**, Hematology Subspecialty, American Board of Internal Medicine |
| | 1999 | Recertified in Hematology Subspecialty (valid through 2013) |
| | 2011 | Recertified in Hematology Subspecialty (valid through 2023) |
| | 1995 | **Diplomate**, Medical Oncology Subspecialty, American Board of Internal Medicine |
| | 1999 | Recertified in Medical Oncology Subspecialty (valid through 2013) |
| | 2012 | Recertified in Medical Oncology Subspecialty (valid through 2023) |

## Licensure:

| | 1988 | **Diplomate**, National Board of Medical Examiners |
|---|---|---|
| | 1988 | Pennsylvania MD042202E (inactive status) |
| | 1994 | Louisiana     10826R |

## Awards, Honors, and Memberships in Honor Societies:

1981   **Alpha Epsilon Delta** premedical honor society, University of Pennsylvania

1982   **Phi Lambda Upsilon** chemical honor society, University of Pennsylvania.

1983   **National Institute of Chemists Medal Award**, University of Pennsylvania.

1983   *Summa Cum Laude*, University of Pennsylvania.

USCA5 9148

MJ Kahn CV                                                                              4

1986    **Alpha Omega Alpha** medical honor society, Univ. of Pennsylvania
        School of Medicine.

1987    **Merck Award**, Univ. of Pennsylvania School of Medicine.

1991    **Penn Pearl Teaching Award** as voted by student body, Univ. of
        Pennsylvania School of Medicine.

1994    **Trainee Investigator Award**, American Federation for Clinical
        Research

1994    **Musser-Burch Honor Society**, Tulane University School of Medicine

1995    **Owl Club Award** for Outstanding Clinical Faculty Teacher as voted
        by medical student body, Tulane University Health Sciences Center

1995    **C. Thorpe Ray Award** for Outstanding Faculty Teacher as voted by
        medical house staff, Tulane University Health Sciences Center.

1996    **Owl Club Award** for Outstanding Clinical Faculty Teacher as voted
        by medical student body, Tulane University Health Sciences Center

1996    **C. Thorpe Ray Award** for Outstanding Faculty Teacher as voted by
        medical house staff, Tulane University  Health Sciences Center

1996    Selected **Class Sponsor**, Tulane University Health Sciences Center
        Class of 1997.

1996    **Best Speaker Award**, New Orleans Internal Medicine Board Review

1997    **Abstract Competition Award for Innovative Programs in Internal
        Medicine Education**, Association of Program Directors in Internal
        Medicine, March 1997

1997    **Owl Club Award** for Innovative Second Year Teaching as voted by
        medical student body, Tulane University Health Sciences Center

1997    **Owl Club Award**. Faculty Honor Roll as voted by medical student
        body, Tulane University Health Sciences Center

1997    Associate Director for Student Programs voted **Outstanding
        Department in the School of Medicine** by the Owl Club, Tulane
        University Health Sciences Center

1997    **Outstanding Teaching Award** as voted by the medical house staff,
        Tulane University Health Sciences Center

USCA5 9149

MJ Kahn CV                                                                                                           5

1998   **Owl Club Award**.  Honor Roll for Second Year Teaching as voted by medical student body.  Tulane University  Health Sciences Center.

1999   **Owl Club Award** for Outstanding Fourth Year Teaching as voted by medical student body.  Tulane University Health Sciences Center.

2000   Selected **Class Sponsor**, Tulane University Health Sciences Center Class of 2000

2000   **Owl Club Award for Outstanding Second Year Professor** as voted by medical student body. Tulane University Health Sciences Center

2000   **Owl Club Award**.  Honorable Mention Medicine Attending as voted by medical student body.  Tulane University Health Sciences Center.

2000   **Owl Club Award T2 Tag Team Award**.  As voted by the medical student body.  Tulane University Health Sciences Center.

2000   Associate Director for Student Programs **voted Outstanding Department in the School of Medicine** by the Owl Club, Tulane University Health Sciences Center

2000   **Gloria P. Walsh Award for Teaching Excellence**, Tulane University Health Sciences Center

2000   **Best Speaker Award**.  New Orleans Internal Medicine Board Review

2001   **Owl Club Award T4 Outstanding Professor**.  As voted by the medical student body.  Tulane University Health Sciences Center.

2001   **Tulane University Health Sciences Center Teaching Scholar Award (Chancellor's Teaching Scholar Award)** as selected by Sr. Vice President for the Health Sciences, Office of Educational Research and Services, Dean's office, faculty and students

2001   **Alpha Omega Alpha Faculty Teacher Award** recipient

2001   **Robert P. Glaser Teaching Award**, Tulane nominee

2002   **Tulane University President's Teaching Award**, nominee

2002   **Owl Club T2 Outstanding Lecturer Award**.  As voted by the medical student body.  Tulane University Health Sciences Center.

USCA5 9150

MJ Kahn CV                                                                                          6

| | |
|---|---|
| 2003 | **C. Thorpe Ray Outstanding Faculty Teacher Award**, as voted by medicine house staff, Tulane University Health Sciences Center |
| 2005 | **Southern Society for Clinical Investigation**, member |
| 2005 | **Gold Humanism Honor Society**, member |
| 2006 | Selected **Class Sponsor**, Tulane University School of Medicine Class of 2006. |
| 2006 | America's Top Physicians, SLD Industries. |
| 2007 | **Best Lecturer**, Tulane/Xavier joint course: Cancer, Causes, Treatment and Disparities |
| 2009 | **Beta Gamma Sigma** International Business Honor Society |
| 2010 | America's Top Oncologists, SLD Industries |
| 2011 | Selected **Class Sponsor**, Tulane University School of Medicine Class of 2011 |
| 2013 | Sun Valley High School Hall of Fame Inductee |
| 2015 | **Robert "Bob" Sabalis Award for Exemplary Service**, Southern Group on Student Affairs, Association of American Medical Colleges. |
| 2015 | Best Doctors in America, Best Doctors Inc®/New Orleans Magazine. |
| 2016 | Best Doctors in America, Best Doctors Inc®/New Orleans Magazine |
| 2016 | Tulane Center for Engaged Learning and Teaching Faculty Fellow |
| 2016 | Southeastern Clinical Club |

## Membership in Professional Societies:

| | |
|---|---|
| 1991-1996 | **Member**, American College of Physicians-American Society of Internal Medicine |
| 1996 | **Fellow**, American College of Physicians-American Society of Internal Medicine |
| 1996-2002 | Associates Meeting Planning Committee |
| 2001-2003 | **Secretary**, Louisiana Chapter |
| 2003-2005 | Louisiana/Mississippi Regional Council Member |
| 2005-2008 | Louisiana/Mississippi Regional Council Member |
| 2006- | Mentor, Medical Student and Associate Program |

MJ Kahn CV                                                                                  7

| | |
|---|---|
| 2012 | **Editor**, Hematology Book, MKSAP |
| 2013-2016 | Co-Chair, Maintenance of Certification Pre-Course |
| 2013-2015 | Member, Internal Medicine Scientific Program Committee, IM2015 |
| 2013 | Item Writer, MKSAP 16 update |
| 2015-2017 | Internal Medicine In-Training Exam Committee |
| 2015-2017 | Member, Internal Medicine Scientific Program Committee 2017 |
| 2016-2018 | **Chair**, Internal Medicine Scientific Program Committee 2018 |
| 1994- | Member, American Society of Hematology (ASH) |
| 2004 | **Associate Editor**, ASH SAP |
| 2005 | **Chair**, ASH High School Symposium |
| 2005 | **Senior Editor**, ASH SAP |
| 2006 | **Media Expert**, Anemia, ASH Committee on Communications |
| 2007-2018 | **Member**, Committee on Educational Affairs |
| 2007-2010 | **Compliance Officer**, Subcommittee on CME Meetings |
| 2007 | **Member**, Task Force on Hematology Refresher Course |
| 2008-2012 | Educational Session Peer Reviewer, Annual Meeting |
| 2011-2017 | **Member**, Committee on Communications |
| 2010-2014 | **Member**, Image Bank Task Force |
| 2011, 2012 | **Co-Chair**, Consultative Hematology Course |
| 2012-2015 | **Member** Small Meetings Oversight Subcommittee |
| 2012- | **Chair**, Maintenance of Certification Working Group |
| 2012 | **Editorial staff**, *ASH News Daily* |
| 2013 | **Editor-In-Chief**, *ASH News Daily* |
| 2012-2015 | **Member**, Teaching Cases Subcommittee |
| 2013-2014 | **Co-Chair**, Highlights of ASH in North America |
| 2014 | **Co-Chair**, Highlights of ASH in Asia |
| 2014 | **Co-Chair**, Highlights of ASH in Latin America |
| 2013 | Maintenance of Certification Module Developer |
| 2013- | Participant, Consult a Colleague Program |
| 2014- | **Co-Director**, ASH Medical Educators Institute (AMEI) |
| 2014- | **Chair**, Development Group, AMEI |
| 2014-2015 | **Chair**, Small Meeting Oversight Committee |
| 2015-2018 | **Vice Chair**, Committee on Educational Affairs |
| 2014, 2015,2016 | Planning Committee Member: ASH/ASCO Hematology for the Oncologist Pre-course |
| 2015-2017 | **Inaugural Senior Director**, ASH Medical Educators Institute |
| 1994 | Member, American Federation for Clinical Research |
| 1994-2002 | Member, Association of Program Directors in Internal Medicine |
| 1998 | Membership Survey and Data Committee |
| 1998 | Publications and communications Committee |
| 1998 | Abstract Review Committee |
| 1999 | Accreditation and Certification Research Subcommittee |
| 2001 | Public Policy Committee |
| 1995 | Member, American Association for the Advancement of Science |
| 1997 | Member, Group on Educational Affairs, AAMC |

USCA5 9152

MJ Kahn CV                                                                                             8

| | |
|---|---|
| | Regional Representative, Resident's teaching skills SIG |
| 1998 | Member, Southwest Oncology Group |
| 1998 | Member, American Association for Cancer Education |
| 2000 | Member, New Orleans Academy of Internal Medicine Planning Committee |
| 2002 | Member, Group on Student Affairs (GSA), AAMC |
| 2005 | Expanded Medical Schools Admissions (EMSA) Working Group member (Holistic Admissions Process) |
| 2006-2007 | **Representative**, National Committee on Student Affairs (COSA) Representative, Southern Region |
| 2006 | SGSA/SAAHP 2007 Meeting Program Planning Committee |
| 2007 | **Vice Chair**, Southern Group for Student Affairs |
| 2007 | **Chair Elect**, Southern Group for Student Affairs |
| 2008 | **Program Chair**, 2008 Southern Group for Student Affairs Regional Meeting, Destin, FL. |
| 2009 | Meeting Planning Committee, Dallas, TX 2009 |
| 2009 | **Program Chair**, Regional SGSA Meeting, Dallas Texas |
| 2008 | **Chair**, Southern Group for Student Affairs |
| | Member, GSA National Steering Committee |
| | Member, GSA Nominating Committee |
| 2010-2013 | **Chair**, National Committee on Student Affairs (COSA) |
| 2010-2016 | Member, GSA National Steering Committee |
| 2010-2013 | Member, GSA Annual Meeting Planning Committee |
| 2011 | **National Vice Chair**, AAMC Group on Student Affairs |
| 2011 | Member, National Committee on Admissions (COA) |
| 2012 | **National Chair Elect**, AAMC Group on Student Affairs |
| 2012 | Member, National Committee of Student Affairs (COSA) |
| 2013-2014 | **National Chair**, AAMC Group on Student Affairs |
| 2013-2014 | Member, National Committee on Student Financial Aid (COSFA) |
| 2014-2015 | **National Immediate Past Chair**, AAMC Group on Student Affairs |
| 2014-2015 | Member, National Committee on Student Records (COSR) |
| 2015-2016 | **National Previous Past Chair**, AAMC Group on Student Affairs |
| 2015-2016 | Member, National Committee on Student Diversity Affairs (COSDA) |
| 2002 | Member, American Medical Association Medical Schools Section |
| 2005-2008 | Gold Humanism in Medicine Honor Society Advisory Council **Co-Chair**, Research Subcommittee |
| 2010-2015 | National Board of Medical Examiners (NBME) Item writer—Bichemistry, Pharmacology |
| 2014-2016 | Basic Science Pool Item Review Committee |
| 2017- | Step 1, Interdisciplinary Review Committee |
| 2014-2016 | American Board of Internal Medicine (ABIM) Liaison Committee on Certification and Recertification |

USCA5 9153

MJ Kahn CV                                                                                          9
         2016-              Hematology Self-Assessment Committee


 **Board Membership**

         1999        Managing Editor, Hematology/Oncology Section. eMedicine, an
                     electronic textbook of medicine. Michael Zevitz, Editor-in-Chief.
                     http://www.emedicine.com
         2000-       Clinical Board member, ePocrates, Inc.
         2010-       Tulane University Medical Group Board member
         2012-       Gulf South Quality Network Board member
         2013-       **National Residency Matching Program (NRMP)** Board of
                     Directors, Director
         2013-                 Violations Review Committee, member
         2014, 2015            Nominating Committee, member
         2015, 2016            Executive Committee, member
         2015                  Finance and Audit Committee, member
         2015                  All-In Policy Exception Committee
         2016-       Spirit of Charity Foundation Board of Trustees member


 **Reviewer (ad hoc):  Journals:**

         Southern Medical Journal
         Teaching and Learning in Medicine
         Thrombosis and Haemostasis
         Archives of Internal Medicine
         American Journal of Hematology
         Journal of the American Medical Association (JAMA)
         Journal of General Internal Medicine
         Pediatrics
         Health Affairs
         Annals of Internal Medicine
         Journal of the National Medical Association
         AAMC MedEdPORTAL
         Journal of Graduate Medical Education
         American Journal of Medical Sciences
         Academic Medicine
         American Journal of Medicine
         Journal of Cancer Education
         Blood Advances

**Editorial Positions:**

         **Biotest Study Aids**, Internal Medicine.  Associate Editor, 2005.

USCA5 9154

MJ Kahn CV

**Doody Publishing Medical Education-Informatics Review Group**, Chair, Editorial Review Group, 2002-2003.

**American Society of Hematology Self Assessment Program (ASH-SAP).** Associate Editor, 2003.

**American College of Physicians Medical Knowledge Self-Assessment Program (MKSAP)** 13th Edition. Hematology Section Update Editor, 2005.

**American Society of Hematology Self-Assessment Program (ASH-SAP).** Senior Editor, 2005

**American Journal of the Medical Sciences**. Special Symposium issue: Moving Beyond Katrina: From Crisis to Opportunity, co-editor, August, 2008.

**Medical Knowledge Self-Assessment Program (MKSAP) 16**. Hematology Book Editor, 2010.

**Team-Based Learning (TBL) Reviewer**, MedEdPORTAL, AAMC, 2011

**Medicine: A Competency-Based Companion**. A Tunkel, J Isreal (Eds.) Hematology Section Editor, 2012.

**American Society of Hematology Self Assessment Program (ASH SAP) 5th edition.** Reviewer, 2012.

*ASH News Daily*, Editorial Staff, 2012

*ASH News Daily*, Editor-In-Chief, 2013

**Making Medicines: The Process of Drug Development**, Academic Review Panelist, 2015

**Culinary Medicine Specialist Curriculum**, Reviewer and Item Reviewer, 2016.

**Reviewer: Projects/Meeting Proposals:**

Reviewer for **Graduate Education in Internal Medicine. A Resource Guide to Curriculum Development,** the Federated Council for Internal Medicine (FCIM) Task Force on the Internal Medicine Residency Curriculum, 1997.

Abstract Reviewer. 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2016 National Associates Competition, **American College of Physicians**

USCA5 9155

Poster reviewer. 1999 Medical Student Clinical Vignette Competition. **American College of Physicians National Meeting**

Abstract Reviewer. 2000, 2001, 2002 **Association of Program Director's in Internal Medicine** Annual Spring Meeting

Abstract Reviewer. 2000, 2001 **Association of Program Director's in Internal Medicine** Annual Fall Meeting

Textbook Reviewer for Doody Publishing. Provide on-line reviews of textbooks relevant to medical education.

Workshop/Discussion Group/Abstract proposal reviewer. **Southern Group on Educational Affairs (AAMC)**. 2006

Workshop/Discussion Group/Abstract Reviewer. **AAMC Group on Student Affairs/Group on Educational Affairs National Meeting**. 2008

Workshop/Discussion Group/Abstract Reviewer. **AAMC Southern Group on Educational Affairs Regional Meeting**. 2009

Workshop/Discussion Group Reviewer. **AAMC National Meeting.** 2011, 2012, 2013

Reviewer **AAMC Research in Medical Education (RIME)** 2014, 2015, 2016

Reviewer, **AAMC Medical Education Meeting** 2014, 2015

Session Reviewer, **NRMP Transitions to Residency Meeting** 2015

Workshop and Poster Reviewer, **Southern Group on Educational Affairs**, 2015

## Scientific Grant Review Sections:

**American Society of Hematology Clinical Research Training Institute.** May 2004

**National Heart, Lung and Blood Institute, Special Emphasis Panel. ZHL 1 CSR R 01 NIH K-30 Clinical Research Curriculum Award,** June 2004

**American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2005.

**American Society of Hematology Clinical Research Training Institute**. May 2005

USCA5 9156

MJ Kahn CV                                                                         12

    **American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2006

    **American Society of Hematology Clinical Research Training Institute**. May 2006

    **Gold Foundation Humanism in Medicine Grant Review Section**. 2007.

    **American Medical Association**, Grants Advisory Committee member, Seed Grant Research Program, Neoplasia Section, February 2008

    **American Society of Hematology Medical Educators Institute**. May 2016

## Grants and Contracts:

1993  National Research Service Award, HL08941, NIH, $67,600. Effect of mutagenesis on glycoprotein IIb-IIIa (Principle Investigator).

1995  Baxter-Hyland, $72,000.00 - A Phase II trial of prothrombin complex concentrate and antithrombin III in patients with coagulopathy from liver disease undergoing liver biopsy (Principle Investigator).

1995  Sickle Cell Center of Louisiana, $2,500. Presence of Factor V Leiden in sickle cell patients with stroke (Principle Investigator).

1998  Tulane TIME, $4720. Use of standardized patients to teach end of life skills. Louisiana Board of Regents (Principle Investigator).

1998  Tulane TIME, $4100. Beyond PBL: Use of standardized patients to teach pathophysiology. Louisiana Board of Regents (Co-Investigator).

1998  Tulane TIME, $9000. CD-ROM Ophthalmology teaching program. Louisiana Board of Regents (Co-Investigator).

1999  Tulane TIME, $4500. Student Preceptor Program for Pathophysiology. Louisiana Board of Regents (Co-Investigator).

2002  Transfusion Medicine/Hemostasis Clinical Research Network, 1 UO1 HL072274-01 (Co-Investigator), NIH/NHLBI. $1,550,000 for 5 years.

2004  Novartis Oncology. Use of ICL670, an oral iron chelator for patients with sickle cell disease or thalassemia (Co-investigator)

USCA5 9157

MJ Kahn CV                                                                                          13

2005   Icagen.  A Stratified Sickle Event Randomized Trial (ASSERT).  Use of ICA-17043 in patients with sickle cell disease (Co-investigator).

2007   Baptist Community Ministries.  A Sickle Cell Day Hospital (Co-investigator). $450,000.


## Other National and Regional Academic Activities:

1996          **American Board of Internal Medicine**, test-item reviewer (Hematology and Oncology subspecialties)

1998-2000     Regional Representative for **Special Interest Group on Residents as Teachers, AAMC**

1998          **Associates Liaison Committee member, American College of Physicians** LA-MS Chapter

1998          Educating Physicians on End-of-Life Care (EPEC) Project Trainer, **American Medical Association**

1999          **American Medical Association** Section on Medical Schools Representative

2000          **General Internal Medicine Generalist Education Leadership (GIMGEL)** and **Association of Professors of Medicine** Faculty Development Project Participant

2000          Test-item writer for **American College of Physicians-American Society for Internal Medicine** Question Bank

2000          Test-item writer for **USMLE**, **Step 2** exam

2000          Participated in review and authorship, <u>**Graduate Education in Internal Medicine.  A Resource Guide to Curriculum Development,**</u> The  Federated Council for Internal Medicine (FCIM) Task Force on the Internal Medicine Residency Curriculum, 2000.

2001          **Improving Resident Training in End-of-Life Care (ABIM)** project participant

2001          <u>**Hematology Self Assessment Program (SAP)**</u>.  Section author.

2002          <u>**Red Gold: The Epic Story of Blood**</u>, PBS June-July 2002. Expert Panel Member.

USCA5 9158

MJ Kahn CV

14

| 2005 | Chair, **American Society of Hematology High School Student Symposium** |
| 2005, 2006 | Section coordinator, Specialty Updates, **New Orleans Internal Medicine Board Review/Recertification.** July 2005, New Orleans, LA. |
| 2006 | Presenter and Discussant, **Medical Knowledge Self Assessment Program (MKSAP) 14 Audio Companion**, Hematology Section, American College of Physicians. |
| 2007 | **USMLE Step 2 Clinical Knowledge Standard Setting Panel** member |
| 2009 | **American College of Physicians (ACP) Virtual Dx Self-Assessment Module,** reviewer |
| 2010 | **American College of Physicians (ACP) Interpretive Skills Assessment Program Committee,** faculty |
| 2010 | Book Editor, **Medical Knowledge Self Assessment Program (MKSAP) 16,** Hematology Section**,** American College of Physicians |
| 2010 | Invited Participant. **A 2020 Vision of Faculty Development Across the Medical Education Continuum**, Baylor College of Medicine |
| 2011 | Item peer-reviewer, **Hematology 2011 Self Assessment Module**, American Board of Internal Medicine |
| 2011--2015 | **United States Medical Licensing Exam (USMLE) Test Material Development Committee**, Pharmacology and Biochemistry, member |
| 2015 | Member, Organizing Committee. **4Th Sector Solution Summit, Growing the Impact Economy**, San Francisco, Ca. |
| 2016-2017 | **Liaison Committee on Medical Education (LCME)**, Faculty Fellow |

## Previous Leadership Positions Held at Tulane University:

### Hospital:

| 1995 | Search Committee **Member,** Assistant Chief of Staff for Ambulatory Care, VAMC, NOLA |
| 1998-1999 | **Vice Chairman**, Credentials Committee, Tulane University Hospital and Clinic |

USCA5 9159

MJ Kahn CV

15

| | |
|---|---|
| 1999-2002 | **Chairman**, Credentials Committee, Tulane University Hospital and Clinic |
| 1999 | **Chairman**, Ambulatory Care Director Search Committee, Charity Hospital |
| 2000-2002 | **Chief of Staff Elect**, Tulane University Hospital and Clinic |
| 2002-2004 | **Chief of Staff**, Tulane University Hospital and Clinic |
| 2008-2010 | **Chairman**, Quality Improvement Committee |
| 2007-2012 | **Chairman**, Tumor Board, Tulane University Hospital and Clinic |

Medical School:

| | |
|---|---|
| 1994-2002 | **Chairman**, Internal Medicine Residency Review Committee |
| 1994-1996 | **Chairman**, Cancer Education Committee |
| 1995-1997 | **Member**, Executive Committee Faculty Practice Plan |
| 1996 | **Member**, Aaron Chair in Primary Care Search Committee |
| 1996-1998 | **Treasurer**, Alpha Omega Alpha |
| 1998-2003 | **Councilor**, Alpha Omega Alpha |
| 1997-2003 | **Chairman**, First Year Clinical Advisory Committee |
| 1999-2000 | **Vice Chairman**, General Medical Faculty |
| 2000-2001 | **Chairman**, General Medical Faculty |
| 1999-2000 | **Chairman**, Nominating Committee |
| 2004 | **Member**, C. Thorpe Ray Chair in General Internal Medicine Search Committee |
| 2005 | **Chairman**, Teaching Scholar Award Selection Committee |
| 2005-2007 | **Chapter Advisor**, Gold Humanism Honor Society |
| 2007 | **Chairman**, Neurology Chairman Search Committee |
| 2016 | **Chairman**, Knight Chair Search Committee |

University:

| | |
|---|---|
| 1999 | **Member**, Sr. Vice President for Health Sciences Search Committee |
| 2002 | **Member**, Sr. Vice President for Student Affairs Search Committee |
| 2009-2012 | **Chair**, University Senate Committee on Student Affairs |

## **Academic Committees at Tulane University (past 5 years):**

Hospital:

| | |
|---|---|
| 2006- | Ethics Committee |

Medical School:

| | |
|---|---|
| 1997- | Curriculum Committee |
| 2000- | Executive Faculty |
| 2001- | Society of Teaching Scholars |

USCA5 9160

MJ Kahn CV

16

| | |
|---|---|
| 2001-2011 | Personnel and Honors Committee |
| 2002- | Student Health Advisory Committee |
| 2002- | T3/T4 Clinical Advisory Committee |
| 2002- | MD/MPH Advisory Committee |
| 2003-2014 | Department of Medicine Promotions and Tenure Committee |
| 2014- | **Chair,** Department of Medicine Promotions and Tenure Committee |
| 2000- | Admissions Committee |
| 2006- | Biomedical Sciences Steering Committee, member |
| 2008- | Tulane University Medical Group (TUMG) Executive Committee |
| 2009- | Legal Committee, member |
| 2011-2016 | Finance Subcommitee of TUMG |

University:

| | |
|---|---|
| 2005-2014 | Tulane 34 Award Selection Committee |
| 2006-2013 | University Senate Committee on Faculty, Tenure, Freedom, and Responsibility |
| 2009-2012 | University Senate |
| 2009-2012 | Tulane Administrative Board Student Affairs sub-committee |
| 2010-2012 | University Risk Management Committee |

## Major Clinical and Teaching Responsibilities:

**Course Co-director**- Primary Care, University of Pa. School of Med., 1992-1994.

**Course Co-director**- Heme/Onc Pathophysiology, University of Pa. School of Med. 1991-1994.

**Faculty Mentor**- Internal Medicine, Tulane University Health Sciences Center. 1995-2005

**Preceptor**-Introduction to Clinical Medicine, Physical Diagnosis, 1994-2004

**Faculty Leader**- Ethics Curriculum 1995-2010

**Morning Report**-Tulane University Medical Center and VAMC(1 day/week) 1994-2009

**Attending**- Heme/ Onc Service (2-3 months/year)

**Attending**-Heme/Onc clinic, Tulane University Medical Center

**Attending**-Resident's Medical Clinic, Charity Hospital 1994-2003

**Faculty Advisor**-C. Thorpe Ray Internal Medicine Interest Society 1995-1998

**Director and Preceptor**-Emergency Room Primary Care Elective, 1995-2004

**Co-coordinator**- Hematology section of second year Pathology/Mechanisms of Disease course, 1995-present

**Co-captain**- Tulane's Program for Professional Values and Ethics in Medicine 1995-1997

**Preceptor,** Biostatistics and Epidemiology 2002-2003

**Coordinator,** End of Life Care Interdisciplinary Seminar

USCA5 9161

MJ Kahn CV                                                                                              17

**Lecturer**, Tulane/Xavier course, "Cancer: Causes Treatment and Disparities" 2008-2014

**Course Director**- Medical Humanities, 2009-present

**Lecturer**, Business in Medicine elective, 2009-present

**Lecturer,** First year Biochemistry course (Erythrocytosis), 2009-present

**Lecturer,** First year Histology Course (Leukocytosis), 2009-present

**Director and Developer**, Tulane Accelerated Physician Training Program—a unique 7-yr BS/MD program that includes a required year of public service

**Lecturer**, Second year Pharmacology course (Principles of Chemotherapy I, II, III, IV), 2010-present

**Attending,** Apollo Medicine Service, Tulane University Hospital and Clinic. 2011—2014

**Professor and Course Director,** Seminars in Healthcare Industry. AB Freeman School of Business, Tulane University. 20016--

**Symposia, Group Meetings, and Courses:**

1.   Coordinator and Chairman. **Louisiana Chapter of the American College of Physicians Associates Meeting,** New Orleans, LA. January, 1996.

2.   Invited Speaker: Uncovered Medical Services. **Association of Program Directors in Internal Medicine**, San Francisco, CA, April 1996.

3.   Invited Speaker: Hematologic/Oncologic Manifestations of HIV disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1996.

4.   Invited Speaker: Transfusion Management in Sickle Cell Disease. **Care of Adolescents and Young Adults with Sickle Cell Disease**, New Orleans, LA. October 1996.

5.   Invited Speaker: Coagulation Abnormalities in Cancer. **Leukemia/Lymphoma Update**, New Orleans, LA. October 1996.

6.   Invited Speaker: Lung Cancer Update. **Internal Medicine Update-1997**, Southwest Mississippi Regional Medical Center, McComb MS. March 1997.

7.   Panelist: Match Day-Before and After. **Southern Region Group on Student Affairs (AAMC)**, New Orleans, LA. April 1997.

8.   Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1997.

9.   Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1997.

USCA5 9162

MJ Kahn CV

18

10. Workshop Coordinator: Resident's Teaching Skills. **Southern Group on Educational Affairs (AAMC),** New Orleans, LA. March 1998.

11. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**, San Diego, CA. March 1998.

12. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 1998.

13. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. August 1998.

14. Invited Speaker: Hypercoagulable States. **103rd Annual American Osteopathic Association Annual Meeting**, New Orleans, LA. October 1998.

15. Panel discussant. The "Teaching Resident of the Month" program. **AAMC SIG for Residents" Teaching Skills. AAMC National Meeting**, New Orleans LA, November 1998.

16. Workshop faculty. Residents as teachers: Facilitating their roles as professional partners in the teaching and learning process. **Group on Educational Affairs (AAMC) Annual Meeting**, New Orleans, LA, November 1998

17. Invited Speaker. Current Guidelines in Health Maintenance. **Louisiana/Mississippi American College of Physicians--American Society of Internal Medicine Meeting.** New Orleans, LA, March 1999.

18. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. New Orleans, LA. April 1999.

19. Invited Speaker. Thromboembolic Disease. **Family Practice 1999—A Case-Based Clinical Update**. New Orleans, LA. May 1999.

20. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

21. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

USCA5 9163

MJ Kahn CV

22.    Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 1999.

23.    Invited Speaker. Successful Integration in Hematopathology. The Point of View of the Hematologist. **Group for Research in Pathology Education (GRIPE) Winter Meeting**. New Orleans, LA. January 2000.

24.    Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. Philadelphia, PA. April 2000.

25.    Invited Speaker. Update in Hypercoagulability. **Family Practice 2000: A Case-Based Clinical Update.** New Orleans, LA. May 2000.

26.    Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

27.    Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

28.    Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2000.

29.    Invited Speaker: Arterial Thrombosis**. MedLecture.com**. July 2000.

30.    Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop**. Atlanta, GA 2001.

31.    Invited Speaker. Needs of Prescribers. **Safety Information and Labeling, Drug Information Association International Meeting**. New Orleans, LA. May 2001.

32.    Invited Speaker. Death and Dying: End of Life Decisions. **Focus on Women's Health,** New Orleans, LA, March 2001.

33.    Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

34.    Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

35.    Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2001.

USCA5 9164

MJ Kahn CV

20

36. Invited speaker. Ethical Issues of Pain Management. **Ethics for Everyone: Focus on the Human Spirit,** Memorial Hospital, Gulfport Mississippi, September, 2001.

37. Invited speaker. Decision Making at the End of Life. **Ethics for Everyone: Focus on the Human Spirit,** Memorial Hospital, Gulfport Mississippi, September, 2001.

38. Session Moderator. Platelet Activation. **American Society of Hematology 43rd Annual Meeting and Exposition.** Orlando, Florida, December 2001.

39. Faculty Workshop Leader. Teaching in Lecture. **Association of Program Directors in Internal Medicine Chief Resident's Workshop.** Philadelphia, PA. April 2002.

40. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. August 2002.

41. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. July 2002.

42. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. July 2002.

43. Invited Speaker: Options at the End of Life: Terminal Sedation; Ethical, Practical and Spiritual Concerns. **Ethics for Everyone; 4th Annual Meeting,** Gulfport Mississippi. September, 2002.

44. Panel Leader: Combined MD Degree Programs. **Southern Group on Student Affairs (AAMC).** Lexington, KY. April 2003.

45. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. August 2003.

46. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. July 2003.

47. **Medicine Board Review Course,** New Orleans, LA. July 2003. Invited speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. August 2004.

48. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course,** New Orleans, LA. July 2004.

USCA5 9165

MJ Kahn CV

21

49.  Invited Speaker:  Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2004.

50.  Invited speaker: End of Life Care.  **St Francis Health Center 6th Annual Oncology Symposium,** Topeka, KS.  September 2004.

51.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. October 2004.

52.  Meet the  Professor. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. October 2004.

53.  Invited Speaker. Does the Medical Student Performance Evaluation (Dean's Letter) Predict Residency Program Director Assessment of Graduates? **American Association of Medical Colleges SGEA/SGSA Spring Meeting.**  Winston-Salem, NC.  April 2005.

54.  Invited Speaker.  Medical Student Debt and Career Choice.  **Careers In Medicine Professional Development Conference (AAMC).**  Orlando, FL.  June 2005.

55.  Invited Speaker:  Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

56.  Invited Speaker:  Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

57.  Invited Speaker:  Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

58.  Invited Speaker:  Hematology Update. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

59.  Invited Speaker:  Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2005.

60.  Invited Speaker:  Careers in Healthcare.  **National Youth Leadership Forum**, New Orleans, LA.  July 2005.

61.  Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2005. [cancelled due to Hurricane Rita]

USCA5 9166

MJ Kahn CV

62.  Panel Chair: Faculty Development on Research. **Group on Student Affairs (AAMC) National Meeting,** Philadelphia, PA. April 2006.

63.  Panel Discussant. Students in Crisis—Hurricane Katrina. **Group on Student Affairs (AAMC) National Meeting,** Philadelphia, PA. April 2006.

64.  Panel Discussant. Disaster Plans for Student Records: When the Unthinkable Happens. **Group on Student Affairs (AAMC) National Meeting**. Philadelphia, PA. April 2006.

65.  Panel Discussant. Disaster Planning 101: Lessons from Katrina**. Southern Group on Educational Affairs Annual Meeting**. Galveston, TX. May 2006.

66.  Invited Speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

67.  Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

68.  Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

69.  Invited Speaker: Hematology Update. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

70.  Invited Speaker: Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2006.

71.  Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2006.

72.  Invited Speaker: **Targeted Therapy for Solid Tumors**. American College of Physicians Regional Meeting, New Orleans, LA. March 2007.

73.  Discussion Group Leader: Rewarding Applicants with Non-Science Majors: The Tulane Creative Scholars Program. **Southern Group on Student Affairs (AAMC) Annual Meeting**, Little Rock, AK. April 2007.

74.  Invited Speaker: Care and Feeding of Students During a Natural Disaster. **Showa University International Symposium for Health Science Education,** Tokyo, Japan. August 2007.

USCA5 9167

MJ Kahn CV 23

75. Invited Speaker: Hematology/Oncology String of Pearls. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

76. Invited Speaker: Hematologic/Oncologic Manifestations of HIV Disease. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

77. Invited Speaker: Coagulation--a case based approach. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

78. Invited Speaker: Leukemia. **New Orleans Internal Medicine Board Review Course**, New Orleans, LA. July 2007.

79. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2007.

80. Invited Speaker: Counseling Skills and How to Put Them to Use. **Financial Aid Professional Development Conference (AAMC**), New Orleans, LA. January 2008.

81. Invited Facilitator: Town Hall—Bringing Clarity. Moving Forward. Are We There Yet? **. Financial Aid Professional Development Conference (AAMC**), New Orleans, LA. January 2008.

82. Invited Speaker: A 20-month Clinical Continuum: The Tulane Clinical Curriculum. **Southern Group for Student Affairs/Central Group for Student Affairs Annual Meeting (AAMC)**, Destin, FL. April 2008.

83. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2008.

84. Panelist: Getting Into Residency. **Student National Medical Association** Annual Meeting, New Orleans, LA. April 2009.

85. Invited Speaker: Finance 101: The Value of an MD Degree. **Association of American Medical Colleges (AAMC) Southern Group on Student Affairs** Regional Meeting. Dallas, TX. April 2009.

86. Panelist: A Team Approach to Implementing Team-Based Learning: Lessons Learned. **Association of American Medical Colleges (AAMC) Southern Group on Educational Affairs** Regional Meeting. New Orleans, LA. April 2009.

USCA5 9168

MJ Kahn CV

87.  Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2009.

88.  Invited Speaker: End of Life Ethics and Controversy. **Cancer: Early Detection and Treatment Paradigms**, New Orleans, LA. October 2009.

89.  Invited Speaker: Innovations in Medical Education: Team-based Learning. **American Society of Hematology(ASH) Annual Meeting**, New Orleans, LA. December 2009.

90.  Invited Speaker: The Value of a Medical Education. **Group for Research in Pathology Education (GRIPE) Annual Meeting**, New Orleans, LA. January 2010.

91.  Invited Speaker: Teaching Business and Public Health to Medical Students. **Group for Student Affairs (GSA-AAMC) National Meeting**. Austin TX, April 2010.

92.  Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2010.

93.  Invited Speaker: Benign Hematology—Managing Important Variants of Common Conditions. **New & Evolving Paradigms in Hematology & Cancer Risk Assessment: What the Physician Needs to Know**. New Orleans, LA. October 2010.

94.  Invited Speaker: Clinical Challenges in Hematology/Oncology. **LA/MS Regional American College of Physicians (ACP) Meeting.** New Orleans, LA. March 2011.

95.  Invited Speaker: Missions Admissions: Student Selection for the Regional Campus. **AAMC Group on Regional Medical Campuses/Group on Diversity and Inclusion (GRMC/GDI) 2011 Annual Meeting.** New Orleans, LA. March 2011.

96.  Invited Speaker: "Academeconomics": The Economics of Medical Education. **Southern Group on Student Affairs/Northeastern Group on Student Affairs Regional Meeting AAMC**. Nashville, TN. April 2011.

97.  Invited Speaker: The Tulane Accelerated Physician Training Program (TAP-TP): A Novel Combination of Scholarship and Service**. AAMC Student Affairs/Careers in Medicine Professional Development Conference.** Miami, FL. June 2011.

USCA5 9169

98. Plenary Speaker: Your Career as a Student Advocate. **AAMC Student Affairs/Careers in Medicine Professional Development Conference.** Miami, FL. June 2011.

99. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2011.

100. Plenary Session Organizer and Speaker: Professional Development for Student Affairs Professionals. **Association of American Medical Colleges (AAMC) Annual Meeting**. Denver, CO. November 2011.

101. Plenary Speaker: Financial Implications of Increasing Class Size. **Association of American Medical Colleges (AAMC) Annual Meeting**. Denver, CO. November 2011.

102. Speaker: Unscrambling SOAP. **Association of American Medical Colleges (AAMC) Annual Meeting.** Denver, CO. November 2011.

103. Facilitator: Patient-Centered Care. **Association of American Medical Colleges (AAMC) Annual Meeting.** Denver, CO. November 2011.

104. Speaker: Writing Multiple Choice Questions. Second Year Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.** San Diego, CA. December 2011

105. Co-Chair/Speaker: Hematology Problems During Pregnancy. **American Society of Hematology (ASH) Consultative Hematology Course**. San Diego, CA. December 2011.

106. Speaker: Resident and Medical Student Academic Careers in Hematology. **American Society of Hematology (ASH) Annual Meeting.** San Diego, CA. December 2011

107. Panel Discussant: Getting Beyond the White Coat: Developing and Maintaining Collaborations Between Colleges of Medicine and Business. **United States Association for Small Business Entrepreneurs (USASBE) Annual Meeting**. New Orleans, LA. January 2012.

108. Speaker: A Clear View of Professional Development from GSA (Group on Student Affairs) Leadership. **Joint Central and Southern Group on Student Affairs (CGSA/SGSA) Regional Meeting**. Clearwater Beach, FL. March 2012

USCA5 9170

MJ Kahn CV                                                                                    26

109.    Session Leader:  Providing a Safe Place in Student Affairs:  the Role of an Ombudsperson.  **Joint Central and Southern Group on Student Affairs (CGSA/SGSA) Regional Meeting**.  Clearwater Beach, FL.  March 2012

110.    Speaker:  Getting What You Need: Negotiation 101.  **AAMC Deans Assistants Group Annual Spring Meeting.**  New Orleans, LA.  March 2012.

111.    Meet the Professor Speaker:  Hematologic Issues for the Hospitalist.  **American College of Physicians (ACP) Internal Medicine 2012 Annual Meeting**.  New Orleans, LA.  April 2012

112.    Moderator/Speaker:  Update in Hematology**.  American College of Physicians (ACP) Internal Medicine 2012 Annual Meeting**.  New Orleans, LA.  April 2012.

113.    Speaker:  Admissions Strategies for Schools with Multiple Campuses.  **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.**  San Juan, Puerto Rico. June 2012.

114.    Plenary Speaker:  Professional Development for Admissions, Diversity, and Student Records Professionals**.  AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.**  San Juan, Puerto Rico. June 2012

115.    Plenary Speaker:  Creating the Future of Medicine:  The Successful Diversity Affairs Officer—Emerging and Revolving Roles**.  AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.**  San Juan, Puerto Rico. June 2012

116.    Facilitator:  Managing Institutional Change.  **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.**  San Juan, Puerto Rico. June 2012.

117.    Facilitator: AAMC Admissions Initiative—Preparing for the Road Ahead.  **AAMC Joint Professional Development Conference for Admissions, Diversity and Student Records Officers.**  San Juan, Puerto Rico. June 2012

118.    Invited Speaker:  Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2012.

119.    Speaker: Autoimmune Hemolytic Anemia.  **American Society of Hematology Webinar**. (www.hematology.org/webinars), September, 2012.

USCA5 9171

MJ Kahn CV

120. Co-chair/Speaker: Hematology Problems During Pregnancy. **American Society of Hematology Consultative Hematology Course**. Chicago, IL. September 2012.

121. Plenary Speaker: Creating a Professional Development Program for Student Affairs Professionals. **Association of American Medical Colleges Annual Meeting.** San Francisco, CA. November 2012.

122. Discussant: Research in Medical Education (RIME) session, Admissions. **Association of American Medical Colleges Annual Meeting.** San Francisco, CA. November 2012

123. Speaker: Tulane's Accelerated Physician Training Program. Baccalaureate/MD Meeting, **Association of American Medical Colleges Annual Meeting.** San Francisco, CA. November 2012

124. Speaker: Resident and Medical Student Academic Careers in Hematology. **American Society of Hematology (ASH) Annual Meeting.** Atlanta, GA. December 2012.

125. Chair and Speaker: Maintenance of Certification, Hematology Update 2012. **American Society of Hematology (ASH) Annual Meeting.** Atlanta, GA. December 2012.

126. Speaker: Self-Directed Learning. Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.** Atlanta, GA. December 2012.

127. Speaker: Seeing is Believing: The Importance of the Peripheral Blood Smear. **American College of Physicians, Central American Chapter Annual Meeting**. Panama City, Panama. January 2013.

128. Speaker: The HITS Keep Coming: Management of Heparin Associated Thrombocytopenia. **American College of Physicians, Central American Chapter Annual Meeting**. Panama City, Panama. January 2013.

129. Speaker: Keeping Thinner: New Oral Anticoagulants. **American College of Physicians, Central American Chapter Annual Meeting**. Panama City, Panama. January 2013.

130. Panelist: The role of higher education in entrepreneurship. **New Orleans Entrepreneur Week**, New Orleans, LA. March 2013.

131. Speaker and Co-course director: Test Taking Strategies. **American College of Physicians Maintenance of Certification Exam Preparation Course.** New Orleans, LA. March 2013.

USCA5 9172

MJ Kahn CV

132. Speaker and Co-course director: Hematology. **American College of Physicians Maintenance of Certification Exam Preparation Course.** New Orleans, LA. March 2013.

133. Speaker and Co-course director: Oncology I and II. **American College of Physicians Maintenance of Certification Exam Preparation Course.** New Orleans, LA. March 2013.

134. Speaker: Finance and Budgeting. **Group on Educational Affairs/Group on Student Affairs Regional Meeting.** Savannah, GA. April 2013.

135. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2013.

136. Invited Speaker: Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2013.

137. Moderator/Speaker: Efficiency, Accountability and Sustainability: Alternative Models for Medical Education. **Association of American Medical Colleges Annual Meeting.** Philadelphia, PA. November 2014.

138 Moderator/Invited Speaker: New Professional Development Program for Student Affairs Practitioners. **Association of American Medical Colleges Annual Meeting.** Philadelphia, PA. November 2014.

139. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America.** Dallas, TX. January 2014.

140. Co-chair/Speaker: Practice Update. **Highlights of ASH, North America.** Dallas, TX. January 2014.

141. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America.** Miami, FL. January 2014.

142. Co-chair/Speaker: Hemostasis. **Highlights of ASH, North America.** Atlanta, GA. January 2014.

143. Co-chair/Speaker: Hemostasis. **Highlights of ASH, Asia.** Singapore. March, 2014.

144. Co-chair/Speaker: Hemostasis. **Highlights of ASH, Latin America.** Florianópolis, Brazil. April 2014.

USCA5 9173

MJ Kahn CV

29

145. Co-Chair and Speaker: Hematology/Medical Oncology Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2014. American College of Physicians**. Orlando, FL. April 2014.

146. Speaker: The Abnormal Hemogram. **ASCO/ASH Seminar—Hematology for the Oncologist**. Chicago, IL. May 2014.

147. Speaker: How Do We Decide When Not to Operate? Facing Challenges in Surgical Decision Making for Older Adults. **Anesthesiology 2014**, New Orleans, LA. Oct 2014.

148. GSA Plenary Speaker: Does Money Matter? The Role of Financial Factors in Specialty Choice. **Learn, Serve, Lead 2014: AAMC Annual Meeting**. Chicago, IL. November 2014.

149. Plenary Speaker. The Role of Financial Factors in Medical Student Specialty Choice. **AAMC Committee on Student Records/Committee on Student Financial Assistance**, San Antonio, TX. January 2015.

150. Plenary Panelist. The Life Cycle of Faculty Members and Career Development: Physician Educators. **AAMC Council for Faculty and Academic Societies (CFAS) Annual Meeting.** San Diego, CA. March 2015.

151. Co-Chair and Speaker: Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

152. Moderator: Clinical Triad. Anticoagulants: What the Internist Needs to Know. **Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

153. Speaker: Interpreting the CBC: What's the Diff? **Internal Medicine 2015. American College of Physicians**. Boston, MA. May 2015.

154. Speaker and Session Moderator: Platelet Disorders/Images in Hematology. **ASCO/ASH Seminar—Hematology for the Oncologist**. Chicago, IL. May 2015.

155. Speaker/Discussion Leader: **Academic Medicine Track, Growing the Impact Economy Summit.** Presidio Institute, San Francisco, CA June, 2015

156. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor**

MJ Kahn CV

30

**Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2015.

157. Invited Speaker: Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2015.

158. Invited Speaker: ASH/ABIM Collaboration. **ABIM Liaison Committee for Certification and Recertification.** Philadelphia, PA. September 2015.

159. Invited Speaker: Assisting Students At Risk In The Match: A Case-Based Discussion Of Resource-Based Counseling. **Transition to Residency: Conversations Across the Medical Education Continuum, NRMP National Stakeholders Meeting**. New Orleans, LA. October 2015.

160. Invited Speaker: Milestones in the History of Hematology. Introduction to Lawrence Hill's "The Epic History of Blood." **American Society of Hematology (ASH) Annual Meeting.** Orlando, FL. December 2015.

161. Invited Speaker: Team Based Learning. Hematology Course Director's Workshop. **American Society of Hematology (ASH) Annual Meeting.** Orlando, FL. December 2015.

162. Co-Chair and Speaker: Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2016. American College of Physicians**. Washington, DC. May 2016.

163. Invited Speaker: Hemolytic Anemia That You May See in Your Practice: Sickle Cell Disease, Autoimmune Hemolytic Anemia, and G-6-PD Deficiency. **Internal Medicine 2016. American College of Physicians**. Washington, DC. May 2016.

164. Invited Speaker and Course Planning Committee Member. Images in Hematology: You Make the Diagnosis. **American Society of Clinical Oncology 2016 Annual Meeting Precourse: Hematology for the Oncologist.** Chicago Il. June 2016.

165. Workshop developer/facilitator: Professional Development as Our Pathway to Excellence. **AAMC GSA Professional Development Initiative**. St. Louis, MO. June 2016.

166. Invited Speaker: The road to a successful match: A case-based discussion of resource-based counseling for at-risk students in the match. **2016 AAMC GSA/CiM/OSR Professional Development Conference.** St. Louis, MO. June 2016.

USCA5 9175

MJ Kahn CV

31

167. Invited Speaker: Sickle Cell Anemias, Thalassemia, and the Hemoglobinopathies. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2016.

168. Invited Speaker: Approach to Anemia. **University of Texas MD Anderson-Baylor Hematology/Medical Oncology Board Review Course**, Houston, TX. September 2016.

169. Speaker: Wake Up to Active Learning. **American Society of Hematology Medical Educators Institute.** Washington, DC. September 2016.

170. Speaker: Where's the Money: Healthcare Finance. **American Society of Hematology Medical Educators Institute.** Washington, DC. September 2016.

171. Speaker: Donor Blood Substitutes. **Wuhan Union Hospital Anesthesia Summit Forum 2016.** Wuhan, China. October 2016.

172. Invited Speaker: Weathering the storm: examples, implications, and lessons learned in crisis planning and response. **Learn, Serve, Lead, AAMC Annual Meeting**. Seattle Washington, November 2016.

173. Co-Chair and Speaker: Hematology/Medical Oncology, General Internal Medicine Board Review. **Maintenance of Certification Pre-Course. Internal Medicine 2017. American College of Physicians**. San Diego, CA. March 2017.

174. Invited Speaker: Iron: Too much, too little, too late. **Internal Medicine 2017. American College of Physicians.** San Diego, CA. March 2017.

175. Moderator. Clinical Triad: Managing thrombosis in special circumstances. **Internal Medicine 2017. American College of Physicians**. San Diego, CA. March 2017.

**Visiting Professorships:**

Faculty Workshop Co-Coordinator. **Teaching the Teachers: A Faculty Development Workshop,** University of Mississippi School of Medicine, Department of Medicine. Jackson, MS. May, 2001.

Workshop Co-leader. **Practical Teaching Skills**. University of Texas Medical Branch Galveston, Department of Medicine. Galveston, Texas. January 2002.

USCA5 9176

MJ Kahn CV

Consultant and Visiting Professor. **Internal Medicine/Preventive Medicine Combined Residency Programs.** Meharry Medical College, Nashville TN. May 2002.

Visiting Professor. **Hemoglobinopathies** and **Student Affairs Issues**. Universidad Technologica de Santiago (UTESA), Santiago, Dominican Republic. November 2005. [cancelled due to Hurricane Katrina]

Visiting Professor. **Showa International Symposium of Health Science.** Showa University, Tokyo Japan. August 2007.

Visiting Professor. **Universite Claude Bernard**, Lyon, France. May 2008.

Visiting Professor. **Universidad de los Andes,** Bogota, Colombia. March 2011.

Visiting Professor. **Monmouth Medical Center**, Long Branch, NJ. October 2012

Visiting Professor. **Albert Einstein Medical Center**, Philadelphia, PA. December 2012

Visiting Professor. **Mount Sinai School of Medicine**, New York, NY. January 2013.

Visiting Professor and External Reviewer. **Universidad de los Andes,** Bogota, Colombia. May 2013.

Visiting Professor. **Hunan Children's Hospital**, Changsha, China. September 2014

Visiting Professor. **Tongji Medical College, Wuhan Central Hospital, Huazhong University of Science and Technology**. Wuhan, China. September 2014.

Visiting Professor. Flipped Classroom Workshop. **University of Virgin Islands School of Medicine**. St. Thomas, USVI. April 2015.

Alpha Omega Alpha Visiting Professor. **Louisiana State University Health Sciences Center at Shreveport.** April, 2016.

Visiting Professor. **Wuhan Union Hospital**. Germination and Development of Modern Medicine in Central China. Wuhan, China. October 2016.

## Lectures by Invitation:

Einstein Northern Division Hospital, Philadelphia PA. Pain Management. 1993.

USCA5 9177

MJ Kahn CV

East Jefferson Hospital, Metairie, LA. Transfusion Medicine, 1994. November 1994.          33

East Jefferson Hospital, Metairie, LA. Genitourinary Neoplasms. May 1995.

Mercy Baptist Internal Medicine Group, New Orleans, LA. Coagulation Disorders. October 1995.

Tulane University School of Medicine, New Orleans, LA. **Ivy Day Speaker**. May 1997.

WLAE TV, New Orleans channel 32, "Who's taking care of You?" Colds and Flu. December 1997.

WLAE TV, New Orleans channel 32. "Who's Taking Care of You?" The Changing Face of Medicine. March 1999.

McComb Regional Medical Center, McComb, MS. Pain and Symptom Management. September, 2000

## Bibliography

## Original Manuscripts, letters and commentaries:

1. Trotman BW, Bongiovanni MB, **Kahn, MJ**, Bernstein SE:   A morphological study of the liver and gallbladder in hemolysis-induced gallstone disease in mice. *Hepatology*  2:863-869, 1982.

2. Malet P, Baker J, **Kahn MJ**, Soloway R:  Gallstone composition in relation to buoyancy at oral cholecystography. *Radiology*  177:167-169, 1990.

3. **Kahn, MJ**, Luginbuhl W, Gaines L, Bratschi J, Bavaria J, Kaiser L, Treat J: Leukocytosis associated with all-trans retinoid acid therapy for metastatic non-small cell lung cancer. *Journal of the National Cancer Institute,*  84:1669-1671, 1992.

4. Steinmann WC, **Kahn MJ**:  The future general internist [letter]. *Annals of Internal Medicine,* 123:156, 1995.

5. Steinmann WC, **Kahn MJ**:  Will current practices in the evaluation of patients compromise the value of care assumed under managed competition? *Focus and Opinion in Internal Medicine,* 2:366-371, 1995.

6. **Kahn MJ:** Prophylactic platelet transfusion; current guidelines. *Focus and Opinion in Internal Medicine,* 2:454-458, 1995.

USCA5 9178

MJ Kahn CV

7. Willett WF, **Kahn MJ**, Gerber MA: Lupus aortitis: A case report and review of the literature. *Journal of the Louisiana State Medical Association,* 148:55-59, 1996.

8. Steinmann WC, **Kahn MJ**, Montgomery T: A curriculum in medical record documentation. *Academic Medicine,* 71:531, 1996.

9. **Kahn MJ,** Kieber-Emmons T, Vilaire G, Murali R, Poncz M, Bennett JS: Effect of mutagenesis of GPIIb amino acid 273 on the expression and conformation of the platelet integrin GPIIb-IIIa. *Biochemistry,* 35:14304-14311, 1996.

10. **Kahn MJ,** Scher C, Rozans M, Leissinger C, Michaels R, Krause J: Factor V Leiden is not responsible for stroke in patients with sickling disorders and is uncommon in African-Americans with sickle cell disease. *American Journal of Hematology,* 54:12-15, 1997.

11. Salhaney KE, Feldman M, **Kahn MJ**, Peritt D, Schretzenmair RD, Wilson DM, DiPaola RS, Glick AD, Kant JA, Nowell PC, Kamoun M: Hepatosplenic γδ T cell Lymphoma: Ultrastructural, immunophenotypic, and functional evidence for cytotoxic T lymphocyte differentiation. *Human Pathology,* 28:674-685, 1997.

12. **Kahn MJ,** Morrison D: Chemoprevention of colorectal cancer. *Hematology/Oncology Clinics of North America,* 11:779-794, 1997.

13. Fearing M, Spar M, **Kahn MJ**: Chronic thrombotic thrombocytopenic purpura masquerading as other disease entities. *Journal of the Louisiana State Medical Society,* 150:29-31, 1998.

14. **Kahn MJ,** Kahn CM: Tinea Barbae: Man and Boxer [letter]. *New England Journal of Medicine*, 339:272, 1998.

15. Mahoney MS, **Kahn M**: Images in clinical medicine: A medical mystery. *New England Journal of Medicine,* 339:745, 1998.

16. Mahoney MS, **Kahn M**: Answer to the latest medical mystery [letter]. *New England Journal of Medicine,* 339:1333, 1998.

17. Shah MK, **Kahn MJ,** Steinmann WC: Eliminating redundancies in Med-Peds training [letter]. *Academic Medicine,* 73:1218-1219, 1998

18. Mahoney MS, **Kahn M**: Low molecular weight heparin for treating venous thromboembolism. [letter]. *Annals of Internal Medicine,* 130:77, 1999.

19. Doucet H, Shah MK, Cummings TL, **Kahn MJ**: Comparison of Internal Medicine, Pediatric, and Med/Peds applicants and factors influencing career choices. *Southern Medical Journal,* 92:296-299, 1999.

34

USCA5 9179

20. **Kahn MJ**, Szerlip HM: Using standardized patients to teach end of life skills to clinical clerks. *Academic Medicine*, 74:581, 1999.

21. **Kahn MJ,** Blonde L: Assessing the quality of medical subspecialty training programs. *American Journal of Medicine*, 106:601-604, 1999.

22. Kutcher JS, **Kahn MJ,** Andersson HC, Foundas AL: Neuroacanthocytosis masquerading as Huntington's disease: CT/MRI findings. *Journal of Neuroimaging*, 9:187-189, 1999.

23. Nuckton TJ, Luther KA, Weinberger MA, Cohen I, Cummings TL, Doucet HJ, Friedman TC, **Kahn, MJ**: Residency training in developing nations. An international elective for US physicians in training. *Teaching and Learning in Medicine: An International Journal*, 11:207-213, 1999.

24. Shobeiri SA, West EC, **Kahn MJ**, Nolan TE: Postpartum acquired hemophilia (Factor VIII inhibitors): A case report and review of the literature. *Obstetrical & Gynecological Survey,* 55:729-737, 2000.

25. **Kahn MJ**, Merrill WW, Anderson DS, Szerlip HM: Residency program director evaluations do not correlate with performance on a required fourth year objective structured clinical examination. *Teaching and Learning in Medicine: An International Journal*, 13:9-12, 2001.

26. **Kahn MJ**, Krause J: Integrated hematopathology: Pairing clinician and pathologist in a second year medical school course. *Pathology Education*, 25:17-19, 2001.

27. **Kahn MJ**, Sherer K, Alper AB, Lazarus C, LeDoux E, Anderson D, Szerlip H: Using standardized patients to teach end-of-life skills to clinical clerks. *Journal of Cancer Education*, 16:163-165, 2001.

28. Outlaw DT, **Kahn MJ**, De Salvo K, Cummings TL: Description of a combined Internal Medicine-Pediatrics continuity clinic for combined program residents. *Southern Medical Journal*, 94:1173-1176, 2001.

29. Rozans M, Dreisbach A, Lertora JJL, **Kahn MJ**: The palliative use of methylphenidate in cancer patients: A review. *Journal of Clinical Oncology*, 20:335-339, 2002.

30. Wolfsthal SD, Beasley BW, Kopelman R, Stickley W, Gabryel T, **Kahn MJ**, and the Membership Survey and Scientific Data Committee of the Association of Program Directors of Internal Medicine: Benchmarks of support in internal medicine residency training programs. *Academic Medicine*, 77:50-56, 2002.

USCA5 9180

MJ Kahn CV

31. Naidech A, Weisberg L, Palliyath S, **Kahn M**: Sudden weakness in a patient with lymphoma. *Cleveland Clinic Journal of Medicine*, 69:337-341, 2002.

32. Lowentritt JE, **Kahn MJ**, Batuman V: Use of recombinant hirudin as an anticoagulant in plasmapheresis in a patient with heparin-induced thrombocytopenia. [letter]. *Nephrology Dialysis and Transplantation*, 17:1533-34, 2002.

33. Weldon CB, Jaffe BM, **Kahn MJ**: Therapy-induced leukemias and myelodysplastic syndromes following breast cancer treatment: an underemphasized clinical problem. *Annals of Surgical Oncology*, 9:738-744, 2002.

34. **Kahn MJ**: Hypercoagulability as a cause of stroke in adults. *Southern Medical Journal,* 96:350-353, 2003.

35. **Kahn MJ**, Lazarus CJ, Owens DE: Allowing patients to die: practical, ethical, and religious concerns. *Journal of Clinical Oncology*, 21:3000-3002, 2003.

36. Naidech A, Parekh N, **Kahn MJ**: Superstitions in house officers. *Resident and Staff Physician*, 50:2-4, 2004.

37. **Kahn MJ**, McCrae KR: Splenectomy in immune thrombocytopenic purpura: Recent controversies and long term outcomes. *Current Hematology Reports,* 3:317-323, 2004.

38. Rozans M, **Kahn MJ**: Methylphenidate use for symptom management in the end of life. *American Academy of Hospice and Palliative Medicine Bulletin*, 5: 4-5, 2004.

39. **Kahn MJ**, Mudad R, Glotzbach J, Owens D: Perspectives on the cancer death of a medical student. *American Journal of Hospice and Palliative Care*, 22:393-396, 2005.

40. **Kahn MJ**: As I see it: What types of information do medical schools need from residency programs to better advise medical students in their selection of an appropriate medical specialty and residency program? *GSA (Group on Student Affairs) Reporter*, 3:6, 2006.

41. **Kahn MJ**, Taylor I, Krane K: Lessons learned from Katrina: Preserving the undergraduate medical education mission. *Academic Physician & Scientist*, 7-8, June 2006.

42. **Kahn MJ**: As I see it: How would an increase in class size affect your medical school in terms of administration, faculty and resources? *GSA (Group on Student Affairs) Reporter*, 4:10, 2006.

USCA5 9181

MJ Kahn CV

43. Taylor IL, Krane NK, Amedee R, **Kahn MJ:** Rebuilding institutional programs in the aftermath of Hurricane Katrina: The Tulane experience. *American Journal of Medical Sciences,*332:264-268, 2006.

44. **Kahn M:** New Orleans—one year later. *Hematologist,* 3:2, 2006.

45. **Kahn MJ,** Markert RJ, Lopez FA, Spector S, Randall H, Krane NK: Is medical student choice of a primary care residency affected by debt? *Medscape General Medicine,* 8 (4):18, 2006 .

46. Conard CJ, **Kahn MJ,** DeSalvo KB, Hamm LL: A student clinical experience in Africa: Who are we helping? *Virtual Mentor (AMA Journal of Ethics),* 8:855-858, 2006 (electronic journal).

47. **Kahn MJ,** Markert RJ, Johnson JE, Owens D, Krane NK: Psychiatric issues and answers following Hurricane Katrina. *Academic Psychiatry,* 31:200-204, 2007.

48. Landry MD, Markert RJ, **Kahn MJ,** Lazarus CJ, Krane NK: A new approach to bridging content gaps in the clinical curriculum. *Medical Teacher,* 29:e47-50, 2007 (electronic publication).

49. **Kahn MJ,** Gregory SA: ASH releases third edition of ASH-SAP. *Hematologist,* 4:14, 2007.

50. Krane NK, **Kahn MJ,** Markert RJ, Whelton P, Traber PG, Taylor IL: Surviving Hurricane Katrina: Reconstructing the educational enterprise of Tulane University School of Medicine. *Academic Medicine,* 82:757-762, 2007.

51. Krane NK, DiCarlo, R, **Kahn MJ:** Medical education in post-Katrina New Orleans: A story of survival and renewal. *Journal of the American Medical Association (JAMA),* 298:1052-1055, 2007.

52. Owens DE, Beckman BS, **Kahn MJ:** Beyond spirituality: The role of a medical school chaplain. *Healing Ministry,* 14:23-25, 2007.

53. Crawford BE, **Kahn MJ,** Gibson JW, Daniel AJ, Krane NK: Impact of Hurricane Katrina on medical student academic performance: The Tulane experience. *American Journal of the Medical Sciences,* 336:142-146, 2008.

54. Sachs BP, Krane NK, **Kahn MJ:** Medical school dean as a turnaround agent. *American Journal of the Medical Sciences,* 336:181-184, 2008.

55. Naidech AM, **Kahn MJ,** Soong W, Green D, Batjer HH, Bleck TP: Packed red blood cell transfusion causes greater hemoglobin rise at a lower starting hemoglobin in patients with subarachnoid hemorrhage. *Neurocritical Care,* 9:198-203, 2008.

USCA5 9182

56. Donald CE, **Kahn MJ**: Successful treatment of hypereosinophilic syndrome with cyclosporine. *American Journal of the Medical Sciences,* 337:65-66, 2009.

57. **Kahn MJ**: New Orleans—Four years after the flood waters receded. *American Society of Hematology (ASH) News Daily*, Issue 2, Section A, page 2. December 6, 2009.

58. Levy JM, Hasney CP, Friedlander PL, Kandil E, Occhipinti EA, **Kahn MJ**: Combined mycophenolate mofetil and prednisone therapy in tamoxifen- and prednisone-resistant Reidel's Thyroiditis. *Thyroid*, 20:105-107, 2010.

59. Bagatell SJ, Owens DP, **Kahn MJ**: Organ donation by a prisoner: Legal and ethical considerations. *Journal of the Louisiana State Medical Society*, 162:44-46, 2010.

60. **Kahn MJ**, Nelling EF: Estimating the value of medical education: A net present value approach. *Teaching and Learning in Medicine: An International Journal*, 22:205-208, 2010.

61. Chakraborti C, **Kahn MJ**, Krane NK. Operationalizing patient safety at academic medical centers [Perspective]. *AHRQ WebM&M [serial online]*. August 2010. Available at: http://www.webmm.ahrq.gov/perspective.aspx?perspectiveID=90.

62. Hafler JP, Ownby AR, Thompson BM, Fasser CE, Grigsby K, Haidet P, **Kahn MJ**, Hafferty FW: Decoding the learning environment of medical education: a hidden curriculum perspective for faculty development. *Academic Medicine,* 86:440-444, 2011.

63. Schieffler D, Owens DP, **Kahn MJ**: The medical school curate: an examination of student need. *Journal of Religion and Health,* 50:75-80, 2011.

64. Ataga KI, Reid M, Ballas SK, Yasin Z, Bigelow C, James LS, Smith WR, Galacteros F, Kutlar A, Hull JH, Stocker JW, ICA -17043-10 Study Investigators [**Kahn MJ**]: Improvements in haemolysis and indicators of erythrocyte survival do not correlate with acute vaso-occlusive crises in patients with sickle cell disease: a phase III randomized, placebo-controlled, double-blind study of the Gardos channel blocker senicapoc (ICA-17043). *British Journal of Haematology*, 153:92-104, 2011.

65. Owens DP, Schieffler DA, **Kahn MJ**: Hope and healing in the midst of devastation: reflections on Katrina in the aftermath of September 11. *Journal of Religion and Health*, 50:477-480, 2011.

66. Schieffler DA, Azevedo BM, Culbertson RA, **Kahn MJ**: Financial ramifications of increasing class size: Does tuition cover cost? *The Permanente Journal*, 16:10-14, 2012.

USCA5 9183

67. **Kahn MJ**, Ma AD, Shulman LN: Update in Hematology and Medical Oncology: evidence published in 2011. *Annals of Internal Medicine*, 157:276-283, 2012.

68. Krousel-Wood MA, He J, Booth M, Chen CS, Rice J, **Kahn MJ**, Maeshiro R, Whelton PK: Formal public health education and career outcomes of medical school graduates. *PLoS One*, 7:e39020, 2012.

69. **Kahn MJ**, Long HW: A real options approach to clinical faculty salary structure. *Journal of Health Care Finance*, 39:87-96, 2012.

70. **Kahn MJ**, Brown MW, Christie JM: Harnessing creativity: Creating a business proposal competition for medical students [letter]. *Medical Teacher*, 35:261, 2013.

71. **Kahn MJ**, Maley JH, Lasker GF, Kadowitz PJ: Updated role of nitric oxide in disorders of erythrocyte function. *Cardiovascular & Haematological Disorders--Drug Targets*,13:83-87, 2013

72. Sachs BP, Maurer RE, Wartman SA, **Kahn MJ**: Saving academic medicine from obsolescence. Leading Health Care Innovation Insight Center. *Harvard Business Review/New England Journal of Medicine,* http://blogs.hbr.org/2013/11/saving-academic-medicine-from-obsolescence/ November 2013.

73. **Kahn MJ**: Gumbo, ASH style. *The Hematologist*, 11:4-5, 2014.

74. **Kahn MJ**, Maurer RE, Wartman SA, Sachs BP: A case for change: disruption in academic medicine. *Academic Medicine*, 89:1216-1219, 2014.

75. **Kahn MJ**, Williams ME: *Drawing First Blood*: Has ABIM gone too far? *ASH Clinical News*, October 13, 2014.

76. Sabeti H, **Kahn MJ,** Sachs BP: The "for benefit" academic medical center: a solution for survival. *Academic Medicine*, 90:599-602, 2015.

77. **Kahn MJ**, Sneed EJ: Promoting the affordability of medical education to groups underrepresented in the profession: the other side of the equation. *AMA Journal of Ethics (Virtual Mentor), 17:172-175, 2015*.

78. **Kahn MJ**: *How I Teach*: Instruction without lecture: Losing the crutch. *ASH Clinical News*, January 20, 2015.

79. Spector S, **Kahn MJ**, Lazarus C, Preslin M, Wong JG, O'Donnell J, McCormack WT, Kavan MG, Lopez AM, House A: Gold Humanism Honor Society election and academic outcomes: a 10 institution study. *Family Medicine*, 47:770-775, 2015.

USCA5 9184

MJ Kahn CV                                                                              40

80. Mangione S, **Kahn MJ**: A tale of two brains: How to rekindle the artist within. *Pharos Alpha Omega Alpha Honor Medical Society.* 78:41-46, 2015.

81. Kesselheim JC, **Kahn MJ**: The charge of the teaching brigade: The new ASH Medical Educators Institute. *The Hematologist, 13:1,13,* 2016.

82. Schieffler DA, Farrell PA, **Kahn MJ**, Culbertson RA: The evolution of the medical school deanship: from patriarch to CEO to system dean. *The Permanente Journal*, accepted for publication, August 2016.

83. Mangione S, Chakraborti C, Staltari G, Harrison R, Tunkel AR, Liou KT, Cerceo E, Voeller M, Bedwell WL, Fletcher K, **Kahn MJ**: Association between Interests/participation in arts and humanities and medical students' personal qualities: a multi-institutional study. Submitted for publication.

84. Chen B, Chang P, Jones CE, Chakraborti C, **Kahn MJ**: Creating virtual reality supported teaching at low cost (VRSTL). Submitted for publication.

85. Youngclaus J, Myers L, **Kahn MJ**: Financial influence on medical student specialty choice: Does money matter? Submitted for publication.

**Books:**

1. Puschett JB, Wiese J, **Kahn MJ** (Eds): Biotest Study Aids. Internal Medicine. Biotest Publishing company, Inc. Ventura, California, 2005. ISBN 1-893720-16-0.

2. Williams M, **Kahn MJ** (Eds): Hematology Self Assessment Program (SAP), 2nd edition. Blackwell Science, Malden MA, 2005. ISBN 1-4051-2705-8.

3. **Kahn MJ**, Gregory SA (Eds): Hematology Self Assessment Program (ASH-SAP), 3rd edition. American Society of Hematology, Washington, DC, 2007. ISBN13:978-0-9789212-0-0.

4. **Kahn MJ** (Ed). Hematology and Oncology. Medical Knowledge Self-Assessment Program (MKSAP) 16. American College of Physicians, Philadelphia, PA. 2012. ISBN 978-1-938245-04-06

**Multimedia:**

1. Naidech A, **Kahn MJ** : World Wide Web page, Department of Medicine, Tulane University Medical Center (1997-2001). www.mcl.tulane.edu/departments/medicine

2. **Kahn MJ**: Review of Blueprints in Medicine, 2nd Ed. Doody's Review Service (on-line). Available : http://www.doody.com. (Accessed February 2001).

USCA5 9185

MJ Kahn CV

3. **Kahn MJ**: Review of Rypin's Clinical Sciences Review, 18th Ed. Doody's Review Service (on-line). Available: http://www.doody.com. (Accessed September 2001).

4. **Kahn MJ**: Review of Women in Medicine: Career and Life Management, 3rd Ed. Doody's Review Service (on-line). Available: http://www.doody.com. (Accessed October 2002).

5. **Kahn MJ**: Factor V Leiden. ePocrates Dx. Available: http://www.epocrates.com. (Accessed July 2004).

6. **Kahn MJ**: Protein C deficiency. ePocrates Dx. Available: http://www.epocrates.com.

7. **Kahn MJ**: Protein S deficiency. ePocrates Dx. Available: http://www.epocrates.com.

8. **Kahn MJ**: Antithrombin deficiency. ePocrates Dx. Available: http://www.epocrates.com.

9. **Kahn MJ**: Prothrombin 20210 mutation. ePocrates Dx. Available: http://www.epocrates.com.

10. **Kahn MJ**: Hematemesis. For **American Society of Hematology** electronic teaching case bank. ISSN 1931-6860. (Available: October 2006) http://teachingcases.hematology.org

11. **Kahn MJ**: Hematology Update. For **American College of Physicians** Medical Knowledge Self Assessment Program 14 (MKSAP 14) Assessment Update. American College of Physicians, Philadelphia, PA, July 2007.

12. Fahed R, Barnett B, **Kahn MJ**: Pseudoschistocytosis secondary to cryoglobulinemia. For American Society of Hematology Image Bank. Nov 2007; 2007:7-00026. (http://www.ashimagebank.hematology/library.org)

13. **Kahn MJ**, Clarkson C, Crawford B: Coagulation Team Based Learning Exercise. MedEdPORTAL; 2009. Available from: http://services.aamc.org/30/mededportal/servlet/s/segment/mededportal/?subid=4054.

14. **Kahn MJ**: Peripheral Blood Smears. American College of Physicians (ACP) Virtual Dx. 2010. http://virtualdx.acponline.org/main

15. Saba N, **Kahn MJ**: Green inclusions in neutrophils. For American Society of Hematology (ASH) Image Bank. February 2011; 2011:1-00005. (http://www.ashimagebank.hematology/library.org)

MJ Kahn CV

16. **Kahn MJ**: USMLE Rx (American College of Physicians). Hematology/Medical Oncology. Accessible 2011.

17. **Kahn MJ:** Hematology. Medical Knowledge Self-Assessment (MKSAP 16) Audio Companion. American College of Physicians, Oakstone Publishing, Birmingham, AL. discs 28-35, 2012.

18. **Kahn MJ:** Hematology Update. For **Medical Knowledge Self- Assessment (MKSAP 16) Update**. American College of Physicians, Philadelphia, PA. July 2013.

19. Cromwell C, **Kahn MJ**: Autoimmune Hemolytic Anemia. For **American Society of Hematology** electronic teaching case bank. http://teachingcases.hematology.org ISSN: 1931-6860. (Available: May 2013)

20. **Kahn MJ**: Update parts 1,2,3,4. Hematology/Medical Oncology. For **Medical Knowledge Self- Assessment (MKSAP 16) Update**. American College of Physicians, Philadelphia, PA. December 2013-Dec 2014.

21. **Kahn MJ**, Hylton H: Anemia, Polycythemia and Hemochromatosis. Online Post-masters Hematology Course. Oncology Nursing Society/American Society of Hematology. 2016. https://www.ons.org/content/post-master%E2%80%99s-foundation-hematology

22. **Kahn MJ**: Making Medicines: The Process of Drug Development. Online course in collaboration with Eli Lilly and Company, Indianapolis, IN. 2016

23. Kahn MJ: Hematology/Medical Oncology. **Medical Knowledge Self- Assessment (MKSAP 17) Update**. American College of Physicians, Philadelphia, PA. July 2016.

**Chapters:**

1. Goldman B, **Kahn MJ**: Surgery in the patient with hematologic disease. Perioperative Medicine, D. Goldman (Ed), 2nd edition. New York, McGraw Hill, 1994, pp 277-282.

2. **Kahn MJ**, Vargas-Cuba R: Hematologic Diseases. Medicine Pearls of Wisdom. Mike Zevitz (Ed.), Scott Plantz(ed.), Jon Adler (Ed.) Boston,MA. Boston Medical Publishing Corporation, 1998, pp. 233-246.

3. Mikota SK, **Kahn MJ**: Hematology of the Elephant. Schalm's Veterinary Hematology, B.F. Feldman, J.G. Zinkl, N.C. Jain (Ed.). 5th edition. Hagerstown, MD, Lippincott, Williams and Wilkins, 2000, pp. 1191-1195.

USCA5 9187

MJ Kahn CV

43

4. **Kahn MJ**: Hematology/Oncology Questions. <u>Internal Medicine 2000 Practice Questions and Answers. Books</u> 1. MedText Medical Publishing, Co. Redondo Beach, CA., 2000 pp. 1-19.

5. **Kahn MJ**, Vargas-Cuba R: Hematologic Diseases. <u>Medicine Pearls of Wisdom</u>. Mike Zevitz (Ed.), Scott Plantz(ed.), Jon Adler (Ed.) Boston,MA. 2nd edition. Boston Medical Publishing Corporation, 2000, pp. 283-299.

6. Morrison DG, **Kahn MJ**: Idiopathic and Thrombotic Thrombocytopenias. <u>The Intensive Care Unit Manual</u>, P. Lanken, S. Manaker, C. W. Hanson (Ed.). Philadelphia, PA. W.B. Saunders Company, 2001, pp. 715-721.

7. **Kahn MJ**: Hemolytic Anemia. <u>The Intensive Care Unit Manual</u>, P. Lanken, S. Manaker, C. W. Hanson (Ed.). Philadelphia, PA. W.B. Saunders Company, 2001, pp. 705-713.

8. **Kahn MJ**: Thrombocytopenia. <u>The Intensive Care Unit Manual</u>, P. Lanken, S. Manaker, C. W. Hanson (Ed.). Philadelphia, PA. W.B. Saunders Company, 2001, pp. 521-529.

9. **Kahn MJ**: Arnold R, Weissman D: Palliative Care. <u>Graduate Education in Internal Medicine. A Resource Guide to Curriculum Development</u>. The Report of the Federated Council for Internal Medicine Task Force on the Internal Medicine Residency Curriculum, 2002.

10. **Kahn MJ**: Underproduction Anemias: <u>Hematology Self-Assessment Program (SAP)</u>. J George, M. Williams (Eds). Blackwell Publishing, Malden Mass., 2002, pp. 64-76.

11. Zumberg M, **Kahn MJ**: Disorders of Iron and Heme Metabolism. <u>Hematology Self-Assessment Program (SAP)</u>. J George, M Williams (Eds). Blackwell Publishing, Malden, Mass., 2002, pp. 50-63.

12. **Kahn MJ**: Underproduction Anemias. <u>Hematology Self-Assessment Program (SAP), 2nd edition.</u> M. Williams, **M. Kahn** (Eds). Blackwell Publishing, Malden, Mass., 2005, pp. 71-85.

13. Zumberg M, **Kahn MJ**: Disorders of Iron and Heme Metabolism. <u>Hematology Self-Assessment Program (SAP), 2nd edition</u>. M Williams, **M. Kahn** (Eds). Blackwell Publishing, Malden, Mass., 2005, pp. 54-70.

14. **Kahn MJ**: Factor V Leiden. <u>Griffith's 5 Minute Clinical Consult, 13th ed</u>. M.R. Dambro (Ed). Lippincott Williams & Wilkins, Phila., PA, 2005, pp. 396-397.

15. **Kahn MJ**: Medical Ethics. <u>Biotest Study Aids.</u> <u>Internal Medicine</u>. JB Puschett, MJ Kahn, JG Wiese (Eds). Biotest Publishing Company, Inc., Ventura California, 2005, pp. 253-254.

USCA5 9188

MJ Kahn CV                                                                                            44

16. **Kahn, MJ**: Hematology and Oncology. Biotest Study Aids. Internal Medicine. JB Puschett, **MJ Kahn**, JG Wiese (Eds). Biotest Publishing Company, Inc. Ventura California, 2005, pp. 195-212.

17. **Kahn MJ**, Ma AD, van Deventer H: Hematology Update. Medical Knowledge Self Assessment Program (MKSAP) 13 Update. **M. Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2005.

18. **Kahn MJ,** Leissinger C: Thrombocytopenia Due to Deficient Platelet Production. Thrombocytopenia. KR McCrae (Ed). Taylor and Francis Group, New York, NY, 2006, pp. 75-99.

19. **Kahn MJ**: Erythrocyte Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 14th edition. K. McCrae (Ed). American College of Physicians, Philadelphia, PA, 2006, pp. 26-34.

20. **Kahn MJ**, McCrae K, Bauer KA: Hematologic Issues in Pregnancy. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 14th Edition. K McCrae (Ed.) American College of Physicians, Philadelphia, PA, 2006, pp. 39-43.

21. **Kahn MJ**: Protein C deficiency. Griffith's 5 Minute Clinical Consult, 14th ed. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 910-911.

22. **Kahn MJ**: Protein S deficiency. Griffith's 5 Minute Clinical Consult, 14th ed. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 912-913.

23. **Kahn MJ**: Antithrombin deficiency. Griffith's 5 Minute Clinical Consult, 14th ed. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 66-67.

24. **Kahn MJ**: Prothrombin 20210 mutation. Griffith's 5 Minute Clinical Consult, 14th ed. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 914-915.

25. **Kahn MJ**: Factor V Leiden. Griffith's 5 Minute Clinical Consult, 14th ed. MR Dambro (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2006, pp. 398-399.

26. **Kahn MJ**, Deye DL. Hematology. MKSAP 14 Audio Companion. DL Dey (Ed.) Oakstone Medical Publishing, Birmingham AL, 2006, audiodisks 40-45.

USCA5 9189

27. Buchanan GR, **Kahn MJ**. Hemolytic Anemias. Hematology Self-Assessment Program (SAP), 3rd edition. **M. Kahn,** S. Gregory (Eds). American Society of Hematology, Washington, DC, 2007, pp. 102-142.

28. **Kahn MJ**: Protein C deficiency. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1004-1005.

29. **Kahn MJ**: Protein S deficiency. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1006-1007.

30. **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 82-83.

31. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 1008-1009.

32. **Kahn MJ**: Factor V Leiden. The 5 Minute Clinical Consult, 15th ed. FJ Domino (Ed). Lippincott Williams & Wilkins, Philadelphia, PA, 2007, pp. 454-455.

33. **Kahn MJ**: Protein C deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1032-1033.

34. **Kahn MJ**: Protein S deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1034-1035.

35. **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 82-83.

36. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1036-1037.

37. **Kahn MJ**: Factor V Leiden. The 5 Minute Clinical Consult, 16th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 464-465.

38. Zumberg MS, **Kahn MJ**: Acquired Anemias. Iron Deficiency, Cobalamin Deficiency, and Autoimmune Hemolytic Anemia. Evidence-based Hematology. M Crowther, J Ginsberg, R Lottenberg, R Meyer, H Schunemann (Eds.) Blackwell Publishing, Malden MA, 2008, pp. 197-205.

USCA5 9190

MJ Kahn CV                                                                                                      46

39. **Kahn MJ**: Red Blood Cell Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 15th Ed. J Ansell (Ed). American College of Physicians, Philadelphia, PA, 2009, pp. 16-32.

40. **Kahn MJ,** Ansell J: Hematologic Issues in Pregnancy. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 15th Ed. J Ansell (Ed). American College of Physicians, Philadelphia, PA, 2009, pp. 55-60.

41. **Kahn MJ,** Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1048-1049.

42. **Kahn MJ,** Kruse-Jarres R: Protein S deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1050-1051.

43. **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 88-89.

44. **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 1052-1053.

45. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 17th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2008, pp. 470-471.

46. **Kahn MJ,** Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2009, pp. 1082-1083.

47. **Kahn MJ,** Kruse-Jarres R: Protein S deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2009, pp. 1084-1085.

48. **Kahn MJ**, Kruse-Jarres R: Antithrombin deficiency. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2009, pp. 88-89.

49. **Kahn MJ,** Kruse-Jarres R: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2009, pp. 1086-1087.

50. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 18th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2009, pp. 484-485.

USCA5 9191

51. **Kahn MJ**, Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 1072-1073.

52. **Kahn MJ,** Kruse-Jarres R: Protein S deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 1074-1075.

53. **Kahn MJ**, Kruse-Jarres R: Antithrombin deficiency. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 84-85.

54. **Kahn MJ**, Kruse-Jarres R: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 1078-1079.

55. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 19th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2010, pp. 478-479.

56. **Kahn MJ**, Geddis AE, McCrae KR: Consultative Hematology. American Society of Hematology Self Assessment Program (ASH SAP), 4th edition. S. Gregory, K McCrae (Eds.). American Society of Hematology, Washington, DC, 2010, pp 27-73.

57. **Kahn MJ,** Kruse-Jarres R: Protein C deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1072-1073.

58. **Kahn MJ,** Kruse-Jarres R: Protein S deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1076-1077.

59. **Kahn MJ**, Kruse-Jarres R: Antithrombin deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 84-85.

60. **Kahn MJ**, Kruse-Jarres R: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 1080-1081.

61. **Kahn MJ,** Kruse-Jarres R: Factor V Leiden. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2012, pp. 476-477.

USCA5 9192

MJ Kahn CV

48

62. Zumberg MS, **Kahn MJ**, Ma AD: Anemia in the Critical Care Setting. Irwin and Rippe's Intensive Care Medicine, 7th Edition. P.F. Fogarty (Ed.). Wolters Kluwer, Lippincott, Williams & Wilkins, Philadelphia, PA, 2012, pp. 1253-1267.

63. Kruse-Jarres R, **Kahn MJ**: Protein C deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 1066-1067.

64. Kruse-Jarres R, **Kahn MJ**: Protein S deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 1070-1071.

65. Kruse-Jarres R, **Kahn MJ**: Antithrombin deficiency. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 86-87.

66. Kruse-Jarres R, **Kahn MJ**: Prothrombin 20210 mutation. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 1074-1075.

67. Kruse-Jarres R, **Kahn MJ**: Factor V Leiden. The 5 Minute Clinical Consult, 20th ed. FJ Domino (Ed). Wolters Kluwer-Lippincott Williams & Wilkins, Philadelphia, PA, 2013, pp. 472-473.

68. **Kahn MJ**: Red Blood Cell Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed. **M Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2012, pp.18-25.

69. **Kahn MJ,** Streiff M, Ma AD: Hematologic Issues in Pregnancy. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed. **M Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2012, pp. 62-66.

70. **Kahn MJ**: Iron Overload Syndromes. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 16th Ed. **M Kahn** (Ed). American College of Physicians, Philadelphia, PA, 2012, pp.35-36.

71. **Kahn MJ**: Elevated Blood Counts. Medicine: A Competency-Based Companion, 1st ed. JL Israel and AR Tunkel (Eds.) Elsevier, Philadelphia, PA, 2012, pp. 361-367.

72. Thachil J, Solberg LA, **Kahn MJ**, McCrae KR: Iron Metabolism, Iron Overload and the Porphyrias. American Society of Hematology Self Assessment Program (ASH SAP), 5th edition, K McCrae, D Steensma (Eds.). American Society of Hematology, Washington, DC, 2013, pp. 89-105.

USCA5 9193

MJ Kahn CV                                                                    49

73. Blaya M, **Kahn MJ**: Idiopathic and Thrombotic Thrombocytopenias. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B, A. Kohl, C. W. Hanson (Eds.). Philadelphia, PA. Elsevier Saunders Company, 2014, pp. 606-612.

74. Washington A, **Kahn MJ**: Hemolytic Anemia. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B. A. Kohl (Eds.). Philadelphia, PA. Elsevier Saunders Company, 2014, pp. 598-605.

75. Kruse Jarres R, **Kahn MJ**: Thrombocytopenia. The Intensive Care Unit Manual, 2nd Ed. P. N. Lanken, S. Manaker, B. A. Kohl, C. W. Hanson (Eds.). Philadelphia, PA. Elsevier Saunders Company, 2014, pp. 441-449.

76. Vaughn LM, Long SA, Santamaria T, **Kahn MJ**, Vossen JA, Bredella MA, Schiller AL, Mankin HJ: Osteonecrosis in Patients With Sickle Cell Anemia and Other Hematologic Disorders. Skeletal Circulation in Clinical Practice. Aaron RK (Ed). Singapore, World Scientific Publishing, 2016, pp. 165-184. ISBN: 978-981-4713-75-7.

77. Zumberg MS, **Kahn MJ**, Ma AD: Anemia in the Critical Care Setting. Irwin and Rippe's Intensive Care Medicine, 8th Edition. P.F. Fogarty (Ed.). Wolters, Kluwer, Lippincott, Williams & Wilkins, Philadelphia, PA, 2016.

78. **Kahn MJ**: Coagulation, Blood Transfusion, Red Cell Disorders. Hoffman and Abeloff's Hematology-Oncology Review, 1st Edition. Isaacs C, Atkins M, Cheson B, Ma A, Marshall J, Rizvi N (Eds). Elsevier, Philadelphia, PA, 2016.

79. **Kahn MJ**: Erythrocyte Disorders. Hematology and Oncology, Medical Knowledge Self Assessment Program (MKSAP) 18th Edition. American College of Physicians, Philadelphia, PA, 2018.

**Abstracts:**

1. Horlick SE, Lakshminarayayaniah N, Trotman BW, **Kahn MJ**, Wirt GD, Bernstein SE: Calcium binding properties of bile salts: A possible protective role in pigment gallstone disease. *Hepatology* 1:518, 1982.

2. *****Kahn MJ**, Margulies C, Kaplan SA, Trotman BW: Hemolysis induced gallstone disease in mice: Interaction of hemolysis and genotype on ionized calcium in bile. *Gastroenterology* 84:1406, 1983.

3. Margulies C, **Kahn MJ**, Kaplan SA, Trotman BW: Ionized calcium in hepatic bile of mice with hemolysis predisposes to pigment gallstone formation. *Gastroenterology* 84:1407, 1983.

USCA5 9194

MJ Kahn CV                                                                                          50

4. Abrahm J, Polomano R, **Kahn M**, Tangoren I: Housestaff attitudes towards cancer patients with pain - - impact of outpatient training. *J Cancer Ed* 7:(suppl 1) 9, 1992.

5. *Abrahm JA, Tangoren IA, **Kahn MJ**, and Polomano R: Housestaff attitudes towards cancer patients with pain—impact of outpatient training. *Proc of ASCO* 11:382, 1992.

6. **Kahn MJ,** Luginbuhl W, Bavaria J, Kaiser L, Treat J: Leukocytosis associated with all-trans retinoic acid (ATRA) therapy in metastatic non-small cell lung carcinoma. *Proc of ASCO* 12:358, 1993.

7. ***Kahn MJ,** Vilaire G, Poncz M, Bennett JS: Effect of site-directed mutagenesis of glycoprotein IIb residue 273 on the expression of the glycoprotein IIb-IIIa complex. *Clin Res* 42:182A, 1994.

8. *Salhaney K, **Kahn MJ**, Kamoun M, Kant J, Loh E: Hepatosplenic T$\gamma\delta$ cell Lymphoma: An aggressive cytolytic peripheral T$\gamma\delta$ cell lymphoma presenting with severe neutropenia. **Annual Meeting of the United States and Canadian Academy of Pathology**, San Francisco, CA , March, 1994.

9. **Kahn MJ,** Stadtmauer EA, Edelstein M, Luger S, Berger M:. Intermittent all-trans retinoic acid (ATRA) for the treatment of myelodysplasia (MDS). *Blood* 84:632A, 1994.

10. ***Kahn MJ,** Steinmann WC, Cali M, Puschett JB: Flexible programs in internal medicine. **Association of Program Directors in Internal Medicine**, Atlanta, GA, March 1995.

11. **Kahn MJ,** Yoo C, Steinmann WC: Congestive heart failure, imprecision in diagnostic certainty. *Journ Gen Int Med* 10 (suppl):52, 1995.

12. Steinmann WC, Yoo C, **Kahn MJ**: Is Internal Medicine too complicated to master? *Journ Gen Int Med* 10 (suppl):97, 1995.

13. **Kahn MJ,** Leissinger C, Rozans M, Scher C, Krause J: Factor V Leiden is not a risk factor for stroke in patients with sickle cell disease. *Blood* 86:650a, 1995.

14. *Lebeau DL, Aduli FX, Michaels RK, **Kahn MJ**, Steinmann WC: Assessment of the validity of echocardiography in the diagnosis of clinically important coronary artery disease. *J Investigative Med* 44: 28A., 1995.

15. Michaels RK, Pauley EM, Steinmann WC, **Kahn MJ**, Sutton CL: Misutilization of the CT scan of the head in the emergency setting for atraumatic conditions. *J Gen Int Med* 11(Supplement) 1:52, 1996.

USCA5 9195

MJ Kahn CV                                                                                          51

16. ***Kahn MJ,** Steinmann WC, Cali M, Puschett JB: Performance of residents enrolled in combined programs as compared to categorical medicine residents. **Association of Program Directors in Internal Medicine**, San Francisco, CA, April 1996.

17. Berger M, **Kahn M**, Krawczeniuk M, Davis L, Salhaney K, Nowell P, Luger S, Edelstein M, Stadtmauer E: Pharmacokinetics of intermittent all-trans retinoic acid administration in the myelodysplastic syndrome. *Proc of ASCO* 15:364, 1996.

18. *Alden WW, **Kahn MJ**, Puschett JB: Meningococcal sacroiliitis: a case report. *J Investigative Med* 45:12A, 1997.

19. ***Kahn MJ**, Chauvin SW, Szerlip HM, Bowdish BE, Krane NK: Critical thinking assessment correlates with performance on standardized tests. **Association of Program Directors in Internal Medicine**, Philadelphia, PA, March 1997.

20. Miller JB, Tsein F, **Kahn MJ**, Shapira E: Methylenetetrahydrofolate reductase gene mutation frequency in various ethnic and subethnic groups. **Southern Genetics Group**, Ft. Walton Beach, FL, July 1997.

21. ***Kahn MJ**, Chauvin SW, Bowdish BE, Szerlip HM, Krane NK: Can critical thinking assessment predict performance on standardized tests? **Teaching Internal Medicine Symposium, "Bridging Medical Education."** Chicago IL, September 1997.

22. ***Kahn MJ**, Wood MA, Connelly S, Steinmann WC:: Implementation of a combined residency program in internal medicine and preventive medicine. **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

23. ***Kahn MJ**, Chauvin SW, Bowdish BE, Szerlip HM, Krane NK: Can critical thinking assessment predict performance on standardized tests? **Southern Group on Educational Affairs Annual Meeting (AAMC)**, New Orleans, LA, March 1998.

24. *Shah MK, **Kahn MJ**, Steinmann WC: Internal Medicine and Pediatrics: A comparison of databases. **Southern Group on Educational Affairs Annual Meeting (AAMC**), New Orleans, LA, March 1998.

25. *Luther K, Nuckton T, Weinberger M, Cummings TL, **Kahn MJ**: An international elective for residents. **Southern Group on Educational Affairs Annual Meeting (AAMC**), New Orleans, LA, March 1998.

26. *Tynes LL, **Kahn MJ**, O'Neill PT**:** An internal medicine/psychiatry clinic: An integrated experience for combined residents. **Southern Group on Educational Affairs Annual Meeting (AAMC**), New Orleans, LA, March 1998.

USCA5 9196

27.* **Kahn MJ**, Chauvin SW: Implementation Of A Three-Tiered Curriculum To Enhance Resident Roles As Effective Teachers. **Association of Program Directors in Internal Medicine,** San Diego, CA, March 1998.

28.*Zhang R, Foundas A, Krause J, **Kahn, MJ**: Acanthocytosis with facial and vocal tics: A case report. **American College of Physicians Annual Meeting**, San Diego, CA, April 1998.

29. *Chauvin SW, Bowdish BE, **Kahn MJ**: Examining the effects of a program to prepare interns for teaching roles in medical education: Part I of the Docere Project. **8th International Ottawa Conference for Medical Education**, Philadelphia PA, July 1998.

30.*Chauvin SW, **Kahn MJ**, Bowdish B: Examining the effectiveness of a workshop for preparing residents and interns for their roles as teachers. **Research in Medical Education (RIME) Committee (AAMC).** New Orleans, LA, November 1998.

31.***Kahn MJ**, Merrill W, Szerlip HM: Residency program director evaluations do not correlate with performance on a required fourth year objective structured standardized examination. **Society of General Internal Medicine**, San Francisco, CA, May 1999. *J Gen. Int Med* 14(suppl 2):141, 1999.

32.**Kahn MJ**, Sherer K, Alper AB, Lazarus C, LeDoux E, Anderson D, Szerlip HM: Using standardized patients to teach end of life skills to third year medical students during a clinical rotation. **American Society of Clinical Oncology**, New Orleans, LA, May 2000. Proceedings of ASCO 2000;19:640a.

33. *Blackston JW, Schlessinger SD, **Kahn MJ**. Survey of medico-legal knowledge among medicine house officers. **Southern Society of Clinical Investigation,** New Orleans, LA March 2001.

34. *Naidech A, **Kahn MJ**, Krane NK. How do senior medical students use their fourth year? **Association of American Medical Colleges Annual Meeting**. San Francisco, CA. November 2002.

35. ***Kahn MJ**, Markert R, Lopez FA, Spector S, Randall H, Krane NK: Is specialty choice related to medical student debt? **Association of American Medical Colleges Group on Student Affairs/Group on Educational Affairs** Spring meeting. Winston-Salem NC. April 2005.

36. *Krane NK, Lazarus C, Markert R, **Kahn MJ**: Creating an effective and flexible curriculum for third and fourth year students: Tulane's new clinical curriculum. **Association of American Medical Colleges Group on Student Affairs/Group on Educational Affairs** Spring meeting. Winston-Salem NC. April 2005.

USCA5 9197

MJ Kahn CV

37. *Markert R, Landry M, Krane NK, Lazarus C, **Kahn M**. Filling the gaps: Core content in the clinical curriculum. **Association for the Study of Medical Education**, Newcastle, UK, July 2005.

38. *Landry MD, Markert RJ, **Kahn MJ**, Lazarus CJ, Krane NK:  A new approach to bridging content gaps in the clinical curriculum. **Association of American Medical Colleges (AAMC)** Annual Meeting.  Washington, DC.  November 2005.

39. **Kahn MJ**, Beckman BB, Maier K, Simpson S: Rewarding applicants with non-science majors:  The Tulane Creative Scholars Program. **Association of American Medical colleges Southern Group on Student Affairs** Annual Meeting.  Little Rock, AK.  April 2007.

40. *Daniel A, **Kahn MJ**, Crawford B, Krane NK:  Academic performance of Tulane medical students following Hurricane Katrina. **Association of American Medical Colleges (AAMC) Annual Meeting**. Washington, DC.  November 2007.

41. **Kahn MJ**, Nelling EF:  Estimating the Value of a medical education:  A net present value approach. **Association of American Medical Colleges (AAMC) Southern Group on Educational Affairs** Regional Meeting.  New Orleans, LA. April 2009.

42. *Fatakia A, Fazekas M, Friedlander P, **Kahn MJ**:  Life threatening epistaxis in hereditary hemorrhagic telangiectasia:  surgical and medical management. **American Academy of Otolaryngology—Head and Neck Surgery Foundation** 2011 Annual Meeting.  San Francisco, CA.  September 2011.

43. *Schieffler DA, Azevedo BM, Culbertson RA, **Kahn MJ**:  Financial ramifications of increasing class size:  Evaluation of a national dataset. **American Public Health Association** national meeting.  Washington, DC.  November 2011.

44. Specter S, Wong J, Lazarus C, O'Donnell J, **Kahn MJ**, Chen R:  Relationship between GHHS membership and selection of a primary care residency: a multi-institutional study. **Gold Humanism Honor Society Biennial Meeting**. Chicago, IL.  October 2012.

45. *Krane NK, Crawford B, Ettarh R, **Kahn MJ**, Gibson J:  HEAL-X:  Tulane's accelerated curriculum for PHD's becoming MD's. **AAMC Southern Group on Educational Affairs 2014 Meeting**.  Miami, FL.  March 2014.

46. *Youngclaus J, **Kahn MJ**:  Evidence that financial factors influence the specialty choice of few medical school graduates. **Tenth Annual AAMC Health Workforce Research Conference,** Washington, DC.  May 2014.

USCA5 9198

MJ Kahn CV

47. *Johnson J, Cluver J, **Kahn M**: Medical students' knowledge of state budget cuts. **Association of Directors of Medical Student Education in Psychiatry Annual Meeting,** Keystone, CO. June 2014.

48. *Youngclaus J, **Kahn MJ**: The influence of financial factors on specialty choice. **AAMC 2015 Annual Professional Development Conference (PDC) for Financial Aid and Student Records.** San Antonio, TX. January 2015.

49. *Mangione S, Hojat M, Harrison R, Tunkel AR, Cerceo E, Voeller M, Bedwell W, Fletcher K, **Kahn MJ**: Association between humanities exposure and medical students' personal qualities: A Multi-institutional survey. **2nd International Meeting on Well-being and Performance in Clinical Practice**. Chalkidiki, Greece. May 2016.

50. *Mangione S, Hojat M, Harrison R, Tunkel AR, Cerceo E, Voeller M, Bedwell W, Fletcher K, **Kahn MJ**: The effects of medical student interest in humanities and arts: A Multi-institutional survey. **2016 Society of General Internal Medicine Annual Meeting**. Hollywood, FL. May 2016.

*Presented

USCA5 9199

# EXHIBIT B

USCA5 9200

## Exhibit B:  Materials Considered

| 1. | 2009.03.19 Johnson & Johnson Advisory Committee Briefing Book for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC). |
|---|---|
| 2. | 2014 AHA/ACC/HRS Guideline for the Management of Patients with Atrial Fibrillation: Executive Summary. |
| 3. | Adcock DM, et al., Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review., Thromb Res. 2015 Jul;136(1):7-12. |
| 4. | Agnelli, G, Treatment of proximal deep-vein thrombosis with the oral direct factor Xa inhibitor rivaroxaban (BAY 59-7939): the ODIXa-DVT (Oral Direct Factor Xa Inhibitor BAY 59-7939 in Patients With Acute Symptomatic Deep-Vein Thrombosis) study. Circulation. 2007 Jul 10;116(2):180-7. |
| 5. | Bandali, Farooq, et al., 1205: Conservative Management of Massive Rivaroxaban and Enoxaparin Overdose. Critical Care Medicine 2014 Feb;42(12):A1642. |
| 6. | Beckman MG, Hooper WC, Critchlet SE, Ortel TL, Venous Thromboembolism: A Public Health Concern, Am J Prev Med. 2010 Apr;38(4 Suppl):S495-501. |
| 7. | Beckman et al, Venous Thromboembolism: A Public Health Concern, Am J POrev Med. 2010 Apr;38(4 Suppl):S495-501. CDC, Venous Thromboembolism, Data and Statistics *www.cdc.gov/ncbddd/dvt/data.html.* |
| 8. | Beyer-Westendorf et al, Rates, management, and outcome of rivaroxaban bleeding in daily care: results from the Dresden NOAC registry, Blood. 2014;124(6):995-962 |
| 9. | Biecker E, Diagnosis and therapy of non-variceal upper gastrointestinal bleeding, World J Gastrointest Pharmacol Ther 2015 November 6; 6(4): 172-182. |
| 10. | Budnitz, et al. 2013, Emergency Hospitalizations for Adverse Drug Events in Older Americans, N Engl J Med 2011; 365:2002-2012. |
| 11. | Buller, HR, et al., A dose-ranging study evaluating once-daily oral administration of the factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study. Blood. 2008 Sep 15;112(6):2242-7. |
| 12. | Camm et al, XANTUS: a real-world, prospective, observational study of patients treated with rivaroxaban for stroke prevention in atrial fibrillation, European Heart Journal (2016) 37, 1145-1153 |
| 13. | Carretaro C, Fernandez-Urien I, Betes M, Muñoz-Navas M, Role of videocapsule endoscopy for gastrointestinal bleeding, World J Gastroenterol 2008 September 14; 14(34): 5261-5264. |
| 14. | CDC, Atrial Fibrillation Fact Sheet, Data and Statistics http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_atrial_fibrillation.htm. |
| 15. | CDC Stroke Facts at: http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_stroke.htm. |
| 16. | EINSTEIN Investigators, Bauersachs R, Berkowitz SD, Brenner B, Buller HR, Decousus H, Gallus AS, Lensing AW, Misselwitz F, Prins MH, Raskob GE, Segers A, Verhamme P, Wells P, Agnelli G, Bounameaux H, Cohen A, Davidson BL, Piovella F, Schellong S. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010 Dec 23; 363(26): 2499-510. [EINSTEIN-DVT] |
| 17. | EINSTEIN Investigators, Bauersachs R, Berkowitz SD, Brenner B, Buller HR, |

USCA5 9201

|     | Decousus H, Gallus AS, Lensing AW, Misselwitz F, Prins MH, Raskob GE, Segers A, Verhamme P, Wells P, Agnelli G, Bounameaux H, Cohen A, Davidson BL, Piovella F, Schellong S. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med. 2010 Dec 23; 363(26): 2499-510. [EINSTEIN Extension] |
| --- | --- |
| 18. | EINSTEIN–PE Investigators, Büller HR, Prins MH, Lensin AW, Decousus H, Jacobson BF, Minar E, Chlumsky J, Verhamme P, Wells P, Agnelli G, Cohen A, Berkowitz SD, Bounameaux H, Davidson BL, Misselwitz F, Gallus AS, Raskob GE, Schellong S, Segers A. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med. 2012 Apr 5; 366(14): 1287-97. [EINSTEIN-PE] |
| 19. | Eerenberg ES, Kamphuisen PW, Sijpkens MK, Meijers JC, Buller HR, Levi M. Reversal of rivaroxaban and dabigatran by prothrombin complex concentrate: a randomized, placebo-controlled, crossover study in healthy subjects. Circulation. 2011 Oct 4; 124(14): 1573-9. |
| 20. | Eriksson, BI, et al., Dose-escalation study of rivaroxaban (BAY 59-7939)--an oral, direct Factor Xa inhibitor--for the prevention of venous thromboembolism in patients undergoing total hip replacement. Thromb Res. 2007;120(5):685-93. |
| 21. | Eriksson, BI, et al., A once-daily, oral, direct Factor Xa inhibitor, rivaroxaban (BAY 59-7939), for thromboprophylaxis after total hip replacement. Circulation. 2006 Nov 28;114(22):2374-81. |
| 22. | Eriksson, BI, et al., Online Data Supplement. Circulation. 2006:642074. |
| 23. | Eriksson, BI, et al., Oral, direct Factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. J Thromb Haemost. 2006 Jan;4(1):121-8. |
| 24. | FDA Medical Review for NDA 202439. |
| 25. | Girgis IG, et al., Population Pharmacokinetics and Pharmacodynamics of Rivaroxaban in Patients with Non-valvular Atrial Fibrillation: Results from ROCKET AF. The Journal of Clinical Pharmacology 54(8) 917–927 |
| 26. | Goodman and Gillman, Textbook on Pharmacotherapy |
| 27. | Graham DJ, Reichman ME, Wernecke M, Hseuh Y, Izem R, Southworth MR, Wei Y, Liao J, Goulding MR, Mott R, Chillarige Y, MaCurdy TE, Worral C, Kelman JA, Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated with Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrilliation, JAMA Intern Med. 2016. |
| 28. | Han SL, et al., 2013, Quality of anticoagulation with warfarin in patients with nonvalvular atrial fibrillation in the community setting, Journal of Electrocardiology 46 (2013) 45-50 |
| 29. | Holbrook, et al, Evidence-Based Management of Anticoagulant Therapy Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines, Chest, Vol 141.2 e152S-e184s  (2012). |
| 30. | Kearon C, Akl EA, Comerota AJ, Prandoni P, Bounameaux H, Goldhaber SZ, Nelson ME, Wells PS, Gould MK, Dentali F, Crowther M, Kahn SR; American College of Chest Physicians. Antithrombotic therapy for VTE disease: Antithrombotic Therapy and Prevention of Thrombosis, 9th Ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest. 2012 Feb; 141(2 Suppl): e419S-94S |

| 31. | Kearon C, Akl EA, Ornelas J, Blaivas A, Jimenez D, Bounameaux H, Huisman M, King CS, Morris TA, Sood N, Stevens SM, Vintch JR, Wells P, Woller SC, Moores L. Antithrombotic therapy for VTE disease: CHEST guideline and expert panel report. Chest. 2016 Feb; 149(2): 315-52 |
|---|---|
| 32. | Kim BSM, Li BT, Engel A, Samra JS, Clarke S, Norton ID, Li AE, Diagnosis of gastrointestinal bleeding: A practical guide for clinicians, World J Gastrointest Pathophysiol 2014 November 15; 5(4): 467-478. |
| 33. | Kubitza, D, Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor. Clin Pharmacol Ther. 2005 Oct;78(4):412-21. |
| 34. | Laine L, GI Risk and Risk Factors of NDAIDs, J Cardiovasc Pharmacol Volume 47, Supplement 1, 2006. |
| 35. | Laliberte et al, Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients. Curr Med Res Opin. 2014 Jul; 30(7): 1317-25 |
| 36. | Lehmann, T, et al., Massive Human Rivaroxaban Overdose. Thromb Haemost. 2014 Oct;112(4):834-6. |
| 37. | Levi M, Moore KT, Castillejos CF, Kubitza D, Berkowitz SD, Goldhaber SZ, Raghoebar M, Patel MR, Weitz JI, Levy JH. Comparison of three-factor and four-factor prothrombin complex concentrates regarding reversal of the anticoagulant effects of rivaroxaban in healthy volunteers. J Thromb Haemost. 2014 Sep; 12(9): 1428-36 |
| 38. | Levy JH, Ageno W, Chan NC, Crowther M, Verhamme P, Weitz JI, for the Subcommittee on Control of Anticoagulation. When and how to use antidotes for the reversal of direct oral anticoagulants: guidance from the SSC of the ISTH. J Thromb Haemost. 2016; doi: 10.1111/jth.13227. |
| 39. | Lindhoff-Last E, et al., Assays for measuring rivaroxaban: their suitability and limitations, Ther Drug Monit. 2010 Dec;32(6):673-9. |
| 40. | Linkins, LA, Moffat, K, Monitoring the anticoagulant effect after a massive rivaroxaban overdose. J Thromb Haemost. 2014 Sep;12(9):1570-1. |
| 41. | Mueck W, et al., Rivaroxaban Population Pharmacokinetic Analyses in Patients Treated for Acute Deep-Vein Thrombosis and Exposure Simulations in Patients with Atrial Fibrillation Treated for Stroke Prevention. Clin Pharmacokinet 2011; 50 (10): 675-686. |
| 42. | Mueck W, et al., Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thrombosis Journal 2013, 11:10 |
| 43. | Mueck W, et al., Clinical Pharmacokinetic and Pharmacodynamic profile of Rivaroxaban. Clin Pharmacokinet. 2014 Jan; 53(1): 1-16. |
| 44. | Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, Breithardt G, Halperin JL, Hankey GJ, Piccini JP, Becker RC, Nessel CC, Paolini JF, Berkowitz SD, Fox KA, Califf RM; ROCKET AF Investigators. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med. 2011 Sep 8; 365(10): 883-91 |
| 45. | Piccini J, et al., Relationship Between Time in Therapeutic Range and Comparative Treatment Effect of Rivaroxaban and Warfarin: Results From the ROCKET AF trial. J |

USCA5 9203

| | |
|---|---|
| | Am Heart Assoc. 2014 Apr 22; 3(2): e000521. |
| 46. | Poller, L, International Normalized Ratios (INR): the first 20 years. J Thromb Haemost. 2004 Jun;2(6):849-60. |
| 47. | Raju GS, Gerson L, Das A, Lewis B, American Gastroenterological Association (AGA) Institute Technical Review on Obscure Gastrointestinal Bleeding, GASTROENTEROLOGY 2007;133:1697–1717. |
| 48. | Rasekh, Anticoagulants and Atrial Fibrillation, Tex. Heart Inst. J. 2005;32(2):218-219. |
| 49. | Repplinger, DJ, et al., Lack of significant bleeding despite large acute rivaroxaban overdose confirmed with whole blood concentrations. Clin Toxicol (Phila). 2016 Sep;54(8):647-9. |
| 50. | Sajkov, D, Gallus, A, Accidental Rivaroxaban Overdose in a Patient with Pulmonary Embolism: Some Lessons for Managing New Oral Anticoagulants. Clin Med Insights Case Rep. 2015 Jul 29;8:57-9. |
| 51. | Siegal DM, Curnutte JT, Connolly SJ, Lu G, Conley PB, Wiens BL, Mathur VS, Castillo J, Bronson MD, Leeds JM, Mar FA, Gold A, Crowther M. Andexanet alfa for the reversal of factor Xa inhibitor activity. N Engl J Med. 2015 Dec 17; 373(25): 2413-24. |
| 52. | Smythe MA, et al, Rivaroxaban: Practical Considerations for Ensuring Safety and Efficacy. Pharmacotherapy. 2013 Nov; 33(11): 1223-45. |
| 53. | Spiller, HA, et al., An Observational Study of the Factor Xa Inhibitors Rivaroxaban and Apixaban as Reported to Eight Poison Centers. Ann Emerg Med. 2016 Feb;67(2):189-95. |
| 54. | Stevenson, JW, et al., An Observational Case Series of Dabigatran and Rivaroxaban Exposures Reported to a Poison Control System. Am J Emerg Med. 2014 Sep;32(9):1077-84. |
| 55. | Testa S, et al., Poor comparability of coagulation screening test with specific measurement in patients receiving direct oral anticoagulants: results from a multicenter/multiplatform study. J Thromb Haemost. 2016 Aug 27. doi: 10.1111/jth.13486. |
| 56. | Turpie, AG, et al., BAY 59-7939: an oral, direct factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study. J Thromb Haemost. 2005 Nov;3(11):2479-86. |
| 57. | Wolfe MM, Lichtenstein DR, Singh G, Gastrointestinal Toxicity of Nonsteroidal Anti inflammatory Drugs, NEJM. 1999 340(24): 1888-1899 |
| 58. | Xarelto Prescribing Information: August 2013 January 2014 February 2014 March 2014 September 2014 December 2014 January 2015 September 2015 May 2016 August 2016 |
| 59. | Yao X, Abraham NS, Sangaralingham LR, Bellolio MF, McBane RD, Shah ND, |

| | Noseworthy PA. Effectiveness and safety of dabigatran, rivaroxaban, and apixaban versus warfarin in nonvalvular atrial fibrillation. J Am Heart Assoc. 2016 Jun 13; 5(6). |
|-----|---|
| 60. | Zuckerman GR, Prakash C, Askin MP, Lewis BS, AGA Technical Review on the Evaluation and Management of occult and Obscure Gastrointestinal Bleeding, GASTROENTEROLOGY 2000;118:201-221. |

USCA5 9205