# EXHIBIT N

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  XARELTO          )   MDL No.:   2592
 4   (RIVAROXABAN) PRODUCTS   )   Section:   L
     LIABILITY LITIGATION     )   Judge Eldon E. Fallon
 5                            )   Mag. Judge North
                              )
 6                            )
     JOSEPH J. BOUDREAUX      )
 7                            )   Civil Case No.:
     versus                   )   2:14-cv-02720
 8                            )
     JANSSEN RESEARCH &       )
 9   DEVELOPMENT, ET AL       )
10
11
12   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
14
15
16      Videotaped Deposition of MARC J. KAHN, M.D.,
17   M.B.A., taken on Friday, January 13, 2017, in the
18   office of Chaffe McCall, L.L.P., 1100 Poydras
19   Street, Suite 2300, New Orleans, Louisiana 70163
20   commencing at 8:36 a.m.
21
22
23
     Reported by:
24   AURORA M. PERRIEN
     CERTIFIED COURT REPORTER
25   REGISTERED PROFESSIONAL REPORTER
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    I N D E X
                                         Page
 2
          Caption..............................1
 3
          Appearances..........................3
 4
          Agreement of Counsel.................5
 5
          Witness' Certificate...............163
 6
          Reporter's Certificate.............164
 7
 8
                  E X A M I N A T I O N
 9
          MR. GOZA.............................7
10
11
12                    E X H I B I T S
13        Exhibit No. 1........................9
          Plaintiffs' Amended Notice with
14        Subpoena Duces Tecum of Oral Videotaped
          Deposition of Marc J. Kahn, MD
15
          Exhibit No. 2........................9
16        Report of Dr. Marc J. Kahn, MD, MBA
17        Exhibit No. 3.......................20
          KNMH Telemetry, Progress Note,
18        JBoudreaux-OMC-K-MD-000017
19        Exhibit No. 4.......................74
          Highlights of Prescribing Information
20
          Exhibit No. 5......................116
21        "Clinical Pharmacokinetic and
          Pharmacodynamic Profile of Rivaroxaban"
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1               A P P E A R A N C E S
 2   REPRESENTING PLAINTIFFS:
 3         GOZA & HONNOLD, L.L.C.
           BY:  KIRK J. GOZA, ESQ.
 4         11181 Overbrook Road, Suite 200
           Leawood, Kansas 66211-2241
 5         913.451.3433
           Kgoza@gohonlaw.com
 6
           THE LAMBERT FIRM, A.P.L.C.
 7         BY:  EMILY C. JEFFCOTT, ESQ.
           701 Magazine Street
 8         New Orleans, Louisiana 70130
           504.581.1750
 9         Ejeffcott@thelambertfirm.com
10         BARRIOS, KINGSDORF & CASTEIX, L.L.P.
           BY:  EMMA E. KINGSDORF, ESQ.
11         701 Poydras Street, Suite 3650
           New Orleans, Louisiana 70139-3650
12         504.524.3300
           Ekingsdorf@bkc-law.com
13
14
     REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
15   JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
     ORTHO, L.L.C.:
16
           IRWIN, FRITCHIE, URQUHART & MOORE,
17         L.L.C.
           BY:  KIM E. MOORE, ESQ.
18         400 Poydras Street, Suite 2700
           New Orleans, Louisiana 70130-3280
19         504.310.2108
           Kmoore@irwinllc.com
20
           BARRASSO, USDIN, KUPPERMAN, FREEMAN &
21         SARVER, L.L.C
           BY:  ANDREA M. PRICE, ESQ.
22         909 Poydras Street, 24th Floor
           New Orleans, Louisiana 70112
23         504.589.9700
           Aprice@barrassousdin.com
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS, INC., and BAYER PHARMA AG:
2
        NELSON, MULLINS, RILEY & SCARBOROUGH,
3       L.L.P.
        BY:  MICHAEL W. HOGUE, ESQ.
4       1320 Main Street, 17th Floor
        Columbia, South Carolina 29201
5       803.255.9514
        Michael.hogue@nelsonmullins.com
6
        ARNOLD & PORTER KAYE SCHOLER, L.L.P.
7       BY:  JULIE B. duPONT, ESQ.
        250 West 55th Street
8       New York, New York 10019-9710
        212.836.8572
9       Julie.dupont@apks.com
10
11
    ALSO PRESENT:
12
        MARK ANCALADE, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                 S T I P U L A T I O N
 2        It is stipulated by and among Counsel that
 3     the videotaped deposition of MARC J. KAHN, M.D.,
 4     M.B.A., is being taken under the Federal Rules of
 5     Civil Procedure for all purposes permitted under
 6     the law.
 7        The formalities of reading and signing are
 8     not waived.
 9        The formalities of sealing, certification
10     and filing are not hereby waived.  The party
11     responsible for services of the discovery material
12     shall retain the original.
13        All objections, except those as to the
14     form of the questions and/or the responsiveness of
15     the answers, are reserved until the time of the
16     trial of this cause.
17                     *   *   *   *   *
18            Aurora M. Perrien, Certified Court
19     Reporter, Registered Professional Reporter, in and
20     for the State of Louisiana, officiated in
21     administering the oath to the witness.
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                P R O C E E D I N G S
 2         THE VIDEOGRAPHER:
 3             My name is Mark Ancalade, the
 4         videographer with Golkow Technologies.
 5         Today's date is January the 13th, 2017, at
 6         the time indicated on the video screen,
 7         which is 8:36.  Today's deposition is
 8         being held at 1100 Poydras Street,
 9         Suite 2300, New Orleans, Louisiana taken
10         in the matter of In Reference:  Xarelto
11         (rivaroxaban) Products Liability
12         Litigation, Case Nos. 2:14-cv-02720.
13         Today's deponent is Dr. Marc J. Kahn.  Our
14         court reporter is Miss Aurora Gonzales
15         [sic].
16             I would ask that counsel state their
17         names for the record, which thereafter
18         would the court reporter please swear in
19         the witness.
20         MR. GOZA:
21             Kirk Goza on behalf of the plaintiffs.
22         MS. KINGSDORF:
23             Emma Kingsdorf on behalf of the
24         plaintiffs.
25         MS. JEFFCOTT:
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              Emily Jeffcott on behalf of the
 2         plaintiffs.
 3         MS. PRICE:
 4              Andrea Mahady Price on behalf of
 5         Janssen.
 6         MS. MOORE:
 7              Kim Moore on behalf of Janssen.
 8         MR. HOGUE:
 9              Michael Hogue on behalf of Bayer.
10         MS. duPONT:
11              Julie duPont on behalf of Bayer.
12         (The court reporter swore in the witness.)
13                  E X A M I N A T I O N
14   BY MR. GOZA:
15      Q.  Doctor, if you would, please state your
16   full name for the record.
17      A.  My full name is Marc, M-A-R-C -- I use a
18   middle initial -- J. Kahn, K-A-H-N.
19      Q.  And your business address, sir?
20      A.  My business address is 1430 Tulane Avenue,
21   No. 8010, New Orleans, Louisiana 70112.
22      Q.  Okay.  And, Doctor, prior to today, you
23   had your opportunity to have your deposition taken
24   in the -- I think you were identified as a generic
25   expert in the MDL litigation.
```

```
 1            Are you ready to continue?
 2      A.    I am.
 3      Q.    Okay.  A few questions.
 4            It looks like that you had the opportunity
 5   to read Dr. Fail's deposition in the course of
 6   your preparation today.  Is that true?
 7      A.    Yes.  Although if you're going to ask me
 8   specifics, I'll need to see the specific
 9   reference.
10      Q.    Sure.  I was going to read you a specific
11   reference and just ask you if you agreed or
12   disagreed or something.
13            First of all, do you know Dr. Fail?
14      A.    I don't.
15      Q.    Okay.  Do you know -- I assume from
16   reading his deposition you know him to be a
17   cardiologist?
18      A.    That's correct.
19      Q.    With respect to prescribing Xarelto, as I
20   understand it, you generally would not be the
21   primary person prescribing Xarelto for a patient
22   for atrial fibrillation; is that correct?
23            MS. duPONT:
24               Object to form.
25            THE WITNESS:
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1           So typically patients with atrial
2      fibrillation present either to their
3      primary care provider or their
4      cardiologist, and they're going to be the
5      physicians that initiate anticoagulation
6      in those patients.  But in that I still
7      practice internal medicine as well as
8      hematology, I see patients who are on
9      these drugs with atrial fibrillation.
10  BY MR. GOZA:
11     Q.  Got it.  I -- I -- and I think -- I
12  just -- I want to make sure I -- I ask my question
13  fairly specifically.
14          I understand that you maintain -- how --
15  how many patients do you see in your general
16  internal medicine practice?  What percentage of
17  your patient population is that?
18     A.  So I'm going to need to qualify that a
19  little bit.  I have my own clinic, which is
20  predominantly nonmalignant hematology patients.
21  I'm a -- I -- I do rounds on the consultation
22  service, which are predominantly, this year,
23  hematology, both malignant and nonmalignant
24  hematology, as well as oncology.  But I also
25  attend periodically -- not this year, but

```
 1   from 1.3 to 1.99 of Xarelto versus warfarin?
 2        A.   So ROCKET AF concluded that in patients
 3   treated with rivaroxaban there was an increased
 4   risk of gastrointestinal bleeding.  However, there
 5   was a markedly decreased risk of fatal bleeding
 6   and a markedly decreased risk of intracranial
 7   hemorrhage.  And it was for that reason that the
 8   drug is approved and used.
 9             (Cellular phone interruption in the
10             deposition.)
11             MR. GOZA:
12                  Sorry about that.  We had a short --
13             my phone went off.
14   BY MR. GOZA:
15        Q.   Okay.  So I -- but I just want to make
16   sure that I understand.
17             With respect to gastrointestinal bleeding,
18   am I correct that there's --
19             MR. HOGUE:
20                  Do you need that?
21   BY MR. GOZA:
22        Q.   -- an increased risk shown in the ROCKET
23   study of gastrointestinal bleeds of Xarelto over
24   warfarin?
25        A.   The ROCKET AF trial showed that patients
```

```
 1   treated with rivaroxaban had an increased risk of
 2   gastrointestinal bleeding compared with warfarin.
 3        Q.  And that risk -- that increased risk was
 4   from -- somewhere between a range of 1.3 to 1.99;
 5   correct?
 6        A.  It --
 7            MS. duPONT:
 8                Object to form.
 9            THE WITNESS:
10                That risk of bleeding, the 95 percent
11            confidence intervals show a relative risk
12            of 1.3 to 1.99.
13   BY MR. GOZA:
14        Q.  And the -- is -- the 1.61, does that
15   represent the average or mean?
16        A.  Statistically it's -- it's really more
17   complicated than that.  Well, 1.61 would be sort
18   of a mean score.  But the 95 percent confidence
19   intervals don't necessarily suggest that 1.61's
20   exactly in the middle.  That's not the way we do
21   confidence intervals.  But 1.61 would be the mean
22   score, if you want to use that term.
23        Q.  And the mean score would mean what
24   exactly?
25        A.  That the relative risk of gastrointestinal
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  C E R T I F I C A T E
 2        This certification is valid only for
 3    a transcript accompanied by my original signature
 4    and original seal on this page.
 5        I, AURORA M. PERRIEN, Registered Professional
 6    Reporter, Certified Court Reporter, in and for the
 7    State of Louisiana, as the officer before whom
 8    this testimony was taken, do hereby certify that
 9    MARC J. KAHN, M.D., M.B.A., after having been duly
10    sworn by me upon the authority of R.S. 37:2554,
11    did testify as hereinbefore set forth in the
12    foregoing 163 pages; that this testimony was
13    reported by me in the stenotype reporting method,
14    was prepared and transcribed by me or under my
15    personal direction and supervision, and is a true
16    and correct transcript to the best of my ability
17    and understanding; that the transcript has been
18    prepared in compliance with transcript format
19    guidelines required by statute or by rules of the
20    board; and that I am informed about the complete
21    arrangement, financial or otherwise, with the
22    person or entity making arrangements for
23    deposition services; that I have acted in
24    compliance with the prohibition on contractual
25    relationships, as defined by Louisiana Code of
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25