# EXHIBIT O

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

# Report of Dr. Marc J. Kahn, MD, MBA

*Boudreaux v. Janssen, et al*

Case No. 2:14-cv-02720

_[signature]_

_____

Marc J. Kahn, M.D., M.B.A.

11/15/16
_____

Date

USCA5 9221

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

## I. Background and Basis for Opinions

I incorporate by reference my general report in the Xarelto® (rivaroxaban) Litigation, including my background, report and exhibits.

The opinions expressed in this report are stated to a reasonable degree of medical certainty and were formulated using the same methods that I use in my clinical practice, research and academia. My opinions are based on my background, training, clinical experience, expertise as a hematologist, and understanding of the general hematological literature. I have reviewed the medical records of Joseph Boudreaux as well as additional materials related to his case, which are attached to this report as Exhibit A.

## II. Joseph Boudreaux Medical History

Joseph Boudreaux ████████ is a 74-year old male with a history of diabetes, obesity, high blood pressure, gout, kidney stones, elevated lipids, osteoarthritis, gallstones, and enlarged prostate. His mother had a history of stroke and hypertension, and his father's medical history is significant for hypertension and kidney disease.

Mr. Boudreaux's hemoglobin was normal between 2002-2007 (ranging between 14.4 and 15.4 mg/dL).

In 2004, Mr. Boudreaux was noted to have had an exacerbation of his gout and was taking Indocin (an NSAID) to relieve the symptoms of his gout.

Daily aspirin use of 81 mg daily is documented for Mr. Boudreaux as of 2008. Also, in 2008, Mr. Boudreaux's PSA increased which prompted a biopsy of his prostate in November 2008.

On March 9, 2009, Mr. Boudreaux had a colonoscopy that demonstrated internal hemorrhoids, an 8 mm polyp in the sigmoid colon and multiple diverticula. Follow-up colonoscopy was recommended in two years.

On August 21, 2009, Mr. Boudreaux's CBC showed Hgb of 15.5 (14-18), MCV 88 (80-95) and RDW 13.2 (11.5 – 14.5). Alkaline phosphate was elevated at 144 (50-136).

On March 18, 2011, Mr. Boudreaux reported to PCP, Nurse Torres a gouty flare in his left foot. Indocin was again prescribed.

USCA5 9222

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

On October 4, 2011, Mr. Boudreaux presented to Nurse Torres for a routine exam. Current meds included aspirin 81mg/d, Hydrocodone-Acetaminophen, Terazosin, Indomethacin [Indocin], finasteride, lisinopril-HCTZ and amlodipine. Labs were ordered. October 13, 2011 labs reported elevated glucose 156 (70-110), HgbA1c 7.9 (4.0-6.2) and elevated alk phos 148 (50-136). His hemoglobin was 14 (14-18), MCV was 86 (82-95) and RDW was 13.3 (11.5 – 14.5).

At a follow-up clinic appointment on October 18, 2011, Mr. Boudreaux was diagnosed with diabetes mellitus type 2. Mr. Boudreaux reported that he wanted to make lifestyle changes as opposed to taking medications, and compliance with this therapy was discussed.

On November 1, 2011, Mr. Boudreaux returned to the clinic and was reported to be taking aspirin 81mg/d, hydrocodone-acetaminophen, terazosin, indomethacin [Indocin®], finasteride, lisinopril-HCTZ, Amlodipine, fish oil, and a multi-vitamin. The impression was Diabetes type 2 uncontrolled, hypertension, hyperlipidemia, gout, benign prostatic hypertrophy, and obesity. Metformin 500 mg was prescribed for diabetes. Medication compliance, exercise and diet modification were discussed.

On April 30, 2012, Mr. Boudreaux presented with right hip pain and to refill his gout medication. Current meds included aspirin 81mg/d, metformin, hydrocodone-acetaminophen, terazosin, indomethacin, finasteride, lisinopril-HCTZ, amlodipine, fish oil, multi-vitamin. It was noted that the plaintiff did not exercise, and his weight was reported as 222 lbs. The impression was right hip pain due to osteoarthritis, diabetes type 2 uncontrolled, hypertension, hyperlipidemia, gout, benign prostatic hyperplasia and obesity. A hip x-ray was performed and showed a normal hip. Blood work showed HGB of 14.6 (14-18), MCV was 87 (82-95) and RDW was 13.7 (11.5-14.5). Uric acid was elevated at 8.6 (3.5-7.2), HgbA1c was elevated 7.2 (4.0-6.2). TSH and creatinine were normal. Compliance, exercise and diet were discussed.

On October 26, 2012, Mr. Boudreaux presented for follow-up for hypertension. Current medications included aspirin enteric-coated 81mg/d, amlodipine, lisinopril-HCTZ, terazosin, finesteride, hydrocodone-acetaminophen, allopurinol, metformin, indomethacin, and fish oil. The impression was hypertension, diabetes, hyperlipidemia, benign prostatic hyperplasia, acute gout and obesity. Labs were ordered. Medication compliance discussed. Mr. Boudreaux was instructed to closely monitor glucose and watch his diet. Labs reported on the following day showed that his Hgb was 14.8 (14-18), MCV was 87 (82-95) and RDW was 13.5 (11.5 – 14.5). PSA and creatinine were normal and uric acid was elevated at 8.3 (3.4 -7).

USCA5 9223

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

On March 11, 2013, an ambulatory encounter note reported chronic gout, and indomethacin and aspirin were noted as outpatient medications.

On May 30, 2013, Mr. Boudreaux presented to his PCP with reports of progressive R-hip pain, which was noted to be osteoarthritis. Current meds included aspirin enteric-coated 81mg/d, amlodipine, hydrocodone-acetaminophen, lisinopril-HCTZ, terazosin, finesteride, allopurinol, metformin, indomethacin, and fish oil. Diabetes, hypertension and chronic gout were also noted. A plain film of the right hip and labs were ordered.

Labs reported on June 1, 2013 showed Hgb 14.0 [14.0-18.0, MCV 88 [82-95] and RDW 14.2 [11.5-14.5]. The right hip x-ray showed moderate degenerative changes, sclerosis to the acetabular roof, joint space narrowing and osteophyte formation. No fracture or dislocation was noted.

Mr. Boudreaux presented to his primary care provider, Nurse Torres, on January 7, 2014 with complaints of heaviness in chest and frequent belching, dyspnea, leg swelling and abdominal distension. Current medications included aspirin enteric-coated 81mg/d, amlodipine, lisinopril-HCTZ, terazosin, finesteride, allopurinol, metformin, hydrocodone-acetaminophen, indomethacin, and fish oil. An EKG confirmed new onset atrial fibrillation, and Mr. Boudreaux was transported via ambulance to the Emergency Room at Ochsner St. Anne's.

Upon admission to the ER, in addition to atrial fibrillation, Dr. Wolfort's impressions were congestive heart failure, chronic gout, hypertension, benign prostatic hyperplasia, diabetes and obesity. BP was 137/85. Dr. Wolfort arranged for a cardiology consult. Labs showed Mr. Boudreaux to be mildly anemic with a hemoglobin of 13.8 (14-18), MCV was 88 (82-98), and RDW that was elevated at 15.1 (11.5 – 14.5). D-dimer was 0.5. Creatinine was normal at 0.8. PT was normal at 11.4 [9.0-12.5], aPTT was normal at 27.7 [21-32], and INR was 1.1 [0.8-1.2.

The cardiologist, Dr. Kenneth Wong, diagnosed new onset atrial fibrillation of unknown duration with borderline rapid ventricular response. An EKG confirmed this diagnosis, and noted an anteroseptal infarct of indeterminate age. Dr. Wong also diagnosed congestive heart failure, hypertension and diabetes. Dr. Wong's plan was to initiate metoprolol 25mg x2/d for better heart rate control and amiodarone to determine if heart rate would convert to sinus rhythm. He also noted in his plan to anticoagulate Mr. Boudreaux, to obtain an echocardiogram, to give him furosemide as a diuretic and to continue lisinopril. He also noted that a myocardial infarction would be ruled out per blood work and telemetry.

USCA5 9224

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

The hospitalist, Dr. Jack Heidenreich, later performed a history and physical and noted massive abdominal ascites. An enlarged liver of 19.7 cm was noted on ultrasound. Alkaline phosphatase was elevated at 197 (55-135) and bilirubin was elevated at 1.5 (0.1 – 1.0). Cholelithiasis was noted.

On January 8, 2014, HGB was reported as 13.0 (slightly anemic), MCV was 88 and RDW was elevated at 15.1. Creatinine was 1.2 (normal). Mr. Boudreaux was started on rivaroxaban 20 mg for stroke prevention in the setting of atrial fibrillation by Dr. Wong (cardiologist); his creatinine clearance was normal. Omeprazole was started. Dr. Wong's impression was acute diastolic CHF that was resolving, A-fib/flutter (controlled), hypertension, diabetes, small pleural effusion, diabetes and an ejection fraction of 40% (normal 50-75%), PA systolic pressure in the 30s, and decreased potassium. His plan was to replace potassium, increase metolprolol, add spironolactone, decrease amiodarone to 400mg x2/d. He also recommended treadmill testing prior to returning to work and a CT chest to rule out pulmonary embolism. An electrocardiogram of the heart found decreased movement of the right and left sides of the heart and mildly enlarged left ventricle, borderline enlargement of the left atrium and pleural effusion all consistent with systolic heart failure.

On January 9, 2014, Dr. Wong evaluated Mr. Boudreaux and noted A-fib rate was controlled, and CHF had resolved. Additional potassium was given due to hypokalemia. Dr. Wong cleared Mr. Boudreaux for discharge home. Anticoagulant education was provided by Veronica Theriot, RN, who went over an anticoagulant checklist with Mr. Boudreaux and educated him about the risks and benefits of anticoagulation. Labs showed hgb 13.0 [14.0-18.0], serum glucose 117 [70-110], creatinine 1.2 [0.5-1.4], total bilirubin 1.1 [0.1-1.0] and alk phosphatase 150 [55-135].

Mr. Boudreaux's discharge note noted that a-fib ventricular rate had been controlled with metoprolol and amiodarone and anticoagulation with rivaroxaban was initiated. Counseling for anticoagulation had been previously provided by Dr. Wong. A 30-day prescription for all new meds was issued, a 90 day prescription for rivaroxaban was sent to RightSource per Mr. Boudreaux's request and samples of rivaroxaban were given for next 10 days. Discharge medications included rivaroxaban 20mg/d, aspirin enteric-coated 81mg/d, amiodarone, metformin, furosemide, spironolactone, lisinopril, metoprolol, omeprazole 40mg/d, Tamsulosin, allopurinol, potassium chloride, fish oil, hydrocodone-acetaminophen, and indomethacin. Mr. Boudreaux was advised to discontinue use of amlodipine, finasteride, lisinopril/HCTZ and terazosin. The discharge diagnoses included atrial fibrillation, acute diastolic heart failure, congestive heart failure, pleural effusion, hepatomegaly, ascites, hypokalemia, chest pain, primary cardiomyopathy, hypertension, type 2 diabetes and prostatic hyperplasia.

USCA5 9225

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Following his discharge, Mr. Boudreaux had a follow-up appointment on January 10, 2014 with Dr. Wong. Mr. Boudreaux's current medications were rivaroxaban 20mg/d, aspirin 81mg/d, miodarone, lisinopril, metoprolol, apironolactone, furosemide, metformin, esomeprazole 40mg/d, potassium chloride, tamsulosin, hydrocodone-acetaminophen, allopurinol, indomethacin, and fish oil. EKG revealed atrial flutter with slow ventricular response, low voltage QRS. EKG noted that an anterior infarct of indeterminate age could not be ruled out. Dr. Wong decreased the dose of indomethacin and, potassium and increased spironolactone. Furosemide was held.

On January 13, 2014, Mr. Boudreaux again returned to Dr. Wong for a follow-up appointment. The plaintiff was authorized to return to work on Wednesday and a cardioversion was noted to be scheduled for 01/24/2014. Labs showed elevated serum glucose 122 [70-106] and normal creatinine 1.3 (0.6-1.3).

On January 24, 2014, Mr. Boudreaux presented to Dr. Wong for another follow-up visit. Dr. Wong noted that despite aggressive medical management, atrial fibrillation persisted, and he was therefore to be admitted for cardioversion and transesophageal echocardiogram (TEE). Current meds included rivaroxaban 20mg/d, aspirin 81mg/d, amiodarone, lisinopril, metoprolol, spironolactone, furosemide, metformin, esomeprazole 40mg/d, potassium chloride, tamsulosin, hydrocodone-acetaminophen, allopurinol, indomethacin, and fish oil. Lisinopril was to be decreased and spironolactone was to be re-initiated.

On February 3, 2014, Mr. Boudreaux presented to Dr. Wong's office with reports that he was very weak for 3 days with very black stools and constipation for 3-4 days. Mr. Boudreaux testified at his deposition that he had taken his rivaroxaban pill that morning with breakfast.[1] Mr. Boudreaux was told to hold rivaroxaban and aspirin and go to the ER for possible blood transfusion. The TEE and cardioversion were cancelled.

Mr. Boudreaux was admitted to St. Anne's hospital and examined by Dr. Wolfort, who noted a GI bleed. Mr. Boudreaux was also noted to be stable and transferred to Ochsner Kenner hospital for GI evaluation. Labs taken on February 3, 2014 noted Hgb 6.7 [14.0-18.0], MCV 95 [82-98], RDW 18.7 [11.5], creatinine 1.4 [0.5-1.4], and eGFR 50 [>60]. Positive occult blood in stool was noted.

---

[1] The medical records suggest that Mr. Boudreaux was provided 100 rivaroxaban pills after his discharge from St. Anne's. He had 96 pills at his deposition, suggesting that Mr. Boudreaux was not taking his rivaroxaban regularly despite his testimony and medical records documenting its current use.

USCA5 9226

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Additionally, a PT of 13.6 seconds (10-12.9), INR of 1.4 (0.8-1.3) and aPTT of 24.3 (24.3-35) were reported.

One unit of packed red blood cells was transfused en route to Kenner. Upon arrival at Kenner, Mr. Boudreaux was alert/oriented x4 and denied any current or chronic pain/discomfort. A second unit of packed red blood cells was administered.

On February 4, 2014, Mr. Boudreaux was examined by Dr. Hebert. Mr. Boudreaux reported that he had felt well until 2 weeks following his discharge from St. Anne's for atrial fibrillation when he began to experience slow-onset weakness, dizziness over the following week with 2 episodes of black tarry stool and only 2 bowel movements that week. He further reported weakness, dizziness and abdominal cramping that had been progressive over the previous 7 days and one episode of nausea/vomiting of clear fluid the evening prior to admission and on the morning of admission. Mr. Boudreaux denied hematemesis or gross blood per rectum. Current meds included rivaroxaban 20mg/d, aspirin 81mg/d, omeprazole 40mg/d, amiodarone, furosemide, lisinopril, metoprolol, metformin, spironolactone, tamsulosin, hydrocodone-acetaminophen, allopurinol, potassium chloride, indomethacin, and fish oil. A GI bleed was diagnosed, and all anticoagulants and anti-platelet agents were discontinued. Additionally, Mr. Boudreaux was diagnosed with anemia secondary to a GI bleed, acute kidney injury, hepatomegaly (Imaging revealed echogenic texture throughout the liver), hyperbilirubinemia, and cholelithiasis complicated by hyperbilirubinemia, and ascites. Heart failure with reduced ejection fraction, pleural effusion, atrial fibrillation (rate controlled), hypertension, renal cyst, gout, benign prostatic hyperplasia and diabetes were also impressions noted. Dr. Najy Masri, attending physician, concurred with the findings and plan as noted by Dr. Hebert.

On February 4, 2014, Dr. Joshi conducted an EGD, which revealed esophageal mucosal changes suspicious for short-segment Barrett's esophagus present in the lower third of the esophagus. The entire examined stomach was normal and the second part of the duodenum was normal. Dr. Joshi testified at deposition that Mr. Boudreaux's bleed had stopped by February 5, 2014.

. On February 4, 2014 at 1953 hours, labs reported Hgb 7.6 (14-18) and Hct 23.9 (40.54). Dr. Masri advised to continue IV omeprazole, but noted that there was no indication for activated prothrombin complex concentrate. It is worth noting that Dr. Masri testified at deposition that a reversal agent would not have changed the outcome for Mr. Boudreaux's bleed. Labs from 2/5/14 reported Hgb 7.4 [14.0-18.0], Hct 23.2 [40.0-54.0], MCV 93 [82-98], RDW 19.7 [11.5-14.5], Vit B12 <146

7

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

[210-950], Iron 53 [45-160], folate 13.9 [4-24], transferrin 212 [200-375], TIBC 314 [250-450], saturated iron 17 [20-50], and ferritin 75 [20-300].

On February 6, 2014, Mr. Boudreaux received a prep for a colonoscopy which had to be repeated due to residual black stool, and he was given a another dose until only clear fluid was returned. On February 7, 2014, Mr. Boudreaux underwent colonoscopy by Dr. Joshi. Findings included multiple large-mouthed diverticula observed in the sigmoid colon, but no source of bleeding was identified. A lipoma was present in the sigmoid colon. Impression was diverticulosis in the sigmoid colon. Capsule endoscopy was recommended to visualize the small bowel; a high-fiber diet was also recommended.

Mr. Boudreaux was discharged on February 8, 2014 and was noted to be stable at discharge. Dr. Masri testified that Mr. Boudreaux had recovered from the bleed by the time of discharge. It was noted that no active signs of bleeding had been demonstrated during the admission and EGD as well as colonoscopy had been negative. Prior to discharge, Mr. Boudreaux was transfused with an additional 2 units of packed red blood cells as a precaution, and hgb/hct rose to 9.3-and 28.2 respectively. Mr. Boudreaux was advised to follow-up per GI for capsule endoscopy. He was discharged on aspirin 81 mg/day.

On 3/7/3014, Mr. Boudreaux's Hg-b was 11.3 (14-18), Hct was 36.4 (40-54), MCV was 93 (82-98) and RBC was 16.3 (11.5-14.5)

Capsule endoscopy was conducted on March 18, 2014, and revealed normal duodenum, jejunum and ileum.

On 5/8/3014, Mr. Boudreaux's Hgb was 13.1 (14-18), Hct was 36.4 (40-54), MCV was 93 (82-98) and RDW was 13.6 (11.6-13.8).

Subsequent to the GI bleed, Mr. Boudreaux was continued on aspirin 81mg, but was not placed on warfarin, rivaroxaban or another NOAC.

His most recent medical history includes a Lariat procedure to close the left atrial appendage (5/2015), laparoscopic cholecystectomy (8/2015), pericardiocentesis (9/2015), and cardioversion (6/2016). He continues to be mildly anemic.

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

### Boudreaux Opinions

Mr. Boudreaux was appropriately placed on an anticoagulant, rivaroxaban, in January 2014 following his diagnosis of atrial fibrillation

At the time Mr. Boudreaux was placed on rivaroxaban, he was slightly anemic. This anemia could be explained by B12 deficiency that was not previously diagnosed but documented by laboratory studies obtained later upon admission for his GI bleed (February 3, 2014). Additionally, his anemia could have been due to either iron deficiency anemia and/or inflammatory anemia. Inflammatory anemia is a type of anemia that commonly occurs with chronic, or long term, illnesses or infections. It is associated with normal or low iron and low TIBC (total iron binding capacity) and elevated ferritin. Iron deficiency anemia in an adult male occurs as a result of loss of blood from an occult bleed and is associated with low iron, elevated TIBC and low ferritin.

Mr. Boudreaux presented with symptoms of a GI bleed on February 3, 2014, but the symptoms of that bleed had been going on for at least a week prior to his presentation. Mr. Boudreaux's delay in presenting to his health care provider resulted in a further drop in hemoglobin and hematocrit, additional transfusions and perhaps longer hospitalization.

All anticoagulants and anti-platelet agents are associated with an increased risk of bleeding. Mr. Boudreaux was anticoagulated to prevent him from having a stroke. As with any patient, the risk of stroke and risk of bleeding need to be weighed. At the time of his a-fib diagnosis, his risk of stroke was deemed higher than his risk of bleeding and he was appropriately anticoagulated. At the time of his prescription, he was advised of the risks and benefits of anticoagulation and signed an anticoagulant checklist confirming he understood the risk of bleeding; he also acknowledged reading the package insert which included a warning about the risk of bleeding.

There is no way to rule out that the same GI bleed Mr. Boudreaux experienced, would have happened if he was taking any other anticoagulant, including a vitamin K inhibitors like warfarin or another NOAC.

When Mr. Boudreaux presented with a GI bleed, he had normal red blood cell size (MCV), but an elevated RDW (difference in the size of his largest and smallest red blood cells). Mr. Boudreaux was also Vitamin B12 deficient. B12 deficiency is a chronic condition that takes years to develop and results in larger red blood cells. In contrast, iron deficiency results in smaller red blood cells. Iron deficiency also

9

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

leads to variability in red cell size as indicated by the laboratory test, the RDW. Because Mr. Boudreaux had a normal MCV and elevated RDW, these lab results suggest that Mr. Boudreaux was both iron deficient and B12 deficient upon admission for his bleed.

Mr. Boudreaux was administered 2 units of red cells on February 3, 2014. Mr. Boudreaux was given an additional two units of red cells as a "precautionary measure" prior to discharge, but it unclear that these were needed in the absence of symptoms and withholding the later transfusions would have been within the standard of care

Mr. Boudreaux did not appear to have additional bleeding after admission based on his response to transfusion and negative endoscopies. Mr. Boudreaux had recovered from the bleed by the time of discharge. He did not require a reversal agent, and a reversal agent would not have changed his outcome.

The fact that there was no anatomical or pathological lesion identified by EGD, colonoscopy or pill capsule endoscopy does not mean that there was no underlying lesion that was the source of Mr. Boudreaux's bleeding. Contrary to statements by Drs. Rinder and Leissinger, it is not possible to rule out an underlying pathological and anatomical source of the bleed in Mr. Boudreaux. In fact, we know that Mr. Boudreaux had Barrett's esophagus, a known risk factor for upper GI bleed. A negative evaluation occurs in 5-20% of patients. Biecker 2015; Raju 2007; Kim 2014; Carretaro 2008;

Rivaroxaban inhibits Factor Xa and prevents the clotting mechanism of the body. In doing so, it makes underlying lesions that are capable of bleeding bleed more and make bleeding harder to stop. There is no evidence that rivaroxaban causes underlying damage to the gastrointestinal tract as is the case with ASA or NSAIDs. We cannot rule out some underlying bleeding lesion in his GI tract contributed to the bleed. Sometimes we cannot identify the source of bleed because the bleeding has stopped by the time we are looking for the source.

NSAIDs (including indomethacin) and aspirin are known causes of GI bleeding and can cause ulceration in the GI tract. These drugs inhibit prostaglandin synthesis and thereby reduce the body's ability to adequately produce a mucous barrier to prevent acid-induced I damage of the stomach lining (mucosa). These drugs also act as direct irritants to the unprotected lining of the stomach. Laine 2006. The labeling for these products disclose this risk and it is well reported in the medical literature. Contrary to the opinions of Drs. Rinder and Leissinger, one cannot rule out the role that Mr. Boudreaux's aspirin use played in his GI bleed. The fact that Mr. Boudreaux did not have a bleeding event on aspirin

10

PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

previously or following his event does not rule out aspirin as a factor in Mr. Boudreaux's bleed. NSAIDs and aspirin used in conjunction with rivaroxaban inhibit both the primary and secondary hemostatic mechanisms and can increase the risk of bleeding over that of rivaroxaban alone. Medical records note indomethacin was a current medication taken as needed while Mr. Boudreaux was on rivaroxaban. Mr. Boudreaux denies that he took Indomethacin prior to his bleeding event.

Mr. Boudreaux had an enlarged liver of unclear etiology, and liver disease is associated with increased bleeding risk. There is no reliable evidence to support Dr. Rinder's theory that had Mr. Boudreaux had his PT tested at the beginning of his rivaroxaban therapy, his excessive exposure would have been identified and he could have been switched to a lower dose or switched to another anticoagulant. First, the medical consensus is that PT cannot be used to assess the intensity of rivaroxaban anticoagulation. No medical or regulatory organization has endorsed the use of PT for the purposes of assessing rivaroxaban concentration and dose adjustment or discontinuing the medication. Dr. Rinder fails to acknowledge the inherent risk in employing such an untested and unendorsed medical strategy, namely, that a dose reduction could result in stroke. Second, Mr. Boudreaux presented with a PT of 13.6 (only slightly elevated at the time of his bleeding event). Even if one were to accept Dr. Rinder's unsupported and untested theory on PT, his PT does not indicate excessive exposure to rivaroxaban. Third, it is complete speculation to assume that had Mr. Boudreaux had a PT test done at the beginning of rivaroxaban therapy, it would have shown him to have excessive exposure. Fourth, PT can be elevated for reasons other than anticoagulation and given that Mr. Boudreaux's PT was only slightly elevated at the time of the bleed, we cannot conclude that this was a result of his use of rivaroxaban. Finally, there are many more variables that lead to bleeding than just having an increased PT, such as whether a patient has an underlying structural issue/defect that will lead to bleeding. Bleeding on rivaroxaban occurs at every PT level, and bleeding rates are low and occur irrespective of PT level.

As the testimony of the treating doctors makes clear, the decision made by Mr. Boudreaux's doctors not to place him on another anticoagulant was not a result of something specific to rivaroxaban. There is no evidence that rivaroxaban damages the gastro-intestinal track.

All of the opinions expressed in this report are expressed to a reasonable degree of medical certainty. I reserve the right to supplement this report should additional information become available to me and to respond to the testimony of plaintiffs' experts and other evidence presented at trial.

11

USCA5 9231

# EXHIBIT A

## EXHIBIT A: OTHER MATERIALS CONSIDERED/REVIEWED REGARDING JOSEPH BOUDREAUX

| Category | Description | |
|---|---|---|
| Deposition Transcripts | Joseph Boudreaux, Jr. | 06/23/16 |
| | Kenneth Wong, MD | 07/11/16 |
| | Najy Masri, MD | 07/18/16 |
| | Loretta Boudreaux | 09/13/16 |
| | Brent Futrell | 09/13/16 |
| | Veronica Theriot, RN | 09/14/16 |
| | Peter Fail, MD | 09/22/16 |
| | Angelique Torres, ANP | 09/22/16 |
| | Alvin Timothy, MD | 09/27/16 |
| | Virendra Joshi, MD | 09/28/16 |
| | Casie Trosclair, NP | 10/12/16 |
| Expert Reports | Cindy Leissinger, MD | 10/14/16 |
| | Henry Rinder, MD | 10/14/16 |
| | Nathaniel Winstead, MD | 10/14/16 |
| Fact Sheets | Plaintiff's fact sheet | |
| Medical Records | All medical records as of 11/14/16 | |
| Miscellaneous | Complaint | |

USCA5 9233