# EXHIBIT Q

Case 2:10-md-02179-CJB-DPC Document 5645-19 Filed 03/06/17 Page 1 of 20

USCA5 9303

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

# Xarelto Litigation

# MDL No. 2592

# Orr v. Janssen – No. 2:15-cv-03708

# Expert Report of Dr. Clement Eiswirth, MD

Clement Eiswirth, MD

11/15/2016

Date

1

USCA5 9304

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

## I. INTRODUCTION

I have been asked to review the case of Sharyn Orr and offer my professional opinions regarding her cardiovascular health, her use of rivaroxaban, and her intracerebral hemorrhage.

A copy of my Curriculum Vitae is attached to this report as Exhibit A. In reaching the opinions in this report, I have relied on my training, expertise, and the scientific literature in my field. I have reviewed and considered the materials attached as Exhibit B, including Mrs. Orr's medical records and depositions taken in this case. I incorporate my generic report prepared for the Xarelto Litigation. My fee structure is detailed in my generic report. Exhibit C lists the matters in which I have testified in the past four years. I reserve the right to supplement my opinions if further information becomes available to me.

I have used the same method of review and analysis that I use in my clinical and academic medical practice. All of my opinions are offered to a reasonable degree of medical certainty.

## II. Sharyn Orr's Medical History and Impressions

Mrs. Orr's available medical records date to July, 1996 when at the age of 49 years she is noted to have a medical history of HBP, DM, and goiter for "several years." Mrs. Orr was 63 years old when she presented 4/29/2011 with cough, chest discomfort and shortness of breath. She had a prior history of uncontrolled hypertension, uncontrolled diabetes mellitus complicated by early nephropathy (micro albumin/Cr ratio 309 [normal < 30]), gastroesophageal reflux disease and multinodular goiter. For diffuse arthralgias she was taking the non-steroidal anti-inflammatory drugs Celebrex and Advil presumably as needed. On the day of hospitalization her BP was elevated at 170/90 mm Hg at an office visit. Later in the emergency department that day, BP 160/90 mm Hg. An EKG confirmed new onset atrial fibrillation. Chest X-ray did not demonstrate any significant findings though a BNP of 533 and her symptoms were consistent with congestive heart failure (CHF). Troponin was elevated slightly at 0.2 that could represent ischemia or be related to CHF and a poor prognosis from this entity.

CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER

Her echocardiogram demonstrated normal left ventricular systolic function with ejection fraction of 50-55%, moderate left atrial enlargement, mild right atrial enlargement, mild mitral insufficiency and elevated pulmonary artery systolic pressure 70 mm Hg. She spontaneously converted to sinus rhythm on the second hospital day.

This represents a case of paroxysmal, non-valvular atrial fibrillation. Mrs. Orr's CHADS2 score was 2 when diagnosed with AF and her CHA2DS2-VASc score would have been was 4 with knowledge clinically known at that time though borderline 5 with age 18 months shy of 65 years. This score would rise to 5 or even 6 counting the subsequently documented carotid and coronary calcification (October 5, 2011 CT calcium score 105.7) and atherosclerosis as vascular disease. A CHA2DS2-VASc score of 5-6 reflects an approximate annual risk of stroke of 7-10%. A score of 2 or more mandates the use of an anticoagulant to reduce this risk unless contraindications exist. She was treated with rate control and anticoagulation with the NOAC, Pradaxa. She was left on aspirin at that time which she was taking presumably as prophylaxis against cardiovascular disease. Dr. St. Martin suggested changing Pradaxa to Xarelto due to worsening GERD on 5/1/2012 though she stayed on Pradaxa and did not start Xarelto until 2/2014. Her blood pressure remained poorly controlled at that time and she remained on aspirin.

In June, 2013 she was noted to have an iron deficiency anemia, renal insufficiency (Cr 1.5) and BP 172/82 mm Hg. At her clinic visit in July 2013, Dr. St. Martin noted BP was 204/93 mm Hg and he documented a history of HBP for 20-30 years. In August, 2013 her BP remained poorly controlled at 190/90 mm Hg and pertinent laboratory data included a creatinine 1.4, 4+ protein on urinalysis with a protein/creatinine ratio of 2292 and glycosylated hemoglobin 7.5%. This documents persistently poor control of her diabetes with progression of her diabetic nephropathy.

She was admitted to the hospital December, 2013 with an upper respiratory infection. Once again her BP was uncontrolled at 162/101 mm Hg.

3

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

Her renal function had worsened with Cr ranging from 1.6-2.5 and she had a very elevated glucose of 473. She was discharged on Pradaxa and aspirin.

Mrs. Orr returned to the emergency department in February 2014 with severe palpitations and documented to have a recurrence of her atrial fibrillation. CXR demonstrated enlargement of the heart and an echocardiogram noted diastolic dysfunction, normal left ventricular ejection fraction and left atrial enlargement. EKG revealed atrial fibrillation and possible anterior infarction. Her BP and diabetes were once more uncontrolled. She was sent home on Xarelto instead of Pradaxa and filled her first prescription 2/23/2014 for this drug though Dr. St. Martin had originally prescribed this drug in clinic 5/1/2012. Though aspirin was not listed on discharge medications it was noted at first post-hospital clinic visit.

In March 2014 she underwent a surgical procedure for diabetic retinopathy noted on a clinic note. Notes from Touro Hospital in June 2014 describe a debilitated patient with a high fall score risk, lower extremity ulcerations related to edema from her hypoalbuminemia which was in turn due to her severe nephrotic syndrome secondary to uncontrolled diabetes mellitus.

In June 2014 a renal biopsy demonstrated diffuse and nodular diabetic nephropathy, glomerulosclerosis, interstitial fibrosis and moderate to severe arterial atherosclerosis.

The next month a clinic note describes a history of chest pain, shortness of breath and weakness. At that time objective findings included uncontrolled atrial fibrillation rate of 154 beats/min, BP 145/90 mm Hg and a mildly elevated troponin. Her EKG demonstrated new anterior and lateral T wave inversion all consistent with clinically significant coronary artery disease in a woman ravaged by years of uncontrolled diabetes and hypertension. Blood gasses demonstrated evidence of chronic carbon dioxide retention with pH 7.41, pCO2 48 and pO2 74 on oxygen. She was admitted to the Intensive Care Unit and treated with BIPAP to avoid intubation. During this hospital stay she underwent thoracentesis to remove fluid from around the lung and was noted to have worsening of her iron

4

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

deficiency anemia. She was sent home on aspirin and a reduced dose of Xarelto (15 mg) due to her renal insufficiency.

In December, 2014 BP with Dr. Rai was 207/89 mm Hg and she added amlodipine 5 mg twice daily. From the pharmacy records she filled this initially but on her own she chose to stop this treatment without the advice of her physician who had prescribed this therapy for her poorly controlled blood pressure. Dr. St. Martin was apparently unaware of this when he subsequently saw her in clinic and approached the uncontrolled hypertension with adjustments of other medications.

In February, 2015 iron studies again demonstrated iron deficiency anemia. Her Cr 1.6 and urine protein/Cr ratio was 9535 consistent with diabetic nephropathy.

An Ophthalmologist in April, 2015 noted both a pre-proliferative diabetic retinopathy as well as a mild hypertensive retinopathy and micro aneurysms consistent with the clinical impression of uncontrolled hypertension and diabetes. It is important to note that recent literature suggests an association of retinal micro aneurysms and intracerebral hemorrhage. Baker 2010 suggests that this patient had another indication that she was at risk for an intracerebral hemorrhage in addition to her uncontrolled, drug resistant hypertension and the additional risk that she necessarily faced as a result of using an anti-coagulant.

Subsequently in April, 2015 Mrs. Orr complained of right shoulder pain that required prednisone 5 mg daily for control, a steroid medication known to aggravate hypertension. On April 16, 2015, 8 days before she suffered a fatal intracerebral hemorrhage, her BP was once more uncontrolled at 200/90 mm Hg.

On April 24, 2015 while eating dinner with her husband she developed a severe headache followed by nausea and vomiting. Her symptoms worsened to the point she defecated upon herself, a sign of severe physiologic stress and had noted somnolence and weakness. She was transported to Ochsner Baptist by ambulance where an acute intracerebral hemorrhage was diagnosed. Management required transportation to the Ochsner main campus for this life-

5

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

threatening condition which is fatal in a significant percentage of cases, particularly in those with more advanced symptoms upon arrival. Mrs. Orr's poor neurologic status on arrival at the main campus was noted and her prognosis was considered grave. It was also noted that she was on Xarelto but the timing of the last dose was not clear, so the decision was made to approach her medically. Based upon the deposition testimony of her husband, it seems unlikely that she took Xarelto the evening of the intracerebral hemorrhage, which may explain the finding of normal coagulation studies on admission though one must note that this does not necessarily reflect the coagulation state of the patient. However, the PT is reassuring as this value suggests that there was certainly no evidence for excessive anti-coagulation from the Xarelto.

A repeat CT scan approximately 5 hours after the first study did not demonstrate further bleeding. When she failed to respond adequately to conservative management, the Neurosurgeon and the Neurology team caring for the patient elected to proceed with drainage of her ventricular system and the installation of a low dose thrombolytic agent (clot dissolver) in an attempt to dissolve the clotted blood and drain fluid from the ventricular system within the brain. This procedure was successfully performed without complications but did not improve her condition and she ultimately expired May 4, 2015.

Mrs. Orr required an anticoagulant to lessen her high risk of a thrombotic event (10% per year) from paroxysmal atrial fibrillation with a CHA2DS2-VASc score of up to 6 at the time she presented with the terminal event. Regardless of the anticoagulant agent used, one must accept an increase in the risk of bleeding to lessen the risk of a severely disabling or fatal embolic stroke. Most patients accept this risk in exchange for lowering their risk of stroke. Dr. St. Martin's prescriptions of Pradaxa and then Xarelto to reduce Mrs. Orr's risk of stroke from AF were based on an appropriate risk/benefit analysis that clearly weighed in favor of anticoagulation. Dr. St. Martin testified that he was familiar with the Xarelto prescribing information and fully aware of the risk of hemorrhage when he prescribed Xarelto to Mrs. Orr. After discussion with Dr. St. Martin, Mrs. Orr agreed with Dr. St. Martin's recommendation and took the medication.

6

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

One of the most feared complications of any kind of anticoagulation is an intracerebral hemorrhage. An intracerebral hemorrhage is associated with a high mortality rate regardless of whether the patient is on an anticoagulant. Warfarin-related ICH mortality remains high even though warfarin's anticoagulant effects can be reversed. This is a major reason to offer patients treatment with a NOAC instead of warfarin. The NOACs reduce the risk of an intracerebral hemorrhage is significantly reduced compared to warfarin.

Hypertension is the most common cause of intracerebral hemorrhage and Mrs. Orr had poorly controlled drug resistant hypertension. Some might question whether she exhibited white coat hypertension. Since she was on treatment for hypertension this is better described as a white coat hypertension effect. A recent publication earlier this year by Franklin, et al. describes a 2.2 fold increase in the risk of adverse cardiovascular events in patients with similar risk factors and age of Mrs. Orr. She also exhibited retinal diabetic micro aneurysms which Baker, et al. report are associated with an increased risk of an intracerebral hemorrhage. Warfarin use is noted in 10-15% of patients admitted with this diagnosis. Hence, 85-90% of the patients suffering an intracerebral hemorrhage are not on an anticoagulant but still suffer a high mortality rate due to the fragile nature of the brain which is enclosed by the skull. This environment does not tolerate the increased pressure within the brain from the bleed itself and the associated inflammatory reaction and edema that rapidly follows.

Mrs. Orr developed intracerebral hemorrhage most likely related to her drug resistant hypertension and her poorly controlled diabetes , both of which were, in fact, causing damage to many of her other organ systems.

There was no objective evidence of continued bleeding after the initial CT scan of the brain at the Ochsner Baptist campus. There was no evidence of an excessive anticoagulation effect from Xarelto on her admission lab. There is no reason to believe that Mrs. Orr would not have had her intracerebral hemorrhage or that the ultimate outcome would have changed if warfarin or a different NOAC was used instead of Xarelto to lessen her very high risk of an embolic stroke or other embolic event from the PAF.

*CONTAINS PROTECTED INFORMATION – SUBJECT TO PROTECTIVE ORDER*

### III. Conclusion

The decision to treat Mrs. Orr with Xarelto was correct given her high CHA2DS2-VASc score and because the benefits of preventing an ischemic stroke outweighed the risk of bleeding. Although she was initially dosed at 20 mg, she did not experience a bleeding event before her dose was adjusted to 15 mg due to her kidney disease. Mrs. Orr had a complicated medical history that included significant cardiovascular disease, particularly poorly controlled, resistant hypertension, that put her at risk for both ischemic and hemorrhagic stroke, as well as other events and diseases that limited her life expectancy. Mrs. Orr's intracerebral hemorrhage and her unfortunate outcome were not usual for someone with her history, whether taking an anticoagulant or not.

All of my opinions are stated to a reasonable degree of medical certainty. I reserve the right to supplement or amend my opinions in light of new information, and to comment on the testimony of plaintiffs' experts and other information presented at trial.

# EXHIBIT A

Case 2:14-md-02592-EEF-MBN Document 5645-1 Filed 03/06/17 Page 10 of 20

USCA5 9312

# CURRICULUM VITAE

**NAME:** Clement Camelius Eiswirth, Jr.

**DATE OF BIRTH:** [redacted]

**BUSINESS ADDRESS:** Ochsner Health System
1514 Jefferson Hwy.
New Orleans, LA 70121
504-842-5638

**HOME ADDRESS:** [redacted]

**MARITAL STATUS:** [redacted]

**BOARD CERTIFICATION:**

Diplomate in Internal Medicine
American Board of Internal Medicine
September 14, 1983

Diplomate in Cardiovascular Disease
American Board of Internal Medicine
November 20, 1985

Diplomate in Adult Transthoracic & Stress Echocardiography
National Board of Echocardiography
June 1, 2001, recertification obtained 2011 valid until 2021

Diplomate in Advanced Heart Failure and Transplant Cardiology
American Board of Internal Medicine
October 23, 2012

**PRESENT POSITION:** Ochsner Health System
Medical Director, Cardiomyopathy and Heart Failure Program,
2014 - present
Assistant Clinical Professor of Cardiology, Tulane University

**PREVIOUS POSITION:**

East Jefferson Cardiovascular Specialists, 2002-2014
Partner, Cardiology Consultants of La.
Division of Cardiology Ochsner Clinic
    Director of Cardiovascular Advanced Therapies Clinic
    Director, Cardiac Transplant Program
Acting Medical Director, Tulane Cardiac Transplantation &
    Congestive Heart Failure, 2004-05; Co-director 2008-10.

2532961-1

USCA5 9313

*CURRICULUM VITAE*

*EISWIRTH, Clement C. Jr.*

Page 2

## POST-GRADUATE TRAINING:

University of Utah Medical Center, 50 No. Medical Drive, Salt Lake City, Utah 84132
> Fellowship: Clinical Research Fellow in Congestive Heart Failure & Cardiac Transplantation 1985-86

Ochsner Foundation Hospital, 1516 Jefferson Highway, New Orleans, Louisiana 70121
> Fellowship: Cardiology, 1983-85
> Residency: Internal Medicine, 1981-83
> Internship: Internal Medicine, 1980-81

## SOCIETY MEMBERSHIPS:

Alpha Omega Alpha Honor Medical Society, 1979 - present
Fellows Association, Ochsner Foundation Hospital, 1980-85 -- President 1984-85
Fellow of American College of Cardiology, 1983 - present
Fellow of American Society of Echocardiography 2003-present
Fellow, Louisiana Chapter American College of Cardiology, 1993 - present
Heart Failure Society of America
American Heart Association
American Heart Association, Clinical Cardiology Council Member
American Heart Association, Cardiopulmonary, Critical Care Council, Perioperative & Resuscitation Council Member
Louisiana State Medical Society
Jefferson Parish Medical Society

## HOSPITAL COMMITTEES:

Cardiology Advisory Committee, Chairman, 1997
Continuing Education Committee
Coronary Care Unit Committee, Co-Chairman, 2002; Chairman 2003, 2004
Intensive Care Unit Committee
Investigational Review Board, 1990-1997
> Vice-Chairman, 1993-1995
> Chairman, 1996 – 1997
Medical Staff Appropriateness of Care Committee
> Chairman 1998

2532961-1

*CURRICULUM VITAE*

*EISWIRTH, Clement C., Jr.*

Page 3

    Pharmacy & Therapeutics Committee
    Risk Management Committee
    Utilization Review Committee
        Co-Chairman, 1992-95, 2008-present
        Chairman, 1996-97
        Chairman, 2003-04

## Elected Medical Staff Positions:

    East Jefferson General Hospital, Chief Division of Cardiology, 2009-11
    East Jefferson General Hospital Medical Executive Committee, 1996-2000
    East Jefferson General Hospital Medical Staff Representative-at-Large, 1996
    East Jefferson General Hospital Medical Staff Treasurer, 1997
    East Jefferson General Hospital Medical Staff Vice Chief of Staff, 1998
    East Jefferson General Hospital Medical Staff Chief of Staff, 1999

## Board of Directors, East Jefferson General Hospital: 2004-2005

## East Jefferson General Hospital Cardiovascular Service Line Leadership Board: 2007-present

## Louisiana Blue Cross, Member of New Orleans Area Physician Committee

## CLINICAL RESEARCH ACCOMPLISHMENTS:
## PAPERS:
1. Cerebrovascular Disease in the 90's, Eiswirth CC, Journal of the Louisiana State Medical Society, 146(5): 194, May 1994.
2. Cardioembolic Stroke: Diagnosis and Treatment, Eiswirth CC, Bourgeois RC, Journal of he Louisiana State Medical Society, 146(5): 197-202, May 1994.
3. Cardiac Transplantation: Role of Endomyocardial Biopsy and Immunosuppressive Agents, Eiswirth CC, Smart FW, Journal of the Louisiana State Medical Society, 145(5): 203-206, May 1993.
4. Cardiac Transplantation: An Overview of Recipient Selection, Smart FW, Ventura HO, Stapleton DD, Eiswirth CC, Dumas DH Price HL, Journal of the Louisiana State Medical Society, 145(5): 213-216, May 1993.
5. Vagal Responses to Adjustable Sutures in Strabismus Surgery, Eustis HS, Eiswirth CC, Smith DR, American Journal of Ophthalmology, 114(3): 307-310, September 1992.

**CURRICULUM VITAE**

**EISWIRTH, Clement C Jr.**

Page 4

6. Current Concepts in the Diagnosis and Treatment of Congestive Heart Failure, Eiswirth, CC, Grand Rounds East Jefferson General Hospital, June 1990.
7. Beta Adrenergic Supersensitivity of the Transplanted Human Heart is Presynaptic in Origin, Gilbert EM, Eiswirth CC, Mealey PC, Larrabee P, Herrick CM, Bristow MR, Circulation, 79:344-49, February 1989.
8. Heart Transplantation: The Louisiana Experience, Ochsner JL, Eiswirth CC, Journal of the Louisiana State Medical Society, 140 (6): 34-40, June 1988.
9. Immunosuppressive Efficacy of Vincristine in Heart Transplantation: A Preliminary Report, Gilbert EM, Renlund DG, O'Connell JB, Eiswirth CC, Rothstein G, Gay WA, Bristow MR, Journal of Heart Transplantation, 6(6):369-74, November-December 1987.
10. Use of OKT3 Monoclonal Antibody in Cardiac Transplantation: Early Experience with Rejection Prophylaxis and Treatment of Refractory Rejection, Gilbert EM, Eiswirth CC, Renlund DG, Menlove RL, DeWitt CW, Freedman LA, Herrick CM, Gay WA, Transplantation Proceedings, 19 (2): 45-53, April 1987.
11. Treatment of Refractory Cardiac Allograft Rejection with OKT3 Monoclonal Antibody, Gilbert EM, DeWitt CW, Eiswirth CC, Renlund DG, Menlove RL, Freedman LA, Herrick CM, Gay WA, Bristow MR. American Journal of Medicine, 82(2): 202, February 1987.
12. Rational Approach to Coronary Angioplasty and Bypass Surgery, Eiswirth CC, Mills NL, Waites TF, Postgraduate Medicine, 77(6): 97-103, 106, May 1985.

## ABSTRACTS:
1. Vincristine in Cardiac Transplantation, Gilbert EM, Renlund DG, O'Connell JB, Eiswirth CC, Rothstein G, Gay WA, Bristow MR. International Society of the Cardiac Transplantation Meeting, March 1987.
2. OKT3 Monoclonal Antibody for Early Prophylaxis in Cardiac Transplantation, Gilbert EM, Eiswirth CC, Renlund DG, Herrick CM, Gay WA, Bristow MR, American College of Cardiology Meeting, New Orleans, Louisiana, March 1987.
3. Treatment of Adriamycin Cardiomyopathy with Metoprolol Eiswirth CC, Bowden RE, Kazamias T, Fowler M, Bristow MR, American Heart Association Meeting, Dallas, Texas, November 1986.
4. Aspirin Induced Anaphylaxis in a Child: Case Report, A) The American College of Allergists, San Francisco, California, April 1984, B) The Southern Medical Association Meeting, Baltimore, Maryland, November 1983.
5. Chronic Cerebellar Stimulation in the Management of Behavior, The Southern Medical Association Meeting, Las Vegas, Nevada, November 1979.

## POSTERS:
1. Chronic Cerebellar Stimulation: Implantation of Electrodes for the Management of Behavior, A) American Association of Neurological Surgeons, Los Angeles, California, April 1979 B) Congress of Neurological Surgery, Las Vegas, Nevada, October 1979.

2532961-1

USCA5 9316

**CURRICULUM VITAE**

**EISWIRTH, Clement C Jr.**

Page 5

2.    Transsphenoidal Hypophysectomy, A) The Tulane Department of Physiology and Pharmacology Neuroscience Conference, 1978. B) The New Orleans Medical Society Meeting, 1978, C) The Louisiana State Medical Society Meeting, 1978.

### FILM:

1.    Chronic Cerebellar Stimulation: Implantation of Electrodes for the Management of Behavior, Neurosurgical Society of Australia, Darwin, Australia, August 1978.

### MEDICAL EDUCATION:

Tulane University School of Medicine, New Orleans, Louisiana.
Doctor of Medicine degree awarded May 1980.

**Honors and Activities:**

Alpha Omega Alpha Honor Medical Society, 1979
Mosby Scholarship Award, 1980
History of Medicine Society
Phi Chi Medical Fraternity
Sophomore Class Vice-President

**Research Experience:**

While in medical school I was interested in the field of neurosurgery and was employed by The Department of Neurosurgery of the Tulane University School of Medicine as an extern during the summers of 1977-79. In addition, to clinical responsibilities, I also participated in a number of research projects in collaboration with Dr. R.C. Llewellyn, Chairman, Department of Neurosurgery and Dr. A.J. Correa, Associate Professor of Neurosurgery. This research resulted in some of the presentations and projects listed earlier.

Subsequent research was devoted to congestive heart failure Cardiac transplantation.

### UNDERGRADUATE WORK:

Tulane University, New Orleans, Louisiana.
Bachelor of Science in Engineering
Magna Cum Laude, December 1978.

I had entered medical school after completing three years of undergraduate studies. The remaining degree requirements were completed concurrent with my medical studies. I did not submit an honors thesis for a Summa Cum Laude degree because of the demands of my medical school curriculum.

**CURRICULUM VITAE**

**EISWIRTH, Clement C Jr.**

Page 6
**Honors and Activities:**

    Ernest Lewis Eustis Memorial Scholarship for 1973-74
    Phi Eta Sigma Honor Society
    Biomedical Engineering Society
    Alpha Epsilon Delta International Premedical Honor Society
    Tau Beta Pi Engineering Honor Society

## HIGH SCHOOL:

    East Jefferson High School
    Metairie, Louisiana
    Graduated May 1973
    Valedictorian

## REFERENCES:

    Available upon request

Rev. 11/19/14

# EXHIBIT B

Case 2:10-md-02179-CJB-DPC Document 5645-1 Filed 03/06/17 Page 17 of 20

USCA5 9319

## REFERENCE LIST FOR CLEMENT EISWIRTH, FACC, FASE

| | ARTICLE/DOCUMENT |
|---|---|
| 1. | Aguilar MI, Brott TG. Update in intracerebral hemorrhage. Neurohospitalist. 2011 Jul;1(3):148-59. |
| 2. | Baker M, Hand P, et al. Retinopathy and Lobar Intracerebral Hemorrhage. Insights Into Pathogenesis. Arch Neurol. 2010;67(10):1224-1230. |
| 3. | Franklin S, Thijs L, et al. The Cardiovascular Risk of White-Coat Hypertension. 2016 J. Amer Coll Cardio 68:19 2033-2043. |
| 4. | Gobron C, Erginay A, et al. Microvascular retinal abnormalities in acute intracerebral haemorrhage and lacunar infarction. Rev Neurol (Paris), Jan 2014 170:1 at 13-8. |
| 5. | Xarelto Labels and Medication Guides |
| 6. | Plaintiff Sharyn Orr Medical Records |
| 7. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-KennerR-000001CD) |
| 8. | Plaintiff Sharyn Orr Radiological Study CD (SOrr-OMC-RD-000001CD) |
| 9. | Plaintiff Fact Sheet (Sharyn Orr)<br>First Amended PFS<br>Second Amended PFS |
| 10. | Deposition Transcripts (Sharyn Orr):<br>Joseph Orr, Jr. 6/7/2016<br>Maurice St. Martin, MD 6/27/2016<br>Cuong Bui, MD 7/7/2016<br>Kimberly DeAgano 9/15/2016<br>Toby Gropen, MD 9/16/2016<br>Kashmir Rai, MD 9/19/2016<br>Brian Ogden, MD 9/19/2016<br>Francisco Cruz, MD 9/20/2016<br>Terry Cummings, MD 9/22/2016<br>Elizabeth Mahanna, MD 9/27/2016<br>Joseph Orr, III 10/3/2016<br>Kelli Walker 10/3/2016 |

USCA5 9320

# EXHIBIT C

USCA5 9321

## Exhibit C: Testimonial History

| | | | |
|---|---|---|---|
| Orleans Parish Civil District Court | 2012 | Ohler v. State of Louisianan and Walgreens | Deposition |
| Orleans Parish Civil District Court | 2013 | Victor Suane v. Mark Cassidy, MD and Tulane University | Deposition |
| Jefferson Parish Civil District Court | 4/2013 | Zar v. McKinnie, MD | Deposition |
| U.S. District Court Eastern District of Louisiana | 2014 | State of Mississippi (Attorney General) v. Merck | Deposition |