# EXHIBIT R

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    IN RE:  XARELTO          )  MDL No.:  2592
 4  (RIVAROXABAN) PRODUCTS    )  Section:  L
    LIABILITY LITIGATION      )  Judge Eldon E. Fallon
 5                            )  Mag. Judge North
                              )
 6                            )
                              )
 7  JOSEPH ORR, JR., as       )
    lawful surviving          )  2:15-cv-03708
 8  spouse of SHARYN ORR      )

 9

10

11  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14     Videotaped Deposition of CLEMENT C. EISWIRTH,
15  JR., M.D., taken on Friday, December 16, 2016, in
16  the office of Chaffe McCall, L.L.P., 1100 Poydras
17  Street, Suite 2300, New Orleans, Louisiana 70163,
18  commencing at 8:14 a.m.
19

20

21

22

23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    I N D E X
                                        Page
 2
             Caption..........................1
 3
             Appearances......................3
 4
             Agreement of Counsel.............4
 5
             Witness' Certificate...........146
 6
             Reporter's Certificate.........147
 7

 8

 9               E X A M I N A T I O N
10          MR. HONNOLD.......................6
11

12

13                  E X H I B I T S
14          Exhibit No. 1.....................7
            Expert Report of Dr. Clement Eiswirth,
15          M.D.
16          Exhibit No. 2....................18
            Invoice No. LI55000609,
17          Invoice Date:  8/30/16
18

19

20

21

22

23

24

25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    A P P E A R A N C E S
 2    REPRESENTING JOSEPH ORR, JR., AS LAWFUL SURVIVING
      SPOUSE OF SHARYN ORR:
 3
             GOZA & HONNOLD, L.L.C.
 4           BY:  BRADLEY D. HONNOLD, ESQ.
             11181 Overbrook Road, Suite 200
 5           Leawood, Kansas 66211-2241
             913.451.3433
 6           Bhonnold@gohonlaw.com
 7
 8
      REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
 9    INC., and BAYER PHARMA AG:
10           NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
             BY:  ERIC A. PAINE, ESQ.
11           1320 Main Street, 17th Floor
             Columbia, South Carolina 29201
12           803.255.5518
             Eric.paine@nelsonmullins.com
13
14
      REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
15    JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
      ORTHO, L.L.C.:
16
             SCHWABE, WILLIAMSON & WYATT, P.C.
17           BY:  MARGARET HOFFMANN, ESQ.
             1211 South West Fifth Avenue, Suite 1900
18           Portland, Oregon 97204
             503.796.2868
19           Mhoffmann@schwabe.com
20
21    ALSO PRESENT:
22           MARK ANCALADE, VIDEOGRAPHER
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                  S T I P U L A T I O N
 2       It is stipulated by and among Counsel that
 3   the videotaped deposition of CLEMENT C. EISWIRTH,
 4   JR., M.D., is being taken under the Federal Rules
 5   of Civil Procedure for all purposes permitted
 6   under the law.
 7       The formalities of reading and signing are
 8   not waived.
 9       The formalities of sealing, certification
10   and filing are not hereby waived.  The party
11   responsible for services of the discovery material
12   shall retain the original.
13       All objections, except those as to the
14   form of the questions and/or the responsiveness of
15   the answers, are reserved until the time of the
16   trial of this cause.
17                    *   *   *   *   *
18            Aurora M. Perrien, Certified Court
19   Reporter, Registered Professional Reporter, in and
20   for the State of Louisiana, officiated in
21   administering the oath to the witness.
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                P R O C E E D I N G S
 2         THE VIDEOGRAPHER:
 3             We're now on the record.  My name is
 4         Mark Ancalade, the videographer.  Today's
 5         date is December the 16th, 2016, at the.
 6         Time indicated on the video screen, which
 7         is 8:14.  Today's deposition is being held
 8         at 1100 Poydras Street, Suite 2300, in
 9         New Orleans, Louisiana, taken in the
10         matter of In Re:  Xarelto (rivaroxaban)
11         Products Liability Litigation, being heard
12         before the United States District Court,
13         Eastern District of Louisiana.  Today's
14         deponent is Dr. Clement C. Eiswirth, Jr.
15         Today's court reporter is Miss Aurora
16         Gonzales [sic].
17             I would ask that counsel state their
18         names for the record, which thereafter
19         would the court reporter please swear in
20         the witness.
21         MR. HONNOLD:
22             Bradley Honnold for the Orr family and
23         Plaintiff Steering Committee.
24         MR. PAINE:
25             Eric Paine for the Bayer defendants.
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            MS. HOFFMANN:
 2               Margaret Hoffmann for Janssen.
 3            (The court reporter swore in the witness.)
 4                    E X A M I N A T I O N
 5    BY MR. HONNOLD:
 6       Q.   Doctor, good morning.
 7       A.   Good morning.
 8       Q.   We're here today to take your deposition
 9    specifically in the Orr case.
10            Do you understand that?
11       A.   Yes, sir.
12       Q.   And you know we are -- we're here the day
13    after we took your case -- or you took your
14    deposition related to your general opinions in the
15    Xarelto matter.
16            You understand that?
17       A.   Yes.
18       Q.   I take it given the situation that you've
19    -- you've given a report specifically on Mrs. Orr,
20    that at some point you were -- an additional
21    request was made upon you or you were given an
22    additional assignment, to look at some specific
23    cases in addition to kind of the general issue of
24    Xarelto; is that right?
25       A.   That's correct.
```

1    Q.  Based upon your review of the family
2  depositions in this case, was Mrs. Orr working
3  prior to the time of her death?
4    A.  Yes, sir.
5    Q.  And what'd she do for a living?
6    A.  She worked at Tulane University, and I
7  honestly cannot remember the position that she
8  held there.  It had to do with students, because I
9  remember there were some comments about the
10  students really liking her.  I know she was not a
11  professor or an instructor.  It was some
12  administrative role.
13    Q.  Do you know how she got to and from work
14  every day?
15    A.  Presumably she drove herself.
16    Q.  Did she provide for her own self upkeep
17  and able to perform activities of daily living?
18    A.  Yes, sir.
19    Q.  You take care of patients like Mrs. Orr in
20  your practice in terms that have similar medical
21  conditions?
22    A.  Yes, sir.
23    Q.  In Mrs. Orr's case, have you come to a
24  conclusion one way or the other whether Mrs. Orr's
25  use of Xarelto had anything at all to do with her

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                C E R T I F I C A T E
 2       This certification is valid only for
 3    a transcript accompanied by my original signature
 4    and original seal on this page.
 5       I, AURORA M. PERRIEN, Registered Professional
 6    Reporter, Certified Court Reporter, in and for the
 7    State of Louisiana, as the officer before whom
 8    this testimony was taken, do hereby certify that
 9    CLEMENT C. EISWIRTH, JR., M.D., after having been
10    duly sworn by me upon the authority of R.S.
11    37:2554, did testify as hereinbefore set forth in
12    the foregoing 146 pages; that this testimony was
13    reported by me in the stenotype reporting method,
14    was prepared and transcribed by me or under my
15    personal direction and supervision, and is a true
16    and correct transcript to the best of my ability
17    and understanding; that the transcript has been
18    prepared in compliance with transcript format
19    guidelines required by statute or by rules of the
20    board; and that I am informed about the complete
21    arrangement, financial or otherwise, with the
22    person or entity making arrangements for
23    deposition services; that I have acted in
24    compliance with the prohibition on contractual
25    relationships, as defined by Louisiana Code of
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25