# EXHIBIT V

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3

     IN RE:  XARELTO          )  MDL No.:  2592
 4   (RIVAROXABAN) PRODUCTS   )  Section:  L
     LIABILITY LITIGATION     )  Judge Eldon E. Fallon
 5                            )  Mag. Judge North
                              )
 6                            )
                              )
 7   JOSEPH ORR, JR., as      )  No.:  15-03708
     lawful surviving         )
 8   spouse of SHARYN ORR     )

 9

10

11   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14      Videotaped deposition of SAMMY KHATIB, M.D.,
15   taken on Saturday, January 21, 2017, in the office
16   of Irwin, Fritchie, Urquhart & Moore, L.L.C., 400
17   Poydras Street, Suite 2700, New Orleans, Louisiana
18   70130, commencing at 9:02 a.m.
19

20

21

22

23
     Reported by:
24   AURORA M. PERRIEN
     CERTIFIED COURT REPORTER
25   REGISTERED PROFESSIONAL REPORTER
```

```
 1                     I N D E X
                                              Page
 2
              Caption............................1
 3
              Appearances........................4
 4
              Agreement of Counsel...............6
 5
              Witness' Certificate.............148
 6
              Reporter's Certificate...........149
 7
 8
                   E X A M I N A T I O N
 9
              MS. JEFFCOTT...................8, 134
10
              MR. IRWIN........................129
11
12                   E X H I B I T S
13            Exhibit No. 1......................9
              Plaintiff's Amended Notice with
14            Subpoena Duces Tecum of Oral Videotaped
              Deposition of Sammy Khatib, MD
15
              Exhibit No. 2.....................10
16            Sammy Khatib, M.D., Additional
              Reliance List 2017.01.20
17
              Exhibit No. 3.....................10
18            Updated Materials Relied on, Reviewed,
              and/or Considered by Dr. Sammy Khatib
19            M.D.
20            Exhibit No. 4.....................11
              (statements/invoices)
21
              Exhibit No. 5.....................20
22            Expert Report of Dr. Sammy Khatib,
              Sharyn Orr, et al.
23
              Exhibit No. 6.....................24
24            NOMH Neuroscience Critical Care, Lab
              Results (04/26/15 - 04/24/15)
25            (Continued), SOrr-OMC-MD-000463 - 000464
```

```
 1              Exhibit No. 7......................26
                NOMH Neuroscience Critical Care,
 2              Consult Notes (continued),
                SOrr-OMC-MD-000236
 3
                Exhibit No. 8......................27
 4              NOMH Neuroscience Critical Care,
                Radiology Results (04/25/15 - 05/04/15)
 5              (Continued), SOrr-OMC-MD-000466 - 000467
 6              Exhibit No. 9......................45
                (Frank Cruz, M.D. medical record),
 7              SOrr-FCruz-000103 - 000105
 8              Exhibit No. 10.....................51
                Quest Diagnostics Incorporated,
 9              (Collected:  10/28/2014),
                SOrr-FCruz-000060
10
                Exhibit No. 11.....................55
11              Quest Diagnostics Incorporated (record),
                SOrr-FBH-000010
12
                Exhibit No. 12.....................85
13              In re Xarelto MDL Litigation, Expert
                Report of Dr. Sammy Khatib
14
                Exhibit No. 13....................102
15              NOMH Neuroscience Critical Care,
                History & Physicals (continued),
16              SOrr-OMC-MD-000031 - 000034
17
18
19
20
21
22
23
24
25
```

```
 1                  A P P E A R A N C E S
 2   REPRESENTING PLAINTIFFS:
 3          LEVIN, PAPANTONIO, THOMAS,
            MITCHELL, RAFFERTY, PROCTOR, P.A.
 4          BY:  NEIL E. McWILLIAMS, JR., ESQ.
            316 South Baylen Street
 5          Pensacola, Florida 32502
            850.435.7000
 6          Nmcwilliams@levinlaw.com
 7          THE LAMBERT FIRM, A.P.L.C.
            BY:  EMILY C. JEFFCOTT, ESQ.
 8          701 Magazine Street
            New Orleans, Louisiana 70130
 9          504.581.1750
            Ejeffcott@thelambertfirm.com
10
            GOZA & HONNOLD, L.L.C.
11          BY:  BRADLEY D. HONNOLD, ESQ.
            11181 Overbrook Road, Suite 200
12          Leawood, Kansas 66211-2241
            913.451.3433
13          Bhonnold@gohonlaw.com
14
15
     REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
16   INC., and BAYER PHARMA AG:
17          NELSON, MULLINS, RILEY &
            SCARBOROUGH, L.L.P.
18          BY:  ERIC A. PAINE, ESQ.
            1320 Main Street, 17th Floor
19          Columbia, South Carolina 29201
            803.255.5518
20          Eric.paine@nelsonmullins.com
21
22
23
24
25
```

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3         IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
           BY:  JIMMY IRWIN, ESQ.
 4         400 Poydras Street, Suite 2700
           New Orleans, Louisiana 70130-3280
 5         504.310.2106
           Jimmy@irwinllc.com
 6
           IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 7         BY:  MEERA U. SOSSAMON, ESQ.
           400 Poydras Street, Suite 2700
 8         New Orleans, Louisiana 70130-3280
           504.310.2106
 9         Msossamon@irwinllc.com
10         BARRASSO, USDIN, KUPPERMAN, FREEMAN &
           SARVER, L.L.C.
11         BY:  RICHARD E. SARVER, ESQ.
           909 Poydras Street, Suite 2400
12         New Orleans, Louisiana 70112
           504.589.9700
13         Rsarver@barrassousdin.com
14         BARRASSO, USDIN, KUPPERMAN, FREEMAN &
           SARVER, L.L.C.
15         BY:  SHAUN P. McFALL, ESQ.
           909 Poydras Street, 24th Floor
16         New Orleans, Louisiana 70112
           504.589.9764
17         Smcfall@barrassousdin.com
18         TUCKER ELLIS, L.L.P.
           BY:  MICHAEL C. ZELLERS, ESQ.
19         515 South Flower Street, 42nd Floor
           Los Angeles, California 90071
20         213.430.3301
21
22   ALSO PRESENT:
23         MELISSA BARDWELL, VIDEOGRAPHER
24
25
```

```
 1                    S T I P U L A T I O N
 2       It is stipulated by and among Counsel that
 3   the videotaped deposition of SAMMY KHATIB, M.D.,
 4   is being taken under the Federal Rules of Civil
 5   Procedure for all purposes permitted under the
 6   law.
 7       The formalities of reading and signing are
 8   not waived.
 9       The formalities of sealing, certification
10   and filing are not hereby waived.  The party
11   responsible for services of the discovery material
12   shall retain the original.
13       All objections, except those as to the
14   form of the questions and/or the responsiveness of
15   the answers, are reserved until the time of the
16   trial of this cause.
17                     *   *   *   *   *
18            Aurora M. Perrien, Certified Court
19   Reporter, Registered Professional Reporter, in and
20   for the State of Louisiana, officiated in
21   administering the oath to the witness.
22
23
24
25
```

```
 1                P R O C E E D I N G S
 2         THE VIDEOGRAPHER:
 3             We are now on the record.  My name is
 4         Melissa Bardwell, videographer here for
 5         Golkow Technologies.  The date today is
 6         January 21st, 2017.  The time is
 7         approximately 9:02 a.m.  This videotaped
 8         deposition is being held in New Orleans,
 9         Louisiana, taken in reference to the
10         Xarelto (rivaroxaban) Products Liability
11         Litigation.  The deponent today is
12         Sammy Khatib, M.D.
13             Would counsel present please introduce
14         themselves and state their affiliations
15         for the record.
16         MS. JEFFCOTT:
17             Emily Jeffcott for the plaintiffs.
18         MR. McWILLIAMS:
19             Ned McWilliams for the plaintiffs.
20         MR. HONNOLD:
21             Brad Honnold for the plaintiffs.
22         MR. IRWIN:
23             Jim Irwin for Janssen.
24         MR. SOSSAMON:
25             Meera Sossamon for Janssen.
```

Protected - Subject to Further Protective Review

```
 1          MR. ZELLERS:
 2              Michael Zellers for Janssen.
 3          MR. McFALL:
 4              Shaun McFall for Janssen.
 5          MR. SARVER:
 6              Rick Sarver for Janssen.
 7          MR. PAINE:
 8              Eric Paine for Bayer.
 9          THE VIDEOGRAPHER:
10              The court reporter today is
11          Aurora Perrien, and she will now swear in
12          the witness.
13          (The court reporter swore in the witness.)
14                  E X A M I N A T I O N
15   BY MS. JEFFCOTT:
16      Q.  Good morning, Dr. Khatib.
17          Would you --
18      A.  Good morning.
19      Q.  -- mind stating your full name for the
20   record.
21      A.  Sammy Khatib.
22      Q.  And we've met before.  My name is
23   Emily Jeffcott.  I -- I represent the plaintiffs
24   in this matter.
25          I want to take care of a few housekeeping
```

1    A.   Yes.

2    Q.   Okay.  And -- and for a patient that you

3  decide needs to come off Xarelto because their

4  creatinine clearance is dipped, what -- what's the

5  normal course of treatment in terms of anti- --

6  anticoagulation?

7    A.   Warfarin.

8    Q.   And for any patients that are -- have a

9  creatinine clearance below 30, do you consider any

10  of the other DOACs besides Xarelto?

11    A.   You know, with the apixaban they have that

12  -- the two out of three criteria.  And so I will

13  consider it in those situations.  I know that

14  there's the Eliquis -- the -- the people will

15  have -- said that you can use it in patients with

16  end-stage renal disease.  I'm not -- I don't do

17  that.  So I'll -- I'll look occasionally.  But

18  generally, I'll -- I'll switch to warfarin.

19    Q.   And the reason that you wouldn't prescribe

20  the Eliquis is because, the same as with Xarelto,

21  it hasn't been tested with patients of a -- of a

22  creatinine clearance lower than 30.  Is that --

23    A.   Yeah.  I will --

24    Q.   Is that --

25    A.   -- stick to what was used in ARISTOTLE.

Protected - Subject to Further Protective Review

1      Q.  And can you opine to -- strike that.
2          Can you opine what Mrs. Orr's TTR would
3   have been had she been on warfarin?
4      A.  No.  Not -- my suspicion is that it would
5   have been -- we do know that higher risk factors
6   for CHADS -- CHADS-VASc correlate with low --
7   lower TTRs in general.  So my impression, it would
8   be lower, not higher.  But I can't tell you -- no
9   way to know definitively.
10     Q.  And there's no way to assess what her TTR
11  would have been on warfarin unless she had
12  actually been on warfarin?
13     A.  Yes, ma'am.
14     Q.  Okay.  And -- and -- and since we know
15  that there is a connection between TTR and
16  outcome, you know, what -- whatever that outcome
17  is, whether it's a stroke or a bleed, without
18  knowing Mrs. Orr's TTR, you can't say with a
19  reasonable degree of medical certainty how she
20  would have done on warfarin?
21         MR. IRWIN:
22             Object to the form.
23         THE WITNESS:
24             I -- I'm looking at populations when
25         making that statement.  So if -- in

Protected - Subject to Further Protective Review

```
 1            general, if someone comes in with a bleed
 2            on Xarelto, there's no data that I'm aware
 3            of or familiar with that would indicate
 4            that she would have been a lower risk if
 5            she had been on warfarin, unless she had a
 6            contraindication to the Xarelto,
 7            creatinine -- end-stage renal disease, or
 8            mechanical valve or something of that
 9            nature.  So I think in general the data
10            doesn't support one way -- doesn't support
11            that it would have gone better with
12            warfarin.
13   BY MS. JEFFCOTT:
14      Q.  I think you -- you mentioned a minute ago
15   that there are certain risk factors, like
16   CHADS-VASc, that indicate whether or not somebody
17   will have -- relative to their TTR, that they'll
18   have a lower TTR if -- if they have a higher
19   CHADS-VASc.  Did I -- did I state that correctly
20   as --
21      A.  CHADS-VASc.
22      Q.  -- as what you said?
23      A.  I -- the higher the CHADS-VASc, I think
24   there's more of a challenge with TTR in general.
25      Q.  And what literature can you cite to
```

Protected - Subject to Further Protective Review

```
 1            THE WITNESS:
 2               I think if we had a hundred
 3            Sharyn Orrs on warfarin and a hundred
 4            Sharyn Orrs on rivaroxaban, the overall
 5            outcomes would have been similar.  I think
 6            that's the take-home message that I take
 7            home from the data.
 8   BY MS. JEFFCOTT:
 9       Q.  But -- and again, what's -- what's the
10   basis for that?
11       A.  ROCKET and the -- the real-world registry
12   data.  I -- I think if you look at all --
13   all-comers, I think that's what it showed.  So
14   we --
15       Q.  But as you --
16       A.  It's hard -- I'm sorry.
17       Q.  Were you done with your answer?
18       A.  No.
19           It -- it's -- it's hard -- what I tell
20   people is, If you have a bleed, it's a hundred
21   percent for you.  But we don't look at it that
22   way.  You have to look at populations.  So I try
23   to frame it for patients, If we put a hundred of
24   you on this or a hundred of you on this, and use
25   that frame of reference.  And so that's the --
```

Protected - Subject to Further Protective Review

```
 1                    C E R T I F I C A T E
 2        This certification is valid only for
 3     a transcript accompanied by my original signature
 4     and original seal on this page.
 5        I, AURORA M. PERRIEN, Registered Professional
 6     Reporter, Certified Court Reporter, in and for the
 7     State of Louisiana, as the officer before whom
 8     this testimony was taken, do hereby certify that
 9     SAMMY KHATIB, M.D., after having been duly sworn
10     by me upon the authority of R.S. 37:2554, did
11     testify as hereinbefore set forth in the foregoing
12     148 pages; that this testimony was reported by me
13     in the stenotype reporting method, was prepared
14     and transcribed by me or under my personal
15     direction and supervision, and is a true and
16     correct transcript to the best of my ability and
17     understanding; that the transcript has been
18     prepared in compliance with transcript format
19     guidelines required by statute or by rules of the
20     board; and that I am informed about the complete
21     arrangement, financial or otherwise, with the
22     person or entity making arrangements for
23     deposition services; that I have acted in
24     compliance with the prohibition on contractual
25     relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

1   Civil Procedure Article 1434 and in rules and
2   advisory opinions of the board; that I have no
3   actual knowledge of any prohibited employment or
4   contractual relationship, direct or indirect,
5   between a court reporting firm and any party
6   litigant in this matter nor is there any such
7   relationship between myself and a party litigant
8   in this matter.  I am not related to counsel or to
9   the parties herein, nor am I otherwise interested
10  in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25