# EXHIBIT X

Protected - Subject to Further Protective Review

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  XARELTO         )  MDL No.:  2592
 4   (RIVAROXABAN) PRODUCTS   )  Section:  L
     LIABILITY LITIGATION     )  Judge Eldon E. Fallon
 5                            )  Mag. Judge North
                              )
 6                            )
                              )
 7   JOSEPH J. BOUDREAUX,     )  Case No.:
     JR.                      )  2:14-CV-2720
 8   and LORETTA BOUDREAUX    )

 9

10

11   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14      Videotaped deposition of SAMMY KHATIB, M.D.,
15   taken on Saturday, January 21, 2017, in the office
16   of Irwin, Fritchie, Urquhart & Moore, L.L.C., 400
17   Poydras Street, Suite 2700, New Orleans, Louisiana
18   70130, commencing at 12:20 p.m.
19

20

21

22

23
     Reported by:
24   AURORA M. PERRIEN
     CERTIFIED COURT REPORTER
25   REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
 1                    I N D E X
                                           Page
 2
             Caption............................1
 3
             Appearances........................3
 4
             Agreement of Counsel...............5
 5
             Witness' Certificate.............105
 6
             Reporter's Certificate...........106
 7

 8
                  E X A M I N A T I O N
 9
             MR. HONNOLD........................7
10

11

12                    E X H I B I T S
13       Exhibit No. 1.........................12
         Expert Report of Dr. Sammy Khatib
14
         Exhibit No. 2.........................73
15       (articles in globo)
16       Exhibit No. 3.........................77
         (articles in globo)
17
         Exhibit No. 4.........................94
18       (statements/invoices)
19

20

21

22

23

24

25
```

Protected - Subject to Further Protective Review

```
 1                    A P P E A R A N C E S
 2     REPRESENTING PLAINTIFFS:
 3            LEVIN, PAPANTONIO, THOMAS,
              MITCHELL, RAFFERTY, PROCTOR, P.A.
 4            BY:  NEIL E. McWILLIAMS, JR., ESQ.
              316 South Baylen Street
 5            Pensacola, Florida 32502
              850.435.7000
 6            Nmcwilliams@levinlaw.com
 7            THE LAMBERT FIRM, A.P.L.C.
              BY:  EMILY C. JEFFCOTT, ESQ.
 8            701 Magazine Street
              New Orleans, Louisiana 70130
 9            504.581.1750
              Ejeffcott@thelambertfirm.com
10
              GOZA & HONNOLD, L.L.C.
11            BY:  BRADLEY D. HONNOLD, ESQ.
              11181 Overbrook Road, Suite 200
12            Leawood, Kansas 66211-2241
              913.451.3433
13            Bhonnold@gohonlaw.com
14
15
       REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
16     INC., and BAYER PHARMA AG:
17            NELSON, MULLINS, RILEY &
              SCARBOROUGH, L.L.P.
18            BY:  ERIC A. PAINE, ESQ.
              1320 Main Street, 17th Floor
19            Columbia, South Carolina 29201
              803.255.5518
20            Eric.paine@nelsonmullins.com
21
22
23
24
25
```

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
            BY:  JIMMY IRWIN, ESQ.
 4          400 Poydras Street, Suite 2700
            New Orleans, Louisiana 70130-3280
 5          504.310.2106
            Jimmy@irwinllc.com
 6
            IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 7          BY:  MEERA U. SOSSAMON, ESQ.
            400 Poydras Street, Suite 2700
 8          New Orleans, Louisiana 70130-3280
            504.310.2106
 9          Msossamon@irwinllc.com
10          BARRASSO, USDIN, KUPPERMAN, FREEMAN &
            SARVER, L.L.C.
11          BY:  RICHARD E. SARVER, ESQ.
            909 Poydras Street, Suite 2400
12          New Orleans, Louisiana 70112
            504.589.9700
13          Rsarver@barrassousdin.com
14          BARRASSO, USDIN, KUPPERMAN, FREEMAN &
            SARVER, L.L.C.
15          BY:  SHAUN P. McFALL, ESQ.
            909 Poydras Street, 24th Floor
16          New Orleans, Louisiana 70112
            504.589.9764
17          Smcfall@barrassousdin.com
18
19   ALSO PRESENT:
20          MELISSA BARDWELL, VIDEOGRAPHER
21
22
23
24
25
```

```
 1                    S T I P U L A T I O N
 2        It is stipulated by and among Counsel that
 3    the videotaped deposition of SAMMY KHATIB, M.D.,
 4    is being taken under the Federal Rules of Civil
 5    Procedure for all purposes permitted under the
 6    law.
 7        The formalities of reading and signing are
 8    not waived.
 9        The formalities of sealing, certification
10    and filing are not hereby waived.  The party
11    responsible for services of the discovery material
12    shall retain the original.
13        All objections, except those as to the
14    form of the questions and/or the responsiveness of
15    the answers, are reserved until the time of the
16    trial of this cause.
17                    *   *   *   *   *
18            Aurora M. Perrien, Certified Court
19    Reporter, Registered Professional Reporter, in and
20    for the State of Louisiana, officiated in
21    administering the oath to the witness.
22
23
24
25
```

Protected - Subject to Further Protective Review

```
 1                P R O C E E D I N G S
 2          THE VIDEOGRAPHER:
 3              We are now on the record.  My name is
 4          Melissa Bardwell, videographer here for
 5          Golkow Technologies.  The date today is
 6          January 21st, 2017.  The time now is
 7          approximately 12:20 p.m.  The videotaped
 8          deposition is being held in New Orleans,
 9          Louisiana, taken in reference to the
10          Xarelto (rivaroxaban) Products Liability
11          Litigation.  The deponent today is
12          Sammy Khatib, MD.
13              Would counsel present please introduce
14          themselves and state their affiliations
15          for the record.
16          MR. HONNOLD:
17              Brad Honnold for Mr. Boudreaux.
18          MR. McWILLIAMS:
19              Ned McWilliams for the plaintiffs.
20          MS. JEFFCOTT:
21              Emily Jeffcott for the plaintiffs.
22          MR. SARVER:
23              Rick Sarver for Janssen.
24          MR. McFALL:
25              Shaun McFall for Janssen.
```

```
 1          MR. IRWIN:
 2              Jim Irwin for Janssen.
 3          MR. SOSSAMON:
 4              Meera Sossamon for Janssen.
 5          MR. PAINE:
 6              Eric Paine for Bayer.
 7          THE VIDEOGRAPHER:
 8              The court reporter is Aurora Perrien,
 9          and she will now swear in the witness.
10          (The court reporter swore in the witness.)
11                  E X A M I N A T I O N
12   BY MR. HONNOLD:
13       Q.  You're still Dr. Khatib?
14       A.  I think so.
15       Q.  Yeah.  Okay.
16           So that's the third time you've taken an
17   oath in a -- in a case related to Xarelto in some
18   way; right?
19       A.  Yes, sir.
20       Q.  Okay.  So in -- related to the Xarelto
21   litigation, you prepared a general or a generic
22   report related to general issues on the Xarelto
23   litigation; is that right?
24       A.  Yes, sir.
25       Q.  Then you prepared an individual report
```

Protected - Subject to Further Protective Review

1  Q. Okay. So just so I'm sure then, did you
2  specifically undertake a search for your work on
3  the Boudreaux case to at least try to identify the
4  literature that exists out there that reports on
5  different incidence -- incidence rates or
6  occurrence rates of different types of bleeding
7  between different forms of anticoagulation,
8  including warfarin, including rivaroxaban,
9  including apixaban and dabigatran?
10       MR. SARVER:
11            Object to form.
12       THE WITNESS:
13            Did I look at -- I'm not -- so I -- I
14       looked at registries that compared those
15       different cohorts. And I looked at the --
16       the data that's there from the randomized
17       studies.
18  BY MR. HONNOLD:
19  Q. Okay. So the -- when you say that you
20  looked at the data that -- when you say that you
21  looked at the registries that compared those
22  different cohorts, what are you talking about?
23  A. So -- and again, I -- there were a few,
24  and it kind of all meld at this -- at this point.
25  But the ones that compared the cohort of apixaban

1   significant limitations, and I'm always wary --
2       Q.  All right.
3       A.  -- comparing them.  Without having a
4   direct head-to-head comparison, I don't know that
5   the clinical value would warrant including.
6       Q.  And I appreciate that.  But sometimes --
7       A.  I'm not answering you.  I'm sorry.
8       Q.  But sometimes there is some value to
9   knowing what is in the universe of available
10  information; correct?
11      A.  Yes.
12        I had some -- I had awareness of what was
13  available in the universe in terms of data.  Do I
14  have every study?  No way.  I have a finite amount
15  of time to write three reports.
16        It is -- as an expert, you know when to
17  dive into one area versus another.  This is not
18  area that I would use in a clinically meaningful
19  way.  I've gotten articles such as this ad nauseam
20  over the last eight years from different sources.
21  And I understand where the context of comparative
22  registries are in terms of the understanding and
23  interpretation of science.  I think that you have
24  to be very limited in terms of what -- the scope
25  of the conclusions that you can reach in that

Protected - Subject to Further Protective Review

1  regard.
2          I -- you know, again, the Dresden registry
3  that looks at outcomes after major bleeds I think
4  is helpful.  Dresden is not trying to compare to
5  another -- to Eliquis.  They make reference to a
6  historical cohort from warfarin on this.  It's --
7  it's a historical cohort.  So although they make
8  that statement, I wouldn't -- I wouldn't be
9  willing to say based on the Dresden registry it's
10  better in terms of bleeding outcomes.  I think
11  it's suggestive, but it's not a direct comparator
12  in a prospective manner.
13         So I think you have to be careful with
14  these registries what you're going to get.  I
15  think the -- there is limited clinical utility and
16  the clinical utility is do these patients -- in
17  the application of the real world, are they
18  showing the same signals that were seen in the big
19  studies.  I think when you take it after that I
20  think you're starting to make leaps of faith that
21  are not warranted.  And that's why I didn't spend
22  an inordinate amount of time with comparative
23  registries.
24         Without a direct head-to-head comparison,
25  it is a challenge.  And I think it's -- I don't

```
 1   think you're doing your patients benefit by making
 2   that assessment.
 3       Q.   Why do places like Johns Hopkins and Mayo
 4   Clinic then do the -- this sort of work?
 5       A.   I think --
 6            MR. SARVER:
 7                 Object to form.
 8            THE WITNESS:
 9                 -- they're suggestive and they can be
10            a thoughtful clinical question that's
11            raised that should be addressed in a more
12            rigorous context.  And generally -- and I
13            can't comment on every one of these.  But
14            if these authors are doing justice in
15            their limitations, they have mentioned you
16            need a direct head-to-head comparison to
17            make a definitive assessment.  And I think
18            that every one of these, if they're done
19            right, are going to make those statements.
20            And that's a big blanket statement.  So I
21            won't say every one.  I think that that's
22            a fair statement, though.
23   BY MR. HONNOLD:
24       Q.   Okay.  You've seen that clinical trial
25   proposed by any manufacturers of any NOAC drug?
```

Protected - Subject to Further Protective Review

```
 1                  C E R T I F I C A T E
 2       This certification is valid only for
 3   a transcript accompanied by my original signature
 4   and original seal on this page.
 5       I, AURORA M. PERRIEN, Registered Professional
 6   Reporter, Certified Court Reporter, in and for the
 7   State of Louisiana, as the officer before whom
 8   this testimony was taken, do hereby certify that
 9   SAMMY KHATIB, M.D., after having been duly sworn
10   by me upon the authority of R.S. 37:2554, did
11   testify as hereinbefore set forth in the foregoing
12   105 pages; that this testimony was reported by me
13   in the stenotype reporting method, was prepared
14   and transcribed by me or under my personal
15   direction and supervision, and is a true and
16   correct transcript to the best of my ability and
17   understanding; that the transcript has been
18   prepared in compliance with transcript format
19   guidelines required by statute or by rules of the
20   board; and that I am informed about the complete
21   arrangement, financial or otherwise, with the
22   person or entity making arrangements for
23   deposition services; that I have acted in
24   compliance with the prohibition on contractual
25   relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

1   Civil Procedure Article 1434 and in rules and
2   advisory opinions of the board; that I have no
3   actual knowledge of any prohibited employment or
4   contractual relationship, direct or indirect,
5   between a court reporting firm and any party
6   litigant in this matter nor is there any such
7   relationship between myself and a party litigant
8   in this matter.  I am not related to counsel or to
9   the parties herein, nor am I otherwise interested
10  in the outcome of this matter.
11
12
13
14
15              AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25