UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' *EX PARTE* MOTION TO
FILE UNREDACTED MEMORANDUM UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file an unredacted Memorandum in Opposition to Plaintiffs' Motion to Preclude Expert Testimony about Potential Outcomes from Other Anticoagulants and all accompanying Exhibits, A-X, in the above-referenced matter under seal, as they contain references to the medical records and health conditions of a particular plaintiff, including copies of deposition testimony and reports from experts discussing the same.[1]  Accordingly, Defendants respectfully request that the unredacted Memorandum and all accompanying exhibits be filed under seal.

---

[1] A redacted copy of the Memorandum has been filed into the record.  *See* Rec. Doc. 5645.

00399091                                            1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
      SUSAN M. SHARKO
      600 Campus Drive
      Florham Park, New Jersey  07932
      Telephone:  ( 973) 549-7000
      Fax:  (973) 360-9831
      Susan.Sharko@dbr.com

      *Counsel for Defendants*
      *Janssen Pharmaceuticals, Inc., Janssen*
      *Research & Development, LLC, Janssen Ortho*
      *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
      Andrew Solow
      Steve Glickstein
      William Hoffman
      250 West 55th Street
      New York, New York 10019-9710
      Telephone: (212) 836-8485
      sglickstein@akps.com
      *Counsel  for Defendants Bayer Healthcare*
      *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
      James B. Irwin
      400 Poydras Street, Suite 2700
      New Orleans, LA 70130
      Telephone: (504) 310-2100
      jirwin@irwinllc.com
      *Defendants' Co-Liaison Counsel*

                                    **CHAFFE MC CALL L.L.P.**

                        By:  /s/ *John F. Olinde*_____
                              John F. Olinde
                              1100 Poydras Street, Suite 2300
                              New Orleans, LA 70163
                              Telephone: (504) 585-7241
                              olinde@chaffe.com
                              *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 6, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ James B. Irwin*
                                      **James B. Irwin**