UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Louviere v. Janssen, et al.,* | * | |
| **Case No. 2:15-cv-04790** | * | MAGISTRATE NORTH |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH &
DEVELOPMENT, LLC; JANSSEN ORTHO LLC; JOHNSON & JOHNSON;
BAYER PHARMA AG; AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S
MOTION FOR SUMMARY JUDGMENT [REC. DOC. 5395]
UNDER SEAL IN ITS ENTIRETY**

NOW COME Plaintiffs who submit that Plaintiffs' Response in Opposition to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals, Inc.'s Motion for Summary Judgment [Rec Doc. 5395], as well as all exhibits, contain and/or refer to or contain information that has been designated confidential. Accordingly, movers request that Plaintiffs' Response in Opposition to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals, Inc.'s Motion for Summary Judgment [Rec Doc. 5395], be filed UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be granted and that Plaintiffs' Response in Opposition to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals, Inc.'s Motion for Summary Judgment [Rec Doc. 5395] be filed UNDER SEAL in its entirety.

Respectfully submitted,

Dated: March 6, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**