UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Louviere v. Janssen, et al.,* **Case No. 2:15-cv-04790** | * * * * | MAGISTRATE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals, Inc.'s Motion for Summary Judgment [Rec Doc. 5395] Under Seal In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals, Inc.'s Motion for Summary Judgment [Rec Doc. 5395] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge