UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Louviere v. Janssen, et al.,* | * | |
| **Case No. 2:15-cv-04790** | * | MAGISTRATE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH &
DEVELOPMENT, LLC; JANSSEN ORTHO LLC; JOHNSON & JOHNSON;
BAYER PHARMA AG; AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S
MOTION FOR SUMMARY JUDGMENT [REC. DOC. 5395]**

# FILED UNDER SEAL IN ITS ENTIRETY