**Exhibit A**
**(Plaintiff Fact Sheets that Defendants Allege are Deficient)**

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Abbey, Angela | 2:16-cv-12317 | The Michael Brady Lynch Law Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 2. | Aguilar, Josefina | 2:16-cv-06591 | Lenze Kamerrer Moss, PLC. | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (Core Case Information) |
| 3. | Albers, Rodney H | 2:16-cv-06692 | Slater Slater Schulman LLP | Records provided do not show Xarelto use |
| 4. | Albright, Linda | 2:16-cv-7131 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 5. | Alexander, Jo Ann | 2:16-cv-09803 | Hissey Kientz | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 6. | Allen, Pauline | 2:16-cv-11915 | The Driscoll Firm | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 7. | Amos, Henry | 2:16-cv-06499 | The Driscoll Firm | Medical records provided do not demonstrate alleged injury |
| 8. | Anconetani, Jacqueline | 2:16-cv-12954 | The Mulligan Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | Bailey, Patricia | 2:16-cv-14494 | Gustafson Gluek PLLC | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | Bain, Cletus | 2:16-cv-13150 | Baron & Budd | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (Core Case Information) |
| 11. | Bates, Roland | 2:16-cv-3946 | The Schlemmer Firm, LLC | Medical records provided do not demonstrate alleged injury |
| 12. | Baughman, Emma | 2:16-cv-14171 | Wexler Wallace LLP | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (Core Case Information) |
| 13. | Beemen, Thelma L | 2:16-cv-06583 | Levin Papantonio | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 14. | Belton, Quennjarrus | 2:16-cv-12074 | Boudreau & Dahl | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |
| 15. | Blagmon, Mary | 2:15-cv-4727 | Sanders Phillips Grossman, LLC | Medical records provided do not demonstrate alleged injury |
| 16. | Bostad, Wayne | 2:16-cv-4485 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |
| 17. | Bowling, Edith | 2:16-cv-9480 | Beasley Allen | Failure to provide first and last name of representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (Core Case Information) |
| 18. | Brown, Gail | 2:16-cv-9394 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 19. | Chadwick, Anne | 2:16-cv-13851 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 20. | Clark, Karla | 2:16-cv-09188 | Childers, Schlueter & Smith LLC | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 21. | Clay, Robin | 2:16-cv-07745 | Childers, Schlueter & Smith LLC | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 22. | Cohen, Frances | 2:16-cv-09636 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |
| 23. | Crisp, Jean | 2:16-cv-9714 | The Driscoll Firm | Records provided do not show Xarelto use |
| 24. | Cunningham, John | 2:16-cv-9732 | Slater Slater Schulman LLP | Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (Core Case Information); Medical records provided do not demonstrate alleged injury |
| 25. | Daughtry, Donna | 2:16-cv-13393 | Wexler Wallace LLP | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information) |
| 26. | Dennis, Tina | 2:16-cv-13851 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 27. | Dunning, Mary | 2:16-cv-13906 | Wagstaff & Cartmell, LLC | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 28. | Evans, Crystal | 2:16-cv-10939 | Ferrer, Poirot & Wansbrough | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |
| 29. | Flowers, Joseph | 2:16-cv-11290 | Morgan & Morgan | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |
| 30. | Forward, Michael | 2:16-cv-13472 | Beasley Allen | Failure to provide proof that user received samples |
| 31. | Garland, Kejay | 2:16-cv-06591 | Lenze Kamerrer Moss, PLC. | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information) |
| 32. | Gilbert, Tempera | 2:16-cv-10636 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 33. | Graham, Julie | 2:16-cv-10035 | The Gallagher Law Firm LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (Core Case Information) |
| 34. | Hodge, Ruth | 2:16-cv-15732 | The Michael Brady Lynch Law Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 35. | Hollier, Sedia | 2:16-cv-8756 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 36. | Holmberg, Robert | 2:16-cv-08555 | The Cochran Firm - Birmingham | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year for each hospitalization identified; Failure to respond to question in Section I (Core Case Information) |
| 37. | Hoyt, Thomas | 2:16-cv-13352 | Wexler Wallace LLP | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (Core Case Information) |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 38. | Hudson, Leroy | 2:15-cv-3653 | Sanders Phillips Grossman, LLC | Failure to provide documentation supporting the authority of Xarelto user's representative to sign authorization on behalf of the user; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Medical records provided do not demonstrate alleged injury |
| 39. | Isaac, Kenneth | 2:16-cv-14414 | The Michael Brady Lynch Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | Isabell, James Ellis | 2:16-cv-13851 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 41. | James, Edward R | 2:16-cv-13221 | Baron & Budd | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information) |
| 42. | Jones, Cecilia | 2:16-cv-06495 | Slater Slater Schulman LLP | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 43. | Jones, Linda | 2:16-cv-8774 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 44. | Jones, Regina | 2:16-cv-7575 | Fears | Nachawati | Medical records provided do not demonstrate alleged injury |
| 45. | Kahl, James | 2:16-cv-10062 | The Gallagher Law Firm LLP | Failure to respond to question in Section I (Core Case Information); Medical records provided do not demonstrate alleged injury |
| 46. | Kenmure, Ralph | 2:16-cv-11267 | The Driscoll Firm | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 47. | Kokernak, Constance | 2:16-cv-11120 | The Driscoll Firm | Medical records provided do not demonstrate alleged injury |
| 48. | Koon, Lionel | 2:16-cv-13705 | Kelley & Ferraro LLP | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 49. | Lavoie, Richard F | | Fears | Nachawati | Failure to provide response containing city and state; Failure to respond to question in Section I (Core Case Information); Medical records provided do not demonstrate alleged injury |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
| --- | --- | --- | --- | --- |
| 50. | Lomboy, Cathy | 2:16-cv-13715 | Andrus Wagstaff | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 51. | Long, Marguerite | 2:16-cv-13711 | Kelley & Ferraro LLP | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified |
| 52. | Long, Monica | 2:16-cv-9086 | Slater Slater Schulman LLP | Medical records provided do not demonstrate alleged injury |
| 53. | Mackey, Mary | 2:16-cv-14234 | Douglas & London | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 54. | Martel, Jenette | 2:16-cv-9511 | The Driscoll Firm | Medical records provided do not demonstrate alleged injury; Records provided do not show Xarelto use |
| 55. | Mcardle, William | 2:16-cv-2592 | Beasley Allen | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 56. | Mccarty, Ray | 2:16-cv-12273 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 57. | Mcdaniel, Wanda | 2:16-cv-07318 | The Meyer Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 58. | Mcgee, Claud | 2:16-cv-12536 | The Cochran Firm - Birmingham | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information); Response provided does not match Xarelto user identified in complaint |
| 59. | Medrano, Susan | 2:16-cv-11005 | The Driscoll Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 60. | Molock, Talisha | 2:16-cv-102 | The Driscoll Firm | Medical records provided do not demonstrate alleged injury |
| 61. | Morris, Sue | 2:16-cv-9903 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information) |
| 62. | Morrow, Margaret | 2:16-cv-14111 | The Michael Brady Lynch Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 63. | Norris, Carl | 2:16-cv-13257 | The Mulligan Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

00399250                                           10

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 64. | Odai, Benjamin | 2:16-cv-06495 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury |
| 65. | Orange, Ronnie | 2:16-cv-13851 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 66. | Orgeron, Cynthia | 2:16-cv-13322 | Beasley Allen | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 67. | Payne Grindstaff, Peggy | 2:16-cv-14782 | Johnson Law Group | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 68. | Pietras, Bernice | 2:16-cv-09320 | Bartimus, Frickleton, & Robertson | Failure to provide proof that user received samples |
| 69. | Pitts, Moses | 2:16-cv-04701 | Beasley Allen | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 70. | Pope, Mary | 2:16-cv-00463 | Bernstein Liebhard LLP | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 71. | Richardson, Contota | 2:16-cv-12185 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 72. | Roberts, Mallie | 2:16-cv-8115 | The Driscoll Firm | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 73. | Rounds, Tanzia | 2:16-cv-1727 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 74. | Scott, Loren E | 2:16-cv-06495 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |
| 75. | Settles, Charles | 2:16-cv-14453 | The Gallagher Law Firm LLP | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |
| 76. | Sims, Harrison | 2:16-cv-8960 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified; Failure to provide response for each alleged diagnosis identified in PFS section I.D.1 |
| 77. | Sixberry, Carol R | 2:16-cv-12831 | The Mulligan Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
| --- | --- | --- | --- | --- |
| 78. | Smith, Renee | 2:16-cv-10116 | Slater Slater Schulman LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 79. | Stafford, Leslie | 2:16-cv-11044 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide first and last name of each prescribing physician identified |
| 80. | Stewart, Lydia | 2:16-cv-15629 | The Michael Brady Lynch Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 81. | Stokes, Dorothy | 2:16-cv-07598 | Stark & Stark | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 82. | Stubbs, Kristina | 2:16-cv-12082 | Johnson Becker | Failure to respond to question in Section I (Core Case Information); Medical records provided do not demonstrate alleged injury |
| 83. | Terrell, Brenda | 2:16-cv-10700 | Baron & Budd | Medical records provided do not demonstrate alleged injury |
| 84. | Thacker, Danny | 2:16-cv-10386 | Johnson Law Group | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 85. | Thigpen, Tammie | 2:16-cv-1017 | The Driscoll Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 86. | Thomas, Annie | 2:16-cv-8132 | Flint Law Firm, LLC | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) |
| 87. | Thompson, Michael | 2:16-cv-7891 | Slater Slater Schulman LLP | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 88. | Turman, Gladys | 2:16-cv-11052 | The Driscoll Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 89. | Vaughn, Edward | 2:16-cv-08770 | Ferrer, Poirot & Wansbrough | Medical records provided do not demonstrate alleged injury |
| 90. | Vertz, David | 2:16-cv-12229 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury |
| 91. | Walston, Yvonne | 2:16-cv-12232 | The Driscoll Firm | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Xarelto User | Docket No. | Law Firm Name | Reason for Deficiency Notice |
|---|---|---|---|---|
| 92. | Whitfield, Paul | 2:16-cv-10835 | The Gallagher Law Firm LLP | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information) |
| 93. | Wicks, Hattie | 2:16-cv-13851 | The Driscoll Firm | Medical records provided do not demonstrate alleged injury |
| 94. | Woodard, Brittany | 2:16-cv-15633 | The Michael Brady Lynch Law Firm | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 95. | Wright, Donnie | 2:16-cv-13851 | The Driscoll Firm | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 96. | Young, James | 2:16-cv-11081 | The Driscoll Firm | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |