UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## PLAINTIFFS' STEERING COMMITTEE'S MOTION TO UNSEAL THE DISPOSITIVE AND *DAUBERT* MOTIONS AND RELATED EXHIBITS

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who, as will be more fully shown in the accompany Memorandum in Support, respectfully submit that the dispositive and *Daubert* motions, along with related exhibits, filed under seal should be unsealed, deemed not designated Protected Information or Highly Protected Information and made a part of the this Court's record.

WHEREFORE, mover prays that this motion be granted and that the Court unseal and re-designate as non-confidential (no longer "protected" under PTO 12) all judicial records, including Defendants' Joint Motions for Partial Summary Judgement and *Daubert* Motion, as well as their memorandums in support and attached exhibits, and further unseal the PSC's responses and the attached exhibits to these motions, and any other documents that the Court deems appropriate for unsealing and re-designation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 7, 2017 | */s/ Leonard A. Davis*<br>Leonard A. Davis, Esq. (Bar No. 14190)<br>**HERMAN, HERMAN & KATZ, LLC**<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>Phone:  (504) 581-4892<br>Fax:  (504) 561-6024<br>Email:  ldavis@hhklawfirm.com |
|  | Gerald E. Meunier (Bar No. 9471)<br>**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA  70163-2800<br>Phone:  (504) 522-2304<br>Fax: (504) 528-9973<br>Email:  gmeunier@gainsben.com |
|  | ***Plaintiffs' Liaison Counsel*** |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**