# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE: XARELTO           :   MDL NO. 2593
      (RIVAROXABAN) PRODUCTS   :
 5    LIABILITY LITIGATION     :   SECTION L
                               :
 6    THIS DOCUMENT RELATES    :   JUDGE ELDON
      TO ALL CASES             :   E. FALLON
 7                             :
                               :
 8                             :   MAG. JUDGE NORTH
 9
10
11                    February 23, 2017
12                        PROTECTED
13          SUBJECT TO FURTHER PROTECTIVE REVIEW
14
15            Videotaped Deposition of CURT DANIEL
16    FURBERG, M.D., Ph.D., taken pursuant to notice, was
17    held at the Winston-Salem Marriott, 425 North Cherry
18    Street, Winston-Salem, North Carolina, beginning at
19    8:10 a.m., on the above date, before Karen K.
20    Kidwell, a Registered Merit Reporter, Certified
21    Realtime Reporter and Notary Public.
22
23
24                GOLKOW TECHNOLOGIES, INC.
              877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

Protected - Subject to Further Protective Review

```
 1    Ignore the Bates stamp pages for this purpose.
 2         A.    Okay.  Yeah.  There we are.  So I was on
 3    the pharmacy therapeutics committee from 2000 to
 4    2012, and then the outpatient prescription drug, 2003
 5    to 2012.
 6         Q.    Do you know what the formulary status of
 7    Xarelto was when you were on the committee once it
 8    was approved by FDA?
 9         A.    No.
10         Q.    Do you know what it is today?
11         A.    No.
12         Q.    Have you expressed any of your views about
13    Xarelto in the EINSTEIN study program to anybody at
14    the formulary -- Wake Forest formulary committee?
15         A.    As I said, I'm not discussing my -- my
16    involvement here and what I learned with anyone.
17         Q.    Well, Doctor, you agree that patient
18    safety with respect to the use of prescription
19    drugs -- I mean, it's a very important consideration,
20    right?
21         A.    Yes.
22         Q.    In fact, you would agree with me it's
23    important to protect patients from taking drugs with
24    questionable benefits --
25         A.    Yeah.
```

Protected - Subject to Further Protective Review

```
 1        Q.    -- and considerable safety risks, right?
 2        A.    Yeah.
 3        Q.    And it's fair to say you've devoted a big
 4   portion of your career to clinical trials in part
 5   because of your interest in patient safety, right?
 6        A.    Yeah.  And FDA and in science and so on,
 7   yes.
 8        Q.    Okay.  But as you sit here now, you're
 9   telling me that the concerns that you've expressed
10   about Xarelto -- well, let me ask you, do you think
11   the opinions you've expressed by Xarelto with respect
12   to the EINSTEIN program have an effect on patient
13   safety?
14        A.    Yes.
15              MR. GRAND:  Way outside the scope of his
16        report.
17              THE WITNESS:  Let me take that back.
18              MR. GRAND:  Hold on.  Hold on.
19              What does that have to do with anything?
20              MR. HOROWITZ:  Is that objection?  Form?
21              MR. GRAND:  It's an objection to form.  I
22        mean, are you going to ask him what his favorite
23        color is?
24              MR. HOROWITZ:  I might.
25
```

```
 1   BY MR. HOROWITZ:
 2          Q.   Doc, what's your favorite color?
 3          A.   The -- could you repeat the question?
 4          Q.   I'll try.
 5          A.   Something about --
 6          Q.   Yeah.
 7          A.   -- do I believe that Xarelto has safety
 8   issues?
 9          Q.   Yeah, Doctor.  I guess my question is,
10   you've expressed specific opinions about the -- and
11   maybe I'll ask it this way, in light of your
12   counsel's objection.
13               Are you not offering any opinions in this
14   case that relate to the EINSTEIN study program and
15   the safety of patients based on FDA's approval of the
16   EINSTEIN study programs?
17          A.   I've said over and over again, my views
18   are in the report.  I have not talked about the
19   report with anyone outside Jeff and the lawyers.  And
20   I'm obliged -- it's a confidentiality thing.  After
21   this one is settled, this case, I may.  I don't know.
22   I haven't -- let's see when we get there.
23          Q.   Well, do you believe that your opinions
24   that you've offered in your report could have some
25   impact or effect on patient safety?
```

Protected - Subject to Further Protective Review

```
 1        A.    Yes.
 2        Q.    But you're keeping them to yourself for
 3   now, right?
 4              MR. GRAND:   Objection.
 5              THE WITNESS:   I've said I expressed my
 6   views, and we'll see what comes out of the
 7   hearing.  I'm very, very interested in knowing
 8   what the bottom line is in terms of overall
 9   safety and benefit, and I -- and I have -- I
10   don't -- I don't know.  I'm -- where we're going
11   to end up.  I think we need a -- to learn more
12   about that.
13              MR. HOROWITZ:   Why don't we take a short
14   break, and I got to get a little organized
15   again.
16              THE WITNESS:   Sure.
17              MR. GRAND:   Talk about breaking for lunch
18   or --
19              VIDEOGRAPHER:   The time is 11:14.  We're
20   going off the record.
21              (A recess transpired from 11:14 a.m. until
22              11:26 a.m.)
23              VIDEOGRAPHER:   We are at a total of 2
24   hours and 48 minutes.  One moment please.
25              The time is 11:26.  We are on record.
```