# EXHIBIT D

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    IN RE:  XARELTO           )
 4  (RIVAROXABAN) PRODUCTS    )
    LIABILITY LITIGATION       )   MDL No.:  2592
 5                             )   Section:  L
                               )   Judge Eldon E. Fallon
 6                             )   Mag. Judge North
                               )
 7  THIS DOCUMENT RELATES      )
    TO ALL CASES              )
 8

 9

10

11  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12                      VOLUME I
13

14     Videotaped Deposition of LAURA M. PLUNKETT,
15  Ph.D., taken on Tuesday, December 6, 2016, in the
16  office of The Lambert Firm, A.P.L.C., 701 Magazine
17  Street, New Orleans, Louisiana 70130, commencing
18  at 8:02 a.m.
19

20

21

22

23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

Protected - Subject to Further Protective Review

```
 1   was stated, what -- what opinions were expressed,
 2   what data was described.  Yes.
 3        Q.  Have you ever spoken with any of the
 4   medical officers at FDA who reviewed Xarelto?
 5        A.  In any context?
 6        Q.  No.  With respect to Xarelto.
 7        A.  Oh.  With respect to Xarelto, no.
 8        Q.  Did you ever talk to the clinical
 9   pharmacology reviewer or review team at FDA with
10   respect to Xarelto?
11        A.  No.  I did not.
12        Q.  Have you ever informed any of those folks
13   of your opinions about Xarelto?
14            MR. DENTON:
15                I object to the form.  You know
16            everything is stamped confidential.  She
17            couldn't do it if she had the opportunity.
18            MR. HOROWITZ:
19                Hey, don't coach.
20            MR. DENTON:
21                No.
22            MR. HOROWITZ:
23                You can say objection, form.  We've
24            been letting you go.  Don't coach her.
25            MR. DENTON:
```

               Protected - Subject to Further Protective Review

```
 1                   You're not letting --
 2           MR. HOROWITZ:
 3                   You're planting --
 4           MR. DENTON:
 5                   -- me go.
 6           MR. HOROWITZ:
 7                   -- that seed.
 8           MR. DENTON:
 9                   No.  No.  No.  No.  No.  No.  No.  No.
10           MR. HOROWITZ:
11                   Hey --
12           MR. DENTON:
13                   I have not --
14           MR. HOROWITZ:
15                   -- Roger.
16           MR. DENTON:
17                   Don't hey me.
18           MR. HOROWITZ:
19                   I'm heying you.
20           MR. DENTON:
21                   Don't hey me.
22           MR. HOROWITZ:
23                   You -- you need to be heyed.  A little
24           objection, form, that's fine.  I'm going
25           to let -- don't coach her, Brother.  Come
```

Protected - Subject to Further Protective Review

```
 1          on.
 2          MR. DENTON:
 3              I'm not -- I'm not coaching anybody.
 4          But you know all your documents are
 5          stamped confidential.  She's -- and you
 6          then want to ask her if she shared that
 7          with anybody, trying to get her to say
 8          she --
 9          MR. HOROWITZ:
10              Just --
11          MR. DENTON:
12              -- violated a court order or
13          something.  That's ridiculous.
14          MR. HOROWITZ:
15              All right.  Roger, no more speeches.
16          MR. DENTON:
17              I'm -- I'm going to object as
18          necessary, Jeff.
19          MR. HOROWITZ:
20              Yeah.  But you're not going to give
21          speeches.  We're going to have to shut it
22          down or get the judge on the phone.
23          MR. DENTON:
24              I'm happy to --
25          MR. HOROWITZ:
```

1                 You're giving me a headache.
2          MR. DENTON:
3              -- to get the judge on the phone.
4          MR. HOROWITZ:
5              Okay.
6          MR. DENTON:
7              I'm sorry for giving you a headache.
8   BY MR. HOROWITZ:
9       Q.  So -- so --
10         MR. DENTON:
11             But I am going to object.
12  BY MR. HOROWITZ:
13      Q.  -- Dr. Plunkett, let's go back to my
14  questions.  I can't remember where I was.
15             But you never spoke to the ClinPharm
16  reviewer or the medical officers who reviewed
17  Xarelto about your opinions of Xarelto; correct?
18      A.  No.  I already answered that for you.
19      Q.  Okay.  And you've never offered these
20  opinions that you're offering in your report in
21  this litigation anywhere else other than in this
22  litigation.  Is that fair?
23      A.  At this point in time that is true.  Yes.
24      Q.  And you didn't hold these opinions -- I
25  think we talked about that -- before you were

Protected - Subject to Further Protective Review

1        addresses that from FDA.  I have seen
2        peer-reviewed published literature,
3        however, that describes the utility of
4        prothrombin time in -- as a monitoring
5        tool.  In fact, back in 2005, the company
6        themselves had a publication that -- that
7        dealt with this issue.
8   BY MR. HOROWITZ:
9        Q.  Have you -- other than writing in your
10  report this opinion about the use of PT as a means
11  by which to monitor Xarelto and make dose
12  adjustments, have you published it anywhere
13  outside of this litigation?
14       A.  Not at this point in time.  No.  I have
15  not.  Again, part of it is because my opinions
16  have been formed based on some confidential
17  information I have reviewed.
18       Q.  Well, that PT analysis and the ROCKET data
19  that you keep referring to from FDA, that's in
20  publicly available documents; right?
21       A.  That is.  Yeah.  That is true.
22       Q.  Okay.  And the literature that you rely
23  upon, that's publicly available; right?
24       A.  Yes.  The publish -- the peer-reviewed
25  literature is.  Yes.

Protected - Subject to Further Protective Review

```
 1      Q.  Okay.  Have you subjected your opinions
 2   that you are offering with respect to prothrombin
 3   time assays and using them to monitor rivaroxaban
 4   and make dose adjustments?  Have you subjected
 5   those theories to peer review?
 6           MR. DENTON:
 7               Object to --
 8           THE WITNESS:
 9               I have not --
10           MR. DENTON:
11               -- the form.
12           THE WITNESS:
13               -- written a paper and submitted it at
14           this point in time.  No.
15   BY MR. HOROWITZ:
16      Q.  Do you agree that Phase 3 trials are
17   necessary to prove the safety and efficacy of a
18   drug?
19           MR. DENTON:
20               Object to the form.
21           THE WITNESS:
22               Based on the current regulatory
23           standards, yes.
24   BY MR. HOROWITZ:
25      Q.  And do you believe Phase 3 trials are
```