# EXHIBIT E

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3                     - - -
 4
       IN RE:  XARELTO          :   MDL NO. 2592
 5     (RIVAROXABAN) PRODUCTS   :
       LITIGATION               :   SECTION L
 6                              :
       THIS DOCUMENT RELATES    :   JUDGE ELDON
 7     TO ALL CASES             :   E. FALLON
                                :
 8                              :
                                :   MAG. JUDGE
 9                              :   NORTH
10
                     - - -
11
              December 15, 2016
12
                     - - -
13
              - PROTECTED -
14
   - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16            Videotaped deposition of
   DAVID A. KESSLER, M.D., taken pursuant to
17 notice, was held at the law offices of
   Douglas & London, 59 Maiden Lane, New
18 York, New York, beginning at 8:39 a.m.,
   on the above date, before Michelle L.
19 Gray, a Registered Professional Reporter,
   Certified Shorthand Reporter, Certified
20 Realtime Reporter and Notary Public.
21                   - - -
22         GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
23            deps@golkow.com
24
```

Protected - Subject to Further Protective Review

```
 1                    MS. JEFFCOTT:  It won't take
 2        but a second.
 3   BY MR. ZELLERS
 4        Q.      Are you ready to continue,
 5   Doctor?
 6        A.      Yes.
 7        Q.      In Section 4 of your report,
 8   Pages 80 to 83.
 9        A.      Pages?
10        Q.      Pages 80 to 83, you set
11   forth your conclusions.
12        A.      Yes.
13        Q.      The footnote states that
14   this is not meant to be an exhaustive
15   list and that the entirety of your report
16   contain your opinions.
17        A.      Yes.
18        Q.      Have you ever published
19   these opinions outside of the work you're
20   doing in this litigation matter?
21        A.      We're -- are we not under a
22   protective order?
23        Q.      We are under a protective
24   order.
```

Protected - Subject to Further Protective Review

1     A.    Okay.  How could -- so --
2  I'm sorry.  I'm permitted to publish my
3  opinions?
4     Q.    My question to you is, you
5  have only expressed your opinions with
6  respect to Xarelto in this litigation.
7  Is that fair?
8     A.    Well, so -- let's divide
9  these opinions up into two things.
10          There may be -- let me just
11 take a look.  So there are certain
12 opinions, for example, 198 and 199, that
13 I think you could probably find those
14 opinions in the law, the article that I
15 did, you know, that was cited -- you
16 know, I mean in certain -- just briefs,
17 and maybe the court ultimately cited a
18 footnote.
19          So those are opinions that I
20 have held and talked about publicly.
21          My understanding is that the
22 basis that my -- the discovery basis, the
23 discovery documents that I reviewed in
24 this matter are subject to a protective

Protected - Subject to Further Protective Review

1   order, so at least my understanding,
2   unless you're releasing me right now, I
3   mean, I could not, I mean, talk about
4   what I talk about in this report publicly
5   unless I misunderstand, except for those
6   general areas of law that I think are
7   applicable, for example in 198 and 199.
8        Q.   The opinions that you
9   express in your report as they relate
10  specifically to Xarelto, those were
11  developed once you were retained by
12  plaintiffs and as you had access to the
13  materials which you reviewed, correct?
14       A.   Exactly.  I looked at -- I
15  was given that record and was able to
16  review that record and make certain
17  opinions based on that record, which to
18  my understanding is confidential.
19       Q.   Your report includes 20
20  schedules.  We talked briefly about
21  those --
22       A.   Yeah.
23       Q.   -- at the outset.
24       A.   Yeah.  Yes.

Protected - Subject to Further Protective Review

1        Q.    Okay.  You are currently
2   employed at the University of California
3   in San Francisco as a professor of
4   biostatistics?
5        A.    I am.
6        Q.    Do you have colleagues there
7   who are statisticians?
8        A.    Certainly there are
9   colleagues that I have on my academic
10  work I've used to do biostatistics.
11       Q.    And you certainly have
12  access to statisticians who are not by
13  and through the plaintiffs' lawyers who
14  retained you for this litigation, fair?
15       A.    I -- you know, I'd be very
16  happy to -- these documents that I have
17  and these charts are subject to a
18  protective order.  I'm not free to give
19  these documents or these numbers to
20  anybody.
21       Q.    So that's your rationale for
22  not independently getting these looked at
23  by a statistician?  You're saying that
24  the data that's in these documents that

Protected - Subject to Further Protective Review

1   you relied upon is confidential.  Is that
2   your testimony?
3           MS. JEFFCOTT:  Objection to
4       form.
5           THE WITNESS:  Well,
6       certainly this clinical set of
7       data, both of these clinical sets
8       of data, my understanding, are
9       subject to protective orders.
10          I do think -- you know, I
11      thought it would be helpful to
12      have an odds ratio.  FDA did a
13      statistical analysis.  All the
14      stuff confirms, you know -- again,
15      to Mr. Zellers' point, you know,
16      earlier, and you just --
17  BY MR. HOROWITZ:
18      Q.   Doctor, doctor, I've got to
19  cut you off because you are not answering
20  my question.
21      A.   Well, but you need to know
22  this is part -- this is part --
23      Q.   For the record, I just want
24  you to know I am going to ask for more