# EXHIBIT F

```
     0001
01:                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF LOUISIANA
02:                     MDL No. 2592, Section L
03:
            *********************************************
04:                 IN RE:  XARELTO (RIVAROXABAN)
                      PRODUCTS LIABILITY LITIGATION
05:              THIS DOCUMENT RELATES TO ALL CASES
            *********************************************
06:                           - PROTECTED -
07:            - SUBJECT TO FURTHER PROTECTIVE REVIEW -

                                - - -
08:
                       TUESDAY, NOVEMBER 8, 2016
09:
                    FRANK W. SMART, MD, FACC, FACP
10:
                                - - -
11:
12:
13:
14:
15:
16:
17:          Videotaped / Realtimed Deposition of FRANK W.
18:     SMART, MD, FACC, FACP, held at the Lambert Law Firm,
19:     701 Magazine Street, New Orleans, Louisiana,
20:     commencing at 9:05 a.m., on the above date, before
21:     Pat English-Arredondo, CSR, RMR, CRR, CCR.
22:                              - - -
23:                    GOLKOW TECHNOLOGIES, INC.
24:               877.370.3377 ph | 917.591.5672 fax
25:                       Deps@golkow.com
```

```
0259
01:       A.    No, ma'am.
02:       Q.    Have you published your opinion that Xarelto
03:   is not reasonably safe?
04:             MR. DENTON:  He would love to.  Will
05:   you -- would you be happy to withdraw all the
06:   confidential designations?
07:             MS. DU PONT:  Object to commentary of
08:   counsel.
09:             MR. DENTON:  No.  You asked him is he
10:   willing to publish it.  You bet he is, but he can't
11:   because you won't --
12:             MS. DU PONT:  Objection.  Please.
13:   You're not testifying.  Are you going to testify for
14:   your expert witness?
15:             MR. DENTON:  It's a completely
16:   inappropriate question.
17:             MS. DU PONT:  It's not an inappropriate
18:   question.
19:             MR. DENTON:  Dedesignate the documents,
20:   he'd be happy to publish.
21:             MS. MOORE:  Counsel, I'm going to use a
22:   Trump objection:  Wrong.
23:       Q.    (By Ms. Du Pont)  Can you just answer my
24:   question?  Have you published --
25:       A.    I have not published it.
```

0260

01:            Q.    Hold on.  Hold on.  Have you published your
02:     opinion, Doctor, that Xarelto is not reasonably safe in
03:     the peer-reviewed literature?
04:            A.    No, ma'am, I have not.
05:            Q.    Have you presented at a scientific conference
06:     that Xarelto is not reasonably safe?
07:            A.    No, ma'am, I have not.
08:            Q.    In fact, you haven't published that Xarelto
09:     has the narrowest therapeutic range of any NOAC,
10:     correct?
11:            A.    I don't believe I've ever published the words
12:     "Xarelto" in any peer-reviewed paper.
13:            Q.    And the only time you've offered the opinions
14:     that we've talked about today are in this litigation,
15:     correct?
16:            A.    No, ma'am.
17:            Q.    The only time you've published the opinions?
18:            A.    I have not published anything in this
19:     litigation today.  So I've offered those opinions to
20:     residents and other staff members just like I'm
21:     offering an opinion today.
22:                  Unless I'm wrong, this isn't a
23:     publication and -- and so I have not published it.
24:     And -- and I have offered the same opinion to my
25:     colleagues and my trainees that you've heard here

0261

01:     today.

02:         Q.    But you haven't -- but you haven't written to

03:     them and expressed that opinion, correct?

04:         A.    That is correct.

05:         Q.    You talked a little earlier how you had had

06:     three to four patients on Xarelto that had experienced,

07:     I believe, GI bleeding events?

08:         A.    Yes, ma'am.

09:         Q.    Did you report any of those events to the

10:     FDA?

11:         A.    No, ma'am.

12:         Q.    Don't you feel you have an obligation to

13:     report adverse events like that to the FDA?

14:         A.    No, ma'am.

15:                   MR. DENTON:  Object to the form.

16:                   MS. DU PONT:  I'm just going to take a

17:     little break.  I don't think I have much more.

18:                   THE VIDEOGRAPHER:  Going off the record

19:     at 3:19.

20:              (Recess taken at 3:19 p.m., resuming at

21:              3:51 p.m.)

22:                   THE VIDEOGRAPHER:  We are now back on

23:     the record.  The time is 3:51.

24:         Q.    (By Ms. du Pont)  Doctor, have you been paid

25:     any money by the plaintiffs' counsel in this case for