UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Court unseals and re-designates as non-confidential (no longer "protected" under PTO 12) all judicial records, including Defendants' Joint Motions for Partial Summary Judgement and *Daubert* Motion, as well as their memorandums in support and attached exhibits and further unseal the PSC's responses and the attached exhibits to these motions.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge