**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**MOTION FOR LEAVE TO FILE**
**UNREDACTED VERSION OF MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO**
**UNSEAL THE DISPOSITIVE AND *DAUBERT* MOTIONS AND**
**RELATED EXHIBITS UNDER SEAL**

NOW COME the Plaintiffs' Steering Committee ("PSC"), who submit that on March 7, 2017, Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits [Rec. Doc. 5653] ("Unseal Motion") was filed into the record. The Memorandum in Support of Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits [Rec. Doc. 5653-1] ("Memo in Support") was filed with confidential information redacted. The unredacted version of the Memo in Support refers to or contains information that has been designated confidential. Accordingly, movers request that the unredacted version of the Memo in Support be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that the unredacted version of the Memorandum in Support of Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits [Rec. Doc. 5653-1] be filed UNDER SEAL.

Respectfully submitted,

Dated:  March 7, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**