UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## O R D E R

Considering the Motion for Leave to File Unredacted Version of Memorandum in Support of Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits Under Seal;

IT IS ORDERED BY THE COURT THAT the motion is GRANTED and the unredacted version of the Memorandum in Support of Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits [Rec. Doc. 5653-1] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge