IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

**SUSAN MCGEE** (Bundled Joint Complaint, No. 2:16-cv-05999)

## CONSENT MOTION TO SUBSTITUTE PARTY

COMES NOW the plaintiff in the above-styled cause, by and through their undersigned counsel, and, with the consent of the defendants, move the Court for an order substituting Claud McGee as the named plaintiff in the bundled joint complaint in No. 2:16-cv-05999 in place of Susan McGee, who is presently named in that complaint. For grounds and in support of this motion, plaintiffs say as follows:

1. On May 16, 2016, plaintiffs filed a bundled joint complaint (No. 2:16-cv-05999), which named in the caption and in paragraph 41 thereof, plaintiff Susan McGee as the injured party.

2. The allegations relative to Susan McGee were made in error, and misidentified the actual injured party.

3. The actual injured party to whom paragraph 41 of the bundled joint complaint relates is Claud McGee, the spouse of Susan McGee.

4. In accordance with the Court's orders, on July 8, 2016, plaintiffs filed an individual short-form complaint (No. 2:16-cv-12536) in which Claud McGee was named and identified as the plaintiff and injured party.

1

5. The bundled joint complaint (No. 2:16-cv-05999) should be amended to delete all references to Susan McGee as the injured party, and to substitute Claud McGee as the injured party. The factual allegations in both paragraph 41 of the bundled joint complaint (No. 2:16-cv-05999) and in the individual short-form complaint (No. 2:16-cv-12536) relate to the injured party Claud McGee and same do not require amendment.

WHEREFORE, premises considered, in order to correct the undersigned counsel's mistake in the bundled joint complaint (No. 2:16-cv-0599), and to allow the submission of the required documents through MDL Centrality relative to Claud McGee, plaintiffs, with the consent of the defendants, move the Court for an order substituting Claud McGee for Susan McGee in the bundled joint complaint (No. 2:16-cv-05999). A proposed order relating to this motion is filed herewith.

Respectfully submitted,

**/s/ Michael Allsup**
Michael Allsup
Alabama Bar No. ASB-3951-L42M
michael.allsup@jacobymeyers.com

Jacoby & Meyers, LLC
1929 Third Avenue North, Suite 800
Birmingham, Alabama 35203-5009
Telephone (205) 380-7070
Facsimile (205) 244-1171

## CERTIFICATE OF SERVICE

I certify that, on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this proceeding.

**/s/ Michael Allsup**
Michael Allsup