Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:   L ) JUDGE FALLON ) MAG. JUDGE NORTH ) |
| THIS DOCUMENT RELATES TO: *Jacqueline Anconetani v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12954  *Carl Norris v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13257  *Carol Sixberry v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12831 | ) **RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH  ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES AND REQUEST FOR ADDITIONAL TIME TO CURE ALLEGED DEFICIENCIES** |

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice.  Docket No. 5660.  Three plaintiffs represented by The Mulligan Law Firm are subject to the show cause order.  For each of these plaintiffs, the sole alleged PFS deficiency is the absence of a signed verification.  Mulligan seeks an additional 60 days to cure this alleged deficiency for these three plaintiffs:  Jacqueline Anconetani (No. 8 on Exhibit A to the show cause order [Docket No. 5660-1]), Carl Norris (No. 63), and Carol Sixberry (No. 77).

**Response to Show Cause Order**                                                                                                  Page 1

The only alleged PFS deficiency in each of these three cases is the absence of a signed declaration from the plaintiff. Importantly, no substantive deficiency is alleged in any of these cases regarding product identification or proof of a Xarelto-related injury. Indeed, in each of the three cases, Mulligan produced a complete PFS including PID and injury records.[1] Mulligan was able to prepare each such PFS because each plaintiff cooperated with Mulligan in the obtaining of such records. In other words, these are not cases where the plaintiff failed to provide a PFS, which can be taken as evidence that the plaintiff is not interested in pursuing her Xarelto-related claims. Rather, these are instances where the plaintiffs have been temporarily non-responsive and Mulligan is taking all reasonable steps to obtain the needed signed declaration.

Under these circumstances, Mulligan respectfully requests that the Court grant a 60-day extension of time to allow each of these three plaintiffs to cure the alleged deficiency.

DATED: March 8, 2017                                       THE MULLIGAN LAW FIRM


                                                    By:    /s/ *Charles G. Orr*
                                                           Charles G. Orr
                                                           Attorney for Plaintiffs

---

[1] The completed PFS can be accessed on the MDL Centrality Portal for each of the three plaintiffs by Claimant ID and Document ID number:

- Anconetani, Jacqueline (Claimant ID 7794) – Document ID 275507
- Norris, Carl (Claimant ID 14182) – Document ID 273800
- Sixberry, Carol (Claimant ID 15149) – Document ID 275844

**Response to Show Cause Order**                                                                Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2017, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          By:    /s/ *Charles G. Orr*
                                                                     Charles G. Orr
                                                                     Attorney for Plaintiffs