# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) |
| *Jacqueline Anconetani v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12954 | ) |
| *Carl Norris v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13257 | ) |
| *Carol Sixberry v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12831 | ) |

## ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO CURE ALLEGED DEFICIENCIES

The Court, after considering Plaintiff's Response to Show Cause Order Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies and Request for Additional Time to Cure Alleged Deficiencies, as well as any other pleadings related thereto, finds that Plaintiffs' request for additional time is well-taken. It is therefore ORDERED THAT: Plaintiffs Jacqueline Anconetani, Carl Norris, and Carol Sixberry shall have 60 days from the date this Order is signed to cure the alleged deficiencies in their respective Plaintiff Fact Sheets.

Dated: _____     _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge