# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ralph Cottingham

CA# 2:16-cv-15445

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Dora Cottingham, as surviving spouse and personal representative of the Estate of Ralph Cottingham, is substituted for Plaintiff Ralph Cottingham in the above captioned cause.

New Orleans, Louisiana this 7th day of March, 2017.

                                                                        **HON. ELDON E. FALLON**
                                                                        United States District Court Judge