UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | JUDGE ELDON E. FALLON |
| MARY J. WERTZ : | |
| CIVIL CASE NO.: 2-16-cv-12520 : | MAGISTRATE JUDGE NORTH |
| : | |
| _____: | **JURY TRIAL DEMANDED** |

### ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion to Substitute William Donald Wertz, as Personal Representative of the Estate of Mary J. Wertz, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute and request for leave to file an amended complaint is **HEREBY GRANTED**.

The Clerk is hereby directed to correct the caption to reflect the proper party as "William Donald Wertz, Personal Representative of the Estate of Mary J. Wertz," Plaintiff.

New Orleans, Louisiana this 7th day of March, 2017.

*[signature: Eldon E. Fallon]*

Honorable Eldon E. Fallon
United States District Court Judge