# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L** |
| **THIS DOCUMENT RELATES TO:**<br><br>MICHAEL FLOYD v. JANSSEN RESEARCH & DEVELOPMENT, LLC., et al., No. 2:15-cv-04678 | **JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

## ORDER

IT IS ORDERED that Plaintiff's Motion For Leave to File First Amended Individual Complaint, which is unopposed, by Plaintiff Michael Floyd is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the records in this matter.

NEW ORLEANS, LOUISIANA, this 7th day of March, 2017.

_____
**UNITED STATES DISTRICT JUDGE**