IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN** | ) | MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE MICHAEL NORTH |
| _____ | ) | |

THIS DOCUMENT RELATES TO:

**SUSAN MCGEE** (Bundled Joint Complaint, No. 2:16-cv-05999)

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

This matter, having come before the Court on the consent motion to substitute Claud McGee for and in place of Susan McGee in the bundled joint complaint in No. 2:16-cv-05999, and the Court being fully advised in the premises, it is hereby

ORDERED that the motion is GRANTED, and Claud McGee is substituted for an in place of Susan McGee in the joint complaint in No. 2:16-cv-05999.

DONE and ORDERED at New Orleans, Louisiana, this  8th  day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1