# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2592 SECTION: L |
| 2:14-md-02592-EEF-MBN ) | JUDGE ELDON E. FALLON |
| ) ) ) | MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**ALICIA MUNOZ-GONZALEZ**

**Civil Action No.: 2:16-cv-12267-EEF-MBN**

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COME NOW, Roger W. Orlando and O. Mark Zamora of The ORLANDO Firm, PC and formally enter their appearance as counsel for Plaintiff in the above captioned matter.

Dated: March 9, 2017

Respectfully submitted,

The ORLANDO Firm, PC

*/s/ Roger W. Orlando*
Roger W. Orlando
Georgia Bar No. 554295

*/s/ O. Mark Zamora*
O. Mark Zamora
Georgia Bar No. 784239
*Attorneys for Plaintiff*

The ORLANDO Firm, PC
315 West Ponce de Leon Ave.
Suite 400
Decatur, GA 30030
(404) 373-1800
roger@orlandofirm.com
markzamora@orlandofirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>*/s/ Roger W. Orlando*
>Roger W. Orlando
>Georgia Bar No. 554295
>
>*/s/ O. Mark Zamora*
>O. Mark Zamora
>Georgia Bar No. 784239
>*Attorneys for Plaintiff*

The ORLANDO Firm, PC
315 West Ponce de Leon Ave.
Suite 400
Decatur, GA 30030
(404) 373-1800
roger@orlandofirm.com
markzamora@orlandofirm.com