MINUTE ENTRY
FALLON, J.
MARCH 8, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, and Andy Birchfield. Defendants were represented by Jim Irwin, John Olinde, Susan Sharko, Steve Glickstein, and Andy Solow.

At the conference, the Court discussed (1) issues raised by the PSC on the protective order and sealing of filed documents, and the scheduling of a motion on such issues; and (2) motions that are to be orally argued at the hearing on March 23 and the structure of that hearing.

As discussed in the conference, **IT IS ORDERED** that the submission date for Plaintiffs' Motion to Unseal the Dispositive and Daubert Motions and Related Exhibits is **CONTINUED** to be reset at a later date.

The status conference was transcribed by Court Reporter Toni Tusa. To obtain a copy of the transcript, contact Ms. Tusa at (504) 589-7778.

JS10(00:23)