**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 4. | Albergo, Anthony | 2:16-cv-06544 |
| 5. | Anderson, Channette | 2:16-cv-09377 |
| 11. | Atkins, Anthony | 2:16-cv-06605 |
| 12. | Austin, Raymond | 2:16-cv-11926 |
| 13. | Bailey, Joann | 2:16-cv-00113 |
| 14. | Bailey, Ora | 2:16-cv-12076 |
| 17. | Baker, Robert | 2:16-cv-12079 |
| 19. | Balcerzak, Stephen | 2:16-cv-11933 |
| 23. | Barnes, Buford | 2:16-cv-03091 |
| 25. | Barnes, Joyce | 2:16-cv-10863 |
| 26. | Barragan, Cecilia | 2:16-cv-10865 |
| 29. | Bazan, Normalinda | 2:16-cv-08667 |
| 31. | Bethly, Jonathan | 2:16-cv-8672 |
| 33. | Bitetto, Gary | 2:16-cv-11602 |
| 38. | Blaine, John | 2:16-cv-10873 |
| 39. | Blair, Billie | 2:16-cv-08680 |
| 40. | Blair, Kathy | 2:16-cv-09392 |
| 45. | Bowling, Georgia | 2:16-cv-10879 |
| 48. | Bradley, Brinda | 2:16-cv-09654 |
| 50. | Bray, Margaret | 2:16-cv-11936 |
| 51. | Broadwell, Linda | 2:16-cv-12251 |
| 55. | Brown, Irene | 2:16-cv-10880 |
| 56. | Brune, James | 2:16-cv-09398 |
| 58. | Bryant, Robert | 2:16-cv-11690 |
| 59. | Budd, James | 2:16-cv-11144 |
| 69. | Carnes, Charles | 2:16-cv-10882 |
| 72. | Carter, Florence | 2:16-cv-11152 |
| 75. | Chappelear, Evelyn | 2:16-cv-09414 |
| 79. | Chuculate, Gwendolyn | 2:16-cv-09417 |
| 81. | Clemons, Chris | 2:16-cv-2180 |
| 84. | Coates, Deborah | 2:16-cv-09707 |
| 85. | Coffman, Mary | 2:16-cv-09419 |
| 87. | Compton, Susan | 2:16-cv-11754 |
| 88. | Conley, Mary | 2:16-cv-09425 |
| 89. | Cook, Moody | 2:16-cv-11944 |
| 92. | Cox, Tommie | 2:16-cv-09712 |
| 93. | Crisp, Jean | 2:16-cv-09714 |

| | | |
|---|---|---|
| 95. | Cubbage, Kristan | 2:16-cv-08701 |
| 96. | Curtis, Michael | 2:16-cv-10890 |
| 97. | Cutshall, Perry | 2:16-cv-12099 |
| 98. | Daniels, Fred | 2:16-cv-09716 |
| 103. | Dean, David | 2:16-cv-10891 |
| 104. | Dearmon, William | 2:16-cv-10894 |
| 111. | Dinkins, Henry | 2:16-cv-11173 |
| 114. | Duby, Suzanne | 2:16-cv-10896 |
| 116. | Dunlap, Aaron | 2:16-cv-09718 |
| 119. | Dusenberry, Ronald | 2:16-cv-09719 |
| 121. | Edwards, Donald | 2:16-cv-10898 |
| 125. | Eldridge, Robert | 2:16-cv-08707 |
| 130. | Faure, Emma | 2:16-cv-09722 |
| 131. | Felton, Edwina | 2:16-cv-09436 |
| 132. | Fields, Garolyn | 2:16-cv-08716 |
| 135. | Fowlkes, William | 2:16-cv-11178 |
| 136. | Francis, Michael | 2:16-cv-10902 |
| 140. | Gaddis, Bobby | 2:16-cv-09443 |
| 141. | Garcia, Elba | 2:16-cv-12107 |
| 142. | Garcia, Pedro | 2:16-cv-10907 |
| 143. | Gardner, Kim | 2:16-cv-09729 |
| 144. | Garza, Carlos | 2:16-cv-01003 |
| 147. | Gatten, Delmas | 2:16-cv-01007 |
| 151. | Gilchrist, Helen | 2:16-cv-12261 |
| 152. | Glenn, Mattie | 2:16-cv-11182 |
| 153. | Gomez, Herbert | 2:16-cv-11953 |
| 154. | Gonzalez, Ruben | 2:16-cv-12114 |
| 155. | Gonzalez, Sixto | 2:16-cv-11184 |
| 156. | Goode, Renia | 2:16-cv-08733 |
| 163. | Green, Reginald | 2:16-cv-12136 |
| 164. | Griffin, Charles | 2:16-cv-11771 |
| 165. | Griffin, Richard | 2:16-cv-10910 |
| 168. | Gwynn, Annette | 2:16-cv-12140 |
| 176. | Harnett, Patrick | 2:16-cv-12264 |
| 177. | Harun, Mohammed | 2:16-cv-11244 |
| 179. | Heath, James | 2:16-cv-10940 |
| 181. | Hendrick, Charles | 2:16-cv-09744 |
| 183. | Herrington, David | 2:16-cv-11780 |
| 184. | Hicks, Tracey | 2:16-cv-09491 |
| 186. | Hogg, Felicia | 2:16-cv-10953 |
| 190. | Hovorka, Cleadues | 2:16-cv-11960 |
| 192. | Impemba, Diane | 2:16-cv-01014 |

| 194. | Jackson, Artelia | 2:16-cv-10957 |
| --- | --- | --- |
| 196. | Jackson, James | 2:16-cv-8769 |
| 200. | Jarosz, Michael W. | 2:16-cv-11966 |
| 203. | Jimcoily, Joseph | 2:16-cv-09752 |
| 204. | Johnson, Dorothy | 2:16-cv-11262 |
| 208. | Jones, Robert | 2:16-cv-11789 |
| 210. | Jordan, Joyce | 2:16-cv-09501 |
| 211. | Joyner, Edith | 2:16-cv-09757 |
| 213. | Kegel, Barbara | 2:16-cv-12160 |
| 214. | Kelly, Jewel | 2:16-cv-10967 |
| 215. | Kincade, Thomas | 2:16-cv-08776 |
| 222. | Knaflich, Janet | 2:16-cv-10983 |
| 223. | Knox, Carl | 2:16-cv-09764 |
| 224. | Kriedeman, Kent | 2:16-cv-07498 |
| 227. | Ladd, Tommy | 2:16-cv-08777 |
| 228. | Lamar, Dorothy | 2:16-cv-11798 |
| 229. | Lambert, Richard | 2:16-cv-11972 |
| 231. | Larkin, Donald | 2:16-cv-09507 |
| 232. | Lavette, Darrell | 2:16-cv-10990 |
| 233. | Lee, Angelise | 2:16-cv-11801 |
| 236. | Lewis, Shelton | 2:16-cv-08778 |
| 237. | Linder, James | 2:16-cv-10994 |
| 239. | Locklear, James | 2:16-cv-12164 |
| 240. | Longardner, James | 2:16-cv-09509 |
| 245. | Malachino, Angela | 2:16-cv-11978 |
| 249. | Manfre, Irene | 2:16-cv-12166 |
| 261. | Mcandrew, John | 2:16-cv-08822 |
| 262. | Mcbrayer, Doris | 2:16-cv-11348 |
| 265. | Mcdaniel, Sherry | 2:16-cv-11356 |
| 268. | Mcknight, Kathryn | 2:16-cv-11358 |
| 269. | Mclead, Barry | 2:16-cv-08833 |
| 270. | Mcmahan, Anthony | 2:16-cv-8838 |
| 271. | Mcmichael, John | 2:16-cv-11359 |
| 275. | Medrano, Susan | 2:16-cv-11005 |
| 277. | Mercado, Randu | 2:16-cv-09777 |
| 280. | Minix, Geraldine | 2:16-cv-11818 |
| 283. | Mobley, Anthony | 2:16-cv-12278 |
| 287. | Moore, Melissa | 2:16-cv-11824 |
| 288. | Moran, Laquita | 2:16-cv-11008 |
| 289. | Morse, Colleen | 2:16-cv-11984 |
| 291. | Moyed, David | 2:16-cv-11827 |
| 292. | Muhammad, Rodney | 2:16-cv-11829 |

| | | |
|---|---|---|
| 293. | Munn, Wendy | 2:16-cv-12170 |
| 294. | Murphy, Richard | 2:16-cv-009782 |
| 295. | Nance, Miriam | 2:16-cv-08881 |
| 296. | Natt, Willena E. | 2:16-cv-12173 |
| 300. | Odom, Conway | 2:16-cv-08886 |
| 301. | Oney, Frances | 2:16-cv-07583 |
| 304. | Owens, Sherrone | 2:16-cv-12283 |
| 305. | Paden, Florencia | 2:16-cv-11028 |
| 307. | Park, Thomas | 2:16-cv-11029 |
| 308. | Parker, Linda | 2:16-cv-11831 |
| 309. | Parsons, Lezette | 2:16-cv-12176 |
| 315. | Payne, Leonard | 2:16-cv-11369 |
| 320. | Peters, Martha | 2:16-cv-09514 |
| 325. | Plummer, Marilyn | 2:16-cv-09826 |
| 326. | Polamar, Ruben | 2:16-cv-09829 |
| 328. | Presley, Ida | 2:16-cv-09515 |
| 332. | Profitt, Bradley | 2:15-cv-2180 |
| 333. | Pugh, Quentin | 2:16-cv-08894 |
| 336. | Ray, Ernest | 2:15-cv-0113 |
| 340. | Rhodes, Clayburn | 2:16-cv-08928 |
| 341. | Richard, Charlie | 2:16-cv-11998 |
| 343. | Rivera, Charles | 2:16-cv-11841 |
| 346. | Rodriguez, Pedro | 2:16-cv-12189 |
| 347. | Rodriguez, Raul | 2:16-cv-12286 |
| 352. | Ruiz, Peter | 2:16-cv-12289 |
| 353. | Salvey, David | 2:16-cv-12191 |
| 355. | Sang, Victor | 2:16-cv-11378 |
| 357. | Schiffman, Patricia | 2:16-cv-12198 |
| 360. | Scott, Wesley | 2:16-cv-12005 |
| 371. | Simmons, Serena | 2:16-cv-09519 |
| 374. | Sims, Harrison | 2:16-cv-08960 |
| 375. | Singei, David | 2:16-cv-11847 |
| 376. | Small, Lois | 2:16-cv-08962 |
| 378. | Smith, John | 2:16-cv-09885 |
| 385. | Spink, Charlie | 2:16-cv-12215 |
| 386. | Splichal, Wencel | 2:16-cv-12294 |
| 393. | Stengler, Howard | 2:16-cv-11468 |
| 395. | Stewart, Johnny | 2:16-cv-09889 |
| 396. | Stokes, Robert | 2:16-cv-09890 |
| 399. | Sutek, Julie | 2:16-cv-09521 |
| 401. | Sutton, David | 2:16-cv-09006 |
| 402. | Swanson, Donielle | 2:16-cv-09525 |

| 404. | Tabor, Marlene | 2:16-cv-09969 |
|---|---|---|
| 408. | Thayer, Lois | 2:16-cv-09971 |
| 409. | Thomas, Jimmie | 2:16-cv-11899 |
| 410. | Thomas, Stacy | 2:16-cv-08169 |
| 411. | Thompson, Duane | 2:16-cv-09981 |
| 412. | Thornburg, Phillip | 2:16-cv-12298 |
| 413. | Tirro, Madeline | 2:16-cv-12223 |
| 414. | Toler, Betty | 2:16-cv-12226 |
| 422. | Turman, Gladys | 2:16-cv-11052 |
| 425. | Tyler, Victoria | 2:16-cv-11479 |
| 430. | Vail, David | 2:16-cv-09040 |
| 434. | Voorhees, Nancy | 2:16-cv-11482 |
| 435. | Waddell, Gary | 2:16-cv-09551 |
| 436. | Wallace, Doris | 2:16-cv-12011 |
| 437. | Ward, Demetrius | 2:16-cv-09053 |
| 438. | Ware, Derrick | 2:16-cv-09988 |
| 439. | Warne, Ralph | 2:16-cv-11056 |
| 441. | Warshauer, Louise | 2:16-cv-09990 |
| 442. | Washington, Cashanna | 2:16-cv-11903 |
| 444. | Well, Annie | 2:16-cv-12014 |
| 447. | White, Triesa | 2:16-cv-11907 |
| 449. | Whitley, Marglee | 2:16-cv-09579 |
| 450. | Wiggins, Catherine | 2:16-cv-09060 |
| 453. | Williams, Armer | 2:16-cv-12239 |
| 457. | Williams, Veronica | 2:16-cv-11494 |
| 458. | Wilson, Charles | 2:16-cv-10002 |
| 461. | Wilson, Vernon | 2:16-cv-11060 |
| 464. | Woods, Norman | 2:16-cv-9067 |
| 465. | Worken, Cathy | 2:16-cv-11078 |
| 468. | Yates, Wilber | 2:16-cv-12027 |
| 470. | Zerbian, Donna | 2:16-cv-12028 |