**Exhibit B**
**Cases Plaintiffs Maintain are Not Deficient**

| No. | Plaintiff Name | Docket Number | Reason for Deficiency Notice | Response |
|---|---|---|---|---|
| 5. | Anderson, Chennette | 2:16-cv-09377 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 7/29/16 (255814) show Xarelto use and injury. See, e.g., pp. 3-6. |
| 19. | Balcerzak, Stephen | 2:16-cv-11933 | Medical records provided do not demonstrate alleged injury | Records submitted 9/28/16 (283485) show Xarelto use and injury. See, e.g., pp. 361-62. |
| 25. | Barnes, Joyce | 2:16-cv-10863 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 7/22/16 (252464) show Xarelto use and injury. See, e.g., pp. 3, 4, 8, 12, 14, 21, 22, 24, 83. |
| 26. | Barragan, Cecilia | 2:16-cv-10865 | Medical records provided do not demonstrate alleged injury | Records submitted 1/9/17 (306669) show Xarelto use and injury. See, e.g., pp. 73-76. |
| 33. | Bitetto, Gary | 2:16-cv-11602 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/29/16 (305166) show Xarelto use and injury. See, e.g., pp. 21-22. |
| 38. | Blaine, John | 2:16-cv-10873 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/18/17 (308774) show Xarelto use and injury. See, e.g., pp. 63-109. |
| 45. | Bowling, Georgia | 2:16-cv-10879 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 10/25/16 (290168) and 11/1/16 (292532) show Xarelto use and injury. See, e.g., pp. 21-27 in 10/25/16 records and p. 3 in 11/1/16 records. |
| 51. | Broadwell, Linda | 2:16-cv-12251 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/9/16 (300709) show Xarelto use and injury. See, e.g., p. 2. Additional records submitted the same day (300708) also show use. |
| 79. | Chuculate, Gwendolyn | 2:16-cv-09417 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/24/2017 (310105) show injury. See, e.g., pp. 17 and 73. |
| 96. | Curtis, Michael | 2:16-cv-10890 | Medical records provided do not demonstrate alleged injury | Records submitted 1/20/17 (309413) show Xarelto use and injury. See, e.g., pp. 3-6. |
| 97. | Cutshall, Perry | 2:16-cv-12099 | Medical records provided do not demonstrate alleged injury | Records submitted 1/10/17 (307062) show Xarelto use and injury. See, e.g., p. 25. |
| 98. | Daniels, Fred | 2:16-cv-09716 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/18/17 (308994) show Xarelto related injury. See, e.g., p.4. In addition, records submitted |

| # | Name | Case No. | Deficiency | Response |
|---|---|---|---|---|
| | | | | 10/31/16 (292091) show Xarelto use. See, e.g., p. 11. |
| 135. | Fowlkes, William | 2:16-cv-11178 | Medical records provided do not demonstrate alleged injury | Records submitted 9/30/16 (284132) show Xarelto use and injury. See, e.g., p.23. 12/09/16 (300685) show Xarelto use. See, e.g., pp. 8-9. Records submitted 1/17/17 (308448) show injury. See, e.g., pp. 2. |
| 140. | Gaddis, Bobby | 2:16-cv-09443 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 8/12/16 (265518) and 1/4/17 (305783) show Xarelto use and injury. See, e.g., p. 8. |
| 141. | Garcia, Elba | 2:16-cv-12107 | Medical records provided do not demonstrate alleged injury | Records submitted 3/3/2017 (318121) show Xarelto related injury. See, e.g. p 59, 77 and 92. |
| 152. | Glenn, Mattie | 2:16-cv-11182 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/7/2016 (300453) show Xarelto use. See, e.g., p. 3. Records submitted 12/7/2016 (300452) show injury. See, e.g. pp. 61, 63, 65, 67. |
| 153. | Gomez, Herbert | 2:16-cv-11953 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 8/15/16 (266619) show Xarelto use and injury. See, e.g., pp. 64-66. |
| 154. | Gonzalez, Ruben | 2:16-cv-12114 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/7/16 (300395) show Xarelto use and injury. See, e.g., p. 7. |
| 183. | Herrington, David | 2:16-cv-11780 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/18/2017 (308673) show Xarelto use. See, e.g., p. 4. |
| 186. | Hogg, Felicia | 2:16-cv-10953 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 12/16/2016 (302338) show injury. See, e.g., p. 16. |
| 213. | Kegel, Barbara | 2:16-cv-12160 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/12/16 (301063) show Xarelto use and injury. See, e.g., pp. 5, 8, 11. |
| 214. | Kelly, Jewel | 2:16-cv-10967 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 2/1/17 (312134) show Xarelto use and injury. See, e.g., pp. 2, 3, 5, 6, 8, 10. |
| 222. | Knaflich, Janet | 2:16-cv-10983 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 12/7/16 (300449) show Xarelto use and injury. See, e.g., pp. 49-53. |
| 224. | Kriedeman, Kent | 2:16-cv-07498 | Failure to provide copies of Prescription and/or Pharmacy | Medical records submitted on 6/15/2016 (227385) demonstrate |

| # | Name | Case No. | Deficiency | Response |
|---|---|---|---|---|
| | | | Records demonstrating use of Xarelto | use of Xarelto. See, e.g., pp. 3,7, 8 and 11. |
| 227. | Ladd, Tommy | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury | Declaration submitted 1/5/17 (306215). Records submitted 1/17/17 (308439) and 2/8/17 (313728) show Xarelto use and injury. See, e.g., pp. 2-4. |
| 228. | Lamar, Dorothy | 2:16-cv-11798 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/9/17 (306793) show Xarelto use and injury. See, e.g., p. 9. |
| 229. | Lambert, Richard | 2:16-cv-11972 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/17/17 (308477) show Xarelto use. See, e.g., p.4, 6, 7, 8, 10, 12, 13, 15, 16, 18, 19, 21. |
| 232. | Lavette, Darrell | 2:16-cv-10990 | Medical records provided do not demonstrate alleged injury | Records submitted 8/9/16 (262866) show Xarelto use and injury. See, e.g., p. 36. |
| 233. | Lee, Angelise | 2:16-cv-11801 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/16/17 (308144) show Xarelto use and injury. See, e.g., p. 3242. |
| 236. | Lewis, Shelton | 2:16-cv-08778 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 2/1/17 (312249) show Xarelto use and injury. See, e.g., pp. 33-34. |
| 245. | Malachino, Angela | 2:16-cv-11978 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/4/17 (305792) show Xarelto use and injury. See, e.g., pp. 38-40. |
| 249. | Manfre, Irene | 2:16-cv-12166 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/18/17 (308745) show Xarelto use and injury. See, e.g., p. 69. |
| 261. | McAndrew, John | 2:16-cv-08822 | Medical records provided do not demonstrate alleged injury | Records submitted 3/9/2017 (319181) show Xarelto related injury. See, e.g., pp 16, 97. |
| 268. | Mcknight, Kathryn | 2:16-cv-11358 | Failure to provide any Medical Records demonstrating alleged injury | Medical records submitted 8/8/16 (262287) and 10/28/16 (291348) show Xarelto use and injury. See, e.g., 262287 p. 12 and 291348 p. 88. |
| 287. | Moore, Melissa | 2:16-cv-11824 | Medical records provided do not demonstrate alleged injury | Medical records submitted 8/1/16 (256061) show Xarelto use and injury. See, e.g., pp. 12-26. |
| 288. | Moran, Laquita | 2:16-cv-11008 | Medical records provided do not demonstrate alleged injury | Medical records submitted 1/10/17 (307013) show Xarelto use and injury. See, e.g., pp. 697-699. |
| 301. | Oney, Frances | 2:16-cv-07583 | Medical records provided do not demonstrate alleged injury | Death Certificate submitted 07/25/2016 (252840) states injury. |
| 305. | Paden, Florencia | 2:16-cv-11028 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 11/04/2016 (293724) show Xarelto use and injury. See, e.g., pp. 11, 21, 28. |

| | | | | |
|---|---|---|---|---|
| 307. | Park, Thomas | 2:16-cv-11029 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 12/07/2016 (300390) show Xarelto use. See, e.g., pp. 2,5,6,8,11. |
| 309. | Parsons, Lezette | 2:16-cv-12176 | Medical records provided do not demonstrate alleged injury | Medical records submitted 10/11/2016 (286590) show injury. See, e.g., pp. 8, 10, 12, 22, 29. |
| 315. | Payne, Leonard | 2:16-cv-11369 | Medical records provided do not demonstrate alleged injury | Medical records submitted 3/6/2017 (318270) show Xarelto use and injury. See, e.g., 89, 94, 96, 105. |
| 346. | Rodriguez, Pedro | 2:16-cv-12189 | Medical records provided do not demonstrate alleged injury | Medical records submitted 1/11/17 (307306) show injury. See, e.g., pp. 6,9,10. |
| 347. | Rodriguez, Raul | 2:16-cv-12286 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Medical records submitted on 1/11/17 (307309) show injury. See, e.g., p.12. Additional medical records demonstrating injury requested. Request still outstanding. We have submitted proof of Xarelto use on 1/11/17 (307308). See, e.g., pp. 7, 13, 17, 19, 25 and 29. |
| 352. | Ruiz, Peter | 2:16-cv-12289 | Medical records provided do not demonstrate alleged injury | Medical records submitted 1/18/17 (308680) show Xarelto use and injury. See, e.g., pp. 14-16. |
| 353. | Salvey, David | 2:16-cv-12191 | Failure to provide any Medical Records demonstrating alleged injury | Medical records submitted 10/3/16 (284600), *passim* and 3/8/2016 (319026), p. 29, show Xarelto use and injury. Additional record requests to further substantiate are outstanding. |
| 355. | Sang, Victor | 2:16-cv-11378 | Failure to provide any Medical Records demonstrating alleged injury | Medical records submitted 1/16/17 (308120) show Xarelto use and injury. See, e.g., pp. 25, 29, 33, 34, 37. |
| 357. | Schiffman, Patricia | 2:16-cv-12198 | Failure to provide any Medical Records demonstrating alleged injury | Medical records submitted 1/8/17 (306650) show Xarelto use and injury. See, e.g., p. 85. |
| 396. | Stokes, Robert | 2:16-cv-09890 | Failure to provide any Medical Records demonstrating alleged injury | Medical records submitted 12/29/16 (305186) show Xarelto use and injury. See, e.g., pp. 20, 25. |
| 399. | Sutek, Julie | 2:16-cv-09521 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative | Declaration submitted 1/5/17 (306261). Records submitted 9/30/16 (284357) show Xarelto use and injury. See, e.g., p. 14. |
| 404. | Tabor, Marlene | 2:16-cv-09969 | Medical records provided do not demonstrate alleged injury | Records submitted 9/15/16 (280589) show Xarelto use and injury. See, e.g., pp. 3, 4, 6. |

| | | | | |
|---|---|---|---|---|
| 409. | Thomas, Jimmie | 2:16-cv-11899 | Medical records provided do not demonstrate alleged injury | Records submitted 12/8/16 (300534) show Xarelto use and injury.  See, e.g., pp. 2, 3. |
| 410. | Thomas, Stacy | 2:16-cv-08169 | Records provided do not show Xarelto use | Records submitted 6/15/16 (301470), e.g., pp. 71-73, and 12/13/16 (227425), e.g., pp. 116-123, show Xarelto use and injury. |
| 411. | Thompson, Duane | 2:16-cv-09981 | Medical records provided do not demonstrate alleged injury | Records submitted 10/25/16 (29220) show Xarelto use and injury.  See, e.g., p. 273. |
| 414. | Toler, Betty | 2:16-cv-12226 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/25/17 (310626) show Xarelto use and injury.  See, e.g., p. 13. |
| 430. | Vail, Donald | 2:16-cv-09040 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 12/9/16 (300751) show Xarelto use and injury.  See, e.g., pp. 16-17. |
| 435. | Waddell, Gary | 2:16-cv-09551 | Medical records provided do not demonstrate alleged injury | Records submitted 8/6/16 (260951) show Xarelto use and injury.  See, e.g., pp. 14-15. |
| 441. | Warshauer, Louise | 2:16-cv-09990 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user | Records submitted 1/16/17 (308157) show Xarelto use and injury.  See, e.g., p. 612.  Affidavit of Next of Kin submitted 1/20/17 (309549). |
| 453. | Williams, Armer | 2:16-cv-12239 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 12/28/16 (304805) show Xarelto use and injury.  See, e.g., pp. 20-23. |
| 468. | Yates, Wilber | 2:16-cv-12027 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 2/15/2017 (315004) show Xarelto use and Injury. See, e.g., pp. 2, 3. |
| 470. | Zerbian, Donna | 2:16-cv-12028 | Records provided do not show Xarelto use | Records submitted 1/12/17 (307597) show Xarelto use and injury.  See, e.g., pp. 3, 8. |