**Exhibit C**
**Cases in Which Counsel for Plaintiffs Agreed to Stipulate to Dismissal**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 14. | Bailey, Ora | 2:16-cv-12076 |
| 31. | Bethly, Jonathan | 2:16-cv-8672 |
| 58. | Bryant, Robert | 2:16-cv-11690 |
| 75. | Chappelear, Evelyn | 2:16-cv-09414 |
| 85. | Coffman, Mary | 2:16-cv-09419 |
| 93. | Crisp, Jean | 2:16-cv-09714 |
| 95. | Cubbage, Kristan | 2:16-cv-08701 |
| 114. | Duby, Suzanne | 2:16-cv-10896 |
| 116. | Dunlap, Aaron | 2:16-cv-09718 |
| 119. | Dusenberry, Ronald | 2:16-cv-09719 |
| 121. | Edwards, Donald | 2:16-cv-10898 |
| 125. | Eldridge, Robert | 2:16-cv-08707 |
| 132. | Fields, Garolyn | 2:16-cv-08716 |
| 136. | Francis, Michael | 2:16-cv-10902 |
| 156. | Goode, Renia | 2:16-cv-08733 |
| 165. | Griffin, Richard | 2:16-cv-10910 |
| 176. | Hartnett, Patrick | 2:16-cv-12264 |
| 196. | Jackson, James | 2:16-cv-8769 |
| 204. | Johnson, Dorothy | 2:16-cv-11262 |
| 215. | Kincade, Thomas | 2:16-cv-08776 |
| 269. | McLead, Barry | 2:16-cv-08833 |
| 270. | McMahan, Anthony | 2:16-cv-8838 |
| 289. | Morse, Colleen | 2:16-cv-11984 |
| 291. | Moyed, David | 2:16-cv-11827 |
| 292. | Muhannad, Rodney | 2:16-cv-11827 |
| 294. | Murphy, Richard | 2:16-cv-009782 |
| 300. | Odom, Conway | 2:16-cv-08886 |
| 304. | Owens, Sherrone | 2:16-cv-12283 |

| 333. | Pugh, Quentin | 2:16-cv-08894 |
|---|---|---|
| 343. | Rivera, Charles | 2:16-cv-11841 |
| 374. | Sims, Harrison | 2:16-cv-08960 |
| 375. | Singei, David | 2:16-cv-11847 |
| 401. | Sutton, David | 2:16-cv-09006 |
| 408. | Thayer, Lois | 2:16-cv-09971 |
| 412. | Thornburg, Phillip | 2:16-cv-12298 |
| 422. | Turman, Gladys | 2:16-cv-11052 |
| 425. | Tyler, Victoria | 2:16-cv-11479 |
| 434. | Voorhees, Nancy | 2:16-cv-11482 |
| 458. | Wilson, Charles | 2:16-cv-10002 |
| 464. | Woods, Norman | 2:16-cv-9067 |
| 465. | Worken, Cathy | 2:16-cv-11078 |