**Exhibit D**
**Cases for Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 12. | Austin, Raymond | 2:16-cv-11926 |
| 13. | Bailey, Joann | 2:15-cv-00113 |
| 17. | Baker, Robert | 2:16-cv-12079 |
| 23. | Barnes, Buford | 2:16-cv-03091 |
| 29. | Bazan, Normalinda | 2:16-cv-08667 |
| 39. | Blair, Billie | 2:16-cv-08680 |
| 40. | Blair, Kathy | 2:16-cv-09392 |
| 48. | Bradley, Brinda | 2:16-cv-09654 |
| 55. | Brown, Irene | 2:16-cv-10880 |
| 56. | Brune, James | 2:16-cv-09398 |
| 59. | Budd, James | 2:16-cv-11144 |
| 69. | Carnes, Charles | 2:16-cv-10882 |
| 81. | Clemons, Chris (Leave to withdraw granted 12/22/15. Doc. No. 1819) | 2:15-cv-2180 |
| 84. | Coates, Deborah | 2:16-cv-09707 |
| 87. | Compton, Susan | 2:16-cv-11754 |
| 89. | Cook, Moody | 2:16-cv-11944 |
| 92. | Cox, Tommie | 2:16-cv-09712 |
| 103. | Dean, David | 2:16-cv-10891 |
| 104. | Dearmon, William | 2:16-cv-10894 |
| 111. | Dinkins, Henry | 2:16-cv-11173 |
| 130. | Faure, Emma | 2:16-cv-09722 |
| 142. | Garcia, Pedro | 2:16-cv-10907 |
| 143. | Gardner, Kim | 2:16-cv-09729 |
| 144. | Garza, Carlos | 2:16-cv-01003 |
| 147. | Gatten, Delmas | 2:16-cv-01007 |
| 155. | Gonzalez, Sixto | 2:16-cv-11184 |
| 163. | Green, Reginald | 2:16-cv-12136 |
| 184. | Hicks, Tracey | 2:16-cv-09491 |
| 190. | Hovorka, Cleadues | 2:16-cv-11960 |
| 192. | Impemba, Diane | 2:16-cv-01014 |
| 200. | Jarosz, Michael W. | 2:16-cv-08841 |

| | | |
|---|---|---|
| 203. | Jimcoily, Joseph | 2:16-cv-09752 |
| 210. | Jordan, Joyce | 2:16-cv-09501 |
| 211. | Joyner, Edith | 2:16-cv-09757 |
| 223. | Knox, Carl | 2:16-cv-09764 |
| 231. | Larkin, Donald | 2:16-cv-09507 |
| 239. | Locklear, James | 2:16-cv-12164 |
| 271. | McMichael, John | 2:16-cv-11359 |
| 275. | Medrano, Susan | 2:16-cv-11005 |
| 277. | Mercado, Randu | 2:16-cv-09777 |
| 280. | Minix, Geraldine | 2:16-cv-11818 |
| 283. | Mobley, Anthony | 2:16-cv-12278 |
| 293. | Munn, Wendy | 2:16-cv-12170 |
| 295. | Nance, Miriam | 2:16-cv-08881 |
| 308. | Parker, Linda | 2:16-cv-11831 |
| 320. | Peters, Martha | 2:16-cv-09514 |
| 325. | Plummer, Marilyn | 2:16-cv-09826 |
| 326. | Polamar, Ruben | 2:16-cv-09829 |
| 332. | Proffit, Bradley (Leave to withdraw granted 12/22/15. Doc. No. 1817) | 2:15-cv-2180 |
| 336. | Ray, Ernest (Leave to withdraw granted 10/29/15. Doc. No. 1528) | 2:15-cv-0113 |
| 340. | Rhodes, Clayburn | 2:16-cv-08928 |
| 341. | Richard, Charlie | 2:16-cv-11998 |
| 360. | Scott, Wesley | 2:16-cv-12005 |
| 376. | Small, Lois | 2:16-cv-08962 |
| 393. | Stengler, Howard | 2:16-cv-11468 |
| 413. | Tirro, Madeline | 2:16-cv-12223 |
| 437. | Ward, Demetrius | 2:16-cv-09053 |
| 438. | Ware, Derrick | 2:16-cv-09988 |
| 442. | Washington, Cashanna | 2:16-cv-11903 |
| 444. | Well, Annie | 2:16-cv-12014 |
| 450. | Wiggins, Catherine | 2:16-cv-09060 |
| 457. | Williams, Veronica | 2:16-cv-11494 |
| 461. | Wilson, Vernon | 2:16-cv-11060 |