**Exhibit E**
**Cases in Which Extension is Requested**

| No. | Plaintiff Name | Docket Number | Reason for Deficiency Notice | Response |
|---|---|---|---|---|
| 4. | Albergo, Anthony | 2:16-cv-06544 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use.  We ordered medical records from facilities client provided; however, the records did not provide information regarding the injury. We learned of additional relevant treating physician in November and requested records. However, the response was that the doctor no longer works at that address, current whereabouts unknown.  Same result for additional requests to additional addresses 1/14/17 and 1/24/17. We located another treating physician and ordered records on 2/10/2017. That request is outstanding. |
| 11. | Atkins, Anthony | 2:16-cv-06605 | Medical records provided do not demonstrate alleged injury | We have exhausted all attempts to locate relevant records with the information client provided us. We have continued to work with client to locate relevant records. |
| 50. | Bray, Margaret | 2:16-cv-11936 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We exhausted all attempts to locate relevant records with information client provided and were unable to reach her from September through 12/13/16. On 12/13/16, our client returned an additional authorization form necessary to request additional medical records. We immediately requested records; however, the request is outstanding. |
| 88. | Conley, Mary | 2:16-cv-09425 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) | We have submitted proof of Xarelto use. In August, 2016, we learned our client passed away in July.  We have been in contact with family members but did not locate a next of kin until January. Additional medical records have been requested with the required documentation from the next of kin. Requests still outstanding. |
| 131. | Felton, Edwina | 2:16-cv-09436 | Medical records provided do not demonstrate alleged injury | We have submitted proof of Xarelto use.  We exhausted all attempts to locate relevant |

| | | | | records with information provided to us. |
|---|---|---|---|---|
| 151. | Gilchrist, Helen | 2:16-cv-12261 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We learned in November 2016 that our client has passed away. We were not able to locate a next of kin until February. Additional medical records requested with required next of kin authorizations. Requests are outstanding. |
| 168. | Gwynn, Annette | 2:16-cv-12140 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (Core Case Information) | After repeated attempts to contact client, we learned on 1/10/17 the client had passed away. We reached a family member 1/16/17. On 2/22/2017, the next of kin provided us with necessary documentation to order medical and prescription records. Records requests are outstanding. |
| 177. | Harun, Mohammed | 2:16-cv-11244 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use. We have also submitted records containing a historical reference to a Xarelto related injury. We have been unable to identify the facility where our client was treated for his injury with the information our client gave us or from the medical records we have already obtained in 2016 and January, 2017. Client is attempting to obtain additional records concerning this injury. |
| 181. | Hedrick, Charles | 2:16-cv-09744 | Medical records provided do not demonstrate alleged injury | Plaintiff passed away after retaining us. We were unable to reach a next of kin until December to obtain the required documents to order additional medical records. Additional medical records ordered with the required next of kin documents. The requests are still outstanding. |
| 194. | Jackson, Artelia | 2:16-cv-10957 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/10/2017 show Xarelto use. See, e.g., pp. 2. Additional medical records requested 11/9/2016, 1/11/2017 and 2/14/17. Requests still outstanding. |
| 208. | Jones, Robert | 2:16-cv-11789 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use. New providers were determined on 11/10/2016 and records were requested on 11/12/2016. The request is still outstanding. |

| | | | | |
|---|---|---|---|---|
| 237. | Linder, James | 2:16-cv-10994 | Failure to provide any Medical Records demonstrating alleged injury | We have provided proof of Xarelto use. Original medical facilities client provided us came back "No Records". Client provided us with additional medical facilities and records were requested in December and January. Requests are still outstanding. |
| 240. | Longardner, James | 2:16-cv-09509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Client representative died late in 2016. We believe that we located a next of kin in January and sent retainer and next of kin paperwork on 1/27/2017. We have not heard back from the possible next of kin, however. |
| 262. | McBrayer, Doris | 2:16-cv-11348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We have provided proof of Xaretlo use. See, e.g., pp. 2, 3, 5. Pharmacy records were requested but not received until February. Once pharmacy records were received, we learned that the dates of Xarelto use and injury initially provided by the client were not correct. With the updated dates, we resubmitted requests for medical records to include dates of Xarelto use. Medical record request outstanding. |
| 265. | McDaniel, Sherry | 2:16-cv-11356 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records 2/07/2017 (313468) show Xarelto use. See, e.g., p 18. We have been unable to contact our client since November, 2016. |
| 296. | Natt, Willena E. | 2:16-cv-12173 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Three facilities from which we requested records failed to send them. We have directed these requests to the legal department and are awaiting a response. |
| 328. | Presley, Ida | 2:16-cv-09515 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Additional medical records were requested on 1/11/2017 and remain outstanding. Records submitted on 1/11/2017 show Xarelto use. See, e.g., pp. 5, 9-11, 17. |
| 371. | Simmons, Serena | 2:16-cv-09519 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use. We exhausted all attempts to locate relevant records with information client provided and were unable to reach client by any means between September and |

|  |  |  |  | November, 2016. On 11/1/16, client advised of new address and additional potential source of relevant records. Request for those medical records is outstanding. |
|---|---|---|---|---|
| 378. | Smith, John | 2:16-cv-09885 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We exhausted all attempts to locate relevant records with information client provided. We learned of additional potential sources of relevant records 11/18/16 and 1/26/17. Requests are outstanding. |
| 385. | Spink, Charlie | 2:16-cv-12215 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We exhausted all attempts to locate relevant records with information client provided. We learned of an additional potential source of relevant records and requested those 1/16/17. Request is outstanding. |
| 386. | Splichal, Wencel | 2:16-cv-12294 | Medical records provided do not demonstrate alleged injury | We have submitted proof of Xarelto use. We exhausted all attempts to locate relevant records with information client provided. We received additional records 1/11/17 and learned of another source of potentially relevant records. Request is outstanding. |
| 402. | Swanson, Donielle | 2:16-cv-09525 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Facility where client's decedent received treatment refused to release records without power of attorney or court order. We applied for and obtained order 11/2016; order issued 12/2016. Record requests outstanding. |
| 436. | Wallace, Doris | 2:16-cv-12011 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified | We have submitted proof of Xarelto use. Facility where client's decedent was treated has refused to release records without additional estate documentation. We requested this from our client in January. We obtained and submitted requisite documentation on 3/6/2017. |

| | | | | |
|---|---|---|---|---|
| 439. | Warne, Ralph | 2:16-cv-11056 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 1/11/17 show Xarelto. See, e.g., (307560), p. 9 and (307564), pp. 2, 3, 6-22. Additional Medical records requests are outstanding. |
| 447. | White, Triesa | 2:16-cv-11907 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 1/26/17 (310718) show Xarelto use. Additional medical records requests still outstanding. |
| 449. | Whitley, Marglee | 2:16-cv0-9579 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury | The original records we requested per the information the client gave us did not show treatment for an injury or Xarelto use. However, there was a historical reference to the injury in the medical records obtained and the client provided additional possible medical treaters and a pharmacy. New records were ordered on 2/17/2017. Request still outstanding, |