**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |
| **Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708** | |

**EXHIBITS 48-49**
**TO DEFENDANTS' REPLY IN SUPPORT OF THEIR JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE GROUND THAT FEDERAL LAW PREEMPTS PLAINTIFFS' DOSING, MONITORING, AND OTHER DESIGN-RELATED CLAIMS**

# FILED UNDER SEAL