UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al.<br>Case No. 2:15-cv-03708 | |

**DEFENDANTS' JOINT *EX PARTE* MOTION FOR LEAVE
TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR
JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
GROUND THAT FEDERAL LAW PREEMPTS PLAINTIFFS' DOSING,
MONITORING, AND OTHER DESIGN-RELATED CLAIMS
AND EXHIBITS 48-49 AND 51-56**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson (collectively, "Defendants") respectfully request leave of Court to file the attached Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, as well as Exhibits 48-49 and 51-56 to the Reply, under seal as they contain or refer to information that has been designated as "Protected" under PTO No.12.  The Reply quotes extensively from expert reports, expert deposition transcripts and documents all of which are protected information under PTO No.12.

WHEREFORE Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson pray that this motion be granted and the attached Defendants' Reply in

Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, as well as Exhibits 48-49 and 51-56 to said Reply, be filed UNDER SEAL.

Respectfully submitted,

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* | By: /s/ *William Hoffman* |
| Susan M. Sharko | William Hoffman |
| Drinker Biddle & Reath LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 600 Campus Drive | 601 Massachusetts Ave., NW |
| Florham Park, NJ 07932-1047 | Washington, D.C. 20001 |
| Telephone: (973) 549-7000 | Telephone: (202) 942-5000 |
| susan.sharko@dbr.com | william.hoffman@apks.com |
| | |
| | Andrew K. Solow |
| Rodney M. Hudson | Steven Glickstein |
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 50 Fremont Street, 20th Floor | 250 West 55th Street |
| San Francisco, CA 94105-2235 | New York, New York 10019-9710 |
| Telephone: (415) 591-7500 | Telephone: (212) 836-8485 |
| Rodney.hudson@dbr.com | andrew.solow@apks.com |
| | steven.glickstein@apks.com |
| | |
| Chanda A. Miller | |
| Drinker Biddle & Reath LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| One Logan Square, Suite 2000 | |
| Philadelphia, PA 19103-6996 | By: */s/ Kevin C. Newsom* |
| Telephone: (215) 988-2500 | Kevin C. Newsom |
| Chanda.Miller@dbr.com | Lindsey C Boney IV |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| | One Federal Place, 1819 Fifth Avenue North |
| | Birmingham, AL 35203-2119 |
| | Telephone: (205) 521-8803 |
| | knewsom@bradley.com |

| | |
|---|---|
| IRWIN FRITCHIE URQUHART & MOORE LLC | CHAFFE MCCALL L.L.P. |
| By: /s/ *James B. Irwin* | By: /s/ *John F. Olinde* |
| James B. Irwin | John F. Olinde |
| Kim E. Moore | Chaffe McCall L.L.P. |
| Irwin Fritchie Urquhart & Moore LLC | 1100 Poydras Street, Suite 2300 |
| 400 Poydras Street, Suite 2700 | New Orleans, LA 70163 |
| New Orleans, LA 70130 | Telephone: (504) 585-7241 |
| Telephone: (504) 310-2100 | olinde@chaffe.com |
| jirwin@irwinllc.com | |
| *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC, and Johnson & Johnson* | *Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and a copy of the proposed documents to be placed under seal sent to Plaintiffs' Liaison Counsel by email transmission.

/s/   John F. Olinde