UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal their Reply in Further Support of their Joint Motion for Summary Judgment as to Plaintiffs' Design-Defect Claims under the Louisiana Product Liability Act and Exhibit V.

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Reply in Further Support of Their Joint Motion for Summary Judgment as to Plaintiffs' Design-Defect Claims under the Louisiana Product Liability Act, as well as Exhibit V to said Reply, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of March, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE