# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

**EXHIBIT V
TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR JOINT MOTION
FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' DESIGN-DEFECT CLAIMS
<u>UNDER THE LOUISIANA PRODUCT LIABILITY ACT</u>**

# FILED UNDER SEAL