UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al.<br>Case No. 2:15-cv-3708 | |

### DEFENDANTS' *EX PARTE* MOTION TO FILE REPLY MEMORANDUM UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Reply[1] Memorandum of Law in Further Support of Their Joint Motion *In Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, Under Federal Rule of Evidence 702 in the above-referenced matter under seal, as it contains references to expert reports and depositions that have been designated as "Protected" under PTO No. 12.  Accordingly, Defendants respectfully request that the accompanying Reply Memorandum be filed under seal.

---

[1][1] Defendants' Original Motion is Rec. Doc. 5112.

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
SUSAN M. SHARKO
600 Campus Drive
Florham Park, New Jersey  07932
Telephone:  ( 973) 549-7000
Fax:  (973) 360-9831
Susan.Sharko@dbr.com

*Counsel for Defendants
Janssen Pharmaceuticals, Inc., Janssen
Research & Development, LLC, Janssen Ortho
LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com
*Counsel  for Defendants Bayer Healthcare
Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
James B. Irwin
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By:  /s/ *John F. Olinde*_____
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**