UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-3708 | |

### DEFENDANTS' *EX PARTE* MOTION TO FILE REPLY MEMORANDUM UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Reply[1] Memorandum of Law in Further Support of Their Joint Motion *In Limine* to Exclude Certain Opinions of David A. Kessler, MD, Under Federal Rule of Evidence 702 and accompanying exhibit in the above-referenced matter under seal, as they contain references to expert reports and include copies of expert depositions that have been designated as "Protected" under PTO No. 12. Accordingly, Defendants respectfully request that the accompanying Reply Memorandum be filed under seal.

---

[1] Defendants' Original Motion is Rec. Doc. 5111.

00399957                                      00391995                                                  1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
       SUSAN M. SHARKO
       600 Campus Drive
       Florham Park, New Jersey  07932
       Telephone:  ( 973) 549-7000
       Fax:  (973) 360-9831
       Susan.Sharko@dbr.com

       *Counsel for Defendants*
       *Janssen Pharmaceuticals, Inc., Janssen*
       *Research & Development, LLC, Janssen Ortho*
       *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
       Andrew Solow
       Steve Glickstein
       William Hoffman
       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8485
       sglickstein@akps.com
       *Counsel  for Defendants Bayer Healthcare*
       *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
       James B. Irwin
       400 Poydras Street, Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       jirwin@irwinllc.com
       *Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By: /s/ *John F. Olinde*_____
      John F. Olinde
      1100 Poydras Street, Suite 2300
      New Orleans, LA 70163
      Telephone: (504) 585-7241
      olinde@chaffe.com
      *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**