# EXHIBIT C

## Filed Under Seal

**(Exhibits A-B are attached to Defendants' Original Motion)**