**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' CONSOLIDATED REPLY IN SUPPORT OF THEIR *DAUBERT* MOTIONS TO EXCLUDE EXPERT OPINIONS AND TESTIMONY REGARDING (1) UNAPPROVED DOSING AND MONITORING REGIMENS AND (2) THE EXPERTS' 20-SECOND PT CUT-OFF GUIDELINE IN THE *ORR* AND *BOUDREAUX* CASES**

# FILED UNDER SEAL