# EXHIBIT S
# Filed Under Seal
## (Exhibits A-R are attached to Defendants' Original Motion)