# EXHIBIT K

## Filed Under Seal

**(Exhibits A-J are attached to Defendants' Original Motion)**