# EXHIBIT L

## Filed Under Seal

### (Exhibits A-J are attached to Defendants' Original Motion)