UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr.., et al. v. Janssen et al. Case No. 2:14-cv-2720 | MAGISTRATE NORTH |

### DEFENDANTS' *EX PARTE* MOTION TO FILE REPLY MEMORANDUM UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Reply[1] Memorandum in Support of Their Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine and accompanying exhibits in the above-referenced matter under seal, as they contain references to and include copies of deposition transcripts designated as "Protected" as set forth in PTO 12, and also contain references to the medical records and health conditions of a particular plaintiff, including deposition testimony from treating physicians discussing the same. Accordingly, Defendants respectfully request that the accompanying Reply Memorandum and exhibits be filed under seal.

---

[1] Defendants' Original Motion is Rec. Doc. 5118.

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
    SUSAN M. SHARKO
    600 Campus Drive
    Florham Park, New Jersey  07932
    Telephone:  ( 973) 549-7000
    Fax:  (973) 360-9831
    Susan.Sharko@dbr.com

    *Counsel for Defendants*
    *Janssen Pharmaceuticals, Inc., Janssen*
    *Research & Development, LLC, Janssen Ortho*
    *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
    Andrew Solow
    Steve Glickstein
    William Hoffman
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8485
    sglickstein@akps.com
    *Counsel  for Defendants Bayer Healthcare*
    *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
    James B. Irwin
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    jirwin@irwinllc.com
    *Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By:  /s/ *John F. Olinde*_____
 John F. Olinde
 1100 Poydras Street, Suite 2300
 New Orleans, LA 70163
 Telephone: (504) 585-7241
 olinde@chaffe.com
 *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ James B. Irwin*
        **James B. Irwin**