UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
THEIR JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>BASED ON THE LEARNED-INTERMEDIARY DOCTRINE</u>**

**[FILED UNDER SEAL]**