# EXHIBIT H

# Filed Under Seal

# (Exhibits A-G are attached to Defendants' Original Motion)