# EXHIBIT I

## Filed Under Seal

**(Exhibits A-G are attached to Defendants' Original Motion)**