UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-2720 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, for leave to file the Reply Memorandum in Support of Their Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine and accompanying exhibits UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the pleadings UNDER SEAL.

New Orleans, Louisiana, this ___ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE