UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

# O R D E R

Considering Defendants' *Ex Parte* Motion to File Under Seal the Reply Memorandum of Law in Further Support of Their Motion *In Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D. Under Federal Rule of Evidence 702 and Exhibit 5:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Reply Memorandum of Law in Further Support of Their Motion *In Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D. Under Federal Rule of Evidence 702, as well as Exhibit 5 to said Reply Memorandum, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this __10th__ day of March, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE