# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims and Exhibits 48-49 and 51-56 to said Reply:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, as well as Exhibits 48-49 and 51-56 to said Reply, be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 10th day of March, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE