**Seton Medical Center Williamson**
201 Seton Parkway
Round Rock, TX 78665-

**BARRINGTON, PATSY J**
FIN: 8062436981        MRN: 7355338
Admit: 2/19/2014       Discharge: 2/26/2014

## Discharge Documentation

DISCHARGE DIAGNOSES:
1. Acute on chronic anemia secondary to gastrointestinal blood loss.
2. Bleeding ulcer in stomach.
3. Arteriovenous malformation of the duodenum status post cauterization.
4. Moderate chronic obstructive pulmonary disease.
5. Altered mental status.
6. Possible dementia.
7. Abdominal aortic aneurysm.
8. Accidental fall.
9. Right distal radial nondisplaced fracture.
10. History of fibromyalgia.
11. History of osteoporosis.
12. History of small incidental finding of pulmonary embolism for which patient was on Xarelto.

BRIEF HOSPITAL COURSE:
The patient was admitted to the hospital after she had a fall. Please refer to the detailed H&P dictated on the day of admission. However, during admission, she was found to have severe anemia with a hemoglobin of 3.7. She was admitted for further workup. She was found to be on Xarelto. The reason for that was an incidental finding of pulmonary embolism, and this is per her cardiologist, Dr. Lucid. I discussed this with Dr. Lucid and I was told that this was an incidental finding and the patient was started on Xarelto. It seems like she has been having melena for about 3 weeks prior to admission. Her Xarelto was stopped and she was given PRBC transfusion. She was seen by gastroenterologist, Dr. Ellis, in the hospital and had an EGD with sclerotherapy performed which showed a bleeding ulcer in the cardia of the stomach and small arteriovenous malformation of the duodenum, all of which was cauterized. Her Xarelto was discontinued and she was started on proton pump inhibitor orally. It has been recommended that she continues her proton pump inhibitor for at least the next 8-12 weeks and she will need a repeat endoscopy in about 8 weeks to confirm a complete healing.

During the hospitalization, patient also had an accidental fall and she ended up landing on her left arm and sustained a nondisplaced intraarticular fracture of her distal radius of the left arm for which orthopedic consultation was obtained. Orthopedic Dr. Austin Hill saw the patient in the hospital and he applied a cast to the patient. He recommends that the patient sees him as an outpatient in about 2 weeks' time at which appointment they would discuss when to take off the cast. In the hospital, her hemoglobin over the last few days has been completely stable. She has not had any further melanotic stools. She is doing well, denying any complaints. However, she had a CT chest, abdomen and pelvis performed which showed that her abdominal aortic aneurysm was enlarging in size and this was up to about 5.2 x 5.2 cm from previous measurement of 3.4 x 3.3 cm. Vascular surgeon, Dr. John Politz saw the patient and recommended outpatient followup in about 2 weeks for this patient will need a AAA repair which will be scheduled by Dr. Politz. I have discussed all the discharge planning details with the patient and her daughter who is at bedside currently.

**Seton Medical Center Williamson**
201 Seton Parkway
Round Rock, TX 78665-

**BARRINGTON, PATSY J**
**FIN:** 8062436981
**Admit:** 2/19/2014

**MRN:** 7355338
**Discharge:** 2/26/2014

## Discharge Documentation

I have recommended that they follow up with Dr. Hill in about 1-2 weeks as well as Dr. Politz in 1-2 weeks and her primary care physician and cardiologist. She will also need to follow up with Dr. Ellis of Austin Gastroenterology in about 6 weeks' timeframe to possibly schedule a repeat endoscopy. Prior to discharge, all of the patient's and her daughter's questions were answered, options were reviewed, side effects of medications were discussed. Today patient's labs are within acceptable limits and her exam is unchanged from yesterday. She is feeling well, denying any complaints. She will be discharged to a skilled nursing facility today.

DISCHARGE MEDICATIONS:
1. Symbicort 2 puffs inhalation b.i.d.
2. Vitamin D 1 capsule p.o. b.i.d.
3. Losartan 100 mg p.o. daily.
4. Norco p.r.n.
5. Albuterol nebulized solution q.6 hours.
6. Alprazolam 1 mg 1 tablet p.o. 5 times a day p.r.n. anxiety.
7. Docusate senna 1 tablet p.o. b.i.d.
8. Cymbalta 90 mg p.o. daily.
9. Methylphenidate 5 mg 1 tablet p.o. t.i.d.
10. Mirtazapine 15 mg 1 tablet p.o. q.h.s.
11. Zyprexa 50 mg p.o. daily.
12. Protonix 1 tablet p.o. q.12 hours.
13. Prednisone 5 mg p.o. daily.
14. Simvastatin 20 mg p.o. q.h.s.
15. Spiriva 18 mcg inhalation daily.
16. Tramadol 50 mg 1 tablet p.o. q.4 hours p.r.n. pain.

More than 30 minutes were spent in discharging this patient and counseling this patient and coordinating care.


Nabanita Basu, M.D.

NB/dma
D:   02/26/2014 @ 13:12
T:   02/27/2014 @ 18:46
J:   5030019


cc: Anuradha Rangarajan MD
Austin Hill M.D.
Henry Lucid MD
John Politz MD
Kenneth Ellis M.D.

Electronically Signed By: Basu, Nabanita , MD 02-Mar-2014 17:18

**Seton Medical Center Williamson**
201 Seton Parkway
Round Rock, TX 78665-

**BARRINGTON, PATSY J**
**FIN:** 8062436981 **MRN:** 7355338
**Admit:** 2/19/2014 **Discharge:** 2/26/2014

## Discharge Documentation

DOCUMENT NAME: Patient Discharge Information
SERVICE DATE/TIME: 2/26/2014 16:48 CST
RESULT STATUS: Modified
SIGN INFORMATION: Onabajo ,Krubor D RN (2/26/2014 16:48 CST); Basu , Nabanita MD (2/26/2014 13:10 CST); Basu ,Nabanita MD (2/26/2014 13:01 CST); Gilheany ,Paula M RN ACNP-BC (2/25/2014 11:26 CST)

**Discharge Instructions**

# Seton Medical Center Williamson

201 Seton Parkway
Round Rock, TX 78665
Phone: 512-324-4000

## Discharge Instructions

### Patient Information

| | |
|---|---|
| Name: BARRINGTON, PATSY J | Age: 72 Years |
| MRN: 7355338 | Sex: Female |
| FIN: 8062436981 | DOB: 06/15/1941 |
| Enc Type: IP Private/Semi Private room | Med Service: Medicine |
| Attending Physicians: Basu , Nabanita MD | Current Date Time: 02/26/2014 16:48:12 |

### Health Information

**Discharge Diagnosis:**
AAA (abdominal aortic aneurysm); Anemia, chronic blood loss; COPD, moderate; GIB (gastrointestinal bleeding); Radial fracture

**Height:**
Height (in): 65 (cm):

**Weight:**

**Allergy Information:**
NSAIDs; Dilaudid; calcium channel blockers; iodine topical; morphine

**Precautions:**

**Code:**
Full Code/Full Resuscitation-Category 1

**Discharge Orders:** Electronic Signature by: Basu , Nabanita MD    Signed on: 02/26/2014 12:54