# HEART & VASCULAR OF CENTRAL TEXAS

Henry S. Lucid, M.D.
Clinical Cardiology &
Cardiovascular Imaging
Vascular Ultrasound
Nuclear Cardiology
CT Angiography

16010 Park Valley Drive #200
Round Rock, TX 78681
Tel: (512) 206-2999
Fax: (512) 244-9977
hlucid@heartvasculartexas.com
www.heartvasculartexas.com

**Patient Name: Barrington, Patsy**                    **DOB: 06-15-1941**

CC: Abnormal EKG of LBBB, Pulmonary Embolus, CVS, AAA, COPD

HPI: 72 year old female referred by Dr. Ann Rangarajan for re-evaluation of abnormal EKG of Left bundle branch block. Initial evaluation echocardiogram preserved systolic function EF – 55% with septal wall motion abnormality pharmacologic stress perfusion test mild fixed septal defect normal systolic function. Coronary CTA surprisingly plaque score 0.7, but incidental finding of bilateral pulmonary emboli, She was started on Xeralto completing 90 days of therapy at which time she was hospitalized with A GI bleed. She has a history of chronic fatigue and suspected fibromyalgia has been followed by pulmonary for underlying lung disease. Her activity level is markedly diminished due to her musculoskeletal complaints and she notes moderate exertional shortness of breath with activity. There has been no increasing frequency or severity of the symptoms over the weeks prior to evaluation. No chest pain, diaphoresis, PND/orthopnea, palpitations, dizziness, or syncope.

ROS:
General – No fatigue, weight loss, or malaise.
Eyes – No visual loss, visual disturbance, diplopia, or inflammation
Respiratory – see HPI
Cardiovascular – see HPI
Gastrointestinal – No weight loss, nausea, vomiting, dysphagia, abdominal pain, constipation, diarrhea, hematemesis, melena, or hematochezia.
Neurologic – No disturbance of smell, vision, hearing, speech, swallowing, or taste. No focal motor weakness or sensory disturbance.

ALL: see list

MEDS: Losartan 50mg qam, Prednisone 5mg qam, Symbicort inhaler, Cymbalta 90mg qam, Trimethoprim 100mg qam, Zyprexa 5mg qam, Alprazolam 1mg qam, Hydrocodone prn

PMH: Hypertension and COPD                PSH: Cervical disk and Cholecystectomy1999

FMH: Siblings – unknown        Mother – CAD age 60's        Father – MI age 66

SOC: Smoker – 35 pack years        Etoh- none        Caffeine - minimal

PHYSICAL:
General – Vitals    P 92        BP124/72        R 18 -20
   *Chronic ill appearing female in mild respiratory distress.*
Neck - No elevated JVP, bruit, lymphadenopathy, or thyromegaly.
Respiratory – Poor effort. *Scattered dry crackles.* No ronchi or rubs. No dullness.

32

# HEART & VASCULAR OF CENTRAL TEXAS

**Patient Name: Barrington, Patsy**                    **DOB: 06-15-1941**

Cardiovascular – normal PMI. S1S2 RRR *I/VI HSM @apex* No gallops, or rubs, and no S3 no S4.
    Equal radial and femoral pulses. No carotid or abdominal bruits.
    Femoral and pedal pulses equal and palpable dorsalis pedis *decreased posterior tibial pulses*.
    Trace edema, cyanosis, or clubbing.
Gastrointestinal – Normoactive bowel sounds. Soft, nontender, nondistended. No bruits and no masses.
Extremities – No osler's nodes, janeway lesions, cyanosis, clubbing, or edema.
Neurologic – Alert and oriented x 3. Cranial nerves II-XII tested intact. Motor and sensory intact all extremities upper and lower bilateral.

LABS: pending

EKG: NSR LBBB possible septal MI ST changes secondary to LBBB

ASSESSMENT:
1. Abnormal EKG – prior pharmacologic stress perfusion test mild fixed septal defect normal systolic function with initial evaluation echocardiogram preserved systolic function EF – 55% with septal wall motion abnormality. Coronary CTA surprisingly plaque score 0.7. There are obvious concern heart disease with risk factors with no remote symptoms to indicate previous injury or infarction and no acute symptoms to suggest unstable cardiac disease. Given her findings and risk factors she may require invasive angiography to further define the etiology of her abnormal EKG. Call or go to ER if symptoms develop.
2. LBBB – as above.
3. AAA – 5.0cm x 5.0cm surgical follow up pending.
4. Pulmonary Emboli – incidental finding of bilateral pulmonary emboli, She was started on Xeralto completing 90 days of therapy at which time she was hospitalized with A GI bleed. Repeat CTA at that time no evidence of pulmonary emboli. Plan to follow clinical course and proceed as dictated.
5. CVS - mild non-obstructive ultrasound on asa and statin.
6. Aortic athero – mild non-obstructive ultrasound on asa and statin
7. HTN – no evidence of renovascular hypertension recheck and consider titration for medical therapy to JNC7 goal <140/90 as close to 120/80 as tolerated without orthostatic changes.
8. Dyslipidemia – NCEPIII goal LDL<100, HDL>40, Trig< 150 Lipids, LFT's, CK routine. Coronary plaque score to further risk stratify plaque burden for consideration of treatment modification.
9. COPD – per pulmonary.


Signed: Henry S. Lucid, M.D.

DD: 03-04-2014  11:23am
DT: 03-06-2014  08:12am

Cc: Ann Rangarajan, M.D.