UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Bernice Pietras v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-09320**

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff Bernice Pietras, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiff Fact Sheets that Defendants Allege are Deficient (Doc. 5648), by and through undersigned counsel submits her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Bernice Pietras contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 4, 2016.

3. Plaintiff submitted her Fact Sheet on July 26, 2016.

4. On November 6, 2016, she received a notice of core deficiency for "Failure to provide proof that user received samples."

5. Plaintiff maintains her fact sheet is sufficient as records submitted on November 1, 2016 (292397) show Xarelto use.

6. Because Plaintiff Pietras does not have a core Plaintiff Fact Sheet deficiency, Plaintiff respectfully requests that the Show Cause Order be dismissed.

7. In the alternative, Plaintiff respectfully requests a 60-day extension, until May 15, 2017, to allow her to attempt to cure the deficiency.

8. Counsel for Ms. Pietras contacted her prescribing physician and requested sample logs

or other documents showing that Plaintiff received Xarelto samples. Plaintiff's prescribing physician responded that he did not maintain a sample log. Counsel requested an affidavit regarding use of Xarelto samples. However, plaintiff's prescribing physician is out of the office for three weeks. As a result, the request to plaintiff's prescribing physician for an affidavit regarding use of Xarelto samples remains outstanding.

FOR THESE REASONS, Plaintiff Bernice Pietras respectfully requests that the Show Cause Order be dismissed, or, in the alternative, that the Court grant a 60-day extension, until May 15, 2017, to allow additional time to attempt to cure the deficiency.

Dated: March 13, 2017

        Respectfully submitted,

        **BARTIMUS, FRICKLETON and ROBERTSON, P.C.**

        By: */s/ Michelle Marvel*
        Michelle Marvel   MO # 59815   KS #23511
        11150 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        **GOZA & HONNOLD, L.L.C**

        Kirk J. Goza       MO # 32475
        Bradley D. Honnold   MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/*Michelle Marvel*
Michelle Marvel