**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 4. | Albright, Linda | 2:16-cv-7131 |
| 6. | Allen, Pauline | 2:16-cv-11915 |
| 7. | Amos, Henry | 2:16-cv-06499 |
| 18. | Brown, Gail | 2:16-cv-9394 |
| 19. | Chadwick, Anne | 2:16-cv-13851 |
| 23. | Crisp, Jean | 2:16-cv-9714 |
| 26. | Dennis, Tina | 2:16-cv-13851 |
| 35. | Hollier, Sedia | 2:16-cv-8756 |
| 40. | Isabell, James Ellis | 2:16-cv-13851 |
| 43. | Jones, Linda | 2:16-cv-8774 |
| 46. | Kenmure, Ralph | 2:16-cv-11267 |
| 47. | Kokernak, Constance | 2:16-cv-11120 |
| 54. | Martel, Jenette | 2:16-cv-9511 |
| 56. | Mccarty, Ray | 2:16-cv-12273 |
| 59. | Medrano, Susan | 2:16-cv-11005 |
| 60. | Molock, Talisha | 2:16-cv-102 |
| 65. | Orange, Ronnie | 2:16-cv-13851 |
| 71. | Richardson, Contota | 2:16-cv-12185 |
| 72. | Roberts, Mallie | 2:16-cv-8115 |
| 76. | Sims, Harrison | 2:16-cv-8960 |
| 79. | Stafford, Leslie | 2:16-cv-11044 |
| 85. | Thigpen, Tammie | 2:16-cv-1017 |
| 88. | Turman, Gladys | 2:16-cv-11052 |
| 90. | Vertz, David | 2:16-cv-12229 |
| 91. | Walston, Yvonne | 2:16-cv-12232 |
| 93. | Wicks, Hattie | 2:16-cv-13851 |
| 95. | Wright, Donnie | 2:16-cv-13851 |
| 96. | Young, James | 2:16-cv-11081 |