**Exhibit B**
**Cases Plaintiffs Maintain are Not Deficient**

| No. | Plaintiff Name | Docket Number | Reason for Deficiency Notice | Response |
|---|---|---|---|---|
| 6. | Allen, Pauline | 2:16-cv-11915 | Failure to provide documentation supporting authority of Xarelto user's representative to sign declaration on behalf of user | Documentation supporting authority of Xarelto user's representative to sign declaration on behalf of user submitted 3/10/17 (319495). |
| 18. | Brown, Gail | 2:16-cv-9394 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 3/9/2017 (319059) show Xarelto use and injury. See, e.g., pp. 43, 46, 95, 96. |
| 43. | Jones, Linda | 2:16-cv-8774 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 2/28/17 (317403) show Xarelto use and injury. See, e.g., p. 6. Additional records submitted on 2/28/17 (317404) show Xarelto use and injury. See, e.g., p.1. |
| 47. | Kokernak, Constance | 2:16-cv-11120 | Medical records provided do not demonstrate alleged injury | Records submitted 10/12/16 (287125) show Xarelto related injury. See, e.g., p.86. |
| 90. | Vertz, David | 2:16-cv-12229 | Failure to provide any Medical Records demonstrating alleged injury | Records submitted 3/10/17 (319774) show Xarelto use and injury. See, e.g., pp. 1-7, 11-16, 23, 24. |