**Exhibit C**
**Cases in Which Counsel for Plaintiffs Agreed to Stipulate to Dismissal**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 7. | Amos, Henry | 2:16-cv-06499 |
| 23. | Crisp, Jean | 2:16-cv-9714 |
| 54. | Martel, Jenette | 2:16-cv-9511 |
| 76. | Sims, Harrison | 2:16-cv-8960 |
| 88. | Turman, Gladys | 2:16-cv-11052 |