**Exhibit D**
**Cases for Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 40. | Isabell, James Ellis | 2:16-cv-13851 |
| 56. | Mccarty, Ray | 2:16-cv-12273 |
| 59. | Medrano, Susan | 2:16-cv-11005 |
| 60. | Molock, Talisha | 2:16-cv-102 |
| 71. | Richardson, Contota | 2:16-cv-12185 |
| 79. | Stafford, Leslie | 2:16-cv-11044 |
| 93. | Wicks, Hattie | 2:16-cv-13851 |
| 96. | Young, James | 2:16-cv-11081 |