**Exhibit E**
**Cases in Which Extension is Requested**

| No. | Plaintiff Name | Docket Number | Reason for Deficiency Notice | Response |
|---|---|---|---|---|
| 4. | Albright, Linda | 2:16-cv-7131 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user | Documentation supporting authority of Xarelto user's representative to sign declaration on behalf of the user submitted 3/10/17 (319525) and (319431). Requests for additional medical records on 5/13/16 were denied until additional representative documents could be provided. We were unable to obtain the additional documentation from the representative until January, 2017. Medical records were requested again with the required representative documents. Records request outstanding. |
| 19. | Chadwick, Anne | 2:16-cv-13851 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use. Requests for additional medical records on 5/22/16 were denied until additional representative documents could be provided. Multiple attempts to obtain the required representative documents have been made since that time; however, the client representative has been non-responsive. |
| 26. | Dennis, Tina | 2:16-cv-13851 | Failure to provide any Medical Records demonstrating alleged injury | We have submitted proof of Xarelto use. Additional medical records came back "No Records". We learned of an error in the information used on the original medical records request. Request resubmitted with corrected information and remains outstanding. |
| 35. | Hollier, Sedia | 2:16-cv-8756 | Failure to provide any Medical Records | We have submitted proof of Xarelto use. On 8/22/16, we |

| | | | demonstrating alleged injury | requested additional records which came back "No Patient." Pharmacy records confirm the physician in question is our client's physician. We have resubmitted the request which remains outstanding. |
|---|---|---|---|---|
| 46. | Kenmure, Ralph | 2:16-cv-11267 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user | We have submitted proof of Xarelto use and injury. We learned through a medical provider that our client has died. We have been working on behalf of the decedent to locate next of kin. |
| 65. | Orange, Ronnie | 2:16-cv-13851 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | Records submitted 3/9/17 (319114) show injury. See, e.g., pp. 3,5,7. We learned of an additional potential source of pharmacy records in February and requested records. Request still outstanding. |
| 72. | Roberts, Mallie | 2:16-cv-8115 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user | We have submitted proof of Xarelto use and injury. The client died after retaining us. We have been working to locate and obtain paperwork from next of kin since July, 2016. |
| 85. | Thigpen, Tammie | 2:16-cv-1017 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We have submitted proof of injury. A special authorization is needed to obtain additional pharmacy records. We have attempted to contact the client on numerous occasions from September, 2016 through March, 2017. The client remains non-responsive. |
| 91. | Walston, Yvonne | 2:16-cv-12232 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user | We have provided proof of Xarelto use and injury. The client died in February and we are working on locating the next of kin. |

| 95. | Wright, Donnie | 2:16-cv-13851 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto | We learned in August that our client has passed away. Since then we have been working on behalf of the decedent to locate a next of kin. |