UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR
MARCH 15, 2017 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Case Management Orders

3. Bellwether Selections

4. Counsel Contact Information Form

5. Plaintiff Fact Sheets

6. Defendant Fact Sheets

7. Service of Process on Certain Bayer Defendants

8. Preservation Order

9. Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

10. Discovery

11. Dispositive Motions, Motions Regarding the First Bellwether Trials, and Motions Regarding Expert Testimony

12. Discovery Issued to Third Parties

13. State/Federal Coordination

14. Matters Set for Hearing Following the Status Conference

15. Next Status Conference