UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____:    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Ernest Bishop

CA#2:16-cv-04225

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on April 20, 2016.

2. Counsel informed Mr. Bishop of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Mr. Bishop, with instructions for completion and returning to counsel, on or about April 20, 2016, and again on or around December 22, 2016.

4. To date, Mr. Bishop has not completed and returned the Plaintiff Fact Sheet.

5. This is despite repeated contacts and follow-up efforts by counsel, including:

   - 4//15/16       Spoke with client re: PFS
   - 8/12/2016      Left message with daughter re: PFS
   - 8/20/2016      Left voicemail re: PFS

1

- 8/26/2016      Left voicemail re: PFS;
- 9/29/2016      Left voicemail re: PFS
- 11/15/2016    Left voicemail re: PFS
- 12/26/2016    Spoke to client re: PFS
- 1/13/2017      Spoke to client re: PFS
- 1/24/2017      Spoke to client re: PFS
- 2/2/2017        Left voicemail re: PFS
- 2/7/2017        Left voicemail re: PFS; Sent email
- 2/8/2017        Left voicemail re: PFS; Sent email
- 2/15/2017      Left voicemail re: PFS;
- 2/17/2017      Left voicemail re: PFS
- 3/2/2017        Left voicemail re: PFS

6. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Plaintiff from responding to counsel or completing the Plaintiff Fact Sheet.

7. Accordingly, undersigned counsel is unable to assist Plaintiff in complying with his obligations to complete and serve a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517

2

Fax: (321) 972-3568Email:
michael@mblynchfirm.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

            /s/ *Daniel J. Carr*