UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Marjorie Wortley

CA#2:15-cv-7128

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 19, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5085) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on December 11, 2015.

2. Counsel informed Ms. Wortley of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Ms. Wortley, with instructions for completion and returning to counsel, on or about December 11, 2015, and again on or around December 12, 2016.

4. To date, Ms. Wortley has not completed and returned the Plaintiff Fact Sheet.

5. This is despite repeated contacts and follow-up efforts by counsel, including:

   - 1/13/2016    Left voicemail re: PFS

1

- 1/27/2016    Left voicemail re: PFS
- 2/18/2016    Left voicemail re: PFS
- 3/16/2016    Left voicemail re: PFS
- 4/4/2016    Left voicemail re: PFS
- 4/4/2016    Contact letter sent; no response
- 5/10/2016    Left voicemail re: PFS
- 6/16/2016    Left voicemail re: PFS
- 7/8/2016    Left voicemail re: PFS
- 9/16/2016    Left voicemail re: PFS
- 10/10/2016    Left voicemail re: PFS
- 12/13/2016    Spoke to client; re-sent PFS; confirmed receipt
- 12/22/2016    Left voicemail re: PFS
- 12/22/2016    Client reports sending PFS; nothing received
- 12/26/2016    Spoke to relative of client re: PFS
- 1/13/2017    Left voicemail re: PFS
- 1/24/2017    Left voicemail re: PFS
- 1/252017    Spoke to client; re-sent PFS
- 2/7/2017    Spoke to client; confirmed receipt of PFS
- 2/8/2017    Left two voicemails re: PFS
- 2/17/2017    Left voicemail re: PFS
- 2/24/2017    Left voicemail re: PFS
- 3/1/2017    Left voicemail re: PFS

6.    Undersigned counsel is without any knowledge of what circumstances exist that may preclude Plaintiff from responding to counsel or completing the Plaintiff Fact Sheet.

7.    Accordingly, undersigned counsel is unable to assist Plaintiff in complying with her obligations to complete and serve a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

    Respectfully submitted,

    By:   /s/ Daniel J. Carr

    Joseph C. Peiffer, La. Bar # 26459
    Daniel J. Carr, La. Bar # 31088
    PEIFFER ROSCA WOLF
    ABDULLAH CARR & KANE
    A Professional Law Corporation
    201 St. Charles Avenue, Suite 4610

New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568Email:
michael@mblynchfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ *Daniel J. Carr*