## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILDRED LOWDER,<br>Plaintiff,<br><br>v<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,<br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br>Defendants. | Civil Case No: 2:17-cv-00605<br><br>**MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>NOTICE AND SUGGESTION OF DEATH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

      Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Mildred Lowder.

Dated: March 14, 2017.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone:  (713) 622-7271
Facsimile:  (713) 623-8724

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on March 14, 2017.

By:  /s/ Robert J. Binstock
Robert J. Binstock