IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss without prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, Donald Rominger, no longer wishes to pursue this matter. Plaintiff contacted Counsel via e-mail on February 13, 2017 asking use to close his case.

Plaintiff, by and through his undersigned Counsel, respectfully requests this Honorable Court grant his Motion for Voluntary Dismissal Without Prejudice.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.


By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Memorandum in Support has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 14th day of March, 2017.

/s/ Ryan J. Cavanaugh
Ryan J. Cavanaugh (0079996)
Counsel for Plaintiff