IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| **PRODUCTS LIABILITY** ) | |
| **LITIGATION** ) | JUDGE ELDON E. FALLON |
| ) | |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for Voluntary Dismissal Without Prejudice before the Honorable Eldon E. Fallon.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 14th day of March, 2017.

                                              /s/ Ryan J. Cavanaugh
                                              Ryan J. Cavanaugh (0079996)
                                              Counsel for Plaintiff