## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO<br>(RIVAROXABAN)<br><br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |

## ORDER

This matter came before the Court on Plaintiffs' Motion for Voluntary Dismissal Without Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED, with each party to bear their own costs.

_____
DATE

_____
JUDGE ELDON E. FALLON