UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIAGTION

MDL No. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

*Robertson v. Janssen Research & Development, LLC, et al.,* **15-cv-03715**
*Hardt v. Janssen Research & Development, LLC, et al.,* **16-cv-02959**
*Egbert v. Janssen Research & Development, LLC, et al.,* **16-cv-04490**

**PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET (DOCUMENT 4519)**

On November 15, 2016, this Court issued an Order to Show Cause (Rec. Doc. 4519) why certain actions, including the above-captioned actions should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

**Violet Robertson**

1. The complaint in this matter was filed on August 24, 2015.

2. Undersigned counsel informed Ms. Robertson of her obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Ms. Robertson on or about August 28, 2015 with instructions for completion and returning to counsel.

4. Despite repeated efforts to follow up on the status, Ms. Robertson did not complete and return the Plaintiff Fact Sheet.

5. On December 28, 2015, counsel was informed by Ms. Roberson's niece Sandra Shipley that Ms. Robertson had passed away on December 22, 2015.

6. Counsel attempted to reach Ms. Shipley regarding the return of the needed Plaintiff Fact Sheet numerous times including:

   a. February 18, 2016 – Left voicemail and sent email re: PFS.

   b. February 19, 2016 – Left voicemail re: PFS.

   c. February 22, 2016 – Left voicemail re: PFS.

   d. February 25, 2016 – Left voicemail and sent email re: PFS.

   e. March 1, 2016 – Left voicemail and sent email re: PFS.

   f. March 10, 2016 – Left voicemail and sent email re: PFS.

   g. March 15, 2016 - Left voicemail re: PFS.

   h. March 16, 2016 – Sent letter re PFS.

   i. March 22, 2016 - Left voicemail re: PFS.

   j. March 28, 2016 - Left voicemail re: PFS.

   k. March 31, 2016 - Left voicemail and sent email re: PFS.

   l. April 7, 2016 - Left message for a call back re: PFS.

   m. April 13, 2016 - Sent email re: PFS.

   n. April 27, 2016 – Spoke to Ms. Shipley and went over what she needs to proceed with case on behalf of Ms. Robertson.

   o. May 17, 2016 - Left voicemail re: PFS.

   p. August 22, 2016 - Left voicemail and sent email re: PFS.

    q. August 24, 2016 - Left voicemail and sent email re: PFS.

    r. August 25, 2016 – Sent letter re PFS.

    s. August 30, 2016 - Left voicemail and sent email re: PFS.

    t. September 8, 2016 - Left voicemail and sent email re: PFS.

    u. September 14, 2016 - Left voicemail and sent email re: PFS.

    v. September 20, 2016 - Sent email re: PFS.

    w. October 6, 2016 - Left voicemail re: PFS.

    x. October 18, 2016 - Left voicemail re: PFS.

    y. October 24, 2016 - Left voicemail and sent email re: PFS.

    z. November 3, 2016 - Left voicemail and sent email re: PFS.

    aa. November 4, 2016 – Sent letter re PFS.

    bb. November 14, 2016 - Sent email re: PFS.

    cc. November 18, 2016 - Left voicemail re: PFS.

    dd. December 21, 2016 - Left voicemail re: PFS.

    ee. January 5, 2017 - Left voicemail re: PFS.

    ff. February 3, 2017 - Left voicemail and sent email re: PFS.

    gg. March 14, 2017 - Left voicemail re: PFS

7. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Ms. Shipley from responding, or completing the Plaintiff Fact Sheet.

8. Accordingly, undersigned counsel is unable to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO 13.

9. Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

## Jeanne Hardt OBO Helen Cleghorn

1. The complaint in this matter was filed on April 11, 2016.
2. Undersigned counsel informed Ms. Hardt of her obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.
3. The Plaintiff Fact Sheet was sent to Ms. Hardt on or about April 14, 2016 with instructions for completion and returning to counsel.
4. Despite repeated efforts to follow up on the status, Ms. Hardt did not complete and return the Plaintiff Fact Sheet.
5. Counsel attempted to reach Ms. Hardt regarding the return of the needed Plaintiff Fact Sheet numerous times including :
    a. June 8, 2016 – Left voicemail re: PFS.
    b. June 10, 2016 – Left voicemail re: PFS.
    c. June 13, 2016 – Left voicemail re: PFS.
    d. June 13, 2016 – Sent letter re: PFS.
    e. June 27, 2016 – Left voicemail re: PFS.
    f. June 29, 2016 – Left voicemail re: PFS.
    g. July 14, 2016 – Attempted call to client re: PFS.
    h. August 19, 2016 – Left voicemail and sent email re: PFS.
    i. August 24, 2016 – Left voicemail and sent email re: PFS.
    j. August 25, 2016 – Sent letter re: PFS.

      k. August 30, 2016 – Left voicemail and sent email re: PFS.

      l. September 8, 2016 – Left voicemail and sent email re: PFS.

      m. September 20, 2016 – Spoke to client's daughter who told us Ms. Hardt is not interested in pursuing the action.

      n. November 4, 2016 – Sent letter re: PFS.

      o. January 5, 2017 – Left message re: PFS.

      p. February 3, 2017 – Left voicemail re: PFS.

      q. March 14, 2017 – Left voicemail re: PFS.

6. Accordingly, undersigned counsel is unable to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO 13.

7. Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

**Mary Egbert OBO Glenda Phillips**

1. The complaint in this matter was filed on April 28, 2016.

2. Undersigned counsel informed Ms. Egbert of her obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Ms. Egbert on or about April 29, 2016 with instructions for completion and returning to counsel.

4. Despite repeated efforts to follow up on the status, Ms. Egbert did not complete and return the Plaintiff Fact Sheet.

5.  Counsel attempted to reach Ms. Egbert regarding the return of the needed fact sheet numerous times including :

    a.  August 16, 2016 – Left voicemail and sent email re: PFS.

    b.  August 19, 2016 – Left voicemail and re: PFS.

    c.  August 22, 2016 – Left voicemail and re: PFS.

    d.  August 24, 2016 – Left voicemail and sent email re: PFS.

    e.  August 25, 2016 – Sent letter re: PFS.

    f.  August 30, 2016 – Left voicemail and sent email re: PFS.

    g.  September 14, 2016 – Left voicemail and sent email re: PFS.

    h.  September 30, 2016 – Left voicemail re: PFS.

    i.  October 6, 2016 – Left voicemail re: PFS.

    j.  October 6, 2016 – Sent letter re: PFS.

    k.  October 18, 2016 – Left voicemail re: PFS.

    l.  October 24, 2016 – Left voicemail and sent email re: PFS.

    m.  November 4, 2016 – Sent letter re: PFS.

    n.  November 10, 2016 – Left voicemail re: PFS.

    o.  November 14, 2016 – Left voicemail and sent email re: PFS.

    p.  December 21, 2016 – Left voicemail re: PFS.

    q.  January 5, 2017 – Left voicemail re: PFS.

    r.  February 3, 2017 – Left voicemail and sent email re: PFS.

    s.  March 14, 2017 – Left voicemail re: PFS.

6.  Undersigned counsel is without any knowledge of what circumstances exist that may preclude Ms. Egbert from responding, or completing the Plaintiff Fact Sheet.

7. Accordingly, undersigned counsel is unable to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO13.

8. Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully request that this Court dismiss this claim without prejudice.

Date: March 14, 2017

/s/ Daniel C. Burke
Daniel C. Burke, Esq.
**Bernstein Liebhard LLP**
10 East 40th Street
New York, New York 10016
dburke@bernlieb.com
Phone: (212) 779-1414
Fax:    (212) 779-3218
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ Daniel C. Burke