# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| THELMA L. BEEMEN, | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |
| No. 2:16-cv-08743-EEF-MBN | | |
| _____ | | |

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW undersigned attorneys and respectfully respond to Defendants Order to Show Cause [Doc. 5660] as follows:

1. On March 7, 2017, The Court issued an Order to Show Cause regarding Plaintiffs who have failed to serve a Plaintiff Fact Sheet (In Re: Xarelto (Rivaroxaban) Products Liability Litigation, 2:14-cv-02592 [Doc. 5660]).

2. Defendants identified the above-referenced Plaintiff on their list of cases for failure to provide a Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative.

3. Plaintiff's case was filed in a Joint Complaint on May 19, 2016 (Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al., 2:16-cv-06583-EEF-MBN [Doc. 1]).

4. On June 3, 2016, a Severance Order was issued for the Joint Complaint Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al., 2:16-cv-06583-EEF-MBN [Doc. 5].

5. Plaintiff's Short Form Individual Complaint was filed on June 7, 2016, Thelma L. Beemen v. Janssen Research & Development LLC, et al., 2:16-cv-08743-EEF-MBN [Doc. 1].

6. Plaintiff's counsel was informed by Plaintiff's family that Plaintiff died on June 19, 2016 testate and her will was to be probated.

7. On October 28, 2016, Plaintiff filed a completed Plaintiff Fact Sheet; with the exception of a signed Declaration as the Plaintiff had passed away.

8. On August 18, 2016, Plaintiff's counsel was informed that Mr. Stony Beeman, Plaintiff's son, is the proposed Personal Representative of the Estate of Thelma L. Beemen.

9. Mr. Stony Beemen is represented by Arkansas Estate Planners in the probate matter.

10. A petition to open the estate was filed on January 23, 2017, before The Probate Court of White County, Arkansas.

11. Plaintiff's counsel requested a 30-day extension via email to Defendants on September 15, 2016 to provide for additional time to open the estate and appoint the Personal Representative, which was agreed upon.

12. On October 11, 2016, Plaintiff's counsel again asked for an extension, as the Probate Court had not appointed the Personal Representative, and Defenses' counsel agreed, under the condition that Plaintiff's counsel submits the unverified Plaintiff Fact Sheet and medical records.

13. Plaintiff's counsel submitted the unverified Plaintiff Fact Sheet with medical records on October 28, 2016.

14. On November 11, 2016, Plaintiff's counsel received the deficiency for failure to provide an executed declaration page to Plaintiff's Fact Sheet.

15. On March 7, 2017, Plaintiff's counsel was notified by Arkansas Estate Planners that there was a delay in opening the estate because the original will cannot be located and that a court date will be set in the near future to address this matter.

16. Presently, the anticipated Personal Representative, Mr. Stony Beemen has not been appointed Personal Representative of the Estate of Thelma L. Beemen, and at this time there is no proper party that may sign the deficient Declaration.

17. Plaintiff's counsel, Arkansas Estate Planners, and the anticipated Personal Representative Stony Beemen are continuing to make every effort to expedite the appointment of Stony Beemen as the Personal Representative. Unfortunately, due to unforeseen circumstances the process has been delayed by the probate court overseeing the probate of the Estate of Thelma L. Beemen.

18. In consideration of the ongoing effort to appoint Stony Beemen as the Personal Representative, Plaintiff respectfully requests that the Show Cause Order be dismissed.

19. In the alternative, Plaintiff respectfully, requests a 90-day extension, until June 12, 2017, to allow him to attempt to cure the deficiency.

WHEREFORE, the undersigned counsel responds to this Court's Order to Show Cause and respectfully requests that the Order to Show Cause be dismissed, or, in the alternative, that the Court grant a 90-day extension, until June 12, 2017, to allow additional time to attempt to cure the deficiency.

Dated: March 14, 2017          By: /s/Emanuella J. Paulos_____
                                                Emanuella J. Paulos (FL Bar 99010)
                                                Brian H. Barr (FL Bar 493041)
                                                Neil E. McWilliams Jr. (FL Bar 16174)
                                                LEVIN, PAPANTONIO, THOMAS,
                                                MITCHELL, RAFFERTY &

PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiff*

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 14th day of March, 2017.

By: /s/Emanuella J. Paulos_____