UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) **PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : : : | **MDL No. 2592** **SECTION L** **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | | |
| THELMA L. BEEMEN, | | |
| No. 2:16-cv-08743-EEF-MBN | | |
| _____: | | |

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that the Order to Show Cause be Dismissed or in the alternative, Plaintiff's counsel is granted a 90-day extension, until June 12, 2017, to allow time to attempt to cure the deficiency is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON