UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | | |

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who allegedly failed to submit a Plaintiff Fact Sheet [Rec. Doc. 5245]. The below listed plaintiffs have agreed to dismiss their claims with prejudice, or, their cases have previously been dismissed by the Court with prejudice.

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Aldrich, Brenda | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-06566 |
| 2. | Arnold, Eugene | Grant & Eisenhofer P.A. | 2:16-cv-13974 |
| 3. | Barnes, George | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10471 |
| 4. | Beck, George | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10473 |
| 5. | Belluomini, Marianna | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08471 |
| 6. | Belt, Lois | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08311 |
| 7. | Berry, James | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10488 |
| 8. | Betterton, Robert | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10670 |
| 9. | Bizzarri, Mary M. (Duplicate filer) | Sweeney Merrigan Law | 2:16-cv-13267 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
| --- | --- | --- | --- |
| 10. | Boltz, Eleanor | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10314 |
| 11. | Borg, Wanda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10960 |
| 12. | Butts, Kim | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10970 |
| 13. | Castro, Jose | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10571 |
| 14. | Claybourne, Janet | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08292 |
| 15. | Connor, Gloria | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08179 |
| 16. | Cook, Michael Wayne | Matthews & Associates | 2:16-cv-13827 |
| 17. | Eggermont, Charles, Sr. | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10037 |
| 18. | Elliott, Willie | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08653 |
| 19. | Evans, Clara | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07944 |
| 20. | Feliciano-Alvarado, Mariza | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10596 |
| 21. | Freeman, Patricia | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10598 |
| 22. | Friday, Gwendalina | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08183 |
| 23. | Friday, William | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10964 |
| 24. | Greer, Bobby Davis | Matthews & Associates | 2:16-cv-13264 |
| 25. | Hilchey, Rachel | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08543 |
| 26. | Huley, Belinda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07867 |
| 27. | Hungerford, Robin | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10671 |
| 28. | Ivey, Barbara (Duplicate filer) | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09692 |
| 29. | Jackson, Barbara | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09693 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
| --- | --- | --- | --- |
| 30. | Jaramillo, Esmeralda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10322 |
| 31. | Kirkpattrick, Ben | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09702 |
| 32. | Lawrence, Arnold | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07683 |
| 33. | Lewis, Eddie | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08108 |
| 34. | Manygoats, Kee | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08308 |
| 35. | May, Otus | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08520 |
| 36. | McCreight, Boyd | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07892 |
| 37. | Mitchell, Kutila | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10585 |
| 38. | Morris, Julie | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08301 |
| 39. | Norris-Parker, Sarah | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10852 |
| 40. | Pastor, Sarah | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10854 |
| 41. | Poindexter, David | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08018 |
| 42. | Powers, Shirley | Hensley Legal Group, PC. | 2:16-cv-08637 |
| 43. | Revels, Linwood | Peterson & Associates, P.C. | 2:16-cv-13414 |
| 44. | Romback, Peter, Sr. | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10664 |
| 45. | Roy, Bernice | The Schlemmer Firm, LLC | 2:16-cv-14353 |
| 46. | Salcido, Frank | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10334 |
| 47. | Sanchez, George | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08172 |
| 48. | Sanford, Robin | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10673 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 49. | Schlopp, Ruben | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08618 |
| 50. | Scott, Charles | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10031 |
| 51. | Scott, Johnnie | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10568 |
| 52. | Shaw, Barbara | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07860 |
| 53. | Sineath, Betty | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07887 |
| 54. | Staton, Charlotte | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-07933 |
| 55. | Strickland, Philip | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10893 |
| 56. | Swain, Yolanda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10969 |
| 57. | Thomas, Jimmy | Zarzaur Mujumdar & Debrosse | 2:16-cv-13563 |
| 58. | Tipton, Robert (Duplicate filer) | Burnett Law Firm | 2:16-cv-02723 |
| 59. | Walker, Frances | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10326 |
| 60. | Yarosh, Linda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08309 |
| 61. | Zentner, Peter, Jr. | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10666 |
| 62. | Zyskowski, Margaret | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08456 |

New Orleans, Louisiana, on this 14th day of March 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

4