## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

<u>ORDER</u>

On January 5, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies [R. Doc. 4926]. The Court set these motions to be heard on February 10, 2017. [R. Doc. 5085]. Due to the cancellation of the February hearing, the Court adjourned the motions and they are set to be heard on March 15, 2017. [R. Doc. 5392].

The below listed plaintiffs have allegedly failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1 and Sections I and X of the Plaintiff Fact Sheet. Plaintiffs shall be ordered to show cause on March 15, 2017, before Judge Fallon (in person or via telephone) as to why their case should not be dismissed with prejudice. Failure to show cause by appearing before this Court at 10:30 a.m. on March 15, 2017, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, may result in dismissal of plaintiff's case with prejudice.

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Adams, Thomas | Morris Law Firm | 2:16-cv-01668 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Albergo, Anthony | The Driscoll Firm | 2:16-cv-06544 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | Anderson, Chennette | The Driscoll Firm | 2:16-cv-09377 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 4. | Anderson, Roy A. | Van Wey Law, PLLC | 2:16-cv-06584 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Ardie, Andy | Kennedy Hodges, LLP | 2:15-cv-05611 | Medical records provided do not demonstrate alleged injury |
| 6. | Arndt, Bruce J. | Van Wey Law, PLLC | 2:16-cv-05886 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 7. | Arnold, Frances P | Nemeroff Law Firm | 2:16-cv-06780 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 8. | Atkins, Anthony | The Driscoll Firm | 2:16-cv-06605 | Medical records provided do not demonstrate alleged injury |
| 9. | Baker, Charles | The Mulligan Law Firm | 2:16-cv-03393 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year for each alleged injury identified in PFS section I.D.1; Failure to provide response containing the month and year for each hospitalization identified |
| 10. | Baker, Florence | Sanders Phillips Grossman, LLC | 2:15-cv-03148 | Failure to provide any Medical Records demonstrating alleged injury |
| 11. | Baker, Wendy | Ferrer, Poirot & Wansbrough | 2:16-cv-10857 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Balcerzak, Stephen | The Driscoll Firm | 2:16-cv-11933 | Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|---------------|---------------|---------------|------------------------------|
| 13. | Banks, David E | Jim S. Hall & Associates, LLC | 2:15-cv-00041 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 14. | Banks, Laura | The Schlemmer Firm, LLC | 2:15-cv-03812 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 15. | Barnes, Joyce | The Driscoll Firm | 2:16-cv-10863 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 16. | Barragan, Cecilia | The Driscoll Firm | 2:16-cv-10865 | Medical records provided do not demonstrate alleged injury |
| 17. | Barrington, Patsy | The Michael Brady Lynch Law Firm | 2:16-cv-01434 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 18. | Bethea, Carolyn | Ferrer, Poirot & Wansbrough | 2:16-cv-10864 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Bishop, Ernest | The Michael Brady Lynch Law Firm | 2:16-cv-04225 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | Bitetto, Gary | The Driscoll Firm | 2:16-cv-11602 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 21. | Blackmon, Don E. | Van Wey Law, PLLC | 2:16-cv-10129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | Blaine, John | The Driscoll Firm | 2:16-cv-10873 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 23. | Blake, Barbara | Lenze Kamerrer Moss, PLC. | 2:16-cv-13887 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide proof that user received samples; Failure to respond to question in Section I (core case information). |
| 24. | Bohlken, George | Kelley & Ferraro LLP | 2:16-cv-13493 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | Bowes, Kimberly | The Mulligan Law Firm | 2:16-cv-00410 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | Bowling, Georgia | The Driscoll Firm | 2:16-cv-10879 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 27. | Bradfield, Glenda Jo | Curtis Law Group | 2:16-cv-06562 | Medical records provided do not demonstrate alleged injury |
| 28. | Brannen, Mary | Johnson Law Group | 2:16-cv-03808 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide proof that user received samples |
| 29. | Bray, Margaret | The Driscoll Firm | 2:16-cv-11936 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 30. | Broadwell, Linda | The Driscoll Firm | 2:16-cv-12251 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 31. | Brown, Allan | The Michael Brady Lynch Law Firm | 2:15-cv-01554 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 32. | Burroughs, Arthur | Van Wey Law, PLLC | 2:16-cv-12121 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | Buter, Linda S | The West Law Firm | 2:15-cv-05799 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |
| 34. | Caballes, Romeo | Hilliard Munoz Gonzales LLP | 2:15-cv-06476 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | Campbell, Charles | The Michael Brady Lynch Law Firm | 2:16-cv-03241 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Campbell, Willie | The Mulligan Law Firm | 2:16-cv-13017 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | Carlson, Joann | Fears \| Nachawati | 2:15-cv-05113 | Failure to provide any Medical Records demonstrating alleged injury |
| 38. | Cartwright, Milton | Burke Harvey, LLC | 2:15-cv-05477 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 39. | Charles, Geraldine | Law Offices of Andre' P. LaPlace | 2:16-cv-09042 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 40. | Chuculate, Gwendolyn | The Driscoll Firm | 2:16-cv-09417 | Failure to provide any Medical Records demonstrating alleged injury |
| 41. | Clinkenbeard, Lois | Baron & Budd | 2:16-cv-04610 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | Conley, Mary | The Driscoll Firm | 2:16-cv-09425 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 43. | Cuahonte, Ronald A. | Van Wey Law, PLLC | 2:16-cv-10132 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 44. | Curtis, Michael | The Driscoll Firm | 2:16-cv-10890 | Medical records provided do not demonstrate alleged injury |
| 45. | Cutshall, Perry | The Driscoll Firm | 2:16-cv-12099 | Medical records provided do not demonstrate alleged injury |
| 46. | Daniels, Fred | The Driscoll Firm | 2:16-cv-09716 | Failure to provide any Medical Records demonstrating alleged injury |
| 47. | Darby, Yontreal | Kelley & Ferraro LLP | 2:16-cv-13507 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 48. | Darna, Henry E. | Van Wey Law, PLLC | 2:16-cv-10138 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 49. | Davis, Dorothy I. | Kelley & Ferraro LLP | 2:16-cv-13509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 50. | Debord, Charles D | Kelley & Ferraro LLP | 2:16-cv-13510 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 51. | Deng, John | Lenze Kamerrer Moss, PLC. | 2:16-cv-13888 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each pharmacy identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 52. | Dewitt, Robert E | Grant & Eisenhofer | 2:15-cv-03717 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 53. | Dickey, Linda D. | Van Wey Law, PLLC | 2:16-cv-12124 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 54. | Donatelli, Gervasio | Rosenberg & Gluck, LLP | 2:16-cv-09853 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 55. | Donnelly, Mary | The Mulligan Law Firm | 2:16-cv-03326 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 56. | Dunn, Sandra | Kennedy Hodges, LLP | 2:15-cv-06968 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |
| 57. | Edwards, Marilyn | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 58. | Etkin, Judy | Law Offices of Andre' P. LaPlace | 2:16-cv-08950 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 59. | Farria, Bernell | Childers, Schlueter & Smith LLC | 2:16-cv-07776 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 60. | Felton, Edwina | The Driscoll Firm | 2:16-cv-09436 | Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 61. | Fowlkes, William | The Driscoll Firm | 2:16-cv-11178 | Medical records provided do not demonstrate alleged injury |
| 62. | Gaddis, Bobby | The Driscoll Firm | 2:16-cv-09443 | Failure to provide any Medical Records demonstrating alleged injury |
| 63. | Garcia, Elba | The Driscoll Firm | 2:16-cv-12107 | Medical records provided do not demonstrate alleged injury |
| 64. | Gatins, Frances | The Mulligan Law Firm | 2:16-cv-13097 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 65. | Gay, Carl P | The Gallagher Law Firm LLP | 2:16-cv-05452 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 66. | Gelerter, Gerald H | Grant & Eisenhofer | 2:15-cv-07173 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of patient; Failure to provide response containing the month and year for each hospitalization identified; Failure to respond to question in Section I (core case information). |
| 67. | Gibson, Larry | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical records provided do not demonstrate alleged injury |
| 68. | Gilchrist, Helen | The Driscoll Firm | 2:16-cv-12261 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 69. | Glenn, Mattie | The Driscoll Firm | 2:16-cv-11182 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 70. | Gomez, Herbert | The Driscoll Firm | 2:16-cv-11953 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 71. | Gonzalez, Ruben | The Driscoll Firm | 2:16-cv-12114 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 72. | Grant, Charles | The Mulligan Law Firm | 2:16-cv-03367 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 73. | Gravitt, Veatrice | Ferrer, Poirot & Wansbrough | 2:16-cv-10951 | Medical records provided do not demonstrate alleged injury; Records provided do not show Xarelto use |
| 74. | Gray, Glen D | Slater Slater Schulman LLP | 2:16-cv-04531 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 75. | Green, Patricia E | Morris Law Firm | 2:16-cv-08771 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 76. | Gwynn, Annette | The Driscoll Firm | 2:16-cv-12140 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 77. | Haben, Devan | The Mulligan Law Firm | 2:16-cv-11465 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 78. | Hall, Genevieve | The Michael Brady Lynch Law Firm | 2:15-cv-03886 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information). |
| 79. | Harun, Mohammed | The Driscoll Firm | 2:16-cv-11244 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 80. | Hedrick, Charles | The Driscoll Firm | 2:16-cv-09744 | Medical records provided do not demonstrate alleged injury |
| 81. | Hedrick, Walter W | Hilliard Munoz Gonzales LLP | 2:16-cv-00414 | Failure to provide proof that user received samples |
| 82. | Herrington, David | The Driscoll Firm | 2:16-cv-11780 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 83. | Hogg, Felicia | The Driscoll Firm | 2:16-cv-10953 | Failure to provide any Medical Records demonstrating alleged injury |
| 84. | Hoover, Frederick | Morris Law Firm | 2:16-cv-08714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 85. | Howard, Richard B | Boudreau & Dahl | 2:16-cv-12057 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 86. | Jackson, Artelia | The Driscoll Firm | 2:16-cv-10957 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 87. | Jankowski, Barbara | Grant & Eisenhofer | 2:16-cv-02099 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Medical records provided do not demonstrate alleged injury |
| 88. | January, Emma L. | Van Wey Law, PLLC | 2:16-cv-10140 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | Jefferson, Donald | Curtis Law Group | 2:16-cv-08841 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 90. | Johnson, Ira W. | Van Wey Law, PLLC | 2:16-cv-10142 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 91. | Jones, Robert | The Driscoll Firm | 2:16-cv-11789 | Failure to provide any Medical Records demonstrating alleged injury |
| 92. | Kegel, Barbara | The Driscoll Firm | 2:16-cv-12160 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 93. | Kelly, Jewel | The Driscoll Firm | 2:16-cv-10967 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 94. | King, James R | Nemeroff Law Firm | 2:15-cv-04688 | Medical records provided do not demonstrate alleged injury |
| 95. | King, Rebecca | John Jewell Pace, A.P.L.C. | 2:16-cv-01458 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 96. | Klineline, Wilma | Kelley & Ferraro LLP | 2:16-cv-13704 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 97. | Knaflich, Janet | The Driscoll Firm | 2:16-cv-10983 | Failure to provide any Medical Records demonstrating alleged injury |
| 98. | Kriedeman, Kent | The Driscoll Firm | 2:16-cv-07498 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 99. | Ladd, Tommy | The Driscoll Firm | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 100. | Lamar, Dorothy | The Driscoll Firm | 2:16-cv-11798 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 101. | Lambert, Richard | The Driscoll Firm | 2:16-cv-11972 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 102. | Lavette, Darrell | The Driscoll Firm | 2:16-cv-10990 | Medical records provided do not demonstrate alleged injury |
| 103. | Lee, Angelise | The Driscoll Firm | 2:16-cv-11801 | Failure to provide any Medical Records demonstrating alleged injury |
| 104. | Lewis, Shelton | The Driscoll Firm | 2:16-cv-08778 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 105. | Linder, James | The Driscoll Firm | 2:16-cv-10994 | Failure to provide any Medical Records demonstrating alleged injury |
| 106. | Locke, William | The Mulligan Law Firm | 2:16-cv-12818 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 107. | Longardner, James | The Driscoll Firm | 2:16-cv-09509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 108. | Mack, Ella | Morgan & Morgan | 2:16-cv-00532 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response for each alleged diagnosis identified in PFS section I.D.1; Failure to respond to question in Section I (core case information). |
| 109. | Malachino, Angela | The Driscoll Firm | 2:16-cv-11978 | Failure to provide any Medical Records demonstrating alleged injury |
| 110. | Malone, Thomas R | Ferrer, Poirot & Wansbrough | 2:16-cv-11073 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to provide response containing city and state for each alleged diagnosis identified in PFS section I.D.1. |
| 111. | Maloney, Sharon | Andrus Wagstaff | 2:15-cv-06113 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 112. | Manfre, Irene | The Driscoll Firm | 2:16-cv-12166 | Failure to provide any Medical Records demonstrating alleged injury |
| 113. | Mason, Isaac | Burns Charest LLP | 2:16-cv-10287 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 114. | Mayberry, Johnnie | Morgan & Morgan | 2:15-cv-01584 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information). |
| 115. | Maye, Shanda | Rosenberg & Gluck, LLP | 2:16-cv-09863 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 116. | Mcandrew, John | The Driscoll Firm | 2:16-cv-08822 | Failure to provide any Medical Records demonstrating alleged injury |
| 117. | Mcbrayer, Doris | The Driscoll Firm | 2:16-cv-11348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 118. | Mcconnico, Linda R. | Van Wey Law, PLLC | 2:16-cv-10144 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 119. | Mcdaniel, Sherry | The Driscoll Firm | 2:16-cv-11356 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 120. | Mcdowell, Silas L. | Van Wey Law, PLLC | 2:16-cv-12125 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 121. | Mcknight, Kathryn | The Driscoll Firm | 2:16-cv-11358 | Failure to provide any Medical Records demonstrating alleged injury |
| 122. | Mcswain, Gloria | Kelley & Ferraro LLP | 2:16-cv-13736 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 123. | Mcvay, Vera M | Pro Se – Vera McVay | 2:15-cv-03078 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 124. | Meer, John D. | Van Wey Law, PLLC | 2:16-cv-10147 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 125. | Merrell, Tommy | Morris Law Firm | 2:16-cv-01672 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information). |
| 126. | Moore, Brenda B | Baron & Budd | 2:16-cv-04665 | Failure to provide any Medical Records demonstrating alleged injury |
| 127. | Moore, Melissa | The Driscoll Firm | 2:16-cv-11824 | Medical records provided do not demonstrate alleged injury |
| 128. | Moran, Laquita | The Driscoll Firm | 2:16-cv-11008 | Medical records provided do not demonstrate alleged injury |
| 129. | Mouzon, Rebecca | Morris Law Firm | 2:16-cv-01674 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 130. | Natt, Willena E. | The Driscoll Firm | 2:16-cv-12173 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 131. | Norris, Antonia | Curtis Law Group | 2:16-cv-08850 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 132. | Odle, Robert L. | Van Wey Law, PLLC | 2:16-cv-12129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 133. | Oney, Frances | The Driscoll Firm | 2:16-cv-07583 | Medical records provided do not demonstrate alleged injury |
| 134. | Ortiz, Rita | Pro Se – Rita Ortiz | 2:15-cv-00864 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 135. | Paden, Florencia | The Driscoll Firm | 2:16-cv-11028 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 136. | Pantone, Lillian | Johnson Law Group | 2:16-cv-10166 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 137. | Park, Thomas | The Driscoll Firm | 2:16-cv-11029 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 138. | Parsons, Lezette | The Driscoll Firm | 2:16-cv-12176 | Medical records provided do not demonstrate alleged injury |
| 139. | Pascoe, Annmarie | Johnson Law Group | 2:16-cv-00842 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 140. | Pauley, Carol R | Morris Law Firm | 2:16-cv-08694 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 141. | Percodani, Joseph | Lenze Kamerrer Moss, PLC. | 2:16-cv-13891 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 142. | Pierce, Ricky L | Cory Watson | 2:15-cv-04874 | Medical records provided do not demonstrate alleged injury |
| 143. | Pigg, Emily A | Kabateck Brown Kellner | 2:15-cv-00219 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 144. | Pittman, Don | Kelley & Ferraro LLP | 2:16-cv-14411 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 145. | Presley, Ida | The Driscoll Firm | 2:16-cv-09515 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 146. | Price, Sharron | Salim-Beasley, LLC | 2:16-cv-01904 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 147. | Prochazka, Frank A | Levin Papantonio | 2:16-cv-08265 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 148. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 149. | Ramos, Florencia | Fears \| Nachawati | 2:15-cv-04283 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide documentation supporting the authority of Xarelto user's representative to sign authorization on behalf of the user; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 150. | Ray, James R | The Talaska Law Firm, PLLC | 2:16-cv-12766 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Records provided do not show Xarelto use |
| 151. | Reynolds, Johnnie M | Scott, Sevin & Vicknair | 2:15-cv-02427 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of patient; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information). |
| 152. | Reynolds, Yvette | Ferrer, Poirot & Wansbrough | 2:16-cv-11102 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 153. | Rodriguez, Pedro | The Driscoll Firm | 2:16-cv-12189 | Medical records provided do not demonstrate alleged injury |
| 154. | Rodriguez, Raul | The Driscoll Firm | 2:16-cv-12286 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 155. | Rodriguez, Yesenia | Sanders Phillips Grossman, LLC | 2:15-cv-04065 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 156. | Rominger, Donald | Kelley & Ferraro LLP | 2:16-cv-14423 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 157. | Ruff, Natalie | The Mulligan Law Firm | 2:15-cv-01625 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 158. | Ruiz, Peter | The Driscoll Firm | 2:16-cv-12289 | Medical records provided do not demonstrate alleged injury |
| 159. | Salvey, David | The Driscoll Firm | 2:16-cv-12191 | Failure to provide any Medical Records demonstrating alleged injury |
| 160. | Sanders, Betty | Trammell PC | 2:16-cv-00367 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 161. | Sang, Victor | The Driscoll Firm | 2:16-cv-11378 | Failure to provide any Medical Records demonstrating alleged injury |
| 162. | Scarborough, Mable | The Mulligan Law Firm | 2:16-cv-02155 | Failure to provide response containing city and state; Medical records provided do not demonstrate alleged injury |
| 163. | Schiffman, Patricia | The Driscoll Firm | 2:16-cv-12198 | Failure to provide any Medical Records demonstrating alleged injury |
| 164. | Schwarcz, Steven | Morris Law Firm | 2:16-cv-08781 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 165. | Scott, Kenneth | The Mulligan Law Firm | 2:16-cv-11986 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 166. | Shearer, Mary | Grant & Eisenhofer | 2:16-cv-00353 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 167. | Shelton, Cuevas | Kelley & Ferraro LLP | 2:16-cv-14436 | Failure to provide all nine digits of social security number; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified |
| 168. | Shirley, Frank | Cutter Law PC | 2:16-cv-02009 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 169. | Shoff, Carol | Kelley & Ferraro LLP | 2:16-cv-14437 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 170. | Simmons, Serena | The Driscoll Firm | 2:16-cv-09519 | Failure to provide any Medical Records demonstrating alleged injury |
| 171. | Simms, Bettie | Sarangi Law, LLC | 2:15-cv-06216 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 172. | Simms, Charles | Burns Charest LLP | 2:16-cv-10627 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 173. | Smith, John | The Driscoll Firm | 2:16-cv-09885 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 174. | Smith, Shanna | Johnson Law Group | 2:16-cv-10362 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 175. | Spink, Charlie | The Driscoll Firm | 2:16-cv-12215 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 176. | Splichal, Wencel | The Driscoll Firm | 2:16-cv-12294 | Medical records provided do not demonstrate alleged injury |
| 177. | Stahlberg, Denise | Morris Law Firm | 2:15-cv-04346 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 178. | Stanley, Ov | Hilliard Munoz Gonzales LLP | 2:15-cv-06765 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 179. | Stegman, Steven | Simmons Hanly Conroy | 2:15-cv-03604 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |
| 180. | Stokes, Robert | The Driscoll Firm | 2:16-cv-09890 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 181. | Suddreth, Helen N. | Van Wey Law, PLLC | 2:16-cv-10149 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 182. | Sutek, Julie | The Driscoll Firm | 2:16-cv-09521 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 183. | Sutton, Curtis | Morris Law Firm | 2:16-cv-08705 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information). |
| 184. | Swanson, Donielle | The Driscoll Firm | 2:16-cv-09525 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 185. | Szady, Rudolph | Law Offices of Andre' P. LaPlace | 2:16-cv-08877 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 186. | Tabor, Marlene | The Driscoll Firm | 2:16-cv-09969 | Medical records provided do not demonstrate alleged injury |
| 187. | Taylor, Betty | The Gallagher Law Firm LLP | 2:16-cv-11922 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 188. | Thomas, Jimmie | The Driscoll Firm | 2:16-cv-11899 | Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 189. | Thomas, Stacy | The Driscoll Firm | 2:16-cv-08169 | Records provided do not show Xarelto use |
| 190. | Thompson, Duane | The Driscoll Firm | 2:16-cv-09981 | Medical records provided do not demonstrate alleged injury |
| 191. | Toler, Betty | The Driscoll Firm | 2:16-cv-12226 | Failure to provide any Medical Records demonstrating alleged injury |
| 192. | Traylor, Sheri | The Michael Brady Lynch Law Firm | 2:15-cv-04893 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 193. | Tristano, Jewel | Goldberg Weisman Cairo | 2:16-cv-07205 | Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 194. | Trosper, Don L | Baron & Budd | 2:16-cv-04681 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 195. | Vail, Donald | The Driscoll Firm | 2:16-cv-09040 | Failure to provide any Medical Records demonstrating alleged injury |
| 196. | Valentine, Paul | Fears \| Nachawati | 2:15-cv-04336 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 197. | Waddell, Gary | The Driscoll Firm | 2:16-cv-09551 | Medical records provided do not demonstrate alleged injury |
| 198. | Wallace, Doris | The Driscoll Firm | 2:16-cv-12011 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 199. | Warne, Ralph | The Driscoll Firm | 2:16-cv-11056 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 200. | Warrad, Thabet | The Mulligan Law Firm | 2:16-cv-12026 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 201. | Warshauer, Louise | The Driscoll Firm | 2:16-cv-09990 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 202. | White, Rosemary | Kelley & Ferraro LLP | 2:16-cv-14488 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 203. | White, Triesa | The Driscoll Firm | 2:16-cv-11907 | Failure to provide any Medical Records demonstrating alleged injury |
| 204. | Whiting, Anisia | Van Wey Law, PLLC | 2:16-cv-10153 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 205. | Whitley, Marglee | The Driscoll Firm | 2:16-cv0-9579 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 206. | Wilburn, Beatrice | Beasley Allen | 2:16-cv-01755 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information). |
| 207. | Wiles, Lillian Mae | Kelley & Ferraro LLP | 2:16-cv-14489 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 208. | Williams, Armer | The Driscoll Firm | 2:16-cv-12239 | Failure to provide any Medical Records demonstrating alleged injury |
| 209. | Williams, Burke J | Fears \| Nachawati | 2:15-cv-04349 | Authorization provided is not signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 210. | Williams, Jean | The Michael Brady Lynch Law Firm | 2:16-cv-03394 | Failure to provide any Medical Records demonstrating alleged injury |
| 211. | Wilson, Marlene B | Fears \| Nachawati | 2:15-cv-04099 | Medical records provided do not demonstrate alleged injury |
| 212. | Woods, John Morgan | Lenze Kamerrer Moss, PLC. | 2:16-cv-13895 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 213. | Wortley, Marjorie | The Michael Brady Lynch Law Firm | 2:15-cv-07128 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 214. | Wright, Martha | Lenze Kamerrer Moss, PLC. | 2:16-cv-13894 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 215. | Yates, Wilber | The Driscoll Firm | 2:16-cv-12027 | Failure to provide any Medical Records demonstrating alleged injury |
| 216. | Young, Patricia | The Michael Brady Lynch Law Firm | 2:16-cv-04565 | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 217. | Zerbian, Donna | The Driscoll Firm | 2:16-cv-12028 | Records provided do not show Xarelto use |

New Orleans, Louisiana, on this 14th day of March 2017.

Judge Eldon E. Fallon
United States District Court Judge