UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who allegedly failed to submit a Plaintiff Fact Sheet [Rec. Doc. 5245]. The Court set these motions to be heard on February 10, 2017. [R. Doc. 5285]. Due to the cancellation of the February hearing, the Court adjourned the motions and they are set to be heard on March 15, 2017. [R. Doc. 5392].

The below listed plaintiffs have allegedly failed to serve a Plaintiff Fact Sheet in accordance with the time set forth in CMO No. 1. Plaintiffs shall be ordered to show cause on March 15, 2017, before Judge Fallon (in person or via telephone) as to why their case should not be dismissed with prejudice. Failure to show cause by appearing before this Court at 10:30 a.m. on March 15, 2017, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, may result in dismissal of plaintiff's case with prejudice.

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Armbruster, Jarrod | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-14297 |
| 2. | Ashby, Sonja (Duplicate filer) | Kabateck Brown Kellner, LLP | 2:16-cv-14251 |
| 3. | Bryant, Mildred | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08518 |
| 4. | Butler, Katina | Sanders Law Firm, LLC | 2:16-cv-11924 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
| --- | --- | --- | --- |
| 5. | Cox, John | Cory Watson Crowder & DeGaris, PC | 2:16-cv-13323 |
| 6. | Dial, Ruth Elaine | Slater, Slater Schulman, LLP | 2:16-cv-13499 |
| 7. | Dudley, Lucretia | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08446 |
| 8. | Duran, Jimmy | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08293 |
| 9. | Eades, Phyllis Nadine | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08531 |
| 10. | Ellis, Venecia | Cates Mahoney, LLC | 2:16-cv-13905 |
| 11. | Goss, Terrance Wayne | Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. | 2:16-cv-13858 |
| 12. | Gray, Betty | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09799 |
| 13. | Hall-Peterson, Ardis (Duplicate filer) | Reich & Binstock | 2:16-cv-12806 |
| 14. | Hamilton, Johnnie | Stewart & Stewart Attorneys | 2:16-cv-06926 |
| 15. | Humber, Timothy | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10897 |
| 16. | Jackson, Devara | The Schlemmer Firm, LLC | 2:16-cv-14352 |
| 17. | Jenkins, Barbara Carol | Matthews & Associates | 2:16-cv-13263 |
| 18. | Kling, Kelly M. | Williamson, Fontenot, Campbell, & Whittington, LLC | 2:16-cv-13865 |
| 19. | Kohan, Alice | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09085 |
| 20. | Kolar, Robert, Jr. | The Schlemmer Firm, LLC | 2:16-cv-14351 |
| 21. | Legg, Elsie | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08113 |
| 22. | Leibowitz, Sylvia | Law Offices of Lawrence A. Beckenstein, P.C. | 2:16-cv-12394 |
| 23. | Levin, Henry | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10482 |
| 24. | Lower, William (Duplicate filer) | Reich & Binstock | 2:16-cv-12801 |
| 25. | Neisser, Victor Raymond | Cates Mahoney, LLC | 2:16-cv-12948 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 26. | Oelze, Charles | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09968 |
| 27. | Rotolo, Joseph | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10574 |
| 28. | Rowe, Charles | Bernstein Liebhard LLP | 2:16-cv-12206 |
| 29. | Schlesinger, Henry | Morgan & Morgan Complex Litigation Group | 2:16-cv-13928 |
| 30. | Scioli, Joseph | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08298 |
| 31. | Sweetman, Louis | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10593 |
| 32. | Tillery, Manning, Jr. | Provost Umphrey Law Firm L.L.P. | 2:16-cv-13434 |
| 33. | Todd, Lewis Rogers | Johnson Becker, PLLC | 2:16-cv-14382 |
| 34. | Weiler, Judy E. | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | 2:16-cv-09874 |
| 35. | Winfree, James | Morgan & Morgan Complex Litigation Group | 2:16-cv-13520 |

New Orleans, Louisiana, on this 13th day of March 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

3