UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAG. JUDGE NORTH |

**ORDER**

On January 31, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who allegedly failed to submit a Plaintiff Fact Sheet [Rec. Doc. 5245]. The below listed plaintiffs have resolved the alleged deficiencies raised in Defendants' Motion. Their actions may proceed accordingly.

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Aldrich, Brenda | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-06566 |
| 2. | Banks, Fannie M. | Crandall & Katt | 2:16-cv-12780 |
| 3. | Caudill, Sherril | Flint Law Firm, LLC | 2:16-cv-13938 |
| 4. | Comer, Jack | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10483 |
| 5. | Dugas, Shirley | Lenze Kamerrer Moss, PLC | 2:16-cv-14348 |
| 6. | Fell, William | James C. Ferrell, P.C. | 2:16-cv-13437 |
| 7. | Fortner, Sandra | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-10676 |
| 8. | Graham, Danielle | The Mulligan Law Firm | 2:16-cv-14346 |
| 9. | Harris, Rogers | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08614 |
| 10. | Johnson, Ronnie | Baron & Budd, P.C. | 2:16-cv-14338 |
| 11. | Kilgore, Patsy | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-08523 |
| 12. | Kinnitt, Ira | The Bradley Law Firm | 2:16-cv-13789 |

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
| --- | --- | --- | --- |
| 13. | Lowell, Leona G. | Sweeney Merrigan Law | 2:16-cv-14164 |
| 14. | Nagy, Joan | Douglas & London, P.C. | 2:16-cv-13237 |
| 15. | Rayer, Renova | Slater, Slater Schulman, LLP | 2:16-cv-11305 |
| 16. | Rice, Kathy | The Bradley Law Firm | 2:16-cv-12407 |
| 17. | Sensel, Sharon | Stark & Stark | 2:16-cv-13294 |
| 18. | Tincher, Betty | Morgan & Morgan Complex Litigation Group | 2:16-cv-14132 |
| 19. | Tucker, James Albert, Jr. | Matthews & Associates | 2:16-cv-13265 |
| 20. | Wilcox, Bridgette | Jacoby & Meyers, LLC;  The Cochran Firm Birmingham, P.C. | 2:16-cv-09808 |

New Orleans, Louisiana, on this 14th day of March 2017.

Judge Eldon E. Fallon
United States District Court Judge