# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

<u>ORDER</u>

On January 5, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies [Rec. Doc. 4926]. The below listed plaintiffs have agreed to dismiss their claims with prejudice, will not oppose dismissal with prejudice, or, their cases have previously been dismissed by the Court with prejudice.

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Austin, Raymond | The Driscoll Firm | 2:16-cv-11926 |
| 2. | Bailey, Joann | The Driscoll Firm | 2:16-cv-00113 |
| 3. | Bailey, Ora | The Driscoll Firm | 2:16-cv-12076 |
| 4. | Baker, Robert | The Driscoll Firm | 2:15-cv-03148 |
| 5. | Ballard, Janie | The Murray Law Firm | 2:16-cv-03489 |
| 6. | Barnes, Buford | The Driscoll Firm | 2:16-cv-03901 |
| 7. | Barnes, Eva | Simmons Hanly Conroy | 2:16-cv-00572 |
| 8. | Bazan, Normalinda | The Driscoll Firm | 2:16-cv-08667 |
| 9. | Bethly, Jonathan | The Driscoll Firm | 2:16-cv-8672 |
| 10. | Bivens, Patricia C | Baron & Budd | 2:16-cv-01387 |
| 11. | Blackburn, Richard | Fears | Nachawati | 2:16-cv-02731 |
| 12. | Blair, Billie | The Driscoll Firm | 2:16-cv-08680 |
| 13. | Blair, Kathy | The Driscoll Firm | 2:16-cv-09392 |
| 14. | Bradley, Brinda | The Driscoll Firm | 2:16-cv-09654 |
| 15. | Brown, Irene | The Driscoll Firm | 2:16-cv-10880 |
| 16. | Brune, James | The Driscoll Firm | 2:16-cv-09398 |
| 17. | Bryant, Robert | The Driscoll Firm | 2:16-cv-11690 |
| 18. | Budd, James | The Driscoll Firm | 2:16-cv-11144 |
| 19. | Carnes, Charles | The Driscoll Firm | 2:16-cv-10882 |
| 20. | Carter, Florence | The Driscoll Firm | 2:16-cv-11152 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 21. | Chappelear, Evelyn | The Driscoll Firm | 2:16-cv-09414 |
| 22. | Chattin, Wayne | Heard Robins Cloud LLP | 2:16-cv-01872 |
| 23. | Clemons, Chris | The Driscoll Firm | 2:15-cv-02180 |
| 24. | Clemons, Thomas | Rosenberg & Gluck, LLP | 2:16-cv-09833 |
| 25. | Coates, Deborah | The Driscoll Firm | 2:16-cv-09707 |
| 26. | Coffman, Mary | The Driscoll Firm | 2:16-cv-09419 |
| 27. | Compton, Susan | The Driscoll Firm | 2:16-cv-11754 |
| 28. | Cook, Moody | The Driscoll Firm | 2:16-cv-11944 |
| 29. | Cox, Tommie | The Driscoll Firm | 2:16-cv-09712 |
| 30. | Crisp, Jean | The Driscoll Firm | 2:16-cv-09714 |
| 31. | Cubbage, Kristan | The Driscoll Firm | 2:16-cv-08701 |
| 32. | Dean, David | The Driscoll Firm | 2:16-cv-10891 |
| 33. | Dearmon, William | The Driscoll Firm | 2:16-cv-10894 |
| 34. | Defelice, Corrado | The Potts Law Firm, LLP | 2:16-cv-08121 |
| 35. | Dinkins, Henry | The Driscoll Firm | 2:16-cv-11173 |
| 36. | Duby, Suzanne | The Driscoll Firm | 2:16-cv-10896 |
| 37. | Dunlap, Aaron | The Driscoll Firm | 2:16-cv-09718 |
| 38. | Dusenberry, Ronald | The Driscoll Firm | 2:16-cv-09719 |
| 39. | Dyson, Laurel | Johnson Law Group | 2:16-cv-06739 |
| 40. | Edwards, Donald | The Driscoll Firm | 2:16-cv-10898 |
| 41. | Eldridge, Carol | Johnson Law Group | 2:16-cv-09920 |
| 42. | Eldridge, Robert | The Driscoll Firm | 2:16-cv-08707 |
| 43. | Ely, Dorothy | Hensley Legal Group, PC | 2:16-cv-12249 |
| 44. | Farmer, Derek | Matthews & Associates | 2:15-cv-04864 |
| 45. | Faure, Emma | The Driscoll Firm | 2:16-cv-09722 |
| 46. | Fields, Garolyn | The Driscoll Firm | 2:16-cv-08716 |
| 47. | Francis, Michael | The Driscoll Firm | 2:16-cv-10902 |
| 48. | Frazier, James | Johnson Law Group | 2:16-cv-09972 |
| 49. | Garcia, Pedro | The Driscoll Firm | 2:16-cv-10907 |
| 50. | Gardner, Kim | The Driscoll Firm | 2:16-cv-09729 |
| 51. | Garza, Carlos | The Driscoll Firm | 2:16-cv-01003 |
| 52. | Gatten, Delmas | The Driscoll Firm | 2:16-cv-01007 |
| 53. | Gonzalez, Sixto | The Driscoll Firm | 2:16-cv-11184 |
| 54. | Goode, Renia | The Driscoll Firm | 2:16-cv-08733 |
| 55. | Green, Reginald | The Driscoll Firm | 2:16-cv-12136 |
| 56. | Griffin, Charles | The Driscoll Firm | 2:16-cv-11771 |
| 57. | Griffin, Richard | The Driscoll Firm | 2:16-cv-10910 |
| 58. | Halavat, Catherine | Simmons Hanly Conroy | 2:15-cv-03535 |
| 59. | Hartnett, Patrick | The Driscoll Firm | 2:16-cv-12264 |
| 60. | Heath, James | The Driscoll Firm | 2:16-cv-10940 |
| 61. | Hicks, Tracey | The Driscoll Firm | 2:16-cv-09491 |
| 62. | Hite, Rodney | Johnson Law Group | 2:16-cv-01957 |
| 63. | Holland, Pamela R | Burke Harvey, LLC | 2:15-cv-05471 |
| 64. | Hovorka, Cleadues | The Driscoll Firm | 2:16-cv-11960 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 65. | Impemba, Diane | The Driscoll Firm | 2:16-cv-01014 |
| 66. | Inman, Gerald | The Michael Brady Lynch Law Firm | 2:16-cv-03115 |
| 67. | Jackson, James | The Driscoll Firm | 2:16-cv-8769 |
| 68. | Jarosz, Michael | The Driscoll Firm | 2:16-cv-11966 |
| 69. | Jimcoily, Joseph | The Driscoll Firm | 2:16-cv-09752 |
| 70. | Johnson, Dorothy | The Driscoll Firm | 2:16-cv-11262 |
| 71. | Johnson, Michael | Sanders Phillips Grossman, LLC | 2:15-cv-04042 |
| 72. | Jolley, Donald | Marc Whitehead & Associates, LLP | 2:16-cv-09148 |
| 73. | Jones, Shirley A | Marc Whitehead & Associates, LLP | 2:16-cv-09151 |
| 74. | Jordan, Joyce | The Driscoll Firm | 2:16-cv-09501 |
| 75. | Joyce, Edith | The Driscoll Firm | 2:16-cv-09757 |
| 76. | Keese, Mildred A | Matthews & Associates | 2:15-cv-04410 |
| 77. | Kincade, Thomas | The Driscoll Firm | 2:16-cv-08776 |
| 78. | Knox, Carl | The Driscoll Firm | 2:16-cv-09764 |
| 79. | Larkin, Donald | The Driscoll Firm | 2:16-cv-09507 |
| 80. | Locklear, James | The Driscoll Firm | 2:16-cv-12164 |
| 81. | Mclead, Barry | The Driscoll Firm | 2:16-cv-08833 |
| 82. | Mcmahan, Anthony | The Driscoll Firm | 2:16-cv-8838 |
| 83. | McMichael, John | The Driscoll Firm | 2:16-cv-11359 |
| 84. | Medrano, Susan | The Driscoll Firm | 2:16-cv-11005 |
| 85. | Mercado, Randu | The Driscoll Firm | 2:16-cv-09777 |
| 86. | Mills, Douglas | Flint Law Firm, LLC | 2:16-cv-02528 |
| 87. | Minix, Geraldine | The Driscoll Firm | 2:16-cv-11818 |
| 88. | Mobley, Anthony | The Driscoll Firm | 2:16-cv-12278 |
| 89. | Morse, Colleen | The Driscoll Firm | 2:16-cv-11984 |
| 90. | Moyed, David | The Driscoll Firm | 2:16-cv-11827 |
| 91. | Muhammad, Rodney | The Driscoll Firm | 2:16-cv-11829 |
| 92. | Munn, Wendy | The Driscoll Firm | 2:16-cv-12170 |
| 93. | Murphy, Richard | The Driscoll Firm | 2:16-cv-009782 |
| 94. | Nance, Miriam | The Driscoll Firm | 2:16-cv-08881 |
| 95. | Odom, Conway | The Driscoll Firm | 2:16-cv-08886 |
| 96. | Owens, Sherrone | The Driscoll Firm | 2:16-cv-12283 |
| 97. | Parker, Linda | The Driscoll Firm | 2:16-cv-11831 |
| 98. | Pennix, Jamie | Sanders Phillips Grossman, LLC | 2:15-cv-04755 |
| 99. | Perry, Vickie | Sanders Phillips Grossman, LLC | 2:15-cv-03659 |
| 100. | Peters, Martha | The Driscoll Firm | 2:16-cv-09514 |
| 101. | Plummer, Marilyn | The Driscoll Firm | 2:16-cv-09826 |
| 102. | Polamer, Ruben | The Driscoll Firm | 2:16-cv-09829 |
| 103. | Profitt, Bradley | The Driscoll Firm | 2:15-cv-02180 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 104. | Pugh, Quentin | The Driscoll Firm | 2:16-cv-08894 |
| 105. | Ray, Ernest | The Driscoll Firm | 2:15-cv-00113 |
| 106. | Rhodes, Clayburn | The Driscoll Firm | 2:16-cv-08928 |
| 107. | Richard, Charlie | The Driscoll Firm | 2:16-cv-11998 |
| 108. | Rivera, Charles | The Driscoll Firm | 2:16-cv-11841 |
| 109. | Scott, Wesley | The Driscoll Firm | 2:16-cv-12005 |
| 110. | Shaw, Veronica | Richardson, Patrick, Westbrook & Brickman, LLC | 2:16-cv-13120 |
| 111. | Sims, Harrison | The Driscoll Firm | 2:16-cv-08960 |
| 112. | Singei, David | The Driscoll Firm | 2:16-cv-11847 |
| 113. | Small, Lois | The Driscoll Firm | 2:16-cv-08962 |
| 114. | Smith, Lonnie | Jensen & Associates | 2:15-cv-00005 |
| 115. | Smith, Richard R | Wexler Wallace LLP | 2:15-cv-05690 |
| 116. | Spiller, Zettie A | Monsour Law Firm | 2:16-cv-08431 |
| 117. | Stengler, Howard | The Driscoll Firm | 2:16-cv-11468 |
| 118. | Stewart, Johnny | The Driscoll Firm | 2:16-cv-09889 |
| 119. | Sutton, David | The Driscoll Firm | 2:16-cv-09006 |
| 120. | Taylor, John | Hilliard Munoz Gonzales LLP | 2:15-cv-00772 |
| 121. | Thayer, Lois | The Driscoll Firm | 2:16-cv-09971 |
| 122. | Thornburg, Phillip | The Driscoll Firm | 2:16-cv-12298 |
| 123. | Tirro, Madeline | The Driscoll Firm | 2:16-cv-12223 |
| 124. | Turman, Gladys | The Driscoll Firm | 2:16-cv-11052 |
| 125. | Tyler, Victoria | The Driscoll Firm | 2:16-cv-11479 |
| 126. | Vaccaro Jr., Luigi | Ferrer, Poirot & Wansbrough | 2:16-cv-11164 |
| 127. | Vaughn, Edward | Ferrer, Poirot & Wansbrough | 2:16-cv-08770 |
| 128. | Voorhees, Nancy | The Driscoll Firm | 2:16-cv-11482 |
| 129. | Ward, Demetrius | The Driscoll Firm | 2:16-cv-09053 |
| 130. | Ware, Derrick | The Driscoll Firm | 2:16-cv-09988 |
| 131. | Washington, Cashanna | The Driscoll Firm | 2:16-cv-11903 |
| 132. | Welch, Gloria C | Marc Whitehead & Associates, LLP | 2:16-cv-09267 |
| 133. | Well, Annie | The Driscoll Firm | 2:16-cv-12014 |
| 134. | Wiggins, Catherine | The Driscoll Firm | 2:16-cv-09060 |
| 135. | Williams, Veronica | The Driscoll Firm | 2:16-cv-11494 |
| 136. | Wilson, Charles | The Driscoll Firm | 2:16-cv-10002 |
| 137. | Wilson, Vernon | The Driscoll Firm | 2:16-cv-11060 |
| 138. | Woods, Norman | The Driscoll Firm | 2:16-cv-09067 |
| 139. | Worken, Cathy | The Driscoll Firm | 2:16-cv-11078 |

New Orleans, Louisiana, on this 13th day of March 2017.

Judge Eldon E. Fallon
United States District Court Judge

4