# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies [Rec. Doc. 4926]. The below-listed plaintiffs have resolved the alleged deficiencies raised in Defendants' Motion. Their actions may proceed accordingly.

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Abdo, Christine | Meyerkord & Meyerkord, LLC | 2:15-cv-01867 |
| 2. | Abner, Sharon | Douglas & London | 2:16-cv-03475 |
| 3. | Anderson, Reinhart | McGowan Hood & Felder | 2:15-cv-04938 |
| 4. | Baskerville, Larry | Simon Greenstone Panatier Bartlett, P.C. | 2:16-cv-07130 |
| 5. | Blackburn, Hattie | Douglas & London | 2:16-cv-02420 |
| 6. | Bleeker, Brenda | McGowan Hood & Felder | 2:15-cv-05139 |
| 7. | Boyd, Don | McGowan Hood & Felder | 2:15-cv-05140 |
| 8. | Bromley, Darlene | Monsour Law Firm | 2:16-cv-03145 |
| 9. | Brougher, Joseph J | The Dugan Law Firm | 2:16-cv-11766 |
| 10. | Brunett, Hilon | The Michael Brady Lynch Law Firm | 2:16-cv-00737 |
| 11. | Burgess, Charles | Douglas & London | 2:16-cv-04477 |
| 12. | Burton, Debra | Johnson Law Group | 2:16-cv-09913 |
| 13. | Byrd, Ernest | The Michael Brady Lynch Law Firm | 2:15-cv-01141 |
| 14. | Carolyn, Holdren E | Frith & Ellerman Law Firm, PC | 2:16-cv-10918 |
| 15. | Carr, Frances | Bernstein Liebhard LLP | 2:15-cv-02539 |
| 16. | Carter, Sylvester E | Rheingold, Valet, Rheingold, Ruffo & Giuffra, LLP | 2:16-cv-01509 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 17. | Charles, John | McGowan Hood & Felder | 2:15-cv-5144 |
| 18. | Claunch, Max | The Michael Brady Lynch Law Firm | 2:15-cv-07109 |
| 19. | Comeaux, Donald | Farris, Riley & Pitt | 2:16-cv-00653 |
| 20. | Cooley, Charles | Bachus & Schanker, LLC | 2:16-cv-07197 |
| 21. | Cory, Joan | Monsour Law Firm | 2:16-cv-06484 |
| 22. | Daniels, Patricia | McGowan Hood & Felder | 2:15-cv-05145 |
| 23. | Derry, Paul | Sarangi Law, LLC | 2:16-cv-09529 |
| 24. | Dufrene, Ruby M | Kennedy Hodges, LLP | 2:15-cv-07141 |
| 25. | Dunn, Bill | The Michael Brady Lynch Law Firm | 2:16-cv-03088 |
| 26. | Edwards, Loyd E | Fox and Farley | 2:15-cv-06377 |
| 27. | Fildes, Betty L | Fears | Nachawati | 2:15-cv-04136 |
| 28. | Floyd, Michael | Sanders Phillips Grossman, LLC | 2:15-cv-04678 |
| 29. | Freeman, Carl | Douglas & London | 2:16-cv-04474 |
| 30. | Freeman, Eloise | Law Offices of Andre' P. LaPlace | 2:15-cv-01821 |
| 31. | Gates, Linda | The Michael Brady Lynch Law Firm | 2:16-cv-06856 |
| 32. | Goodman, William | Sarangi Law, LLC | 2:16-cv-09530 |
| 33. | Goodwin, Hattie | Domengeaux Wright Roy Edwards & Colomb | 2:15-cv-05874 |
| 34. | Gunc, Tuncer | The Michael Brady Lynch Law Firm | 2:14-cv-02592 |
| 35. | Gurley, David | Douglas & London | 2:16-cv-04473 |
| 36. | Hall, Barbara J | McEwen Law Firm, Ltd. | 2:16-cv-02317 |
| 37. | Hallum, Samantha | McGowan Hood & Felder | 2:15-cv-05146 |
| 38. | Harbison, Louis | The Michael Brady Lynch Law Firm | 2:15-cv-07112 |
| 39. | Hartline, Betty | The Michael Brady Lynch Law Firm | 2:16-cv-09457 |
| 40. | Hause, Thomas | Morris Law Firm | 2:16-cv-01671 |
| 41. | Hebert, Christine | The Michael Brady Lynch Law Firm | 2:15-cv-02196 |
| 42. | Holland, James | McGowan Hood & Felder | 2:15-cv-05143 |
| 43. | Jackson, Charles | Curtis Law Group | 2:16-cv-08832 |
| 44. | Jacobson, Linda S | Butch Boyd Law Firm | 2:16-cv-01947 |
| 45. | Jesse, Vernon | The Michael Brady Lynch Law Firm | 2:16-cv-00740 |
| 46. | Klein, Joseph | Beasley Allen | 2:16-cv-02594 |
| 47. | Kline, Floyd | The Michael Brady Lynch Law Firm | 2:16-cv-06863 |
| 48. | Klonowski, James | The Michael Brady Lynch Law Firm | 2:15-cv-05774 |
| 49. | Lacaze, Howard | The Michael Brady Lynch Law Firm | 2:15-cv-01193 |
| 50. | Lacroix, Yvonne | Ferrer, Poirot & Wansbrough | 2:16-cv-11590 |
| 51. | Langham, Condie | The Michael Brady Lynch Law Firm | 2:15-cv-02201 |
| 52. | Lefevre, Gregory | The Michael Brady Lynch Law Firm | 2:16-cv-09502 |
| 53. | Lesones, David | The Michael Brady Lynch Law Firm | 2:16-cv-11161 |
| 54. | Lowerison, Victoria | The Michael Brady Lynch Law Firm | 2:16-cv-09568 |
| 55. | Lowick, Dolores | The Michael Brady Lynch Law Firm | 2:16-cv-12778 |
| 56. | Mack, Brenda L | Douglas & London | 2:15-cv-01984 |
| 57. | Maloy, Mark | The Michael Brady Lynch Law Firm | 2:15-cv-04927 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 58. | Mann, David | The Mulligan Law Firm | 2:16-cv-12699 |
| 59. | Mansfield, Leslie | Douglas & London | 2:16-cv-04472 |
| 60. | Martin, Robert | The Dugan Law Firm | 2:16-cv-06918 |
| 61. | Matteson, Harold | The Mulligan Law Firm | 2:16-cv-13250 |
| 62. | Mattingley, Keith | Sarangi Law, LLC | 2:16-cv-09533 |
| 63. | Mattison, Theodore | Andrus Wagstaff | 2:15-cv-06109 |
| 64. | Maxwell, Melvin | Sill Law Group | 2:16-cv-08570 |
| 65. | Mayer, Edward | Douglas & London | 2:16-cv-09022 |
| 66. | Mcclay, Nicole | Sarangi Law, LLC | 2:16-cv-09534 |
| 67. | Mcdonald, Peter W | Monsour Law Firm | 2:16-cv-03210 |
| 68. | Mcneal, Verdie | Johnson Law Group | 2:16-cv-06844 |
| 69. | Mitchell, Wilma D | The Mulligan Law Firm | 2:16-cv-05780 |
| 70. | Mize, Joann | JTB Law Group, LLC | 2:16-cv-09743 |
| 71. | Moon, Rita | The Michael Brady Lynch Law Firm | 2:15-cv-01791 |
| 72. | Moore, Louise | Law Offices of Andre' P. LaPlace | 2:15-cv-04701 |
| 73. | Neal, Ellen | The Michael Brady Lynch Law Firm | 2:16-cv-10225 |
| 74. | Ostendorf, Thomas | The Kollin Firm | 2:15-cv-05688 |
| 75. | Patton, Tracy | Law Offices of Andre' P. LaPlace | 2:15-cv-07050 |
| 76. | Paul, Deonne | Jones Ward PLC | 2:16-cv-06652 |
| 77. | Paxson, Garry | The Mulligan Law Firm | 2:16-cv-05781 |
| 78. | Payne, Leonard | The Driscoll Firm | 2:16-cv-11369 |
| 79. | Pelayo, Manuel | Simon Greenstone Panatier Bartlett, P.C. | 2:15-cv-03821 |
| 80. | Phillips, Eleanor | The Michael Brady Lynch Law Firm | 2:16-cv-2379 |
| 81. | Potier, Kenneth | The Mulligan Law Firm | 2:16-cv-12876 |
| 82. | Presley, Willie | Douglas & London | 2:15-cv-07052 |
| 83. | Riley, Tommy | The Michael Brady Lynch Law Firm | 2:16-cv-02402 |
| 84. | Rivera, Victor | The Branch Law Firm | 2:15-cv-01514 |
| 85. | Roberts, Letitia G | Fears | Nachawati | 2:15-cv-04289 |
| 86. | Romano, Ladson | Rheingold, Valet, Rheingold, Ruffo & Giuffra, LLP | 2:15-cv-01573 |
| 87. | Shannon, Mary | The Michael Brady Lynch Law Firm | 2:16-cv-00769 |
| 88. | Shields, David A | Lenze Kamerrer Moss, PLC. | 2:15-cv-06867 |
| 89. | Shillabeer, Sergei | The Michael Brady Lynch Law Firm | 2:16-cv-03369 |
| 90. | Shively, Albert | Douglas & London | 2:16-cv-04469 |
| 91. | Simmons, Kathleen | The Michael Brady Lynch Law Firm | 2:15-cv-07119 |
| 92. | Smith, Elizabeth | The Michael Brady Lynch Law Firm | 2:16-cv-00079 |
| 93. | Smith, Lamar X | Jones Ward PLC | 2:16-cv-06633 |
| 94. | Smith, Sandra P | Simmons Hanly Conroy | 2:16-cv-00636 |
| 95. | Stackhouse, Mike | The Michael Brady Lynch Law Firm | 2:15-cv-02208 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 96. | Standberry, Larry E | Glancy Prongay & Murray Llp | 2:16-cv-03626 |
| 97. | Steinat, Carol | Scott, Sevin & Vicknair | 2:15-cv-06435 |
| 98. | Stern, Louis | Scott, Sevin & Vicknair | 2:15-cv-06436 |
| 99. | Strother, Catherine | Curtis Law Group | 2:16-cv-08860 |
| 100. | Taylor, Tina | Starnes Law Office | 2:16-cv-00031 |
| 101. | Travis, Richard | Robinson Calcagnie Robinson Shapiro Davis, Inc. | 2:15-cv-06936 |
| 102. | Trotter, Ann W | Mooneyham Berry LLC | 2:16-cv-02735 |
| 103. | Truesdell, Peggy | Johnson Law Group | 2:16-cv-10397 |
| 104. | Tucker, Marcella | The Michael Brady Lynch Law Firm | 2:15-cv-07125 |
| 105. | Turner, Christal | Curtis Law Group | 2:16-cv-08890 |
| 106. | Turner, Mary | Douglas & London | 2:16-cv-04461 |
| 107. | Ulm, Michael | The Michael Brady Lynch Law Firm | 2:15-cv-01694 |
| 108. | Uyemura, Michiko | The Michael Brady Lynch Law Firm | 2:16-cv-4546 |
| 109. | Vachon, Joyce | Douglas & London | 2:16-cv-02418 |
| 110. | Van Winkle, Mark | The Gallagher Law Firm LLP | 2:16-cv-11430 |
| 111. | Wellington, William | Childers, Schlueter & Smith LLC | 2:16-cv-09340 |
| 112. | Williams, Carolyn | The Michael Brady Lynch Law Firm | 2:16-cv-01004 |
| 113. | Wilson, Pamela J | Hotze Runkle PLLC | 2:16-cv-14483 |
| 114. | Wolff, Marilyn | The Michael Brady Lynch Law Firm | 2:16-cv-04560 |

New Orleans, Louisiana, on this 14th day of March 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge