UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jarrod Armbruster v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-CV-14297**

## PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, Jarrod Armburster (now deceased), by and through undersigned counsel and respectfully submits this response to the Court's Order to Show Cause (Doc. 5285) and states as follows:

1. Plaintiff Jarrod Armbruster's Complaint was filed in this matter on August 30, 2016. Plaintiff complied with the filing fee payment provisions pursuant to PTO No. 11B.

2. Thereafter, undersigned counsel attempted to contact Plaintiff in an effort to complete and serve his Plaintiff Fact Sheet. However, after many unsuccessful attempts to reach the Plaintiff, counsel learned that Jarrod Armburster died on September 24, 2016.

3. Undersigned counsel has not served a completed Plaintiff Fact Sheet because Jarrod Armburster is now deceased and no living heir or personal representative has come forward who could maintain and continue this action.

4. Despite the undersigned counsels' best efforts, they have not yet identified a living heir, family member or other personal representative to continue the litigation or institute new litigation on behalf of his estate.

5. Undersigned counsel understands that Plaintiff's claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13. However, counsel respectfully urges the Court to not dismiss Plaintiff's claims with prejudice in case a living heir or personal representative comes forward or is otherwise identified who can maintain and continue this action.

FOR THESE REASONS, undersigned counsel respectfully requests the Court to not dismiss this claim with prejudice.

Dated: March 14, 2017

s/ Andy D. Birchfield, Jr.

Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.