# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Defendants' *Ex Parte* Motion for Leave to File Under Seal Defendants' Consolidated Reply in Support of Their *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding (1) Unapproved Dosing and Monitoring Regimens and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases and Exhibits 2-10:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Consolidated Reply in Support of Their *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding (1) Unapproved Dosing and Monitoring Regimens and (2) the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases, and Exhibits 2-10 to said Reply, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this __14th__ day of March, 2017.

_____

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE