**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |

_____

**This Document Relates to:**

*Solomon Barger v. Janssen Research & Development, LLC, et al 2:15-cv-07182*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO SERVE PROCESS ON BAYER CORPORATION AND
BAYER HEALTHCARE, LLC**

Plaintiff submits this memorandum in support of his Motion for an order from this

Honorable Court granting him thirty (30) days within which to serve process on Defendant Bayer

Corporation and Bayer Healthcare LLC.

### I.    BACKGROUND

1.  This matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation,

    MDL No., 2592, on December 31, 2015.

2.  Thereafter, the plaintiff timely perfected service on the following entities: Bayer

    Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Johnson & Johnson, Janssen

    Ortho LLC, Janssen Pharmaceuticals, Inc., and Janssen Research & Development,

    LLC.

### II.    ANALYSIS

3.  FRCP 4 sets forth the procedure for notifying defendants that a federal lawsuit has

been filed against them and requires a summons to alert defendants that they have a limited time in which to respond. If a defendant is not served within 90 days after the complaint is filed (or within the 60 days allowed under the streamlined process in PTO 10), Rule 4 allows the court to order that service be made within a specific time. "[T]he court has discretionary power to extend time for service" even in the absence of good cause. *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power in this circumstance. Moreover, no actual prejudice would occur to Bayer Corporation or Bayer Healthcare LLC if this Court grants the relief sought by this Plaintiff in the instant case.

III.   **CONCLUSION**

In consideration of the above, Plaintiff respectfully requests an order from this Honorable Court granting him thirty (30) days within which to serve process on Bayer Corporation and Bayer Healthcare LLC. Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Dated: March 15, 2017

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275

2

Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 15th day of March, 2017

/s/ Joel L. DiLorenzo