UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*Pike v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-01104*

**ORDER**

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until _____, 2017, within which to effect process on Defendants Bayer Corporation and Bayer Healthcare, LLC

    New Orleans, Louisiana this _____ day of _____, 2017.


                                                                                                _____
                                                                                            Honorable Eldon E. Fallon
                                                                                            U.S. District Court Judge