UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*Ronnie King v. Janssen Research & Development, LLC, et al 2:15-cv-06736*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON JOHNSON & JOHNSON, BAYER CORPORATION AND BAYER HEALTHCARE LLC**

COMES NOW, the Plaintiff in the above-listed action, through undersigned counsel, and respectfully requests that the Court grant his Motion for Extension of Time and grant the plaintiff a permissive extension under Rule 4(m) of thirty (30) days from entry of such Order within which to serve Process on Johnson & Johnson, Bayer Corporation and Bayer Healthcare LLC. In support of his motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No., 2592, on December 11, 2015.

2. Thereafter, the plaintiff timely perfected service on the following entities: Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC.

3. Although the 90-day time period for service of process for Defendant Johnson & Johnson, Defendant Bayer Corporation and Defendant Bayer Healthcare, LLC has

1

expired, it is within the authority of this Court to "order that service be made within a specified time." (Fed. R. Civ. P. 4(m)).

4. In light of the foregoing, the Plaintiff requests an order from this Court granting him thirty (30) days from the date of this motion within to serve process on Defendant Johnson & Johnson, Defendant Bayer Corporation and Defendant Bayer Healthcare, LLC.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting him thirty (30) days within which to serve process on Defendant Johnson & Johnson, Defendant Bayer Corporation and Defendant Bayer Healthcare, LLC.

Dated: March 15, 2017

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order

No. 17.

This the 15th day of March 2017

/s/ Joel L. DiLorenzo