UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' REPLY MEMORANDUM
IN SUPPORT OF MOTION TO PRECLUDE EXPERT TESTIMONY
FROM SCOTT BONIOL, M.D. ABOUT ATTORNEY ADVERTISING**

In response to Plaintiffs' motion to preclude Dr. Boniol's testimony about attorney advertising, Defendants do nothing more than present two sentences that incorporate their opposition to Plaintiffs' motion to preclude similar testimony from Dr. Reiffel. In light of this, in further support of their motion as to Dr. Boniol's advertising-related testimony, Plaintiffs incorporate the advertising-related portions of Plaintiffs' Reply Brief in Support of Motion to Preclude James A. Reiffel, MD (and Any Other Medical Expert's) Testimony about Attorney Advertising and Earlier Cancer Detection from Anticoagulant-Related Bleeds [Rec. Doc. 5685].

Respectfully submitted,

Dated: March 15, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2017, the foregoing memorandum was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**