UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 20

3/14/2017    Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials - The La…

Case 2:14-md-02592-EEF-MBN   Document 5762-6   Filed 03/15/17   Page 2 of 4

ADVERTISEMENT

Medicine 2017: RCP annual conference
16–17 March 2017, Manchester Central
Royal College of Physicians

Home   Journals   Specialties   The Lancet Clinic   Global Health   Multimedia   Campaigns   More   Information for   Submit a Paper

# THE LANCET

Login | Register | Subscribe

Online First   Current Issue   All Issues   Special Issues   Multimedia   Information for Authors

[search box]   [All Content ▼]   Search   Advanced Search

< Previous Article       **Volume 383, No. 9921**, p955–962, 15 March 2014       Next Article >

Access this article on **ScienceDirect**

Articles

# Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials

Dr Christian T Ruff, MD, Robert P Giugliano, MD, Prof Eugene Braunwald, MD, Elaine B Hoffman, PhD, Naveen Deenadayalu, MPH, Prof Michael D Ezekowitz, MBChB, Prof A John Camm, MD, Prof Jeffrey I Weitz, MD, Prof Basil S Lewis, MD, Prof Alexander Parkhomenko, MD, Prof Takeshi Yamashita, MD, Prof Elliott M Antman, MD

Published: 04 December 2013

Altmetric 160

DOI: http://dx.doi.org/10.1016/S0140-6736(13)62343-0   |   CrossMark

Article Info

Previous
Correspondence
Shortage of paediatricians in China

This article can be found in the following collections: Ischaemic heart disease; Pericardial & endocardial disease; Neurology-other

Tables and Figures    References    Supplementary Material

## Article Options

- PDF (522 KB)
- Download Images(.ppt)
- Email Article
- Add to My Reading List
- Export Citation
- Create Citation Alert
- Cited by in Scopus (736)
- Request Permissions

## Linked Articles

**COMMENT**
Warfarin or novel oral atrial fibrillation?

**CORRESPONDENCE**
New oral anticoagulants in patients with atrial fibrillation – Authors'reply

**CORRESPONDENCE**
New oral anticoagulants in patients with atrial fibrillation

**CORRESPONDENCE**
New oral anticoagulants in patients with atrial fibrillation

**CORRESPONDENCE**
New oral anticoagulants in patients with atrial fibrillation

**CORRESPONDENCE**
New oral anticoagulants in patients with atrial fibrillation

Next
Articles
Mortality from ruptured abdominal aortic aneurysms: clinical lessons from a comparison of outcomes in England and the USA

## Related Series

## Summary

### Background
Four new oral anticoagulants compare favourably with warfarin for stroke prevention in patients with atrial fibrillation; however, the balance between efficacy and safety in subgroups needs better definition. We aimed to assess the relative benefit of new oral anticoagulants in key subgroups, and the effects on important secondary outcomes.

### Methods
We searched Medline from Jan 1, 2009, to Nov 19, 2013, limiting searches to phase 3, randomised trials of patients with atrial fibrillation who were randomised to receive new oral anticoagulants or warfarin, and trials in which both efficacy and safety outcomes were reported. We did a prespecified meta-analysis of all 71 683 participants included in the RE-LY, ROCKET AF, ARISTOTLE, and ENGAGE AF–TIMI 48 trials. The main outcomes were stroke and systemic embolic events, ischaemic stroke, haemorrhagic stroke, all-cause mortality, myocardial infarction, major bleeding, intracranial haemorrhage, and gastrointestinal bleeding. We calculated relative risks (RRs) and 95% CIs for each outcome. We did subgroup analyses to assess whether differences in patient and trial characteristics affected outcomes. We used a random-effects model to compare pooled outcomes and tested for heterogeneity.

### Findings
42 411 participants received a new oral anticoagulant and 29 272 participants received warfarin. New oral anticoagulants significantly reduced stroke or systemic embolic events by 19% compared with warfarin (RR 0·81, 95% CI 0·73–0·91; p<0·0001), mainly driven by a reduction in haemorrhagic stroke (0·49, 0·38–0·64; p<0·0001). New oral anticoagulants also significantly reduced all-cause mortality (0·90, 0·85–0·95; p=0·0003) and intracranial haemorrhage (0·48, 0·39–0·59; p<0·0001), but increased gastrointestinal bleeding (1·25, 1·01–1·55; p=0·04). We noted no heterogeneity for stroke or systemic

3/14/2017 Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials - The La…

Case 2:14-md-02592-EEF-MBN Document 5762-6 Filed 03/15/17 Page 3 of 4

embolic events in important subgroups, but there was a greater relative reduction in major bleeding with new oral anticoagulants when the centre-based time in therapeutic range was less than 66% than when it was 66% or more (0·69, 0·59–0·81 vs 0·93, 0·76–1·13; p for interaction 0·022). Low-dose new oral anticoagulant regimens showed similar overall reductions in stroke or systemic embolic events to warfarin (1·03, 0·84–1·27; p=0·74), and a more favourable bleeding profile (0·65, 0·43–1·00; p=0·05), but significantly more ischaemic strokes (1·28, 1·02–1·60; p=0·045).

## Interpretation

This meta-analysis is the first to include data for all four new oral anticoagulants studied in the pivotal phase 3 clinical trials for stroke prevention or systemic embolic events in patients with atrial fibrillation. New oral anticoagulants had a favourable risk–benefit profile, with significant reductions in stroke, intracranial haemorrhage, and mortality, and with similar major bleeding as for warfarin, but increased gastrointestinal bleeding. The relative efficacy and safety of new oral anticoagulants was consistent across a wide range of patients. Our findings offer clinicians a more comprehensive picture of the new oral anticoagulants as a therapeutic option to reduce the risk of stroke in this patient population.

## Funding

None.

---

To read this article in full you will need to make a payment

### Already registered? Please login.

Email/Username:
Password:
☑ Remember me   **Log In**

Forgot password?

### Payment Options

- **Purchase this article for $31.50 USD**
  - Online access for 24 hours
  - PDF version can be downloaded as your permanent record

### Subscribe to The Lancet

Purchase a subscription to gain access to this and all other articles in this journal.

Options include:
- Personal online only subscription

### Institutional Access

Visit ScienceDirect to see if you have access via your institution.

### Already a print subscriber?

Claim online access

### Have a free trial code?

Activate your free trial

**Previous**
Correspondence
Shortage of paediatricians in China

### The Lancet Choice

**Access any 5 articles from The Lancet family of journals**
- Full text and PDF access to 5 paywall articles of your choice
- Valid for 365 days from date of purchase
- Find out more about The Lancet Choice

---



### Cardiovascular Disease 2014
*The Lancet*
Published: March 14, 2014

Ahead of the the ACC's 63rd Annual Scientific Session a special issue of *The Lancet* focuses on cardiovascular disease. One of the many highlights from the issue is an Article that shows that the chance of surviving a hospital stay for a ruptured abdominal aortic aneurysm (rAAA) is significantly higher in the US than in England. Researchers compared survival patients admitted to hospital with rAAA in England and the US between 2005 and 2010. Findings show that just 58% of English patients were offered surgery compared with 80% of US patients, and that endovascular aneurysm repair was more than twice as common in the US.

Read more

### Popular Articles

**Most Read** | Most Cited

Most read in *The Lancet* [in last] days.

**Next**
Articles
Mortality from ruptured abdominal aortic aneurysms: clinical lessons from a comparison of outcomes in England and the USA

ARTICLES
**Future life expectancy in 35 industrialised countries: projections with a Bayesian model ensemble**
Published: February 21, 2017
Open Access

ARTICLES
**Socioeconomic status and the 25 × 25 risk factors as determinants of premature mortality: a multicohort study and meta-analysis of 1·7 million men and women**
Published: January 31, 2017
Open Access

ARTICLES
**Diagnostic accuracy of multi-parametric MRI and TRUS biopsy in prostate cancer (PROMIS): a paired validating confirmatory study**
Vol. 389, No. 10071
Published: January 19, 2017
Open Access

ARTICLES
**Measuring the health-related Sustainable Development Goals in 188**

3/14/2017 Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials - The La…

Case 2:14-md-02592-EEF-MBN Document 5762-6 Filed 03/15/17 Page 4 of 4

countries: a baseline analysis from the Global Burden of Disease Study 2015

Vol. 388, No. 10053
Published: September 21, 2016
Open Access

EDITORIAL
Organic food: panacea for health?
Vol. 389, No. 10070
Published: February 18, 2017

## The Lancet Choice



**The Lancet Choice** is a new payment option that gives you the freedom and flexibility to access any 5 premium articles of your choice from across *The Lancet* family of journals - all for a one-off payment of $49.00 USD.

Simply purchase your Lancet Choice pass from the Summary or Full Text page of an article you wish to access. This will count as the first of 5 article credits, or 'Allowances', and you can use your 4 remaining Allowances to access articles from any of *The Lancet* journals.

Find out more about The Lancet Choice

| Previous | Next |
|---|---|
| Correspondence | Articles |
| Shortage of paediatricians in China | Mortality from ruptured abdominal aortic aneurysms: clinical lessons from a comparison of outcomes in England and the USA |

---

### The Lancet Journals

The Lancet
The Lancet Diabetes & Endocrinology
The Lancet Gastroenterology & Hepatology
The Lancet Global Health
The Lancet Haematology
The Lancet HIV
The Lancet Infectious Diseases

The Lancet Neurology
The Lancet Oncology
The Lancet Planetary Health
The Lancet Psychiatry
The Lancet Public Health
The Lancet Respiratory Medicine
EBioMedicine

### Information & Support

About Us
Information for Authors
Information for Readers
The Lancet Careers
Customer Service
Contact Us
Privacy Policy
Terms and Conditions

### Subscription

Your Account
Subscription Options
Existing Print Subscribers

Copyright © 2017 Elsevier Limited except certain content provided by third parties.
The Lancet is a trade mark of RELX Intellectual Properties SA, used under license.
The Lancet.com website is operated by Elsevier Inc. The content on this site is intended for health professionals.
Cookies are set by this site. To decline them or learn more, visit our Cookies page.