# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　：　MDL No. 2592

PRODUCTS LIABILITY LITIGATION　：　SECTION L

　　　　　　　　　　　　　　　　　：　JUDGE ELDON E. FALLON

　　　　　　　　　　　　　　　　　：　MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Charles Ward, et. al*
2:15-CV-00471

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Charles Ward.

Dated:  November 2, 2015　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Russell T. Abney*_____
　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　2603 Oak Lawn Avenue Suite 300
　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　rabney@lawyerworks.com
　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiff*

2