UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Charles Ward, et al. v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:15-cv-00471*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Linda Ward, Individually and on behalf of the Estate of Charles Ward, is substituted for Plaintiff Charles Ward in the above captioned cause.

Dated: _____          _____
                                         Hon. Eldon E. Fallon
                                         United States District Court Judge