UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louviere v. Janssen, et al., Case No. 15-cv-04790 | MAGISTRATE NORTH |

DEFENDANTS' *EX PARTE* MOTION TO
FILE MEMORANDUM AND EXHIBITS UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Reply Memorandum in Support of Motion for Summary Judgment in the above-referenced matter under seal, as it contains references to the medical records and health conditions of a particular plaintiff.  Accordingly, Defendants respectfully request that the accompanying Memorandum be filed under seal.

00400763

1

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

BY: /s/ *Susan M. Sharko*_____
       SUSAN M. SHARKO
       600 Campus Drive
       Florham Park, New Jersey  07932
       Telephone:  ( 973) 549-7000
       Fax:  (973) 360-9831
       Susan.Sharko@dbr.com

       *Counsel for Defendants*
       *Janssen Pharmaceuticals, Inc., Janssen*
       *Research & Development, LLC, Janssen Ortho*
       *LLC and Johnson & Johnson*

**ARNOLD & PORTER KAYE SCHOLER LLP**

BY:  /s/ *Andrew Solow*_____
       Andrew Solow
       Steve Glickstein
       William Hoffman
       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8485
       sglickstein@akps.com
       *Counsel  for Defendants Bayer Healthcare*
       *Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By:  /s/ *James B. Irwin*_____
       James B. Irwin
       400 Poydras Street, Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       jirwin@irwinllc.com
       *Defendants' Co-Liaison Counsel*

**CHAFFE MC CALL L.L.P.**

By:  /s/ *John F. Olinde*_____
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 15, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**