UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Brian Steres, Individually and as Personal Representative of the Estate of Georgia Steres, Deceased v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*;
LAED USDC No. 2:16-cv-15228

*James Meade v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*;
LAED USDC No. 2:16-cv-16110

*Deanna Teel v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*;
LAED USDC No. 2:16-cv-16208

## ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

New Orleans, Louisiana this 15th day of March, 2017

_____
Honorable Eldon E. Fallon