UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:** *Lois J. Kremer & Donald K. Kremer, 16-15241*

## ORDER

Considering Plaintiff's Motion for Extension of Time (R. Doc. 5560), **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff shall have thirty days from the date of this order to Serve Process on Defendant Janssen Ortho LLC.

New Orleans, Louisiana this 15th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE