**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DALE RUSH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **MDL No. 2592** |
| **v.** | : | |
| | : | **SECTION L** |
| **JANSSEN RESEARCH AND** | : | |
| **DEVELOPMENT LLC et al.** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| **Defendants.** | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |

### ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer

Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-captioned Plaintiff is

hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to

complete service of process through the streamlined service procedures for the informal service

of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this 15th day of _____ March _____, 2017.



Honorable Eldon E. Fallon
United States District Judge