IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |

ORDER

This matter came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, with each party to bear their own costs.

New Orleans, Louisiana this 15th day of March, 2017.

_____
JUDGE ELDON E. FALLON