UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| U.C., a minor, by and through her guardian ad litem, Dale Jennings | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE SHUSHAN |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, and Does 1-100, Inclusive, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**Civil Action No.: 2:17cv-01307** |
| Defendants. | |

Petitioner states as follows:

1. I, DALE JENNINGS, am a party herein. My niece, U.C., also a party herein, is a minor of the age of __15__, having been born on __April 24, 2001__ (date of birth).

2. In addition to being a minor, U.C. also has developmental and mental delays.

1

3.  The Complaint previously filed herein lists me, DALE JENNINGS, as guardian ad litem for my niece, U.C. However, a Petition for Appointment of Guardian ad Litem has not yet been filed in this matter.

4.  Petitioner has commenced an action in this Court for the wrongful death of her mother, Deborah Cooper, on February 15, 2014. Deborah Cooper died of a brain hemorrhage as a direct result of using medication at issue in this action.

5.  We have no general guardian and no previous Petition for Appointment of Guardian ad Litem has been filed in this matter

6.  Dale Jennings, whose address is 311 North Pine Avenue, Heidelberg, MS 39439 is a competent and responsible person, and fully competent to act as guardian ad litem.

7.  Dale Jennings is the aunt and guardian of U.C.

8.  Dale Jennings is willing to act as guardian ad litem for petitioner as appears by her consent below.

9.  As such, petitioner moves this Court for an order appointing Dale Jennings as guardian ad litem of petitioner for the purpose of this wrongful death action.

DATED: FEBRUARY 23, 2017        HODES • MILMAN • LIEBECK, LLP

BY: _____
BENJAMIN T. IKUTA, ESQ.
ATTORNEYS FOR PLAINTIFF,
PLAINTIFF, U.C., A MINOR,
BY HER GAL, DALE JENNINGS

///

///

## CONSENT OF NOMINEE

I, DALE JENNINGS, the nominee of Petitioner, consent to act as guardian ad litem for U.C. in the above action.

Dated: 03/01/17      By: _Dale Jennings_
                         DALE JENNINGS

## ORDER

The Petition for an order appointing Dale Jennings as guardian ad litem for minor petitioner, U.C., in the within action is GRANTED.

IT IS SO ORDERED.

Dated: _____     By: _____

                                        UNITED STATES DISTRICT JUDGE

3