IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF JASPER COUNTY, MISSISSIPPI

UNICICE COOPER, A MINOR,
BY AND THROUGH DALE HORNE JENNINGS,
NEXT OF FRIEND, AND DALE HORNE JENNINGS,     CIVIL ACTION NO.: 2014-40-26
INDIVIDUALLY; AND, JOINED IN BY JAMES
COOPER, NEXT OF KIN, AND JAMES COOPER,
INDIVIDUALLY

GAEBND BK 6 PG 733
03/11/2014 10:27 AM
Barbara Downs Ravenhorst
Chancery Clerk
Jasper County, Mississippi

## LETTERS OF GUARDIANSHIP

STATE OF MISSISSIPPI
COUNTY OF JASPER

    BE IT REMEMBERED that DALE HORNE JENNINGS, on the __27__ day of __February__, 2014, as directed by law, was appointed by this Court, Guardian of the person of UNICICE COOPER, Minor.

    That said DALE HORNE JENNINGS, therefore, be and he is hereby authorized and required, faithfully to execute her office and trust as Guardian, as aforesaid, to deliver and to the office and trust as Guardian, as aforesaid, and to perform whatsoever of her as Guardian, as aforesaid, as shall be required by the Statutes which now or hereafter may be made and provided in this behalf.

    WITNESS, Honorable Judge of the Chancery Court of Jasper County, Mississippi, on the __11__ day of __March__, 2014, the seal of said Court thereto affixed.
ISSUED the __11 day of March__, 2014.

BARBARA DOWNS RAVENHORST, CHANCERY CLERK
CHANCERY CLERK OF JASPER
COUNTY, MISSISSIPPI

BY: __Dana Lewis__ D.C.

    I, Barbara Downs Ravenhorst, Clerk of the Chancery Court in and for the County of Jasper and State of Mississippi, certify that the above is a true copy of the Letters of Guardianship upon the person of UNICICE COOPER, Minor, granted and issued to DALE HORNE JENNINGS, Guardian, on the __11__ day of __March__, 2014, as same appears on file and of record in my office in Paulding, Mississippi, in said Court, County, and State.

    GIVEN UNDER MY HAND and the Seal of said Court at Paulding, Mississippi, in said County and State, this the __11__ day of __March__, 2014.

BARBARA DOWNS RAVENHORST, CHANCERY CLERK
CHANCERY CLERK OF JASPER
COUNTY, MISSISSIPPI

BY: __Dana Lewis__ D.C.

CERTIFIED AND ATTESTED A TRUE COPY
(SEAL) THIS __11__ DAY OF __March__ 20__
JASPER COUNTY CHANCERY CLERK
BY __Dana Lewis__ D.C.

IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF JASPER COUNTY, MISSISSIPPI

UNICICE COOPER, A MINOR,
BY AND THROUGH DALE HORNE JENNINGS,
NEXT OF FRIEND, AND DALE HORNE JENNINGS,     CIVIL ACTION NO.: 2014-A026
INDIVIDUALLY; AND, JOINED IN BY JAMES
COOPER, NEXT OF KIN, AND JAMES COOPER,
INDIVIDUALLY

### JUDGMENT FOR LETTERS OF GUARDIANSHIP

CAME ON THIS DAY for hearing the Petition for Letters of Guardianship filed by UNICICE COOPER, a Minor, by and through DALE HORNE JENNINGS, Next of Friend, and DALE HORNE JENNINGS, Individually, joined in by JAMES COOPER, Next of Kin, and Individually, for the appointment of DALE HORNE JENNINGS as General Guardian of the person of UNICICE COOPER, Minor, and the Court having determined that it has jurisdiction over the parties and the subject matter and having heard and considered said Petition, finds as follows:

I.

That the Petitioners, DALE JENNINGS, an adult resident citizen, who lives and resides at 311 N. Pine Avenue, Heidelberg, Mississippi 39439-0206 (Jasper County, First Judicial District), Mississippi); and, JAMES L. COOPER, an adult resident citizen, who lives and resides at 37 Smith Cooper Lane, Newhebron, Mississippi 39140; and they are the aunt and the natural father, respectively, of the minor child named herein.

II.

That UNICICE COOPER, a female minor, born April 24, 2001, has with her aunt, DALE HORNE JENNINGS, on and off since her birth; and, said minor has resided solely with Petitioner, DALE HORNE JENNINGS, for the past four (4) months.

III.

That said minor child, UNICICE COOPER desires to live with Petitioner, DALE HORNE JENNINGS, and it is in her best interest to do so; and, Petitioner is willing and able to aid in the maintenance

Page 1 of 3

CHANHN BK 67 PG 125
02/28/2014 12:06 PM
Barbara Downs Ravenhorst
Chancery Clerk
Jasper County, Mississippi

and support said minor child. Further, both the subject minor child's biological father and the aunt are in agreement with the minor child living with her aunt, Petitioner herein.

IV.

That the biological mother of said minor child, DEBORAH COOPER, is deceased, as she died on February 15, 2014.

V.

That biological father of said minor child, JAMES L. COOPER, has joined in this Petition for Letters of Guardianship, as he is neither able and/or capable to educate, maintain and take care of said minor child and agrees to this Guardianship.

VI.

That it is necessary for this Court to appoint DALE HORNE JENNINGS, as Guardian over said minor child, UNICICE COOPER, since said child is in her physical custody, in order to give Petitioner official power and authority to act in behalf of said minor child in regard to her education, medical, well-being, and, said child's best interest in all matters.

VII.

That no other Court has jurisdiction over the parties or the subject matter, and that there are no other Court actions pending pertaining to said subject minor child or the subject matter contained herein. That no other parties are entitled to notice of this action, other than the parties named above.

VIII.

That the minor child's natural father, JAMES L. COOPER, pays child support for his minor child, UNICICE COOPER, which is payable through the Department of Human Services, pursuant to a Judgment entered by the Chancery Court, Jasper County, (Second Judicial District), Mississippi, styled DHS vs. JAMES L. COOPER, Civil Action No. 206-A-085; therefore, the DHS has and shall retain jurisdiction over the child support.

CHANKN 67 126
02/28/2014 12:06 PM
Barbara Downs Ravenhorst
Chancery Clerk
Jasper County, Mississippi

IX.

That said child does not have an estate and the posting of a bond and/or annual accountings shall be waived, until said child obtains an estate, if ever.

IT IS, THEREFORE, ORDERED AND ADJUDGED that DALE HORNE JENNINGS be and she is hereby appointed General Guardian of the person of UNICICE COOPER, Minor, and that Letters of Guardianship be issued to Petitioner, DALE HORNE JENNINGS, upon Petitioner taking the oath prescribed by law.

IT IS, FURTHER, ORDERED AND ADJUDGED that the necessity of a bond and/or annual accountings, be and same are hereby dispensed with and waived at this time; however, if said minor child acquires an estate, then said Guardian is hereby ordered to comply with the law pertaining to bond and accountings in this cause. *This is a final Judgment -*

SO ORDERED AND ADJUDGED this the 27th day of February, 2014.

_____
CHANCELLOR PRESIDING

JOHN N. SATCHER,
ATTORNEY FOR PETITIONERS
716 NORTH PINE AVENUE
P.O. BOX 100
HEIDELBERG, MS 39439-1001
TELEPHONE (601) 787-3434
FAX (601) 787-3438
MS BAR NO. 06472
johnsatcher00@bellsouth.net

CHANKN 67 127
02/28/2014 12:06 PM
Barbara Downs Ravenhorst
Chancery Clerk
Jasper County, Mississippi