


# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

11110898

FILING DATE: FEB 20 2014

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

STATE FILE NUMBER: 123- 2014-053190

1. DECEDENT'S LEGAL NAME (First, Middle, Last): **Deborah Cooper**
2. SEX: F
3a. HOUR OF DEATH: 0958 AM
3b. DATE OF DEATH: 02-15-2014

4. RACE: [X] Black or African American

5a. AGE AT LAST BIRTHDAY: 55 Years
6. DATE OF BIRTH: 03/16/1958
7. BIRTH PLACE: MS

8. PLACE OF DEATH: [X] Inpatient

9a. FACILITY NAME: Forrest General Hospital 18F
9b. CITY, TOWN OR LOCATION OF DEATH: Hattiesburg
9c. ZIP CODE: 39404
9d. COUNTY OF DEATH: Forrest

10. DECEDENT'S EDUCATION: [X] High school graduate or GED completed

11. MARITAL STATUS AT TIME OF DEATH: [X] Divorced
12. SURVIVING SPOUSE: NONE
13. WAS DECEASED EVER IN U.S. ARMED FORCES?: NO

14. DECEDENT OF HISPANIC ORIGIN?: [X] No, not Spanish/Hispanic/Latino

15. SOCIAL SECURITY NUMBER: 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
16a. USUAL OCCUPATION: Entrepreneur
16b. KIND OF BUSINESS OR INDUSTRY: Restaurant

17a. RESIDENCE - STATE: MS
17b. COUNTY: Jasper
17c. CITY OR TOWN: Heidelberg
17d. ZIP CODE: 39439
17e. STREET AND NUMBER: 315 N. Pine St.
17f. INSIDE CITY LIMITS: Yes

18. FATHER'S NAME: Harrison Horne
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Ellen McCormick

20a. INFORMANT - NAME: Victoria Reshaey Horne
20b. RELATIONSHIP TO DECEDENT: Daughter
20c. MAILING ADDRESS: 380 Spruce St, Heidelberg, MS 39439

21a. DISPOSITION OF BODY: Burial
21b. CEMETERY/CREMATORY NAME: St. John
21c. LOCATION: Vossburg, MS
22a. FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER: [signature] FD 1673

22b. FUNERAL HOME: Gilmore's Funeral Home-316
22c. FUNERAL HOME LICENSE NUMBER: FE 0424
22d. MAILING ADDRESS: P.O. Box 340, Heidelberg, MS 39439

23a. PERSON WHO PRONOUNCED DEATH: Andrew Rogness M.D.
23b. PRONOUNCED DEAD (Month, Day, Year): 02-15-2014
23c. PRONOUNCED DEAD (Time): 0958 A

24. NAME OF CERTIFYING PHYSICIAN OR CORONER: Andrew Rogness MD) 415 South 28th Avenue, Hattiesburg, MS 39401

25b. DATE SIGNED: 2-15-2014
25c. DATE LICENSE NUMBER: 12419

26. CAUSE OF DEATH PART I:
(a) IMMEDIATE CAUSE: Intracerebral Hemorrhage
(b) DUE TO: Anticoagulation for DVT

30. DID TOBACCO USE CONTRIBUTE TO DEATH? 
31. IF FEMALE: [X] NOT pregnant within the past year

---

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

2/21/2014    Judy Moulder
             STATE REGISTRAR

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.





**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

SCANNED

 

MISSISSIPPI STATE DEPARTMENT OF HEALTH
VITAL RECORDS

# CERTIFICATE OF LIVE BIRTH

FILING DATE: MAY 11 2001          STATE FILE NUMBER: 123-01-12337

**Child**

   Name:  UNICICE SHANBREKA COOPER
   Date of Birth:  APRIL 24, 2001          Sex:  FEMALE
   Plurality/Order: SINGLE                 BirthWeight:  05 lbs, 04 Oz
   Location of Birth:  MEMORIAL HOSPITAL @ G'PORT
   City/Town of Birth: GULFPORT            County of Birth:  HARRISON

**Father**

   Name:  JAMES LEE COOPER
   Race:  BLACK
   Date of Birth: MAY 12, 1964

**Mother**

   Maiden Name:  DEBORAH ANN HORNE
   Race:  BLACK
   Date of Birth:  MARCH 16, 1958         State/Country of Birth:  MISSISSIPPI

**Residence**

   State:  MISSISSIPPI                    County:  HARRISON
   Mailing Address: 109 BEN DR, GULFPORT,  MISSISSIPPI 39503

COMPUTER GENERATED COPY OF INFORMATION CONTAINED ON CERTIFICATE OF LIVE BIRTH ON FILE IN THIS OFFICE FOR ABOVE NAMED CHILD

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

Brian W. Amy, MD, MHA, MPH
STATE HEALTH OFFICER

Judy Moulder
STATE REGISTRAR

DATE ISSUED: DECEMBER 16, 2005

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

