# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELLE ROLAND, § § *Plaintiff*, § § § VS. § § JANSSEN RESEARCH & § DEVELOPMENT LLC f/k/a § JOHNSON AND JOHNSON § PHARMACUETICAL RESEARCH § AND DEVELOPMENT LLC. Et al., § *Defendants*. § | Case No. 2:16-cv-06228 L(5) |

## ORDER OF DISMISSAL

CAME BEFORE THE COURT, Plaintiff's voluntary Notice of Dismissal against Defendant, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG, and the Court having considered the same, is of the opinion that Plaintiff's Notice of Dismissal against Defendant, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG be GRANTED in all things.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG, in the above-styled cause are hereby dismissed without prejudice with all parties to bear their own costs.

THIS ORDERED THE ____ day of _____, 2017.

_____
The Honorable Eldon E. Fallon