UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>WILLIAM PRECHT<br><br>2:16-CV-2340 | *UNOPPOSED* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFF |

COME NOW undersigned counsel on behalf of Plaintiff, William Precht, files this *Unopposed* Motion for Leave to File Amended Complaint and Substitute Party Plaintiff in the above matter and in support hereof states as follows:

1. This action was filed by William Precht on June 12, 2015 in a bundled complaint.

2. On November 11, 2016, plaintiff's counsel was notified that William Precht passed away on September 18, 2016.

3. Subsequent to Plaintiff William Precht's death, Allison M. Precht sought and has been appointed as the Personal Representative of the Estate of William Theodore Precht. A copy of the Letters of Authority for Personal Representative dated February 2, 2017 is attached and incorporated by reference herein as Plaintiff's "Exhibit A".

4. Undersigned counsel seeks leave of this Court to file the attached Amended Complaint, attached hereto and incorporated by reference as Plaintiff's "Exhibit B" and for and Order substituting party plaintiff to include Allison M. Precht, Individually and as Personal Representative of the Estate of William Theodore Precht.

1

5.       Counsel for Plaintiff has conferred with counsel for the Defendants and there is no objection to the relief requested herein.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file the Amended Complaint attached hereto as Exhibit "B" and for any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: March 16, 2017

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiffs*