UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** <br><br> WILLIAM PRECHT <br><br> 2:16-CV-2340 | | **MEMORANDUM IN SUPPORT OF *UNOPPOSED* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFF** |

Counsel for Plaintiff, William Precht, seeks to substitute his Next of Kin, Allison M. Precht, the Personal Representative of the Estate of William Theodore Precht, as the named party in place of William Precht, deceased. Plaintiff William Precht died on September 18, 2016. Allison M. Precht was appointed at the Personal Representative of the Estate of William Theodore Precht, on February 1, 2017 by the State of Michigan Probate Court, Allegan County. Counsel for Defendants do not oppose Allison M. Precht's Amended Complaint and substitution as party Plaintiff.

**CONCLUSION**

Plaintiffs' counsel respectfully requests that they be allowed to amend the Joint Complaint as to William Precht only (2:16-CV-2340), to substitute Allison M. Precht as party Plaintiff in place of William Precht, deceased.

Respectfully submitted,

Dated: <u>March 16, 2017</u>         /s/ Roopal P. Luhana
                                                        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2017, I caused the foregoing:

1. Unopposed Motion for Leave to File Amended Complaint and Substitute Party Plaintiff;
2. Memorandum in Support of Unopposed Motion for Leave to File Amended Complaint and Substitute Party Plaintiff;
3. Exhibits in support of Unopposed Motion for Leave to File Amended Complaint and Substitute Party Plaintiff; and
4. Proposed Order

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                                                  /s/ Roopal P. Luhana