# EXHIBIT A

Approved, SCAO

JIS CODE: LET

| STATE OF MICHIGAN PROBATE COURT COUNTY OF ALLEGAN | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | FILE NO. 17-60205-DE |

Estate of WILLIAM THEODORE PRECHT, Deceased

TO:
Name and address
ALLISON M. PRECHT
4897 N. ASHLAND AVE. #2W
CHICAGO, IL 60640

Telephone no.
(708) 650-1971

You have been appointed and qualified as personal representative of the estate on 02/01/2017. You are authorized to perform all acts authorized by law unless exceptions are specified below.
☐ Your authority is limited in the following way:
☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
☐ Other restrictions or limitations are:

☐ These letters expire: N/A
Date

02/01/2017
Date

XXXXXXXXXXXXXXXXXX/Register (informal proceedings)

P77757
Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Attorney name (type or print) _____ Bar no. _____
Address _____
City, state, zip _____ Telephone no. _____

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

2/1/2017
Date

Deputy register

Do not write below this line - For court use only

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

MCL 700.3103, MCL 700.3307, MCL 700.3414, MCL 700.3504, MCL 700.3601, MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you. See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after the first personal representative's appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of the first personal representative's appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate. [MCL 700.3703(4), MCL 700.3951(3), MCR 5.144, MCR 5.307, MCR 5.310]

**DUTY TO COMPLETE ADMINISTRATION OF ESTATE:** You must complete the administration of the estate and file appropriate closing papers with the court. Failure to do so may result in personal assessment of costs. [MCR 5.310]

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

### Additional Duties for Supervised Administration

If this is a supervised administration, in addition to the above reporting duties, you are also required to prepare and file with this court the following written reports or information.

**INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by that appraiser. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the personal representative. [MCL 700.3706, MCR 5.307, MCR 5.310(E)]

**ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date that your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

### Additional Duties for Unsupervised Administration

If this is an unsupervised administration, in addition to the above reporting duties, you are also required to prepare and provide to all interested persons the following written reports or information.

**INVENTORY:** You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). You are required within 91 days from the date your letters of authority are issued, to submit to the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706, MCR 5.307]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

Approved, SCAO

JIS CODE: RIO

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF ALLEGAN | REGISTER'S STATEMENT | FILE NO.<br>17-60205-DE |
|---|---|---|

Estate of WILLIAM THEODORE PRECHT, Deceased

1. An application has been filed requesting
   - ☑ informal probate of the will of the above named decedent.
   - ☑ the appointment of a personal representative.
   - ☐ the previously administered estate be reopened.
   - ☐ appointment of a successor personal representative.
2. Upon consideration of the application, I determine that all of the following are true:
   a. Venue is proper.
   b. The application is complete and made in accordance with MCL 700.3301 or MCR 5.312.
   c. The applicant appears to be an interested person.
   ☑ d. An original, properly executed, and apparently unrevoked will dated 03/11/2016 with codicil(s) dated _____ is in my possession.
   ☐ An authenticated copy of the will and codicil(s) probated in _____ County _____ is offered for informal proceedings and documents establishing probate in another state are in my possession.
   e. The application is not within MCL 700.3304 or MCR 5.144.
   ☐ f. A will to which the requested appointment relates has been formally or informally probated.
   ☑ g. ☑ The person whose appointment is sought has priority to the appointment, with or without appropriate nomination and/or renunciation.
   ☐ The applicant gave notice of his/her intention to seek an informal appointment to each person having a prior or equal right to an appointment not waived in writing and filed with the court.
   ☐ h. There is good cause to reopen the previously administered estate and appoint a personal representative. The estate was not closed under supervised administration.

☑ 3. The will dated 03/11/2016 with codicils dated _____ is admitted to informal probate.

☑ 4. ALLISON M. PRECHT is appointed
   ☑ personal representative   ☐ special personal representative   ☐ successor personal representative
   of the decedent's estate and upon filing a statement of acceptance, letters shall issue to that personal representative
   ☑ without bond.   ☐ upon filing a bond in the amount of $ _____ .
   After qualification, the personal representative shall comply with all relevant requirements under the law.

☐ 5. The application is denied because:
   ☐ a personal representative has been appointed in this or another county of this state and continues to serve.
   ☐ this or another will of the decedent has been the subject of a previous probate order.
   ☐ the probate relates to one or more of a known series of testamentary instruments, the latest of which does not expressly revoke the earlier.
   ☐ other:

☐ 6. The estate is reopened.   ☐ Letters of authority expire _____ .

02/01/2017
Date

Register _(signature)_

Attorney name (type or print) _____   Bar no. _____

Address _____   City, state, zip _____   Telephone no. _____

Do not write below this line – For court use only

PC 568 (9/05) REGISTER'S STATEMENT

MCL 700.3302, MCL 700.3303, MCL 700.3304, MCL 700.3305, MCL 700.3308, MCL 700.3601,
MCR 5.309, MCR 5.312