UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION　　　　SECTION L
　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *James Barbara* | *2:16-cv-17768* |
| *Eunice Mae Beardshall* | *2:15-cv-05369* |
| *Jane Benson* | *2:15-cv-02445* |
| *Peter Burger* | *2:15-cv-03689* |
| *Richard Day* | *2:15-cv-06927* |
| *Jeanne Grace* | *2:16-cv-06907* |
| *Helen King* | *2:15-cv-06928* |
| *Maupin Wellington* | *2:16-cv-15065* |
| *Doris Mays* | *2:16-cv-15800* |
| *Twanni McClellan* | *2:15-cv-06929* |
| *Eddie Mae Modkins* | *2:15-cv-05369* |
| *James Moore* | *2:15-cv-03689* |
| *Vincent Morocco* | *2:15-cv-06943* |
| *Estel Noe* | *3:15-cv-00062* |
| *Carrie Parker* | *2:15-cv-06914* |
| *Deonne Paul* | *2:16-cv-06652* |
| *Dorothy Rinard* | *2:15-cv-06951* |
| *Lamar Smith* | *2:16-cv-06633* |
| *Edward Tongue* | *2:16-cv-03778* |
| *Cowley Vernon* | *2:16-cv-06641* |

1

## NOTICE OF CHANGE OF ADDRESS

Comes now Alex C. Davis and Jasper D. Ward of the law firm Jones Ward Law Firm, LLC, attorneys for thePlaintiffs, and hereby gives notice to this Honorable Court, all parties and all counsel of record inthis matter who have made an appearance that the Jones Ward Law Firm, LLC's new office address effective immediatly is 1205 E. Washington St., Suite 111 Louisville, Kentucky 40206. The telephone number, facsimile number  and email address remain the same.

Dated: March 16, 2017

Respectfully submitted,

JONES WARD FIRM, LLC

s/*Alex C. Davis*
Alex C. Davis
Jasper D. Ward IV
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Phone:  502 882-6000
Fascimile: 502 587-2007
Counsel for Plaintiff

*Attorney for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of March 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                                                     s/*Alex C. Davis*
                                                     Alex C. Davis