UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

**IT IS ORDERED** that the pretrial conference for the first bellwether trial (Boudreaux) will take place on Tuesday, April 18, 2017, at 9:00 a.m. in the Chambers of the Honorable Eldon E. Fallon. Oral argument on motions in limine are to follow in the Courtroom.

**IT IS FURTHER ORDERED** that oral argument regarding the remaining unresolved cases in the orders to show cause addressed at the March monthly status conference (R. Docs. 5294, 5285, 5085, 5660, 5103, 5257) will be held on Wednesday, April 19, 2017, at 1:30 p.m. Plaintiffs' attorneys who wish to participate in the hearing via telephone should contact the Court for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana this 15th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE