UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Charles Ward, et al. v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:15-cv-00471*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Linda Ward, Individually and on behalf of the Estate of Charles Ward, is substituted for Plaintiff Charles Ward in the above captioned cause.

New Orleans, Louisiana this 16th day of March, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge