UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 15 and 16 attached to Plaintiffs' Reply Memorandum in Support of Motion to Preclude Speculative Testimony From Six Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5762] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 16th day of March, 2017.

_____
Eldon E. Fallon
United States District Court Judge