UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND ANGELLE, §<br>§<br>*Plaintiff*, §<br>§<br>§<br>VS §<br>JANSSEN RESEARCH & §<br>DEVELOPMENT LLC f/k/a §<br>JOHNSON AND JOHNSON §<br>PHARMACUETICAL RESEARCH §<br>AND DEVELOPMENT LLC. Et al., §<br>*Defendants*. § | Case No. 2:16-CV-06228 L(5) |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

Plaintiff is Roland Angelle, a resident of Texas.

1. Defendant is Bayer AG, Bayer HealthCare AG, and Bayer Pharma AG a Germany Corporation.

2. This case has not been certified as a class action.

3. A receiver has not been appointed in this case.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

6. This dismissal is without prejudice to refiling.

Page | 1

Respectfully submitted,

**THE WEBSTER LAW FIRM**

By:*/s/ Jason C. Webster*
Jason C. Webster
Federal Bar No. #39010
TBN #24033318
jwebster@thewebsterlawfirm.com
6200 Savoy Drive, Suite 515
Houston, Texas 77036
713-581-3900
713-581-3907 fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2017, a true and correct copy of the foregoing instrument was forwarded to all counsel of record via the Court's ECF system.

*/s/ Jason C. Webster*
Jason C. Webster