# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Roland Angelle,<br>**PLAINTIFF(S)**<br><br>**VERSUS**<br><br>Janssen Research & Development, et al.<br>**DEFENDANT(S)** | **CIVIL ACTION**<br><br>**No.** 2:16-cv-06228<br><br>**SECTION:** L5 |

## ORDER

Considering the Motion  to Dismiss                              ,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 20____.


_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE