# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Angelle Roland,
**PLAINTIFF(S)**

**VERSUS**
Janssen Research & Development LLC., et al.,
**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:16-cv-06228

SECTION: L5

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Dismiss is hereby set for submission before District Judge/Magistrate Judge Eldon E. Fallon on March 31, 2017 at 8:00 a.m.

/s/ Jason C. Webster
(Signature)

The Webster Law Firm
(Name)

6200 Savoy Dr. Ste 150
(Address)

Houston   TX   77036
(City)    (State)  (Zip)

713-581-3900
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 17th day of March, 20 17.

/s/ Jason C. Webster
(SIGNATURE)