UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Lawrence J. Jackson v. Janssen Research & Development, LLC, et al.* | |
| Case File No. 2:16-cv-17818 | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Shirley Jackson on behalf of decedent Lawrence J. Jackson.

1. Lawrence J. Jackson filed a products liability action against Defendants on December 28, 2016.

2. Lawrence J. Jackson died on January 12, 2016.  Plaintiff's counsel learned of Plaintiff's death after commencement of the lawsuit.

3. Plaintiff filed a Suggestion of Death on March 17, 2017.

4. Lawrence J. Jackson's products liability action against defendants survived his death and was not extinguished.

5. Shirley Jackson, surviving spouse of Lawrence J. Jackson, is a proper party to substitute for plaintiff-decedent Lawrence J. Jackson and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: <u>March 17, 2017</u>            LAW OFFICES OF CHARLES H. JOHNSON, PA

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**