# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Lawrence J. Jackson v. Janssen Research & Development, LLC, et al.* | MAGISTRATE JUDGE NORTH |
| Case File No. 2:16-cv-17818 | |

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Shirley Jackson, as surviving spouse of Lawrence J. Jackson, is substituted for Plaintiff Lawrence J. Jackson in the above-captioned case.

Dated: _____        _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge