UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     <u>**ORDER**</u>

WILLIAM PRECHT

2:16-CV-2340

    THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Substitute Allison M. Precht, Individually and as the Personal Representative of the Estate of William Theodore Precht, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Unopposed Motion to Substitute and request for leave to file an amended complaint is **HEREBY GRANTED**.

    The Clerk is hereby directed to correct the caption to reflect the proper party as "Allison M. Precht, Individually and as the Personal Representative of the Estate of William Theodore Precht," Plaintiff.

    New Orleans, Louisiana this 17th day of March, 2017.

                                                                          _____
                                                                       Honorable Eldon E. Fallon
                                                                       United States District Judge