MINUTE ENTRY
FALLON, J.
MARCH 15, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: Cases listed on the attachment | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   Sindhu Daniel, Esq. for Plaintiffs
Chanda Miller, Esq. for Defendants
Maria Tejedor, Esq. by phone, for certain Plaintiffs
Jose Luis Munoz, Esq. by phone, for certain Plaintiffs
Tom Arbon, Esq., by phone, for certain Plaintiffs
Galen Hair, Esq., for Plaintiff Johnnie Mae Reynolds

**Show Cause Hearing (Rec. Docs. 5294, 5285, 5085)**

A Show Cause hearing was held this date regarding the various cases listed on the attachments. There were appearances by multiple counsel, in person and by phone.

The Court issued its ruling as stated on the record. Counsel for the parties will submit an order to the court regarding the Court's rulings on said matters.

JS10:   :55