**ATTACHMENT 1**

Napier, Abbie             Kennedy Hodges, LLP             2:15-cv-7094