**ATTACHMENT 2**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Baker, Ronald | Slater, Slater Schulman, LLP | 2:16-cv-07497 |
| 2. | Betancourt, Teresa | Pro Se – Teresa Betancourt | 2:15-cv-05426 |
| 3. | Brandon, Allen | Slater, Slater Schulman, LLP | 2:16-cv-06879 |
| 4. | Burley, Joann C. | Kirkendall Dwyer LLP | 2:16-cv-06638 |
| 5. | Chesner, Michael | Nemeroff Law Firm | 2:16-cv-12723 |
| 6. | Cleghorn, Helen | Bernstein Liebhard LLP | 2:16-cv-02959 |
| 7. | DiMichele, Angela | Slater, Slater Schulman, LLP | 2:16-cv-00269 |
| 8. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |
| 9. | Fallon, Frank | Nemeroff Law Firm | 2:16-cv-12732 |
| 10. | Farinas, Arsenio | Pro Se – Arsenio Farinas | 2:15-cv-05186 |
| 11. | Haggerty, Cindy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:15-cv-06790 |
| 12. | Hall, Charles | Slater, Slater Schulman, LLP | 2:16-cv-09774 |
| 13. | Hartman, Wiilliam | Slater, Slater Schulman, LLP | 2:16-cv-03522 |
| 14. | Hedtcke, Ronald | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-06575 |
| 15. | Huelster, Walter | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04840 |
| 16. | Jolley, Donald | Slater, Slater Schulman, LLP | 2:16-cv-10753 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 17. | King, David | Slater, Slater Schulman, LLP | 2:16-cv-09791 |
| 18. | Maldonado, Bernardo | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05194 |
| 19. | Martinez-Hernandez, Tatiana | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05424 |
| 20. | Matran, Janelle | Slater, Slater Schulman, LLP | 2:16-cv-01720 |
| 21. | Mello, Marissa | Slater, Slater Schulman, LLP | 2:16-cv-10899 |
| 22. | Mitala, Paul | Slater, Slater Schulman, LLP | 2:16-cv-09153 |
| 23. | Morale, Aurea | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05191 |
| 24. | Morison, Philip | Slater, Slater Schulman, LLP | 2:16-cv-10912 |
| 25. | Neis, Thomas | Morris Law Firm | 2:16-cv-01675 |
| 26. | Paloma, Gabriel, Jr. | Slater, Slater Schulman, LLP | 2:16-cv-04575 |
| 27. | Phelps, Dwight | Slater, Slater Schulman, LLP | 2:16-cv-09310 |
| 28. | Phillips, Glenda | Bernstein Liebhard LLP | 2:16-cv-04490 |
| 29. | Robertson, Violet | Bernstein Liebhard LLP | 2:15-cv-03715 |
| 30. | Robinson, Hattie | Slater, Slater Schulman, LLP | 2:16-cv-10055 |
| 31. | Rodgers, Kyesha | Slater, Slater Schulman, LLP | 2:16-cv-10065 |
| 32. | Rodriguez, Dionicio | Slater, Slater Schulman, LLP | 2:16-cv-10071 |
| 33. | Rose, Samuel | Slater, Slater Schulman, LLP | 2:16-cv-10942 |
| 34. | Russell, Jennifer | Slater, Slater Schulman, LLP | 2:16-cv-10104 |
| 35. | Smith, John A. | Slater, Slater Schulman, LLP | 2:16-cv-10976 |
| 36. | Stevens, Julie | Provost Umphrey Law Firm L.L.P. | 2:16-cv-06052 |
| 37. | Trinidad, Edgardo | Slater, Slater Schulman, LLP | 2:16-cv-07087 |
| 38. | Vest, Terry | Slater, Slater Schulman, LLP | 2:16-cv-09416 |
| 39. | Way, Virginia | Slater, Slater Schulman, LLP | 2:16-cv-10992 |
| 40. | Williams, Cathleen | Slater, Slater Schulman, LLP | 2:16-cv-10998 |
| 41. | Zouain, Jose | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05226 |