**ATTACHMENT 4 – (NOT ALL CASES WERE CALLED OR RULED ON)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Adams, Thomas | Morris Law Firm | 2:16-cv-01668 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 2. | Albergo, Anthony | The Driscoll Firm | 2:16-cv-06544 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | Anderson, Chennette | The Driscoll Firm | 2:16-cv-09377 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 4. | Anderson, Roy A. | Van Wey Law, PLLC | 2:16-cv-06584 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Ardie, Andy | Kennedy Hodges, LLP | 2:15-cv-05611 | Medical records provided do not demonstrate alleged injury |
| 6. | Arndt, Bruce J. | Van Wey Law, PLLC | 2:16-cv-05886 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 7. | Arnold, Frances P | Nemeroff Law Firm | 2:16-cv-06780 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 8. | Atkins, Anthony | The Driscoll Firm | 2:16-cv-06605 | Medical records provided do not demonstrate alleged injury |
| 9. | Baker, Charles | The Mulligan Law Firm | 2:16-cv-03393 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year for each alleged injury identified in PFS section I.D.1; Failure to provide response containing the month and year for each hospitalization identified |
| 10. | Baker, Florence | Sanders Phillips Grossman, LLC | 2:15-cv-03148 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 11. | Baker, Wendy | Ferrer, Poirot & Wansbrough | 2:16-cv-10857 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Balcerzak, Stephen | The Driscoll Firm | 2:16-cv-11933 | Medical records provided do not demonstrate alleged injury |
| 13. | Banks, David E | Jim S. Hall & Associates, LLC | 2:15-cv-00041 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 14. | Banks, Laura | The Schlemmer Firm, LLC | 2:15-cv-03812 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 15. | Barnes, Joyce | The Driscoll Firm | 2:16-cv-10863 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 16. | Barragan, Cecilia | The Driscoll Firm | 2:16-cv-10865 | Medical records provided do not demonstrate alleged injury |
| 17. | Barrington, Patsy | The Michael Brady Lynch Law Firm | 2:16-cv-01434 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 18. | Bethea, Carolyn | Ferrer, Poirot & Wansbrough | 2:16-cv-10864 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Bishop, Ernest | The Michael Brady Lynch Law Firm | 2:16-cv-04225 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | Bitetto, Gary | The Driscoll Firm | 2:16-cv-11602 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 21. | Blackmon, Don E. | Van Wey Law, PLLC | 2:16-cv-10129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | Blaine, John | The Driscoll Firm | 2:16-cv-10873 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 23. | Blake, Barbara | Lenze Kamerrer Moss, PLC. | 2:16-cv-13887 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide proof that user received samples; Failure to respond to question in Section I (core case information). |
| 24. | Bohlken, George | Kelley & Ferraro LLP | 2:16-cv-13493 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | Bowes, Kimberly | The Mulligan Law Firm | 2:16-cv-00410 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | Bowling, Georgia | The Driscoll Firm | 2:16-cv-10879 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 27. | Bradfield, Glenda Jo | Curtis Law Group | 2:16-cv-06562 | Medical records provided do not demonstrate alleged injury |
| 28. | Brannen, Mary | Johnson Law Group | 2:16-cv-03808 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide proof that user received samples |
| 29. | Bray, Margaret | The Driscoll Firm | 2:16-cv-11936 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 30. | Broadwell, Linda | The Driscoll Firm | 2:16-cv-12251 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 31. | Brown, Allan | The Michael Brady Lynch Law Firm | 2:15-cv-01554 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 32. | Burroughs, Arthur | Van Wey Law, PLLC | 2:16-cv-12121 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | Buter, Linda S | The West Law Firm | 2:15-cv-05799 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |
| 34. | Caballes, Romeo | Hilliard Munoz Gonzales LLP | 2:15-cv-06476 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | Campbell, Charles | The Michael Brady Lynch Law Firm | 2:16-cv-03241 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Campbell, Willie | The Mulligan Law Firm | 2:16-cv-13017 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | Carlson, Joann | Fears \| Nachawati | 2:15-cv-05113 | Failure to provide any Medical Records demonstrating alleged injury |
| 38. | Cartwright, Milton | Burke Harvey, LLC | 2:15-cv-05477 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | Charles, Geraldine | Law Offices of Andre' P. LaPlace | 2:16-cv-09042 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 40. | Chuculate, Gwendolyn | The Driscoll Firm | 2:16-cv-09417 | Failure to provide any Medical Records demonstrating alleged injury |
| 41. | Clinkenbeard, Lois | Baron & Budd | 2:16-cv-04610 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | Conley, Mary | The Driscoll Firm | 2:16-cv-09425 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 43. | Cuahonte, Ronald A. | Van Wey Law, PLLC | 2:16-cv-10132 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 44. | Curtis, Michael | The Driscoll Firm | 2:16-cv-10890 | Medical records provided do not demonstrate alleged injury |
| 45. | Cutshall, Perry | The Driscoll Firm | 2:16-cv-12099 | Medical records provided do not demonstrate alleged injury |
| 46. | Daniels, Fred | The Driscoll Firm | 2:16-cv-09716 | Failure to provide any Medical Records demonstrating alleged injury |
| 47. | Darby, Yontreal | Kelley & Ferraro LLP | 2:16-cv-13507 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Medical records provided do not demonstrate alleged injury |
| 48. | Darna, Henry E. | Van Wey Law, PLLC | 2:16-cv-10138 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 49. | Davis, Dorothy I. | Kelley & Ferraro LLP | 2:16-cv-13509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 50. | Debord, Charles D | Kelley & Ferraro LLP | 2:16-cv-13510 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 51. | Deng, John | Lenze Kamerrer Moss, PLC. | 2:16-cv-13888 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each pharmacy identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 52. | Dewitt, Robert E | Grant & Eisenhofer | 2:15-cv-03717 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 53. | Dickey, Linda D. | Van Wey Law, PLLC | 2:16-cv-12124 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 54. | Donatelli, Gervasio | Rosenberg & Gluck, LLP | 2:16-cv-09853 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 55. | Donnelly, Mary | The Mulligan Law Firm | 2:16-cv-03326 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 56. | Dunn, Sandra | Kennedy Hodges, LLP | 2:15-cv-06968 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |
| 57. | Edwards, Marilyn | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 58. | Etkin, Judy | Law Offices of Andre' P. LaPlace | 2:16-cv-08950 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 59. | Farria, Bernell | Childers, Schlueter & Smith LLC | 2:16-cv-07776 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 60. | Felton, Edwina | The Driscoll Firm | 2:16-cv-09436 | Medical records provided do not demonstrate alleged injury |
| 61. | Fowlkes, William | The Driscoll Firm | 2:16-cv-11178 | Medical records provided do not demonstrate alleged injury |
| 62. | Gaddis, Bobby | The Driscoll Firm | 2:16-cv-09443 | Failure to provide any Medical Records demonstrating alleged injury |
| 63. | Garcia, Elba | The Driscoll Firm | 2:16-cv-12107 | Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 64. | Gatins, Frances | The Mulligan Law Firm | 2:16-cv-13097 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 65. | Gay, Carl P | The Gallagher Law Firm LLP | 2:16-cv-05452 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 66. | Gelerter, Gerald H | Grant & Eisenhofer | 2:15-cv-07173 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of patient; Failure to provide response containing the month and year for each hospitalization identified; Failure to respond to question in Section I (core case information). |
| 67. | Gibson, Larry | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical records provided do not demonstrate alleged injury |
| 68. | Gilchrist, Helen | The Driscoll Firm | 2:16-cv-12261 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 69. | Glenn, Mattie | The Driscoll Firm | 2:16-cv-11182 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 70. | Gomez, Herbert | The Driscoll Firm | 2:16-cv-11953 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 71. | Gonzalez, Ruben | The Driscoll Firm | 2:16-cv-12114 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 72. | Grant, Charles | The Mulligan Law Firm | 2:16-cv-03367 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 73. | Gravitt, Veatrice | Ferrer, Poirot & Wansbrough | 2:16-cv-10951 | Medical records provided do not demonstrate alleged injury; Records provided do not show Xarelto use |
| 74. | Gray, Glen D | Slater Slater Schulman LLP | 2:16-cv-04531 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 75. | Green, Patricia E | Morris Law Firm | 2:16-cv-08771 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 76. | Gwynn, Annette | The Driscoll Firm | 2:16-cv-12140 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 77. | Haben, Devan | The Mulligan Law Firm | 2:16-cv-11465 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 78. | Hall, Genevieve | The Michael Brady Lynch Law Firm | 2:15-cv-03886 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information). |
| 79. | Harun, Mohammed | The Driscoll Firm | 2:16-cv-11244 | Failure to provide any Medical Records demonstrating alleged injury |
| 80. | Hedrick, Charles | The Driscoll Firm | 2:16-cv-09744 | Medical records provided do not demonstrate alleged injury |
| 81. | Hedrick, Walter W | Hilliard Munoz Gonzales LLP | 2:16-cv-00414 | Failure to provide proof that user received samples |
| 82. | Herrington, David | The Driscoll Firm | 2:16-cv-11780 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 83. | Hogg, Felicia | The Driscoll Firm | 2:16-cv-10953 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 84. | Hoover, Frederick | Morris Law Firm | 2:16-cv-08714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 85. | Howard, Richard B | Boudreau & Dahl | 2:16-cv-12057 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 86. | Jackson, Artelia | The Driscoll Firm | 2:16-cv-10957 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 87. | Jankowski, Barbara | Grant & Eisenhofer | 2:16-cv-02099 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Medical records provided do not demonstrate alleged injury |
| 88. | January, Emma L. | Van Wey Law, PLLC | 2:16-cv-10140 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | Jefferson, Donald | Curtis Law Group | 2:16-cv-08841 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 90. | Johnson, Ira W. | Van Wey Law, PLLC | 2:16-cv-10142 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 91. | Jones, Robert | The Driscoll Firm | 2:16-cv-11789 | Failure to provide any Medical Records demonstrating alleged injury |
| 92. | Kegel, Barbara | The Driscoll Firm | 2:16-cv-12160 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 93. | Kelly, Jewel | The Driscoll Firm | 2:16-cv-10967 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 94. | King, James R | Nemeroff Law Firm | 2:15-cv-04688 | Medical records provided do not demonstrate alleged injury |
| 95. | King, Rebecca | John Jewell Pace, A.P.L.C. | 2:16-cv-01458 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 96. | Klineline, Wilma | Kelley & Ferraro LLP | 2:16-cv-13704 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 97. | Knaflich, Janet | The Driscoll Firm | 2:16-cv-10983 | Failure to provide any Medical Records demonstrating alleged injury |
| 98. | Kriedeman, Kent | The Driscoll Firm | 2:16-cv-07498 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 99. | Ladd, Tommy | The Driscoll Firm | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 100. | Lamar, Dorothy | The Driscoll Firm | 2:16-cv-11798 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 101. | Lambert, Richard | The Driscoll Firm | 2:16-cv-11972 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 102. | Lavette, Darrell | The Driscoll Firm | 2:16-cv-10990 | Medical records provided do not demonstrate alleged injury |
| 103. | Lee, Angelise | The Driscoll Firm | 2:16-cv-11801 | Failure to provide any Medical Records demonstrating alleged injury |
| 104. | Lewis, Shelton | The Driscoll Firm | 2:16-cv-08778 | Failure to provide any Medical Records demonstrating alleged injury |
| 105. | Linder, James | The Driscoll Firm | 2:16-cv-10994 | Failure to provide any Medical Records demonstrating alleged injury |
| 106. | Locke, William | The Mulligan Law Firm | 2:16-cv-12818 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

11

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 107. | Longardner, James | The Driscoll Firm | 2:16-cv-09509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 108. | Mack, Ella | Morgan & Morgan | 2:16-cv-00532 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response for each alleged diagnosis identified in PFS section I.D.1; Failure to respond to question in Section I (core case information). |
| 109. | Malachino, Angela | The Driscoll Firm | 2:16-cv-11978 | Failure to provide any Medical Records demonstrating alleged injury |
| 110. | Malone, Thomas R | Ferrer, Poirot & Wansbrough | 2:16-cv-11073 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to provide response containing city and state for each alleged diagnosis identified in PFS section I.D.1. |
| 111. | Maloney, Sharon | Andrus Wagstaff | 2:15-cv-06113 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 112. | Manfre, Irene | The Driscoll Firm | 2:16-cv-12166 | Failure to provide any Medical Records demonstrating alleged injury |
| 113. | Mason, Isaac | Burns Charest LLP | 2:16-cv-10287 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 114. | Mayberry, Johnnie | Morgan & Morgan | 2:15-cv-01584 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 115. | Maye, Shanda | Rosenberg & Gluck, LLP | 2:16-cv-09863 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 116. | Mcandrew, John | The Driscoll Firm | 2:16-cv-08822 | Failure to provide any Medical Records demonstrating alleged injury |
| 117. | Mcbrayer, Doris | The Driscoll Firm | 2:16-cv-11348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 118. | Mcconnico, Linda R. | Van Wey Law, PLLC | 2:16-cv-10144 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 119. | Mcdaniel, Sherry | The Driscoll Firm | 2:16-cv-11356 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 120. | Mcdowell, Silas L. | Van Wey Law, PLLC | 2:16-cv-12125 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 121. | Mcknight, Kathryn | The Driscoll Firm | 2:16-cv-11358 | Failure to provide any Medical Records demonstrating alleged injury |
| 122. | Mcswain, Gloria | Kelley & Ferraro LLP | 2:16-cv-13736 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 123. | Mcvay, Vera M | Pro Se – Vera McVay | 2:15-cv-03078 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 124. | Meer, John D. | Van Wey Law, PLLC | 2:16-cv-10147 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 125. | Merrell, Tommy | Morris Law Firm | 2:16-cv-01672 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information). |
| 126. | Moore, Brenda B | Baron & Budd | 2:16-cv-04665 | Failure to provide any Medical Records demonstrating alleged injury |
| 127. | Moore, Melissa | The Driscoll Firm | 2:16-cv-11824 | Medical records provided do not demonstrate alleged injury |
| 128. | Moran, Laquita | The Driscoll Firm | 2:16-cv-11008 | Medical records provided do not demonstrate alleged injury |
| 129. | Mouzon, Rebecca | Morris Law Firm | 2:16-cv-01674 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 130. | Natt, Willena E. | The Driscoll Firm | 2:16-cv-12173 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 131. | Norris, Antonia | Curtis Law Group | 2:16-cv-08850 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 132. | Odle, Robert L. | Van Wey Law, PLLC | 2:16-cv-12129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 133. | Oney, Frances | The Driscoll Firm | 2:16-cv-07583 | Medical records provided do not demonstrate alleged injury |
| 134. | Ortiz, Rita | Pro Se – Rita Ortiz | 2:15-cv-00864 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 135. | Paden, Florencia | The Driscoll Firm | 2:16-cv-11028 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 136. | Pantone, Lillian | Johnson Law Group | 2:16-cv-10166 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 137. | Park, Thomas | The Driscoll Firm | 2:16-cv-11029 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 138. | Parsons, Lezette | The Driscoll Firm | 2:16-cv-12176 | Medical records provided do not demonstrate alleged injury |
| 139. | Pascoe, Annmarie | Johnson Law Group | 2:16-cv-00842 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 140. | Pauley, Carol R | Morris Law Firm | 2:16-cv-08694 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 141. | Percodani, Joseph | Lenze Kamerrer Moss, PLC. | 2:16-cv-13891 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 142. | Pierce, Ricky L | Cory Watson | 2:15-cv-04874 | Medical records provided do not demonstrate alleged injury |
| 143. | Pigg, Emily A | Kabateck Brown Kellner | 2:15-cv-00219 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 144. | Pittman, Don | Kelley & Ferraro LLP | 2:16-cv-14411 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 145. | Presley, Ida | The Driscoll Firm | 2:16-cv-09515 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 146. | Price, Sharron | Salim-Beasley, LLC | 2:16-cv-01904 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 147. | Prochazka, Frank A | Levin Papantonio | 2:16-cv-08265 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 148. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 149. | Ramos, Florencia | Fears \| Nachawati | 2:15-cv-04283 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide documentation supporting the authority of Xarelto user's representative to sign authorization on behalf of the user; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |
| 150. | Ray, James R | The Talaska Law Firm, PLLC | 2:16-cv-12766 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Records provided do not show Xarelto use |
| 151. | Reynolds, Johnnie M | Scott, Sevin & Vicknair | 2:15-cv-02427 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of patient; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information). |
| 152. | Reynolds, Yvette | Ferrer, Poirot & Wansbrough | 2:16-cv-11102 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 153. | Rodriguez, Pedro | The Driscoll Firm | 2:16-cv-12189 | Medical records provided do not demonstrate alleged injury |
| 154. | Rodriguez, Raul | The Driscoll Firm | 2:16-cv-12286 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 155. | Rodriguez, Yesenia | Sanders Phillips Grossman, LLC | 2:15-cv-04065 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 156. | Rominger, Donald | Kelley & Ferraro LLP | 2:16-cv-14423 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 157. | Ruff, Natalie | The Mulligan Law Firm | 2:15-cv-01625 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 158. | Ruiz, Peter | The Driscoll Firm | 2:16-cv-12289 | Medical records provided do not demonstrate alleged injury |
| 159. | Salvey, David | The Driscoll Firm | 2:16-cv-12191 | Failure to provide any Medical Records demonstrating alleged injury |
| 160. | Sanders, Betty | Trammell PC | 2:16-cv-00367 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 161. | Sang, Victor | The Driscoll Firm | 2:16-cv-11378 | Failure to provide any Medical Records demonstrating alleged injury |
| 162. | Scarborough, Mable | The Mulligan Law Firm | 2:16-cv-02155 | Failure to provide response containing city and state; Medical records provided do not demonstrate alleged injury |
| 163. | Schiffman, Patricia | The Driscoll Firm | 2:16-cv-12198 | Failure to provide any Medical Records demonstrating alleged injury |
| 164. | Schwarcz, Steven | Morris Law Firm | 2:16-cv-08781 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information). |
| 165. | Scott, Kenneth | The Mulligan Law Firm | 2:16-cv-11986 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 166. | Shearer, Mary | Grant & Eisenhofer | 2:16-cv-00353 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 167. | Shelton, Cuevas | Kelley & Ferraro LLP | 2:16-cv-14436 | Failure to provide all nine digits of social security number; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified |
| 168. | Shirley, Frank | Cutter Law PC | 2:16-cv-02009 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 169. | Shoff, Carol | Kelley & Ferraro LLP | 2:16-cv-14437 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 170. | Simmons, Serena | The Driscoll Firm | 2:16-cv-09519 | Failure to provide any Medical Records demonstrating alleged injury |
| 171. | Simms, Bettie | Sarangi Law, LLC | 2:15-cv-06216 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 172. | Simms, Charles | Burns Charest LLP | 2:16-cv-10627 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 173. | Smith, John | The Driscoll Firm | 2:16-cv-09885 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 174. | Smith, Shanna | Johnson Law Group | 2:16-cv-10362 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 175. | Spink, Charlie | The Driscoll Firm | 2:16-cv-12215 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 176. | Splichal, Wencel | The Driscoll Firm | 2:16-cv-12294 | Medical records provided do not demonstrate alleged injury |
| 177. | Stahlberg, Denise | Morris Law Firm | 2:15-cv-04346 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 178. | Stanley, Ov | Hilliard Munoz Gonzales LLP | 2:15-cv-06765 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 179. | Stegman, Steven | Simmons Hanly Conroy | 2:15-cv-03604 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |
| 180. | Stokes, Robert | The Driscoll Firm | 2:16-cv-09890 | Failure to provide any Medical Records demonstrating alleged injury |
| 181. | Suddreth, Helen N. | Van Wey Law, PLLC | 2:16-cv-10149 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 182. | Sutek, Julie | The Driscoll Firm | 2:16-cv-09521 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 183. | Sutton, Curtis | Morris Law Firm | 2:16-cv-08705 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information). |
| 184. | Swanson, Donielle | The Driscoll Firm | 2:16-cv-09525 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 185. | Szady, Rudolph | Law Offices of Andre' P. LaPlace | 2:16-cv-08877 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 186. | Tabor, Marlene | The Driscoll Firm | 2:16-cv-09969 | Medical records provided do not demonstrate alleged injury |
| 187. | Taylor, Betty | The Gallagher Law Firm LLP | 2:16-cv-11922 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information). |
| 188. | Thomas, Jimmie | The Driscoll Firm | 2:16-cv-11899 | Medical records provided do not demonstrate alleged injury |
| 189. | Thomas, Stacy | The Driscoll Firm | 2:16-cv-08169 | Records provided do not show Xarelto use |
| 190. | Thompson, Duane | The Driscoll Firm | 2:16-cv-09981 | Medical records provided do not demonstrate alleged injury |
| 191. | Toler, Betty | The Driscoll Firm | 2:16-cv-12226 | Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 192. | Traylor, Sheri | The Michael Brady Lynch Law Firm | 2:15-cv-04893 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 193. | Tristano, Jewel | Goldberg Weisman Cairo | 2:16-cv-07205 | Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 194. | Trosper, Don L | Baron & Budd | 2:16-cv-04681 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information). |
| 195. | Vail, Donald | The Driscoll Firm | 2:16-cv-09040 | Failure to provide any Medical Records demonstrating alleged injury |
| 196. | Valentine, Paul | Fears \| Nachawati | 2:15-cv-04336 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 197. | Waddell, Gary | The Driscoll Firm | 2:16-cv-09551 | Medical records provided do not demonstrate alleged injury |
| 198. | Wallace, Doris | The Driscoll Firm | 2:16-cv-12011 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |
| 199. | Warne, Ralph | The Driscoll Firm | 2:16-cv-11056 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 200. | Warrad, Thabet | The Mulligan Law Firm | 2:16-cv-12026 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 201. | Warshauer, Louise | The Driscoll Firm | 2:16-cv-09990 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 202. | White, Rosemary | Kelley & Ferraro LLP | 2:16-cv-14488 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 203. | White, Triesa | The Driscoll Firm | 2:16-cv-11907 | Failure to provide any Medical Records demonstrating alleged injury |
| 204. | Whiting, Anisia | Van Wey Law, PLLC | 2:16-cv-10153 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 205. | Whitley, Marglee | The Driscoll Firm | 2:16-cv0-9579 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 206. | Wilburn, Beatrice | Beasley Allen | 2:16-cv-01755 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information). |
| 207. | Wiles, Lillian Mae | Kelley & Ferraro LLP | 2:16-cv-14489 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 208. | Williams, Armer | The Driscoll Firm | 2:16-cv-12239 | Failure to provide any Medical Records demonstrating alleged injury |
| 209. | Williams, Burke J | Fears \| Nachawati | 2:15-cv-04349 | Authorization provided is not signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 210. | Williams, Jean | The Michael Brady Lynch Law Firm | 2:16-cv-03394 | Failure to provide any Medical Records demonstrating alleged injury |
| 211. | Wilson, Marlene B | Fears \| Nachawati | 2:15-cv-04099 | Medical records provided do not demonstrate alleged injury |
| 212. | Woods, John Morgan | Lenze Kamerrer Moss, PLC. | 2:16-cv-13895 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 213. | Wortley, Marjorie | The Michael Brady Lynch Law Firm | 2:15-cv-07128 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 214. | Wright, Martha | Lenze Kamerrer Moss, PLC. | 2:16-cv-13894 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 215. | Yates, Wilber | The Driscoll Firm | 2:16-cv-12027 | Failure to provide any Medical Records demonstrating alleged injury |
| 216. | Young, Patricia | The Michael Brady Lynch Law Firm | 2:16-cv-04565 | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 217. | Zerbian, Donna | The Driscoll Firm | 2:16-cv-12028 | Records provided do not show Xarelto use |