UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Angelle, Roland v. Janssen Research & Development, LLC, et al 2:16-cv-06228*

### PLAINTIFF'S NOTICE OF SUBMISSION

COMES NOW, the Plaintiff in the above-listed action, and files this Notice of Submission relating to his Motion for Extension of Time to Serve Process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare L L C . ,  which will be submitted to the Court on March 31, 2017 at 9:00 a.m.  before the Honorable Eldon E. Fallon.

Dated: March 17, 2017

                                    Respectfully Submitted,

                                    By:*/s/ Jason C. Webster*
                                    Jason C. Webster
                                    Federal Bar No. #39010
                                    TBN #24033318
                                    jwebster@thewebsterlawfirm.com
                                    6200 Savoy Drive, Suite 515
                                    Houston, Texas 77036
                                    713-581-3900
                                    713-581-3907 fax

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE OF SUBMISSION RELATING TO THE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This the 17th day of March, 2017

                                                            /s/ Jason C. Webster