UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |

_____

**This Document Relates to:**

*Clarence Byrd, v. Janssen Research & Development, LLC, et al 2:16-cv-11455*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until _____, 2017, within which to effect process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare L L C .

    New Orleans, Louisiana  this_____day of_____, 2017.

                                                                        _____
                                                                        Honorable Eldon E. Fallon
                                                                        U.S. District Court Judge