UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. | |
| 2592 PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |
| ) | | |

**This Document Relates to:**

*Marshall Frazier v. Janssen Research & Development, LLC, et al 2:16-cv-11474*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON JANSSEN ORTHO LLC., JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT , LLC., JOHNSON AND JOHNSON, BAYER CORPORATION, BAYER PHARMA AG, AND BAYER HEALTHCARE LLC.**

Plaintiff submits this memorandum in support of his Motion for an order from this Honorable Court granting him thirty (30) days within which to serve process on Defendant Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

**I.      BACKGROUND**

1. This matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No., 2592, on June 23, 2016.

2. Thereafter, the plaintiff has attempted to timely perfect service on the following entities: Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

## II. ANALYSIS

3. FRCP 4 sets forth the procedure for notifying defendants that a federal lawsuit has been filed against them and requires a summons to alert defendants that they have a limited time in which to respond. If a defendant is not served within 90 days after the complaint is filed (or within the 60 days allowed under the streamlined process in PTO 10), Rule 4 allows the court to order that service be made within a specific time.

"[T]he court has discretionary power to extend time for service" even in the absence of good cause. *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power in this circumstance. Moreover, no actual prejudice would occur to Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC., if this Court grants the relief sought by this Plaintiff in the instant case.

## III. CONCLUSION

In consideration of the above, Plaintiff respectfully requests an order from this Honorable Court granting him thirty (30) days within which to serve process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC. Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Dated: March 17, 2017

Respectfully Submitted,

By: */s/ Jason C. Webster*
Jason C. Webster
Federal Bar No. #39010
TBN #24033318
jwebster@thewebsterlawfirm.com
6200 Savoy Drive, Suite 515
Houston, Texas 77036
713-581-3900
713-581-3907 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 17th day of March, 2017

/s/ Jason C. Webster