UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. |
| 2592 PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**This Document Relates to:**

*Linda Jones v. Janssen Research & Development, LLC, et al 2:16-cv-11485*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON JANSSEN ORTHO LLC., JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT , LLC., JOHNSON AND JOHNSON, BAYER CORPORATION, BAYER PHARMA AG, AND BAYER HEALTHCARE LLC.**

COMES NOW, the Plaintiff in the above-listed action, through undersigned counsel, and respectfully requests that the Court grant his Motion for Extension of Time and grant the plaintiff a permissive extension under Rule 4(m) of thirty (30) days from entry of such Order within which to serve Process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer AG, Bayer Pharma AG, Bayer HealthCare AG, and Bayer Healthcare Pharmaceuticals Inc. In support of his motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No., 2592, on June 23, 2016.

2. Thereafter, the plaintiff has attempted to a timely perfected service on the following entities: Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC., has expired, it is within the

authority of this Court to "order that service be made within a specified time."

(Fed.R. Civ. P. 4(m)).

3. In light of the foregoing, the Plaintiff requests an order from this Court granting him thirty (30) days from the date of this motion within to serve process on Defendant Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting her thirty (30) days within which to serve process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

Dated: March 17, 2017

Respectfully Submitted,

By:*/s/ Jason C. Webster*
Jason C. Webster
Federal Bar No. #39010
TBN #24033318
jwebster@thewebsterlawfirm.com
6200 Savoy Drive, Suite 515
Houston, Texas 77036
713-581-3900
713-581-3907 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 17th day of March 2017

                                                                    /s/ Jason C. Webster