**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**This Document Relates to:**

*Linda Legeza v. Janssen Research & Development, LLC, et al 2:16-cv-11490*

<u>**ORDER**</u>

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until

_____, 2017, within which to effect process on Janssen Ortho LLC., Janssen

Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer

Corporation, Bayer Pharma AG, and Bayer Healthcare L L C .

New Orleans, Louisiana  this_____day of_____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge