**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**This Document Relates to:**

*Robert Sewel v. Janssen Research & Development, LLC, et al 2:16-cv-11495*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until

_____, 2017, within which to effect process on Janssen Ortho LLC., Janssen

Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer

Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

New Orleans, Louisiana this_____day of_____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge