# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br>George Banasky<br>Civil Action No. 2:17-cv-01243 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS DUPLICATE FILED CASE *WITHOUT PREJUDICE*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff George Banasky, by and through the undersigned counsel, hereby files a Motion to Voluntary Dismiss all claims in his duplicate filed case w*ithout prejudice* against all Defendants in this matter only. This dismissal shall not affect the lawsuit previously filed by Attorney Richard Frankowski of The Frankowski Firm, which is currently pending in this MDL and assigned Docket No. 16-cv-16286. All parties shall bear their own costs.

Dated:  March 20, 2017          /s/  Dianne M. Nast
                                Dianne M. Nast (PA Atty. ID No. 24424)
                                **NASTLAW, LLC**
                                1101 Market Street, Suite 2801
                                Philadelphia, Pennsylvania 19107
                                Telephone: (215) 923-9300
                                Facsimile: (215) 923-9302
                                dnast@nastlaw.com
                                dgallucci@nastlaw.com
                                jmatusko@nastlaw.com
                                mburkholder@nastlaw.com

                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2017, a copy of the foregoing Plaintiff's Motion to Dismiss Duplicate Filed Case *Without Prejudice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  March 20, 2017                                                  /s/ *Dianne M. Nast*