# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| _____) | | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON | |
| George Banasky ) | | |
| Civil Action No. 2:17-cv-01243 ) | MAGISTRATE JUDGE NORTH | |
| _____) | | |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Dismiss Duplicate Filed Case *Without Prejudice* is GRANTED and that Plaintiff's claims against all Defendants in *Banasky v. Janssen Research & Development, LLC*, et al, 17-cv-01243 is hereby voluntarily DISMISSED, *without prejudice*, each party to bear their own costs. This dismissal shall not affect the lawsuit currently pending in this MDL and assigned Docket No. 16-cv-16286.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE