UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   *      14-MD-2592
PRODUCTS LIABILITY LITIGATION   *
                                *      Section L
                                *
Relates to:  All Cases          *      March 8, 2017
                                *
* * * * * * * * * * * * * * * *  *


STATUS CONFERENCE BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


Appearances:

For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163

For the Plaintiffs:          Herman Herman & Katz, LLC
                             BY:  LEONARD A. DAVIS, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113

For the Plaintiffs:          Beasley Allen Crow Methvin
                               Portis & Miles, PC
                             BY:  ANDY D. BIRCHFELD JR., ESQ.
                             Post Office Box 4160
                             Montgomery, Alabama 36103

For the Plaintiffs:          Levin Papantonio Thomas
                               Mitchell Echsner & Proctor, PA
                             BY:  BRIAN H. BARR, ESQ.
                             316 South Baylen Street, Suite 600
                             Pensacola, Florida 32502

Appearances:

For the Defendants:            Irwin Fritchie Urquhart
                                 & Moore, LLC
                               BY:  JAMES B. IRWIN, ESQ.
                               400 Poydras Street, Suite 2700
                               New Orleans, Louisiana 70130

For the Defendants:            Drinker Biddle & Reath, LLP
                               BY:  SUSAN M. SHARKO, ESQ.
                               600 Campus Drive
                               Florham Park, New Jersey 07932

For the Defendants:            Chaffe McCall, LLP
                               BY:  JOHN F. OLINDE, ESQ.
                               1100 Poydras Street, Suite 2300
                               New Orleans, Louisiana 70163

For the Defendants:            Arnold & Porter Kaye Scholer, LLP
                               BY:  ANDREW K. SOLOW, ESQ.
                                    STEVEN GLICKSTEIN, ESQ.
                               250 West 55th Street
                               New York, New York 10019

Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                               500 Poydras Street, Room B-275
                               New Orleans, Louisiana 70130
                               (504) 589-7778

Proceedings recorded by mechanical stenography using
computer-aided transcription software.

1                     **<u>PROCEEDINGS</u>**

2                    **(March 8, 2017)**

3       **THE COURT:**  Hello.  Good afternoon, everyone.  Who is

4 on the line for the plaintiffs?

5            **MR. DAVIS:**  Lenny is on.

6            **MR. MEUNIER:**  Jerry Meunier, Your Honor.

7       **THE COURT:**  Okay, Lenny.  Jerry, I hear you.  Andy

8 Birchfield, I heard you.

9              Brian, are you there?

10            **MR. BARR:**  Yes, sir.  It's Brian.  I'm on.

11       **THE COURT:**  Fred Longer?  Anybody?

12              How about for the defendants?

13       **MS. SHARKO:**  Susan Sharko.

14       **MR. GLICKSTEIN:**  Steve Glickstein.

15       **THE COURT:**  Okay, Susan.  Steve.  Go ahead.  I've got

16 you, Susan and Steve.

17            **MR. SOLOW:**  Andy Solow, Your Honor.

18       **THE COURT:**  Andy Solow.  Okay.

19            **MR. OLINDE:**  John Olinde.

20       **THE COURT:**  All right, John.  Anyone else?

21            Okay.  The reason we are talking today is to

22 talk a little bit about the motions.  As you know, I have a lot

23 of them.  I'm going through all of the material that you have

24 given to me.  The depositions are quite formidable, but I'm

25 almost finished with them.

03:32

1          We have 11 *Daubert* motions, and then we have

2    five motions for partial summary judgment, failure to warn,

3    design.  I would be interested in your comments as to which

4    ones you think should be orally argued, all of them, some of

5    them.

6                **MR. BARR:**  Your Honor, it's Brian.

7                **THE COURT:**  Go ahead, Brian.

8                **MR. BARR:**  Susan, myself, Andy Birchfield, and Andy

9    Solow have been talking over the last couple of days.  What we

10   talked about is -- subject to you telling us there's a

11   particular motion you want to hear about, I think we have

12   narrowed it down to seven motions to hear that are of the

13   *Daubert* dispositive motion variety and then the possibility of

14   hearing as an eighth motion the motion to unseal that the PSC

15   filed yesterday.

16               **THE COURT:**  Okay.

17               **MR. BARR:**  The defendants object to hearing the one

18   on the motion to unseal on the 23rd, but the plaintiffs are

19   urging that.

20               The seven, I believe, are the plaintiffs'

21   *Daubert* motions on the issue of bleeding on other

22   anticoagulants, and I will let Susan give you the six that they

23   are contemplating.

24               **MS. SHARKO:**  Yes.  Thanks.

25               We would like to argue these motions, subject to

03:34

1    what Your Honor would like to hear:  the two preemption

2    motions, one on dosing and one on labeling; the two *Daubert*

3    motions on dosing and Dr. Rinder's 20 PT theory, we think we

4    can argue those together; and then the two learned intermediary

5    motions, one in *Boudreaux* and one in *Orr*.  We are content to

6    have Your Honor decide the remaining motions on the papers

7    unless there's something you want to hear from us on.

8              **MR. BARR:**  Your Honor, on the *Daubert* motion that

9    Susan raises that can be argued together, you will see that the

10   plaintiff submitted one response for both of those, so they

11   naturally fit together.

12             **THE COURT:**  Right.  Yes, they do.

13             Okay.  That's fine, Susan.  I haven't gone

14   through them all.  If I do have a question on one of them, I

15   will get you all back and maybe ask you to talk to me about

16   that one.  That's fine.

17             With the *Daubert*, you have to realize that I not

18   only have the briefs in it, but I also have the depositions.  I

19   have a lot of material in it, but I do think it would be

20   helpful to argue those.

21             **MR. DAVIS:**  Judge, would it be helpful for you to get

22   a joint index that identifies the various filings by rec doc?

23             **THE COURT:**  Yes, Lenny.  Why don't you do that for

24   me.  That would be helpful.  I have marked them down, but I

25   would like to at least make sure I'm on the same page as you

03:35

1    all.

2            MR. DAVIS:  Susan, can you send us the ones for

3    yours, and then we can pull it together.  We will circulate it

4    around so everybody sees.

5            MS. SHARKO:  Yes, we will prepare it.

6            MR. DAVIS:  Thank you.

7            THE COURT:  I was just going to say that you might

8    give some thought, some structure to we have to get all of

9    these in.  I don't want to just put time limits on them.  I

10   would rather you all take a shot at giving me some idea of it.

11   I may not need time limits if we can get them all in, but I

12   don't want to be on one of them for three hours.

13           MR. BARR:  Your Honor, one of the things that we

14   talked about was coming up with an order of presenting them, an

15   agreed order in which to do it and a time allotment for each

16   motion.

17           THE COURT:  Okay.

18           MR. BARR:  One of the things that would help us do

19   that is an understanding of your calendar for that day.  Do we

20   have you from 9:00 until the foreseeable end of the day or are

21   there other things we have to deal with?

22           THE COURT:  No, I have moved everything on it.  I'll

23   just take a break in my trial.  No, that's fine.  Let's plan

24   the whole day.  We can start at either 8:30 or 9:00, and we can

25   go until we finish.  We will take a break for lunch.

03:37

1   **MS. SHARKO:**  Thank you.  We should be able to send

2   you shortly our proposed, then, agenda and time allocation.

3       **THE COURT:**  Great.  Sounds good.

4       **MR. DAVIS:**  Susan, do you want to just add it to what

5   you are sending me -- and we will comment back to you -- so we

6   can put it together in one piece of paper?

7       **MS. SHARKO:**  We will figure it out, Lenny.  The thing

8   you asked me really is secretarial and that's one thing.  The

9   order of motions and the time, I think Andy and I need to have

10  another call with Brian to wrap it up, and then that would be

11  the one-page document, but we will figure it out.

12      **THE COURT:**  Anything else, Brian?  Susan?

13      **MR. BARR:**  The other thing is the -- if we are moving

14  on from that issue?

15      **THE COURT:**  Yes.

16      **MR. BARR:**  The second issue we wanted to discuss --

17  and I believe it's actually items 1 and 3 on the agenda.  They

18  are the same thing.  That's the motion to unseal that the PSC

19  filed yesterday.  We have filed that within the time period for

20  the local rule to hear on the 23rd since we will all be

21  together.  I don't want to argue the merits of the motion right

22  now, but it does tie hand in hand with these *Daubert*

23  dispositive motions, given how the plaintiffs view

24  Fifth Circuit law and what the obligations are for sealing a

25  judicial record, particularly when you are making

03:39

1    dispositive-type decisions.  So it would make sense in our mind

2    to go ahead and hear that on the 23rd since it all relates

3    together.

4              **THE COURT:**  Susan, how do you feel about it?

5              **MS. SHARKO:**  Andy Solow is going to respond on the

6    sealing point.  We have some what we think are practical

7    solutions that eliminate the need for this motion at all.

8              **THE COURT:**  Go ahead, Andy.

9              **MR. SOLOW:**  Thank you, Your Honor.  Thank you Susan.

10                  So I will try, Your Honor, as Brian said, to not

11   argue the merits of the motion, but I would like to make a few

12   points.

13                  Your Honor, first, we certainly did not make the

14   decision lightly to file everything under seal.  We were very

15   cognizant of Your Honor's ruling, in fact, from last June on

16   the prior motion related to confidential documents.  While that

17   took place in the discovery context, we did take to heart

18   Your Honor's ruling that we had advocated for, that we thought

19   our right to an impartial jury pool was an important

20   counterbalancing aspect of it.

21                  Your Honor, our view was that we think these

22   depositions and expert reports -- and frankly, as Your Honor

23   noted, there are expert reports of all the plaintiffs' experts

24   in the depositions as well as some company documents, plus

25   there's obviously HIPAA-compliant documents from the

03:40

1    plaintiffs' side, Boudreaux and Orr, the plaintiffs there.   In

2    the interest of time, while we were trying to get these

3    dispositive and *Daubert* motions done on both sides, instead of

4    getting into an argument over which documents and line by line,

5    if necessary, within expert reports, we thought best to just

6    file everything under seal.  Obviously, plaintiffs agreed to

7    that at the time without prejudice, and now they want to key

8    this issue up.

9              Our view, Your Honor, is if in fact Your Honor

10   wants to hear the motion, we think with our reply briefs being

11   due and a lot going on on the 23rd already, while the

12   plaintiffs definitely filed it in time to be heard at the

13   earliest on the 23rd, we think it's best to be resolved, if at

14   all, certainly after the dispositive motions.

15             To be clear, Your Honor, it is not our intention

16   at this time to take the view that at trial what was filed

17   under seal in the dispositive motions needs to remain under

18   seal at trial; nor to the extent that anything is necessary for

19   argument on the 23rd, to keep that under seal as well.  In the

20   interest of protecting our right to due process and a fair

21   trial, we think it's best to not have information right now in

22   the press six weeks before trial.

23        **MR. BARR:**  Your Honor, if I could follow up, and

24   again trying to avoid the merits, which is difficult sometimes.

25             As far as the right to a fair trial, we aren't

1  asking and nobody is demanding that these documents be
2  disseminated to the press.  We are asking that the public be
3  allowed to access the document, which is what we believe the
4  Fifth Circuit precedent is.  It's really no broader than that.
5            There's no real evidence that the jurors in
6  New Orleans are going to be monitoring the docket and reading
7  the pleadings that the parties put in place.  To the extent
8  there is some juror that does that, we have questionnaires to
9  take care of those issues, and we can filter those potential
10  jurors out.  So I think the risk of infecting the jury pool is
11  minimal at best, and that certainly would be secondary to the
12  public's right of access under the Fifth Circuit case law.
13            MR. SOLOW:  Your Honor, I would just say, without
14  impugning any intent on Brian or the others, it's obviously not
15  just as simple as it going on the public docket.  Once it goes
16  on the public docket, as we saw last June, nine minutes later
17  the *New York Times* was running stories on it.  We are talking
18  about upwards of 20 expert reports and depositions and company
19  documents.  Very quickly this does become an issue that is in
20  the press and is out there.
21            I thought, as Your Honor ruled back last June,
22  that while there are certainly issues and concerns in terms of
23  openness, Your Honor counterbalanced those, and I think the
24  ruling holds true.  Just like last June you had indicated the
25  right to keep this out of the press, I think now six weeks

03:44

1    before trial that right is even more pressing and imminent.

2            I do think Your Honor also properly noted last

3    time that, again, while the plaintiffs cite in their brief the

4    FDA and the public safety concerns, that was not Your Honor's

5    interest right now in the bellwether process.  I think at this

6    point so close to the trial to have, again, these wholesale

7    exhibits out there certainly is impactful.

8            MR. BARR:  Your Honor, we are not asking you right

9    now to rule on the motion.  We are asking you to --

10           THE COURT:  Right.  No, I've got it.  I want to give

11   each of you an opportunity to talk a little bit longer about

12   it.  I do think that Andy is right about the fact that we have

13   enough on our plate this time.  We ought to tee this up.  I

14   have listened to both of you all and listened closely, but

15   let's do that either a week later or two weeks later or

16   something that's appropriate with your dockets.  I don't want

17   to impose on you all necessarily, but we will just spin this

18   off and I will hear it another time.

19           MR. BARR:  Does that mean, Your Honor, that we will

20   have to seal the courtroom for the dispositive motions?

21           THE COURT:  I hadn't planned on sealing the

22   courtroom.  I very seldom seal a courtroom.  I don't see any

23   problem with that.

24           I have so many on my plate now.  This is another

25   whole issue.  I can focus on the *Daubert* issues and some of the

03:46

1   summary judgments, but this is separate and apart from

2   everything.  If either one of you all don't have an opportunity

3   to respond, I want to give you that opportunity.

4          **MR. BARR:**  I appreciate that, Your Honor.  I'm

5   hopeful that, for logistics purposes and planning purposes for

6   the dispositive motions, if we are not having to seal the

7   courtroom every time somebody wants to talk about something

8   that has been designated as protected, that's going to

9   obviously make the hearing more efficient.

10          **THE COURT:**  That didn't even come to my mind about

11   sealing the courtroom.  A layperson doesn't speak legalese

12   anyway.  They don't know what the lawyers are talking about for

13   the most part.

14          **MR. SOLOW:**  Your Honor, we are not looking to seal

15   the courtroom for the hearing or for the trial.  Perhaps now

16   with more time, if we can't resolve the issue with Brian and

17   Andy, we can work together and propose a briefing schedule that

18   allows it to be heard on the schedule that Your Honor

19   indicated.

20          I would just add while Your Honor is indicating

21   not to seal the courtroom, I still think we should be clear to

22   the extent that obviously somebody needs to refer to an exhibit

23   in support or an opposition to a motion, I don't believe that

24   that should automatically be considered an invitation to then

25   make that document public.  In other words, if somebody needs

03:47

1   to reference an expert report or a piece of the transcript in

2   argument, there shouldn't be an attempt to now mention as many

3   exhibits as possible so that those exhibits now get deemed to

4   be publicly available as a back door means.

5           THE COURT:  I want you all really to be focused on

6   the trial at this point.  I'll bring in about 60 people to get

7   the questionnaire filled out.  I'll give you all the 60

8   questionnaires, and we will trim them down.  We have enough

9   issues with people taking the drug, or family taking the drug,

10  or friends taking the drug, or a drug that's a part of the

11  regime.  Let's not increase the problem by having this stuff

12  on -- I'm sure that the trials will get first-page coverage,

13  and everybody will be talking about it a couple weeks even

14  before trial, but let's see if we can tone this down and get

15  the trials through.

16          MR. MEUNIER:  Judge, this is Jerry.  I just want to

17  seek clarification on one thing regarding this motion.  We

18  filed it yesterday, and it's noticed for submission or hearing

19  on the 23rd.  Under the local rules, the defendants would have

20  a reply brief due the 15th.  Are you interested in continuing

21  with that briefing schedule, albeit not having the matter

22  necessarily argued on the 23rd, or are you --

23          THE COURT:  No.  What I was thinking of, Jerry, Andy

24  says that he has a problem because he is working on the motions

25  before him and he needs some time.  If he needs some time, just

03:49

1   as if you need some time, I want to give it to you.  These are

2   significant issues.

3               I would like, Andy, you and Brian to get

4   together and give me something from a schedule part that both

5   of you are available that the plaintiffs are okay with and the

6   defendants are, and then we will tee this up.

7          MR. MEUNIER:  Okay.  We do have a conference with

8   you, Judge, next Wednesday, and maybe by then it can be ironed

9   out.

10          THE COURT:  Yes.  That's a good point.

11               Andy, you and Brian get together and see if you

12   can work it out before the conference.  I will be asking you at

13   that time.

14          MR. BARR:  We will do our best.  I think we will both

15   try to keep our cynicism to a minimum.

16          THE COURT:  Okay.

17          MR. SOLOW:  That helps.

18          THE COURT:  Anything else?

19          MS. SHARKO:  No, sir.

20          MR. GLICKSTEIN:  Your Honor, Steve.

21          THE COURT:  Go ahead, Steve.

22          MR. GLICKSTEIN:  On March 15 you're meeting with

23   trial counsel, and I wanted to know if you had anything in

24   particular that you want us to be thinking about?

25          THE COURT:  Not really.  I'll be sending you the

03:50

1   final version of the jury questionnaire that you will see.   I

2   trimmed some aspects of it, but not much, so that they can give

3   that to them.

4           I would like to have the trial counsel give me

5   some input as to the time limits.   I don't want this thing to

6   get out of hand from the standpoint of trial time.   I can do

7   two to three weeks on it.   You all say two.   I made it three.

8   I would like to finish it up in that period of time.   I think

9   that that's enough time to develop this particular case.   The

10  second one, if we wind up that it's not, we will take another

11  look at it.

12          As I mentioned to you all before, we have all

13  been very conscious all of our professional careers -- and even

14  before we became lawyers -- with time.   That's just the way we

15  live.   If there's no time limits, then we just keep talking

16  because it's better to talk than to have somebody beat you up.

17          It's just the way it is.   I remember telling

18  juries, "I've said what I meant to say five minutes ago, but I

19  don't want to sit down because when I sit down they are going

20  to say some bad things about my client."   We have all been

21  there, done that, so it's helpful to have some time limits.   I

22  would like them to at least focus on it and give me their

23  input.

24          **MR. GLICKSTEIN:**   Is Your Honor anticipating having a

25  meeting informally in chambers or in open court?

03:53

1        THE COURT:  No, in chambers.

2        MR. MEUNIER:  I think we have a later start that day.

3  10:30, Judge?  You have something else that morning?

4        THE COURT:  I think I have a motion.

5        THE LAW CLERK:  A premeeting at 10:00 and then the

6  status conference at 10:30.

7        THE COURT:  Yes, a premeeting at 10:00 and the status

8  conference at 10:30.

9        MR. MEUNIER:  Okay.

10        THE COURT:  All right.  That's it.  Take care.

11        (Proceedings adjourned.)

12                          * * *

13                    <u>CERTIFICATE</u>

14        I, Toni Doyle Tusa, CCR, FCRR, Official Court

15  Reporter for the United States District Court, Eastern District

16  of Louisiana, certify that the foregoing is a true and correct

17  transcript, to the best of my ability and understanding, from

18  the record of proceedings in the above-entitled matter.

19

20

21                          *s/ Toni Doyle Tusa*
                           Toni Doyle Tusa, CCR, FCRR
22                         Official Court Reporter

23

24

25

MR. BARR: [14]  3/9 4/5 4/7 4/16 5/7 6/12 6/17 7/12 7/15 9/22 11/7 11/18 12/3 14/13
MR. DAVIS: [5]  3/4 5/20 6/1 6/5 7/3
MR. GLICKSTEIN: [4]  3/13 14/19 14/21 15/23
MR. MEUNIER: [5]  3/5 13/15 14/6 16/1 16/8
MR. OLINDE: [1]  3/18
MR. SOLOW: [5]  3/16 8/8 10/12 12/13 14/16
MS. SHARKO: [7]  3/12 4/23 6/4 6/25 7/6 8/4 14/18
THE COURT: [32]
THE LAW CLERK: [1]  16/4

0
07932 [1]  2/6

1
10019 [1]  2/12
10:00 [2]  16/5 16/7
10:30 [3]  16/3 16/6 16/8
11 [1]  4/1
1100 [2]  1/14 2/8
14-MD-2592 [1]  1/4
15 [1]  14/22
15th [1]  13/20

2
20 [2]  5/3 10/18
2017 [2]  1/6 3/2
2300 [1]  2/8
23rd [8]  4/18 7/20 8/2 9/11 9/13 9/19 13/19 13/22
250 [1]  2/11
2592 [1]  1/4
2700 [1]  2/3
275 [1]  2/13
2800 [1]  1/14

3
316 [1]  1/23
32502 [1]  1/23
36103 [1]  1/20

4
400 [1]  2/3
4160 [1]  1/20

5
500 [1]  2/13
504 [1]  2/14
55th [1]  2/11
589-7778 [1]  2/14

6
60 [2]  13/6 13/7
600 [2]  1/23 2/6

7
70113 [1]  1/17
70130 [2]  2/4 2/14
70163 [2]  1/15 2/9
7778 [1]  2/14

8
820 [1]  1/17
8:30 [1]  6/24

9:00 [1]  6/24
9:00 until [1]  6/20

A
ability [1]  16/17
able [1]  7/1
about [17]
above [1]  16/18
above-entitled [1]  16/18
access [2]  10/3 10/12
actually [1]  7/17
add [2]  7/4 12/20
adjourned [1]  16/11
advocated [1]  8/18
after [1]  9/14
afternoon [1]  3/3
again [3]  9/24 11/3 11/6
agenda [2]  7/2 7/17
ago [1]  15/18
agreed [2]  6/15 9/6
ahead [5]  3/15 4/7 8/2 8/8 14/21
aided [1]  2/18
Alabama [1]  1/20
albeit [1]  13/21
all [26]
Allen [1]  1/18
allocation [1]  7/2
allotment [1]  6/15
allowed [1]  10/3
allows [1]  12/18
almost [1]  3/25
already [1]  9/11
also [2]  5/18 11/2
ANDREW [1]  2/10
ANDY [14]  1/19 3/7 3/17 3/18 4/8 4/8 7/9 8/5 8/8 11/12 12/17 13/23 14/3 14/11
another [4]  7/10 11/18 11/24 15/10
anticipating [1]  15/24
anticoagulants [1]  4/22
any [2]  10/14 11/22
Anybody [1]  3/11
Anyone [1]  3/20
anything [4]  7/12 9/18 14/18 14/23
anyway [1]  12/12
apart [1]  12/1
Appearances [2]  1/12 2/1
appreciate [1]  12/4
appropriate [1]  11/16
are [32]
aren't [1]  9/25
argue [5]  4/25 5/4 5/20 7/21 8/11
argued [3]  4/4 5/9 13/22
argument [3]  9/4 9/19 13/2
Arnold [1]  2/10
around [1]  6/4
as [22]
ask [1]  5/15
asked [1]  7/8
asking [5]  10/1 10/2 11/8 11/9 14/12
aspect [1]  8/20
aspects [1]  15/2
at [20]
attempt [1]  13/2
automatically [1]  12/24
available [2]  13/4 14/5
Avenue [1]  1/17
avoid [1]  9/24

B-275 [1]  2/13
back [4]  5/15 7/5 10/21 13/4
bad [1]  15/20
BARR [1]  1/22
Baylen [1]  1/23
be [28]
Beasley [1]  1/18
beat [1]  15/16
became [1]  15/14
because [3]  13/24 15/16 15/19
become [1]  10/19
been [4]  4/9 12/8 15/13 15/20
before [8]  1/9 9/22 11/1 13/14 13/25 14/12 15/12 15/14
being [1]  9/10
believe [4]  4/20 7/17 10/3 12/23
bellwether [1]  11/5
Benjamin [1]  1/13
best [6]  9/5 9/13 9/21 10/11 14/14 16/17
better [1]  15/16
Biddle [1]  2/5
BIRCHFELD [1]  1/19
Birchfield [2]  3/8 4/8
bit [2]  3/22 11/11
bleeding [1]  4/21
both [5]  5/10 9/3 11/14 14/4 14/14
Boudreaux [2]  5/5 9/1
Box [1]  1/20
break [2]  6/23 6/25
BRIAN [12]  1/22 3/9 3/10 4/6 4/7 7/10 7/12 8/10 10/14 12/16 14/3 14/11
brief [2]  11/3 13/20
briefing [2]  12/17 13/21
briefs [2]  5/18 9/10
bring [1]  13/6
broader [1]  10/4
but [15]  3/24 4/18 5/18 5/19 5/24 6/11 7/11 7/22 8/11 11/14 11/17 12/1 13/14 15/2 15/18

C
calendar [1]  6/19
call [1]  7/10
Campus [1]  2/6
can [16]  5/4 5/9 6/2 6/3 6/11 6/24 6/24 7/6 10/9 11/25 12/17 13/14 14/8 14/12 15/2 15/6
can't [1]  12/16
care [2]  10/9 16/10
careers [1]  15/13
case [2]  10/12 15/9
Cases [1]  1/6
CCR [3]  2/13 16/14 16/21
certainly [5]  8/13 9/14 10/11 10/22 11/7
CERTIFICATE [1]  16/13
certify [1]  16/16
Chaffe [1]  2/7
chambers [2]  15/25 16/1
Circuit [3]  7/24 10/4 10/12
circulate [1]  6/3
cite [1]  11/3
clarification [1]  13/17
clear [2]  9/15 12/21
client [1]  15/20
close [1]  11/6
closely [1]  11/14
cognizant [1]  8/15

## C

come [1] 12/10
coming [1] 6/14
comment [1] 7/5
comments [1] 4/3
company [2] 8/24 10/18
compliant [1] 8/25
computer [1] 2/18
computer-aided [1] 2/18
concerns [2] 10/22 11/4
conference [5] 1/9 14/7 14/12 16/6
 16/8
confidential [1] 8/16
conscious [1] 15/13
considered [1] 12/24
contemplating [1] 4/23
content [1] 5/5
context [1] 8/17
continuing [1] 13/20
correct [1] 16/16
could [1] 9/23
counsel [2] 14/23 15/4
counterbalanced [1] 10/23
counterbalancing [1] 8/20
couple [2] 4/9 13/13
court [6] 1/1 2/13 15/25 16/14 16/15
 16/22
courtroom [7] 11/20 11/22 11/22 12/7
 12/11 12/15 12/21
coverage [1] 13/12
Crow [1] 1/18
cynicism [1] 14/15

## D

Daubert [9] 4/1 4/13 4/21 5/2 5/8 5/17
 7/22 9/3 11/25
David [1] 1/13
DAVIS [1] 1/16
day [4] 6/19 6/20 6/24 16/2
days [1] 4/9
deal [1] 6/21
decide [1] 5/6
decision [1] 8/14
decisions [1] 8/1
deemed [1] 13/3
defendants [8] 2/2 2/5 2/7 2/10 3/12
 4/17 13/19 14/6
definitely [1] 9/12
demanding [1] 10/1
depositions [5] 3/24 5/18 8/22 8/24
 10/18
design [1] 4/3
designated [1] 12/8
develop [1] 15/9
did [2] 8/13 8/17
didn't [1] 12/10
difficult [1] 9/24
discovery [1] 8/17
discuss [1] 7/16
dispositive [8] 4/13 7/23 8/1 9/3 9/14
 9/17 11/20 12/6
dispositive-type [1] 8/1
disseminated [1] 10/2
DISTRICT [5] 1/1 1/2 1/10 16/15 16/15
do [15] 5/12 5/14 5/19 5/23 6/15 6/18
 6/19 7/4 8/4 11/2 11/12 11/15 14/7
 14/14 15/6
doc [1] 5/22
docket [3] 10/6 10/15 10/16

dockets [1] 11/16
document [3] 7/11 10/3 12/25
documents [6] 8/16 8/24 8/25 9/4 10/1
 10/19
does [4] 7/22 10/8 10/19 11/19
doesn't [1] 12/11
don't [11] 5/23 6/9 6/12 7/21 11/16
 11/22 12/2 12/12 12/23 15/5 15/19
done [2] 9/3 15/21
door [1] 13/4
dosing [2] 5/2 5/3
down [6] 4/12 5/24 13/8 13/14 15/19
 15/19
Doyle [4] 2/13 16/14 16/21 16/21
Dr. [1] 5/3
Dr. Rinder's [1] 5/3
Drinker [1] 2/5
Drive [1] 2/6
drug [4] 13/9 13/9 13/10 13/10
due [3] 9/11 9/20 13/20

## E

each [2] 6/15 11/11
earliest [1] 9/13
EASTERN [2] 1/2 16/15
Echsner [1] 1/22
efficient [1] 12/9
eighth [1] 4/14
either [3] 6/24 11/15 12/2
ELDON [1] 1/10
eliminate [1] 8/7
else [4] 3/20 7/12 14/18 16/3
end [1] 6/20
enough [3] 11/13 13/8 15/9
entitled [1] 16/18
ESQ [9] 1/14 1/16 1/19 1/22 2/3 2/5 2/8
 2/10 2/11
even [4] 11/1 12/10 13/13 15/13
every [1] 12/7
everybody [2] 6/4 13/13
everyone [1] 3/3
everything [4] 6/22 8/14 9/6 12/2
evidence [1] 12/22
exhibit [1] 12/22
exhibits [3] 11/7 13/3 13/3
expert [5] 8/22 8/23 9/5 10/18 13/1
experts [1] 8/23
extent [2] 9/18 10/7 12/22

## F

fact [3] 8/15 9/9 11/12
failure [1] 4/2
fair [2] 9/20 9/25
FALLON [1] 1/10
family [1] 13/9
far [1] 9/25
FCRR [3] 2/13 16/14 16/21
FDA [1] 11/4
feel [1] 8/4
few [1] 8/11
Fifth [3] 7/24 10/4 10/12
Fifth Circuit [3] 7/24 10/4 10/12
figure [2] 7/7 7/11
file [2] 8/14 9/6
filed [6] 4/15 7/19 7/19 9/12 9/16 13/18
filings [1] 5/22
filled [1] 13/7
filter [1] 10/9
final [1] 15/1
fine [3] 5/13 5/16 6/23

finish [2] 6/25 15/8
finished [1] 3/25
first [2] 8/13 13/12
first-page [1] 13/12
fit [1] 5/11
five [4] 4/2 15/18
Florham [1] 2/6
Florida [1] 1/23
focus [2] 11/25 15/22
focused [1] 13/5
follow [1] 9/23
foregoing [1] 16/16
foreseeable [1] 6/20
formidable [1] 3/24
frankly [1] 8/22
Fred [1] 3/11
friends [1] 13/10
Fritchie [1] 2/2

## G

Gainsburgh [1] 1/13
GERALD [1] 1/14
get [12] 5/15 5/21 6/8 6/11 9/2 13/3
 13/6 13/12 13/14 14/3 14/11 15/6
getting [1] 9/4
give [10] 4/22 6/8 11/10 12/3 13/7 14/1
 14/4 15/2 15/4 15/22
given [2] 3/24 7/23
giving [1] 6/10
GLICKSTEIN [2] 2/11 3/14
go [6] 3/15 4/7 6/25 8/2 8/8 14/21
goes [1] 10/15
going [3] 5/23 6/7 8/5 9/11 10/6 10/15
 12/8 15/19
gone [1] 5/13
good [3] 3/3 7/3 14/10
got [2] 3/15 11/10
Great [1] 7/3

## H

had [3] 8/18 10/24 14/23
hadn't [1] 11/21
hand [3] 7/22 7/22 15/6
has [2] 12/8 13/24
have [39]
haven't [1] 5/13
having [4] 12/6 13/11 13/21 15/24
he [4] 13/24 13/24 13/25 13/25
hear [9] 3/7 4/11 4/12 5/1 5/7 7/20 8/2
 9/10 11/18
heard [3] 3/8 9/12 12/18
hearing [5] 4/14 4/17 12/9 12/15 13/18
heart [1] 8/17
Hello [1] 3/3
help [1] 6/18
helpful [4] 5/20 5/21 5/24 15/21
helps [1] 14/17
Herman [2] 1/16 1/16
him [1] 13/25
HIPAA [1] 8/25
HIPAA-compliant [1] 8/25
holds [1] 10/24
Honor [28]
Honor's [3] 8/15 8/18 11/4
HONORABLE [1] 1/10
hopeful [1] 12/5
hours [1] 6/12
how [3] 3/12 7/23 8/4

**I**

I'm [6]  3/10 3/23 3/24 4/25 12/4 13/12
I've [3]  3/15 11/10 15/18
idea [1]  6/10
identifies [1]  5/22
if [18]
imminent [1]  11/1
impactful [1]  11/7
impartial [1]  8/19
important [1]  8/19
impose [1]  11/17
impugning [1]  10/14
in [39]
increase [1]  13/11
index [1]  5/22
indicated [2]  10/24 12/19
indicating [1]  12/20
infecting [1]  10/10
informally [1]  15/25
information [1]  9/21
input [2]  15/5 15/23
instead [1]  9/3
intent [1]  10/14
intention [1]  9/15
interest [3]  9/2 9/20 11/5
interested [2]  4/3 13/20
intermediary [1]  5/4
into [1]  9/4
invitation [1]  12/24
ironed [1]  14/8
Irwin [2]  2/2 2/3
is [30]
issue [7]  4/21 7/14 7/16 9/8 10/19
 11/25 12/16
issues [5]  10/9 10/22 11/25 13/9 14/2
it [43]
it's [12]  3/10 4/6 7/17 9/13 9/21 10/4
 10/14 13/18 15/10 15/16 15/17 15/21
items [1]  7/17

**J**

JAMES [1]  2/3
Jerry [4]  3/6 3/7 13/16 13/23
Jersey [1]  2/6
JOHN [3]  2/8 3/19 3/20
joint [1]  5/22
JR [1]  1/19
JUDGE [5]  1/10 5/21 13/16 14/8 16/3
judgment [1]  4/2
judgments [1]  12/1
judicial [1]  7/25
June [4]  8/15 10/16 10/21 10/24
juries [1]  15/18
juror [1]  10/8
jurors [2]  10/5 10/10
jury [3]  8/19 10/10 15/1
just [15]  6/7 6/9 6/23 7/4 9/5 10/13
 10/15 10/24 11/17 12/20 13/16 13/25
 15/14 15/15 15/17

**K**

Katz [1]  1/16
Kaye [1]  2/10
keep [4]  9/19 10/25 14/15 15/15
key [1]  9/7
know [3]  3/22 12/12 14/23

**L**

labeling [1]  5/2
last [6]  4/9 8/15 10/16 10/21 10/24 11/2

later [4]  10/16 11/15 11/15 16/2
law [2]  7/24 10/1
lawyers [2]  12/12 15/14
layperson [1]  12/11
learned [1]  5/4
least [2]  5/25 15/22
legalese [1]  12/11
Lenny [4]  3/5 3/7 5/23 7/7
LEONARD [1]  1/16
let [1]  4/22
let's [4]  6/23 11/15 13/11 13/14
Levin [1]  1/21
LIABILITY [1]  1/5
lightly [1]  8/14
like [9]  4/25 5/1 5/25 8/11 10/24 14/3
 15/4 15/8 15/22
limits [5]  6/9 6/11 15/5 15/15 15/21
line [3]  3/4 9/4 9/4
listened [2]  11/14 11/14
LITIGATION [1]  1/5
little [2]  3/22 11/11
live [1]  15/15
LLC [3]  1/13 1/16 2/2
LLP [3]  2/5 2/7 2/10
local [1]  7/20 13/19
logistics [1]  12/5
longer [2]  3/11 11/11
look [1]  15/11
looking [1]  12/14
lot [3]  3/22 5/9 9/11
LOUISIANA [7]  1/2 1/15 1/17 2/4 2/9
 2/14 16/16
lunch [1]  6/25

**M**

made [1]  15/7
make [6]  5/25 8/1 8/11 8/13 12/9 12/25
making [1]  7/25
many [2]  11/24 13/2
March [3]  1/6 3/2 14/22
March 15 [1]  14/22
marked [1]  5/24
material [2]  3/23 5/19
matter [2]  13/21 16/18
may [1]  6/11
maybe [2]  5/15 14/8
McCall [1]  2/7
MD [1]  1/4
me [9]  3/24 5/15 5/24 6/10 7/5 7/8 14/4
 15/4 15/22
mean [1]  11/19
means [1]  13/4
meant [1]  15/18
mechanical [1]  2/17
meeting [2]  14/22 15/25
mention [1]  13/2
mentioned [1]  15/12
merits [3]  7/21 8/11 9/24
Methvin [1]  1/18
Meunier [3]  1/13 1/14 3/6
might [1]  6/7
Miles [1]  15/12
mind [2]  8/1 12/10
minimal [1]  10/1
minimum [1]  14/15
minutes [2]  10/16 15/18
Mitchell [1]  1/22
monitoring [1]  10/6
Montgomery [1]  1/20
Moore [1]  2/2

more [3]  11/1 12/9 12/16
morning [1]  16/3
most [1]  12/13
motion [17]
motions [18]
moved [1]  6/22
moving [1]  7/13
much [1]  15/2
my [5]  6/23 11/24 12/10 15/20 16/17
myself [1]  4/8

**N**

narrowed [1]  4/12
naturally [1]  5/11
necessarily [2]  11/17 13/22
necessary [2]  9/5 9/18
need [4]  6/11 7/9 8/7 14/1
needs [5]  9/17 12/22 12/25 13/25 13/25
New [10]  1/15 1/17 2/4 2/6 2/9 2/12
 2/12 2/14 10/6 10/17
New Orleans [1]  10/6
next [1]  14/8
nine [1]  10/5
no [9]  6/22 6/23 10/4 10/5 11/10 13/23
 14/19 15/15 16/1
nobody [1]  10/1
nor [1]  9/18
not [17]
noted [2]  8/23 11/2
noticed [1]  13/18
now [10]  9/2 9/7 9/21 10/25 11/5 11/9
 11/24 12/15 13/2 13/3

**O**

O'Keefe [1]  1/17
object [1]  4/17
obligations [1]  7/24
obviously [5]  8/25 9/6 10/14 12/9 12/22
off [1]  11/18
Office [1]  1/20
Official [3]  2/13 16/14 16/22
okay [11]  3/7 3/15 3/18 3/21 4/16 5/13
 6/17 14/5 14/7 16/6 16/9
OLINDE [2]  2/8 3/19
on [49]
Once [1]  10/15
one [17]
one-page [1]  7/11
ones [2]  4/4 6/2
only [1]  5/18
open [1]  15/25
openness [1]  10/23
opportunity [3]  11/11 12/2 12/3
opposition [1]  12/23
or [14]  6/20 6/24 10/14 11/15 11/15
 12/15 12/23 13/1 13/9 13/10 13/10
 13/18 13/22 15/25
orally [1]  4/4
order [3]  6/14 6/15 7/9
Orleans [6]  1/15 1/17 2/4 2/9 2/14 10/6
Orr [2]  5/5 9/1
other [4]  4/21 6/21 7/13 12/25
others [1]  10/14
ought [1]  11/13
our [12]  7/2 8/1 8/19 8/21 9/9 9/10 9/15
 9/20 11/13 14/14 14/15 15/13
out [10]  7/7 7/11 10/10 10/20 10/25
 11/7 13/7 14/9 14/12 15/6
over [2]  4/9 9/4

**P**

page [3]  5/25 7/11 13/12
Papantonio [1]  1/21
paper [1]  7/6
papers [1]  5/6
Park [1]  2/6
part [3]  12/13 13/10 14/4
partial [1]  4/2
particular [3]  4/11 14/24 15/9
particularly [1]  7/25
parties [1]  10/7
PC [1]  1/19
Pensacola [1]  1/23
people [2]  13/6 13/9
Perhaps [1]  12/15
period [2]  7/19 15/8
piece [2]  7/6 13/1
place [2]  8/17 10/7
plaintiff [1]  5/10
plaintiffs [12]  1/13 1/16 1/18 1/21 3/4
 4/18 7/23 9/1 9/6 9/12 11/3 14/5
plaintiffs' [3]  4/20 8/23 9/1
plan [1]  6/23
planned [1]  11/21
planning [1]  12/5
plate [2]  11/13 11/24
pleadings [1]  10/7
plus [1]  8/24
point [4]  8/6 11/6 13/6 14/10
points [1]  8/12
pool [2]  8/19 10/10
Porter [1]  2/10
Portis [1]  1/19
possibility [1]  4/13
possible [1]  13/3
Post [1]  1/20
potential [1]  10/9
Poydras [4]  1/14 2/3 2/8 2/13
practical [1]  8/6
precedent [1]  10/4
preemption [1]  5/1
prejudice [1]  9/7
premeeting [2]  16/5 16/7
prepare [1]  6/5
presenting [1]  6/14
press [4]  9/22 10/2 10/20 10/25
pressing [1]  11/1
prior [1]  8/16
problem [3]  11/23 13/11 13/24
proceedings [4]  2/17 3/1 16/11 16/18
process [2]  9/20 11/5
Proctor [1]  1/22
PRODUCTS [1]  1/5
professional [1]  15/13
properly [1]  11/2
propose [1]  12/17
proposed [1]  7/2
protected [1]  12/8
protecting [1]  9/20
PSC [2]  4/14 7/18
PT [1]  5/3
public [5]  10/2 10/15 10/16 11/4 12/25
public's [1]  10/12
publicly [1]  13/4
pull [1]  6/3
purposes [2]  12/5 12/5
put [3]  6/9 7/6 10/7

**Q**

question [1]  5/14

questionnaire [2]  13/7 15/1
questionnaires [2]  10/8 13/8

quickly [1]  10/19
quite [1]  3/24

**R**

raises [1]  5/9
rather [1]  6/10
RE [1]  1/4
reading [1]  10/6
real [1]  10/5
realize [1]  5/17
really [4]  7/8 10/4 13/5 14/25
reason [1]  3/21
Reath [1]  2/5
rec [1]  5/22
record [2]  7/25 16/18
recorded [1]  2/17
refer [1]  12/22
reference [1]  13/1
regarding [1]  13/17
regime [1]  13/11
related [1]  8/16
relates [2]  1/6 8/2
remain [1]  9/17
remaining [1]  5/6
remember [1]  15/17
reply [2]  9/10 13/20
report [1]  13/1
Reporter [3]  2/13 16/15 16/22
reports [4]  8/22 8/23 9/5 10/18
resolve [1]  12/16
resolved [1]  9/13
respond [2]  8/5 12/3
response [1]  5/10
right [15]  3/20 5/12 7/21 8/19 9/20 9/21
 9/25 10/12 10/25 11/1 11/5 11/8 11/10
 11/12 16/10
Rinder's [1]  5/3
risk [1]  10/10
RIVAROXABAN [1]  1/4
Room [1]  2/13
rule [2]  7/20 11/9
ruled [1]  10/21
rules [1]  13/19
ruling [3]  8/15 8/18 10/24
running [1]  10/17

**S**

safety [1]  11/4
said [2]  8/10 15/18
same [2]  5/25 7/18
saw [1]  10/16
say [5]  6/7 10/13 15/7 15/18 15/20
says [1]  13/24
schedule [4]  12/17 12/18 13/21 14/4
Scholer [1]  2/10
seal [10]  8/14 9/6 9/17 9/18 9/19 11/20
 11/22 12/6 12/14 12/21
sealing [4]  7/24 8/6 11/21 12/11
second [2]  7/16 15/10
secondary [1]  10/11
secretarial [1]  7/8
Section [1]  1/5
see [5]  5/9 11/22 13/14 14/11 15/1
seek [1]  13/17
sees [1]  6/4
seldom [1]  11/22
send [2]  6/2 7/1
sending [2]  7/5 14/25

sense [1]  8/1
separate [1]  9/21
seven [2]  4/12 4/20
SHARKO [2]  2/5 3/13
shortly [1]  7/2
shot [1]  6/10
should [4]  4/4 7/1 12/21 12/24
shouldn't [1]  13/2
side [1]  9/1
sides [1]  9/3
significant [1]  14/2
simple [1]  10/15
since [2]  7/20 8/2
sir [2]  3/10 14/19
sit [2]  15/19 15/19
six [3]  4/22 9/22 10/25
so [11]  5/10 6/4 7/5 8/1 8/10 10/10
 11/6 11/24 13/3 15/2 15/21
software [2]  2/18
SOLOW [5]  2/10 3/17 3/18 4/9 8/5
solutions [1]  8/7
some [15]  4/4 6/8 6/8 6/10 8/6 8/24
 10/8 11/25 13/25 13/25 14/1 15/2 15/5
 15/20 15/21
somebody [4]  12/7 12/22 12/25 15/16
something [5]  5/7 11/16 12/7 14/4 16/3
sometimes [1]  9/24
Sounds [1]  7/3
South [1]  1/23
speak [1]  12/11
spin [1]  11/17
standpoint [1]  15/6
start [2]  6/24 16/2
STATES [3]  1/1 1/10 16/15
status [3]  1/9 16/6 16/7
stenography [1]  2/17
Steve [5]  3/14 3/15 3/16 14/20 14/21
STEVEN [1]  2/11
still [1]  12/21
stories [1]  10/17
Street [6]  1/14 1/23 2/3 2/8 2/11 2/13
structure [1]  6/8
stuff [1]  13/11
subject [2]  4/10 4/25
submission [1]  13/18
submitted [1]  5/10
Suite [4]  1/14 1/23 2/3 2/8
summary [2]  4/2 12/1
support [1]  12/23
sure [2]  5/25 13/12
SUSAN [13]  2/5 3/13 3/15 3/16 4/8
 4/22 5/9 5/13 6/2 7/4 7/12 8/4 8/9

**T**

take [8]  6/10 6/23 6/25 8/17 9/16 10/9
 15/10 16/10
taking [3]  13/9 13/9 13/10
talk [5]  3/22 5/15 11/11 12/7 15/16
talked [2]  4/10 6/14
talking [6]  3/21 4/9 10/17 12/12 13/13
 15/15
tee [2]  11/13 14/6
telling [2]  4/10 15/17
terms [1]  10/22
than [2]  10/4 15/16
Thank [4]  6/6 7/1 8/9 8/9
Thanks [1]  4/24
that [81]
that's [12]  5/13 5/16 6/23 7/8 7/18
 11/16 12/8 13/10 14/10 15/9 15/14

# T

that's... [1] 16/10
their [2] 11/3 15/22
them [14] 3/23 3/25 4/4 4/5 5/14 5/14 5/24 6/9 6/11 6/12 6/14 13/8 15/3 15/22
then [11] 4/1 4/13 5/4 6/3 7/2 7/10 12/24 14/6 14/8 15/15 16/5
theory [1] 5/3
there [10] 3/9 6/21 8/23 9/1 10/8 10/20 10/22 11/7 13/2 15/21
there's [5] 4/10 5/7 8/25 10/5 15/15
these [8] 4/25 6/9 7/22 8/21 9/2 10/1 11/6 14/1
they [8] 4/22 5/10 5/12 7/17 9/7 12/12 15/2 15/19
thing [6] 7/7 7/8 7/13 7/18 13/17 15/5
things [4] 6/13 6/18 6/21 15/20
think [21]
thinking [2] 13/23 14/24
this [19]
Thomas [1] 1/21
those [7] 5/4 5/10 5/20 10/9 10/9 10/23 13/3
thought [4] 6/8 8/18 9/5 10/21
three [3] 6/12 15/7 15/7
through [3] 3/23 5/14 13/15
tie [1] 7/22
time [26]
Times [1] 10/17
today [1] 3/21
together [10] 5/4 5/9 5/11 6/3 7/6 7/21 8/3 12/17 14/4 14/11
tone [1] 13/14
Toni [4] 2/13 16/14 16/21 16/21
took [1] 8/17
transcript [2] 13/1 16/17
transcription [1] 2/18
trial [14] 6/23 9/16 9/18 9/21 9/22 9/25 11/1 11/6 12/15 13/6 13/14 14/23 15/4 15/6
trials [2] 13/12 13/15
trim [1] 13/8
trimmed [1] 15/2
true [2] 10/24 16/16
try [2] 8/10 14/15
trying [2] 9/2 9/24
Tusa [4] 2/13 16/14 16/21 16/21
two [6] 5/1 5/2 5/4 11/15 15/7 15/7
type [1] 8/1

# U

under [7] 8/14 9/6 9/17 9/17 9/19 10/12 13/19
understanding [2] 6/19 16/17
UNITED [3] 1/1 1/10 16/15
unless [1] 5/7
unseal [3] 4/14 4/18 7/18
until [2] 6/20 6/25
up [9] 6/14 7/10 9/8 9/23 11/13 14/6 15/8 15/10 15/16
upwards [1] 10/18
urging [1] 4/19
Urquhart [1] 2/2
us [5] 4/10 5/7 6/2 6/18 14/24
using [1] 2/17

# V

variety [1] 4/13

various [1] 5/22
version [1] 15/1
very [4] 8/14 10/19 11/22 15/13
view [4] 7/23 8/21 9/9 9/16

# W

want [16] 4/11 5/7 6/9 6/12 7/4 7/21 9/7 11/10 11/16 12/3 13/5 13/16 14/1 14/24 15/5 15/19
wanted [2] 7/16 14/23
wants [2] 9/10 12/7
warn [1] 4/2
Warshauer [1] 1/13
was [8] 6/7 6/14 8/19 8/21 9/16 10/17 11/4 13/23
way [2] 15/14 15/17
we [77]
Wednesday [1] 14/8
week [1] 11/15
weeks [5] 9/22 10/25 11/15 13/13 15/7
well [2] 8/24 9/19
were [2] 8/14 9/2
West [1] 2/11
what [10] 4/9 5/1 7/4 7/24 8/6 9/16 10/3 12/12 13/23 15/18
when [2] 7/25 15/19
which [5] 4/3 6/15 9/4 9/24 10/3
while [6] 8/16 9/2 9/11 10/22 11/3 12/20
Who [1] 3/3
whole [2] 6/24 11/25
wholesale [1] 11/6
Why [1] 5/23
will [23]
wind [1] 15/10
within [2] 7/19 9/5
without [2] 9/7 10/13
words [1] 12/25
work [2] 12/17 14/12
working [1] 13/24
would [20]
wrap [1] 7/10

# X

XARELTO [1] 1/4

# Y

Yes [8] 3/10 4/24 5/12 5/23 6/5 7/15 14/10 16/7
yesterday [3] 4/15 7/19 13/18
York [3] 2/12 2/12 10/17
you [61]
you're [1] 14/22
your [34]
Your Honor [26]
Your Honor's [3] 8/15 8/18 11/4
yours [1] 6/3