| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------------------- | )  MDL No. 2592<br>)<br>)  SECTION:  L<br>)<br>)  JUDGE: ELDON E. FALLON<br>)<br>)  MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Patricia A. Heggins v. Janssen Research and Development, LLC et al*
2:17-cv-00533

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Patricia A. Heggins.

Respectfully submitted March 20, 2017.

          By:    */s/ Les Weisbrod*
                   Les Weisbrod
                   Alexandra Boone
                   **MILLER WEISBROD, LLP**
                   11551 Forest Central Drive, Ste. 300
                   Dallas, TX 75243
                   Phone: (214) 987-0005
                   lweisbrod@millerweisbrod.com
                   aboone@millerweisbrod.com

                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017 a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

By: */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com