IN RE: XARELTO (RIVAROXABAN)       )    MDL No.  2592
PRODUCTS LIABILITY LITIGATION       )
-----------------------------------------------------------------  )    SECTION:   L
         )
         )    JUDGE:  ELDON E. FALLON
         )
         )    MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

*Patricia A. Heggins  v. Janssen Research and*
*Development, LLC et al*
2:17-cv-00533

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Deborah Spikes, on behalf of the Estate of Patricia A. Heggins, as Plaintiff in the above captioned cause.

1. Patricia A. Heggins filed a products liability lawsuit against defendants on January 23, 2017.

2. Plaintiff Patricia A. Heggins died on January 30, 2017.

3. Patricia A. Heggins' products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on March 20, 2017, attached hereto as "Exhibit A."

5. Deborah Spikes, on behalf of the Estate of Patricia A. Heggins, is a proper party to substitute for plaintiff-decedent Patricia A. Heggins and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Respectfully submitted March 20, 2017.

By:    */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017 a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

By:    */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com