UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HAROLD BROTHERS**
**2:15-cv-04961**

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Harold Brothers, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Kimberly Brothers, successor of Plaintiff Harold Brothers, as the Representative of the Estate of Harold Brothers and to file a Fourth Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Harold Brothers' individual Complaint was filed on October 5, 2015.

2. Counsel for Plaintiff Harold Brothers filed the Suggestion of Death on February 8, 2017.

3. Plaintiff Harold Brothers is deceased and counsel for Plaintiff moves to substitute Kimberly Brothers, the Representative of the Estate of Harold Brothers, as Plaintiff in the present action.

4. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Harold Brothers respectfully requests the Court grant this Motion to Substitute Kimberly Brothers, as Representative of the Estate of Harold Brothers, and to permit Plaintiff to file a Fourth Amended Joint Complaint.

    Respectfully submitted,

    **BURNETT LAW FIRM**

    */s/ Riley L. Burnett, Jr.*
    Riley L. Burnett, Jr.
    Texas Bar No. 03428900
    E-mail: rburnett@rburnettlaw.com
    Amy L. Collins
    Texas Bar No. 24074054
    E-mail: acollins@rburnettlaw.com
    55 Waugh Drive, Suite 803
    Houston, Texas 77007
    Telephone: (832) 413-4410
    Facsimile: (832) 900-2120
    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2017, a copy of the above and foregoing Motion has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Riley L. Burnett, Jr.*
    Riley L. Burnett, Jr.