UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**CURTIS DUPUY**
**2:15-cv-06106**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Curtis Dupuy.

Dated:  March 20, 2017.

          Respectfully submitted,

          **BURNETT LAW FIRM**

    By:  */s/ Riley L. Burnett, Jr.*
          Riley L. Burnett, Jr.
          Texas Bar No. 03428900
          E-mail:  rburnett@rburnettlaw.com
          Amy L. Collins
          Texas Bar No. 24074054
          E-mail: acollins@rburnettlaw.com
          55 Waugh Drive, Suite 803
          Houston, Texas 77007
          Telephone:  (832) 413-4410
          Facsimile:  (832) 900-2120

          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:        March 20, 2017

                                                                                    */s/ Riley L. Burnett, Jr.*
                                                                                    Riley L. Burnett, Jr.