UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

___

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |

___

*This Document Relates to:*

*Smith v. Janssen Research & Development, LLC, et al. 2:16-cv-17765*

**PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

COMES NOW the Plaintiff, by and through undersigned counsel, in the above-captioned action and respectfully moves the Court for an Order declaring that the prior service of its Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG is valid. In the alternative, Plaintiff respectfully moves for an extension of time within which to serve process on Defendants. In support of this Motion, Plaintiff submits its contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

DATED this 21st day of March, 2017

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Alabama Bar # 7575-J64D
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite # 1275
Birmingham, AL 35203
Tel: (205) 212-9988
Fax (205) 212-9989
joel@dilorenzo-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2017, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:    /s/ Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Alabama Bar # 7575-J64D
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite # 1275
Birmingham, AL 35203
Tel: (205) 212-9988
Fax (205) 212-9989
joel@dilorenzo-law.com