UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

*This Document Relates to:*

*Smith v. Janssen Research & Development, LLC, et al.* **2:16-cv-17765**

### PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed by the above-captioned Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this____ day of_____ , 2017.

                                                               _____
                                                               Honorable Eldon E. Fallon
                                                               United States District Judge