UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*Powell v. Janssen Research & Development, LLC, et al 2:16-cv-17771*

### PLAINTIFF'S NOTICE OF SUBMISSION

COMES NOW, the Plaintiff in the above-listed action, and files this Notice of Submission relating to its Motion for Extension of Time to Serve Process on Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, which will be submitted to the Court on April 5, 2017 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: March 21, 2017

                                                  Respectfully Submitted,

                                                /s/ Joel L. DiLorenzo
                                                Joel L. DiLorenzo
                                                Attorney for Plaintiff

                                                The DiLorenzo Law Firm, LLC
                                                505 20th Street North, Suite 1275
                                                Birmingham, Alabama 35203
                                                Telephone: 205-212-9988
                                                Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF SUBMISSION RELATING TO THE MOTION TO DEEEM PRIOR SERVICE VALID OR FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This the 21th day of March, 2017

      /s/ Joel L. DiLorenzo