## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN)  )     **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION** )
                             )     **SECTION: L**
                             )     **JUDGE FALLON**
                             )     **MAG. JUDGE NORTH**

_____

*This Document Relates to:*

*Howard v. Janssen Research & Development, LLC, et al. 2:16-cv-17770*


### PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer

Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed

by the above-captioned Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this_____ day of_____ , 2017.


                                   _____
                                   Honorable Eldon E. Fallon
                                   United States District Judge