# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Donald Loftin ) <br> Civil Action No. 2:17-cv-01242 ) <br> _____) | MDL 2592 <br><br> SECTION: L <br><br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS DUPLICATE FILED COMPLAINT *WITHOUT PREJUDICE*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Donald Loftin, by and through the undersigned counsel, hereby files a Motion to Voluntary Dismiss all claims in his duplicate filed case *without prejudice* against all Defendants in this matter only. This dismissal shall not affect the lawsuit previously filed by Attorney Peter M. Merrigan, Sweeney Merrigan Law, which is currently pending in this MDL and assigned Docket No. 16-cv-01242. All parties shall bear their own costs.

Dated: March 21, 2017  /s/ Dianne M. Nast
Dianne M. Nast (PA Atty. ID No. 24424)
**NASTLAW, LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com
mburkholder@nastlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, a copy of the foregoing Plaintiff's Motion to Dismiss Duplicate Filed Case *Without Prejudice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  March 21, 2017                                         /s/ *Dianne M. Nast*_____