**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| Donald Loftin ) | |
| Civil Action No. 2:17-cv-01242 ) | MAGISTRATE JUDGE NORTH |
| _____) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION**
**TO VOLUNTARY DISMISS DUPLICATE FILED CASE**
***WITHOUT PREJUDICE***

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Pretrial Order No. 29 entered by this honorable Court on May 19, 2016, Plaintiff Donald Loftin, by and through the undersigned counsel, hereby files this Memorandum in Support of his Motion to voluntarily dismiss all claims in his duplicate filed case w*ithout prejudice* against all Defendants. Plaintiff offers the following in support of his Motion:

1. Plaintiff's case was filed in the District Court for the Eastern District of Pennsylvania on November 30, 2016. At that time, all filing fees and dues where paid.

2. A Notice of Tag-Along was issued on January 30, 2017 and Plaintiff did not contest transfer of his case to this MDL. Plaintiff's case was transferred to this honorable Court on March 6, 2017.

3. After Plaintiff's case was filed in the Eastern District of Pennsylvania but before the case was transferred and opened in this MDL, counsel for Plaintiff learned that a case had already been filed on his behalf by another law firm. Counsel for both law firms representing Plaintiff and Plaintiff conferred and decided to continue Plaintiff's case assigned docket number 16-cv-01242 and to dismiss his case assigned docket number 17-cv-01242.

4. Because it is less than thirty (30) days since Plaintiff's case was transferred to MDL No. 2592, Defendants' Omnibus Answers have not been served and Defendants have not served any other answers or documents in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's Motion to Dismiss his duplicate filed case, Docket No. 17-cv-01242.

Dated: March 21, 2017     /s/ Dianne M. Nast
Dianne M. Nast (PA Atty. ID No. 24424)
**NASTLAW, LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com
mburkholder@nastlaw.com

*Attorney for Plaintiff*