**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| ) | **MDL NO. 2592** |
| ) |  |
| ) | **SECTION: L** |
| **IN RE: XARELTO (RIVAROXABAN)** ) |  |
| **PRODUCTS LIABILITY LITIGATION** ) | **JUDGE ELDON E. FALLON** |
| ) |  |
| ) | **MAGISTRATE JUDGE NORTH** |
| ) |  |

**This Document Related to:**

*Donald Loftin v. Janssen Research & Development LLC, et al, 2:17-cv-01242*

### PLAINTIFF'S NOTICE OF SUBMISSION

COMES NOW, the Plaintiff in the above-listed action, and filed this Notice of Submission relating to his Motion to Voluntary Dismiss Plaintiff's Duplicate Filed Case *Without Prejudice*, which will be submitted to the Court on April 5, 2017 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated:  March 21, 2017          /s/  Dianne M. Nast
                                Dianne M. Nast (PA Atty. ID No. 24424)
                                **NASTLAW, LLC**
                                1101 Market Street, Suite 2801
                                Philadelphia, Pennsylvania 19107
                                Telephone: (215) 923-9300
                                Facsimile: (215) 923-9302
                                dnast@nastlaw.com
                                dgallucci@nastlaw.com
                                jmatusko@nastlaw.com
                                mburkholder@nastlaw.com

                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, a copy of the foregoing Notice of Submission relating to Motion to Dismiss Plaintiff's Duplicate Filed Case *Without Prejudice* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FPCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  March 21, 2017                                     /s/ *Dianne M. Nast*_____