# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO:       ) <br> Donald Loftin                                    ) <br> Civil Action No. 2:17-cv-01242       ) <br> _____) | MDL 2592 <br><br> SECTION: L <br><br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Dismiss Duplicate Filed Case *Without Prejudice* is GRANTED and that Plaintiff's claims against all Defendants in *Loftin v. Janssen Research & Development, LLC*, et al, 17-cv-01242 is hereby voluntarily DISMISSED, *without prejudice*, each party to bear their own costs. This dismissal shall not affect the lawsuit currently pending in this MDL and assigned Docket No. 16-cv-01242.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE