UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Christene Terrell v. Janssen Research & Development LLC, et al.,*
*Civil Action No. 2:16-cv-10148*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Joyce Durden, on behalf of the Estate of Christene Terrell, is substituted for Plaintiff Christene Terrell in the above captioned cause.

New Orleans, Louisiana this 20th day of March, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge