UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | * |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Civil Action 17-1307*

## ORDER

**IT IS ORDERED** the Motion to appoint Dale Jennings as guardian ad litem for minor petitioner, U.C. (R. Doc. 5786), is hereby **GRANTED**.

New Orleans, Louisiana this 20th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE