UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

HAROLD BROTHERS
2:15-cv-04961

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Harold Brothers be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Fourth Amended Joint Complaint into the record in this matter.

New Orleans, Louisiana, this 21st day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE