MINUTE ENTRY
FALLON, J.
MARCH 20, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Leonard Davis, Gerald Meunier, Brian Barr, Andy Birchfield, Emily Jeffcott, and Walter Morrison. Defendants were represented by Jim Irwin, John Olinde, Susan Sharko, Rick Sarver, and David Dukes. The parties discussed scheduling and trial preparation.

JS10(00:25)