UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Sandra Le Master v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:17-cv-00898

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE FALLON:

Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), seeks leave from Court to amend the Complaint filed in this action, and would respectfully show as follows:

1. The original Complaint was filed on February 1, 2017 (Le Master vs. Janssen Research & Development LLC, et al., 2:17-cv-00898-EEF-MBN [Doc. 1]).

2. Plaintiff duly served a copy of the Complaint on February 7, 2017.

3. Upon further review of the filed Complaint, paragraph 16 was missing the pertinent information regarding Plaintiff's injuries. A previous draft was inadvertently filed.

4. Plaintiff's modification to the Original Complaint (Paragraph 16), as set forth in the proposed Amended Complaint, attached hereto, is the stated below:

    On or around September of 2014, Plaintiff was prescribed with Xarelto and began taking 20 MG daily dose of Xarelto, upon direction of her physician. Subsequently, as a direct result of Plaintiff's ingestion of Xarelto, Plaintiff suffered a cervical epidural hematoma on or about September 26, 2015. As a direct result of Plaintiff's ingestion of Xarelto, Plaintiff received several surgeries, including a cervical laminectomy, to evacuate the hematoma which is located at C3, C4, C5, C6 and C7. The compression of the spinal cord has caused Plaintiff to develop hemiplegia. Plaintiff is currently wheelchair bound and is unable to walk on her own.

5. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

6. On or about March 17, 2017, Plaintiff provided a copy of this motion and the proposed Amended Complaint to Defendants, and obtained written consent on March 22, 2017 from opposing counsels to amend the Complaint. Defendants have no objection to the relief requested herein.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to enter an order to be allowed to file an amended Complaint to reflect the correct alleged injury as attached hereto, and grant Plaintiff such other and further relief to which she may be justly entitled.

DATED: March 22, 2017

          Respectfully submitted,

          PIERCE, SKRABANEK, BRUERA, PLLC

          */s/ Sofia E. Bruera*

          SOFIA E. BRUERA
          State Bar No. 24062189
          3701 Kirby Drive, Suite 760
          Houston, Texas 77098
          Telephone: (832) 690-7000
          Facsimile: (832) 616-5576
          E-mail: sofia@psbfirm.com

          **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion for Leave to File Amended Complaint, Amended Complaint and proposed order on the Motion for Leave to File Amended Complaint were served on March 22, 2017. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

          */s/ Sofia E. Bruera*
          SOFIA E. BRUERA