UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Sandra Le Master v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:17-cv-00898

## ORDER

**IT IS ORDERED** that the Unopposed Motion For Leave to File Amended Individual Complaint by Plaintiff Sandra Le Master, is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE