UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*ANTHONY HICKMAN, as Surviving Spouse of SHERRY HICKMAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-07936*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Tony Troutt, on behalf of the Estate of Sherry Hickman, as Plaintiff in the above captioned cause.

1. Sherry Hickman filed a products liability lawsuit against defendants on May 17, 2016.

2. Plaintiff Sherry Hickman died on May 18, 2016.

3. Sherry Hickman's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. On August 8, 2016, Counsel notified the Court of Sherry Hickman's death and filed a motion asking the Court to substitute Anthony Hickman, as Surviving Spouse of Sherry Hickman, as Plaintiff in the above captioned cause. The Notice of Death and Motion for Substitution of Proper Party are attached hereto as "Exhibit A" and "Exhibit B," respectively.

5. Counsel's Motion for Substitution was granted on August 18, 2016. The order substituting Anthony Hickman, as Surviving Spouse of Sherry Hickman, as Plaintiff is attached hereto as "Exhibit C."

6. Plaintiff Anthony Hickman died on January 17, 2017.

7. Plaintiff filed a Notice and Suggestion of Death for Plaintiff Anthony Hickman on February 15, 2017, attached hereto as "Exhibit D."

8. Tony Troutt, surviving child of Sherry Hickman, is a proper party to substitute for plaintiff-decedent Anthony Hickman and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: March 22, 2017                    Respectfully submitted,


/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: March 22, 2017          Respectfully submitted,

               /s/ Russell T. Abney
               Russell T. Abney, Esq.
               Attorney I.D. No. 000875 (GA)
               FERRER, POIROT & WANSBROUGH
               2100 RiverEdge Pkwy NW, Suite 1025
               Atlanta, GA 30328
               Telephone: 800.521.4492
               Fax: 866.513.0115
               atlanta@lawyerworks.com
               *Attorney for the Plaintiffs*