# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) ) ) | |

**This Document Relates to:**

*NORA LEE SWALLOW v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*,
*Civil Action No. 2:16-cv-09612*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Nora Lee Swallow.

Dated: January 12, 2017        Respectfully submitted,

        /s/ Russell T. Abney
        Russell T. Abney, Esq.
        Attorney I.D. No. 000875 (GA)
        FERRER, POIROT & WANSBROUGH
        2100 RiverEdge Pkwy NW, Suite 1025
        Atlanta, GA 30328
        Telephone: 800.521.4492
        Fax: 866.513.0115
        atlanta@lawyerworks.com
        *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 12, 2017                          Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*