# United States District Court
## for the
### Eastern District of Louisiana

| | |
|---|---|
| JEANISE WATTERS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:    17-cv-1226 L(5) |
| vs. ) | |
| ) | MDL NO. 2592 |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| AND JOHNSON PHARMACEUTICALS ) | |
| RESEARCH AND DEVELOPMENT LLC; ) | |
| JOHNSON & JOHNSON COMPANY; ) | |
| JANSSEN ORTHO, LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC., f/k/a ) | |
| ORTHO- MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| CORPORATION; BAYER AG; BAYER ) | |
| HEALTHCARE LLC; and BAYER ) | |
| HEALTHCARE PHARMACEUTICALS ) | |
| INC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANTS' BAYER HEALTHCARE PHARMACEUTICALS, INC. (BHCP) AND BAYER PHARMA AG**

Plaintiff, Jeanise Watters, through her undersigned counsel, gives notice of completing service of the Complaint and Summons on Defendants' Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and Bayer Pharma AG.

On March 10, 2017, Plaintiff served the Complaint and Summons on Defendant BHCP by forwarding a copy by way of Certified Mail, Return Receipt Requested, to BHCP's representative, SOP Department Corporation Service Company, in Wilmington, Delaware.  Please see Exhibit 1, a copy of the Certified Mail Receipt, USPS Certified Mail #:  70162710000031507756 and a copy of the returned green card confirming BHCP's receipt of the Complaint and Summons.

On March 10, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Pharma AG, by forwarding a copy by way of Registered Mail, Return Receipt Requested, to Bayer Pharma AG's representative in Berlin, Germany.  Please see Exhibit 2, a copy of the Registered Mail Receipt, USPS Registered Mail #:  RE282786034US.  Please also see Exhibit 3, a copy of the March 21, 2017 correspondence from Bradley Arant Boult Cummings, LLP confirming Bayer Pharma AG's receipt of the Complaint and Summons.

On March 22, 2017, Plaintiff also served the Complaint and Summons on Defendant Bayer Pharma AG, by forwarding an electronic copy to xareltocomplaints@babc.com.  Please see Exhibit 4, a copy of Klein Frank's e-mail to Defendant Bayer Pharma AG.

Pursuant to the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re:  Xarelto (Rivaroxaban) Products Liability Litigation, MDL NO. 2592,* Plaintiff has completed service on Defendants' BHCP and Bayer Pharma AG.

Dated:  March 22, 2017
        *s/Beth A. Klein*
        Beth A. Klein
        Carrie R. Frank
        Klein | Frank, P.C.
        2505 Walnut St., Suite 100
        Boulder, Colorado 80302
        Phone:  (303) 448-8884
        Fax: (303) 861-2449
        beth@kleinfrank.com
        carrie@kleinfrank.com
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2017 a copy of the foregoing **PLAINTIFF'S NOTICE OF SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANTS' BAYER HEALTHCARE PHARMACEUTICALS, INC. (BHCP) AND BAYER PHARMA AG** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                *s/ Beth A. Klein*
                                                Beth A. Klein