**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



March 21, 2017

**BY ELECTRONIC MAIL** (beth@kleinfrank.com)

Beth A. Klein
Klein Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302

    Re:    Robert Smith v. Janssen Research & Development, LLC, et al.,
               Case No. 2:17-cv-01225 (E.D. La.)

               Jeanise Watters v. Janssen Research & Development, LLC, et al.,
               Case No. 2:17-cv-01226 (E.D. La.)

Dear Ms. Klein:

       This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received the Complaints in the above-captioned actions by Registered Mail, Return Receipt Requested, pursuant to the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592.

       Although the service documents were properly sent to Bayer Pharma AG by Registered Mail, PTO 10 also requires that, "Contemporaneous with mailing the Bayer Pharma AG pleading, plaintiffs shall provide, by electronic mail, notice of service, including a copy of the complaint, to the following address: xareltocomplaints@babc.com." Plaintiffs did not send notice of service of these cases to the required email address, either contemporaneously or at any other time.

       Bayer Pharma AG is willing to treat the service of the Complaint received in Germany pursuant to PTO 10 as proper in the above-captioned cases, **provided that you provide notice of service, with a copy of the Complaint, by email, to xareltocomplaints@babc.com, within two weeks of the date of this letter**.

       Please note that although Bayer Pharma AG is willing to accept the service in the above-captioned cases as proper if you now promptly comply with the email requirement, for service on Bayer Pharma AG pursuant to PTO 10 in all future cases, you must provide notice, with a copy of the Complaint, to xareltocomplaints@babc.com **contemporaneously** with mailing the Bayer Pharma AG pleading.

                                                      Sincerely,

                                                        Lindy D. Brown

LDB/cfo

EXHIBIT 3