# Lindsay Stolte

| | |
|---|---|
| **From:** | Lindsay Stolte |
| **Sent:** | Wednesday, March 22, 2017 9:57 AM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Cc:** | Beth Klein; 'lbrown@bradley.com' |
| **Subject:** | Jeanise Watters v. Janssen Research & Development, LLC, et al. / Cause No.: 17-cv-1226 L(5) in MDL 2592 |
| **Attachments:** | 170309 Summons Issued to Bayar AG.pdf; 170123 Complaint (2).pdf; 170213 Conditional Transfer order closing CO case.pdf |
| | |
| **TimeMattersID:** | MB0F9A759AC5C250 |
| **TM Matter No:** | 16-879 |
| **TM Matter Reference:** | Watters, Jeanise - Xarelto Case |

Dear General Counsel for Bayer Pharma AG:

Please be advised that our office represents Jeanise Watters in the above referenced case matter. Pursuant to Pre-Trial Order Number 10 filed in the Xarelto (Rivaroxaban) products liability litigation matter opened in the United States District Court Eastern District of Louisiana under MDL No. 2592, it is our understanding that Bayer Pharma, AG has waived formal service of process and that service will be considered complete by mailing a copy of the Complaint and Summons via registered mail and by forwarding an electronic copy to the this address.

Accordingly, please find a copy of the Complaint and Summons attached. This email will further confirm that a copy of the Complaint and Summons were forwarded to you by way of Registered Mail on March 10, 2017.

Please be advised that these documents were originally filed in the United States District Court District Of Colorado on January 23, 2017; however, this matter has now been transferred to the Eastern District of Louisiana. Please see the attached Conditional Transfer Order which was filed with the Clerk of the Court on February 13, 2017.

A Notice of Service will be filed in this matter today and will be available through the Court's ECF filing system. If you should have any questions regarding this matter, please do not hesitate to contact our office at 303-448-8884.

Sincerely,

Lindsay D. Stolte
Paralegal to Beth A. Klein and Carrie R. Frank

*A Law Firm Dedicated to*
*Helping Good People Rebuild Their Lives*

Klein | Frank, P.C.
2505 Walnut Street, Suite 100
Boulder, Colorado  80302
Phone: (303) 448-8884
Facsimile:  (303) 861-2449
website  www.lawcolorado.net

1

EXHIBIT 4