United States District Court
for the
Eastern District of Louisiana

| | |
|---|---|
| ROBERT SMITH, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:   17-cv-1225 L(5) |
| vs. ) | |
| ) | MDL NO. 2592 |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| AND JOHNSON PHARMACEUTICALS ) | |
| RESEARCH AND DEVELOPMENT LLC; ) | |
| JOHNSON & JOHNSON COMPANY; ) | |
| JANSSEN ORTHO, LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC., f/k/a ) | |
| ORTHO- MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| CORPORATION; BAYER AG; BAYER ) | |
| HEALTHCARE LLC; and BAYER ) | |
| HEALTHCARE PHARMACEUTICALS ) | |
| INC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANTS' BAYER HEALTHCARE PHARMACEUTICALS, INC. (BHCP) AND BAYER PHARMA AG**

Plaintiff, Robert Smith, through his undersigned counsel, gives notice of completing service of the Complaint and Summons on Defendants' Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and Bayer Pharma AG.

On March 10, 2017, Plaintiff served the Complaint and Summons on Defendant BHCP by forwarding a copy by way of Certified Mail, Return Receipt Requested, to BHCP's representative, SOP Department Corporation Service Company, in Wilmington, Delaware.  Please see Exhibit 1, a copy of the Certified Mail Receipt, USPS Certified Mail #:  70162710000031507749 and a copy of the returned green card confirming BHCP's receipt of the Complaint and Summons.

On March 10, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Pharma AG, by forwarding a copy by way of Registered Mail, Return Receipt Requested, to Bayer Pharma AG's representative in Berlin, Germany.  Please see Exhibit 2, a copy of the Registered Mail Receipt, USPS Registered Mail #:  RE282786025US.  Please also see Exhibit 3, a copy of the March 21, 2017 correspondence from Bradley Arant Boult Cummings, LLP confirming Bayer Pharma AG's receipt of the Complaint and Summons.

On March 22, 2017, Plaintiff also served the Complaint and Summons on Defendant Bayer Pharma AG, by forwarding an electronic copy to xareltocomplaints@babc.com.  Please see Exhibit 4, a copy of Klein Frank's e-mail to Defendant Bayer Pharma AG.

Pursuant to the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re:  Xarelto (Rivaroxaban) Products Liability Litigation, MDL NO. 2592,* Plaintiff has completed service on Defendants' BHCP and Bayer Pharma AG.

Dated:  March 22, 2017

*s/Beth A. Klein*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone:  (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2017 a copy of the foregoing **PLAINTIFF'S NOTICE OF SERVICE OF COMPLAINT AND SUMMONS ON DEFENDANTS' BAYER HEALTHCARE PHARMACEUTICALS, INC. (BHCP) AND BAYER PHARMA AG** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      *s/ Beth A. Klein*
      Beth A. Klein