UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*ANTHONY HICKMAN, as Surviving Spouse of SHERRY HICKMAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-07936*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Tony Troutt, on behalf of the Estate of Sherry Hickman, is substituted for Plaintiff Anthony Hickman, as Surviving Spouse of Sherry Hickman, in the above captioned cause.

New Orleans, Louisiana this 22nd day of March, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge