UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) |

**This Document Relates to:**

*Nora Lee Swallow v. Janssen Research & Development LLC, et al.,*
*Civil Action No. 2:16-cv-09612*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff James Swallow, on behalf of the Estate of Nora Lee Swallow, is substituted for Plaintiff Nora Lee Swallow in the above captioned cause.

New Orleans, Louisiana this 22nd day of March, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge