UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Kay Medeiros v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08060*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff William Hudgens, on behalf of the Estate of Kay Medeiros, is substituted for Plaintiff Kay Medeiros in the above captioned cause.

New Orleans, Louisiana this 22nd day of March, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge