UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Civil Action 17-2208*

## ORDER

It has come to the Court's attention that Plaintiff's attorney in the above-referenced case filed two duplicate cases on behalf of Plaintiff Joseph Mancino, 2:17-cv-2266 and 2:17-cv-2208. Plaintiff informed the Court that they wish to proceed with the latter-filed case. Accordingly, **IT IS ORDERED** 2:17-cv-2208 is hereby **DISMISSED**.

New Orleans, Louisiana this 22nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE