MINUTE ENTRY
FALLON, J.
MARCH 23, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION

                                                                  SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
REF: 14-2720, 15-3708                     MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Brian Barr, Esq., Fred Longer, Roger Denton, Esq., and Emily Jeffcott, Esq., for Plaintiffs
                 James Irwin, Esq., Kevin Newsom, Esq., Rodney Hudson, Esq., Susan Sharko, Esq, and Richard Sarver, Esq., for Defendants

1. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC and Johnson & Johnson, for Partial Summary Judgment on the Grounds that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims    (5109)

2. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC and Johnson & Johnson, for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-To-Warn-Claims    (5110)

3. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC and Johnson & Johnson, to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens    (5113)

4. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC and Johnson & Johnson, to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the Orr and Boudreaux Cases    (5114)

5. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC and Janssen Ortho LLC, for Partial Summary Judgment Based on the Learned Intermediary Doctrine regarding C.A. 14-2720 (5118)

6. Motion of Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC and Johnson & Johnson, for Partial Summary Judgment Based on the Learned Intermediary Doctrine regarding C.A. 15-3708 (5119)

7. Motion of Plaintiffs, to Preclude Speculative Expert Testimony about Potential Outcomes from Other Anticoagulants (5121)

After oral argument was heard on the motions, the matters were taken under submission

JS10: 4:43