## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : |
| | : **SECTION: L** |
| | : |
| | : **JUDGE ELDON E. FALLON** |
| | : |
| | :  **MAGISTRATE JUDGE NORTH** |

_____

**THIS DOCUMENT RELATES TO:**

**BRIDGET LYNCH**
**2:16-cv-17572**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel

hereby informs the Honorable Court of the death of the Plaintiff, Bridget Lynch.

DATED: March 24, 2017

Respectfully submitted,

**PIERCE SKRABANEK BRUERA PLLC**

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA
Texas Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@psbfirm.com
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: March 24, 2017

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA