UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION * MDL 2592 "L"

* March 15, 2017

THIS DOCUMENT RELATES TO ALL CASES * Judge Eldon E. Fallon

* Mag. Judge Michael North

*****************************************************************

**REPORTER'S OFFICIAL TRANSCRIPT OF THE STATUS CONFERENCE BEFORE THE HONORABLE ELDON E. FALLON, UNITED STATES JUDGE.**

*****************************************************************

**APPEARANCES:**

FOR THE PLAINTIFFS' LIAISON COUNSEL:

HERMAN HERMAN & KATZ
BY: LEONARD A. DAVIS,ESQ.
820 O'KEEFE AVE.
NEW ORLEANS, LA 70113

GAINSBURG BENJAMIN DAVID MEUNIER & WARSHAUER
BY: GERALD MEUNIER
1100 POYDRAS ST., STE 2800
NEW ORLEANS, LA 70139

BARRIOS, KINGSDORF & CASTIEX
BY: DAWN BARRIOS
701 POYDRAS ST., STE. 3650
NEW ORLEANS, LA 70139

FOR THE DEFENDANTS' LIAISON COUNSEL:

IRWIN FRITCHIE URQUHART & MOORE
BY: JAMES B. IRWIN, V, ESQ.
TEXACO CENTER
400 POYDRAS ST., STE. 2700
NEW ORLEANS, LA 70130

# I N D E X

| | PAGE NO. |
|---|---|
| Pretrial Orders | 3 |
| Case Management Orders | 3 |
| Bellwether Selections | 4 |
| Counsel Contact Information Form | 5 |
| Plaintiff Fact Sheet | 5 |
| Defendant Fact Sheet | 9 |
| Service of Process on Certain Bayer Defendants | 9 |
| Preservation Order | 9 |
| Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians | 9 |
| Discovery | 9 |
| Dispositive Motions, Motions Regarding the First Bellwether Trials, and Motions Regarding Expert Testimony | 9 |
| Discovery Issued to Third Parties | 10 |
| State/Federal Coordination | 10 |
| Matters Set for Hearing Following the Status Conference | 12 |
| Next Status Conference | 12 |

**P R O C E E D I N G S**

(Call to order of the court.)

THE COURT: Be seated, please.

Good morning, folks.

10:43:40 Call the case, Dean.

THE CASE MANAGER: MDL 2592, *In Re: Xarelto Products Liability Litigation*.

THE COURT: Counsel, make your appearance for the record.

10:43:50 MR. MEUNIER: Jerry Meunier of Gainsburgh Benjamin, co-liaison for plaintiffs.

MR. IRWIN: Good morning, Your Honor. Jim Irwin for defendants.

THE COURT: This is our monthly status conference. We

10:43:59 have this followed by a rule to show cause in a number of cases.

I'll take the status conference first.

MR. MEUNIER: Thank you, Your Honor. I think we can move rather quickly through today's joint report.

There are no new pretrial orders to report since the

10:44:18 last meeting with Your Honor.

In the case management order listing, there is a case management order that was entered on February 6, 2017, but it simply corrected a hearing date on the various pending dispositive and *Daubert* motions, and made it clear that those

10:44:38 would be heard on March 23rd.

In Section 3 of the report, we went through the bellwether cases that are set for trial.

The Boudreaux case is set for trial April 24th.

The Orr case, May 30th.

10:44:55 The Mingo case has now been set for August 7, 2017. That will take place in Mississippi, in Natchez, Mississippi.

And the fourth bellwether trial, the Henry case, has not been set.

THE COURT: When you say Jackson, it's really Gulfport.

10:45:10 MR. MEUNIER: It's Natchez, Your Honor.

THE COURT: Natchez?

MR. MEUNIER: Mississippi.

THE COURT: I had it set for Gulfport, Mississippi. They've given me a place there.

10:45:25 MR. MEUNIER: I believe that's inaccurate.

MR. IRWIN: I don't believe we've discussed it as yet, is my appreciation.

THE COURT: Well, I thought it was in the Eastern District.

10:45:33 MR. MEUNIER: The plaintiffs -- it was filed in Natchez and that's where the plaintiff is.

THE COURT: I thought it was Gulfport. I have the court set up for that date.

MR. IRWIN: We probably need to talk about that, 10:45:45 Your Honor.

            THE COURT: Why don't y'all talk about it because that's a little more -- I'm able to handle the -- they have a newer courthouse and newer facilities and the technology is a little bit better in some of those areas than others.

10:46:05 MR. MEUNIER: I think there's a newly renovated courthouse in Natchez, Your Honor, but we can discuss it. That is where the plaintiffs are.

MR. IRWIN: We'll talk about it, Judge. Thank you.

MR. MEUNIER: Well, I'm glad I mentioned that.

10:46:17 Then the Henry case, Your Honor, is the fourth that has not yet been set for trial.

We continue to appreciate counsel providing Mr. Davis and me with the contact information forms required per Section 4 of the report.

10:46:38 On plaintiff fact sheets in Section 5, as the Court has mentioned, there's a series of motions, deficiency motions, related to fact sheets which will be heard following today's status conference.

The Pretrial Order 31, though, which set up the 10:46:54 protocol by which both sides get together and go through the alleged deficiencies and try to winnow down the number of those that have to result in a motion that comes before you, I think is a protocol that's working and will continue to work going forward. And we believe that the number of those deficiency 10:47:13 motions will be more spread out as time goes by.

                Before I move on, I think on fact sheets Jake Woody is here for BrownGreer and can make a brief report.

                THE COURT:  Okay.  We'll hear from Jake.

                MR. WOODY:  Good morning, Your Honor.  Jake Woody from BrownGreer.  I have just a brief report on the status of the submission of plaintiff fact sheets.

                We have to date 15,015 plaintiff fact sheets submitted, Your Honor.  That's an increase of 822 since the last status conference, which was in January, so that's two months of fact sheet submissions.

                According to what I could find, we have just under 16,000 cases filed which -- so there's about 1,000 fact sheets out there ready to be submitted.

                We actually have 1,241 in progress.  That number isn't changing much.  You can see that it has only gone down by five since the last status conference, which means there are as many fact sheets being started as there are being submitted.  So the submission progress is pretty stable, and we expect to see the same number of fact sheets coming in as going out every month.

                We have 3,908 fact sheets amended, which is about 26 percent of the total fact sheets, so people are amending them either in response to deficiencies or because they come upon new information that they need to update.

                And the total number of plaintiffs we have in the system is 16,257, which is an increase of 817 since the last

status conference.

We are keeping track of dismissals. That's becoming more and more of an issue as the MDL goes on. And we're marking them as dismissed in our system so we have it up to date and we're reporting on active plaintiffs in these reports and other reports.

Our monthly submission timeline is actually going down a bit. Up until January of this year, the average was about 560 fact sheets a month. You can see that in January we had 452. In February we had 377. And then 220 so far in March. Obviously we have a couple weeks left in March.

But the number is trending down just slightly. I don't know if that's indicative of a new trend or if it's just an outlier, but it's going down just a little bit.

This is our top ten states of residence based on what people have filled out on the fact sheet.

The most common state is Texas. We have 1,278 plaintiffs from Texas.

1,209 from Florida.

758 from California.

736 from North Carolina, and Ohio.

705 from Alabama.

And then 689 from New York.

667 from Georgia.

And 554 from Louisiana.

10:50:43
10:51:04
10:51:21
10:51:39
10:51:57

I don't want to go through every state, but those are the top ten states in terms of plaintiff fact sheet submissions.

Finally this is our analysis of the discovery pool to the MDL as a whole. You can see that it is really not changing much. At the last status conference we discussed this was a fairly stable analysis, meaning that the bellwether pool, the demographics, the ages, the indication, and the injuries are largely -- they largely parallel the MDL as a whole.

The only change that we have seen over the last couple of months is that the primary indication, which is reduction of stroke, has gone down by 1 percent in the MDL. I don't think that's significant. That's not a huge change.

So the demographics are stable, despite the fact that we continue to get a fairly significant number of fact sheets, which I think indicates that the demographics are largely set.

THE COURT: And your percentages -- or the percentage of cases, that is to say 77 percent of cases, are between 60 and 79 years old?

MR. WOODY: Yes, sir. That's the -- the red is the discovery pool percentage. So 77 percent of the discovery pool cases are between 60 and 79, while 56 percent of the MDL are between that age.

Now, you recall the discovery pool was weighted a bit to try to get the most common traits. So it is a little bit higher than the MDL as a whole, but that is intentional. And I

think that one of the reasons that we keep track of all this information is so that we can make selections that way.

THE COURT: Uh-huh.

MR. WOODY: So that's my monthly report, Your Honor, unless you have any questions.

10:52:11

THE COURT: All right. Thank you.

MR. WOODY: Thank you.

MR. MEUNIER: Your Honor, the next section of the report dealing with defendant fact sheets, there's no further need to report on it.

10:52:23

Same with Section 7 on service as to Bayer defendants.

We keep that kind of language in, Your Honor, for the purpose of those who may be looking in on the joint report for the first time.

Same with Section 8 on preservation order. We keep it in for that purpose, but there's nothing further to report.

10:52:36

Section 9 on interactions with plaintiffs' physicians is one that we may remove in an ongoing effort to keep these reports less voluminous.

Section 10 on discovery, we have already eliminated a bunch of the language from the last joint report to keep that section more current, but there's nothing further to comment on beyond what's there.

10:52:55

And then Section 11 addresses the dispositive motions, including *Daubert* motions, that are currently pending as to the

10:53:09

bellwether trials, and all of those are enumerated and described in this section of the joint report. The motions will be argued before Your Honor on March 23, 2017, a day I believe you set aside in its entirety for the purpose of that argument.

10:53:30 As you know, counsel are working on a proposed schedule for the order of the motions to be presented that day as well as the time allotted for argument.

A March 7th the PSC filed a motion to unseal certain material that's been stamped as confidential by defendants. That motion, we understand now, will be heard by the Court on the day of the final pretrial conference and the day of the argument of motions *in limine* in Boudreaux, which is Tuesday, April 18, at 9:00 a.m.

I assume we will have the final pretrial conference in Boudreaux starting at 9:00 a.m. that morning, and following the conference the argument on motions *in limine* as well as the PSC motion on confidentiality.

There's a briefing schedule still to be worked out, Judge, on the PSC motion on confidentiality. I believe there's been discussion about when the defendants' opposition brief will be due and then a reply brief if necessary thereafter.

In Section 12, there's a discussion about third-party discovery. Nothing new to report or take up beyond what's in the report.

Section 13 is state/federal coordination. Ms. Barrios

is here to make that report to the Court.

MS. BARRIOS: Thank you, Mr. Meunier.

Good morning, Your Honor. Dawn Barrios for the state/federal committee.

10:55:07 I provided to your law clerk our usual documents. I just wanted to go over them with you.

THE COURT: Okay.

MS. BARRIOS: There's a total 1,597 state court cases.

79.6 percent are in Pennsylvania.

10:55:23 The other states that have a large number of cases are California with 35 and Delaware with 279.

If you'll note in the footnote with the Delaware cases, there are dispositive motions, I think, filed to all those cases.

Any new jurist is highlighted in yellow, for Your Honor, in case there's a matter that you want to discuss with them.

10:55:42

But everything is going -- everything is going along smoothly. We have a total of 138 additional plaintiffs since the last status conference.

10:55:56 With regard to the trial settings, which is the second document I have, all the trial dates, you will note, are after your trial dates.

Pennsylvania starts out on November 3rd. And I understand that members of the plaintiff steering committee in the MDL went to assist and talk to the plaintiffs' counsel in

10:56:15

Pennsylvania again about the bellwether trial as we had done earlier.

10:56:31 And then there is a trial date in Missouri and one in Texas. That will be on May 8, 2018.

So from our vantage point, everything is going very well. Mr. Weinkowitz keeps me in the loop and everything is status quo.

THE COURT: Good. Thank you.

MS. BARRIOS: Thank you, Your Honor.

10:56:46 THE COURT: Okay. Thank you.

MR. MEUNIER: Section 14 of the report, Judge, just lists the matters that are set for hearing following the status conference today, and those are, as we talked about, the motions related to plaintiff fact sheet deficiencies.

10:56:58 And the final section of the report is the next status conference. We have talked with you in chambers about the fact that April and May are going to be busy months with the two bellwether trials and motions related to those trials, and so we proposed to Your Honor that it would not be necessary to have

10:57:17 monthly status conferences in either April or May. And if the Court agrees, we would appreciate the entry of an order so that is made clear.

And certainly Mr. Davis and I will communicate with all plaintiffs' counsel to that effect and let them know that we're

10:57:33 available to discuss any matters that they have, absent them

coming to court.

MR. IRWIN: Your Honor, I think -- Susan just reminded me. I think we forgot to mention that the Court may want to give consideration to inviting or including some of the state court judges at the *Daubert* hearing. So we wanted to present that to the Court.

THE COURT: Right. I'll be doing that.

MR. MEUNIER: Your Honor, as we also talked about in chambers, the biweekly discovery calls we believe can also be suspended during the months of April and May because of the trials, but obviously if we have discovery issues we'll be in contact.

THE COURT: Right. Bring them up at that time. I'll be talking to everybody.

MR. MEUNIER: So that concludes the joint report, Judge. And some counsel who are seated here will now be stepping out to talk about the trial team meeting with you that follows the argument on the deficiency motions so that will explain why some might not be here for that.

THE COURT: Okay. Thank you.

(Proceedings adjourned.)

* * * *

**CERTIFICATE**

I hereby certify this 20th day of March, 2017, that the foregoing is, to the best of my ability and understanding, a true and correct transcript of the proceedings in the above-entitled matter.

*/s/ Mary V. Thompson*

Official Court Reporter