UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## DEFENDANTS' WITNESS LIST

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC, (collectively, "Defendants"), by and through their undersigned counsel, hereby identify the following persons whom Defendants may elect to call at trial, either in person or by deposition unless specifically designated otherwise. The list does not include those witnesses for whom Defendants would seek to introduce a counter-designation of deposition testimony if Plaintiffs seek to introduce deposition testimony of the same witness. Defendants reserve the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial. Defendants also reserve the right to call, live or by deposition, any witnesses identified by Plaintiffs. Defendants also reserve the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records, medical records, or other records, whose admissibility is disputed by any party. By identifying the witnesses below, Defendants do not waive any objection to deposition testimony, exhibits, or other evidence or argument.

**Expect to Call**

1) Dr. Scott Boniol, M.D.
Christus Schumpert Cancer Treatment Center
One Saint Mary Place
Shreveport, LA 71101

2) Dr. Harmut Derendorf, Ph.D.
8708 SW 42nd Place
Gainesville, Florida 32610

3) Dr. Peter M. DiBattiste, M.D.
Janssen, 920 Route 202
Raritan, NJ 00869

4) Dr. Dena Hixon, M.D.
Pharmaceutical Lifecycle Consulting LLC
7304 Carroll Avenue #231
Takoma Park, MD 20912

5) Dr. Colleen Johnson, M.D.
Department of Medicine
Tulane University Heart and Vascular Institute
l430 Tulane Ave., SL-48
New Orleans, LA 70112

6) Dr. Frank Misselwitz
Bayer Pharma AG
Friedrich-Ebert-Straße 217-333
42117 Wuppertal, Germany

7) Dr. Vanessa Piazza, M.D.
7 Bluebird Street
New Orleans, LA 70124

8) Dr. James W. Smith, M.D.
Ochsner Clinic
Section on Gastroenterology
1514 Jefferson Highway
New Orleans, Louisiana 70121

9) Veronica Theriot, R.N.
St. Anne General Hospital
4608 Hwy 1
Raceland, LA 70394

10) Dr. Kenneth Wong, M.D.
Cardiovascular Institute of the South
102 Twin Oaks Drive
Raceland, LA 70394

**May Call**

11) Dr. Gregory W. Albers, M.D.
Stanford Stroke Center
780 Welch Road
Palo Alto, CA 94304

12) Dr. Scott D. Berkowitz, M.D.
Bayer Healthcare Pharmaceuticals
100 Bayer Blvd.
Whippany, NJ 07981

13) Dr. Paul Burton
1125 Trenton-Harbourton Road
Titusville, NJ 08560

14) Dr. Peter Fail, M.D.
Cardiovascular Institute of the South
225 Dunn Street
Houma, LA 70360

15) Dr. Lawrence L. Fleckenstein, Pharm.D.
Department of Pharmaceutical Sciences and Experimental Therapeutics
College of Pharmacy
S-427 Pharmacy Bldg
The University of Iowa
Iowa City, IA 52242-1123

16) Dr. Robert D. Gibbons, Ph.D.
Center for Health Statistics,
University of Chicago,
5841 S. Maryland Avenue,
MC 2007, Office W260
Chicago, IL 60637

17) Dr. Andrea Horvat-Broecker (by deposition)
Bayer Pharma AG
Friedrich-Ebert-Straße 217-333
42117 Wuppertal, Germany

18) Sigmond Johnson (by deposition)
920 Route 202
Raritan, NJ 08869

19) Dr. Marc J. Kahn, M.D., M.B.A.
Tulane University School of Medicine
Office of Admissions and Student Affairs
1430 Tulane Ave., #8010
New Orleans, LA 70112

20) Dr. Sammy Khatib, M.D.
124 Sycamore Drive
Metairie, LA 70005

21) Dagmar Kubitza, M.D.
Bayer Pharma AG
Friedrich-Ebert-Straße 217-333
42117 Wuppertal, Germany

22) Dr. Christopher Major, Ph.D. (by deposition)
700 US Highway 202 S
Raritan, NJ 08869

23) Dr. Najy Masri, M.D.
Ochsner Medical Center
180 West Esplanade Avenue
Kenner, LA 70065

24) Michael A. Moye (by deposition)
Westfield, NJ

25) Wolfgang M. Mueck, Ph.D. (by deposition)
Bayer Pharma AG
Friedrich-Ebert-Straße 217-333
42117 Wuppertal, Germany

26) Christopher Nessel, M.D.
Janssen, 920 Route 202
Raritan, NJ  00869

27) Dr. William F. Peacock, IV, M.D.
3302 S. Macgregor Way.
Houston, Texas, 77021

28) Dr. James A. Reiffel, M.D.
21 Haverford Ave.
Scarsdale, N.Y. 10583

29) Dr. Troy C. Sarich, Ph.D. (by deposition)
1125 Trenton-Harbourton Road
Titusvile, NJ 08869

30) David R. Taft, Ph.D.
Division of Pharmaceutical Sciences
Arnold & Marie Schwartz College of Pharmacy
Long Island University
75 DeKalb Avenue
Brooklyn, NY 11201

31) Dr. Alvin Timothy, M.D.
Cardiovascular Institute of the South
1320 Martin Luther King Drive
Thibodaux, LA 70301

32) Angelique Torres, ANP, DNP-C
Ochsner Health Center
1015 Crescent Avenue
Lockport, LA 70374

33) Martin van Eickels, M.D. (by deposition)
Bayer Pharma AG
Friedrich-Ebert-Straße 217-333
42117 Wuppertal, Germany

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of March, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/     John F. Olinde