# EXHIBIT A

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Berkowitz, Scott - October 19 & 20, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 16 | 9 | 16 | 18 | |
| 17 | 23 | 18 | 8 | |
| 19 | 3 | 19 | 12 | |
| 19 | 18 | 20 | 20 | |
| 21 | 13 | 21 | 23 | |
| 121 | 21 | 123 | 10 | |
| 357 | 10 | 358 | 3 | |
| 366 | 22 | 369 | 4 | |
| 585 | 19 | 588 | 5 | |
| 588 | 15 | 594 | 11 | |
| 594 | 13 | 594 | 21 | |
| 594 | 23 | 594 | 24 | |
| 595 | 2 | 595 | 9 | |
| 595 | 16 | 599 | 14 | |
| 599 | 16 | 618 | 10 | |
| 618 | 12 | 625 | 21 | |
| 626 | 10 | 629 | 21 | |
| 629 | 23 | 636 | 13 | |
| 637 | 1 | 641 | 17 | |
| 641 | 19 | 645 | 24 | |
| 646 | 2 | 648 | 16 | |
| 648 | 18 | 654 | 21 | |
| 655 | 5 | 657 | 22 | |
| 657 | 24 | 666 | 5 | |
| 666 | 7 | 666 | 19 | |
| 666 | 21 | 669 | 12 | |
| 669 | 14 | 670 | 8 | |
| 670 | 10 | 678 | 8 | |
| 678 | 12 | 680 | 20 | |
| 680 | 22 | 682 | 14 | |
| 682 | 16 | 690 | 22 | |
| 690 | 24 | 691 | 18 | |
| 691 | 20 | 692 | 9 | |
| 693 | 11 | 694 | 18 | |
| 694 | 20 | 697 | 2 | |
| 697 | 19 | 698 | 18 | |
| 698 | 21 | 701 | 17 | |
| 704 | 20 | 708 | 11 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Berkowitz, Scott - October 19 & 20, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 710 | 6 | 711 | 5 | |
| 711 | 8 | 712 | 1 | |
| 712 | 3 | 714 | 5 | |
| 714 | 7 | 714 | 20 | |
| 714 | 23 | 716 | 1 | |
| 716 | 5 | 716 | 12 | |
| 716 | 15 | 716 | 22 | |
| 716 | 24 | 717 | 21 | |
| 718 | 2 | 718 | 6 | |
| 718 | 9 | 719 | 1 | |
| 719 | 14 | 723 | 12 | |
| 723 | 14 | 724 | 10 | |
| 727 | 7 | 727 | 11 | |
| 727 | 13 | 727 | 14 | |
| 727 | 16 | 727 | 21 | |
| 728 | 4 | 728 | 6 | |
| 728 | 9 | 729 | 1 | |
| 729 | 4 | 729 | 13 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
DiBattiste, Peter – April 12 & 13, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 17 | 19 | 18 | 21 | |
| 23 | 22 | 24 | 13 | |
| 26 | 9 | 27 | 10 | |
| 28 | 5 | 28 | 19 | |
| 31 | 14 | 32 | 8 | |
| 37 | 24 | 38 | 24 | |
| 196 | 11 | 196 | 18 | |
| 196 | 21 | 198 | 15 | |
| 599 | 2 | 600 | 8 | |
| 602 | 7 | 603 | 18 | |
| 604 | 17 | 606 | 11 | |
| 732 | 24 | 733 | 13 | |
| 733 | 15 | 739 | 21 | |
| 739 | 22 | 740 | 1 | |
| 740 | 4 | 745 | 23 | |
| 746 | 1 | 749 | 13 | |
| 752 | 12 | 754 | 11 | |
| 756 | 18 | 760 | 22 | |
| 761 | 2 | 761 | 22 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Horvat-Broecker, Andrea - February 24, 25, & 27, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 8 | 11 | 8 | 15 | |
| 12 | 12 | 13 | 13 | |
| 224 | 23 | 226 | 11 | |
| 227 | 14 | 229 | 4 | |
| 230 | 12 | 231 | 6 | |
| 235 | 15 | 235 | 21 | |
| 239 | 18 | 240 | 12 | Starting at "Can" |
| 241 | 14 | 242 | 18 | |
| 249 | 7 | 250 | 5 | |
| 250 | 15 | 250 | 23 | |
| 508 | 6 | 510 | 2 | |
| 522 | 3 | 522 | 6 | |
| 533 | 22 | 536 | 16 | |
| 537 | 2 | 537 | 17 | |
| 538 | 7 | 539 | 3 | |
| 539 | 18 | 541 | 11 | |
| 547 | 1 | 549 | 19 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Johnson, Sigmond – March 18 & 19, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 12 | 3 | 12 | 21 | |
| 16 | 15 | 16 | 21 | |
| 17 | 4 | 17 | 15 | |
| 17 | 19 | 17 | 24 | |
| 18 | 5 | 18 | 12 | |
| 19 | 6 | 19 | 22 | |
| 57 | 21 | 58 | 7 | |
| 60 | 3 | 60 | 18 | |
| 65 | 16 | 65 | 24 | |
| 83 | 13 | 83 | 23 | |
| 327 | 24 | 328 | 8 | |
| 333 | 6 | 333 | 19 | |
| 335 | 18 | 336 | 10 | |
| 593 | 18 | 597 | 14 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Kubitza, Dagmar - March 1, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 588 | 8 | 588 | 9 | |
| 588 | 23 | 591 | 21 | |
| 595 | 6 | 596 | 16 | |
| 596 | 20 | 596 | 24 | |
| 597 | 4 | 599 | 14 | |
| 600 | 2 | 604 | 12 | |
| 605 | 3 | 609 | 7 | |
| 636 | 12 | 636 | 14 | |
| 638 | 7 | 638 | 19 | |
| 639 | 4 | 640 | 16 | |
| 641 | 7 | 641 | 15 | |
| 642 | 9 | 642 | 12 | |
| 642 | 16 | 643 | 22 | |
| 644 | 1 | 645 | 9 | |
| 648 | 9 | 654 | 15 | |
| 657 | 4 | 657 | 21 | |
| 657 | 24 | 662 | 14 | |
| 662 | 17 | 663 | 3 | |
| 663 | 7 | 663 | 10 | |
| 663 | 13 | 663 | 23 | |
| 664 | 2 | 664 | 2 | |
| 664 | 24 | 667 | 7 | |
| 667 | 10 | 667 | 23 | |
| 668 | 2 | 670 | 4 | |
| 670 | 10 | 670 | 13 | |
| 671 | 4 | 671 | 8 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Major, Christopher - August 24, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 644 | 11 | 645 | 11 | |
| 646 | 4 | 647 | 11 | |
| 648 | 10 | 650 | 2 | |
| 650 | 16 | 653 | 6 | |
| 656 | 6 | 656 | 23 | |
| 659 | 16 | 660 | 1 | |
| 660 | 13 | 661 | 3 | |
| 663 | 23 | 664 | 6 | |
| 664 | 16 | 667 | 24 | |
| 672 | 10 | 674 | 3 | |
| 674 | 6 | 674 | 17 | |
| 674 | 20 | 675 | 5 | |
| 675 | 7 | 675 | 14 | |
| 676 | 18 | 677 | 13 | |
| 682 | 4 | 682 | 12 | |
| 684 | 7 | 685 | 1 | |
| 685 | 4 | 685 | 12 | |
| 687 | 2 | 687 | 23 | |
| 695 | 23 | 696 | 11 | |
| 697 | 18 | 697 | 21 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Misselwitz, Frank - July 13, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 6 | 2 | 7 | 12 | |
| 7 | 14 | 9 | 6 | |
| 10 | 14 | 11 | 19 | |
| 16 | 25 | 17 | 23 | |
| 17 | 25 | 18 | 2 | |
| 21 | 6 | 21 | 7 | |
| 21 | 10 | 22 | 5 | |
| 42 | 4 | 42 | 7 | |
| 56 | 21 | 59 | 18 | |
| 59 | 22 | 60 | 13 | |
| 60 | 15 | 66 | 17 | |
| 67 | 13 | 69 | 9 | |
| 69 | 15 | 70 | 12 | |
| 70 | 18 | 72 | 14 | |
| 74 | 2 | 74 | 8 | |
| 74 | 22 | 75 | 2 | |
| 75 | 5 | 75 | 8 | |
| 75 | 10 | 77 | 20 | |
| 77 | 22 | 79 | 16 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Misselwitz, Frank 30(b)(6) - November 9, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 14 | 23 | 15 | 7 | |
| 47 | 22 | 48 | 1 | |
| 50 | 2 | 50 | 5 | |
| 61 | 9 | 62 | 6 | |
| 63 | 8 | 63 | 18 | |
| 65 | 12 | 65 | 14 | |
| 65 | 16 | 66 | 7 | |
| 238 | 18 | 241 | 20 | |
| 241 | 25 | 244 | 18 | |
| 255 | 1 | 255 | 4 | |
| 288 | 18 | 290 | 3 | Starting at "What's" |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Moye, Michael - February 10 & 11, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 20 | 24 | 23 | 1 | |
| 25 | 9 | 27 | 5 | |
| 38 | 16 | 38 | 21 | |
| 39 | 5 | 43 | 21 | |
| 49 | 14 | 51 | 24 | |
| 56 | 20 | 57 | 23 | |
| 92 | 15 | 94 | 24 | |
| 142 | 14 | 144 | 9 | |
| 179 | 22 | 185 | 10 | |
| 329 | 17 | 332 | 14 | |
| 710 | 4 | 716 | 17 | |
| 716 | 19 | 717 | 5 | |
| 717 | 7 | 719 | 2 | |
| 719 | 5 | 719 | 6 | |
| 719 | 8 | 719 | 14 | |
| 719 | 17 | 723 | 9 | |
| 723 | 12 | 724 | 16 | |
| 724 | 18 | 724 | 21 | |
| 725 | 7 | 725 | 14 | |
| 725 | 16 | 726 | 11 | |
| 726 | 14 | 726 | 24 | |
| 727 | 3 | 727 | 20 | |
| 727 | 22 | 727 | 22 | |
| 731 | 17 | 735 | 1 | |
| 735 | 3 | 739 | 5 | |
| 739 | 15 | 740 | 5 | |
| 741 | 4 | 741 | 15 | |
| 741 | 17 | 744 | 2 | |
| 744 | 5 | 744 | 22 | |
| 756 | 20 | 760 | 1 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Mueck, Wolfgang - February 25 and 26, 2016

| Page Beg | Line Beg | Page End | Line End | Notes |
|---|---|---|---|---|
| 473 | 21 | 473 | 22 | |
| 474 | 7 | 478 | 10 | |
| 478 | 12 | 479 | 3 | |
| 479 | 13 | 480 | 15 | |
| 480 | 17 | 481 | 22 | |
| 481 | 24 | 486 | 6 | |
| 486 | 8 | 492 | 2 | |
| 492 | 19 | 494 | 7 | |
| 494 | 9 | 494 | 17 | |
| 494 | 19 | 495 | 8 | |
| 495 | 10 | 497 | 23 | |
| 498 | 1 | 499 | 15 | |
| 499 | 17 | 500 | 3 | |
| 500 | 5 | 501 | 8 | |
| 501 | 10 | 505 | 2 | |
| 505 | 4 | 506 | 1 | |
| 506 | 3 | 506 | 9 | |
| 507 | 2 | 507 | 10 | |
| 520 | 5 | 520 | 6 | |
| 520 | 11 | 520 | 15 | |
| 520 | 22 | 521 | 6 | |
| 521 | 16 | 522 | 22 | |
| 523 | 1 | 524 | 14 | |
| 524 | 16 | 525 | 6 | |
| 525 | 8 | 526 | 14 | |
| 526 | 16 | 528 | 10 | |
| 528 | 17 | 529 | 14 | |
| 529 | 22 | 530 | 18 | |
| 530 | 23 | 531 | 3 | |
| 531 | 6 | 532 | 1 | |
| 532 | 15 | 532 | 19 | |
| 532 | 21 | 533 | 8 | |
| 533 | 10 | 533 | 11 | |
| 551 | 13 | 551 | 21 | |
| 551 | 23 | 552 | 23 | |
| 553 | 2 | 553 | 21 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Nessel, Christopher - February 16 & 17, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 18 | 8 | 18 | 18 | |
| 19 | 12 | 19 | 22 | |
| 20 | 17 | 22 | 6 | |
| 22 | 11 | 22 | 19 | |
| 70 | 21 | 75 | 1 | |
| 476 | 10 | 476 | 20 | |
| 494 | 7 | 494 | 11 | |
| 494 | 14 | 494 | 14 | |
| 494 | 17 | 495 | 4 | |
| 647 | 24 | 648 | 9 | |
| 684 | 19 | 685 | 22 | |
| 711 | 20 | 712 | 8 | |
| 714 | 22 | 717 | 6 | |
| 717 | 16 | 717 | 23 | |
| 720 | 13 | 721 | 23 | |
| 725 | 6 | 728 | 4 | |
| 729 | 5 | 740 | 2 | |
| 740 | 6 | 749 | 8 | |
| 750 | 19 | 755 | 22 | |
| 755 | 23 | 756 | 2 | |
| 757 | 22 | 766 | 18 | |
| 785 | 21 | 786 | 9 | |
| 788 | 6 | 789 | 20 | |
| 792 | 5 | 792 | 9 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
Sarich, Troy – June 29, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 12 | 6 | 12 | 18 | |
| 14 | 19 | 15 | 18 | |
| 19 | 2 | 20 | 5 | |
| 23 | 1 | 23 | 16 | |
| 34 | 9 | 34 | 23 | |
| 35 | 2 | 35 | 18 | |
| 52 | 23 | 53 | 8 | |
| 53 | 11 | 54 | 11 | |
| 169 | 1 | 170 | 1 | |
| 170 | 5 | 170 | 16 | |
| 175 | 7 | 175 | 10 | |
| 175 | 13 | 176 | 6 | |
| 184 | 8 | 184 | 12 | |
| 184 | 15 | 185 | 14 | |
| 185 | 17 | 185 | 20 | |
| 188 | 9 | 189 | 12 | |
| 190 | 6 | 190 | 7 | |
| 190 | 10 | 191 | 1 | |
| 309 | 17 | 311 | 24 | |
| 313 | 11 | 313 | 16 | |
| 313 | 18 | 315 | 1 | |
| 315 | 3 | 315 | 23 | |
| 316 | 23 | 317 | 4 | |
| 318 | 11 | 319 | 20 | |
| 322 | 12 | 324 | 14 | |
| 328 | 12 | 329 | 3 | |
| 330 | 16 | 331 | 5 | |
| 334 | 10 | 334 | 15 | |
| 335 | 6 | 336 | 5 | |
| 336 | 14 | 336 | 16 | |
| 336 | 19 | 337 | 7 | |
| 339 | 9 | 340 | 10 | |
| 342 | 23 | 345 | 8 | |
| 347 | 5 | 347 | 23 | |

In Re: Xarelto (Rivaroxaban) Products Liability Litigation
Boudreaux, Jr. et al v. Janssen Research & Development LLC et al, Case No. 2:14-cv-02720
Defendants' Affirmative Designations
van Eickels, Martin - May 26, 2016

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 175 | 19 | 178 | 18 | |
| 181 | 18 | 184 | 2 | |
| 184 | 7 | 184 | 12 | |
| 184 | 20 | 185 | 16 | |
| 185 | 19 | 186 | 16 | |
| 186 | 19 | 187 | 12 | |
| 187 | 15 | 192 | 17 | |