UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## DEFENDANTS' JOINT EXHIBIT LIST

Pursuant to the Court's Order dated January 30, 2017, Defendants hereby submit as Exhibit A hereto the following joint list of exhibits that they may use at trial.

1. Defendants reserve the right to supplement or amend this exhibit list after Defendants receive the exhibit lists of all other parties or based on unforeseen events that occur after the date of this filing.

2. The inclusion of any exhibit on this exhibit list shall not waive or affect any prior confidentiality designation in this litigation.

3. Certain of Defendants' listed exhibits are included solely for the purpose of cross-examination, and defendants do not intend to sponsor introduction of these exhibits into evidence. Defendants reserve the right to object to the introduction and/or admissibility of any document listed on any exhibit list. Inclusion of a particular document on Defendants' exhibit list is not intended to be a waiver of Defendants' right to object to the introduction and/or admissibility of that document for any purpose.

4. Certain of Defendants' listed exhibits may pertain to topics that will ultimately be excluded from evidence at trial by motion in limine. By listing such exhibits, Defendants do not

intend to waive any right to object to the introduction and/or admissibility of those documents for any purpose.

5. Defendants reserve the right to use additional, unlisted exhibits for purposes of impeachment.

6. Defendants reserve the right to use any deposition transcripts and any exhibits to deposition transcripts for any witnesses being called.

7. Defendants reserve the right to supplement the exhibit list with any exhibit(s) identified/produced by Plaintiffs after the date of this submission.

8. Defendants reserve the right to supplement the exhibit list with any and all documents produced by any medical facilities/treatment providers at any time.

9. Defendants reserve the right to supplement the exhibit list with any label/PDR entry or similar information for any medication consumed by Plaintiff.

10. Defendants reserve the right to supplement the exhibit list with any medical or scientific literature released after the date of this submission.

11. Defendants reserve the right to use any and all documents or materials listed by other party.

12. Certain exhibits that were previously produced during discovery are further identified by bates number. Such bates numbers are provided solely for convenience. Defendants expressly reserve the right to use alternative copies of such exhibits where appropriate, including but not limited to physical, color, redacted, and/or native documents.

13. Defendants reserve the right to use at trial all Xarelto labels, package inserts, and medication guides that were in effect during the time that the drug was prescribed for Plaintiff.

14. Defendants reserve the right to use at trial demonstrative exhibits, including without limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides, drawings, graphics, and other demonstrative aids.

15. Defendants reserve the right to offer enlargements of any exhibits on the list or on any party's exhibit list.

16. Defendants reserve the right to use any and all documents/materials listed/produced by Plaintiff.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/    John F. Olinde