UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| ****************************** * | |
| THIS DOCUMENT RELATES TO: BEVERLY J. WALKER, 2:15-cv-05053 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for the Plaintiff Beverly J. Walker in the above-captioned matter.

DATED:  March 27, 2017                  **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**

                                        By:    s/ Neil D. Overholtz
                                                Neil D. Overholtz
                                                Florida Bar No.:  0188761
                                                17 East Main Street, Suite 200
                                                Pensacola, FL 32502-5998
                                                Telephone:  (850) 202-1010
                                                Fax:  (850) 916-7449
                                                Noverholtz@awkolaw.com
                                                **ATTORNEYS FOR PLAINTIFF**