## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRETTE E. ACEVEDO, HOLLY ACEVEDO MORGAN SZAB, BRETT T. ACEVEDO, GENEA ACEVEDO, MARILYN EDWARDS, ERNEST GRAY, GEORGE IRBY, RHONDA MARTIN, JERRY SHACKLEFORD, WILSIE WICKS, RUBY WICKS, BRYAN WORRELL, RASHIMA GOODMAN, AND MARVA YAZID<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**SUGGESTION OF DEATH** |

**THIS DOCUMENT RELATES TO:**

Marilyn Edwards

Case Number: 2:16-cv-01865-EEF-MBN

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the Death of the Plaintiff, Marilyn Edwards, on November 23, 2015

Respectfully submitted,

By: /s/ Benjamin t. Ikuta

Jeffrey A. Milman, CA SBN 99072
Benjamin T. Ikuta, CA SBN 260878
HODESMILMANLIEBECK, LLP
9210 Irvine Center Drive
Irvine, CA. 92618
Telephone:  (949) 640-8222
Facsimile:   (9490 640-8294
bikuta@hml.law

*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on March 27, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties for their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.



                                        /s/ *Benjamin T. Ikuta*