UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| DELRAY ALLEN, | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-06491

STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff DelRay Allen hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-06491.  This stipulation affects only the claims of DelRay Allen.  This stipulation shall not affect the claims and lawsuits of any other named Plaintiffs that were named in the Joint Complaint filed in Civil Action No. 2:16-cv-06491, which were severed by this Court pursuant to Pretrial Order No. 11.  All parties shall bear their own costs.

1

| | |
|---|---|
| **LAW OFFICES OF CHARLES H. JOHNSON, P.A.**<br><br>Respectfully submitted,<br><br>By:   /s/ Charles H. Johnson<br>Charles H. Johnson, MN Bar # 50696<br>Jonathan R. Mencel, MN Bar # 390056<br>2599 Mississippi Street<br>New Brighton, Minnesota 55112<br>Telephone:  (651) 633-5685<br>Facsimile:  (651) 633-4442<br>Email: bdehkes@charleshjohnsonlaw.com<br>            jmencel@charleshjohnsonlaw.com<br><br>*Attorneys for the Plaintiff*<br><br>Dated: March 27, 2017 | **DRINKER BIDDLE & REATH LLP**<br><br>By: s/*Susan M. Sharko*<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7350<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br>Dated: March 27, 2017<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: March 27, 2017<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>By: s/*James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br>Liaison Counsel for Defendants |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 27, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                           ___s/ *James B. Irwin*____