UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION: L <br> * <br> * JUDGE: ELDON E. FALLON <br> * MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hagop Haddajian v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-01974*
*Paul Prager v. Janssen Research & Development, LLC, et al., Case No. 2:17-cv-01970*

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

COMES NOW Plaintiffs, Hagop Haddajian and Paul Prager, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move this Court for leave to amend the Complaints filed in these actions.[1]

Plaintiffs' original Complaints were filed on March 8, 2017, (*Hagop Haddajian v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-01974; Paul Prager v. Janssen Research & Development, LLC, et al., Case No. 2:17-cv-01970*) and, pursuant to streamlined service procedures articulated in PTO No. 10, Plaintiffs served all defendants. Shortly thereafter, counsel became aware that the Plaintiffs' alleged injury dates were omitted from the Complaint filed. Thus, Plaintiffs' proposed amendment would correct this omission by adding alleged injury dates to their respective complaints; specifically, to paragraph No. 16.

---

[1] Plaintiffs' counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Plaintiffs' counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiffs' amended complaint.[2]  For the foregoing reasons, Plaintiffs request that this Court grant leave to file the attached Amended Complaints.

        Respectfully submitted,

/s/ *Anthony D. Irpino*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFFS

---

[2] A copy of the amended complaints Plaintiffs seek to file is attached hereto.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on March 28, 2017.

Respectfully submitted,

/s/ *Anthony D. Irpino*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFFS