# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION: L <br> * <br> * JUDGE: ELDON E. FALLON <br> * MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hagop Haddajian v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-01974*
*Paul Prager v. Janssen Research & Development, LLC, et al., Case No. 2:17-cv-01970*

## ORDER

Plaintiffs, by their designated attorneys, have filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiffs' motion, finds that Plaintiffs have demonstrated that justice requires the grant of leave to file the proposed complaints. Therefore, Plaintiffs' motion is granted.

**SO ORDERED** that Plaintiffs' Amended Complaints and Demands for Jury Trial be filed with the Clerk of the Court and served within _____ days of the date of this Order; **SO ORDERED**, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE