UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE ELDON E. FALLON |
| JEREMIAH DAVIDSON ) | |
| ) | MAGISTRATE JUDGE NORTH |
| 2:16-cv-2055 ) | |
| ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Rebecca Jeremiah Davidson.

Dated: March 28, 2017               Respectfully submitted,

By: */s/ Krystal K. Weigl* _____
Krystal K. Weigl, IL Bar No. 6316929
Andrew W. Callahan, IL Bar No. 6298280
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
kweigl@flintfirm.com
acallahan@flintfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 28, 2017, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         By: */s/ Krystal K Weigl*
                                                         Krystal K. Weigl, IL Bar No. 6316929
                                                         Andrew W. Callahan, IL Bar No. 6298280
                                                         Flint Law Firm, LLC
                                                         112 Magnolia Dr.
                                                         Glen Carbon, IL 62034
                                                         Phone: 618-288-4777
                                                         Fax: 618-288-2864
                                                         kweigl@flintfirm.com
                                                         acallahan@flintfirm.com
                                                         *Attorneys for Plaintiffs*