UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 Section L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
|---|---|

THIS DOCUMENT RELATES TO:

Terry L. Sheppard, 2:16-cv-17786
Debra Swope, Trustee for the Heirs of Mary O. Davis, Deceased, 2:16-cv-17787
Richard H. Shawley, 2:16-cv-17792
Rebecca Schreffler, Trustee for the Heirs of Thomas W. Schreffler, Deceased, 2:16-cv-17799
Catherine Vocaturo, Trustee for the Heirs of George Vocaturo, Deceased, 2:16-cv-17803
Marie R. Wilson, 2:16-cv-17805
Rosemarie Rutledge, 2:16-cv-17806
Jean M. Resko, Trustee for the Heirs of Richard P. Resko, 2:16-cv-17809
Donald Lantermo, 2:16-cv-17812
Lawrence J. Jackson, 2:16-cv-17818
Robert Asplund, 2:16-cv-17847
Helen Thompson, 2:16-cv-17916
Susan Q. Walters, Trustee for the Heirs of Frederick Walters, Deceased, 2:16-cv-17960
Sharon Wright, 2:16-cv-17962
Jeffrey Roose, 2:16-cv-17964
Deloris Wyatte, 2:16-cv-17968
Kathleen Bush, Trustee for the Heirs of Christopher Bush, 2:17-cv-00077
Steven Stille, 2:17-cv-00080
Samuel N. Worgen, Trustee for the Estate of Norman Worgen, Deceased, 2:17-cv-00083
Nancy M. Longo, Trustee for the Estate of Frances Longo, Deceased, 2:17-cv-00159

## PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COMES NOW, Plaintiffs by and through their undersigned counsel of record, and

respectfully moves the Court for an order declaring that prior service of their Complaints and

Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG is valid.

In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time

within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer

Pharma AG.  In support of this Motion, Plaintiff submits her contemporaneously filed

Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and

enter an Order declaring service to be valid, or in the alternative, enter an Order granting an

extension of time within which to service process.

Dated: <u>March 29, 2017</u>                        LAW OFFICES OF CHARLES H. JOHNSON, PA

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com


**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Charles H. Johnson*
Attorney for Plaintiffs