**EXHIBIT A**

| Plaintiff | Case No. | Date Complaint Filed | Summons Issued | Date Served by Certified Mail and Registered Mail Pursuant to PTO #10 | Date of Service of PFS |
|---|---|---|---|---|---|
| Terry L. Sheppard | 2:16-cv-17786-EEF/MBN | 12/27/2016 | 12/28/2016 | 3/1/2017 | 3/8/2017 |
| Debra Swope, Trustee for the Heirs of Mary O. Davis, Deceased | 2:16-cv-17787-EEF/MBN | 12/27/2016 | 12/28/2016 | 3/1/2017 | 3/7/2017 |
| Richard H. Shawley | 2:16-cv-17792-EEF/MBN | 12/27/2016 | 12/28/2016 | 3/1/2017 | 3/7/2017 |
| Rebecca Schreffler, Trustee for the Heirs of Thomas W. Schreffler, Deceased | 2:16-cv-17799-EEF/MBN | 12/27/2016 | 12/28/2016 | 3/1/2017 | 3/8/2017 |
| Catherine Vocaturo, Trustee for the Heirs of George Vocaturo, Deceased | 2:16-cv-17803-EEF/MBN | 12/27/2016 | 12/29/2016 | 3/1/2017 | 3/7/2017 |
| Marie R. Wilson | 2:16-cv-17805-EEF/MBN | 12/28/2016 | 12/29/2016 | 3/1/2017 | 3/16/2017 |
| Rosemarie Rutledge | 2:16-cv-17806-EEF/MBN | 12/28/2016 | 12/29/2016 | 3/1/2017 | 3/16/2017 |
| Jean M. Resko, Trustee for the Heirs of Richard P. Resko, Deceased | 2:16-cv-17809-EEF/MBN | 12/28/2016 | 12/29/2016 | 3/1/2017 | 3/16/2017 |
| Donald Lantermo | 2:16-cv-17812-EEF/MBN | 12/28/2016 | 12/29/2016 | 3/1/2017 | 3/17/2017 |
| Lawrence J. Jackson | 2:16-cv-17818-EEF/MBN | 12/28/2016 | 12/29/2016 | 3/1/2017 | 3/17/2017 |
| Robert Asplund | 2:16-cv-17847-EEF/MBN | 12/29/2016 | 12/29/2016 | 3/3/2017 | 3/17/2017 |
| Helen Thompson | 2:16-cv-17916-EEF/MBN | 12/30/2016 | 1/4/2017 | 3/10/2017 | 3/29/2017 |
| Susan Q. Walters, Trustee for the Heirs of Frederick Walters, Deceased | 2:16-cv-17960-EEF/MBN | 12/30/2016 | 1/3/2017 | 3/10/2017 | 3/27/2017 |
| Sharon Wright | 2:16-cv-17962-EEF/MBN | 12/30/2016 | 1/3/2017 | 3/10/2017 | 3/29/2017 |
| Jeffrey Roose | 2:16-cv-17964-EEF/MBN | 12/30/2016 | 1/3/2017 | 3/10/2017 | 3/27/2017 |
| Deloris Wyatte | 2:16-cv-17968-EEF/MBN | 12/30/2016 | 1/3/2017 | 3/10/2017 | 3/27/2017 |
| Kathleen Bush, Trustee for the Heirs of Christopher Bush | 2:17-cv-00077-EEF/MBN | 1/5/2017 | 1/6/2017 | 3/10/2017 | |
| Steven Stille | 2:17-cv-00080-EEF/MBN | 1/5/2017 | 1/6/2017 | 3/10/2017 | |
| Samuel N. Worgen, Trustee for the Estate of Norman Worgen, Deceased | 2:17-cv-00083-EEF/MBN | 1/5/2017 | 1/6/2017 | 3/13/2017 | |
| Nancy M. Longo, Trustee for the Estate of Frances Longo, Deceased | 2:17-cv-00159-EEF/MBN | 1/6/2017 | 1/9/2017 | 3/13/2017 | |