# EXHIBIT 1

FILED
18 DEC 2012 07:33 pm
Civil Administration
J. EVERS

| | | |
|---|---|---|
| CELSA ESQUIVEL, individually, and<br>DANIEL ZUNIGA, JR., by and through<br>his natural parent and guardian, | §<br>§<br>§<br>§<br>§<br>§<br>§ | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JULY TERM, 2010<br>No. 001322 |
| JOHNSON & JOHNSON, et al. | § | Jury Trial Demanded |

Esquivel Etal Vs Johnso-ORDER

10070132200588

## ORDER

AND NOW, this /5t day of May, 2013 upon consideration of Plaintiffs' Motion in *Limine* No. 12 Regarding Statements About Plaintiffs' Counsel, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Defendants are precluded from introducing evidence regarding, or making reference to the circumstances of Plaintiffs' hiring legal counsel, including:

DOCKETED
COMPLEX LIT CENTER
MAY 1 2013
J. STEWART

A. References to Plaintiffs' counsel's prior cases;

B. References to Plaintiffs' counsel's attorneys' fees and the amount or percent thereof;

C. The nature of the Plaintiff's attorneys' fee arrangement between Plaintiff and her counsel, that Plaintiff's counsel may or will only be paid if Plaintiff prevails or who is paying expenses in connection with this litigation;

D. That a motive, purpose or result of this lawsuit is or will be to compensate Plaintiff's counsel;

E. The time or circumstances under which Plaintiff employed any attorneys in connection with these matters and the role of counsel's advice in Plaintiff's decision to file the claim;

F. Any advertisements or websites by attorneys;

1

Case ID: 100701322
Control No.: 12122173

G. An affirmative instruction to the prospective jury panel and jurors, when empaneled, on a weekly basis or more often, that they should not "Google" or otherwise conduct internet searches or research regarding the diseases in question or anything else to do with the case;

H. That any of Plaintiff's counsel has represented other clients with SJS or TEN, at all or in relation to other drugs or any comment on the number or volume of any such other clients or cases;

I. ~~Any prior orders in this case and other cases and~~ any claims made by or against any of Plaintiff's counsel or Defendant's counsel in other cases;

~~and~~

J. ~~The number of other SJS/TEN, Motrin and/or Tylenol-related suits filed by counsel or the lack of same.~~

*This Order shall not preclude proper cross-examination questions of expert witnesses.*

BY THE COURT:

_____, J.

2