# EXHIBIT 3



*"Heroin: the sedative for coughs"*

HOME
REFERENCES
Opium Timeline
Designer Drugs
Meet The Family
Opioid Receptors
The Opium Poppy
Heroin Cough Remedy
The Pleasure and the Pain
The Birth of A New Generation
The Shocking Ecstasy Of The Forbidden