# EXHIBIT 5

[VIEW IN FRAME]

**Chicago Tribune**





PRINT THIS ARTICLE

## Settlement with Corporations Ends Long Fight over AIDS, Tainted Blood

*The Chicago Tribune, 435 North Michigan Avenue, Chicago, IL 60611 - Wednesday, 7 May 1997,*
**Chuck Hutchcraft, Chicago Tribune**

May 7--About 6,200 hemophiliacs who contracted the AIDS virus through blood products will receive more than $600 million from four health-care companies under a deal approved Tuesday by a federal judge in Chicago.

The settlement brings to a close a battle waged for more than a decade by hemophiliacs who contracted the deadly virus from products meant to help save their lives.

But the legal battle is not over for the companies, including Deerfield-based Baxter International Inc., which still face lawsuits from 550 hemophiliacs who opted out of the settlement.

Under terms of the agreement, Baxter and the three other companies will pay $100,000 to each hemophiliac or surviving families. At the same time, the four companies -- Baxter, Armour Pharmaceutical/Rhone-Poulenc Rorer Inc., Alpha Therapeutic Corp. and Bayer AG -- admitted to no wrongdoing.

The settlement covers hemophiliacs who contracted AIDS from contaminated blood products from 1978 through 1985.

The settlement, approved by U.S. District Court Judge John Grady Tuesday evening, is relatively small compared with some earlier agreements.

In March 1996, Baxter -- along with Bayer Yakuhin Ltd., the Japanese subsidiary of Bayer, and Green Cross Corp., the Chemo Therapeutic Research Institute, and Nippon Zoki Pharmaceutical Co., all of Japan -- agreed to pay 400 Japanese hemophiliacs $420,000 each, with half paid by the Japanese government.

"We're happy that the judge approved the settlement so it can go forward for the people who really need this money," said Wayne Swindlehurst of the Washington-based Committee of 10,000, which represents hemophiliacs who allegedly contracted AIDS from contaminated blood products.

Asked if he thought the settlement was fair, Swindlehurst said, "No matter what they gave us, you couldn't say it was fair. For everything this community has been through, the lives that have been lost ... no amount of money is fair."

But, Swindlehurst added, "It's up to each person in the community to decide what is fair."

"Six thousand people have said they want this, and (the committee) has stood by that right," said Corey Dubin, president of the Committee of 10,000.

Guy Esnouf, a spokesman for the companies, said the defendants want to make the payments and "are completely devoted to getting it done at the quickest possible opportunity."

Grady originally gave preliminary approval to a proposed settlement in August. But the settlement was held up by legal and regulatory Catch-22s that had to be worked out before he would give his final OK.

As the legal battle dragged out, it was estimated at one point that plaintiffs were dying at the rate of two a day.

In March, a frustrated Grady, saying, "the fairness of the settlement is closely related to the time of payment," ordered the companies to work out the problems by May 31, or he said he would reject the proposed settlement as unfair.

On Monday, with the deadline a few weeks away, the four companies announced that they would reimburse the federal government nearly $12.2 million for payments made by federal health-insurance programs to the plaintiffs.

The agreement enables plaintiffs to collect their share of the settlement free of any liens that have been filed against them by private insurers or the federal government for benefits already collected.

Under terms of the agreement, Esnouf said the companies have agreed to pay a total of $30 million to private insurers, and the federal and state governments. Thus far, the companies have reached agreements with 25 states -- covering 5,000 of the plaintiffs -- to settle any claims related to Medicaid coverage.

In addition, Esnouf said some settlement payments would go into a special needs trust that would enable plaintiffs to use their share without jeopardizing future eligibility for federal health support.

Esnouf said it appears that 2,000 of the plaintiffs "are eligible for this trust."

The settlement, he said, would allow 30 days for any appeals "and that we would begin to pay money within 30 days."

Although the settlement applies to a major portion of the hemophiliacs who contracted AIDS, it does not completely solve the companies' legal headaches.

Another 550 hemophiliacs have opted out of any settlement and plan to pursue their cases against the companies.

In March, a jury in Indianapolis awarded $2 million to the parents of a young hemophiliac who died after allegedly contracting AIDS from Bayer blood products. An earlier judgment in a Florida case, also for $2 million, was overturned on appeal.

-----

FOR ONLINE SERVICES:

Visit the Chicago Tribune on America Online (keyword: TRIBUNE) or the Internet Tribune on the World Wide Web at http://www.chicago.tribune.com/

-----

Keywords: AIDS VIRUS; CONTRACTED AIDS; CONTRACTING AIDS

Copyright 1997/The Chicago Tribune. Reproduced with permission. Reproduction of this article (other than one copy for personal reference) must be cleared through the Permissions Desk, The Chicago Tribune, 435 North Michigan Avenue, Chicago, IL 60611.
970507
CT970501

Copyright © 1997 - Chicago Tribune. All rights reserved. Reproduced with permission. Reproduction of this article (other than one copy for personal reference) must be cleared through the Chicago Tribune, Permissions Desk, 435 North Michigan Avenue, Chicago, IL 60611 http://www.chicagotribune.com

AEGiS is made possible through unrestricted grants from Boehringer Ingelheim, Elton John AIDS Foundation, iMetrikus, Inc., John M. Lloyd Foundation, the National Library of Medicine, and donations from users like you. Always watch for outdated information. This article first appeared in 1997. This material is designed to support, not replace, the relationship that exists between you and your doctor.

AEGiS presents published material, reprinted with permission and neither endorses nor opposes any material. All information contained on this website, including information relating to health conditions, products, and treatments, is for informational purposes only. It is often presented in summary or aggregate form. It is not meant to be a substitute for the advice provided by your own physician or other medical professionals. Always discuss treatment options with a doctor who specializes in treating HIV

Copyright ©1980, 1997. AEGiS. All materials appearing on AEGiS are protected by copyright as a collective work or compilation under U.S. copyright and other laws and are the property of AEGiS, or the party credited as the provider of the content. comments@aegis.org