UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Boudreaux v. Bayer Corp., et al* Case No. 2:14-cv-02720 | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on **April 18, 2017, at 9:00** o'clock a.m. (following the Pre-Trial Conference), or as soon thereafter as counsel can be heard, for an order Plaintiffs' Motion in Limine No. 13 Regarding Defendants' Corporate Character and Good Acts, and for such other and further relief as the Court may deem just and appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 29, 2017 | */s/ Leonard A. Davis* <br> Leonard A. Davis, Esq. (Bar No. 14190) <br> **HERMAN, HERMAN & KATZ, LLC** <br> 820 O'Keefe Avenue <br> New Orleans, LA  70113 <br> Phone:  (504) 581-4892 <br> Fax:  (504) 561-6024 <br> Email:  ldavis@hhklawfirm.com |

2

        Gerald E. Meunier (Bar No. 9471)
        **GAINSBURGH BENJAMIN DAVID MEUNIER**
        **& WARSHAUER, LLC**
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, LA  70163-2800
        Phone:  (504) 522-2304
        Fax: (504) 528-9973
        Email:  gmeunier@gainsben.com

        *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

        */s/ Leonard A. Davis*
        **LEONARD A. DAVIS**