# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> THOMAS MICHEL & NELLIE MICHEL, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, <br><br> Defendants. | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> Action No.: 2:2016-cv-8097 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of plaintiff in the above-captioned case be dismissed with prejudice, against all Defendants in this action, **Civil Action No. 2:16-cv-8097, only**. This stipulation shall not affect the lawsuit filed by Thomas Michel, which is currently pending in the MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-12985. All parties shall bear their own costs.

**BROWN AND CROUPPEN, PC**
By: /s/ Seth S. Webb
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
sethw@getbc.com
**Attorneys for Plaintiff**

Dated: 03-29-2017

**DRINKER BIDDLE & REATH LLP**
By: Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: 03-29-2017

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212)836-8689
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
601 Massachusetts Ave, NM
Washington, D.C. 20001
Telephone: (202)-942-5000
Facsimile: (202) 942-5999
William.hoffman@apks.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: 03-29-2017

**IRWIN FRITCHIE URQUHART & MOOR LLC**
By: James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: 03-29-2017

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Seth S. Webb