# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

### DEFENDANTS' JOINT MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING MARKETING, ADVERTISING, OR PROMOTIONAL MATERIALS NOT RELIED ON BY PLAINTIFF'S PRESCRIBING PHYSICIAN

For the reasons more fully set forth in the accompanying Memorandum, Plaintiffs should be precluded from presenting evidence and argument regarding marketing, advertising, or promotional materials not relied on by Dr. Kenneth Wong, Joseph Boudreaux, Jr.'s prescribing physician, in deciding to prescribe Xarelto®.

1

Respectfully submitted,

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko*<br>Susan M. Sharko<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com | By: /s/ *William Hoffman*<br>William Hoffman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@apks.com |
| Rodney M. Hudson<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Rodney.hudson@dbr.com | Andrew K. Solow<br>Steven Glickstein<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8485<br>andrew.solow@apks.com<br>steven.glickstein@apks.com |
| Chanda A. Miller<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2500<br>Chanda.Miller@dbr.com | BRADLEY ARANT BOULT CUMMINGS LLP<br><br>By: /s/ *Kevin C. Newsom*<br>Kevin C. Newsom<br>Lindsey C Boney IV<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place, 1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Telephone: (205) 521-8803<br>knewsom@bradley.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>Irwin Fritchie Urquhart & Moore LLC 400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>jirwin@irwinllc.com | CHAFFE MCCALL L.L.P.<br><br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>Chaffe McCall L.L.P.<br>1100 Poydras Street, Suite 2300 New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com |
| *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC* | *Attorneys for Bayer Health Care Pharmaceuticals Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**