# EXHIBIT D

# FDA analyses conclude that Xarelto clinical trial results were not affected by faulty monitoring device

**[10/11/2016]** In July 2016, the Alere INRatio device was recalled due to the potential to generate inaccurate results. This device was used to monitor warfarin therapy in the control group of the ROCKET-AF clinical trial, which provided the primary data to support the 2011 approval of the blood thinner drug Xarelto (rivaroxaban). Xarelto is indicated to reduce the rates of stroke and blood clots in patients with non-valvular atrial fibrillation.

Because of the concern about the Alere INRatio device, the FDA has completed a variety of analyses to assess the impact that this faulty monitoring device had on the ROCKET-AF study results. The Agency has determined that effects on strokes or bleeding, including bleeding in the head, were minimal. The FDA concludes that Xarelto is a safe and effective alternative to warfarin in patients with atrial fibrillation.

Additional information on these analyses can be found **here (http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/202439Orig1s000RocketAFReanalysis.pdf)**.

---

**More in Drug Safety and Availability (/Drugs/DrugSafety/default.htm)**

**Drug Alerts and Statements (/Drugs/DrugSafety/ucm215175.htm)**

**Medication Guides (/Drugs/DrugSafety/ucm085729.htm)**

**Drug Safety Communications (/Drugs/DrugSafety/ucm199082.htm)**

Drug Shortages (/Drugs/DrugSafety/DrugShortages/default.htm)                                       ⌄

Postmarket Drug Safety Information for Patients and Providers
(/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/default.htm)             ⌄

**Information by Drug Class (/Drugs/DrugSafety/InformationbyDrugClass/default.htm)**

**Medication Errors (/Drugs/DrugSafety/MedicationErrors/default.htm)**

Drug Safety Podcasts (/Drugs/DrugSafety/DrugSafetyPodcasts/default.htm)                            ⌄

Safe Use Initiative (/Drugs/DrugSafety/SafeUseInitiative/default.htm)

**Drug Recalls (/Drugs/DrugSafety/DrugRecalls/default.htm)**

Drug Supply Chain Integrity (/Drugs/DrugSafety/DrugIntegrityandSupplyChainSecurity/default.htm)