UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                                          *          SECTION L
THIS DOCUMENT RELATES TO:              *
    *Boudreaux v. Bayer Corp., et al.*          *          JUDGE ELDON E. FALLON
    **Case No. 2:14-cv-02720**                      *
                                                          *          MAGISTRATE JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 22

Before the Court is Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack Of Permission To Change The Label Of Xarelto Without Prior FDA Approval.  Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion in Limine No. 22 is **GRANTED**.  All witnesses and counsel are prohibited from commenting on, referring to, attempting to introduce testimony or evidence, or introducing testimony or evidence, suggesting that Defendants were not permitted to change the label for Xarelto without prior FDA approval.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**