UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION IN LIMINE NO. 26 REGARDING COMPENSATION OF DR. KESSLER

Plaintiffs move to prohibit all witnesses and counsel from commenting on, referring to, introducing testimony or evidence, attempting to elicit testimony of, or arguing, the following matters in the presence of the jury, whether directly or indirectly, and whether at *voir dire* or during trial:

(A) Any argument or reference to the compensation arrangement of David A. Kessler, M.D with the University of California; or

(B) Any argument or reference to Dr. Kessler's spending, billing and/or expenses as FDA Commissioner.

Dated: March 29, 2017

                                                    Respectfully submitted,

                                                    */s/ Leonard A. Davis*
                                                    Leonard A. Davis, Esq. (Bar No. 14190)
                                                    **HERMAN, HERMAN & KATZ, LLC**
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Telephone: (504) 581-4892
                                                    Facsimile: (504) 561-6024
                                                    Email: ldavis@hhklawfirm.com

                        Gerald E. Meunier (Bar No. 9471)
                        ***GAINSBURGH BENJAMIN DAVID MEUNIER***
                        ***& WARSHAUER, LLC***
                        2800 Energy Centre, 1100 Poydras Street
                        New Orleans, LA  70163-2800
                        Telephone:  (504) 522-2304
                        Facsimile: (504) 528-9973
                        Email:  gmeunier@gainsben.com

                        ***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

    */s/ Leonard A. Davis*
    **LEONARD A. DAVIS**