# EXHIBIT 1

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                     - - -
 4
        IN RE:  XARELTO          :  MDL NO. 2592
 5      (RIVAROXABAN) PRODUCTS   :
        LITIGATION               :  SECTION L
 6                               :
        THIS DOCUMENT RELATES    :  JUDGE ELDON
 7      TO ALL CASES             :  E. FALLON
                                 :
 8                               :
                                 :  MAG. JUDGE
 9                               :  NORTH
10
                           - - -
11
                    December 15, 2016
12
                           - - -
13
                       - PROTECTED -
14
       - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16              Videotaped deposition of
       DAVID A. KESSLER, M.D., taken pursuant to
17     notice, was held at the law offices of
       Douglas & London, 59 Maiden Lane, New
18     York, New York, beginning at 8:39 a.m.,
       on the above date, before Michelle L.
19     Gray, a Registered Professional Reporter,
       Certified Shorthand Reporter,  Certified
20     Realtime Reporter and Notary Public.
21                     - - -
22          GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

0386

01:        A.    My -- my professorship.

02:        Q.    Explain to me, if you would,

03:    how your professorship works.  Is it --

04:    do you consider it to be a full-time

05:    position?

06:        A.    Yes.  It's also my research.

07:    My book and everything else is part of

08:    that, yes.  I do research.

09:        Q.    Okay.  But my question is,

10:    you consider it to be a full-time

11:    position?

12:        A.    Yes, I think that's fair.

13:        Q.    Are you tenured?

14:        A.    Yes, I'm tenured.

15:        Q.    Do you know what the Health

16:    Services Compensation Plan is?

17:        A.    Yes.

18:        Q.    Are you a member of the

19:    Health Services Compensation Plan?

20:        A.    No.  I am exempt from it.  I

21:    was exempted from the Health Services

22:    Compensation Plan when I came to UCSF.

23:        Q.    And why are you exempt from

24:    it?

```
     0387
01:            A.    It was an exemption that was
02:      granted by UCOP.
03:            Q.    When?
04:            A.    When I first came, by Robert
05:      Dynes, I was exempt from it.
06:            Q.    When you were still the
07:      dean?
08:            A.    It was when I was dean and
09:      professor, before I came.  There was a
10:      letter that exempts me from it.
11:            Q.    And do you have possession
12:      of a letter?
13:            A.    I could find it somewhere.
14:      I mean, just somewhere there's a letter
15:      that exempts me from it.
16:            Q.    Would you be opposed to
17:      producing the letter to us?
18:            A.    Let me think about it.
19:            Q.    Do you recall the basis of
20:      the exemption?
21:            A.    That's what I was told.  I
22:      mean, I think if you read the letter
23:      itself, what I was told when I was
24:      recruited, that I was exempt.  And they
```

```
0388
01:    stuck to their word on it.
02:            Q.   And have you had any
03:    follow-up to make sure you still are
04:    exempt?
05:            A.   There's -- the exemption has
06:    been for -- lifelong at UCOP.
07:            Q.   Well, I guess my question
08:    is, so you have not had any follow-up?
09:                 MS. JEFFCOTT:  Object to
10:            form.
11:                 THE WITNESS:  I can't be --
12:            there's no reason.  I am exempt,
13:            the letter says.
14:    BY MR. HOROWITZ:
15:            Q.   Okay.  And your view is the
16:    way the letter is written and crafted
17:    there's no need to -- for you, after you
18:    were terminated as dean and just kept
19:    your professorship, you didn't -- you
20:    didn't feel that you needed to reverify
21:    whether you were still exempt?
22:            A.   No.  The letter actually has
23:    to do -- has nothing to do with me just
24:    as dean.  It was during my recruitment
```

0389

01:     for both.
02:            Q.   And do you understand what
03:     reporting obligations, if you were not
04:     exempt, you might have to the university
05:     with respect to your outside income?
06:            A.   Yes.  But I'm not subject to
07:     that.  I'm entitled to keep all my
08:     outside income.  That was the deal.
09:            Q.   Okay.  Is it fair to say
10:     then you do not currently provide any of
11:     your outside income information to the
12:     university?
13:            A.   I have to go back and check.
14:     I mean, I am exempt from the health
15:     sciences plan.
16:            Q.   And is it fair to say then
17:     that you do not share any of your outside
18:     income with the university?
19:                MS. JEFFCOTT:  Object to
20:          form.  Asked and answered.
21:                MR. HOROWITZ:  It's a
22:          different question.
23:                THE WITNESS:  The actual
24:          income, no, I don't share income.

```
0390
01:     BY MR. HOROWITZ:
02:            Q.    So is it fair to say then
03:     you keep all of the income personally
04:     that you obtain from your work through
05:     TPG, through boards of the -- of the for
06:     profit companies, your book royalties,
07:     your consulting, everything you do
08:     outside of your academic professorship,
09:     you keep all of that income.  Is that
10:     fair?
11:            A.    Per that agreement and
12:     that -- per that agreement, yes.  That
13:     was the agreement.
14:            Q.    One of the things that I
15:     wanted to ask you -- I actually didn't
16:     notice this, but one of my colleagues.
17:     Can you take a look at Appendix B of your
18:     report.  Exhibit 1 -- or maybe you have a
19:     separate --
20:            A.    Sure.
21:            Q.    And while you are pulling
22:     that, Exhibit B is your list of prior
23:     testimony?
24:            A.    Sure.
```