UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits A, B, and C in support of Defendants' Joint Motion *in Limine* No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto® in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Exhibits UNDER SEAL.

New Orleans, Louisiana, this ___ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

00404086                                       1