```
 1                    REALTIME DISCLAIMER
 2
 3          The realtime transcript of these proceedings is
 4   delivered unedited and uncertified.
 5
 6          The realtime unedited transcript shall not be relied
 7   upon for purposes of verbatim citation of the record or used
 8   for any purpose that requires a certified transcript of a
 9   proceeding.
10
11          The realtime transcript has not been edited,
12   proofread, or corrected.  It is a draft transcript and not
13   certified to be true and correct.  It may contain
14   computer-generated mistranslations of stenotype code or
15   electronic transmission errors, resulting in inaccurate or
16   nonsensical word combinations, or untranslated stenotype code
17   symbols which cannot be deciphered by nonstenotypists.
18
19          The realtime unedited transcript may differ from a
20   certified transcript of the same proceedings in content, page
21   and line numbers, punctuation, and formatting.  The realtime
22   unedited transcript contains no appearance page, index, or
23   certification page.
24
25                           * * *
```

08:47

## PROCEEDINGS

**(March 23, 2017)**

**THE COURT:** Be seated, please. Good morning, ladies and gentlemen. Call the case, please.

**THE DEPUTY CLERK:** MDL 2592 In re *Xarelto Products Liability Litigation*.

**THE COURT:** Counsel, make your appearance for the record, please, lease.

**MR. BARR:** Brian Barr for the plaintiffs.

**MR. IRWIN:** Good morning, Your Honor, Jim Irwin for the defendants.

**THE COURT:** We are here today on a number of motions. There are several motions have been filed. We will have oral argument on six. The parties have given to me a list of the motions. We will take them in the order. The first one is the defendant's preemption motion.

**MR. NEWSOM:** Good morning, Your Honor. Main Court. Kevin Newsom on behalf of the defendants. I'm your leadoff batter. My specific task as Your Honor has already mentioned is to argue the document listed at 5109 defendant's motion for summary judgment on the ground that federal law preempts plaintiffs dosing monitors and other design related claims.

As Your Honor knows from the briefing in the case, plaintiffs have now expressly abandoned a number of the claims that they had originally articulated including vessel

09:30

1  that's why we don't dismissal allegations.  We dismiss causes
2  of action.  They haven't moved to dismiss causes of action and
3  now they have attached I think it's Exhibit 47 a processed
4  order dismissing all these specific allegationsed in Boudreaux
5  and Orr complaint.  Your Honor, I would suggest if you are
6  inclined to consider that that is something that has to be
7  briefed by the parties they have thrown that in in a reply
8  brief now suggested you should do this.  I don't think it's
9  proper to start with particularly when you consider that these
10 are facts in support of our claims.  If they want to file a
11 motion in limine we could have that argument, but it's not
12 proper to dismiss them particularly the way they are trying to
13 do it by throwing it in.
14          **THE COURT:**  What is the design defect you see in this
15 drug?
16          **MR. BARR:**  Our design defect claim -- here it is.
17 The design defect claim is that Xarelto is unreasonably
18 dangerous in design because prior to approval defendants failed
19 to develop and incorporate into the design of the drug a
20 Xarelto calibrated Anti-Xa assay that allows doctors to manage
21 patient anticoagulation.  The assay does more than
22 Neoplastin PT.  Neoplastin PT is very effective for determining
23 people at high bleed risk and it's very effective to determine
24 if somebody has a drug on board.  So in the situation of
25 Ms. Orr she has gone into the emergency room she is bleeding

```
03:14    1            MR. BARR:  I don't want it.
         2            MS. SHARKO:  Before we leave I have a copy of the
         3   test tow decisions.
         4            (Proceedings adjourned.)
         5                           * * *
         6                     REALTIME DISCLAIMER
         7
         8            The realtime transcript of these proceedings is
         9   delivered unedited and uncertified.
        10
        11            The realtime unedited transcript shall not be relied
        12   upon for purposes of verbatim citation of the record or used
        13   for any purpose that requires a certified transcript of a
        14   proceeding.
        15
        16            The realtime transcript has not been edited,
        17   proofread, or corrected.  It is a draft transcript and not
        18   certified to be true and correct.  It may contain
        19   computer-generated mistranslations of stenotype code or
        20   electronic transmission errors, resulting in inaccurate or
        21   nonsensical word combinations, or untranslated stenotype code
        22   symbols which cannot be deciphered by nonstenotypists.
        23
        24            The realtime unedited transcript may differ from a
        25   certified transcript of the same proceedings in content, page
```

03:14   1  *and line numbers, punctuation, and formatting.  The realtime*
        2  *unedited transcript contains no appearance page, index, or*
        3  *certification page.*
        4
        5                              * * *