UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION IN LIMINE NO. 24
REGARDING REFERENCES TO ADVERTISING OR CHOICE OF COUNSEL**

For the reasons stated in the accompanying memorandum, Plaintiffs move to prohibit defendants from referencing the advertising practices or advertisements/websites of any counsel representing the plaintiffs, regardless of the form or media, and prohibiting defendants from attempting to introduce any testimony or evidence of said counsel's advertisements.  More specifically, Plaintiffs request an order prohibiting all witnesses and counsel from commenting on, referring to, attempting to introduce testimony or evidence about, or introducing testimony or evidence about choice of counsel, or any related advertisements, websites, public appearances, or other representations of these counsel related to Xarelto.

Dated:  March 29, 2017

                                                    Respectfully submitted,

                                                  */s/ Leonard A. Davis*
                                                  Leonard A. Davis, Esq. (Bar No. 14190)
                                                  **HERMAN, HERMAN & KATZ, LLC**
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana  70113
                                                  Telephone:  (504) 581-4892
                                                  Facsimile:  (504) 561-6024
                                                  Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**