UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 24

Before the Court is Plaintiffs' Motion in Limine No. 24 Regarding Advertising and Plaintiffs' choice of counsel.  Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion in Limine No. 24 is **GRANTED**.  All witnesses and counsel are prohibited from making comments or reference to the fact that plaintiff's attorneys have advertised in the past, or still advertise, nor may they attempt to introduce any testimony or evidence of said counsel's advertisements.  More specifically, all witness and counsel are prohibited from commenting on, referring to, attempting to introduce testimony or evidence about, or introducing testimony or evidence about plaintiffs' choice and identity of counsel, or mentioning any related advertisements, websites, public appearances, or other representations of these counsel related to Xarelto.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**