UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION L |
| *Boudreaux v. Bayer Corp., et al* Case No. 2:14-cv-02720 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT 2 TO
PLAINTIFFS' MOTION IN LIMINE NO 27
REGARDING MR. JOSEPH BOUDREAUX'S OTHER PRESCRIPTIONS**

# FILED UNDER SEAL