# EXHIBIT 3

# Boudreaux, Joseph

Volume 1 - 06/26/2016

## Full Transcript

Printed 03/26/2017 12:31PM CDT

CONFIDENTIAL

0042

01:     pressure?
02:         A.   Well, that's when they suggested that I
03:     try to do the walking and to keep the heart pumping
04:     properly and to exercise and...
05:         Q.   Did they explain to you or did you have an
06:     understanding that having high blood pressure can
07:     increase your risk of a heart attack or stroke?
08:         A.   Yes.
09:         Q.   What medicines do you take currently to
10:     treat your high blood pressure?
11:         A.   I think it's that lisinopril.  I'm not
12:     sure if I'm -- if one of those other ones is for my
13:     high blood pressure or my heart condition.  I'm on
14:     so many medications right now.  I know lisinopril is
15:     one of them for high blood pressure.  And that, I
16:     take daily.
17:         Q.   Now, when were you first diagnosed with
18:     diabetes?
19:         A.   This was when I was -- let's see.  I'm not
20:     sure about the year or time, but it's been a good
21:     five years ago.  And they called it borderline
22:     diabetes.  I was never on insulin or anything like
23:     that, just on the metformin.  That's what I take for
24:     diabetes.
25:         Q.   And you've taken that for at least the

```
0043
```

01:     past five years?
02:          A.   I would say about five years.
03:          Q.   Do you know who diagnosed you with
04:     diabetes?
05:          A.   That would have been Angelique Torres.
06:     She's part of the St. Ann Clinic Group.  She's at
07:     the office in Lockport itself.
08:          Q.   And you still continue to take metformin
09:     today?
10:          A.   Yes.
11:          Q.   You've taken it consistently for the past
12:     five years or more?
13:          A.   Yes, every day.
14:          Q.   When you were diagnosed by Dr. Torres as
15:     having diabetes, did she talk to you about the
16:     health consequences of having diabetes?
17:          A.   Yes.  They talked about special dieting
18:     and stuff like that, and try to lose some weight,
19:     and that it could be controlled, you know, without
20:     going on insulin because it wasn't -- I didn't have
21:     a, I guess you would say -- they called it a
22:     borderline case.
23:          Q.   Did she explain to you, though, what, you
24:     know, problems you could have if it did get
25:     uncontrolled?

```
0046
01:     you're having the attack or whatever.
02:           Q.   How often were you having the attacks?
03:           A.   Not that often, really.  I don't know.
04:     Maybe a couple of times a year.
05:           Q.   And when you would have the attack --
06:           A.   And sometimes not even that much, you
07:     know.
08:           Q.   And when you would have the attack, how
09:     long would it last?
10:           A.   Well, if I started taking the Indocin
11:     right away, if I had some and I started taking it
12:     right away, after a couple of days, it would
13:     start -- you know, it would ease up enough to where
14:     I could get by without too many problems, but it
15:     would take about maybe three or four days before it
16:     was completely gone.
17:           Q.   And how many pills of Indocin would you
18:     take?
19:           A.   I'm not sure.  I think it was like one
20:     every six hours as needed or something like that.
21:           Q.   And did you take the Indocin off and on up
22:     until -- or have you continued to take the Indocin
23:     off and on?
24:           A.   I still have some in case I do have an
25:     attack, but I haven't had to -- I haven't had an
```

```
0047
01:     attack now in a good three years probably.
02:          Q.   About how many attacks, if you can
03:     quantify it, have you had in the past 25 years?
04:          A.   Over that whole time?  Probably in the
05:     neighborhood of ten, maybe.
06:          Q.   Were there years where you didn't have any
07:     attacks because you just --
08:          A.   Yeah.
09:          Q.   Okay.  And every time you would have an
10:     attack, you would take the Indocin?
11:          A.   Yes.
12:          Q.   When was the last time you had an attack
13:     here?
14:          A.   I don't remember that.  It's been, like I
15:     said, about three years or more.
16:          Q.   Prior to January 2014, did you ever have
17:     to go to the emergency room for any reason?
18:          A.   I think I had to go one time for a kidney
19:     stone.  I was brought to the emergency room in
20:     Thibodaux, and -- but that's the only time that --
21:     the other kidney stones I had, I didn't have to go
22:     to the emergency room, but one time I did have to go
23:     to Thibodaux.  And I'm thinking that's the time when
24:     I couldn't pass it, and they had to put that stent
25:     to be able to go and grab it with that little basket
```

```
0102
```

01:     continue to take, the allopurinol and the

02:     hydrocodone-acetaminophen and the indomethacin, you

03:     were taking all of those in January of 2014?

04:          A.   Not necessarily.  I don't take them

05:     regular.

06:          Q.   Okay.

07:          A.   The allopurinol, yes.  That's a daily

08:     medication.  The other ones, the other two are only

09:     when needed.

10:          Q.   So were you taking

11:     hydrocodone-acetaminophen in -- well, let me just

12:     take them one at a time.  Were you taking

13:     hydrocodone-acetaminophen as needed in January of

14:     2014?

15:          A.   If I needed it, yes.

16:          Q.   Do you know how many tablets you took in

17:     January 2014?

18:          A.   Probably none.

19:          Q.   Do you recall one way or another?

20:          A.   If I didn't have a gout attack or a kidney

21:     stone, I wasn't taking it at all.

22:          Q.   How about Indomethacin?

23:          A.   That's the one for gout.  I didn't take

24:     that unless I had a gout attack.

25:          Q.   How many capsules did you take in January

```
0103
```

01:     of 2014?

02:          A.   None that I recall.

03:          Q.   Why would it be listed here if you weren't

04:     taking it; do you know?

05:          A.   I imagine --

06:                    MR. SMITH:  Object to form.

07:          A.   -- because I have it on hand.

08:     BY MS. DU PONT:

09:          Q.   So you did have Indomethacin at your home

10:     in January of 2014?

11:          A.   Yes.

12:          Q.   To take as needed?

13:          A.   If I needed it, yeah.

14:          Q.   And the same with respect to the

15:     hydrocodone-acetaminophen?

16:          A.   Same thing, yeah.

17:          Q.   And were you taking the metformin for your

18:     diabetes in January of 2014?

19:          A.   Yes.

20:          Q.   And then at the bottom here, sort of

21:     halfway down the page, it says, stop taking these

22:     medications:  Amlodipine, finasteride, lisinopril

23:     and terazosin?

24:          A.   Okay.  The finasteride and the terazosin,

25:     or whatever it is, they probably replaced it with

```
     0133

01:     record from The Cardiovascular Institute.  The
02:     primary cardiologist is Dr. Wong.  It's a medical
03:     record for Joseph Boudreaux.
04:             (Deposition Exhibit #18 was marked for
05:                     identification.)
06:         A.   Okay.
07:         Q.   And do you see the date is January 10th,
08:     2014?
09:         A.   Yeah.
10:         Q.   And that's shortly after you were released
11:     from the hospital, right?  You were released on the
12:     9th, and this is the day after?
13:         A.   I'm not sure.
14:         Q.   Can you just turn to the second page?
15:         A.   Okay.
16:         Q.   And do you see Current Medications?
17:         A.   Yes.
18:         Q.   And do you see that aspirin is listed as a
19:     current medication as of January 10th, 2014?
20:         A.   Yes.
21:         Q.   Do you see that indomethacin is listed as
22:     a current medication on January 10th, 2014?
23:         A.   I'm sorry?  What?
24:         Q.   Do you see that indomethacin or Indocin is
25:     listed?  It's the second to last one there.
```

0134

01:        A.    Yeah.

02:        Q.    That's also a current medication?

03:        A.    That's a list of all the current

04:   medications, but it's not necessarily that I was

05:   taking them every day, because that particular

06:   medication, I only took when I needed it for gout.

07:        Q.    And here it says, follow-up on Monday, at

08:   the bottom of the first page?

09:        A.    Yes.

10:        Q.    Okay.  Does this refresh your recollection

11:   that you saw Dr. Wong on January 10th, 2014?

12:        A.    Yes.

13:        Q.    Do you know when the next time you saw

14:   Dr. Wong was?

15:        A.    I don't recall if I went on that Monday or

16:   not.  I'm not sure.

17:        Q.    Let me just mark as Exhibit #19 the

18:   medical record from The Cardiovascular Institute in

19:   Raceland for Dr. [sic] Joseph Boudreaux.

20:              Can I have that one back?  I apologize.  I

21:   do this all the time.  I just marked the one that

22:   has the highlighting on it.

23:              (Deposition Exhibit #19 was marked for

24:                   identification.)

25:              And do you see how the date is January

```
0138
01:     medications --
02:          A.   Yes.
03:          Q.   -- that are listed here?
04:          A.   Yes.
05:          Q.   Which included amiodarone?
06:          A.   Yes.
07:          Q.   And fish oil?
08:          A.   Yes.
09:          Q.   And Lasix?
10:          A.   Yes.
11:          Q.   And do you know what was Lasix being
12:     prescribed for?
13:          A.   For fluid.
14:          Q.   And how about amiodarone?
15:          A.   That must -- that's the one that they
16:     must -- for the -- to strengthen the heart.
17:          Q.   And were you -- and you're also taking
18:     lisinopril?
19:          A.   Yes.
20:          Q.   And that's a hypertension drug?
21:          A.   Yes.
22:          Q.   And you were also taking metformin?
23:          A.   Yes.
24:          Q.   And that's for diabetes?
25:          A.   Diabetes.
```

```
0165
01:     milligrams.  It's a very low dose that I'm taking
02:     now.
03:          Q.   Do you take that in the morning?
04:          A.   In the morning, yeah.
05:          Q.   Once a day?
06:          A.   Yes.
07:          Q.   And so far, all of the medications that
08:     we've talked about are just once-a-day medications?
09:          A.   Yes.
10:          Q.   Okay.  What else?
11:          A.   Okay.  The metformin, that's for diabetes.
12:     I take that once a day in the morning.  Okay.  This
13:     metoprolol tartrate --
14:          Q.   Yeah.
15:          A.   -- I take a half a pill.  I cut them in
16:     half.  Instead of 50-milligram, I'm taking like 25
17:     in the morning and 25 at night.
18:          Q.   So you take that twice a day?
19:          A.   What's that?
20:          Q.   You take the metoprolol twice a day?
21:          A.   Yes, a half in the morning and a half at
22:     night.
23:          Q.   Okay.
24:          A.   Okay.  This pantoprazole, whatever,
25:     Protonix is the real name.
```

```
0206
01:          Q.   And if we look here in the current
02:     medications, it actually says that you would be
03:     taking those as needed; do you see that?
04:          A.   Yes.
05:          Q.   And with Vicodin, it says, as needed --
06:          A.   Yes.
07:          Q.   -- for pain?
08:               Is that consistent with your recollection
09:     of how you would take those medicines?
10:          A.   Yes.
11:          Q.   What were the reasons why you were
12:     prescribed those medicines?
13:          A.   For gout and for the pain of -- for the
14:     gout pain, and also the Indocin was to help clear up
15:     the -- I guess the uric acid, whatever it was, to
16:     cure the gout.
17:          Q.   Okay.  And is it your recollection that
18:     you would have only been taking those medicines
19:     during a period when you were suffering from gout?
20:          A.   Yes.
21:          Q.   Were you suffering from gout at any time
22:     during your use of Xarelto?
23:          A.   No.
24:          Q.   There were a series of questions about the
25:     number of sample bottles that you were provided by
```