# EXHIBIT 4

# Wong, Kenneth MD

Volume 1 - 07/11/2016

## Full Transcript

Printed 03/26/2017 12:33PM CDT

CONFIDENTIAL

```
0070
01:     things, but for preventions of heart attacks
02:     probably more than anything.
03:           Q.    Are you aware that aspirin or Ecotrin
04:     carries with it an increased risk of GI
05:     bleeding?
06:           A.    Yes.
07:           Q.    Finasteride, what is that?
08:           A.    This is for prostate.
09:           Q.    And that's for an enlarged prostate,
10:     is that what you mean by prostate?
11:           A.    Yes, it's to relax the prostate.
12:           Q.    What is fish oil for?
13:           A.    That's generalized supplements.  It's
14:     over the counter.
15:           Q.    And he is also taking or -- he is
16:     taking --
17:           A.    Pain medication.
18:           Q.    Pain medication, Vicodin as needed;
19:     is that correct?
20:           A.    Yes.
21:           Q.    And he is also taking as needed
22:     indomethacin or Indocin?
23:           A.    Yes.
24:           Q.    What is -- what is that?
25:           A.    It's an antiinflammatory medication.
```

```
0103
```

01:     correct?

02:          A.    Yes.

03:          Q.    But you considered the benefits of

04:     all these medications to outweigh the risks to

05:     Mr. Boudreaux at the time of his --

06:              MR. BIRCHFIELD:

07:                   Object to form.

08:              THE WITNESS:

09:                   If I'm not mistaken, though, he

10:          was also on some medication for his

11:          stomach as a prophylactic prevention.

12:     EXAMINATION BY MS. du PONT:

13:          Q.    That's Protonix; is that right?

14:          A.    Yes, right, one of those medications,

15:     yes.

16:          Q.    Did you prescribe that to him?

17:          A.    Well, he was on it.  I can't remember

18:     exactly, but we routinely -- I routinely put

19:     them on this as a preventive measure so they

20:     reduce their risk of a GI bleed.

21:                The Indocin, I think he was really

22:     just taking it as needed.  He was not taking it

23:     regularly, because he was not having a gout

24:     attack at that time, so I think he was taking

25:     that for gout.

```
0134
01:     would increase his bleeding, so no Indocin, make
02:     sure he is not taking his Indocin, and withhold
03:     the aspirin and the Xarelto and Lasix and the
04:     Lisinopril until we were sure what his volume is
05:     and to keep him well hydrated.
06:              We sent some blood work stat to the
07:     hospital.  And that's what I was -- I have been
08:     trying to pull this up and see if I can go to
09:     Ochsner website and see where he actually got --
10:     went from here, because from here to coming back
11:     and when he went to see Dr. Timothy, I don't
12:     know what happened.
13:          Q.   What happened.
14:          A.   I guess he got blood transfusions and
15:     all this and all that, but I don't have that
16:     record.
17:          Q.   And I just want to make sure that the
18:     record is clear.  You stopped the Indocin
19:     because there was -- the Indocin can --
20:          A.   Well, if you notice, I didn't say
21:     stop the Indocin.  I said no Indocin.  That
22:     means do not take it.  The question is -- I
23:     don't think he was even taking it before that,
24:     because he was just taking it as needed when he
25:     got the gout flareups, I would think, because
```