# EXHIBIT 5

# Boudreaux, Loretta

Volume 1 - 09/13/2016

## Full Transcript

Printed 03/26/2017 12:32PM CDT

CONFIDENTIAL

```
0181
01:          A.  I don't know that exactly, but I -- to my
02:     -- to me, he has not.
03:          Q.  Has he -- has he ever had what you thought
04:     or worried might be a heart attack?
05:          A.  No.
06:          Q.  And he's -- he's had gout for many years;
07:     is that right?
08:          A.  Yes.
09:          Q.  When is the last time he had an attack of
10:     the gout?
11:          A.  That must have been maybe five or
12:     six years ago.  And I know exactly because he
13:     can't walk.
14:          Q.  Okay.  In other words, you know when it's
15:     happening, because he can't walk; is that right?
16:          A.  Yes.
17:          Q.  All right.  He -- Dr. -- do you
18:     remember -- not doctor, but Nurse Practitioner
19:     Torres, do you remember she put him on allopurinol
20:     for his gout, something he takes every day to
21:     prevent attacks of gout as opposed to treating --
22:     treating them after they happen?  Do you remember
23:     that?
24:          A.  No.
25:          Q.  All right.  How frequent -- when --
```