# Exhibit 2

Original Investigation

# Research Misconduct Identified by the US Food and Drug Administration
## Out of Sight, Out of Mind, Out of the Peer-Reviewed Literature

Charles Seife, MS

**IMPORTANCE** Every year, the US Food and Drug Administration (FDA) inspects several hundred clinical sites performing biomedical research on human participants and occasionally finds evidence of substantial departures from good clinical practice and research misconduct. However, the FDA has no systematic method of communicating these findings to the scientific community, leaving open the possibility that research misconduct detected by a government agency goes unremarked in the peer-reviewed literature.

**OBJECTIVES** To identify published clinical trials in which an FDA inspection found significant evidence of objectionable conditions or practices, to describe violations, and to determine whether the violations are mentioned in the peer-reviewed literature.

**DESIGN AND SETTING** Cross-sectional analysis of publicly available documents, dated from January 1, 1998, to September 30, 2013, describing FDA inspections of clinical trial sites in which significant evidence of objectionable conditions or practices was found.

**MAIN OUTCOMES AND MEASURES** For each inspection document that could be linked to a specific published clinical trial, the main measure was a yes/no determination of whether there was mention in the peer-reviewed literature of problems the FDA had identified.

**RESULTS** Fifty-seven published clinical trials were identified for which an FDA inspection of a trial site had found significant evidence of 1 or more of the following problems: falsification or submission of false information, 22 trials (39%); problems with adverse events reporting, 14 trials (25%); protocol violations, 42 trials (74%); inadequate or inaccurate recordkeeping, 35 trials (61%); failure to protect the safety of patients and/or issues with oversight or informed consent, 30 trials (53%); and violations not otherwise categorized, 20 trials (35%). Only 3 of the 78 publications (4%) that resulted from trials in which the FDA found significant violations mentioned the objectionable conditions or practices found during the inspection. No corrections, retractions, expressions of concern, or other comments acknowledging the key issues identified by the inspection were subsequently published.

**CONCLUSIONS AND RELEVANCE** When the FDA finds significant departures from good clinical practice, those findings are seldom reflected in the peer-reviewed literature, even when there is evidence of data fabrication or other forms of research misconduct.

Editorial

Author Audio Interview at jamainternalmedicine.com

Supplemental content at jamainternalmedicine.com

*JAMA Intern Med.* doi:10.1001/jamainternmed.2014.7774
Published online February 9, 2015.

**Author Affiliation:** Arthur L. Carter Institute of Journalism at New York University, New York.

**Corresponding Author:** Charles Seife, MS, Arthur L. Carter Institute of Journalism at New York University, 20 Cooper Sq, Ste 628, New York, NY 10012 (charles.seife@nyu.edu).

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

As part of the drug approval process, the US Food and Drug Administration (FDA) regularly inspects clinical trial sites involved in FDA-regulated research to determine the degree to which these sites conform to regulations. The FDA regulations intend to ensure, among other things, that scientists adhere to good clinical practice and that they protect the rights of human participants. Such inspections often yield useful information about the reliability and quality of the clinical data produced at a clinical trial site.

An FDA inspection typically involves officials visiting a trial site and auditing the records kept at that site. During the course of several days, the inspectors verify that, among other things, the investigators adhered to the trial protocol, the participants had given informed consent, and the research had been duly approved by an institutional review board. The inspectors may also audit the data comparing, for example, an investigator's progress notes in hospital records with data reported to the study sponsor to ensure that there are no irregularities.[1]

The FDA classifies its inspections in 1 of 3 ways, depending on the gravity of violations found. *No action indicated* indicates that there were no substantial violations. *Voluntary action indicated* means that inspectors have found violations of good clinical practice, but the nature and extent of those problems are not serious enough to require sanction. The most severe classification, *official action indicated* (OAI), is reserved for cases in which the inspection identified objectionable conditions or practices significant enough to warrant regulatory action.[2] In the 2013 fiscal year, approximately 2% of the 644 inspections of trial sites carried out by the FDA's Bioresearch Monitoring organization were classified as OAI.[3] The nature and extent of the OAI violations, which include submission of false information and failure to report adverse events to the appropriate bodies, often raise questions about the validity and accuracy of the clinical trial site's data. Consequently, the FDA typically excludes data from a site that received an OAI when judging the safety or efficacy of a new drug.

The goals of the present study were to identify publications describing clinical trials that the FDA had determined had an OAI violation, to describe the violations, and to determine whether the published article or any subsequent correction acknowledged the violation.

## Methods

A multipronged approach was used to identify clinical trials with an OAI violation (**Figure**). The process began by attempting to identify clinical trial sites and principal investigators who had received an OAI violation. Although there is no public canonical list of OAI inspections, the FDA maintains a database containing the results of some of its inspections.[4] In July 2012, the database was searched for clinical investigators who had received an OAI. To obtain documents (form 483s and Establishment Inspection Reports) that provide details about a given inspection, Freedom of Information Act requests were made to the FDA. The request yielded documents related to 20 OAI-rated inspections, all dated before August 8, 2012, when the Freedom of Information Act request was submitted.



Figure. Relevant Clinical Trials

- 399 Warning letters, NIDPOEs, NOOHs, and disbarment documents
- 6 Documents acquired via Google searches on the http://www.fda.gov domain
- 35 Documents acquired through an FOIA request

↓

421 OAI-rated inspections

↓

101 Clinical trials affected by an OAI-rated inspection

→ 33 Unpublished clinical trials affected by an OAI-rated inspection

↓

68 Published clinical trials affected by an OAI-rated inspection

→ 11 Published clinical trials that could not be linked to specific violation described in an OAI-rated inspection

↓

57 Published clinical trials linked to specific violation described in an OAI-rated inspection

Identification of relevant clinical trials linked to specific violations described in an official action indicated (OAI)–rated inspection. Between October 7 and December 9, 2013, all warning letters that were issued to a clinical investigator after January 1, 1998, as well as all Notices of Disqualification Proceedings and Opportunity to Explain (NIDPOEs), Notices of Opportunity for a Hearing (NOOHs), and disbarment decisions that were on the US Food and Drug Administration's website, were reviewed. FOIA indicates Freedom of Information Act.

To supplement the data obtained from the searches of the FDA database, Google searches of the http://www.FDA.gov domain were performed. The most effective searches used combinations of phrases and their variants that were contained in documents describing OAI-rated inspections of clinical sites (eg, *classified as OAI*, *inspection summary*, *received an OAI*, *inspected*, *OAI classification*, and *inspection*). This strategy yielded documents related to 21 OAI-rated inspections.

The best source of documentation of OAI-rated inspections came from instances in which the FDA took regulatory action against clinical investigators. Such actions occur only when the failure to adhere to research regulations is considered particularly grave. In such cases, the FDA often issues 1 or more documents that detail the problems found in an inspection: warning letter, Notice of Disqualification Proceedings and Opportunity to Explain, Notice of Opportunity for Hearing, and official notification of disbarment or sanctions. Between October 7 and December 9, 2013, all warning letters that were issued to a clinical investigator after January 1, 1998 (letters regarding 298 inspections), as well as all Notices of Disqualification Proceedings, Notices of Opportunity for Hearing, and disbarment decisions that were on the FDA's website (documents concerning 82 inspections), were reviewed.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

The 3 methods of search yielded 421 OAI-rated inspections. We then attempted to link the sites and investigators described in the related inspection documents to specific clinical trials. Heavy redactions in most of these documents prevented this linkage in most cases (eAppendix in the Supplement). However, whenever we were able to identify a clinical trial that received an OAI finding, we searched the peer-reviewed literature for any resultant publications. If such publications were found, they were independently reviewed by the author and by a second reader with the goal of identifying any written acknowledgment about the violations identified by the FDA. Agreement between the 2 reviewers was high (κ = 0.85). One article noted that data "were either missing, or were considered unreliable by the investigator due to problems collecting accurate data."[5(p3)] The 2 reviewers disagreed about whether the unreliability might have been an oblique reference to problems found during an inspection. However, the inspection documents[6] detailed failures to obtain informed consent, falsified information, misreporting the dosage of drugs for at least 7 patients, and failure to record data on 10 patients. After discussion, the reviewers concurred that the language in the article was not an acknowledgment of the inspection findings.

PubMed and Thomson-Reuters' Web of Science were searched for any corrections, retractions, expressions of concern, or other comments in which those violations might have been aired after the article was published. Food and Drug Administration-related documents obtained in this investigation are available.[7]

## Results

### General Findings

There were approximately 600 clinical trials mentioned in the documents we gathered; owing to redactions, most of these trials could not be identified. However, in some cases, key information was not redacted from the documents, allowing us to identify 101 trials in which at least one clinical trial site received an OAI grade on an inspection (Figure).

Of those 101 clinical trials, we identified 68 for which results had been published in the peer-reviewed literature, resulting in a total of 95 publications. For 11 of the clinical trials that had been published, the documents were not sufficiently detailed for us to prove that the violations described in the document were specific to the trial in question, so they were excluded from the primary analysis (Table 1).* For example, 1 warning letter[8] and 1 Notice of Disqualification Proceedings and Opportunity to Explain[9] detailed violations in 7 clinical trials of stem cell therapies, which then resulted in 4 publications.[10,35-37] Because of the redactions in those documents, there was ambiguity about which of the 7 trials was linked to which violation described in the documents. It was possible to tie specific violations to only 3 of the 4 published trials[38-40]; the fourth trial[41] was therefore excluded from analysis.

For each of the 57 remaining trials, 1 or more FDA inspections of a trial site had uncovered evidence of significant departures from good clinical practice, such as underreporting of adverse events, violations of protocol, violations of recruitment guidelines, and various forms of scientific misconduct.

In 22 of these trials (39%), the FDA cited researchers for falsification or submission of false information; in 14 (25%), for problems with adverse events reporting; in 42 (74%), for failure to follow the investigational plan or other violations of protocol; in 35 (61%), for inadequate or inaccurate recordkeeping; in 30 (53%), for failure to protect the safety, rights, and welfare of patients or issues with informed consent or institutional review board oversight; and in 20 (35%), for violations not otherwise categorized. Examples of uncategorized violations include cases in which the investigators used experimental compounds in patients not enrolled in trials, delegated tasks to unauthorized personnel, or otherwise failed to supervise clinical investigations properly.

The 57 clinical trials in our analysis resulted in 78 articles published in the peer-reviewed literature (Table 2). Of these 78 articles, only 3 publications (4%) included any mention of the FDA inspection violations despite the fact that for 59 of those 78 articles (76%), the inspection was completed at least 6 months before the article was published. Researchers are usually given a form 483 within a day of the inspection, with the form detailing any problems found by the inspector.

For the 3 articles that mentioned the inspection violations, 1 stated that 1 of the trial sites "was found to have allegedly entered fraudulent data and was dropped from participation."[121(p390)] (References 76 through 184 are listed in the eReferences in the Supplement.) The research misconduct involved falsified laboratory test results in a phlebotomy trial. In the second instance, the article noted that the data from 1 clinical trial site were excluded owing to "protocol adherence and data quality issues."[111(p78)] According to the FDA documents, the researcher apparently eliminated the blinding in a randomized protocol so she "could control drug treatment assignments"[168(p7)] of her patients; she was also cited for falsification of data in 2 other protocols. In the third instance, an article explained that data from several patients were excluded from the efficacy analysis because "site monitoring raised questions in regard to certain data at 1 study site."[65(p431)] The FDA documents[64] allege that none of the individuals enrolled at 1 study site had met the inclusion criteria and that the responsible researcher had fabricated chest radiographs of participants and committed other forms of misconduct.

In no other instance did we find acknowledgment of problems found during an FDA inspection. In addition, we were unable to identify any corrections, retractions, comments, or notifications of concern published after FDA identification of the violations.

### Examples of Unreported Violations

To illustrate the importance of the unreported inspection violations, 4 cases cut examples are provided herein.

#### Case 1

A publication describing a stem cell trial in 26 patients with ischemic limbs stated that "all patients recognized and were aware of major clinical improvements in the treated (more is-

*References 12-16, 18-21, 24-26, 28, 29, 33, 34

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

Table 1. Clinical Trials and Publications With Possible but Not Definitive Instances of OAI-Rated Violations Excluded From the Primary Analysis[a]

| Drug/Biologic/ Procedure | Clinical Trial No. | Other Protocol Name | Source Document/ Publication Affected | Falsification[b] | Protocol[c] | Record-keeping[d] | Safety[e] | Other[f] |
|---|---|---|---|---|---|---|---|---|
| Autologous stem cells | NCT00548613 | 2007-02-I | NIDPOE,[8] warning letter[9]/ Lasala et al[10] | ... | ... | ... | P | Y |
| Bevacizumab | NCT00109070/ NCT00109226 | AVF2107g/ AVF2192g | NIDPOE[11]/Scappaticci et al[12] | P | ... | ... | P | P |
| Bevacizumab | NCT00109070/ NCT00109226 | AVF2107g/ AVF2192g | NIDPOE[11]/Kabbinavar et al[13] | P | ... | ... | P | P |
| Bevacizumab | NCT00109070/ NCT00109226 | AVF2107g/ AVF2192g | NIDPOE[11]/Kabbinavar et al[14] | P | ... | ... | P | P |
| Docetaxel | ... | TAX326 | NIDPOE[11]/Belani et al[15] | P | ... | ... | P | P |
| Docetaxel | ... | TAX326 | NIDPOE[11]/Fossella et al[16] | P | ... | ... | P | P |
| Etanercept | NCT00116714 | Radius-1 | NIDPOE[17]/Gibofsky et al[18] | ... | ... | P | P | ... |
| Etanercept | NCT00116714 | Radius-1 | NIDPOE[17]/Weaver et al[19] | ... | ... | P | P | ... |
| Etanercept | NCT00116714 | Radius-1 | NIDPOE[17]/Markenson et al[20] | ... | ... | P | P | ... |
| Etanercept | NCT00116714 | Radius-1 | NIDPOE[17]/Gibofsky et al[21] | ... | ... | P | P | ... |
| Lumiracoxib | NCT00366938 | ... | NIDPOE,[22] form 483[23]/ Dougados et al[24] | P | P | ... | ... | ... |
| Lumiracoxib | NCT00366938 | ... | NIDPOE,[22] form 483[23]/ Sheldon et al[25] | P | P | ... | ... | ... |
| Naproxcinod | NCT00504127 | ... | NIDPOE,[22] form 483[23]/ Schnitzer et al[26] | P | P | ... | ... | ... |
| Quetiapine | NCT00090324 | 112 | Clinical Review[27]/ Findling et al[28] | ... | ... | ... | ... | ... |
| Quetiapine | NCT00090311 | 149 | Clinical Review[27]/ Pathak et al[29] | ... | ... | ... | ... | ... |
| Telithromycin | ... | 3005 | Form 483 and EIR,[30] NIDPOE,[31] NOOH[32]/ Luterman et al[33] | P | P | ... | ... | ... |
| Telithromycin | ... | 3007 | Form 483 and EIR,[30] NIDPOE,[31] NOOH[32]/ Zervos et al[34] | P | P | ... | ... | ... |

Abbreviations: ADE, adverse drug event; ellipses, not applicable; OAI, official action indicated; P, violation identified but no definitive link; Y, definitive link.

[a] None of the clinical trials listed herein had violations having to do with reporting of ADEs.

[b] Falsification and/or submission of false information.

[c] Protocol issues included failure to follow investigational plan and/or other violations of protocol.

[d] Record-keeping issues included inadequate and/or inaccurate records.

[e] Safety issues included failure to protect rights, safety, and welfare of patients and/or issues related to informed consent or institutional review board notifications.

[f] Other issues were violations not otherwise categorized.

chemic) leg, despite no significant clinical changes in the control (less ischemic) leg."[37(p381)] However, an FDA document[169] revealed that 1 patient had a foot amputated 2 weeks after administration of the stem cells. We found no correction or retraction.

Case 2

Eight of 16 FDA inspections of sites involved in a clinical trial of rivaroxaban,[170] a novel anticoagulant, had been rated OAI. These inspections had uncovered evidence of various transgressions, such as "systemic discarding of medical records,"[171(p3)] unauthorized unblinding, falsification, and "concerns regarding improprieties in randomization."[172(p211)] Consequently, the entire study, RECORD 4 (Regulation of Coagulation in Orthopedic Surgery to Prevent Deep-Venous Thrombosis and Pulmonary Embolism 4), was deemed unreliable by the FDA.[171] These problems are not mentioned in the article describing the study's results[142] or in other publications associated with the trial.[144,145]

Case 3

A researcher was caught falsifying documents in a number of trials,[173-176] in part because those falsifications led to the death of a patient undergoing treatment in a clinical trial comparing 2 chemotherapy regimens. The researcher had falsified laboratory test results to hide the patient's impaired kidney and liver function, and the first dose of the treatment proved to be fatal. The researcher pleaded guilty to fraud and criminally negligent homicide and was sentenced to 71 months in prison. Although this episode is described in detail in FDA documents[11,67] as well as court documents,[177] none of the publications in the peer-reviewed literature associated with the chemotherapy study in which the patient died[70-72,178] have any mention of the falsification, fraud, or homicide. The publications associated with 2 of the 3 other studies for which the researcher falsified documents also do not report on the violations.[68,73]

Case 4

A clinical site in China taking part in a large trial of apixaban, a novel anticoagulant, had apparently altered patient records. If one were to exclude the data from the patients at that site, the claim of a statistically significant mortality benefit disappears.[179] For this reason, among others, the FDA wrestled with whether it was appropriate to allow the manufacturer to claim a mortality benefit. None of this discussion appears in the literature. The claim for the mortality benefit, which has

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

Table 2. Clinical Trials and Publications Affected by Official Action Indicated–Rated Inspections

| No. | Drug/Biologic/ Procedure | Clinical Trial No. | Other Protocol Name(s) | Source Document No./ Publication Affected[a] | Falsification[b] | ADE Reporting[c] | Protocol[d] | Record-keeping[e] | Safety[f] | Other[g] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1[h] | Alogliptin | NCT00707993 | SYR-322_303 | Clinical inspection summary[42]/ Rosenstock et al[43] | … | … | Y | Y | Y | … |
| 2 | Amoxicillin/ clavulanic acid extended-release | … | 25000/592 | NIDPOE,[44] NOOH,[45] debarment order[46]/ File et al[47] | Y | … | Y | … | … | … |
| 3 | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Granger et al[38] | Y | Y | … | … | … | … |
| 4[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Lopes et al[50] | Y | Y | Y | Y | Y | … |
| 5[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/McMurray et al[51] | Y | Y | Y | Y | Y | … |
| 6[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Wallentin et al[52] | Y | Y | Y | Y | Y | … |
| 7[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Garcia et al[53] | Y | Y | Y | Y | Y | … |
| 8[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Alexander et al[54] | Y | Y | Y | Y | Y | … |
| 9[h] | Apixaban | NCT00412984 | ARISTOTLE | Clinical inspection summary,[48] medical review[49]/Alexander et al[55] | Y | Y | Y | Y | Y | … |
| 10[h] | Asenapine | NCT00145470 | A7501008, P05844 | Warning letter[56]/Szegedi et al[57] | … | … | Y | Y | … | … |
| 11[h] | Autologous dendritic cells | … | 1997-064 | NOOH[58]/Redman et al[59] | … | … | Y | Y | … | … |
| 12 | Autologous stem cells | NCT00518401 | 2007-01-I | NIDPOE,[8] warning letter[9]/ Lasala et al[35] | … | … | … | … | Y | Y |
| 13[h] | Autologous stem cells | NCT00721006 | 2008-01-II | NIDPOE,[8] warning letter[9]/ Lasala et al[37] | … | Y | … | … | Y | Y |
| 14 | Autologous stem cells | NCT00643981 | 2007-03-I | NIDPOE,[8] warning letter[9]/ Lasala et al[36] | … | … | Y | … | Y | Y |
| 15 | Autologous tumor cells | … | 1995-243 | NOOH[58]/Chang et al[60] | … | … | Y | Y | … | … |
| 16[h] | Budesonide/ formoterol | NCT00206167 | D5899C00001 | NIDPOE[61]/Bleecker et al[62] | … | … | … | … | Y | … |
| 17 | Budesonide/ formoterol | NCT00206167 | D5899C00001 | NIDPOE[61]/Rennard et al[63] | … | … | … | … | Y | … |
| 18[h] | Cd34+ Cells | NCT00300053 | ACT34-CMI | NIDPOE[64]/Losordo et al[65] | Y | Y | Y | Y | … | Y |
| 19[h] | Cd34+ cells | NCT00300053 | ACT34-CMI | NIDPOE[64]/Povsic et al[66] | Y | Y | Y | Y | … | Y |
| 20[h] | Dfmo | NCT00003814 | ILEX-DFMO341 | NIDPOE,[67] NOOH[11]/Messing[68] | Y | … | Y | P | P | Y |
| 21 | Docetaxel | NCT00290966 | TAX325 | NIDPOE,[11] NOOH,[67] NOOH[69]/ Ajani[70] | Y | … | Y | Y | Y | … |
| 22 | Docetaxel | NCT00290966 | TAX325 | NIDPOE,[11] NOOH,[67] NOOH[69]/ Ajani[70] | Y | … | Y | Y | Y | … |
| 23[h] | Docetaxel | NCT00290966 | TAX325 | NIDPOE,[11] NOOH,[67] NOOH[69]/ Ajani et al[71] | Y | … | Y | Y | Y | … |
| 24[h] | Docetaxel | NCT00290966 | TAX325 | NIDPOE,[11] NOOH,[67] NOOH[69]/ Van Cutsem et al[72] | Y | … | Y | Y | Y | … |
| 25[h] | Docetaxel | … | TAX327 | NIDPOE,[11] NOOH,[67] NOOH[69]/ Tannock et al[73] | Y | … | Y | Y | Y | … |
| 26 | Erlotinib | NCT00081614 | AVF2938 | Warning letter[74]/ Bukowski et al[75] | … | … | Y | … | Y | … |
| 27[h] | Esomeprazole/ naproxen | NCT00527787 | PN400-301 | NIDPOE,[22] form 483[23]/ Goldstein et al[76] | Y | P | P | Y | … | … |
| 28 | Etanercept | NCT00116727 | Radius-2 | NIDPOE[17]/Gibofsky et al[18] | … | … | Y | Y | Y | … |
| 29 | Etanercept | NCT00116727 | Radius-2 | NIDPOE[17]/Weaver et al[19] | … | … | Y | Y | Y | … |
| 30[h] | Etanercept | NCT00116727 | Radius-2 | NIDPOE[17]/Markenson et al[20] | … | … | Y | Y | Y | … |
| 31[h] | Etanercept | NCT00116727 | Radius-2 | NIDPOE[17]/Gibofsky et al[21] | … | … | Y | Y | Y | … |
| 32 | Faropenem daloxate | … | 100288 | Form 483 and EIR,[77] warning letter,[78] warning letter[79]/ Upchurch et al[80] | … | … | Y | Y | P | … |
| 33[h] | Ferric carboxymaltose | NCT00982007 | 1VIT09031 | Warning letter[81]/ Onken et al[82] | … | … | … | Y | … | … |
| 34[h] | Fondaparinux | NCT00038961 | APOLLO | NIDPOE[83]/Turpie et al[84] | … | … | Y | Y | Y | Y |

(continued)

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

Table 2. Clinical Trials and Publications Affected by Official Action Indicated–Rated Inspections (continued)

| No. | Drug/Biologic/ Procedure | Clinical Trial No. | Other Protocol Name(s) | Source Document No./ Publication Affected[a] | Falsification[b] | ADE Reporting[c] | Protocol[d] | Record- keeping[e] | Safety[f] | Other[g] |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | Ibuprofen | NCT00225732 | 008a, CPI-CL-008 | Warning letter,[85] clinical inspection summary[86]/ Southworth et al[87] | … | Y | Y | Y | … | Y |
| 36[h] | Ibuprofen | NCT00225732 | 008b, CPI-CL-008 | Warning letter,[85] clinical inspection summary[86]/ Kroll et al[88] | … | … | Y | Y | … | Y |
| 37[h] | Indiplon | … | NBI34060-MR-0212 | NIDPOE[89]/Lydiard et al[90] | Y | … | Y | Y | … | … |
| 38[h] | Leuprolide acetate | … | … | Form 483,[91] EIR,[92] letter,[93] NIDPOE[94]/ Crawford et al[95] | Y | … | Y | Y | Y | Y |
| 39[h] | Ly518674 | NCT00133380 | H8D-MC-EMBF | Warning letter[96]/ Nissen et al[97] | … | … | Y | P | P | Y |
| 40[h] | Modified lymphocytes | … | 1990-489 | NOOH[58]/Chang et al[98] | … | … | Y | Y | Y | … |
| 41 | Modified lymphocytes | … | 1995-318 | NOOH[58]/DeBruyne et al[99] | … | … | Y | Y | … | … |
| 42[h] | Nebivolol | NCT00200460 | NEB302 | NIDPOE[100]/Weiss et al[101] | Y | Y | Y | Y | … | Y |
| 43 | Ofloxacin | … | PRT002/ PRT003 | NIDPOE,[102] NOOH,[103] proposal to debar/ NOOH,[104] debarment,[105] warning letter,[106] warning letter[107]/ Jones et al[108] | Y | … | Y | Y | Y | … |
| 44[h] | Olanzapine | … | FID-US-HGGD/ 2325 | NIDPOE,[109] Proposal to debar/ NOOH[110]/Tunis et al[111] | … | … | Y | … | P | … |
| 45[h] | Olanzapine | … | FID-US-HGGD/ 2325 | NIDPOE,[109] Proposal to debar/ NOOH[110]/ Ascher-Svanum et al[112] | … | … | Y | … | P | … |
| 46[h] | Olanzapine | … | FID-US-HGGD/ 2325 | NIDPOE,[109] Proposal to debar/ NOOH[110]/Faries et al[113] | … | … | Y | … | P | … |
| 47[h] | Olanzapine | NCT00103571 | F1D-US-HGLS | Warning letter[114]/Kinon et al[115] | … | … | Y | P | Y | … |
| 48[h] | Oxycontin extended-release | NCT01559701 | PTI-821-CM | NIDPOE[116]/Friedmann et al[117] | P | … | Y | Y | Y | … |
| 49[h] | Paliperidone palmitate | NCT00111189 | CR004198, R092670PSY300 | Warning letter[56]/ Kozma et al[118] | … | Y | Y | Y | Y | … |
| 50[h] | Paliperidone palmitate | NCT00111189 | CR004198, R092670PSY300 | Warning letter[56]/ Hough et al[119] | … | Y | Y | Y | Y | … |
| 51[h] | Paroxetine | … | 704 | NIDPOE,[109] proposal to debar, NOOH[110]/Geller et al[120] | Y | … | Y | Y | Y | … |
| 52[h] | Phlebotomy for atherosclerosis | NCT00032357 | FeAST | NIDPOE,[11] NOOH,[67] NOOH[69]/ Zacharski et al[121] | Y | … | … | … | … | … |
| 53[h] | Pomalidomide | NCT00072722 | … | Warning letter [122]/ Amato et al[123] | … | … | P | P | Y | … |
| 54[h] | Ranibizumab | NCT00445003 | LRTforDME +PRP | Warning letter,[124] form 483 and EIR,[125] warning letter[126]/ Googe et al[127] | Y | … | Y | … | … | Y |
| 55[h] | Ranibizumab | NCT00445003 | LRTforDME +PRP | Warning letter,[124] form 483 and EIR,[125] warning letter[126]/ Gangaputra et al[128] | Y | … | Y | … | … | Y |
| 56 | Ranibizumab | NCT00445003 | LRTforDME +PRP | Warning letter,[124] form 483 and EIR,[125] warning letter[126]/ Bhavsar et al[129] | Y | … | Y | … | … | Y |
| 57[h] | Ranibizumab | NCT00891735 | HARBOR | Warning letter[130]/ Busbee et al[131] | … | … | Y | Y | Y | … |
| 58[h] | Reduced glutathione | … | … | Warning letter[132]/ Bishop et al[133] | … | … | … | … | Y | Y |
| 59 | Rivaroxaban | NCT00329628 | RECORD 1 | Compliance review,[134] medical review,[135] other review[136]/ Eriksson et al[137] | … | Y | Y | Y | … | … |
| 60[h] | Rivaroxaban | NCT00332020 | RECORD 2 | NIDPOE,[48] Compliance review,[134] medical review,[135] other review[136]/ Kakkar et al[138] | Y | Y | Y | Y | Y | … |

(continued)

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

Table 2. Clinical Trials and Publications Affected by Official Action Indicated–Rated Inspections (continued)

| No. | Drug/Biologic/ Procedure | Clinical Trial No. | Other Protocol Name(s) | Source Document No./ Publication Affected[a] | Falsification[b] | ADE Reporting[c] | Protocol[d] | Record-keeping[e] | Safety[f] | Other[g] |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Rivaroxaban | NCT00361894 | RECORD 3 | Compliance review,[134] medical review,[135] other review[136]/ Lassen et al[139] | … | Y | Y | Y | Y | … |
| 62[h] | Rivaroxaban | NCT00362232 | RECORD 4 | Compliance review,[134] medical review,[135] other review,[136] form 483,[140] EIR[141]/ Turpie et al[142] | Y | Y | Y | Y | Y | Y |
| 63[h] | Rivaroxaban | NCT00329628/ NCT00332020/ NCT00361894 | RECORD 1, 2, 3 | Compliance review,[134] medical review,[135] other review[136]/ Eriksson et al[143] | Y | Y | Y | Y | Y | … |
| 64[h] | Rivaroxaban | NCT00329628/ NCT00332020/ NCT00361894/ NCT00329628 | RECORD 1, 2, 3, 4 | NIDPOE,[48] compliance review,[134] medical review,[135] other review,[136] form 483,[140] EIR[141]/ Eriksson et al[144] | Y | Y | Y | Y | Y | Y |
| 65[h] | Rivaroxaban | NCT00329628/ NCT00332020/ NCT00361894/ NCT00329628 | RECORD 1, 2, 3, 4 | NIDPOE,[48] compliance review,[134] medical review,[135] other review,[136] form 483,[140] EIR[141]/ Lassen et al[145] | Y | Y | Y | Y | Y | Y |
| 66[h] | Rocuronium | NCT00124722 | P05797 | Warning letter,[146] letter[147]/ Pirotta et al[5] | … | … | … | P | Y | Y |
| 67[h] | Rofecoxib | NCT00060476 | 2006_414, Formally P30A03LD, MK0966-201 | NIDPOE[83]/ van Adelsberg et al[148] | … | … | P | … | … | Y |
| 68[h] | Roflumilast | NCT00297102 | BY217/M2-124 | NIDPOE[61]/Calverley et al[149] | … | … | Y | Y | Y | Y |
| 69[h] | Ropinirole | … | SKF-101468/ 191 | NIDPOE[89]/Allen et al[150] | Y | … | Y | Y | … | … |
| 70 | Sodium oxybate | … | OMC-GHB-2 | Form 483 and EIR,[151] NIDPOE,[152] medical review[153]/ US Xyrema Multicenter Study Group[154] | P | P | … | P | P | Y |
| 71[h] | Sodium oxybate | … | OMC-GHB-3 | Form 483 and EIR,[151] NIDPOE,[152] medical review[153]/ US Xyrema Multicenter Study Group[155] | P | P | … | P | P | Y |
| 72[h] | Sodium oxybate | … | OMC-SXB-21 | Form 483 and EIR,[151] NIDPOE,[152] medical review[153]/ US Xyrema Multicenter Study Group[156] | P | P | … | P | P | Y |
| 73[h] | Thrombo-spondin-1 | NCT00073125 | … | Warning letter[122]/ Ebbinghaus et al[157] | … | … | P | P | Y | … |
| 74[h] | Tramadol extended-release | NCT00348010 | … | NIDPOE,[158] NOOH[159]/ Babul et al[160] | Y | Y | Y | Y | Y | … |
| 75[h] | Tramadol extended-release | NCT00347685 | … | NIDPOE,[158] NOOH[159]/ Pascual et al[161] | Y | Y | Y | Y | Y | … |
| 76[h] | Valsartan | NCT00154271 | CVAH631DUS02 | NIDPOE[162]/ Everett et al[163] | Y | Y | Y | Y | Y | … |
| 77[h] | Velimogene aliplasmid | NCT00044356 | VCL-1005-208 | Warning letter[164]/ Bedikian[165] | … | Y | Y | … | Y | … |
| 78[h] | Zolpidem modified-release | … | EFC4529/ ZOLADULT | NIDPOE,[89] medical review[166]/ Roth et al[167] | Y | … | Y | Y | … | … |

Abbreviations: ADE, adverse drug event; ellipses, not applicable; P, violation identified but no definitive link; Y, definitive link.

[a] References 76 through 167 are listed in the eReferences in the Supplement.

[b] Falsification and/or submission of false information.

[c] Violations having to do with reporting of ADEs.

[d] Protocol issues included failure to follow investigational plan and/or other violations of protocol.

[e] Record-keeping issues included inadequate and/or inaccurate records.

[f] Safety issues included failure to protect rights, safety, and welfare of patients and/or issues related to informed consent or institutional review board notifications.

[g] Other issues were violations not otherwise categorized.

[h] The article was published at least 6 months after the inspection was completed.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

appeared in the literature since 2011,[50,52,180] consistently relies on the full data set, including data from the site at which the research misconduct allegedly occurred. This is true even for an article that was published[52] nearly 18 months after the alleged research misconduct was discovered. In addition, the mortality benefit analysis of the FDA-approved drug label as of August 31, 2014, is also based on the full data set[181] despite a recommendation from the FDA's Office of Scientific Investigation that data from not just the problematic site but 23 additional suspect Chinese sites be excluded.[182] Despite the fraudulent data, when all the suspect Chinese sites are excluded rather than just the one at which the evidence of alleged research misconduct was found, the mortality benefit becomes statistically significant at the $P = .05$ level once again.[182] One FDA analyst, commenting on the "data quality issues" in this clinical trial, complained about the agency's lack of transparency and poor handling of evidence of problems with trial data: Some of the responsibility for the data quality issues rests with us, the FDA: We have approved drugs ignoring similar data quality issues, granting superiority claims, and not discussing in the labels the data quality issues. We must stop doing this.[182(p19)]

## Discussion

Our study has some limitations. The data are descriptive rather than quantitative. We do not know how many publications derive from trials that received an OAI finding or whether a full sample of such publications would show a higher or lower rate of acknowledging inspection violations. Our search strategy was limited by the information publicly available. For example, the FDA database of clinical inspections is infrequently updated. In addition, documents from certain time periods and certain regions of the country were harder to locate than others, indicating that our search was biased. Moreover, the records that the FDA makes available are incomplete and often heavily redacted. The nature of the redactions—and thus, our likelihood of linking a given document to a specific clinical trial—also varied depending on which FDA officer was performing the redaction and the year in which the redactions were performed. All of these limitations prevent generalization of our findings to the entire population of clinical trials. Finally, problems uncovered during inspections of clinical trial sites represent only a fraction of the departures from good clinical practice of which the FDA becomes aware. For example, the FDA sometimes learns of departures from good clinical practice through communications with and inspections of organizations sponsoring and responsible for conducting clinical trials; these instances were not part of our investigation.

Even though several inspection documents reviewed here described major violations of good clinical practice, including allegations of fabrication and other forms of research misconduct, it was rare that objectionable conditions or practices uncovered by the FDA were reflected in the peer-reviewed literature.

Of course, not all violations are of equal severity. When a clinical trial site receives an OAI, it does not mean that the violations need be acknowledged in an article or, if discovered after publication of the study, warrant a correction. Even in the case of data fabrication, there is occasional ambiguity. For example, in a clinical trial[183] of a drug administered via intravitreal injection, a researcher apparently fabricated images of patients' retinas. Although one might argue that an article in which those images were used as data[128] might require a correction, it is unclear whether another article that addresses the study's infection rates associated with intravitreal injections,[129] without relying on the retinal images to support the findings, would be similarly affected. Furthermore, data are sometimes excluded from peer-reviewed publications, occasionally without explanation. Consequently, in some of the articles (Table 2), tainted data might be handled properly, even if not explicitly remarked upon in the publication; it was not possible in the present study to determine how often this occurred.

## Conclusions

The findings presented in this study should give us pause. This investigation has found numerous studies for which the FDA determined there was significant evidence of fraudulent or otherwise problematic data. Such issues raise questions about the integrity of a clinical trial, and mention of these problems is missing from the relevant peer-reviewed literature. The FDA does not typically notify journals when a site participating in a published clinical trial receives an OAI inspection, nor does it generally make any announcement intended to alert the public about the research misconduct that it finds. The documents the agency discloses tend to be heavily redacted. As a result, it is usually very difficult, or even impossible, to determine which published clinical trials are implicated by the FDA's allegations of research misconduct.

The FDA has legal as well as ethical responsibilities regarding the scientific misconduct it finds during its inspections. When the agency withholds the identity of a clinical trial affected by scientific misconduct, it does so because it considers the identity to be confidential commercial information, which it feels bound to protect.[184] However, failing to notify the medical or scientific communities about allegations of serious research misconduct in clinical trials is incompatible with the FDA's mission to protect the public health. Such allegations are relevant to include in the peer-reviewed literature on which physicians and other medical researchers rely to help them choose treatments that they offer to patients and other research participants.

To better serve the public health, the FDA should make unredacted information about its findings of research misconduct more readily available. The agency should make sure that any substantial evidence of misconduct is available to editors and readers of the scientific literature. One possible mechanism for this would be to use the national clinical trials database: any OAI inspection affecting a trial site should be promptly noted at http://www.clinicaltrials.gov. The FDA should also create a website or a publicly available database that lists all OAI-rated inspections of

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

clinical sites and provides links to copies of the relevant, unredacted, inspection-related documents.

The FDA should be more transparent about its findings of research misconduct; however, most of the burden for ensuring the integrity of the research in the peer-reviewed literature falls to the authors of the articles submitted to peer-reviewed journals. Currently, there is no formal requirement for authors seeking to publish clinical trial data to disclose any adverse findings noted during FDA inspections. Journals should require that any such findings be disclosed. Voluntary disclosures are never foolproof, but, as with conflict-of-interest statements, requiring authors and journals to be forthcoming about significant departures from good clinical practice will help raise the standard for the reporting of research toward greater transparency.

**ARTICLE INFORMATION**

**Accepted for Publication:** December 3, 2014.

**Published Online:** February 9, 2015. doi:10.1001/jamainternmed.2014.7774.

**Conflict of Interest Disclosures:** None reported.

**Funding/Support:** All financial and material support for this study was provided by New York University.

**Role of the Funder/Sponsor:** New York University had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Additional Contributions:** Graduate students from New York University's Science, Health, and Environmental Reporting and Business and Economic Reporting programs assisted with data collection and analysis: Lydia Anderson, MA, Rebecca Cudmore, MA, Kathryn Free, MA, Chelsea Harvey, MA, Joshua Krisch, MA, Jamie Lee, MA, Sarah Lewin, MA, Claire Maldarelli, MA, Elizabeth Newbern, MA, Hannah Newman, MA, Amy Nordrum, MA, Alexandra Ossola, MA, Neel Patel, MA, Krystnell Storr, MA, and Manasi Vaidya MA. Rob Garver and Tom Detzel of ProPublica contributed to useful discussions. Ms Anderson was compensated from the author's research account for her role as the second reader of medical articles. No other individuals were compensated for their contributions.

**REFERENCES**

**1**. US Food and Drug Administration, Office of Good Clinical Practice. Information sheet guidance for IRBs, clinical investigators, and sponsors: FDA inspections of clinical investigators. June 2010. 2014. http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126553.pdf. Accessed July 16, 2014.

**2**. US Food and Drug Administration, Office of Regulatory Affairs. Field management directive—establishment inspection reports conclusions and decisions; December 29, 2011. http://www.fda.gov/downloads/ICECI/Inspections/FieldManagementDirectives/UCM289084.pdf. Accessed March 8, 2014.

**3**. US Food and Drug Administration. Bioresearch monitoring (BIMO) Metrics–FY'13. http://www.fda.gov/downloads/ScienceResearch/SpecialTopics/RunningClinicalTrials/UCM381797.pdf. Accessed April 7, 2014.

**4**. The clinical investigator inspection list. http://www.accessdata.fda.gov/scripts/cder/cliil/index.cfm. Accessed July 2012.

**5**. Tirotta CF, Brandom B, Siddiqi MS, et al. Time course of rocuronium-induced neuromuscular blockade in pediatric patients: a phase III, randomized, dose-response study. *J Anesthe Clinic Res*. 2012;3:189. doi:10.4172/2155-6148.

**6**. Warning letter issued to Charles Cote, March 2, 2009 (document 8). http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm132595.htm. Accessed March 7, 2014.

**7**. FDA-inspection-related documents. Charles Seife website. http://www.charlesseife.com/fdadocuments.html. Accessed January 20, 2015.

**8**. Warning letter issued to TCA Cellular Therapy, LLC, August 15, 2011 (document 6). http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm268796.htm. Accessed March 7, 2014.

**9**. Notice of Initiation of Disqualification Proceedings and Opportunity to Explain. Issued to Gabriel Lasala, February 16, 2012 (document 5). http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm132595.htm. Accessed March 7, 2014.

**10**. Lasala GP, Silva JA, Allers C, Minguell JJ. Combination cell therapy for the treatment of acute myocardial infarction. *Int J Cardiol*. 2012;157(2):293-294.

**11**. NIDPOE issued to James A. Holland, September 22, 2004 (document 60). http://www.fda.gov/RegulatoryInformation/FOI/ElectronicReadingRoom/ucm105756.htm. Accessed January 20, 2015.

**12**. Scappaticci FA, Skillings JR, Holden SN, et al. Arterial thromboembolic events in patients with metastatic carcinoma treated with chemotherapy and bevacizumab. *J Natl Cancer Inst*. 2007;99(16):1232-1239.

**13**. Kabbinavar FF, Wallace JF, Holmgren E, et al. Health-related quality of life impact of bevacizumab when combined with irinotecan, 5-fluorouracil, and leucovorin or 5-fluorouracil and leucovorin for metastatic colorectal cancer. *Oncologist*. 2008;13(9):1021-1029.

**14**. Kabbinavar FF, Hurwitz HI, Yi J, Sarkar S, Rosen O. Addition of bevacizumab to fluorouracil-based first-line treatment of metastatic colorectal cancer: pooled analysis of cohorts of older patients from two randomized clinical trials. *J Clin Oncol*. 2009;27(2):199-205.

**15**. Belani CP, Pereira JR, von Pawel J, et al; TAX 326 study group. Effect of chemotherapy for advanced non-small cell lung cancer on patients' quality of life: a randomized controlled trial. *Lung Cancer*. 2006;53(2):231-239.

**16**. Fossella F, Pereira JR, von Pawel J, et al. Randomized, multinational, phase III study of docetaxel plus platinum combinations versus vinorelbine plus cisplatin for advanced non-small-cell lung cancer: the TAX 326 study group. *J Clin Oncol*. 2003;21(16):3016-3024.

**17**. NIDPOE issued to Peggy Ann Garjian, August 25, 2008. http://www.fda.gov/downloads/regulatoryinformation/foi/electronicreadingroom/ucm143679.pdf. Accessed January 20, 2015.

**18**. Gibofsky A, Palmer WR, Goldman JA, et al. Real-world utilization of DMARDs and biologics in rheumatoid arthritis: the RADIUS (Rheumatoid Arthritis Disease-Modifying Anti-Rheumatic Drug Intervention and Utilization Study) study. *Curr Med Res Opin*. 2006;22(1):169-183.

**19**. Weaver AL, Lautzenheiser RL, Schiff MH, et al; RADIUS Investigators. Real-world effectiveness of select biologic and DMARD monotherapy and combination therapy in the treatment of rheumatoid arthritis: results from the RADIUS observational registry. *Curr Med Res Opin*. 2006;22(1):185-198.

**20**. Markenson JA, Gibofsky A, Palmer WR, et al. Persistence with anti-tumor necrosis factor therapies in patients with rheumatoid arthritis: observations from the RADIUS registry. *J Rheumatol*. 2011;38(7):1273-1281.

**21**. Gibofsky A, Palmer WR, Keystone EC, et al. Rheumatoid arthritis disease-modifying antirheumatic drug intervention and utilization study: safety and etanercept utilization analyses from the RADIUS 1 and RADIUS 2 registries. *J Rheumatol*. 2011;38(1):21-28.

**22**. NIDPOE issued to Howard W. Marker, January 29, 2009. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM143608.pdf. Accessed January 20, 2015.

**23**. Form 483, EIR, and patient affidavits regarding Howard W. Marker, May 2, 2008. http://www.documentcloud.org/documents/1215430-68-marker483eirandaffadavits.html. Accessed January 21, 2015.

**24**. Dougados M, Moore A, Yu S, Gitton X. Evaluation of the patient acceptable symptom state in a pooled analysis of two multicentre, randomised, double-blind, placebo-controlled studies evaluating lumiracoxib and celecoxib in patients with osteoarthritis. *Arthritis Res Ther*. 2007;9(1):R11.

**25**. Sheldon E, Beaulieu A, Paster Z, Dutta D, Yu S, Sloan VS. Efficacy and tolerability of lumiracoxib in the treatment of osteoarthritis of the knee: a 13-week, randomized, double-blind comparison with celecoxib and placebo. *Clin Ther*. 2005;27(1):64-77.

**26**. Schnitzer TJ, Hochberg MC, Marrero CE, Duquesroix B, Frayssinet H, Beekman M. Efficacy and safety of naproxcinod in patients with osteoarthritis of the knee: a 53-week prospective randomized multicenter study. *Semin Arthritis Rheum*. 2011;40(4):285-297.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

**27**. Clinical Review, NDA020639, May 11, 2009. http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/020639Orig1s049OtherR.pdf. Accessed January 20, 2015.

**28**. Findling RL, McKenna K, Earley WR, Stankowski J, Pathak S. Efficacy and safety of quetiapine in adolescents with schizophrenia investigated in a 6-week, double-blind, placebo-controlled trial. *J Child Adolesc Psychopharmacol*. 2012;22(5):327-342.

**29**. Pathak S, Findling RL, Earley WR, Acevedo LD, Stankowski J, Delbello MP. Efficacy and safety of quetiapine in children and adolescents with mania associated with bipolar I disorder: a 3-week, double-blind, placebo-controlled trial. *J Clin Psychiatry*. 2013;74(1):e100-e109. doi:10.4088/JCP.11m07424.

**30**. Form 483 and EIR regarding C. Andrew DeAbate, June 27, 2000. http://www.documentcloud.org/documents/1215355-1-deabate483andeir.html. Accessed January 21, 2015.

**31**. NIDPOE issued to C. Andrew DeAbate, April 13, 2001. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM144492.pdf. Accessed January 20, 2015.

**32**. NOOH issued to C. Andrew DeAbate, November 28, 2003. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM144492.pdf. Accessed January 20, 2015.

**33**. Luterman M, Tellier G, Lasko B, Leroy B. Efficacy and tolerability of telithromycin for 5 or 10 days vs amoxicillin/clavulanic acid for 10 days in acute maxillary sinusitis. *Ear Nose Throat J*. 2003;82(8):576-580, 82-84, 586 passim.

**34**. Zervos MJ, Heyder AM, Leroy B. Oral telithromycin 800 mg once daily for 5 days versus cefuroxime axetil 500 mg twice daily for 10 days in adults with acute exacerbations of chronic bronchitis. *J Int Med Res*. 2003;31(3):157-169.

**35**. Lasala GP, Silva JA, Gardner PA, Minguell JJ. Combination stem cell therapy for the treatment of severe limb ischemia: safety and efficacy analysis. *Angiology*. 2010;61(6):551-556.

**36**. Lasala GP, Silva JA, Kusnick BA, Minguell JJ. Combination stem cell therapy for the treatment of medically refractory coronary ischemia: a phase I study. *Cardiovasc Revasc Med*. 2011;12(1):29-34.

**37**. Lasala GP, Silva JA, Minguell JJ. Therapeutic angiogenesis in patients with severe limb ischemia by transplantation of a combination stem cell product. *J Thorac Cardiovasc Surg*. 2012;144(2):377-382.

**38**. ClinicalTrials.gov. Combination Stem Cell Therapy for the Treatment of Severe Leg Ischemia. NCT00518401. http://clinicaltrials.gov/ct2/show/NCT00518401. Accessed March 7, 2014.

**39**. ClinicalTrials.gov. Combination Stem Cell Therapy for the Treatment of Severe Coronary Ischemia. NCT00643981. http://clinicaltrials.gov/ct2/show/NCT00643981. Accessed March 7, 2014.

**40**. ClinicalTrials.gov. Phase II Combination Stem Cell Therapy for the Treatment of Severe Leg Ischemia. NCT00721006. http://clinicaltrials.gov/ct2/show/NCT00721006. Accessed March 7, 2014.

**41**. ClinicalTrials.gov. Combination Stem Cell (MESENDO) Therapy for Utilization and Rescue of Infarcted Myocardium. NCT00548613. http://clinicaltrials.gov/ct2/show/NCT00548613. Accessed March 7, 2014.

**42**. Clinical inspection summary, NDA022271, February 3, 2012;128. http://www.accessdata.fda.gov/drugsatfda_docs/nda/2013/022271Orig1s000OtherRedt.pdf. Accessed January 21, 2015.

**43**. Rosenstock J, Wilson C, Fleck P. Alogliptin versus glipizide monotherapy in elderly type 2 diabetes mellitus patients with mild hyperglycaemia: a prospective, double-blind, randomized, 1-year study. *Diabetes Obes Metab*. 2013;15(10):906-914.

**44**. NIDPOE issued to Kim C. Hendrick, May 11, 2006. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM143707.pdf. Accessed January 20, 2015.

**45**. NOOH issued to Kim C. Hendrick, July 1, 2009. http://www.fda.gov/RegulatoryInformation/FOI/ElectronicReadingRoom/ucm259310.htm. Accessed January 21, 2015.

**46**. Debarment order regarding Kim C. Hendrick, August 4, 2009. http://www.circare.org/fdawls3/hendrick_20090804.pdf. Accessed January 20, 2015.

**47**. File TM Jr, Jacobs MR, Poole MD, Wynne B; 546, 547, 548, 549, 550, 551, 556, 557 and 592 Clinical Study Groups. Outcome of treatment of respiratory tract infections due to *Streptococcus pneumoniae*, including drug-resistant strains, with pharmacokinetically enhanced amoxycillin/clavulanate. *Int J Antimicrob Agents*. 2002;20(4):235-247.

**48**. NIDPOE issued to David Craig Loucks, August 18, 2009. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM180531.pdf. Accessed January 20, 2015.

**49**. Clinical Inspection Summary, NDA202155, May 18, 2012:44-74. http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202155Orig1s000OtherR.pdf. Accessed January 20, 2015.

**50**. Lopes RD, Al-Khatib SM, Wallentin L, et al. Efficacy and safety of apixaban compared with warfarin according to patient risk of stroke and of bleeding in atrial fibrillation: a secondary analysis of a randomised controlled trial. *Lancet*. 2012;380(9855):1749-1758.

**51**. McMurray JJ, Ezekowitz JA, Lewis BS, et al; ARISTOTLE Committees and Investigators. Left ventricular systolic dysfunction, heart failure, and the risk of stroke and systemic embolism in patients with atrial fibrillation: insights from the ARISTOTLE trial. *Circ Heart Fail*. 2013;6(3):451-460.

**52**. Wallentin L, Lopes RD, Hanna M, et al; Apixaban for Reduction in Stroke and Other Thromboembolic Events in Atrial Fibrillation (ARISTOTLE) Investigators. Efficacy and safety of apixaban compared with warfarin at different levels of predicted international normalized ratio control for stroke prevention in atrial fibrillation. *Circulation*. 2013;127(22):2166-2176.

**53**. Garcia DA, Wallentin L, Lopes RD, et al. Apixaban versus warfarin in patients with atrial fibrillation according to prior warfarin use: results from the Apixaban for Reduction in Stroke and Other Thromboembolic Events in Atrial Fibrillation trial. *Am Heart J*. 2013;166(3):549-558.

**54**. Alexander JH, Levy E, Lawrence J, et al. Documentation of study medication dispensing in a prospective large randomized clinical trial: experiences from the ARISTOTLE Trial. *Am Heart J*. 2013;166(3):559-565.

**55**. Alexander JH, Lopes RD, Thomas L, et al. Apixaban vs. warfarin with concomitant aspirin in patients with atrial fibrillation: insights from the ARISTOTLE trial. *Eur Heart J*. 2014;35(4):224-232.

**56**. Warning letter issued to Saroj Brar, March 20, 2008. http://www.fda.gov/downloads/Drugs/…/ucm054138.pdf. Accessed January 20, 2015.

**57**. Szegedi A, Calabrese JR, Stet L, Mackle M, Zhao J, Panagides J; Apollo Study Group. Asenapine as adjunctive treatment for acute mania associated with bipolar disorder: results of a 12-week core study and 40-week extension. *J Clin Psychopharmacol*. 2012;32(1):46-55.

**58**. NOOH issued to Alfred E. Chang, October 9, 2003. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM144539.pdf. Accessed January 20, 2015.

**59**. Redman BG, Chang AE, Whitfield J, et al. Phase Ib trial assessing autologous, tumor-pulsed dendritic cells as a vaccine administered with or without IL-2 in patients with metastatic melanoma. *J Immunother*. 2008;31(6):591-598.

**60**. Chang AE, Li Q, Bishop DK, Normolle DP, Redman BD, Nickoloff BJ. Immunogenetic therapy of human melanoma utilizing autologous tumor cells transduced to secrete granulocyte-macrophage colony-stimulating factor. *Hum Gene Ther*. 2000;11(6):839-850.

**61**. NIDPOE issued to Francisco Candal, March 2, 2011. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM250107.pdf. Accessed January 20, 2015.

**62**. Bleecker ER, Meyers DA, Bailey WC, et al. ADRB2 polymorphisms and budesonide/formoterol responses in COPD. *Chest*. 2012;142(2):320-328.

**63**. Rennard SI, Tashkin DP, McElhattan J, et al. Efficacy and tolerability of budesonide/formoterol in one hydrofluoroalkane pressurized metered-dose inhaler in patients with chronic obstructive pulmonary disease: results from a 1-year randomized controlled clinical trial. *Drugs*. 2009;69(5):549-565.

**64**. NIDPOE issued to Alan Niederman, November 1, 2010. http://www.fda.gov/downloads/RegulatoryInformation/FOI/ElectronicReadingRoom/UCM239218.pdf. Accessed January 20, 2015.

**65**. Losordo DW, Henry TD, Davidson C, et al; ACT34-CMI Investigators. Intramyocardial, autologous CD34+ cell therapy for refractory angina. *Circ Res*. 2011;109(4):428-436.

**66**. Povsic TJ, Losordo DW, Story K, et al. Incidence and clinical significance of cardiac biomarker elevation during stem cell mobilization, apheresis, and intramyocardial delivery: an analysis from ACT34-CMI. *Am Heart J*. 2012;164(5):689-697.e3.

**67**. NOOH issued to Paul H. Kornak, May 4, 2009 (document 59). http://www.fda.gov/RegulatoryInformation/FOI/

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015

/ElectronicReadingRoom/ucm181014.htm. Accessed January 20, 2015.

68. Messing E, Kim KM, Sharkey F, et al. Randomized prospective phase III trial of difluoromethylornithine vs placebo in preventing recurrence of completely resected low risk superficial bladder cancer. *J Urol*. 2006;176(2):500-504.

69. NOOH issued to James A. Holland, June 1, 2009. http://www.fda.gov/RegulatoryInformation/FOI/ElectronicReadingRoom/ucm182805.htm. Accessed January 20, 2015.

70. Ajani JA. Docetaxel in combination for advanced gastric cancer. *Gastric Cancer*. 2002;5 (suppl 1):31-34.

71. Ajani JA, Fodor MB, Tjulandin SA, et al. Phase II multi-institutional randomized trial of docetaxel plus cisplatin with or without fluorouracil in patients with untreated, advanced gastric, or gastroesophageal adenocarcinoma. *J Clin Oncol*. 2005;23(24):5660-5667.

72. Van Cutsem E, Moiseyenko VM, Tjulandin S, et al; V325 Study Group. Phase III study of docetaxel and cisplatin plus fluorouracil compared with cisplatin and fluorouracil as first-line therapy for advanced gastric cancer: a report of the V325 Study Group. *J Clin Oncol*. 2006;24(31):4991-4997.

73. Tannock IF, de Wit R, Berry WR, et al; TAX 327 Investigators. Docetaxel plus prednisone or mitoxantrone plus prednisone for advanced prostate cancer. *N Engl J Med*. 2004;351(15):1502-1512.

74. Warning letter issued to Ronald Bukowski, March 30, 2009. http://www.propublica.org/documents/item/12449-fda-warning-letter-for-ronald-bukowski%0A. Accessed January 20, 2015.

75. Bukowski RM, Kabbinavar FF, Figlin RA, et al. Randomized phase II study of erlotinib combined with bevacizumab compared with bevacizumab alone in metastatic renal cell cancer. *J Clin Oncol*. 2007;25(29):4536-4541.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archinte.jamanetwork.com/ on 02/25/2015