UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brozovich et al. v. Janssen Research & Development LLC., et al. 2:16-cv-17355*

## NOTICE OF SERVICE

**P**laintiffs, John Brozovich and James J. Coggeshall, by and through undersigned counsel

of record, hereby give Notice that the Complaint and Summons were placed in the U. S. Mail on

the dates indicated, addressed to the following:

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808
Via Certified Mail on March 29, 2017

Bayer Pharma AC
Attn:  Eva Gardyan-Eisenlohr, General Counsel
Muellerstrasse 178
13353 Berlin, Germany
Via Registered Mail on March 30, 2017

//


//

1

Dated: March 30, 2017.

ROSSBACH LAW, PC

By:  /s/ William A. Rossbach

William A. Rossbach
P.O. Box 8988
Missoula, MT 59807
Telephone: (406) 543-5156
Facsimile: (406) 728/8878
Email: bill@rossbachlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 30th day of March, 2017.

Respectfully submitted,


By:   /s/ William A. Rossbach