UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
                              :   MAGISTRATE JUDGE NORTH
                              :
                              :

**THIS DOCUMENT RELATES TO:**

*Marion L. Allen, et al. v. Janssen Research & Development, LLC et al;* Civil Action No.: 2:16-cv-03909

## PROPOSED ORDER

IT IS ORDERED that the Plaintiff, Marion L. Allen's Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer HealthCare, LLC, Bayer Corporation, and Bayer Pharma AG as valid under Pretrial Order Nos. 10, and 11 is herby GRANTED.

New Orleans, Louisiana, this  29th  day of   March   , 2017.

                                                      Hon. Eldon E. Fallon
                                                    United States District Judge