UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION: L <br> * <br> * JUDGE: ELDON E. FALLON <br> * MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hagop Haddajian v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-01974*
*Paul Prager v. Janssen Research & Development, LLC, et al., Case No. 2:17-cv-01970*

## ORDER

Plaintiffs, by their designated attorneys, have filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiffs' motion, finds that Plaintiffs have demonstrated that justice requires the grant of leave to file the proposed complaints. Therefore, Plaintiffs' motion is granted.

**SO ORDERED** that Plaintiffs' Amended Complaints and Demands for Jury Trial be filed with the Clerk of the Court and served within  30  days of the date of this Order; **SO ORDERED**, this  28th  day of  March , 2017.

_____
UNITED STATES DISTRICT JUDGE