UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits C-H in support of Defendants' Joint Motion in Limine No. 8 to Exclude Evidence and Argument Regarding the September 2015 Xarelto® Label And/Or Related Correspondence in the above-captioned matter UNDER SEAL (Rec. Doc. 5935)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Exhibits UNDER SEAL.

New Orleans, Louisiana, this 30th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

00403963

1