UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

THIS DOCUMENT RELATES TO:

JUDGE ELDON E. FALLON

Joseph J. Boudreaux, Jr., et al. v. Janssen et al.
Case No. 2:14-cv-02720

MAGISTRATE NORTH

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibit C in support of Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence or Argument that the Xarelto® Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with FDA's September 2016 Reanalysis that the Recall Did Not Impact the Results of ROCKET AF in the above-captioned matter UNDER SEAL (Rec. Doc. 5940)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Exhibit UNDER SEAL.

New Orleans, Louisiana, this 30th day of March, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE