UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dick Hatzikian*                                                                                                                    2:16-cv-07267

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Dick Hatzikian.

Dated: March 31, 2017

Respectfully submitted,

*s/Peyton P. Murphy*
PEYTON P. MURPHY (LA 22125)
2354 S. Acadian Thruway
Baton Rouge, Louisiana 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

*s/Todd C. Comeaux*
TODD C. COMEAUX (LA 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Peyton P. Murphy*
PEYTON P. MURPHY
