UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dick Hatzikian*                                                                                                2:16-cv-07627

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Lorene Hatzikian, surviving spouse of Dick Hatzikian, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Dick Hatzikian. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on March 31, 2017.

Dated: March 31, 2017

                                                    Respectfully submitted,

                                                    MURPHY LAW FIRM, LLC

                                                    s/*Peyton P. Murphy*
                                                    PEYTON P. MURPHY (LA # 22125)
                                                    2354 S. Acadian Thwy.
                                                    Baton Rouge, LA  70808
                                                    Telephone: (225) 928-8800
                                                    Facsimile: (225) 246-8780
                                                    Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                   s/*Peyton P. Murphy*
                                                  PEYTON P. MURPHY

# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
RIVERSIDE, CALIFORNIA

**STATE FILE NUMBER:** 3052017014502
**LOCAL REGISTRATION NUMBER:** 3201733000783

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 2/98)

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | DICK |
| 2. MIDDLE | A |
| 3. LAST (Family) | HATZIKIAN |
| 4. DATE OF BIRTH mm/dd/ccyy | 10/18/1926 |
| 5. AGE Yrs. | 90 |
| 6. SEX | M |
| 7. DATE OF DEATH mm/dd/ccyy | 01/17/2017 |
| 8. HOUR (24 Hours) | 1310 |
| 9. BIRTH STATE/FOREIGN COUNTRY | RI |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X YES |
| 12. MARITAL STATUS/SRDP at Time of Death | MARRIED |
| 13. EDUCATION – Highest Level/Degree | 12 ND |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | SALES MANAGER |
| 18. KIND OF BUSINESS OR INDUSTRY | DEPARTMENT STORE |
| 19. YEARS IN OCCUPATION | UNK |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 31130 S. GENERAL KEARNY ROAD #185 |
| 21. CITY | TEMECULA |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92591 |
| 24. YEARS IN COUNTY | 80 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | LORENE D. HATZIKIAN, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 31130 S. GENERAL KEARNY ROAD #185, TEMECULA, CA 92591 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | LORENE |
| 29. MIDDLE | DALE |
| 30. LAST (BIRTH NAME) | HAZELTON |
| 31. NAME OF FATHER/PARENT – FIRST | ARDASIAN |
| 32. MIDDLE | -- |
| 33. LAST | HATZIKIAN |
| 34. BIRTH STATE | ARMENIA |
| 35. NAME OF MOTHER/PARENT – FIRST | UNKNOWN |
| 36. MIDDLE | UNKNOWN |
| 37. LAST (BIRTH NAME) | UNKNOWN |
| 38. BIRTH STATE | UNKNOWN |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 01/26/2017 |
| 40. PLACE OF FINAL DISPOSITION | TEMECULA PUBLIC CEMETERY, 41911 C STREET, TEMECULA, CA 92592 |
| 41. TYPE OF DISPOSITION(S) | CR/BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | -- |
| 44. NAME OF FUNERAL ESTABLISHMENT | ALL CALIFORNIA CREMATION |
| 45. LICENSE NUMBER | FD1546 |
| 46. SIGNATURE OF LOCAL REGISTRAR | CAMERON KAISER, MD |
| 47. DATE | 01/25/2017 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | RESIDENCE |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | X Decedent's Home |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS | 31130 S. GENERAL KEARNY RD #185 |
| 106. CITY | TEMECULA |

### CAUSE OF DEATH

| Field | Cause | Time Interval | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| 107. IMMEDIATE CAUSE (A) | ACUTE CARDIOPULMONARY ARREST | MINS | X YES — 2017-00731 |
| (B) | CONGESTIVE HEART FAILURE | YRS | 109. BIOPSY PERFORMED? X NO |
| (C) | HYPERTENSION HEART DISEASE | YRS | 110. AUTOPSY PERFORMED? X NO |
| (D) | HYPERTENSION | YRS | 111. USED IN DETERMINING CAUSE? |

**112. OTHER SIGNIFICANT CONDITIONS:** ATRIAL FIBRILLATION

**113. WAS OPERATION PERFORMED:** NO

### PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114. I CERTIFY... Decedent Attended Since | 01/15/2017 |
| Decedent Last Seen Alive | 01/17/2017 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | AUNG THU M.D. |
| 116. LICENSE NUMBER | A70925 |
| 117. DATE | 01/24/2017 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | AUNG THU M.D., 245 N LAURSEN STREET, HEMET, CA 92543 |

### CORONER'S USE ONLY

119. MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined
120. INJURED AT WORK? YES / NO / UNK

*010C01003454701*

---

## CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Public Health.

**DATE ISSUED** Jan 25, 2017

001477738



DR. CAMERON KAISER, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**