**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Dick Hatzikian*                                                                                                  *2:16-cv-07267*

**ORDER**

      IT IS ORDERED that the Motion for Substitution of Lorene Hatzikian, surviving spouse of Dick Hatzikian, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE