# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| KEVIN BROWN, ) | |
| ) | MDL No. 2592 |
| Plaintiff, ) | |
| ) | Section: L. Judge Fallon |
| ) | Mag. Judge North |
| v. ) | |
| ) | Civil Action No. |
| JANSSEN RESEARCH & ) | 2:17-cv-02623 |
| DEVELOPMENT LLC f/k/a JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC;) | |
| JANSSEN ORTHO LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC.; f/k/a ) | |
| JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| HEALTHCARE PHARMACEUTICALS, ) | |
| INC.; BAYER PHARMA AG; BAYER ) | |
| CORPORATION; BAYER HEALTHCARE) | |
| LLC; BAYER HEALTHCARE AG; ) | |
| and BAYER AG, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff KEVIN BROWN, a party to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case without prejudice.

[*signatures appear on next page*]

This the 31st day of March, 2017.

**THE DIXON FIRM, PC**

/s/ SK Rod Dixon
SK ROD DIXON
Georgia Bar Number 223395

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-733-1166
404-478-7240 (fax)
*Attorneys for Plaintiff*

**MICHAEL A. MILLS, PC**

/s/ Michael A. Mills
MICHAEL A. MILLS
Georgia Bar. No. 509720

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-815-9220
678-317-0956 (fax)
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following Defendants of record

Bayer AG
5138
Leverkusen, Germany

Bayer Corporation
100 Bayer Road
Pittsburg, PA 15205

Bayer Healthcare AG
Kaier-Wilhelm-Allee 10
Leverkusen Nordrhein-Westfalen
51373 Germany

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

Bayer Pharma AG
Mullerstrasse 178
13353 Berlin
Germany

Bayer Healthcare, LLC
100 Bayer Road
Pittsburgh, PA 15205

3

Janssen Pharmaceuticals, Inc.
c/o The Corporation System
116 Pine Street
Suite 320
Harrisburg, PA 17101

Janssen Research & Development, LLC
c/o Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Ortho, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209* Orange Street
Wilmington, DE 19801

[*signatures appear on next page*]

This the 31st day of March, 2017.

                **THE DIXON FIRM, PC**

                /s/ SK Rod Dixon
                SK ROD DIXON
                Georgia Bar Number 223395

                1349 W. Peachtree Street
                Suite 1995
                Atlanta, Georgia 30309
                404-733-1166
                404-478-7240 (fax)
                *Attorneys for Plaintiff*

                **MICHAEL A. MILLS, PC**

                /s/ Michael A. Mills
                MICHAEL A. MILLS
                Georgia Bar. No. 509720

                1349 W. Peachtree Street
                Suite 1995
                Atlanta, Georgia 30309
                404-815-9220
                678-317-0956 (fax)
                *Attorneys for Plaintiff*