UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| All Cases | MAGISTRATE NORTH |

**O R D E R**

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Their Joint Opposition to Plaintiffs' Steering Committee's Motion to Unseal the Dispositive and *Daubert* Motions and Related Exhibits and Appendices A-C to said opposition:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Joint Opposition to Plaintiffs' Steering Committee's Motion to Unseal the Dispositive and *Daubert* Motions and Related Exhibits, as well as Appendices A-C to said opposition, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of March, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE