**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **All Cases** | **MAGISTRATE NORTH** |

**APPENDIX A**

# FILED UNDER SEAL