```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)          MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                      SECTION  L (5)

THIS DOCUMENT RELATES TO:
CASES LISTED ON ATTACHMENT
```

### ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies [Rec. Doc. 4926]. The Court granted this Motion on March 13, 2017, [Rec. Doc. 5725]. It has been brought to the Court's attention that the filing fees in the cases listed on the attachment have not yet been paid, pursuant to the terms and conditions listed in Pretrial Order No. 11B. Accordingly,

**IT IS ORDERED** that plaintiffs' counsel pay the required filing fee for each complaint listed on the attached list, in the amount of $400.00, within two weeks of entry of this order.

New Orleans, Louisiana this 31st day March, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Bailey, Joann | The Driscoll Firm | 2:16-cv-00113 |
| 2. | Ballard, Janie | The Murray Law Firm | 2:16-cv-03489 |
| 3. | Barnes, Buford | The Driscoll Firm | 2:16-cv-03901 |
| 4. | Barnes, Eva | Simmons Hanly Conroy | 2:16-cv-00572 |
| 5. | Bazan, Normalinda | The Driscoll Firm | 2:16-cv-08667 |
| 6. | Bethly, Jonathan | The Driscoll Firm | 2:16-cv-8672 |
| 7. | Blackburn, Richard | Fears | Nachawati | 2:16-cv-02731 |
| 8. | Blair, Billie | The Driscoll Firm | 2:16-cv-08680 |
| 9. | Blair, Kathy | The Driscoll Firm | 2:16-cv-09392 |
| 10. | Bradley, Brinda | The Driscoll Firm | 2:16-cv-09654 |
| 11 | Brune, James | The Driscoll Firm | 2:16-cv-09398 |
| 12. | Impemba, Diane | The Driscoll Firm | 2:16-cv-01014 |
| 13. | Jackson, James | The Driscoll Firm | 2:16-cv-8769 |
| 14. | Jordan, Joyce | The Driscoll Firm | 2:16-cv-09501 |
| 15. | Kincade, Thomas | The Driscoll Firm | 2:16-cv-08776 |
| 16. | Larkin, Donald | The Driscoll Firm | 2:16-cv-09507 |
| 17. | Mclead, Barry | The Driscoll Firm | 2:16-cv-08833 |
| 18. | Mcmahan, Anthony | The Driscoll Firm | 2:16-cv-8838 |
| 19. | Mills, Douglas | Flint Law Firm, LLC | 2:16-cv-02528 |
| 20. | Nance, Miriam | The Driscoll Firm | 2:16-cv-08881 |
| 21. | Odom, Conway | The Driscoll Firm | 2:16-cv-08886 |
| 22. | Peters, Martha | The Driscoll Firm | 2:16-cv-09514 |
| 23. | Pugh, Quentin | The Driscoll Firm | 2:16-cv-08894 |
| 24. | Rhodes, Clayburn | The Driscoll Firm | 2:16-cv-08928 |
| 25. | Sims, Harrison | The Driscoll Firm | 2:16-cv-08960 |
| 26. | Small, Lois | The Driscoll Firm | 2:16-cv-08962 |
| 27. | Spiller, Zettie A | Monsour Law Firm | 2:16-cv-08431 |
| 28. | Sutton, David | The Driscoll Firm | 2:16-cv-09006 |
| 29. | Vaughn, Edward | Ferrer, Poirot & Wansbrough | 2:16-cv-08770 |
| 30. | Ward, Demetrius | The Driscoll Firm | 2:16-cv-09053 |
| 31. | Wiggins, Catherine | The Driscoll Firm | 2:16-cv-09060 |
| 32. | Woods, Norman | The Driscoll Firm | 2:16-cv-09067 |