UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　SECTION  L (5)

THIS DOCUMENT RELATES TO:
15-3653, 16-2731, 15-1535,
15-5471, 16-1699, 16-9908,
16-1102, 16-1117, 15-5,
16-9404, 16-2127, 16-572

## ORDER

　　Stipulations of Dismissal were filed by the parties in the cases listed above on March 14, 2017, [Rec. Docs. 5712, 5728, 5729, 5730, 5735, 5736, 5738, 5740, 5741, 5742, 5743 and 5744]. It has been brought to the Court's attention that the filing fees in the listed cases have not yet been paid, pursuant to the terms and conditions listed in Pretrial Order No. 11B. Accordingly,

　　**IT IS ORDERED** that plaintiffs' counsel pay the required filing fee for each complaint listed on the attached list, in the amount of $400.00, within two weeks of entry of this order.

　　New Orleans, Louisiana, this 31st day of March, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE