UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)           MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                        SECTION  L (5)

THIS DOCUMENT RELATES TO:
CASES LISTED ON ATTACHMENT

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who allegedly failed to submit a Plaintiff Fact Sheet [Rec. Doc. 5245]. The Court granted this Motion on March 14, 2017, [Rec. Doc. 5721]. It has been brought to the Court's attention that the filing fees in the cases listed on the attachement have not yet been paid, pursuant to the terms and conditions listed in Pretrial Order No. 11B. Accordingly,

**IT IS ORDERED** that plaintiffs' counsel pay the required filing fee for each complaint listed on the attached list, in the amount of $400.00, within two weeks of entry of this order.

New Orleans, Louisiana this 31st day March, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| | | | |
|---|---|---|---|
| 1. | Belluomini, Marianna | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08471 |
| 2. | Belt, Lois | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08311 |
| 3. | Claybourne, Janet | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08292 |
| 4. | Elliott, Willie | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08653 |
| 5. | Ivey, Barbara (Duplicate filer) | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-09692 |
| 6. | Jackson, Barbara | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-09693 |
| 7. | Lawrence, Arnold | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-07683 |
| 8. | Manygoats, Kee | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08308 |
| 9. | Sanchez, George | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08172 |
| 10. | Shaw, Barbara | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-07860 |
| 11. | Sineath, Betty | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-07887 |
| 12. | Zyskowski, Margaret | Jacoby & Meyers, LLC;   The Cochran Firm Birmingham, P.C. | 2:16-cv-08456 |