UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Denyse Rowbottom v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-06991**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Cody Edward Olin Rowbottom, as Executor of the Estate of Denyse Rowbottom, on behalf of his deceased mother, Denyse Rowbottom, as the Plaintiff in this action.

1. Denyse Rowbottom filed this products liability lawsuit against defendants on May 12, 2016 (Joint Complaint) and May 25, 2016 (Short Form Complaint).

2. Subsequently, plaintiffs' counsel learned that Denyse Rowbottom died.

3. Denyse Rowbottom's products liability lawsuit against defendants survived her death and was not extinguished.

4. Plaintiff filed a suggestion of death on March 29, 2017, attached hereto.

5.    Cody Edward Olin Rowbottom, surviving son of Denyse Rowbottom, is a proper party to substitute for plaintiff-decedent, Denyse Rowbottom and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6.    Cody Edward Olin Rowbottom, surviving son of Denyse Rowbottom, was appointed Executor of Denyse Rowbottom's Estate by order of the Surrogate's Court of the State of New York, Clinton County on March 21, 2017. Attached hereto is a copy of the certificate of appointment of executor issued by the Surrogate's Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated:  April 3, 2017

>                Respectfully submitted,
>
>                */s/ Rosemarie Riddell Bogdan*
>                Rosemarie Riddell Bogdan
>                NDNY Bar Roll Number: 506409
>                NYS Bar Roll Number: 380552
>                MARTIN, HARDING & MAZZOTTI, LLP
>                Attorneys for Plaintiff
>                1222 Troy-Schenectady Road
>                P.O. Box 15141
>                Albany, New York 12212-5141
>                Telephone: (518) 862-1200
>                rrbxarelto@1800law1010.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to pretrial order number 17.

Dated:  April 3, 2017

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan