UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
|---|---|---|

**This Document Relates to:**

*Denyse Rowbottom v. Janssen Research & Development LLC, et al;*

*Case No.: 2:16-cv-06991*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Denyse Rowbottom.

Dated: March 29, 2017

                                      Respectfully Submitted,

                                      */s/ Rosemarie Riddell Bogdan*
                                      Rosemarie Riddell Bogdan
                                      NDNY Bar Roll Number: 506409
                                      NYS Bar Roll Number: 380552
                                      MARTIN, HARDING & MAZZOTTI, LLP
                                      Attorneys for Plaintiff
                                      1222 Troy-Schenectady Road
                                      P.O. Box 15141
                                      Albany, New York 12212-5141
                                      Telephone: (518) 862-1200
                                      rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan