Certificate# 5281

# Surrogate's Court of the State of New York
# Clinton County
## Certificate of Appointment of Executor

File #: 2017-44

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Denise M Rowbottom**<br>aka   Denyse M Rowbottom<br>         Denise Rowbottom | Date of Death: **December 15, 2016** |
| Domicile: | **City Of Plattsburgh** | |
| Fiduciary Appointed:<br>Mailing Address: | **Cody Edward Olin Rowbottom**<br>29 Riverside Avenue<br>Plattsburgh NY  12901 | |

Type of Letters Issued:  **LETTERS TESTAMENTARY**

Letters Issued On:  **March 21, 2017**

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: March 21, 2017**



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Clinton County Surrogate's Court at Plattsburgh, New York.

WITNESS, Hon. William A Favreau, Judge of the Clinton County Surrogate's Court.

*Lise M. Johnson*

Lise M Johnson, Chief Clerk
Clinton County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Clinton County Surrogate's Court*