UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Veronica Simpson as Adminstratrix and Wrongful Death Beneficiary for Stephen Bogdon v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-11447*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have 30 days from the date of this order within which to effect process on Janssen Ortho LLC., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer Corporation, Bayer Pharma AG, and Bayer Healthcare LLC.

New Orleans, Louisiana this   3rd   day of   April  , 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge