**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION                   SECTION L
                                                JUDGE ELDON E. FALLON
                                                MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*John Pittsenbargar*                                    *2:16-cv-15804*

<u>**NOTICE OF SERVICE**</u>

COMES NOW the Plaintiff, John Pittsenbargar, by and through the undersigned counsel,

and hereby gives notice that the Complaint and Summons were forwarded on the 1st of April,

2017 to:

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Rd.
Wilmington, DE 19808
Via Certified Mail

Bayer Pharma AG
Attn:  Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY
Via Registered Mail

Dated: April 4, 2017

                                        MURPHY LAW FIRM

                                        *s/Peyton P. Murphy*
                                        PEYTON P. MURPHY (LA # 22125)
                                        7035 Jefferson Highway
                                        Baton Rouge, LA  70806
                                        Telephone: (225) 928-8800
                                        Facsimile: (225) 928-8802
                                        Email: peyton@murphylawfirm.com

*s/Todd C. Comeaux*

TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

*s/ Peyton P. Murphy*
Peyton P. Murphy