UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Prince and Edna Prince*                                                          2:16-cv-15172

## NOTICE OF SERVICE

COME NOW the Plaintiffs, James Prince and Edna Prince, by and through the undersigned counsel, and hereby give notice that the Complaint and Summons were forwarded on the 1st day of April, 2017 to:

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Rd.
Wilmington, DE 19808
Via Certified Mail

Bayer Pharma AG
Attn:  Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY
Via Registered Mail

Dated: April 4, 2017

                                                                MURPHY LAW FIRM

                                                                *s/Peyton P. Murphy*
                                                                PEYTON P. MURPHY (LA # 22125)
                                                                7035 Jefferson Highway
                                                                Baton Rouge, LA  70806
                                                                Telephone: (225) 928-8800
                                                                Facsimile: (225) 928-8802
                                                                Email: peyton@murphylawfirm.com

1

2

        *s/Todd C. Comeaux*
        TODD C. COMEAUX (LA # 23453)
        4880 Bluebonnet Blvd., Suite A
        Baton Rouge, LA  70809
        Telephone: (225) 706-9000
        Facsimile: (225) 706-9001
        Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    Respectfully submitted,

                    *s/ Peyton P. Murphy*
                    Peyton P. Murphy