UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*CHARLES SIME and JUDITH SIME v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-6722*

## MOTION FOR SUBSTITUION OF PROPER PARTY

COME NOW Plaintiffs, Charles Sime, deceased, and Judith Sime, his wife, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.      Charles Sime filed a products liability lawsuit against defendants on May 4, 2016 within the Master Joint Complaint of Pamela Darcey, as heir at law and Representative of the estate of Daniel Darcey, et al. v. Janssen Research & Development, LLC, et al. 2:16-cv-4129.

2. On May 18, 2016, it was so ordered that the Master Complaint of Pamela Darcey, as heir at law and Representative of the estate of Daniel Darcey, et al. v. Janssen Research & Development, LLC, et al. 2:16-cv-4129 be severed.

3. In accordance with the Order, the Short Form Complaint of Charles Sime and Judith Sime v. Janssen Research & Development, LLC, et al. 2:16-cv-6722 was filed separately on May 20, 2016.

4. Plaintiff Charles Sime died on December 27, 2016.

5. Charles Sime's products liability action against defendants survived Plaintiff decedent's death and was not extinguished.

6. Plaintiffs filed a Notice and Suggestion of Death on April 5, 2017, attached hereto as "Exhibit 1."

7. Judith Sime, Personal Representative of the Estate of Charles Sime, is a proper party to substitute for plaintiff, decedent Charles Sime, and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

8. On April 4, 2017, it was confirmed that the defendants do not oppose the filing of this Motion for Substitution of Proper Party, attached hereto as "Exhibit 2."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: April 5, 2017                      Respectfully submitted,

*By:* /s/Stephen B. Wohlford
   Benjamin R. Schmickle, #6270568
   Stephen B. Wohlford, #IL6287698
   701 Market Street, Suite 1000
   St. Louis, MO 63101
   (314) 480-5180
   (314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: April 5, 2017                               Respectfully submitted,

                                    By: /s/Stephen B. Wohlford
                                    Benjamin R. Schmickle, #6270568
                                    Stephen B. Wohlford, #IL6287698
                                    701 Market Street, Suite 1000
                                    St. Louis, MO 63101
                                    (314) 480-5180
                                    (314) 932-1566 – Facsimile

                                    *ATTORNEYS FOR PLAINTIFFS*

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*CHARLES SIME and JUDITH SIME v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-6722*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Charles Sime.

Dated: April 5, 2017

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on April 5, 2017, and that this system will provide notice of such filing to all counsel of record.

                                          *By:* */s/*Stephen B. Wohlford
                                          Benjamin R. Schmickle, #6270568
                                          Stephen B. Wohlford, #IL6287698
                                          701 Market Street, Suite 1000
                                          St. Louis, MO 63101
                                          (314) 480-5180
                                          (314) 932-1566 – Facsimile

                                          *ATTORNEYS FOR PLAINTIFFS*

# EXHIBIT 2

## Alyssa Suda

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Tuesday, April 04, 2017 5:41 PM |
| **To:** | Melanie Schmickle |
| **Cc:** | Alyssa Suda; Sime, Charles Clio maildrop (67d0038ca+matter1035528150@maildrop.goclio.com) |
| **Subject:** | RE: Xarelto Claim- 2:16-cv-6722 Substitution of Parties |

Melanie,

The Janssen and Bayer Defendants do not oppose the filing of this Motion.

Thank you, and let me know if you need anything further.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax


**IRWIN FRITCHIE**
**URQUHART & MOORE** LLC
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmklaw.com]
**Sent:** Thursday, March 30, 2017 12:12 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Alyssa Suda <alyssa@swmklaw.com>; Sime, Charles Clio maildrop (67d0038ca+matter1035528150@maildrop.goclio.com) <67d0038ca+matter1035528150@maildrop.goclio.com>
**Subject:** RE: Xarelto Claim- 2:16-cv-6722 Substitution of Parties

Thanks! I wasn't sure who to contact and wanted to make sure I was getting to the right person. I appreciate it.

**Melanie Schmickle**
SWMK LAW
701 Market Street, Suite 1000
St. Louis, MO 63101
direct 314-665-2692
office 314-480-5180
fax 314-932-1566
melanie@swmklaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from

1

disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Thursday, March 30, 2017 12:06 PM
**To:** Melanie Schmickle <melanie@swmklaw.com>
**Subject:** RE: Xarelto Claim- 2:16-cv-6722 Substitution of Parties

Hi Melanie,

I received your email from Jim on Friday and am waiting to obtain statements of non-opposition from counsel for Janssen and Bayer.

I'll follow up today and will get back to you ASAP. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

IRWIN FRITCHIE
URQUHART & MOORE LLC
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmklaw.com]
**Sent:** Thursday, March 30, 2017 11:58 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** FW: Xarelto Claim- 2:16-cv-6722 Substitution of Parties

Dear Ms. Brilleaux:

Attached please find a Motion to Substitute for our recently deceased client, Charles Sime. Would your client consent to the substitution of his wife (and personal representative)? If so, we will file these with the Court and edit the motion to indicate consent. I have also included the death certificate for your review.

Thanks for your time.

Melanie Schmickle

SWMKLAW

701 Market Street, Suite 1000
St. Louis, MO 63101
direct  314-665-2692
office  314-480-5180
fax  314-932-1566
melanie@swmklaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.