UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION  L (5)

THIS DOCUMENT RELATES TO:
16-3489

**ORDER**

A Stipulation of Dismissal was filed by the parties in the case listed above on January 31, 2017, [Rec. Doc. 5253]. It has been brought to the Court's attention that the filing fee in the above listed case has not yet been paid, pursuant to the terms and conditions listed in Pretrial Order No. 11B. Accordingly,

**IT IS ORDERED** that plaintiff's counsel pay the required filing fee for each complaint listed on the attached list, in the amount of $400.00, within two weeks of entry of this order.

New Orleans, Louisiana, this 4th day of April, 2017.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE