UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Dorothy Golden Pringle - 2:15-cv-767

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Dorothy Golden Pringle, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Dorothy Golden Pringle, passed away on December 2, 2015, as reported to the Court in the Notice of Death filed on April 5, 2017.

2. Plaintiff will seek to Saundra Gayle Pilkenton as the Party Plaintiff due to the death of Dorothy Golden Pringle, and has been appointed as Independent Executrix of the Estate of Dorothy Lee Pringle aka Dorothy Golden Pringle by the County Court of Mclennan County, Texas.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Saundra Gayle Pilkenton, as Independent Executrix for the deceased, Dorothy Golden Pringle, as the named party in the place of Dorothy Golden Pringle.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: April 5, 2017

    Respectfully submitted,

    **Hilliard Munoz Gonzales LLP**

    By: /s/ T. Christopher Pinedo
    Robert C. Hilliard
    Texas State Bar No. 09677700
    Federal Bar No. 5912
    Catherine Tobin
    Texas State Bar No. 24013642
    Federal Bar No. 25316
    John Martinez
    Texas State Bar No. 24010212
    Federal Bar No. 23612
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    Federal Bar No. 17993

    719 S. Shoreline, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Telephone
    361-882-3015 Facsimile
    **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 5th day of April, 2017.

        /s/ T. Christopher Pinedo
        Thomas Christopher Pinedo