UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Dorothy Golden Pringle - 2:15-cv-767

**PROPOSED ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Saundra Gayle Pilkenton, as Independent Executrix for the deceased, Dorothy Golden Pringle, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Saundra Gayle Pilkenton, Independent Executrix for the deceased, Dorothy Golden Pringle", Plaintiff.

Dated this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
United states District Court Judge