**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : **MDL No.: 2592** |
| | : |
| | : **SECTION: L5** |
| | : |
| | : **JUDGE ELDON E. FALLON** |
| | : |
| | : **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Lewis, et al., v. Bayer AG, et al., 2:17-cv-02066-EEF-MBN*

---

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

---

Come now, Linda Lewis and Henry Lewis, Plaintiffs, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move this Court for leave to amend the Complaint filed in this action.

The original Complaint was filed on February 24, 2017 (Lewis, et al. v. Bayer AG, et al. 2:17-cv-02066-EEF-MBN [Doc. 1]) misstating the following:

18. Upon information and belief, Ms. Lewis first began using Xarelto on or about January 9, 2013, and used Xarelto up through approximately June 26, 2013.

19. Upon information and belief, as a direct and proximate result of Defendants' Xarelto, Ms. Lewis experienced a hematuria on or about January 14, 2013 and again on May 24, 2013. Ms. Lewis then suffered a subdural hematoma on or about June 25, 2013, which caused her to suffer a life-threatening, irreversible bleed from the use of Xarelto, as well as severe pain and suffering.

Plaintiff's proposed amendment would now correctly allege the following:

18. Upon information and belief, Ms. Lewis first began using Xarelto on or about June 8, 2014, and used Xarelto up through approximately December 3, 2014.

19. Upon information and belief, as a direct and proximate result of the use of Defendants' Xarelto, Ms. Lewis experienced hematuria on or about June 22, 2014 and again on August 29, 2014.  Ms. Lewis then suffered a traumatic hematoma, Acute Post-Hemorrhagic Anemia and Hydronephrosis of Right Kidney on or about July 11, 2014, which caused her to suffer a life-threatening, irreversible bleed from the use of Xarelto, as well as severe pain and suffering.

Plaintiffs' counsel conferred with Defendants, there was no opposition and Defendants will not be prejudiced by Plaintiff's amended complaint.

For the foregoing reasons, Plaintiffs request that this Court grant leave to file the attached Amended Complaint.

Respectfully submitted,

/s/ Charles A. Flynn
Marvin B. Berke (TN Bar No. 1740)
Charles A. Flynn (TN Bar No. 30878)
Berke, Berke & Berke
420 Frazier Avenue
Post Office Box 4747
Chattanooga, Tennessee 37405
Telephone: (423) 266-5171
Facsimile: (423) 266-5307
Email: marvin@berkeattys.com
        chuck@berkeattys.com

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No.: 15781
Whitfield Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dan@wbmllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon all parties of

record electronically by CM/ECF, on April 5, 2017.

BERKE, BERKE & BERKE

/s/ Charles A. Flynn
Charles A. Flynn (TN Bar No. 30878)