# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE HARRINGTON, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:16-cv-1874 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## EX PARTE MOTION TO AMEND

Plaintiff, Renee Harrington, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks to amend the Complaint by amending the initial date of ingestion to May 24, 2016, as well as the last date of ingestion to July 6, 2016. Plaintiff also seeks to amend the current date of injury to May 25, 2016 and inserting an additional date of injury of July 6, 2016 as to the bleeding events.

Plaintiff Renee Harrington's Complaint was filed via LAED CM/ECF on March 3, 3017 and service was executed thereafter on March 20, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: April 5, 2017

                                      Respectfully submitted,

                                      SWMK Law, LLC

                                      By: /s/Stephen B. Wohlford
                                             Benjamin R. Schmickle, #6270568
                                             Stephen B. Wohlford, #IL6287698
                                             701 Market Street, Suite 1000
                                             St. Louis, MO 63101
                                             (314) 480-5180
                                             (314) 932-1566 – Facsimile

                                             **ATTORNEYS FOR PLAINTIFFS**