UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| CANDACE CORVEY and GAIL LAZARUS on behalf of RUTH CORVEY | MAG. JUDGE NORTH |
| 2:15-cv-05041-EEF-MBN | **JURY TRIAL DEMANDED** |

## NOTICE AND SUGGESTION OF DEATH

COME NOW Counsel for Plaintiffs, CANDACE CORVEY and GAIL LAZARUS on behalf of RUTH CORVEY, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Ruth Corvey. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Candace Corvey, who is the Personal Representative of Ruth Corvey, Deceased.

DATED: April 6, 2017

                                          Respectfully submitted,

                                          **ROSS FELLER CASEY, LLP**
                                          *Attorneys for Plaintiff(s)*

By:   /s/ Mark A. Hoffman_____
          Mark A. Hoffman, Esquire
          Robert Ross, Esquire
          Joel J. Feller, Esquire
          Matthew A. Casey, Esquire
          Brian J. McCormick, Jr., Esquire
          Dena Young, Esquire
          ROSS FELLER CASEY, LLP

One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA. 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
mhoffman@rossfellercasey.com
rross@rossfellercasey.com
jfeller@rossfellercasey.com
mcasey@rossfellercasey.com
bmccormick@rossfellercasey.com
dyoung@rossfellercasey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:   /s/ Brian J. McCormick, Jr.
        Brian J. McCormick, Jr.