## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| Corvey, et al. v. Janssen Research & | : | **JUDGE ELDON E. FALLON** |
| Development, LLC, et al. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| Case No. 2:15-cv-05041-EEF-MBN | : | **SUGGESTION OF DEATH** |
| | : | |
| Plaintiffs CANDACE CORVEY and GAIL | : | |
| LAZARUS on behalf of RUTH CORVEY | : | |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned

counsel hereby informs the Honorable Court of the death of Ruth Corvey on October 21, 2016.


Respectfully submitted,

Date:   April 6, 2017             **ROSS FELLER CASEY, LLP**
                                  ***Attorneys for Plaintiffs***

By:    /s/ Mark A. Hoffman_____
       Mark A. Hoffman, Esquire
       Brian J. McCormick, Jr., Esquire
       Dena Young, Esquire
       One Liberty Place
       1650 Market Street, Suite 3450
       Philadelphia, PA. 19103
       Phone: (215) 574-2000
       Fax: (215) 574-3080
       mhoffman@rossfellercasey.com
       bmccormick@rossfellercasey.com
       dyoung@rossfellercasey.com