UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*King v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-06736*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have 30 days from the date of this order to effect process on Defendants Johnson & Johnson, Bayer Corporation and Bayer Healthcare, LLC

New Orleans, Louisiana this 5th day of April, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge