UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*Barger v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-07182*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have 30 days from the date of this order to effect process on Defendants Bayer Corporation and Bayer Healthcare, LLC

New Orleans, Louisiana  this 6th day of April, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge