## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**This Document Relates to:**

***Sharian White as Adminstratrix and Wrongful Death Beneficiary for Donald White, v.
Janssen Research & Development, LLC, et al 2:16-cv-11501***

### ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until

___May   6th___, 2017, within which to effect process on Janssen Ortho LLC., Janssen

Pharmaceuticals, Inc., Janssen Research & Development LLC., Johnson and Johnson, Bayer

Corporation, Bayer Pharma AG, and Bayer Healthcare L L C .


New Orleans, Louisiana this_____6th_____day of____April____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge