UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
) JUDGE FALLON
) MAG. JUDGE NORTH

*This Document Relates to:*

*Howard v. Janssen Research & Development, LLC, et al. 2:16-cv-17770*

### ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order No. 10 filed by the above-captioned Plaintiff is hereby DENIED. However, Plaintiff may have 30 days from the date of this order to perfect service on Defendants.

New Orleans, Louisiana, this 6th day of April , 2017.

Honorable Eldon E. Fallon
United States District Judge