IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: Donald Loftin Civil Action No. 2:17-cv-01242 | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Dismiss Duplicate Filed Case *Without Prejudice* is GRANTED and that Plaintiff's claims against all Defendants in *Loftin v. Janssen Research & Development, LLC*, et al, 17-cv-01242 is hereby voluntarily DISMISSED, *without prejudice*, each party to bear their own costs, because it is duplicative of 16-cv-01242. This dismissal shall not affect the lawsuit currently pending in this MDL and assigned Docket No. 16-cv-01242.

New Orleans, Louisiana this 6th day of April, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE