**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Barton, Tony Ray | 2:16-cv-15904 | Robert J. DeBry & Associates |
| 2. | Brown, Bobby | 2:16-cv-14628 | Bobby Brown (pro se) |
| 3. | Creech, Phillip | 2:16-cv-15741 | Morgan & Morgan Complex Litigation Group |
| 4. | Dixon, Eleanor B. | 2:16-cv-15350 | The Cochran Firm - Dothan |
| 5. | Fields, Albert | 2:16-cv-16136 | The Driscoll Firm, P.C. |
| 6. | Hemann, Mary Jo (Duplicate 2) | 2:16-cv-15208 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 7. | Hooks, Terrance | 2:16-cv-15943 | The Schlemmer Firm, LLC |
| 8. | Johnson, Leona | 2:16-cv-15699 | Flint Law Firm, LLC |
| 9. | Mayer, Patsy | 2:16-cv-14544 | The Mulligan Law Firm |
| 10. | Miller, Joseph | 2:16-cv-16129 | Slater, Slater Schulman, LLP |
| 11. | Peters, Reginal | 2:16-cv-15011 | The Simon Law Firm, P.C. |
| 12. | Rice, Vernon | 2:16-cv-16021 | Sofia E. Bruera |
| 13. | Roshuk, Alex T. | 2:16-cv-16125 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 14. | Salyers, Heather Leigh | 2:16-cv-14605 | Johnson Becker, PLLC |
| 15. | Sircy, Jeffrey | 2:16-cv-15942 | The Schlemmer Firm, LLC |
| 16. | Slark, Pamela | 2:16-cv-16135 | The Driscoll Firm, P.C. |
| 17. | Thurman, Opal | 2:16-cv-15969 | The Bradley Law Firm |
| 18. | Watts, Bettye | 2:16-cv-16065 | Morgan & Morgan Complex Litigation Group |
| 19. | White, Diane | 2:16-cv-15971 | The Bradley Law Firm |

00405968