UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT**

Plaintiffs, by and through their counsel, respectfully move this Honorable Court for an Order in the form appended hereto to amend Plaintiffs' Complaint under Federal Rule of Civil Procedure 15(a)(2).

For the reasons set for in the Memorandum of Law filed in conjunction herewith, Plaintiffs respectfully request that the Court grant the instant motion to amend the Plaintiffs' Complaint.

Dated: April 7, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

>Gerald E. Meunier (Bar No. 9471)
>**GAINSBURGH BENJAMIN DAVID MEUNIER**
>**& WARSHAUER, LLC**
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, LA  70163-2800
>PH: (504) 522-2304
>FAX: (504) 528-99\73
>Email:  gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>*/s/ Leonard A. Davis*
>**LEONARD A. DAVIS**
>*Plaintiffs' Liaison Counsel*