UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ) <br> ) <br> *Thomas Hoyt v. Janssen Research* ) <br> *& Development LLC, et al.*, 2:16-13352 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**REPSONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES**

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice. (Doc. 5660). The Plaintiff listed above is represented by Wexler Wallace LLP on Exhibit A (Doc. 5660-1) of the Court's Order to Show Cause (#37 in the Court's Order to Show Cause). The only remaining PFS deficiency that is alleged is the absence of a signed declaration. Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the requisite signed declaration. Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding signed declaration from the Plaintiff. Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice. However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

1

DATED: April 7, 2017

                                               By: /s/ Edward A. Wallace__
                                                      Edward A. Wallace
                                                      Timothy E. Jackson
                                                      WEXLER WALLACE LLP
                                                      55 West Monroe Street, Suite 3300
                                                      Chicago, Illinois 60603
                                                      312-346-2222
                                                      312-346-0022 FAX