UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dick Hatzikian*                                                                             *2:16-cv-07267*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Lorene Hatzikian, surviving spouse of Dick Hatzikian, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this __6th__ day of __April__, 201_7_.

_____
UNITED STATES DISTRICT JUDGE