UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Denyse Rowbottom v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-06991**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Codi Edward Olin Rowbottom, As Executor of the Estate of Denyse Rowbottom, is substituted for plaintiff Denyse Rowbottom in the above-captioned case.

New Orleans, Louisiana this 6th day of April, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge

1