# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:
*CHARLES SIME and JUDITH SIME v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-6722*

## ORDER GRANTING MOTION FOR SUBSTITUION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Judith Sime, as surviving spouse of Charles Sime, is substituted for Plaintiff Charles Sime in the above-captioned cause.

New Orleans, Louisiana this 6th day of April, 2017.

_____
United States District Judge