UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Sandra Coulon, individually and on behalf of her deceased husband, Harry Dwight Coulon, Sr. - 2:15-cv-01869

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Elizabeth D. Coulon, as Independent Administratix for the deceased, Harry Dwight Coulon, Sr., as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Elizabeth D. Coulon, Independent Administratix for the deceased, Harry Dwight Coulon, Sr.,", Plaintiff.

New Orleans, Louisiana this 6th day of April, 2017

_____
Honorable Eldon E. Fallon
United states District Court Judge