UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No.: 2592<br><br>SECTION: L5<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lewis, et al., v. Bayer AG, et al., 2:17-cv-02066-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to File First Amended Complaint by Plaintiffs Linda Lewis and Henry Lewis, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** 6th **day of** April **, 2017.**

*[signature: Eldon E. Fallon]*
**UNITED STATES DISTRICT JUDGE**