UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2592 SECTION: L  JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH  AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |
| THIS DOCUMENT RELATES TO Case No. 2:16-cv-06969 *James Joseph Howell v. Janssen Research & Development, LLC et al.* | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff James Joseph Howell, as surviving spouse of Nancy Howell, deceased, pursuant to the applicable Federal Rule of Civil Procedures 15(a)(2), respectfully seeks leave to amend the Complaint to add Loss of Consortium, Wrongful Death, and Survival Action as Claims for Relief. A memorandum in support of this Motion is attached.

Dated: March 28, 2017

RESPECTFULLY SUBMITTED,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2017.

                                                  /s/ Diandra S. Debrosse Zimmermann
                                                  OF COUNSEL