## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO Case No. 2:16-cv-06969 *James Joseph Howell v. Janssen Research & Development, LLC et al.* | : : | |

## MEMORANDUM IN SUPPORT
## OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

**MAY IT PLEASE THE COURT:**

The Plaintiff, James Joseph Howell, as surviving spouse of Nancy Howell, deceased, desires to amend the Complaint to add Loss of Consortium, Wrongful Death, and Survival Action as Claims for Relief.

Under Federal Rule of Civil Procedures 15(a)(2), leave to amend should be "freely give[n]" to a party when it has the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that James Joseph Howell, on behalf of his deceased wife, be allowed to amend the Complaint to add Loss of Consortium, Wrongful Death, and Survival Action as Claims for Relief.

## CONCLUSION

The Plaintiff, James Joseph Howell, on behalf of his deceased wife, Nancy Howell, respectfully requests that he be allowed to amend his Complaint to add Loss of Consortium, Wrongful Death, and Survival Action as Claims for Relief.

Dated: March 28, 2017                     RESPECTFULLY SUBMITTED,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing First Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: _____ ___, 2017

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann