UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 SECTION: L |
| THIS DOCUMENT RELATES TO Case No. 2:16-cv-06969 *James Joseph Howell v. Janssen Research & Development, LLC et al.* | : : | JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this the _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge