UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kay Ledbetter, Individually and o/b/o Edward Ledbetter*       2:17-cv-02741

## NOTICE OF SERVICE

COMES NOW the Plaintiff, Kay Ledbetter, individually and o/b/o Edward Ledbetter, by and through the undersigned counsel, and hereby gives notice that the Complaint and Summons were forwarded on the 5th day of April, 2017 to:

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Rd.
Wilmington, DE 19808
Via Certified Mail

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY
Via Registered Mail

Dated: April 10, 2017

                                                           MURPHY LAW FIRM

                                                           *s/Peyton P. Murphy*
                                                           PEYTON P. MURPHY (LA # 22125)
                                                           7035 Jefferson Highway
                                                           Baton Rouge, LA 70806
                                                           Telephone: (225) 928-8800
                                                           Facsimile: (225) 928-8802
                                                           Email: peyton@murphylawfirm.com

*s/Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2017 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Respectfully submitted,

    *s/ Peyton P. Murphy*
    Peyton P. Murphy