MINUTE ENTRY
FALLON, J.
APRIL 5, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, Fred Longer, Emily Jeffcott, and Neil Overholtz. Defendants were represented by Jim Irwin, John Olinde, Susan Sharko, Steve Glickstein, Rick Sarver, David Dukes, Beth Wilkinson, Celeste Coco-Ewing, Jennifer Saulino, Andy Solow, and Mark Jones. The parties discussed trial preparation and logistics.

JS10(00:19)