UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs, by their designated attorneys, have filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiffs' motion, finds that Plaintiffs have demonstrated that justice requires the grant of leave to file the proposed Amended Complaint. Therefore, Plaintiffs' motion is granted.

SO ORDERED that Plaintiffs' Amended Complaint and Demand for Jury Trial be filed with the Clerk of the Court deemed filed as of the date of entry of this Order;

NEW ORLEANS, LOUISIANA, this   10th   day of      April     , 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1