UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> JOSEPH ORR, JR., JOSEPH ORR, III, ) <br> KELLI ORR WALKER, and ) <br> KIM ORR DEAGANO ) <br> ) <br>     Plaintiffs ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT, LLC ) <br> f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT, LLC; JOHNSON AND ) <br> JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a ) <br> JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL- ) <br> JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; ) <br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER ) <br> PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; ) <br> BAYER CORPORATION; BAYER HEALTHCARE LLC; ) <br> BAYER HEALTHCARE AG; and BAYER AG ) <br> ) <br>     Defendants ) | MDL NO.: 2592 <br> Case No.: 15-cv-3708 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> AMENDED <br> COMPLAINT AND <br> JURY DEMAND |

**THIS DOCUMENT RELATES TO:**

*Joseph Orr, Jr., et al v. Janssen Research & Development LLC, et al., Case No. 2:15-cv-03708*

## AMENDED COMPLAINT

NOW COMES Plaintiffs Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker and Kim Orr DeAgano, through undersigned counsel, who hereby amend their complaint against Defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; Johnson and Johnson; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc f/k/a Ortho-McNeil-Janseen Pharmacetucials, Inc.; Janssen Ortho LLC; Bayer Healthcare Pharmacetuicals, Inc.; Bayer Pharma AG f/k/a Bayer Schering Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; and Bayer AG, (hereinafter collectively referred to as "Defendants") as follows:

**I.** Plaintiffs' paragraph "106" is her hereby amended as follows:

106. As a proximate result of Defendants' acts and omissions, Sharyn Orr suffered the injuries described hereinabove due to her ingestion of Xarelto®. Plaintiffs accordingly seek damages associated with the pre-terminal pain and suffering of Sharyn Orr as well as for her wrongful death, and any and all other damages which they are entitled to for the death of Sharyn Orr, including damages for her lost chance of survival.

**II.** Plaintiffs' "Request for Relief" is hereby amended as follows:

### REQUEST FOR RELIEF

WHEREFORE, Plaintiffs demand judgment for damages against Defendants for all damages allowable by law against Defendants together with interest, costs and attorney's fees, including but not limited to those damages provided pursuant to applicable law, set forth below, to wit:

a) The pre-terminal pain and suffering of Sharyn Orr;

b) Wrongful death of Sharyn Orr;

c) Sharyn Orr's Lost Chance of Survival;

d) Plaintiffs' own pain and suffering for the death of Sharyn Orr;

e) Loss of consortium;

f) Medical expenses;

g) Funeral expenses; and,

h) Miscellaneous and other attendant expenses.

e) Any and all loss of earnings of the Sharyn Orr;

f) Punitive damages in an amount to be awarded as provided by law; and

g) For all other just and proper relief.

**III.** Plaintiffs re-aver and re-allege the remainder of their original complaint as if copied herein *in extensio*.

Respectfully Submitted by:

By: /s/ T. Carey Wicker, III
T. Carey Wicker, III Louisiana Bar No. 123450
J. Alex Watkins, Louisiana. Bar No. 29472
Vincent E. Odom, Louisiana. Bar No. 36918
CAPITELLI AND WICKER
1100 Poydras St., Suite 2950
New Orleans, Louisiana 70163
Telephone: 504-582-2425
Fax: 504-582-2422
tcw@capitelliandwicker.com

Albert Nicaud
Louisiana Bar No. 19261
Nicaud & Sunseri, LLC
3000 18th Street
Metairie, Louisiana 70002
Telephone: 504-837-1304
Fax: 504-833-2843
anicaud@nslawla.com

**ATTORNEYS FOR PLAINTIFFS**