UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> FRANKIE FAVIS, <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON ) <br> & JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., BAYER PHARMA ) <br> AG, BAYER CORPORATION,  BAYER ) <br> HEALTHCARE LLC, BAYER HEALTHCARE ) <br> AG, and BAYER AG ) <br>     Defendants | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br><br> Civil Action No.: 2:15-cv-06344 |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER
TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SERVE A
PLAINTIFF FACT SHEET**

**MAY IT PLEASE THE COURT:**

On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who failed to Serve Plaintiff Fact Sheet (R. Doc. 4432).  On January 5, 2017 this Court issued an Order to Show Cause requiring an explanation as to why certain actions, including the action of Frankie Favis, captioned above, should not be dismissed with prejudice for failure to

file a Plaintiff Fact Sheet (R. Doc. 4921).  Plaintiff, Frankie Favis, by and through undersigned counsel submits this response to the Order to Show Cause and shows as follows:

1. Plaintiff initially provided undersigned counsel with an account of her Xarelto use and an alleged injury consistent with the types of bleeding injuries which Xarelto is suspected to cause.

2. On October 29, 2014 Plaintiff contracted with undersigned counsel to represent her for damages and injuries related to Xarelto.  Immediately thereafter undersigned counsel ordered medical and pharmacy records from medical providers plaintiff identified.

3. Medical records were obtained from Stonebriar Nursing Rehabilitation Center, Austin Regional Clinic, PharMerica Corporation, HEB Pharmacy and Girling Home Health.  However, these records did not provide proof of Xarelto use or a bleeding event.

4. Concurrently with undersigned counsel's efforts to attempt to acquire additional medical records, on May 21, 2015 undersigned counsel mailed the Plaintiff Fact Sheet to Ms. Favis in order for it to be completed and signed.  Ms. Favis did not return the Plaintiff Fact Sheet or contact undersigned counsel.

5. On September 1, 2015 undersigned counsel mailed to plaintiff a HIPPA Authorization in order to obtain additional medical records.  The HIPPA Authorization was not returned to undersigned counsel.

6. On October 16, 2015 undersigned counsel again attempted to call plaintiff but the phone number previously provided by the plaintiff was no longer in service.  Therefore, on October 16, 2015 and October 26, 2015 undersigned counsel sent a certified letter to plaintiff requesting the plaintiff contact counsel to provide additional information.  Both letters were returned as "Not Deliverable As Addressed".

7. The complaint of Frankie Favis was filed on November 30, 2015 to comply with the statute of limitation. That same day undersigned counsel sent a certified letter to plaintiff with a copy of the complaint and again requested plaintiff contact undersigned counsel. The letter was returned as "Unclaimed".

8. On September 1, 2016 another letter was sent to plaintiff updating plaintiff on the status of the litigation, which was returned as "Not Deliverable As Addressed".

9. Thereafter, undersigned counsel retained a private investigator in an attempt to locate plaintiff. The private investigator advised that Ms. Favis was deceased and provided contact information for three individuals who are believed to be children of Frankie Favis, namely, Crawford Favis, Kathryn Wright and Ron Favis, Jr.

10. On January 13, 2017 undersigned counsel attempted to contact plaintiff's three children by telephone. Counsel was unable to contact Crawford Favis but left a telephone message for Kathryn Wright and Ron Favis, Jr. Counsel did not receive any return call.

11. On February 3, 2017 and March 30, 2017 counsel spoke with Ron Favis, Jr. and advised him that counsel did not yet have medical records sufficient for completion of the Plaintiff Fact Sheet and that additional information was needed. Ron Favis advised that he would communicate with his siblings and let undersigned counsel know how to proceed.

12. Because undersigned counsel did not hear further from Ron Favis or his siblings, on March 31, 2017 a certified letter was mailed to each of Ms. Favis' three children explaining the ramifications of an incomplete Plaintiff Fact Sheet and that the claim may be dismissed by the Court.

Wherefore, undersigned counsel on behalf of Frankie Favis, requests that the court deny Defendants' motion seeking dismissal of the claim and further that the court grant an extension of time to file Plaintiff's Fact Sheet so that undersigned counsel can communicate further with decedent's children. Specifically, undersigned counsel requests an additional sixty (60) days from the date of this filing to file the Plaintiff Fact Sheet.

Dated: April 11, 2017

By: /s/ Leonard A. Davis
Russ M. Herman (La. Bar No.: 6819)
rherman@hhklawfirm.com
Leonard A. Davis (La. Bar No.: 14190)
ldavis@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Danielle T. Hufft (La. Bar No. 32260)
dhufft@hhklawfirm.com
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Leonard A. Davis
LEONARD A. DAVIS