UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| GEORGE FOLEY,<br>    Plaintiff <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG <br>    Defendants | Civil Action No. 2:15-cv-05834 |

**PLAINTIFF GEORGE FOLEY'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SERVE A PLAINTIFF FACT SHEET**

**MAY IT PLEASE THE COURT:**

On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who failed to Serve Plaintiff Fact Sheet (R. Doc. 4432). On January 5, 2017 this Court issued an Order to Show Cause requiring an explanation as to why certain actions, including the action of George Foley, captioned above, should not be dismissed with prejudice for failure to

file a Plaintiff Fact Sheet (R. Doc. 4921).  Plaintiff, George Foley, by and through undersigned counsel submits this response to the Order to Show Cause and shows as follows:

1. Plaintiff initially provided counsel with an account of his Xarelto use and an alleged injury consistent with the types of bleeding events which Xarelto is suspected to cause.

2. On April 7, 2015 Plaintiff contracted with undersigned counsel to represent him for damages and injuries related to Xarelto.  Immediately thereafter, undersigned counsel ordered medical and pharmacy records from medical providers plaintiff identified.

3. Medical records were obtained from Dale Medical Center, Flowers Hospital and Lyster Army Health Clinic.  However, these records did not provide proof of a bleeding event while ingesting Xarelto.

4. In an attempt to obtain additional medical records, on May 21, 2015 undersigned counsel mailed to plaintiff a HIPPA Authorization.  The letter was retuned as "Return to Sender, No Such Number, Unable to Forward".

5. On June 4, 5, 12, and 19, 2015 undersigned counsel attempted to contact plaintiff by phone but the phone number previously provided by plaintiff produced a busy signal or was otherwise not accepting phone messages.

6. On June 8, 2015 undersigned counsel emailed plaintiff advising plaintiff that we are unable to move forward with his claim until he provides counsel with additional information.  Plaintiff did not contact undersigned counsel.

7. On June 23, 2015 counsel attempted to contact plaintiff by telephone by calling five telephone numbers that were produced on a Westlaw PeopleMap Report for George Foley.  Undersigned counsel was again unable to locate client.

8. On July 20, 2015 undersigned counsel mailed another letter to Mr. Foley requesting that he contact counsel. This letter was returned as "Not Deliverable As Addressed".

9. The complaint of George Foley was filed on November 12, 2015 to comply with the statute of limitation. On November 17, 2015 undersigned counsel sent a certified letter and email to plaintiff with a copy of the complaint and again requested plaintiff contact undersigned counsel. The letter was sent to five addresses that were identified in George Foley's Westlaw PeopleMap Report. All letters were returned as "Return to Sender – Unable to Forward".

10. On September 1, 2016 another letter was sent to plaintiff updating plaintiff on the status of the litigation, which was returned as "Return to Sender – No Such Number – Unable to Forward".

11. Thereafter, undersigned counsel retained a private investigator who attempted to locate plaintiff or his spouse, JoAnne Foley, for several months. The private investigator was unable to determine the location of either plaintiff George Foley, his wife JoAnne Foley, or any close relatives.

Wherefore, undersigned counsel on behalf of George Foley, requests that the court deny Defendants' motion seeking dismissal of the claim and further that the court grant an extension of time to file the Plaintiff Fact Sheet so that undersigned counsel can attempt to locate George Foley or his relatives. Specifically, undersigned counsel requests an additional sixty (60) days from the date of this filing to file the Plaintiff Fact Sheet.

Dated: April 11, 2017

                              By:    /s/ Leonard A. Davis_____
                                     Russ M. Herman (La. Bar No.: 6819)
                                     rherman@hhklawfirm.com
                                     Leonard A. Davis (La. Bar No.: 14190)
                                     ldavis@hhklawfirm.com
                                     Stephen J. Herman (La. Bar No.: 23129)
                                     Sherman@hhklawfirm.com
                                     Danielle T. Hufft (La. Bar No. 32260)
                                     dhufft@hhklawfirm.com
                                     HERMAN HERMAN & KATZ, LLC
                                     820 O'Keefe Ave.
                                     New Orleans, Louisiana 70113
                                     Phone: (504) 581-4892
                                     Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Leonard A. Davis_____
                                                  LEONARD A. DAVIS