UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Heather L Salyers  v. Janssen Research & Development LLC, et al.*, 2:16-14605 | | |

**REPSONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES**

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice.  (Doc. 6111).  The Plaintiff listed above is represented by Johnson Becker PLLC on Exhibit A (Doc. 6111-1) of the Court's Order to Show Cause (#14 in the Court's Order to Show Cause).  The PFS was recently submitted; however, there is still a deficiency regarding a failure to provide a signed declaration.  Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the requisite signed declaration.  Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding signed declaration from the Plaintiff.  Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice.  However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

1

DATED: April 11, 2017

By: /s/ Alexandra W. Robertson
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Direct: 612-436-1886
Facsimile: 612-436-1801

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Alexandra W. Robertson

Alexandra W. Robertson
