**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| *Lewis Todd  v. Janssen Research* | ) | |
| *& Development LLC, et al.*, 2:16-14382 | ) | |
| | ) | |

## PLAINTIFF LEWIS TODD'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SERVE A PLAINTIFF FACT SHEET

On January 31, 2017, Defendant's filed a Motion for Order to Show Cause Regarding Plaintiffs who failed to Serve a Plaintiff Fact Sheet (R. Doc. 5245). On March 14, 2017, this Court issued an Order to Show Cause requiring an explanation as to why certain actions, including the action of Lewis Todd, captioned above, should not be dismissed with prejudice for failure to file a Plaintiff Fact Sheet (R. Doc. 5723). The PFS was recently submitted; however, there is still a deficiency regarding a failure to provide a signed declaration.  Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the requisite signed declaration.  Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding signed declaration from the Plaintiff. Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice.  However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

1

DATED: April 12, 2017

By: /s/ Alexandra W. Robertson
       Alexandra W. Robertson
       Johnson Becker, PLLC
       444 Cedar Street, Suite 1800
       St. Paul, MN 55101
       Direct: 612-436-1886
       Facsimile: 612-436-1801

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Alexandra W. Robertson

Alexandra W. Robertson