UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIAGTION

MDL No. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

*Rowe v. Janssen Research & Development, LLC, et al.,* **16-cv-12206**

## PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET (DOCUMENT 5285)

On February 2, 2017, this Court issued an Order to Show Cause (Rec. Doc. 5285) why certain actions, including the above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

**Marie Rowe as Personal Representative of the Estate of Charles Rowe (deceased)**

1. The complaint in this matter was filed on June 30, 2016.

2. Undersigned counsel informed Ms. Rowe of her obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Ms. Rowe on or about September 1, 2016 with instructions for completion and returning to counsel.

4. Despite repeated efforts to follow up on the status, Ms. Rowe did not complete and return the Plaintiff Fact Sheet.

5.  Counsel attempted to reach Ms. Rowe regarding the return of the needed Plaintiff

    Fact Sheet numerous times including:

    a.  September 20, 2016 – Attempted to call client, but all phone numbers were

        out of service.

    b.  September 26, 2016 – Attempted to call client, but all phone numbers were

        out of service and sent letter re: return of PFS.

    c.  September 30, 2016 – Attempted to call client, but all phone numbers were

        out of service.

    d.  October 6, 2016 – Sent letter re: return of PFS.

    e.  October 24, 2016 – Sent letter re: return of PFS.

    f.  November 3, 2016 – Sent letter re: return of PFS.

    g.  November 14, 2016 – Performed Westlaw search for any alternative phone

        numbers or addresses.  Called all alternative phone numbers, but none

        worked.

    h.  November 14, 2016 – Sent letter re: return of PFS.

    i.  January 30, 2017 – Attempted to call client, but all phone numbers were out of

        service and sent letter re: return of PFS.

6.  Undersigned counsel is without any knowledge of what circumstances exist that

    may preclude Ms. Rowe from responding, or completing the Plaintiff Fact Sheet.

7.  Accordingly, undersigned counsel is unable to assist in complying with the

    obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and

    PTO 13.

8.  Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Date: April 12, 2017

/s/ Daniel C. Burke
Daniel C. Burke, Esq.
**Bernstein Liebhard LLP**
10 East 40th Street
New York, New York 10016
dburke@bernlieb.com
Phone: (212) 779-1414
Fax:    (212) 779-3218
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ Daniel C. Burke