UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * * | SECTION L JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS 1 THROUGH 4 ATTACHED TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND
ARGUMENT REGARDING MARKETING, ADVERTISING, OR PROMOTIONAL
MATERIALS NOT RELIED ON BY PLAINTIFF'S PRESCRIBING PHYSICIAN**

# FILED UNDER SEAL