UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO:<br>BARBARA FLOYD<br>Civil Action No.: 2:17-cv-1205 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Barbara Floyd, which occurred July 16, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Barbara Floyd's estate.

Dated:  April 12, 2017

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By:   */s/ Thomas V. Ayala*
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has, contemporaneously with or before filing, been served upon all parties or their attorneys in a manner authorized by FRCP 5(b)(2) , Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  April 12, 2016

By*:*     */s/ Thomas V. Ayala*