UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)        *        MDL 2592
PRODUCTS LIABILITY LITIGATION        *
                                                          *        SECTION L
THIS DOCUMENT RELATES TO:            *
　　*Boudreaux v. Bayer Corp., et al.*     *        JUDGE ELDON E. FALLON
　　**Case No. 2:14-cv-02720**              *
                                                          *        MAGISTRATE JUDGE NORTH

* * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 REGARDING THE RECORD 4 CLINICAL TRIAL AND SEIFE 2015

# FILED UNDER SEAL

# IN ITS ENTIRETY