UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS 1 THROUGH 4 ATTACHED TO
PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE NO. 8 TO EXCLUDE
EVIDENCE AND ARGUMENT REGARDING THE SEPTEMBER 2015
XARELTO LABEL AND/OR RELATED CORRESPONDENCE**

# FILED UNDER SEAL