UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL**

NOW COME Plaintiffs who submit that on April 12, 2017, Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 8 To Exclude Evidence and Argument Regarding The September 2015 Xarelto Label and/or Related Correspondence [Rec. Doc. 6145] ("Plaintiffs' Response") was filed into the record. Exhibits 1 through 4 attached to the Plaintiffs' Response refer to or contain information that has been designated confidential. Accordingly, movers request that Exhibits 1 through 4 attached to the Plaintiffs' Response be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits 1 through 4 attached to Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 8 To Exclude Evidence and Argument Regarding The September 2015 Xarelto Label and/or Related Correspondence be filed UNDER SEAL.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 12, 2017 | */s/ Leonard A. Davis*<br>Leonard A. Davis, Esq. (Bar No. 14190)<br>**HERMAN, HERMAN & KATZ, LLC**<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>Email: ldavis@hhklawfirm.com |
|  | Gerald E. Meunier (Bar No. 9471)<br>**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>Email: gmeunier@gainsben.com |
|  | ***Plaintiffs' Liaison Counsel*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**