UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1 through 4 attached to Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 8 To Exclude Evidence and Argument Regarding The September 2015 Xarelto Label and/or Related Correspondence [Rec. Doc. 6145] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2017.

                                                                                _____
                                                                                Eldon E. Fallon
                                                                                United States District Court Judge