UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux, Jr., et al. v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| *Case No. 2:14-cv-02720* | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
JOINT MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE OR
ARGUMENT THAT THE XARELTO LABEL SHOULD HAVE INCLUDED
INFORMATION ABOUT THE INRATIO DEVICE RECALL USED IN ROCKET AF
OR THAT IS INCONSISTENT WITH FDA'S SEPTEMBER 2016 REANALYSIS
THAT THE RECALL DID NOT IMPACT THE RESULTS OF ROCKET AF**

# FILED UNDER SEAL

# IN ITS ENTIRETY