UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE UNDER SEAL**

NOW COME Plaintiffs who submit that Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 5 to Exclude evidence and Argument Related to Use of Xarelto for Treatment of Acute Coronary Syndrome ("Plaintiffs' Response") refers to or contains information that has been designated confidential.  Accordingly, movers request that Plaintiffs' Response be filed UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be granted and that Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 5 to Exclude evidence and Argument Related to Use of Xarelto for Treatment of Acute Coronary Syndrome be filed UNDER SEAL in its entirety.

Respectfully submitted,

Dated:  April 12, 2017

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

>Gerald E. Meunier (Bar No. 9471)
>**GAINSBURGH BENJAMIN DAVID MEUNIER**
>**& WARSHAUER, LLC**
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, LA  70163-2800
>Phone:  (504) 522-2304
>Fax: (504) 528-9973
>Email:  gmeunier@gainsben.com
>
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>*/s/ Leonard A. Davis*
>**LEONARD A. DAVIS**