**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

**EXHIBIT 2-5**

**TO DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS'
MOTION IN *LIMINE* NO. 11 REGARDING PERSONAL USE OF XARELTO**

# FILED UNDER SEAL