# Exhibit 10

Page 1793

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS            *
LIABILITY LITIGATION             *    MDL DOCKET NO. 1657
                                 *
                                 *
THIS DOCUMENT RELATES TO         *    NEW ORLEANS, LOUISIANA
CASE NO. 05-4046:                *
                                 *
EVELYN IRVIN PLUNKETT, ET AL     *    FEBRUARY 15, 2006
                                 *
VERSUS                           *
                                 *    8:30 A.M.
MERCK & CO., INC.                *
* * * * * * * * * * * * * * * * *


VOLUME VIII - DAILY COPY
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE



APPEARANCES:


FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
                            BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                 LEIGH O'DELL, ESQ.
                            234 COMMERCE STREET
                            POST OFFICE BOX 4160
                            MONTGOMERY, ALABAMA 36103


FOR THE PLAINTIFF:          LEVIN, PAPANTONIO, THOMAS,
                              MITCHELL, ECHSNER & PROCTOR
                            BY:  TROY RAFFERTY, ESQ.
                            316 SOUTH BAYLEN STREET, SUITE 600
                            PENSACOLA, FLORIDA 32502


Draft Copy

DAILY COPY

Page 2050

1  Q  AND WHAT STUDY IS IT THAT MERCK DECIDED TO DO INSTEAD OF

2  DR TOPOL'S IDEA?

3  A  THAT WOULD HAVE BEEN PROTOCOL 203, WHICH WAS GOING TO BE A

4  PRESPECIFIED POOLED ANALYSIS OF DATA FROM THREE LARGE

5  CANCER-PREVENTION STUDIES WHERE VIOXX WAS BEING TESTED COMPARED

6  WITH PLACEBO

7  Q  AND WAS ONE OF THOSE CANCER-PREVENTION STUDIES KNOWN AS

8  APPROVE?

9  A  YES, THAT IS CORRECT

10  Q  AND WHAT WAS THE CANCER TREATMENT UNDER CONSIDERATION

11  THERE?

12  A  IT WAS VIOXX 25 MILLIGRAMS

13  Q  COMPARED TO PLACEBO?

14  A  THAT'S CORRECT

15  Q  DID THERE COME A TIME IN SEPTEMBER 2004 WHEN MERCK LEARNED

16  OF CERTAIN CARDIOVASCULAR RESULTS FROM THE APPROVE STUDY?

17  A  YES, THAT IS CORRECT

18  Q  WAS THAT IN SEPTEMBER 2004?

19  A  SEPTEMBER OF 2004

20  Q  I'LL PUT UP THAT HERE  AND THE JURY IS SEEING THE

21  PUBLICATION OF THE APPROVE STUDY, EXHIBIT 686, AND THIS IS A

22  PUBLICATION THAT WAS DONE AFTER SEPTEMBER 2004; IS THAT

23  CORRECT?

24  A  YES, THIS PUBLICATION WAS AFTER WE GOT THE PRELIMINARY

25  DATA

Page 2051

1  Q  AND YOU RECOGNIZE THIS GRAPHIC DEPICTION OF THE

2  CARDIOVASCULAR RESULTS IN THE APPROVAL TRIAL?

3  A  YES, I DO

4  Q  PRIOR TO SEPTEMBER 2004, HAD MERCK EVER HAD ANY

5  PLACEBO-CONTROLLED DATA WHICH SHOWED A STATISTICALLY

6  SIGNIFICANT INCREASED RISK FOR VIOXX FOR CARDIOVASCULAR EVENTS?

7  A  NO, WE DID NOT  I THINK WE SPOKE ABOUT THE ALZHEIMER'S

8  DATA, WHICH ACTUALLY THE RATE OF EVENTS WAS SIMILAR ON VIOXX

9  AND PLACEBO

10  Q  WHAT DID MERCK DO IN RESPONSE TO THE -- WHEN IT RECEIVED

11  NOTICE OF THIS APPROVE DATA SHOWING SEPARATION OF THE CURVES

12  AFTER 18 MONTHS?

13  A  WE MET WITH A GROUP OF OUTSIDE CONSULTANTS AND WE SHOWED

14  THEM THE DATA, ASKED THEIR -- ASKED THEM THEIR OPINION ON WHAT

15  WE SHOULD DO

16  Q  BY THE WAY, WHAT WAS THE -- DID VIOXX PROVE EFFECTIVE IN

17  ITS CANCER-PREVENTION ENDPOINT IN THE APPROVE TRIAL?

18  A  YES, IT DID  WE DID NOT HAVE THAT DATA -- AT LEAST, MY

19  RECOLLECTION IS THAT WE DID NOT HAVE THAT DATA AT THAT POINT IN

20  TIME, HOWEVER

21  Q  NOW, YOU SAID THAT YOU DISCUSSED THE CARDIOVASCULAR DATA

22  WITH OUTSIDE EXPERTS AFTER SEPTEMBER 24, 2004; IS THAT CORRECT?

23  A  THAT'S CORRECT

24  Q  WHAT WERE THE OUTSIDE EXPERTS ADVISING MERCK WITH REGARD

25  TO WHAT MERCK SHOULD DO IN RESPONSE TO THE APPROVE DATA?

Page 2052

1  A  THE MAJORITY OF THEM THOUGHT THAT WE SHOULD LEAVE VIOXX ON

2  THE MARKET BUT THAT WE SHOULD CHANGE THE LABEL AND PUT THE

3  APPROVE DATA IN THE LABEL ALONG WITH THE WARNING  THEY FELT

4  THAT MANY PATIENTS GOT PAIN RELIEF FROM VIOXX, MANY OF WHOM DID

5  NOT GET PAIN RELIEF FROM OTHER MEDICATIONS, AND THEY FELT IT

6  WAS AN IMPORTANT ALTERNATIVE FOR PATIENTS BUT THAT PATIENTS

7  SHOULD KNOW WHAT THE BENEFITS AND THE RISKS WERE

8  Q  AND WHAT DID MERCK DO INSTEAD?

9  A  WE DECIDED TO TAKE THE CONSERVATIVE APPROACH AND WE

10  TOOK -- WE VOLUNTARILY TOOK VIOXX OFF THE MARKET

11  Q  DO YOU RECALL THAT THAT DECISION TO VOLUNTARILY WITHDRAW

12  THE DRUG TOOK PLACE A WEEK LATER, SEPTEMBER 2004?

13  A  THAT'S CORRECT

14  Q  DOCTOR, DID YOU ATTEND ANOTHER ADVISORY COMMITTEE MEETING

15  OF THE FDA IN FEBRUARY OF 2005?

16  A  YES, I DID

17  Q  AND WHAT WAS YOUR ROLE AT THAT MEETING?

18  A  I WAS NOT ONE OF THE PRIMARY SPEAKERS AT THIS MEETING, BUT

19  I WAS THERE TO LISTEN AND TO HELP ANSWER QUESTIONS

20  Q  AND DID YOU EVER REVIEW THE MEMORANDUM OF THE FDA THAT

21  CAME OUT AFTER THAT ADVISORY COMMITTEE?

22  A  YES, I HAVE REVIEWED THAT

23  Q  AND DO YOU RECALL WHAT IT WAS THAT THE FDA CONCLUDED WITH

24  REGARD TO SHORT-TERM RISKS OF VIOXX?

25  A  WELL, BASED ON -- AFTER THE VIOXX RESULTS FOR APPROVE CAME

Page 2053

1  OUT, THERE WERE ACTUALLY -- THERE WERE ACTUALLY STUDIES WITH

2  OTHER COX-2 INHIBITORS THAT SHOWED SIMILAR CARDIOVASCULAR

3  RESULTS COMPARED WITH PLACEBO

4      AND THE FDA CONCLUDED THAT YOU COULDN'T DIFFERENTIATE

5  THE CARDIOVASCULAR SAFETY OF VIOXX FROM THE OTHER COX-2

6  INHIBITORS OR FROM TRADITIONAL NSAIDS EXCEPT POTENTIALLY

7  NAPROXEN, WHICH THEY SAID APPEARED TO HAVE A LOWER RATE OF

8  CARDIOVASCULAR EVENTS IN SOME OF THE STUDIES

9      MR ISMAIL:  YOUR HONOR, MAY MR BIRCHFIELD AND I

10  APPROACH?

11      THE COURT:  SURE

12      MR Ismail:  YOUR HONOR, I HAD ASKED MR BIRCHFIELD

13  IF HE HAD AN OBJECTION IF WE ASK ABOUT PERSONAL USE, AND GIVEN

14  WHAT WE DISCUSSED IN CHAMBERS, I JUST ASKED ANDY IF HE HAD A

15  PROBLEM WITH THAT

16      MR BIRCHFIELD:  AND I JUST WANTED TO PUT MY

17  OBJECTION ON THE RECORD UNDER 403

18      THE COURT:  THE WAY I SEE IT IS THAT SHE HAS NOW BEEN

19  ATTACKED RATHER FORCEFULLY, OR WILL BE ATTACKED RATHER

20  FORCEFULLY, AND THIS GOES TO CREDIBILITY, SO I'LL OVERRULE THE

21  OBJECTION

22  BY MR ISMAIL:

23  Q  DOCTOR, JUST A COUPLE MORE QUESTIONS  DOCTOR, DID YOU

24  EVER TAKE VIOXX YOURSELF?

25  A  YES, I DID

66 (Pages 2050 to 2053)

DAILY COPY

Page 2054

1    Q   FOR WHAT CONDITION? I THINK WE ALL CAN GUESS AT THIS

2    POINT

3    A   YES, CHRONIC LOW-BACK PAIN

4    Q   WHEN DID YOU FIRST BEGIN TO TAKE VIOXX TO THE BEST OF YOUR

5    RECOLLECTION?

6    A   TO THE BEST OF MY RECOLLECTION, IT WAS SOMETIME IN THE

7    SUMMER OF 2001

8    Q   AFTER THE VIGOR TRIAL?

9    A   THAT IS CORRECT

10   Q   AND WHAT DOSE OF THE DRUG DID YOU TAKE?

11   A   I USUALLY TOOK 25 MILLIGRAMS   OCCASIONALLY, I WOULD TAKE

12   50 MILLIGRAMS AS WELL FOR SHORT PERIODS OF TIME

13   Q   AND HOW FREQUENTLY DID YOU TAKE THE MEDICINE?

14   A   IT -- SOMETIMES IT WAS INTERMITTENT   THERE WERE PERIODS

15   OF TIMES, HOWEVER, THAT I WAS TAKING IT EVERY DAY FOR SEVERAL

16   MONTHS

17   Q   AND, DOCTOR, DURING THE TIME THAT YOU WERE TAKING VIOXX

18   PERSONALLY, DID YOU EVER BELIEVE THAT VIOXX INCREASED RISKS OF

19   CARDIOVASCULAR EVENTS?

20   A   NO, I DID NOT

21         MR ISMAIL: YOUR HONOR, I MOVE THE ADMISSION OF THE

22   APPROVAL LETTERS WITH RESPECT TO THE THREE SUBSEQUENT APPROVALS

23   IN APRIL '02 AND THE TWO APPROVALS IN '04   AND I'LL PROVIDE

24   THEM

25         THE DEPUTY:  WHAT NUMBER?

Page 2055

1          MR ISMAIL:  I HAD THEM HERE A MINUTE AGO   IF ANDY

2    DOESN'T OBJECT, I'LL GO AHEAD AND PUT THEM ON THE RECORD

3    TOMORROW MORNING, IF THAT'S ALL RIGHT

4          MR BIRCHFIELD:  THAT'S FINE

5          MR ISMAIL:  JUST GIVE ME ONE SECOND, YOUR HONOR, TO

6    CHECK MY NOTES   THANK YOU, DOCTOR, I HAVE NOTHING FURTHER

7          THE COURT:  WE'LL STOP HERE, MEMBERS OF THE JURY, AND

8    WE'LL RESUME AT 8:30 TOMORROW WITH CROSS-EXAMINATION OF

9    DR REICIN   TOMORROW, MEMBERS OF THE JURY, THE ATTORNEYS ARE

10   GOING TO DO THEIR VERY BEST TO FINISH THE EVIDENCE, SO WE'LL

11   TRY TO GET ALL OF THE EVIDENCE IN BY TOMORROW   WE MAY HAVE TO

12   GO A LITTLE LATE AGAIN, SO PLEASE BRING YOUR KEYS WITH YOU TO

13   YOUR CARS   COURT WILL STAND IN RECESS UNTIL 8:30, AND I'LL SEE

14   COUNSEL ABOUT 8:15

15         THE MARSHAL:  ALL RISE

16         (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING )

17              * * *

18

19

20

21

22

23

24

25

67 (Pages 2054 to 2055)

DAILY COPY