# Exhibit 12

Page 2304

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS          *   MDL DOCKET NO. 1657
LIABILITY LITIGATION           *
                               *
                               *
THIS DOCUMENT RELATES TO       *   SEPTEMBER 21, 2006, 8:45 A.M.
                               *
                               *
ROBERT G. SMITH V. MERCK       *   CASE NO. 05-CV-4379-L
  & CO., INC.                  *
* * * * * * * * * * * * * * * *
```

VOLUME X
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:         WATTS LAW FIRM
                           BY:  MIKAL WATTS, ESQ.
                           TOWER II BUILDING, 14TH FLOOR
                           555 NORTH CARANCAHUA STREET
                           CORPUS CHRISTI, TEXAS 78478

FOR THE PLAINTIFF:         WILLIAMS BAILEY LAW FIRM
                           BY:  JOHN T. BOUNDAS, ESQ.
                                STEVEN J. KHERKHER, ESQ.
                           8441 GULF FREEWAY, SUITE 600
                           HOUSTON, TEXAS  77017

FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                             PALENCHAR & SCOTT
                           BY:  PHILIP S. BECK, ESQ.
                                ANDREW L. GOLDMAN, ESQ.
                                CARRIE A. JABLONSKI, ESQ.
                           54 W. HUBBARD STREET, SUITE 300
                           CHICAGO, ILLINOIS 60601

DAILY COPY

| Page 2505 | Page 2507 |
|---|---|
| 1  MR WATTS: YES | 1  MR WATTS: DO I GET TO CROSS-EXAMINE HER ABOUT IT? |
| 2  MR GOLDMAN: JUDGE, WE OBJECT ON RELEVANCE GROUNDS | 2  THE COURT: NO  THAT'S IT |
| 3  AFTER WITHDRAWAL  JUST OBJECT ON RELEVANCE GROUNDS AND 403 | 3  (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN |
| 4  MR WATTS: SLICING AND -- | 4  OPEN COURT ) |
| 5  THE COURT: WAIT JUST A MINUTE  I OVERRULE THE | 5  THE COURT: RECROSS ON ONE ISSUE, AND I WOULD LIKE IT |
| 6  OBJECTION AND I'LL ALLOW IT | 6  TO BE DONE IN A QUESTION OR TWO |
| 7  BY MR WATTS: | 7  MR GOLDMAN: YES  REDIRECT |
| 8  Q  INSIDE OF MERCK -- AGAIN, THERE'S A LOT OF FUNNY E-MAILS | 8  THE COURT: I'M SORRY  REDIRECT |
| 9  OVERALL, THIS IS REALLY GOOD  "DINNER IS DEFINITELY IN ORDER | 9  REDIRECT EXAMINATION |
| 10  WE'LL HAVE SLICED AND GRILLED GRAHAM "  WHICH YOU RESPOND, | 10  BY MR GOLDMAN: |
| 11  "REALLY GOOD  I MUST BE CRAZY TO SAY YES "  IS THAT RIGHT? | 11  Q  DR REICIN, DID YOU USE VIOXX YOURSELF? |
| 12  A  THAT IS WHAT I WROTE | 12  A  YES, I DID; OFTEN FOR PROLONGED PERIODS OF TIME |
| 13  MR WATTS: DR REICIN, I'M OUT OF TIME  THANK YOU | 13  Q  DR REICIN, I WANT TO START OFF TOWARD THE END OF |
| 14  VERY MUCH  IT'S GOOD TO MEET YOU | 14  MR WATTS' EXAMINATION ON THIS WITHDRAWAL AND THE ESMB ISSUE |
| 15  MR GOLDMAN: YOUR HONOR, CAN WE APPROACH? I ALSO | 15  CAN YOU EXPLAIN HOW THE WITHDRAWAL HAPPENED AND WHAT, IF ANY, |
| 16  NEED A MINUTE TO SET UP, BUT I CAN BE READY IN A MINUTE | 16  RELEVANCE THE ESMB AND THE FDA COMMUNICATIONS HAD TO THAT? |
| 17  THE COURT: OKAY | 17  A  WELL, THE FDA COMMUNICATION HAD NO RELEVANCE  AS YOU |
| 18  (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT | 18  COULD SEE THIS MORNING, I DIDN'T EVEN REMEMBER THAT REQUEST |
| 19  THE BENCH ) | 19  FROM THEM  BASICALLY WHAT HAPPENED IS THE ESMB MET  THEY SAW |
| 20  MR BECK: YOUR HONOR, IN LIGHT OF THE | 20  THAT THERE WAS AN INCREASED RISK OF CARDIOVASCULAR EVENTS ON |
| 21  CROSS-EXAMINATION OF DR REICIN, WE ASK THAT WE BE ALLOWED TO | 21  VIOXX COMPARED WITH PLACEBO IN THE APPROVE STUDY BEGINNING |
| 22  ASK HER WHETHER SHE TOOK VIOXX FOR PERSONAL USE  WE THINK IT | 22  AFTER 18 MONTHS  IT'S MY UNDERSTANDING THEY REACHED OUT TO THE |
| 23  IS RELEVANT TO HER CREDIBILITY  THERE'S BEEN A DIRECT ATTACK | 23  ADMINISTRATIVE COMMITTEE, WHICH IS LIKE THE STEERING COMMITTEE |
| 24  ON HER CREDIBILITY  IN FACT, MOST OF IT HAS BEEN AN ATTACK ON | 24  THAT OVERSEES THE STUDY  THEY SHARED THE DATA WITH THEM  THEY |
| 25  CREDIBILITY  SO WE ASK TO BE ALLOWED TO ASK HER IF SHE TOOK | 25  RECOMMENDED THAT THE STUDY BE PREMATURELY TERMINATED  THE ESMB |

| Page 2506 | Page 2508 |
|---|---|
| 1  VIOXX | 1  AGREED WITH THAT RECOMMENDATION AND CONTACTED THE MEDICAL |
| 2  MR WATTS: JUDGE, NUMBER 1, YOU RULED ON THIS IN | 2  MONITOR AT MERCK, KEVIN CORGAN (PH ) AND TOLD HIM ABOUT THE |
| 3  PRETRIAL, AND WE WILL RELY UPON THAT RULING  NUMBER 2, WE DID | 3  DATA AND THEIR RECOMMENDATION |
| 4  NOT COME CLOSE TO APPROACHING THIS ISSUE | 4  Q  DR REICIN, I'M GOING TO TRY TO NOW TOUCH ON SOME OF THE |
| 5  MR BECK: I DIDN'T SAY -- | 5  TOPICS THAT MR WATTS TOUCHED ON  THE FIRST WAS ABOUT THE |
| 6  MR WATTS: THE FATHER AND THE FACT SHE DOESN'T TAKE | 6  VICTOR MEETING THAT WAS HELD IN 2005  DO YOU REMEMBER THAT? |
| 7  ASPIRIN, WE APPROACHED THE BENCH AND STAYED AWAY FROM IT | 7  A  YES, I DO |
| 8  MR BECK: I DIDN'T ARGUE  HE OPENED THE DOOR  I | 8  Q  HE ASKED YOU ABOUT WHETHER THERE WAS A VOTE CONCERNING THE |
| 9  SAID HE ATTACKED THE CREDIBILITY, AND THE REASON I'M | 9  POTENTIAL CARDIOVASCULAR RISKS ASSOCIATED WITH VIOXX AND |
| 10  APPROACHING NOW IS BECAUSE YOU DID RULE ON IT BEFORE, AND | 10  CELEBREX  DO YOU REMEMBER THAT? |
| 11  THAT'S WHAT THE MOTION IN LIMINE IS  I CAN'T RAISE IT UNLESS I | 11  A  I BELIEVE HE ASKED ABOUT VIOXX, BUT IT WAS A VOTE ON |
| 12  ASK | 12  CELEBREX, AS WELL |
| 13  MR WATTS: MY CROSS IS NOW OVER, NUMBER 1, AND I DID | 13  Q  WHAT WAS THAT VOTE? |
| 14  CROSS IN A CERTAIN WAY SO IT WOULD NOT COME UP  NUMBER 2, IT | 14  A  I CAN'T REMEMBER WHAT THE EXACT NUMBERS WERE, BUT THE |
| 15  SHOULDN'T BE ALLOWED TO COME UP FOR THE FIRST TIME NOW BECAUSE | 15  MAJORITY VOTED THAT CELEBREX WAS ALSO ASSOCIATED WITH AN |
| 16  IT PREJUDICES ME AND THE WAY -- I HAVE COMPLETED CROSS ON THIS | 16  INCREASED RISK BASED ON THE DATA PRESENTED |
| 17  IF I HAD KNOWN ABOUT IT -- | 17  Q  DID THE ADVISORY COMMITTEE IN 2005 AFTER VIOXX HAD ALREADY |
| 18  MR BECK: JUDGE, WE HAVE BEEN TALKING ABOUT IT SINCE | 18  BEEN WITHDRAWN VOTE ON WHETHER THE BENEFITS OUTWEIGHED THE |
| 19  BEFORE THE CASE, AND THE MOTION IN LIMINE SAYS WE CAN'T RAISE | 19  RISKS FOR VIOXX? |
| 20  IT UNLESS WE COME UP  YOUR HONOR SAID THAT'S A CREDIBILITY | 20  A  YES, THEY DID |
| 21  ISSUE AND I HAVE TO WAIT UNTIL AFTER THE CROSS  THIS IS AFTER | 21  Q  WHAT DID THE MAJORITY SAY? |
| 22  THE CROSS | 22  A  THE MAJORITY SAID THE BENEFITS DID OUTWEIGH THE RISKS  I |
| 23  MR WATTS: THE CROSS DIDN'T COME CLOSE TO IT | 23  CAN'T REMEMBER EXACTLY WHAT THE EXACT WORDS OF THAT QUESTION |
| 24  THE COURT: I UNDERSTAND THE ISSUE  I'LL ALLOW A | 24  WERE |
| 25  COUPLE QUESTIONS ON THAT | 25  Q  YOU WERE ASKED QUESTIONS ABOUT THE FACT THAT VIOXX HAS |