UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* | * | |
| **Case No. 2:14-cv-02720** | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the Motion for Leave to File Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions Under Federal Rules of Evidence 402 and 403 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge