UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* *Case No. 2:14-cv-02720* | * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' STEERING COMMITTEE'S REPLY BRIEF
IN SUPPPORT OF MOTION TO UNSEAL THE DISPOSITIVE
AND *DAUBERT* MOTIONS AND RELATED EXHIBITS**

# FILED UNDER SEAL IN ITS ENTIRETY