UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

**O R D E R**

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Defendants' Unredacted Joint Opposition to Plaintiffs' Motion in *Limine* No. 11 Regarding Personal Use of Xarelto and Exhibits 2-5 and 7-9 to said Opposition:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Unredacted Joint Opposition to Plaintiffs' Motion in *Limine* No. 11 Regarding Personal Use of Xarelto and Exhibits 2-5 and 7-9 to said Opposition, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of April, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE