**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720** | **MAGISTRATE NORTH** |

**DEFENDANTS' UNREDACTED JOINT OPPOSITION TO PLAINTIFFS'**
<u>**MOTION IN *LIMINE* NO. 11 REGARDING PERSONAL USE OF XARELTO**</u>

# FILED UNDER SEAL