**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**SECTION L**

**THIS DOCUMENT RELATES TO:**

**JUDGE ELDON E. FALLON**

**Joseph J. Boudreaux, Jr., et al. v. Janssen et al.**
**Case No. 2:14-cv-02720**

**MAGISTRATE NORTH**

**DEFENDANTS' *EX PARTE* MOTION TO**
**FILE UREDACTED OPPOSITION AND EXHIBITS UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, (collectively, "Defendants") respectfully request leave of the Court to file Defendants' Unredacted Joint Opposition to Plaintiffs' Motion *in Limine* No. 4 (Regarding the Relationship Between Plaintiffs and their Attorneys) and Plaintiffs' Motion *in Limine* No. 24 (Regarding References to Advertising and Choice of Counsel)[1] and Exhibit A to said Opposition in the above-referenced matter under seal, as they contain references to the personal information of a particular plaintiff, including excerpts of deposition testimony discussing the same.   Accordingly, Defendants respectfully request that the Unredacted Opposition and Exhibit be filed under seal.

---

[1] A redacted Opposition has been filed into the Record.  *See* Rec. Doc. 6173.

1

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By:  /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP

50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART &
MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart &
Moore LLC 400 Poydras
Street, Suite 2700
New Orleans, LA 70130
Telephone:
(504) 310-2100
jirwin@irwinllc
.com

*Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research &
Development, LLC, and Janssen
Ortho LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300 New
Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Health Care
Pharmaceuticals Inc. and Bayer Pharma AG*

00404083 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**