# Exhibit 4



Guidelines | JACC | ACC.17 | Membership | About ACC

All Types ▼

Create an Account or

Clinical Topics | Latest In Cardiology | Education and Meetings | Tools and Practice Support | Log in to MyACC

## About ACC



Our Strategic Direction

Our History

+ Our Bylaws and Code of Ethics

+ Leadership and Governance

+ Industry Relations

Support the ACC

Jobs at the ACC

Press Releases

ACC Social Media

+ Book Our Conference Center

### Mission

The mission of the American College of Cardiology (ACC) is to transform cardiovascular care and improve heart health.

### Enduring Purpose

The ACC strives to achieve its enduring purpose: to improve cardiovascular health through education, research, quality care and health policy.

### Vision

The members of the College will dramatically reduce the incidence, severity and complications of cardiovascular disease as we promote prevention, reduce disparities in health care, and improve personal and population-based cardiovascular health.

### Core Values

- **Professionalism**: The interests of patients are primary.

- **Knowledge**: The College must promote growth, dissemination and application of knowledge about cardiovascular medicine.

- **Value of the cardiovascular specialist**: The cardiovascular profession makes a distinct contribution to medical care that should be recognized and enhanced.

- **Integrity**: Honesty, compliance with legal requirements, and ethical behavior are essential in all activities.

- **Member driven**: The College and its major activities must be led by active members and must promote volunteerism.

- **Inclusiveness**: The College involves a broad range of volunteers that reflects the composition of its membership.

**YOU ARE HERE:** Home > About ACC

### Guidelines

### JACC Journals on ACC.org
JACC
JACC Interventions
JACC Imaging
JACC Heart Failure
JACC Electrophysiology
JACC Basic to Translational Science

### Membership
About Membership
Become a Member

### Clinical Topics
Acute Coronary Syndromes
Anticoagulation Management
Arrhythmias and Clinical EP
Cardiac Surgery
Cardio-Oncology
Chronic Angina
Congenital Heart Disease and Pediatric Cardiology
Diabetes and Cardiometabolic Disease
Dyslipidemia

### Latest in Cardiology
Clinical Updates & Discoveries
Advocacy & Policy
Perspectives & Analysis
Meeting Coverage

### Education and Meetings
Online Learning Catalog
Understanding MOC
Products and Resources
Image and Slide Gallery
Meetings

   

JACC ↗

Quality Improvement for Institutions ↗

NCDR ↗

CardioSmart ↗

ACC Accreditation

Renew Your Membership
Member Benefits and Resources
Member Sections
Chapters
Member Directory

Geriatric Cardiology
Heart Failure and Cardiomyopathies
Invasive Cardiovascular Angiography
  and Intervention
Mitral Regurgitation
Noninvasive Imaging
Pericardial Disease
Prevention
Pulmonary Hypertension and Venous
  Thromboembolism
Sports and Exercise Cardiology
Stable Ischemic Heart Disease
Valvular Heart Disease
Vascular Medicine

Annual Scientific Session

**Tools and Practice Support**
Quality Improvement for Institutions
NCDR
CardioSmart
ACC Accreditation Services
Clinical Toolkits
Mobile Resources
Advocacy at the ACC
Cardiology Careers
Practice Solutions
Quality Programs

**Services**

**Heart House**
2400 N Street NW
Washington DC, 20037

**Phone:** (800) 253-4636, ext. 5603 or
(202) 375-6000, ext. 5603
**E-mail:** resource@acc.org
**Fax:** (202) 375-7000



## About ACC
Our Strategic Direction
Our History
Our Bylaws and Code of Ethics
Leadership and Governance
Industry Relations
Support the ACC
Jobs at the ACC
Press Releases
Social Media
Book Our Conference Center

Media Center   ACC.org Quick Start Guide   Advertising & Sponsorship Policy   Clinical Content Disclaimer   Editorial Board   Privacy Policy
Registered User Agreement   Terms & Conditions   Site Map

© 2017 American College of Cardiology Foundation. All rights reserved.