# Exhibit 6




## 19,000 Members Strong

You'll have access to a diverse, global network of experts and peers providing opportunities for learning, idea exchange, mentorship, and collaboration.

 Email Page
 Print Page
 Bookmark & Sha

Advertisement


Support Our Missi
CHEST FOUNDATION
CHAMPIO for LUNG Hea
LEARN MORE

## About
CHEST Enterprises
  CHEST Enterprises
Industry Support
  Industry Support
  Industry Advisory Council
Governance
  Governance Policy
  Presidents
  Board of Regents
Overview
  CHEST Year in Review
  History of the Organization
  Member of FIRS
  Strategic Plan
Staff & Contact Us
  CHEST Newsroom
  Staff
  Job Opportunities at CHEST
  Contact Us
Leadership
  Committees
  Council of Global Governors
  Master Fellows
Overview
  CHEST Year in Review
  History of the Organization
  Member of FIRS
  Strategic Plan
Governance
  Governance Policy
  Presidents
  Board of Regents
Leadership
  Committees
  Council of Global Governors
  Master Fellows
Staff & Contact Us
  CHEST Newsroom
  Staff
  Job Opportunities at CHEST
  Contact Us
Industry Support
  Industry Support
  Industry Advisory Council
CHEST Enterprises
  CHEST Enterprises

## About

### An Essential Connection at a Critical Time

We're here to help chest medicine professionals optimize every clinical decision they make. You can count on us to connect you to the most forward-thinking programs in clinical medical education, to new skills and knowledge that allow you to advance your career, and to a community of innovative problem-solvers who will inspire and energize you. We understand what the day-to-day practice of pulmonary, critical care, and sleep medicine demands, and we're with you every step of the way, focused on helping you deliver the best possible care to your patients.



**Our Mission**
To **champion** the prevention, diagnosis, and treatment of chest diseases through education, communication, and research.

**Our Vision**
The American College of Chest Physicians (CHEST) is the global leader in advancing best patient outcomes through innovative chest medicine education, clinical research, and team-based care.

### Connect to Innovative Chest Medicine Education

Our innovative education options include live learning, online learning, and self-study products. Our live learning opportunities are scheduled throughout the year, with many taking place at our new Innovation, Simulation, and Training Center, located at CHEST Global Headquarters in Glenview, Illinois, a suburb of Chicago. This state-of-the-art facility includes an auditorium, simulation rooms, education breakout rooms, and a wet and dry laboratory, so you and other members of your care team can come together for hands-on learning that helps you put the latest clinical advances into immediate practice. We incorporate our simulation education into Advanced Clinical Training Certificate Programs that you can complete to refresh or master your skills in critical care ultrasonography, bronchoscopy, airways management, mechanical ventilation, and critical care management.

Each year, we hold our CHEST annual meeting, offering 5 days of clinical instruction with hundreds of sessions focusing on relevant pulmonary, critical care, and sleep medicine topics. We also offer board review courses annually to act as a filter to all the clinical information, helping you focus your study plan on exam-relevant material. In 2014, we hosted our first CHEST World Congress, a global gathering of leading respirologists, critical care physicians, sleep specialists, cardiothoracic surgeons, and allied health-care professionals from all regions of the world to share best clinical practice.


ACCME ACCREDITED WITH COMMENDATION

Our clinical education program is internationally recognized and accredited. We hold Accreditation With Commendation from the Accreditation Council for Continuing Medical Education, placing us in the highest tier of continuing medical education providers. Plus, as the first medical society ever to receive accreditation from the Society for Simulation in Healthcare, we are an international leader in providing hands-on learning opportunities.

### Connect to Clinical Research

Each month, our premier journal CHEST features peer-reviewed original research and relevant insights in the multidisciplinary specialties of chest medicine. Also through CHEST, we publish world-renowned, evidence-based practice guidelines in lung cancer, thrombosis and antithrombotic therapy, cough, and more. Our guidelines and consensus statements are highly regarded for their rigorous methodology and are referenced by practitioners around the world to help deliver the highest quality care to patients.

CHEST is widely accessible, available in print, online, on the mobile Web, and as an app for Apple devices. More than 350,000 readers access CHEST monthly. Use it to find the latest research posted in the Online First section each week or access podcasts and a variety of

insightful series, including Recent Advances in Chest Medicine, Topics in Practice Management, and more.

## Connect to Team-Based Care

Our global community of health-care professionals means more ideas, perspectives, and options. We are a remarkably diverse community of experts and peers from more than 100 countries, representing the entire clinical chest medicine team and a wide range of disciplines. Together, we exchange ideas, mentor one another, and learn and advance knowledge collaboratively.

We help every member of the team be prepared to make the most of his or her role and work at peak performance. Our education is targeted to physicians, respiratory therapists, critical care nurses, advanced practice nurses, physician assistants, and emergency medicine professionals, so each team member can work confidently and ultimately drive better patient outcomes.

## Connect With Us

Join the American College of Chest Physicians (CHEST) now, and connect with all we have to offer professionals in chest medicine.

Learn more about the CHEST Foundation, our philanthropic arm that supports research grants and awards, community service and humanitarian programs, youth tobacco prevention programs, and patient education resources related to chest medicine.

Email Page      Print Page      Bookmark & Share

Copyright 2017 © American College of Chest Physicians®