# Exhibit 5

About the Heart Rhythm Society

**Mission:** To improve the care of patients by advancing research, education and optimal health care policies and standards.

The Heart Rhythm Society (HRS) is a leading resource on cardiac pacing and electrophysiology. This specialty organization represents medical, allied health, and science professionals from more than 70 countries who specialize in cardiac rhythm disorders. HRS delivers programs and services to its membership based on its current Strategic Plan under the guidance of a Board of Trustees. Members and staff adhere to the HRS Code of Ethics and Professional Standards.

**Heart Rhythm Society**
1325 G Street NW
Suite 400
Washington, DC 20005, USA

202-464-3400
202-464-3401 (Fax)
info@HRSonline.org

**Connect With Us**

 eCommunity    Twitter    Facebook    LinkedIn    RSS    Contact Us

Heart Rhythm Society
1325 G Street NW, Suite 400
Washington, DC 20005
P: 202-464-3400 F: 202-464-3401 E: info@HRSonline.org

© Heart Rhythm Society 2017