**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

**EXHIBITS 7**

**TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION IN *LIMINE* NO. 7 REGARDING HEARSAY STATEMENTS
<u>FROM MEDICAL ASSOCIATIONS</u>**

# FILED UNDER SEAL