UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE NORTH |

## ORDER

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. Prior to the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs resolved the Plaintiff Fact Sheet deficiencies identified by Defendants in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet filed on January 5, 2017. These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Baker, Ronald | Slater, Slater Schulman, LLP | 2:1 6-cv-07497 |
| 2. | Brandon, Allen | Slater, Slater Schulman, LLP | 2:16-cv-06879 |
| 3. | Burley, Joann C. | Kirkendall Dwyer LLP | 2:16-cv-06638 |
| 4. | Chesner, Michael | Nemeroff Law Firm | 2:16-cv-12723 |
| 5. | DiMichele, Angela | Slater, Slater Schulman, LLP | 2:16-cv-00269 |
| 6. | Fallon, Frank | Nemeroff Law Firm | 2:16-cv-12732 |
| 7. | Jolley, Donald | Slater, Slater Schulman, LLP | 2:16-cv-10753 |
| 8. | King, David | Slater, Slater Schulman, LLP | 2:16-cv-09791 |
| 9. | Matran, Janelle | Slater, Slater Schulman, LLP | 2:16-cv-01720 |
| 10. | Mello, Marissa | Slater, Slater Schulman, LLP | 2:16-cv-10899 |
| 11. | Mitala, Paul | Slater, Slater Schulman, LLP | 2:16-cv-09153 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 12. | Phelps, Dwight | Slater, Slater Schulman, LLP | 2:16-cv-09310 |
| 13. | Robinson, Hattie | Slater, Slater Schulman, LLP | 2:16-cv-10055 |
| 14. | Rodgers, Kyesha | Slater, Slater Schulman, LLP | 2:1 6-cv- 10065 |

New Orleans, Louisiana this 11th day of April, 2017.

Judge Eldon E. Fallon
United States District Court Judge