UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 5245; 5285]. For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Cox, John | Cory Watson Crowder & DeGaris, PC | 2:16-cv-13323 |
| 2. | Kling, Kelly | Williamson, Fontenot, Campbell, & Whittington, LLC | 2:16-cv-13865 |
| 3. | Schlesinger, Henry | Morgan & Morgan Complex Litigation Group | 2:16-cv-13928 |
| 4. | Tillery, Manning, Jr. | Provost Umphrey Law Firm L.L.P. | 2:16-cv-13434 |
| 5. | Weiler, Judy | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA | 2:16-cv-09874 |
| 6. | Winfree, James | Morgan & Morgan Complex Litigation Group | 2:16-cv-13520 |

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
United States District Court Judge