UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
THIS DOCUMENT RELATES TO:              :
THE CASES LISTED BELOW                 :
                                       :     JUDGE ELDON E. FALLON
                                       :
                                       :     MAGISTRATE JUDGE NORTH

## ORDER

Prior to the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs resolved the Plaintiff Fact Sheet deficiencies identified by Defendants in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies filed on January 5, 2017.  [Rec. Docs. 4921; 5085].  These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Butler, Linda S | The West Law Firm | 2:15-cv-05799 |
| 2. | Trosper, Don L | Baron & Budd | 2:16-cv-04681 |

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge