UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. For the reasons set forth on the record at the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs shall be given until April 19, 2017, to serve a Plaintiff Fact Sheet. Failure to serve a Plaintiff Fact Sheet by this date may result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |
| 2. | Maldonado, Bernardo | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05194 |

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge