UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 5245; 5285]. Prior to the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs resolved the Plaintiff Fact Sheet deficiencies identified in Defendants Motion. These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Goss, Terrance Wayne | Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. | 2:16-cv-13858 |
| 2. | Neisser, Victor Raymond | Cates Mahoney, LLC | 2:1 6-cv- 12948 |

New Orleans, Louisiana this 11th day of April, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge