**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Abbie Napier*
**Civil Action No.: 2:15-cv-07094**

## ORDER

On January 20, 2017, Plaintiff was provided an extension of time to cure the alleged Plaintiff Fact Sheet deficiency identified by Defendants [Rec Doc. 5292].  For the reasons set forth on the record at the Order to Show Cause Hearing held on March 15, 2017, Plaintiff has resolved the Plaintiff Fact Sheet deficiency identified by Defendants.  This action may proceed accordingly.

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge