UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 5245; 5285]. For the reasons set forth on the record at the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs shall be given until April 19, 2017, to serve a Plaintiff Fact Sheet. Failure to serve a Plaintiff Fact Sheet by this date may result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Armbuster, Jarrod | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-14297 |
| 2. | Ashby, Sonja (duplicate filer) | Kabateck Brown Kellner, LLP | 2:16-cv-14251 |
| 3. | Bryant, Mildred | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08518 |
| 4. | Butler, Katrina | Sanders Law Firm, LLC | 2:16-cv-1 1924 |
| 5. | Dial, Ruth Elaine | Slater, Slater Schulman, LLP | 2:16-cv-13499 |
| 6. | Dudley, Lucretia | Jacoby & Meyers, LLC; | 2:16-cv-08446 |
| 7. | Duran, Jimmy | Jacoby & Meyers, LLC; | 2:16-cv-08293 |
| 8. | Eades, Phyllis Nadine | Jacoby & Meyers, LLC; The Cochran Firm | 2:1 6-cv-08531 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 9. | Ellis, Venecia | Cates Mahoney, LLC | 2:16-cv-13905 |
| 10. | Gray, Betty | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09799 |
| 11. | Hall-Peterson, Adris (duplicate filer) | Reich & Binstock | 2:16-cv-12806 |
| 12. | Hamilton, Johnnie | Stewart & Stewart Attorneys | 2:16-cv-06926 |
| 13. | Humber, Timothy | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10897 |
| 14. | Jackson, Devara | The Schlemmer Firm, LLC | 2:1 6-cv- 14352 |
| 15. | Jenkins, Barbara Carol | Matthews & Associates | 2:16-cv-13263 |
| 16. | Kohan, Alice | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09085 |
| 17. | Kolar, Robert | The Schlemmer Firm, LLC | 2:16-cv-14351 |
| 18. | Legg, Elsie | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08113 |
| 19. | Leibowitz, Sylvia | Law Offices of Lawrence A. Beckenstein, P.C. | 2:16-cv-12394 |
| 20. | Levin, Henry | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10482 |
| 21. | Lower, William (duplicate filer) | Reich & Binstock | 2:16-cv-12801 |
| 22. | Oelze, Charles | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09968 |
| 23. | Rotolo, Joseph | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10574 |
| 24. | Rowe, Charles | Bernstein Liebhard LLP | 2:16-cv-12206 |
| 25. | Scioli, Joseph | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08298 |
| 26. | Sweetman, Louis | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:1 6-cv- 10593 |
| 27. | Todd, Lewis Rodgers | Johnson Becker, PLLC | 2:16-cv-14382 |

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
United States District Court Judge