UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs were given until March 23, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. 5295]. Due to a scheduling change, the following Plaintiffs shall now be given until April 19, 2017 to serve a Plaintiff Fact Sheet. Failure to serve a Plaintiff Fact Sheet by this date may result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Ashcraft, James, IV | Matthews & Associates | 2:16-cv-13587 |
| 2. | Chambers, Jefferson | Slater, Slater Schulman, LLP | 2:16-cv-09632 |
| 3. | Favis, Frankie | Herman, Herman & Katz, LLC | 2:15-cv-06344 |
| 4. | Ferdman, Basya | Grant & Eisenhofer P.A. | 2:16-cv-01317 |
| 5. | Flood, Jesse | Crumley Roberts | 2:16-cv-10656 |
| 6. | Foley, George | Herman, Herman & Katz, LLC | 2:15-cv-05834 |
| 7. | Hamelin, Patricia | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04271 |
| 8. | Huffman, Leonard | Slater, Slater Schulman, LLP | 2:16-cv-08670 |
| 9. | Huls, Bernice | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-03658 |
| 10. | Lavergne, Kevin | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04844 |
| 11. | Moeller, Mark | Nemeroff Law Firm | 2:16-cv-12849 |

New Orleans, Louisiana, on this 11th day of April, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge