UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMANDED

LAKESHA LOFTIN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-6620

## MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiff by and through the undersigned counsel and respectfully moves this Court for leave to file Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

WHEREFORE Mover prays that this motion be granted and that Plaintiff's Motion for Voluntary Dismissal Without Prejudice be filed.

Date: April 13, 2017

HILLIARD MUÑOZ GONZALES LLP

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas Bar No. 09677700
Catherine Tobin
Texas State Bar No. 24013642
John Martinez
Texas State Bar No. 24010212
T. Christopher Pinedo
Texas State Bar No. 00788935

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion, as per PTO 24A (Rec. Doc. 3286), with all other parties which are listed below regarding the filing of this motion and they are Opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein

/s/ T. Christopher Pinedo
T. Christopher Pinedo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     <u>**JURY TRIAL DEMANDED**</u>

**LAKESHA LOFTIN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**

CIVIL ACTION NO.: 2:15-cv-6620

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that a copy of the above and foregoing Motion for Leave to file Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

                                                       HILLIARD MUÑOZ GONZALES LLP

                                                       By: /s/ T. Christopher Pinedo
                                                            Robert C. Hilliard
                                                             Texas Bar No. 09677700
                                                            Catherine Tobin
                                                             Texas State Bar No. 24013642
                                                             T. Christopher Pinedo
                                                             Texas State Bar No. 00788935
                                                             John Martinez
                                                             Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***