UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: JURY TRIAL DEMANDED

DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4663

## MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiff by and through the undersigned counsel and respectfully moves this Court for leave to file Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

WHEREFORE Mover prays that this motion be granted and that Plaintiff's Motion for Voluntary Dismissal Without Prejudice be filed.

Date: April 13, 2017

**HILLIARD MUÑOZ GONZALES LLP**

By: /s/ T. Christopher Pinedo
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    John Martinez
    Texas State Bar No. 24010212
    T. Christopher Pinedo
    Texas State Bar No. 00788935

                719 S. Shoreline Boulevard
                Corpus Christi, Texas 78401
                361-882-1612 Office
                361-882-3015 Fax
                ***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion, as per PTO 24A (Rec. Doc. 3286), with all other parties which are listed below regarding the filing of this motion and they are Opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein

/s/ T. Christopher Pinedo
T. Christopher Pinedo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :    MDL No. 2592
                                       :
                                       :    SECTION L
                                       :
                                       :    JUDGE ELDON E. FALLON
                                       :
                                       :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                   **JURY TRIAL DEMANDED**

DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to file Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP

By: /s/ T. Christopher Pinedo
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

                719 S. Shoreline Boulevard, Suite 500
                Corpus Christi, Texas 78401
                361-882-1612 Office
                361-882-3015 Fax
                ***Attorneys for Plaintiff***