# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**

CIVIL ACTION NO.: 2:15-cv-4663

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

Signed, this _____ day of _____, 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge