**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4663

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN, in the above reference civil action, and by and through his counsel of record hereby files a Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal of this actions without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear their own costs.

FURTHERMORE, Plaintiff's Counsel would state that they have attempted to contact the heirs of this Estate on the following dates via telephone:

12/02/2014
12/12/2014
02/18/2015
04/09/2015
10/05/2015
10/08/2015
10/09/2015
10/15/2015

11/12/2015
09/01/2015
11/11/2015
03/02/2016
03/24/2016
06/13/2016
07/13/2016
07/12/2016
07/25/2016
08/11/2016

ADDITIONALLY, Plaintiff's Counsel would state that they have attempted to contact the heirs of this Estate on the following dates via mail:

12/18/2015
03/15/2016
06/28/2016

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: April 13, 2017

           **HILLIARD MUÑOZ GONZALES LLP**
           By: /s/ Robert C. Hilliard
              Robert C. Hilliard
              Texas Bar No. 09677700
              Catherine Tobin
              Texas State Bar No. 24013642
              John Martinez
              Texas State Bar No. 24010212
              T. Christopher Pinedo
              Texas State Bar No. 00788935

              719 S. Shoreline Boulevard, Suite 500
              Corpus Christi, Texas 78401
              361-882-1612 Office
              361-882-3015 Fax
              *Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

      Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion as per PTO 24A (Rec. Doc. 3286), with all other parties which are listed below regarding the filing of this motion and they are opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein

                                              /s/ T. Christopher Pinedo
                                              T. Christopher Pinedo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : 
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: JURY TRIAL DEMANDED

DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice has, contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP

By: /s/ T. Christopher Pinedo
　　Robert C. Hilliard
　　Texas Bar No. 09677700
　　Catherine Tobin
　　Texas State Bar No. 24013642
　　T. Christopher Pinedo
　　Texas State Bar No. 00788935
　　John Martinez
　　Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***