UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| | SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Julie Graham v. Janssen Research & Development LLC, et al; No. 2:16-cv-10035*

COMES NOW Counsel for Plaintiff in the above matter, and files this Supplemental Response to the Order to Show Cause entered by the Court on March 7, 2017 (Doc. 5660) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. The Court entered an Order to Show Cause on March 7, 2017 (Doc. 5660) and has scheduled a hearing on the unresolved cases following the Court's March status conference for April 19, 2017 (Doc. 6190). Plaintiff Julie Graham, represented by The Gallagher Law Firm, appears on Exhibit A (Doc. 5660-1) and Doc. 6190 of the Court's Order to Show Cause and Order scheduling hearing respectively.

1

Undersigned counsel previously filed a response to the Court's Order to Show Cause (Doc. 5693) on March 11, 2017 and requested an extension time on Ms. Graham's behalf to obtain additional records. Subsequent to the filing of Plaintiff's Response, Plaintiff received additional medical records documenting her bruising/ecchymosis injury from Dr. Robert Wlodarcyzk.  Plaintiff promptly amended her Fact Sheet and uploaded these records to MDL Centrality on March 15, 2017. Plaintiff contends that she has cured the alleged core deficiencies identified in the Court's Show Cause Order. Therefore, Plaintiff respectfully requests that this Court vacate its Show Cause Order and allow her to continue with a prosecution of her claim.

Dated:  April 13, 2017.

        Respectfully submitted,

        s/ Michael T. Gallagher
        MICHAEL T. GALLAGHER
         (Texas Bar #07586000)
        THE GALLAGHER LAW FIRM PLLC
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 222-8080
        Facsimile (713) 222-0066
        mike@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        s/ Michael T. Gallagher
        Michael T. Gallagher