UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding The Record 4 Clinical Trial and Seife 2015 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
Eldon E. Fallon
United States District Court Judge