UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux v. Bayer Corp., et al.* | * * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 1, 2, 4 and 5 attached to Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 1 (Rec. Doc. 5955) [Rec. Doc. 6159] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
Eldon E. Fallon
United States District Court Judge