UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 7 to Exclude Evidence or Argument That The Xarelto Label Should Have Included Information About The Inratio Device Recall Used In Rocket AF or That is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of Rocket AF be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 12th day of         April         , 2017.

_____
Eldon E. Fallon
United States District Court Judge