UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

THIS DOCUMENT RELATES TO:

JUDGE ELDON E. FALLON

Joseph J. Boudreaux, Jr., et al. v. Janssen et al.
Case No. 2:14-cv-02720

MAGISTRATE NORTH

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Defendants' Unredacted Joint Opposition to Plaintiffs' Motion *in Limine* No. 16 (Regarding the Effect of State Tort Laws) and Exhibits A-B in support of said Opposition in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file said pleadings UNDER SEAL.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

00407213

1