UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions Under Federal Rules of Evidence 402 and 403 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 12th day of ___April___, 2017.

_____
Eldon E. Fallon
United States District Court Judge