UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ) ) ) *Kristina Stubbs v. Janssen Research* ) *& Development LLC, et al.*, 2:16-12082 ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**REPSONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES**

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice. (Doc. 6190). The Plaintiff listed above on the Court's Order to Show Cause is represented by Johnson Becker PLLC of (Doc. 6190). The outstanding deficiency is in regards providing medical records documenting injury. Plaintiff and Counsel are attempting acquire the responsive medical records. The PFS and signed declaration were properly served. Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice. While Counsel respectfully requests additional time to acquire the requisite medical records, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

1

DATED: April 14, 2017

                    By: /s/ Alexandra W. Robertson
                       Alexandra W. Robertson
                       Johnson Becker, PLLC
                       444 Cedar Street, Suite 1800
                       St. Paul, MN 55101
                       Direct: 612-436-1886
                       Facsimile: 612-436-1801

## CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                       */s/ Alexandra W. Robertson*

                       Alexandra W. Robertson