UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Reply and to File Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Unseal the Dispositive and Daubert Motions and Related Exhibits be and is hereby filed into the record and is filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
Eldon E. Fallon
United States District Court Judge