# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal their Unredacted Opposition to Plaintiffs' Motion in *Limine* No. 26 Regarding Compensation of Dr. Kessler, and Exhibit 1 to the Opposition,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Unredacted Defendants' Opposition to Plaintiffs' Motion in *Limine* No. 26 Regarding Compensation of Dr. Kessler, and Exhibit 1 to the Opposition, be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this  12th  day of April, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE