UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Defendants' Unredacted Joint Opposition to Plaintiffs' Motion *in Limine* No. 8 (Regarding Plaintiffs' Counsel's Advertising) and Plaintiffs' Motion *in Limine* No. 10 (Regarding An Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer Driven Litigation) as well as Exhibits A-C and Exhibits G-H in support of said Opposition in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file said pleadings UNDER SEAL.

New Orleans, Louisiana, this 12th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

00407292

1