UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

*David Winnen O/B/O Robert Winnen,*

*deceased v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:15-cv-01972

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff David Winnen, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Plaintiff decedent Robert Winnen died on May 14, 2014. On April 4, 2017, the Chancery Court of Harrison County, Mississippi entered an order appointing David Winnen as Executor of the Estate of Robert Winnen, deceased. David Winnen as Executor of the Estate of Robert Winnen, deceased, is now the proper party to substitute for plaintiff-decedent Robert Winnen and proceed forward with the surviving products liability claim on his behalf.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Dated: April 14, 2017

        Respectfully Submitted,

        BARTIMUS, FRICKLETON and ROBERTSON, P.C.

        By: */s/ Michelle Marvel*
        Michelle Marvel    MO # 59815   KS #23511
        11150 Overbrook Road, Suite 250
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        GOZA & HONNOLD, L.L.C

        By: */s/ Bradley D. Honnold*
        Kirk J. Goza     MO # 32475
        Bradley D. Honnold   MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel*_____