UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: JURY TRIAL DEMANDED

*David Winnen O/B/O Robert Winnen,
deceased v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:15-cv-01972

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff, by and through his counsel, hereby submits this memorandum in support of Plaintiff's Motion to Amend Complaint. Plaintiff David Winnen seeks leave from Court to file an amended complaint in this action. Plaintiff decedent Robert Winnen died on May 14, 2014. On April 4, 2017, the Chancery Court of Harrison County, Mississippi entered an order appointing David Winnen as Executor of the Estate of Robert Winnen, deceased. David Winnen as Executor of the Estate of Robert Winnen, deceased, is now the proper party to substitute for plaintiff-decedent Robert Winnen and proceed forward with the surviving products liability claim on his behalf.

1

## **CONCLUSION**

Plaintiff's counsel respectfully requests that they be allowed to file an amended Complaint to reflect that David Winnen has been appointed Executor of the Estate of Robert Winnen, deceased.

Dated: April 14, 2017

                Respectfully Submitted,

                BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                By: */s/ Michelle Marvel*
                Michelle Marvel    MO # 59815   KS #23511
                11150 Overbrook Road, Suite 250
                Leawood, KS 66211
                (913) 266-2300
                (913) 266-2366 Facsimile
                mmarvel@bflawfirm.com

                GOZA & HONNOLD, L.L.C

                By: */s/ Bradley D. Honnold*
                Kirk J. Goza        MO # 32475
                Bradley D. Honnold   MO # 39818
                11181 Overbrook Road, Suite 200
                Leawood, KS 66211
                (913) 451-3433 Telephone
                kgoza@gohonlaw.com
                bhonnold@gohonlaw.com

                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____