UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:            JURY TRIAL DEMANDED

*David Winnen O/B/O Robert Winnen,*
*deceased v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:15-cv-01972

### ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge