Cause No. 16-CV-1958

Charles Irick

vs

Janssen Research & Development, LLC et al

§
§
§
§
§
§
§

In the _____ Court
Eastern District of Louisiana
_____ County, Texas

## Stipulations and Agreement

The undersigned parties stipulate and agree to the following:

1. The Plaintiff in this suit has either applied for or is or was a consumer of the Texas Workforce Solutions-Vocational Rehabilitation Services (TWS-VRS) (successor agency to the Department of Assistive and Rehabilitative Services) ("DARS").

2. TWS-VRS has expended, or reasonably anticipates expending, such rehabilitation services on Plaintiff's behalf as might be reasonably necessary to rehabilitate Plaintiff from the effects of Plaintiff's injuries. TWS-VRS provides rehabilitation services in accordance with the provisions of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §705 et seq.

3. To the extent of the cost of such services, the provisions of Texas Human Resources Code §111.059 and Texas Labor Code §352.058 establish a subrogation interest for TWS-VRS in the Plaintiff's "right of recovery from . . . (2) another person for personal injury caused by the other person's negligence or wrongdoing or (3) any other source."

4. TWS-VRS, to establish its subrogation interest in Plaintiff's right of recovery, will provide Plaintiff with the necessary documentation to show any such past expenses as well as any that might be incurred in the future.

5. If the Plaintiff's suit is tried on the merits, Plaintiff will present TWS-VRS subrogation interest to the court, or, if settled, Plaintiff will present TWS-VRS' subrogation interest to the opposing party or parties and discharge TWS-VRS' subrogation interest from any settlement proceeds.

_Aimee Robert_
Attorney for Plaintiff

_[signature]_
Assistant General Counsel for TWS-VRS

Printed Name
Bar Card No. 4046729
Address:
2925 Richmond Ave Ste. 1700
Houston, Texas 77098
Phone: 713-626-9336
Fax: 713-583-9460

Date: March 20, 2017

Chris D. Prentice, Assistant General Counsel
Bar Card No. 16248990
Texas Workforce Commission
101 E. 15th Street, Room 608
Austin, Texas 78778
(512) 936-0373 [direct phone]
(512) 463-1426 [fax]

Date: January 24, 2017

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.