**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|  | SECTION: L |
| This Document Relates To: *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* *Case No. 2:14-cv-02720* | JUDGE FALLON |
|  | MAG. JUDGE NORTH |

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED WITNESS LIST

NOW COME Plaintiffs, through undersigned counsel, who submit the following First Supplemental and Amended Witness List for the first bellwether trial (*Boudreaux*):

**Will Call**

1. Joseph Boudreaux, Jr.
2. Loretta Boudreaux
3. Dr. Kenneth Wong
4. Dr. Peter Fail
5. Dr. David Kessler
6. Gary Peters
7. Dr. Cindy Leissinger
8. Corporate representative(s) who attend trial for Janssen/Bayer Defendants.

**May Call**

1. Dr. Frank Smart
2. Dr. Phillip Cuculich
3. Dr. Nathaniel Winstead
4. Dr. Najy Masri
5. Dr. Virendra Josh
6. Casie Trosclair
7. Dr. Alvin Timothy
8. Laura Plunkett, Ph.D.
9. Veronica Theriot

The above list only identifies individuals who are contemplated to be called live at trial as opposed to deposition testimony.  Plaintiffs' deposition excerpts of proposed testimony have been exchanged previously with the Defendants.  Proposed deposition testimony has been exchanged. Plaintiffs reserve the right to supplement and amend this list in accordance with the directives of the Court and agreements reached between the parties and to call any witness listed or called by any other party.

Respectfully submitted,

Dated:  April 17, 2017

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 17, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**