UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592 SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased v. Janssen Research & Development LLC, et al., Case No. 2:16-cv-17978*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG

Plaintiff, Frances Eisel, through undersigned counsel, respectfully requests this Court grant her Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharm AG. Plaintiff requests that the Court grant her an additional thirty (30) days from the date of the Court's Order granting this Motion to serve the Defendant as set forth in this Court's Pre-Trial Order ("PTO") No. 10.

On December 30, 2016, Plaintiff filed an individual complaint against Defendants and was assigned Case No. 2:16-cv-17978. The Office of the Clerk for this case issued the summonses as to all Defendants on January 3, 2017. *See* Exhibit A. On January 5, 2017, Plaintiff electronically mailed to xareltocomplaints@babc.com the Notice of Service with a copy of the Complaint pursuant to PTO 10(II)(C). *See* Exhibit B. Contemporaneously therewith on January 6, 2017, Plaintiff also sent via registered mail with return receipt requested to Bayer Pharma AG a letter enclosing a copy of the Complaint and Summons pursuant to PTO 10(II)(C-D). *See* Exhibit C. The U.S. Postal Office tracking system indicates that on January 13, 2017, the letter

enclosing the Complaint and Summons departed an airport in Frankfort, Germany on its way to the destination. As of April 17, 2017, the U.S. Postal Office has not indicated that the letter was delivered to Bayer Pharma AG, nor has this office received the requested executed Return of Service.

On April 14, 2017, Plaintiff's counsel attempted service for the second time by sending via registered mail to Bayer Pharma AG another letter enclosing a copy of the Complaint and Summons pursuant to PTO 10(II)(C-D). *See* Exhibit D.

The "Order Regarding Service of Complaints", as entered by the Court on September 20, 2016, allows that "[f]or complaints filed on or before December 31, 2016, the time periods provided for service of the summons and complaint in Rule 4(m) of the Federal Rules of Civil Procedure (90 days applicable to all U.S. defendants under the normal rules for service) and Paragraph II.C. of Pretrial Order No. 10 (60 days applicable to Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. if streamlined service is desired), shall be extended so as to run from the issuance of the summons by the Clerk of the Court rather than from the filing of the complaint." The above referenced case (*Frances Eisel, et al. v. Janssen Research & Development LLC, et al.,* Case No. 2:16-cv-17978) falls under the Court's "Order Regarding Service of Complaints" so that Plaintiff has until February 28, 2017 to effectuate service. However, in light of the fact service could not be effectuated to date for reasons outside of the control of Plaintiff's counsel, the deadline for service, and the lengthy time it takes to effectuate service via certified mail pursuant to PTO No. 10, Plaintiff respectfully requests an extension of time to serve Defendant Bayer Healthcare Pharmaceuticals, Inc.

For these reasons, Plaintiff respectfully requests that the Court grant her an additional thirty (30) days from the date of the Court's Order granting this Motion to serve Defendant as set forth in this Court's PTO No. 10.

Date:   April 17, 2017							Respectfully submitted,

 /s/ Roger C. Denton
Roger C. Denton, Esq.
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street
Saint Louis, MO 63102
314-621-6115
314-621-7151 (fax)
dhantack@uselaws.com

*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 17th day of April, 2017.

By: /s/ *Roger C. Denton*