# Exhibit B

## Lori Harris

| | |
|---|---|
| **From:** | Sierra Koelker |
| **Sent:** | Thursday, January 5, 2017 11:32 AM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Subject:** | Notice of Service - In Re: Xarelto Products Liability Litigation (MDL No. 2592) |
| **Attachments:** | Doc 001 Complaint (02051777xBFCE7).pdf; 02053430.pdf |
| **Importance:** | High |

This email serves as notice of service pursuant to PTO 10 (II)(C-D) and includes an electronic copy of the file-stamped complaint in re Eisel, et al. v. Janssen Research & Development, et al.

Pursuant to PTO 10(II)(C), plaintiffs' counsel is also mailing the file-stamped complaint and summons by certified mail to the representative of BCHP and by registered mail to the representative of Bayer Pharma AG. Attached is a copy of our cover letter, which includes the certified and registered mail numbers, for your convenience.

Thank you,

Sierra Koelker
*Paralegal*
**Schlichter, Bogard & Denton, LLP**
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314-621-6115    314-621-1365(fax)
http://www.uselaws.com
skoelker@uselaws.com

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.*