Exhibit C

# SCHLICHTER BOGARD & DENTON, LLP

ATTORNEYS AT LAW

ROGER C. DENTON

rdenton@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-1365
www.uselaws.com

Belleville, Illinois

January 6, 2017

**VIA REGISTERED MAIL No. RE 674 981 315 US**
Bayer Pharma AG
ATTN: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

**VIA CERTIFIED MAIL No. 9171 9690 0935 0051 4250 40**
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Road
Wilmington, DE 19808

Re:   *In Re: Xarelto (Rivaroxaban) Products Liability Litigation* (MDL No. 2592)

Dear Counsel:

Pursuant to Pre-Trial Order No. 10., enclosed please find a copy of the Complaint and Summons in regards to Eisel, et al. v. Janssen Research & Development, LLC, et al. (2:16-cv-17978).

Notice of service and a copy of the above-referenced complaint is also being sent to the following address: xareltocomplaints@babc.com.

Sincerely,

Roger C. Denton

RCD/smk
Enclosures