# Exhibit D

# SCHLICHTER BOGARD & DENTON, LLP
ATTORNEYS AT LAW

ROGER C. DENTON
rdenton@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-1365
www.uselaws.com

Belleville, Illinois

April 14, 2017

**VIA REGISTERED MAIL No. RE 674 981 372 US**
Bayer Pharma AG
ATTN: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

Re: *In Re: Xarelto (Rivaroxaban) Products Liability Litigation* (MDL No. 2592)

Dear Counsel:

Enclosed please find a copy of our January 6, 2017 letter and email sent January 5, 2017 pursuant to Pre-Trial Order No. 10. We have yet to receive notification of delivery or any further update since January 13, 2017, when the United States Postal Service tracking system indicates the original registered letter was in transit for delivery. Out of the utmost caution, we are enclosing an additional copy of the Complaint and Summons for the following case to ensure your receipt.

- Frances Eisel, et al. v. Janssen Research & Development, LLC, et al. (17-17978)

Sincerely,

Roger C. Denton

RCD/smk
Enclosures