UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>Section L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Terry L. Sheppard, 2:16-cv-17786
Debra Swope, Trustee for the Heirs of Mary O. Davis, Deceased, 2:16-cv-17787
Richard H. Shawley, 2:16-cv-17792
Rebecca Schreffler, Trustee for the Heirs of Thomas W. Schreffler, Deceased, 2:16-cv-17799
Catherine Vocaturo, Trustee for the Heirs of George Vocaturo, Deceased, 2:16-cv-17803
Marie R. Wilson, 2:16-cv-17805
Rosemarie Rutledge, 2:16-cv-17806
Jean M. Resko, Trustee for the Heirs of Richard P. Resko, 2:16-cv-17809
Donald Lantermo, 2:16-cv-17812
Lawrence J. Jackson, 2:16-cv-17818
Robert Asplund, 2:16-cv-17847
Helen Thompson, 2:16-cv-17916
Susan Q. Walters, Trustee for the Heirs of Frederick Walters, Deceased, 2:16-cv-17960
Sharon Wright, 2:16-cv-17962
Jeffrey Roose, 2:16-cv-17964
Deloris Wyatte, 2:16-cv-17968
Kathleen Bush, Trustee for the Heirs of Christopher Bush, 2:17-cv-00077
Steven Stille, 2:17-cv-00080
Samuel N. Worgen, Trustee for the Estate of Norman Worgen, Deceased, 2:17-cv-00083
Nancy M. Longo, Trustee for the Estate of Frances Longo, Deceased, 2:17-cv-00159

## ORDER

      IT IS ORDERED that Plaintiffs' Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid under Pretrial Order Nos. 10 and 11 is hereby GRANTED.

New Orleans, Louisiana, this   17th   day of   April   2017.

                                                             Hon. Eldon E. Fallon
                                                          United States District Judge