UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION: L  JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*PAMELA RICE, Individually and as Personal Representative of the Estate of VERNON RICE v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:16-cv-16021

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET (DOCUMENT 6016, 6111)**

On April 6, 2017, this Court issued an Order to Show Cause (Rec. Doc. 6111) why certain actions, including the above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

**Pamela Rice as Personal Representative of the Estate of Vernon Rice (deceased)**

1. The complaint in this matter was filed on November 1, 2016.

2. The undersigned counsel informed Ms. Rice of her obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. The paralegal for the undersigned counsel was able to talk to Ms. Rice on November 3, 2016 after the filing of the case. The Plaintiff Fact Sheet and authorizations were mailed to her on November 3, 2016.

4. Ms. Rice contacted the undersigned counsel to inform the firm of her new address. The Plaintiff Fact Sheet and authorizations were mailed on November 8, 2016 to the new mailing address by certified mail.

5. The paralegal for the undersigned counsel contacted Ms. Rice on November 17, 2016 to follow up on the Plaintiff Fact Sheet and authorizations. Another set of Plaintiff Fact Sheet and authorizations were again mailed on November 17, 2016 by regular and certified mail.

6. On or about November 21, 2016, USPS tracking of the November 17, 2016 mail shows that there was an attempted delivery and a notice was left at the address. The paralegal for the undersigned counsel called Ms. Rice and left her a message to follow up on the package that was mailed to her.

7. On or about November 22, 2016, undersigned left another message for undersigned.

8. On or about December 2, 2016, the paralegal for the undersigned counsel attempted to reach Ms. Rice but to no avail. The paralegal for the undersigned counsel left a message.

9. On or about December 6, 2016, the paralegal for the undersigned counsel contacted Ms. Rice and left a message to follow up on the Plaintiff Fact Sheet and authorizations.

10. On or about December 7, 2016, the paralegal for the undersigned counsel contacted Ms. Rice and left another message to follow up on the Plaintiff Fact Sheet and authorizations.

11. On or about December 9, 2016, the paralegal for the undersigned counsel contacted Ms. Rice and left another message to follow up on the Plaintiff Fact Sheet and authorizations. The office also sent another set of the Plaintiff Fact Sheet and authorizations to Ms. Rice by regular and certified mail.

12. On or about December 13, 2016, the paralegal for the undersigned counsel contacted Ms. Rice and left another message to follow up on the Plaintiff Fact Sheet and authorizations. The office also sent another set of the Plaintiff Fact Sheet and authorizations to Ms. Rice by regular and certified mail.

13. Throughout December, undersigned sent text messages to client and attempted to reach her by phone.

14. On or about January 17, 2017, the paralegal for the undersigned counsel sent a message via social media to Ms. Rice.

15. On or about January 31, 2017, the undersigned counsel sent a message via social media to Ms. Rice.

16. The undersigned counsel received a Notice of Overdue Plaintiff Fact Sheet on February 10, 2017. Notice of Overdue Plaintiff Fact Sheet and another set of the Plaintiff Fact Sheet was sent to Ms. Rice on or about on February 10, 2017.

17. Multiple calls and text messages were sent to Ms. Rice on April 6, 2017 and April 13, 2017.  Most of her contact numbers were no longer in service. The paralegal for the undersigned counsel called an alternative number and was able to leave a message.

18. As of the filing of this response, the undersigned counsel and her office have not received any response from Ms. Rice.

19. Despite repeated efforts to follow up on the status and after numerous attempt to reach Ms. Rice, Ms. Rice did not complete and return the Plaintiff Fact Sheet.

20. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Ms. Rice from responding, or completing the Plaintiff Fact Sheet.

21. Accordingly, undersigned counsel is unable to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO 13.

22. Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Date: April 18, 2017

                                               Respectfully submitted,

                                               PIERCE, SKRABANEK, BRUERA, PLLC

                                               */s/ Sofia E. Bruera*

                                               SOFIA E. BRUERA
                                               State Bar No. 24062189
                                               3701 Kirby Drive, Suite 760
                                               Houston, Texas 77098
                                               Telephone: (832) 690-7000
                                               Facsimile: (832) 616-5576
                                               E-mail: sofia@psbfirm.com

                                               **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2017, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

                                                    */s/ Sofia E. Bruera*
                                                    SOFIA E. BRUERA