UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Jeffrey Sircy vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-15942

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET (DOCUMENT 6111)

**MAY IT PLEASE THE COURT:**

On April 6, 2017, this Court issued an Order to Show Cause (Doc. 6111) why certain actions, including the above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1 and PTO 13. Undersigned counsel responds to that order as follows:

1. The complaint in this matter was filed on October 29, 2016.

2. The undersigned informed Plaintiff of his obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent plaintiff on or about November 18, 2016 with instructions for completing and returning to counsel.

4. Despite repeated efforts to follow up on the status, plaintiff did not complete and return the Plaintiff Fact Sheet.

5. Counsel attempted to reach plaintiff regarding the return of the Plaintiff Fact Sheet on multiple occasions, including via letter, telephone, email, and FedEx.

6. Undersigned counsel is without any knowledge of what circumstances exist that may preclude plaintiff from responding or completing the Plaintiff Fact Sheet.

7. Accordingly, undersigned counsel is unable to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO 13.

8. Nevertheless, if this court deems dismissal of plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Date:  April 18, 2017

>Respectfully Submitted,
>
>THE SCHLEMMER FIRM, LLC
>
>By:  /S/Paul N. Schlemmer
>Paul N. Schlemmer (NY2895415)
>Attorney for Plaintiff
>830 Third Avenue, 5th Floor
>New York, New York 10022
>(212) 390-8030
>email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of April 2017.

>THE SCHLEMMER FIRM, LLC
>
>BY: /S/ Paul N. Schlemmer
>Paul N. Schlemmer (NY2895415)
>Attorney for Plaintiff
>830 Third Avenue, 5th Floor
>New York, New York 10022
>(212) 390-8030
>email: paul@schlemmerfirm.com