UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |
| | : |

**THIS DOCUMENT RELATES TO:**

*VALERIE PAIGE JENKINS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA CAROL JENKINS, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*

**Civil Action No.: 2:16-cv-13263**

**SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A PLAINTIFF FACT SHEET**

COMES NOW, Plaintiff Valerie Paige Jenkins, Individually and as Representative of the Estate of Barbara Carol Jenkins, Deceased, by and through her counsel of record, and files this supplemental response to the Order to Show Cause (Doc. 5285) issued by this Court on February 2, 2017:

1. The Complaint in this matter was filed on July 26, 2016. The complaint was filed in good faith in order to comply with the statute of limitations for Ms. Jenkins' claim.

2. On February 6, 2017, undersigned counsel filed a response to the Order to Show Cause advising the Court of its multiple attempts to reach Valerie Paige Jenkins without any success. At that time, counsel also advised the Court of additional requests for medical records that had been issued with certain documentation that

1

counsel was hopeful would result in success in obtaining Ms. Jenkins' medical records.

3. Since filing the first response to the Order to Show Cause on February 6, 2017, counsel has continued with numerous attempts at reaching Valerie Paige Jenkins regarding the need to obtain Ms. Jenkins' medical records and submit a completed PFS.

4. Specifically, additional correspondence and e-mails were sent to Ms. Jenkins in February, March and April to her last known address advising her again of our difficulty in obtain her mother's medical records, the need to file a completed Plaintiff's Fact Sheet, and the Order to Show Cause issued by the Court. Attempts to reach Ms. Jenkins by telephone at her last known phone number and potential relative's phone numbers have also been unsuccessful. Additionally, a Lexis search for alternative phone numbers and addresses only yielded the same information already on file for Ms. Jenkins. To date, despite counsel's numerous attempts to reach Plaintiff by telephone, e-mail and written correspondence, Plaintiff has been unresponsive and counsel has been unable to reach Plaintiff regarding efforts to obtain Ms. Jenkins' medical records.

5. Additionally, the new medical records requests that were pending at the time of Plaintiff's initial response to the Order to Show Cause on February 6, 2017, have since been denied; again, due to lack of a formal probate order issuing letters of authority that would allow for the procurement of Barbara Carol Jenkins' medical records.

6. Despite counsel's diligent efforts at trying to reach Plaintiff, Plaintiff has been unresponsive. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Plaintiff from responding.

7. Due to the lack of any response from Plaintiff, undersigned counsel does not have written permission from the Plaintiff to agree to stipulate to the dismissal of this claim with prejudice. However, counsel has no basis to contest such a dismissal as ordered by the Court at this time.

Dated: <u>April 18, 2017</u>     Respectfully submitted,

<u>/s/ David P. Matthews</u>
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ David P. Matthews  
      David P. Matthews