UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    }    MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }    SECTION L
                                }    JUDGE FALLON
                                }    MAG. JUDGE NORTH
                                }

This Document relates to:

  *Roland Bates vs. Janssen Research & Development, LLC et al;*
  **Civil Action No. 2:16-cv-3946**

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES  (DOCUMENT 6190)

**MAY IT PLEASE THE COURT:**

  On April 12, 2017, this Court issued an Order to Show Cause (Doc. 6190) why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet.   The undersigned counsel responds to that order as follows:

  1. The defendant have alleged that the Plaintiff's Fact Sheet is supposedly deficient due to "Medical records provided do not demonstrate alleged injury."

  2. The Plaintiff' served a Plaintiff Fact Sheet on November 28, 2016, and uploaded plaintiff's Medical Records and Pharmacy Records showing both Xarelto usage and treatment for injuries resulting from Xarelto.

  3. In response to the alleged deficiency, plaintiff has obtained a further statement from plaintiff's Cardiologist, noting specifically that he sustained internal bleeding in the form of a Hematoma from using Xarelto.   On April 18, 2017, plaintiff filed a Second Amended Plaintiff's Fact Sheet, and uploaded the additional medical record from plaintiff's Cardiologist

demonstrating both Xarelto usage and injury. Accordingly, it is plaintiff's position that the alleged deficiencies have now been cured.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action based upon plaintiff's recently filed Amended Plaintiff's Fact Sheet and supporting medical documentation.

Date:  April 18, 2017

               Respectfully Submitted,

               THE SCHLEMMER FIRM, LLC

               By:  /S/Paul N. Schlemmer
               Paul N. Schlemmer (NY2895415)
               Attorney for Plaintiff
               830 Third Avenue, 5th Floor
               New York, New York 10022
               (212) 390-8030
               email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of April 2017.

               THE SCHLEMMER FIRM, LLC

               BY: /S/ Paul N. Schlemmer
               Paul N. Schlemmer (NY2895415)
               Attorney for Plaintiff
               830 Third Avenue, 5th Floor
               New York, New York 10022
               (212) 390-8030
               email: paul@schlemmerfirm.com