UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO: 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | MASTER DOCKET CASE: |
| | * | 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: | * | |
| CASE NUMBER 2:15-cv-02427 | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE |
| | * | MICHAEL NORTH |
| | * | |
| | * | JURY TRIAL DEMANDED |

**************************************************************************

<u>**AFFIDAVIT**</u>

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**KASSIE LEE RICHBOURG**, an individual of age and
domiciled in Parish of Jefferson, State of Louisiana,

who after being sworn by me, did depose and say:

1. That she is an associate attorney with Scott, Vicknair, Hair & Checki, LLC, working under the supervision of Galen M. Hair and David P. Vicknair, attorneys for Plaintiff in the above captioned proceeding;

2. That she is familiar with the claims that the Estate of Johnnie Mae Reynolds and Johnnie Mae Reynold's heirs have brought in the above captioned proceeding;

3. That on March 2, 2017, she sent a letter to Plaintiff's former treating physician, Dr. Stephen Clark, via U.S. Mail and facsimile, to inquire about Plaintiff's Xarelto use;

4. That she did not receive a response from Dr. Stephen Clark regarding her March 2, 2017 correspondence;

5. That on March 14, 2017, she called Dr. Stephen Clark to inquire about Plaintiff's Xarelto use;

6. That she did not receive a response from Dr. Stephen Clark regarding her March 14, 2017 phone call;

7. That on March 16, 2017, she sent a letter to Dr. Stephen Clark, via U.S. Mail and facsimile, to inquire about Plaintiff's Xarelto use;

8. That she did not receive a response from Dr. Stephen Clark regarding her March 16, 2017 correspondence;

9. That on March 21, 2017, she called Dr. Stephen Clark to inquire about Plaintiff's Xarelto use;

10. That she did not receive a response from Dr. Stephen Clark regarding her March 21, 2017 phone call;

11. That on March 24, 2017, she called Dr. Stephen Clark to inquire about Plaintiff's Xarelto use;

12. That she did not receive a response from Dr. Stephen Clark regarding her March 24, 2017 phone call;

13. That on March 28, 2017, she sent a letter to Dr. Stephen Clark, via U.S. Certified Mail and facsimile, to inquire about Plaintiff's Xarelto use;

14. That she did not receive a response from Dr. Stephen Clark regarding her March 28, 2017 correspondence;

15. That on April 17, 2017, she called Dr. Stephen Clark to inquire about Plaintiff's Xarelto use;

16. That she did not receive a response from Dr. Stephen Clark regarding her April 17, 2017 phone call;

17. That as of the date of the signing of this Affidavit, she has yet to receive a response from Dr. Stephen Clark concerning Plaintiff's Xarelto use;

[SPACE INTENTIONALLY LEFT BLANK]

18. That all of the facts contained herein are true and correct.

**KASSIE LEE RICHBOURG**

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _18th_ DAY

OF _april_, 2017.

NOTARY PUBLIC

ERIN K. FUENNING
NOTARY PUBLIC · 131248
MY COMMISSION IS FOR LIFE
ORLEANS PARISH, LA