```
DATE:   10/26/15                    BOLIVAR MEDICAL CENTER                        PGM : NCGR02
TIME:    9:51:41                         CARE PLAN                                PAGE:   0002

Patient  : 7012692 REYNOLDS JOHNNIE M                                 * ALL *
Room/Bed :          -                    Med Rec # : 000066835
Admit Date: 6/28/13                      Sex / Age : F / 76
Birth Date: 2/15/1937                    Created by: Gregory Dodson, RN,RN 06/28/13 23:35
Physician : CLARK STEVEN                 Updated by: Carl W Jones RN,RN 07/01/13 22:14
                                         Reviewed by: Marion Beth Christopher,RN 07/01/13 17:05
```

Intervention

* *ASSESS FOR SIGNS AND SYMPTOMS OF HYPOXEMIA - TACHYCARDIA, RESTLESSNESS, DIAPHORESIS, HEADACHE, LETHARGY, AND CONFUSION (ACTIVE) Assigned: 06/28/13
* *ASSESS FOR SIGNS AND SYMPTOMS OF ATELECTASIS - DIMINISHED CHEST EXCURSION, LIMITED DIAPHRAM EXCURSION, BRONCHIAL OR TUBULAR BREATHSOUNDS, RALES, TRACHEAL SHIFT TO AFFECTED SIDE (ACTIVE) Assigned: 06/28/13
* *ASSESS FOR SIGNS AND SYMPTOMS OF PULMONARY INFARCTION - COUGH, HEMOPTYSIS, PLEURITIC PAIN, CONSOLIDATION, PLEURAL EFFUSION, BRONCHIAL BREATHING, PLEURAL FRICTION RUB, FEVER (ACTIVE) Assigned: 06/28/13
* *ADMINISTER O2 AS ORDERED (ACTIVE) Assigned: 06/28/13

Problem
4   ***INFUSION OR ACCESS PLAN OF CARE (ACTIVE) Assigned: 06/28/13

   Objective

   * Johnnie WILL REMAIN FREE OF COMPLICATIONS RELATED TO IV INFUSION AND ACCESS (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

   Intervention

   * *IV SITE CHECKED FOR PATENCY AND INFECTION (ACHIEVED Carl W Jones RN,RN 07/02/13 05:16) Assigned: 06/28/13
   * *IV TITRATION OF MEDICATION OR FLUID (ACTIVE) Assigned: 06/28/13
   * *IV TUBING CHANGED, PRIMARY (ACTIVE) Assigned: 06/28/13
   * *IV TUBING CHANGED, SECONDARY (ACHIEVED Carl W Jones RN,RN 07/02/13 05:16) Assigned: 06/28/13
   * *IV SITE DRESSING CHANGE (ACTIVE) Assigned: 06/28/13
   * *IV DISCONTINUED AND DOCUMENTED (ACTIVE) Assigned: 06/28/13

Problem
5   ***PNEUMONIA - CORE MEASURE RELATED TO EVIDENCE BASED STANDARDS OF CARE (ACTIVE) Assigned: 06/28/13

   Objective

   * Johnnie WILL RECEIVE EVIDENCE BASED CARE FOR PNEUMONIA (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

   Intervention

   * *OBTAIN STANDARD PNUEMONIA ORDERS (ACTIVE) Assigned: 06/28/13
   * * Johnnie ASSESSED FOR INFLUENZA VACCINE ELIGIBILITY (ACTIVE) Assigned: 06/28/13
   * * Johnnie ASSESSED FOR PNEUMOCOCAL VACCINE ELIGIBILITY (ACTIVE) Assigned: 06/28/13
   * *INFLUENZA VACCINE ADMINISTERED AS PATIENT ELIGIBLE AND AGREEABLE (ACTIVE) Assigned: 06/28/13
   * *PNEUMOCOCCAL VACCINE ADMINISTERED AS PATIENT ELIGIBLE AND AGREEABLE (ACTIVE) Assigned: 06/28/13
   * *VERIFY THAT BLOOD CULTURES WERE PERFORMED WITHIN 24 HRS PRIOR TO OR 24 HOURS AFTER HOSITAL ARRIVAL FOR PATIENTS WHO WERE TRANSFERRED OR ADMITTED TO THE ICU WITH PNEUMONIA (ACTIVE) Assigned: 06/28/13
   * *SMOKING CESSATION EDUCATION PROVIDED (ACTIVE) Assigned: 06/28/13
   * *VERIFY PATIENT RECEIVED ATB WITHIN 6 HRS OF ARRIVAL (ACTIVE) Assigned: 06/28/13
   * *ICU-VERIFY INITIAL ATB ORDER CONSISTENT WITH GUIDELINES (ACTIVE) Assigned: 06/28/13
   * *NON ICU VERIFY INITIAL ATB ORDER CONSISTENT WITH GUIDELINES (ACTIVE) Assigned: 06/28/13

Problem
6   ***DVT - POTENTIAL OR ACTUAL (ACTIVE) Assigned: 06/28/13

   Objective

   * Johnnie WILL REMAIN FREE OF DVT (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

```
DATE:  10/26/15                       BOLIVAR MEDICAL CENTER                        PGM : NC0R02
TIME:   9:51:41                             CARE PLAN                                PAGE:   0003

Patient  : 7012692 REYNOLDS JOHNNIE M                                               * ATL *
Room/Bed :            -                 Med Rec # : 000066835
Admit Date: 6/28/13                     Sex / Age : F / 76
Birth Date: 2/15/1937                   Created by: Gregory Dodson, RN,RN 06/28/13 23:35
Physician : CLARK STEVEN                Updated by: Carl H Jones RN,RN 07/01/13 22:14
                                        Reviewed by: Marion Beth Christopher,RN 07/01/13 17:05
```

Intervention

* *MONITOR FOR SIGNS AND SYMPTOMS OF DVT, INCLUDING PAIN, SWELLING, DIMINISHED OR ABSENT PULSES, POSITIVE HOMANS SIGN, DISCOLORATION OR CHANGE IN TEMPERATURE OF AN EXTREMITY (ACTIVE) Assigned: 06/28/13
* *ENCOURAGE AND FACILITATE EARLY AMBULATION AND OTHER ADLS (ACTIVE) Assigned: 06/28/13
* *NOTIFY PHYSICIAN OF DVT HIGH RISK SCORE (ACTIVE) Assigned: 06/28/13
* *MONITOR ANTICOAGULATION THERAPY AS ORDERED (ACTIVE) Assigned: 06/28/13
* *PROVIDE ANTICOAGULATION EDUCATION TO PATIENT AND FAMILY, INCLUDING RISKS, PRECAUTIONS AND NEED FOR CONTINUOUS INR MONITORING (ACTIVE) Assigned: 06/28/13

Objective

* Johnnie WILL RECEIVE EVIDENCE BASED CARE FOR DVT (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

Intervention

* *OBTAIN AN ORDER FOR DVT PROTOCOL (ACTIVE) Assigned: 06/28/13
* *PROVIDE ANTICOAGULATION EDUCATION TO PATIENT AND FAMILY, INCLUDING RISKS, PRECAUTIONS AND NEED FOR CONTINUOUS INR MONITORING (ACTIVE) Assigned: 06/28/13

* *MEASURE AND RECORD CALF CIRCUMFERENCE AS ORDERED (REMOVED Latonya D Williams RN,RN 06/29/13 11:43) Assigned: 06/28/13
* *MONITOR ANTICOAGULATION THERAPY AS ORDERED (REMOVED-Latonya D Williams RN,RN 06/29/13 11:43) Assigned: 06/28/13

Problem

/ ***DIABETES (ACTIVE) Assigned: 06/28/13

Objective

* Johnnie MAINTAINS ADEQUATE FLUID VOLUME AND ELECTROLYTE BALANCE (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

Intervention

* *MONITOR FOR SIGNIFICANT WEIGHT CHANGE OF 2 POUNDS (ACTIVE) Assigned: 06/28/13
* *MONITOR FOR RESPONSE TO DIURETICS (ACTIVE) Assigned: 06/28/13
* *RESTRICT SODIUM INTAKE AS ORDERED (ACTIVE) Assigned: 06/28/13

Objective

* Johnnie REMAINS FREE OF INFECTION (EXP ACH DT 07/01/13) (ACTIVE) Assigned: 06/28/13

Intervention

* *ASSESS FOR SIGNS AND SYMPTOMS OF INFECTION (ACTIVE) Assigned: 06/28/13
* *REVIEW AND REPORT ALL PERTINENT LAB VALUES (ACTIVE) Assigned: 06/28/13

* *EDUCATE PATIENT AND/OR FAMILY ON NEUTROPENIC PRECAUTIONS (REMOVED-Latonya D Williams RN,RN 06/29/13 11:44) Assigned: 06/28/13
* *INITIATE NEUTROPENIC PRECAUTIONS AS ORDERED (REMOVED-Latonya D Williams RN,RN 06/29/13 11:43) Assigned: 06/28/13
* *EDUCATION ON THE PREVENTION OF SURGICAL SITE INFECTIONS (REMOVED Latonya D Williams RN,RN 06/29/13 11:43) Assigned: 06/28/13
* *REMOVE URINARY CATHETER AS SOON AS POSSIBLE (FOLEY) (REMOVED-Latonya D Williams RN,RN 06/29/13 11:44) Assigned: 06/28/13
* *ASSESS FOR NECESSITY OF CENTRAL LINE CATHETERS (REMOVED-Latonya D Williams RN,RN 06/29/13 11:44) Assigned: 06/28/13