MINUTE ENTRY
FALLON, J.
APRIL 18, 2017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 14-2720 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Fred Longer Esq. for Plaintiffs
              Andrew Solow, Esq., for Defendants

Plaintiffs' Steering Committee's Motion to Unseal the Dispositive and Daubert Motions and Related Exhibits   (5653)

After argument – Motion was taken under advisement

JS10:   :14