UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

*************************************************

THIS DOCUMENT RELATES TO:

*Wanda McDaniel v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-07318

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PLAINTIFF'S FACT SHEET**

NOW COMES, Plaintiff Wanda McDaniel, by and through her undersigned counsel of record, respectfully moves the Honorable Court for an extension of time within which to serve Plaintiff's Fact Sheet, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve Plaintiff's Fact Sheet.

Dated:  April 18, 2017

Respectfully submitted.
By: /s/ Jeffrey D Meyer
The Meyer Law Firm, PC
6363 Woodway Dr., Ste. 720
Houston, TX 77075
Telephone: (713) 974-4100
Email: jeff@meyerlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jeffrey D Meyer, certify that on April 18, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  April 18, 2017

Respectfully submitted.
By: /s/ Jeffrey D Meyer
The Meyer Law Firm, PC
6363 Woodway Dr., Ste. 720
Houston, TX 77075
Telephone: (713) 974-4100
Email: jeff@meyerlawfirm.com

*Counsel for Plaintiff*