UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br> SECTION: L <br> JUDGE: FALLON <br> MAG. JUDGE NORTH |

*************************************************

THIS DOCUMENT RELATES TO:

*Wanda McDaniel v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-07318

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG

Plaintiff submits this memorandum in support of her motion for an order from this Court, to provide Plaintiff an additional thirty (30) days within which to serve Plaintiff's Fact Sheet.

**I.      BACKGROUND**

Sometime following the issuance of the summons in the above-captioned matter, and service of same, Plaintiff made every attempt to follow the instructions regarding submitting Plaintiff's Fact Sheets as outlined in PTO No. 13; however, after many attempts via US and Certified mail, Plaintiff's counsel has been unable to locate our client, Wanda McDaniel.

Subsequently, Plaintiffs have received several deficiency notices regarding the execution of the verification page of the Plaintiff's Fact Sheet for Ms. Wanda McDaniel.

The Seventh Circuit explains that application of Rule 4 (m) as to extending time is best determined by considering the "arguments and factors advanced by the plaintiff, and pay[ing] particular attention to the critical factor such as the running of a statute of limitations." *Cardenas*

*v. City of Chi.*, 646 F 3d 1001, 1007 (7th Cir. 2011) *(citing Panaras v. Liquid Carbonic Indus. Corp.*, 94 F.3d 338, 341 (7th Cir. 1996) (additional citation omitted)). A court may also consider other relevant factors, including the "prejudice to the defendant, actual notice of a lawsuit, and eventual service." *Troxell v. Fedders of N. Am., Inc.*, 160 F.3d 381, 383 (7th Cir. 1998). Ultimately, the court retains its discretion to allow an extension as long as it "properly sets out the relevant law and makes no factual finding that are clearly erroneous." *Cardenas*; 646 F. 3d at 1007 (quoting Troxell, 160 F. 3d 381).

Because MDL involves hundreds of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by this Plaintiff, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff shows that as a matter of law and fact, they were not in "bad faith" in delaying service of their Plaintiff's Fact Sheet. Plaintiff's Counsel hired a private investigator in an attempt to locate our client. Please see the Affidavit of the Private Investigator attached hereto as Exhibit "A". Many letters and phone calls were made to our client, but none of those attempts resulted in a successful contact. Please see Exhibit "B" attached hereto. Plaintiff's Counsel recently located a Facebook page believed to be that of our client and have reached out in hopes of a response. To dismiss Plaintiff's claims here would elevate form over substance and deprive Plaintiff of her day in court.

Plaintiff respectfully request an extension of time in the amount of thirty (30) days from the date an order is entered within which to serve Plaintiff's Fact Sheet.

## II. CONCLUSION

For the forgoing reasons, Plaintiff respectfully request an order from this Court granting thirty (30) days from the date the Order is entered within which to serve Plaintiff's Fact Sheet. No party herein will be prejudiced, nor will any MDL process be adversely affected by granting the relief sought herein.

Dated: April 18, 2017

Respectfully submitted.

By: /s/ Jeffrey D Meyer
The Meyer Law Firm, PC
6363 Woodway Dr., Ste. 720
Houston, TX 77075
Telephone: (713) 974-4100
Email: jeff@meyerlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jeffrey D. Meyer, certify that on April 18, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Jeffrey D Meyer
The Meyer Law Firm, PC
6363 Woodway Dr., Ste. 720
Houston, TX 77075
Telephone: (713) 974-4100
Email: jeff@meyerlawfirm.com

*Counsel for Plaintiff*