UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

*************************************************

THIS DOCUMENT RELATES TO:

*Wanda McDaniel v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:16-cv-07318

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Plaintiff's Fact Sheet filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of Plaintiff's Fact Sheet as set forth in Pretrial Order No. 13.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge