# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:16-CV-07318

Plaintiff:
**WANDA MCDANIEL**

vs.

Defendant:
**IN RE: XARELTO PRODUCTS LIABILITY LITIGATION**

For:
The Meyer Law Firm, P.C.
6363 Woodway Drive, Suite 720
Houston, TX 77057

Received by Patricia A. Mitchell on the 24th day of February, 2017 at 5:00 pm to be served on **Wanda McDaniel, 1623 Apt. A. Glenside Drive, Greensboro, Guilford County, NC 27405**.

I, Patricia A. Mitchell, being duly sworn, depose and say that on the **27th day of February, 2017** at **6:00 pm, I:**

**NON-SERVED** the **Attempt to Locate Plaintiff, Wanda McDaniel for Liability Litigation**. After due search, careful inquiry and diligent attempts was unable to serve on **Wanda McDaniel** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
2/27/2017  3:55 pm  The Affiant attempted to contact the Plaintiff at address listed on NationwideData Base Search of, 2013 Barksdale Drive, Greensboro, NC 27401. The Affiant received no answer at the residence. All the blinds were pulled and no mail in the box.
2/27/2017  4:15 pm  The Affiant spoke with neighbor at 2019 Barksdale Drive and she did not know the Plaintiff. She was unsure if there was anyone living at the 2013 Barksdale address.
2/27/2017  4:20 pm  The Affiant spoke with the resident at 2017 Barksdale Drive and discovered that he had lived at this address off and on for the past 60 yrs. He reported that there was indeed someone living at that address but their name was not Wanda McDaniel. He reported that he knew everyone on the street because he was involved in the neighborhood watch program. He did also report that a lady had lived there about 4 months prior but her name was not McDaniel.
2/27/2017  5:05 pm  The Affiant attempted to locate Wanda McDaniel at a previous listed address of 1623 Glenside Drive, Apt. A, Greensboro, NC 27405. The Affiant got no response at the residence and also knocked on Apartments B-F and got no response at any of the apartments. The parking lot was empty except one vehicle.
2/26/2017  10:30 am  The Affiant began location efforts by running a Nationwide Data Base Search. The most recent addresses were listed by date.

## AFFIDAVIT OF NON-SERVICE For 2:16-CV-07318

I certify that I am over the age of 21, have no interest in the above action, and am a Process Server, in good standing with the court.

Subscribed and Sworn to before me on the 01 day of MARCH 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

Steve Mitchell
Notary Public
Guilford County
North Carolina
My Commission Expires 10/14/2019

Patricia A. Mitchell
Process Server

**Civil Process Service
& Investigations of NC, LLC**
6806 Renwick Court
Greensboro, NC 27410
(336) 668-0777

Our Job Serial Number: CNC-2017000050
Ref: 2:16-cv-07318

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

Civil Process Service
& Investigations of NC, LLC
6806 Renwick Court
Greensboro, NC 27410
Phone: (336) 668-0777
46-0806854

# INVOICE

Invoice #CNC-2017000050
3/1/2017

Original Date: 2/27/2017



The Meyer Law Firm, P.C.
6363 Woodway Drive, Suite 720
Houston, TX 77057

Reference Number: 2:16-cv-07318
Your Contact: Senetra Hall
**Case Number: Eastern 2:16-CV-07318**

Plaintiff:
**WANDA MCDANIEL**

Defendant:
**IN RE: XARELTO PRODUCTS LIABILITY LITIGATION**

Received: 2/24/2017   Non-Served: 2/27/2017   NON - SERVE - DILIGENT
To be served on: Wanda McDaniel

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Same Day Rush Fee, Attempt to Locate Plaintiff | 1.00 | 125.00 | 125.00 |
| Skip Tracing, NCDMV, TLO Data Base Search | 1.00 | 65.00 | 65.00 |
| Subject's Name, Wanda Moore McDaniel | 1.00 | 0.00 | 0.00 |

**TOTAL CHARGED:** $190.00

**BALANCE DUE:** $190.00

**Comments pertaining to this invoice:**

| | | |
| --- | --- | --- |
| 2/27/2017 | 3:55 pm | The Affiant attempted to contact the Plaintiff at address listed on NationwideData Base Search of, 2013 Barksdale Drive, Greensboro, NC 27401. The Affiant received no answer at the residence. All the blinds were pulled and no mail in the box. |
| 2/27/2017 | 4:15 pm | The Affiant spoke with neighbor at 2019 Barksdale Drive and she did not know the Plaintiff. She was unsure if there was anyone living at the 2013 Barksdale address. |
| 2/27/2017 | 4:20 pm | The Affiant spoke with the resident at 2017 Barksdale Drive and discovered that he had lived at this address off and on for the past 60 yrs. He reported that there was indeed someone living at that address but their name was not Wanda McDaniel. He reported that he knew everyone on the street because he was involved in the neighborhood watch program. He did also report that a lady had lived there about 4 months prior but her name was not McDaniel. |
| 2/27/2017 | 5:05 pm | The Affiant attempted to locate Wanda McDaniel at a previous listed address of 1623 Glenside Drive, Apt. A, Greensboro, NC 27405. The Affiant got no response at the residence and also knocked on Apartments B-F and got no response at any of the apartments. The parking lot was empty except one vehicle. |
| 2/26/2017 | 10:30 am | The Affiant began location efforts by running a Nationwide Data Base Search. The most recent addresses were listed by date. |
| 2/27/2017 | 11:00 am | The Affiant ran a NCDMV search and found the Plaintiff had 1 vehicle registered, but tag had expired on Feb. 2012. It was a 1995 Buick, tag # AAM 7536. The data base revealed that the Plaintiff had no record of a NC Driver's License. |