UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO

*Bookout v. Janssen Research & Development, LLC, et al.*, 16-3075

### AFFIDAVIT

I, Sanetra Hall, working in the capacity of "Paralegal" at The Meyer Law Firm, do attest to the following in regards to the above matter:

The Meyer Law Firm was given the following contact information by client Wanda McDaniel: Address- 1623 Glenside Drive, Apartment A, Greensboro, North Carolina 27405, Phone number- 336-580-9903. We were initially given no other contact information.

We attempted to reach our client via telephone at 336-580-9903 on September 16, 2016, November 22, 2016, December 16, 2016 and January 7, 2017. In each instance, the number was not in service. We attempted to reach the client via letter, at 1623 Glenside Drive, Apartment A, Greensboro, North Carolina 27405 on November 22, 2016, December 16, 2016 and January 7, 2017. None of the written correspondence was returned.

On February 24, 2017, The Meyer Law Firm reached out to Patricia A. Mitchell of Civil Process Service & Investigations of NC, LLC in an attempt to locate and/or find additional information on our client. This search yielded additional information, however Civil Process Service & Investigations of NC, LLC were unsuccessful in locating client, Wanda McDaniel. The details of this unsuccessful search attempts are outlined in Patricia A. Mitchell's Affidavit of Non Service attached hereto.

Sanetra Hall, CP
*Certified Paralegal*
The Meyer Law Firm, PC

State of Texas
County of Harris

Subscribed and Sworn to before me on the 13th ~~14th~~ DMC day of March, 2017 by the affiant Sanetra Hall who personally appeared before me.

_Denise M. Cubbler_
Notary Public

Commission:

DENISE M. CUBBLER
Notary Public, State of Texas
Comm. Expires 05-12-2020
Notary ID 130661149

# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 2:16-CV-07318

Plaintiff:
**WANDA MCDANIEL**

vs.

Defendant:
**IN RE: XARELTO PRODUCTS LIABILITY LITIGATION**

For:
The Meyer Law Firm, P.C.
6363 Woodway Drive, Suite 720
Houston, TX 77057

Received by Patricia A. Mitchell on the 24th day of February, 2017 at 5:00 pm to be served on **Wanda McDaniel, 1623 Apt. A. Glenside Drive, Greensboro, Guilford County, NC 27405**.

I, Patricia A. Mitchell, being duly sworn, depose and say that on the **27th day of February, 2017** at **6:00 pm**, I:

**NON-SERVED** the **Attempt to Locate Plaintiff, Wanda McDaniel for Liability Litigation**. After due search, careful inquiry and diligent attempts was unable to serve on **Wanda McDaniel** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
2/27/2017 3:55 pm The Affiant attempted to contact the Plaintiff at address listed on NationwideData Base Search of, 2013 Barksdale Drive, Greensboro, NC 27401. The Affiant received no answer at the residence. All the blinds were pulled and no mail in the box.
2/27/2017 4:15 pm The Affiant spoke with neighbor at 2019 Barksdale Drive and she did not know the Plaintiff. She was unsure if there was anyone living at the 2013 Barksdale address.
2/27/2017 4:20 pm The Affiant spoke with the resident at 2017 Barksdale Drive and discovered that he had lived at this address off and on for the past 60 yrs. He reported that there was indeed someone living at that address but their name was not Wanda McDaniel. He reported that he knew everyone on the street because he was involved in the neighborhood watch program. He did also report that a lady had lived there about 4 months prior but her name was not McDaniel.
2/27/2017 5:05 pm The Affiant attempted to locate Wanda McDaniel at a previous listed address of 1623 Glenside Drive, Apt. A, Greensboro, NC 27405. The Affiant got no response at the residence and also knocked on Apartments B-F and got no response at any of the apartments. The parking lot was empty except one vehicle.
2/26/2017 10:30 am The Affiant began location efforts by running a Nationwide Data Base Search. The most recent addresses were listed by date.

## AFFIDAVIT OF NON-SERVICE For 2:16-CV-07318

I certify that I am over the age of 21, have no interest in the above action, and am a Process Server, in good standing with the court.

Subscribed and Sworn to before me on the 01 day of MARCH 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

Steve Mitchell
Notary Public
Guilford County
North Carolina
My Commission Expires 10/14/2019

Patricia A. Mitchell
Process Server

Civil Process Service
& Investigations of NC, LLC
6806 Renwick Court
Greensboro, NC 27410
(336) 668-0777

Our Job Serial Number: CNC-2017000050
Ref: 2:16-cv-07318



Jeffrey D. Meyer
6363 Woodway Dr., Suite 720
Houston, Texas 77057
Toll Free: 855-886-3937
Facsimile: 713-974-0225
jeff@themeyerlawfirm.com

January 7, 2016

*Via US Mail*
Ms. Wanda McDaniel
1623 Glenside Drive, Apt A.
Greensboro, NC 27405

Re:   **Your Blood Thinner Claim**

**Dear Ms. McDaniel:**

The Meyer Law Firm has recently made numerous attempts, without success, to contact you at the phone numbers that you provided us. Please immediately contact me so that we can obtain information and/or authorizations that are necessary to continue with your case. I can be reached by phone at (713) 974-4100.

Thank you,

Sanetra Hall, CP
Paralegal to Jeffrey Meyer
(281) 306-0607
sanetra@meyerlawfirm.com



Jeffrey D. Meyer
6363 Woodway Dr., Suite 720
Houston, Texas 77057
Toll Free: 855-886-3937
Facsimile: 713-974-0225
jeff@themeyerlawfirm.com

December 16, 2016

***Via US Mail***
Ms. Wanda McDaniel
1623 Glenside Drive, Apt A.
Greensboro, NC 27405

Re: **Your Blood Thinner Claim**

**Dear Ms. McDaniel:**

The Meyer Law Firm has recently made numerous attempts, without success, to contact you at the phone numbers that you provided us. Please immediately contact me so that we can obtain information and/or authorizations that are necessary to continue with your case. I can be reached by phone at (713) 974-4100.

**Thank you,**

Sanetra Hall, CP
Paralegal to Jeffrey Meyer
(281) 306-0607
sanetra@meyerlawfirm.com



Jeffrey D. Meyer
6363 Woodway Dr., Suite 720
Houston, Texas 77057
Toll Free: 855-886-3937
Facsimile: 713-974-0225
jeff@themeyerlawfirm.com

November 22, 2016

*Via US Mail*
Ms. Wanda McDaniel
1623 Glenside Drive, Apt A.
Greensboro, NC 27405

Re: **Your Blood Thinner Claim**

**Dear Ms. McDaniel:**

The Meyer Law Firm has recently made numerous attempts, without success, to contact you at the phone numbers that you provided us. Please immediately contact me so that we can obtain information and/or authorizations that are necessary to continue with your case. I can be reached by phone at (713) 974-4100.

**Thank you,**

Sanetra Hall, CP
Paralegal to Jeffrey Meyer
(281) 306-0607
sanetra@meyerlawfirm.com