UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
*Civil Action 15-3708*

## ORDER

Regarding the Court's prior order (R. Doc. 6132) granting Plaintiff's Motion for Leave to File Amended Complaint (R. Doc. 6112), **IT IS ORDERED** that this order is **VACATED** and Plaintiff's Motion will be reset for submission on May 11, 2017.

New Orleans, Louisiana this 18th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE