UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

LAKESHA LOFTIN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-6620

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, LAKESHA LOFTIN, in the above reference civil action, and by and through her counsel of record hereby files a Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal of this actions without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear their own costs.

FURTHERMORE, Plaintiff's Counsel would state that they have attempted to contact the client on the following dates via telephone:

    10/06/2015
    12/30/2015
    01/08/2016
    02/18/2016
    07/26/2016

ADDITIONALLY, Plaintiff's Counsel would state that they have attempted to contact the client on the following dates via mail:

    12/18/2015
    01/05/2016

02/22/2016
03/15/2016
04/13/2016
03/30/2016
08/11/2016

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: April 13, 2017

                                        **HILLIARD MUÑOZ GONZALES LLP**

By: /s/ Robert C. Hilliard
     Robert C. Hilliard
     Texas Bar No. 09677700
     Catherine Tobin
     Texas State Bar No. 24013642
     John Martinez
     Texas State Bar No. 24010212
     T. Christopher Pinedo
     Texas State Bar No. 00788935

     719 S. Shoreline Boulevard, Suite 500
     Corpus Christi, Texas 78401
     361-882-1612 Office
     361-882-3015 Fax
     *Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion as per PTO 24A (Rec. Doc. 3286), with all other parties which are listed below regarding the filing of this motion and they are opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein

/s/ T. Christopher Pinedo
T. Christopher Pinedo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**      <u>**JURY TRIAL DEMANDED**</u>

**LAKESHA LOFTIN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**

CIVIL ACTION NO.: 2:15-cv-6620

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice has, contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

                                                                **HILLIARD MUÑOZ GONZALES LLP**

                                                          By: <u>/s/ T. Christopher Pinedo</u>
                                                               Robert C. Hilliard
                                                                Texas Bar No. 09677700
                                                                Catherine Tobin
                                                                Texas State Bar No. 24013642
                                                                T. Christopher Pinedo
                                                                Texas State Bar No. 00788935
                                                                John Martinez
                                                                Texas State Bar No. 24010212
                                                                719 S. Shoreline Boulevard, Suite 500
                                                                Corpus Christi, Texas 78401
                                                                361-882-1612 Office
                                                                361-882-3015 Fax
                                                                *Attorneys for Plaintiff*