UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**ADDIS JOHNSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET. AL.**

CIVIL ACTION NO.: 2:15-cv-1561

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

New Orleans, Louisiana, this 18th day of April, 2017

Hon. Eldon E. Fallon
U.S. District Court Judge