# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          <u>JURY TRIAL DEMANDED</u>

ADDIS JOHNSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET. AL.

CIVIL ACTION NO.: 2:15-cv-1561

## <u>NOTICE OF SUBMISSION</u>

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on May 10, 2017, at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard, for an Order on Plaintiff's Motion for Voluntary Dismissal Without Prejudice, and for such other and further relief as the Court may deem just and appropriate.

Date: April 13, 2017

HILLIARD MUÑOZ GONZALES LLP

By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    John Martinez
    Texas State Bar No. 24010212
    T. Christopher Pinedo
    Texas State Bar No. 00788935

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION   :      **MDL No. 2592**
                                                        :
                                                        :      **SECTION L**
                                                        :
                                                        :      **JUDGE ELDON E. FALLON**
                                                        :
_____:      **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**ADDIS JOHNSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET. AL.**

CIVIL ACTION NO.: 2:15-cv-1561

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Submission has,

contemporaneously with or before filing, been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL

Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592, pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP

By: /s/ T. Christopher Pinedo
       Robert C. Hilliard
       Texas Bar No. 09677700
       Catherine Tobin
       Texas State Bar No. 24013642
       T. Christopher Pinedo
       Texas State Bar No. 00788935
       John Martinez
       Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***