UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

DONOVAN DUNN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANNE DUNN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4663

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

Signed, this  18th  day of      April     , 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge