.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592<br>: SECTION L<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Sharon Maloney*
2:15-cv-06113-EEF-MBN

## ENTRY OF APPEARANCE

Please take notice, Sarah A. Wolter of Andrus Wagstaff, PC, hereby enters her appearance as counsel for Plaintiff, Sharon Maloney. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: April 18, 2017

                    Respectfully Submitted,

                    By:   /s/ Sarah A. Wolter
                    Sarah A. Wolter, Esq., CO Bar No. 47599
                    ANDRUS WAGSTAFF, PC
                    7171 W. Alaska Drive
                    Lakewood, CO 80226
                    Phone: 303-376-6360
                    Fax: 303-376-6361
                    E-Mail: sarah.wolter@andruswagstaff.com

                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April 2017, a copy of the foregoing *Entry of Appearance* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

      By: /s/ Sarah A. Wolter
Sarah A. Wolter, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: sarah.wolter@andruswagstaff.com