UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased v. Janssen Research & Development LLC, et al., Case No. 2:16-cv-17978*

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG

COMES NOW Plaintiff, Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased, through undersigned counsel, and respectfully requests this Court grant her Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG. Plaintiff requests that the Court grant her an additional thirty (30) days from the date of the Court's Order granting this Motion to serve the Defendant as set forth in this Court's Pre-Trial Order ("PTO") No. 10. Plaintiff's Memorandum in Support of her Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG is submitted herewith.

Date:   April 18, 2017               Respectfully submitted,

                                                    /s/ Roger C. Denton
                                                    Roger C. Denton, Esq.
                                                    SCHLICHTER, BOGARD & DENTON, LLP
                                                    100 South 4th Street
                                                    Saint Louis, MO 63102
                                                    314-621-6115
                                                    314-621-7151 (fax)
                                                    dhantack@uselaws.com

                                                    *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 18th day of April, 2017.


            By: /s/ *Roger C. Denton*