UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased v. Janssen Research & Development LLC, et al., Case No. 2:16-cv-17978*

## NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG

COMES NOW Plaintiff, Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG.

Date:   April 18, 2017                     Respectfully submitted,

                                            /s/ Roger C. Denton
                                           Roger C. Denton, Esq.
                                           SCHLICHTER, BOGARD & DENTON, LLP
                                           100 South 4th Street
                                           Saint Louis, MO 63102
                                           314-621-6115
                                           314-621-7151 (fax)
                                           dhantack@uselaws.com

                                           *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 18th day of April, 2017.


By: /s/ *Roger C. Denton*