UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Frances Eisel, as Personal Representative of the Estate of Robert Grimes, Deceased  v. Janssen Research & Development LLC, et al., Case No. 2:16-cv-17978*

## ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process on Defendant Bayer Pharma AG through the streamlined service procedures for service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge