UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Chowdhury v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-CV-16125

## PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Margaret Chowdhury, identified in Exhibit A of the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 6203) and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Margaret Chowdhury contacted undersigned counsel regarding a potential claim involving her brother's use of Xarelto and his alleged subsequent injury.

2. The Complaint in this matter was filed on November 4, 2016, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Ms. Chowdhury's claim.

3. After many attempts, undersigned counsel has been unable to obtain and provide neither prescription and/or pharmacy records documenting Alex T. Roshuk's use of Xarelto nor

records documenting medical treatment for injuries resulting from his use of Xarelto and a completed Plaintiff Fact Sheet.

4.      Undersigned counsel has communicated with Ms. Chowdhury regarding the need to obtain and provide prescription and/or pharmacy records documenting her brother's use of Xarelto and records documenting medical treatment for injuries resulting from his use of Xarelto and a completed Plaintiff Fact Sheet. Ms. Chowdhury has been unable to provide such records or completed Plaintiff Fact Sheet to date.

5.      Undersigned counsel has been diligent in contacting Ms. Chowdhury, and informed Ms. Chowdhury that her claim is subject to dismissal if she doesn't provide prescription and/or pharmacy records documenting her brother's use of Xarelto and records documenting medical treatment for injuries resulting from his use of Xarelto and also serve a completed Plaintiff Fact Sheet as required by CMO 1 and PTO 13.

6.      Without waiving the attorney-client privilege, Beasley, Allen has advised Ms. Chowdhury in writing on multiple occasions regarding the need for prescription and/or pharmacy records documenting her brother's use of Xarelto and his alleged subsequent injury and the implications of not serving a completed Plaintiff Fact Sheet:

| Date | Correspondence | Documents |
| --- | --- | --- |
| November 7, 2016 | USPS Regular Mail | Letter requesting completion of PFS. |
| November 21, 2016 | USPS Regular Mail | Letter regarding completion of PFS and requesting client to contact Beasley, Allen. |
| January 26, 2017 | USPS Regular Mail | Letter regarding dismissal for failure to submit a PFS. |

7. In addition, contact with Ms. Chowdhury was attempted via telephone regarding the implications of not providing prescription and/or pharmacy records documenting her brother's use of Xarelto and records of treatment for injuries resulting from his use of Xarelto and not serving a completed Plaintiff Fact Sheet on numerous occasions, including January 27, 2017 (four phone calls); February 7, 2017; March 2, 2017 (three phone calls); March 3, 2017; and, March 24, 2017. Despite the undersigned counsels' best efforts, they have not been able to secure Ms. Chowdhury's completed Plaintiff Fact Sheet or prescription and/or pharmacy records documenting her brother's use of Xarelto or records documenting medical treatment for injuries resulting from his use of Xarelto; or, her permission to voluntarily dismiss this matter.

8. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Chowdhury and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13.

9. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Chowdhury in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: April 18, 2017

s/David B. Byrne, III
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2017, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                       /s/David B. Byrne, III
                                                       David B. Byrne, III