UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:

>  *Johnny Bowling, as Surviving Spouse of Edith Bowling, Deceased vs. Janssen Research & Development, LLC et al;*
>  Civil Action No. 2:16-cv-09480

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING
PLAINTIFF FACT SHEET DEFICIENCIES  (DOCUMENT 6190)**

**MAY IT PLEASE THE COURT:**

On April 12, 2017, this Court issued an Order to Show Cause (Doc. 6190) why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet.  The undersigned counsel responds to that order as follows:

1.  The defendants have alleged that the Plaintiff's Fact Sheet is supposedly deficient due to "Failure to provide first and last name of representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (Core Case Information); Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission."

2.  The Plaintiff' served a Plaintiff Fact Sheet on October 5, 2016, and uploaded Plaintiff's Medical Records showing both Xarelto usage and treatment for injuries resulting from Xarelto use.

3. In response to the alleged deficiencies, plaintiff filed a First Amended Plaintiff's Fact Sheet, and uploaded a new signed verification page. Accordingly, it is plaintiff's position that the alleged deficiencies have now been cured.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action based upon plaintiff's recently filed First Amended Plaintiff's Fact Sheet and signed verification.

Date: April 18, 2017

Respectfully Submitted,

David B. Byrne, III
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4180
Montgomery, Alabama 36103-4160
(334) 269-2343
David.Byrne@beasleyallen.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              s/David B. Byrne, III
                                              David B. Byrne, III