UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  }   MDL No. 2592
                              }
PRODUCTS LIABILITY LITIGATION }   SECTION L
                              }   JUDGE FALLON
                              }   MAG. JUDGE NORTH
                              }

This Document relates to:

*Michael A. Forward vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-13472

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES  (DOCUMENT 6190)

**MAY IT PLEASE THE COURT:**

On April 12, 2017, this Court issued an Order to Show Cause (Doc. 6190) why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet. The undersigned counsel responds to that order as follows:

1. The defendants have alleged that the Plaintiff's Fact Sheet is supposedly deficient due to "Failure to provide proof that user received samples."

2. The Plaintiff served a Plaintiff Fact Sheet on October 31, 2016, and uploaded Plaintiff's Medical Records showing both Xarelto usage and treatment for injuries resulting from Xarelto use.

3. In response to the alleged deficiencies, Plaintiff filed a First Amended Plaintiff's Fact Sheet, and uploaded a new signed verification page. Proof of Xarelto use, which was uploaded to MDL Centrality on October 31, 2016, is documented in Plaintiff's medical records from Nye Regional Medical Center and Sunrise Hospital. Accordingly, it is

Plaintiff's position that the alleged deficiencies have now been cured.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action based upon plaintiff's recently filed First Amended Plaintiff's Fact Sheet and signed verification.

Date:  April 18, 2017                            Respectfully Submitted,

<div style="margin-left: 3in;">

David B. Byrne, III
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4180
Montgomery, Alabama 36103-4160
(334) 269-2343
David.Byrne@beasleyallen.com
***Attorneys for Plaintiff***

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of April 2017.

<div style="text-align: right;">

s/David B. Byrne, III
David B. Byrne, III

</div>