UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jarrod Armbruster v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-CV-14297**

## PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Comes Plaintiff Jarrod Armburster, now deceased, identified in the Court's Order Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 5285) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Jarrod Armbruster, now deceased, contacted undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on August 30, 2016. Plaintiff complied with the filing fee payment provisions pursuant to PTO No. 11B.

3. After many unsuccessful attempts to contact Plaintiff, undersigned counsel learned that Jarrod Armburster died on September 24, 2016.

4. Undersigned counsel has not served a completed Plaintiff Fact Sheet because Jarrod Armburster is now deceased and no living heir or personal representative has come forward or otherwise been identified who could maintain and continue this action.

5. Despite the undersigned counsels' best efforts, they have not been able to serve Jarrod Armburster's completed Plaintiff Fact Sheet; and, they have not been permitted to voluntarily dismiss this matter by a member of Jarrod Armburster's family willing to pursue the litigation on behalf of his estate.

6. At all times relevant hereto, undersigned Counsel has diligently sought contact with a living heir of Mr. Armburster in order to serve a completed Plaintiff Fact Sheet. Undersigned Counsel's efforts to identify and communicate with a living heir willing to carry on the litigation have not been successful.

7. Undersigned counsel understands that Plaintiff's claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13; however, undersigned counsel believes that this claim should not be dismissed with prejudice in case a living heir or personal representative comes forward or is otherwise identified who is willing to maintain and continue this action.

FOR THESE REASONS, undersigned counsel respectfully requests the Court to not dismiss this claim with prejudice.

Dated: April 18, 2017

s/David B. Byrne, III
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/David B. Byrne, III  
David B. Byrne, III
