UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }   MDL No. 2592
                               }
PRODUCTS LIABILITY LITIGATION  }   SECTION L
                               }   JUDGE FALLON
                               }   MAG. JUDGE NORTH
                               }

This Document relates to:

> *Maria Milton, as Surviving Child, and Personal Representative of the Estate of Beatrice Wilburn, Deceased vs. Janssen Research & Development, LLC et al;*
> Civil Action No. 2:16-cv-01755

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES (DOCUMENT 6188)

**MAY IT PLEASE THE COURT:**

On April 12, 2017, this Court issued an Order to Show Cause (Doc. 6188) why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet. The undersigned counsel responds to that order as follows:

1. The defendants have alleged that the Plaintiff's Fact Sheet is supposedly deficient due to "Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission."

2. On April 18, 2017, in response to the alleged deficiency, plaintiff uploaded a new signed Declaration page to MDL Centrality. Accordingly, it is plaintiff's position that the alleged deficiency has now been cured.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action based upon plaintiff's recently uploaded new signed Declaration

page.

Date:  April 18, 2017						Respectfully Submitted,

								<u>David B. Byrne, III</u>
								Andy D. Birchfield, Jr.
								C. Gibson Vance
								David B. Byrne, III
								BEASLEY, ALLEN, CROW
								METHVIN, PORTIS & MILES, P.C.
								Post Office Box 4180
								Montgomery, Alabama 36103-4160
								(334) 269-2343
								David.Byrne@beasleyallen.com
								***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of April 2017.

                                                s/David B. Byrne, III
                                                David B. Byrne, III