UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

### DEFENDANTS' FIRST AMENDED WITNESS LIST

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby identify the following persons whom Defendants may elect to call at trial, either in person or by deposition unless specifically designated otherwise. The list does not include those witnesses for whom Defendants would seek to introduce a counter-designation of deposition testimony if Plaintiffs seek to introduce deposition testimony of the same witness. Defendants reserve the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial. Defendants also reserve the right to call, live or by deposition, any witnesses identified by Plaintiffs. Defendants also reserve the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records, medical records, or other records, whose admissibility is disputed by any party. By identifying the witnesses below, Defendants do not waive any objection to deposition testimony, exhibits, or other evidence or argument.

**Expect to Call**

1) Dr. Scott Boniol, M.D.
   Christus Schumpert Cancer Treatment Center
   One Saint Mary Place
   Shreveport, LA 71101

2) Dr. Dena Hixon, M.D.
   Pharmaceutical Lifecycle Consulting LLC
   7304 Carroll Avenue #231
   Takoma Park, MD 20912

3) Dr. Colleen Johnson, M.D.
   Department of Medicine
   Tulane University Heart and Vascular Institute
   l430 Tulane Ave., SL-48
   New Orleans, LA 70112

4) Dr. Vanessa Piazza, M.D.
   7 Bluebird Street
   New Orleans, LA 70124

5) Veronica Theriot, R.N.
   St. Anne General Hospital
   4608 Hwy 1
   Raceland, LA 70394

6) Dr. Kenneth Wong, M.D.
   Cardiovascular Institute of the South
   102 Twin Oaks Drive
   Raceland, LA 70394

**May Call**

    7)    Dr. Scott D. Berkowitz, M.D.
           Bayer Healthcare Pharmaceuticals
           100 Bayer Blvd.
           Whippany, NJ 07981

    8)    Dr. Paul Burton
           1125 Trenton-Harbourton Road
           Titusville, NJ 08560

    9)    Dr. Peter M. DiBattiste, M.D.
           Janssen, 920 Route 202
           Raritan, NJ  00869

    10)    Dr. Harmut Derendorf, Ph.D.
            8708 SW 42nd Place
            Gainesville, Florida 32610

    11)    Dr. Peter Fail, M.D.
            Cardiovascular Institute of the South
            225 Dunn Street
            Houma, LA 70360

    12)    Dr. Robert D. Gibbons, Ph.D.
            Center for Health Statistics,
            University of Chicago,
            5841 S. Maryland Avenue,
            MC 2007, Office W260
            Chicago, IL 60637

    13)    Dr. Andrea Horvat-Broecker (by deposition)
            Bayer Pharma AG
            Friedrich-Ebert-Straße 217-333
            42117 Wuppertal, Germany

    14)    Sigmond Johnson (by deposition)
            920 Route 202
            Raritan, NJ 08869

    15)    Dr. Sammy Khatib, M.D.
            124 Sycamore Drive
            Metairie, LA 70005

16) Dagmar Kubitza, M.D. (by deposition)
    Bayer Pharma AG
    Friedrich-Ebert-Straße 217-333
    42117 Wuppertal, Germany

17) Dr. Christopher Major, Ph.D. (by deposition)
    700 US Highway 202 S
    Raritan, NJ 08869

18) Dr. Najy Masri, M.D.
    Ochsner Medical Center
    180 West Esplanade Avenue
    Kenner, LA 70065

19) Dr. Frank Misselwitz
    Bayer Pharma AG
    Friedrich-Ebert-Straße 217-333
    42117 Wuppertal, Germany

20) Michael A. Moye (by deposition)
    Westfield, NJ

21) Wolfgang M. Mueck, Ph.D. (by deposition)
    Bayer Pharma AG
    Friedrich-Ebert-Straße 217-333
    42117 Wuppertal, Germany

22) Christopher Nessel, M.D.
    Janssen, 920 Route 202
    Raritan, NJ  00869

23) Dr. Troy C. Sarich, Ph.D. (by deposition)
    1125 Trenton-Harbourton Road
    Titusvile, NJ 08869

24) Dr. James W. Smith, M.D.
    Ochsner Clinic
    Section on Gastroenterology
    1514 Jefferson Highway
    New Orleans, Louisiana 70121

25) Dr. Alvin Timothy, M.D.
    Cardiovascular Institute of the South
    1320 Martin Luther King Drive
    Thibodaux, LA 70301

26) Angelique Torres, ANP, DNP-C
    Ochsner Health Center
    1015 Crescent Avenue
    Lockport, LA 70374

27) Martin van Eickels, M.D. (by deposition)
    Bayer Pharma AG
    Friedrich-Ebert-Straße 217-333
    42117 Wuppertal, Germany

Respectfully submitted,

BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.

By: /s/ *Richard E. Sarver*
Richard E. Sarver
Celeste R. Coco-Ewing
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
rsarver@barrassousdin.com
ccoco-ewing@barrassousdin.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC

WILKINSON WALSH + ESKOVITZ LLP

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson
Jennifer L. Saulino
Jeremy Barber
WILKINSON WALSH + ESKOVITZ LLP
1900 M. Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
jsaulino@wilkinsonwalsh.com
jbarber@wilkinsonwalsh.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *David E. Dukes*
David E. Dukes
J. Mark Jones
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
David.Dukes@nelsonmullins.com
Mark.Jones@nelsonmullins.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000

400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC*

william.hoffman@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com
lboney@bradley.com


CHAFFE MCCALL L.L.P.
By: */s/ John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com


*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of April, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

*/s/     John F. Olinde*