UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VENECIA EILLIS, ) | |
| ) | |
| Plaintiff, ) | MDL NO: 2592 |
| ) | |
| v. ) | SECTION: L |
| ) | |
| JANSSEN RESEARCH & ) | JUDGE: ELDON E. FALLON |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | MAG. JUDGE MICHAEL NORTH |
| RESEARCH AND DEVELOPMENT, ) | |
| LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **This Document Relates To:** ) | |
| 2:16-cv-13905 ) | |

## NOTICE AND SUGGESTION OF DEATH

TO:  ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Venecia Ellis, which occurred November 26, 2016.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Venecia Ellis' estate.

Dated: April 19, 2017

        Respectfully submitted:

        By: /s/ David Cates
        David Cates, #6289198
        CATES MAHONEY, LLC
        216 West Pointe Drive, Suite A
        Swansea, IL  62226
        Telephone:  618-277-3644
        Facsimile:   618-277-7882
        E-mail:  dcates@cateslaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing "Notice And Suggestion Of Death" has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order 17.

            By: /s/ David Cates
            David Cates, #6289198
            CATES MAHONEY, LLC
            216 West Pointe Drive, Suite A
            Swansea, IL  62226
            Telephone:  618-277-3644
            Facsimile:   618-277-7882
            E-mail:  dcates@cateslaw.com
            *Counsel for Plaintiff*