# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

### DECLARATION OF GARY PETERS, M.D. IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Gary Peters, M.D., declare and testify as follows:

1. I am currently Senior Director of Cardiovascular and Metabolism at Janssen Research and Development, LLC.

2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action.

3. I neither live, work, nor regularly transact business in the state of Louisiana.

4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana.

5. I am a resident of West Chester, Pennsylvania, and I work in Spring House, Pennsylvania.

6. My deposition was taken in the above-captioned matter on April 20, 2016 in Philadelphia, Pennsylvania. It lasted over nine hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2017.

_____
Gary Peters, M.D.