UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al.<br>Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

### ORDER

Considering the foregoing Motion to Expedite Consideration of Defendants' Motion to Quash Subpoena (Rec. Doc.    ),

**IT IS ORDERED** that said Motion to Expedite is **GRANTED** and the Plaintiffs are **ORDERED** to submit any opposition to the Motion to Quash no later than 12:00 p.m. April 24, 2017, at which time the Motion to Quash will be submitted to the Court for ruling.

New Orleans, Louisiana, this ___ day of April, 2017

_____
UNITED STATES DISTRICT JUDGE

00408289