# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONJA ASHBY, an individual. <br><br> Plaintiff, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; and JOHN DOES 1-100, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> MDL No. 2592 <br><br> Case No.: 2:16-cv-14251-EEF-MBN <br>  ECF Designated |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
# F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SONJA ASHBY ("Plaintiff") and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants

JANSSEN RESEARCH & DEVELOPMENT LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; and JOHN DOES 1-100 ("Defendants").  Each party shall bear their own costs and attorney fees.

Respectfully submitted,

DATED:   April 19, 2017    KABATECK BROWN KELLNER LLP

By: /s/      Natalie S. Pang
       Natalie S. Pang
      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of Louisiana by using the CM/ECF system on April 19, 2017.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Natalie S. Pang