UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> _____: | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

*David Winnen O/B/O Robert Winnen,*
*deceased v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:15-cv-01972

ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this  18th  day of    April   , 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge