# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| DENISE STAHLBERG, | |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No: 2:15-cv-04346 |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed.R.Civ.P.41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

**THE MORRIS LAW FIRM**

By: /s/ James A. Morris
JAMES A. MORRIS, JR.
CA Bar No.: 296852
6310 San Vicente, STE 360
Los Angeles, CA 90048
(323) 302-9488
(323) 931-4990– facsimile
jmorris@jamlawyers.com

ATTORNEYS FOR PLAINTIFF
Dated April 20, 2017

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan Sharko
Susan Sharko
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
susan.sharko@dbr.com


Attorneys for Defendants Janssen Pharmaceuticals, Inc.; Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated:  April 20, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew Solow
Andrew Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000

William Hoffman
601 Massachusetts Avenue N.W.
Washington, DC 20001
Telephone (202) 942-5000

Andrew.solow@apks.com
William.hoffman@apks.com

Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: April 20, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras Street Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
kmoore@irvinllc.com

Liaison Counsel for Defendants
Dated April 20, 2017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on April 20, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Shane E. Greenberg