MINUTE ENTRY
FALLON, J.
APRIL 18, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A pretrial conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, and Roger Denton. Defendants were represented by Beth Wilkinson, Rick Sarver, and David Dukes. Other representative of both Plaintiff and Defense teams also attended. The parties discussed the upcoming bellwether trial scheduled to begin Monday, April 24, 2017.

JS10(00:45)