UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No.:    2592<br>SECTION:    L<br>JUDGE:       ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |
| THIS DOCUMENTS RELATES<br>TO: SHIRLEY GIDDINGS<br>Civil Action No.: 2:16-cv-14808 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Shirley Giddings, which occurred February 13, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Shirley Giddings estate.

Dated: April 21, 2017

                                                    Respectfully submitted,

                                                    **ROSENBAUM & ROSENBAUM, P.C.**

By*:*   */s/ Craig Rosenbaum*
        Craig D. Rosenbaum, Esq.
        **Rosenbaum & Rosenbaum, P.C.**
        100 Wall Street, 15th Floor
        New York, NY 10005
        P: (212) 514-9155
        F: (212) 514-9178
        cr@rosenbaumnylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has, contemporaneously with or before filing, been served upon all parties or their attorneys in a manner authorized by FRCP 5(b)(2) , Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  April 21, 2017

By:     */s/ Craig Rosenbaum*