MINUTE ENTRY
FALLON, J.
APRIL 19, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

      A pretrial conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Andy Birchfield. Defendants were represented by Beth Wilkinson. Other members of Plaintiffs and Defense teams also attended the meeting. The parties discussed jury selection for the upcoming bellwether trial scheduled to begin Monday, April 24, 2017. This status conference was transcribed by Ms. Karen Anderson Ibos, Official Court Reporter. Counsel may contact Ms. Anderson Ibos at (504) 589-7776 to request a copy of the transcript.

JS10(00:45)