UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | ) ) ) ) ) ) | MAG. JUDGE NORTH |

**JOINT STIPULATION ON MOTIONS IN LIMINE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph J. Boudreaux, Jr. and Loretta Boudreaux, and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively "Parties") who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

The Parties further stipulate that no party will make any reference to verdicts in other lawsuits.

II.

The Parties further stipulate that no party will make any reference to the financial status, resources, means of travel, hotel accommodations, or other cases or businesses or specializations of any counsel.

III.

The Parties further stipulate that no party will make any reference to the number of law firms or lawyers involved in this case or to the location of the lawyers' offices.

IV.

The Parties further stipulate that no party will present any evidence or argument about Plaintiffs' fee agreement, or who is responsible for or paying Plaintiffs' litigation expenses.

V.

The Parties further stipulate that no party will present any evidence or argument about insurance coverage.

VI.

The Parties further stipulate that no party will argue that the jury should "step into the Plaintiffs' shoes" or otherwise put themselves in Plaintiffs' position.

VII.

The Parties further stipulate that no party will present any evidence or argument about marketing on pharmacy receipts.

VIII.

The parties further stipulate that no party will present any evidence or argument about Mass Torts Made Perfect, the American Association for Justice, The Reptile, the Jerry Spence Trial College, or any other books, seminars or educational materials for Plaintiffs' attorneys.

IX.

The parties further stipulate that no party will present any evidence or argument that any recovery for Plaintiffs: (1) may be subject to interest; (2) may be enhanced by operation of law; or (3) may be duplicative of insurance or other benefit payments.

X.

Except as specified above, the Parties reserve all rights and defenses.

Dated: April 21, 2017

Respectfully submitted:

MORRIS BART LLC

By: /s/ Daniel B. Snellings
Daniel B. Snellings
Morris Bart, III
MORRIS BART LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
morrisbart@morrisbart.com
dsnellings@morrisbart.com

*Counsel for Joseph Boudreaux, Jr. and Loretta Boudreaux*

HERMAN, HERMAN & KATZ, LLC

By: */s/ Leonard A. Davis*
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
ldavis @hhklawfirm.com

GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC

By: /s/ *Gerald E. Meunier*
GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

ARNOLD & PORTER KAYE SCHOLER LLP

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*