MINUTE ENTRY
FALLON, J.
APRIL 21, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO: 14-2720**

A pretrial conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Fred Longer, Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, Neil Overholtz, Brad Honnold, and Roger Denton. Defendants were represented by Beth Wilkinson, Rick Sarver, David Dukes, John Olinde, and Celeste Coco-Ewing. The parties discussed the upcoming bellwether trial scheduled to begin Monday, April 24, 2017. This status conference was transcribed by Ms. Karen Anderson Ibos, Official Court Reporter. Counsel may contact Ms. Anderson Ibos at (504) 589-7776 to request a copy of the transcript.

For the reasons fully stated orally during the meeting, **IT IS ORDERED** that Defendants' Motion to Quash (R. Doc. 6277) is **DENIED**. Accordingly, the witness must respond to the subpoena served upon him and proceed to the designated location within the state of Pennsylvania within 100-miles from his residence and place of work, and be available to testify in accordance with Rule 43 of the Federal Rules of Civil Procedure. IT IS FURTHER ORDERED that the Parties' Joint Stipulation regarding Motions in Limine be entered into the record.

JS10(01:00)