UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :   MDL No. 2592
                                        :
                                        :   SECTION L
                                        :
                                        :   JUDGE ELDON E. FALLON
                                        :
_____:        MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*MORGAN E. JACKSON, JR., an Incapacitated Adult,*
*by ALLEN YOUNGBLOOD, his Power of Attorney*

Civil Action No. 2:15-cv-05642-EEF-MBN

## MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel moves this Court for an order substituting Allen Youngblood, on behalf of the Estate of Morgan E. Jackson, Jr., deceased, as Plaintiff in the above-captioned matter.

1. Morgan E. Jackson, Jr., an Incapacitated Adult, by his Power of Attorney, Allen Youngblood, filed a product liability action against defendants on October 6, 2015.

2. Plaintiff Morgan E. Jackson, Jr. died November 17, 2016.

3. Plaintiff filed a Notice / Suggestion of Death on February 13, 2017 [Doc 5420].

4. Allen Youngblood, surviving nephew, having received his formal appointment as Independent Executor of the estate on December 15, 2016 (Exhibit A), is a proper party to substitute for plaintiff-decedent Morgan E. Jackson, Jr. and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished,

1

the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court grant this request for substitution of Allen Youngblood, Individually and as the Representative of the Estate of Morgan E. Jackson, Jr. as plaintiff in place of decedent Morgan E. Jackson, Jr.

Dated: April 24, 2017            Respectfully submitted,

<div style="margin-left: 3em;">
/s/ Margret Lecocke  
Margret Lecocke  
mlecocke@williamskherkher.com  
John T. Boundas  
jboundas@williamskherkher.com  
Williams Kherkher Hart Boundas, LLP  
8441 Gulf Freeway, Suite 600  
Houston, Texas  77017-5051  
Telephone: (713) 230-2200  
Facsimile:  (713) 643-6226  

**ATTORNEYS FOR PLAINTIFFS**
</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/ Margret Lecocke
                                          Margret Lecocke