NO: P13113

ESTATE OF
MORGAN JACKSON

**LETTER OF TESTAMENTARY**
TO
ALLEN YOUNGBLOOD

ISSUED THE 15th DAY OF December, A.D. 2016

| STATE OF TEXAS | )( | IN COUNTY COURT |
| COUNTY OF LIBERTY | )( | LIBERTY COUNTY, TEXAS |

I, PAULETTE WILLIAMS, Clerk of the County Court of Liberty County, Texas, do hereby certify that on the 12th day of December, A.D. 2016 ALLEN YOUNGBLOOD was by said Court duly granted by said Court Letters Testamentary of the Estate of MORGAN JACKSON, Deceased, and that ALLEN YOUNGBLOOD qualified as INDEPENDENT EXECUTOR of said Estate on the 12th day of December, A.D. 2016, as the law requires, and that said Appointment is still in full force and effect.

GIVEN UNDER MY HAND AND SEAL of office at Liberty, Texas the 15th day of December, A.D. 2016.



PAULETTE WILLIAMS
COUNTY CLERK,
LIBERTY COUNTY, TEXAS

BY: _____ DEPUTY