UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*RUBY DARLEEN BURNS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
Civil Action No. 2:16-cv-09073

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Carla Rutherford on behalf of decedent Ruby Darleen Burns.

1. Ruby Darleen Burns filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Ruby Darleen Burns died on July 6, 2016.

3. Ruby Darleen Burns' products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on March 31, 2017, attached hereto as "Exhibit A"

5. Carla Rutherford, surviving child of Ruby Darleen Burns, is a proper party to substitute for plaintiff-decedent Ruby Darleen Burns and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated: April 24, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Marc S. Whitehead
　　　　　　　　　　　　　　　　　　　　　　**Marc S. Whitehead**
　　　　　　　　　　　　　　　　　　　　　　Marc Whitehead & Associates, LLP
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00785238
　　　　　　　　　　　　　　　　　　　　　　5300 Memorial Drive, Suite 725
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77346
　　　　　　　　　　　　　　　　　　　　　　Office: 713-228-8888
　　　　　　　　　　　　　　　　　　　　　　Fax: 713-225-0940
　　　　　　　　　　　　　　　　　　　　　　Email: marc@marcwhitehead.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 24, 2017   Respectfully Submitted,

By: /s/ Marc S. Whitehead

**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
5300 Memorial Drive, Suite 725
Houston, Texas 77346
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*