UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*RUBY DARLEEN BURNS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
*Civil Action No. 2:16-cv-09073*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Carla Rutherford as surviving child of Ruby Darleen Burns is substituted for Plaintiff Ruby Darleen Burns in the above captioned cause.

Dated:_____        _____
                                      Hon. Eldon E. Fallon
                                      United States District Court Judge