# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RUBY DARLEEN BURNS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
Civil Action No. 2:16-cv-09073

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Ruby Darleen Burns.

Dated: March 31, 2017                                        Respectfully submitted,

By:/s/ Marc S. Whitehead
**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
5300 Memorial Drive, Suite 725
Houston, Texas 77346
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 31, 2017                                Respectfully Submitted,

                                                                   By: /s/ Marc S. Whitehead

                                                                   **Marc S. Whitehead**
                                                                   Marc Whitehead & Associates, LLP
                                                                   Texas Bar No. 00785238
                                                                   5300 Memorial Drive, Suite 725
                                                                   Houston, Texas 77346
                                                                   Office: 713-228-8888
                                                                   Fax: 713-225-0940
                                                                   Email: marc@marcwhitehead.com
                                                                   *Attorney for Plaintiff*