# EXHIBIT B

# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

TYPE / PRINT IN PERMANENT BLACK INK. SEE INSTRUCTIONS.

**FILE NUMBER**

| 1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last, Suffix) | | 2. SEX | 3a. DATE OF DEATH (Mo/Day/Yr) | 3b. TIME OF DEATH |
|---|---|---|---|---|
| RUBY DARLEEN BURNS | | FEMALE | | 01:57 ☐ AM ☒ PM |

| 4. SOCIAL SECURITY NO. | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR (Months / Days) | 5c. UNDER 1 DAY (Hours / Minutes) | 6. DATE OF BIRTH (Mo/Day/Yr) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| | 84 | | | | TWISP, WA |

| 8a. RESIDENCE STATE or FOREIGN COUNTRY | 8b. COUNTY | 8c. CITY OR TOWN | | |
|---|---|---|---|---|
| ARKANSAS | INDEPENDENCE | CAVE CITY | | |

| 8d. NUMBER AND STREET | 8e. APT. NO. | 8f. ZIP CODE | 8g. INSIDE CITY LIMITS? |
|---|---|---|---|
| 40 LIGE LN | | 72501-9222 | ☐ Yes  ☒ No |

| 9. EVER IN US ARMED FORCES? | 10. MARITAL STATUS AT TIME OF DEATH | 11. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage) |
|---|---|---|
| ☐ Yes  ☒ No | ☒ Married  ☐ Married, but Separated  ☐ Widowed  ☐ Divorced  ☐ Never Married  ☐ Unknown | CARL WAYNE BURNS |

| 12a. IF DEATH OCCURRED IN A HOSPITAL: | 12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: | 12c. COUNTY OF DEATH |
|---|---|---|
| ☒ Inpatient  ☐ Emergency Room / Outpatient  ☐ Dead on Arrival | ☐ Decedent's Home  ☐ Hospice Facility  ☐ Nursing Home / Long Term Care Facility  ☐ Other (Specify) | INDEPENDENCE |

| 12d. FACILITY NAME (If not institution, give number & street) | 12e. CITY OR TOWN | 12f. ZIP CODE |
|---|---|---|
| WHITE RIVER MEDICAL CENTER-BATESVILLE | BATESVILLE | 72501-7397 |

| 13. FATHER'S NAME (First, Middle, Last) | 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| LESLIE HARLAN AMES | SADIE BELLE HEMENWAY |

| 15a. INFORMANT'S NAME | 15b. RELATIONSHIP TO DECEDENT | 15c. MAILING ADDRESS (Number and Street or PO Box, City, State, Zip Code) |
|---|---|---|
| CARL WAYNE BURNS | HUSBAND | 40 LIGE LN, CAVE CITY, AR, 72521-9222 |

| 16a. METHOD OF DISPOSITION: ☐ Burial  ☒ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from State  ☐ Other (Specify) | 16c. LOCATION-CITY, TOWN, AND STATE |
|---|---|
| 16b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | MOUNTAIN HOME, ARKANSAS |
| BAXTER CREMATORY AND MEMORIAL GARDENS, INC. | |

| 17a. EMBALMER'S NAME | 17b. EMBALMER'S LICENSE # | 17c. SIGNATURE (FUNERAL SERVICE LICENSEE OR OTHER AGENT) |
|---|---|---|
| ☒ Not Embalmed | | /s/ ROY W ROBERTS |

| 17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | 17e. LICENSE # |
|---|---|
| ROLLER-CROUCH FUNERAL HOME BATESVILLE | 102 |
| 510 EAST COLLEGE AVE., BATESVILLE, AR, 72501 | |

| 18a. DATE PRONOUNCED DEAD (Mo/Day/Yr) | 18b. TIME PRONOUNCED DEAD | 18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH (PRINT / TYPE) | 18. WAS MEDICAL EXAMINER OR CORONER CONTACTED? |
|---|---|---|---|
| | 02:15 ☐ AM ☒ PM | Dr. Robert Walton | ☐ Yes  ☒ No |

19. APPROXIMATE INTERVAL: Onset to Death

**CAUSE OF DEATH**

20. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line.

| | | | APPROXIMATE INTERVAL |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | Sepsis | 4 days |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. | Pneumonia | 5 days |
| | c. | | |
| | d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

21a. WAS AN AUTOPSY PERFORMED?  ☐ Yes  ☒ No

21b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☐ Yes  ☐ No

| 22. MANNER OF DEATH | 23. DID TOBACCO USE CONTRIBUTE TO DEATH? | 24. IF FEMALE: |
|---|---|---|
| ☒ Natural  ☐ Accident  ☐ Suicide  ☐ Homicide  ☐ Pending Investigation  ☐ Could not be determined | ☐ Yes  ☐ Probably  ☐ No  ☒ Unknown | ☒ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days of death  ☐ Not pregnant, but pregnant 43 days to 1 year before death  ☐ Unknown if pregnant within last year |

| 25a. DATE OF INJURY (Mo/Day/Yr) | 25b. TIME OF INJURY ☐ AM ☐ PM | 25c. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) | 25d. INJURY AT WORK? ☐ Yes  ☐ No |
|---|---|---|---|
| | | | |

25e. LOCATION OF INJURY: (Number, Street, Apartment No., City, State, Zip Code)

25f. DESCRIBE HOW INJURY OCCURRED:

25g. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver / Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify)

26a. CERTIFIER (Check only one):
☐ Certifying Physician-I. To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Pronouncing & Certifying Physician-I. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner-I. On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Coroner-I. On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Hospice Registered Nurse - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

| SIGNATURE | TITLE | DATE (Mo/Day/Yr) |
|---|---|---|
| /s/ O'Walton | M D | 7/7/16 |

| 26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a. (Type / Print) | 26c. LICENSE # |
|---|---|
| Robert Walton, MD  1710 Harrison St., Batesville, AR 72501 | C-5551 |

| 27a. SIGNATURE OF REGISTRAR | 27b. FOR REGISTRAR ONLY • DATE FILED (Mo/Day/Yr) |
|---|---|
| /s/ Whitney Hayes Deputy Registrar | July 8, 2016 |

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

**JUL 0 8 2016**

/s/ Shirley Louie
Shirley Louie
State Registrar

5307647

5307647

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

(Seal: ARKANSAS DEPARTMENT OF HEALTH · SEAL · LITTLE ROCK, ARK)

(Left margin: 07/07/2016 DATE ISSUED · NAME OF DECEDENT RUBY DARLEEN BURNS · To Be Completed / Verified by Funeral Director · To Be Completed / Verified by Medical Certifier)