# EXHIBIT C

IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE  NO. PR-2017-33-1
OF RUBY DARLEEN BURNS, DECEASED

**FILED**
FEB 28 2017
3:66 P M
TRACEY MITCHELL
COUNTY & PROBATE CLERK
D.C.

## ORDER APPOINTING ADMINISTRATRIX

Now on this 29th day of February, 2017 comes on for hearing the Petition of Carla Rutherford for the appointment of an Administratrix of the estate of Ruby Darleen Burns, deceased, and upon consideration of such Petition, and the facts and evidence in support thereof, the Court finds:

**(1)** That no demand for notice of proceedings for the appointment of an administratrix of the estate has been filed herein, the Petition is not opposed by any known person, and the same may be heard and decided forthwith.

**(2)** That Ruby Darleen Burns, who resided at 40 Lige Lane, Cave City, Independence County, Arkansas 72521, died intestate at White River Medical Center in Batesville, Arkansas on July 6, 2016.

**(3)** That this Court has jurisdiction and venue properly lies in this county.

**(4)** The only asset of the Decedent is a cause of action on behalf of the Decedent filed in MDL 2592 in the United States District Court, Eastern District of Louisiana, Case No. 2:16-CV-09073. Decedent was a plaintiff in said cause of action, is now deceased, and an administratrix should be appointed for continuation of the litigation.

**(5)** That Carla Rutherford is a proper person and fully qualified by law to serve as Administratrix of the estate.

**IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED** that administration of the estate be, and hereby is opened and Carla Rutherford be and hereby is appointed Administratrix of the estate of the Decedent without bond and that letters of administration shall be issued to said Administratrix upon the filing of an acceptance of appointment.

_____
CIRCUIT JUDGE

IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE            NO. PR-2017-33-1
OF RUBY DARLEEN BURNS, DECEASED

**LETTERS OF ADMINISTRATION**

Carla Rutherford, whose residence address is 1540 Addie, Batesville, AR 72501, having been appointed and qualified as Administratrix of the estate of Ruby Darleen Burns, deceased, who died on or about July 6, 2016, is hereby authorized to act as Administratrix for and in behalf of the estate and to take possession of the estate's property as authorized by law.

Issued this date: February 28, 2017.

_J. Mitchell_, Clerk

By: _[signature]_, D.C., Deputy Clerk

(S E A L)

**FILED**
FEB 28 2017
3:57 P.M.
TRACEY MITCHELL
COUNTY & PROBATE CLERK
_[initials]_ D.C.