UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph J. Boudreaux, Jr. v. Janssen Research & Development, et al* Case No. 2:15-cv-2720 | MAGISTRATE NORTH |

## STIPULATION and ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph J. Boudreaux, Jr. and Loretta Boudreaux, and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively "Parties"), who stipulate as follows:

1.

Paragraph II of the Stipulation and Order dated February 6, 2017 (Doc. 5340) is amended as the Parties now stipulate that the only Louisiana Products Liability Act (LPLA) cause of action asserted and reserved by the Plaintiffs in the above-captioned matter is unreasonably dangerous because of inadequate warning, pursuant to La. Rev. Stat. Ann. § 2800.57 (West 2017). All other causes of action under the LPLA are dismissed with prejudice.

2.

The Stipulation and Order dated February 6, 2017 (Doc. 5340) otherwise remains in full force and effect.

**IT IS ORDERED.**

NEW ORLEANS, LOUISIANA, this 24th day of April, 2017.

*[signature]*

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

**MORRIS BART LLC**

By: /s/ Daniel B. Snellings
Daniel B. Snellings
Morris Bart, III
909 Poydras Street, 20th Floor
New Orleans, LA 70112
morrisbart@morrisbart.com
dsnellings@morrisbart.com
*Counsel for Joseph Boudreaux, Jr.*
*and Loretta Boudreaux*

**HERMAN, HERMAN & KATZ, LLC**

By: /s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
ldavis@hhklawfirm.com
*Co-Plaintiffs' Liaison Counsel*

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
sglickstein@apks.com
*Counsel for Defendants Bayer Healthcare*
*Pharmaceuticals Inc., and Bayer Pharma AG*

**Drinker Biddle & Reath LLP**
*A Delaware Limited Liability Partnership*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen*
*Pharmaceuticals, Inc. and Janssen Research*
*& Development, LLC*

| | |
|---|---|
| **GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC** | **IRWIN FRITCHIE URQUHART & MOORE LLC** |

By: /s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
gmeunier@gainsben.com
*Co-Plaintiffs' Liaison Counsel*

By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*