UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2592 |
| | * | SECTION L |
| **This Document Relates To:** | * | |
| *Joseph J. Boudreaux, Jr., et al.* | * | |
| *v. Janssen et al.* | * | |
| *Case No. 2:14-cv-02720* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Pursuant to Court Order stated April 21, 2017, Dr. Gary Peters is compelled to appear at trial of this matter as a witness in the United States Courthouse for the Eastern District of Pennsylvania, located at James A. Byrne U.S. Courthouse, 601 Market Street Philadelphia, PA, 19106, where he shall attend the trial in this matter by remote transmission. The witness shall abide by the local rules of the United States District Court for the Eastern District of Louisiana and the United States District Court for the Eastern District of Pennsylvania.

The intended date for trial testimony of Dr. Peters shall be Friday, April 28, 2017. The parties shall employ their best efforts to conduct Dr. Peters' examination, including direct, cross, and redirect (both parties to have equal time) so as to complete Dr. Peters' testimony no later than April 28, 2017.

The staff for the United States District Court for the Eastern District of Louisiana will coordinate with the staff for the United States District Court for the Eastern District of

1

Pennsylvania to arrange for a specific location for the transmission and use of equipment so that the testimony can be timely and smoothly transmitted.

The parties shall coordinate with Dean Oser in the Clerk of Court's office for the Eastern District of Louisiana to handle communications as well as information and technology issues.

The courtroom in the Eastern District of Louisiana has existing equipment, monitors, and a video feed which shall be used to present the witness's testimony during the trial. The parties have arranged with and the court approves of Golkow Technologies to provide logistical matters to allow for a timely and smooth transmission of the witness's testimony. Subject to the technological capabilities of this Court, the courtroom in the Eastern District of Pennsylvania shall be arranged to provide the witness a view of the jury and the questioning attorney while he is testifying.

Golkow Technologies will use their best efforts to present legible copies of exhibits to the witness through electronic means. Additionally, when available, counsel are to provide paper copies of the exhibits to be presented to the witness and counsel for each party shall have a lawyer present during the examination in the Eastern District of Pennsylvania who shall be responsible for providing the paper copies.

During sidebar conference and objections, the witness's sound transmission will be cut off. However, the witness will hear all objections unless instructed otherwise by the court.

No party shall make reference to the location of Dr. Peters or his absence from New Orleans during cross examination or otherwise during the course of this trial.

Only counsel for the parties, court personnel, and Golkow Technologies, shall be allowed present in the Eastern District of Pennsylvania court room where the witness testifies. The camera and monitors shall at all times face the witness.

The costs incurred for these procedures by Golkow Technologies shall be borne by the party calling the witness.

Should Dr. Gary Peters elect to testify as a live witness at trial in the Eastern District of Louisiana, instead of from Pennsylvania, the party calling the witness shall pay reasonable travel expenses for Dr. Peters to attend trial in Louisiana. If this option is exercised, Dr. Peters must notify the calling party at least 48 hours in advance of Friday, April 28, 2017.

New Orleans, Louisiana, this 24th day of April, 2017.

_____
Eldon E. Fallon
United States District Court Judge