MINUTE ENTRY
FALLON, J.
APRIL 24, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 14-2720 – Boudreaux, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON            Monday, April 24, 2017, <u>8:47am</u>
Case Manager: Dean Oser
Court Reporter: Karen Ibos/Jodi Simcox

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants

<u>JURY TRIAL</u>
Case called; all present and ready.
Notice for Removal of Exhibits distributed to all counsel.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements

<u>Plaintiffs' Witnesses:</u>
Video Deposition of Susan Geiger was played in lieu of her live testimony
Dr. David Kessler – sworn, offered an expert in the field of FDA regulations, standards, labeling of drugs, medical devices and as a medical expert in the field of epidemiology – accepted and testified.

Court adjourned at 4:51pm until Tuesday, April 25, 2017, at 9:00am

JS10:    6:10