UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JOAN CORY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-06484*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Angie Treece, on behalf of the Estate of Joan Cory, in the above captioned cause.

1. Joan Cory filed a products liability lawsuit against defendants on May 18, 2016.

2. Plaintiff Joan Cory died on June 3, 2016.

3. Joan Cory's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on February 1, 2017, attached hereto as "Exhibit A".

5. Angie Treece, surviving daughter of Joan Cory, is a proper party to substitute for plaintiff-decedent Joan Cory and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion

for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: April 25, 2017					Respectfully Submitted,


							By: /s *Douglas C. Monsour, Esq.*
							**Douglas C. Monsour, Esq.**
							Texas Bar No. 00791289
							404 North Green Street
							PO Box 4209
							Longview, TX 75601
							Phone (903) 758-5757
							Fax (903) 230-5010
							Email: doug@monsourlawfirm.com
							*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 25, 2017                                        Respectfully Submitted,

By: /s *Douglas C. Monsour, Esq.*

**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*