IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>JUDGE NORTH |
|---|---|---|

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |
|---|---|

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

NOW COMES the Plaintiffs, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency. The deadline is currently set for April 25, 2017. Plaintiffs request an additional 60 days with a new deadline of June 26, 2017 to provide a Declaration Page. This is the Plaintiffs' second request for an extension of deadlines. In the alternative, if the Court is inclined to dismiss, Plaintiff requests that the dismissal be conditional and to be made with prejudice on June 25, 2017, if no signed verification page is submitted to defense by that date. The facts surrounding this issue are unusual and counsel has respectfully exercised due diligence in attempting to comply with the deadline.

In support of their motion, Plaintiffs submit the attached Memorandum in Support. In short, Plaintiffs' counsel notes:

1) There is one Plaintiff Fact Sheet Deficiency, and that is a missing verification page.

Plaintiff has been located but there remains an inability to discuss the Plaintiff Fact Sheet and verification with him, due to extenuating circumstances outlined in the attached memorandum in support of motion.

2) Plaintiffs' counsel has and continues to attempt to obtain this executed Declaration Page. Plaintiffs' counsel previously sent a certified letter, return receipt requested, also called all available phone numbers without successful contact, done a records search and is continuing her due diligence in an attempt to obtain the executed Declaration. The first motion for continuance was granted by This Honorable Court, with a new deadline date granted of April 25, 2017. Since the granting of this request, Plaintiff's counsel has made many additional attempts at locating Mr. Dodson, which are enumerated in the attached memorandum in support. This includes hiring a second private investigator to make attempts to physically locate Charles Dodson. Mr. Dodson's whereabouts were finally able to be verified on April 24, 2017. Efforts continue.

This is Plaintiffs' Second Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet deficiency. An extension of time is not sought for delay, as outlined in the attached memorandum in support.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline for 60 additional days, to June 25, 2017. In the alternative, should the Court be inclined to dismiss the matter at this time, Counsel requests a conditional dismissal, with a final dismissal not becoming effective until June 25, 2017, if the required signed verification page to the Plaintiff Fact Sheet is not produced to Defense.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ Debra J. Humphrey

Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs

April 25, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 25th day of April, 2017.

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiffs