# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | **JUDGE ELDON E. FALLON** |
| ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| JAMES DODSON as POA for CHARLES DODSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, | 2:16-CV-16574 |

## ORDER

This matter comes before the Court on Plaintiffs' Second Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency, namely the missing declaration page.

_____After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until June 25th, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

Or

_____After due consideration, this Court hereby Conditionally DISMISSES Plaintiffs' matter without prejudice until June 25th, 2017.

1)  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' matter will be conditionally dismissed without prejudice until June 25th, 2017. If counsel is unable to gain Mr. Dodson's signed verification page by that date, Plaintiffs' matter will be dismissed with prejudice.

_____          _____
DATE                                  JUDGE ELDON E. FALLON