# Attention Too Everybody

The person That Lives IN this House Is Dieing From A Brokenheart And From

1. M.. A.
2. E. M.
3. L-------UNhappy-------
4. E------Sadness------
5. E------Loneness------

And Because Of my Brothes wife (sufeing) And, Id Like To Be Left Alone Please Please Please

Attention— News Flash This Is Too Everyone who Has Been Trying To Come By To See me, As of July 16, 2016 — I Have Become A shout INN, And Id Like Too Be Left Alone..... Please Please Please Please

