UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL2592<br>SECTION: L<br>WDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*SHIRLEY GIDDINGS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al,*
*Civil Action No. 2:16-cv-14808*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Laura Hines, on behalf of the Estate of Shirley Giddings, in the above captioned cause.

1. Shirley Giddings filed a products liability lawsuit against defendants on September 19, 2016.

2. Plaintiff Shirley Giddings died on February 13, 2016.

3. Shirley Gidding's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on April 21, 2017, attached hereto as "Exhibit A".

5. Laura Hines, surviving daughter of Shirley Giddings, is a proper party to substitute for plaintiff- decedent Shirley Giddings and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(l). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion

for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: April 26, 2017                             Respectfully Submitted,

*/s/ Craig Rosenbaum*
Craig Rosenbaum, Esq.
Rosenbaum & Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
P: (212) 514-9155
F: (212) 514-9178
cr@rosenbaumnylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 26, 2017                      Respectfully Submitted,

*/s/ Craig Rosenbaum*
Craig Rosenbaum, Esq.
Rosenbaum & Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
P: (212) 514-9155
F: (212) 514-9178
cr@rosenbaumnylaw.com

*Attorneys for Plaintiff*