MINUTE ENTRY
FALLON, J.
APRIL 25, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON            Tuesday, April 25, 2017, 9:11 am
Case Manager: Dean Oser                        (Continued from April 24, 2017)
Court Reporter: Karen Ibos/Jodi Simcox

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Kevin Newsom, Esq. for Defendants

JURY TRIAL

Plaintiffs' Witnesses Continued:
Dr. David Kessler – testimony continued from April 24
Exhibits offered and admitted
Outside the presence of the jury – issues regarding potential exhibits of the defendants were addressed by the Court
Jury returns and the testimony of Dr. Kessler resumed
Outside the presence of the jury – Plaintiffs proffered Exhibit (Pla proffer #1)
Jury returns and the testimony of Dr. Kessler resumed

Court adjourned at 5:28 pm until Wednesday, April 26, 2017, at 9:00am

JS10: 6:25