## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| **BRUCE E. BLYTHE,** | : | **SECTION L** |
| | : | |
| Plaintiff, | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | Case No.: 2:17-cv-03361 |
| **LLC f/k/a JOHNSON AND JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | **NOTICE OF VOLUNTARY** |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | **DISMISSAL PURSUANT TO** |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | **F.R.C.P. 41(a)(1)(A)(i)** |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | |
| **PHARMACEUTICALS, INC.,** | : | |
| **JOHNSON & JOHNSON COMPANY** | : | |
| **BAYER HEALTHCARE** | : | |
| **PHARMACEUTICALS, INC., BAYER** | : | |
| **PHARMA AG, BAYER CORPORATION,** | : | |
| **BAYER HEALTHCARE LLC, BAYER** | : | |
| **HEALTHCARE AG, and BAYER AG,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) and the procedures set forth by this Court in Pretrial Order No. 29, Plaintiff BRUCE E. BLYTHE ("Plaintiff") and his undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against each and every one of the above-captioned Defendants.  Each party shall bear their own costs and attorneys' fees.

Dated: April 26, 2017

Respectfully submitted,

By:   s/ Elizabeth Middleton Burke
      H. Blair Hahn, Esquire (ID# 5717)
      Elizabeth M. Burke, Esquire (ID# 7466)

Christiaan A. Marcum, Esquire (ID# 7556)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF COUNSEL

Pursuant to the instructions set forth in Pretrial Order No. 29, the undersigned counsel hereby certifies that this action was docketed in this Court on April 12, 2017, and the foregoing Notice of Voluntary Dismissal has been filed less than thirty days from the date the case was docketed in the MDL, and no individual answer has been filed by any Defendant in this action. Likewise, all filing fees which are due in this case have been paid.

s/ Elizabeth Middleton Burke
Elizabeth M. Burke, Esquire (ID# 7466)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United

States District Court for the Eastern District of Louisiana by using the CM/ECF system on April

26, 2017, which will send notification of such filing to all counsel of record.

s/ Elizabeth Middleton Burke
Elizabeth M. Burke, Esquire (ID# 7466)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

ATTORNEY FOR PLAINTIFF
