xarelto product liability - new (011146.0274)
Deposition Designations for Geiger S 20160425, Geiger S 20160426

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**15:12 - 15:24   Geiger, Susan 2016-04-25.ctx**   0:39

| | |
|---|---|
| 15 12 | Q: Okay.  Would you please |
| 15 13 | state your name. |
| 15 14 | A:  Susan Geiger. |
| 15 15 | Q: Ms. Geiger, who do you work |
| 15 16 | for? |
| 15 17 | A:  I work for Janssen. |
| 15 18 | Q: And how long have you been |
| 15 19 | employed by Janssen? |
| 15 20 | A:  I have been working for |
| 15 21 | Janssen for a little over 18 years. |
| 15 22 | Q: Okay.  Did you start with |
| 15 23 | Janssen in 1998? |
| 15 24 | A:  I did. |

Objections In: Re: [15:12-15:24]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, P

Responses In: Re: [15:12-15:24]
Pltf Resp The
designated
testimony is not
about marketing
pieces that would
have been used to
promote
prescription of
Xarelto by
prescribing
physicians, but
instead is relevant to
the overall
commercial and
business plan of the
company to market
an anti-coagulant
that did not require
any type of
measurement or
monitoring of
plasma blood levels,
and how that
commercial plan was
probative of the
company™s
reasoning for
rejecting the

Rulings: Pending

**16:1 - 16:10   Geiger, Susan 2016-04-25.ctx**   0:30

| | |
|---|---|
| 16 1 | Q: And throughout your career |
| 16 2 | at Janssen, have you held all sales and |
| 16 3 | marketing positions? |
| 16 4 | A: Yes, with the exception of |
| 16 5 | about a year I was in a business |
| 16 6 | development type of role which really |
| 16 7 | could be under the marketing umbrella. |
| 16 8 | But it was a little more business |
| 16 9 | development and a little bit different, |
| 16 10 | but... |

Objections In: Re: [16:1-16:10]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, P

Responses In: Re: [16:1-16:10]
Pltf Resp See Pl
response to 15:12-
15:24 above.

Rulings: Pending

**17:1 - 19:3   Geiger, Susan 2016-04-25.ctx**   2:33

| | |
|---|---|
| 17 1 | Q: Okay.  What is your current |
| 17 2 | position with the company? |
| 17 3 | A:  I'm director of marketing |
| 17 4 | for a -- the strategic customer group, |
| 17 5 | which is technically part of the |
| 17 6 | healthcare systems organization, but it's |
| 17 7 | all Janssen. |
| 17 8 | Q: When did you take that role? |
| 17 9 | A:  In October of this past |
| 17 10 | year. |
| 17 11 | Q: Okay.  And in that role, do |
| 17 12 | you have responsibilities related to |
| 17 13 | Xarelto? |

Objections In: Re: [17:1-19:3]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, P

Responses In: Re: [17:1-19:3]
Pltf Resp See Pl
response to 15:12-
15:24 above.

Rulings: Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 17 14 | A: I am responsible for all the |
| 17 15 | products across the portfolio in a |
| 17 16 | secondary sort of position, so I support |
| 17 17 | them, but I don't make decisions related |
| 17 18 | to those individual products. |
| 17 19 | Q: Okay. So let me clarify |
| 17 20 | when you took that role. Was that |
| 17 21 | October of 2015? |
| 17 22 | A: October of 2015. Yes. |
| 17 23 | Q: Okay. And as I understand |
| 17 24 | it, you first became part of the Xarelto |
| 18 1 | team in August 2008? |
| 18 2 | A: That's correct. |
| 18 3 | Q: And since that time, have |
| 18 4 | you continuously worked in some respect |
| 18 5 | on the Xarelto brand? |
| 18 6 | A: From August of 2008 until |
| 18 7 | October of 2015, I had some relation to |
| 18 8 | Xarelto, although my direct work on |
| 18 9 | Xarelto ceased in May of 2013 where I was |
| 18 10 | no longer responsible for the marketing |
| 18 11 | of the product. After that point, I was |
| 18 12 | in a -- a sales leadership role. And |
| 18 13 | there was a nine-month period from 2009, |
| 18 14 | pretty much for the whole -- from January |
| 18 15 | to -- to September, I was on medical |
| 18 16 | leave and didn't have any, you know, role |
| 18 17 | or really contact with the organization. |
| 18 18 | Q: Okay. Even after May of |
| 18 19 | 2013, you continued to work to some |
| 18 20 | degree on the Xarelto brand, correct? |
| 18 21 | That was in the national sales -- |
| 18 22 | A: I was in the national -- so |
| 18 23 | I was a recipient of the brand's |
| 18 24 | direction tools strategy. And I was |
| 19 1 | responsible to ensure that my team |
| 19 2 | executed, aligned with what the brand |
| 19 3 | decided and asked us to do. |

**42:6   -   42:21**   Geiger, Susan 2016-04-25.ctx   0:48

| 42 6 | Q: Exhibit 2, if you'll turn to | Re: [42:6-42:21] | Re: [42:6-42:21] | Pending |
| 42 7 | the first page, does this appear to be | **Def Obj MIL 2 -** | Pltf Resp See Pl |
| 42 8 | the PowerPoint presentation that you gave | Sustained, Relevance - | response to 15:12- |
| 42 9 | during the course of your interview for | Marketing, P | 15:24 above. |
| 42 10 | Xarelto? |
| 42 11 | A: Yes. My -- anytime I |
| 42 12 | interview for a job, I take my best shot |
| 42 13 | at, you know, trying to think what I |
| 42 14 | might do if I was given the role. So, |
| 42 15 | yes. |
| 42 16 | Q: Okay. All right. So this |
| 42 17 | PowerPoint represents -- this PowerPoint |
| 42 18 | presentation represents the research and |
| 42 19 | evaluation that you had conducted in |
| 42 20 | connection with Xarelto, correct? |
| 42 21 | A: Yes. |

*Overruled* (handwritten annotation)

**43:15   -   44:9**   Geiger, Susan 2016-04-25.ctx   0:57

| 43 15 | Q: Okay. Slide 6, does this | Re: [43:15-44:9] | Re: [43:15-44:9] | Pending |
| 43 16 | represent the current marketing messages | **Def Obj MIL 2 -** | Pltf Resp See Pl |
| 43 17 | that you had identified about Xarelto as | Sustained, Relevance - | response to 15:12- |
| 43 18 | of the time you interviewed for the | Marketing, P | 15:24 above. |
| 43 19 | position in June of 2008? |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

43 20   A: While the title says
43 21   "Current Rivaroxaban Messages," this was
43 22   the information available on an internal
43 23   website. There were no marketers at the
43 24   time. It was maybe a global marketing
44  1   sort of role. So I -- I don't recall.
44  2   But this likely was picked up from there.
44  3   So I wouldn't characterize them all that
44  4   says here as messages, because they
44  5   weren't available in the market. This
44  6   was all internal.
44  7   But, yes, the -- this
44  8   represents what I learned in my research
44  9   about rivaroxaban.

46:12 - 46:22  Geiger, Susan 2016-04-25.ctx          0:33
46 12   Q: Okay. Messages is a
46 13   marketing-related term; is that correct?
46 14   A: Sure.
46 15   Q: Okay. And so I'm not
46 16   talking about the messaging, then,
46 17   outside the organization, because at this
46 18   point in time, there's no Xarelto product
46 19   on the market.
46 20   A: Mm-hmm.
46 21   Q: Correct?
46 22   A: That's correct, yes.

46:23 - 47:18  Geiger, Susan 2016-04-25.ctx          1:00
46 23   Q: So this is the internal
46 24   marketing messages, at least that you
47  1   understood had been identified, about the
47  2   Xarelto brand when you interviewed for
47  3   the position in 2008, correct?
47  4   A: Yes. This was the
47  5   information that I gleaned from materials
47  6   out there and what I believe to be
47  7   pertinent and important information about
47  8   this very early compound.
47  9   Q: Okay. One of the
47 10   internal -- are you in agreement with me,
47 11   referring to this as internal marketing
47 12   messages?
47 13   A: That's -- that's fine.
47 14   Q: Okay. So one of the
47 15   internal marketing messages that you
47 16   identified was the convenience of
47 17   once-a-day dosing, correct?
47 18   A: Yes.

**Re: [46:23-47:18]** (Objections In)
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, Plaintiffs' Concession - OD Dosing, MTD Abandoned Claims Reserved, P

Re: [46:23-47:18] (Responses In)
Pltf Resp See Pl response to 15:12-15:24 above. Plaintiff incorporates herein his response to Defendants Joint Motion for an Order dimissing with prejudice claims etc.. [Doc. No. 6167]. Xarelto dosing and its once daily dosing regimen result in high inter patient variability making it important to instruct physicians about the advisability of measuring, the ability to measure and the anticoagulant effect in a particular patient using PT Neoplastin. Once a day dosing has not been abandoned and is highly relevant to plaintiff™s failure to warn and design defect claims.

Pending (Rulings)

47:19 - 48:24  Geiger, Susan 2016-04-25.ctx          1:30
47 19   Q: Okay. And promoting Xarelto
47 20   as a drug to be taken once a day was a
47 21   main component of the marketing campaign
47 22   that ultimately developed externally,
47 23   correct?
47 24   A: Not for all of our
48  1   indications. Certain indications --
48  2   every indication had a different dosing
48  3   regimen and different dose.
48  4   So, you know, the Afib
48  5   indication, for example, it had a
48  6   once-daily dose, and that was what was

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 48 7 | studied in ROCKET and what was ultimately | |
| 48 8 | approved, and it actually was part of the | |
| 48 9 | core messaging. | |
| 48 10 | Q: Okay. So just to define | |
| 48 11 | some terms that you mentioned thus far | |
| 48 12 | and to clarify your answer. | |
| 48 13 | The Afib indication that you | |
| 48 14 | just mentioned, if we fast-forward in | |
| 48 15 | time to November 2011, the Afib | |
| 48 16 | indication was approved by the FDA? | |
| 48 17 | A: Yes, it was. | |
| 48 18 | Q: Okay. And Afib is a | |
| 48 19 | shorthand term for atrial fibrillation? | |
| 48 20 | A: Yes. Technically, the | |
| 48 21 | indication is for reduction of risk of | |
| 48 22 | stroke in patients with atrial | |
| 48 23 | fibrillation. So it doesn't treat Afib, | |
| 48 24 | but it reduces the risk of stroke. | |

**85:5 - 85:6   Geiger, Susan 2016-04-25.ctx**      0:06

| | | | | |
|---|---|---|---|---|
| 85 5 | Q: All right. Going back to | Re: [85:5-85:6] | Re: [85:5-85:6] | Pending |
| 85 6 | Exhibit 2, which are your slides. | **Def Obj** MIL 2 - Sustained, Relevance - Marketing, P | Pltf Resp See Pl response to 15:12-15:24 above. | |

**85:10 - 85:17   Geiger, Susan 2016-04-25.ctx**      0:24

| | | | | |
|---|---|---|---|---|
| 85 10 | Q: An additional internal | Re: [85:10-85:17] | Re: [85:10-85:17] | Pending |
| 85 11 | marketing message that you identified in | **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, MTD Abandoned Claims - Reserved, P | Pltf Resp See Pl response to 15:12-15:24 above and 46:23-47:18. Additionally relevant to plaintiffs's claims concerning need for measurement. | |
| 85 12 | 2008 was that Xarelto eliminates the need | | | |
| 85 13 | for blood clotting monitoring and dose | | | |
| 85 14 | adjustments, correct? | | | |
| 85 15 | A: Is this Page 6 here that | | | |
| 85 16 | you're noting? I'm not sure which... | | | |
| 85 17 | Q: Yes. | | | |

**85:20 - 85:24   Geiger, Susan 2016-04-25.ctx**      0:15

| | | | | |
|---|---|---|---|---|
| 85 20 | Q: That's okay. So you had | Re: [85:20-85:24] | Re: [85:20-85:24] | Pending |
| 85 21 | already identified before you interviewed | **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, MTD Abandoned Claims - Reserved,P | Pltf Resp See Pl response to 15:12-15:24 above and 46:23-47:18. Additionally relevant to plaintffs's claims concerning need for measurement. | |
| 85 22 | for the product director position that a | | | |
| 85 23 | marketing message that had been defined | | | |
| 85 24 | internally at the company was that | | | |

**86:1 - 86:21   Geiger, Susan 2016-04-25.ctx**      1:03

| | | | | |
|---|---|---|---|---|
| 86 1 | Xarelto did not have the need for blood | Re: [86:1-86:21] | Re: [86:1-86:21] | Pending |
| 86 2 | clotting monitoring and dose adjustments, | **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, MTD Abandoned Claims - Reserved, P | Pltf Resp See Pl response to 15:12-15:24 above and 46:23-47:18. Additionally relevant to plaintffs's claims concerning need for measurement. | |
| 86 3 | correct? | | | |
| 86 4 | A: Yes. | | | |
| 86 5 | Q: Okay. Blood -- the -- the | | | |
| 86 6 | "no blood clotting" monitoring | | | |
| 86 7 | characteristic of Xarelto is another | | | |
| 86 8 | factor that distinguishes Xarelto from | | | |
| 86 9 | other anticoagulant options, correct? | | | |
| 86 10 | A: Yes. This terminology was | | | |
| 86 11 | prior to approval. We wouldn't have used | | | |
| 86 12 | that language after approval, but, yes. | | | |
| 86 13 | Q: Okay. The idea of no | | | |

4

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 86 14 | monitoring or eliminating the need for | |
| 86 15 | blood clotting monitoring -- monitoring, | |
| 86 16 | though, is a trait that distinguishes | |
| 86 17 | Xarelto from the standard of care at the | |
| 86 18 | time, which was warfarin, right? | |
| 86 19 | A: Yes. The need for required | |
| 86 20 | INR monitoring which applies only to | |
| 86 21 | warfarin, yes. | |

**86:22 - 87:15 Geiger, Susan 2016-04-25.ctx** — 0:54

| | |
|---|---|
| 86 22 | Q: And can you explain what |
| 86 23 | that involves with respect to warfarin? |
| 86 24 | A: So -- and this is more of a |
| 87 1 | layman's understanding of it -- |
| 87 2 | Q: I understand. |
| 87 3 | A: -- right? |
| 87 4 | Warfarin is a product that |
| 87 5 | fluctuates quite a bit. So they designed |
| 87 6 | a test to check how much was in the |
| 87 7 | patient's system, and that's known as INR |
| 87 8 | monitoring. There were a variety of -- |
| 87 9 | of things, I'm sure, that goes into |
| 87 10 | international normalized rate, so I don't |
| 87 11 | really agree or -- or understand that. |
| 87 12 | But Xarelto was a different |
| 87 13 | compound and didn't require that testing. |
| 87 14 | So that's the "no required monitor" -- |
| 87 15 | "monitoring." |

**87:16 - 88:7 Geiger, Susan 2016-04-25.ctx** — 0:48

| | |
|---|---|
| 87 16 | Q: Okay. And at this |
| 87 17 | particular point in history, warfarin was |
| 87 18 | the standard of care used for individuals |
| 87 19 | in need of anticoagulation therapy, |
| 87 20 | correct? |
| 87 21 | A: Just what time in history? |
| 87 22 | 2008 or 2012? |
| 87 23 | Q: 2008. |
| 87 24 | A: Okay. Yes. Yes, that was |
| 88 1 | the standard of care. |
| 88 2 | Q: It was often referred to as |
| 88 3 | the gold standard? |
| 88 4 | A: I don't recall it being |
| 88 5 | the -- called the gold standard. But |
| 88 6 | standard of care and gold standard are |
| 88 7 | often used interchangeably. |

Objections In: **Re: [87:16-88:7]**
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, P

Responses In: Re: [87:16-88:7] Pltf Resp See Pl response to 15:12-15:24 above.

Rulings: Pending

**88:18 - 88:24 Geiger, Susan 2016-04-25.ctx** — 0:21

| | |
|---|---|
| 88 18 | Q: Okay. And when a patient's |
| 88 19 | INR level is between a certain range, |
| 88 20 | then the individual is considered to be |
| 88 21 | in the therapeutic range? |
| 88 22 | A: Yes, when they are able to |
| 88 23 | achieve the right balance of drug and |
| 88 24 | other considerations, yes. |

Objections In: **Re: [88:18-88:24]**
**Def Obj** MIL 2 - Sustained, Relevance - Marketing,Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, MTD Abandoned Claims - Reserved,P

Responses In: Re: [88:18-88:24] Pltf Resp See Pl response to 15:12-15:24 above and 46:23-47:18. Additionally relevant to plaintiffs's claims concerning need for measurement.

Rulings: Pending

**89:11 - 89:19 Geiger, Susan 2016-04-25.ctx** — 0:27

| | |
|---|---|
| 89 11 | Q: In the research that you did |
| 89 12 | in preparation for your interview, did |
| 89 13 | you learn that individuals who used |
| 89 14 | warfarin had low bleeding events in part |
| 89 15 | because warfarin was able to be monitored |
| 89 16 | and a therapeutic range measured in |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 89 | 17 | patients? | | | |
| 89 | 18 | A: No. I learned quite the | | | |
| 89 | 19 | contrary. | | | |

**89:20 - 90:6   Geiger, Susan 2016-04-25.ctx**   0:33

| 89 | 20 | Q: When patients using warfarin | **Re: [89:20-90:6]** | Re: [89:20-90:6] | Pending |
| 89 | 21 | are within the therapeutic range of 2 to | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 89 | 22 | 3, that is the range that they are least | Sustained, Relevance - | response to 15:12- | |
| 89 | 23 | likely to have either bleeding events or | Marketing, MTD | 15:24 above and | |
| 89 | 24 | strokes, correct? | Abandoned Claims - | 46:23-47:18. | |
| 90 | 1 | A: When patients are able to | Reserved, Plaintiffs' | Additionally relevant | |
| 90 | 2 | achieve that, yes. | Concession - Routine | to plaintfs's claims | |
| 90 | 3 | Q: Okay. And Xarelto at this | Monitoring, Plaintiffs' | concerning need for | |
| 90 | 4 | point in time had been developed as an | Concession - PT/Dose | measurement. Ms. | |
| 90 | 5 | option that did not require monitoring? | Adjustments, P | Geiger is testyfing | |
| 90 | 6 | A: Yes. | | about the overall | |
| | | | | commercial and | |
| | | | | business plan for the | |

**90:21 - 91:1   Geiger, Susan 2016-04-25.ctx**   0:15

| 90 | 21 | Q: Okay. After you interviewed | | drug. Defendants' | |
| 90 | 22 | for this position, at some point through | | Collaborative | |
| 90 | 23 | the present day, have you learned that | | Development | |
| 90 | 24 | the decision of no monitoring occurred as | | Agreement (CDLA) | |
| 91 | 1 | part of a collaboration agreement between | | and specifically | |
| | | | | defined the target | |
| | | | | product (Xarelto | |
| | | | | before it had a | |
| | | | | name) as blood | |
| | | | | thinner that required | |
| | | | | no monitoring | |
| | | | | before clinical trials | |
| | | | | had been completed | |
| | | | | demonstrating that | |
| | | | | the product | |
| | | | | marketing profile | |
| | | | | was more relevant | |

**91:2 - 91:15   Geiger, Susan 2016-04-25.ctx**   0:42

| 91 | 2 | Bayer and Janssen? | **Re: [91:2-91:15]** | Re: [91:2-91:15] | Pending |
| 91 | 3 | A: No. I didn't know that. | **Def Obj** Incomplete | Pltf Resp See Pl | |
| 91 | 4 | (Document marked for | Designation, MIL 2 - | response to 15:12- | |
| 91 | 5 | identification as Exhibit | Sustained, Relevance - | 15:24 above and | |
| 91 | 6 | Geiger-5.) | Marketing, Relevance - | 46:23-47:18. | |
| 91 | 7 | BY MS. KRAFT: | CDLA, P, LF, PK | Additionally relevant | |
| 91 | 8 | Q: Let me hand you Exhibit 5, | | to plaintffs's claims | |
| 91 | 9 | which is the collaboration agreement | | concerning need for | |
| 91 | 10 | between Bayer and Ortho-McNeil. | | measurement. Ms. | |
| 91 | 11 | MS. NICKELL: Record 7741. | | Geiger is testyfing | |
| 91 | 12 | BY MS. KRAFT: | | about the overall | |
| 91 | 13 | Q: And Exhibit 5 is the | | commercial and | |
| 91 | 14 | collaboration agreement between Bayer and | | business plan for the | |
| 91 | 15 | Janssen that is dated October 1st, 2005. | | drug. Defendants' | |
| | | | | Collaborative | |

**91:16 - 91:24   Geiger, Susan 2016-04-25.ctx**   0:27

| 91 | 16 | A: Okay. | | Development | |
| 91 | 17 | Q: And I -- I'm not going to | | Agreement (CDLA) | |
| 91 | 18 | ask you all about that agreement, but | | and specifically | |
| 91 | 19 | simply direct your attention to the page | | defined the target | |
| 91 | 20 | that's tabbed there, which is Exhibit E | | product (Xarelto | |
| 91 | 21 | to the agreement. That -- that is the | | before it had a | |
| 91 | 22 | marketing plan that's attached to the | | name) as blood | |
| 91 | 23 | agreement that I just handed you, | | thinner that required | |
| 91 | 24 | correct? | | no monitoring | |
| | | | | before clinical trials | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

had been completed demonstrating that the product marketing profile was more relevant than safety. Ms.

92:6   -   93:15   Geiger, Susan 2016-04-25.ctx   1:42

| 92 | 6 | Q: And this marketing plan is |
| 92 | 7 | dated September 2005? |
| 92 | 8 | A: Yes -- yes. |
| 92 | 9 | Q: It's got Johnson & Johnson's |
| 92 | 10 | name on the front page, correct? |
| 92 | 11 | A: It appears so, yes. |
| 92 | 12 | Q: Okay. "This agreement |
| 92 | 13 | pertains to the U.S. commercial strategy |
| 92 | 14 | and initial marketing plan for Xarelto." |
| 92 | 15 | Are you in agreement with that? |
| 92 | 16 | A: That's what it says, yes. |
| 92 | 17 | Q: That numerical designation |
| 92 | 18 | of BAY 59-7939 references what ultimately |
| 92 | 19 | turned into the brand product Xarelto, |
| 92 | 20 | correct? |
| 92 | 21 | A: Yes. |
| 92 | 22 | Q: All right. And to put this |
| 92 | 23 | in context, the second paragraph of the |
| 92 | 24 | first page here is talking about the |
| 93 | 1 | commercial overview of the product and |
| 93 | 2 | references the positioning of Xarelto to |
| 93 | 3 | compete in the U.S. anticoagulation |
| 93 | 4 | antithrombotic market, correct? |
| 93 | 5 | A: That's what it states. |
| 93 | 6 | Q: And it goes on to state that |
| 93 | 7 | "We expect BAY," which is Xarelto, "to be |
| 93 | 8 | well positioned to compete in that |
| 93 | 9 | market," correct? |
| 93 | 10 | A: That's what it states, yes. |
| 93 | 11 | Q: That was the plan, or that |
| 93 | 12 | was part of the initial marketing plan by |
| 93 | 13 | Johnson & Johnson according to this |
| 93 | 14 | document as of 2005, correct? |
| 93 | 15 | A: That appears to be so. |

**Re: [92:6-93:14]**
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profits, Relevance - CDLA, P, LF, PK

Re: [92:6-93:14] Pltf Resp See Pl response to 15:12-15:24 above and 46:23-47:18. Additionally relevant to plaintffs's claims concerning need for measurement.  Ms. Geiger is testyfing about the overall commercial and business plan for the drug.  Defendants' Collaborative Development Agreement (CDLA) and specifically defined the target product (Xarelto before it had a name) as blood thinner that required no monitoring before clinical trials had been completed demonstrating that the product marketing profile was more relevant than safety. Ms. Geiger's recollectin is

Pending

*Overruled*

94:6   -   94:12   Geiger, Susan 2016-04-25.ctx   0:21

| 94 | 6 | In fact, Xarelto has, over |
| 94 | 7 | time, made a substantial impact in that |
| 94 | 8 | market and has -- which has resulted in |
| 94 | 9 | prescriptions -- a significant amount of |
| 94 | 10 | prescriptions of Xarelto, correct? |
| 94 | 11 | A: Yes.  There's a large unmet |
| 94 | 12 | need, and that has been successful, yes. |

**Re: [94:6-94:12]**
**Pltf Obj** Motion to strike everyting after "Yes" 94:11-12 as non-responsive. Motion to strike everyting after "Yes" 94:2-7 as non responsive.

Pending

*Overruled*

94:17   -   95:7   Geiger, Susan 2016-04-25.ctx   0:45

| 94 | 17 | Q: And you have been an |
| 94 | 18 | instrumental part in the marketing and |
| 94 | 19 | positioning of Xarelto in that |
| 94 | 20 | anticoagulation market throughout your |
| 94 | 21 | career, correct? |
| 94 | 22 | A: Yes.  But I need to provide |
| 94 | 23 | some context, because what this agreement |
| 94 | 24 | and what I did, there's probably not a |
| 95 | 1 | match between marketing plans between the |
| 95 | 2 | two.  This says marketing plan.  I never |
| 95 | 3 | saw this before, so -- but, yes, I was |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 95 | 4 | instrumental. |
| 95 | 5 | I'm giving it in context to |
| 95 | 6 | this exhibit that you're showing me when |
| 95 | 7 | you're asking questions. |

**97:14 - 97:24 Geiger, Susan 2016-04-25.ctx**          0:33

| 97 | 14 | Q: This portion of Johnson & |
| 97 | 15 | Johnson's initial marketing plan for |
| 97 | 16 | Xarelto in 2005 starts off by referencing |
| 97 | 17 | their commercial strategy. |
| 97 | 18 | Do you see that? |
| 97 | 19 | A: Yes. |
| 97 | 20 | Q: Commercial strategy refers |
| 97 | 21 | to the strategy for selling prescriptions |
| 97 | 22 | of the drug, correct? |
| 97 | 23 | A: Yes. Yes. For selling, |
| 97 | 24 | sure. |

Re: [97:14-97:24]
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profits, P, LF, PK

Re: [97:14-97:24]     Pending
Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger is testifying about the overall commercial and business plan for the drug.

*Overrule*

**100:7 - 100:19 Geiger, Susan 2016-04-25.ctx**          0:39

| 100 | 7 | Q: This section of the |
| 100 | 8 | marketing plan goes on to reference |
| 100 | 9 | another aspect of product positioning is |
| 100 | 10 | "without the need for coagulation |
| 100 | 11 | monitoring." |
| 100 | 12 | Do you see that? |
| 100 | 13 | A: Yes, I do. |
| 100 | 14 | Q: And that's another way of |
| 100 | 15 | stating that Xarelto was being developed |
| 100 | 16 | without the need for blood clotting |
| 100 | 17 | monitoring that we just discussed, |
| 100 | 18 | correct? |
| 100 | 19 | A: Yes. Mm-hmm. |

Re: [100:7-100:19]
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, MTD Abandoned Claims - Reserved, Plaintiffs' Concession - Routine Monitoring, P, LF, PK

Re: [100:7-100:19]     Pending
Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger is testifying about the overall commercial and business plan for the drug.

**105:16 - 106:11 Geiger, Susan 2016-04-25.ctx**          1:00

| 105 | 16 | Q: So at the time Johnson & |
| 105 | 17 | Johnson identified "no coagulation" |
| 105 | 18 | monitoring as a way to position Xarelto |
| 105 | 19 | in the market, it was unknown as to how |
| 105 | 20 | Xarelto was going to do in any of the |
| 105 | 21 | clinical trials, correct? |
| 105 | 22 | A: I can't necessarily agree |
| 105 | 23 | with that answer. It needs a little |
| 105 | 24 | context. I'm not a scientist, but before |
| 106 | 1 | they get to Phase III, they have a |
| 106 | 2 | Phase II. |
| 106 | 3 | Q: Okay. |
| 106 | 4 | A: So there were some clinical |
| 106 | 5 | trials, just not Phase III clinical |
| 106 | 6 | trials. |
| 106 | 7 | Q: Okay. The Phase III |
| 106 | 8 | clinical trials are the trials that test |
| 106 | 9 | the safety and efficacy of the product in |
| 106 | 10 | a large population group, correct? |
| 106 | 11 | A: Yes, that's true. |

*Overrule*

**106:12 - 106:21 Geiger, Susan 2016-04-25.ctx**          0:30

| 106 | 12 | Q: All right. So at this point |
| 106 | 13 | in time when Johnson & Johnson dated this |
| 106 | 14 | initial marketing plan -- |
| 106 | 15 | A: Mm-hmm. |
| 106 | 16 | Q: -- it is correct, is it not, |
| 106 | 17 | that it is unknown as to how Xarelto is |
| 106 | 18 | going to do in any of the Phase III |

Re: [106:12-106:21]
**Def Obj** MIL 2 - Sustained, Relevance - Marketing, MTD Abandoned Claims - Reserved, Plaintiffs' Concession - Routine

Re: [106:12-106:21]     Pending
Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger is testifying about the overall commercial and

8

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 106  19 | clinical trials involving a certain | Monitoring, P, LF, PK | business plan for the | |
| 106  20 | population group? | | drug. | |
| 106  21 | A:  That's correct. | | | |

**106:24 - 107:5** Geiger, Susan 2016-04-25.ctx — 0:18

| | | | | |
|---|---|---|---|---|
| 106  24 | "No monitoring" has | **Re: [106:24-107:5]** | Re: [106:24-107:5] | Pending |
| 107  1 | continued to be a key feature of | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 107  2 | Xarelto's marketing campaign through the | Sustained, Relevance - | response to 15:12- | |
| 107  3 | present date, correct? | Marketing, MTD | 15:24 above and | |
| 107  4 | A:  Yes.  No required | Abandoned Claims - | 46:23-47:18. | |
| 107  5 | monitoring. | Reserved, Plaintiffs' | | |
| | | Concession - Routine | | |

**233:1 - 233:10** Geiger, Susan 2016-04-25.ctx — 0:30

| | | | | |
|---|---|---|---|---|
| 233  1 | Q:  What was Janssen's | Monitoring, P, LF, PK | | |
| 233  2 | definition of the unmet needs in the | | | |
| 233  3 | anticoagulation market? | | | |
| 233  4 | A:  There was a well-established | | | |
| 233  5 | standard of care in warfarin.  It was | | | |
| 233  6 | very effective, but it came with | | | |
| 233  7 | challenges.  And so we were looking to | | | |
| 233  8 | understand what are those challenges so | | | |
| 233  9 | we can figure out how Xarelto may fit | | | |
| 233  10 | into the market. | | | |

**233:14 - 234:5** Geiger, Susan 2016-04-25.ctx — 0:48

| | | | | |
|---|---|---|---|---|
| 233  14 | Q:  Is it correct that the unmet | **Re: [233:14-234:5]** | Re: [233:14-234:5] | Pending |
| 233  15 | needs as defined by Janssen in the market | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 233  16 | were based on Xarelto's once-a-day dosing | Sustained, Relevance - | response to 15:12- | |
| 233  17 | in the Afib indication and no monitoring? | Marketing, MTD | 15:24 above and | |
| 233  18 | That's true, isn't it? | Abandoned Claims - | 46:23-47:18. | |
| 233  19 | A:  I can't say I agree with | Reserved, Plaintiffs' | | |
| 233  20 | those being the unmet needs in the | Concession - Routine | | |
| 233  21 | market.  Those were two features we had | Monitoring, Plaintiffs' | | |
| 233  22 | that meet -- met some of the myriad of | Concession - OD Dosing, | | |
| 233  23 | unmet needs. | P | | |
| 233  24 | Q:  And those two aspects about | | | |
| 234  1 | Xarelto were a key part of your marketing | | | |
| 234  2 | messages about Xarelto even through the | | | |
| 234  3 | present day, correct? | | | |
| 234  4 | A:  They're important | | | |
| 234  5 | information about Xarelto, yes. | | | |

**258:20 - 258:21** Geiger, Susan 2016-04-25.ctx — 0:06

| | | | | |
|---|---|---|---|---|
| 258  20 | MS. KRAFT:  Let's take a | | | |
| 258  21 | look at Exhibit 14. | | | |

**263:7 - 263:13** Geiger, Susan 2016-04-25.ctx — 0:21

| | | | | |
|---|---|---|---|---|
| 263  7 | Q:  Ms. Geiger, since Xarelto | | | |
| 263  8 | has been approved, it has been a goal of | | | |
| 263  9 | marketing to position Xarelto to be a | | | |
| 263  10 | first-choice anticoagulation product in | | | |
| 263  11 | the anticoag -- anticoagulation market, | | | |
| 263  12 | correct? | | | |
| 263  13 | A:  That's an aspiration, yes. | | | |

**264:17 - 264:24** Geiger, Susan 2016-04-25.ctx — 0:24

| | | | | |
|---|---|---|---|---|
| 264  17 | Q:  Okay.  And the plan here was | | | |
| 264  18 | to deploy sales representatives of the | | | |
| 264  19 | highest frequency to meet with | | | |
| 264  20 | physicians? | | | |
| 264  21 | A:  Yes.  The special sales | | | |
| 264  22 | force and the primary care sales force -- | | | |

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

264 23  Q: And that --
264 24  A: -- for Xarelto.

265:6  -  265:17 Geiger, Susan 2016-04-25.ctx  0:36

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 265 6 | Q: So -- okay. Yes, all right. | Re: [265:6-265:17] | Re: [265:6-265:17]  Pending | |
| 265 7 | That's fine. | Def Obj MIL 2 - | Pltf Resp See Pl | |
| 265 8 | And so that was also | Sustained, Relevance - | response to 15:12- | |
| 265 9 | implemented after the launch of Xarelto, | Marketing, P | 15:24 above. | |
| 265 10 | correct? | | | |
| 265 11 | A: Yes. We had a fully trained | | | |
| 265 12 | sales force. | | | |
| 265 13 | Q: Well, you deployed the sales | | | |
| 265 14 | force to meet with physicians of the | | | |
| 265 15 | highest frequency, correct? I mean, that | | | |
| 265 16 | continued to be part of the marketing | | | |
| 265 17 | plan for Xarelto. | | | |

265:18 -  266:8 Geiger, Susan 2016-04-25.ctx  0:45

265 18  A: Help me understand what you
265 19  mean by physicians of the highest
265 20  frequency. I don't know what you mean by
265 21  that.
265 22  Q: Well, this is your document
265 23  that indicates a sales force of the
265 24  highest frequency, correct?
266 1  A: Right.
266 2  Q: Okay.
266 3  A: So our sales force would
266 4  have called on physicians with the
266 5  highest frequency compared to the others.
266 6  That's where my nuance -- physicians of
266 7  the highest frequency could mean
266 8  something different.

267:12 -  267:20 Geiger, Susan 2016-04-25.ctx  0:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 267 12 | Q: And part of the way to | Re: [267:12-267:20] | Re: [267:12-267:20]  Pending | |
| 267 13 | accomplish the objective of making | Def Obj MIL 2 - | Pltf Resp See Pl | |
| 267 14 | Xarelto a first-choice medication was to | Sustained, Relevance - | response to 15:12- | |
| 267 15 | also ensure that there was opt -- optimal | Marketing, P | 15:24 above. | |
| 267 16 | sampling at the doctors' offices? | | Defendants' | |
| 267 17 | A: Yes. | | extensive use of | |
| 267 18 | Q: Okay. And that refers to | | samples as a | |
| 267 19 | the free samples of Xarelto, correct? | | marketing tool is | |
| 267 20 | A: Yes. | | relevant to Plaintiff's | |
| | | | specific case and is | |
| | | | thus admissible | |
| | | | under the Court's | |
| | | | ruling on | |
| | | | Defendants' MIL 2 | |

268:9  -  268:16 Geiger, Susan 2016-04-25.ctx  0:24

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 268 9 | Q: Did the plan, both prelaunch | Re: [268:9-268:16] | Re: [268:9-268:16]  Pending | |
| 268 10 | and post-launch, include providing | Def Obj 268:16 is | Pltf Resp See Pl | |
| 268 11 | optimal free samples of Xarelto at | Attorney Colloquy, MIL 2 | response to 15:12- | |
| 268 12 | physicians' offices who were prescribers | - Sustained, Relevance - | 15:24 above. | |
| 268 13 | of anticoagulant medications? | Marketing, P | Defendants' | |
| 268 14 | A: Yes, that's an industry | | extensive use of | |
| 268 15 | standard. | | samples as a | |
| 268 16 | Q: Okay. Thank you. | | markting tool is | |

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | relevant to Plaintiff's specific case and is thus admissible under the Court's ruling on Defendants' MIL 2 | |

**573:2 - 573:18 Geiger, Susan 2016-04-26.ctx**   0:51

| | | | | |
|---|---|---|---|---|
| 573 | 2 | Q: Now, I think you testified | Re: [573:2-573:18] | Re: [573:2-573:18] | Pending |
| 573 | 3 | yesterday that you were somewhat involved | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 573 | 4 | in Xarelto brand planning? | Sustained, Relevance - | response to 15:12- |
| 573 | 5 | A: Yes. | Marketing, P | 15:24 above. |
| 573 | 6 | Q: For certain periods of time? | | |
| 573 | 7 | A: Yes. | | |
| 573 | 8 | Q: Okay. What I'd like to do | | |
| 573 | 9 | is show you a PowerPoint that I located | | |
| 573 | 10 | in your custodial file. | | |
| 573 | 11 | And what I've done is, on | | |
| 573 | 12 | the version that I've given you -- and | | |
| 573 | 13 | that's yours. | | |
| 573 | 14 | In the version that I've | | |
| 573 | 15 | given you, I've put a tab on the pages | | |
| 573 | 16 | that I'm going to, in order to make this | | |
| 573 | 17 | go a little quicker. So there's a tab -- | | |
| 573 | 18 | there's a tab -- | | |

**574:21 - 575:10 Geiger, Susan 2016-04-26.ctx**   0:42

| | | | | |
|---|---|---|---|---|
| 574 | 21 | Q: I'll give you an opportunity | Re: [574:21-575:10] | Re: [574:21-575:10] | Pending |
| 574 | 22 | just to review this generally. I think I | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 574 | 23 | told you that I located this in your | Sustained, Relevance - | response to 15:12- |
| 574 | 24 | custodial file. | Marketing, P | 15:24 above. |
| 575 | 1 | A: Okay. | | |
| 575 | 2 | Q: Would this be something you | | |
| 575 | 3 | would have been -- you would have | | |
| 575 | 4 | prepared or been involved in the | | |
| 575 | 5 | preparation of or reviewed as part of | | |
| 575 | 6 | your job at Janssen? | | |
| 575 | 7 | A: Yes, I would have been | | |
| 575 | 8 | responsible for a component or | | |
| 575 | 9 | contributed to a component of it. But | | |
| 575 | 10 | not all of it. | | |

**575:11 - 575:18 Geiger, Susan 2016-04-26.ctx**   0:24

| | | |
|---|---|---|
| 575 | 11 | Q: And would you have -- during |
| 575 | 12 | the time that you were at Janssen and |
| 575 | 13 | contributed a component of it, would you |
| 575 | 14 | have reviewed the entire thing? |
| 575 | 15 | A: To be honest, I probably |
| 575 | 16 | wouldn't have reviewed it in great |
| 575 | 17 | detail. But I would have had a general |
| 575 | 18 | sense of the theme and the -- |

**576:8 - 576:21 Geiger, Susan 2016-04-26.ctx**   0:42

| | | | | |
|---|---|---|---|---|
| 576 | 8 | Q: We're at Page 12. The | Re: [576:8-576:21] | Re: [576:8-576:21] | Pending |
| 576 | 9 | executive summary. You're there, right. | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 576 | 10 | The first bullet point of | Sustained, Relevance - | response to 15:12- |
| 576 | 11 | the executive summary, it says, "Stroke | Marketing, Omnibus MIL | 15:24 above. |
| 576 | 12 | prevention in atrial fibrillation, SPAF, | 1 - Sustained, Relevance | |
| 576 | 13 | is the largest business opportunity and | Profit, P | |
| 576 | 14 | represents a growth driver for Xarelto." | | |
| 576 | 15 | Do you see that? | | |
| 576 | 16 | A: Yes, I do. | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 576 17 | Q: Did I read it correctly? | | | |
| 576 18 | A: You read it correctly, yes. | | | |
| 576 19 | Q: Is that accurate? | | | |
| 576 20 | A: Yes. There's many -- a big | | | |
| 576 21 | unmet need here. | | | |

**580:3 - 580:13 Geiger, Susan 2016-04-26.ctx**  0:33

| | | |
|---|---|---|
| 580 3 | Q: Okay. We were talking about | Re: [580:3-580:13] | Re: [580:3-580:13] | Pending |
| 580 4 | the first bullet point in the executive | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 580 5 | summary. | Sustained, Relevance - | response to 15:12- |
| 580 6 | Would you agree with me that | Marketing, Omnibus MIL | 15:24 above. |
| 580 7 | largest business opportunity would -- is | 1 - Sustained, Relevance - |
| 580 8 | equivalent to an opportunity for sales? | Profit, P |
| 580 9 | A: Yes, it is. |
| 580 10 | Q: Okay. And would you agree |
| 580 11 | with me that growth driver equals an |
| 580 12 | opportunity for increased sales? |
| 580 13 | A: It is an opportunity, yes. |

**581:10 - 581:18 Geiger, Susan 2016-04-26.ctx**  0:27

| | | |
|---|---|---|
| 581 10 | Q: Okay. And then the third | Re: [581:10-581:18] | Re: [581:10-581:18] | Pending |
| 581 11 | bullet point says, "Xarelto faces fierce | **Def Obj** Incomplete | Pltf Resp See Pl |
| 581 12 | competition in Afib." | Designation, MIL 2 - | response to 15:12- |
| 581 13 | Do you see that? | Sustained, Relevance - | 15:24 above. |
| 581 14 | A: Yes, I do. | Marketing, Omnibus MIL |
| 581 15 | Q: And "fierce," that -- | 1 - Sustained, Relevance - |
| 581 16 | what -- can you describe what "fierce" | Market Share, P |
| 581 17 | means? |
| 581 18 | A: Yes. There were a lot of |

**581:19 - 581:21 Geiger, Susan 2016-04-26.ctx**  0:09

| | |
|---|---|
| 581 19 | great products and options for new |
| 581 20 | products and options for patients. Big |
| 581 21 | unmet need, so... |

**582:3 - 582:6 Geiger, Susan 2016-04-26.ctx**  0:12

| | | |
|---|---|---|
| 582 3 | Q: Okay. So that would be | Re: [582:3-582:6] | Re: [582:3-582:6] | Pending |
| 582 4 | competition from Pradaxa and Eliquis | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 582 5 | primarily? | Sustained, Relevance - | response to 15:12- |
| 582 6 | A: Yes, it would be. | Marketing, Omnibus MIL | 15:24 above. |
| | | 1 - Sustained, Relevance - |
| | | Market Share, P |

**582:23 - 584:6 Geiger, Susan 2016-04-26.ctx**  1:36

| | | |
|---|---|---|
| 582 23 | Q: All right. If we could -- | Re: [582:23-584:6] | Re: [582:23-584:6] | Pending |
| 582 24 | if we can talk about what's previously | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 583 1 | been marked as Geiger-2, which I think | Sustained, Relevance - | response to 15:12- |
| 583 2 | I'll refer to those as your interview | Marketing, Omnibus MIL | 15:24 above. |
| 583 3 | slides. Is -- is that an acceptable | 1 - Sustained, Relevance - |
| 583 4 | phrase for that? | Profit, P |
| 583 5 | A: Yes, before I got the job, |
| 583 6 | yeah. |
| 583 7 | Q: Before you got the job. |
| 583 8 | And it was based on |
| 583 9 | information that you had gleaned |
| 583 10 | internally from a number of sources that |
| 583 11 | you testified to yesterday, correct? |
| 583 12 | A: Yes. Preclinical studies, |
| 583 13 | whatever -- whatever newsletters they |
| 583 14 | had. |
| 583 15 | Q: Okay. And if you would look |
| 583 16 | at, I think it's Slide 14. It says, |
| 583 17 | "Xarelto launch." |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 583 18   A: Okay. | | |
| 583 19   Q: All right. And if you look | | |
| 583 20   at the second bullet point, in fact, | | |
| 583 21   there you say, "Product has potential to | | |
| 583 22   be next blockbuster for J&J producing | | |
| 583 23   fiscal stability for Pharma sector." | | |
| 583 24   Do you see that? | | |
| 584 1   A: Yes. | | |
| 584 3   Q: And, in fact, you were correct, block -- Xarelto has lived up to | | |
| 584 4   that status. It is -- it became a | | |
| 584 5   blockbuster drug, correct? | | |
| 584 6   A: Yes, it did. | | |

Overrule (handwritten)

**584:17 -   585:4  Geiger, Susan 2016-04-26.ctx**  0:36

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 584 17   Q: Now, if you look at the same | Re: [584:17-585:4] **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, P | Re: [584:17-585:4] Pltf Resp See Pl response to 15:12-15:24 above. | Pending |
| 584 18   bullet point. You have "product has | | | |
| 584 19   potential to be next blockbuster for | | | |
| 584 20   J&J," right? | | | |
| 584 21   You didn't -- you didn't | | | |
| 584 22   write "Janssen." You wrote "J&J" there, | | | |
| 584 23   correct? | | | |
| 584 24   A: Yes. | | | |
| 585 1   Q: And "producing fiscal | | | |
| 585 2   stability for Pharma sector." Do you see | | | |
| 585 3   that? | | | |
| 585 4   A: I do. | | | |

**585:15 -   585:20  Geiger, Susan 2016-04-26.ctx**  0:18

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 585 15   Q: Okay. If you look at the | Re: [585:15-585:20] **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, P | Re: [585:15-585:20] Pltf Resp See Pl response to 15:12-15:24 above. | Pending |
| 585 16   first bullet point, it -- it says, "J&J | | | |
| 585 17   has several key products going off patent | | | |
| 585 18   in 2008-2010." | | | |
| 585 19   Do you see that? | | | |
| 585 20   A: Yes, I do. | | | |

**585:21 -   586:4  Geiger, Susan 2016-04-26.ctx**  0:24

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 585 21   Q: Okay. Let me hand you -- | Re: [585:21-586:4] **Def Obj** MIL 2 - Sustained, Relevance - Marketing, P | Re: [585:21-586:4] Pltf Resp See Pl response to 15:12-15:24 above. | Pending |
| 585 22   we're going to mark this exhibit as? | | | |
| 585 23   MS. NICKELL: 35. | | | |
| 585 24   MR. WEINKOWITZ: Geiger-35. | | | |
| 586 1   It is 3017856, Record Number. | | | |
| 586 2   (Document marked for | | | |
| 586 3   identification as Exhibit | | | |
| 586 4   Geiger-35.) | | | |

**587:1 -   588:9  Geiger, Susan 2016-04-26.ctx**  1:39

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 587 1   Q: Okay. I've handed you an | Re: [587:1-588:9] **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profits, P | Re: [587:1-588:9] Pltf Resp See Pl response to 15:12-15:24 above. | Pending |
| 587 2   e-mail. Do you see that this is an | | | |
| 587 3   e-mail from Mr. Shah, if you look at the | | | |
| 587 4   first e-mail to yourself -- or, rather, | | | |
| 587 5   from you to Mr. Shah? | | | |
| 587 6   A: Yes. | | | |
| 587 7   Q: And it's dated September 11, | | | |
| 587 8   2008. Do you see that? | | | |
| 587 9   A: Yes. | | | |
| 587 10   Q: And that was around the | | | |
| 587 11   first time that you first started working | | | |
| 587 12   on Xarelto, correct? | | | |
| 587 13   A: Just about a month after. | | | |
| 587 14   Q: Month after. And you say, | | | |
| 587 15   your -- your -- your e-mail says, "Quick | | | |
| 587 16   question. What is the patent expiration | | | |

| | | | Objections<br>In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 587 | 17 | for riva?" |
| 587 | 18 | Do you see that? |
| 587 | 19 | A: Yes, I do. |
| 587 | 20 | Q: And riva is Xarelto, |
| 587 | 21 | correct? |
| 587 | 22 | A: Yes. |
| 587 | 23 | Q: "I didn't have the info |
| 587 | 24 | handy, and I'm now curious." |
| 588 | 1 | Correct? |
| 588 | 2 | A: Yes, that's what it says. |
| 588 | 3 | Q: And Mr. Shah, who at that |
| 588 | 4 | time he was your boss, correct? |
| 588 | 5 | A: He was. |
| 588 | 6 | Q: And he says that the patent |
| 588 | 7 | expiration for riva -- for Xarelto is in |
| 588 | 8 | 2023, correct? |
| 588 | 9 | A: That's correct. |

**588:17 -   589:6  Geiger, Susan 2016-04-26.ctx**    0:42

| | | | | | |
|---|---|---|---|---|---|
| 588 | 17 | Q: Now, a patent holder of a | Re: [588:17-589:6] | Re: [588:17-589:6]     Pending | |
| 588 | 18 | drug has an exclusive right to sell that | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 588 | 19 | drug, correct? | Sustained, Relevance - | response to 15:12- | |
| 588 | 20 | A: Yes. | Marketing, Omnibus MIL | 15:24 above. | |
| 588 | 21 | Q: And since Xarelto doesn't | 1 - Sustained, Relevance | | |
| 588 | 22 | come off patent until about 2023, no | Profits, P | | |
| 588 | 23 | other company, other than Johnson & | | | |
| 588 | 24 | Johnson and Bayer, can sell or market | | | |
| 589 | 1 | Xarelto, correct? | | | |
| 589 | 2 | A: That's correct. | | | |
| 589 | 3 | Q: So you have the exclusive | | | |
| 589 | 4 | right to make money and to sell Xarelto | | | |
| 589 | 5 | in the marketplace, correct? | | | |
| 589 | 6 | A: That's correct. | | | |

**593:14 -   594:5  Geiger, Susan 2016-04-26.ctx**    0:48

| | | | | | |
|---|---|---|---|---|---|
| 593 | 14 | Q: Okay. Now, before Xarelto | Re: [593:14-594:5] | Re: [593:14-594:5]     Pending | |
| 593 | 15 | was launched, you were personally aware | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 593 | 16 | of how important it was within the | Sustained, Relevance - | response to 15:12- | |
| 593 | 17 | context of the Johnson & Johnson | Marketing, Omnibus MIL | 15:24 above. | |
| 593 | 18 | pipeline, correct? | 1 - Sustained, Relevance | | |
| 593 | 19 | A: Yes.  It was a big | Profits, P | | |
| 593 | 20 | opportunity. | | | |
| 593 | 21 | Q: It had the potential to be | | | |
| 593 | 22 | the next blockbuster for Johnson & | | | |
| 593 | 23 | Johnson, right? | | | |
| 593 | 24 | A: It absolutely did. | | | |
| 594 | 1 | Q: And Johnson & Johnson had | | | |
| 594 | 2 | several key products that were coming off | | | |
| 594 | 3 | of patent, so they were going to be less | | | |
| 594 | 4 | profitable for the company, correct? | | | |
| 594 | 5 | A: Yes. | | | |

**596:13 -   597:22 Geiger, Susan 2016-04-26.ctx**    1:42

| | | | | | |
|---|---|---|---|---|---|
| 596 | 13 | Q: Well, you engaged in writing | Re: [596:13-597:22] | Re: [596:13-597:22]     Pending | |
| 596 | 14 | some analysis here that several key | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 596 | 15 | products were going off patent in 2008, | Sustained, Relevance - | response to 15:12- | |
| 596 | 16 | correct? | Marketing, Omnibus MIL | 15:24 above.  Based | |
| 596 | 17 | A: I picked it up from | 1 - Sustained, Relevance | on a power point | |
| 596 | 18 | somewhere and was trying to get a great | Profits, Relevance - | that she | |
| 596 | 19 | opportunity in a job, so, yeah. | Other Products, P, LF, PK | prepared,Ms. Geiger | |
| 596 | 20 | (Document marked for | | testifeid to how | |
| 596 | 21 | identification as Exhibit | | critical Xarelto with | |
| 596 | 22 | Geiger-36.) | | no monitoring was | |

04/20/17 22:58

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 596 23 | BY MR. WEINKOWITZ: |
| 596 24 | Q: Let me hand you what I've |
| 597  1 | marked as Geiger-36.  If you take a look, |
| 597  2 | I've color-coded -- I've color-coded this |
| 597  3 | for you. |
| 597  4 | A: Thank you. |
| 597  5 | Q: And if you look, this is the |
| 597  6 | 12-month report.  And it reports right |
| 597  7 | here 2008 to 2009. |
| 597  8 | A: Okay. |
| 597  9 | Q: Do you see that? |
| 597 10 | A: I do. |
| 597 11 | Q: And if you go to Risperdal. |
| 597 12 | Do you see that? |
| 597 13 | A: Yes, I do. |
| 597 14 | Q: All right.  Do you know that |
| 597 15 | the patent for Risperdal expired in or |
| 597 16 | around June of 2008? |
| 597 17 | A: No, I didn't. |
| 597 18 | Q: That would fall within the |
| 597 19 | time period that you were noting in your |
| 597 20 | PowerPoint of drugs coming off patent, |
| 597 21 | correct? |
| 597 22 | A: Yes. |

Objections/Responses column (top):

to J&J that it was accelerated to market because many other J&J drugs were coming off patent.  At the same time defendants were accelerating Xarleto to market they were aware that Xarelto's anticoagulant effect could not be reversed and that there was a need to monitor the drug by using Neoplastin PT. This is relevant to Plaintiff's failure to warn claim.

---

**598:15 -   600:1 Geiger, Susan 2016-04-26.ctx**      1:45

| | |
|---|---|
| 598 15 | Q: Okay.  So the patent -- if |
| 598 16 | the patent was lost in or around |
| 598 17 | June 2008, do you see that that drug, the |
| 598 18 | drug sales for that in U.S. dropped |
| 598 19 | 80.8 percent? |
| 598 20 | A: That looks to be what's |
| 598 21 | written here, yes. |
| 598 22 | Q: And so that was one of the |
| 598 23 | drugs that was coming off patent that |
| 598 24 | made Xarelto important in the J&J |
| 599  1 | pipeline, correct? |
| 599  2 | A: If -- yeah, I mean, this is |
| 599  3 | the first I'm seeing this.  So that seems |
| 599  4 | to be one of them, sure. |
| 599  5 | Q: And another drug that was |
| 599  6 | coming off patent during the time period |
| 599  7 | that you mentioned in your slide was a |
| 599  8 | drug called Topamax? |
| 599  9 | A: Okay. |
| 599 10 | Q: Do you see that's another |
| 599 11 | J&J drug? |
| 599 12 | A: I see it is, yes. |
| 599 13 | Q: And do you know that it lost |
| 599 14 | patent protection in March of 2009? |
| 599 15 | A: I didn't until you just told |
| 599 16 | me now. |
| 599 17 | Q: Any reason to dispute that? |
| 599 18 | A: No.  As you say, it's facts. |
| 599 19 | Q: And that was -- and |
| 599 20 | March 2009 would make Topamax fall within |
| 599 21 | the time period for one of the drugs that |
| 599 22 | you were quoting in your slide? |
| 599 23 | A: It would appear that was |
| 599 24 | probably one of the ones that was in that |
| 600  1 | time frame. |

Objections In column:

Re: [598:15-600:1]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance
Profits, Relevance -
Other Products, P, LF, PK

Responses In column:

Re: [598:15-600:1]
Pltf Resp See Pl
response to 598:15-
600:1 above.

Rulings column:

Pending

---

**600:14 -   601:16 Geiger, Susan 2016-04-26.ctx**      1:21

|  | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 600 | 14 | Q: So that patent, loss of that |
| 600 | 15 | patent caused a reduction of sales of |
| 600 | 16 | 67.5 percent, right? |
| 600 | 17 | A: That's looks like what it |
| 600 | 18 | says here, yes. |
| 600 | 19 | Q: And your slide indicated |
| 600 | 20 | that Xarelto was important because the |
| 600 | 21 | J&J pipeline was losing a number of drugs |
| 600 | 22 | that were coming off patent, correct? |
| 600 | 23 | A: Whatever source I got that |
| 600 | 24 | from was obviously looking at this. |
| 601 | 1 | Q: Okay.  And do you know that |
| 601 | 2 | one of the other drugs that was coming |
| 601 | 3 | off patent during the time period of 2008 |
| 601 | 4 | and 2010 was a drug called Levaquin? |
| 601 | 5 | A: If you say, yeah.  I mean, I |
| 601 | 6 | did not know that until you just |
| 601 | 7 | mentioned it.  But okay. |
| 601 | 8 | Q: Do you have any reason to |
| 601 | 9 | dispute that Levaquin lost its patent in |
| 601 | 10 | and around June 20th of 2011? |
| 601 | 11 | A: No.  I have no reason to |
| 601 | 12 | dispute it. |
| 601 | 13 | Q: If you take a look, I've |
| 601 | 14 | highlighted in orange Topamax.  Do you |
| 601 | 15 | see that? |
| 601 | 16 | A: Yes. |

Re: [600:14-601:16]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance -
Profits, Relevance -
Other Products, P, LF, PK

Re: [600:14-601:16]
Pltf Resp See Pl
response to 598:15-
600:1 above.

Pending

**602:4 - 603:5 Geiger, Susan 2016-04-26.ctx**                1:18

| 602 | 4 | Q: Okay.  And so my question |
| 602 | 5 | is -- my question is that, again, that's |
| 602 | 6 | another drug that's coming off patent |
| 602 | 7 | that's losing sales, which is making |
| 602 | 8 | Xarelto a very important drug for |
| 602 | 9 | Johnson & Johnson, correct? |
| 602 | 10 | A: It appears that that's the |
| 602 | 11 | case, yes. |
| 602 | 12 | Q: As a matter of fact, you |
| 602 | 13 | wrote that Xarelto was so important that |
| 602 | 14 | it was to provide fiscal stability for |
| 602 | 15 | the J&J pharmaceutical sector, correct? |
| 602 | 16 | A: Yes.  As I mentioned, I |
| 602 | 17 | likely picked that up from something. |
| 602 | 18 | Clearly, you know, not my area of |
| 602 | 19 | expertise. |
| 602 | 20 | Q: But you felt confident |
| 602 | 21 | enough to put it in a slide to go into an |
| 602 | 22 | interview on a job -- |
| 602 | 23 | A: Yeah. |
| 602 | 24 | Q: -- and to speak to other |
| 603 | 1 | Johnson & Johnson and Janssen colleagues, |
| 603 | 2 | correct? |
| 603 | 3 | A: Yeah.  I picked it up from a |
| 603 | 4 | good source, I suppose.  And I guess |
| 603 | 5 | you've proven that. |

Re: [602:4-603:5]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance -
Profits, Relevance -
Other Products, P, LF, PK

Re: [602:4-603:5]
Pltf Resp See Pl
response to 598:15-
600:1 above.

Pending

**603:15 - 604:10 Geiger, Susan 2016-04-26.ctx**                1:00

| 603 | 15 | interview slides. |
| 603 | 16 | A: Sure. |
| 603 | 17 | Q: Same slide. |
| 603 | 18 | it says on the fourth |
| 603 | 19 | bullet -- I'm sorry -- the third bullet |
| 603 | 20 | down, we're talking about the Xarelto |

Re: [603:15-604:10]
**Def Obj** Incomplete
Designation, MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance -

Re: [603:15-604:10]
Pltf Resp See Pl
response to 15:12-
15:24 above.

Pending

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 603 | 21 | launch, and you're giving background | Profits, P | | |
| 603 | 22 | here, correct? | | | |
| 603 | 23 | A: Yes. | | | |
| 603 | 24 | Q: And it says, "J&J senior | | | |
| 604 | 1 | leadership is watching this product | | | |
| 604 | 2 | launch closely." | | | |
| 604 | 3 | Did you write that? | | | |
| 604 | 4 | A: Yes, it appears I did. | | | |
| 604 | 5 | Q: So you were aware that | | | |
| 604 | 6 | Johnson & Johnson senior leadership had | | | |
| 604 | 7 | its eye on how well the Xarelto launch | | | |
| 604 | 8 | was going to go? | | | |
| 604 | 9 | A: Yes. There's reasons that | | | |
| 604 | 10 | was important. | | | |

**604:22 -   605:16 Geiger, Susan 2016-04-26.ctx**          0:57

| 604 | 22 | Q: Okay. Who is Chris Poon? | Re: [604:22-605:16] | Re: [604:22-605:16]         Pending |
|---|---|---|---|---|
| 604 | 23 | A: She was a member of the | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 604 | 24 | executive committee, I believe. She was | Sustained, Relevance - | response to 598:15- |
| 605 | 1 | at J&J headquarters. So I don't... | Marketing, P, LF, PK | 600:1 above. |
| 605 | 2 | Q: Was she vice chairman, J&J | | |
| 605 | 3 | worldwide chairman for pharmaceuticals in | | |
| 605 | 4 | about 2008? | | |
| 605 | 5 | A: That sounds like a pretty | | |
| 605 | 6 | detailed title, so it sounds like that | | |
| 605 | 7 | must be factual. I -- | | |
| 605 | 8 | Q: Any reason to dispute that? | | |
| 605 | 9 | A: No reason to dispute it. | | |
| 605 | 10 | Q: And she reported directly to | | |
| 605 | 11 | the Johnson & Johnson chairman Bill | | |
| 605 | 12 | Weldon? | | |
| 605 | 13 | A: Okay. | | |
| 605 | 14 | Q: Do you know Bill Weldon with | | |
| 605 | 15 | the Johnson & Johnson -- | | |
| 605 | 16 | A: Oh, yeah. | | |

**607:15 -   608:1  Geiger, Susan 2016-04-26.ctx**          0:33

| 607 | 15 | Q: Ma'am, I'm handing you a | Re: [607:15-608:1] | Re: [607:15-608:1]          Pending |
|---|---|---|---|---|
| 607 | 16 | document that I've marked as Geiger-37. | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 607 | 17 | For the record, it is 3041264. | Sustained, Relevance - | response to 598:15- |
| 607 | 18 | A: Okay. | Marketing, P, LF, PK | 600:1 above. Ms. |
| 607 | 19 | Q: I'll give you an opportunity | | Geiger testified that |
| 607 | 20 | to review this quickly. I'm going to -- | | she received the |
| 607 | 21 | we're going to work through a lot of this | | email found in her |
| 607 | 22 | e-mail. I can represent to you that this | | custodial file. She |
| 607 | 23 | e-mail was located in your custodial | | clearly has personal |
| 607 | 24 | file. | | knowlege and |
| 608 | 1 | A: Okay. | | refelcted in her |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | answers. Its a party admission as the email is from the Chairmain of the Pharmaceutucal group. Ms. Geiger testifeid to how critical Xarelto with no monitoring was to J&J that it was accelerated to market while at At the same time defendants were aware that Xarelto's anticoagulant effect could not be reversed and that | |

608:19 -   610:20 Geiger, Susan 2016-04-26.ctx                    2:30

| | | |
|---|---|---|
| 608 19 | Q: Do you see that this is an | |
| 608 20 | e-mail from B-I-O Communications? | Re: [608:19-610:20] |
| 608 21 | A: Yes, I do. | **Def Obj** MIL 2 - |
| 608 22 | Q: Do you -- I -- I'm sorry. | Sustained, Relevance - |
| 608 23 | I -- I ran over you on that one. | Marketing, Omnibus MIL |
| 608 24 | Do you know what B-I-O | 1 - Sustained, Relevance |
| 609 1 | Communications is? | Profits, Relevance-Other |
| 609 2 | A: I don't know what it stands | Products, P, LF, PK |
| 609 3 | for, but it appears to be Chris Poon's | |
| 609 4 | platform. | |
| 609 5 | Q: So that she can reach a lot | |
| 609 6 | of people within the company; is that | |
| 609 7 | right? | |
| 609 8 | A: All of her team or her | |
| 609 9 | organization, sure. | |
| 609 10 | Q: Okay. And it's an important | |
| 609 11 | message from Chris Poon. Do you see | |
| 609 12 | that? | |
| 609 13 | A: I do. I see that. | |
| 609 14 | Q: And if this would have | |
| 609 15 | appeared in your custodial file, is this | |
| 609 16 | something you would have received in the | |
| 609 17 | regular course of your job at Janssen? | |
| 609 18 | A: It would have been something | |
| 609 19 | I received, yes. | |
| 609 20 | Q: Okay. If you take a look at | |
| 609 21 | the first paragraph, it says, "In my most | |
| 609 22 | recent business update, I announced steps | |
| 609 23 | being taken in our pharmaceutical | |
| 609 24 | business to redeploy resources." | |
| 610 1 | Do you see that? | |
| 610 2 | A: I do. | |
| 610 3 | Q: All right. And if you go | |
| 610 4 | down to the second paragraph, she writes, | |
| 610 5 | "Over the next seven years, we will face | |
| 610 6 | loss of exclusivity of key products." | |
| 610 7 | Do you see that? | |
| 610 8 | A: I do. | |
| 610 9 | Q: And do you understand that a | |
| 610 10 | loss of exclusivity is a loss of patent | |
| 610 11 | protection on key products? | |
| 610 12 | A: Yes. I do. | |
| 610 13 | Q: And Chris Poon is the head | |
| 610 14 | of the pharmaceutical sector, correct? | |

Re: [608:19-610:20]   Pending
Pltf Resp See Pl
response to 607:15-
608:1 above

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 610 15 | A: Yes, she is. | | |
| 610 16 | Q: So she seems to be talking | | |
| 610 17 | about losing patents on products | | |
| 610 18 | consistent with your notation in your | | |
| 610 19 | slide, correct? | | |
| 610 20 | A: Yes.  Makes sense. | | |

**611:2  -   611:14 Geiger, Susan 2016-04-26.ctx**          0:39

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 611  2 | Q: Okay.  It says, "We will | Re: [611:2-611:14] | Re: [611:2-611:14]      Pending | |
| 611  3 | continue to see price and cost pressures | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 611  4 | from governments and other payers." | Sustained, Relevance - | response to 607:15- | |
| 611  5 | Do you see that? | Marketing, Omnibus MIL | 608:1 above | |
| 611  6 | A: I do. | 1 - Sustained, Relevance - | | |
| 611  7 | Q: And what do you understand | Profits, Relevance-Other | | |
| 611  8 | that to mean? | Products, P, LF, PK | | |
| 611  9 | A: I don't recall what was | | | |
| 611 10 | happening at the time in the -- the | | | |
| 611 11 | healthcare environment.  But, clearly, | | | |
| 611 12 | she's stating that the government and | | | |
| 611 13 | other payers are going to want better | | | |
| 611 14 | value, better price. | | | |

**614:1  -   617:10 Geiger, Susan 2016-04-26.ctx**          4:06

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 614  1 | Q: Okay.  And then it says, | Re: [614:1-617:10] | Re: [614:1-617:10]      Pending | |
| 614  2 | "These challenges are compounded by the | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 614  3 | continued contraction of" -- can you | Sustained, Relevance - | response to 607:15- | |
| 614  4 | pronounce that? | Marketing, Omnibus MIL | 608:1 above | |
| 614  5 | A: "Erythropoiesis." | 1 - Sustained, Relevance - | | |
| 614  6 | Q: "Stimulating agents, ESA | Profits, Relevance-Other | | |
| 614  7 | class of drugs, including Procrit." | Products, P, LF, PK | | |
| 614  8 | Do you see that? | | | |
| 614  9 | A: I do, yes. | | | |
| 614 10 | Q: "Slower than expected | | | |
| 614 11 | adoption of Invega, and a delay in the | | | |
| 614 12 | approval of" -- "of launch of Ionsys"; is | | | |
| 614 13 | that right?  Ionsys? | | | |
| 614 14 | A: I'm not -- I think it might | | | |
| 614 15 | be Ionsys. | | | |
| 614 16 | Q: I-O-N-S-Y-S. | | | |
| 614 17 | In the U.S., correct? | | | |
| 614 18 | A: That's what it says. | | | |
| 614 19 | Q: So, in this paragraph, she's | | | |
| 614 20 | looking forward seven years, and she's | | | |
| 614 21 | saying, "There's going to be a lot of | | | |
| 614 22 | pressure on our business" because of all | | | |
| 614 23 | of these things that she's listed? | | | |
| 614 24 | A: Yes. | | | |
| 615  1 | Q: Okay.  And the next | | | |
| 615  2 | paragraph, she says, "The next seven | | | |
| 615  3 | years," that's what she is talking about, | | | |
| 615  4 | "will be challenging for us." | | | |
| 615  5 | Do you see that? | | | |
| 615  6 | A: You read the next -- the | | | |
| 615  7 | paragraph right there -- | | | |
| 615  8 | Q: The -- the top -- the -- the | | | |
| 615  9 | following paragraph. | | | |
| 615 10 | A: Okay.  It didn't start with | | | |
| 615 11 | "next seven years."  So, got it. | | | |
| 615 12 | Q: No, no, I'm just -- okay. | | | |
| 615 13 | It did not start with "next seven years." | | | |
| 615 14 | But do you see that it starts "this will | | | |
| 615 15 | be a challenging period for us"? | | | |
| 615 16 | A: Yeah.  Yeah. | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

615 17    Q: Okay. And the paragraph
615 18    above she is talking about a seven-year
615 19    period in the future, correct?
615 20    A: Okay. Yeah.
615 21    Q: And then she goes on to tell
615 22    the company about "our new products and
615 23    our pipeline." Do you see that?
615 24    A: Yes, I do.
616  1    Q: And go to the third
616  2    paragraph down. All right. To the
616  3    chairman of the entire pharmaceutical
616  4    sector saying, "I'm also very excited
616  5    about rivaroxaban."
616  6    And that's Xarelto, correct?
616  7    A: Yes.
616  8    Q: "A first-in-class oral
616  9    direct Factor Xa exhibitor for
616 10    thromboembolic disease that we are
616 11    jointly developing with Bayer
616 12    Healthcare."
616 13    Correct?
616 14    A: That's correct.
616 15    Q: "The promise of rivaroxaban
616 16    is the prevention of stroke and heart
616 17    attack." Do you see that?
616 18    A: Yes, I do.
616 19    Q: "And we have the commercial
616 20    rights in the U.S., while Bayer retains
616 21    rights in the rest of the world."
616 22    Do you see that?
616 23    A: Yes.
616 24    Q: So this is an -- an e-mail
617  1    to probably everybody in the
617  2    pharmaceutical sector, from the chairman
617  3    of the pharmaceutical sector, looking
617  4    ahead seven years saying that "there's
617  5    going to be a lot of pressures on our
617  6    business" and actually has an entire
617  7    paragraph about Xarelto and how important
617  8    Xarelto is to the company.
617  9    Do you see that?
617 10    A: I do.

Overruled

**618:23 - 619:19 Geiger, Susan 2016-04-26.ctx**    1:03

618 23    Q: We'll mark as 38,
618 24    Exhibit 38, Geiger-38. Document 3038234.
619  1    BY MR. WEINKOWITZ:
619  2    Q: Just give me a heads-up when
619  3    you're ready, Ms. Geiger.
619  4    A: Okay.
619  5    Q: Do you see that this is an
619  6    e-mail between you and Margaret Quinn in
619  7    and around January of 2010?
619  8    A: Oh, okay. Yes, January of
619  9    '10. I was looking at December of '99.
619 10    Q: Yeah, i got it. And at this
619 11    point in time, Xarelto is not on the
619 12    market, correct?
619 13    A: No, it wasn't.
619 14    Q: Would you have sent and
619 15    received this e-mail in the normal course
619 16    of your business at Johnson & Johnson?
619 17    A: Would I have sent and

Re: [618:23-619:19]
Def Obj MIL 2 -
Sustained, Relevance -
Marketing, P

Re: [618:23-619:19]   Pending
Pltf Resp Not
hearsay; its an email
that Ms. Geiger is
on. Its a party
admission and a
rountine business
document.

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 619 18 | | received it?  Yeah.  You know, it was in | | | |
| 619 19 | | my mailbox. | | | |
| 624:1 - | 624:22 Geiger, Susan 2016-04-26.ctx | | 1:06 | | |
| 624 1 | | Q:  Got it.  Okay.  Looking at | **Re: [624:1-624:22]** | Re: [624:1-624:22] | Pending |
| 624 2 | | your e-mail in response, you say, | **Def Obj** MIL 2 - | Pltf Resp PI | |
| 624 3 | | "Margaret and CGAP team, thank you for | Sustained, Relevance - | response to 15:12- | |
| 624 4 | | inviting me to provide an overview of | Marketing, P, AR | 15:24 above. See PI | |
| 624 5 | | Xarelto at your team meeting.  I'm glad I | | response to 607:15- | |
| 624 6 | | was able to provide a topline review, as | | 608:1 above. | |
| 624 7 | | this product is a critical component of | | | |
| 624 8 | | J&J's pipeline." | | | |
| 624 9 | | Do you see that? | | | |
| 624 10 | | A:  Yes. | | | |
| 624 11 | | Q:  If anyone stood up in court | | | |
| 624 12 | | and said that Xarelto was not critical to | | | |
| 624 13 | | Johnson & Johnson's pipeline, that would | | | |
| 624 14 | | not be accurate, correct? | | | |
| 624 15 | | MR. COVEY:  Object to form. | | | |
| 624 16 | | You can answer that | | | |
| 624 17 | | question. | | | |
| 624 18 | | THE WITNESS:  It was one of | | | |
| 624 19 | | several products coming at the | | | |
| 624 20 | | time that was critical.  But, yes, | | | |
| 624 21 | | it was critical.  So your | | | |
| 624 22 | | statement is accurate. | | | |
| 627:10 - | 627:21 Geiger, Susan 2016-04-26.ctx | | 0:36 | | |
| 627 10 | | MR. WEINKOWITZ:  Let's mark | **Re: [627:10-627:21]** | Re: [627:10-627:21] | Pending |
| 627 11 | | as Geiger-39 -- | **Def Obj** MIL 2 - | Pltf Resp See PI | |
| 627 12 | | (Document marked for | Sustained, Relevance - | response to 15:12- | |
| 627 13 | | identification as Exhibit | Marketing, P | 15:24 above. | |
| 627 14 | | Geiger-39.) | | | |
| 627 15 | | MR. WEINKOWITZ:  -- a | | | |
| 627 16 | | document that has a Record Number | | | |
| 627 17 | | of 3043971. | | | |
| 627 18 | | BY MR. WEINKOWITZ: | | | |
| 627 19 | | Q:  And I'll represent to you | | | |
| 627 20 | | that this was a document that was located | | | |
| 627 21 | | in the custodial file. | | | |
| 628:7 - | 628:20 Geiger, Susan 2016-04-26.ctx | | 0:42 | | |
| 628 7 | | Q:  Okay.  I've also handed you, | **Re: [628:7-628:18]** | Re: [628:7-628:18] | Pending |
| 628 8 | | ma'am -- I don't have it in front of | **Def Obj** Incomplete | Pltf Resp See PI | |
| 628 9 | | me -- Geiger-40 -- | Designation, MIL 2 - | response to 15:12- | |
| 628 10 | | (Document marked for | Sustained, Relevance - | 15:24 above. | |
| 628 11 | | identification as Exhibit | Marketing, P | | |
| 628 12 | | Geiger-40.) | | | |
| 628 13 | | BY MR. WEINKOWITZ: | | | |
| 628 14 | | Q:  -- which is Document | | | |
| 628 15 | | 3043970.  And this is an e-mail that the | | | |
| 628 16 | | plan that I presented you that was Geiger | | | |
| 628 17 | | 30 (sic) was attached to in your file. | | | |
| 628 18 | | Do you see this is an e-mail dated | | | |
| 628 19 | | 7/29/2008 from Mr. Shah to you? | | | |
| 628 20 | | A:  Yes. | | | |
| 633:8 - | 634:13 Geiger, Susan 2016-04-26.ctx | | 1:30 | | |
| 633 8 | | Q:  All right.  Now, if we go to | **Re: [633:8-634:13]** | Re: [633:8-634:13] | Pending |
| 633 9 | | Page 4, at the very top paragraph. | **Def Obj** MIL 2 - | Pltf Resp See PI | |
| 633 10 | | A:  Mm-hmm.  Yes. | Sustained, Relevance - | response to 15:12- | |
| 633 11 | | Q:  The sentence that starts | Marketing, P, LF, PK | 15:24 above. Ms. | |
| 633 12 | | with "Due to."  Do you see that? | | Geiger received the | |

Overrule

21

04/20/17 22:58

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | business plan she is testifying about from her supervisor.  See 628:7-628:20. Ms. Geiger testifies based on the plan about how it was important for Xarelto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | |

633 13    A: Yes.
633 14    Q: That second sentence?
633 15    A: Okay.
633 16    Q: "Due to a strong
633 17    collaboration and timely strategic
633 18    decisions, Xarelto appreciates a first
633 19    market mover advantage as well as once
633 20    daily administration differentiation in
633 21    key indications."
633 22    Do you see that?
633 23    A: I do.
633 24    Q: And it says, "Appreciates a
634 1    first market mover advantage."
634 2    Do you understand that that
634 3    means that there is an advantage to
634 4    Xarelto getting to market first before
634 5    any of its competitors, including Pradaxa
634 6    and Eliquis?  There would be an advantage
634 7    to that?
634 8    A: Yes.  Brand-new class of
634 9    product and kind of drug, sure.
634 10    Q: Yep.  The first one out is
634 11    likely to be -- to have more success in
634 12    terms of prescriptions?
634 13    A: Initially, yes.

**634:14 - 634:16 Geiger, Susan 2016-04-26.ctx**    0:09
634 14    Q: Okay.
634 15    A: We didn't see that happen
634 16    with Pradaxa but --

**634:17 - 635:9 Geiger, Susan 2016-04-26.ctx**    0:51

| | | | Re: [634:17-635:9] Def Obj MIL 2 - Sustained, Relevance - Marketing, P, LF, PK | Re: [634:17-635:9] Pltf Resp See Pl response to 15:12- 15:24 above. Ms. Geiger received the business plan she is testifying about from her supervisor.  See 628:7-628:20. Ms. Geiger testifies based on the plan about how it was important for Xarelto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | Pending |

634 17    Q: Well -- right.  We're going
634 18    to get to that.
634 19    "Beyond the initial
634 20    orthopedic indication, the subsequent
634 21    indications have a very narrow order of
634 22    entry as compared to the competitive
634 23    agents, and each day of development is
634 24    critical."
635 1    Do you see that?
635 2    A: Yes.
635 3    Q: So that really is saying
635 4    that -- that it is very important for
635 5    Xarelto to get to the market first,
635 6    correct?
635 7    A: It looks like there's going
635 8    to be a lot of people in the field.
635 9    That's what I read from it.

**635:10 - 635:20 Geiger, Susan 2016-04-26.ctx**    0:33
635 10    Q: Right.
635 11    A: There's a lot of people
635 12    coming, a lot of indications.
635 13    Q: So there's a lot of --
635 14    there's -- so -- just so I understood
635 15    what you said.  You said there's a lot of
635 16    people in the field and there's a lot of
635 17    indications, meaning that there will be a
635 18    lot of competitors in the anticoagulant
635 19    market, correct?
635 20    A: Yes, sure.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

635:21 -    636:17 Geiger, Susan 2016-04-26.ctx                    1:03

| | | | |
|---|---|---|---|
| 635 21 | Q: That includes Pradaxa and | **Re: [635:21-636:17]** | Re: [635:21-636:17]   Pending |
| 635 22 | Eliquis, right? | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 635 23 | A: Sure. | Sustained, Relevance - | response to 15:12- |
| 635 24 | Q: And it's important in | Marketing, Omnibus MIL | 15:24 above. Ms. |
| 636 1 | terms -- from a commercial standpoint, | 1 - Sustained, Relevance - | Geiger received the |
| 636 2 | because this is a commercial plan, for | Profit, P, LF, PK | business plan she is |
| 636 3 | Xarelto to get into the market first, | | testifying about from |
| 636 4 | right? | | her supervisor.   See |
| 636 5 | A: Yes.  I mean, that's | | 628:7-628:20.  Ms. |
| 636 6 | reasonable to be -- | | Geiger testifies |
| 636 7 | Q: Okay.  And if you -- you go | | based on the plan |
| 636 8 | to the -- the one, two -- third paragraph | | about how it was |
| 636 9 | down.  It starts with "We anticipate." | | important for |
| 636 10 | Do you see that? | | Xarleto to be first to |
| 636 11 | A: Okay.  Yep. | | market. Again the |
| 636 12 | Q: "We anticipate that this | | testimony is relevant |
| 636 13 | valuable asset generates well in excess | | to motive, and |
| 636 14 | of $2 billion in peak year sales in | | credibility for why |
| 636 15 | 2023. | | the company failed |
| 636 16 | Do you see that? | | to warn about the |
| 636 17 | A: Yes. | | usefulness of a PT |
| | | | test.  Further the |
| | | | testimony is not |
| | | | regarding profits |
| | | | from Xarelto, or the |
| | | | companies™ overall |
| | | | value, revenues, or |
| | | | market share. |

*Handwritten: Obj Sustained 403*

637:14 -    639:3 Geiger, Susan 2016-04-26.ctx                    1:54

| | | | |
|---|---|---|---|
| 637 14 | Do you see the last sentence | **Re: [637:14-639:3]** | Re: [637:14-639:3]   Pending |
| 637 15 | of the first non-full paragraph? | **Def Obj** Incomplete | Pltf Resp See Pl |
| 637 16 | A: "It is critical?"  Or the | Designation, MIL 2 - | response to 15:12- |
| 637 17 | second one -- | Sustained, Relevance - | 15:24 above. Ms. |
| 637 18 | Q: Yeah, it starts with the | Marketing, Omnibus MIL | Geiger received the |
| 637 19 | word "finally." | 1 - Sustained, Relevance - | business plan she is |
| 637 20 | A: Okay.  Second to last, got | Profit, P, LF, PK | testifying about from |
| 637 21 | it. | | her supervisor.   See |
| 637 22 | Q: "Finally and perhaps most | | 628:7-628:20.  Ms. |
| 637 23 | importantly to maintain" -- | | Geiger testifies |
| 637 24 | MR. WEINKOWITZ:  And | | based on the plan |
| 638 1 | underline this in red. | | about how it was |
| 638 2 | BY MR. WEINKOWITZ: | | important for |
| 638 3 | Q: -- "current financial | | Xarelto to be first to |
| 638 4 | projections, Xarelto must be best in | | market. Again the |
| 638 5 | class, anywhere possible" -- | | testimony is relevant |
| 638 6 | MR. WEINKOWITZ:  And | | to motive, and |
| 638 7 | underline this in red, please. | | credibility for why |
| 638 8 | BY MR. WEINKOWITZ: | | the company failed |
| 638 9 | Q: -- "first to market in | | to warn about the |
| 638 10 | future indications.  It is" -- | | usefulness of a PT |
| 638 11 | MR. WEINKOWITZ:  And | | test.  Further the |
| 638 12 | underline the next word. | | testimony is not |
| 638 13 | BY MR. WEINKOWITZ: | | regarding profits |
| 638 14 | Q: -- "critical that we stay | | from Xarelto, or the |
| 638 15 | ahead of the competition across all | | companies™ overall |
| 638 16 | indications for market leadership to be | | value, revenues, or |
| 638 17 | achieved initially and maintained | | market share. |
| 638 18 | throughout the life of the brand." | | |

*Handwritten: Overruled*

| | Objections In | Responses In | Rulings |
|---|---|---|---|

638 19   Did I read that all
638 20   correctly?
638 21   A: It appears you did.
638 22   Q: Okay. And so did you
638 23   understand, when you reviewed this, that
638 24   it was absolutely critical for Xarelto
639 1    not only to get to market first, but to
639 2    stay ahead of its competitors in order to
639 3    meet the financial projections of

639:6  -  639:15 Geiger, Susan 2016-04-26.ctx          0:30

639 6    A: As you -- as you read it to
639 7    me here, that appears to be the -- the
639 8    key point there.
639 9    This appears to have been
639 10   one of many things I received, so I don't
639 11   know how greatly I internalized this
639 12   particular paragraph. But I knew it was
639 13   an important product. We, you know, had
639 14   potential to be first to -- to market.
639 15   So that all seems logical and reasonable.

**Re: [639:6-639:15]**
**Def Obj** Incomplete
Designation, MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance -
Profit, P, LF, PK

Re: [639:6-639:15]
Pltf Resp See Pl
response to 15:12-
15:24 above. Ms.
Geiger received the
business plan she is
testifying about from
her supervisor.  See
628:7-628:20. Ms.
Geiger testifies
based on the plan
about how it was
important for
Xarelto to be first to
market. Again the
testimony is relevant
to motive, and
credibility for why
the company failed
to warn about the
usefulness of a PT
test. Further the
testimony is not
regarding profits
from Xarelto, or the
companies™ overall
value, revenues, or
market share.

Pending

644:3  -  644:12 Geiger, Susan 2016-04-26.ctx          0:30

644 3    Q: All right. This is a set of
644 4    slides, titled on the first page "Xarelto
644 5    2010 strategic brand summary." It's
644 6    dated April 26, 2010.
644 7    Do you see that?
644 8    A: Yep.
644 9    Q: And it's an internal
644 10   document, correct?
644 11   A: Yes. This would have been
644 12   internal.

645:23  -  646:10 Geiger, Susan 2016-04-26.ctx        0:36

645 23   Q: But all of those internal
645 24   documents, they contain the thought
646 1    processes of the company employees as
646 2    captured on a piece of paper, correct?
646 3    A: Yes. They're not subject to
646 4    some of the other stipulations of things
646 5    that leave the building.
646 6    Q: Right. So they're your free
646 7    thought process of what's going on in
646 8    your head at that moment in time as
646 9    captured on a piece of paper, correct?
646 10   A: That seems reasonable.

**Re: [645:23-646:10]**
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Omnibus MIL
1 - Sustained, Relevance -
Profit, P, LF, PK

Re: [645:23-646:10]
Pltf Resp See Pl
response to 15:12-
15:24 above. Ms.
Geiger received the
business plan she is
testifying about from
her supervisor.  See
628:7-628:20. Ms.
Geiger testifies
based on the plan
about how it was

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | important for Xarleto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | |

| 649:24 -   650:4  Geiger, Susan 2016-04-26.ctx | 0:15 | | |
|---|---|---|---|

| 649 | 24 | Q:  Next bullet point, |
| 650 | 1 | "Competition and battle for market share |
| 650 | 2 | will be fierce and intense." |
| 650 | 3 | Correct? |
| 650 | 4 | A:  Yes. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Re: [649:24-650:4]** **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, P | Re: [649:24-650:4] Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger received the business plan she is testifying about from her supervisor.   See 628:7-628:20.  Ms. Geiger testifies based on the plan about how it was important for Xarleto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | Pending |

| 651:10 -   651:15 Geiger, Susan 2016-04-26.ctx | 0:18 | | |
|---|---|---|---|

| 651 | 10 | Q:  Okay.  And the next big |
| 651 | 11 | bullet point, "Xarelto has lost |
| 651 | 12 | first-to-market among novel orals to |
| 651 | 13 | Pradaxa (dabigatran.)" |
| 651 | 14 | Do you see that? |
| 651 | 15 | A:  Yes. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Re: [651:10-651:15]** **Def Obj** MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, Relevance - | Re: [651:10-651:15] Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger received the business plan she is | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | RECORD/RECORD 4/DVT/PE, P | testifying about from her supervisor.  See 628:7-628:20. Ms. Geiger testifies based on the plan about how it was important for Xarelto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | |

652:5  -   653:11 Geiger, Susan 2016-04-26.ctx                    1:33

| | | | |
|---|---|---|---|
| 652  5 | Q: Now, it says, "Xarelto and | **Re: [652:5-653:11]** | Re: [652:5-653:11]     Pending |
| 652  6 | apixaban in close race to be first oral | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 652  7 | Factor Xa inhibitor with Xarelto | Sustained, Relevance - | response to 15:12- |
| 652  8 | projected to be six months ahead." | Marketing, Omnibus MIL | 15:24 above. Ms. |
| 652  9 | Do you see that? | 1 - Sustained, Relevance | Geiger received the |
| 652 10 | A: Yes. | Profit, Relevance - | business plan she is |
| 652 11 | Q: All right.  So what that's | RECORD/RECORD | testifying about from |
| 652 12 | saying is, is you're -- you're looking | 4/DVT/PE, P | her supervisor.  See |
| 652 13 | ahead and you think, Xarelto thinks its | | 628:7-628:20. Ms. |
| 652 14 | gate is going to open before Eliquis and | | Geiger testifies |
| 652 15 | it's going to get out first, right, on | | based on the plan |
| 652 16 | the race? | | about how it was |
| 652 17 | A: Mm-hmm.  Yes.  Yes. | | important for |
| 652 18 | Q: Okay.  And it says, "Delay | | Xarelto to be first to |
| 652 19 | in ORS has negatively impacted access | | market. Again the |
| 652 20 | levels at launch for future indications." | | testimony is relevant |
| 652 21 | So that is -- and I think | | to motive, and |
| 652 22 | you talked a little bit about this | | credibility for why |
| 652 23 | yesterday.  That was the delay in the | | the company failed |
| 652 24 | ortho -- the launch -- the orthopedic -- | | to warn about the |
| 653  1 | strike that. | | usefulness of a PT |
| 653  2 | That is a reference to the | | test.  Further the |
| 653  3 | delay in Xarelto -- Xarelto's indication | | testimony is not |
| 653  4 | in the orthopedic surgery arena, correct? | | regarding profits |
| 653  5 | A: Yes. | | from Xarelto, or the |
| 653  6 | Q: And that delay was due in | | companies™ overall |
| 653  7 | part to the problems with the RECORD | | value, revenues, or |
| 653  8 | trial, correct? | | market share. |
| 653  9 | A: Yeah.  That's what you guys | | |
| 653 10 | shared with me yesterday and what I | | |
| 653 11 | recall. | | |

654:22  -   657:15 Geiger, Susan 2016-04-26.ctx                  3:18

| | | | |
|---|---|---|---|
| 654 22 | Q: Right.  Okay. | **Re: [654:22-657:15]** | Re: [654:22-657:15]     Pending |
| 654 23 | (Document marked for | **Def Obj** MIL 2 - | Pltf Resp See Pl |
| 654 24 | identification as Exhibit | Sustained, Relevance - | response to 15:12- |
| 655  1 | Geiger-43.) | Marketing, Omnibus MIL | 15:24 above. Ms. |
| 655  2 | MR. WEINKOWITZ: We are now | 1 - Sustained, Relevance | Geiger received the |
| 655  3 | marking as Geiger-43, Document | Profit, Relevance - | business plan she is |
| 655  4 | 3058417 -- | RECORD/RECORD | testifying about from |

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|
|  |  | 4/DVT/PE, P, PK, LF | | |

| | | |
|---|---|---|
| 655 | 5 | BY MR. WEINKOWITZ: |
| 655 | 6 | Q: -- which is, I'll represent |
| 655 | 7 | to you, a PowerPoint slide that was |
| 655 | 8 | located in your custodial file. |
| 655 | 9 | And I tagged the page I'm |
| 655 | 10 | going to go through, so you are free to |
| 655 | 11 | flip through and let me know when you are |
| 655 | 12 | ready to talk about the page. |
| 655 | 13 | Are you good to go? |
| 655 | 14 | A: I was waiting for you to |
| 655 | 15 | give me my next instructions. |
| 655 | 16 | Q: No, no. Just take a look |
| 655 | 17 | through. |
| 655 | 18 | Okay. This is a PowerPoint |
| 655 | 19 | slide entitled, on the first page, |
| 655 | 20 | "Xarelto (rivaroxaban) Forecast |
| 655 | 21 | Overview." It's dated October 2, 2008. |
| 655 | 22 | A: Okay. |
| 655 | 23 | Q: The next page. |
| 655 | 24 | And this is a file that was |
| 656 | 1 | located in your custodial file. Would |
| 656 | 2 | you have either reviewed or contributed |
| 656 | 3 | to this PowerPoint slide in the normal |
| 656 | 4 | course of your business at Janssen? |
| 656 | 5 | A: Not necessarily. Given the |
| 656 | 6 | date and the topic, this would have been |
| 656 | 7 | squarely either adopted or done -- |
| 656 | 8 | adopted from Scios or something that |
| 656 | 9 | Nauman was in charge of. So October 2nd, |
| 656 | 10 | I was so new, I -- I wouldn't have |
| 656 | 11 | been -- I may have reviewed it or had |
| 656 | 12 | exposure to it, but I wouldn't have |
| 656 | 13 | contributed to it. |
| 656 | 14 | Q: Okay. So you -- so if it |
| 656 | 15 | was in your file, you would have likely |
| 656 | 16 | reviewed or read it, but you would not |
| 656 | 17 | have actually contributed to it? |
| 656 | 18 | A: Yeah, I might have scanned |
| 656 | 19 | through it. Like I said before, |
| 656 | 20 | sometimes I save files that I've scanned |
| 656 | 21 | or read through. It's hard to discern |
| 656 | 22 | how much... |
| 656 | 23 | Q: Got it. Okay. If we could |
| 656 | 24 | look at Page 21. |
| 657 | 1 | A: Okay. |
| 657 | 2 | Q: Or Slide 21. It looks like |
| 657 | 3 | this. |
| 657 | 4 | A: Got it. |
| 657 | 5 | Q: Sorry. It -- it has |
| 657 | 6 | anticipated competitive U.S. launch |
| 657 | 7 | dates, first-to-market indication listed |
| 657 | 8 | in red. |
| 657 | 9 | Do you see that? |
| 657 | 10 | A: Yes. |
| 657 | 11 | Q: And it has a timeline on |
| 657 | 12 | there. And the timeline has Xarelto, |
| 657 | 13 | Pradaxa, and apixaban, which became -- |
| 657 | 14 | which is Eliquis, correct? |
| 657 | 15 | A: Yes. |

Responses In (right column):
her supervisor.   See
628:7-628:20.  Ms.
Geiger testifies
based on the plan
about how it was
important for
Xarelto to be first to
market. Again the
testimony is relevant
to motive, and
credibility for why
the company failed
to warn about the
usefulness of a PT
test.  Further the
testimony is not
regarding profits
from Xarelto, or the
companies™ overall
value, revenues, or
market share.

| | | |
|---|---|---|
| 658:23 - | | 660:6  Geiger, Susan 2016-04-26.ctx |
| 658 | 23 | Q: So this is a slide that was |
| 658 | 24 | found in your file. It's Slide |

1:36

Re: [658:23-660:6]
Def Obj MIL 2 -

Re: [658:23-660:6]
Pltf Resp See Pl

Pending

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 659 | 1 | Number 21, and what I'm going to read | Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, Relevance - RECORD/RECORD 4/DVT/PE, P, PK, LF | response to 15:12-15:24 above. Ms. Geiger received the business plan she is testifying about from her supervisor.   See 628:7-628:20. Ms. Geiger testifies based on the plan about how it was important for Xarelto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. |
| 659 | 2 | from are the notes to the slide.  Okay? | | |
| 659 | 3 | A: Okay. | | |
| 659 | 4 | Q: It says, "This is a standing | | |
| 659 | 5 | slide for most of our presentation, which | | |
| 659 | 6 | is becoming more enjoyable each time that | | |
| 659 | 7 | we create it.  The reason for that is the | | |
| 659 | 8 | gap between the magenta and red and blue | | |
| 659 | 9 | diamonds is becoming larger." | | |
| 659 | 10 | Next paragraph. | | |
| 659 | 11 | "Specifically, Xarelto could enjoy a | | |
| 659 | 12 | two-year, one- to two-year lead on our | | |
| 659 | 13 | competitors depending on a few things." | | |
| 659 | 14 | Do you see that? | | |
| 659 | 15 | A: I do. | | |
| 659 | 16 | Q: And it says, "Successful | | |
| 659 | 17 | RECORD4 data." | | |
| 659 | 18 | Do you see that? | | |
| 659 | 19 | A: I do.  I see that. | | |
| 659 | 20 | Q: Okay.  And we know, and you | | |
| 659 | 21 | talked to Ms. Kraft yesterday about the | | |
| 659 | 22 | delays in the RECORD4 data because of the | | |
| 659 | 23 | problems that -- the FDA finding that | | |
| 659 | 24 | RECORD4 was unreliable, correct? | | |
| 660 | 1 | A: Yeah.  That's what you | | |
| 660 | 2 | shared yesterday, right. | | |
| 660 | 3 | Q: And that delayed Xarelto | | |
| 660 | 4 | getting on the market before it had | | |
| 660 | 5 | anticipated, correct? | | |
| 660 | 6 | A: Yes. | | |

| | | | | |
|---|---|---|---|---|
| 660:12 - | 661:11 Geiger, Susan 2016-04-26.ctx | 1:12 | | |
| 660 | 12 | Q: And it says, "Priority | Re: [660:12-661:11] Def Obj MIL 2 - Sustained, Relevance - Marketing, Omnibus MIL 1 - Sustained, Relevance Profit, Relevance - RECORD/RECORD 4/DVT/PE, P, PK, LF | Re: [660:12-661:11] Pltf Resp See Pl response to 15:12-15:24 above. Ms. Geiger received the business plan she is testifying about from her supervisor.   See 628:7-628:20. Ms. Geiger testifies based on the plan about how it was important for Xarelto to be first to market. Again the testimony is relevant to motive, and credibility for why the company failed to warn about the usefulness of a PT test.  Further the testimony is not regarding profits from Xarelto, or the companies™ overall value, revenues, or market share. | Pending |
| 660 | 13 | review." | | |
| 660 | 14 | Do you see that? | | |
| 660 | 15 | A: I do. | | |
| 660 | 16 | Q: Now, one of the things that | | |
| 660 | 17 | you all did in order to get Xarelto's | | |
| 660 | 18 | gate open and Xarelto on that track | | |
| 660 | 19 | competing first, was you filed for what's | | |
| 660 | 20 | called priority review, correct? | | |
| 660 | 21 | A: Yeah.  Our R&D folks would | | |
| 660 | 22 | have been in charge of that. | | |
| 660 | 23 | Q: Okay.  But you were -- you | | |
| 660 | 24 | were aware of that at the time, correct? | | |
| 661 | 1 | A: Yeah.  Nauman shared with me | | |
| 661 | 2 | all the updates. | | |
| 661 | 3 | Q: And it was important for you | | |
| 661 | 4 | to be aware of that, because you needed | | |
| 661 | 5 | to be aware of when Xarelto was going to | | |
| 661 | 6 | launch, because you had responsibilities | | |
| 661 | 7 | to meet certain deadlines before the | | |
| 661 | 8 | launch, correct? | | |
| 661 | 9 | A: It was important to know, | | |
| 661 | 10 | yeah, multiple options for when it could | | |
| 661 | 11 | be approved. | | |

04/20/17 22:58

| | Objections In | Responses In | Rulings |
|---|---|---|---|

662:13 -   664:7   Geiger, Susan 2016-04-26.ctx     2:09

| | | | |
|---|---|---|---|
| 662 13   Q: And -- and you knew that | Re: [662:13-664:7] | Re: [662:13-664:7]      Pending | |
| 662 14   your company filed for priority review | Def Obj MIL 2 - | Pltf Resp See Pl | |
| 662 15   for Xarelto? | Sustained, Relevance - | response to 15:12- | |
| 662 16   A: Yeah, I had heard that. | Marketing, Omnibus MIL | 15:24 above. Ms. | |
| 662 17   Q: Okay.  And you were | 1 - Sustained, Relevance | Geiger received the | |
| 662 18   maintaining and tracking when -- when and | Profit, Relevance - | business plan she is | |
| 662 19   whether priority review would be granted | RECORD/RECORD | testifying about from | |
| 662 20   versus standard review? | 4/DVT/PE, P, PK, LF | her supervisor.   See | |
| 662 21   A: Yeah.  The R&D folks were | | 628:7-628:20. Ms. | |
| 662 22   the experts there.  So they would just | | Geiger testifies | |
| 662 23   give us dates that we may anticipate. | | based on the plan | |
| 662 24   Q: And you have no idea, based | | about how it was | |
| 663  1   on all that experience in the | | important for | |
| 663  2   pharmaceutical field, that priority | | Xarelto to be first to | |
| 663  3   review is for new drugs that are | | market. Again the | |
| 663  4   effective therapies where none exist and | | testimony is relevant | |
| 663  5   provide a significant improvement over | | to motive, and | |
| 663  6   other drugs? | | credibility for why | |
| 663  7   A: I hadn't had that detail | | the company failed | |
| 663  8   before, but... | | to warn about the | |
| 663  9   Q: Does that surprise you? | | usefulness of a PT | |
| 663 10   A: No.  It sounds like a good | | test.  Further the | |
| 663 11   reason to have a priority review. | | testimony is not | |
| 663 12   Q: And do you know that | | regarding profits | |
| 663 13   priority review is not intended for one | | from Xarelto, or the | |
| 663 14   competitor to catch up for another | | companies™ overall | |
| 663 15   competitor, like Pradaxa, that's out on | | value, revenues, or | |
| 663 16   the market first? | | market share. | |
| 663 17   A: I didn't know that, but what | | | |
| 663 18   you read doesn't say anything about that, | | | |
| 663 19   so... | | | |
| 663 20   Q: Does it make sense? | | | |
| 663 21   A: Sure. | | | |
| 663 22   Q: That priority -- that FDA | | | |
| 663 23   doesn't have priority review to allow | | | |
| 663 24   drug companies to compete in order to | | | |
| 664  1   make more dollars? | | | |
| 664  2   A: Right. | | | |
| 664  3   Q: And do you know that | | | |
| 664  4   priority review was denied? | | | |
| 664  5   A: I found that out at some | | | |
| 664  6   point, because we didn't launch on the | | | |
| 664  7   priority review date. | | | |

777:3  -   778:16   Geiger, Susan 2016-04-26.ctx     1:54

| | | | |
|---|---|---|---|
| 777  3   Q: Okay.  Now, back in 2009, I | Re: [777:3-778:16] | Re: [777:3-778:16]      Pending | |
| 777  4   think there were -- do you recall your | Def Obj MIL 2 - | Pltf Resp See Pl | |
| 777  5   PowerPoint slide, your slides where you | Sustained, Relevance - | response to 15:12- | |
| 777  6   said J&J's management was watching the | Marketing, Omnibus MIL | 15:24 above. The | |
| 777  7   Xarelto launch, something like that? | 1 - Sustained, Relevance | documents that Ms. | |
| 777  8   If you go to Slide 14 of | Profit, P | Geiger is testifying | |
| 777  9   Exhibit Geiger-2, under "Background." | | about was written by | |
| 777 10   A: Yes.  The exact, you know, | | her and is a business | |
| 777 11   verbatim is what I'm glancing for.  But, | | record and a party | |
| 777 12   yes, in general, senior management is | | admission. | |
| 777 13   watching. | | | |
| 777 14   Q: "J&J senior leadership is | | | |
| 777 15   watching this product launch closely," | | | |
| 777 16   correct? | | | |
| 777 17   A: Yes. | | | |
| 777 18   Q: And at the time that you | | | |
| 777 19   were working on Xarelto, you knew that | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 777 20 | not only was Johnson & Johnson senior | | | |
| 777 21 | leadership watching the launch of | | | |
| 777 22 | Xarelto, but financial analysts in the | | | |
| 777 23 | market were watching to see how the | | | |
| 777 24 | launch was going to go and how Xarelto | | | |
| 778  1 | was going to be introduced to the market, | | | |
| 778  2 | right? | | | |
| 778  3 | A: I'm sure that was part of | | | |
| 778  4 | it.  J&J is monitored closely by the | | | |
| 778  5 | financial, so I wouldn't be surprised. | | | |
| 778  6 | Q:  And you were personally | | | |
| 778  7 | aware of that, correct? | | | |
| 778  8 | A: Was I personally aware? | | | |
| 778  9 | Yeah.  J&J is always in the financial | | | |
| 778 10 | community, anything they do.  So, yeah, | | | |
| 778 11 | it's intuitive. | | | |
| 778 12 | Q:  And J&J is watched by | | | |
| 778 13 | analysts in the financial community | | | |
| 778 14 | because it's a publicly traded company, | | | |
| 778 15 | correct? | | | |
| 778 16 | A: Yes. | | | |

**778:21 -   778:24 Geiger, Susan 2016-04-26.ctx**          0:12

| | | | | |
|---|---|---|---|---|
| 778 21 | Q:  And I'm going to hand you | **Re: [778:21-778:24]** | Re: [778:21-778:24] | Pending |
| 778 22 | what's marked as Geiger-58.  For the | **Def Obj** MIL 2 - | response to 15:12- | |
| 778 23 | record, it's Document 3045666. | Sustained, Relevance - | 15:24 above. The | |
| 778 24 | A: Okay. | Marketing, Omnibus MIL | documents that Ms. | |
| | | 1 - Sustained, Relevance | Geiger is testifying | |
| | | Profit, P | about was written by | |
| | | | her and is a business | |
| | | | record and a party | |
| | | | admission. | |

**779:6  -   779:10 Geiger, Susan 2016-04-26.ctx**          0:15

| | | | | |
|---|---|---|---|---|
| 779  6 | Q: I've handed you an e-mail | **Re: [779:6-779:10]** | Re: [779:6-779:10] | Pending |
| 779  7 | chain in which it would appear it's dated | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 779  8 | August 8, 2009. | Sustained, Relevance - | response to 15:12- | |
| 779  9 | Do you see that? | Marketing, Omnibus MIL | 15:24 above. The | |
| 779 10 | A: Yes. | 1 - Sustained, Relevance | documents that Ms. | |
| | | Profit, P | Geiger is testifying | |
| | | | about was written by | |
| | | | her and is a business | |
| | | | record and a party | |
| | | | admission. | |

Overruled Goes to motive credibility etc.

401

**779:19 -   782:21 Geiger, Susan 2016-04-26.ctx**          3:45

| | | | | |
|---|---|---|---|---|
| 779 19 | Q:  Okay.  And if you go to the | **Re: [779:19-782:21]** | Re: [779:19-782:21] | Pending |
| 779 20 | first e-mail -- it sort of starts on the | **Def Obj** MIL 2 - | Pltf Resp See Pl | |
| 779 21 | bottom of the first page. | Sustained, Relevance - | response to 15:12- | |
| 779 22 | Do you see that? | Marketing, Omnibus MIL | 15:24 above. The | |
| 779 23 | A: I do. | 1 - Sustained, Relevance | documents that Ms. | |
| 779 24 | Q:  And who is Michael | Profit, P | Geiger is testifying | |
| 780  1 | Weingarten? | | about was written by | |
| 780  2 | A: Michael Weingarten was one | | her and is a business | |
| 780  3 | of our field-based leaders who was in | | record and a party | |
| 780  4 | charge of account directors, who called | | admission. | |
| 780  5 | on payers and hospitals and so forth, | | | |
| 780  6 | called the strategic business group at | | | |
| 780  7 | the time. | | | |
| 780  8 | Q:  And it is an e-mail from him | | | |

04/20/17 22:58

| | Objections In | Responses In | Rulings |
|---|---|---|---|

780  9   to Ken Washburn?  Who is Ken Washburn?
780 10   A:  Actually, it's from Ken
780 11   Washburn --
780 12   Q:  I'm sorry.  Yeah.
780 13   A:  -- to Michael Weingarten.  I
780 14   believe that Ken Washburn was Michael's
780 15   boss at the time.
780 16   Q:  You're looking at this.  I'm
780 17   looking at the wrong e-mail.  You're
780 18   looking at the right e-mail.
780 19   Okay.  So Ken was Michael's
780 20   boss at the time.  And the subject of the
780 21   e-mail that was sent on August 28, 2009,
780 22   was "Pradaxa may have major implications
780 23   for Xarelto."
780 24   Do you see that?
781  1   A:  Yes.  It looks like a news
781  2   release of some sort.
781  3   Q:  And he's copied a news
781  4   release into the e-mail, and it's dated
781  5   August 27th of 2009.
781  6   Do you see that?
781  7   A:  Yes.
781  8   Q:  And it's from a reporter or
781  9   a financial analyst by the name of Anna
781 10   Bratulic.
781 11   Do you see that?
781 12   A:  Yep.
781 13   Q:  "Analysts say studies on
781 14   Boehringer Ingelheim's Pradaxa may have
781 15   major implications on Xarelto:  Report."
781 16   Do you see that?
781 17   A:  Yes.
781 18   Q:  First paragraph of the news
781 19   release says, "According to Wells Fargo
781 20   securities analyst Larry Biegelsen, a
781 21   study of Boehringer Ingelheim's Pradaxa,
781 22   dabigatran etexilate, in patients with
781 23   atrial fibrillation, which is to be
781 24   presented at a conference later this
782  1   month, may have major implications for
782  2   Bayer and Johnson & Johnson's
782  3   anticoagulant, Xarelto/rivaroxaban,
782  4   Bloomberg reported."
782  5   Did I read that correctly?
782  6   A:  Yes.  It appears you did.
782  7   Q:  Okay.  So it appears that
782  8   what's being reported here is that
782  9   Pradaxa is releasing some results, and
782 10   this financial analyst is saying that
782 11   those results will have -- may have an
782 12   impact or major implications on Johnson &
782 13   Johnson, who you work for, and Bayer,
782 14   correct?
782 15   A:  Yes.
782 16   Q:  Okay.  "Shares in Bayer fell
782 17   as much as 4.1 percent Thursday on
782 18   speculation that Boehringer Ingelheim's
782 19   drug may get positive reviews."
782 20   Do you see that?
782 21   A:  Yes.

Overruled

401, 901(2)(1)
602

This would
ordinarily
be hearsay
but not used
for truth of
article but
to show
motive of sender
of e-mail &
received into evidence
801(c)

| | | Objections In Re: [784:8-787:24] | Responses In Re: [784:8-787:24] | Rulings |
|---|---|---|---|---|
| 784 | 8 | Q: Okay. So would it be fair | **Def Obj** MIL 2 - | Pltf Resp See Pl | Pending |
| 784 | 9 | to say that when you received this | Sustained, Relevance - | response to 15:12- | |
| 784 | 10 | e-mail – first of all, did you receive | Marketing, Omnibus MIL | 15:24 above. The | |
| 784 | 11 | this e-mail in the regular course of your | 1 - Sustained, Relevance | documents that Ms. | |
| 784 | 12 | business? | Profit, P | Geiger is testifying | |
| 784 | 13 | A: I'm sure I did, yeah. | | about was written by | |
| 784 | 14 | Q: And you actually -- the next | | her and is a business | |
| 784 | 15 | line up, next e-mail up, you responded, | | record and a party | |
| 784 | 16 | correct? | | admission. | |
| 784 | 17 | A: Yes. I responded. | | | |
| 784 | 18 | Q: You say, "Hi, guys. You | | | |
| 784 | 19 | both have more current insights. At | | | |
| 784 | 20 | first view, my response would be related | | | |
| 784 | 21 | to timing of study results, that this | | | |
| 784 | 22 | analyst is responding to the fact that | | | |
| 784 | 23 | they are presenting Afib data before us; | | | |
| 784 | 24 | therefore, could get a head start on FDA | | | |
| 785 | 1 | submissions, etc. Do we have most recent | | | |
| 785 | 2 | estimates for later indications?" | | | |
| 785 | 3 | Do you see that? | | | |
| 785 | 4 | A: Yes, I do. | | | |
| 785 | 5 | Q: So basically you're saying, | | | |
| 785 | 6 | "What's going on here is that the analyst | | | |
| 785 | 7 | is responding that the major implications | | | |
| 785 | 8 | on your company and on Bayer is the fact | | | |
| 785 | 9 | that Pradaxa is basically releasing data | | | |
| 785 | 10 | and may get to market before you," | | | |
| 785 | 11 | correct? | | | |
| 785 | 12 | A: Yeah, I'm interpreting some | | | |
| 785 | 13 | sort of a press release and trying to | | | |
| 785 | 14 | figure out -- interpret what exactly they | | | |
| 785 | 15 | are saying. The field people would be | | | |
| 785 | 16 | asking about it. | | | |
| 785 | 17 | Q: Okay. And in that press | | | |
| 785 | 18 | release, one of the major implications | | | |
| 785 | 19 | that it's talking about is Bayer -- Bayer | | | |
| 785 | 20 | shares falling as much as 4.1 percent on | | | |
| 785 | 21 | speculation that Boehringer Ingelheim's | | | |
| 785 | 22 | drug may get positive reviews. That | | | |
| 785 | 23 | would be Pradaxa, right? | | | |
| 785 | 24 | A: Yes. My focus wasn't on | | | |
| 786 | 1 | Bayer stock. It was more on "What are | | | |
| 786 | 2 | they asking here?" | | | |
| 786 | 3 | Q: Okay. You for -- you -- in | | | |
| 786 | 4 | your reply, you copy Mr. Shah, correct, | | | |
| 786 | 5 | your boss? | | | |
| 786 | 6 | A: Yes. | | | |
| 786 | 7 | Q: And he says to you, "It's a | | | |
| 786 | 8 | bit more complicated," right? | | | |
| 786 | 9 | A: Yep. | | | |
| 786 | 10 | Q: It says, "If we had | | | |
| 786 | 11 | launched, we would be in good shape." | | | |
| 786 | 12 | Do you see that? | | | |
| 786 | 13 | A: I do. I see it. | | | |
| 786 | 14 | Q: And, in fact, at this point | | | |
| 786 | 15 | in time, you had not launched, and the | | | |
| 786 | 16 | launch -- the launch of Xarelto was | | | |
| 786 | 17 | delayed because of problems with the | | | |
| 786 | 18 | RECORD4 trial, correct? | | | |
| 786 | 19 | A: Yes. He was referring to | | | |
| 786 | 20 | that indication. | | | |
| 786 | 21 | Q: Okay. "But since we | | | |
| 786 | 22 | haven't, people now wonder if they can | | | |

04/20/17 22:58

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

786 23    now take away superiority position from
786 24    us," correct?
787  1    A: That's what he wrote.
787  2    Q: All right. So what we have
787  3    in this e-mail is we have a financial
787  4    analyst talking about Pradaxa getting out
787  5    ahead of you guys and the fact that there
787  6    might be implications for Bayer's stock.
787  7    And it's a discussion between you, these
787  8    other folks, and Nauman Shah.
787  9    And he says, "If we had
787 10    launched, we would have been in good
787 11    shape," correct?
787 12    A: Yeah. The discussion, to
787 13    me, is -- or at least my aspect is more
787 14    about timing of our study, when it will
787 15    be available. But there is early on a
787 16    reference to Bayer and their stock.
787 17    Q: And so around this time, not
787 18    only was J&J -- not only was J&J's
787 19    leadership, not only did they have their
787 20    eye on the launch, but also a financial
787 21    analyst had an eye on when Xarelto would
787 22    launch versus Pradaxa, correct?
787 23    A: Yes. It seems as though
787 24    that was the case.

811:23 -   812:17 Geiger, Susan 2016-04-26.ctx      0:57

811 23    Pradaxa, when it was
811 24    approved, had a -- had the ability to
812  1    market itself as having superior efficacy
812  2    to warfarin, correct?
812  3    A: That's true.
812  4    Q: Eliquis, your other
812  5    competition, when it was approved, had
812  6    the ability to market itself as having a
812  7    superior efficacy to warfarin, correct?
812  8    A: That's correct.
812  9    Q: All right. So on the one
812 10    side, you have Pradaxa and Eliquis, who
812 11    can market themselves as being better
812 12    than warfarin in terms of reducing
812 13    stroke?
812 14    A: That's right.
812 15    Q: And on the other side, you
812 16    have Xarelto who cannot, right?
812 17    A: That's true.

**Objections In:** Re: [811:23-812:17]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, P

**Responses In:** Re: [811:23-812:17]
Pltf Resp See Pl
response to 15:12-
15:24 above. The
documents that Ms.
Geiger is testifying
about was written by
her and is a business
record and a party
admission.

**Rulings:** Pending

813:19 -   817:24 Geiger, Susan 2016-04-26.ctx      5:06

813 19    Q: Okay. And so you've got --
813 20    you've got two drugs, two of the new
813 21    drugs, two of the horses that are racing
813 22    around the track, they can say to the
813 23    public that they are superior to
813 24    warfarin. But Xarelto cannot, correct?
814  1    A: That's true.
814  2    Q: And so that -- I'm sorry.
814  3    A: As of today, right? Not if
814  4    we're going back in time. Today this is
814  5    all true, yes.
814  6    Q: As of today and also as of
814  7    the time that Eliquis first launched,
814  8    correct?

**Objections In:** Re: [813:19-817:24]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Plaintiffs'
Concession - OD Dosing,
Plaintiffs' Concession -
Routine Monitoring,
MTD Abandoned Claims -
Reserved, P

**Responses In:** Re: [813:19-817:24]
Pltf Resp See Pl
response to 15:12-
15:24 above and
46:23-47:18.

**Rulings:** Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

814  9    A: Yes, that's true.
814 10    Q: The entire time from the
814 11    moment that Pradaxa launched to Eliquis
814 12    launched till today, both of those drugs
814 13    can claim superiority to warfarin and
814 14    Xarelto could not, right?
814 15    A: That's correct.
814 16    Q: So in terms of racing on
814 17    that racetrack, they had that advantage,
814 18    correct?
814 19    A: Yes, that's what they could
814 20    claim.
814 21    Q: And you did not have that
814 22    advantage, correct?
814 23    A: We couldn't claim that.
814 24    Q: Right.  And Xarelto's
815  1    primary -- one of the differences, one of
815  2    the primary differences versus Eliquis
815  3    and Pradaxa was it was once a day, and
815  4    they were twice a day, correct?
815  5    A: That's correct.
815  6    Q: And that was one of your key
815  7    marketing messages that would enable you
815  8    to compete on that racetrack against both
815  9    Pradaxa and Eliquis, correct?
815 10    A: Yes.  But on that racetrack
815 11    is also warfarin.
815 12    Q: Right.  Right.
815 13    A: Yes.
815 14    Q: But versus Pradaxa and
815 15    Eliquis, once-daily dosing, once-a-day
815 16    dosing was a very important message, was
815 17    a very important quality of the drug that
815 18    enabled you to compete on that racetrack
815 19    with Eliquis and with Pradaxa, correct?
815 20    A: Yeah.  It's an important
815 21    fact.  Important to patients and
815 22    physicians.
815 23    Q: And that was an important
815 24    fact -- and the fact that -- strike that.
816  1    Both Pradaxa and Eliquis,
816  2    they have similar -- they have no blood
816  3    monitoring, correct?  When you take
816  4    Pradaxa and you take Eliquis, you don't
816  5    have to go and get routine blood testing,
816  6    correct?
816  7    A: It's not required.
816  8    Q: And so, similarly, with
816  9    Xarelto, there's no blood monitoring,
816 10    correct?
816 11    A: That's correct.
816 12    Q: All right.  So you've got
816 13    two drugs, Pradaxa and Eliquis, that have
816 14    superiority to warfarin, and Xarelto that
816 15    does not.
816 16    All three drugs have no
816 17    blood monitoring.
816 18    A: Right.
816 19    Q: So it sounds like once-a-day
816 20    dosing was really a key message that
816 21    allowed -- a key quality that allowed
816 22    Xarelto to compete on that track with
816 23    Pradaxa and Eliquis, correct?

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 816 | 24 | A: Yeah. There's multiple. |
| 817 | 1 | That's only two of multiple ways to |
| 817 | 2 | compare the drugs. But, yes, those two |
| 817 | 3 | that you chose are -- what you said was |
| 817 | 4 | factual. |
| 817 | 5 | Q: Well, the once-daily dosing, |
| 817 | 6 | that's really important? |
| 817 | 7 | A: That's one very important |
| 817 | 8 | piece, yes. |
| 817 | 9 | Q: And all three, you don't |
| 817 | 10 | need to eat -- there's no dietary |
| 817 | 11 | restrictions, right? There's no dietary |
| 817 | 12 | restrictions with Xarelto, there's no |
| 817 | 13 | dietary restrictions with Pradaxa, and |
| 817 | 14 | there's no dietary restrictions with |
| 817 | 15 | Eliquis, right? |
| 817 | 16 | A: Not in the label, no. |
| 817 | 17 | Q: Not in the label. So really |
| 817 | 18 | what it comes down to is, is one of |
| 817 | 19 | Xarelto's key advantages, when it's |
| 817 | 20 | racing around that track against Pradaxa |
| 817 | 21 | and Eliquis, is the once-daily dosing, |
| 817 | 22 | right? |
| 817 | 23 | A: That's an important feature, |
| 817 | 24 | yes. |

**866:11 - 866:12 Geiger, Susan 2016-04-26.ctx**   0:06

| 866 | 11 | Q: We're marking Geiger-66, |
| 866 | 12 | Document 1356534. |

Re: [866:11-866:12]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Plaintiffs'
Concession - OD Dosing,
Plaintiffs' Concession -
Routine Monitoring,
MTD Abandoned Claims
Reserved, P, PK

Re: [866:11-866:12]
Pltf Resp See Pl
response to 15:12-
15:24 above and
46:23-47:18.

Pending

**866:18 - 866:22 Geiger, Susan 2016-04-26.ctx**   0:15

| 866 | 18 | Q: Okay. This is an e-mail |
| 866 | 19 | that is dated 2/22/2012 from field |
| 866 | 20 | communications. And it says "NAPharma." |
| 866 | 21 | Do you see that? |
| 866 | 22 | A: I do. |

Re: [866:18-866:22]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Plaintiffs'
Concession - OD Dosing,
Plaintiffs' Concession -
Routine Monitoring,
MTD Abandoned Claims
Reserved, P, PK

Re: [866:18-866:22]
Pltf Resp See Pl
response to 15:12-
15:24 above and
46:23-47:18.

Pending

**867:19 - 868:14 Geiger, Susan 2016-04-26.ctx**   1:00

| 867 | 19 | Q: And this is -- would this |
| 867 | 20 | have been a document that you would have |
| 867 | 21 | received? Would you have been part of |
| 867 | 22 | that group? |
| 867 | 23 | A: You know, I don't know if as |
| 867 | 24 | a marketer we were included in the field |
| 868 | 1 | communications or not. It's possible. I |
| 868 | 2 | just don't know the distribution list. |
| 868 | 3 | Not all field communications, I don't |
| 868 | 4 | think that the marketing team was copied |
| 868 | 5 | on. |
| 868 | 6 | Q: Okay. So if this was in |
| 868 | 7 | your custodial file, would you have |

Re: [867:19-868:14]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Plaintiffs'
Concession - OD Dosing,
Plaintiffs' Concession -
Routine Monitoring,
MTD Abandoned Claims
Reserved, P, PK

Re: [867:19-868:14]
Pltf Resp See Pl
response to 15:12-
15:24 above and
46:23-47:18.

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 868 | 8 | received -- if it was -- I'm not sure |
| 868 | 9 | that it was -- would you have received |
| 868 | 10 | this in the normal course -- or reviewed |
| 868 | 11 | it in the normal course of business? |
| 868 | 12 | A: If it was on my PC, I would |
| 868 | 13 | have been a recipient of it in some way, |
| 868 | 14 | shape, or form. |

**869:13 -   873:23 Geiger, Susan 2016-04-26.ctx**          5:21

| 869 | 13 | Q: All right. She lists, |
| 869 | 14 | Number 1, "Xarelto core messages." It |
| 869 | 15 | says, "The core message for Xarelto is |
| 869 | 16 | comprised of five key messages that we |
| 869 | 17 | need to communicate to our customers so |
| 869 | 18 | they understand the full clinical story." |
| 869 | 19 | Do you see that? |
| 869 | 20 | A: Yes. |
| 869 | 21 | Q: And you were responsible for |
| 869 | 22 | crafting and coming up with those key |
| 869 | 23 | messages, correct? |
| 869 | 24 | A: I was responsible for coming |
| 870 | 1 | up with the external used core messages. |
| 870 | 2 | Without reading this and looking at what |
| 870 | 3 | was there, I don't know if she captured |
| 870 | 4 | them correctly here. But the core |
| 870 | 5 | message as it went out externally was my |
| 870 | 6 | responsibility, yes. |
| 870 | 7 | Q: All right. Let's see if she |
| 870 | 8 | captured them correctly. It says, "When |
| 870 | 9 | conveying the story, the five key points |
| 870 | 10 | that support the message are" -- |
| 870 | 11 | MR. WEINKOWITZ: Underline |
| 870 | 12 | this. |
| 870 | 13 | BY MR. WEINKOWITZ: |
| 870 | 14 | Q: "Once-daily Xarelto provides |
| 870 | 15 | protection demonstrated in patients at |
| 870 | 16 | increased risk of stroke, including those |
| 870 | 17 | with common comorbidities." |
| 870 | 18 | Did that -- is that -- did |
| 870 | 19 | she correctly capture the core message as |
| 870 | 20 | you crafted it there? |
| 870 | 21 | A: I think she's referring to |
| 870 | 22 | the core message above, which was "Start |
| 870 | 23 | with a core message and convey the |
| 870 | 24 | story," which is the paragraph above |
| 871 | 1 | here. That is one message that she does |
| 871 | 2 | in five key points afterwards. These are |
| 871 | 3 | the support of that message. The core |
| 871 | 4 | message is actually above that. |
| 871 | 5 | Q: The core message is above |
| 871 | 6 | it. "Once-daily Xarelto delivers proven |
| 871 | 7 | protection with an effective reduction in |
| 871 | 8 | stroke combined with demonstrated safety |
| 871 | 9 | profile and a better proven tolerability |
| 871 | 10 | and no routine coagulation monitoring. |
| 871 | 11 | "This is the winning |
| 871 | 12 | combination that will help the market |
| 871 | 13 | differentiate from future" -- "from |
| 871 | 14 | current and future competitors," correct? |
| 871 | 15 | A: That is what's stated. |
| 871 | 16 | Again, I don't know if she captured it |
| 871 | 17 | correctly. The first part appears to be |
| 871 | 18 | the appropriate sort of capturing of |

**Objections In:**

Re: [869:13-873:23]
**Def Obj** MIL 2 -
Sustained, Relevance -
Marketing, Plaintiffs'
Concession - OD Dosing,
Plaintiffs' Concession -
Routine Monitoring,
MTD Abandoned Claims
Reserved, P, PK

**Responses In:**

Re: [869:13-873:23]
Pltf Resp See Pl
response to 15:12-
15:24 above and
46:23-47:18.

**Rulings:**

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

871 19   verbiage that was approved, once daily,
871 20   Xarelto -- you know, delivers.
871 21   But this aspect at the
871 22   bottom, "This is the winning
871 23   combination," I'm not sure that that was
871 24   what the marketing team approved as the
872  1   core message to go externally.
872  2   Q: But appears -- it appears
872  3   that this is what she is communicating to
872  4   the internal medicine sales force as
872  5   being the correct core message, correct?
872  6   A: As the national sales
872  7   director, she didn't -- she wasn't
872  8   mandated to check with me on this. She
872  9   could have gotten this approved in a
872 10   different way. I'm not sure.
872 11   Q: Okay. So you say you're not
872 12   sure if it's the core message?
872 13   A: The first half of it, to my
872 14   recollection, and I would have to look at
872 15   what was communicated and approved at the
872 16   time.
872 17   Q: Okay.
872 18   A: Everything but that last
872 19   sentence appears to be what I recall to
872 20   be, in general, the core message. This
872 21   last sentence about "This is the winning
872 22   combination," I don't believe that was
872 23   part of our core message.
872 24   Q: But that was what she was
873  1   communicating to sales?
873  2   A: That's what she says here,
873  3   yes. I don't know if it's accurate.
873  4   Q: And the core message that
873  5   you're referring to that generally
873  6   contains your core message, it contains
873  7   once-daily Xarelto, correct?
873  8   A: Yes.
873  9   Q: That's your dosing message,
873 10   correct?
873 11   A: Yes.
873 12   Q: That's -- that's the message
873 13   that differentiates Xarelto from Pradaxa
873 14   and Eliquis?
873 15   A: Yes.
873 16   Q: You also have "No routine
873 17   coagulation" -- strike that.
873 18   She also writes, "No routine
873 19   coagulation monitoring," correct?
873 20   A: That's correct.
873 21   Q: And that was one of your key
873 22   messages, right?
873 23   A: Yes, it was.

982:15 -   984:13 Geiger, Susan 2016-04-26.ctx          2:21

982 15   Q: Ms. Geiger, how are you?
982 16   A: Very well. How are you?
982 17   Q: Good. A little background
982 18   information about yourself.
982 19   A: Okay.
982 20   Q: Where were you born?
982 21   A: Buffalo, New York.
982 22   Q: Did you grow up there?

Re: [982:15-984:13]
Pltf Obj The Court
should strike
Defendants™ counter-
designations from page
982-1032 on from being
played in plantiffs case
in chief as they are not

Pending

← overruled
106, 611 etf

04/20/17 22:58

37

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 982 23 | A: I did, till I went to | |
| 982 24 | college. | |
| 983 1 | Q: Okay. Can you tell the jury | for completeness or |
| 983 2 | a little bit about yourself and your | context and thus violate |
| 983 3 | family and your interests growing up? | FRE 106. This is more |
| 983 4 | A: Sure. I grew up the | properly played during |
| 983 5 | youngest of six kids. My father was a | Defendants' own case. |
| 983 6 | physician. My grandfather was a | What is clear from |
| 983 7 | physician. And, you know, we always were | Defendants™ counter- |
| 983 8 | interested and steeped in healthcare. | designations is that they |
| 983 9 | You know, family first, | are seeking to bog-down |
| 983 10 | family was important and critical to us. | Plaintiff™s cases-in-chief |
| 983 11 | And when I went off to college, I went to | by attempting to present |
| 983 12 | the same college as all the rest of my | not only their allowable |
| 983 13 | siblings and ended up in the healthcare | counter-designations, |
| 983 14 | field like many of them. | but also their affirmative |
| 983 15 | Q: Where did you go to college? | designations of these |
| 983 16 | A: Boston College. | depositions |
| 983 17 | Q: There were a bunch of | contemporaneously with |
| 983 18 | questions about a leave that you had to | Plaintiff™s |
| 983 19 | take. That was a maternity -- that was a | presentations. The |
| 983 20 | pregnancy leave; is that correct? | effect of doing so will be |
| 983 21 | A: Yes. I was pregnant with | to muddle the |
| 983 22 | twins, my first and only children, and | proceedings, potentially |
| 983 23 | left a meeting in preparation for at the | confusing the jury by |
| 983 24 | time the -- orthopedic surgery | overwhelming it with |
| 984 1 | launch. I left for a standard | |
| 984 2 | appointment and didn't come back for nine | |
| 984 3 | months. | |
| 984 4 | Q: Okay. Those twins were born | |
| 984 5 | and are fine and healthy? | |
| 984 6 | A: Yes, after four months of | |
| 984 7 | restricted bedrest. | |
| 984 8 | Q: Okay. And -- and you have | |
| 984 9 | worked for Johnson & Johnson-related | |
| 984 10 | companies your entire professional | |
| 984 11 | career? | |
| 984 12 | A: I have. I have been here | |
| 984 13 | 18 years. | |

| | | | | |
|---|---|---|---|---|
| 986:10 - 987:14 Geiger, Susan 2016-04-26.ctx | | 1:27 | | Pending |
| 986 10 | Q: Can you tell the jury in | | Re: [986:10-989:18] | |
| 986 11 | your own words what is meant by the term | | Pltf Obj Probity | |
| 986 12 | "unmet need" with respect to Xarelto at | | outweighted by | |
| 986 13 | or about the time when the company was | | prejudicial impact/ | |
| 986 14 | seeking approval of Xarelto for | | potential confusion from | |
| 986 15 | A-fibrillation? | | mentining diabetes and | |
| 986 16 | A: Sure. Atrial fibrillation | | other unrelated medical | |
| 986 17 | is a -- a disease that impacts several | | conditionsl | |
| 986 18 | million patients, new patients each year. | | | |
| 986 19 | And the unmet need is that not all of | | | |
| 986 20 | those patients -- while they may be at | | | |
| 986 21 | risk for having a stroke, not all of | | | |
| 986 22 | those patients are actively treated with | | | |
| 986 23 | anticoagulation therapy. Some of them go | | | |
| 986 24 | untreated for a variety of reasons, some | | | |
| 987 1 | of which being intolerance to what was | | | |
| 987 2 | available at the time, warfarin. Some of | | | |
| 987 3 | them are not treated because they had | | | |
| 987 4 | been on warfarin and couldn't tolerate it | | | |
| 987 5 | or couldn't handle some of the -- the | | | |
| 987 6 | requirements of it. | | | |
| 987 7 | And then there was an unmet | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

987  8    need in -- in the patients who were
987  9    currently managed on warfarin but found
987  10   that it was a struggle or difficult and
987  11   would have been looking for options that
987  12   help them relieve some of the
987  13   requirements related to diet or exercise
987  14   or INR testing, what have you.

997:16 -   999:17 Geiger, Susan 2016-04-26.ctx                    2:30
997  16   Q:  The company employed sales
997  17   representatives to communicate with
997  18   physicians about products; is that
997  19   correct?
997  20   A:  Yes.
997  21   Q:  And how easy is it for sales
997  22   reps to get in to see physicians?
997  23   A:  It gets more and more
997  24   difficult over time.  I think, in the
998  1    last five years, it's exceptionally
998  2    difficult compared to maybe in the '90s
998  3    or so.  Physicians have more patients
998  4    they need to see, less time with each
998  5    patient, and they are not able, willing,
998  6    nor would we ask them to take time away
998  7    from patients for our representatives.
998  8    So the time that a representative has,
998  9    sometimes they have to make multiple
998  10   visits to -- to get maybe five minutes
998  11   with a physician.  And when they have
998  12   that time, they have to be able to relay
998  13   this critical and complex information in
998  14   a way that the physicians can really take
998  15   in mind as they -- as they care for their
998  16   patients on a daily basis.  So it's --
998  17   it's difficult.  There's limited time, I
998  18   mean.
998  19   Q:  Do physicians have to meet
998  20   with sales reps?
998  21   A:  No.  Many of them actually
998  22   have chosen not to and there's
998  23   restrictions in offices that they won't
998  24   see sales reps.  Many hospitals have done
999  1    so.  So...
999  2    Q:  Do other companies,
999  3    pharmaceutical companies, typically
999  4    employ sales reps to bring information
999  5    about their medications to physicians?
999  6    A:  Yes.  The
999  7    sales-rep-to-physician model is still
999  8    very much alive and well.  So offices
999  9    are, you know, frequently flooded with
999  10   people waiting for that finite period of
999  11   time to share information with a
999  12   physician.
999  13   Q:  Given the lack of physician
999  14   time and the difficulties you've just
999  15   described, how did you try to craft
999  16   messages for your sales force with
999  17   respect to Xarelto?

999:20 -   1000:2 Geiger, Susan 2016-04-26.ctx                    1:27
999  20   THE WITNESS:  So I think, as                   Re: [999:20-1000:24]        Pending
999  21   we've seen through the last few                 Pltf Obj Scope. Hearsay.

| | | Objections | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 999 22 | days, the -- the Xarelto label as | Calls for speculatoin |
| 999 23 | it relates to atrial fibrillation | about what other |
| 999 24 | is very complex. | pharmaceutical |
| 1000 1 | And so that was a | companies do or do not |
| 1000 2 | significant challenge for us. It | do. Irrelevant. |
| 1000 3 | wasn't a simple one- or two-point | |
| 1000 4 | message that we asked | |
| 1000 5 | representatives to share with | |
| 1000 6 | physicians and to educate them. | |
| 1000 7 | There were specific nuances. | |
| 1000 8 | There's black box warnings. | |
| 1000 9 | There's caveats to the | |
| 1000 10 | indications. | |
| 1000 11 | So my job was to include | |
| 1000 12 | everything that the FDA required | |
| 1000 13 | to ensure that representatives | |
| 1000 14 | only spoke on label. | |
| 1000 15 | But to find a way to do so | |
| 1000 16 | in a -- in a less complex and | |
| 1000 17 | convoluted way, because they | |
| 1000 18 | really didn't have a lot of time. | |
| 1000 19 | So the goal would be to have a | |
| 1000 20 | succinct and crisp piece of | |
| 1000 21 | information that would invite the | |
| 1000 22 | physician to maybe offer more time | |
| 1000 23 | where they could talk through some | |
| 1000 24 | of these other aspects. | |

**Overruled** (handwritten signature in Rulings column)

| | | | |
|---|---|---|---|
| 1009:7 - 1009:1 Geiger, Susan 2016-04-26.ctx | | 0:15 | |
| 1009 7 | Q: Were there differences in | Re: [1008:9-1009:11] | Pending |
| 1009 8 | the patient population studied in the | Pltf Obj Leading. | |
| 1009 9 | Xarelto ROCKET studies as compared to | Outside the scope of | |
| 1009 10 | those studies that were done for Pradaxa | direc | |
| 1009 11 | and Eliquis? | | |

| | | | |
|---|---|---|---|
| 1009:1 - 1012:1 Geiger, Susan 2016-04-26.ctx | | 3:27 | |
| 1009 14 | THE WITNESS: Yes. So the | Re: [1009:14-1012:10] | Pending |
| 1009 15 | study population for Xarelto is | Pltf Obj leading. Outside | |
| 1009 16 | skewed more to the sicker and | the scope. Exhibit 46 | |
| 1009 17 | older population than the other | not used by plaintiff on | |
| 1009 18 | trials. | direct. | |
| 1009 19 | So if you look at the entire | | |
| 1009 20 | patient population for the Eliquis | | |
| 1009 21 | Afib trials and the Pradaxa Afib | | |
| 1009 22 | trials, they had a broader | | |
| 1009 23 | spectrum of patients from those | | |
| 1009 24 | who had a low stroke risk to those | | |
| 1010 1 | with the highest stroke risk. | | |
| 1010 2 | Our study focused and | | |
| 1010 3 | enrolled patients that were a | | |
| 1010 4 | CHADS score or stroke risk score | | |
| 1010 5 | of 3 or above. | | |
| 1010 6 | So you can categorize that | | |
| 1010 7 | as moderate- to high-risk patients | | |
| 1010 8 | versus really all comers, low-, | | |
| 1010 9 | medium-, and high-risk stroke | | |
| 1010 10 | patients. | | |
| 1010 11 | So patients who have higher | | |
| 1010 12 | CHADS score have diabetes, | | |
| 1010 13 | hypertension, maybe have had a | | |
| 1010 14 | prior stroke, are of an advanced | | |
| 1010 15 | age. Those are the stipulations | | |
| 1010 16 | that increase your risk. | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

1010 17   So a lower-risk patient
1010 18   might have one thing like
1010 19   diabetes.  A moderate-risk patient
1010 20   might have diabetes and
1010 21   hypertension.
1010 22   And a high-risk patient
1010 23   maybe has a prior stroke,
1010 24   diabetes, and hypertension.
1011 1   So they're on a lot of other
1011 2   meds.  They're dealing with a lot
1011 3   of other comorbid conditions.  And
1011 4   they're, frankly, just a more
1011 5   difficult patient population to
1011 6   manage.
1011 7   BY MR. COVEY:
1011 8   Q:  And given the differences in
1011 9   the patient population between
1011 10   patients studied with Eliquis, for
1011 11   example, and the patients studied with
1011 12   Xarelto, can you compare efficacy between
1011 13   the two medications, Xarelto and Eliquis?
1011 14   MS. KRAFT:  Objection to
1011 15   form.
1011 16   THE WITNESS:  No.
1011 17   Everyone's label is based on their
1011 18   performance versus warfarin.  They
1011 19   get whatever claims they have
1011 20   related to that study versus
1011 21   warfarin.
1011 22   It's standard practice in
1011 23   the medical community as well as
1011 24   it's just inappropriate to do what
1012 1   they call cross-trial comparisons,
1012 2   where you take the results of one
1012 3   study and try and project them on
1012 4   the results of another study.
1012 5   And that was done here.  Or
1012 6   that's, you know, sort of why it
1012 7   would be inappropriate to compare
1012 8   different claims for products
1012 9   against each other, because they
1012 10   haven't been studied head-to-head.

1031:1:-   1033:4 Geiger, Susan 2016-04-26.ctx    1:45

1031 18   Q:  Looking back at your time
1031 19   working with Xarelto as a marketer, how
1031 20   do you assess your job performance?
1031 21   A:  I worked extremely hard.  I
1031 22   learned a lot.  And I made a tremendous
1031 23   amount of personal sacrifices.  There
1031 24   were many times when I had young kids at
1032 1   home, not sleeping through the night that
1032 2   my husband was on duty until 8:00, 9:00
1032 3   at night when I get home.
1032 4   But I really think that all
1032 5   of that work and all of that effort and
1032 6   all of that energy was for a positive
1032 7   result.  I saw personally how my aunt has
1032 8   benefited from having the option outside
1032 9   of warfarin to help treat her Afib.
1032 10   And, for me, the ability to
1032 11   have an option for patients with Afib or
1032 12   really with any of these other diseases

**Objections In:**

Re: [1012:21-1031:21]
Pltf Obj Scope.  Exhbit
69, 51, 64 not uded by
plaitniff on direct.

**Rulings:**

Pending

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 1032 | 13 | that gives them peace of mind that they |
| 1032 | 14 | can avoid a thromboembolic event and do |
| 1032 | 15 | so without all these other burdens is |
| 1032 | 16 | really gratifying. |
| 1032 | 17 | So I'm very proud of what we |
| 1032 | 18 | did.  I think this is a really exciting |
| 1032 | 19 | product.  Like any pharmaceutical |
| 1032 | 20 | medication, it has its risks and |
| 1032 | 21 | benefits.  And that's why, you know, |
| 1032 | 22 | having physicians making the decision on |
| 1032 | 23 | who should get them, they're truly the |
| 1032 | 24 | experts.  They have been trained in these |
| 1033 | 1 | different diseases. |
| 1033 | 2 | So I look back, and I'm very |
| 1033 | 3 | proud of what we did, and I'm very proud |
| 1033 | 4 | of the work. |

1066:6 -   1066:1' Geiger, Susan 2016-04-26.ctx    0:42

| 1066 | 6 | Q:  Ms. Geiger, ultimately it's |
| 1066 | 7 | up to the physician to determine for each |
| 1066 | 8 | individual Afib patient whether to treat |
| 1066 | 9 | with a medication, and if so, whether to |
| 1066 | 10 | prescribe Xarelto, Eliquis, warfarin, |
| 1066 | 11 | Pradaxa, or another medication; is that |
| 1066 | 12 | correct? |
| 1066 | 13 | A:  That's true. |
| 1066 | 14 | Q:  And all of those medications |
| 1066 | 15 | remain approved by the FDA for treatment |
| 1066 | 16 | of patients with nonvalvular atrial |
| 1066 | 17 | fibrillation today; is that correct? |
| 1066 | 18 | A:  That's true.  They are all |
| 1066 | 19 | approved. |

**Re: [1066:6-1066:19]**
**Pltf Obj** Outside scope.

Pending

1069:6 -   1069:1' Geiger, Susan 2016-04-26.ctx    0:18

| 1069 | 6 | Q:  What was your job? |
| 1069 | 7 | A:  My job was to create |
| 1069 | 8 | materials for our sales representatives |
| 1069 | 9 | to educate physicians on the risks and |
| 1069 | 10 | benefits of Xarelto and Afib per our |
| 1069 | 11 | indication. |

**Re: [1069:6-1069:11]**
**Pltf Obj** Outside scope.

Pending

04/20/17 22:58