xarelto product liability - new (011146.0274)
Deposition Designations for Berkowitz S 20161019, Berkowitz S 20161020

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

**16:9  -  16:18**  Berkowitz, Scott 2016-10-19          0:18

| 16 | 9 | Q.  Sir, could I get you to |
|---|---|---|
| 16 | 10 | state your name and full title for the |
| 16 | 11 | record. |
| 16 | 12 | A.  Scott Darrell Berkowitz. |
| 16 | 13 | I'm a vice president at Bayer |
| 16 | 14 | Pharmaceutical.  I oversee the group |
| 16 | 15 | called thrombosis group in development. |
| 16 | 16 | Q.  Okay.  And you've held that |
| 16 | 17 | title for how long? |
| 16 | 18 | A.  Since 2007. |

**17:23  -  18:8**  Berkowitz, Scott 2016-10-19          0:29

| 17 | 23 | Q.  Just from a 30,000-foot |
|---|---|---|
| 17 | 24 | view, can you give me a thumbnail sketch |
| 18 | 1 | of your work in Xarelto. |
| 18 | 2 | A.  Well, I joined the company |
| 18 | 3 | in 2006 as a -- in a position that we |
| 18 | 4 | call global clinical leader.  This is in |
| 18 | 5 | essence a physician who oversees an -- |
| 18 | 6 | either an indication of a drug and |
| 18 | 7 | provides strategy as well as operation |
| 18 | 8 | expertise to the team. |

**19:3  -  19:12**  Berkowitz, Scott 2016-10-19          0:14

| 19 | 3 | Q.  So you came in in 2006 -- |
|---|---|---|
| 19 | 4 | A.  '6. |
| 19 | 5 | Q.  -- so that was roughly |
| 19 | 6 | between the time of Phase II and |
| 19 | 7 | Phase III? |
| 19 | 8 | A.  Correct, yes. |
| 19 | 9 | Q.  And so you had more |
| 19 | 10 | involvement in Phase III obviously than |
| 19 | 11 | you did in Phase II? |
| 19 | 12 | A.  Correct. |

Re: [19:3-19:12]
**Pltf Obj** Object as not
necessary for
completeness and
therefore should be
played in Defendants
direct, if at all.
Confusing in that it
raises topics without
foundation.

Pending

**19:18  -  20:3**  Berkowitz, Scott 2016-10-19          0:21

| 19 | 18 | Q.  Now, I want to spend some |
|---|---|---|
| 19 | 19 | time with you this morning talking about |
| 19 | 20 | the concept of monitoring as that has |
| 19 | 21 | been discussed with the use of |
| 19 | 22 | anticoagulants and Xarelto.  Do you know |
| 19 | 23 | what I mean by "monitoring"? |
| 19 | 24 | A.  Well, I know what monitoring |
| 20 | 1 | is, but I'm not sure what you mean by |
| 20 | 2 | "monitoring." So maybe you could tell me |
| 20 | 3 | what you're thinking with the word. |

Re: [19:18-20:3]
**Pltf Obj** Object as not
necessary for
completeness, and
duplicative of later
testimony designated by
plaintiffs.  If played at
all, should be played in
Defendants' direct.

Pending

**20:4  -  20:20**  Berkowitz, Scott 2016-10-19          0:38

| 20 | 4 | Q.  Well, when the label for |
|---|---|---|
| 20 | 5 | Xarelto says, "No routine monitoring |
| 20 | 6 | required," do you have an understanding |
| 20 | 7 | of what that means? |
| 20 | 8 | A.  Yes. |
| 20 | 9 | Q.  Can you give me your |

Re: [20:4-20:20]
**Pltf Obj** Object as not
necessary for
completeness, and
duplicative of later
testimony designated by

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 20 10 | understanding of what that means? | plaintiffs. If played at | | |
| 20 11 | A.   What's meant with that | all, should be played in | | |
| 20 12 | phrase is that you don't have to do a | Defendants' direct. | | |
| 20 13 | blood test to keep the drug in the | | | |
| 20 14 | appropriate range for the different | | | |
| 20 15 | indications, unlike a drug like a vitamin | | | |
| 20 16 | K antagonist, warfarin, where that is a | | | |
| 20 17 | requirement. It doesn't mean that you | | | |
| 20 18 | don't watch the patient, monitor the | | | |
| 20 19 | patient. It's more about measuring a | | | |
| 20 20 | value. | | | |

**21:13  -  21:23 Berkowitz, Scott 2016-10-19**  0:23

| | | | |
|---|---|---|---|
| 21 13 | Q.   Okay. So what you're saying | Re: [21:13-21:23] | Pending |
| 21 14 | is you don't have to regularly come in | Pltf Obj No objection, | |
| 21 15 | and have a blood test taken like you | provided counters are | |
| 21 16 | would with warfarin on Xarelto, right? | played for | |
| 21 17 | A.   Well, almost. We instruct | completeness. | |
| 21 18 | people about it from the very beginning | Re: [21:13-21:23] | |
| 21 19 | as the teams and then out to physicians, | Pltf Obj Object as not | |
| 21 20 | the patients on anticoagulants, whatever | necessary for | |
| 21 21 | they are, need to be regularly followed, | completeness, and | |
| 21 22 | but in terms of drawing the blood as you | duplicative of later | |
| 21 23 | said, that's correct. | testimony designated by | |
| | | plaintiffs. If played at | |
| | | all, should be played in | |
| | | Defendants' direct. Also | |
| | | hearsay. | |

**23:5   -   23:8 Berkowitz, Scott 2016-10-19**  0:08

| | | | |
|---|---|---|---|
| 23 5 | It's just a little bit semantics. We | Re: [23:5-23:8] | Pending |
| 23 6 | can -- if we all know what we're talking | Pltf Obj Object as not | |
| 23 7 | about with the word, then I think we're | necessary for | |
| 23 8 | fine. I think that's a good description. | completeness, and | |
| | | duplicative of later | |

**24:13   -   25:3 Berkowitz, Scott 2016-10-19**  0:29

| | | |
|---|---|---|
| 24 13 | Q.   Okay. Do you agree with me | testimony designated by |
| 24 14 | that drug companies have a responsibility | plaintiffs. If played at |
| 24 15 | to provide information to doctors on how | all, should be played in |
| 24 16 | to use a drug safely? | Defendants' direct. |
| 24 17 | A.   I think it's what we try to | |
| 24 18 | do every day, and when we develop labels | |
| 24 19 | and when we develop our protocols for the | |
| 24 20 | trial so they can be useful, I think | |
| 24 21 | that's what we try to do. So I agree in | |
| 24 22 | that sense. | |
| 24 23 | Q.   Okay. Do you agree with me | |
| 24 24 | that if a company is aware of a way to | |
| 25 1 | use a drug more safely, they have an | |
| 25 2 | obligation to provide that information to | |
| 25 3 | doctors? | |

**25:6   -   25:11 Berkowitz, Scott 2016-10-19**  0:12

| | |
|---|---|
| 25 6 | THE WITNESS: I would agree |
| 25 7 | that if there is knowledge that |
| 25 8 | would be helpful, then it's |
| 25 9 | important to have that. But if |
| 25 10 | there's not data to show that, |
| 25 11 | then it doesn't help. |

**25:13   -   26:6 Berkowitz, Scott 2016-10-19**  0:47

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 25 13 | Q.  Now, we talked about this a | Re: [25:13-26:6] | Re: [25:13-26:6]    Pending | |
| 25 14 | little bit.  You do agree that a doctor | Def Obj R, Concede - | Pltf Resp Relevant to | |
| 25 15 | prescribing Xarelto should be monitoring | Routine Monitoring | Plaintiffs' Failure to | |
| 25 16 | the patient -- I'm not talking about | | warn claims and | |
| 25 17 | taking blood tests, but monitoring the | | claims concerning | |
| 25 18 | patient for signs of overanticoagulation? | | need for | |
| 25 19 | A.  Yes. And | | measurement. | |
| 25 20 | underanticoagulation.  But yes.  These | | | |
| 25 21 | are potent medicines, and they need to be | | | |
| 25 22 | observed.  It's not just about a lab | | | |
| 25 23 | test, whatever that is. | | | |
| 25 24 | Q.  Right.  I want to show you | | | |
| 26 1 | what we'll mark as Exhibit Number 1. | | | |
| 26 2 | (Document marked for | | | |
| 26 3 | identification as Exhibit | | | |
| 26 4 | Berkowitz-1.) | | | |
| 26 5 | MR. BARR:  And this is | | | |
| 26 6 | Plaintiff's 398481. | | | |

| | | | | |
|---|---|---|---|---|
| 26:14 - 26:23 | Berkowitz, Scott 2016-10-19 | 0:24 | | |
| 26 14 | Q.  Sure.  What I'm going to | Re: [26:14-26:23] | Re: [26:14-26:23]    Pending | |
| 26 15 | focus your attention on is the e-mail | Def Obj R, Concede - | Pltf Resp Provides | |
| 26 16 | that starts -- it's from you.  It says | Routine Monitoring | context for | |
| 26 17 | from Scott Berkowitz sent on April 25th, | | document. | |
| 26 18 | 2011.  And it's "Re:  Para on HB | | | |
| 26 19 | monitoring for Question 22 and related | | | |
| 26 20 | DVT Question 35."  And it starts, "Dear | | | |
| 26 21 | Olga." | | | |
| 26 22 | Do you see that? | | | |
| 26 23 | A.  Yes. | | | |

| | | | | |
|---|---|---|---|---|
| 26:24 - 27:6 | Berkowitz, Scott 2016-10-19 | 1:37 | | |
| 26 24 | Q.  If you want to take a second | Re: [26:24-27:6] | | Pending |
| 27 1 | to review it, that's fine.  Have you had | Pltf Obj Object as not | | |
| 27 2 | a chance to read that, sir? | necessary for | | |
| 27 3 | A.  Not completely.  I'm just | completeness and | | |
| 27 4 | down to the next-to-the-last paragraph. | misleading in that it | | |
| 27 5 | I have not seen this since it was | suggests witness was | | |
| 27 6 | written. | not given adequate time | | |
| | | to review the document. | | |

*(handwritten: overruled)*

| | | | | |
|---|---|---|---|---|
| 27:9 - 29:5 | Berkowitz, Scott 2016-10-19 | 1:26 | | |
| 27 9 | Q.  There's a question that you | Re: [27:9-29:5] | | Pending |
| 27 10 | respond to.  It says, "We have a related | Pltf Obj Object as not | | |
| 27 11 | question for DVT.  And here is my current | necessary for | | |
| 27 12 | draft." | completeness and if | | |
| 27 13 | Do you see that? | played at all, should be | | |
| 27 14 | A.  First page? | played in Defendants' | | |
| 27 15 | Q.  On the first page, yes, sir. | direct. | | |
| 27 16 | A.  Okay. | | | |
| 27 17 | Q.  "Question 35.  A | | | |
| 27 18 | recommendation to follow hemoglobin | | | |
| 27 19 | hematocrit levels during treatment to be | | | |
| 27 20 | discussed and implemented in the product | | | |
| 27 21 | information as appropriate." | | | |
| 27 22 | Did I read that correctly? | | | |
| 27 23 | A.  Yes.  This is a question, I | | | |
| 27 24 | assume, from -- I'm not sure where it's | | | |
| 28 1 | from.  It's a question we're responding | | | |
| 28 2 | to. | | | |
| 28 3 | Q.  It's a question from a | | | |
| 28 4 | regulatory authority? | | | |

|  |  |  | Objections In | Responses In | Rulings |
|--|--|--|--|--|--|

| 28 | 5 | A. Okay. |
| 28 | 6 | Q. I'm asking you. Do you know |
| 28 | 7 | that? |
| 28 | 8 | A. I don't know that for a |
| 28 | 9 | fact. But it looks like a kind of |
| 28 | 10 | question that you might get when you are |
| 28 | 11 | submitting a product. So... |
| 28 | 12 | Q. Okay. Do you know what |
| 28 | 13 | would have been in submission in April of |
| 28 | 14 | 2011 that would get these types of |
| 28 | 15 | questions? |
| 28 | 16 | A. We did a number of |
| 28 | 17 | indications at the time. Well, several, |
| 28 | 18 | not a number. But we had the atrial |
| 28 | 19 | fibrillation. We had DVT treatment. We |
| 28 | 20 | also had pulmonary embolism. I'm not |
| 28 | 21 | sure. It's in that range. |
| 28 | 22 | Q. Okay. |
| 28 | 23 | A. This is talking about DVT |
| 28 | 24 | trials. |
| 29 | 1 | Q. Right. And the response is, |
| 29 | 2 | "Hemoglobin values were not monitored in |
| 29 | 3 | the 1/17/02 DVT and 11/8/99 trials. |
| 29 | 4 | Rather, patients were assessed at regular |
| 29 | 5 | intervals. |

**29:6 - 30:16   Berkowitz, Scott 2016-10-19**   1:18

Re: [29:6-30:16]
Def Obj R, Concede - Routine Monitoring, Incomplete

Re: [29:6-30:16]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claims concerning need for measurement.

Pending

| 29 | 6 | "In good anticoagulation |
| 29 | 7 | management practice, clinical |
| 29 | 8 | surveillance of any patient receiving |
| 29 | 9 | anticoagulation therapy is a must." |
| 29 | 10 | Did I read that correctly? |
| 29 | 11 | A. You read that correctly. |
| 29 | 12 | Q. And then it goes on to say, |
| 29 | 13 | "As these are potent medications whose |
| 29 | 14 | effect can be altered by the patient's |
| 29 | 15 | general health and current medications, |
| 29 | 16 | good clinical surveillance of the patient |
| 29 | 17 | consists of periodic visits to the |
| 29 | 18 | healthcare provider with a systematic |
| 29 | 19 | approach involving a review of the |
| 29 | 20 | patient's general clinical medication and |
| 29 | 21 | bleeding histories since the last visit, |
| 29 | 22 | and a detailed physical examination for |
| 29 | 23 | evidence of bleeding, obvious or occult." |
| 29 | 24 | Did I read that correctly? |
| 30 | 1 | A. Correct. |
| 30 | 2 | Q. And then I want to point |
| 30 | 3 | down to the last paragraph of what you |
| 30 | 4 | write. You write, "The applicant's |
| 30 | 5 | position is that clinical surveillance as |
| 30 | 6 | performed in general anticoagulation |
| 30 | 7 | management practice is the best way to |
| 30 | 8 | follow patients on anticoagulant |
| 30 | 9 | medications, including rivaroxaban, and |
| 30 | 10 | is recommended throughout the treatment |
| 30 | 11 | period. Routine hemoglobin monitoring is |
| 30 | 12 | of low yield and appears to be clinically |
| 30 | 13 | unnecessary. Hemoglobin testing has a |
| 30 | 14 | place when guided by clinical suspicion." |
| 30 | 15 | Did I read that correctly? |
| 30 | 16 | A. Yes. |

|  |  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

32:10 - 32:16  Berkowitz, Scott 2016-10-19     0:44
- 32 10  I'll hand you a current label.  This is
- 32 11  labeled "current Xarelto label."  It
- 32 12  doesn't have a number.  This will be
- 32 13  Exhibit 2.
- 32 14      (Document marked for
- 32 15  identification as Exhibit
- 32 16  Berkowitz-2.)

32:20 - 33:1  Berkowitz, Scott 2016-10-19     0:09
- 32 20  Q.  Well, are you familiar with
- 32 21  the United States label?
- 32 22  A.  Yes.  I don't know it word
- 32 23  for word.  And they change periodically
- 32 24  with some adjustments, but I'm familiar
- 33 1  with it.

33:24 - 34:12  Berkowitz, Scott 2016-10-19     0:23
- 33 24  Q.  I'm looking for the
- 34 1  statement:  "Clinical surveillance of any
- 34 2  patient receiving anticoagulation therapy
- 34 3  is a must."
- 34 4  A.  Well, I don't know why it
- 34 5  would say it is a must.  That's my
- 34 6  opinion about -- as a coagulation
- 34 7  physician.  So -- in my draft document.
- 34 8  So I'm not sure if it will say those
- 34 9  exact words.
- 34 10      But I'm -- if you're aware
- 34 11  of where it is, maybe you can point me to
- 34 12  it, because I'm not.

**Re: [33:24-34:12]**
**Pltf Obj** Object as non-responsive to question and not necessary for completeness.

Pending

34:13 - 34:16  Berkowitz, Scott 2016-10-19     0:07
- 34 13  Q.  I don't believe it's in the
- 34 14  label.
- 34 15  A.  Okay.  I don't know if it is
- 34 16  or not.

**Re: [34:13-34:16]**
**Def Obj** Attorney colloquy (not a question), PK, LF, R, Concede - Routine Monitoring

Re: [34:13-34:16]
Pltf Resp It is a question that the witness cleary understood and answered.

Pending

34:17 - 34:19  Berkowitz, Scott 2016-10-19     0:05
- 34 17  Q.  Can you point to anything in
- 34 18  the label that says "surveillance of
- 34 19  patients on Xarelto is a must"?

**Re: [34:17-34:19]**
**Def Obj** R, Concede - Routine Monitoring

Re: [34:17-34:19]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claims concerning need for measurement.

Pending

34:22 - 35:3  Berkowitz, Scott 2016-10-19     0:10
- 34 22      THE WITNESS:  I would have
- 34 23  to search my computer because I
- 34 24  think this would take too long to
- 35 1  check the whole thing.  I don't
- 35 2  know where they might put it.  I
- 35 3  mean, it might be in warnings.

**Re: [34:22-35:3]**
**Def Obj** R, Concede - Routine Monitoring

Re: [34:22-35:3]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claims concerning need for measurement.

Pending

35:6 - 35:7  Berkowitz, Scott 2016-10-19     0:03
- 35 6  Q.  Well, let's look at the
- 35 7  warnings section.  That's Section 5.

**Re: [35:6-35:7]**
**Def Obj** R, Concede -

Re: [35:6-35:7]
Pltf Resp Relevant to

Pending

| | | Objections<br>In<br>Routine Monitoring | Responses In | Rulings |
|---|---|---|---|---|
| | | | Plaintiffs' Failure to warn claims and claims concerning need for measurement. | |
| 35:13 - 35:14 Berkowitz, Scott 2016-10-19 | 0:03 | Re: [35:13-35:14] | Re: [35:13-35:14] | Pending |
| 35 13   A.  That's fine.  Yes.  Right. | | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 35 14   Let's look at it and see. | | Routine Monitoring | Plaintiffs' Failure to warn claims and claims concerning need for measurement. | |
| 35:15 - 36:8 Berkowitz, Scott 2016-10-19 | 0:38 | Re: [35:15-36:8] | | Pending |
| 35 15   Q.  So the first section is | | **Pltf Obj** Object as non- | | |
| 35 16   Section 5.1, "Increased risk of | | responsive to question | | |
| 35 17   thrombotic events after premature | | and not necessary for | | |
| 35 18   discontinuation." You don't see anything | | completeness. | | |
| 35 19   in there, do you? | | | | |
| 35 20   A.  No.  This is focusing on -- | | | | |
| 35 21   on something different.  So we need | | | | |
| 35 22   something that talks about the general | | | | |
| 35 23   care. | | | | |
| 35 24   Q.  Okay.  And risk of bleeding, | | | | |
| 36 1   anything in there? | | | | |
| 36 2   A.  Information on promptly | | | | |
| 36 3   evaluating signs and symptoms of blood | | | | |
| 36 4   loss.  That's important. | | | | |
| 36 5   Q.  But anything in there | | | | |
| 36 6   telling the doctor that they need to | | | | |
| 36 7   maintain clinical surveillance of the | | | | |
| 36 8   patient? | | | | |
| 36:11 - 37:2 Berkowitz, Scott 2016-10-19 | 0:31 | Re: [36:11-37:2] | | Pending |
| 36 11   THE WITNESS:  Well, you | | **Pltf Obj** Object as non- | | |
| 36 12   know, this is a -- what we are | | responsive to question | | |
| 36 13   talking about here is routine care | | and not necessary for | | |
| 36 14   with any anticoagulant including | | completeness. | | |
| 36 15   this one.  So one of the things | | | | |
| 36 16   about the USPI, and one of the | | | | |
| 36 17   things about companies putting | | | | |
| 36 18   information is that we don't tell | | | | |
| 36 19   doctors how to practice.  That's | | | | |
| 36 20   not our purview from the company | | | | |
| 36 21   and the -- from the FDA | | | | |
| 36 22   standpoint, their part is in | | | | |
| 36 23   protecting patients.  But they | | | | |
| 36 24   don't tell the physicians what -- | | | | |
| 37 1   what to do unless there's | | | | |
| 37 2   something specific. | | | | |
| 37:4 - 37:7 Berkowitz, Scott 2016-10-19 | 0:06 | Re: [37:4-37:7] | Re: [37:4-37:7] | Pending |
| 37 4   Q.  So you would agree with me | | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 37 5   that at least in the warning section, you | | Routine Monitoring, A | Plaintiffs' Failure to | |
| 37 6   don't see that language that you | | | warn claims and | |
| 37 7   reference in your response? | | | claims concerning need for measurement. | |
| 37:10 - 37:16 Berkowitz, Scott 2016-10-19 | 0:11 | Re: [37:10-37:16] | | Pending |
| 37 10   THE WITNESS:  Well, as I | | **Pltf Obj** Object as non- | | |
| 37 11   have said, that's -- that's my | | | | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 37 12 | opinion as a coagulation physician | responsive to question | | |
| 37 13 | for many years. That's my draft. | and not necessary for | | |
| 37 14 | I don't know the other factors | completeness. | | |
| 37 15 | that lead to it coming in and | | | |
| 37 16 | it's -- what we can look at so | | | |

**37:17 - 37:18 Berkowitz, Scott 2016-10-19**     0:06

| | | | | |
|---|---|---|---|---|
| 37 17 | far, I don't see those words that | **Re: [37:17-37:18]** | Re: [37:17-37:18]   Pending | |
| 37 18 | you mention. But it is practice. | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| | | Routine Monitoring, A. | Plaintiffs' Failure to | |
| | | Incomplete | warn claims and | |
| | | | claims concerning | |
| | | | need for | |
| | | | measurement. | |

**47:1 - 47:14 Berkowitz, Scott 2016-10-19**     1:03

| | | | | |
|---|---|---|---|---|
| 47 1 | Q.  The next document I want to | **Re: [47:1-47:14]** | Re: [47:1-47:14]   Pending | |
| 47 2 | point you to is plaintiffs' 99874. | **Def Obj** LF, H, R, | Pltf Resp Provides | |
| 47 3 | MR. BARR:  We'll mark this | Concede - Routine | context for | |
| 47 4 | as Exhibit 4. | Monitoring | document and | |
| 47 5 | (Document marked for | | testimony.  Witness | |
| 47 6 | identification as Exhibit | | provides foundation | |
| 47 7 | Berkowitz-4.) | | testimony.  Business | |
| 47 8 | BY MR. BARR: | | record. | |
| 47 9 | Q.  You see that this is some | | | |
| 47 10 | minutes on agenda from a laboratory | | | |
| 47 11 | methods advisory board meeting held on | | | |
| 47 12 | December 19, 2006, in Paris.  Do you see | | | |
| 47 13 | that? | | | |
| 47 14 | A.  I do. | | | |

**48:4 - 48:16 Berkowitz, Scott 2016-10-19**     0:22

| | | | | |
|---|---|---|---|---|
| 48 4 | Q.  Do you remember a meeting in | | | |
| 48 5 | Paris talking about laboratory methods -- | | | |
| 48 6 | laboratory methods advisory board? | | | |
| 48 7 | A.  I barely remember it.  I | | | |
| 48 8 | mean, we've had many, many meetings. But | | | |
| 48 9 | I know that this is something that we | | | |
| 48 10 | were working on. | | | |
| 48 11 | Q.  Would you have attended this | | | |
| 48 12 | meeting? | | | |
| 48 13 | A.  If it says in here I | | | |
| 48 14 | attended the meetings, I would have | | | |
| 48 15 | attended. It doesn't always mean that I | | | |
| 48 16 | would.  But I see my name there. | | | |

**49:2 - 49:17 Berkowitz, Scott 2016-10-19**     0:42

| | | | | |
|---|---|---|---|---|
| 49 2 | Q.  Are you ready? Do you | **Re: [49:2-49:17]** | Pending | |
| 49 3 | recall why the company had a laboratory | **Pltf Obj** Object as non- | | |
| 49 4 | methods advisory board? | responsive to question | | |
| 49 5 | A.  Well, those of us who | and not necessary for | | |
| 49 6 | develop anticoagulants, this is something | completeness. | | |
| 49 7 | that's important in general, just to have | | | |
| 49 8 | some sense of what's going on.  We like | | | |
| 49 9 | to have some measures, because we're only | | | |
| 49 10 | left with clinical outcomes.  So we're | | | |
| 49 11 | always looking for a surrogate marker. | | | |
| 49 12 | Unfortunately in our field, unlike some | | | |
| 49 13 | others, like cardiovascular where you can | | | |
| 49 14 | follow blood pressure in cardiovascular, | | | |
| 49 15 | we don't have great ones, but we're | | | |
| 49 16 | looking to do that with each of the | | | |
| 49 17 | molecules. | | | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **49:18 - 50:16** Berkowitz, Scott 2016-10-19 | 0:56 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 49 18 Q. And was this advisory | | **Re: [49:18-50:16]** | Re: [49:18-50:16] | Pending |
| 49 19 board a group of independent experts in | | **Def Obj** LF, H, R, | Pltf Resp Provides | |
| 49 20 the field outside of the company? | | Concede - Routine | context for | |
| 49 21 A. Let's take a look at the | | Monitoring | document and | |
| 49 22 list again. | | | testimony. Witness | |
| 49 23 Yes. So there are external | | | provides foundation | |
| 49 24 consultants and then attendees from Bayer | | | testimony. Business | |
| 50 1 and from Johnson & Johnson. | | | record. | |
| 50 2 Q. Okay. And just so I | | | | |
| 50 3 understand what this is, are the | | | | |
| 50 4 consultants and the attendees from Bayer | | | | |
| 50 5 and J&J members of the board, or is this | | | | |
| 50 6 just consultants? | | | | |
| 50 7 A. It's usually the -- it's for | | | | |
| 50 8 the consultants, and what we strongly do | | | | |
| 50 9 is, it's emphasized in our development | | | | |
| 50 10 team. We're there to listen to the | | | | |
| 50 11 consultants. We add where it's needed. | | | | |
| 50 12 And of course, some of us are experts in | | | | |
| 50 13 the area, but we work at the company, so | | | | |
| 50 14 we -- we have that free interchange. The | | | | |
| 50 15 goal is, of course, to listen to the | | | | |
| 50 16 advisors. | | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **50:17 - 51:2** Berkowitz, Scott 2016-10-19 | 0:20 | | | Pending |
| 50 17 Q. And this group of | | **Re: [50:17-51:2]** | | |
| 50 18 consultants -- let's see, there's -- one, | | **Pltf Obj** Object as not | | |
| 50 19 two, three, four, five, six -- seven of | | necessary for | | |
| 50 20 them. Are these all respected people in | | completeness and if | | |
| 50 21 the field? | | played at all, should be | | |
| 50 22 A. In different areas of the | | played in Defendants' | | |
| 50 23 field, except I cannot remember a | | direct. | | |
| 50 24 Dr. Calatzis. And I know of the -- I | | | | |
| 51 1 know of the other people or know them | | | | |
| 51 2 personally. | | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **54:3 - 54:11** Berkowitz, Scott 2016-10-19 | 0:23 | | | |
| 54 3 Q. All right. Let's go to the | | **Re: [54:3-54:11]** | Re: [54:3-54:11] | Pending |
| 54 4 conclusions, action items at the end of | | **Def Obj** LF, H, R, | Pltf Resp Foundation | |
| 54 5 this on Page 6. I'm looking at Number 1. | | Concede - Routine | established by | |
| 54 6 It says, "Routine monitoring of | | Monitoring | document. Business | |
| 54 7 rivaroxaban is not necessary." | | | record exception to | |
| 54 8 So that's the statement that | | | hearsay. Relevant to | |
| 54 9 you just made, right? | | | Plaintiffs' Failure to | |
| 54 10 A. It happens to be. I didn't | | | warn claims and | |
| 54 11 know it was here. | | | claim for need for | |
| | | | measurement. | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **56:9 - 56:21** Berkowitz, Scott 2016-10-19 | 0:25 | | | |
| 56 9 Q. Does the minutes go on to | | **Re: [56:9-56:21]** | Re: [56:9-56:21] | Pending |
| 56 10 say, "But the drug can be monitored very | | **Def Obj** LF, H, R, | Pltf Resp Foundation | |
| 56 11 well by several options. This is a clear | | Concede - Routine | established by | |
| 56 12 advantage of the substance comparing | | Monitoring | document. Business | |
| 56 13 other anticoagulants. The aspect that | | | record exception to | |
| 56 14 Bayer is open to monitoring and supports | | | hearsay. Relevant to | |
| 56 15 physicians that want to monitor their | | | Plaintiffs' Failure to | |
| 56 16 patients should facilitate the market | | | warn claims and | |
| 56 17 introduction of rivaroxaban." | | | claim for need for | |
| 56 18 Did I read that correctly? | | | measurement. | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 56 19 | A.   You read -- you read what it | | |
| 56 20 | says there correctly.  Whether it's | | |
| 56 21 | accurate or not is different. | | |

**56:22  -  58:2**   Berkowitz, Scott 2016-10-19   1:07

| | | | | |
|---|---|---|---|---|
| 56 22 | Q.   Is there anything you're | **Re: [56:22-58:2]** | | Pending |
| 56 23 | aware of that gives you the idea that | **Pltf Obj** Object as non- | | |
| 56 24 | Bayer was open to monitoring when it came | responsive to question | | |
| 57 1 | to rivaroxaban? | and not necessary for | | |
| 57 2 | A.   Well, we're a very | completeness.  If played | | |
| 57 3 | science-driven company.  And certainly in | at all it should be in | | |
| 57 4 | clinical development.  So we're open to | Defendants' direct. | | |
| 57 5 | see if we could find methods to do that | | | |
| 57 6 | if they're needed.  Not having the | | | |
| 57 7 | clinical trials done, we have to prove | | | |
| 57 8 | our belief.  So we are open to it.  But | | | |
| 57 9 | our -- we're now in 2016.  And from that | | | |
| 57 10 | decade of work, we believe that you do | | | |
| 57 11 | not need routine monitoring.  That's | | | |
| 57 12 | substantiated. | | | |
| 57 13 | Q.   That was the decision the | | | |
| 57 14 | company made in the original development | | | |
| 57 15 | of this drug back in the early 2000s, | | | |
| 57 16 | that we weren't going to have a drug that | | | |
| 57 17 | required monitoring, correct? | | | |
| 57 18 | A.   I object to your view of | | | |
| 57 19 | saying that it's a decision that was | | | |
| 57 20 | made.  It's an aspirational goal, because | | | |
| 57 21 | why would you want to develop another | | | |
| 57 22 | warfarin?  We don't need that.  So why do | | | |
| 57 23 | you do the science, do the trials, put | | | |
| 57 24 | the patients through all this, if you're | | | |
| 58 1 | going to have the same thing as warfarin? | | | |
| 58 2 | So it was a goal. | | | |

**59:4  -  59:6**   Berkowitz, Scott 2016-10-19   0:06

| | | | | |
|---|---|---|---|---|
| 59 4 | Q.   The company never conducted | **Re: [59:4-59:6]** | Re: [59:4-59:6] | Pending |
| 59 5 | any trials to determine whether or not | **Def Obj** PK, R, P, | Pltf Resp Within the | |
| 59 6 | monitoring was required, correct? | Concede - Routine | scope of witness's | |
| | | Monitoring, Concede- | responsibilities and | |
| | | Failure to Test | knowledge. | |
| | | | Relevant to | |
| | | | Plaintiffs' Failure to | |
| | | | warn claims and | |
| | | | claim for need for | |
| | | | measurement. | |

**59:7  -  59:13**   Berkowitz, Scott 2016-10-19   0:10

| | | | | |
|---|---|---|---|---|
| 59 7 | A.   We don't do trials to | **Re: [59:7-59:13]** | | Pending |
| 59 8 | determine that.  We do trials to | **Pltf Obj** Object as non- | | |
| 59 9 | determine if the drug is efficacious and | responsive and | | |
| 59 10 | safe. | misleading. | | |
| 59 11 | Q.   The answer to my question is | | | |
| 59 12 | you never conducted a trial to determine | | | |
| 59 13 | whether or not monitoring was necessary? | | | |

**59:16  -  59:19**   Berkowitz, Scott 2016-10-19   0:06

| | | | | |
|---|---|---|---|---|
| 59 16 | THE WITNESS:  I can only say | **Re: [59:16-59:19]** | Re: [59:16-59:19] | Pending |
| 59 17 | that I don't remember a trial that | **Def Obj** PK, R, P, | Pltf Resp Within the | |
| 59 18 | was specifically designed to do | Concede - Routine | scope of witness's | |
| 59 19 | that. | Monitoring, Concede- | responsibilities and | |

04/20/17 15:10

| | Objections In Failure to Test | Responses In | Rulings |
|---|---|---|---|
| | | knowledge. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. | |

**60:4 - 61:7  Berkowitz, Scott 2016-10-19**                            1:12

| | | Re: [60:4-61:7] | Re: [60:4-61:7]  Pending |
| 60 4 | Q. Now, you're aware very early | **Def Obj** PK, LF, R, P, | Pltf Resp Within the |
| 60 5 | on that both Bayer and Janssen, as we | Concede - Routine | scope of witness's |
| 60 6 | talked about, decided they only wanted to | Monitoring | responsibilities and |
| 60 7 | pursue Xarelto if it was a drug that did | | knowledge. |
| 60 8 | not require monitoring. | | Relevant to |
| 60 9 | Do you remember that? | | Plaintiffs' Failure to |
| 60 10 | A. I don't remember that | | warn claims and |
| 60 11 | exactly. As I said, that's a goal. If | | claim for need for |
| 60 12 | it had turned out that it needed to be | | measurement. |
| 60 13 | monitored, I can't tell you what would | | |
| 60 14 | happen. | | |
| 60 15 | Q. Okay. Let me show you | | |
| 60 16 | Plaintiffs' 936154. | | |
| 60 17 | MR. BARR: This will be | | |
| 60 18 | Exhibit 5. | | |
| 60 19 | (Document marked for | | |
| 60 20 | identification as Exhibit | | |
| 60 21 | Berkowitz-5.) | | |
| 60 22 | BY MR. BARR: | | |
| 60 23 | Q. You see that this is a | | |
| 60 24 | document titled "Clinical Development | | |
| 61 1 | Plan, Go/No go Criteria, Bayer." | | |
| 61 2 | Do you see that? | | |
| 61 3 | A. I do. | | |
| 61 4 | Q. And the date of this is May | | |
| 61 5 | 5th, 2003. | | |
| 61 6 | Do you see that? | | |
| 61 7 | A. Yes. | | |

**61:8 - 61:10  Berkowitz, Scott 2016-10-19**                          0:04

| 61 8 | Q. So this would have been |
| 61 9 | before you came to the company, correct? |
| 61 10 | A. Yes. About three years. |

**61:11 - 61:22  Berkowitz, Scott 2016-10-19**                         0:14

| | | Re: [61:11-61:22] | Re: [61:11-61:22]  Pending |
| 61 11 | Q. But you reviewed this | **Def Obj** LF, PK | Pltf Resp Prooper |
| 61 12 | document -- document to prepare for this | | attempt to refresh |
| 61 13 | deposition, correct? | | recollection. |
| 61 14 | A. Not correct. I don't | | |
| 61 15 | remember seeing it. | | |
| 61 16 | Q. Well, it's certainly on the | | |
| 61 17 | list that was given to us of documents | | |
| 61 18 | that were at least given to you to look | | |
| 61 19 | at. | | |
| 61 20 | A. Well, then maybe -- maybe I | | |
| 61 21 | did see it. But I honestly don't | | |
| 61 22 | remember it. | | |

**62:19 - 62:23  Berkowitz, Scott 2016-10-19**                         0:08

| 62 19 | Q. Okay. And -- and the -- the |
| 62 20 | document lists the owner as the global |
| 62 21 | clinical leader. Is that the role you |
| 62 22 | now serve? |
| 62 23 | A. No. |

*Overruled*

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**64:17 - 64:21  Berkowitz, Scott 2016-10-19**  0:08

| | |
|---|---|
| 64 17 | Q.  This indication is the |
| 64 18 | prevention of venous thromboembolism.  Do |
| 64 19 | you see that? |
| 64 20 | A.  Oh yes, you're right.  I see |
| 64 21 | it.  Mm-hmm. |

Re: [64:17-64:21]
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Rulings: Pending

**65:6 - 65:21  Berkowitz, Scott 2016-10-19**  0:32

| | |
|---|---|
| 65 6 | Q.  Okay.  And this document |
| 65 7 | lists here for the VTE prevention |
| 65 8 | indication, no-go.  Do you see that? |
| 65 9 | A.  The criteria for no-go. |
| 65 10 | Q.  Right. |
| 65 11 | A.  Specific criteria it says. |
| 65 12 | Q.  And one of -- and it says, |
| 65 13 | "No dose decreased the DVT incidence |
| 65 14 | below 20 percent or a DVT incidence below |
| 65 15 | 20 percent was reached only in those dose |
| 65 16 | groups with a major bleeding rate above 4 |
| 65 17 | to 5 percent.  Therapeutic index too |
| 65 18 | narrow.  Unable to go for fixed |
| 65 19 | unmonitored dose." |
| 65 20 | Do you see that? |
| 65 21 | A.  I see it. |

Re: [65:6-65:21]
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring, Relevance-RECORD/RECORD 4/DVT/PE

Re: [65:6-65:21]
Pltf Resp Within the scope of witness's responsibilities and knowledge. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Rulings: Pending

**66:1 - 66:6  Berkowitz, Scott 2016-10-19**  0:15

| | |
|---|---|
| 66 1 | Q.  So according to this |
| 66 2 | document, under the clinical development |
| 66 3 | plan, it was a no-go if the -- if the VTE |
| 66 4 | prevention indication could not be |
| 66 5 | developed unless it was unmonitored, |
| 66 6 | right? |

Re: [66:1-66:6]
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Rulings: Pending

**66:9 - 66:16  Berkowitz, Scott 2016-10-19**  0:14

| | |
|---|---|
| 66 9 | THE WITNESS:  Well, what |
| 66 10 | you're looking at is a living kind |
| 66 11 | of document.  It appears at this |
| 66 12 | particular point in time, it said |
| 66 13 | unable to go fixed unmonitored |
| 66 14 | dose.  What exactly that means |
| 66 15 | is -- is not actually stated, |
| 66 16 | so -- |

Re: [66:9-66:16]
**Pltf Obj** Object as non-responsive and also duplicative of testimony designated by plaintiff

Rulings: Pending

**67:2 - 67:11  Berkowitz, Scott 2016-10-19**  0:17

| | |
|---|---|
| 67 2 | THE WITNESS:  So I'm just |
| 67 3 | simply saying that it's written |
| 67 4 | here just as you note under the |
| 67 5 | no-go specific criteria, of the |
| 67 6 | number of things they are looking |
| 67 7 | for, including therapeutic index |
| 67 8 | not too narrow.  Unable to go for |
| 67 9 | fixed unmonitored dose.  So that's |
| 67 10 | their target in 2003.  That's the |
| 67 11 | goal. |

Re: [67:2-67:11]
**Pltf Obj** Object as non-responsive and also duplicative of testimony designated by plaintiff

Rulings: Pending

**67:13 - 67:17  Berkowitz, Scott 2016-10-19**  0:08

| | |
|---|---|
| 67 13 | Q.  Mm-hmm.  So in 2003, the |
| 67 14 | decision is made that if we can't go |
| 67 15 | forward on an unmonitored dose, this is a |
| 67 16 | no-go, right? |
| 67 17 | A.  No -- |

Re: [67:13-67:17]
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring, Relevance-RECORD/RECORD

Re: [67:13-67:17]
Pltf Resp Within the scope of witness's responsibilities and materials reviewed.

Rulings: Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | 4/DVT/PE | Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. Established no-go criteria procedure to provide context for following A-Fib testimony. | |

**67:20 - 67:24** Berkowitz, Scott 2016-10-19     0:07

| 67 20 | THE WITNESS: Again, it says |
| 67 21 | "no-go specific criteria." But |
| 67 22 | it's not a decision. It's just a |
| 67 23 | guidepost for what you are going |
| 67 24 | to do going forward. |

| **Re: [67:20-67:24]** **Def Obj** PK, LF, R, P, Concede - Routine Monitoring, Relevance-RECORD/RECORD 4/DVT/PE | Re: [67:20-67:24] Pltf Resp Within the scope of witness's responsibilities and materials reviewed. Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. Established no-go criteria procedure to provide context for following A-Fib testimony. | Pending |

**68:2 - 68:13** Berkowitz, Scott 2016-10-19     0:44

| 68 2 | Q. Now, I want to show you |
| 68 3 | 936155 which is Exhibit 6. |
| 68 4 | (Document marked for |
| 68 5 | identification as Exhibit |
| 68 6 | Berkowitz-6.) |
| 68 7 | BY MR. BARR: |
| 68 8 | Q. Just for purposes of the |
| 68 9 | record, this is the same document but now |
| 68 10 | we're dealing with the prevention of |
| 68 11 | stroke in patients with atrial |
| 68 12 | fibrillation. |
| 68 13 | A. Yes, I see that. |

| **Re: [68:2-68:13]** **Def Obj** PK, LF, R, P, Concede - Routine Monitoring | Re: [68:2-68:13] Pltf Resp Within the scope of witness's responsibilities and materials reviewed. Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. | Pending |

**68:14 - 68:22** Berkowitz, Scott 2016-10-19     0:15

| 68 14 | Q. Everything about it is the |
| 68 15 | same, same date, same owner, correct? |
| 68 16 | A. Well, same owner. I haven't |

| **Re: [68:14-68:22]** **Pltf Obj** Object as non necessary for | | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 68  17 | been able to compare it all.  But I | completeness and misleading in that it suggests he was not permitted to review document. | | |
| 68  18 | would -- | | | |
| 68  19 | Q.   Okay. | | | |
| 68  20 | A.   I would have to look and | | | |
| 68  21 | see.  But it's the same BAY number.  I | | | |
| 68  22 | don't know about IP number, et cetera. | | | |

**69:5  -  69:8  Berkowitz, Scott 2016-10-19     0:10**

| 69   5 | Q.   If you look under the box | Re: [69:5-69:8] Pltf Obj Object as non necessary for completeness and misleading in that it suggests he was not permitted to review document. | | Pending |
|---|---|---|---|---|
| 69   6 | that says "Phase II-A to Phase III-A." | | | |
| 69   7 | You see it also has those same no-go and | | | |
| 69   8 | go criteria, right? | | | |

**69:17  -  69:21  Berkowitz, Scott 2016-10-19     0:06**

| 69  17 | THE WITNESS:  So I see | Re: [69:17-69:21] Pltf Obj Object as non necessary for completeness and misleading in that it suggests he was not permitted to review document. | | Pending |
|---|---|---|---|---|
| 69  18 | no-go, and there are general | | | |
| 69  19 | criteria and several to consider, | | | |
| 69  20 | and then specific criteria, same | | | |
| 69  21 | thing, several to consider. | | | |

**69:23  -  71:3  Berkowitz, Scott 2016-10-19     0:57**

| 69  23 | Q.   And then there's also a go | Re: [69:23-71:3] Def Obj PK, LF, R, P, Concede - Routine Monitoring | Re: [69:23-71:3] Pltf Resp Within the scope of witness's responsibilities and materials reviewed.  Foundation established by document and testimony.  Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. | Pending |
|---|---|---|---|---|
| 69  24 | criteria, correct? | | | |
| 70   1 | A.   There's a go criteria, | | | |
| 70   2 | correct. | | | |
| 70   3 | Q.   But under the no-go criteria | | | |
| 70   4 | it also says for the -- can we call | | | |
| 70   5 | the -- the atrial fibrillation stroke | | | |
| 70   6 | prevention, can we call that SPAF? | | | |
| 70   7 | A.   We -- sure.  We do.  Stroke | | | |
| 70   8 | prevention and atrial fibrillation. | | | |
| 70   9 | Mm-hmm. | | | |
| 70  10 | Q.   So for the SPAF indication, | | | |
| 70  11 | it also says, "Unable to go for fixed | | | |
| 70  12 | unmonitored dose is a no-go criteria," | | | |
| 70  13 | correct? | | | |
| 70  14 | A.   Well, again, it's one of a | | | |
| 70  15 | number listed there. | | | |
| 70  16 | Q.   Okay.  Now, I want to -- | | | |
| 70  17 | well, are you aware that in 2005 Bayer | | | |
| 70  18 | entered a collaboration agreement with, | | | |
| 70  19 | it was Ortho-McNeil at the time, but | | | |
| 70  20 | ultimately became Janssen for the | | | |
| 70  21 | co-development and promotion of Xarelto? | | | |
| 70  22 | A.   Yes. | | | |
| 70  23 | Q.   Have you ever read that | | | |
| 70  24 | agreement? | | | |
| 71   1 | A.   Not cover to cover.  I've | | | |
| 71   2 | seen it.  It's rather thick is all I | | | |
| 71   3 | remember. | | | |

**71:15  -  71:17  Berkowitz, Scott 2016-10-19     0:11**

| 71  15 | Q.   Well, let me show you.  It's | Re: [71:15-71:17] Def Obj PK, LFR, Concede - Routine | Re: [71:15-71:17] Pltf Resp Within the scope of witness's | Pending |
|---|---|---|---|---|
| 71  16 | Exhibit 7741.  I did not bring the entire | | | |
| 71  17 | collaboration agreement. | | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Monitoring, | responsibilities and materials reviewed. Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. | |

71:22  -  72:4   Berkowitz, Scott 2016-10-19                                0:05

| | | | |
|---|---|---|---|
| 71 22 | (Document marked for | **Re: [71:22-72:4]** | Re: [71:22-72:4]   Pending |
| 71 23 | identification as Exhibit | **Def Obj** LF, PK, R, | Pltf Resp Within the |
| 71 24 | Berkowitz-7.) | Concede - Routine | scope of witness's |
| 72 1 | BY MR. BARR: | Monitoring, | responsibilities and |
| 72 2 | Q.  This is Exhibit E to the | | materials reviewed. |
| 72 3 | collaboration agreement. | | Foundation |
| 72 4 | A.  Okay. | | established by |
| | | | document and |
| | | | testimony.  Relevant |
| | | | to Plaintiffs' Failure |
| | | | to warn claims and |
| | | | claim for need for |
| | | | measurement. |

73:3  -  73:18   Berkowitz, Scott 2016-10-19                               0:38

| | | | |
|---|---|---|---|
| 73 3 | Q.  And it's BAY 597 -- | **Re: [73:3-73:18]** | Re: [73:3-73:18]   Pending |
| 73 4 | BAY 59-7939.  That's rivaroxaban, | **Def Obj** LF, PK, R, | Pltf Resp Within the |
| 73 5 | correct? | Concede - Routine | scope of witness's |
| 73 6 | A.  That is. | Monitoring, | responsibilities and |
| 73 7 | Q.  Okay. | | materials reviewed. |
| 73 8 | U.S. commercial strategy and | | Foundation |
| 73 9 | initial marketing plan, Johnson & | | established by |
| 73 10 | Johnson, September 2005.  Do you see | | document and |
| 73 11 | that? | | testimony.  Relevant |
| 73 12 | A.  I do. | | to Plaintiffs' Failure |
| 73 13 | Q.  What I want you to go to is | | to warn claims and |
| 73 14 | Page 3, and I'm looking at the paragraph | | claim for need for |
| 73 15 | that says, "The BAY target product | | measurement. |
| 73 16 | profile is summarized by the following." | | |
| 73 17 | Do you see that? | | |
| 73 18 | A.  Yes. | | |

74:22  -  75:12   Berkowitz, Scott 2016-10-19                              0:25

| | | | |
|---|---|---|---|
| 74 22 | Q.  We're looking at it, says, | **Re: [74:22-75:12]** | Re: [74:22-75:12]   Pending |
| 74 23 | "The BAY target product profile is | **Def Obj** LF, PK, MD, R, | Pltf Resp Within the |
| 74 24 | summarized by the following." | Concede - Routine | scope of witness's |
| 75 1 | Do you see that? | Monitoring | responsibilities and |
| 75 2 | A.  I see that. | | materials reviewed. |
| 75 3 | Q.  Okay.  And what I want to | | Foundation |
| 75 4 | point you to is the last bullet point on | | established by |
| 75 5 | Page 4.  It says, "Use of the product." | | document and |
| 75 6 | And the product in this case is Xarelto, | | testimony.  Relevant |
| 75 7 | right? | | to Plaintiffs' Failure |
| 75 8 | A.  Yes, it's in that category. | | to warn claims and |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | claim for need for measurement. | |
| 75  9 | Q.  "Use of the product shall | | | |
| 75  10 | not require routine monitoring." | | | |
| 75  11 | Did I read that right? | | | |
| 75  12 | A.  Yeah. | | | |

**75:13  -  75:18  Berkowitz, Scott 2016-10-19**  0:08

| 75  13 | Q.  It uses the word "shall," | Re: [75:13-75:18] | | Pending |
| 75  14 | right? | **Pltf Obj** Object as non- | | |
| 75  15 | A.  Yeah, in a future -- future | responsive and | | |
| 75  16 | sense.  That's their hope. | speculation. | | |
| 75  17 | Q.  Well, that's not a hope, is | | | |
| 75  18 | it?  Is "shall" a hope? | | | |

**75:23  -  76:3  Berkowitz, Scott 2016-10-19**  0:08

| 75  23 | THE WITNESS:  In a document | Re: [75:23-76:3] | | Pending |
| 75  24 | that's written in 2005 without the | **Pltf Obj** Object as non- | | |
| 76  1 | trials done, that's aspirational. | responsive and | | |
| 76  2 | That's not a requirement.  I mean, | speculation. | | |
| 76  3 | the results will come out, right? | | | |

**76:5  -  76:13  Berkowitz, Scott 2016-10-19**  0:26

| 76  5 | Q.  Does it -- does it say, "We | Re: [76:5-76:13] | | Pending |
| 76  6 | hope that the product will not require | **Pltf Obj** Object as non- | | |
| 76  7 | monitoring"? | responsive and | | |
| 76  8 | A.  No.  I was not saying that's | speculation. | | |
| 76  9 | what it says in the document.  I was | | | |
| 76  10 | saying, when you asked about "shall," | | | |
| 76  11 | that's not a commandment.  It's | | | |
| 76  12 | aspirational.  It's what they are | | | |
| 76  13 | expecting and hoping to happen. | | | |

**76:14  -  77:8  Berkowitz, Scott 2016-10-19**  0:35

| 76  14 | Q.  Now, you're certainly aware | Re: [76:14-77:8] | Re: [76:14-77:8] | Pending |
| 76  15 | that there were instructions from the | **Def Obj** R, Concede - | **Pltf Resp** Within the | |
| 76  16 | leaders at Bayer to resist monitoring, | Routing Monitoring, | scope of witness's | |
| 76  17 | correct? | Attorney | responsibilities and | |
| 76  18 | MR. HOROWITZ:  Objection to | colloquy/objections | materials reviewed. | |
| 76  19 | form. | | Foundation | |
| 76  20 | THE WITNESS:  That's not | | established by | |
| 76  21 | correct, in my interpretation.  I | | document and | |
| 76  22 | never received any instructions or | | testimony.  Relevant | |
| 76  23 | know of anyone that received | | to Plaintiffs' Failure | |
| 76  24 | instructions that you can't | | to warn claims and | |
| 77  1 | develop a molecule. | | claim for need for | |
| 77  2 | As I've said, a molecule | | measurement. | |
| 77  3 | that does not have it.  But it's | | | |
| 77  4 | certainly our goal.  And those of | | | |
| 77  5 | us who have worked in the field a | | | |
| 77  6 | long time, and there are a number | | | |
| 77  7 | at Bayer, as well as myself, this | | | |
| 77  8 | is what we're trying to do. | | | |

**77:10  -  77:15  Berkowitz, Scott 2016-10-19**  0:12

| 77  10 | Q.  Okay.  Let me show you what | Re: [77:10-77:15] | Re: [77:10-77:15] | Pending |
| 77  11 | I'm going to mark as Exhibit Number 8. | **Def Obj** LF, R, Concede - | **Pltf Resp** Foundation | |
| 77  12 | This is Plaintiffs' 399453. | Routine Monitoring, H | established by | |
| 77  13 | (Document marked for | | document and | |
| 77  14 | identification as Exhibit | | testimony. Relevant | |
| 77  15 | Berkowitz-8.) | | to Plaintiffs' Failure | |

*granted*

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | to warn claims and marketing claims, and claim for need for measurement. Business record. | |

**78:3 - 78:12 Berkowitz, Scott 2016-10-19**  0:25

| 78 3 | Q. You ready? You see -- we're |
| 78 4 | going to start with the e-mail that |
| 78 5 | starts -- it looks like it's from |
| 78 6 | Mr. Glombitza. |
| 78 7 | Do you see that? |
| 78 8 | A. I do. |
| 78 9 | Q. On April 28, 2011. It's to |
| 78 10 | Kemal Malik. It copies a whole series of |
| 78 11 | people, including yourself, right? I can |
| 78 12 | circle you. |

Re: [78:3-78:12]
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:3-78:12]
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Pending

**78:17 - 78:18 Berkowitz, Scott 2016-10-19**  0:02

| 78 17 | THE WITNESS: I see it. |
| 78 18 | Thank you. |

Re: [78:17-78:18]
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:17-78:18]
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Pending

**78:20 - 78:24 Berkowitz, Scott 2016-10-19**  0:13

| 78 20 | Q. And it's subject, "Xarelto, |
| 78 21 | DVT and SPAF, list of questions, Day 1 |
| 78 22 | for release, strategy of response." |
| 78 23 | Do you see that? |
| 78 24 | A. Yes. |

Re: [78:20-78:24]
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:20-78:24]
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Pending

**79:1 - 79:5 Berkowitz, Scott 2016-10-19**  0:16

| 79 1 | Q. And Mr. Glombitza on the |
| 79 2 | next page writes, "Dear Kemal," right? |
| 79 3 | Do you see that? |
| 79 4 | A. Oh, yes. I'm sorry. I |
| 79 5 | thought you were going to continue. |

Re: [79:1-79:5]
**Pltf Obj** Object as not necessary for completeness.

Pending

**79:10 - 79:20 Berkowitz, Scott 2016-10-19**  0:25

| 79 10 | Q. Who is Kemal Malik? |
| 79 11 | A. Dr. Malik is on the board of |
| 79 12 | Bayer now. His position was, I believe, |
| 79 13 | at the time head of clinical development. |

Re: [79:10-79:20]
**Def Obj** LF, R, Concede - Routine Monitoring, H, Incomplete

Re: [79:10-79:20]
Pltf Resp Foundation established by document and

Pending

16

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 79 14 | No.  Sorry.  Head of development. | | testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record. | |
| 79 15 | Q.   Is that higher or lower in | | | |
| 79 16 | the chain than you? | | | |
| 79 17 | A.   Higher than me. | | | |
| 79 18 | Q.   And Mr. Glombitza lists | | | |
| 79 19 | pushback items. | | | |
| 79 20 | Do you see that? | | | |

**79:21 - 79:22  Berkowitz, Scott 2016-10-19**  0:03

| | | | | |
|---|---|---|---|---|
| 79 21 | A.   Yeah, it looked like from me | Re: [79:21-79:22]<br>**Pltf Obj** Object as not necessary for completeness. | | Pending |
| 79 22 | reading it, a list of questions. | | | |

**80:10 - 80:18  Berkowitz, Scott 2016-10-19**  0:13

| | | | | |
|---|---|---|---|---|
| 80 10 | THE WITNESS:  Okay.  I see a | Re: [80:10-80:18]<br>**Def Obj** LF, R, Concede - Routine Monitoring, H, Incomplete | Re: [80:10-80:18]<br>Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record. | Pending |
| 80 11 | space under Bernhard's name that | | | |
| 80 12 | says "pushback items." | | | |
| 80 13 | BY MR. BARR: | | | |
| 80 14 | Q.   Okay.  And one of the | | | |
| 80 15 | pushback items listed is, "No specific | | | |
| 80 16 | monitoring." | | | |
| 80 17 | Do you see that? | | | |
| 80 18 | A.   Yes.  It says, "Hemoglobin | | | |

**80:19 - 80:23  Berkowitz, Scott 2016-10-19**  0:09

| | | | | |
|---|---|---|---|---|
| 80 19 | renal coagulation." | Re: [80:19-80:23]<br>**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness. | | Pending |
| 80 20 | Q.   So that is what | | | |
| 80 21 | Mr. Glombitza is relating to Mr. Malik or | | | |
| 80 22 | Dr. Malik as something that we need to | | | |
| 80 23 | push back on, right? | | | |

**81:2 - 81:7  Berkowitz, Scott 2016-10-19**  0:09

| | | | | |
|---|---|---|---|---|
| 81 2 | THE WITNESS:  Yeah, I don't | Re: [81:2-81:7]<br>**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness. | | Pending |
| 81 3 | know exactly what he means by this | | | |
| 81 4 | laundry list and what it relates | | | |
| 81 5 | to.  As I read the rest of the | | | |
| 81 6 | e-mail, I don't see anything in it | | | |
| 81 7 | about monitoring or not. | | | |

**81:9 - 81:13  Berkowitz, Scott 2016-10-19**  0:10

| | | | | |
|---|---|---|---|---|
| 81 9 | Q.   Now let's look at | Re: [81:9-81:13]<br>**Def Obj** LF, R, Concede - Routine Monitoring, H | Re: [81:9-81:13]<br>Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record. | Pending |
| 81 10 | Dr. Malik's response to Mr. Glombitza, | | | |
| 81 11 | which is on the first page.  And this is | | | |
| 81 12 | May 3rd, 2011, correct? | | | |
| 81 13 | A.   Correct. | | | |

**81:14 - 81:21  Berkowitz, Scott 2016-10-19**  0:13

| | | | | |
|---|---|---|---|---|
| 81 14 | Q.   And you received this e-mail | Re: [81:14-81:21] | | Pending |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

81 15    as well, correct?
81 16    A.  Well, I'm listed on it.  I
81 17    can't say that I remember it.
81 18    Q.   Okay.  Do you make a habit
81 19    of reading e-mails that are sent to you?
81 20    A.   I try to.  I get 125 to 130
81 21    a day, so sometimes it's a challenge.

**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness.

---

**81:24 - 82:5**   Berkowitz, Scott 2016-10-19     0:12
81 24    Q.   Okay.  And it says, "Dear
82  1    Bernhard, thanks.  A few considerations
82  2    from my side."  And Number 2 he says,
82  3    "Monitoring should be resisted."
82  4        Did I read that correctly?
82  5    A.   That's correct.

**Re: [81:24-82:5]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [81:24-82:5]     Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

---

**82:6 - 82:8**   Berkowitz, Scott 2016-10-19     0:06
82  6    Q.   That's Dr. Malik.  Fair to
82  7    say he's your boss?
82  8    A.   He is my boss's boss's boss.

**Re: [82:6-82:8]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [82:6-82:8]     Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

---

**82:9 - 82:16**   Berkowitz, Scott 2016-10-19     0:14
82  9    Q.   He is way up there?
82 10    A.   Yes, he's way up there.
82 11    This is not the way our company works.
82 12    We're not directed -- it's not
82 13    hierarchical in that sense.  We're
82 14    trusted as the clinical developers to do
82 15    what's -- basically we call it following
82 16    the science.

**Re: [82:9-82:16]**
**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

**82:17 - 82:20**   Berkowitz, Scott 2016-10-19     0:11
82 17    Q.   Okay.  So your boss's boss's
82 18    boss wrote an e-mail May 3rd, 2011, that
82 19    said, "Monitoring should be resisted,"
82 20    right?

**Re: [82:17-82:20]**
**Def Obj** LF, R, Concede - Routine Monitoring, H, A

Re: [82:17-82:20]     Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**82:23 - 83:2**   Berkowitz, Scott 2016-10-19     0:04

| | | | |
|---|---|---|---|
| 82 23    THE WITNESS: The e-mail | Re: [82:23-83:2] | Re: [82:23-83:2] | Pending |
| 82 24    actually says, "A few | **Def Obj** LF, R, Concede - | Pltf Resp Foundation | |
| 83 1    considerations from my side," | Routine Monitoring, H, A | established by | |
| 83 2    among which that was listed. | | document and | |
| | | testimony. Relevant | |
| | | to Plaintiffs' Failure | |
| | | to warn claims and | |
| | | marketing claims, | |
| | | and claim for need | |
| | | for measurement. | |
| | | Business record. | |

**85:16 - 86:22**   Berkowitz, Scott 2016-10-19     1:06

| | | | |
|---|---|---|---|
| 85 16    Q. Where does she fall in the | Re: [85:16-86:22] | | Pending |
| 85 17    hierarchy? If Dr. Malik is your boss's | **Pltf Obj** Object to non- | | |
| 85 18    boss's boss, where is Mr. Alpers in the | responsive portion of | | |
| 85 19    hierarchy? | answer, speculation, | | |
| 85 20    A. Our structure is not in the | and not necessary for | | |
| 85 21    hierarchy in that sense. It's a matrix | completeness. If played | | |
| 85 22    organization. She is in project | at all, should be in | | |
| 85 23    management. That's part of development. | Defendant's direct. | | |
| 85 24    It's not -- it's not in the clinical | | | |
| 86 1    development group that I'm in, but we | | | |
| 86 2    work together on these projects. That's | | | |
| 86 3    what I mean by "matrix." So that's the | | | |
| 86 4    best I could say. | | | |
| 86 5    Q. Do you have any sense of | | | |
| 86 6    what her role with Xarelto was? | | | |
| 86 7    A. Well, we have different team | | | |
| 86 8    members. We have clinical development | | | |
| 86 9    physicians. We have statisticians. We | | | |
| 86 10    have regulatory advice. We have project | | | |
| 86 11    managers that help guide timelines and | | | |
| 86 12    pull things together to bring information | | | |
| 86 13    to management. Does that help? | | | |
| 86 14    Q. Yeah, yeah. I'm just | | | |
| 86 15    trying -- but you don't know specifically | | | |
| 86 16    what her role was? | | | |
| 86 17    A. Well, we have on -- at the | | | |
| 86 18    time in 2010, she was one of the global | | | |
| 86 19    project managers. Exactly what | | | |
| 86 20    responsibilities were assigned to her as | | | |
| 86 21    opposed to some of the others, I don't | | | |
| 86 22    remember. | | | |

**90:18 - 91:3**   Berkowitz, Scott 2016-10-19     0:15

| | | | |
|---|---|---|---|
| 90 18    THE WITNESS: So as I read | Re: [90:18-91:3] | | Pending |
| 90 19    this, I mean, I don't remember | **Pltf Obj** Object to non- | | |
| 90 20    getting a direct -- someone | responsive portion of | | |
| 90 21    telling me to do that. | answer, speculation, | | |
| 90 22    What I read is someone -- is | and not necessary for | | |
| 90 23    two things. Someone who doesn't | completeness. If played | | |
| 90 24    speak English as their primary | at all, should be in | | |
| 91 1    language. And this wording that | Defendant's direct. | | |
| 91 2    you and I discussed in the | | | |
| 91 3    beginning about what is | | | |

**91:6 - 91:9**   Berkowitz, Scott 2016-10-19     0:08

| | | | |
|---|---|---|---|
| 91 6    a -- you know, a demand, don't do | Re: [91:6-91:9] | | Pending |
| 91 7    this. I think there's a -- trying | **Pltf Obj** Object to non- | | |
| 91 8    to explain our thinking in terms | responsive portion of | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

91  9            of how we view it.

answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

91:11  -  91:15  Berkowitz, Scott 2016-10-19      0:09
91 11      Q.   So you don't recall anybody,
91 12      other than Mr. Malik's e-mail, coming to
91 13      you and saying let's not talk too much
91 14      about monitoring?  Nobody ever did that
91 15      to you?

Re: [91:11-91:15]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

91:19  -  92:7  Berkowitz, Scott 2016-10-19      0:19
91 19          THE WITNESS:  No.  That's
91 20      not how it works in our company.
91 21      And I don't believe that that's
91 22      the case.  I have not heard that
91 23      in meetings.  I mean, I think you
91 24      may look at the e-mail from
92  1      Dr. Malik and say that's what he
92  2      was saying.  But I know Dr. Malik,
92  3      and I know that he wouldn't do
92  4      that.  But e-mail is not the best
92  5      form to discuss those things
92  6      because they can be
92  7      misinterpreted.

Re: [91:19-92:7]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

92:9  -  92:10  Berkowitz, Scott 2016-10-19      0:02
92  9      Q.   You know he wouldn't do that
92 10      even though he did do it?

Re: [92:9-92:10]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

92:13  -  92:23  Berkowitz, Scott 2016-10-19      0:15
92 13          THE WITNESS:  Well, he
92 14      wrote -- he wrote a sentence.  But
92 15      as you know, what gets put in
92 16      e-mail doesn't give all the
92 17      context like you and I can do back
92 18      and forth.
92 19          And I know Dr. Malik, and
92 20      that's just not the kind of thing
92 21      he does.  That's -- the culture
92 22      that we have at Bayer is not like
92 23      that.

Re: [92:13-92:23]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

94:23  -  95:5  Berkowitz, Scott 2016-10-19      0:27
94 23      Q.   Let me show you what I'm
94 24      going to mark as Exhibit Number 10.
95  1      MR. BARR:  And this is
95  2      Plaintiffs' 177638.
95  3          (Document marked for

Re: [94:23-95:5]
**Def Obj** LF, R Concede - Routine Monitoring, H

Re: [94:23-95:5]
Pltf Resp Foundation established by document and testimony. Relevant

Pending

20

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 95 | 4 | identification as Exhibit | | to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record. | |
| 95 | 5 | Berkowitz-10.) | | | |

**95:12 - 96:5   Berkowitz, Scott 2016-10-19**   0:29

| 95 | 12 | Q.   You see that this is an |
|---|---|---|
| 95 | 13 | e-mail from Gerlind Holberg? |
| 95 | 14 | A.   Gerlind Holberg. |
| 95 | 15 | Q.   And -- and this is sent to a |
| 95 | 16 | group of people including yourself, |
| 95 | 17 | right? |
| 95 | 18 | A.   Yes. |
| 95 | 19 | Q.   You are on the second line |
| 95 | 20 | there, right? |
| 95 | 21 | A.   I see it.   Mm-hmm. |
| 95 | 22 | Q.   This is July 16, 2012, |
| 95 | 23 | correct? |
| 95 | 24 | A.   Yes.   Mm-hmm. |
| 96 | 1 | Q.   Okay.   Who is Gerlind |
| 96 | 2 | Holberg? |
| 96 | 3 | A.   Gerlind Holberg is one of |
| 96 | 4 | the medical affairs colleagues in the -- |
| 96 | 5 | on the program at the time. |

Objections In: Re: [95:12-96:5] **Def Obj** LF, R Concede - Routine Monitoring, H

Responses In: Re: [95:12-96:5] Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Rulings: Pending

**96:6 - 96:17   Berkowitz, Scott 2016-10-19**   0:19

| 96 | 6 | Q.   And do -- do you recall in |
|---|---|---|
| 96 | 7 | 2016 what Gerlind's responsibility was in |
| 96 | 8 | 2012? |
| 96 | 9 | A.   Not exactly.   It's a medical |
| 96 | 10 | affairs group.   It's different than |
| 96 | 11 | clinical development so I don't know |
| 96 | 12 | exact role. |
| 96 | 13 | Q.   I mean -- |
| 96 | 14 | A.   She's on the Xarelto |
| 96 | 15 | program.   She's -- I don't know what |
| 96 | 16 | responsibilities her manager assigned |
| 96 | 17 | her. |

Objections In: Re: [96:6-96:17] **Pltf Obj** Object for lack of personal knowledge. Q/A not necessary for completeness.

Rulings: Pending

**97:4 - 97:14   Berkowitz, Scott 2016-10-19**   0:23

| 97 | 4 | Q.   Okay.   And what she has sent |
|---|---|---|
| 97 | 5 | around is a review of a manuscript that |
| 97 | 6 | looks like it was written by Dr. Mueck. |
| 97 | 7 | Do you see that? |
| 97 | 8 | A.   He is the lead author. |
| 97 | 9 | Q.   Right.   And -- and she has |
| 97 | 10 | enclosed some comments to this article, |
| 97 | 11 | correct?   And that's just what she says |
| 97 | 12 | on her e-mail, "comments enclosed," |
| 97 | 13 | right? |
| 97 | 14 | A.   Right. |

Objections In: Re: [97:4-97:14] **Def Obj** LF, R Concede - Routine Monitoring, H

Responses In: Re: [97:4-97:14] Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Rulings: Pending

**97:15 - 98:3   Berkowitz, Scott 2016-10-19**   0:28

| 97 | 15 | Q.   And so did the medical |
|---|---|---|
| 97 | 16 | affairs group have the ability to provide |
| 97 | 17 | comments to manuscripts that were going |
| 97 | 18 | to be put forward for publication? |

Objections In: Re: [97:15-98:3] **Pltf Obj** Object as non-responsive and not necessary for

Rulings: Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
97 19    A.   My memory is medical
97 20    affairs, of course, but not commercial,
97 21    not market.
97 22    Q.   Okay.  And she is in medical
97 23    affairs?
97 24    A.   She is medical affairs.  She
98  1    is a veterinary physician.  She has a
98  2    veterinary degree, but she has a long
98  3    history in drug development.
```

**98:4 - 98:12  Berkowitz, Scott 2016-10-19**    0:13

```
98  4    Q.   Okay.  And what she writes
98  5    is, she says, "Comments enclosed.  Please
98  6    try to refrain from the term 'monitoring'
98  7    when talking about NOACs."
98  8         Do you see that?
98  9    A.   I see that.
98 10    Q.   Okay.  And Xarelto is a
98 11    NOAC, right?
98 12    A.   It is.
```

Re: [98:4-98:12]
**Def Obj** LF, R Concede - Routine Monitoring, H

Re: [98:4-98:12]
Re: Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

Pending

**99:8 - 99:11  Berkowitz, Scott 2016-10-19**    0:17

```
99  8    Q.   Okay.  All right.  And you
99  9    certainly received that e-mail, correct?
99 10    A.   Received it.  But many
99 11    people are entitled to their comments.
```

Re: [99:8-99:11]
**Pltf Obj** Object as non-responsive and not necessary for completeness.

Pending

**99:12 - 99:23  Berkowitz, Scott 2016-10-19**    0:22

```
99 12    Q.   Well, do you agree that
99 13    there are certain situations where
99 14    measuring coagulation levels could be
99 15    helpful for both the patient and the
99 16    doctor?
99 17    A.   Are you talking about
99 18    rivaroxaban?
99 19    Q.   Yes, sir.
99 20    A.   I -- there could be urgent
99 21    situations where that -- I can't think of
99 22    very frequent ones, but I can think that
99 23    there could be.
```

Re: [99:12-99:23]
**Pltf Obj** R, P, Concede - Routine Monitoring, LF, S, V, O

Pending

**99:24 - 100:7  Berkowitz, Scott 2016-10-19**    0:20

```
 99 24   Q.   Okay.  Do you recall a
100  1   presentation you did in 2015, you were
100  2   asked to speak and give the
100  3   counterpoint -- it's a point-counterpoint
100  4   presentation about whether or not NOACs
100  5   should be monitored?  Do you remember
100  6   that?
100  7   A.   I do.
```

Re: [99:24-100:7]
**Def Obj** R, Concede - Routine Monitoring

Re: [99:24-100:7]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

**100:8 - 101:15  Berkowitz, Scott 2016-10-19**    1:00

```
100  8   Q.   And -- and you presented.  I
100  9   believe Bob Temple presented.
100 10   A.   Correct.
100 11   Q.   I don't know if there were
100 12   others.
100 13   A.   Other people on the panel.
```

Re: [100:8-101:15]
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

100 14   But this was a point-counterpoint kind of
100 15   debate thing.
100 16   Q.   You were -- were you asked
100 17   by the company or were you asked from
100 18   people outside the company to come make
100 19   this presentation?
100 20   A.   I was asked by the
100 21   organizers of the outside group which is
100 22   the -- the cardiac safety research
100 23   consortium, which is a -- a group of
100 24   independent academic and it -- it -- it's
101 1    a group.  It has pharmacy,
101 2    pharmaceutical.  It has regulatory like
101 3    FDA.  And it has other academics on
101 4    the -- on the group.
101 5    Q.   Do you know why they came to
101 6    you?
101 7    A.   Well, I was on the
101 8    organizing committee.  And I -- we all
101 9    gave our views.  Dr. Temple was on the
101 10   committee as well.  He -- he gave his
101 11   views.  And they asked me to do it.  I
101 12   don't know why except that I have that
101 13   view and I've been in coagulation since
101 14   1985.  So maybe some of it was out of
101 15   respect.

103:19 -   104:5   Berkowitz, Scott 2016-10-19                          0:45
103 19        This will be Exhibit 12.
103 20        (Document marked for
103 21   identification as Exhibit
103 22   Berkowitz-12.)
103 23        MR. BARR:  And it's
103 24   Plaintiffs' 3083260.
104 1    BY MR. BARR:
104 2    Q.   I've handed you Exhibit 12.
104 3    Is this your PowerPoint presentation that
104 4    you gave at the CSRC symposium?
104 5    A.   It appears to be.

Re: [103:19-104:5]
Def Obj R, Concede -
Routine Monitoring

Re: [103:19-104:5]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

104:6 -   104:19   Berkowitz, Scott 2016-10-19                          0:31
104 6    Q.   Okay.  And this is a
104 7    PowerPoint you put together for a
104 8    symposium that was titled "Is there a
104 9    role for pharmacokinetic/pharmacodynamics
104 10   dosing for novel anticoagulants," right?
104 11   A.   Yes.  That's part of the
104 12   second session on precision dosing.
104 13   Q.   And yours is, "Counterpoint:
104 14   PK dosing strategy is impractical and may
104 15   not add value," right?
104 16   A.   Correct.
104 17   Q.   And Mr. Temple gave the
104 18   point to the counterpoint?
104 19   A.   Dr. Temple.

Re: [104:6-104:19]
Def Obj R, Concede -
Routine Monitoring

Re: [104:6-104:19]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

105:14 -   106:9   Berkowitz, Scott 2016-10-19                          0:39
105 14   Q.   All right.  I'm on Page 9 of
105 15   your PowerPoint.  It's titled "Is there a
105 16   rationale for monitoring?"
105 17        Do you see that?
105 18   A.   Yeah.
105 19   Q.   And your first bullet point

Re: [105:14-106:9]
Def Obj R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments

Re: [105:14-106:9]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

04/20/17 15:10

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 105 20 | is, "When is it valuable to monitor |
| 105 21 | routinely," correct? |
| 105 22 | A.   Yes. |
| 105 23 | Q.   And that would be when you |
| 105 24 | have a patient regularly come in and have |
| 106  1 | their blood tested to determine what |
| 106  2 | their anticoagulation levels are, right? |
| 106  3 | A.   And then determine what to |
| 106  4 | do with those levels. |
| 106  5 | Q.   Right.  Then determine if |
| 106  6 | you need to either dose adjust or remove |
| 107  7 | them from therapy possibly, correct? |
| 106  8 | A.   Well, unlikely to remove |
| 106  9 | from therapy but adjust the dose.  I |

**106:10 -   106:13 Berkowitz, Scott 2016-10-19**   0:06

| 106 10 | mean, unless there was some serious |
| 106 11 | problem.  But by and large it's about |
| 106 12 | keeping them in the therapeutic range |
| 106 13 | like you have to do with warfarin. |

Re: [106:10-106:13]
**Def Obj** R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments

Re: [106:10-106:13]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**106:20 -   107:8 Berkowitz, Scott 2016-10-19**   0:29

| 106 20 | Q.   That would be one of the |
| 106 21 | reasons you may monitor, right? |
| 106 22 | A.   I don't know so much if it's |
| 106 23 | to switch, but rather whether you're |
| 106 24 | getting the dose therapeutically the way |
| 107  1 | you want it to be. |
| 107  2 | Q.   Okay.  So you believe if a |
| 107  3 | person is stable on an anticoagulant, |
| 107  4 | they shouldn't be switched? |
| 107  5 | A.   Well, if it's effective and |
| 107  6 | it's safe, and they're stable and |
| 107  7 | reliably you feel comfortable with it, I |
| 107  8 | don't recommend switching. |

Re: [106:20-107:8]
**Def Obj** R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments, O

Re: [106:20-107:8]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.
Within scope of
witness's experience
and responsibilities.

**108:6  -   109:6 Berkowitz, Scott 2016-10-19**   0:38

| 108  6 | Q.   Okay.  And so what you lay |
| 108  7 | out is you lay out four criteria for when |
| 108  8 | is it valuable to monitor routinely.  And |
| 108  9 | your Number 1 is, "Test accurately and |
| 108 10 | precisely measure drug levels," correct? |
| 108 11 | A.   These are not listed in any |
| 108 12 | order.  They're not including all of |
| 108 13 | them. |
| 108 14 | Q.   That's fair. |
| 108 15 | A.   They're just there. |
| 108 16 | "Test accurately and |
| 108 17 | precisely measure drug levels." |
| 108 18 | Q.   Okay.  And then your second |
| 108 19 | one is, "Target window validated and can |
| 108 20 | be maintained," correct? |
| 108 21 | A.   Yes. |
| 108 22 | Q.   And your third one is, "Test |
| 108 23 | results predict clinical outcome," |
| 108 24 | correct? |
| 109  1 | A.   Correct. |
| 109  2 | Q.   And then your fourth is, |
| 109  3 | "Modifying treatment on basis of test |
| 109  4 | result improves outcome," correct? |

Re: [108:6-109:6]
**Pltf Obj** Object to non-
responsive portion of
the answer.  Not
necessary for
completeness.

Pending

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

109  5      A.  If there's proof of that,
109  6      yes.

**111:17 -   114:12 Berkowitz, Scott 2016-10-19**                    1:55

111 17      Q.   Then you list, "When is it
111 18      valuable to measure," correct?
111 19      A.  Yes.
111 20      Q.   And you say, "When we need
111 21      to know drug levels, PK, or coagulation
111 22      effect, PD," right?
111 23      A.  Yes.
111 24      Q.   And with Xarelto, the main
112  1      coagulation effect that you were looking
112  2      at was PT, correct?
112  3      A.   Well, PT is not a very good
112  4      measure.  It's the best of the routine
112  5      tests that are available in hospitals.
112  6      But even then, it's not good, because not
112  7      all the hospitals use the same
112  8      thromboplastin reagent.
112  9      Q.   Well, in your clinical
112 10      trials, the decision was made that PT was
112 11      good enough to serve as a PK surrogate,
112 12      correct?
112 13      A.   It matches depending on the
112 14      timing with the concentration.  But it's
112 15      not what you would use in practice to
112 16      take care of patients.
112 17      Q.   It's linear --
112 18      A.   When tested, as you said.
112 19      Q.   It's linear correlated to --
112 20      PT has a linear correlation to the drug
112 21      plasma concentration with Xarelto,
112 22      correct?
112 23           MR. HOROWITZ:  Objection to
112 24      form.
113  1           THE WITNESS:  Depending on
113  2      the time that it's taken.
113  3      BY MR. BARR:
113  4      Q.   Okay.  And also the reagent
113  5      used?
113  6      A.   Definitely the reagent,
113  7      because there are some that are --
113  8      there's one in particular that's very
113  9      sensitive.  There are others that are
113 10      sensitive; some that are insensitive.
113 11      Q.   Let's talk about that for a
113 12      second.
113 13      A.   Sure.
113 14      Q.   As I understand it, the one
113 15      that's really sensitive is Neoplastin?
113 16      A.   Well, we tested a few.  I
113 17      don't know exactly how many, six or so.
113 18      But there are a number more.  But of the
113 19      ones that are were tested and used in the
113 20      clinical trials that were easier to
113 21      obtain, there is the Neoplastin Plus that
113 22      was used.  And that seemed to match the
113 23      best.
113 24      Q.   So the Neoplastin Plus, in
114  1      your view, is the best match for the
114  2      reagent, correct?
114  3           MR. HOROWITZ:  Objection to

**Objections In:**
Re: [111:17-114:12]
**Def Obj** R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments, Attorney
colloquy/objections

**Responses In:**
Re: [111:17-114:12]   Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.  No
objection to
removing
colloquy/objections.

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

```
114   4        form.  Asked and answered.
114   5            THE WITNESS:  Of the few
114   6        reagents that were tested.  You
114   7        have to remember these agents are
114   8        designed to test warfarin.  They
114   9        were refined over years to test
114  10        warfarin, so not for rivaroxaban
114  11        or any of the NOACs.  They're not
114  12        for that purpose.
```

114:14 -   115:7  Berkowitz, Scott 2016-10-19                    0:38

```
114  14        Q.   Okay.  But in your clinical
114  15        trials, you used PT Neoplastin as a
114  16        surrogate rather than taking actual PK
114  17        samples and getting blood plasma
114  18        concentrations, correct?
114  19        A.   That's not correct.
114  20        Q.   I'm sorry.  In your Phase
114  21        III -- in ROCKET.
114  22        A.   In Phase III.  We usually do
114  23        our PK work in our Phase II, because
114  24        that's where you can -- you really have
115   1        better control of the sampling and stuff
115   2        so it's more accurate.  It's very
115   3        difficult to do in Phase III.
115   4            So we did do PT testing, to
115   5        have something to match up with.  But
115   6        that wasn't to try to show whether it
115   7        would be of value or not.
```

**Re: [114:14-115:7]**
**Pltf Obj** Object to non-responsive answer.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

115:8  -   116:7  Berkowitz, Scott 2016-10-19                    0:40

```
115   8        Q.   So you go on and you list
115   9        several bullet points on when you may
115  10        need to know drug levels and coagulation
115  11        levels under the, "When is it valuable to
115  12        measure?"
115  13        A.   When is it valuable.
115  14        Q.   You list, "Assess
115  15        adherence," right?
115  16        A.   Could be used there.  If
115  17        there's no drug on board, then you're
115  18        going to be suspicious.
115  19        Q.   Right.
115  20        A.   Not taking the medicine.
115  21        Q.   Or they could just be at
115  22        trough, right?
115  23        A.   Well, it depends on the
115  24        sensitivity.  If you did a PT at trough,
116   1        you might not be able to detect it
116   2        because it's insensitive down there.
116   3        Q.   Detect overdose?
116   4        A.   If you thought someone took
116   5        an overdose and you thought they might be
116   6        at a high level, you could use it for
116   7        them.
```

**Re: [115:8-116:7]**
**Def Obj** R, Concede - Routine Monitoring, Concede-PT/Dose Adjustments

Re: [115:8-116:7]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

116:8  -   116:11  Berkowitz, Scott 2016-10-19                    0:11

```
116   8        Q.   Do you know, as you sit here
116   9        today, what a high level PT would be to
116  10        tell somebody whether or not they were
116  11        overdosed on rivaroxaban?
```

**Re: [116:8-116:11]**
**Pltf Obj** Object to non-responsive answer.  Not necessary for

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | completeness. If played at all, should be in Defendant's direct. | | |

**116:13 -   116:20 Berkowitz, Scott 2016-10-19**   0:11

| | | | |
|---|---|---|---|
| 116 13          THE WITNESS: We don't have | Re: [116:13-116:20] | | Pending |
| 116 14          a level, and we have the issue | **Pltf Obj** Object to non- | | |
| 116 15          with the PT that in different labs | responsive answer. Not | | |
| 116 16          they have different ranges. I | necessary for | | |
| 116 17          mean, they are not markedly | completeness. If played | | |
| 116 18          different, but they are different. | at all, should be in | | |
| 116 19          So there's no cutoff that we're | Defendant's direct. | | |
| 116 20          aware of. | | | |

**116:22 -   117:1 Berkowitz, Scott 2016-10-19**   0:09

| | | | |
|---|---|---|---|
| 116 22      Q.  Are you aware of a blood | Re: [116:22-117:1] | Re: [116:22-117:1] | Pending |
| 116 23      plasma concentration that would indicate | **Def Obj** R, | Pltf Resp Relevant to | |
| 116 24      overdose? | | Plaintiffs' Failure to | |
| 117  1      A.  No, I'm not. | | warn claims and | |
| | | claim for need for | |
| | | measurement. | |

**117:7  -   117:17 Berkowitz, Scott 2016-10-19**   0:24

| | | | |
|---|---|---|---|
| 117  7      Q.  Okay. So even though you're | Re: [117:7-117:17] | | Pending |
| 117  8      saying when is it valuable to measure and | **Pltf Obj** Object to non- | | |
| 117  9      one of those things is detect overdose, | responsive answer. Not | | |
| 117 10      you have no information that you can | necessary for | | |
| 117 11      provide the doctor as to what an overdose | completeness. If played | | |
| 117 12      is, correct? | at all, should be in | | |
| 117 13      A.  Well, I guess it depends on | Defendant's direct. | | |
| 117 14      how you term "overdose." Overdose | | | |
| 117 15      meaning people take too much medicine, | | | |
| 117 16      maybe a suicide attempt or something like | | | |
| 117 17      that. That's what I meant by overdose. | | | |

**117:18 -   118:24 Berkowitz, Scott 2016-10-19**   0:55

| | | | |
|---|---|---|---|
| 117 18      Q.  But you still -- if you're | Re: [117:18-118:24] | Re: [117:18-118:24] | Pending |
| 117 19      going to test, if you're going to | **Def Obj** R, C, V, S, | Pltf Resp Relevant to | |
| 117 20      measure, that measurement has to mean | Attorney | Plaintiffs' Failure to | |
| 117 21      something, right? | colloquy/objections | warn claims and | |
| 117 22      A.  Absolutely. | | claim for need for | |
| 117 23      Q.  And if you've given doctors | | measurement. | |
| 117 24      no data as to what that measurement | | Within scope of | |
| 118  1      means, how is the doctor going to do | | witness's experience | |
| 118  2      anything with this test? What is he | | and responsibilities. | |
| 118  3      going to look to that tells him this | | No objection to | |
| 118  4      patient is overdosed? | | removing colloquy. | |
| 118  5          MR. HOROWITZ: Objection to | | | |
| 118  6      form. | | | |
| 118  7          THE WITNESS: Well, I think | | | |
| 118  8      we have to understand that the PT | | | |
| 118  9      is just a semi-quantitative | | | |
| 118 10      measure. It's a high or low, on | | | |
| 118 11      board or not, maybe higher than | | | |
| 118 12      you might expect. We have ranges | | | |
| 118 13      in some of the clinical | | | |
| 118 14      pharmacology pages -- papers of | | | |
| 118 15      what we've seen in trials. So | | | |
| 118 16      something could be used, but I | | | |
| 118 17      don't know of a, you know, across | | | |
| 118 18      the board level that if it's above | | | |
| 118 19      that then that's a problem. | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

118 20       I mean, any of us could
118 21      guess by looking at those numbers
118 22      that something much higher than
118 23      that, of course. I mean, I think
118 24      doctors can understand that.

**119:19 -   120:9** Berkowitz, Scott 2016-10-19    **0:22**

119 19    Q.   Okay. We'll come back to
119 20    that. You also have, "Evaluate potential
119 21    drug interactions," right?
119 22    A.   These are just -- these are
119 23    general for all drugs.
119 24    Q.   Right.
120  1    A.   Yes.
120  2    Q.   "Disease of the metabolizing
120  3    organs," right?
120  4    A.   Sure.
120  5    Q.   "Plan timing of urgent
120  6    surgery," right?
120  7    A.   That's a convenience thing
120  8    of wanting to know if there's drug on
120  9    board before you do a procedure.

Re: [119:19-120:9]
**Pltf Obj** Object to non-responsive answer. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

**121:21 -   123:10** Berkowitz, Scott 2016-10-19    **1:08**

121 21    Q.   It would certainly be
121 22    beneficial to a doctor in that situation
121 23    to be told, "Run a PT, find out what
121 24    their drug level is, and then you know
122  1    whether or not there's drug on board and
122  2    whether or not you can proceed to surgery
122  3    or if you have to wait 24 hours,"
122  4    correct?
122  5    A.   No. I'm sorry. I have to
122  6    disagree. I mean, if the prothrombin
122  7    time is prolonged, it's possible that
122  8    there's drug on board. There could be
122  9    other reasons that the prothrombin time
122 10    is prolonged. If you're looking for a
122 11    magic number for when to go in for
122 12    surgery, that doesn't exist. But you
122 13    have drug on board, and that's what the
122 14    doctors need to know.
122 15       I mean, it's not okay to
122 16    have a level at say 50 or 100, but not
122 17    okay to do surgery at some other number.
122 18    It's on board or not. And then you have
122 19    to understand when the possibility of
122 20    when they took the drug, what the
122 21    metabolism might be.
122 22       But if it's urgent surgery,
122 23    you just got to go.
122 24    Q.   So you think they just need
123  1    to ignore the warning?
123  2    A.   No one is saying to ignore
123  3    the warning. And I'm not saying that.
123  4    I'm just simply saying when you're faced
123  5    with that situation, then having just
123  6    some number come back and tell you,
123  7    that's not the whole story. You have to
123  8    know the whole patient. You have to know
123  9    the drugs they're taking and the one that
123 10    you are concerned about.

Re: [121:21-123:10]
**Pltf Obj** Object to non-responsive answer and improper expert opinion. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

Overruled

04/20/17 15:10

| | | Objections<br>In | Responses In | Rulings |
|---|---|---|---|---|

126:1 - 127:8 Berkowitz, Scott 2016-10-19                                 1:18

| 126 | 1 | Q.  All right.  Dr. Berkowitz, |
|---|---|---|
| 126 | 2 | we're continuing with Exhibit 12 in front |
| 126 | 3 | of you. |
| 126 | 4 | And I have moved to the next |
| 126 | 5 | page, which is titled "When it is not |
| 126 | 6 | valuable to monitor or measure," correct? |
| 126 | 7 | A.  Yes. |
| 126 | 8 | Q.  Okay.  So the point of this |
| 126 | 9 | slide, as I understand it, is to say when |
| 126 | 10 | these conditions exist, there's no value |
| 126 | 11 | in either routine monitoring or |
| 126 | 12 | measuring, correct? |
| 126 | 13 | A.  In essence.  I mean, in |
| 126 | 14 | essence, yes. |
| 126 | 15 | Q.  Do each -- you say when. |
| 126 | 16 | And you list -- one, two, three, four, |
| 126 | 17 | five, six, seven -- eight different |
| 126 | 18 | factors. |
| 126 | 19 | Do you see that? |
| 126 | 20 | A.  I do. |
| 126 | 21 | Q.  What you're meaning by this, |
| 126 | 22 | do all eight of these have to be true for |
| 126 | 23 | monitoring not to be valuable or does |
| 126 | 24 | just one of these have to be true for |
| 127 | 1 | monitoring not to be valuable? |
| 127 | 2 | A.  Probably depends on which |
| 127 | 3 | one.  But you don't have to have all |
| 127 | 4 | eight.  These are just conditions that |
| 127 | 5 | talk about -- you have to remember we're |
| 127 | 6 | giving a 15-minute talk.  So you're |
| 127 | 7 | basically just trying to give the lay of |
| 127 | 8 | the land. |

Re: [126:1-127:8]<br>**Pltf Obj** Not necessary<br>for completeness.  If<br>played at all, should be<br>in Defendant's direct.

Pending

129:20 - 130:20 Berkowitz, Scott 2016-10-19                                 0:56

| 129 | 20 | Q.  So for the indications in |
|---|---|---|
| 129 | 21 | which you're giving 20 milligrams |
| 129 | 22 | once-a-day, okay? |
| 129 | 23 | A.  Okay. |
| 129 | 24 | Q.  It's your position that it |
| 130 | 1 | is not valuable to monitor or measure |
| 130 | 2 | those patients, correct? |
| 130 | 3 | A.  In general, there's not a |
| 130 | 4 | need to routinely monitor in those |
| 130 | 5 | patients. |
| 130 | 6 | Q.  When you say "in general," |
| 130 | 7 | that means there could be situations |
| 130 | 8 | where it may be valuable to monitor those |
| 130 | 9 | patients.  Are you talking about purely |
| 130 | 10 | the instances you listed on the page |
| 130 | 11 | before when you said when is it valuable |
| 130 | 12 | to measure? |
| 130 | 13 | A.  This is a general statement |
| 130 | 14 | that talks about monitor and measure. |
| 130 | 15 | Remember, that's what you mentioned.  And |
| 130 | 16 | that's an opportunity -- so it's a |
| 130 | 17 | conglomerate.  And we talked about just |
| 130 | 18 | very recently conditions where you might |
| 130 | 19 | want to measure.  So that's why I said it |
| 130 | 20 | would depend. |

Re: [129:20-130:20]<br>**Def Obj** R, Concede -<br>Routine Monitoring,<br>Concede-PT/Dose<br>Adjustments, Concede-<br>Dose Too High

Re: [129:20-130:20]<br>Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for<br>measurement.

Pending

130:21 - 131:13 Berkowitz, Scott 2016-10-19                                 0:26

| 130 | 21 | Q.  Okay.  Let's go two pages |
|---|---|---|

Re: [130:21-131:13]

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 130 22 | over.  You have -- | **Pltf Obj** Not necessary for completeness.  If played at all, should be in Defendant's direct.  Object to 131:13 as confusing. | | |
| 130 23 | A.  Page number? | | | |
| 130 24 | Q.  It's Page 12. | | | |
| 131  1 | A.  Thank you. | | | |
| 131  2 | Q.  "What we should do rather | | | |
| 131  3 | than monitor/measure a level." | | | |
| 131  4 | Do you see that? | | | |
| 131  5 | A.  I do. | | | |
| 131  6 | Q.  And you have monitor the | | | |
| 131  7 | patient, right? | | | |
| 131  8 | A.  Yes. | | | |
| 131  9 | Q.  That's what we talked about | | | |
| 131 10 | this morning, correct? | | | |
| 131 11 | A.  Yes, when we were defining | | | |
| 131 12 | the terms.  Right. | | | |
| 131 13 | Q.  Then you have, "Know the | | | |

**135:5 -   135:12 Berkowitz, Scott 2016-10-19**    0:50

| | | | | |
|---|---|---|---|---|
| 135  5 | Okay.  The PowerPoint that | **Re: [135:5-135:12]** | Re: [135:5-135:12]    Pending | |
| 135  6 | we just talked about was your position on | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 135  7 | whether or not there is value in | Routine Monitoring, | Plaintiffs' failure to | |
| 135  8 | monitoring or measuring, correct? | Concede-PT/Dose | warn claims and | |
| 135  9 | A.  Yes, it says that in the | Adjustments | claims relating to | |
| 135 10 | document that it's the opinion of mine. | | need for | |
| 135 11 | Not necessarily the opinions of others in | | measurement. | |
| 135 12 | the company or outside. | | | |

**135:24 -   136:8 Berkowitz, Scott 2016-10-19**    0:19

| | | | | |
|---|---|---|---|---|
| 135 24 | Q.  The only position the | **Re: [135:24-136:8]** | Re: [135:24-136:8]    Pending | |
| 136  1 | company has put out that you know of is | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 136  2 | the position in the label that says no | Routine Monitoring, | Plaintiffs' failure to | |
| 136  3 | routine monitoring is necessary, right? | | warn claims and | |
| 136  4 | A.  Right.  That's the -- the | | claims relating to | |
| 136  5 | message to the physicians, that they | | need for | |
| 136  6 | don't need to be looking for some test to | | measurement. | |
| 136  7 | check every so often on patients | | | |
| 136  8 | routinely. | | | |

**136:9 -   136:18 Berkowitz, Scott 2016-10-19**    0:42

| | | | | |
|---|---|---|---|---|
| 136  9 | Q.  Okay.  Let me show you -- | **Re: [136:9-136:18]** | Re: [136:9-136:18]    Pending | |
| 136 10 | we'll mark these as Exhibits 13 and 14. | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 136 11 | {Document marked for | Routine Monitoring, H | Plaintiffs' failure to | |
| 136 12 | identification as Exhibit | | warn claims and | |
| 136 13 | Berkowitz-13.) | | claims relating to | |
| 136 14 | {Document marked for | | need for | |
| 136 15 | identification as Exhibit | | measurement. | |
| 136 16 | Berkowitz-14.) | | | |
| 136 17 | MR. BARR:  And this is | | | |
| 136 18 | Plaintiffs' 1158770 and 1158771. | | | |

**136:20 -   137:3 Berkowitz, Scott 2016-10-19**    0:29

| | |
|---|---|
| 136 20 | Q.  I'm going to start with a |
| 136 21 | cover e-mail before I go to the |
| 136 22 | attachment.  You see this is a string of |
| 136 23 | e-mails that includes Dr. Spiro and then |
| 136 24 | you're also copied on some of these.  Do |
| 137  1 | you see that? |
| 137  2 | A.  Okay.  Now -- yeah, I see |
| 137  3 | that. |

**137:4 -   137:13 Berkowitz, Scott 2016-10-19**    0:29

| | | | |
|---|---|---|---|
| 137  4 | Q.  You're specifically | **Re: [137:4-137:13]** | Re: [137:4-137:13]    Pending |
| 137  5 | forwarded this by Dr. Spiro on June 18, | **Def Obj** R, PK, Concede - | Pltf Resp Relevant to |

30

| | | Objections In Routine Monitoring, | Responses In | Rulings |
|---|---|---|---|---|
| 137 6 | 2008. Do you see that on the first page? | | Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience. | |
| 137 7 | A.   Well, no.  I'm forwarded on | | | |
| 137 8 | the 16th. | | | |
| 137 9 | Q.   You're right.  Just so you | | | |
| 137 10 | can see where you are.  You're right. | | | |
| 137 11 | A.   Correct.  Okay, but | | | |
| 137 12 | that's -- and that's on the -- yeah, I | | | |
| 137 13 | see.  That's on the 17th. | | | |

| | | | | |
|---|---|---|---|---|
| **137:16 -   137:22** Berkowitz, Scott 2016-10-19 | | 0:09 | | |
| 137 16 | Q.   And this is a "slides for | Re: [137:16-137:22] **Pltf Obj** Not necessary for completeness. | | Pending |
| 137 17 | Thursday Belgium advisory board." | | | |
| 137 18 | Do you see that? | | | |
| 137 19 | A.   I do. | | | |
| 137 20 | Q.   Do you know what that's a | | | |
| 137 21 | reference to? | | | |
| 137 22 | A.   I do not. | | | |

| | | | | |
|---|---|---|---|---|
| **137:23 -   138:1** Berkowitz, Scott 2016-10-19 | | 0:05 | | |
| 137 23 | Q.   Do you know why Dr. Spiro | Re: [137:23-138:1] **Def Obj** R, PK, Concede - Routine Monitoring, | Re: [137:23-138:1] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience. | Pending |
| 137 24 | would have been sending these to you? | | | |
| 138  1 | A.   He reports to me. | | | |

| | | | | |
|---|---|---|---|---|
| **138:2 -   138:16** Berkowitz, Scott 2016-10-19 | | 0:31 | | |
| 138  2 | Q.   Okay. Would you have had -- | Re: [138:2-138:16] **Pltf Obj** Not necessary for completeness. Irrelevant and prejudicial. | | Pending |
| 138  3 | does he -- does he have to send this type | | | |
| 138  4 | of stuff to you before he presents at an | | | |
| 138  5 | advisory board or anything like that? | | | |
| 138  6 | A.   No.  It's a courtesy to -- | | | |
| 138  7 | you know, to me, I assume to let me see | | | |
| 138  8 | the work that he's doing. | | | |
| 138  9 | Q.   Do you review the material | | | |
| 138 10 | that Dr. Spiro sends to you? | | | |
| 138 11 | A.   In a -- in a way.  I review | | | |
| 138 12 | some things.  But Dr. Spiro has a | | | |
| 138 13 | tremendous amount of experience in the | | | |
| 138 14 | field.  He helped bring low-molecular | | | |
| 138 15 | weight heparin to North America.  So I | | | |
| 138 16 | don't have to check everything he does. | | | |

| | | | | |
|---|---|---|---|---|
| **139:9 -   140:8** Berkowitz, Scott 2016-10-19 | | 0:54 | | |
| 139  9 | Q.   This is -- the PowerPoint is | Re: [139:9-140:8] **Def Obj** R, PK, Concede - Routine Monitoring, | Re: [139:9-140:8] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of | Pending |
| 139 10 | titled "Agenda Advisory Board June 19th." | | | |
| 139 11 | Right? | | | |
| 139 12 | A.   Yeah, I guess we -- we had | | | |
| 139 13 | said that was '08 -- | | | |
| 139 14 | Q.   That would be 2008 according | | | |
| 139 15 | to the e-mail, correct? | | | |
| 139 16 | A.   Okay. | | | |
| 139 17 | Q.   And it lists a series of | | | |
| 139 18 | agenda points, with one of them being | | | |

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

139  19      Xarelto and monitoring.  And that's --
139  20      the speaker is listed as Dr. Theodoro
139  21      Spiro, global clinical leader, correct?          responsibilities and
139  22      A.  Correct.                                     experience.
139  23      Q.  And he reported to you,
139  24      correct?
140   1      A.  In 2008, yeah.
140   2      Q.  Okay.  And so let's go into
140   3      Dr. Spiro's presentation.  That is on
140   4      Page 22 of the PowerPoint.
140   5      A.  Current thoughts.
140   6      Q.  Xarelto and monitoring,
140   7      current thoughts, do you see that?
140   8      A.  I'm there.  Mm-hmm.

140:9   -   140:13 Berkowitz, Scott 2016-10-19          0:14                                                    Pending
140   9      Q.  Okay.  The next page, it's                 **Re: [140:9-140:13]**
140  10      **anticoagulation in the past.  Monitoring**  **Pltf Obj** Not necessary
140  11      **required.  Coumadin PT.  Heparin aPTT.**    for completeness.
140  12      **Right?**                                     Irrelevant.
140  13      **A.  Yes.**

140:14  -   140:17 Berkowitz, Scott 2016-10-19         0:10                                                    Pending
140  14      Q.  And then if you go to                       **Re: [140:14-140:17]**   Re: [140:14-140:17]
140  15      Page 26 it says, "Monitoring."  Do you         **Def Obj** R, PK, Concede -   Pltf Resp Relevant to
140  16      see that?                                      Routine Monitoring,        Plaintiffs' failure to
140  17      A.  Monitoring.                                                            warn claims and
                                                                                        claims relating to
                                                                                        need for
                                                                                        measurement.
                                                                                        Witness in email
                                                                                        chain and document
                                                                                        within scope of
                                                                                        responsibilities and
                                                                                        experience.

140:20  -   141:10 Berkowitz, Scott 2016-10-19         0:31                                                    Pending
140  20      Q.  And it says, "How to monitor               **Re: [140:20-141:10]**   Re: [140:20-141:10]
140  21      this plurality of substances.  Specific       **Def Obj** R, PK, Concede -   Pltf Resp Relevant to
140  22      anti-Xa and anti-IIa methods in every         Routine Monitoring,        Plaintiffs' failure to
140  23      lab."                                          Incomplete                 warn claims and
140  24          Do you see that?                                                      claims relating to
141   1      A.  Question mark.  Mm-hmm.                                               need for
141   2      Q.  Right.  "The good news.                                              measurement.
141   3      Routine monitoring required only with                                    Witness in email
141   4      Coumadin and heparin," right?                                            chain and document
141   5      A.  Yes, I see that.                                                     within scope of
141   6      Q.  Okay.  And then Dr. Spiro                                            responsibilities and
141   7      writes that "all the other substances,"                                 experience.
141   8      and that would include rivaroxaban,
141   9      correct?
141  10      A.  I can only surmise that.  I

141:11  -   141:12 Berkowitz, Scott 2016-10-19         0:02                                                    Pending
141  11      **can't -- it doesn't say.  I don't know.**     **Re: [141:11-141:12]**
141  12      **That's what we are talking about, so...**    **Pltf Obj** Object as non-
                                                            responsive.

141:18  -   142:14 Berkowitz, Scott 2016-10-19         0:38                                                    Pending
141  18      Q.  Okay.  And he's talking                     **Re: [141:18-142:14]**   Re: [141:18-142:14]
141  19      about how to monitor this plurality of        **Def Obj** R, PK, Concede -   Pltf Resp Relevant to
141  20      substances, and he's talking about            Routine Monitoring,        Plaintiffs' failure to

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

141 21    anti-Xa drugs, right?

141 22    A.   Yes.

141 23    Q.   Okay.  And he says, "All the

141 24    other substances require monitoring only

142  1    in special situations," right, that's the

142  2    good news?

142  3    A.   That's what the slide says.

142  4    Q.   And then he says the bad

142  5    news.  "There are many special

142  6    situations."  Do you see that?

142  7    A.   Yep.

142  8    Q.   Very low weight.  Bleeding

142  9    under anticoagulation.  Compliance.

142 10    Progression of thromboembolism.

142 11    Accumulation.  Critically ill patients.

142 12    Pregnancy.  Children.  Obesity.

142 13         Did I read all that right?

142 14    A.   Yes.

**Responses In (top):** warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

---

142:15 -   142:17 Berkowitz, Scott 2016-10-19    0:11

142 15    Q.   So according to Dr. Spiro in

142 16    2008, there are special situations with

142 17    Xarelto that require monitoring, right?

**Objections In:** Re: [142:15-142:17] **Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

**Rulings:** Pending

---

142:20 -   142:22 Berkowitz, Scott 2016-10-19    0:02

142 20         THE WITNESS:  I'm sorry.  I

142 21         have to disagree with you.  That's

142 22         not what the slides say.

**Objections In:** Re: [142:20-142:22] **Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

**Rulings:** Pending

---

143:1  -   143:22 Berkowitz, Scott 2016-10-19    0:43

143  1    A.   They just raise the -- the

143  2    issue of areas to look.  That's what the

143  3    question marks all over it are about.

143  4    Q.   Okay.  Do you know of any

143  5    studies the company actually did to

143  6    determine in these special situations

143  7    whether or not monitoring would be

143  8    required?

143  9    A.   If -- if you look at the --

143 10    the -- the label and if you look back at

143 11    the different trials, Phase I trials and

143 12    all that work, that's where a lot of that

143 13    was done with -- with, you know,

143 14    half-life in young and elderly, with

143 15    obesity, gender.  These kinds of studies

143 16    were done.

143 17    Q.   Okay.  But the Phase I

143 18    trials were before 2008, correct?

143 19    A.   Yeah, they should have been.

143 20    Q.   Okay.  So these shouldn't

**Objections In:** Re: [143:1-143:22] **Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

**Rulings:** Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

143 21     have been question marks in 2008,
143 22     correct?

144:1  -  144:13 Berkowitz, Scott 2016-10-19    0:22

144  1     THE WITNESS:  I -- I guess
144  2     you need to understand how the
144  3     science is done. You don't just
144  4     do one trial and then all the
144  5     answers are there. We continually
144  6     evaluate this over time. So we
144  7     don't make the assumption until
144  8     we've got all the trials out and
144  9     we have years of experience and a
144 10     large number of patients. So
144 11     we're just looking at someone
144 12     presenting his view on how things
144 13     might be and what to think about.

**Re: [144:1-144:13]**
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

146:6  -  146:14 Berkowitz, Scott 2016-10-19    0:21

146  6     Q.  And you believe you answered
146  7     all of these questions about the bad news
146  8     with many special situations that require
146  9     monitoring is it is not required?
146 10     A.  I don't think that one slide
146 11     in 2008, you know, gives a sense about
146 12     what's going on with all the work from
146 13     that time before or that time going
146 14     forward to 2016.

**Re: [146:6-146:14]**
**Pltf Obj** Object as non-responsive and argumentative. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

146:15  -  146:19 Berkowitz, Scott 2016-10-19    0:12

146 15     Q.  With any of these special
146 16     situations in 2016, do you indicate that
146 17     monitoring is required?
146 18     A.  We have not found it to be
146 19     so.

**Re: [146:15-146:19]**
**Def Obj** R, PK, Concede - Routine Monitoring,

Re: [146:15-146:19]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

Pending

147:9  -  148:13 Berkowitz, Scott 2016-10-19    1:20

147  9     Can you name any specific
147 10     study where you answered the question
147 11     about whether or not monitoring was
147 12     required in any of these special
147 13     situations?
147 14     A.  I don't believe that --
147 15     MR. HOROWITZ:  Form.
147 16     Go ahead. Sorry.
147 17     THE WITNESS:  I don't
147 18     believe that one specific study
147 19     answers these types of questions.
147 20     As I said, we study it during all
147 21     of the indications and the
147 22     subgroup analysis and we have the
147 23     Phase I studies. So there won't
147 24     be one study that could answer
148  1     this for you.

**Re: [147:9-148:13]**
**Def Obj** R, PK, Concede - Routine Monitoring, Concede - Failure to Test, Attorney colloquy/objections

Re: [147:9-148:13]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| BY MR. BARR: | | | |
| 154  8 | | | |
| 154  9    Q.   Well, your sentence is, | | | |
| 154 10    except for PT, all of the others are not | | | |
| 154 11    considered to be suitable, right? | | | |
| 154 12        MR. HOROWITZ:  Form.  Asked | | | |
| 154 13    and answered. | | | |
| 154 14        THE WITNESS:  The PT was | | | |
| 154 15    considered suitable.  The others | | | |
| 154 16    were not considered suitable.  It | | | |

**154:17 -   154:20** Berkowitz, Scott 2016-10-19   0:06

| 154 17    doesn't mean that it would be | **Re: [154:17-154:20]** | | Pending |
| 154 18    reliable, validated, et cetera. | **Pltf Obj** Object as non- | | |
| 154 19    Certainly going forward, we'd look | responsive. | | |
| 154 20    at it. | | | |

**154:22 -   155:1** Berkowitz, Scott 2016-10-19   0:09

| 154 22    Q.   Okay.  So according to your | **Re: [154:22-155:1]** | Re: [154:22-155:1] | Pending |
| 154 23    response PT is suitable? | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |
| 154 24    A.   Certainly should be looked | Concede - Routine | Plaintiffs' failure to | |
| 155  1    at going forward. | Monitoring, Relevance- | warn claims and | |
| | Foreign Regulatory, MD | claims relating to | |
| | | need for | |
| | | measurement and | |
| | | need to evaluate | |
| | | dosing in individual | |
| | | patients. Within the | |
| | | scope of | |
| | | responsibilities and | |
| | | experience of | |
| | | witness. | |

**278:20 -   278:24** Berkowitz, Scott 2016-10-19   0:12

| 278 20    Q.   Providing reference ranges | **Re: [278:20-278:24]** | Re: [278:20-278:24] | Pending |
| 278 21    for doctors in the United States to look | **Def Obj** R, LF, PK, | Pltf Resp Relevant to | |
| 278 22    at could be as simple as providing the | Relevance-Foreign | Plaintiffs' failure to | |
| 278 23    data that was provided in the Canadian | Regulatory, | warn claims and | |
| 278 24    label, right? | | claims relating to | |
| | | need for | |
| | | measurement and | |
| | | need to evaluate | |
| | | dosing in individual | |
| | | patients. Within the | |
| | | scope of | |
| | | responsibilities and | |
| | | experience of | |
| | | witness. | |

**279:3  -   279:15** Berkowitz, Scott 2016-10-19   0:22

| 279  3        THE WITNESS:  I don't | **Re: [279:3-279:15]** | Re: [279:3-279:15] | Pending |
| 279  4    remember what's in the Canadian | **Def Obj** R, LF, PK, | Pltf Resp Relevant to | |
| 279  5    label, so I am not sure I can | Relevance-Foreign | Plaintiffs' failure to | |
| 279  6    answer that. | Regulatory | warn claims and | |
| 279  7    BY MR. BARR: | | claims relating to | |
| 279  8    Q.   Okay.  Well, let's look at | | need for | |
| 279  9    it. | | measurement and | |
| 279 10        {Document marked for | | need to evaluate | |
| 279 11    identification as Exhibit | | dosing in individual | |
| 279 12    Berkowitz-26.} | | patients. Within the | |
| 279 13        MR. BARR:  I'm going to hand | | scope of | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 279 14    you Exhibit Number 26, which is<br>279 15    Plaintiffs' 77266. | | responsibilities and<br>experience of<br>witness. | |

---

279:21 -   282:12 Berkowitz, Scott 2016-10-19          2:06

| | | Objections In | Responses In | Rulings |
|---|---|---|---|
| 279  21 | Q.   And what it says is -- this | **Re: [279:21-282:12]** | Re: [279:21-282:12]   Pending | |
| 279  22 | is an e-mail from Suzanne Morency.  Do | **Def Obj** R, LF, PK, | Pltf Resp Relevant to | |
| 279  23 | you know that person? | Relevance-Foreign | Plaintiffs' failure to | |
| 279  24 | A.  Yes. | Regulatory, Incomplete | warn claims and | |
| 280   1 | Q.  Who is she? | | claims relating to | |
| 280   2 | A.  She works in regulatory at | | need for | |
| 280   3 | our Canadian office. | | measurement and | |
| 280   4 | Q.  Okay.  And you're -- you are | | need to evaluate | |
| 280   5 | one of the recipients of this e-mail, | | dosing in individual | |
| 280   6 | correct? | | patients. Within the | |
| 280   7 | A.  Yes. | | scope of | |
| 280   8 | Q.  And this is February 10, | | responsibilities and | |
| 280   9 | 2015, right? | | experience of | |
| 280  10 | A.  Yes. | | witness. | |
| 280  11 | Q.  Okay.  If you go to the next | | | |
| 280  12 | page, it says, "A seven-day information | | | |
| 280  13 | request was received from Health Canada | | | |
| 280  14 | for the class labeling NC currently under | | | |
| 280  15 | review." | | | |
| 280  16 | Do you know what that NC | | | |
| 280  17 | means? | | | |
| 280  18 | A.  I'm sorry.  I lost my place. | | | |
| 280  19 | Okay.  Class labeling NC currently under | | | |
| 280  20 | review.  I don't. | | | |
| 280  21 | Q.  Okay.  It says, "A copy of | | | |
| 280  22 | the annotated PM submitted to Health | | | |
| 280  23 | Canada is attached." | | | |
| 280  24 | Do you see that? | | | |
| 281   1 | A.  Yes. | | | |
| 281   2 | Q.  Is that product monograph? | | | |
| 281   3 | A.  Product monograph.  Yeah. | | | |
| 281   4 | Q.  It says, "Health Canada's | | | |
| 281   5 | comments.  In dosage and administration, | | | |
| 281   6 | there's a new paragraph to be included. | | | |
| 281   7 | At the beginning of this section, add the | | | |
| 281   8 | word 'antagonist' after 'as for any | | | |
| 281   9 | non-vitamin K.'" | | | |
| 281  10 | Do you see that? | | | |
| 281  11 | A.  Yeah. | | | |
| 281  12 | Q.  When we go down a little | | | |
| 281  13 | further, it says "Health Canada proposed | | | |
| 281  14 | changes." | | | |
| 281  15 | Do you see that? | | | |
| 281  16 | A.  Yeah. | | | |
| 281  17 | Q.  Okay.  It says, "As for any | | | |
| 281  18 | non-vitamin K antagonist oral | | | |
| 281  19 | anticoagulant drug, before initiating | | | |
| 281  20 | Xarelto ensure that the patient | | | |
| 281  21 | understands and is prepared to accept | | | |
| 281  22 | adherence to NOAC therapy as directed." | | | |
| 281  23 | Do you see that? | | | |
| 281  24 | A.  I do. | | | |
| 282   1 | Q.  And then it provides a | | | |
| 282   2 | Xarelto dosage, the plasma concentration | | | |
| 282   3 | range, concentration maximum, the range | | | |
| 282   4 | at trough, the PT at max, and the PT at | | | |

Sustained - Foreign label irrelevant here 403 confusing also 403 what applies FDA or Canadian about FDA

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 148 | 2 | BY MR. BARR: |
| 148 | 3 | Q.   Was there any study designed |
| 148 | 4 | to answer the question on whether or not |
| 148 | 5 | elderly people required monitoring? |
| 148 | 6 | A.   I'm not aware of a -- a |
| 148 | 7 | particular study for that.  As I said, we |
| 148 | 8 | look at each indication at the different |
| 148 | 9 | doses for each of these kinds of groups. |
| 148 | 10 | So if you look at the trials, you'll see |
| 148 | 11 | in the manuscripts the sub-groups like |
| 148 | 12 | elderly or -- or body weight.  That's |
| 148 | 13 | where you'll get the most information. |

**150:2   -   150:14 Berkowitz, Scott 2016-10-19**   0:30

| | | | Objections | Responses |
|---|---|---|---|---|
| 150 | 2 | Q.   Now let's go to Exhibit 16, | Re: [150:2-150:14] | Re: [150:2-150:14]   Pending |
| 150 | 3 | which is one of those attachments.  And | Def Obj R, PK, LF, | Pltf Resp Relevant to |
| 150 | 4 | this is Plaintiffs' 372322.  You see that | Concede - Routine | Plaintiffs' failure to |
| 150 | 5 | this is "Bayer Healthcare AG Xarelto | Monitoring, Relevance- | warn claims and |
| 150 | 6 | 15-milligram film-coated tablets and | Foreign Regulatory | claims relating to |
| 150 | 7 | 20-milligram film-coated tablets response | | need for |
| 150 | 8 | to list of questions, clinical aspects." | | measurement. |
| 150 | 9 | Do you see that? | | Within the scope of |
| 150 | 10 | A.   I do. | | responsibilities and |
| 150 | 11 | Q.   Do you know where these | | experience of |
| 150 | 12 | questions came from? | | witness. |
| 150 | 13 | A.   It sounds like they came | | |
| 150 | 14 | from the European authorities. | | |

**150:15 -   150:17 Berkowitz, Scott 2016-10-19**   0:05

| | | | Objections | Responses |
|---|---|---|---|---|
| 150 | 15 | Q.   And it's list of questions, | Re: [150:15-150:17] | Pending |
| 150 | 16 | Day 60.  Draft due by end of March. | Pltf Obj Not necessary | |
| 150 | 17 | Do you see that? | for completeness. | |

**150:19 -   150:21 Berkowitz, Scott 2016-10-19**   0:04

| | | | Objections | Responses |
|---|---|---|---|---|
| 150 | 19 | Q.   And it's specifically for | Re: [150:19-150:21] | Re: [150:19-150:21]   Pending |
| 150 | 20 | the Afib indication, right? | Def Obj R, PK, LF, | Pltf Resp Relevant to |
| 150 | 21 | A.   Correct. | Concede - Routine | Plaintiffs' failure to |
| | | | Monitoring, Relevance- | warn claims and |
| | | | Foreign Regulatory | claims relating to |
| | | | | need for |
| | | | | measurement. |
| | | | | Within the scope of |
| | | | | responsibilities and |
| | | | | experience of |
| | | | | witness. |

**150:22 -   151:3 Berkowitz, Scott 2016-10-19**   0:09

| | | | Objections | Responses |
|---|---|---|---|---|
| 150 | 22 | Q.   And the author is listed as | Re: [150:22-151:3] | Re: [150:22-151:3]   Pending |
| 150 | 23 | John Paolini and Dagmar Kubitza, right? | Def Obj R, PK, LF, | Pltf Resp Relevant to |
| 150 | 24 | A.   Yes. | Concede - Routine | Plaintiffs' failure to |
| 151 | 1 | Q.   Are those both Bayer | Monitoring, Relevance- | warn claims and |
| 151 | 2 | employees? | Foreign Regulatory, LF | claims relating to |
| 151 | 3 | A.   Yes. | | need for |
| | | | | measurement. |
| | | | | Within the scope of |
| | | | | responsibilities and |
| | | | | experience of |
| | | | | witness. |

**151:15 -   154:16 Berkowitz, Scott 2016-10-19**   2:34

| | | | Objections | Responses |
|---|---|---|---|---|
| 151 | 15 | Q.   It says, Question 17, | Re: [151:15-154:16] | Re: [151:15-154:16]   Pending |
| 151 | 16 | "Monitoring of coagulation parameters may | Def Obj R, PK, LF, | Pltf Resp Relevant to |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 151 | 17 | be considered in situations of bleedings | Concede - Routine | Plaintiffs' failure to |
| 151 | 18 | or perceived increased bleeding risk. | Monitoring, Relevance- | warn claims and |
| 151 | 19 | More firm recommendations on how this can | Foreign Regulatory MD, | claims relating to |
| 151 | 20 | be performed in clinical routine are | A, Attorney | need for |
| 151 | 21 | requested to be implemented in the SPC." | colloquy/objections | measurement. |
| 151 | 22 | And can you just tell people | | Within the scope of |
| 151 | 23 | what the SPC is? | | responsibilities and |
| 151 | 24 | A.   That's a summary of product | | experience of |
| 152 | 1 | characteristics.  That's the -- what we | | witness.  No |
| 152 | 2 | call the USPI in the U.S.  That's for | | objection to |
| 152 | 3 | Europe. | | removing colloquy. |
| 152 | 4 | Q.   Okay.  And then it goes on | | |
| 152 | 5 | to say, "Monitoring of coagulation | | |
| 152 | 6 | parameters may be considered in | | |
| 152 | 7 | situations of bleedings or perceived | | |
| 152 | 8 | increased bleeding risk.  More firm | | |
| 152 | 9 | recommendations on how this can be | | |
| 152 | 10 | performed in clinical routine are | | |
| 152 | 11 | requested to be implemented in the SPC. | | |
| 152 | 12 | The applicant should ensure that such | | |
| 152 | 13 | reliable biological tests are available | | |
| 152 | 14 | before granting of the new indication as | | |
| 152 | 15 | such monitoring is of importance in this | | |
| 152 | 16 | extended target population of | | |
| 152 | 17 | rivaroxaban-treated patients." | | |
| 152 | 18 | Did I read that correctly? | | |
| 152 | 19 | A.   Yes. | | |
| 152 | 20 | Q.   Okay.  So according to the | | |
| 152 | 21 | EMA in this new indication, monitoring | | |
| 152 | 22 | was of importance, correct? | | |
| 152 | 23 | MR. HOROWITZ:  Form. | | |
| 152 | 24 | THE WITNESS:  Their question | | |
| 153 | 1 | is posing it as being important, | | |
| 153 | 2 | and they are asking our response | | |
| 153 | 3 | on it. | | |
| 153 | 4 | BY MR. BARR: | | |
| 153 | 5 | Q.   Okay.  And your response is, | | |
| 153 | 6 | "The applicant has investigated several | | |
| 153 | 7 | laboratory assays throughout the clinical | | |
| 153 | 8 | development program in order to assess | | |
| 153 | 9 | the appropriateness of laboratory assays. | | |
| 153 | 10 | Inhibition of Factor Xa, PT, aPTT, and | | |
| 153 | 11 | HepTest were measured in nearly all | | |
| 153 | 12 | studies and correlations with plasma | | |
| 153 | 13 | concentrations were established.  Except | | |
| 153 | 14 | for PT, the tests were not considered | | |
| 153 | 15 | suitable for following the | | |
| 153 | 16 | pharmacodynamic effects of rivaroxaban | | |
| 153 | 17 | because of a curvilinear relationship or | | |
| 153 | 18 | a low sensitivity of a PK/PD | | |
| 153 | 19 | relationship." | | |
| 153 | 20 | Did I read that right? | | |
| 153 | 21 | A.   Yeah. | | |
| 153 | 22 | Q.   Okay.  So according to your | | |
| 153 | 23 | response, PT was considered suitable for | | |
| 153 | 24 | following the pharmacodynamic effects of | | |
| 154 | 1 | rivaroxaban, correct? | | |
| 154 | 2 | MR. HOROWITZ:  Form. | | |
| 154 | 3 | THE WITNESS:  Well, that's | | |
| 154 | 4 | just a very small portion of the | | |
| 154 | 5 | whole thorough response.  So of | | |
| 154 | 6 | the tests that are available, PT | | |
| 154 | 7 | would be one for consideration. | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 282  5   trough, on Neoplastin, correct? | | | |
| 282  6   A.  Yes. | | | |
| 282  7   Q.  And you looked at earlier | | | |
| 282  8   today the U.S. label.  You would agree | | | |
| 282  9   with me that none of this information is | | | |
| 282  10   in the U.S. label, correct? | | | |
| 282  11   A.  Well, I don't remember | | | |
| 282  12   seeing it in the label, but that's not | | | |

**282:13 -  282:15 Berkowitz, Scott 2016-10-19**    0:06

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 282  13   completely up to the company.  The | **Re: [282:13-282:15]** | | Pending |
| 282  14   authority decides on what will go in and | **Pltf Obj** Object as non- | | |
| 282  15   go out in the final run. | responsive. | | |

**296:1  -  296:20 Berkowitz, Scott 2016-10-19**    1:15

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 296  1   Q.  Who is Dr. Califf? | **Re: [296:1-296:20]** | Re: [296:1-296:20] | Pending |
| 296  2   A.  Dr. Califf was the head of | **Def Obj** R, P, H, LF, | Pltf Resp Relevant to | |
| 296  3   the Duke Clinical Research Institute at | Concede-Label/Risk of | Plaintiffs' failure to | |
| 296  4   Duke University, and he is now the FDA | Bleeding | warn claims and | |
| 296  5   commissioner. | | claims relating to | |
| 296  6   Q.  Has he ever told you that he | | need for | |
| 296  7   has concerns about the GI bleed risk with | | measurement and | |
| 296  8   Xarelto? | | need to evaluate | |
| 296  9   A.  Well, I believe there was | | dosing in individual | |
| 296  10   discussion about all the bleeding that we | | patients. Within the | |
| 296  11   see with the antithrombotic.  If there's | | scope of | |
| 296  12   something specific, I mean, obviously GI | | responsibilities and | |
| 296  13   bleeding and the -- where we saw | | experience of | |
| 296  14   increases were of concern to all of us. | | witness.  Witness | |
| 296  15        MR. BARR:  Let me hand you | | can relay knowledge | |
| 296  16   Exhibit 29.  And this is | | of discussions, | |
| 296  17   Plaintiffs' 3673723. | | particularly where | |
| 296  18        (Document marked for | | subsequent exhibits | |
| 296  19   identification as Exhibit | | are business records. | |
| 296  20   Berkowitz-29.) | | | |

**297:21 -  298:11 Berkowitz, Scott 2016-10-19**    0:32

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 297  21   Q.  Okay.  In general, this is a | **Re: [297:21-298:11]** | Re: [297:21-298:11] | Pending |
| 297  22   series of e-mails about a -- a draft | **Def Obj** R, P, H, LF, | Pltf Resp Relevant to | |
| 297  23   ROCKET-AF bleeding event manuscript that | Concede-Label/Risk of | Plaintiffs' failure to | |
| 297  24   eventually turns into a discussion about | Bleeding | warn claims and | |
| 298  1   GI mucosal bleeding with Xarelto, | | claims relating to | |
| 298  2   correct? | | need for | |
| 298  3   A.  Right.  Trying to understand | | measurement and | |
| 298  4   the GI bleeding signal.  As you probably | | need to evaluate | |
| 298  5   know, there was a -- something new found | | dosing in individual | |
| 298  6   with the Factor Xa inhibitors that there | | patients. Within the | |
| 298  7   seemed to be a little more GI bleeding | | scope of | |
| 298  8   and there was less intracranial | | responsibilities and | |
| 298  9   hemorrhage and critical organ bleeding. | | experience of | |
| 298  10   And that was a new pattern to us as | | witness.  Witness | |
| 298  11   physicians with anticoagulants. | | can relay knowledge | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | of discussions, particularly where subsequent exhibits are business records. | |

**298:20 - 299:4 Berkowitz, Scott 2016-10-19**    0:22

| 298 | 20 | Q.   You offer a theory on May 2, |
|---|---|---|
| 298 | 21 | 2012, as to why there may be higher GI |
| 298 | 22 | bleeds with Xarelto, right? |
| 298 | 23 | A.   Well, it was first focused, |
| 298 | 24 | I think, on a statement about some of the |
| 299 | 1 | things that were said, and I had to go |
| 299 | 2 | back to my clinical pharmacology |
| 299 | 3 | colleagues to -- to brush up on what had |
| 299 | 4 | been learned in their studies. |

**Re: [298:20-299:4]**
**Def Obj** R, P, LF, Concede-Label/Risk of Bleeding

Re: [298:20-299:4]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Witness can relay knowledge of discussions, particularly where subsequent exhibits are business records.

**299:5 - 299:8 Berkowitz, Scott 2016-10-19**    0:07

| 299 | 5 | Q.   Right. |
|---|---|---|
| 299 | 6 | A.   So, yes, we were trying to |
| 299 | 7 | address that issue and try to have some |
| 299 | 8 | understanding about -- about it. |

**Re: [299:5-299:8]**
**Pltf Obj** Object as non-responsive.

Pending

**300:15 - 301:16 Berkowitz, Scott 2016-10-19**    0:52

| 300 | 15 | Q.   Dr. Califf writes on May 8, |
|---|---|---|
| 300 | 16 | 2012 -- |
| 300 | 17 | A.   Yeah. |
| 300 | 18 | Q.   "This sounds fine" -- |
| 300 | 19 | A.   Mm-hmm. |
| 300 | 20 | Q.   -- "but somewhere down the |
| 300 | 21 | line we need to really explore the GI |
| 300 | 22 | bleeding issue." |
| 300 | 23 | A.   Yeah. |
| 300 | 24 | Q.   "It's the only real |
| 301 | 1 | liability in helping people avoid it, |
| 301 | 2 | deal with it, would be great." |
| 301 | 3 |      Did I read that right? |
| 301 | 4 | A.   Yes. |
| 301 | 5 | Q.   What has Bayer done since |
| 301 | 6 | this e-mail from Dr. Califf to really |
| 301 | 7 | explore the GI bleeding issue, to help |
| 301 | 8 | people either avoid it or deal with it? |
| 301 | 9 | A.   Well, when he says |
| 301 | 10 | "exploring," what I believe he meant was |
| 301 | 11 | looking into our databases and trying to |

**Re: [300:15-301:16]**
**Def Obj** R, P, H, LF, Concede-Label/Risk of Bleeding

Re: [300:15-301:16]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Witness can relay knowledge of discussions, particularly where subsequent exhibits are business records.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

301 12   understand what was going on.  What we've
301 13   learned since that time is that patients
301 14   who have issues with their GI tract are
301 15   more likely to bleed, as we talked about
301 16   before.

301:17 -  302:2 Berkowitz, Scott 2016-10-19     0:21
301 17       So, I mean, that -- what's
301 18   been done is to look at the ongoing
301 19   trials and the future trials.  This is an
301 20   area of interest for our GPV, our global
301 21   pharmacovigilance area, where they look
301 22   at adverse events that come in.  We look
301 23   at sub-groups in the trials.  And that's
301 24   how we try to evaluate it.
302 1       So it's sort of -- it's
302 2   something that we look at going forward.

**Re: [301:17-302:2]**
**Pltf Obj** Object as non-responsive.

Pending

303:9   -   303:11 Berkowitz, Scott 2016-10-19     0:11
303 9   Q.  Has Bayer put out any
303 10   information to help people avoid this
303 11   increased risk of GI bleeding?

**Re: [303:9-303:11]**
**Def Obj** R, Concede-Label/Risk of Bleeding

Re: [303:9-303:11]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

303:13 -  304:18 Berkowitz, Scott 2016-10-19     0:56
303 13       THE WITNESS:  Well, the
303 14   label and the discussions with
303 15   doctors, the education of doctors
303 16   and patients, patients who have
303 17   susceptibility to bleeding have to
303 18   be watched carefully.
303 19   BY MR. BARR:
303 20   Q.  What in the United States
303 21   label helps doctors in the United States
303 22   avoid GI bleeding with Xarelto?
303 23   A.  Again, the doctors have to
303 24   look at the patient's characteristics and
304 1   make a determination whether
304 2   anticoagulation is right for them.
304 3   Q.  So what you're saying as I
304 4   understand it is they -- certain patients
304 5   that are at risk of these GI bleeds, it
304 6   just may be inappropriate to
304 7   anticoagulate them with anything?
304 8   A.  That's true.  If we have,
304 9   for example, a patient with a history of
304 10   duodenal ulcer, we have to be very
304 11   careful about anticoagulating him.  For
304 12   patients that have a -- a AV malformation
304 13   in the intestine, we have to be careful
304 14   about that.
304 15   Q.  Are these contraindications
304 16   listed in the United States label?
304 17   A.  They're not
304 18   contraindications necessarily.  Again, we

**Re: [303:13-304:18]**
**Def Obj** R Concede-Label/Risk of Bleeding

Re: [303:13-304:18]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

304:19 -   304:24 Berkowitz, Scott 2016-10-19     0:14

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 304 19 | talked a lot today about bleeding, but | | | Pending |
| 304 20 | not at all about the thrombotic risk that | Re: [304:19-304:24] | | |
| 304 21 | these patients suffer, which is manyfold | Pltf Obj Object as non-responsive and improper expert opinion and speculation. | | |
| 304 22 | higher.  And that's the balance.  It's a | | | |
| 304 23 | benefit-risk that we have to deal with. | | | |
| 304 24 | And that's what the doctors do. | | | |

305:1 - 305:2 Berkowitz, Scott 2016-10-19     0:02

| 305  1 | Q.  I understand that. | | | Pending |
| 305  2 | A.  Good. | Re: [305:1-305:2] Pltf Obj Object as non-responsive and improper expert opinion and speculation. | | |

305:3 - 305:12 Berkowitz, Scott 2016-10-19     0:23

| 305  3 | Q.  But are any of these | Re: [305:3-305:12] Def Obj R, Concede-Label/Risk of Bleeding | Re: [305:3-305:12] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding. | Pending |
| 305  4 | clinical issues that you've described | | | |
| 305  5 | that put somebody at a higher risk of a | | | |
| 305  6 | GI bleed, are any of those issues | | | |
| 305  7 | described in the United States label as | | | |
| 305  8 | things doctors need to take account of to | | | |
| 305  9 | determine whether or not somebody should | | | |
| 305 10 | be put on Xarelto? | | | |
| 305 11 | A.  Well, again, I'm not the | | | |
| 305 12 | expert on the USPI label.  We would have | | | |

305:13 - 305:16 Berkowitz, Scott 2016-10-19     0:10

| 305 13 | to talk with other colleagues who may | Re: [305:13-305:16] Pltf Obj Object as non-responsive. | | Pending |
| 305 14 | know it more or spend more time looking | | | |
| 305 15 | at the label as we did before.  So I'm | | | |
| 305 16 | not aware. | | | |

305:17 - 306:3 Berkowitz, Scott 2016-10-19     0:34

| 305 17 | Q.  I want to look at one more | Re: [305:17-306:3] Def Obj R, P, H, Concede-Dose Too High | Re: [305:17-306:3] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding. Business record | Pending |
| 305 18 | of your e-mails in this chain.  It's your | | | |
| 305 19 | e-mail on May 8, 2012.  It's on Bates | | | |
| 305 20 | 2811 | | | |
| 305 21 | You've written an e-mail to | | | |
| 305 22 | Shaun Goodman, Graeme Hankey, Robert | | | |
| 305 23 | Califf, and you've cc'd a group of | | | |
| 305 24 | people, correct? | | | |
| 306  1 | A.  Yes.  They're the co-authors | | | |
| 306  2 | and members of the ROCKET-AF steering | | | |
| 306  3 | committee. | | | |

307:11 - 307:22 Berkowitz, Scott 2016-10-19     0:23

| 307 11 | Q.  What you write is, "For the | Re: [307:11-307:22] Def Obj R, P, H, Concede-Dose Too High, Relevance-Non-approved indications, | Re: [307:11-307:22] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding. Business record | Pending |
| 307 12 | clinical development for the two Factor | | | |
| 307 13 | Xa inhibitors furthest along, the | | | |
| 307 14 | exposure target accepted has been | | | |
| 307 15 | different.  The doses of rivaroxaban | | | |
| 307 16 | appear slightly on the high end of what | | | |
| 307 17 | is needed for efficacy in the various | | | |
| 307 18 | indications, and apixaban doses appear | | | |
| 307 19 | more on the lower end excluding ACS, my | | | |
| 307 20 | opinion." | | | |
| 307 21 | Did I read that right? | | | |
| 307 22 | A.  Yes.  In 2012. | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

307:23 - 309:9 Berkowitz, Scott 2016-10-19                                        1:08

| 307 | 23 | Q.  So it's your opinion in |
|---|---|---|
| 307 | 24 | 2012, that the dose of rivaroxaban is on |
| 308 | 1 | the high end of what's needed for |
| 308 | 2 | efficacy, right? |
| 308 | 3 | A.  Well, at that time looking |
| 308 | 4 | at the data that we have and the |
| 308 | 5 | information that we have that's not here, |
| 308 | 6 | we know that the apixaban dose is set |
| 308 | 7 | lower. |
| 308 | 8 | We know it's set lower |
| 308 | 9 | because the scientists have told us it |
| 308 | 10 | was set lower.  It's set lower because |
| 308 | 11 | they were second to market and they |
| 308 | 12 | wanted to get there faster. |
| 308 | 13 | So looking at their data and |
| 308 | 14 | seeing that they failed in an orthopedic |
| 308 | 15 | study and failed in an ACS study, we find |
| 308 | 16 | them to be on the lower end. |
| 308 | 17 | Q.  Okay. But you actually |
| 308 | 18 | write Xarelto is slightly on the high end |
| 308 | 19 | of what's needed for efficacy, right? |
| 308 | 20 | A.  I don't know that I'm right. |
| 308 | 21 | All I know is that our goal, we always |
| 308 | 22 | try to balance the efficacy with the |
| 308 | 23 | safety.  And we would like to, especially |
| 308 | 24 | four years ago, and maybe it's not |
| 309 | 1 | possible with any of the Xa inhibitors |
| 309 | 2 | because now we have edoxaban out and we |
| 309 | 3 | have apixaban out there in a lot more |
| 309 | 4 | patients so we can see the bleeding |
| 309 | 5 | profile. |
| 309 | 6 | We are unable to uncouple |
| 309 | 7 | the bleeding from the efficacy.  If we |
| 309 | 8 | could adjust that, that would be a great |
| 309 | 9 | thing. |

Re: [307:23-309:9]
Def Obj R, P, Concede-Dose Too High

Re: [307:23-309:9]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending


309:10 - 309:16 Berkowitz, Scott 2016-10-19                                       0:10

| 309 | 10 | Q.  Okay. But -- |
|---|---|---|
| 309 | 11 | A.  So no one can make the |
| 309 | 12 | assumption, looking at that, that |
| 309 | 13 | we're -- compared to apixaban, we dose a |
| 309 | 14 | little higher than they do.  Whether they |
| 309 | 15 | would be successful or not, that's a |
| 309 | 16 | different story. |

Re: [309:10-309:16]
Pltf Obj Object as non-responsive.

Pending


310:11 - 310:14 Berkowitz, Scott 2016-10-19                                       0:09

| 310 | 11 | Q.  So your opinion in 2012 was |
|---|---|---|
| 310 | 12 | that the dose of rivaroxaban given was |
| 310 | 13 | higher than necessary for efficacy, |
| 310 | 14 | right? |

Re: [310:11-310:14]
Pltf Obj Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending


310:18 - 310:19 Berkowitz, Scott 2016-10-19                                       0:01

| 310 | 18 | Q.  That's what it says? |
|---|---|---|
| 310 | 19 | A.  Incorrect. |

Re: [310:18-310:19]
Pltf Obj Object as non-

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct. | | |

310:23 -    311:6  Berkowitz, Scott 2016-10-19                          0:10

| 310 | 23 | Q.   How else can you interpret |
|---|---|---|
| 310 | 24 | that? |
| 311 | 1 | A.   It says doses of rivaroxaban |
| 311 | 2 | are appear -- and I don't know what that |
| 311 | 3 | means -- slightly on the high end -- |
| 311 | 4 | Q.   You wrote -- |
| 311 | 5 | A.   -- of efficacy. |
| 311 | 6 | Q.   These are your words. |

Re: [310:23-311:6]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

311:10 -    312:4  Berkowitz, Scott 2016-10-19                          0:27

| 311 | 10 | THE WITNESS:  This is an |
|---|---|---|
| 311 | 11 | e-mail.  E-mails can have flaws in |
| 311 | 12 | them.  They're not 100 percent |
| 311 | 13 | accurate, and they're not like us |
| 311 | 14 | talking back and forth, are they? |
| 311 | 15 | They don't have the depth.  They |
| 311 | 16 | don't have the context.  They |
| 311 | 17 | don't have any of that.  They're |
| 311 | 18 | just communication in a quick |
| 311 | 19 | form. |
| 311 | 20 | So I don't think it's |
| 311 | 21 | appropriate to take any of these |
| 311 | 22 | e-mails and just say that's the |
| 311 | 23 | gospel, especially as research is |
| 311 | 24 | going on in time. |
| 312 | 1 | So you're just seeing us at |
| 312 | 2 | work.  And what we think on one |
| 312 | 3 | day could be a little bit |
| 312 | 4 | different the next day. |

Re: [311:10-312:4]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

312:15 -    314:19  Berkowitz, Scott 2016-10-19                          1:51

| 312 | 15 | Q.   Your opinion in 2012 was |
|---|---|---|
| 312 | 16 | that the dose of rivaroxaban was slightly |
| 312 | 17 | on the high end of what is needed for |
| 312 | 18 | efficacy? |
| 312 | 19 | A.   I'm sorry. |
| 312 | 20 | Q.   Right? |
| 312 | 21 | A.   No, not right.  That's why |
| 312 | 22 | I'm interjecting.  Sorry.  Go ahead. |
| 312 | 23 | Q.   So what you wrote isn't what |
| 312 | 24 | you meant? |
| 313 | 1 | A.   Well, it may not be, but -- |
| 313 | 2 | it may not be, it may be, because I don't |
| 313 | 3 | know exactly what I was thinking at that |
| 313 | 4 | moment.  We only know the words on the |
| 313 | 5 | page.  But there's a lot going on at this |
| 313 | 6 | time.  During the time that we developed |
| 313 | 7 | rivaroxaban, which was ahead of apixaban, |
| 313 | 8 | you have to understand that the |
| 313 | 9 | guidelines for atrial fibrillation |
| 313 | 10 | allowed aspirin for CHADS2 patients. |

Re: [312:15-314:19]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

313 11   That's a weak anticoagulant being used --
313 12   or antiplatelet being used.
313 13          And we all were concerned
313 14   about using these novel anticoagulants in
313 15   patients who were at high risk.  We only
313 16   wanted patients to receive them that
313 17   could tolerate the possibility of the
313 18   side effects.  We didn't know what the
313 19   profile would be.
313 20          So we target to be
313 21   efficacious.
313 22          Apixaban targeted to be
313 23   safe, already knowing that the Xa's were
313 24   effective.  So in wording it in a general
314  1   term, I don't have values there.  I don't
314  2   know exactly what I'm trying to express.
314  3   I believe it's just that our interest is
314  4   efficacy.  That is the FDA's interest,
314  5   efficacy.
314  6          Bleeding has become more
314  7   important over the years.  Not that it
314  8   wasn't important to us, but you have to
314  9   understand we were facing the issue of
314 10   trying to improve on warfarin.
314 11          So as I look at it, when I
314 12   look at the agents, then I see for
314 13   rivaroxaban, is it possible that a lower
314 14   dose could be better, as you were saying,
314 15   is it possible? Could be.  But we think
314 16   that the work that's been done shows that
314 17   rivaroxaban at 20 milligrams is
314 18   appropriate, and 15 for patients with
314 19   renal failure is appropriate.

315:23 -   316:9  Berkowitz, Scott 2016-10-19          0:21
315 23   Q.  Okay.  Then the other
315 24   question that I wanted to ask was, you
316  1   know, you were saying that could a
316  2   10-milligram dose be better?
316  3   A.  No.  I didn't say that.
316  4   Q.  You were asking -- well, you
316  5   were asking if a lower dose could be
316  6   better, right?
316  7   A.  I was simply saying that you
316  8   don't get the opportunity to perfect
316  9   exactly what it is.  You used your Phase

**Re: [315:23-316:9]**
**Def Obj** R, P, Concede-Dose Too High

Re: [315:23-316:9]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

316:10 -   316:14  Berkowitz, Scott 2016-10-19          0:13
316 10   II studies, whatever you can do, your
316 11   modeling.  And then you do the clinical
316 12   trial.  Once the clinical trial is done,
316 13   then you have your dose.  It either works
316 14   or it doesn't.  And it worked.

**Re: [316:10-316:14]**
**Pltf Obj** Object as non-responsive and argumentative.

Pending

316:15 -   316:22  Berkowitz, Scott 2016-10-19          0:15
316 15   Q.  So let me just try to get
316 16   this right.  You said, is it possible
316 17   that a lower dose could be better as you
316 18   were saying, is it -- it is possible?
316 19   Could be.
316 20          Right?  That's what you
316 21   said?

**Re: [316:15-316:22]**
**Def Obj** Incomplete, Concede-Dose too High, Concede-Failure to Test, R, P

Re: [316:15-316:22]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

316 22     A.  Could, would, should, yeah.

patients, including those at heightened risk for bleeding.

**317:1  -   317:11 Berkowitz, Scott 2016-10-19**     0:20

| 317 | 1 | Q.  You would agree with me that |
| 317 | 2 | you never tested that dose, a lower dose, |
| 317 | 3 | in Phase III patients, right? |
| 317 | 4 | A.  For atrial fibrillation -- |
| 317 | 5 | Q.  Yes. |
| 317 | 6 | A.  -- we tested 20 milligrams |
| 317 | 7 | with 15 milligrams for patients in |
| 317 | 8 | moderate renal failure. |
| 317 | 9 | Q.  The reason that you don't |
| 317 | 10 | know that answer is because you never did |
| 317 | 11 | the study to find out, right? |

Re: [317:1-317:11]
**Def Obj** R, P, Concede-
Dose Too High, Concede-
Failure to Test, AR

Re: [317:1-317:11]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims involving
need to
measure/monitor
patients, including
those at heightened
risk for bleeding.

**317:14  -   317:15 Berkowitz, Scott 2016-10-19**     0:01

| 317 | 14 | THE WITNESS:  There's lots |
| 317 | 15 | of doses we didn't test.  But you |

Re: [317:14-317:15]
**Def Obj** R, P, Concede-
Dose Too High, Concede-
Failure to Test, AR

Re: [317:14-317:15]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims involving
need to
measure/monitor
patients, including
those at heightened
risk for bleeding.

**317:16  -   317:19 Berkowitz, Scott 2016-10-19**     0:05

| 317 | 16 | can't do those kinds of trials by |
| 317 | 17 | adding two, three, four, five |
| 317 | 18 | different dosing arms.  That's a |
| 317 | 19 | Phase II study. |

**318:8  -   318:24 Berkowitz, Scott 2016-10-19**     0:35

| 318 | 8 | Q.  Earlier in the day, in |
| 318 | 9 | the -- in the last session, we talked |
| 318 | 10 | about Professor Jeff Weitz.  Do you |
| 318 | 11 | remember that? |
| 318 | 12 | A.  Yeah. |
| 318 | 13 | Q.  Are you aware that he |
| 318 | 14 | disagrees with you as far as whether or |
| 318 | 15 | not there is a need to measure with |
| 318 | 16 | Xarelto? |
| 318 | 17 | A.  I don't know that we have |
| 318 | 18 | much disagreement.  I know Dr. Weitz |
| 318 | 19 | personally. |
| 318 | 20 | Q.  Okay.  Well, let's -- let's |
| 318 | 21 | look at his e-mails and attachments. |
| 318 | 22 | MR. BARR:  This will be |
| 318 | 23 | Exhibit 30.  And it's Plaintiffs' |
| 318 | 24 | |

107527

Re: [318:8-318:24]
**Def Obj** R, P, LF, H,
Concede-PT/Dose
Adjustment, Concede-
Routine Monitoring

Re: [318:8-318:24]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims involving
need to
measure/monitor
patients, including
those at heightened
risk for bleeding.
Foundation
established by
testimony and
document. Business
record.

**321:18  -   322:9 Berkowitz, Scott 2016-10-19**     0:28

| 321 | 18 | All right.  I want to flip |
| 321 | 19 | towards the back.  It's the third -- |
| 321 | 20 | third page from the back.  And it's a |
| 321 | 21 | slide titled, "Monitoring Versus |
| 321 | 22 | Measuring Anti" -- "Anticoagulant Effect |
| 321 | 23 | of NOACs." |
| 321 | 24 | Do you see that? |
| 322 | 1 | A.  Yeah.  Monitoring versus |

Re: [321:18-322:9]
**Def Obj** R, P, LF, H,
Concede-PT/Dose
Adjustment, Concede-
Routine Monitoring

Re: [321:18-322:9]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims involving
need to
measure/monitor
patients, including

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | those at heightened risk for bleeding. Foundation established by testimony and document. Business record. | |

322  2   measuring?
322  3   Q.  Yes, sir.
322  4   A.  Mm-hmm.  Go ahead.
322  5   Q.  And it says, "We do need to
322  6   measure.  We don't need to monitor."
322  7   A.  Okay.
322  8   Q.  Did I read that right?
322  9   A.  Yes.

323:13 -   324:15 Berkowitz, Scott 2016-10-19                0:45

323 13   Q.  And it says, "When do we
323 14   need to know drug levels or coagulation
323 15   effects"?
323 16   A.  Next slide.
323 17   Q.  Next slide.
323 18   A.  Yes.
323 19   Q.  It's, "Assess adherence.
323 20   Detect overdose.  Evaluate potential drug
323 21   interactions.  Plan timing of urgent
323 22   surgery.  Diagnose potential causes of
323 23   stroke or bleeding.  Decide on use of
323 24   thrombolytics."
324  1            Right?
324  2   A.  Yes, that's what it says.
324  3   Q.  Those are many of the same
324  4   special circumstances that we've talked
324  5   about, correct?
324  6   A.  Correct.
324  7   Q.  Then you go to the next
324  8   page.  It says, "Routine assays can be
324  9   used to determine anticoagulant effects."
324 10   Do you see that?
324 11   A.  I do.
324 12   Q.  And for rivaroxaban it has
324 13   anti-Xa assays and sensitive PT, right?
324 14   A.  Right.  Meaning the
324 15   Neoplastin.

**Re: [323:13-324:15]
Def Obj** R, P, LF, H, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [323:13-324:15]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding. Foundation established by testimony and document. Business record.

324:16 -   324:21 Berkowitz, Scott 2016-10-19                0:10

324 16   Q.  Right.  Saying that can be
324 17   used to determine anticoagulant effect,
324 18   right?
324 19   A.  Well, it's talking about
324 20   what routine assays might be available
324 21   now in the laboratory around the world.

**Re: [324:16-324:21]
Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

325:7  -   325:12 Berkowitz, Scott 2016-10-19                0:16

325  7   Q.  Let me restate my question
325  8   to make sure it's clear what I'm talking
325  9   about.
325 10            He says that in the case of
325 11   rivaroxaban, Xarelto, sensitive PT can be
325 12   used to determine anticoagulant effects.

**Re: [325:7-325:12]
Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

325:16 -   325:18 Berkowitz, Scott 2016-10-19                0:03

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

325  16    Q.  That's what that checkmarks
325  17    next to rivaroxaban and sensitive PT
325  18    means, right?

**Re: [325:16-325:18]**
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

325:21 -   326:7  Berkowitz, Scott 2016-10-19    0:17

325  21    THE WITNESS:  No.  I'm
325  22    sorry.  I can't agree to that.
325  23    This is a slide showing a table of
325  24    potential tests that could be
326  1    used.  For example, look at
326  2    dabigatran, aPTT is listed.  The
326  3    thrombin time and the dilute
326  4    thrombin time and the ETT.  The
326  5    best would be the ETT.  So it's
326  6    not saying anything different than
326  7    what we've been saying.

**Re: [325:21-326:7]**
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending
*Overruled*

---

326:9  -   326:21  Berkowitz, Scott 2016-10-19    0:23

326  9    Q.  Well, I thought your
326  10    testimony was that PT could not be used?
326  11    A.  No, that was not my
326  12    testimony.  My testimony is that it's not
326  13    the best test to use.  It's not very
326  14    reliable.  It gives you a qualitative or
326  15    semi-quantitative.  It's not what we
326  16    would recommend that physicians use
326  17    because we don't think it's the best
326  18    test.
326  19    If you use a test that's not
326  20    precise and accurate, then you can get
326  21    results that are not valuable.

**Re: [326:9-326:21]**
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

328:12 -   328:16  Berkowitz, Scott 2016-10-19    0:14

328  12    The idea of clinicians
328  13    wanting to be able to measure the
328  14    anticoagulant effect of any anticoagulant
328  15    was known to Bayer in the early 2000s,
328  16    right?

**Re: [328:12-328:16]**
**Def Obj** R, PK, LF

Re: [328:12-328:16]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Foundation established by the witness.

Pending
*Overruled*

---

328:19 -   329:6  Berkowitz, Scott 2016-10-19    0:17

328  19    THE WITNESS:  I can't say
328  20    what was known to Bayer before I
328  21    got there.
328  22    I can say that some of us

**Re: [328:19-329:6]**
**Def Obj** R, PK, LF

Re: [328:19-329:6]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 328 23  have been in the field a long time<br>328 24  trying to develop antithrombotics,<br>329  1  and many of us, like Dr. Weitz and<br>329  2  myself, who is not of the company,<br>329  3  but those of us who are<br>329  4  hematologist, we measure.  We like<br>329  5  to measure.  This is how we check<br>329  6  things. | | claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness. Foundation established by the witness. | |
| **329:7  -  329:23 Berkowitz, Scott 2016-10-19**                    0:24<br>329  7      Doctors like to do that<br>329  8  because they're used to heparin<br>329  9  and warfarin.  They grew up<br>329 10  thinking they had to do that.  It<br>329 11  was a big change for<br>329 12  low-molecular-weight heparins to<br>329 13  come along and not need to be<br>329 14  monitored.  It was very hard.<br>329 15      And you see the same thing<br>329 16  now.  Doctors would like to<br>329 17  measure because it makes them feel<br>329 18  like it's doing something.  But<br>329 19  you have to have a test that<br>329 20  allows you, that tells you that<br>329 21  it's really doing something, not<br>329 22  just treating the doctor, but<br>329 23  actually treating the patient. | Re: [329:7-329:23]<br>**Pltf Obj** Object as non-responsive, speculative, and argumentative.  Not necessary for completeness. | Pending | _Greenilof_ |
| **330:1  -  330:16 Berkowitz, Scott 2016-10-19**                    0:31<br>330  1  Q.  Okay.  But for purposes of a<br>330  2  patient in the United States where an<br>330  3  anti-Factor Xa assay is not available,<br>330  4  the only thing that's available is PT<br>330  5  with Neoplastin, correct?<br>330  6  A.  Sorry. I have to correct<br>330  7  you just a little bit.  There's<br>330  8  anti-Factor Xa assays, and there's the<br>330  9  rivaroxaban assay that's based on the<br>330 10  platform.  If you mean the platform, yes.<br>330 11  Unfortunately, not at this time do we<br>330 12  have the test, but we're hopeful it will<br>330 13  be available.<br>330 14  Q.  So the only thing that a<br>330 15  doctor can use in present practice today<br>330 16  is PT Neoplastin, right? | | | |
| **330:19 -  330:21 Berkowitz, Scott 2016-10-19**                    0:06<br>330 19      THE WITNESS: In practice<br>330 20  today, that would be the closest<br>330 21  we could get.  This could change. | | | |
| **357:10 -  358:3 Berkowitz, Scott 2016-10-19**                    2:15<br>357 10  Q.  Okay. I'm going to hand you<br>357 11  what I'm going to mark as Exhibit 35.<br>357 12      It's Plaintiffs' 1094747.<br>357 13      (Document marked for | Re: [357:10-358:3]<br>**Pltf Obj** Not necessary for completeness and unrelated to testimony | Pending | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

357 14          identification as Exhibit

357 15          Berkowitz-35.)

357 16     BY MR. BARR:

357 17     Q.   It's my understanding, based

357 18     upon the way these were produced, and you

357 19     can confirm this or not, that these are

357 20     your notes from your custodial file.  Do

357 21     you recognize these?

357 22     A.   I haven't looked at it in a

357 23     long time.  It looks like notes that I

357 24     took in speaking with Dr. Mueck to get

358  1     some history on what they faced early on

358  2     with the design of the program.  So it

358  3     looks like something I might produce.

366:22 -  369:4   Berkowitz, Scott 2016-10-19

366 22          "But we test in prevention

366 23     and treatment setting a once versus

366 24     twice-a-day and conclude on clinical data

367  1     that once-a-day fine and then go to Phase

367  2     III and confirm.

367  3          Did I read that right?

367  4     A.   I think so.

367  5     Q.   "If you just" -- "if you

367  6     just a PK guy, say half-life of 9 to

367  7     11 hours, then you should use

367  8     twice-a-day, but we have done clinical

367  9     work and then clinical confirmation."

367 10          Did I read that one right?

367 11     A.   Yeah.  I think I understand

367 12     what I was writing here.

367 13     Q.   Okay.  Help me out.

367 14     A.   Well, it was basically the

367 15     concept we were just speaking about.  So

367 16     the half-life of rivaroxaban for a young

367 17     healthy volunteer is 5 to 9 hours.  The

367 18     half-life in young elderly patients is 9

367 19     to 13 hours.  It usually gets said that

367 20     the half-life is something like 5 to

367 21     9 hours or something.  But it varies a

367 22     bit.

367 23          The problem is that the

367 24     half-life in the circulation has no -- no

368  1     important meaning in coagulation, because

368  2     it's the pharmacodynamic effect that

368  3     makes the difference.

368  4          What happened was, we

368  5     initially started testing the drug as

368  6     twice-a-day, because the half-life might

368  7     make you think that.  But it turned out

368  8     that when we did more sophisticated

368  9     coagulation tests, or more sophisticated

368 10     than a PT or a PTT, but did like thrombin

368 11     generation, it turns out that thrombin is

368 12     inhibited beyond 24 hours.  Now, that

368 13     wasn't realized at first in the program.

368 14     So you'll see the first dosing studies

368 15     were BID.

368 16          When it was realized that OD

368 17     might be possible, we did another study.

368 18     We added on a study.  It actually

368 19     lengthened the program.  It cost us about

368 20     a year.  But we added on a once-a-day arm

**Objections In** (column)

designated by Plaintiffs.
If played at all, it should
be in Defendants' direct.

Re: [366:22-369:4]
Pltf Obj Not necessary
for completeness and
unrelated to testimony
designated by Plaintiffs.
If played at all, it should
be in Defendants' direct.

2:00

Pending

04/20/17 15:10

|  |  | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 368 | 21 | in the orthopedic and tested it, and it |
| 368 | 22 | looked clinically good in Phase II. |
| 368 | 23 | That's -- that's how it went.  So the |
| 368 | 24 | important lesson from it to me, although |
| 369 | 1 | it's miss -- mistaken a lot even today, |
| 369 | 2 | half-life for an anticoagulant isn't the |
| 369 | 3 | major important thing.  It's the |
| 369 | 4 | pharmacodynamic effect. |

**369:18 - 369:21 Berkowitz, Scott 2016-10-19**  0:13

| 369 | 18 | Q.   Do you remember a time when |
| 369 | 19 | both Janssen and Bayer were considering |
| 369 | 20 | conducting a ROCKET2 study? |
| 369 | 21 | A.   Yes. |

Re: [369:18-369:21]
**Def Obj** R, P, Concede-Dose too High, Concede-OD Dosing, Relevance-ROCKET 2

Re: [369:18-369:21]
Pltf Resp MIL ruling reserved on Rocket 2. Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

**372:6 - 372:20 Berkowitz, Scott 2016-10-19**  0:39

| 372 | 6 | Q.   Yet it was not conducted, |
| 372 | 7 | primarily because it turned out there was |
| 372 | 8 | no risk to the product in the market, |
| 372 | 9 | right? |
| 372 | 10 | A.   No, that's not correct.  I |
| 372 | 11 | think that's not the case.  But what I |
| 372 | 12 | think ultimately turned the tide on that |
| 372 | 13 | was the edoxaban data, the -- the fourth, |
| 372 | 14 | or third Xa inhibitor, when they did look |
| 372 | 15 | at their BID in lower doses, and there, |
| 372 | 16 | there was loss of efficacy.  And this is |
| 372 | 17 | our greatest concern and the FDA's |
| 372 | 18 | greatest concern.  And so at that point |
| 372 | 19 | then it became clear to us that that's |
| 372 | 20 | probably not the best step. |

Re: [372:6-372:20]
**Pltf Obj** Object as incomplete.  Also object to hearsay as to FDA's concerns and irrelevant and prejudicial testimony concerning other product.

Pending

**498:10 - 498:16 Berkowitz, Scott 2016-10-20**  0:38

| 498 | 10 | Q.   Okay.  We can move on. |
| 498 | 11 | Now let's look at some |
| 498 | 12 | papers that were published by Dr. Mueck. |
| 498 | 13 | I want to start with what I'll mark as |
| 498 | 14 | Exhibit 48.  This is Plaintiffs' 177639. |
| 498 | 15 | (Document marked for |
| 498 | 16 | identification as Exhibit |

**500:12 - 500:21 Berkowitz, Scott 2016-10-20**  0:19

| 500 | 12 | Q.   Now, this manuscript is |
| 500 | 13 | titled "Rivaroxaban and Other Novel Oral |
| 500 | 14 | Anticoagulants:  Pharmacokinetics in |
| 500 | 15 | healthy subjects, specific patient |
| 500 | 16 | populations and relevance of coagulation |
| 500 | 17 | monitoring."  Correct? |
| 500 | 18 | A.   Yes. |
| 500 | 19 | Q.   And this is written by |
| 500 | 20 | Dr. Mueck among others, right? |
| 500 | 21 | A.   Yes. |

Re: [500:12-500:21]
**Def Obj** LF, PK

Re: [500:12-500:21]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and

Pending

**500:22 - 501:2 Berkowitz, Scott 2016-10-20**  0:07

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | experience of witness. Foundation established by the witness. | |
|---|---|---|---|---|
| 500 22 | Q.  It's going to be published | | | |
| 500 23 | in the journal Thrombosis, right? | | | |
| 500 24 | A.  That's the target journal. | | | |
| 501  1 | This is Draft 6. So I don't know the | | | |
| 501  2 | final paper. | | | |

**501:22 -   502:23 Berkowitz, Scott 2016-10-20**     0:52

| | | | | |
|---|---|---|---|---|
| 501 22 | Q.  And just so the jury | Re: [501:22-502:23] | | Pending |
| 501 23 | understands, can you explain what CMAX | Pltf Obj Object to | | |
| 501 24 | and area under the curve are? | 502:11-23 as not | | |
| 502  1 | A.  Well, CMAX is the | necessary for | | |
| 502  2 | concentration maximum, so it would be the | completeness and | | |
| 502  3 | peak value that has a time range | confusing to the jury. | | |
| 502  4 | somewhere in the order of two to | | | |
| 502  5 | four hours after a dose is given in | | | |
| 502  6 | general. | | | |
| 502  7 | The area under the curve is | | | |
| 502  8 | a calculation of the concentration all | | | |
| 502  9 | during the 24-hour period or whatever | | | |
| 502 10 | period you choose. | | | |
| 502 11 | Q.  Okay.  It says, "Top and | | | |
| 502 12 | bottom of the shaded boxes correspond to | | | |
| 502 13 | the upper 75 percent and lower 25 percent | | | |
| 502 14 | percentiles respectively.  The central | | | |
| 502 15 | white bands represent the median. | | | |
| 502 16 | Whiskers correspond to the lowest and | | | |
| 502 17 | highest data points within in 1-1/2 times | | | |
| 502 18 | interquartile range calculated from the | | | |
| 502 19 | center of the data. | | | |
| 502 20 | "Points beyond this range | | | |
| 502 21 | are possible outliers indicated by | | | |
| 502 22 | horizontal lines," right? | | | |
| 502 23 | A.  Yes. | | | |

**504:18 -   505:21 Berkowitz, Scott 2016-10-20**     0:52

| | | | | |
|---|---|---|---|---|
| 504 18 | Q.  And the CMAX ranges from | Re: [504:18-505:21] | Re: [504:18-505:21] | Pending |
| 504 19 | just below 200 -- | Def Obj LF, PK, Attorney | Pltf Resp Relevant to | |
| 504 20 | A.  Yes. | colloquy/objections | Plaintiffs' failure to | |
| 504 21 | Q.  -- to just below 500? | | warn claims and | |
| 504 22 | A.  Yes. | | claims relating to | |
| 504 23 | Q.  Right.  So that's a roughly | | need for | |
| 504 24 | two-and-a-half-fold difference right? | | measurement and | |
| 505  1 | A.  Using simple math | | need to evaluate | |
| 505  2 | calculations, yes. | | dosing in individual | |
| 505  3 | Q.  Right.  So two -- so people | | patients. Within the | |
| 505  4 | taking the same pill, their blood plasma | | scope of | |
| 505  5 | concentration ranges from just below 200 | | responsibilities and | |
| 505  6 | to somebody else taking the same pill to | | experience of | |
| 505  7 | just below 500, right? | | witness. Foundation | |
| 505  8 | MR. HOROWITZ:  Form. | | established by the | |
| 505  9 | THE WITNESS:  In this study | | witness. No | |
| 505 10 | in these however many patients you | | objection to removal | |
| 505 11 | said it was, that's the finding | | of colloquy. | |
| 505 12 | that they have here. | | | |
| 505 13 | BY MR. BARR: | | | |
| 505 14 | Q.  And do you believe that that | | | |
| 505 15 | is a significant variation in | | | |
| 505 16 | concentration? | | | |
| 505 17 | A.  No. | | | |
| 505 18 | Q.  No. How would you describe | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

505 19  that variation?
505 20  A.  I would call it moderate,
505 21  but I'm not a clinical pharmacologist.

506:24 -  507:10 Berkowitz, Scott 2016-10-20   0:20

| | | | | |
|---|---|---|---|---|
| 506 24 | Q.  I'm just asking you what | **Re: [506:24-507:10]** | | Pending |
| 507 1 | your characterization of the variability | **Pltf Obj** Object as | | |
| 507 2 | with Xarelto is.  And I thought I heard | duplicative of testimony | | |
| 507 3 | you say moderate; is that right? | designated by plaintiff | | |
| 507 4 | A.  What you heard me say is I'm | | | |
| 507 5 | not a clinical pharmacologist, and we | | | |
| 507 6 | should talk to those specialists.  But my | | | |
| 507 7 | understanding is that it's moderate. | | | |
| 507 8 | From what I've seen from drugs and what | | | |
| 507 9 | I've seen from rivaroxaban, that fits | | | |
| 507 10 | into a more moderate category. | | | |

508:8 -  508:17 Berkowitz, Scott 2016-10-20   0:26

| | | | | |
|---|---|---|---|---|
| 508 8 | I've handed you a -- a paper | **Re: [508:8-508:17]** | Re: [508:8-508:17] | Pending |
| 508 9 | from Dr. Mueck, Stampfuss, Kubitza and | **Def Obj** LF, PK | Pltf Resp Relevant to | |
| 508 10 | Becka.  And this is titled "Clinical | | Plaintiffs' failure to | |
| 508 11 | Pharmacokinetic and Pharmacodynamic | | warn claims and | |
| 508 12 | Profile of Rivaroxaban." | | claims relating to | |
| 508 13 | Do you see that? | | need for | |
| 508 14 | A.  Yes. | | measurement and | |
| 508 15 | Q.  And this is published in | | need to evaluate | |
| 508 16 | September -- on September 3, 2013, right? | | dosing in individual | |
| 508 17 | A.  Yes.  Online.  Mm-hmm. | | patients. Within the | |
| | | | scope of | |
| | | | responsibilities and | |
| | | | experience of | |
| | | | witness. Foundation | |
| | | | established by the | |
| | | | witness. | |

509:9 -  510:11 Berkowitz, Scott 2016-10-20   0:57

| | | | | |
|---|---|---|---|---|
| 509 9 | Q.  And if you go down about a | **Re: [509:9-510:11]** | Re: [509:9-510:11] | Pending |
| 509 10 | third of the way through the abstract, do | **Def Obj** LF, PK | Pltf Resp Relevant to | |
| 509 11 | you see the sentence that starts | | Plaintiffs' failure to | |
| 509 12 | "Variability"? | | warn claims and | |
| 509 13 | A.  A third.  I'm sorry.  Yes. | | claims relating to | |
| 509 14 | Got it. | | need for | |
| 509 15 | Q.  Okay.  It says, "Variability | | measurement and | |
| 509 16 | in the pharmacokinetic parameters is | | need to evaluate | |
| 509 17 | moderate, coefficient of variation 30 to | | dosing in individual | |
| 509 18 | 40 percent," correct? | | patients. Within the | |
| 509 19 | A.  Yes. | | scope of | |
| 509 20 | Q.  So, according to this paper, | | responsibilities and | |
| 509 21 | the variation is moderate, correct? | | experience of | |
| 509 22 | A.  That's what it's saying | | witness. Foundation | |
| 509 23 | here.  For -- now it's taking all the | | established by the | |
| 509 24 | pharmacokinetic parameters together. | | witness. | |
| 510 1 | Q.  Which is consistent with | | | |
| 510 2 | what you understand? | | | |
| 510 3 | A.  What I understood. | | | |
| 510 4 | Q.  Okay.  So now let's go to | | | |
| 510 5 | Table 3.  You understand that Table 3 in | | | |
| 510 6 | this paper is data from the ROCKET trial, | | | |
| 510 7 | correct? | | | |
| 510 8 | A.  Well, looking at the table, | | | |
| 510 9 | I understand it's data from the various | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 510 10    trials that we've done, including the<br>510 11    ROCKET trial. | | | |
| **510:12 -   510:19 Berkowitz, Scott 2016-10-20**    0:15<br>510 12    Q.  Okay.  And I'm looking at<br>510 13    the stroke prevention in patients with AF<br>510 14    20 milligrams once a day.  Okay?<br>510 15    A.  So you're looking at the<br>510 16    patients with the creatinine clearance<br>510 17    greater or equal to 50?<br>510 18    Q.  Yes, sir.<br>510 19    A.  Right?  Okay. | Re: [510:12-510:19]<br>**Pltf Obj** Object as not<br>necessary for<br>completeness.  If played<br>at all should be played in<br>Defendants' direct. | | Pending |
| **511:5  -   512:11 Berkowitz, Scott 2016-10-20**    1:01<br>511  5    A.  Well, the concentration at<br>511  6    trough is basically as low as the<br>511  7    concentration might be before the next<br>511  8    dose.  So the -- the time period could<br>511  9    vary unlike the CMAX which has a more<br>511 10    narrow range that you would be sampling<br>511 11    from.<br>511 12    Q.  Right.  Okay.  So the<br>511 13    concentration trough, the mean is 44,<br>511 14    right, 44 micrograms per liter, correct?<br>511 15    A.  That's what it says for --<br>511 16    for the stroke prevention row.<br>511 17    Q.  And the 5th to<br>511 18    95th percentile is 12 to 137 micrograms<br>511 19    per liter, right?<br>511 20    A.  Yeah.<br>511 21    Q.  That's a tenfold difference,<br>511 22    correct?<br>511 23    A.  Well, again, doing simple<br>511 24    math, that's a -- well, not quite.<br>512  1    Q.  It's actually more than 10.<br>512  2    A.  I'm sorry.  From 18 to 136?<br>512  3    Q.  No, from 12 to -- you're<br>512  4    looking at --<br>512  5    A.  Oh, I'm sorry.  I'm on the<br>512  6    wrong line.  Yep, I lost my place.<br>512  7         Yes.  Mm-hmm.<br>512  8    Q.  Okay.  So it's actually a<br>512  9    slightly greater than tenfold increase,<br>512 10    right?<br>512 11    A.  But you can call it tenfold. | Re: [511:5-512:11]<br>**Def Obj** LF, PK | Re: [511:5-512:11]<br>Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for<br>measurement and<br>need to evaluate<br>dosing in individual<br>patients. Within the<br>scope of<br>responsibilities and<br>experience of<br>witness.  Foundation<br>established by the<br>witness. | Pending |
| **512:12 -   512:18 Berkowitz, Scott 2016-10-20**    0:17<br>512 12    Q.  Okay.  And so that -- that<br>512 13    gets back to the original idea that<br>512 14    different patients taking the same<br>512 15    20-milligram pill at trough, there is a<br>512 16    tenfold variation in their blood plasma<br>512 17    concentration at trough, right, across<br>512 18    the 5th and 95th percentile? | Re: [512:12-512:18]<br>**Pltf Obj** Object as not<br>necessary for<br>completeness.  If played<br>at all should be played in<br>Defendants' direct. | | Pending |
| **512:21 -   513:1  Berkowitz, Scott 2016-10-20**    0:06<br>512 21    THE WITNESS:  Again, I think<br>512 22    the -- one has to understand how<br>512 23    the samples are drawn, and there's<br>512 24    a wide window for trough.  So you<br>513  1    are going to get a wider spread. | Re: [512:21-513:1]<br>**Pltf Obj** Object as not<br>necessary for<br>completeness.  If played<br>at all should be played in<br>Defendants' direct. | | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**513:12 - 514:13 Berkowitz, Scott 2016-10-20**　　　　1:07

| | |
|---|---|
| 513 12 | Q.  Okay.  But then if you go to |
| 513 13 | CMAX, there is a median of 249, correct? |
| 513 14 | A.  Yes. |
| 513 15 | Q.  I'm sorry.  It's the |
| 513 16 | geometric mean.  Geometric mean of 249, |
| 513 17 | correct? |
| 513 18 | A.  Sorry.  Let me check the |
| 513 19 | footnote.  Yes, geometric mean.  Correct. |
| 513 20 | Q.  And the variation in the 5th |
| 513 21 | to 95th percentile is 184 to |
| 513 22 | 343 micrograms per liter, right? |
| 513 23 | A.  Yes. |
| 513 24 | Q.  Approximately a twofold |
| 514  1 | difference, right? |
| 514  2 | A.  So as we had noted a more |
| 514  3 | narrow, a more narrow range and a more |
| 514  4 | narrow fold. |
| 514  5 | Q.  Right.  So according to this |
| 514  6 | data, it's a narrower range at CMAX and a |
| 514  7 | wider range at trough, right? |
| 514  8 | A.  Well, according to this |
| 514  9 | data, what I was saying was that the |
| 514 10 | sampling time is wider.  Now as I said, |
| 514 11 | I'm not a clinical pharmacologist, but as |
| 514 12 | a clinician, that's how I understand it. |
| 514 13 | That's how I look at the data. |

Re: [513:12-514:13]
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

Pending

**514:14 - 514:19 Berkowitz, Scott 2016-10-20**　　　　0:44

| | |
|---|---|
| 514 14 | Q.  Okay.  Now, I want to show |
| 514 15 | you -- I'm going to show you what I'm |
| 514 16 | going to mark as 50 and 51. |
| 514 17 | Exhibit 50 is Plaintiffs' |
| 514 18 | 3668403, and Exhibit 51 is Plaintiffs' |
| 514 19 | 3668404 |

Re: [514:14-514:19]
**Def Obj** LF, PK, H

Re: [514:14-514:19]   Pending
Pltf Resp Within the scope of responsibilities and experience of witness.  Foundation established by testimony and document.  Business record.

**515:23 - 516:9 Berkowitz, Scott 2016-10-20**　　　　0:12

| | |
|---|---|
| 515 23 | Q.  And -- and maybe to try and |
| 515 24 | help you out here, I'm not really going |
| 516  1 | to ask you about the e-mail.  I was |
| 516  2 | showing this to you, to show you that you |
| 516  3 | hadn't seen this before.  That's really |
| 516  4 | the only reason I'm giving you this |
| 516  5 | exhibit. |
| 516  6 | A.  Oh okay. |
| 516  7 | Q.  I didn't -- I didn't want |
| 516  8 | there to be confusion that this was |
| 516  9 | something that you had seen before. |

**517:18 - 519:21 Berkowitz, Scott 2016-10-20**　　　　2:02

| | |
|---|---|
| 517 18 | Q.  You see this is a PowerPoint |
| 517 19 | from Janssen titled "Rivaroxaban Project |
| 517 20 | 100, Quantitative Sciences," correct? |
| 517 21 | A.  Yeah. |
| 517 22 | Q.  It was attached to an |
| 517 23 | e-mail, which is Exhibit 50, that was |
| 517 24 | dated October 10, 2015, correct? |
| 518  1 | A.  Yes. |
| 518  2 | Q.  Okay.  And I'm looking at |
| 518  3 | Page 4 of the PowerPoint, which is titled |
| 518  4 | "Dabigatran." |
| 518  5 | Do you see that? |
| 518  6 | A.  Yes. |

Re: [517:18-519:21]
**Def Obj** LF, PK, R, H, Concede-Routine Monitoring, C, Attorney colloquy/objections

Re: [517:18-519:21]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients.  Within the scope of responsibilities and experience of

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

518 7  Q.   And there's a blue box on
518 8  the bottom two-thirds of the page with a
518 9  bold heading, "A case for routine
518 10  monitoring?"
518 11        Do you see that?
518 12  A.   Yes.
518 13  Q.   And there's a statement
518 14  right after that says, "Relatively
518 15  high intersubject variability in Phase
518 16  III Afib trial C trough displayed a
518 17  420 percent and 450 percent variability."
518 18        Did I read that correctly?
518 19  A.   Yeah.
518 20  Q.   Okay.  So at trough,
518 21  according to this document, dabigatran
518 22  had a 420 percent variability for the
518 23  120 milligrams twice a day, and a
518 24  450 percent variability at trough for the
519 1  150 milligram twice a day, correct?
519 2        MR. HOROWITZ:  Form.
519 3        THE WITNESS:  Just reading
519 4  what they say in this slide.
519 5  That's what it says.
519 6  BY MR. BARR:
519 7  Q.   And in this slide, a 420 to
519 8  450 percent variability is described as
519 9  high intersubject variability, correct?
519 10  A.   No.  It's described as
519 11  relatively high.
519 12  Q.   Fair enough.
519 13  A.   That's not the same thing.
519 14  Q.   Fair enough.  Relatively
519 15  high intersubject variability, correct?
519 16  A.   Yes.
519 17  Q.   Whereas if you look at the
519 18  Mueck paper that we just looked at, at
519 19  trough there is a tenfold difference for
519 20  patients on 20 milligrams, correct?  Do
519 21  you remember that?

The right column contains the following (aligned to 518 7–519 21):
witness.  Foundation
established by
testimony and
document.  Business
record.  No objection
to removing
colloquy.

520:2  -  521:5  Berkowitz, Scott 2016-10-20    0:34

520 2  Q.   That's a thousand percent
520 3  increase, correct?
520 4        MR. HOROWITZ:  Same
520 5  objection.
520 6        THE WITNESS:  Again, you're
520 7  doing simple math with clinical
520 8  pharmacology numbers that I'm not
520 9  expert in.  So I can't really help
520 10  you here.  I think you need to
520 11  talk to the people who do the
520 12  clinical pharmacology.
520 13  BY MR. BARR:
520 14  Q.   You would agree with me that
520 15  a tenfold different variability in trough
520 16  is a thousand percent variability,
520 17  correct?
520 18        MR. HOROWITZ:  Objection.
520 19  Same objections.
520 20        THE WITNESS:  Simple math
520 21  says that.
520 22  BY MR. BARR:
520 23  Q.   So the answer to that is

**Objections In (520:2-521:5):**
Re: [520:2-521:5]
Def Obj LF, PK, R, A,
Attorney
colloquy/objections

**Responses In (520:2-521:5):**
Re: [520:2-521:5]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients.  Within the
scope of
responsibilities and
experience of
witness.  Foundation
established by
testimony and
document.  Business
record.  No objection
to removing
colloquy.

**Rulings (520:2-521:5):** Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 520 | 24 | yes? |
| 521 | 1 | A.  I don't know what that means |
| 521 | 2 | in a clinical pharmacology sense. |
| 521 | 3 | Q.   But the answer to my |
| 521 | 4 | question is yes, that's a thousand |
| 521 | 5 | percent variability? |

**521:11 -   521:15 Berkowitz, Scott 2016-10-20**          0:07

| 521 | 11 | THE WITNESS:  The question |
| 521 | 12 | is did you do your math right? |
| 521 | 13 | BY MR. BARR: |
| 521 | 14 | Q.   Yes. |
| 521 | 15 | A.   It sounds like it. |

**Re: [521:11-521:15]**
**Def Obj** LF, PK, R, A, Attorney colloquy/objections

Re: [521:11-521:15]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Foundation established by testimony and document.  Business record.  No objection to removing colloquy.

**523:10 -   523:14 Berkowitz, Scott 2016-10-20**          0:12

| 523 | 10 | Q.   I'll show you Exhibit 52. |
| 523 | 11 | And this is Plaintiffs' 80333. |
| 523 | 12 | (Document marked for |
| 523 | 13 | identification as Exhibit |
| 523 | 14 | Berkowitz-52.) |

**Re: [523:10-523:14]**
**Pltf Obj** R,P, LF, PK, Relevance-Time
**Re: [523:10-523:14]**
**Def Obj** R,P, LF, PK, H, Relevance-Time

Re: [523:10-523:14]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

**523:19 -   524:1 Berkowitz, Scott 2016-10-20**          0:14

| 523 | 19 | Q.   So you see that this is a |
| 523 | 20 | series of e-mails that got forwarded to |
| 523 | 21 | you by Ms. Kubitza.  Do you see that? |
| 523 | 22 | A.   Dr. Kubitza, yes. |
| 523 | 23 | Q.   Right.  And she sent this to |

**Re: [523:19-524:1]**
**Def Obj** R,P, LF, PK, H, Relevance-Time

Re: [523:19-524:1]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

57

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 523 24   you on August 18, 2014, correct?<br>524 1     A.  Yes. | | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record. | |

**524:7  -  525:16 Berkowitz, Scott 2016-10-20**   1:14

| 524  7    Q.   And she writes to you, "Dear | Re: [524:7-525:16] | | Pending |
|---|---|---|---|
| 524  8        both" -- well, you and Dr. Derix.  It | Pltf Obj Object as not | | |
| 524  9        says, "Dear both.  Some background | necessary for | | |
| 524 10       information for the discussion to come | completeness and if | | |
| 524 11       later this week.  Best regards, Dagmar." | played at all, should be | | |
| 524 12    A.  Yeah. | played in Defendants' | | |
| 524 13    Q.   Correct? | direct. | | |
| 524 14         So what I want to do is I | | | |
| 524 15       want to start looking at this.  And I'm | | | |
| 524 16       going to start with the e-mail from Paul | | | |
| 524 17       Burton that starts on the bottom of the | | | |
| 524 18       page at 20944. | | | |
| 524 19    A.  Okay. | | | |
| 524 20    Q.   Do you see the e-mail from | | | |
| 524 21       Paul Burton? | | | |
| 524 22    A.  Yes. | | | |
| 524 23    Q.   And this is August 14, 2014, | | | |
| 524 24       correct? | | | |
| 525  1    A.  Yes. | | | |
| 525  2    Q.   All right.  And he sends an | | | |
| 525  3        e-mail to, it looks like a group of | | | |
| 525  4        people at Janssen primarily, correct? | | | |
| 525  5    A.  Correct. | | | |
| 525  6    Q.   Okay.  And he says, "I think | | | |
| 525  7        the edits for clarity are valuable.  I | | | |
| 525  8        would keep the information in the middle | | | |
| 525  9        column that we perform testing for | | | |
| 525 10       monitoring in early and late stage trials | | | |
| 525 11       and were able to confidently conclude | | | |
| 525 12       that monitoring is neither necessary nor | | | |
| 525 13       required with Xarelto use in routine | | | |
| 525 14       clinical practice." | | | |
| 525 15         Did I read that correctly? | | | |
| 525 16    A.  Yes. | | | |

**525:17  -  525:21 Berkowitz, Scott 2016-10-20**   0:08

| 525 17    Q.   Okay.  You agree with me | Re: [525:17-525:21] | Re: [525:17-525:21]   Pending |
|---|---|---|
| 525 18       that the label indicates that routine | Def Obj R, P, Concede- | Pltf Resp Relevant to |
| 525 19       monitoring is not required with Xarelto, | Routine Monitoring, PK, | Plaintiffs' failure to |
| 525 20       correct? | LF, Relevance-Time | warn claims and |
| 525 21    A.  That's correct. | | claims relating to |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

| 526:20 - 527:19 Berkowitz, Scott 2016-10-20 | 0:47 | | |
|---|---|---|---|
| 526 20    Q.   Okay.  Do you agree or | | **Re: [526:20-527:19]** | Pending |
| 526 21    disagree with that statement? | | **Pltf Obj** Object as non | |
| 526 22    A.   Well, my memory of it, I | | responsive and | |
| 526 23    mean, we did a little bit of PK in small | | argumentative.  Not | |
| 526 24    samples in the ROCKET trial, 160 or so. | | necessary for | |
| 527  1    But we did our work, as -- as I | | completeness.  If played | |
| 527  2    mentioned, in Phase II where we looked at | | at all should be in | |
| 527  3    these connections with bleeding and | | Defendants' direct. | |
| 527  4    events the best we could from that work. | | | |
| 527  5    Q.   So is that an agreement or a | | | |
| 527  6    disagreement?  I just want to -- | | | |
| 527  7    A.   Well, I guess it depends | | | |
| 527  8    what we talked about, early or late stage | | | |
| 527  9    trials.  But if it -- I mean, I'm | | | |
| 527 10    thinking of -- you know, Phase II I think | | | |
| 527 11    of the middle.  So early I think of as | | | |
| 527 12    Phase I.  So I'm not sure what he means | | | |
| 527 13    by early or late stage trials.  But to | | | |
| 527 14    me, the bulk of the work doing the | | | |
| 527 15    comparisons that you asked about us doing | | | |
| 527 16    a study, maybe we were missing each other | | | |
| 527 17    in terms of -- of the discussion before | | | |
| 527 18    the break, but we did that work in Phase | | | |
| 527 19    II.  And we looked at those connections. | | | |

| 527:20 - 529:4 Berkowitz, Scott 2016-10-20 | 1:14 | | |
|---|---|---|---|
| 527 20    Q.   Okay.  Now, I want to look | | **Re: [527:20-529:4]** | Re: [527:20-529:4]    Pending |
| 527 21    at one of the responses from Todd Moore. | | **Def Obj** R, P, Concede- | Pltf Resp Relevant to |
| 527 22    This is on Page 20943. | | Routine Monitoring, PK, | Plaintiffs' failure to |
| 527 23          You see the e-mail from Todd | | LF, H, Relevance-Time | warn claims and |
| 527 24    Moore dated August 15, 2014, in the | | | claims relating to |
| 528  1    middle of the page? | | | need for |
| 528  2    A.   I see one August 15th. | | | measurement and |
| 528  3    Q.   I'm sorry.  August 15, 2014, | | | need to evaluate |
| 528  4    in the middle of the page. | | | dosing in individual |
| 528  5    A.   Yes. | | | patients.  Within the |
| 528  6    Q.   Okay.  And -- and remind the | | | scope of |
| 528  7    jury who Todd Moore is again? | | | responsibilities and |
| 528  8    A.   Todd Moore is a -- a | | | experience of |
| 528  9    clinical pharmacologist at Johnson & | | | witness and witness |
| 528 10    Johnson. | | | received |
| 528 11    Q.   Okay.  He says, "Dear Judy. | | | email/document. |
| 528 12    I'm concerned with the statement in the | | | Foundation |
| 528 13    middle column, 'testing for monitoring | | | established by |
| 528 14    was performed in early and late stage | | | testimony and |
| 528 15    trials.' | | | document.  Business |
| 528 16          "I don't believe this | | | record. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

**526:2 - 526:8  Berkowitz, Scott 2016-10-20**          0:15

526  2  Q.  Okay. According to
526  3  Dr. Burton here, he believes that the
526  4  companies tested for monitoring in early
526  5  and late stage trials and were able to
526  6  confidently conclude that monitoring is
526  7  neither necessary nor required with
526  8  Xarelto use, correct?

Re: [526:2-526:8]
**Def Obj** R, P, Concede-
Routine Monitoring, PK,
C, LF, H, Relevance-Time

Re: [526:2-526:8]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.  Business
record.

Pending

**526:11 - 526:19 Berkowitz, Scott 2016-10-20**          0:07

526  11  THE WITNESS:  Well, that's
526  12  what it -- he's writing in his
526  13  e-mail here. I'm just reading
526  14  that. I don't know what he
526  15  actually believes.
526  16  BY MR. BARR:
526  17  Q.  Okay. Well, that's what he
526  18  wrote, correct?
526  19  A.  That's what he wrote, yes.

Re: [526:11-526:19]
**Def Obj** R, P, Concede-
Routine Monitoring, PK,
LF, H, Relevance-Time

Re: [526:11-526:19]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

528 17 statement is accurate. After discussing
528 18 this with Dagmar this morning, perhaps a
528 19 better strategy would be to highlight the
528 20 results from the multiple large
528 21 postmarketing-type studies that appear to
528 22 show a consistent bleeding profile as was
528 23 determined in the pivotal Phase III
528 24 trials, correct? I state this because I
529  1 don't believe we truly tested for
529  2 monitoring."
529  3         Did I read that correctly?
529  4  A.  That's what's written here.

**529:5  -  529:8 Berkowitz, Scott 2016-10-20**   0:07

529  5  Q.  So Todd Moore, the clinical
529  6 pharmacologist at Janssen, is saying, we
529  7 never truly tested for monitoring,
529  8 correct?

Re: [529:5-529:8]
**Pltf Obj** Object as non responsive and argumentative. Not necessary for completeness. If played at all should be in Defendants' direct.

Pending

**529:11 -  529:24 Berkowitz, Scott 2016-10-20**   0:20

529 11         THE WITNESS:  I'm not sure I
529 12 take that completely from what he
529 13 said.  I think he corrects the
529 14 version about the early and late
529 15 stage when he says, I don't
529 16 believe this statement is correct.
529 17         And then as you go on
529 18 further, then he says, I state
529 19 this -- that portion about I don't
529 20 believe we truly tested for
529 21 monitoring.  But I don't know
529 22 what -- if he means in one of
529 23 those programs or at all.  It
529 24 doesn't say that.

Re: [529:11-529:24]
**Pltf Obj** Object as non responsive and argumentative. Not necessary for completeness. If played at all should be in Defendants' direct.

Pending

**530:2  -  530:12 Berkowitz, Scott 2016-10-20**   0:18

530  2  Q.  Okay.  You agree with him on
530  3 that statement, don't you?
530  4  A.  I agree with him on the
530  5 statement about the early and late stage.
530  6 But as -- as we had spoken about earlier,
530  7 in the Phase II program we looked at the
530  8 connection of -- of bleeding and PT and
530  9 you can find this information in our
530 10 files.
530 11         But I'm not sure what
530 12 exactly he meant by that.

Re: [530:2-530:12]
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, H, Relevance-Time

Re: [530:2-530:12]
**Pltf Resp** Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

**530:13 - 530:23 Berkowitz, Scott 2016-10-20**  0:20

| 530 13 | Q.  Okay.  Well, let's look -- |
| 530 14 | he -- I think he clarifies a little |
| 530 15 | later. |
| 530 16 | If you go to the -- the |
| 530 17 | first page.  This is just to give you the |
| 530 18 | beginning of the e-mail.  You see his |
| 530 19 | e-mail starts right there on the bottom, |
| 530 20 | from Todd Moore to Dr. Burton, August 15, |
| 530 21 | 2014.  It's right on -- |
| 530 22 | A.  Oh yeah.  Right.  I do see |
| 530 23 | it.  Mm-hmm. |

Re: [530:13-530:23]
Pltf Obj Object to colloquy.  Not necessary for completeness.

Pending

**530:24 - 531:24 Berkowitz, Scott 2016-10-20**  0:47

| 530 24 | Q.  So then, you flip to the |
| 531 1 | next page, and he says, "Thanks for your |
| 531 2 | response.  Perhaps I misunderstood what |
| 531 3 | is meant by testing for monitoring in |
| 531 4 | this regard.  During the Phase I and II |
| 531 5 | clinical development we collected |
| 531 6 | intensive PK and PD to help characterize |
| 531 7 | the drug's profile.  We have a lot of |
| 531 8 | data on this.  However, I don't know if |
| 531 9 | we can consider any of this testing for |
| 531 10 | monitoring" -- "monitoring.  I don't |
| 531 11 | believe Bayer performed or could perform |
| 531 12 | any specific analysis for this." |
| 531 13 | Did I read that correctly? |
| 531 14 | A.  Yes. |
| 531 15 | Q.  So he's saying we didn't do |
| 531 16 | any testing for monitoring at all, |
| 531 17 | correct? |
| 531 18 | MR. HOROWITZ:  Object to the |
| 531 19 | form. |
| 531 20 | THE WITNESS:  He's saying |
| 531 21 | that there is -- from his memory |
| 531 22 | that no testing -- "testing for |
| 531 23 | monitoring" or -- that we could |
| 531 24 | perform that. |

Re: [530:24-531:24]
Def Obj R, P, Concede-Routine Monitoring, PK, LF, H, Relevance-Time, MD

Re: [530:24-531:24]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

Pending

**532:2 - 532:8 Berkowitz, Scott 2016-10-20**  0:17

| 532 2 | Q.  Okay.  Then if you go down |
| 532 3 | to the bottom, he says, "Without taking |
| 532 4 | significantly more PK and PD samples in |
| 532 5 | the Phase III studies." |
| 532 6 | And there was a specific |
| 532 7 | decision not to take PK samples from all |
| 532 8 | patients in the Phase III studies, right? |

Re: [532:2-532:8]
Pltf Obj Object as non responsive and argumentative.  Not necessary for completeness.  If played at all should be in

Pending

04/20/17 15:10

|  |  | Objections In Defendants' direct. | Responses In | Rulings |
|---|---|---|---|---|

| 532:13 - | 532:16 Berkowitz, Scott 2016-10-20 | | | 0:05 | | | |
|---|---|

532 13    We did not take PK samples
532 14    in all patients in their Phase
532 15    III, as we did all that work in
532 16    the Phase II.

**Re: [532:13-532:16]**
**Pltf Obj** Object as non responsive and argumentative. Not necessary for completeness. If played at all should be in Defendants' direct.

Pending

| 532:18 - | 533:9 Berkowitz, Scott 2016-10-20 | 0:29 |
|---|---|---|

532 18    Q.   But you had a small subgroup
532 19    of patients in the ROCKET trial that you
532 20    did some PK at Week 12 and Week 24,
532 21    correct?
532 22    A.    Well, a small subgroup at
532 23    Week 12 and 24 is a far cry from doing
532 24    the 360,000 samples that we got during
533  1    the whole trial.
533  2        So that you can have a
533  3    little better control.  And then that's a
533  4    lot of the issue for us is in Phase II
533  5    where you can control the setting and
533  6    control the sampling, have the tubes, get
533  7    the timing right.  That's a -- that's a
533  8    more reliable way to do it.  And that's
533  9    how we chose to do it for this program.

**Re: [532:18-533:9]**
**Pltf Obj** Object as non responsive and argumentative. Not necessary for completeness. If played at all should be in Defendants' direct.

Pending

| 533:10 - | 533:23 Berkowitz, Scott 2016-10-20 | 0:26 |
|---|---|---|

533 10    Q.   Okay.  He says, "Without
533 11    taking significantly more PK and PD
533 12    samples in the Phase III studies and
533 13    performing a more rigorous type of
533 14    analysis, more than observational,
533 15    perhaps a regression type, et cetera, I
533 16    don't know if we can truly say we tested
533 17    the need for monitoring."
533 18        Correct?
533 19    A.   That's what he writes.
533 20    Q.   So he -- he reiterates,
533 21    "Without substantially more data there's
533 22    no way that we can truly say we tested
533 23    for monitoring," correct?

**Re: [533:10-533:23]**
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, H, Relevance-Time, MD

Re: [533:10-533:23] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record.

Pending

| 534:2 - | 534:9 Berkowitz, Scott 2016-10-20 | 0:09 |
|---|---|---|

534  2    THE WITNESS:  Just -- just
534  3    confirming what he says in the
534  4    document.
534  5    BY MR. BARR:

**Re: [534:2-534:9]**
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, Relevance-Time, MD,

Re: [534:2-534:9] Pltf Resp Relevant to Plaintiffs' failure to warn claims and

Pending

63

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
534  6    Q.   Well, do you agree with        Incomplete          claims relating to
534  7       that?                                                need for
534  8    A.   Well, I'm not an expert on                         measurement and
534  9       the clinical pharmacology.  So I can't               need to evaluate
                                                                  dosing in individual
                                                                  patients. Within the
                                                                  scope of
                                                                  responsibilities and
                                                                  experience of
                                                                  witness and witness
                                                                  received
                                                                  email/document.
                                                                  Foundation
                                                                  established by
                                                                  testimony and
                                                                  document.
```

534:10 -   535:5 Berkowitz, Scott 2016-10-20        0:53

```
534  10      say.  But all I can say is that we did       Re: [534:10-535:5]       Pending
534  11      that work in Phase II and we -- we didn't    Pltf Obj Object as non
534  12      see a need in doing the various              responsive and
534  13      indications that we study, because we        argumentative.  Not
534  14      didn't just study one indication.  We        necessary for
534  15      didn't see how that would be of benefit.     completeness.  If played
534  16   Q.   Okay.  Can you identify                    at all should be in
534  17      which Phase II studies where the             Defendants' direct.  Also
534  18      companies looked at PK/PD versus             object to hearsay
534  19      outcomes?                                    reference to FDA
534  20   A.   Well, I think you can look                 transcripts.
534  21      at the FDA AdCom briefing document where
534  22      we list those.  I don't know their
534  23      numbers offhand.  But if you check that,
534  24      I think you'll find the comparisons in PK
535  1       and PD.
535  2    Q.   And you're specifically
535  3       correlating those to outcomes?
535  4    A.   I know for a fact that they
535  5       discuss bleeding outcomes.
```

535:15 -   535:20 Berkowitz, Scott 2016-10-20        0:08

```
535  15   Q.   Let me hand you what I'm       Re: [535:15-535:20]     Re: [535:15-535:20]    Pending
535  16      marking as Exhibit 53, which is  Def Obj R, P, LF,       Pltf Resp Relevant to
535  17      Plaintiffs' 3388635.             Relevance-Time,         Plaintiffs' failure to
535  18          (Document marked for         Relevance-Foreign       warn claims and
535  19          identification as Exhibit    Regulatory, Concede-    claims relating to
535  20          Berkowitz-53.)               PT/Dose Adjustment,     need for
```

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Concede-Routine Monitoring | measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

536:3  -  536:11 Berkowitz, Scott 2016-10-20                    0:21

| | | | |
|---|---|---|---|
| 536  3 | Q.  You see this is a series of | **Re: [536:3-536:11]** | Re: [536:3-536:11]   Pending |
| 536  4 | e-mails between you and your colleagues | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 536  5 | at Bayer on November 9, 2015, correct? | Relevance-Time, | Plaintiffs' failure to |
| 536  6 | A.  Yes. | Relevance-Foreign | warn claims and |
| 536  7 | Q.  And y'all are discussing the | Regulatory, Concede- | claims relating to |
| 536  8 | subject difficulties with preparing slide | PT/Dose Adjustment, | need for |
| 536  9 | presentation for EMA workshop. | Concede-Routine | measurement and |
| 536 10 | Do you see that? | Monitoring | need to evaluate |
| 536 11 | A.  Yes. | | dosing in individual |
| | | | patients. Within the |
| | | | scope of |
| | | | responsibilities and |
| | | | experience of |
| | | | witness and witness |
| | | | received |
| | | | email/document. |
| | | | Foundation |
| | | | established by |
| | | | testimony and |
| | | | document. |

536:12 -  536:24 Berkowitz, Scott 2016-10-20                    0:29

| | | | |
|---|---|---|---|
| 536 12 | Q.  Okay.  And you write to your | **Re: [536:12-536:24]** | Pending |
| 536 13 | colleagues on November 9th, and you say, | **Pltf Obj** Object as not | |
| 536 14 | "I'm running into difficulty determining | necessary for | |
| 536 15 | what slides and data should be presented | completeness. | |
| 536 16 | at the EMA workshop, and in terms of a | | |
| 536 17 | draft slide set, haven't gotten very far. | | |
| 536 18 | As you know, the ten minutes we are | | |
| 536 19 | allotted are in the very last section at | | |
| 536 20 | the end of the meeting entitled | | |
| 536 21 | "Session 4:  Future perspectives.  What | | |
| 536 22 | could be done?" | | |
| 536 23 | Do you remember this? | | |
| 536 24 | A.  Yes. | | |

537:1  -  538:3 Berkowitz, Scott 2016-10-20                    0:55

| | | | |
|---|---|---|---|
| 537  1 | Q.  And what was this EMA | **Re: [537:1-538:3]** | Re: [537:1-538:3]   Pending |
| 537  2 | workshop? | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 537  3 | A.  Well, I don't know the -- | Relevance-Time, | Plaintiffs' failure to |
| 537  4 | all the details about it.  But EMA had a | Relevance-Foreign | warn claims and |
| 537  5 | workshop on whether some kind of | Regulatory, Concede- | claims relating to |
| 537  6 | therapeutic dose monitoring could be | PT/Dose Adjustment, | need for |

04/20/17 15:10

| | | Objections In Concede-Routine Monitoring | Responses In | Rulings |
|---|---|---|---|---|
| 537 | 7 | useful in improving benefit-risk.  As I | measurement and | |
| 537 | 8 | understand it, there was a number of | need to evaluate | |
| 537 | 9 | companies there.  There were lawyers | dosing in individual | |
| 537 | 10 | there.  There were journalist there.  It | patients. Within the | |
| 537 | 11 | was a broad meeting with the CHMP. | scope of | |
| 537 | 12 | Q.   And just so the record is | responsibilities and | |
| 537 | 13 | clear and people understand, the EMA is | experience of | |
| 537 | 14 | the European equivalent of the FDA, | witness and witness | |
| 537 | 15 | correct? | received | |
| 537 | 16 | A.   Yes.  The European Medicines | email/document. | |
| 537 | 17 | Agency. | Foundation | |
| 537 | 18 | Q.   Okay.  And the therapeutic | established by | |
| 537 | 19 | drug monitoring, there was discussion | testimony and | |
| 537 | 20 | about whether or not you could monitor | document. | |
| 537 | 21 | either blood plasma concentrations or a | | |
| 537 | 22 | PD marker and then have dose adjustments | | |
| 537 | 23 | based on whatever the blood testing | | |
| 537 | 24 | showed, right? | | |
| 538 | 1 | A.   Well, that was part of it. | | |
| 538 | 2 | It was mostly about whether you could add | | |
| 538 | 3 | benefit to the care. | | |

538:4  -   538:7 Berkowitz, Scott 2016-10-20    0:07

| 538 | 4 | Q.   Okay.  And if I recall | Re: [538:4-538:7] | Pending |
| 538 | 5 | correctly, Bayer's position was -- is | Pltf Obj Object as non- | |
| 538 | 6 | that would not add benefit to the care, | responsive. | |
| 538 | 7 | correct? | | |

538:9  -   538:14 Berkowitz, Scott 2016-10-20    0:08

| 538 | 9 | THE WITNESS:  My | Re: [538:9-538:14] | Pending |
| 538 | 10 | understanding of our position then | Pltf Obj Object as non- | |
| 538 | 11 | was the very same, that it would | responsive. | |
| 538 | 12 | not add benefit over and above | | |
| 538 | 13 | patient characteristics as we've | | |
| 538 | 14 | said or what is in our label. | | |

538:16  -   539:4 Berkowitz, Scott 2016-10-20    0:25

| 538 | 16 | Q.   Okay.  So I want to go down | **Re: [538:16-539:4]** | Re: [538:16-539:4] | Pending |
| 538 | 17 | to your last paragraph on the first page. | **Def Obj** R, P, LF, | Pltf Resp Relevant to | |
| 538 | 18 | You say, "I need your help in deciding | Relevance-Time, | Plaintiffs' failure to | |
| 538 | 19 | and obtaining slides that will directly | Relevance-Foreign | warn claims and | |
| 538 | 20 | address the description provided for our | Regulatory, Concede- | claims relating to | |
| 538 | 21 | section, which is, 'This session aims to | PT/Dose Adjustment, | need for | |
| 538 | 22 | discuss ways to fill the gaps in our | Concede-Routine | measurement and | |
| 538 | 23 | knowledge about PK/PD measurements as | Monitoring | need to evaluate | |
| 538 | 24 | well as how to better use the available | | dosing in individual | |
| 539 | 1 | data, future scenarios on how knowledge | | patients. Within the | |
| 539 | 2 | can be obtained should be depicted,'" | | scope of | |
| 539 | 3 | correct? | | responsibilities and | |
| 539 | 4 | A.   Mm-hmm. | | experience of | |
| | | | | witness and witness | |
| | | | | received | |
| | | | | email/document. | |
| | | | | Foundation | |
| | | | | established by | |
| | | | | testimony and | |
| | | | | document. | |

539:5  -   539:10 Berkowitz, Scott 2016-10-20    0:10

| 539 | 5 | Q.   So that is the description | Re: [539:5-539:10] | Pending |
| 539 | 6 | for the section that you've been asked -- | Pltf Obj Object as not | |

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 539 | 7 | the company has been asked to present on, | necessary for |
| 539 | 8 | correct? | completeness. |
| 539 | 9 | A.  I think that's a | |
| 539 | 10 | word-for-word lift from the agenda. | |

| 539:11 - | 540:2 | Berkowitz, Scott 2016-10-20 | 0:31 |
| 539 | 11 | Q.  Okay.  And you say, "It is |
| 539 | 12 | our position that we do not have gaps. |
| 539 | 13 | And other than the modeling and |
| 539 | 14 | simulation project which is ongoing, we |
| 539 | 15 | do not have more to suggest." |
| 539 | 16 | Did I read that correctly? |
| 539 | 17 | A.  Yes. |
| 539 | 18 | Q.  Okay.  So you certainly said |
| 539 | 19 | on November 9, 2015, that when it comes |
| 539 | 20 | to your knowledge and data about PK/PD |
| 539 | 21 | measurements that it was your position |
| 539 | 22 | that the company does not have gaps, |
| 539 | 23 | correct? |
| 539 | 24 | A.  It's my position and this is |
| 540 | 1 | talking about the position of the group, |
| 540 | 2 | not just myself, that we don't have gaps. |

Re: [539:11-540:2]
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [539:11-540:2]     Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

| 540:3 - | 540:14 | Berkowitz, Scott 2016-10-20 | 0:30 |
| 540 | 3 | Q.  Okay.  So you believe, as |
| 540 | 4 | you sit here today, that the company does |
| 540 | 5 | not have gaps in its PK/PD data, correct? |
| 540 | 6 | A.  Well, as I've stated to you, |
| 540 | 7 | I'm not a PK/PD expert.  I'm talking |
| 540 | 8 | about some major gap involved that we |
| 540 | 9 | need to help patients.  Now, there might |
| 540 | 10 | be things that clinical pharmacologists |
| 540 | 11 | could come up with or other people could |
| 540 | 12 | come up with.  But although here I'm |
| 540 | 13 | representing the group here, that is my |
| 540 | 14 | view, that there are no major gaps. |

Re: [540:3-540:14]
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [540:3-540:14]     Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

| 540:15 - | 540:19 | Berkowitz, Scott 2016-10-20 | 0:12 |
| 540 | 15 | Q.  Okay.  So if there are no |
| 540 | 16 | gaps in your PK/PD data, no major gaps in |
| 540 | 17 | your PK/PD data, what is the maximum |
| 540 | 18 | safe -- maximum safe blood plasma |
| 540 | 19 | concentration of Xarelto? |

Re: [540:15-540:19]
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-

Re: [540:15-540:19]     Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

540:21 -   540:23 Berkowitz, Scott 2016-10-20          0:03

| 540 21 | THE WITNESS:  We discussed |
| 540 22 | this yesterday.  We don't have |
| 540 23 | definitive level for that. |

| | **Re: [540:21-540:23] Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | Re: [540:21-540:23] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | Pending |

541:2  -   541:6 Berkowitz, Scott 2016-10-20          0:10

| 541 2 | Q.   Okay.  If there are no major |
| 541 3 | gaps in your PK/PD data, what is the |
| 541 4 | absolute minimum blood plasma |
| 541 5 | concentration necessary to successfully |
| 541 6 | reduce stroke risk? |

| | **Re: [541:2-541:6] Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede- | Re: [541:2-541:6] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

| 541:9 - 541:10 Berkowitz, Scott 2016-10-20 | 0:04 | | |
|---|---|---|---|
| 541 9    THE WITNESS: I'm not aware | | **Re: [541:9-541:10]** | Re: [541:9-541:10]   Pending |
| 541 10    of having that.  Are these major | | **Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. |

| 541:11 - 541:11 Berkowitz, Scott 2016-10-20 | 0:00 | | |
|---|---|---|---|
| 541 11    gaps? | | **Re: [541:11-541:11]** **Pltf Obj** Object to non-responsive portion of the answer. | Pending |

| 542:22 - 543:9 Berkowitz, Scott 2016-10-20 | 0:22 | | |
|---|---|---|---|
| 542 22    Q.  Okay.  Are you able to | | **Re: [542:22-543:9]** | Re: [542:22-543:9]   Pending |
| 542 23    provide the range of concentration needed | | **Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test, C, Attorney colloquy/objection | Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and |
| 542 24    so that people maintain sufficient stroke | | | |
| 543 1    benefit without excessive bleed risk? | | | |
| 543 2    Can you give that range of concentration? | | | |
| 543 3    MR. HOROWITZ:  Objection to | | | |
| 543 4    form. | | | |
| 543 5    THE WITNESS:  I'm not aware | | | |
| 543 6    of a range, because it hasn't been | | | |
| 543 7    necessary to have that, once we | | | |
| 543 8    have the dose tested and the | | | |
| 543 9    clinical trials. | | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | experience of witness and witness received email/document. Foundation established by testimony and document. No objection to removing colloquy. | |

**543:11 -   543:15** Berkowitz, Scott 2016-10-20    0:13

| 543 11 | Q.  Okay.  So let's make this |
| 543 12 | about Factor Xa inhibition then.  If |
| 543 13 | there are no gaps in your PK/PD data, |
| 543 14 | what is the maximum safe Factor Xa |
| 543 15 | inhibition level? |

Re: [543:11-543:15]
Pltf Obj Object as non-responsive and argumentative.  Not necessary for completeness.

Pending

**543:22 -   544:5** Berkowitz, Scott 2016-10-20    0:12

| 543 22 | THE WITNESS:  Again, as I |
| 543 23 | said before, it's not no gaps. |
| 543 24 | It's no major gaps.  I don't see |
| 544 1 | this as a major gap when we have |
| 544 2 | the dose for patients.  If you |
| 544 3 | need more information on this, |
| 544 4 | then I suggest you talk with our |
| 544 5 | clinical pharmacologists. |

Re: [543:22-544:5]
Pltf Obj Object as non-responsive and argumentative.  Not necessary for completeness.

Pending

**544:7 -   544:10** Berkowitz, Scott 2016-10-20    0:11

| 544 7 | Q.  If there are no major gaps |
| 544 8 | in your PK/PD data, what is the absolute |
| 544 9 | minimum necessary Factor Xa inhibition |
| 544 10 | level to successfully reduce stroke risk? |

**Re: [544:7-544:10]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [544:7-544:10]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**544:13 -   544:17** Berkowitz, Scott 2016-10-20    0:07

| 544 13 | THE WITNESS:  As we have |
| 544 14 | the -- I don't have a level for |
| 544 15 | that as we have the clinical trial |
| 544 16 | data which shows the effectiveness |
| 544 17 | of preventing stroke in patients. |

**Re: [544:13-544:17]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-

Re: [544:13-544:17]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

| | | | | |
|---|---|---|---|---|
| 544:19 - 544:23 Berkowitz, Scott 2016-10-20 | | 0:12 | | |
| 544 19 | Q. If there is no major gaps in | | **Re: [544:19-544:23]** | Re: [544:19-544:23]   Pending |
| 544 20 | your PK/PD data, what is the range of | | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 544 21 | Factor Xa inhibition needed to maintain | | Relevance-Time, | Plaintiffs' failure to |
| 544 22 | stroke protection without excessive bleed | | Relevance-Foreign | warn claims and |
| 544 23 | risk? | | Regulatory, Concede- | claims relating to |
| | | | PT/Dose Adjustment, | need for |
| | | | Concede-Routine | measurement and |
| | | | Monitoring, Concede- | need to evaluate |
| | | | Failure to Test | dosing in individual |
| | | | | patients. Within the |
| | | | | scope of |
| | | | | responsibilities and |
| | | | | experience of |
| | | | | witness and witness |
| | | | | received |
| | | | | email/document. |
| | | | | Foundation |
| | | | | established by |
| | | | | testimony and |
| | | | | document. |

| | | | | |
|---|---|---|---|---|
| 545:2 - 545:10 Berkowitz, Scott 2016-10-20 | | 0:20 | | |
| 545 2 | THE WITNESS: I don't have | | **Re: [545:2-545:10]** | Re: [545:2-545:10]   Pending |
| 545 3 | any levels that I can give you | | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 545 4 | because we have the clinical trial | | Relevance-Time, | Plaintiffs' failure to |
| 545 5 | data, which I find more important. | | Relevance-Foreign | warn claims and |
| 545 6 | BY MR. BARR: | | Regulatory, Concede- | claims relating to |
| 545 7 | Q. Okay. Let's try PT. | | PT/Dose Adjustment, | need for |
| 545 8 | If there are no major gaps | | Concede-Routine | measurement and |
| 545 9 | in your PK/PD data, what is the maximum | | Monitoring, Concede- | need to evaluate |
| 545 10 | safe PT prolongation due to Xarelto? | | Failure to Test | dosing in individual |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

545:13 -    545:20 Berkowitz, Scott 2016-10-20                    0:13

| 545 13 | THE WITNESS: I don't think | Re: [545:13-545:20] | Re: [545:13-545:20]  Pending |
| 545 14 | that exists. I don't think that | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 545 15 | exists. | Relevance-Time, | Plaintiffs' failure to |
| 545 16 | BY MR. BARR: | Relevance-Foreign | warn claims and |
| 545 17 | Q.    Okay.  If there are no major | Regulatory, Concede- | claims relating to |
| 545 18 | gaps in your PK/PD data, what is the | PT/Dose Adjustment, | need for |
| 545 19 | minimum PT prolongation needed to | Concede-Routine | measurement and |
| 545 20 | successfully reduce stroke risk? | Monitoring, Concede- | need to evaluate |
| | | Failure to Test | dosing in individual |
| | | | patients. Within the |
| | | | scope of |
| | | | responsibilities and |
| | | | experience of |
| | | | witness and witness |
| | | | received |
| | | | email/document. |
| | | | Foundation |
| | | | established by |
| | | | testimony and |
| | | | document. |

545:23 -    546:10 Berkowitz, Scott 2016-10-20                    0:25

| 545 23 | THE WITNESS: As we've | Re: [545:23-546:10] | Re: [545:23-546:10]  Pending |
| 545 24 | discussed, the PT is not the best | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 546 1 | test for measuring rivaroxaban. | Relevance-Time, | Plaintiffs' failure to |
| 546 2 | For that question and the question | Relevance-Foreign | warn claims and |
| 546 3 | before, they are not major gaps. | Regulatory, Concede- | claims relating to |
| 546 4 | BY MR. BARR: | PT/Dose Adjustment, | need for |
| 546 5 | Q.    If there are no major gaps | Concede-Routine | measurement and |
| 546 6 | in your PK/PD data, are you able to | Monitoring, Concede- | need to evaluate |
| 546 7 | provide a range of PT prolongation that | Failure to Test | dosing in individual |
| 546 8 | shows somebody has effectively -- | | patients. Within the |
| 546 9 | reducing the risk of stroke without | | scope of |
| 546 10 | putting them at excessive bleed risk? | | responsibilities and |
| | | | experience of |
| | | | witness and witness |
| | | | received |
| | | | email/document. |
| | | | Foundation |
| | | | established by |
| | | | testimony and |
| | | | document. |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**546:13 - 547:4 Berkowitz, Scott 2016-10-20**     1:32

```
546 13        THE WITNESS: As noted
546 14    before, I think the PT is an
546 15    inappropriate test to be testing
546 16    for rivaroxaban. So your
546 17    questions are not pertinent to the
546 18    clinician.
546 19 BY MR. BARR:
546 20    Q.  Do you believe a correlation
546 21 analysis has been conducted between PT
546 22 and bleeding events with Xarelto?
546 23    A.  As I mentioned in the FDA
546 24 AdCom document, you'll find that
547  1 correlation.
547  2    Q.  Okay. Then would you agree
547  3 that it's known within the company as PT
547  4 goes up, bleed risk goes up?
```

Re: [546:13-547:4]
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [546:13-547:4]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**547:6 - 548:7 Berkowitz, Scott 2016-10-20**     1:24

```
547  6        THE WITNESS: I -- I think
547  7    we understand that as the PT go
547  8    up, as -- as flawed as the test is
547  9    for rivaroxaban, that bleeding
547 10    risk may go up.
547 11 BY MR. BARR:
547 12    Q.  Okay. And you -- would you
547 13 agree that PT has been shown in Phase I
547 14 and Phase II clinical studies to be a
547 15 reliable exposure marker for Xarelto
547 16 plasma concentrations when a sensitive
547 17 assay is used?
547 18    A.  I would agree that if you
547 19 use a PT with a Neoplastin plus reagent,
547 20 which is sensitive, that then you can get
547 21 some fix, some semi-quantitative fix on
547 22 the rivaroxaban concentration, but would
547 23 recommend using the assay that's specific
547 24 for rivaroxaban.
548  1    Q.  Okay. Now, PT, was
548  2 certainly sufficient in the company's
548  3 view to be used as a biomarker to be
548  4 carried forward as a PK surrogate in all
548  5 Phase III trials for an exposure response
548  6 analysis, correct?
548  7    A.  I believe that's correct.
```

Re: [547:6-548:7]
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [547:6-548:7]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**548:8 - 548:13 Berkowitz, Scott 2016-10-20**     0:14

```
548  8    Q.  And -- and that's because of
548  9 the established linear relationship
548 10 between rivaroxaban blood plasma
548 11 concentration and PT, right?
548 12    A.  Well, when you use the
548 13 sensitive reagent for PT, not for all PT.
```

Re: [548:8-548:13]
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Pending

**548:14 - 548:20 Berkowitz, Scott 2016-10-20**     0:14

```
548 14    Q.  Fair enough. So when you
```

Re: [548:14-548:20]

Re: [548:14-548:20]

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 548 15    use the sensitive reagent Neoplastin, PT | |
| 548 16    has an established linear relationship | |
| 548 17    with rivaroxaban blood plasma | |
| 548 18    concentration, correct? | |
| 548 19    A.   That's correct.  You can see | |
| 548 20    a linear relationship. | |

**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

549:8  -   549:12 Berkowitz, Scott 2016-10-20          0:54

| 549  8    Let me give you Exhibit 54. |
| 549  9    And this is Plaintiffs' 1097767. |
| 549 10    (Document marked for |
| 549 11    identification as Exhibit |
| 549 12    Berkowitz-54.) |

**Re: [549:8-549:12]**
**Def Obj** R, P, H, Relevance-Time, LF

Re: [549:8-549:12]    **Pending**
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

---

551:4  -   551:9 Berkowitz, Scott 2016-10-20          0:13

| 551  4    Q.   Okay.  And so we -- we |
| 551  5    looked at this earlier today, and this is |
| 551  6    the e-mail from Dr. Mueck to yourself |
| 551  7    copying multiple other of your colleagues |
| 551  8    on May 28, 2014, correct? |
| 551  9    A.   Yes. |

**Re: [551:4-551:9]**
**Def Obj** R, P, H, Relevance-Time, LF

Re: [551:4-551:9]    **Pending**
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

**552:3  -   552:11** Berkowitz, Scott 2016-10-20                                        0:21

| | | | |
|---|---|---|---|
| 552  3   Q.   "Based on the established | Re: [552:3-552:11] | Re: [552:3-552:11]     Pending | |
| 552  4         linear relationship between rivaroxaban | Def Obj R, P, H, | Pltf Resp Relevant to | |
| 552  5         plasma concentration and prothrombin | Relevance-Time, LF | Plaintiffs' failure to | |
| 552  6         time, PT, carry PT measured at peak and | | warn claims and | |
| 552  7         trough in all pivotal Phase III programs | | claims relating to | |
| 552  8         to use them as PT" -- "PK surrogate for | | need for | |
| 552  9         subsequent exposure/response, mainly | | measurement and | |
| 552 10         bleeding event analyses," right? | | need to evaluate | |
| 552 11   A.   Yes. | | dosing in individual | |

Q.   "Based on the established
linear relationship between rivaroxaban
plasma concentration and prothrombin
time, PT, carry PT measured at peak and
trough in all pivotal Phase III programs
to use them as PT" -- "PK surrogate for
subsequent exposure/response, mainly
bleeding event analyses," right?
A.   Yes.

patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

**552:17 -   553:12** Berkowitz, Scott 2016-10-20                                       1:06

552 17   Q.   Do you know if that was ever
552 18         done, this exposure response dealing
552 19         mainly with bleeding events?
552 20   A.   It -- it's been done.  I
552 21         mean it's going on.
552 22   Q.   Okay.  And what that
552 23         analysis shows is that bleed risk
552 24         increases with -- as PT goes up, right?
553  1         MR. HOROWITZ:  Well,
553  2         objection to form.
553  3         THE WITNESS:  P -- well,
553  4         we've established that already,
553  5         right?  As the PT goes up there's
553  6         an increased risk of bleeding.
553  7   BY MR. BARR:
553  8   Q.   Okay.  And -- and you
553  9         certainly agree with that, right, you
553 10         personally?
553 11   A.   I agree that that's what was
553 12         found.

Re: [552:17-553:12]
Def Obj R, P, H,
Relevance-Time, LF

Re: [552:17-553:12]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.  Business

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | record. | |

**553:23 - 554:7** Berkowitz, Scott 2016-10-20

```
553 23        Do you think it would be
553 24    misleading to inform anyone that there is
554  1    no correlation between bleeding events
554  2    and blood plasma concentration of
554  3    Xarelto?
554  4        MR. HOROWITZ:  Form.
554  5        THE WITNESS:  I wouldn't
554  6    think that that would be a
554  7    right -- a correct statement.
```

0:17

**Re: [553:23-554:7]**
**Def Obj** R, P, Relevance-Time, LF, A, AR, Attorney colloquy/objections

Re: [553:23-554:7]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  No objection to removal of colloquy.

Pending

**555:1 -   555:17** Berkowitz, Scott 2016-10-20

```
555  1   Q.   What is it that would not be
555  2    a correct statement?
555  3   A.   I don't have the benefit of
555  4    reading it like you do off the screen,
555  5    but...
555  6        It sounded like you said the
555  7    correlation between bleeding risk and
555  8    increased concentration.  It's well-known
555  9    and again something -- a topic we talked
555 10    about yesterday, that anticoagulants, if
555 11    you increase their -- their blood
555 12    concentration, there's an increased risk
555 13    of bleeding.  Unfortunately we're not
555 14    able to uncouple bleeding from efficacy,
555 15    meaning decrease in strokes and blood
555 16    clots to the lung, et cetera.  That's not
555 17    yet possible.
```

0:31

**Re: [555:1-555:17]**
**Def Obj** R, P, Relevance-Time, LF

Re: [555:1-555:17]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**555:18 -   556:3** Berkowitz, Scott 2016-10-20

```
555 18   Q.   Let me show you
555 19    Exhibit 55 --
555 20        MR. DENTON:  54.
555 21        MR. BARR:  54, as Roger has
555 22    corrected me, which will be
```

0:24

**Re: [555:18-556:3]**
**Def Obj** R, P, Relevance-Time, LF

Re: [555:18-556:3]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

Pending

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 555 | 23 | Plaintiffs' 1075492. | | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |
| 555 | 24 | | | | |
| 556 | 1 | (Document marked for | | | |
| 556 | 2 | identification as Exhibit | | | |
| 556 | 3 | Berkowitz-54.) | | | |

**556:9 - 556:17 Berkowitz, Scott 2016-10-20**   0:17

| 556 | 9 | Q.   Now, you see that this is a |
| 556 | 10 | series of e-mails internal at Bayer, |
| 556 | 11 | right? |
| 556 | 12 | A.   Yes. |
| 556 | 13 | Q.   Okay.  And in -- the top |
| 556 | 14 | e-mail is -- is an e-mail from you, but |
| 556 | 15 | it includes multiple of your colleagues, |
| 556 | 16 | right? |
| 556 | 17 | A.   Yes. |

**Re: [556:9-556:17]**
**Def Obj** R, P, Relevance-Time, LF

Re: [556:9-556:17]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

**556:18 - 557:4 Berkowitz, Scott 2016-10-20**   0:20

| 556 | 18 | Q.   And we've talked about a |
| 556 | 19 | number of these before.  I don't believe |
| 556 | 20 | we've talked about Claudia Henn.  Who is |
| 556 | 21 | she? |
| 556 | 22 | A.   Claudia Henn is a physician |
| 556 | 23 | in the medical affairs division. |
| 556 | 24 | Q.   Okay.  And you're talking |
| 557 | 1 | about corrections to Document 1A Version |
| 557 | 2 | 04181, right? |
| 557 | 3 | A.   That's what the subject line |
| 557 | 4 | says. |

**Re: [556:18-557:4]**
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

Pending

**557:5 - 557:7 Berkowitz, Scott 2016-10-20**   0:04

| 557 | 5 | Q.   And this is April 18, 2015, |
| 557 | 6 | right? |
| 557 | 7 | A.   Yes. |

**Re: [557:5-557:7]**
**Def Obj** R, P, Relevance-Time, LF

Re: [557:5-557:7]    Pending
Pltf Resp Relevant to Plaintiffs' failure to

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

557:8 -    557:10 Berkowitz, Scott 2016-10-20
557   8          Q.    And do you remember
557   9          specifically what that document was?
557  10          A.    Not exactly.

0:07

Re: [557:8-557:10]
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

Pending

557:16 -    557:18 Berkowitz, Scott 2016-10-20
557  16          Q.    There's an e-mail from
557  17          Dr. Henn?
557  18          A.    Yes.

0:03

Re: [557:16-557:18]
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

Pending

557:19 -    557:22 Berkowitz, Scott 2016-10-20
557  19          Q.    On April 18, 2015,
557  20          forwarding Document 1A.
557  21                Do you see that?
557  22          A.    Yes.

0:07

**Re: [557:19-557:22]**
**Def Obj** R, P, Relevance-Time, LF

Re: [557:19-557:22] **Pltf Resp** Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

557:23 -    558:15 Berkowitz, Scott 2016-10-20
557  23          Q.    Okay.  And she has -- she
557  24          says, "I've read the document, and I'm
558   1          fine with it.  I've only added a

0:41

Re: [557:23-558:15]
**Pltf Obj** Object as not necessary for

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 558 | 2 | subheader, clinical trial program, in the | completeness. If played | |
| 558 | 3 | Chapter 2.1.1 analysis of the | at all should be played in | |
| 558 | 4 | relationship." And she goes on, right? | Defendants' direct. | |
| 558 | 5 | A.  Okay. | | |
| 558 | 6 | Q.  And then she has -- one, | | |
| 558 | 7 | two, three -- four kind of bullet points | | |
| 558 | 8 | within her e-mail, right? | | |
| 558 | 9 | A.  Yeah. | | |
| 558 | 10 | Q.  Okay. If you look right | | |
| 558 | 11 | above that, you see your e-mail back to | | |
| 558 | 12 | her.  So you see you've responded to | | |
| 558 | 13 | Dr. Henn on the page before on April 18, | | |
| 558 | 14 | 2015? | | |
| 558 | 15 | A.  Yes. | | |

**558:16 - 559:18 Berkowitz, Scott 2016-10-20**   1:03

| | | | | |
|---|---|---|---|---|
| 558 | 16 | Q.  Okay. And what you say is, | **Re: [558:16-559:18]** | Re: [558:16-559:18]   Pending |
| 558 | 17 | "Thank you for addressing these remaining | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to |
| 558 | 18 | questions, which I also noted. My | Time, LF | Plaintiffs' failure to |
| 558 | 19 | thoughts are in red below," right? | | warn claims and |
| 558 | 20 | A.  Right. | | claims relating to |
| 558 | 21 | Q.  So you took the text from | | need for |
| 558 | 22 | her e-mail, and you added some comments | | measurement and |
| 558 | 23 | to it, right? | | need to evaluate |
| 558 | 24 | A.  That's what it says. | | dosing in individual |
| 559 | 1 | Q.  Okay. So what I want to | | patients. Within the |
| 559 | 2 | look at is your comments to Point Number | | scope of |
| 559 | 3 | 4 in Dr. Henn's e-mail.  Are you with me? | | responsibilities and |
| 559 | 4 | A.  Yes. | | experience of |
| 559 | 5 | Q.  Bullet Point 4 is, "In | | witness and witness |
| 559 | 6 | summary no obvious relationship between | | received |
| 559 | 7 | PT and bleeding events was observed in | | email/document. |
| 559 | 8 | any of these analyses.  There were wide | | Foundation |
| 559 | 9 | overlaps of the distribution of PT values | | established by |
| 559 | 10 | between patients with bleeding events of | | testimony and |
| 559 | 11 | different severities and patients without | | document. |
| 559 | 12 | bleeding events within the box plots | | |
| 559 | 13 | which did not allow the determination of | | |
| 559 | 14 | a threshold of PT to identify patients at | | |
| 559 | 15 | higher risk of bleeding for any of the | | |
| 559 | 16 | studies." | | |
| 559 | 17 |       Did I read that correctly? | | |
| 559 | 18 | A.  Yes. | | |

**559:19 - 559:24 Berkowitz, Scott 2016-10-20**   0:07

| | | | | |
|---|---|---|---|---|
| 559 | 19 | Q.  And then your comment is | | |
| 559 | 20 | below. | | |
| 559 | 21 |       Do you see that? | | |
| 559 | 22 | A.  Well, I see the writing | | |
| 559 | 23 | below it.  It's not in color.  So I can't | | |
| 559 | 24 | tell if it's mine. | | |

**560:1 - 560:9 Berkowitz, Scott 2016-10-20**   0:17

| | | | | |
|---|---|---|---|---|
| 560 | 1 | Q.  Okay. It says, "No, I don't | **Re: [560:1-560:9]** | Re: [560:1-560:9]   Pending |
| 560 | 2 | think we can simply state no correlation | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to |
| 560 | 3 | to plasma concentration." | Time, LF | Plaintiffs' failure to |
| 560 | 4 | A.  Excuse me. Actually, it's | | warn claims and |
| 560 | 5 | probably not mine, because later it has | | claims relating to |
| 560 | 6 | my initials in the colon, and then my | | need for |
| 560 | 7 | statement.  But if it were in color and | | measurement and |
| 560 | 8 | as it said in red, we could see better. | | need to evaluate |
| 560 | 9 | Q.  Okay. We'll get to that, | | dosing in individual |

04/20/17 15:10

|  | Objections In | Responses In | Rulings |
|---|---|---|---|
|  |  | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. |  |

560:10 -   561:3  Berkowitz, Scott 2016-10-20          0:33

| 560 | 10 | and maybe we can clear this up.  There's |
| 560 | 11 | a comment below Number 4 that says, "No, |
| 560 | 12 | I don't think we can simply state no |
| 560 | 13 | correlation to plasma concentration. |
| 560 | 14 | This would be too simplified and could be |
| 560 | 15 | misleading as there are correlations to |
| 560 | 16 | CMAX, area under the curve, et cetera in |
| 560 | 17 | dose-finding trials, e.g., this is my |
| 560 | 18 | understanding.  Am I right?" |
| 560 | 19 | Do you see that? |
| 560 | 20 | A.   Yes. |
| 560 | 21 | Q.   And then there's an SDB. |
| 560 | 22 | That's you, right? |
| 560 | 23 | A.   That's me. |
| 560 | 24 | Q.   You say, "I believe you are |
| 561 | 1 | correct and this is an appropriate way to |
| 561 | 2 | state it," right? |
| 561 | 3 | A.   That's what it says. |

**Re: [560:10-561:3]**
**Def Obj** R, P, Relevance-
Time, LF

Re: [560:10-561:3]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

561:4 -   561:10 Berkowitz, Scott 2016-10-20          0:10

| 561 | 4 | Q.   So you agree that you can't |
| 561 | 5 | simply state there's no correlation to |
| 561 | 6 | plasma concentration and that that would |
| 561 | 7 | be too simplified and could be |
| 561 | 8 | misleading, right? |
| 561 | 9 | A.   Exactly as I had said |
| 561 | 10 | previously. |

**Re: [561:4-561:10]**
**Def Obj** R, P, Relevance-
Time, LF

Re: [561:4-561:10]     Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

561:11 -   561:15 Berkowitz, Scott 2016-10-20          0:14

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 566 12 talked about before, that it's not | responsive, argumentative, calls for speculation, improper expert opinion. Also not necessary for completeness. If played at all should be in Defendants' direct. | | |
| 566 13 about just having an elevated PT | | | |
| 566 14 level or an elevated | | | |
| 566 15 concentration. Patients bleed | | | |
| 566 16 because of other clinical factors | | | |
| 566 17 and then you have an | | | |
| 566 18 antithrombotic, whatever it is, on | | | |
| 566 19 board. | | | |

**570:19 - 570:23 Berkowitz, Scott 2016-10-20**      0:21

| | | | |
|---|---|---|---|
| 570 19 Q. Okay. I want to get back to | Re: [570:19-570:23] **Def Obj** R, P, Relevance-Time, LF | Re: [570:19-570:23] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. | Pending |
| 570 20 this idea of PT being predictive of bleed | | | |
| 570 21 risk. Okay. And I want to show you what | | | |
| 570 22 I'm marking as Exhibit 55. And this is | | | |
| 570 23 Plaintiffs' 1094903. | | | |

**571:15 - 572:4 Berkowitz, Scott 2016-10-20**      0:27

| | | | |
|---|---|---|---|
| 571 15 Do you recognize Exhibit 55 | Re: [571:15-572:4] **Def Obj** R, P, Relevance-Time, LF | Re: [571:15-572:4] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. | Pending |
| 571 16 as your notes that are taken in the | | | |
| 571 17 ordinary course of business? | | | |
| 571 18 A. They look like notes that I | | | |
| 571 19 would take. | | | |
| 571 20 Q. You don't have anything that | | | |
| 571 21 would suggest these are not your notes, | | | |
| 571 22 correct? | | | |
| 571 23 A. Correct. | | | |
| 571 24 Q. And so these are your notes | | | |
| 572 1 from a consolidation call on the Xarelto | | | |
| 572 2 P -- PK/PD statement July 31, 2014, | | | |
| 572 3 right? | | | |
| 572 4 A. Correct. | | | |

**572:5 - 572:12 Berkowitz, Scott 2016-10-20**      0:11

| | | | |
|---|---|---|---|
| 572 5 Q. Do you recall this | Re: [572:5-572:12] **Pltf Obj** Object as not necessary for completeness. | | Pending |
| 572 6 consolidation call or what that would | | | |
| 572 7 have been about? | | | |
| 572 8 A. Not exactly. | | | |
| 572 9 Q. So you don't have any memory | | | |
| 572 10 of a call on this, who was on the call, | | | |
| 572 11 anything like that? | | | |
| 572 12 A. No. | | | |

**572:13 - 572:21 Berkowitz, Scott 2016-10-20**      0:23

| | | | |
|---|---|---|---|
| 572 13 Q. Okay. Well, you -- you take | Re: [572:13-572:21] **Def Obj** R, P, Relevance-Time, LF | Re: [572:13-572:21] Pltf Resp Relevant to Plaintiffs' failure to warn claims and | Pending |
| 572 14 a few notes here. And I want to point | | | |
| 572 15 to, you note that bleeding tend to higher | | | |
| 572 16 values, correct? | | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

561 11    Q.  Right.  Okay.  So if anyone
561 12    is out there telling people that there's
561 13    no correlation between plasma
561 14    concentration and bleeding, they're
561 15    misleading them, correct?

Re: [561:11-561:15]
Pltf Obj Object as non-responsive, speculative and not necessary for completeness.

Pending

---

561:18 -   562:2 Berkowitz, Scott 2016-10-20    0:13
561 18    THE WITNESS:  If anyone is
561 19    out there saying that, it may
561 20    simply be the lack of
561 21    understanding as it's been quite
561 22    complicated.  You've seen the
561 23    years in which we've been
561 24    discussing this back and forth.  I
562  1    don't believe that anybody is
562  2    intentionally misleading patients.

Re: [561:18-562:2]
Pltf Obj Object as non-responsive, speculative and not necessary for completeness.

Pending

---

562:4  -   562:6 Berkowitz, Scott 2016-10-20    0:03
562  4    Q.  Well, whether they are doing
562  5    it intentionally or not, it's still
562  6    misleading, correct?

Re: [562:4-562:6]
Pltf Obj Object as non-responsive, speculative and not necessary for completeness.

Pending

---

562:9  -   562:12 Berkowitz, Scott 2016-10-20    0:04
562  9    THE WITNESS:  It depends on
562 10    what they are saying.  We would
562 11    have to see what you're actually
562 12    talking about.

Re: [562:9-562:12]
Pltf Obj Object as non-responsive, speculative and not necessary for completeness.

Pending

---

564:18 -   564:21 Berkowitz, Scott 2016-10-20    0:09
564 18    Q.  So do you agree that PT is
564 19    predictive of bleeding with Xarelto?
564 20    Whether you like the test or not, do you
564 21    agree that it's predictive of bleeding?

Re: [564:18-564:21]
Pltf Obj Object as non-responsive, calls for speculation, improper expert opinion.  Also not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

---

564:24 -   565:11 Berkowitz, Scott 2016-10-20    0:19
564 24    THE WITNESS:  So in the work
565  1    that we've discussed in the Phase
565  2    II, we can see that there's a
565  3    correlation with it.  What we've
565  4    also seen with that is that
565  5    whether patients have a high PT or
565  6    not, if you look at patients with
565  7    bleeding outcomes with bleeding
565  8    events, you can find patients with
565  9    and without high PT.
565 10    So in that sense it's not
565 11    helpful to me as a physician.

Re: [564:24-565:11]
Pltf Obj Object as non-responsive, argumentative, calls for speculation, improper expert opinion.  Also not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

---

566:10 -   566:19 Berkowitz, Scott 2016-10-20    0:12
566 10    THE WITNESS:  Simply
566 11    referring to what we've already

Re: [566:10-566:19]
Pltf Obj Object as non-

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 572 17  A.  What's that -- I -- yeah, it<br>572 18  says, "Bleeding tend to higher values."<br>572 19  As I look through these though, it seems<br>572 20  like I'm taking notes of what different<br>572 21  people might be saying. | | claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. | |
| **572:22 -   573:8** Berkowitz, Scott 2016-10-20  0:21<br>572 22  Q.  Okay.  When you take notes<br>572 23  like this, do you write if you disagree<br>572 24  with something?<br>573  1  A.  No.  As a matter of fact,<br>573  2  usually it would have corrections of<br>573  3  spelling if they were like my final notes<br>573  4  or ones that I was using.  If they are<br>573  5  just something, if I'm at a meeting and I<br>573  6  want to take down some concepts so I can<br>573  7  use them while I'm at the telecon, it<br>573  8  would look like this, rather rough. | Re: [572:22-573:8]<br>**Pltf Obj** Object as non-responsive. | | Pending |
| **573:9  -   573:14** Berkowitz, Scott 2016-10-20  0:07<br>573  9  Q.  Okay.  Okay.  And -- and<br>573 10  another one of your notes is, "PT is<br>573 11  predictive of bleeding so cannot say<br>573 12  that."<br>573 13       Did I read that right?<br>573 14  A.  Yes, you read that right. | Re: [573:9-573:14]<br>**Def Obj** R, P, Relevance-Time, LF | Re: [573:9-573:14]<br>Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. | Pending |
| **573:15 -   573:24** Berkowitz, Scott 2016-10-20  0:17<br>573 15  I'm not exactly sure what that means.<br>573 16  Say what?  I'm not sure.  It says P --<br>573 17  says, "PT is predictive of bleeding so<br>573 18  cannot say that."<br>573 19       So I don't know what that --<br>573 20  Q.  Yeah, I mean, the notes<br>573 21  aren't written in a way where we can<br>573 22  understand what it is you're noting that<br>573 23  cannot be said.<br>573 24  A.  Right. | Re: [573:15-573:24]<br>**Pltf Obj** Object as non-responsive. | | Pending |
| **574:1  -   574:10** Berkowitz, Scott 2016-10-20  0:10<br>574  1  Q.  But they do establish your<br>574  2  note that PT is predictive of bleeding,<br>574  3  right?<br>574  4       MR. HOROWITZ:  Object to the<br>574  5  form.<br>574  6       THE WITNESS:  Yeah, I mean, | Re: [574:1-574:10]<br>**Def Obj** R, P, Relevance-Time, LF, M, MD, Attorney colloquy/objections | Re: [574:1-574:10]<br>Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 574 | 7 | this -- this is saying that PT is |
| 574 | 8 | predictive of bleeding which is |
| 574 | 9 | something that we've said over and |
| 574 | 10 | over the last couple hours. |

measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.  Neither testimony nor document mischaracterized as witness agreed with the examiner.

---

**582:5  -  582:7** Berkowitz, Scott 2016-10-20      0:07

| 582 | 5 | Q.   Would you agree with me that |
| 582 | 6 | Bayer itself has concluded that bleed |
| 582 | 7 | risk increases with PT? |

**Re: [582:5-582:7]**
**Def Obj** R, P, Relevance-Time, LF, AF

Re: [582:5-582:7]      Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.  Does not assume facts not in evidence as witness confirms statement consistent with his own prior testimony.

---

**582:10 -  582:15** Berkowitz, Scott 2016-10-20      0:10

| 582 | 10 | THE WITNESS:  I believe I |
| 582 | 11 | stated all morning that there's |
| 582 | 12 | seen a relationship into the risk |
| 582 | 13 | of bleeding when you isolate it as |
| 582 | 14 | you have in looking at PK samples, |
| 582 | 15 | PT samples and the like. |

**Re: [582:10-582:15]**
**Def Obj** R, P, Relevance-Time, LF, AF

Re: [582:10-582:15]      Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.  Does not assume facts not in evidence as witness confirms statement consistent with his own prior testimony. | |

**584:6  -   584:18 Berkowitz, Scott 2016-10-20**  0:44

| | | | |
|---|---|---|---|
| 584 6 | Q.   Okay.  You understand the | Re: [584:6-584:18] | Re: [584:6-584:18]        Pending |
| 584 7 | FDA also believes that -- that an | Pltf Obj R, P, Relevance- | Pltf Resp Relevant to |
| 584 8 | increased PT leads to increased bleed | Time, LF, AF, M, MD, | Plaintiffs' failure to |
| 584 9 | risk, correct? | PK, S, Attorney | warn claims and |
| 584 10 | MR. HOROWITZ:  Object to the | colloquy/objections | claims relating to |
| 584 11 | form. | Re: [584:6-584:18] | need for |
| 584 12 | THE WITNESS:  I would assume | Def Obj R, P, Relevance- | measurement and |
| 584 13 | that that's the -- I mean, we had | Time, LF, AF, M, MD, PK, | need to evaluate |
| 584 14 | agreement on that, that -- in | S, Attorney | dosing in individual |
| 584 15 | preparation of the AdCom and for | colloquy/objections | patients. Foundation |
| 584 16 | going forward.  So I would assume | | established by |
| 584 17 | that's -- that's still their | | testimony and |
| 584 18 | position. | | document.  Does not |
| | | | assume facts not in |
| | | | evidence as witness |
| | | | confirms statement |
| | | | consistent with his |
| | | | knowledge.  Does |
| | | | not mischaraterize |
| | | | document nor |
| | | | testimony as no |
| | | | document at issue |
| | | | and witness agreed. |
| | | | No objection to |
| | | | removal of colloquy. |

**585:19  -   586:17 Berkowitz, Scott 2016-10-20**  0:31

| | | | |
|---|---|---|---|
| 585 19 | Q.   Dr. Berkowitz, as you know, | Re: [585:19-588:5] | Pending |
| 585 20 | I'm Jeff Horowitz.  I represent Bayer and | Pltf Obj Object to | |
| 585 21 | I'm going to ask you some questions now | 587:12-588:2 as | |
| 585 22 | both in follow-up to some of the things | misleading, prejudicial, | |
| 585 23 | you were asked by plaintiffs' counsel | or irrelevant. | |
| 585 24 | and -- and give you a chance to maybe | Re: [585:19-588:5] | |
| 586 1 | explain some things.  Okay? | Pltf Obj Object as | |
| 586 2 | A.   Okay. | leading.  Object to 587:4- | |
| 586 3 | Q.   I understand you are a | 588:1 as irrelevant. | |
| 586 4 | medical doctor? | | |
| 586 5 | A.   I am. | | |
| 586 6 | Q.   Are you board certified in a | | |
| 586 7 | particular area? | | |
| 586 8 | A.   In internal medicine. | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

586  9    Q.   And are you actually
586  10   licensed to practice medicine?
586  11   A.   Yes, I am.
586  12   Q.   Currently what states are
586  13   you licensed?
586  14   A.   Pennsylvania, North
586  15   Carolina.  Although I've had licenses in
586  16   other states, but as I'm not in those
586  17   areas I released them.

588:15 -   589:4  Berkowitz, Scott 2016-10-20        0:23
588  15   Q.   Okay.  You said you
588  16   currently work at Bayer?
588  17   A.   I currently work at Bayer.
588  18   Q.   How long have you worked at
588  19   Bayer?
588  20   A.   Just over ten years now.
588  21   Almost ten and a half.
588  22   Q.   Since April of 2006?
588  23   A.   April 2006.
588  24   Q.   What's your current role at
589  1    Bayer?
589  2    A.   I am vice president and head
589  3    of the thrombosis group in clinical
589  4    development.

**Re: [588:15-594:11]**
**Pltf Obj** Object to
589:15-594:11 as
leading, lack of
foundation, and attempt
to introduce expert
opinion through
corporate witness.
**Re: [588:15-594:11]**
**Pltf Obj** Object to
leading and improper
expert opinion.

Pending

589:23 -   590:14  Berkowitz, Scott 2016-10-20       0:41
589  23   Q.   And explain for the jury, if
589  24   you would, please, what your personal
590  1    work primarily focuses on as the head of
590  2    thrombosis group, global head, and with
590  3    an eye towards clinical development at
590  4    Bayer.
590  5    A.   So my job is to oversee our
590  6    antithrombotics portfolio.  Those are
590  7    drugs that are trying to address the
590  8    conditions of blood clotting.  So stroke,
590  9    deep vein thrombosis, leg clots,
590  10   pulmonary emboli, which are clots.  They
590  11   can cause shortness of breath and
590  12   patients to die.  These kind of
590  13   conditions.  So we work to develop drugs
590  14   to prevent these.

**Re: [588:15-594:11]**
**Pltf Obj** Object to
589:15-594:11 as
leading, lack of
foundation, and attempt
to introduce expert
opinion through
corporate witness.
**Re: [588:15-594:11]**
**Pltf Obj** Object to
leading and improper
expert opinion.

Pending

592:9 -   594:11  Berkowitz, Scott 2016-10-20       1:50
592  9    Q.   There was a fair amount of
592  10   talk with counsel for the plaintiffs
592  11   about the risk side of the equation with
592  12   respect to Xarelto and anticoagulants and
592  13   antithrombotics.  The benefit side, what
592  14   is the benefit side and how does it
592  15   relate to what you were just describing
592  16   to us?
592  17   A.   Well, the benefit side is
592  18   that we can identify in many patients
592  19   risk factors that lead them to clot.  And
592  20   then on the -- so that would be
592  21   preventive type of preventing these blood
592  22   vessels -- sorry -- these blood clots.
592  23        It's important to remember
592  24   that the hemostatic system is a balance.
593  1    And certain clots can be good if you have
593  2    a break in the blood vessel or a peptic

**Re: [588:15-594:11]**
**Pltf Obj** Object to
589:15-594:11 as
leading, lack of
foundation, and attempt
to introduce expert
opinion through
corporate witness.
**Re: [588:15-594:11]**
**Pltf Obj** Object to
leading and improper
expert opinion.

Pending

611 (c)
see Maraant, supra

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 593 | 3 | ulcer. You develop a clot to close that |
| 593 | 4 | down. That's physiologic. The body is |
| 593 | 5 | doing that on purpose. |
| 593 | 6 | But it becomes pathologic |
| 593 | 7 | when it goes beyond the usual need when |
| 593 | 8 | some disease state occurs or you have |
| 593 | 9 | certain risk factors. So we inhibit |
| 593 | 10 | those clots. |
| 593 | 11 | And then there's another |
| 593 | 12 | group where you have a clot, and you |
| 593 | 13 | treat that clot. So there's the |
| 593 | 14 | preventive or prophylaxis like we talked |
| 593 | 15 | about in SPAF, and there's the treatment |
| 593 | 16 | kind. Once you get it, what do you do. |
| 593 | 17 | Q. Just to make that a bit more |
| 593 | 18 | understandable for folks like myself, do |
| 593 | 19 | blood clots cause strokes? |
| 593 | 20 | A. Yes. That's the -- that's |
| 593 | 21 | the cause of most of the strokes is a |
| 593 | 22 | blood clot. |
| 593 | 23 | Q. And do people die who have |
| 593 | 24 | blood clots? |
| 594 | 1 | A. People do die. First of |
| 594 | 2 | all, about 60 percent of the clots that |
| 594 | 3 | you get in SPAF, these blood clots are |
| 594 | 4 | debilitating strokes. They're not little |
| 594 | 5 | ones. |
| 594 | 6 | Q. So when we're talking about |
| 594 | 7 | the efficacy side of the equation in |
| 594 | 8 | these medications that you work on, are |
| 594 | 9 | we talking about medications that are |
| 594 | 10 | designed to basically prevent these types |
| 594 | 11 | of things from occurring? |

**594:13 - 594:21 Berkowitz, Scott 2016-10-20** — 0:13

| 594 | 13 | THE WITNESS: The goal of |
| 594 | 14 | developing these drugs is to take |
| 594 | 15 | care of these major unmet needs |
| 594 | 16 | where people have a high risk of |
| 594 | 17 | clotting, and these are -- these |
| 594 | 18 | are among the top two or three |
| 594 | 19 | causes of death in the world. |
| 594 | 20 | BY MR. HOROWITZ: |
| 594 | 21 | Q. To save people's lives? |

Objections In: Re: [594:13-594:21] Pltf Obj Object as leading and improper expert opinion through corporate witness. Re: [594:13-594:21] Pltf Obj Object to leading and improper expert opinion.

Rulings: Pending

**594:23 - 594:24 Berkowitz, Scott 2016-10-20** — 0:01

| 594 | 23 | THE WITNESS: That's the |
| 594 | 24 | whole point, yeah. |

Objections In: Re: [594:23-594:24] Pltf Obj Object as leading and improper expert opinion through corporate witness. Re: [594:23-594:24] Pltf Obj Object to leading and improper expert opinion.

Rulings: Pending

**595:16 - 597:7 Berkowitz, Scott 2016-10-20** — 1:24

| 595 | 16 | Q. Are there different phases |
| 595 | 17 | of clinical trials? |
| 595 | 18 | A. Yes. |
| 595 | 19 | Q. Could you just briefly |

Objections In: Re: [595:16-599:14] Pltf Obj Object as leading and improper expert opinion through

Rulings: Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

595 20  describe for us the different phases and
595 21  then explain to the jury where you fit
595 22  into the picture?
595 23      A.   Yeah.  So once drugs get
595 24  into humans, because there's a phase of
596  1  discovery of a compound, there's what we
596  2  call preclinical, where they're tested in
596  3  animal models that might be related to
596  4  human disease.  Then there are the three
596  5  or four phases of clinical trials.
596  6          So there's the Phase I
596  7  trials, which is when we're often first
596  8  in humans and we're looking at the PK and
596  9  PD, getting a fix -- excuse me -- on how
596 10  the drug is handled by the body and what
596 11  the drug does to the body -- to the drug.
596 12  Sorry.  What the body does to the drug.
596 13  So it's a back and forth.
596 14          Excuse me.  There's a second
596 15  phase we call Phase II.  This is usually
596 16  where we do the dose ranging where we'll
596 17  look at a wide range of doses.  We'll do
596 18  more of the pharmacokinetic work and
596 19  pharmacodynamic work.
596 20          And then we have Phase III
596 21  where we'll do the clinical trials where
596 22  we have a certain indication, a medical
596 23  need or area to treat, whether it's
596 24  preventing stroke after atrial
597  1  fibrillation, whether it's treating blood
597  2  clots as we had mentioned that are in the
597  3  leg and go to the lungs, whether it's
597  4  embolic stroke of undetermined source or
597  5  acute coronary syndrome.
597  6          All those things would have
597  7  their own clinical trials.

**Objections In:**
corporate witness.
Re: [595:16-599:14]
Pltf Obj Object to
leading and improper
expert opinion.

599:6  -  600:1  Berkowitz, Scott 2016-10-20   0:36
599  6      Q.   The focus of your work is
599  7  largely which phase?
599  8      A.   So I work primarily in Phase
599  9  III.
599 10      Q.   And those are the larger
599 11  trials to try and provide substantial
599 12  evidence on safety and efficacy or
599 13  benefit-risk?
599 14      A.   Yeah.  Most of --

**Objections In:**
Re: [595:16-599:14]
Pltf Obj Object as
leading and improper
expert opinion through
corporate witness.
Re: [595:16-599:14]
Pltf Obj Object to
leading and improper
expert opinion.

**Responses In:** Pending

599 15          MR. BARR: Objection.
599 16          THE WITNESS: Most of my
599 17  work has been the pivotal Phase
599 18  III trials, the trials that come
599 19  to the regulatory authorities for
599 20  the indication.  So they're very
599 21  large, often 1-, 2-, 3,000, up to
599 22  currently 27,000 patients that we
599 23  evaluate the therapies for their
599 24  safety and their efficacy.
600  1  BY MR. HOROWITZ:

**Objections In:**
Re: [599:16-618:10]
Pltf Obj Object to
599:16-24 as leading.
Object to 601:1-602:2
for lack of foundation
and misleading.  Object
to 605:09-607:3 as
improper attempt to
introduce expert opinion
through corporate

**Responses In:** Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | witness. Object to 614:06-16 as leading. Object to 608:13-618:10 as leading and improper expert testimony.<br>**Re: [599:16-618:10]**<br>**Pltf Obj** Object to leading and lack of foundation and improper expert opinion. Also object to references to other anticoagulants and improper expert bolstering. | | |

600:21 -   602:2   Berkowitz, Scott 2016-10-20                          1:09

| | | | |
|---|---|---|---|
| 600 21   Q.   How many doctors or clinical | | **Re: [599:16-618:10]** | Pending |
| 600 22   trial folks report to you now? | | **Pltf Obj** Object to | |
| 600 23   A.   I have seven physicians | | 599:16-24 as leading. | |
| 600 24   reporting to me at this time. | | Object to 601:1-602:2 | |
| 601  1   Q.   And they all work on various | | for lack of foundation | |
| 601  2   clinical trials? | | and misleading. Object | |
| 601  3   A.   Different aspects of our | | to 605:09-607:3 as | |
| 601  4   clinical trials. We have a very large | | improper attempt to | |
| 601  5   program with Xarelto. The company has | | introduce expert opinion | |
| 601  6   invested in this over a long period of | | through corporate | |
| 601  7   time in many different areas of unmet | | witness. Object to | |
| 601  8   need, which is a very exciting part to me | | 614:06-16 as leading. | |
| 601  9   as I've spent my life developing | | Object to 608:13-618:10 | |
| 601 10   antithrombotic drugs. So we're having | | as leading and improper | |
| 601 11   the opportunity to look at other areas of | | expert testimony. | |
| 601 12   unmet need that often go ignored, and | | **Re: [599:16-618:10]** | |
| 601 13   then doctors are left with not having the | | **Pltf Obj** Object to | |
| 601 14   information. | | leading and lack of | |
| 601 15   Q.   When you use the phrase | | foundation and | |
| 601 16   "unmet need," what do you mean? | | improper expert | |
| 601 17   A.   Well, these are areas where | | opinion. Also object to | |
| 601 18   we don't think the current standard of | | references to other | |
| 601 19   care is sufficient or there may not be | | anticoagulants and | |
| 601 20   any good therapy at the time. So our | | improper expert | |
| 601 21   goal is to -- we focus first -- that's | | bolstering. | |
| 601 22   how we make our decision as to where to | | | |
| 601 23   go, is where there isn't the most | | | |
| 601 24   important need, but where we think a | | | |
| 602  1   particular molecule in a particular class | | | |
| 602  2   will be effective. | | | |

641:13 -   641:17   Berkowitz, Scott 2016-10-20                          0:10

| | | | |
|---|---|---|---|
| 641 13   Q.   Is it fair to say when you | | **Re: [637:1-641:17]** | Pending |
| 641 14   chose to come to Bayer in 2006, that you | | **Pltf Obj** Object to 637:1- | |
| 641 15   had spent virtually your entire | | 638:11 as leading and | |
| 641 16   professional career working in the area | | irrelevant. Object to | |
| 641 17   of antithrombosis? | | 641:13-17 as leading | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Re: [637:1-641:17] Pltf Obj Object to leading and lack of foundation and improper expert opinion. Also object to references to other anticoagulants and improper expert bolstering. | | |

641:19 -   642:4   Berkowitz, Scott 2016-10-20                    0:11

| 641 19 | THE WITNESS:  In -- in |
| 641 20 | essence, it's been 20 -- it's been |
| 641 21 | 26 years, just in the |
| 641 22 | antithrombotics, another five |
| 641 23 | years in coagulation in general. |
| 641 24 | So I've spent my whole career |
| 642 1 | there. |
| 642 2 | BY MR. HOROWITZ: |
| 642 3 | Q.   Your entire career? |
| 642 4 | A.   Yeah. |

| | Re: [641:19-645:24] Pltf Obj Object as leading and improper expert opinion through corporate witness. Re: [641:19-645:24] Pltf Obj Object to leading and lack of foundation and improper expert opinion. Also object to references to other anticoagulants and improper expert bolstering. | | Pending |

655:5  -   657:14  Berkowitz, Scott 2016-10-20                    2:01

| 655 5 | Q.   Let me ask about OD versus |
| 655 6 | BID and that decision that you're talking |
| 655 7 | about.  What do you mean that was a |
| 655 8 | follow-the-science type of decision? |
| 655 9 | A.   Well, you know, the initial |
| 655 10 | part -- and I think Mr. Barr and I |
| 655 11 | discussed this.  When one first looks at |
| 655 12 | drug in general, we often look at the |
| 655 13 | half-life and it give us a sense of what |
| 655 14 | a drug might be if it's oral.  Is it once |
| 655 15 | a day, twice a day, three times a day. |
| 655 16 | That's a first step. |
| 655 17 | But coagulation is a little |
| 655 18 | bit different.  And initially Xarelto was |
| 655 19 | the same way.  It was looked at first |
| 655 20 | from the half-life.  And it started off |
| 655 21 | in twice-a-day dosing.  And several |
| 655 22 | trials were done.  There were three |
| 655 23 | orthopedic trials done that way. |
| 655 24 | While that was going on, |
| 656 1 | then some more sophisticated coagulation |
| 656 2 | testing was done.  First they do the |
| 656 3 | usual, PT, PTT, the things that we have |
| 656 4 | available in hospital labs.  But there |
| 656 5 | was another test being developed back in |
| 656 6 | that time which is used now, although not |
| 656 7 | so easy to do as a PT, PTT.  And that's |
| 656 8 | called the thrombin generation time. |
| 656 9 | And the bottom line is, it's |
| 656 10 | just a measure of how a molecule might |
| 656 11 | affect thrombin.  Thrombin, as we said, |
| 656 12 | is an important molecule in coagulation. |

| | Re: [655:5-657:22] Pltf Obj Object as leading and improper expert opinion through corporate witness. Re: [655:5-657:22] Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation. | | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

656 13   So what we learned in those
656 14   studies -- and actually, I should say
656 15   what they learned, because I wasn't there
656 16   at the company -- was that the molecule
656 17   inhibited thrombin for over 24 hours.
656 18   The PT, you know, there's a shorter
656 19   period of time.  The half-life, shorter
656 20   period.
656 21       But our goal with
656 22   coagulation is affecting the clotting in
656 23   the patient, not in the test tube, not in
656 24   the PT test or PTT test or any of those
657  1   tests, but in the patient.
657  2       And so they started adding
657  3   OD, once a day, in the testing.  Well,
657  4   that's following the science.  It cost
657  5   us, I think, nine months or a year.  We
657  6   added another program, could have gone to
657  7   market if things were successful a year
657  8   earlier, but that wasn't the way they
657  9   developed that molecule.
657 10       There's four orthopedic
657 11   dosing studies, two DVT/PE studies, a
657 12   full range in ACS.  That's the kind of
657 13   thing that a scientist really appreciates
657 14   inside a company.

658:24 -   664:19 Berkowitz, Scott 2016-10-20          4:52

658 24   BY MR. HOROWITZ:
659  1   Q.  Let me back up a little bit.
659  2   When you get to Bayer and you're working
659  3   on Xarelto, what was the problem and what
659  4   was the unmet medical need, if you will,
659  5   that you and the scientists and doctors
659  6   at Bayer were trying to solve in
659  7   developing a drug like Xarelto?
659  8   A.  Well, there were several
659  9   indications that still need -- that
659 10   needed, and there are some that -- that
659 11   need and aren't yet attacked, at that
659 12   time.
659 13       But -- so the prophylaxis or
659 14   prevention of blood clots after total hip
659 15   and total knee surgery is a really
659 16   important area.  These patients, if -- if
659 17   a knee patient does not have any
659 18   prophylaxis, they have a 50 to 65 percent
659 19   rate of having a blood clot in their leg.
659 20   And if it's a hip, then it's on the order
659 21   of 40 to 50 percent.  So something needs
659 22   to be done.
659 23       But what did we have?  We
659 24   had aspirin, which -- which some doctors
660  1   still use.  We had warfarin, which takes
660  2   days and up to two weeks to be in
660  3   steady-state.  And by then the -- the
660  4   risk is almost over.  We had heparin,
660  5   which means that patients had to inject
660  6   themselves.  So there was an area where
660  7   an oral drug could be of benefit.
660  8       There was the treatment of
660  9   deep vein thrombosis and pulmonary
660 10   embolism.  Again, what did we have?

**Objections In:**
Re: [657:24-666:5]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [657:24-666:5]
**Pltf Obj** Object to leading.  Object to improper expert opinion and lack of foundation.

**Rulings:**
Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

660 11   Unfractionated heparin, low

660 12   molecular-weight heparin, warfarin.

660 13      And then we had SPAF. So we

660 14   had -- and -- and then there are others

660 15   after that. So those are what we were

660 16   looking at.

660 17   Q. Okay. And those are the

660 18   particular indications you were looking

660 19   at, correct?

660 20   A. Yes.

660 21   Q. Okay. What about in

660 22   comparison to warfarin, low

660 23   molecular-weight heparin, and heparin,

660 24   what were the -- the issues with those

661   1   drugs that you were trying to solve by

661   2   developing Xarelto?

661   3   A. Well, the goal was to try to

661   4   be able to give the medication without

661   5   worry about food, that whatever food that

661   6   the patient took or whatever drugs that

661   7   they took. So the goal was to try to

661   8   find a drug that had predictable

661   9   pharmacokinetics and pharmacodynamics.

661 10      What -- what do I mean? I

661 11   mean that we know what range the patient

661 12   will be in for their -- their

661 13   concentration maximum and when the drug

661 14   would be eliminated and when you could

661 15   give the drug again, and you can do that

661 16   day in and day out.

661 17   Q. And do you consider Xarelto

661 18   to be an improvement over warfarin and

661 19   heparin and low molecular-weight heparin?

661 20   A. I certainly do not discount

661 21   the value of warfarin and its

661 22   effectiveness. But it's so hard to use,

661 23   many patients don't want to be on it,

661 24   can't be on it. And doctors can't manage

662   1   it. And I certainly consider Xarelto to

662   2   be a major achievement.

662   3      If we think about what

662   4   happens to a patient today versus when --

662   5   we are talking 15 years ago -- who has

662   6   deep vein thrombosis with risk of

662   7   pulmonary embolism, what happens today.

662   8   They go to the doctor's office or

662   9   emergency department and what would

662 10   happen 15 years ago is they would be

662 11   admitted to the hospital, and they would

662 12   be started on unfractionated heparin.

662 13   And today they go to the doctor's office.

662 14   They are in an emergency room. They get

662 15   oral Xarelto. In two hours the doctor

662 16   knows that it's effective and they can go

662 17   home. I would say that's a major advance

662 18   for patients and doctors in the

662 19   healthcare system.

662 20   Q. I've heard the phrase "fixed

662 21   dosing without the need for routine

662 22   anticoagulation monitoring" with respect

662 23   to Xarelto. Are you familiar with that

662 24   phrase?

663   1   A. I -- I've heard that term

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 663 | 2 | before, yes. |
| 663 | 3 | Q.   Okay.  What does fixed |
| 663 | 4 | dosing mean? |
| 663 | 5 | A.   Fixed dosing just means that |
| 663 | 6 | we -- we've studied a range of doses to |
| 663 | 7 | get us into Phase III.  We choose a dose. |
| 663 | 8 | We test it, and if it's effective and |
| 663 | 9 | safe, that -- that patients can get that |
| 663 | 10 | dose, then it's fixed at that dose. |
| 663 | 11 | Some adjustments might be |
| 663 | 12 | needed.  For example, in SPAF, we know |
| 663 | 13 | that patients with moderate renal failure |
| 663 | 14 | need some dose adjustment.  We tested for |
| 663 | 15 | that.  So you can think of us giving two |
| 663 | 16 | doses in the SPAF ROCKET-AF program.  But |
| 663 | 17 | we fixed it at that dose after doing some |
| 663 | 18 | study. |
| 663 | 19 | Q.   Does every indication for |
| 663 | 20 | Xarelto have the same dose? |
| 663 | 21 | A.   Well, that's something |
| 663 | 22 | unique to the program.  We studied |
| 663 | 23 | Xarelto indication by indication.  That's |
| 663 | 24 | time consuming, resource consuming.  But |
| 664 | 1 | each patient population is different and |
| 664 | 2 | needs to be tested according to the |
| 664 | 3 | patient population.  So this is why we |
| 664 | 4 | have, in many, many cases, different |
| 664 | 5 | doses for the different indications. |
| 664 | 6 | Q.   For example, what are the -- |
| 664 | 7 | what are the two doses for SPAF, or -- or |
| 664 | 8 | atrial fibrillation that you just |
| 664 | 9 | mentioned? |
| 664 | 10 | A.   So we use a 20 milligrams |
| 664 | 11 | once a day for patients unless their |
| 664 | 12 | creatinine clearance, which is a measure |
| 664 | 13 | of kidney function, is in the range of |
| 664 | 14 | 49 milliliters per minute down to |
| 664 | 15 | 30 milliliters per minute.  If it's lower |
| 664 | 16 | than that, then we recommend not to be |
| 664 | 17 | using Xarelto. |
| 664 | 18 | Q.   And what about VTE |
| 664 | 19 | prevention for somebody who has had |

| 665:18 - | 666:5 | Berkowitz, Scott 2016-10-20 | 0:25 | | Pending |
| 665 | 18 | Q.   Okay.  I want to talk about | | Re: [657:24-666:5] |
| 665 | 19 | a topic now that we talked a lot about | | Pltf Obj Object as |
| 665 | 20 | over the last day and a half with counsel | | leading and improper |
| 665 | 21 | for plaintiffs, this idea of therapeutic | | expert opinion through |
| 665 | 22 | drug monitoring. | | corporate witness. |
| 665 | 23 | Are you with me? | | Re: [657:24-666:5] |
| 665 | 24 | A.   Yeah.  Mm-hmm. | | Pltf Obj Object to |
| 666 | 1 | Q.   First of all, do patients | | leading.  Object to |
| 666 | 2 | taking Xarelto for any of these | | improper expert opinion |
| 666 | 3 | indications we just went through, need to | | and lack of foundation. |
| 666 | 4 | have routine anticoagulation therapeutic |
| 666 | 5 | drug monitoring done? |

| 666:7 - | 666:19 | Berkowitz, Scott 2016-10-20 | 0:22 | | Pending |
| 666 | 7 | THE WITNESS:  It's our | | Re: [666:7-666:19] |
| 666 | 8 | opinion that routine therapeutic | | Pltf Obj Object as |
| 666 | 9 | drug monitoring is not needed for | | leading |
| 666 | 10 | Xarelto after the large clinical | | Re: [666:7-666:19] |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 666 11      Phase III programs and indications | Pltf Obj Object to leading. Object to improper expert opinion and lack of foundation. | | |

666 11      Phase III programs and indications
666 12      that we've studied and the PK/PD
666 13      work that has been done in
666 14      Phase II.
666 15      BY MR. HOROWITZ:
666 16      Q.   Do patients taking Xarelto
666 17      for any of these indications need to have
666 18      their blood monitored to make sure they
666 19      are getting the proper dose?

666:21 -   669:12 Berkowitz, Scott 2016-10-20      2:04

666 21      THE WITNESS:  No.  We do not
666 22      believe they need to -- to be
666 23      done.  And that's not just because
666 24      we want to say that, but because
667 1      we have the trial proof to show
667 2      that and the -- the
667 3      pharmacokinetic and
667 4      pharmacodynamic information.
667 5      BY MR. HOROWITZ:
667 6      Q.   And what is it about the
667 7      pharmaco and -- pharmacodynamic or the
667 8      PK/PD profile of Xarelto that makes it so
667 9      you don't need to do this type of
667 10      monitoring?
667 11      A.   Well, we see that the --
667 12      when the CMAX comes in for -- for
667 13      patients, and when the drug is
667 14      eliminated, we know that we can give it
667 15      once a day.  It does not accumulate.  So
667 16      you -- you can give the next day the next
667 17      dose and there won't be this build-up of
667 18      drug because it's metabolized.  We
667 19      understand its metabolism very well.  We
667 20      know that it has several roots of
667 21      elimination.  So it's not primary renal.
667 22      It's partly renal and partly liver.
667 23      Actually a third goes out
667 24      the kidney unchanged, one third is
668 1      metabolized by the kidneys, and one third
668 2      is metabolized by the liver.  So it has a
668 3      nice spread.
668 4      We know that food doesn't
668 5      affect it.  We know that food improves
668 6      absorption, but it's important to
668 7      understand that Xarelto is not at high
668 8      doses well absorbed.  It works very well
668 9      under doses of say 60 milligrams which is
668 10      higher than we often use, that we ever
668 11      use actually, but as you increase it,
668 12      there's less and less absorption of the
668 13      drug.  It's not that soluble.
668 14      So these are characteristics
668 15      that are important to managing that part
668 16      about not needing routine coagulation
668 17      monitoring.
668 18      Q.   Okay.  And when we talk
668 19      about routine coagulation monitoring with
668 20      respect to anticoagulants, just to be
668 21      clear again, define that for us, what is
668 22      it you're talking about?
668 23      A.   I'm sorry.  Routine --
668 24      Q.   Yeah, routine

Objections In:

Re: [666:21-669:12]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [666:21-669:12]
Pltf Obj Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Rulings: Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 669 | 1 | anticoagulation monitoring -- |
| 669 | 2 | A.   Oh. |
| 669 | 3 | Q.   -- or anticoagulation |
| 669 | 4 | monitoring. |
| 669 | 5 | A.   Just meeting a requirement |
| 669 | 6 | that we have to check periodically to |
| 669 | 7 | make sure that the drug is in a certain |
| 669 | 8 | level, that's not necessary. |
| 669 | 9 | Q.   And is that one of the |
| 669 | 10 | problems that Xarelto was developed to |
| 669 | 11 | solve, the need for that with a drug like |
| 669 | 12 | warfarin? |

669:14 -   670:8   Berkowitz, Scott 2016-10-20    0:36

Re: [669:14-670:8]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [669:14-670:8]
Pltf Obj Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

| 669 | 14 | THE WITNESS:  It is my |
| 669 | 15 | opinion that that's the major |
| 669 | 16 | importance.  I'm not really |
| 669 | 17 | understanding why one would want |
| 669 | 18 | to develop a drug that needs |
| 669 | 19 | monitoring if we could put our |
| 669 | 20 | efforts -- we're only going to get |
| 669 | 21 | to do, in this world, a few kinds |
| 669 | 22 | of projects.  And I would think |
| 669 | 23 | that's where the -- the |
| 669 | 24 | development should be, in drugs |
| 670 | 1 | that don't need to be monitored. |
| 670 | 2 | BY MR. HOROWITZ: |
| 670 | 3 | Q.   Okay.  And to be clear, does |
| 670 | 4 | the absence of the need for the routine |
| 670 | 5 | anticoagulation monitoring recommendation |
| 670 | 6 | mean that doctors don't need to bring |
| 670 | 7 | their patients in for visits to check on |
| 670 | 8 | them or keep an eye on them? |

670:10 -   672:19   Berkowitz, Scott 2016-10-20    1:52

Re: [670:10-678:8]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [670:10-678:8]
Pltf Obj Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

| 670 | 10 | THE WITNESS:  No, I think |
| 670 | 11 | this is a misunderstanding. |
| 670 | 12 | What -- what's happened over the |
| 670 | 13 | years is people have become -- |
| 670 | 14 | with warfarin, we're focusing on |
| 670 | 15 | the INR visit.  The visit where |
| 670 | 16 | they come at least once a month to |
| 670 | 17 | see the doctor to check the blood |
| 670 | 18 | test.  But anticoagulants, |
| 670 | 19 | whatever they are, are potent |
| 670 | 20 | medicines.  It's not candy.  These |
| 670 | 21 | patients have to be watched |
| 670 | 22 | carefully.  You have to know your |
| 670 | 23 | patient.  You have to watch them |
| 670 | 24 | and -- and ask them the questions |
| 671 | 1 | every month or -- or few weeks or |
| 671 | 2 | whatever you choose.  But you have |
| 671 | 3 | to find a time to talk with the |
| 671 | 4 | patient about how they are doing |
| 671 | 5 | on their medicine and their |
| 671 | 6 | thrombotic disease.  This requires |
| 671 | 7 | physicians to watch their |
| 671 | 8 | patients. |
| 671 | 9 | BY MR. HOROWITZ: |
| 671 | 10 | Q.   Why don't you take a look at |
| 671 | 11 | Exhibit 12, if you will.  This is a slide |
| 671 | 12 | presentation that counsel for plaintiffs |
| 671 | 13 | marked as an exhibit and asked you some |

|  | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 671 14 | questions about. |
| 671 15 | Do you recall that? |
| 671 16 | A.  I do. |
| 671 17 | Q.   And have there been kind of |
| 671 18 | ongoing discussions in the medical and |
| 671 19 | scientific community about monitoring |
| 671 20 | with respect to the new or -- or novel |
| 671 21 | oral anticoagulants? |
| 671 22 | A.   Yes.  It's -- it's |
| 671 23 | understandably uncomfortable when doctors |
| 671 24 | have been monitoring drugs like warfarin |
| 672 1 | or adjusting PTTs and monitoring |
| 672 2 | unfractionated heparin, that when you |
| 672 3 | have medications that don't need that it |
| 672 4 | seems a little uncomfortable. |
| 672 5 | Q.   And remind us, give us some |
| 672 6 | context for this slide deck. |
| 672 7 | First of all, did you |
| 672 8 | prepare Exhibit 12, the slides? |
| 672 9 | A.   I did. |
| 672 10 | Q.   What's the context of this |
| 672 11 | presentation? |
| 672 12 | A.   Well, I was asked to give a |
| 672 13 | presentation in a point-counterpoint kind |
| 672 14 | of debate at this cardiac safety research |
| 672 15 | consortium symposium -- symposium on |
| 672 16 | December 3, 2015. |
| 672 17 | Q.   And did you, in fact, give |
| 672 18 | this presentation? |
| 672 19 | A.   I did. |

673:7  -   673:9   Berkowitz, Scott 2016-10-20                     0:03

| 673 7 | Q.   And specifically what was |
| 673 8 | the topic that you were asked to present |
| 673 9 | upon? |

Re: [670:10-678:8]
**Pltf Obj** Object as
leading and improper
expert opinion through
corporate witness.
Re: [670:10-678:8]
**Pltf Obj** Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

675:4  -   678:8   Berkowitz, Scott 2016-10-20                     2:31

| 675 4 | Q.   Let's take a look at Slide |
| 675 5 | 3.  I want to walk through some of these |
| 675 6 | slides.  Take us through Slide 3.  At the |
| 675 7 | top it says, "Initial PK/PD measurement. |
| 675 8 | Should we do it?"  Is this the first |
| 675 9 | section that you just described for us |
| 675 10 | how you broke down your presentation? |
| 675 11 | A.   Yes.  It was first to |
| 675 12 | discuss that, and here we talked about |
| 675 13 | clinical value of performing such a |
| 675 14 | measurement for NOACs, and there are a |
| 675 15 | couple other points on slides afterwards. |
| 675 16 | But this was the main one here about |
| 675 17 | whether NOAC -- whether there's clinical |
| 675 18 | value for making one of these PK/PD |
| 675 19 | measurements for NOACs. |

Re: [670:10-678:8]
**Pltf Obj** Object as
leading and improper
expert opinion through
corporate witness.
Re: [670:10-678:8]
**Pltf Obj** Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 675 20 | Q.   And What's the point that |
| 675 21 | you make about clinical value? |
| 675 22 | A.   Well, it's important when |
| 675 23 | you're going to measure that there has to |
| 675 24 | be an appropriateness of the measure.  In |
| 676  1 | other words, the measure that you choose |
| 676  2 | has to be appropriate. |
| 676  3 | And it has to be the right |
| 676  4 | time to measure.  It's very easy to |
| 676  5 | measure for warfarin because warfarin is |
| 676  6 | a long-acting medication.  It takes two |
| 676  7 | weeks for the patients to be stably |
| 676  8 | anticoagulated.  It takes days for them |
| 676  9 | to come off the medication.  So you can |
| 676 10 | sample at any time.  That's easy to do. |
| 676 11 | But these drugs, having a |
| 676 12 | short half-life and having a short peak |
| 676 13 | and the elimination and the trough, |
| 676 14 | that's very difficult to determine the |
| 676 15 | very best time to do that.  And then what |
| 676 16 | proof is there of clinical worth of even |
| 676 17 | taking the measurement?  And that is not |
| 676 18 | available at this time. |
| 676 19 | Q.   When you say initial |
| 676 20 | measurement, what do you mean by that? |
| 676 21 | A.   Initial measurement, I |
| 676 22 | didn't remember if I had said that, about |
| 676 23 | an initial measurement. |
| 676 24 | Q.   In other words, the |
| 677  1 | beginning of therapy? |
| 677  2 | A.   Oh, that's what someone |
| 677  3 | would mean about initial measurement, |
| 677  4 | yes. |
| 677  5 | Q.   Okay.  And what was your |
| 677  6 | view with respect to the need to do that |
| 677  7 | for Xarelto? |
| 677  8 | A.   Well, we don't find a need |
| 677  9 | to take a measurement in the routine |
| 677 10 | situation.  So when patients have |
| 677 11 | whatever condition, you put them on a |
| 677 12 | medication, you don't routinely need to |
| 677 13 | check a level. |
| 677 14 | Q.   And why is that? |
| 677 15 | A.   Again, because the PK and PD |
| 677 16 | are predictive.  When you give the dose, |
| 677 17 | you know what you're getting, assuming |
| 677 18 | that you follow the rules of the |
| 677 19 | labeling.  So if they are on CYP3A4 |
| 677 20 | inhibitors, you don't use the medication |
| 677 21 | and these things. |
| 677 22 | Q.   Okay.  Let's just go through |
| 677 23 | a few of these bullet points.  The first |
| 677 24 | bullet says, "Appropriateness of the |
| 678  1 | measure." |
| 678  2 | Do you see that? |
| 678  3 | A.   Yes. |
| 678  4 | Q.   And I know you mentioned |
| 678  5 | that, but what does that mean? |
| 678  6 | A.   Simply that the routine |
| 678  7 | coagulation tests that we have in the |
| 678  8 | laboratory -- |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | | Pending |

| 678 | 12 | A.   -- are not designed to |
|---|---|---|
| 678 | 13 | measure any of the drugs with the |
| 678 | 14 | exception of the PTT and the PT.  Now, as |
| 678 | 15 | I've mentioned both of those tests |
| 678 | 16 | actually were developed to detect factor |
| 678 | 17 | deficiencies back in the 1960s.  Over |
| 678 | 18 | time, it was found that they could be |
| 678 | 19 | useful if modified to monitor heparin |
| 678 | 20 | with a PTT or with warfarin, the PT test. |
| 678 | 21 | So, the routine tests that |
| 678 | 22 | doctors order from the coagulation lab |
| 678 | 23 | are not useful in use in the novel |
| 678 | 24 | anticoagulants. |
| 679 | 1 | Q.   It says under there, "Not |
| 679 | 2 | originally designed for this purpose." |
| 679 | 3 | What does that mean with respect to PT |
| 679 | 4 | and warfarin -- and Xarelto? |
| 679 | 5 | A.   Well, as I had mentioned, |
| 679 | 6 | that the test was not originally designed |
| 679 | 7 | for any monitoring purpose.  But what |
| 679 | 8 | happens now is there are a number of |
| 679 | 9 | commercial companies that make the |
| 679 | 10 | thromboplastin reagent.  That's a reagent |
| 679 | 11 | that's needed to perform the PT test. |
| 679 | 12 | They are made to be |
| 679 | 13 | sensitive to -- they're made two ways, |
| 679 | 14 | either to be sensitive to warfarin or to |
| 679 | 15 | be sensitive to pick up a lupus |
| 679 | 16 | anticoagulant.  This is a rare condition |
| 679 | 17 | that some patients can have. |
| 679 | 18 | But basically, the |
| 679 | 19 | companies' focus, you know, sort of |
| 679 | 20 | specialty, is focusing on these two areas |
| 679 | 21 | for the PT test.  They're not -- they're |
| 679 | 22 | not developed, though, for rivaroxaban, |
| 679 | 23 | dabigatran, Eliquis, or edoxaban. |
| 679 | 24 | Q.   You were asked a lot of |
| 680 | 1 | questions even about a specific assay of |
| 680 | 2 | PT test called the Neoplastin assay that |
| 680 | 3 | was actually used to measure in the |
| 680 | 4 | clinical trials of Xarelto.  Do you |
| 680 | 5 | recall those questions? |
| 680 | 6 | A.   Yes. |
| 680 | 7 | Q.   And plaintiffs' counsel |
| 680 | 8 | suggested in his questions to you that |
| 680 | 9 | Bayer should tell doctors to do a PT test |
| 680 | 10 | with the Neoplastin PT assay at the |
| 680 | 11 | initiation or beginning of therapy.  Do |
| 680 | 12 | you recall those questions? |
| 680 | 13 | A.   I remember that. |
| 680 | 14 | Q.   Do you agree with that |
| 680 | 15 | suggestion by counsel for plaintiffs that |
| 680 | 16 | Bayer should be telling doctors to do a |
| 680 | 17 | PT test with the Neoplastin PT assay at |
| 680 | 18 | the beginning of therapy to make |
| 680 | 19 | decisions about whether to give a patient |
| 680 | 20 | Xarelto or what dose to give the patient? |

Objections In column:

Re: [678:12-680:20]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [678:12-680:20]
**Pltf Obj** Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

| 680:22 - | 682:14 Berkowitz, Scott 2016-10-20 | | 1:14 | |
|---|---|---|---|---|

| 680 | 22 | THE WITNESS: No.  Sorry.  I |
|---|---|---|
| 680 | 23 | can't agree with that for a number |
| 680 | 24 | of reasons.  The PT test, as I |
| 681 | 1 | mentioned, is not developed for |

Re: [680:22-682:14]
**Pltf Obj** Object as leading and improper expert opinion through

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 681 | 2 | this. The Neoplastin reagent, of | corporate witness. Also | |
| 681 | 3 | the few that were tested, but | speculative as to what | |
| 681 | 4 | there are a number worldwide, was | agents other doctors | |
| 681 | 5 | the most sensitive. But it's not | have or what their | |
| 681 | 6 | the best test for this. | practices are. | |
| 681 | 7 | And doctors, most of the | Re: [680:22-682:14] | |
| 681 | 8 | time, if not all the time, don't | Pltf Obj Object to | |
| 681 | 9 | have control over what reagent is | leading. Object to | |
| 681 | 10 | used in their hospital. That's | improper expert opinion | |
| 681 | 11 | determined by the pathology | and lack of foundation. | |
| 681 | 12 | department that runs the lab and | Object to hearsay | |
| 681 | 13 | the procurement department that | anecdotal evidence. | |
| 681 | 14 | obtains the reagent in bulk | | |
| 681 | 15 | supply. | | |
| 681 | 16 | So they get what they can | | |
| 681 | 17 | get, and get what they can afford. | | |
| 681 | 18 | And if they have a strong desire | | |
| 681 | 19 | to have one, that's fine. But it | | |
| 681 | 20 | may not work for other situations. | | |
| 681 | 21 | So to have doctors do that | | |
| 681 | 22 | without any proof that there is | | |
| 681 | 23 | any benefit to it, and the fact | | |
| 681 | 24 | that the test is not good, means | | |
| 682 | 1 | that they could do something with | | |
| 682 | 2 | the dose that would be not have | | |
| 682 | 3 | been shown in clinical trials. | | |
| 682 | 4 | So that's dangerous. Now we | | |
| 682 | 5 | are talking about instead of | | |
| 682 | 6 | thinking about, oh, well, maybe we | | |
| 682 | 7 | could prevent bleeding, then we're | | |
| 682 | 8 | talking about not preventing | | |
| 682 | 9 | stroke and pulmonary embolism. | | |
| 682 | 10 | BY MR. HOROWITZ: | | |
| 682 | 11 | Q. And to be clear, if a doctor | | |
| 682 | 12 | makes an adjustment of dose and the dose | | |
| 682 | 13 | is too low, what's the potential issue | | |
| 682 | 14 | for the patient? | | |

| 682:16 - | 686:24 Berkowitz, Scott 2016-10-20 | 3:15 | | |
|---|---|---|---|---|
| 682 | 16 | THE WITNESS: Yeah, the | | Pending |
| 682 | 17 | potential problem is, of course, | Re: [682:16-690:22] | |
| 682 | 18 | that you wouldn't have efficacy. | Pltf Obj Object as | |
| 682 | 19 | If you had a patient on | leading and improper | |
| 682 | 20 | 15 milligrams and -- because they | expert opinion through | |
| 682 | 21 | had renal failure and you decided | corporate witness. Also | |
| 682 | 22 | to put them on 10 based on a PT | speculative as to what | |
| 682 | 23 | level and not based on the | agents other doctors | |
| 682 | 24 | clinical characteristics of the | have or what their | |
| 683 | 1 | patient, that's not evidence-based | practices are. | |
| 683 | 2 | medicine and that's not what we | Re: [682:16-690:22] | |
| 683 | 3 | do. | Pltf Obj Object to | |
| 683 | 4 | That, in my mind, is | leading. Object to | |
| 683 | 5 | treating the patient -- sorry -- | improper expert opinion | |
| 683 | 6 | treating the physician, making | and lack of foundation. | |
| 683 | 7 | them feel better. And I | Object to hearsay | |
| 683 | 8 | understand why they might. But | anecdotal evidence. | |
| 683 | 9 | it's not evidence-based. So it's | | |
| 683 | 10 | not treating the patient. It's | | |
| 683 | 11 | making the doctor feel better. | | |
| 683 | 12 | BY MR. HOROWITZ: | | |
| 683 | 13 | Q. Let's go to the next bullet | | |
| 683 | 14 | point on Page 3, "Appropriate time to | | |
| 683 | 15 | measure." What did you mean by that? | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
683  16    A.   Well, again, the NOACs have
683  17    a shorter half-life.  So the timing of
683  18    the sample is much more critical than it
683  19    is with an INR, which you can check
683  20    almost at any time.  And you have to
683  21    decide, well, which are we going to look
683  22    at?  Should we look at peak?  Do we look
683  23    at trough?  Do we look at the mid range?
683  24          And then you're also
684   1    dependent on when to take the sample
684   2    according to when the patient says they
684   3    last took the medication.  We're all
684   4    human, and sometimes we don't remember
684   5    yesterday when we took our Xarelto pill
684   6    or any other pill.
684   7          And that timing is important
684   8    in trying to dose the medication.  I'm
684   9    sorry.  I didn't mean dose.  I meant in
684  10    testing the medication.
684  11    Q.   Let's look at the next
684  12    bullet point.  "Proof of the clinical
684  13    worth of taking the measurement."  I
684  14    think you've probably explained this.
684  15    But give it to us in a short,
684  16    understandable way.
684  17    A.   Right.  When you take a
684  18    value, whatever measurement that you
684  19    take, the value of the concentration
684  20    level or of the PT is fleeting, because
684  21    the concentration level in the blood is
684  22    changing.
684  23          That's not like how it is
684  24    with warfarin where it's fairly constant
685   1    during the day.
685   2          So there's very little
685   3    lasting information beyond the moment of
685   4    testing.  And so you're trying to kind of
685   5    play catchup.  Remember, you know, the
685   6    sample won't come to you with a result
685   7    the next minute.  It probably will take
685   8    an hour or so to get it back.  You have
685   9    to judge, okay, where might the patient
685  10    be on the curve?
685  11          And despite the work that's
685  12    been done so far, there hasn't been any
685  13    direct association made with that having
685  14    a benefit.  So where we are right now is
685  15    that it's just not proven to be of
685  16    clinical benefit.
685  17          The clinical trial data and
685  18    the patient characteristics are what are
685  19    important.
685  20    Q.   All right.  Let's go to
685  21    Slide 5.  You may have just covered the
685  22    first bullet point.  "Value added for the
685  23    patient by taking the measurement not
685  24    clear."
686   1          Have you explained that to
686   2    us or is there anything you want to add
686   3    here?
686   4    A.   Yeah, well, this is another
686   5    important point, I think, about
686   6    coagulation, that when we see a patient
```

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

686  7    who has a blood clot or we see a patient
686  8    that comes in with a bleeding event,
686  9    that, that -- what the value, whether --
686 10    what the value is of a NOAC at that time
686 11    is not when the event occurred. You
686 12    don't know that. That could happen
686 13    minutes before. It could be hours
686 14    before. It could be days before. Clots
686 15    in the legs start in the valves and tiny
686 16    vessels. And then they grow and grow and
686 17    grow.
686 18          By the time they're
686 19    symptomatic to you and me, there could be
686 20    hours and days that have gone by. So the
686 21    measurement is not of value in that
686 22    situation.
686 23          So that's the point of that
686 24    bullet.

689:3  -  690:22  Berkowitz, Scott 2016-10-20          1:48

689  3    Q.   Let me ask you, plaintiffs'
689  4    counsel in -- in his questions to you
689  5    asked you about the correlation between
689  6    blood plasma concentration of rivaroxaban
689  7    and bleeding risk.
689  8          Do you recall that?
689  9    A.   Right.
689 10    Q.   And he asked you questions
689 11    about whether it would be misleading to
689 12    say that there's no correlation between
689 13    Xarelto blood plasma concentration and
689 14    bleeding risk.
689 15          Do you recall that
689 16    conversation?
689 17    A.   Yes, it was a little bit
689 18    confusing, because there was some mixup
689 19    with concentrations and PTs. And I was
689 20    not clear on some of the questions.
689 21    Q.   Okay. In what phase of the
689 22    clinical trials did the company primarily
689 23    look at the PK/PD parameters and blood
689 24    plasma concentration and bleeding risk?
690  1    A.   So all that work was done in
690  2    the Phase III -- sorry -- the Phase II
690  3    studies, the dosing studies. So the
690  4    orthopedic for phase II studies. The VTE
690  5    treatment Phase II studies. We also had
690  6    ACS studies.
690  7    Q.   And -- and how would you
690  8    characterize the range of doses that were
690  9    looked at in Phase II?
690 10    A.   Well, there we -- we went to
690 11    a range from 1.25 milligrams, I believe,
690 12    all the way up to 80 milligrams. These
690 13    are 80 milligrams, of course, and -- and
690 14    above 20 milligrams as we know we don't
690 15    use, but we did a wide range in those
690 16    studies. That is the purpose of them.
690 17    Q.   Okay. And what did you see
690 18    in the Phase II when you looked at this
690 19    broad or wide range of doses, what did
690 20    you see with respect to concentration
690 21    increases at those higher doses and the

**Objections In:**

Re: [682:16-690:22]
Pltf Obj Object as
leading and improper
expert opinion through
corporate witness. Also
speculative as to what
agents other doctors
have or what their
practices are.
Re: [682:16-690:22]
Pltf Obj Object to
leading. Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

**Rulings:**

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

690 22      correlation to bleeding risk?

690:24 -   691:18 Berkowitz, Scott 2016-10-20      0:35

690 24            THE WITNESS:  Well, I think
691  1      this is where the confusion came
691  2      in.  So I was thinking about our
691  3      work in Phase II, and when you get
691  4      up into that range, into 60 and
691  5      80 milligrams, then you certainly
691  6      can see some increase and
691  7      relationship to bleeding risk.
691  8      But it's not in the phase -- in
691  9      the indication doses that we use
691 10      like 20 milligrams or
691 11      10 milligrams in the -- the
691 12      different indications we have
691 13      approval for.
691 14   BY MR. HOROWITZ:
691 15      Q.  Do you see a correlation
691 16      between bleeding risk and blood plasma
691 17      concentration within the therapeutic
691 18      doses?

Re: [690:24-691:18]
Pltf Obj Object as leading
Re: [690:24-691:18]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

Pending

691:20 -   692:9 Berkowitz, Scott 2016-10-20      0:19

691 20            THE WITNESS:  I -- I don't
691 21      believe that's been shown.  I
691 22      don't think we saw that.  I think
691 23      we saw it in those -- we just saw
691 24      it in our Phase II studies where
692  1      we really looked at this
692  2      carefully, at the high ranges.
692  3   BY MR. HOROWITZ:
692  4      Q.  The high range of doses?
692  5      A.  High range of -- of doses as
692  6      part of that whole program.  Looking
692  7      for -- we didn't know where it was going
692  8      to come in, but that's where it came in,
692  9      at doses that are not used or approved.

Re: [691:20-692:9]
Pltf Obj Object as leading
Re: [691:20-692:9]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

Pending

693:11 -   694:18 Berkowitz, Scott 2016-10-20      1:15

693 11      Q.  Let's go back to your slide
693 12      deck.  Let's turn to Slide 9.  I think
693 13      we're up to B now.
693 14      A.  Yes.
693 15      Q.  Is there a rationale for
693 16      monitoring?
693 17      A.  It was the middle section of
693 18      the talk.
693 19      Q.  Okay.  And -- and what are
693 20      you conveying with respect to your first
693 21      bullet point:  "When is it valuable to
693 22      monitor routinely?"
693 23      A.  Yeah, so this is a -- just a
693 24      general discussion of -- of monitoring.
694  1      And here we are talking about monitoring
694  2      in a routine way of labs.  And the
694  3      question is just when is it valuable to
694  4      monitor routinely.  So what situations
694  5      would you consider.
694  6            So if you have a test that
694  7      accurately and precisely measures the
694  8      drug levels, if you have a target window
694  9      that validated and maintained, if the

Re: [693:11-694:18]
Pltf Obj Object as leading
Re: [693:11-694:18]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

694 10 test actually predicts clinical outcome,
694 11 and if modifying the treatment on the
694 12 basis of the test result is shown to
694 13 improve outcome, these would be
694 14 situations where that could make a
694 15 difference. And you might want to
694 16 monitor routinely.
694 17 Q. Has that ever been shown for
694 18 Xarelto?

694:20 - 697:2 Berkowitz, Scott 2016-10-20          1:48

694 20 THE WITNESS: That's not
694 21 been shown for Xarelto.
694 22 BY MR. HOROWITZ:
694 23 Q. Let's take a look at the
694 24 next slide, Page 10.
695 1 A. Yeah.
695 2 Q. Now, this is titled "When is
695 3 it not valuable to monitor or measure?"
695 4 Is -- is there a difference
695 5 between monitor and measure in your mind?
695 6 A. Yes. I -- I think when --
695 7 we have to be careful about the words
695 8 that we use and we want to be clear with
695 9 each other when we use them.
695 10 So in these -- in this
695 11 context, we've been using monitor to mean
695 12 checking periodically and being required
695 13 to do that, a laboratory test. That's as
695 14 opposed to being able to measure.
695 15 Something that the company has worked on
695 16 for years and has achieved with other
695 17 commercial companies.
695 18 We do have a laboratory test
695 19 that can be used to measure. It's not
695 20 yet approved in the U.S., but it's
695 21 something we've worked hard with the
695 22 companies to allow.
695 23 Q. What test is that?
695 24 A. Well, this is a test that's
696 1 not based on the PT test, because that --
696 2 although research was done on that, it's
696 3 just not reliable as a -- as a base for
696 4 the test.
696 5 Q. Let me pause you there.
696 6 When you say research was done on that,
696 7 who did that research?
696 8 A. Well, the way we worked for
696 9 this is we weren't trying to have a
696 10 commercial test of our own from Bayer.
696 11 So the company worked with
696 12 actually five companies that are
696 13 diagnostics companies, and we gave
696 14 intellectual support along with academic
696 15 leaders and provided substance to use to
696 16 do the testing. So it was done
696 17 independently, but we -- we talked with
696 18 the thought leaders on that.
696 19 Q. Did you also provide Dr. Ted
696 20 Spiro to work on that?
696 21 A. Yes, Dr. Ted Spiro's a -- he
696 22 is actually a pathologist initially, but
696 23 worked in antithrombotics for many years.

Re: [694:20-697:2]
Pltf Obj Object as
leading
Re: [694:20-697:2]
Pltf Obj Object to
leading. Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

696 24     And he reports to me. He had expertise
697 1     in that area, so he's been working on
697 2     that.

**697:19 -   698:18 Berkowitz, Scott 2016-10-20**     0:56

697 19     Q. Yeah. What was -- what
697 20     was -- why was the company looking at PT
697 21     in terms of developing a test that could
697 22     measure prothrombin time in the context
697 23     of the Xarelto development program?
697 24     A. Well, they were looking at
698 1     it not that the PT itself would be, but
698 2     that you could use it as a base to
698 3     develop a test. And it's simpler. So --
698 4     and doctors would have some -- more
698 5     familiarity, the lab would -- it would be
698 6     a little bit easier. So that's the
698 7     start. I mean, if you could, you would.
698 8     But -- but doing that work,
698 9     it turned out that the anti-Factor Xa
698 10     assay, which is a little bit more
698 11     complicated was a better base, a more
698 12     reliable base to develop the entire test
698 13     on.
698 14     Q. So as between the PT test,
698 15     even when using Neoplastin assay and
698 16     anti-Factor Xa, for measuring
698 17     rivaroxaban, it turned out the
698 18     anti-Factor Xa was the better way to go?

**Re: [697:19-698:18]**
**Pltf Obj** Object as leading. Lack of foundation. Calls for expert opinion from corporate witness.
**Re: [697:19-698:18]**
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

**698:21 -   699:1 Berkowitz, Scott 2016-10-20**     0:04

698 21     THE WITNESS: Yeah, because
698 22     the PT test was -- was just not
698 23     sensitive, especially at the lower
698 24     levels.
699 1     BY MR. HOROWITZ:

**Re: [698:21-701:17]**
**Pltf Obj** Object as leading. Lack of foundation. Calls for expert opinion from corporate witness.
**Re: [698:21-701:17]**
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

**704:20 -   708:11 Berkowitz, Scott 2016-10-20**     3:03

704 20     Q. Let's go back to your slide
704 21     deck, Page 12. The title is, "What we
704 22     should do rather than monitor measure a
704 23     level." And the first bullet point is,
704 24     "Monitor the patient." What do you mean
705 1     by that?
705 2     A. Yes, I get a little vehement
705 3     about this point, because I care so much
705 4     about patients. But, you know, despite
705 5     spending my career in developing
705 6     antithrombotic medications, it was never
705 7     about not being able to see the patient.
705 8     In other words, be free of seeing them
705 9     for six months. As I said,
705 10     anticoagulants are very potent medicines.
705 11     But they have a very important purpose.
705 12     But we have to watch the

**Re: [704:20-708:11]**
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
**Re: [704:20-708:11]**
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence. Also prejudicial discussions of patient care.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

705 13 patient. It's always about the patient.
705 14 So we need to understand them. As they
705 15 he age, they get new patient
705 16 characteristics to worry about. They get
705 17 different medications. And we must see
705 18 them periodically and ask them the litany
705 19 of questions about, for example, did they
705 20 have some bleeding around the gums.
705 21 Maybe they forgot when they brushed their
705 22 teeth two weeks ago and you remind of
705 23 that when you ask.
705 24         Or did they have blood on
706  1 the toilet tissue. You ask them about
706  2 the kinds of things that could hint that
706  3 there could be a problem in the future
706  4 and then you act.
706  5         So you don't -- it's not
706  6 just about checking an INR, which is
706  7 convenient. And in some ways, just easy
706  8 to do and not even talk to the patient.
706  9 I checked the INR every four weeks.
706 10 Everything is fine. It's much more than
706 11 just doing a lab test.
706 12 Q.   What do you mean by the
706 13 second-to-last bullet point, "Measure for
706 14 the right reasons"? Explain that to us.
706 15 A.   I think you have to have
706 16 some understanding of what you're
706 17 measuring for. You have to have a reason
706 18 to do it. If a patient said to you, you
706 19 know, I'm having frequent episodes of
706 20 bleeding, but maybe they're more minor.
706 21 Maybe it is gum bleeding or maybe it is
706 22 on the toilet tissue, that could be an
706 23 indication where you might want to check
706 24 it and see if maybe it is at some level.
707  1         But it's more than just
707  2 checking the drug. It's checking
707  3 creatinine clearance. It's checking
707  4 hemoglobin. It's measuring certain
707  5 things that will provide you value. You
707  6 have to be able to interpret the result
707  7 when you get it; otherwise, you increase
707  8 the risk of errors in patient care.
707  9 Q.   The last bullet point,
707 10 "Treat the patient, not a level," what
707 11 does that mean?
707 12 A.   Well, you know, oftentimes
707 13 we'll get a PT value. Let's say it's an
707 14 INR of 3.2. Is that -- that's high.
707 15 Yeah. What do you do? Do you change
707 16 them? Do you change their dose? They've
707 17 been stable for months. You get a 3.2 or
707 18 3.5.
707 19         That's not what most
707 20 physicians should do. They should go
707 21 over the questions with the patient. Did
707 22 their diet change? Did they get new
707 23 medications? Did something change in
707 24 their life? Did they have an infection?
708  1 And if all of that seems pretty stable,
708  2 you're more likely to bring them back in
708  3 a few days and recheck it and see if it

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 708 | 4 | still is high. |
| 708 | 5 | If it's high then, then you |
| 708 | 6 | may make a change.  But you don't just |
| 708 | 7 | get a list of INRs on your patients that |
| 708 | 8 | day and just start adjusting doses |
| 708 | 9 | without talking with the patient.  You |
| 708 | 10 | treat and monitor the patient, not the |
| 708 | 11 | level. |

**727:7  -  727:11 Berkowitz, Scott 2016-10-20**   0:10

| 727 | 7 | Q.   That said, does the U.S. |
| 727 | 8 | label for Xarelto provide information to |
| 727 | 9 | doctors who need in your view to make |
| 727 | 10 | appropriate decisions about how to best |
| 727 | 11 | treat their patients? |

Re: [727:7-727:11]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
**Re: [727:7-727:11]**
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**727:13 -   727:14 Berkowitz, Scott 2016-10-20**   0:00

| 727 | 13 | THE WITNESS:  I think it |
| 727 | 14 | does. |

Re: [727:13-727:14]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
**Re: [727:13-727:14]**
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**727:16 -   727:21 Berkowitz, Scott 2016-10-20**   0:09

| 727 | 16 | Q.   Why don't we take a look at |
| 727 | 17 | a few.  Why don't we look at, example, |
| 727 | 18 | Section 5, the warning and precautions |
| 727 | 19 | section. |
| 727 | 20 | A.   Right. |
| 727 | 21 | Q.   What is Section 5.2 headed? |

Re: [727:16-727:21]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
**Re: [727:16-727:21]**
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**728:4  -   728:6 Berkowitz, Scott 2016-10-20**   0:03

| 728 | 4 | Q.   What, if anything, does it |
| 728 | 5 | say with regard to evaluation of |
| 728 | 6 | patients? |

Re: [728:4-728:6]
**Pltf Obj** Object as leading and lack of

Pending

106

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion. | | |
| | **Re: [728:4-728:6]** **Pltf Obj** Object to leading; improper expert opinion. | | |

| 728:9 - 729:1 Berkowitz, Scott 2016-10-20 | | 0:30 | | |
|---|---|---|---|---|

| 728 9 | THE WITNESS:  Well, as we |
| 728 10 | had discussed about how we care |
| 728 11 | for patients, promptly evaluate |
| 728 12 | any signs or symptoms of blood |
| 728 13 | loss and consider the need for |
| 728 14 | blood replacement. |
| 728 15 | So clearly that's evidence |
| 728 16 | that you have to watch patients on |
| 728 17 | anticoagulants. |
| 728 18 | BY MR. HOROWITZ: |
| 728 19 | Q.   What about, for example, |
| 728 20 | Section 5.4, use in patients with renal |
| 728 21 | impairment.  What does it say with |
| 728 22 | respect to patients and what does it -- |
| 728 23 | what type of information is provided to |
| 728 24 | doctors about patients with nonvalvular |
| 729 1 | atrial fibrillation? |

**Re: [728:9-729:1]**
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
**Re: [728:9-729:1]**
**Pltf Obj** Object to leading; improper expert opinion.

Pending

| 729:4 - 729:13 Berkowitz, Scott 2016-10-20 | | 0:17 | | |
|---|---|---|---|---|

| 729 4 | THE WITNESS:  In that |
| 729 5 | particular situation, it says |
| 729 6 | periodically assess renal function |
| 729 7 | as clinically indicated; that is, |
| 729 8 | more frequently in situations in |
| 729 9 | which renal function may decline, |
| 729 10 | and adjust therapy accordingly to |
| 729 11 | the dosage and administration |
| 729 12 | Section of 2.4 where we provide |
| 729 13 | that information. |

**Re: [729:4-729:13]**
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
**Re: [729:4-729:13]**
**Pltf Obj** Object to leading; improper expert opinion.

Pending

| 733:17 - 734:11 Berkowitz, Scott 2016-10-20 | | 0:40 | | |
|---|---|---|---|---|

| 733 17 | One of the things you spent |
| 733 18 | some time talking about was language |
| 733 19 | about PT in the United States product |
| 733 20 | insert.  Do you remember that? |
| 733 21 | A.   Yes. |
| 733 22 | Q.   And you said there was |
| 733 23 | language about PT that was proposed by |
| 733 24 | Janssen I believe, that the regulatory |
| 734 1 | authority would not allow into the label; |
| 734 2 | is that correct? |
| 734 3 | A.   What I said was that we have |
| 734 4 | standard language in our CCDS, our core |
| 734 5 | data sheet, and we include it in the SPC. |
| 734 6 | I know that we use it for all the labels, |
| 734 7 | and that it was initially there and then |
| 734 8 | during the interchange back and forth |
| 734 9 | it's not.  And they -- they struck it. |
| 734 10 | They have their reasons for why they do |
| 734 11 | different things but that's what I know. |

| 734:12 - 734:21 Berkowitz, Scott 2016-10-20 | | 0:20 | | |
|---|---|---|---|---|

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

734 12    Q.   But you were not involved in
734 13    label negotiations between Janssen and
734 14    the FDA for the United States product
734 15    insert, were you?
734 16    A.   No.  That's not correct.
734 17    I -- I am.  I'm not deeply involved in
734 18    it.  They keep us in communication.  We
734 19    may comment on the label that they go
734 20    back and forth.  So there's some
734 21    interaction.  But they are responsible.

735:1  -  735:10 Berkowitz, Scott 2016-10-20          0:21
735  1         You were not yourself
735  2    directly involved in the negotiations,
735  3    negotiating the label, with the FDA?
735  4    A.   No.  That's part of the
735  5    regulatory positions at J&J.
735  6    Q.   And as I believe you
735  7    testified to, you don't know why the FDA
735  8    struck that language, do you?
735  9    A.   I don't remember why that
735 10    was.

735:20 -  736:1  Berkowitz, Scott 2016-10-20         0:11
735 20    Q.   Okay.  Let me show you what
735 21    I'm going to mark as Exhibit 58.  And
735 22    this will be Plaintiffs' 2905274.
735 23         {Document marked for
735 24         identification as Exhibit
736  1         Berkowitz-58.)

| Objections In | Responses In | Rulings |
|---|---|---|
| **Re: [735:20-736:1]** **Def Obj** R, P, Relevance- Foreign Regulatory, LF, PK | Re: [735:20-736:1] Pltf Resp Relevant to failure to warn claims and witness's false statement that FDA struck warning language. Witness previously established foundation and knowledge regarding labeling negotiations. | Pending |

736:6  -  736:10 Berkowitz, Scott 2016-10-20         0:10
736  6    Q.   Exhibit 58 is a document
736  7    entitled "Xarelto USPI Label Contingency
736  8    Document" from LRC, April 23, 2009,
736  9    correct?
736 10    A.   Yes.

| Objections In | Responses In | Rulings |
|---|---|---|
| **Re: [736:6-736:10]** **Def Obj** R, P, Relevance- Foreign Regulatory, LF, PK | Re: [736:6-736:10] Pltf Resp Relevant to failure to warn claims and witness's false statement that FDA struck warning language. Witness previously established foundation and knowledge regarding labeling negotiations. | Pending |

737:13 -  737:22 Berkowitz, Scott 2016-10-20         0:18
737 13    Q.   If you look you see there's
737 14    a statement in the middle of the box that
737 15    says, "Will we need to add a new 5.4
737 16    laboratory section like Lovenox?"
737 17         Do you see that?

| Objections In | Responses In | Rulings |
|---|---|---|
| **Re: [737:13-737:22]** **Def Obj** R, P, Relevance- Foreign Regulatory, LF, PK | Re: [737:13-737:22] Pltf Resp Relevant to failure to warn claims and witness's false statement that | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 737 18 | A. I do. | | FDA struck warning | |
| 737 19 | Q.  You understand that Section | | language.  Witness | |
| 737 20 | 5 is the warning section of the United | | previously | |
| 737 21 | States product insert, right? | | established | |
| 737 22 | A.  Yes. | | foundation and | |
| | | | knowledge regarding | |
| | | | labeling | |
| | | | negotiations. | |

**738:4  -   738:23** Berkowitz, Scott 2016-10-20 — 0:37

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 738  4 | Q.  It says, "Only if section is | Re: [738:4-738:23] | Re: [738:4-738:23]     Pending | |
| 738  5 | requested, consider modifying | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to | |
| 738  6 | significantly without stool occult blood | Foreign Regulatory, LF, | failure to warn | |
| 738  7 | test and PT is not insensitive." | PK | claims and witness's | |
| 738  8 | Do you see that? | | false statement that | |
| 738  9 | A.  Yeah. | | FDA struck warning | |
| 738 10 | Q.  Okay.  And what it says | | language.  Witness | |
| 738 11 | is -- and then it lists the language from | | previously | |
| 738 12 | the Canadian label. | | established | |
| 738 13 | Do you see that? | | foundation and | |
| 738 14 | A.  I do. | | knowledge regarding | |
| 738 15 | Q.  And so the instructions is | | labeling | |
| 738 16 | only give this if the section is | | negotiations. | |
| 738 17 | requested, right? | | | |
| 738 18 | A.  Well, it says, "Only if | | | |
| 738 19 | section is requested, consider modifying | | | |
| 738 20 | significantly without stool occult blood | | | |
| 738 21 | test and PT is not insensitive." | | | |
| 738 22 | Q.  Right. | | | |
| 738 23 | A.  Yeah. | | | |

**739:12 -   740:5** Berkowitz, Scott 2016-10-20 — 0:35

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 739 12 | Q.  If you go over to the third | Re: [739:12-740:5] | Re: [739:12-740:5]     Pending | |
| 739 13 | box there on the bottom, it just has in | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to | |
| 739 14 | bold, "Number 1, defend not having any | Foreign Regulatory, LF, | failure to warn | |
| 739 15 | laboratory monitoring statement in the | PK, MD, Concede- | claims and witness's | |
| 739 16 | warning section," doesn't it? | Routine Monitoring, | false statement that | |
| 739 17 | A.  Sorry.  Where are you? | Concede-PT/Dose | FDA struck warning | |
| 739 18 | Q.  This box right here. | Adjustment | language.  Witness | |
| 739 19 | A.  Okay.  Thank you. | | previously | |
| 739 20 | Q.  It says, "Defend not having | | established | |
| 739 21 | any laboratory monitoring statement," | | foundation and | |
| 739 22 | doesn't it? | | knowledge regarding | |
| 739 23 | A.  Yes. | | labeling | |
| 739 24 | Q.  And this is in the warning | | negotiations.  No | |
| 740  1 | section? | | mischaracterization | |
| 740  2 | A.  Yes. | | of document as | |
| 740  3 | Q.  And it strikes out "if | | witness confirmed | |
| 740  4 | needed" all of this language about PT, | | reading was correct. | |
| 740  5 | correct? | | | |

**740:18 -   740:23** Berkowitz, Scott 2016-10-20 — 0:07

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 740 18 | THE WITNESS:  Yeah, I'm not | Re: [740:18-740:23] | Re: [740:18-740:23]     Pending | |
| 740 19 | sure exactly if this is all the | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to | |
| 740 20 | language about PT or not.  I just | Foreign Regulatory, LF, | failure to warn | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 740 21  see a Section 2, it says "if<br>740 22  needed" and everything is struck<br>740 23  from there. | PK, MD, Concede-<br>Routine Monitoring,<br>Concede-PT/Dose<br>Adjustment | claims and witness's<br>false statement that<br>FDA struck warning<br>language. Witness<br>previously<br>established<br>foundation and<br>knowledge regarding<br>labeling<br>negotiations. No<br>mischaracterization<br>of document as<br>witness confirmed<br>reading was correct. | |
| **741:1 - 741:6** Berkowitz, Scott 2016-10-20   0:16<br>741  1  Q.  Okay.  Are you aware of at<br>741  2  any point Janssen requesting the FDA to<br>741  3  include language about PT in the warning<br>741  4  section of the label?<br>741  5  A.  I'm not aware of the<br>741  6  detailed discussions and negotiations. | Re: [741:1-741:6]<br>**Def Obj** R, P, Relevance-<br>Foreign Regulatory, LF,<br>PK, MD, Concede-<br>Routine Monitoring,<br>Concede-PT/Dose<br>Adjustment | Re: [741:1-741:6]<br>Pltf Resp Relevant to<br>failure to warn<br>claims and witness's<br>false statement that<br>FDA struck warning<br>language. Witness<br>previously<br>established<br>foundation and<br>knowledge regarding<br>labeling<br>negotiations. No<br>mischaracterization<br>of document as<br>witness confirmed<br>reading was correct. | Pending |
| **741:7 - 741:10** Berkowitz, Scott 2016-10-20   0:11<br>741  7  As I had said, I know in our core data<br>741  8  sheet and in our other labels we include<br>741  9  data about PT, and that's what I had said<br>741 10  before.  And that's what I can say now. | | | |
| **801:6 - 803:21** Berkowitz, Scott 2016-10-20   2:07<br>801  6  Q.  Doctor, I just -- once<br>801  7  again, Jeff Horowitz on behalf of Bayer.<br>801  8  I just want to follow up very quickly on<br>801  9  one document that plaintiffs' counsel has<br>801 10  asked you about a couple of times now.<br>801 11  It's Exhibit 54.  Do you have that in<br>801 12  front of you?<br>801 13  A.  I do.<br>801 14  Q.  If you recall, you were<br>801 15  asked questions, really twice now, about<br>801 16  the e-mail from Claudia Henn and some --<br>801 17  on September 18th and some of the<br>801 18  comments that you provided in response<br>801 19  to, frankly, the comments that are set<br>801 20  forth in the e-mail.<br>801 21      Do you recall that?<br>801 22  A.  Yes.<br>801 23  Q.  And in particular, there are<br>801 24  some comments that were made at the<br>802  1  end -- after Paragraph 4 at the end at | Re: [801:6-803:21]<br>Pltf Obj Objection to<br>leading. | | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

802  2    the very bottom of Bates Page 482.  You
802  3    were asked a lot of questions about that
802  4    particular paragraph.  Do you recall
802  5    that?
802  6    A.   I do.
802  7    Q.   Okay.  Were you shown by
802  8    counsel for plaintiff the very first
802  9    e-mail in the chain at the top, if you go
802  10   to the first page?  Was this covered with
802  11   you in questioning by plaintiffs'
802  12   counsel?
802  13   A.   No, this wasn't.
802  14   Q.   Okay.  And is this an e-mail
802  15   that you wrote on April 18, 2015, that
802  16   added additional comment?
802  17   A.   Yes.  It says, "Correction
802  18   of Document 1A version."  So that's the
802  19   subject.
802  20   Q.   And what's the comment that
802  21   you said you forgot to add?  Can you tell
802  22   us what that was?
802  23   A.   It looked like I had a
802  24   follow-up later in the afternoon of that
803  1    day.  It says, "Dear all, I forgot to add
803  2    one comment, which is now in the attached
803  3    version."
803  4    Q.   What did you say?
803  5    A.   I say, "Attempting to
803  6    incorporate posthoc dose adjustments for
803  7    a drug that does not have a narrow
803  8    therapeutic range, marked pharmacokinetic
803  9    variability, or a compliance issue after
803  10   clinical trials outcomes" -- sorry --
803  11   "clinical outcomes trials have proven its
803  12   efficacy and safety and postmarketing
803  13   surveillance has consistently shown a
803  14   positive benefit-risk balance is
803  15   scientifically inappropriate.  Altering
803  16   the current dose regimens in such a way
803  17   could lead to loss of efficacy with no
803  18   certainty of improvement in safety."
803  19       MR. HOROWITZ:  Doctor, I
803  20   have no further questions.  Thank
803  21   you.

04/20/17 15:10