## Berkowitz Designation Exhibits

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
|---|---|---|---|---|---|
| Berkowitz 01 | 398481 | Email from John Paolini to Scott Berkowitz and Olga Netto re: Para on HB monitoring for Q 21, and related DVT Question 35 | 4/25/2011 | Plaintiffs' Concession - Routine Monitoring, Relevance - RECORD/RECORD 4/DVT/PE, P  O  materiality/credibility 401, 607, 803(6), 608 | Document not limited to the issue of routine monitoring and not conceded in this context. Relevant to many other issues to be contested at trial, including the effect of determination of Xarelto concentration in the blood on the safety profile of the drug, as well as notice and discussion of important safety considerations in determining the plasma concentrations of the drug, whether or not in the context of patient screening, PT testing, an anti-factor Xa assay, or other testing. Probative value outweighs any prejudice. Plaintiff disputes the admissibility of this evidence is conceded. |
| Berkowitz 02 | 5767482 | Xarelto Label dated 08/2016 | 8/00/2016 | Relevance - Time, Plaintiffs' Concession - Routine Monitoring, P  O 401, 602 | Label is dated 2011, so defendants' objection is unclear. Is clearly relevant to many aspects of the Boudreaux case. Probative value outweighs any prejudice. Plaintiff disputes the admissibility of this evidence is conceded. |
| Berkowitz 04 | 99874 | Laboratory Methods Advisory Board Meeting Agenda | 12/19/2006 | Plaintiffs' Concession - Routine Monitoring, H, LF, P  O 401, 803(6), 608 | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Probative value outweighs any prejudice. Plaintiff disputes the admissibility of this evidence is conceded. |
| Berkowitz 05 | 936154 | Clinical development plan - Go/No Go Criteria | 4/30/2003 | Plaintiffs' Concession - Routine Monitoring, Relevance - RECORD/RECORD 4/DVT/PE, H, P  O 401, 803(6) | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Probative value outweighs any prejudice. |

## Berkowitz Designation Exhibits

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
|---|---|---|---|---|---|
| Berkowitz 06 | 936155 | Clinical Development Plan Go/No Go Criteria | 5/5/2003 | H, LF, Plaintiffs' Concession - Routine Monitoring, P<br><br>O<br>401, not 403<br>602, 803(6) | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Probative value outweighs any prejudice. |
| Berkowitz 07 | 7741 | Collaborative Development and License Agreement by and between Bayer Healthcare AG and Ortho-McNeil Pharmaceutical, Inc. (Exhibit E only) | 10/1/2005 | Plaintiffs' Concession - Routine Monitoring, Omnibus MIL No. 2 (CDLA) – Sustained, P<br><br>O<br>401, not 403<br>602, 803(6) | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Scope of the document also exceeds the ruling on Omnibus MIL No. 2, as goes to the commercial plan for Xarelto and stregy invloving the drug beyond sales and profits. Probative value outweighs any prejudice. |
| Berkowitz 08 | 399453 | Email from Kemal Malik to Bernhard Glombitza re: Xarelto - DVT and SPAF List of Questions (Day 120) - Strategy of Response | 5/3/2011 | Relevance - Foreign Regulatory, Plaintiffs' Concession - Routine Monitoring, P<br><br>O 602, 401 | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Scope of document extends beyond interation with foreign regulators. Probative value outweighs any prejudice. |
| Berkowitz 10 | 177638 | Email from Gerlind Holberg to large group enclosing comments to manuscript entitled "Rivaroxaban and Other Novel Oral Anticoagulants: Pharmacokinetics in Healthy Subjects, Specific Patient Populations and Relevance of Coagulation Monitoring." | 7/16/2012 | Plaintiffs' Concession - Routine Monitoring, Relevance - Chameleon, H, P<br><br>O motion to exclude<br>401, 602, 803(6) | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Probative value outweighs any prejudice. Ruling on Chameleon reserved. |

## Berkowitz Designation Exhibits

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
|---|---|---|---|---|---|
| Berkowitz 12 | 3083260 | CSRC Symposium: Is there a Role for Pharmacokinetic/Pharmacodynamics Guided Dosing for Nove Anticoagulants? Scott D. Berkowitz, M.D. | 11/21/2015 | Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, Relevance - Time, P ○ 401, not 403 607 | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Arguments on PT not conceded and scope of document exceeds both issues. This PPT deals directly with the defendants' notice of and concerns over important safety isssues with the drug. |
| Berkowitz 13 | 1158770 | Email between Theodore Spiro, Arnold Herman, Corinne DeBroye re My slides for Thursday: Belgian Advisory Board | 6/18/2008 | Plaintiffs' Concession - Routine Monitoring, P 602/ 401/ | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Document clearly deals with notice of and engagement in practice of hiding and obscuring data, which are highly proabative and relevant issues in this case. |
| Berkowitz 14 | 1158771 | Agenda Advisory Board June 19 | 7/2/2004 | Relevance - RECORD/RECORD 4/DVT/PE, Plaintiffs' Concession - Routine Monitoring, P 602/ 803(6) ○ 401/ | Issue not conceded in this context and document addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Non-hearsay as it goes to notice and awareness of a host of safety issues associated with Xaelto, or alternately is an excpetion to hearsay as a business record or party admission. Probative value outweighs any prejudice. |
| Berkowitz 16 | 372322 | Xarelto 15 mg film-coated tablets and 20 mg film-coated tablets Responses to List of Questions - Clinical Aspects | 3/11/2011 | P, PK, LF, Plaintiffs' Concession - Routine Monitoring, Relevance-Foreign Regulatory ⊘ 401/ 803(6) | Issue not conceded in this context and docuent addresses a number of issues besides routone monitoring that are relevant to the case. Probative value outweighs any prejudice. Scope of document extends beyond interation with foreign regulators. Probative value outweighs any prejudice. |

3

## Berkowitz Designation Exhibits

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
|---|---|---|---|---|---|
| Berkowitz 29 | 3673723 | Email from Robert Califf to Jonathan Piccini et al. | 8/11/2012 | R, P, H, LF, Plaintiffs' Concession-Label/Risk of Bleeding, Plaintiffs' Concession-Dose too high  401, 803(6) 602, 607 | Testimony relevant and highly probative to conduct, context, and reliability of ROCKET trial, upon which the Afib indication is largely based, as well as related safety data on bleed risk. Plaintiff disputes the admissibility of this evidence is conceded. Not offered for hearsay purpose, rather for notice of weaknesses of the underlying ROCKET dataset as well as available data applicable to safety. Also business record exception and party admission. Foundation easily established considering deponents prominent, substantive role in the email string as well as on the ROCKET study. |
| Berkowitz 30 | 1070527 | Email from Anne Vosatka to Troy Sarich, Kenneth Turner, Liping Zhang, Clapton Dias, Gregory Moser, Gary Peters, Ihab Girgis, James Pan, Juergen Weber, Scott Berkowitz, Dagmar Kubitza, Edmond Chen, Christine Tarenz, Anja Alpers re Help obtainng think tank summary slides? Xarelto - CHMP request for information by 15 April 2015 | 3/29/2015 | Relevance - Time, Relevance - Foreign Regulatory, Relevance - Nonapproved Indications, Plaintiffs' Concession - Routine Monitoring, R, P, LF, H, Plaintiffs' Concession-PT/Dose Adjustment, 602, 401 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the correlation between anti-FXa activity with concentration. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. Foundation established considering witness' role in these discussions in this email string and more broadly. |
| Berkowitz 35 | 1094747 | Berkowitz, Scott, Ex. 35: Challenges in Designing and Implementing a Global Clinical Research Program | 10/15/2014 | | |

| Berkowitz Designation Exhibits | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
| Berkowitz 48 | 177639 | Mueck W, Schwers S, Stampfuss J. Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thromb J. 2013 Jun 28,11(1):10. doi: 10.1186/1477-9560-11-10. | 6/28/2013 | LF  602  401 | Deponent's responsibility and experience with the Xarelto development along with his testimony provide more than adequate foundation for this document.. |
| Berkowitz 50 | 3668403 | Email from Liping Zhang to Gary Peters re: ATLAS exposure - response modeling. | 10/10/2015 | Relevance - Nonapproved Indications, Plaintiffs' Concession - Failure to Test, H, Relevance - Time, P, LF, PK  401  602 | Email pertains to data streams available to Defendants relating to exposure response correlation highly relevant to safety information, specifically providing notice of bleed risk and study conduct that extrapolates to approved indications. Relevant for non-hearsay purpose: notice of data implicating patient safety. Also, business records exception and admission. Deponent's responsibility and experience with the Xarelto development along with his testimony provide more than adequate foundation for this document. Plaintiff disputes the admissibility of this evidence is conceded. |
| Berkowitz 51 | 3668404 | Rivaroxaban - Project 100 Quantitative Sciences PowerPoint Presentation | 9/9/2010 | H, LF, PK  401  803(6)  not 403  602 | Email pertains to data streams available to Defendants relating to exposure response correlation highly relevant to safety information, specifically providing notice of bleed risk and study conduct that extrapolates to approved indications. Relevant for non-hearsay purpose: notice of data implicating patient safety. Also, business records exception and admission. Deponent's responsibility and experience with the Xarelto development along with his testimony provide more than adequate foundation for this document. Plaintiff disputes the admissibility of this evidence is conceded. |

| Berkowitz Designation Exhibits | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
| Berkowitz 52 | 80333 | Email from Dagmar Kubitza to Scott Berkowitz, Andrea Derix RE: WG: HOLD for Review of time sensitive PR communication | 8/18/2014 | Relevance - Time, Incomplete 106, Plaintiffs' Concession - Routine Monitoring, Relevance - Nonapproved Indications, P, PK, H<br><br>O<br>602/401 | Email pertains to data streams available to Defendants relating to exposure response correlation highly relevant to safety information, specifically providing notice of bleed risk and study conduct that extrapolates to approved indications. Relevant for non-hearsay purpose: notice of data implicating patient safety. Also, business records exception and admission. Deponent's responsibility and experience with the Xarelto development along with his testimony provide more than adequate foundation for this document. Plaintiff disputes the admissibility of this evidence is conceded. |
| Berkowitz 53 | 3388635 | Email 11/09/2015 from Kubitza to Berkowitz et al. AW: Difficulties with preparing slide presentation for EMA Workshop | 9/11/2015 | H, Relevance - Time, Relevance - Foreign Regulatory, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, P, LF, PK<br><br>O<br>602/401<br>803(6) | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Defendants' deliberation on whether and how to convey safety information to regulators, consumers, and prescribers. Not offered for hearsay purpose, rather for notice. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. Foundation established considering witness' role in these discussions in this email string and more broadly. |

| Berkowitz Designation Exhibits | | | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff Response to Def Obj |
| Berkowitz 54 | 1075492 | Email between Scott Berkowitz, Claudia Henn, Andrea Horvat-Broecker, Juergen Weber, Sabine Frenzen, Theodore Spiro, Dagmar Kubitza, Melanie Hemmrich, Martin Homering re CORECTION: RE: Docuement 1a - version 04181_ 1430 CET | 4/18/2015 | Relevance - Time, Relevance - Foreign Regulatory, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, P, <br><br>602<br>401<br>607 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Defendants' deliberation on whether and how to convey safety information to regulators, consumers, and prescribers. Not offered for hearsay purpose, rather for notice. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Berkowitz 55 | 1094903 | Consolidation call - Xarelto PK/PD statement | 7/31/2014 | Relevance - Time,<br>Relevance - Nonapproved Indications, P, Plaintiffs' Concession - Routine Monitoring, LF<br><br>602/607<br>401 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Foundation established considering witness' role in these discussions in this email string and more broadly. |
| Berkowitz 58 | 2905274 | XARELTO (rivaroxaban) USPI Labeling Contingency Document - From LRC 23-Apr-09 | 5/12/2011 | P, H, LF, Relevance-Foreign Regulatory, Plaintiffs' Concession-Routine Monitoring, Plaintiffs' Concession-PT/Dose Adjustment<br><br>O 602<br>401 803(6)<br>607 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk.Further, also relevant to Defendants' deliberation on whether and how to convey safety information to regulators, consumers, and prescribers. Foundation established considering witness' role in the development and history of this compound. |