MINUTE ENTRY
FALLON, J.
APRIL 26, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON          Wednesday, April 26, 2017, 8:51am
Case Manager: Dean Oser                                (Continued from April 25, 2017)
Court Reporter: Karen Ibos/Jodi Simcox

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Kevin Newsom, Esq. for Defendants

<u>JURY TRIAL</u>
Out of the presence of the jury, Defendants' Motion to Strike the Testimony of Dr. Kessler and for Judicial Admission – after argument, motion was DENIED in part and parties to brief the Court regarding Judicial Admission.
Defendant's Motion to Strike Dr. Kessler's Opinion

<u>Plaintiffs' Witnesses Continued:</u>
Joseph "Johnny" Boudreaux, Jr. – sworn and testified
Loretta Boudreaux – sworn and testified
Video Deposition of Dr. David Berkowitz was played in lieu of his live testimony
Dr. Cindy Leissinger – sworn, offered as an expert in the field of hematology. Coagulation systems and anti-coagulation materials – accepted and testified

Court adjourned at 5:40 pm until Thursday, April 27, 2017, at 8:45am

JS10:   6:43