UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*MORGAN E. JACKSON, JR., an Incapacitated Adult,*
*by ALLEN YOUNGBLOOD, his Power of Attorney*

Civil Action No. 2:15-cv-05642-EEF-MBN

**ORDER**

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Allen Youngblood, Representative of the Estate of Decedent, Morgan E. Jackson Jr.'s substitution as Plaintiff in this action is GRANTED.

Signed this ___24th___ day of _____April_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1