UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RUBY DARLEEN BURNS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
Civil Action No. 2:16-cv-09073

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Carla Rutherford as surviving child of Ruby Darleen Burns is substituted for Plaintiff Ruby Darleen Burns in the above captioned cause.

New Orleans, Louisiana this 24th day of April, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge