xarelto product liability - new (011146.0274)
Deposition Designations for Spiro T 20160510, Spiro T 20160511

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**13:22 - 14:20  Spiro, Theodore 2016-05-10**    1:19

| | | | |
|---|---|---|---|
| 13 22 Q.  Where do you currently work, | Re: [13:22-14:20] | | Pending |
| 13 23 Dr. Spiro? | Def Obj | | |
| 13 24 A.  I work in New Jersey. | | | |
| 14 1 Q.  Okay.  And for what company? | | | |
| 14 2 A.  New Jersey.  For Bayer | | | |
| 14 3 Healthcare Pharmaceuticals. | | | |
| 14 4 Q.  What is your current | | | |
| 14 5 position with Bayer? | | | |
| 14 6 A.  My current position is | | | |
| 14 7 senior director clinician. | | | |
| 14 8 Q.  Do you have any particular | | | |
| 14 9 either drugs or areas of focus that | | | |
| 14 10 you're currently assigned to? | | | |
| 14 11 A.  I work in the cardiology and | | | |
| 14 12 coagulation therapeutic area in the | | | |
| 14 13 thrombosis group.  And I work primarily | | | |
| 14 14 on rivaroxaban. | | | |
| 14 15 Q.  Since you joined Bayer -- | | | |
| 14 16 and I think we'll figure out it was | | | |
| 14 17 sometime in early 2006 or 2006 time | | | |
| 14 18 frame -- has rivaroxaban been the primary | | | |
| 14 19 drug you've worked on? | | | |
| 14 20 A.  Yes, it has. | | | |

Overruled
Relevant & not
confusing
401 & not
confusing
403 & more
appropriate
611 (c)

**22:17 - 22:21  Spiro, Theodore 2016-05-10**    0:14

| | | | |
|---|---|---|---|
| 22 17 Q.  And was one of your | Re: [22:17-22:21] | | Pending |
| 22 18 responsibilities to interact and to be a | Def Obj | | |
| 22 19 liaison with the people at J&J on the | | | |
| 22 20 development of Xarelto? | | | |
| 22 21 A.  Yes, it -- it was. | | | |

Overruled
611 (c)

**25:12 - 25:17  Spiro, Theodore 2016-05-10**    0:09

| | | | |
|---|---|---|---|
| 25 12 Q.  Okay.  Did you also work on | Re: [25:12-25:17] | Re: [25:12-25:17] | Pending |
| 25 13 the MAGELLAN trial? | Def Obj Relevance-Non- | Magellan | |
| 25 14 A.  Yes, I did. | approved indications, P | study relevant and | |
| 25 15 Q.  And was that also in the | | highly probative to | |
| 25 16 medically ill indications? | | notice, bleed risk, | |
| 25 17 A.  Yes, it was. | | and study conduct. | |

Overruled
401

**32:9 - 32:11  Spiro, Theodore 2016-05-10**    0:08

| | | | |
|---|---|---|---|
| 32 9 Q.  Okay.  What would you say | Re: [32:9-32:11] | Re: [32:9-32:11] | Pending |
| 32 10 were the major problems with MAGELLAN | Def Obj Relevance-Non- | Pltf Resp Magellan | |
| 32 11 from a safety perspective? | approved indication, P | study relevant and | |
| | | highly probative to | |
| | | notice, bleed risk, | |
| | | and study conduct. | |

Overruled
401

**32:14 - 33:1  Spiro, Theodore 2016-05-10**    0:33

| | | | |
|---|---|---|---|
| 32 14 THE WITNESS:  From a safety | Re: [32:14-33:1] | Re: [32:14-33:1] | Pending |
| 32 15 perspective, we saw increased | Def Obj Relevance-Non- | Pltf Resp Magellan | |
| 32 16 rates of bleeding in the | approved indication, P | study relevant and | |
| 32 17 rivaroxaban arm of the study. | | highly probative to | |
| 32 18 BY MR. OVERHOLTZ: | | notice, bleed risk, | |
| 32 19 Q.  Okay.  So more bleeding in | | and study conduct. | |

Overruled
401

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

32 20    the Xarelto arm compared to the Lovenox
32 21    plus placebo arm?
32 22    A.   Yes.  More bleeding in
32 23    the -- in the rivaroxaban arm compared to
32 24    the enoxaparin arm of the study, followed
33  1    by a placebo arm of the study.

**41:12  -  42:4**  Spiro, Theodore 2016-05-10     0:54
41 12    Q.   Okay.  At some point did you
41 13    also take on some responsibilities
41 14    related to the lifecycle management of
41 15    Xarelto?
41 16    A.   Yes.  I worked on the
41 17    lifecycle management program during its
41 18    initial development.
41 19    Q.   Okay.  And was this
41 20    something that you took on from the very
41 21    beginning of your time with Bayer?
41 22    A.   Yes, it was.
41 23    Q.   Okay.  And what is lifecycle
41 24    management?
42  1    A.   Lifecycle management is the
42  2    extension of -- of indications for a drug
42  3    that is likely to be approved for a
42  4    primary indication.

Objections In: Re: [41:12-42:4] Def Obj R, P

Responses In: Re: [41:12-42:4] Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleeding risk.

Rulings: Pending  *Overruled  EF*

**42:15  -  42:18**  Spiro, Theodore 2016-05-10     0:06
42 15    Q.   Now, whenever you talk -- we
42 16    use the term "lifecycle management," it's
42 17    not talking about the life of patients,
42 18    right?

**42:21  -  43:3**  Spiro, Theodore 2016-05-10     0:05
42 21    THE WITNESS:  No, it's not
42 22    talking about the life of
42 23    patients.
42 24    BY MR. OVERHOLTZ:
43  1    Q.   It's talking about the life
43  2    of the drug?
43  3    A.   Correct.

**43:4  -  43:6**  Spiro, Theodore 2016-05-10     0:06
43  4    Q.   Okay.  And by "life of the
43  5    drug," does that mean how long it can
43  6    stay on patent?

Objections In: Re: [43:4-43:6] Def Obj R , P

Responses In: Re: [43:4-43:6] Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleeding risk.

Rulings: Pending  *Overruled  401*

*Overruled*

**43:9  -  43:21**  Spiro, Theodore 2016-05-10     0:49
43  9    THE WITNESS:  Yes.  The -- a
43 10    lifecycle management program is a
43 11    program that takes place during
43 12    the -- the time that a -- a
43 13    product is covered by patent and
43 14    not yet available in a generic
43 15    form.

Objections In: Re: [43:9-43:21] Def Obj R , P

Responses In: Re: [43:9-43:21] Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure

Rulings: Pending

2

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 43 | 16 | BY MR. OVERHOLTZ: | | drug exposure to |
| 43 | 17 | Q.   And obtaining other | | identify patients at |
| 43 | 18 | indications for a drug beyond the primary | | increased bleeding |
| 43 | 19 | indication is one way of extending the | | risk. |
| 43 | 20 | life of the drug; is that correct? | | |
| 43 | 21 | A.   Yes, it is. | | |

55:19  -  55:21  Spiro, Theodore 2016-05-10          0:07

| 55 | 19 | Q.   Do you recall learning at | **Re: [55:19-55:21]** | Re: [55:19-55:21] | Pending |
| 55 | 20 | Bayer that the ACS indication was a high | **Def Obj** Relevance-Non- | Pltf Resp ACS |
| 55 | 21 | priority for them? | approved indications, P | indication history |

and study results
relevant and highly
probative to notice,
bleed risk, and study
conduct.  The
company, through
emails from Gary
Peters, and others
has admitted that
the very best data
the company had
with respect to
bleeding risk and
drug exposure was
from the ACS
studies, which
showed that
increased bleeding
risk was associated
withthose patients in
the highest 25% for
drug exposure
measured by Peak,
trough, or AUC for
drug exposure.  ACS

*Overruled*

55:24  -  55:24  Spiro, Theodore 2016-05-10          0:04

| 55 | 24 | THE WITNESS: Yes, I did. | Re: [55:24-55:24] | Re: [55:24-55:24] | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Def Obj** Relevance-Non-approved indications, P | Pltf Resp ACS indication history and study results relevant and highly probative to notice, bleed risk, and study conduct. The company, through emails from Gary Peters, and others has admitted that the very best data the company had with respect to bleeding risk and drug exposure was from the ACS studies, which showed that increased bleeding risk was associated withthose patients in the highest 25% for drug exposure measured by Peak, trough, or AUC for | Overruled 401 EF |

**56:18 - 56:22**  Spiro, Theodore 2016-05-10   0:19

| 56 18 | Q.  Okay.  And was the acute |
| 56 19 | coronary syndrome indication program part |
| 56 20 | of the lifecycle management activities |
| 56 21 | for Xarelto? |
| 56 22 | A.  Yes, it was. |

| | **Re: [56:18-56:22]** **Def Obj** Relevance-Non-approved indications, P | Re: [56:18-56:22] Pltf Resp ACS indication history and study results relevant and highly probative to notice, bleed risk, and study conduct. The company, through emails from Gary Peters, and others has admitted that the very best data the company had with respect to bleeding risk and drug exposure was from the ACS studies, which showed that increased bleeding risk was associated withthose patients in the highest 25% for drug exposure measured by Peak, trough, or AUC for drug exposure.  ACS study failed due to | Pending  Overruled 401 EF |

**77:9 - 77:13**  Spiro, Theodore 2016-05-10   0:08

| 77 9 | Q.  Now, so we've talked about |
| 77 10 | some of the different projects that you |
| 77 11 | were involved with at your time for |
| 77 12 | Bayer.  And we're going to talk more |
| 77 13 | specifically about some of those as the |

**77:14 - 78:9**  Spiro, Theodore 2016-05-10   1:01

| 77 14 | day goes on.  But one of the things that |
| 77 15 | we didn't really talk about was you |
| 77 16 | worked with -- on the issue of assay |
| 77 17 | development for determining exposure |
| 77 18 | levels to Xarelto? |
| 77 19 | A.  To measure concentration, |

| | **Re: [77:14-78:9]** **Def Obj** Incomplete | Re: [77:14-78:9] Pltf Resp Conceded. | Pending |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 77 20 | plasma concentrations. | |
| 77 21 | Q.   And was that work specific | |
| 77 22 | to any particular indication, or was it a | |
| 77 23 | across-the-board drug-based project? | |
| 77 24 | A.   It was a development, assay | |
| 78  1 | development that would be applicable to | |
| 78  2 | all indications under development. | |
| 78  3 | Q.   And was that something that | |
| 78  4 | you began working on very soon after you | |
| 78  5 | started with Bayer? | |
| 78  6 | A.   Within the first year, yes. | |
| 78  7 | Q.   Okay.  And how did you | |
| 78  8 | come -- | |
| 78  9 | A.   Within the second year. | |

**79:10 - 80:4   Spiro, Theodore 2016-05-10   0:55**

| | |
|---|---|
| 79 10 | Q.   And your work on the assay |
| 79 11 | development began, you said, a few months |
| 79 12 | after you started with the company.  And |
| 79 13 | how long did you continue to be involved |
| 79 14 | with that project? |
| 79 15 | A.   Our first -- our completion |
| 79 16 | of the project took place in 2012.  So |
| 79 17 | from 2006 when I joined the company and |
| 79 18 | became aware of the assay development |
| 79 19 | activities that were already ongoing and |
| 79 20 | then intensified over the years with the |
| 79 21 | approval of -- first approvals of |
| 79 22 | indications and requirements from the |
| 79 23 | European Medicine Agency to support assay |
| 79 24 | development. |
| 80  1 | Q.   Was there a team or |
| 80  2 | committee that was assigned to working on |
| 80  3 | this assay development project at Bayer? |
| 80  4 | A.   Yes, there was. |

Objections In: Re: [79:10-80:4]
**Def Obj** R, P, Relevance-Foreign Regulatory

Responses In: Re: [79:10-80:4]
Pltf Resp Assay information and history, including foreign, is highly probative to notice, contextualizing claims and defenses relating to parties' position on assays as well as prevents juror confusion.

Rulings: Pending — *Overruled*

**82:14 - 82:15   Spiro, Theodore 2016-05-10   0:03**

| | |
|---|---|
| 82 14 | Q.   Was there some pushback |
| 82 15 | within Bayer on doing assay development? |

Objections In: Re: [82:14-82:15]
**Def Obj**

Rulings: *Overruled 401* — Pending

**82:18 - 83:8   Spiro, Theodore 2016-05-10   0:46**

| | |
|---|---|
| 82 18 | THE WITNESS:  Of course, we |
| 82 19 | had already developed an assay for |
| 82 20 | the drug, because in order to |
| 82 21 | develop a drug, we have to have a |
| 82 22 | methods -- method or methods to |
| 82 23 | measure its concentrations for our |
| 82 24 | Phase I program. |
| 83  1 | So we had a gold standard |
| 83  2 | assay that was available and |
| 83  3 | published at some point in time in |
| 83  4 | the literature as a method.  And |
| 83  5 | we were looking at additional |
| 83  6 | assay development in order to have |
| 83  7 | assays more available at the level |
| 83  8 | of a routine clinical laboratory. |

Objections In: Re: [82:18-83:8]
**Def Obj**

Rulings: Pending

**85:5 - 85:24   Spiro, Theodore 2016-05-10   1:02**

| | |
|---|---|
| 85  5 | Q.   Dr. Spiro, earlier you told |
| 85  6 | me about a meeting that you put together |
| 85  7 | to look at assay development with respect |
| 85  8 | to measuring Xarelto plasma |
| 85  9 | concentrations in patients.  Do you |

Objections In: Re: [85:5-85:24]
**Def Obj**

Rulings: Pending

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

85 10   recall that?
85 11   A.   Yes, I do.
85 12   Q.   We were referring to the
85 13   meeting that you put together in Paris in
85 14   December of 2006?
85 15   A.   Yes, I was.
85 16   Q.   Okay.  And what was the
85 17   purpose of that meeting in December of
85 18   2006?
85 19   A.   It was to discuss laboratory
85 20   methods that could be used to measure
85 21   rivaroxaban pharmacodynamic effects and
85 22   potentially might be used to measure
85 23   rivaroxaban concentrations in biological
85 24   fluid, such as plasma or urine.

**86:1   -   86:6   Spiro, Theodore 2016-05-10**    0:12
86  1   Q.   Okay.  Was one of the
86  2   considerations for this meeting to
86  3   determine whether or not assays could be
86  4   used for measuring plasma concentrations
86  5   that could be used for monitoring
86  6   patients who would be taking Xarelto?

Re: [86:1-86:6]
**Pltf Obj** Object as not
necessary for
completeness and
therefore should be
played in Defendants
direct, if at all.  Also
duplicative of later
testimony designated by
both parties.

Pending

*Overruled*

**86:9   -   87:15   Spiro, Theodore 2016-05-10**    1:38
86  9   THE WITNESS:  Our
86 10   development program for
86 11   rivaroxaban proceeded on the basis
86 12   of an unmonitored approach to
86 13   anticoagulant administration.  We
86 14   had a very well-studied
86 15   anticoagulant available for use in
86 16   the clinics, but it required
86 17   routine monitoring and dosage
86 18   adjustment.
86 19   BY MR. OVERHOLTZ:
86 20   Q.   Warfarin?
86 21   A.   Vitamin K antagonist --
86 22   vitamin K antagonist class of drugs,
86 23   including warfarin, which is used very
86 24   commonly here in the United States and
87  1   elsewhere.
87  2   Q.   Okay.  And so these new oral
87  3   anticoagulants like Xarelto, the
87  4   development plan for Xarelto was to
87  5   create an unmonitored drug.  That was
87  6   your understanding of the development
87  7   program?
87  8   A.   Yes.  The -- the clinical
87  9   community together was looking for novel
87 10   oral anticoagulants, as they were called
87 11   then, that would not require dosage
87 12   adjustment and would be effective in the
87 13   group of indications for which the
87 14   vitamin K antagonists, including
87 15   warfarin, were used.

Re: [86:9-87:15]
**Pltf Obj** Object as not
necessary for
completeness and
therefore should be
played in Defendants
direct, if at all.  Also
duplicative of later
testimony designated by
both parties.

Pending

*Overruled*

**93:15   -   93:22   Spiro, Theodore 2016-05-10**    0:37
93 15   Q.   Let me show you what we'll

Re: [93:15-93:22]

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

Def Obj

*Overruled*

| 93 16 | mark as Exhibit Number 6.  This is Record |
| 93 17 | Number 932284.  And it's Bates Number |
| 93 18 | BPAG 01855345.  And it's labeled "Final |
| 93 19 | Agenda" at the top.  And on the second |
| 93 20 | page it has a date of 19 December 2006. |
| 93 21 | Do you see that? |
| 93 22 | A.  Yes. |

**94:3   -   95:18   Spiro, Theodore 2016-05-10          1:58**

Re: [94:3-95:18]
Def Obj R (94:9-95:18)

Re: [94:3-95:18]          Pending
Pltf Resp Dr.
Samama's history
with Bayer and
involvement in
consideration of a
Xarelto assay, highly
probative to
potential bias
(countering
defendant
suggestion of
objectivity),
contextualizing
claims and defenses
relating to parties'
position on assays as
well as prevents
juror confusion.

*Overruled*

| 94 3 | Q.  And does this look like to |
| 94 4 | you the agenda for the Paris meeting that |
| 94 5 | you put together with respect to assay |
| 94 6 | development and plasma concentrations of |
| 94 7 | Xarelto? |
| 94 8 | A.  Yes, it does. |
| 94 9 | Q.  Okay.  And if you look with |
| 94 10 | me, there is a list of consultants in the |
| 94 11 | middle of the page.  Do you see that? |
| 94 12 | A.  Yes. |
| 94 13 | Q.  The first one is Michel |
| 94 14 | Meyer Samama.  Do you see that? |
| 94 15 | A.  Yes. |
| 94 16 | Q.  Okay.  And did you, in fact, |
| 94 17 | work with Dr. Samama in assay development |
| 94 18 | with respect to your job at Bayer with |
| 94 19 | the Xarelto? |
| 94 20 | A.  Yes, I did. |
| 94 21 | Q.  Okay.  And how did you come |
| 94 22 | about consulting with Dr. Samama on this |
| 94 23 | assay development issue? |
| 94 24 | A.  Professor Samama was a -- |
| 95 1 | a -- a well-known hematologist in the |
| 95 2 | world of antithrombotic drugs.  And I |
| 95 3 | have been working with him since 1988. |
| 95 4 | So we knew each other over a long period |
| 95 5 | of time, up to -- to his demise this past |
| 95 6 | year.  He was already, when I joined |
| 95 7 | Bayer, involved with the company in |
| 95 8 | looking at different types of coagulation |
| 95 9 | testing that could be used for helping |
| 95 10 | determine the degree of anticoagulation |
| 95 11 | present in -- in -- in patients being |
| 95 12 | treated with the non-vitamin K or the |
| 95 13 | novel oral anticoagulants. |
| 95 14 | Q.  So Bayer was already working |
| 95 15 | with Dr. Samama.  But you had a |
| 95 16 | relationship with Dr. Samama from your |
| 95 17 | past work? |
| 95 18 | A.  Correct. |

**96:22   -   97:20   Spiro, Theodore 2016-05-10          0:54**

Re: [96:22-97:20]
Def Obj R

Re: [96:22-97:20]          Pending
Pltf Resp Identities
of attendees of
important Paris
assay meeting
indicates gravity of
the meeting and
counters suggestion
the meeting was
attended by
objective thought
leaders without

*Overruled*

| 96 22 | Q.  All right.  And let's look |
| 96 23 | at the second page and see who attended |
| 96 24 | from Bayer.  And it looks like the |
| 97 1 | planned attendees were Elizabeth |
| 97 2 | Perzborn.  She worked in the preclinical |
| 97 3 | development part of Bayer with Xarelto? |
| 97 4 | A.  Yes, she did. |
| 97 5 | Q.  Okay.  Yourself as planned |
| 97 6 | attendee.  Dr. Misselwitz, correct? |
| 97 7 | A.  Yes. |
| 97 8 | Q.  Ton Lensing? |
| 97 9 | A.  Yes. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | company |
| | | involvement (beyond |
| | | just the witness). |

97 10   Q.   Tiemo Bandel.  Who is Tiemo
97 11   Bandel?
97 12   A.   Tiemo Bandel was the global
97 13   clinical leader working with Frank --
97 14   Frank Misselwitz on the major orthopedic
97 15   surgery lower limb program, the -- the
97 16   RECORD studies, 1, 2, 3, and 4.
97 17   Q.   Okay.  And Scott Berkowitz?
97 18   A.   Yes.
97 19   Q.   Okay.  Dagmar Kubitza?
97 20   A.   Yes.

**98:4   -   98:16 Spiro, Theodore 2016-05-10**   0:25
98  4   Q.   Okay.  Let's take a look at
98  5   the final agenda on the first page.  And
98  6   there are several different items listed
98  7   there.
98  8           Do you see that?
98  9   A.   Yes.
98 10   Q.   And under Item Number 3,
98 11   listed prothrombin time.  Do you see
98 12   that?
98 13   A.   Yes.
98 14   Q.   Okay.  Prothrombin time is
98 15   sometimes abbreviated PT, correct?
98 16   A.   Correct.

Re: [98:4-98:16]
Def Obj

Pending

*Overruled*

**100:1   -   100:15 Spiro, Theodore 2016-05-10**   0:34
100  1   Q.   Okay.  So you learned that
100  2   Bayer in their development program up to
100  3   this point in time had used a specific
100  4   prothrombin time, PT reagent, in their
100  5   testing, correct?
100  6   A.   Correct.
100  7   Q.   Was that the Neoplastine
100  8   reagent?
100  9   A.   Yes, it was.
100 10   Q.   Okay.  And using that
100 11   Neoplastine reagent, did you learn that
100 12   the people at Bayer that had been
100 13   involved in the development believed that
100 14   there was a strong correlation between PT
100 15   and drug exposure levels?

Re: [100:1-100:15]
Def Obj

Pending

*Overruled*

**100:18   -   101:18 Spiro, Theodore 2016-05-10**   1:12
100 18           THE WITNESS:  There was --
100 19   there was a correlation between
100 20   the prothrombin time prolongation
100 21   in seconds and the concentration
100 22   of rivaroxaban present in the --
100 23   in the patient plasma.
100 24   BY MR. OVERHOLTZ:
101  1   Q.   So you understood from the
101  2   people at Bayer that worked on this
101  3   development, that using the Neoplastine
101· 4   PT, there was a correlation between the
101  5   PT using that reagent and plasma
101  6   concentration of Xarelto; is that fair?
101  7   A.   Yes, it is.
101  8   Q.   Okay.  And who did you learn
101  9   that information from specifically at
101 10   Bayer?
101 11   A.   I think it would have been

Re: [100:18-101:18]
Def Obj

Pending

*Overruled*

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

101 12   in discussions certainly with the
101 13   clinical pharmacologists involved in the
101 14   program. That would have been Dr. Dagmar
101 15   Kubitza and Dr. Wolfgang Mueck. And
101 16   certainly Dr. Frank Misselwitz would have
101 17   also been -- communicated to me that
101 18   information.

**102:8  -  102:16 Spiro, Theodore 2016-05-10**  0:18
102  8   Q.   And then Number 5, a Factor
102  9   Xa inhibitory assay.
102 10        Do you see that?
102 11   A.   Yes.
102 12   Q.   Okay. And you were aware
102 13   that there were actually Factor Xa
102 14   inhibitory assays available in the market
102 15   at this time, correct?
102 16   A.   Yes, there were.

Re: [102:8-102:16]
Def Obj

Pending

*Overruled*

**102:17  -  102:20 Spiro, Theodore 2016-05-10**  0:09
102 17   Q.   Did you understand whether
102 18   or not they would work in evaluating the
102 19   activity of the Xarelto in patients that
102 20   were taking Xarelto?

**102:23  -  103:11 Spiro, Theodore 2016-05-10**  0:33
102 23        THE WITNESS:  These are --
102 24   these assays were very specialized
103  1   assay.  As I remember, they were
103  2   research-use-only assays and they
103  3   were not widely used in
103  4   clinical -- in the clinical
103  5   settings.
103  6        The -- we did discuss them
103  7   at the meeting.  And our
103  8   conclusion was that they were not
103  9   generalizable to a broad -- a
103 10   broad community of practitioners
103 11   and laboraticians.

**103:16  -  103:19 Spiro, Theodore 2016-05-10**  0:07
103 16   Q.   PT would be considered a
103 17   widely available --
103 18   A.   Global coagulation test
103 19   being used for the past 60, 70 years.

Re: [103:16-103:19]
Def Obj

Pending

*Overruled*

**105:10  -  106:4   Spiro, Theodore 2016-05-10**  0:31
105 10   Q.   You see there's a conclusion
105 11   section?
105 12   A.   Yes.
105 13   Q.   Okay. And then there's a
105 14   second bullet point, "Recommendations for
105 15   monitoring."
105 16        Do you see that?
105 17   A.   Yes.
105 18   Q.   And there's two options
105 19   there, short-term and long-term?
105 20   A.   Yes.
105 21   Q.   Okay. So as of
105 22   December 2006, leading this meeting,
105 23   ideas for short-term or long-term
105 24   monitoring recommendations were part of
106  1   the discussion at Bayer.  Do you agree?

Re: [105:10-106:4]
Def Obj R, Concede-
Routine Monitoring

Re: [105:10-106:4]
Pltf Resp Evidence of
discussions and
matters involving
monitoring and the
need to measure
drug exposure and
use is crucial, highly
probative evidence
relevant to
demonstrating
defendants were
motivated to avoid
any form of
monitoring including
a one-time

Pending

*Overruled*

9
04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

106  2   A.   Yes, they were.
106  3   Q.   Let's look at what we'll
106  4   mark as Exhibit Number 7.

**106:9  -  107:3 Spiro, Theodore 2016-05-10** — 1:15

Re: [106:9-107:3]
Def Obj

Pending

*Overruled*

106  9   Q.   While Sam gets that ready,
106 10   the Record Number is 449266.  Exhibit 7.
106 11   The Bates is BPAG 1277713 -- 01277713.
106 12        This is a document.  It's
106 13   labeled "Laboratory Methods Advisory
106 14   Board Meetings, Held December 19, 2006,
106 15   in the Paris Meridien Etoile Hotel."  It
106 16   has the agenda as well as -- it looks to
106 17   be meeting minutes.
106 18        Do you see that?
106 19   A.   Yes, I do.
106 20   Q.   Okay.  And this is in
106 21   regards to the Paris meeting that we've
106 22   been talking about, correct?
106 23   A.   That is correct.
106 24   Q.   And did you, in fact,
107  1   prepare the meeting minutes for this
107  2   meeting?
107  3   A.   Yes, I did.

**107:16  -  107:22 Spiro, Theodore 2016-05-10** — 0:13

Re: [107:16-107:22]
Def Obj

*Overruled*

Pending

107 16   Q.   So it looks like the agenda
107 17   from the first page is pretty much the
107 18   same as the agenda that we saw before.
107 19   So let's turn to the second page.  And we
107 20   can look at the participants again.
107 21        And again, we have
107 22   essentially the same list of participants

**109:3  -  109:9 Spiro, Theodore 2016-05-10** — 0:12

109  3   Q.   You were attendee from
109  4   Bayer, along with Elizabeth Perzborn,
109  5   Frank Misselwitz, Scott Berkowitz, Dagmar
109  6   Kubitza.  Wolfgang Mueck also was added
109  7   as an attendee.
109  8        Do you see that?
109  9   A.   Yes.

**109:21  -  109:23 Spiro, Theodore 2016-05-10** — 0:07

109 21   Q.   And then it says that Gary
109 22   Peters from J&J attended?
109 23   A.   Yes.

**112:12  -  113:19 Spiro, Theodore 2016-05-10** — 2:06

112 12   Q.   It says, "What is the
112 13   purpose of testing plasma samples?
112 14   Identification of overdoses, achievable.
112 15   Assessment of compliance, achievable.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

112 16   Correlation with clinical outcomes,
112 17   difficult to achieve?"
112 18        Do you see that?
112 19   A.   Yes, I do.
112 20   Q.   Okay.  Do you know what it
112 21   meant by "correlation with clinical
112 22   outcomes"?
112 23   A.   The development program for
112 24   the -- for these non-vitamin K oral
113  1   anticoagulants, as we now refer to them,
113  2   was predicated on using a -- a
113  3   nonmonitored approach.  So without
113  4   dosage -- dosage adaptations to -- to --
113  5   to achieve clinical -- the desired
113  6   clinical outcomes.
113  7        So we were -- since our --
113  8   our strategy was to not use the dosage
113  9   adjustments that we, for instance, used
113 10   with warfarin in later programs, we were
113 11   specifically testing whether it was
113 12   possible with a -- an anticoagulant, to
113 13   have a fixed dose across a broad range of
113 14   patients within specific indications.
113 15        And the whole program was
113 16   predicated on the need for not having a
113 17   second generation of drug such as the
113 18   vitamin K antagonist that required
113 19   monitoring and dose adaptation.

**113:24 -   114:11 Spiro, Theodore 2016-05-10**                    0:25

113 24   Q.   Let me -- let me ask you
114  1   this and be a little more clear maybe.
114  2        Whenever it talks about
114  3   correlation with clinical outcomes, in
114  4   testing of Xarelto in the Phase II and
114  5   Phase III programs, there were both
114  6   efficacy outcomes and safety outcomes,
114  7   correct?
114  8        MR. HOROWITZ:  Objection to
114  9   form.
114 10        THE WITNESS:  Yes, there
114 11   were.

**114:23 -   116:19 Spiro, Theodore 2016-05-10**                    2:21

114 23   Q.   Okay.  And so one of the
114 24   discussions that took place in your            Re: [114:23-116:19]
115  1   meeting in December of 2006 in Paris is       Def Obj
115  2   whether or not measurement of, or
115  3   monitoring of, either PT or drug plasma                            Pending
115  4   concentrations could be correlated to
115  5   these efficacy or safety outcomes,                          *Overruled*
115  6   correct?
115  7   A.   Yes, that was the -- that
115  8   was the -- part of the conversation, yes.
115  9   Q.   Okay.  In fact, if you look
115 10   with me on the next page, there are
115 11   several bullet points.  The first bullet
115 12   point on that page, first full bullet
115 13   point, says, "Arixtra no monitoring
115 14   option had a negative impact on drug
115 15   acceptance in the clinic."
115 16        That was a different
115 17   anticoagulant drug?

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 115 18 | A.  Yes, it was -- is. | | |
| 115 19 | Q.  And then it says, "A | | |
| 115 20 | small" -- "a smaller rather than a larger | | |
| 115 21 | objective in rivaroxaban monitoring | | |
| 115 22 | should be targeted." | | |
| 115 23 |         Do you see that? | | |
| 115 24 | A.  Yes. | | |
| 116  1 | Q.  And then if you look with me | | |
| 116  2 | down -- one, two, three, four -- the | | |
| 116  3 | fourth bullet point down says, "Will the | | |
| 116  4 | manufacturer provide information about | | |
| 116  5 | correlation of plasma concentrations and | | |
| 116  6 | preclinical and clinical outcomes." | | |
| 116  7 |         Do you see that? | | |
| 116  8 | A.  Yes. | | |
| 116  9 | Q.  That was a question that the | | |
| 116 10 | physician consultants that had been | | |
| 116 11 | invited to this advisory board meeting | | |
| 116 12 | had as to whether or not the company was | | |
| 116 13 | going to be able to provide this | | |
| 116 14 | correlation between either safety or | | |
| 116 15 | efficacy events and how those correlated | | |
| 116 16 | with the plasma concentration of the | | |
| 116 17 | drug, correct? | | |
| 116 18 | A.  Yes, the question was asked | | |
| 116 19 | in that regard. | | |

128:1  -  128:8 Spiro, Theodore 2016-05-10   0:19

| | | | |
|---|---|---|---|
| 128  1 | Q.  So the two main types of | Re: [128:1-128:8] | |
| 128  2 | assays that we're discussing seem to be | Def Obj | |
| 128  3 | both use of some type of PT assay or | | Pending |
| 128  4 | potential use of a Factor Xa assay, which | | |
| 128  5 | was clearly not as widely available or | | |
| 128  6 | widely used in the clinical practice at | | |
| 128  7 | this point in time, correct? | | |
| 128  8 | A.  Correct. | | |

*Overruled*

133:1  -  133:11 Spiro, Theodore 2016-05-10   0:24

| | | | |
|---|---|---|---|
| 133  1 | Factor Xa inhibitory assays were | Re: [133:1-133:11] | |
| 133  2 | discussed.  One was presented by Dagmar | Def Obj | |
| 133  3 | Kubitza that used a certain way of | | Pending |
| 133  4 | measuring Factor Xa inhibition, correct? | | |
| 133  5 | A.  Yes. | | |
| 133  6 | Q.  The other looked at a | | |
| 133  7 | different type of assay, Factor Xa | | |
| 133  8 | inhibition assay, that had been used for | | |
| 133  9 | the monitoring of low-molecular-weight | | |
| 133 10 | heparin in a clinic; is that fair? | | |
| 133 11 | A.  Yes, that's fair. | | |

*Overruled*

133:20  -  134:16 Spiro, Theodore 2016-05-10   0:53

| | | | |
|---|---|---|---|
| 133 20 | Q.  And it says -- the next | Re: [133:20-134:16] | Re: [133:20-134:16]   Pending |
| 133 21 | point says, "Rivaroxaban standards could | Def Obj C (134:8- | Pltf Resp Question |
| 133 22 | be prepared as calibration reagents and | 134:16) | not truly compound. |
| 133 23 | tests used to quantitate rivaroxaban | | Question and |
| 133 24 | plasma levels which could then be | | response clear to |
| 134  1 | correlated to the pharmacokinetic of the | | jurors. |
| 134  2 | dose being administered to see whether | | |
| 134  3 | the patient was within -- within the | | |
| 134  4 | expected concentration ranges given the | | |
| 134  5 | timing of the sample draw." | | |
| 134  6 |         Do you see that? | | |
| 134  7 | A.  Yes. | | |

*Overruled*

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 134 8 | Q.  So it was discussed at this | |
| 134 9 | meeting that these Factor Xa inhibition | |
| 134 10 | assays that used added Factor Xa bovine | |
| 134 11 | source could be calibrated to be used to | |
| 134 12 | measure rivaroxaban plasma levels and | |
| 134 13 | then correlate that to see whether the | |
| 134 14 | patient was in the level that you expect | |
| 134 15 | them to be considering when they took the | |
| 134 16 | dose of the drug, right? | |

*Overruled* (handwritten)

| 134:19 -  134:20 Spiro, Theodore 2016-05-10 | | 0:04 | | |
|---|---|---|---|---|
| 134 19 | THE WITNESS:  Yes, that | | Re: [134:19-134:20] Def Obj C (134:8-134:16) | Re: [134:19-134:20] Pltf Resp Question not truly compound. Question and response clear to jurors. | Pending |
| 134 20 | is -- that is correct. | | | | |

| 136:7 -  136:10 Spiro, Theodore 2016-05-10 | | 0:07 | | |
|---|---|---|---|---|
| 136 7 | Q.  First bullet point, it just | | Re: [136:7-136:10] Def Obj | | Pending |
| 136 8 | says that "PT is a global clotting test | | | | |
| 136 9 | used for workup thrombosis and more | | | | |
| 136 10 | particularly bleeds." | | | | |

| 136:19 -  136:21 Spiro, Theodore 2016-05-10 | | 0:04 | | |
|---|---|---|---|---|
| 136 19 | Q.  That was -- that was what | | Re: [136:19-136:21] Def Obj | | Pending |
| 136 20 | was described in the meeting on -- in | | | | |
| 136 21 | Paris in 2006, correct? | | | | |

| 136:23 -  136:23 Spiro, Theodore 2016-05-10 | | 0:00 | | |
|---|---|---|---|---|
| 136 23 | THE WITNESS:  Correct. | | Re: [136:23-136:23] Def Obj | | Pending |

| 140:11 -  140:24 Spiro, Theodore 2016-05-10 | | 0:25 | | |
|---|---|---|---|---|
| 140 11 | Q.  If you look with me down | | Re: [140:11-140:24] Def Obj R, Concede-PT/Dose Adjustment | Re: [140:11-140:24] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to | Pending |
| 140 12 | to -- one, two, three, four -- the fifth | | | | |
| 140 13 | bullet point, it says, "PT calibration | | | | |
| 140 14 | with the drug itself may be possible." | | | | |
| 140 15 | Do you see that? | | | | |
| 140 16 | A.  Yes. | | | | |
| 140 17 | Q.  Okay.  And then the next | | | | |
| 140 18 | bullet point says, "Prothrombin time | | | | |
| 140 19 | correlates well with rivaroxaban plasma | | | | |
| 140 20 | concentrations, but slope of correlation | | | | |
| 140 21 | varies substantially between reagent | | | | |
| 140 22 | systems." | | | | |
| 140 23 | Do you see that? | | | | |
| 140 24 | A.  Yes. | | | | |

*Overrule Potentially Goes to Knowledge* (handwritten)

| 144:12 -  144:12 Spiro, Theodore 2016-05-10 | | 0:01 | | |
|---|---|---|---|---|
| 144 12 | Q.  The next section is | | | | |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto. and the

| 144:13 - 144:22 Spiro, Theodore 2016-05-10 | 0:26 | | | |
|---|---|---|---|---|

144 13   "Activated Partial Thromboplastin Time,"
144 14   aPTT.
144 15       Do you see that?
144 16   A.  Yes.
144 17   Q.  Okay.  And did you come to
144 18   understand that there was also some
144 19   testing that had been done that had
144 20   correlated aPTT with Xarelto plasma
144 21   concentrations?
144 22   A.  Yes.

**Objections In:** Re: [144:13-144:22] Def Obj

**Rulings:** Pending — *Overruled*

| 145:7 - 145:24 Spiro, Theodore 2016-05-10 | 0:42 | | | |
|---|---|---|---|---|

145  7   Q.  So in 2006 this advisory
145  8   board meeting that you put together in
145  9   Paris and the -- the meeting minutes that
145 10   you wrote, concluded that Xarelto could
145 11   be monitored very well by several
145 12   options, correct?
145 13   A.  Yes.  But let me clarify
145 14   one -- one word.  When we said
145 15   "monitoring," we meant measuring the
145 16   plasma concentrations.  And we did not
145 17   have in mind a -- a monitoring with --
145 18   with -- with the purpose of dosage
145 19   adaptation based on the results of the
145 20   measured concentrations.
145 21   Q.  Well, what would you do if
145 22   you measured someone's plasma
145 23   concentrations and they were way too
145 24   high?

**Objections In:** Re: [145:7-145:24] Def Obj R, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

**Responses In:** Re: [145:7-145:24] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

**Rulings:** Pending

| 146:3 - 146:14 Spiro, Theodore 2016-05-10 | 0:27 | | | |
|---|---|---|---|---|

146  3       THE WITNESS:  Interesting
146  4   question.  I think the -- the
146  5   clinical context of the -- the
146  6   clinical context would have to be
146  7   looked at.  If the patient was a
146  8   patient with renal failure and had

**Objections In:** Re: [146:3-146:14] Def Obj R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, S, V

**Responses In:** Re: [146:3-146:14] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure

**Rulings:** Pending — *Overrule*

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

146  9    deteriorating renal function, you
146  10   probably would hold the dose.
146  11   BY MR. OVERHOLTZ:
146  12   Q.   What if they didn't have
146  13   renal failure, would you hold the dose as
146  14   well?

*drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect*

*Overrull*

---

**146:18 - 147:9   Spiro, Theodore 2016-05-10     0:39**

146  18         THE WITNESS:  It -- as I
146  19   said, it's a hypothetical
146  20   question.  The information that we
146  21   had from our Phase I and Phase II
146  22   programs is that these types of
146  23   observations would not be routine.
146  24   We did not have available
147  1    strategies to -- to address this
147  2    type of specific condition.
147  3         In -- in a clinical
147  4    practice, you might want to hold
147  5    one day's dose of medication, but
147  6    that is not something that is
147  7    recommended in our -- our
147  8    prescribing information provided
147  9    to physicians.

**Re: [146:18-147:9]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, S, V

**Re: [146:18-147:9]     Pending**
Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

---

**147:16 - 148:8   Spiro, Theodore 2016-05-10     0:36**

147  16   Q.   The next -- the next
147  17   sentence says, "This is a clear advantage
147  18   of the substance" -- talking about the
147  19   fact that the drug can be monitored very
147  20   well by several options.
147  21         "This is a clear advantage
147  22   of the substance comparing other
147  23   anticoagulants.  The aspect that Bayer is

**Re: [147:16-148:8]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, M, MD

**Re: [147:16-148:8]     Pending**
Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
147  24      open to monitoring and supports
148   1      physicians that want to monitor their
148   2      patients should facilitate the market
148   3      introduction of rivaroxaban."
148   4              Do you see that?
148   5      A.  Yes.
148   6      Q.  Were you guys telling these
148   7      consultants at this Paris meeting that
148   8      Bayer was open to monitoring?
```

Responses In: probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto. and the

Rulings: *Overruled*

---

**148:11 -   149:11 Spiro, Theodore 2016-05-10**    0:54

```
148  11          THE WITNESS:  We were using
148  12      the term "monitoring" in the
148  13      context of measurement of
148  14      concentrations of drug, so that in
148  15      specific patients, the amount of
148  16      drug in the plasma could be
148  17      determined.
148  18          But we did not mean by this
148  19      monitoring, the type of monitoring
148  20      that was -- that had been
148  21      conducted for the vitamin K
148  22      antagonists, which was monitoring
148  23      to obtain a specific intensity of
148  24      pharmaco -- of anticoagulation --
149   1      of coagulation inhibition.
149   2          So it was a different type
149   3      of approach.
149   4      BY MR. OVERHOLTZ:
149   5      Q.  All right.  So in the
149   6      meeting minutes, under conclusion, you
149   7      wrote that, "The aspect that Bayer is
149   8      open to monitoring and supports
149   9      physicians that want to monitor their
149  10      patients should facilitate the market
149  11      introduction of rivaroxaban," correct?
```

Objections In: Re: [148:11-149:11] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, A

Responses In: Re: [148:11-149:11] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

Rulings: Pending

---

**149:21 -   150:5 Spiro, Theodore 2016-05-10**    0:13

```
149  21          THE WITNESS:  Yeah, it said
149  22      that.
149  23      BY MR. OVERHOLTZ:
149  24      Q.  Okay.  And it specifically
150   1      talks about that Bayer supports
150   2      physicians that want to monitor their
150   3      patients.
150   4          Do you see that?
```

Objections In: Re: [149:21-150:5] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, A

Responses In: Re: [149:21-150:5] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly

Rulings: Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | |

150   5     A.   Yes, I see that.

150:6  -  151:4  Spiro, Theodore 2016-05-10          1:52

150   6     Q.   And so when you wrote that
150   7     Bayer would support physicians that want
150   8     to monitor their patients, that aspect,
150   9     what type of monitoring the patients were
150  10     you talking about?
150  11     A.   We -- well, when we had this
150  12     meeting we were -- we were exploring
150  13     what -- what might be done in specific
150  14     clinical situations.  Situations that
150  15     were being discussed included the --
150  16     included the, as I previously mentioned,
150  17     the very small patient, such as a child.
150  18     It included patients with renal failure
150  19     where we were concerned about
150  20     accumulation of drug.  It included issues
150  21     related to compliance, liver -- patients
150  22     with impaired liver function, so specific
150  23     clinical settings where we knew there
150  24     were -- there could be increased
151   1     exposures to rivaroxaban, and when the
151   2     drug became available clinically, in the
151   3     clinic, when physicians might require
151   4     tools to measure its concentration.

160:22 -  161:22 Spiro, Theodore 2016-05-10          1:41

| | | | | |
|---|---|---|---|---|
| 160  22 | Q.   Let me show you what we'll | **Re: [160:22-161:22]** | Re: [160:22-161:22] | Pending |
| 160  23 | mark as Exhibit Number 9, which is Bates | **Def Obj** R, P, Concede- | Pltf Resp Plaintiff | |
| 160  24 | Number 11 -- I'm sorry -- Record Number | Routine Monitoring | disputes the | |
| 161   1 | 1160715, Bates Number BHCP 02678338. | | admissibility of this | |
| 161   2 |         And this is an e-mail | | evidence is | |
| 161   3 | chain -- and I believe we're looking in | | conceded. | |
| 161   4 | November of 2006 -- between Frank | | Testimony lays | |
| 161   5 | Misselwitz and yourself as well as | | foundation for | |
| 161   6 | Elisabeth Perzborn is involved. | | document.  Thusly, | |
| 161   7 |         Do you see that? | | unclear how | |
| 161   8 | A.   Yes. | | testimony is not | |
| 161   9 | Q.   And it starts with an e-mail | | relevant and | |
| 161  10 | that Frank Misselwitz sent to you on | | prejudicial as well as | |
| 161  11 | November 6th of 2006.  Do you see that? | | it relates to | |
| 161  12 |         MR. HOROWITZ:  Down here. | | messaging on assay | |
| 161  13 | "Dear Theo." | | use to int'l. medical | |
| 161  14 |         Let him take a moment. | | society.  Further, | |

evidence of
discussions and
matters involving
monitoring and the
need to measure
drug exposure and
use is crucial, highly
probative evidence
relevant to
demonstrating
defendants were
motivated to avoid
any form of

| | | | | |
|---|---|---|---|---|
| 161  15 |         MR. OVERHOLTZ:  Sure. | | | |
| 161  16 |         THE WITNESS:  Yes. | **Re: [161:16-161:16]** | Re: [161:16-161:16] | Pending |
| 161  17 | BY MR. OVERHOLTZ: | **Def Obj** R, P, Concede- | Pltf Resp Plaintiff | |
| 161  18 | Q.   And so you had a chance to | Routine Monitoring | disputes the | |
| 161  19 | read this e-mail that Dr. Misselwitz sent | | admissibility of this | |

*Overrule* (handwritten)

*401 / 60 2* (handwritten)

| | Objections In | Responses In | Rulings |
|---|---|---|---|

161 20    to you in November of 2006 that is on
161 21    this screen, correct?
161 22    A.  Yes.

evidence is conceded. Testimony lays foundation for document. Thusly, unclear how testimony is not relevant and prejudicial as well as it relates to messaging on assay use to int'l. medical society. Further, evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were

*Overruled*

**161:16 -   161:16** Spiro, Theodore 2016-05-10    0:00

161 16    THE WITNESS:  Yes.

**Re: [161:16-161:16]**
**Def Obj** R, P, Concede-Routine Monitoring
**Re: [160:22-161:22]**
**Def Obj** R, P, Concede-Routine Monitoring

Re: [160:22-161:22]    Pending
Pltf Resp Plaintiff disputes the admissibility of this evidence is conceded. Testimony lays foundation for document. Thusly, unclear how testimony is not relevant and prejudicial as well as it relates to messaging on assay use to int'l. medical society. Further, evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating

**162:5 -   163:21** Spiro, Theodore 2016-05-10    1:56

162 5    Q.  He says, "I'd like to make
162 6    sure that you organize a prep meeting,
162 7    ideally in Wuppertal, before the ASH in
162 8    order to fully align our presentations
162 9    but also the agenda and the goals of this
162 10    meeting," right?
162 11    A.  Yes.
162 12    Q.  ASH was the -- is it Society
162 13    of Hematology -- is that the American

**Re: [162:5-163:21]**
**Def Obj** R, P, Concede-Routine Monitoring

Re: [162:5-163:21]    Pending
Pltf Resp Plaintiff disputes the admissibility of this evidence is conceded. Testimony relevant and  highly probative as well as it relates

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 162 14 | Society of Hematology? | to messaging on |
| 162 15 | A.  Yes, it is. | assay use to int'l. |
| 162 16 | Q.   And the next thing he told | medical society and |
| 162 17 | you was that, "The external communication | company position on |
| 162 18 | shall always be" -- in quotes -- | assay use with |
| 162 19 | "'rivaroxaban does not require regular | Xarelto, including |
| 162 20 | coagulation monitoring, but due to its | use of a one-time |
| 162 21 | predictable PK/PD profile it can be | measurement to |
| 162 22 | monitored if necessary (in subpopulation, | evaluate patients at |
| 162 23 | in case of overdose...)." | a high bleeding risk. |
| 162 24 | That's what he told you, | Further, also |
| 163 1 | right? | relevant to Plaintiff's |
| 163 2 | A.   That is what he wrote. | failure to warn |
| 163 3 | Q.   He said, "We do not intend | claims and claim for |
| 163 4 | to develop methods for routine/regular | need for |
| 163 5 | coag monitoring of rivaroxaban." | measurement |
| 163 6 | That's the next thing he | including the |
| 163 7 | told you, correct? | usefulness of PT to |
| 163 8 | A.   Correct. | assess the |
| 163 9 | Q.   It says, "There was some | anticoagulant effect |
| 163 10 | irritation among the invited colleagues | of Xarelto, and the |
| 163 11 | around the question, what are our main | importance of |
| 163 12 | goals for this meeting?" | measurements for |
| 163 13 | Do you recall hearing that | |
| 163 14 | there was irritation amongst the invited | |
| 163 15 | colleagues about the goals for the | |
| 163 16 | meeting? | |
| 163 17 | A.   I don't recall the specific | |
| 163 18 | meeting that he's referring to because it | |
| 163 19 | was over ten years ago. | |
| 163 20 | But this is what is written | |
| 163 21 | in his memoranda. | |

167:1  -  167:20 Spiro, Theodore 2016-05-10    0:52

| | | | |
|---|---|---|---|
| 167 1 | Q.   Let me move on to a slightly | Re: [167:1-167:20] | Pending |
| 167 2 | different topic that is related. | Def Obj | |
| 167 3 | Following the Paris meeting, there were | | |
| 167 4 | actually several publications or | | |
| 167 5 | manuscripts that were developed related | | |
| 167 6 | to the use of some form of clotting assay | | |
| 167 7 | or other type of coagulation assay that | | |
| 167 8 | could be used to measure plasma | | |
| 167 9 | concentrations of Xarelto. | | |
| 167 10 | Do you recall that | | |
| 167 11 | occurring? | | |
| 167 12 | A.   Yes. | | |
| 167 13 | Q.   Okay.  Several of those | | |
| 167 14 | papers involved Dr. Samama, correct? | | |
| 167 15 | A.   Yes. | | |
| 167 16 | Q.   And also involved | | |
| 167 17 | Dr. Morrissey, correct? | | |
| 167 18 | A.   He may have been a co-author | | |
| 167 19 | on some of the papers, one of the papers. | | |
| 167 20 | I'm not sure. | | |

168:1  -  170:3  Spiro, Theodore 2016-05-10    2:41

| | | | |
|---|---|---|---|
| 168 1 | Q.   I'll show you what we'll | Re: [168:1-170:3] | Re: [168:1-170:3] | Pending |
| 168 2 | mark as Exhibit Number 10.  Bates Number | Def Obj R, P, Relevance- | Pltf Resp Not offered | |
| 168 3 | BHCP 09990156, which is publication in | Chameleon, H | for hearsay purpose, | |
| 168 4 | Thrombosis and Hemostasis from 2012, lead | | rather for notice and | |
| 168 5 | author Dr. Samama, "Evaluation of the | | questioning witness' | |
| 168 6 | Anti-Factor Xa Chromogenic Assay for the | | knowledge | |
| 168 7 | Measurement of the Rivaroxaban Plasma | | surrounding | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | publication. |
|---|---|---|
| 168  8 | Concentrations Using Calibrators and | Testimony relevant |
| 168  9 | Controls." | and  highly probative |
| 168 10 | Do you see that? | as well as it relates |
| 168 11 | A.   Yes. | to messaging on |
| 168 12 | Q.   Okay.  And do you recognize | assay use to int'l. |
| 168 13 | this publication? | medical society and |
| 168 14 | A.   Yes, I do. | company position on |
| 168 15 | Q.   Okay.  And this is a | assay use with |
| 168 16 | publication in which you are actually | Xarelto, including |
| 168 17 | listed as the -- one, two -- third | use of a one-time |
| 168 18 | author. | measurement to |
| 168 19 | Do you see that? | evaluate patients at |
| 168 20 | A.   Yes. | a high bleeding risk. |
| 168 21 | Q.   And as well as yourself from | Further, also |
| 168 22 | Bayer, Elisabeth Perzborn also is listed | relevant to Plaintiff's |
| 168 23 | as a co-author, correct? | failure to warn |
| 168 24 | A.   Yes, she is. | claims and claim for |
| 169  1 | Q.   In addition to Dr. Samama, | need for |
| 169  2 | who is an outside consultant, correct? | measurement |
| 169  3 | A.   Yes. | including the |
| 169  4 | Q.   Okay.  He had his own lab? | usefulness of PT to |
| 169  5 | A.   He was a medical director at | assess the |
| 169  6 | the Biomnis Laboratories, which is a | anticoagulant effect |
| 169  7 | commercial laboratory in France, similar | of Xarelto, and the |
| 169  8 | to a Quest Diagnostics in the United | |
| 169  9 | States. | |
| 169 10 | Q.   Okay.  And then the | |
| 169 11 | additional author of this is Jean-Luc | |
| 169 12 | Martinoli. | |
| 169 13 | Do you see that? | |
| 169 14 | A.   Yes. | |
| 169 15 | Q.   And that was actually -- I | |
| 169 16 | think we talked about before, he worked | |
| 169 17 | for Diagnostica Stago, correct? | |
| 169 18 | A.   That is correct. | |
| 169 19 | Q.   Okay.  Now, who wrote this | |
| 169 20 | article? | |
| 169 21 | A.   Who wrote this article. | |
| 169 22 | This article would have been prepared in | |
| 169 23 | a draft form by the writing group with | |
| 169 24 | which we worked, Yong-Ling Liu, a | |
| 170  1 | Ph.D. -- a -- a doctor in endocrinology, | |
| 170  2 | but a doctor of philosophy in | |
| 170  3 | endocrinology.  She would have given us | |

| 170:21 - 172:6 | Spiro, Theodore 2016-05-10 | 1:00 | | |
|---|---|---|---|---|
| 170 21 | Q.   Thanks.  And Yong-Ling Liu | | Re: [170:21-172:6] | Re: [170:21-172:6]      Pending |
| 170 22 | is not listed as an author of the study | | Def Obj R, P, Relevance- | Pltf Resp Not offered |
| 170 23 | in the caption of the -- the study at the | | Chameleon, H | for hearsay purpose, |
| 170 24 | top, correct? | | | rather for notice and |
| 171  1 | A.   Correct. | | | questioning witness' |
| 171  2 | Q.   But if we turn back to the | | | knowledge |
| 171  3 | next-to-the-last page on Page 8, there is | | | surrounding |
| 171  4 | an acknowledgment section, right? | | | publication. |
| 171  5 | A.   Correct. | | | Testimony relevant |
| 171  6 | Q.   And you say, "The authors | | | and  highly probative |
| 171  7 | would like to acknowledge Yong-Ling Liu | | | as well as it relates |
| 171  8 | who provided editorial support" -- did I | | | to messaging on |
| 171  9 | read that correctly? | | | assay use to int'l. |
| 171 10 | A.   Correct. | | | medical society and |
| 171 11 | Q.   " -- with funding from Bayer | | | company position on |
| 171 12 | Healthcare Pharmaceuticals and Johnson & | | | assay use with |
| 171 13 | Johnson Pharmaceutical Research & | | | Xarelto, including |

04/20/17 18:27

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the |
|---|---|---|

171 14    Development, LLC."
171 15        Do you see that?
171 16    A.  Right.
171 17    Q.  Now, Yong-Ling Liu worked
171 18    for a company that provides medical
171 19    writing services, correct?
171 20    A.  Correct.
171 21    Q.  And is that company
171 22    Chameleon?
171 23    A.  Yes.
171 24    Q.  Okay.
172  1    A.  Chameleon Communications.
172  2    Q.  Okay.  And where did
172  3    Yong-Ling Liu work from at Chameleon,
172  4    physically, the physical geographic
172  5    location?
172  6    A.  In the East London area.

**175:15 -   176:7    Spiro, Theodore 2016-05-10                 0:46**

175 15    Q.  So let me show you what
175 16    we'll mark Exhibit Number 11, which is
175 17    Record Number 1714978, which is an
175 18    e-mail -- Bates, BHCP 05686719.  It's an
175 19    e-mail chain from January of 2007, so
175 20    just less than a month after the Paris
175 21    meeting.
175 22        Do you have that in front of
175 23    you now?
175 24    A.  Yes.
176  1    Q.  And this e-mail chain starts
176  2    out with an e-mail from Jim -- James
176  3    Morrissey who is one of the consultants
176  4    that attended the Paris meeting to
176  5    yourself.  Theodore Spiro at Bayer.
176  6        Do you see that?
176  7    A.  Yes.

**Objections In:** Re: [175:15-176:7]
**Def Obj** R, P, Relevance-Chameleon, H

**Responses In:** Re: [175:15-176:7]    Pending
Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge surrounding publication. Testimony relevant and  highly probative as well as it relates to messaging on assay use on int'l. medical society and company position on assay use with Xarelto, including use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the

**176:22 -   178:1    Spiro, Theodore 2016-05-10                 1:10**

176 22    Q.  So if you'll flip with me to
176 23    the next-to-the-last page.  There's an
176 24    e-mail that Dr. Morrissey sends to you.
177  1    The subject is "Abstract for ISTH."
177  2        Do you see that?
177  3    A.  Yes.
177  4    Q.  What is ISTH?
177  5    A.  International Society on
177  6    Thrombosis and Hemostasis.
177  7    Q.  Okay.  And that was going to
177  8    be a medical conference that's held by
177  9    ISTH?
177 10    A.  It is a medical -- it is a

**Objections In:** Re: [176:22-178:1]
**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections

**Responses In:** Re: [176:22-178:1]    Pending
Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society.  Business records exception as email includes

04/20/17 18:27

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

177 11    medical conference that is held every
177 12    second year.
177 13    Q.   Okay.  And Dr. Morrissey,
177 14    who was at University of Illinois at
177 15    Urbana-Champaign, e-mails you and says,
177 16    "Dear Ted.  Is it at all possible for us
177 17    to send an abstract for ISTH regarding
177 18    the studies we've done on rivaroxaban?
177 19    The abstract deadline is February 2nd.
177 20    If this isn't sufficient time for Bayer
177 21    to review the abstract, I can certainly
177 22    understand."
177 23         Do you see that's what he
177 24    e-mailed you in January of 2007?
178  1    A.   Yes.

|  |  |  | witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to Plaintiff's failure to |  |

| 178:9 - 181:5 | Spiro, Theodore 2016-05-10 | 2:42 | | |
|---|---|---|---|---|

178  9    Q.   Okay.  It certainly seems,
178 10    according to his e-mail, that -- that
178 11    they've been involved in studies with
178 12    Xarelto, correct?
178 13    A.   Correct.
178 14    Q.   Okay.  Now, he mentions
178 15    there being an abstract deadline.  And
178 16    then he says, "If this isn't sufficient
178 17    time for Bayer to review the abstract, I
178 18    can certainly understand."
178 19         Do you see that?
178 20    A.   Yes.
178 21    Q.   Now, Dr. Morrissey didn't
178 22    work for Bayer, right?
178 23    A.   No.
178 24    Q.   He was a professor at
179  1    University of Illinois, correct?
179  2    A.   Correct.
179  3    Q.   Do you know why he would
179  4    need to give Bayer time to review the
179  5    abstract?
179  6    A.   I -- I do not.  I do not
179  7    know why he would have had -- what type
179  8    of relationship he had with Elisabeth
179  9    Perzborn and/or Bayer in terms of the
179 10    types of research he was conducting.
179 11    I -- I don't -- I do not recall.
179 12    Q.   Okay.  Let's look at the
179 13    response.  And I think it's an e-mail
179 14    that you sent.  It's on the next page, to
179 15    Frank Misselwitz and Elisabeth Perzborn.
179 16    And it's on January 17, 2007, as well --
179 17    A.   Right.
179 18    Q.   -- and you say, "Hi Frank
179 19    and Elisabeth."
179 20         Do you have that one?
179 21    A.   Yes, I do.
179 22    Q.   Okay.  You say, "Hi Frank
179 23    and Elisabeth.  Please advise as to steps
179 24    to take to process this request for
180  1    Dr. Morrissey to present at ISTH the
180  2    results of his studies with rivaroxaban
180  3    that we discussed at our advisory board
180  4    meeting this past month."

**Re: [178:9-181:5]**
**Def Obj** R, P, Concede-
Routine Monitoring,
Relevance-Chameleon,
H, AF, LF, MD, PK,
Attorney-
colloquy/objections

**Re: [178:9-181:5]**
Pltf Resp Not offered
for hearsay purpose,
rather for notice and
questioning witness'
knowledge on
defendant's
involvement in
shaping messaging
to int'l medical
society.  Business
records exception as
email includes
witness and
foundation is
established by
witness, also
establishing personal
knowledge. Also
party admission.
Testimony relevant
and highly probative
to defendant
position on the
ability and need to
measure drug
exposure to identify
patients at increased
bleed risk Further,
also relevant to
Plaintiff's failure to
warn claims and

**Pending**

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 180 | 5 | Do you see that? | | | |
| 180 | 6 | A.  Yes. | | | |
| 180 | 7 | Q.  So it's clear from here that | | | |
| 180 | 8 | these studies that have been done by | | | |
| 180 | 9 | Dr. Morrissey with Xarelto had actually | | | |
| 180 | 10 | been discussed at the Paris meeting, | | | |
| 180 | 11 | correct? | | | |
| 180 | 12 | A.  Yes. | | | |
| 180 | 13 | Q.  Okay.  And you are asking | | | |
| 180 | 14 | Frank Misselwitz and Elisabeth Perzborn | | | |
| 180 | 15 | what it would take in order to get these | | | |
| 180 | 16 | results presented at the conference, the | | | |
| 180 | 17 | next conference of ISTH, right? | | | |
| 180 | 18 | A.  Yes. | | | |
| 180 | 19 | Q.  Okay.  And if you can look | | | |
| 180 | 20 | with me at the next page.  It -- you send | | | |
| 180 | 21 | another e-mail to Dr. Morrissey.  Do you | | | |
| 180 | 22 | see that, at 1/17/07, 12:57 p.m.? | | | |
| 180 | 23 | A.  Yes. | | | |
| 180 | 24 | Q.  Okay.  You say, "Hi, | | | |
| 181 | 1 | Dr. Morrissey.  Elisabeth has explained | | | |
| 181 | 2 | the internal review process and | | | |
| 181 | 3 | constraints which are as follows." | | | |
| 181 | 4 | Do you see that? | | | |
| 181 | 5 | A.  Yes. | | | |

**181:11 -   182:6  Spiro, Theodore 2016-05-10**                                     **1:00**

| | | | Re: [181:11-182:6] | Re: [181:11-182:6]    Pending |
|---|---|---|---|---|
| 181 | 11 | Q.  It says, "Chameleon, a Bayer | **Def Obj** R, P, Concede- | Pltf Resp Not offered |
| 181 | 12 | contractor, has to edit the abstract, and | Routine Monitoring, | for hearsay purpose, |
| 181 | 13 | it has to pass the Bayer internal review | Relevance-Chameleon, | rather for notice and |
| 181 | 14 | process.  Due to the timelines, we | H, AF, LF, MD, PK, | questioning witness' |
| 181 | 15 | recommend considering presentation of the | Attorney- | knowledge on |
| 181 | 16 | data at the ASH as the deadline for ISTH | colloquy/objections | defendant's |
| 181 | 17 | is close at hand," right? | | involvement in |
| 181 | 18 | A.  Yes. | | shaping messaging |
| 181 | 19 | Q.  You then provide him with | | to int'l medical |
| 181 | 20 | information that the ASH deadline is on | | society.  Business |
| 181 | 21 | August 1st, and that generally the | | records exception as |
| 181 | 22 | sponsor requests four to six weeks to | | email includes |
| 181 | 23 | review an abstract or manuscript for | | witness and |
| 181 | 24 | presentation or submission. | | foundation is |
| 182 | 1 | Do you see that? | | established by |
| 182 | 2 | A.  Yes. | | witness, also |
| 182 | 3 | Q.  Okay.  This would seem to | | establishing personal |
| 182 | 4 | indicate that Bayer had actually agreed | | knowledge. Also |
| 182 | 5 | to sponsor Dr. Morrissey's studies, | | party admission. |
| 182 | 6 | correct? | | Testimony relevant |
| | | | | and highly probative |
| | | | | to defendant |
| | | | | position on the |
| | | | | ability and need to |
| | | | | measure drug |
| | | | | exposure to identify |
| | | | | patients at increased |
| | | | | bleed risk Further, |
| | | | | also relevant to |

**182:10 -   182:11  Spiro, Theodore 2016-05-10**                                    **0:02**

| | | | Re: [182:10-182:11] | Re: [182:10-182:11]    Pending |
|---|---|---|---|---|
| 182 | 10 | THE WITNESS:  It would seem | **Def Obj** R, P, Concede- | Pltf Resp Not offered |
| 182 | 11 | that that would be the case. | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased | *Overrule* |

**182:17 -   183:21 Spiro, Theodore 2016-05-10**                                    0:56

| 182 17 | Q.   Dr. Morrissey responded to |
| 182 18 | you and thanked you for the explanation. |
| 182 19 | Do you see that at the |
| 182 20 | bottom? |
| 182 21 | A.   Yes. |
| 182 22 | Q.   And then you wrote a |
| 182 23 | response e-mail at 2:13 p.m. just above |
| 182 24 | that. |
| 183  1 | Do you see that? |
| 183  2 | A.   Yes. |
| 183  3 | Q.   You say, "Do you have an |
| 183  4 | abstract prepared?  If yes, we could at |
| 183  5 | least ask Frank and Elisabeth to review |
| 183  6 | it." |
| 183  7 | Do you see that? |
| 183  8 | A.   Yes. |
| 183  9 | Q.   "The issue of laboratory |
| 183 10 | methods/monitoring is a sensitive |
| 183 11 | subject." |
| 183 12 | Do you see that? |
| 183 13 | A.   Yes. |
| 183 14 | Q.   So in 2007, in January of |
| 183 15 | 2007, just less than a month after the |
| 183 16 | Paris meeting, you're letting |
| 183 17 | Dr. Morrissey, one of the outside |
| 183 18 | consultants that attended the Paris |
| 183 19 | meeting, know that laboratory |
| 183 20 | method/monitoring was a sensitive |
| 183 21 | subject, correct? |

Re: [182:17-183:21]
**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections

Re: [182:17-183:21]   **Pending**
Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society.  Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to Plaintiff's failure to warn claims and claim for need for

**183:23 -   184:16 Spiro, Theodore 2016-05-10**                                    1:10

| 183 23 | THE WITNESS:  Yes.  That is |
| 183 24 | what the memoranda says. |
| 184  1 | BY MR. OVERHOLTZ: |
| 184  2 | Q.   And that was your |

Re: [183:23-184:16]
**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon,

Re: [183:23-184:16]   **Pending**
Pltf Resp Not offered for hearsay purpose, rather for notice and

24

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 184 | 3 | understanding as well, that that was a | H, AF, LF, MD, PK, | questioning witness' | |
| 184 | 4 | sensitive subject at Bayer, correct? | Attorney- | knowledge on | |
| 184 | 5 | A.  Yes.  In Bayer, the -- the | colloquy/objections | defendant's | |
| 184 | 6 | issue of dosage adjustment was of concern | | involvement in | |
| 184 | 7 | because the program of development was | | shaping messaging | |
| 184 | 8 | predicated on not requiring dosage | | to int'l medical | |
| 184 | 9 | adjustments in patients to achieve the | | society.  Business | |
| 184 | 10 | desired therapeutic response. | | records exception as | |
| 184 | 11 | It was a fixed-dose | | email includes | |
| 184 | 12 | approach. | | witness and | |
| 184 | 13 | Q.  Let me ask you what we'll | | foundation is | |
| 184 | 14 | mark as Exhibit Number 12, which is | | established by | |
| 184 | 15 | Record Number 497291, Bates BPAG | | witness, also | |
| 184 | 16 | | 1168253 | establishing personal | |

(Overruled — handwritten ruling)

knowledge. Also
party admission.
Testimony relevant
and highly probative
to defendant
position on the
ability and need to
measure drug
exposure to identify
patients at increased
bleed risk Further,
also relevant to

| | | | | | |
|---|---|---|---|---|---|
| 185:7 - | 185:13 | Spiro, Theodore 2016-05-10 | 0:40 | | |
| 185 | 7 | Q.  This is an e-mail chain | **Re: [185:7-185:13]** | Re: [185:7-185:13]   Pending | |
| 185 | 8 | from it looks like -- I want to get the | **Def Obj** R, P, Concede- | Pltf Resp Not offered | |
| 185 | 9 | date right -- August of 2007, between | Routine Monitoring, H | for hearsay purpose, | |
| 185 | 10 | Dr. Samama and Elisabeth Perzborn, and | | rather for notice and | |
| 185 | 11 | then Elisabeth Perzborn forwards the | | questioning witness' | |
| 185 | 12 | information to a large group at Bayer, | | knowledge on | |
| 185 | 13 | including yourself. | | defendant's position | |

on the ability and
need to measure
drug exposure to
identify patients at
increased bleed risk.
Business records
exception and also
party admission.
Testimony relevant
and highly probative
to defendant
position on the
ability and need to
measure drug
exposure to identify
patients at increased
bleed risk. Further,
also relevant to
Plaintiff's failure to
warn claims and
claim for need for

| | | | | | |
|---|---|---|---|---|---|
| 185:19 - | 186:1 | Spiro, Theodore 2016-05-10 | 0:20 | | |
| 185 | 19 | BY MR. OVERHOLTZ: | **Re: [185:19-186:1]** | Re: [185:19-186:1]   Pending | |
| 185 | 20 | Q.  So first Dr. Samama e-mails | **Def Obj** R, P, Concede- | Pltf Resp Not offered | |
| 185 | 21 | Dr. Perzborn and describes two protocols | Routine Monitoring, H | for hearsay purpose, | |
| 185 | 22 | for studies that he would like to do with | | rather for notice and | |
| 185 | 23 | respect to Xarelto.  Is that a fair | | questioning witness' | |
| 185 | 24 | statement? | | knowledge on | |
| 186 | 1 | A.  Yes. | | defendant's position | |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for | |

**186:21 -   187:6   Spiro, Theodore 2016-05-10                0:24**

```
186  21      Q.   Okay.  And then Dr. Perzborn
186  22      forwards Dr. Samama's e-mail where he
186  23      lays out the two protocols for studies to
186  24      Dr. Misselwitz, yourself, as well as
187   1      several other people at Bayer, including
187   2      Dr. Kubitza, Dr. Mueck, Dr. Berkowitz, as
187   3      well as Harald Kallabis and Bernhard
187   4      Glombitza.
187   5           Do you see that?
187   6      A.   Yes.
```

| Objections In | Responses In | Rulings |
|---|---|---|
| Re: [186:21-187:6] **Def Obj** R, P, Concede-Routine Monitoring, H | Re: [186:21-187:6] Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | Pending |

**188:12 -   189:5   Spiro, Theodore 2016-05-10                0:30**

```
188  12           What about Martina Evertz.
188  13      Do you know who she was?
188  14      A.   Yes.  She would have been in
188  15      the marketing organization.
188  16      Q.   So she was in marketing,
188  17      right?
188  18      A.   Right.
188  19      Q.   Okay.  And you say, "Dear
188  20      all" -- and you drafted -- you received
188  21      this e-mail from Dr. Perzborn, right?
188  22      A.   Right.
```

| Objections In | Responses In | Rulings |
|---|---|---|
| Re: [188:12-189:5] **Def Obj** R, P, Concede-Routine Monitoring, H | Re: [188:12-189:5] Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at | Pending |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 188 23 | Q.  And she says, "Dear all.  As | | increased bleed risk. |
| 188 24 | you know, Professor Samama is very | | Business records |
| 189  1 | interested in the question, what is the | | exception and also |
| 189  2 | best way to monitor Xarelto, if | | party admission. |
| 189  3 | necessary?" | | Testimony relevant |
| 189  4 |      Do you see that? | | and highly probative |
| 189  5 | A.  Yes. | | to defendant |
| | | | position on the |
| | | | ability and need to |
| | | | measure drug |
| | | | exposure to identify |
| | | | patients at increased |
| | | | bleed risk. Further, |
| | | | also relevant to |
| | | | Plaintiff's failure to |
| | | | warn claims and |
| | | | claim for need for |
| | | | measurement |
| | | | including the |

192:5  -  192:13 Spiro, Theodore 2016-05-10    0:18

| | | Re: [192:5-192:13] | Re: [192:5-192:13]    Pending |
|---|---|---|---|
| 192  5 | Q.  So there was a protocol in | Def Obj R, P, Concede- | Pltf Resp Not offered |
| 192  6 | place to do these types of studies, | Routine Monitoring, H | for hearsay purpose, |
| 192  7 | correct? | | rather for notice and |
| 192  8 | A.  The protocol wasn't in | | questioning witness' |
| 192  9 | place.  It had to be reviewed -- | | knowledge on |
| 192 10 | submitted and reviewed by a committee | | defendant's position |
| 192 11 | that was charged with reviewing | | on the ability and |
| 192 12 | investigator-initiated studies at that | | need to measure |
| 192 13 | time. | | drug exposure to |

193:1  -  193:8 Spiro, Theodore 2016-05-10    0:22

| | | | identify patients at |
|---|---|---|---|
| 193  1 | Q.  Let me ask you this.  As | | increased bleed risk. |
| 193  2 | part of the review process for a study | | Business records |
| 193  3 | related to laboratory assays, did that | | exception and also |
| 193  4 | require the approval of marketing at | | party admission. |
| 193  5 | Bayer? | | Testimony relevant |
| 193  6 | A.  To the best of my knowledge, | | and highly probative |
| 193  7 | no, marketing would not have been | | to defendant |
| 193  8 | involved in that. | | position on the |
| | | | ability and need to |
| | | | measure drug |
| | | | exposure to identify |
| | | | patients at increased |
| | | | bleed risk. Further, |
| | | | also relevant to |
| | | | Plaintiff's failure to |
| | | | warn claims and |
| | | | claim for need for |
| | | | measurement |
| | | | including the |

193:9  -  193:22 Spiro, Theodore 2016-05-10    0:29

| | | Re: [193:9-193:22] | Re: [193:9-193:22]    Pending |
|---|---|---|---|
| 193  9 | Q.  Okay.  The next thing that | Def Obj R, P, Relevance- | Pltf Resp Not offered |
| 193 10 | Dr. Perzborn says is, "Moreover, it would | Marketing, H, A, AR, MD | for hearsay purpose, |
| 193 11 | be very helpful or even necessary to | | rather for notice and |
| 193 12 | learn your opinion, to reanimate the | | questioning witness' |
| 193 13 | discussion process started at the Paris | | knowledge on |
| 193 14 | meeting, and to get a consolidated Bayer | | defendant's position |
| 193 15 | and J&J opinion." | | on the ability and |
| 193 16 |      Do you see that? | | need to measure |
| 193 17 | A.  Yes. | | drug exposure to |
| 193 18 | Q.  Okay.  And so she wanted to | | identify patients at |
| 193 19 | get the opinion of these people she | | increased bleed risk. |
| 193 20 | e-mailed related to this proposal by | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | Business records exception and also party admission. Testimony relevant and highly probative to defendant position on assay development and evolution of its position on the subject of assay development and use. Plaintiff disputes admissiblity of this evidence is conceded. Clearly no argumentative and | |

193 21    Dr. Samama, correct?
193 22    A.   Correct.

---

**194:12 -**    **194:18** Spiro, Theodore 2016-05-10      0:15

| | | | | |
|---|---|---|---|---|
| 194 12 | Q. You don't have any | **Re: [194:12-194:18]** | Re: [194:12-194:18] | **Pending** |
| 194 13 | understanding as to why Dr. Perzborn | **Def Obj** R, P, Relevance- | Pltf Resp Plaintiff | |
| 194 14 | would be asking people like Martina | Marketing, H, A, AR, MD | withdraws this | |
| 194 15 | Evertz in marketing their opinion related | | designation. | |
| 194 16 | to whether or not Bayer should support | | | |
| 194 17 | tests that would determine the best way | | | |
| 194 18 | to monitor Xarelto, correct? | | | |

**194:22 -**    **195:4** Spiro, Theodore 2016-05-10      0:20

| | | | | |
|---|---|---|---|---|
| 194 22 | Formalistically speaking, the "to | **Re: [194:22-195:4]** | Re: [194:22-195:4] | **Pending** |
| 194 23 | list" would be the individuals to | **Def Obj** R, P, Concede- | Pltf Resp Plaintiff | |
| 194 24 | whom she is addressing the opinion | Routine Monitoring, | withdraws this | |
| 195 1 | collection process. And the cc is | Relevance-Marketing, H, | designation. | |
| 195 2 | to the individuals who she's | A, AR, MD | | |
| 195 3 | informing that we are going to so | | | |
| 195 4 | do. | | | |

**198:1 -**    **198:11** Spiro, Theodore 2016-05-10      0:34

| | | | | |
|---|---|---|---|---|
| 198 1 | Q. Okay. Dr. Spiro, I'll show | **Re: [198:1-198:11]** | Re: [198:1-198:11] | **Pending** |
| 198 2 | you what we marked as Exhibit 13, | **Def Obj** R, P, Concede- | Pltf Resp Not offered | |
| 198 3 | Spiro-13, which is Record 2769890, BPAG | Routine Monitoring, H | for hearsay purpose, | |
| 198 4 | | 16414467 | rather for notice and | |
| 198 5 | And this is a continuation | | questioning witness' | |
| 198 6 | of the e-mail that was sent by Elisabeth | | knowledge on | |
| 198 7 | Perzborn on August 17th of 2017 (sic) to | | defendant's position | |
| 198 8 | the several people at Bayer related to | | on the ability and | |
| 198 9 | Dr. Samama's proposal to do the two | | need to measure | |
| 198 10 | studies. Do you see that on the | | drug exposure to | |
| 198 11 | next-to-the-last page? | | identify patients at | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

increased bleed risk. Business records exception also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement

| 198:15 - 199:3 | Spiro, Theodore 2016-05-10 | 1:07 | | |
|---|---|---|---|---|

| 198 15 | Q.   Did you have a chance to |
| 198 16 | read this document, Exhibit 13? |
| 198 17 | A.   Yes. |
| 198 18 | Q.   Okay.  And you can see with |
| 198 19 | me -- on the next-to-the-last page, we |
| 198 20 | see the e-mail that we were discussing in |
| 198 21 | Exhibit 12, which is the e-mail from |
| 198 22 | Dr. Perzborn to yourself, Dr. Misselwitz, |
| 198 23 | Klaus Wehling, and others regarding |
| 198 24 | Dr. Samama's interest in what is the best |
| 199 1 | way to monitor Xarelto. |
| 199 2 | Do you see that? |
| 199 3 | A.   Yes, I do see that. |

Re: [198:15-199:3]
Def Obj R, P, Concede-Routine Monitoring, H

Re: [198:15-199:3]     Pending
Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement

| 199:11 - 199:24 | Spiro, Theodore 2016-05-10 | 0:32 | | |
|---|---|---|---|---|

| 199 11 | Q.   And if we turn to the next |
| 199 12 | page, Martina Evertz forwards that e-mail |
| 199 13 | that she received from Dr. Perzborn, and |
| 199 14 | she forwards it to several people, |
| 199 15 | including an Andreas Nauck, Ian Talmage, |
| 199 16 | Marc van Unen, Bernhard Schaefer, |
| 199 17 | Stephan-Nicholas Wirtz, and Dr. Wolf |
| 199 18 | Sittner. |
| 199 19 | Do you see that? |
| 199 20 | A.   Yes, I do. |
| 199 21 | Q.   All right.  And these are |
| 199 22 | people in the marketing department at |
| 199 23 | Bayer? |
| 199 24 | A.   Yes, they are. |

Re: [199:11-199:24]
Def Obj R, P, Concede-Routine Monitoring, H

Re: [199:11-199:24]     Pending
Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception also party

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | |

**202:21 - 204:3**   Spiro, Theodore 2016-05-10                                    1:21

| | | | |
|---|---|---|---|
| 202 21   Q.   So Martina Evertz forwards | Re: [202:21-204:3] | Re: [202:21-204:3] | Pending |
| 202 22      this e-mail that you received from | Def Obj R, P, Concede- | Pltf Resp Not offered | |
| 202 23      Dr. Perzborn regarding the study proposal | Routine Monitoring, H | for hearsay purpose, | |
| 204 24      for Professor Samama, correct? | | rather for notice and | |
| 203 1    A.   She forwarded it down to | | questioning witness' | |
| 203 2       colleagues in her organization, yes. | | knowledge on | |
| 203 3    Q.   And she quotes from | | defendant's position | |
| 203 4       Dr. Samama's proposal regarding the aim | | on the ability and | |
| 203 5       of the study, correct? | | need to measure | |
| 203 6    A.   Yes. | | drug exposure to | |
| 203 7    Q.   And one of those aims was to | | identify patients at | |
| 203 8       explore the possibility of promoting a | | increased bleed risk. | |
| 203 9       kit which will be available on the | | Business records | |
| 203 10      market, correct? | | exception also party | |
| 203 11   A.   Yes. | | admission. | |
| 203 12   Q.   She wrote to her marketing | | Testimony relevant | |
| 203 13      colleagues, "From my perspective, | | and highly probative | |
| 203 14      provided that the scientific method | | to defendant | |
| 203 15      described is the right approach, which is | | position on the | |
| 203 16      difficult for me to comment on, I would | | ability and need to | |
| 203 17      support this study, since this is | | measure drug | |
| 203 18      with" -- "in line with our claim from the | | exposure to identify | |
| 203 19      claims list to provide monitorability." | | patients at increased | |
| 203 20            Do you see that? | | bleed risk. Further, | |
| 203 21   A.   Yes, I see that. But the -- | | also relevant to | |
| 203 22      the wording here, "monitorability," would | | Plaintiff's failure to | |
| 203 23      be better stated as measurability because | | warn claims and | |
| 203 24      we -- we were not in the -- in the | | claim for need for | |
| 204 1       process of developing dosage adaptations | | measurement | |
| 204 2       based on measurements of rivaroxaban | | including the | |
| 204 3       concentrations. | | usefulness of PT to | |
| | | assess the | |

**210:4 -  210:17**   Spiro, Theodore 2016-05-10                                   0:30

| | | | |
|---|---|---|---|
| 210 4    Q.   So earlier you and I talked | Re: [210:4-210:17] | Re: [210:4-210:17] | Pending |
| 210 5       about the fact that if you measured | Def Obj R, P, Concede- | Pltf Resp Whether | |
| 210 6       someone and their drug plasma | PT/Dose Adjustment, | plasma | |
| 210 7       concentrations were too high, one of the | Concede-Routine | concentrations could | |
| 210 8       things that you could do in the clinical | Monitoring, H, LF, IH, O, | be measured and | |
| 210 9       setting is miss a dose, correct? | S, | predict bleed risk is | |
| 210 10   A.   Yes. That would be an | | relevant to | |
| 210 11      option. | | demonstrating that | |
| 210 12   Q.   Okay. What would you do | | defendants were | |
| 210 13      next for that patient? Would you put | | motivated to avoid | |
| 210 14      them back on the exact same dose when | | any form of | |
| 210 15      they've already demonstrated that they | | monitoring including | |
| 210 16      are -- have high plasma concentrations of | | a one-time | |
| 210 17      the drug? | | measurement to | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | evaluate patients at a high bleeding risks as well as Defendants' notice of the ability to make such a measurement. Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical doctor - Xarelto use with evidence of a | *Overruled* (handwritten) |

**210:21 - 211:13 Spiro, Theodore 2016-05-10**    0:29

| 210 21 | THE WITNESS: It's a |
| 210 22 | difficult -- difficult question. |
| 210 23 | It -- it would have to be viewed |
| 210 24 | in the context of -- of an |
| 211 1 | individual patient as to what |
| 211 2 | might be -- what might be done. |
| 211 3 | What always was an |
| 211 4 | alternative for certain types of |
| 211 5 | patients would be treat -- |
| 211 6 | treatments with standard of care. |
| 211 7 | BY MR. OVERHOLTZ: |
| 211 8 | Q.  So don't put them back on |
| 211 9 | Xarelto? |
| 211 10 | A.  That's an option. |
| 211 11 | Q.  And instead switch them over |
| 211 12 | to a -- a warfarin therapy, perhaps? |
| 211 13 | A.  Perhaps. |

**Re: [210:21-211:13]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, LF, IH, O, S,

Re: [210:21-211:13]    Pending
Pltf Resp Whether plasma concentrations could be measured and predict bleed risk is relevant to demonstrating that defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risks as well as Defendants' notice of the ability to make such a measurement. Plaintiff disputes admissibility of this evidence is conceded. Reacting to concentration of a patient with deteriorating renal function is sufficient foundation

**234:2 - 234:8 Spiro, Theodore 2016-05-10**    1:09

| 234 2 | Q.  Let me show you what we'll |
| 234 3 | mark as Exhibit Number 18.  Okay.  So |
| 234 4 | this is Record 1690921, Bates BHCP |
| 234 5 | 05104216.  And there is an e-mail chain |
| 234 6 | that goes several pages.  It starts with |
| 234 7 | an e-mail from Yong-Ling Liu at Chameleon |
| 234 8 | to several people at Bayer. |

**Re: [234:2-234:8]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

Re: [234:2-234:8]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.

|  | Objections In | Responses In | Rulings |
|---|---|---|---|
|  |  | Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same . Plaintiff disputes the admissibility of this evidence is conceded. |  |

**234:20 -    235:10 Spiro, Theodore 2016-05-10**                                    1:43

| | | | |
|---|---|---|---|
| 234 20 | Q.  So if we can start on the | **Re: [234:20-235:10]** | Re: [234:20-235:10]    Pending |
| 234 21 | bottom of the first page, you can see at | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 234 22 | the very bottom there's an e-mail from | PT/Dose Adjustment, | for non-hearsay |
| 234 23 | Nancy Cook-Bruns to yourself on June 17, | Concede-Routine | purpose: notice. Also |
| 234 24 | 2009, copying Elisabeth Perzborn, where | Monitoring, Relevance- | business records |
| 235 1 | she says, "Dear Theo." At the top of the | Chameleon, H | exception and |
| 235 2 | second page, "Can you please get in touch | | admission. |
| 235 3 | with Garreth"? | | Testimony relevant |
| 235 4 | A.  Yes. | | and  highly probative |
| 235 5 | Q.  And she says, "Dear Theo. | | as well as it |
| 235 6 | Can you please get in touch with Garreth | | defendants' |
| 235 7 | at Chameleon regarding the poster from | | interaction and |
| 235 8 | Dr. Samama for ISTH?" | | influence of medical |
| 235 9 |         Do you see that? | | and scientific |
| 235 10 | A.  Yes. | | literature regarding |
| | | | measurement of |
| | | | drug exposure of |
| | | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |

**238:23 -    240:11 Spiro, Theodore 2016-05-10**                                    1:39

| | | | |
|---|---|---|---|
| 238 23 | Q.  Okay. Now, you respond to | **Re: [238:23-240:11]** | Re: [238:23-240:11]    Pending |
| 238 24 | Nancy Cook-Bruns on the first page, | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 239 1 | correct? And you say, "Dear Nancy. | PT/Dose Adjustment, | for non-hearsay |
| 239 2 | Certainly I can do this." | Concede-Routine | purpose: notice. Also |
| 239 3 |         Do you see that? | Monitoring, Relevance- | business records |
| 239 4 | A.  Yes. | Chameleon, H, AF, IH, | exception and |
| 239 5 | Q.  You say, "Re monitoring, it | LF, MD | admission. |
| 239 6 | is necessary to have a test in the | | Testimony relevant |
| 239 7 | routine clinical laboratory ideally for | | and  highly probative |
| 239 8 | measuring rivaroxaban blood | | as well as it |
| 239 9 | concentrations in unusual clinical | | defendants' |
| 239 10 | situations." | | interaction and |
| 239 11 |         Do you see that? | | influence of medical |

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 239 12 | A.  Yes. | and scientific | |
| 239 13 | Q.  Okay.  "The types of | literature regarding | |
| 239 14 | patients concerned you know as well as I | measurement of | |
| 239 15 | do:  Low-body-weight patients, less than | drug exposure of | |
| 239 16 | 50 kilograms; high-body-weight patients, | Xarelto. Further, also | |
| 239 17 | greater than 120 kilograms; accidental | relevant to Plaintiff's | |
| 239 18 | overdose, a two-year old child swallows | failure to warn | |
| 239 19 | 30 rivaroxaban tablets; attempted | claims and claim for | |
| 239 20 | suicide, the patient swallows five | need for | |
| 239 21 | tablets; compliance; patients with | measurement | |
| 239 22 | hepatic and renal insufficiency on | including the | |
| 239 23 | chronic treatment and so forth." | usefulness of PT to | |
| 239 24 | That's what you told Nancy, | assess the | |
| 240  1 | correct? | anticoagulant effect | |
| 240  2 | A.  Yes. | of Xarelto, and the | |
| 240  3 | Q.  50 kilograms is about how | importance of | |
| 240  4 | many pounds? | measurements for | |
| 240  5 | A.  50 kilograms is about | assessing bleeding | |
| 240  6 | 110 pounds. | risk.  Plaintiff | |
| 240  7 | Q.  So one of the patients that | | |
| 240  8 | you were talking about it being necessary | | |
| 240  9 | to measure their blood concentrations are | | |
| 240 10 | patients that weigh less than 110 pounds, | | |
| 240 11 | correct? | | |

240:14 - 240:15 Spiro, Theodore 2016-05-10     0:11

| | | | |
|---|---|---|---|
| 240 14 | THE WITNESS:  It might be | Re: [240:14-240:15] | Re: [240:14-240:15]    Pending |
| 240 15 | necessary.  Might. | Def Obj R, P, Concede- | Pltf Resp Relevant |
| | | PT/Dose Adjustment, | for non-hearsay |
| | | Concede-Routine | purpose: notice. Also |
| | | Monitoring, Relevance- | business records |
| | | Chameleon, H, AF, IH, | exception and |
| | | LF, MD | admission. |
| | | | Testimony relevant |
| | | | and  highly probative |
| | | | as well as it |
| | | | defendants' |
| | | | interaction and |
| | | | influence of medical |
| | | | and scientific |
| | | | literature regarding |
| | | | measurement of |
| | | | drug exposure of |
| | | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |

240:17 - 241:4 Spiro, Theodore 2016-05-10     0:43

| | | | |
|---|---|---|---|
| 240 17 | Q.  Now, one of the things that | Re: [240:17-241:4] | Re: [240:17-241:4]    Pending |
| 240 18 | Dr. Cook-Bruns asked you to review was | Def Obj R, P, Concede- | Pltf Resp Relevant |
| 240 19 | the Chris Nessel e-mail and the back and | PT/Dose Adjustment, | for non-hearsay |
| 240 20 | forth with Sue Pagano at J&J. | Concede-Routine | purpose: notice. Also |
| 240 21 | Do you recall that? | Monitoring, Relevance- | business records |
| 240 22 | A.  Yes. I've just looked at | Chameleon, H | exception and |
| 240 23 | it. | | admission. |
| 240 24 | Q.  And so you reviewed this | | Testimony relevant |
| 241  1 | e-mail string that she forwarded to you | | and  highly probative |

*overruled* (handwritten annotation)

33

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 241 | 2 | at the time, correct? |
| 241 | 3 | A.  Yes.  I would have reviewed |
| 241 | 4 | it. |

Responses In column (top):

as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

*Overrule* (handwritten, signed)

---

**241:20 -   242:12 Spiro, Theodore 2016-05-10**                0:38

| 241 | 20 | Q.  Okay.  So you see where she |
| 241 | 21 | forwards the Samama poster related to the |
| 241 | 22 | effects of rivaroxaban, a novel oral |
| 241 | 23 | direct Factor Xa inhibitor on coagulation |
| 241 | 24 | assays for your review. |
| 242 | 1 | A.  Yes. |
| 242 | 2 | Q.  In response to that, Warren |
| 242 | 3 | Cowell at Bayer responds. |
| 242 | 4 | Do you see that? |
| 242 | 5 | A.  Yes. |
| 242 | 6 | Q.  Just above. |
| 242 | 7 | A.  Mm-hmm. |
| 242 | 8 | Q.  Warren Cowell is listed as |
| 242 | 9 | global project leader, global health |
| 242 | 10 | economics outcomes and reimbursement. |
| 242 | 11 | Do you see that? |
| 242 | 12 | A.  Yes. |

Objections In:
Re: [241:20-242:12]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

Responses In:
Re: [241:20-242:12] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

Rulings: **Pending**

---

**242:18 -   243:23 Spiro, Theodore 2016-05-10**                1:15

| 242 | 18 | Q.  And Warren Cowell responds |
| 242 | 19 | to Yong-Ling Liu from Chameleon Group's |
| 242 | 20 | e-mail attaching Samama's poster. |
| 242 | 21 | Do you see that? |
| 242 | 22 | A.  Yes. |
| 242 | 23 | Q.  And he says, "Dear |
| 242 | 24 | Yong-Ling.  Please see some comments from |
| 243 | 1 | a nonspecialist perspective." |
| 243 | 2 | And if we can look at the |
| 243 | 3 | top of the next page, there's two bullet |
| 243 | 4 | points.  He says, the first bullet point, |

Objections In:
Re: [242:18-243:23]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, IH, LF, MD

Responses In:
Re: [242:18-243:23] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants'

Rulings: **Pending**

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 243  5   "There is an assumption explicitly stated<br>243  6   that riva does not require routine<br>243  7   monitoring which is presented within this<br>243  8   poster as contextual information, but<br>243  9   also positioned as one of the<br>243 10   'communication objectives.'"<br>243 11         Do you see that?<br>243 12   A.  Yes, I do.<br>243 13   Q.  He says, "Perhaps we should<br>243 14   explain or reference this claim, as I am<br>243 15   not sure how this claim is currently<br>243 16   supported, or even in its" -- "if it is<br>243 17   defensible."<br>243 18         Do you see that?<br>243 19   A.  Yes, I do.<br>243 20   Q.  Did you ever talk to<br>243 21   Dr. Cowell about his concerns about the<br>243 22   claim for no routine monitoring may not<br>243 23   even be defensible? | | interaction and<br>influence of medical<br>and scientific<br>literature regarding<br>measurement of<br>drug exposure of<br>Xarelto. Further, also<br>relevant to Plaintiff's<br>failure to warn<br>claims and claim for<br>need for<br>measurement<br>including the<br>usefulness of PT to<br>assess the<br>anticoagulant effect<br>of Xarelto, and the<br>importance of<br>measurements for<br>assessing bleeding<br>risk. Plaintiff | *Overruled* |
| 244:2 -  244:5 Spiro, Theodore 2016-05-10   0:08<br>244  2         THE WITNESS:  No, I did not<br>244  3   have any -- I do not remember<br>244  4   having conversations with Warren<br>244  5   Cowell, no, in this regard. | Re: [244:2-244:5]<br>Def Obj R, P, Concede-<br>PT/Dose Adjustment,<br>Concede-Routine<br>Monitoring, Relevance-<br>Chameleon, H, AF, IH,<br>LF, MD | Re: [244:2-244:5]<br>Pltf Resp Relevant<br>for non-hearsay<br>purpose: notice. Also<br>business records<br>exception and<br>admission.<br>Testimony relevant<br>and  highly probative<br>as well as it<br>defendants'<br>interaction and<br>influence of medical<br>and scientific<br>literature regarding<br>measurement of<br>drug exposure of<br>Xarelto. Further, also<br>relevant to Plaintiff's<br>failure to warn<br>claims and claim for<br>need for<br>measurement<br>including the<br>usefulness of PT to<br>assess the<br>anticoagulant effect<br>of Xarelto, and the | Pending |
| 244:12 -  244:22 Spiro, Theodore 2016-05-10   0:33<br>244 12   Q.  So Warren Cowell says, "Also<br>244 13   from the contextual perspective, it may<br>244 14   not be clear to nonspecialists how any<br>244 15   results of riva assays would be used in<br>244 16   clinical practice, i.e., if a physician<br>244 17   already knows a patient has<br>244 18   overdosed/bled on riva, what would they<br>244 19   do with the results of such an assay?"<br>244 20         So he's asking what is a<br>244 21   physician supposed to do with the results<br>244 22   of these measurements, right? | Re: [244:12-244:22]<br>Def Obj R, P, Concede-<br>PT/Dose Adjustment,<br>Concede-Routine<br>Monitoring, Relevance-<br>Chameleon, H | Re: [244:12-244:22]<br>Pltf Resp Relevant<br>for non-hearsay<br>purpose: notice. Also<br>business records<br>exception and<br>admission.<br>Testimony relevant<br>and  highly probative<br>as well as it<br>defendants' | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

**245:1 - 247:9  Spiro, Theodore 2016-05-10**                    2:43

| 245 | 1 | THE WITNESS: There are, I |
| 245 | 2 | think, clinical situations in |
| 245 | 3 | which it is helpful to know the |
| 245 | 4 | concentration of rivaroxaban, what |
| 245 | 5 | the concentration of rivaroxaban |
| 245 | 6 | is in the plasma of a specific |
| 245 | 7 | patient. |
| 245 | 8 | This brings us to the |
| 245 | 9 | assumption that the patient can |
| 245 | 10 | tell us that, in fact, he -- he or |
| 245 | 11 | she is using rivaroxaban. |
| 245 | 12 | I don't know exactly what |
| 245 | 13 | Warren Cowell's background was, so |
| 245 | 14 | it's difficult for me to -- to |
| 245 | 15 | understand exactly where his -- |
| 245 | 16 | how -- where his concern is |
| 245 | 17 | directed. |
| 245 | 18 | But as an example, a patient |
| 245 | 19 | who has overdosed on, as has been |
| 245 | 20 | reported in the literature, 100 |
| 245 | 21 | tablets of rivaroxaban, it may be |
| 245 | 22 | helpful to know that this patient |
| 245 | 23 | has a certain plasma concentration |
| 245 | 24 | and be able to monitor it to -- |
| 246 | 1 | for -- measure it for one or |
| 246 | 2 | two days to see that the drug is |
| 246 | 3 | being eliminated from the -- |
| 246 | 4 | the -- the plasma compartment and |
| 246 | 5 | to use -- to take measures during |
| 246 | 6 | that -- that period of time to |
| 246 | 7 | protect the patient from risk of |
| 246 | 8 | bleeding. |
| 246 | 9 | The -- the assay, as we were |
| 246 | 10 | thinking about it, was a |
| 246 | 11 | measurement assay, and not -- not |
| 246 | 12 | a dose-adaptation assay. We were |
| 246 | 13 | considering it to be of value and |
| 246 | 14 | of use in the setting of -- of -- |
| 246 | 15 | of the patient who might require |
| 246 | 16 | an emergency surgery as an |
| 246 | 17 | example, to provide guidance to |
| 246 | 18 | the surgeon as to the -- the |
| 246 | 19 | concentration of rivaroxaban in |
| 246 | 20 | the -- in the patient's plasma. |

**Objections In:**

Re: [245:1-247:9]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

**Responses In:**

Re: [245:1-247:9]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. TTestimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff

**Rulings:**  Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 246 21 | So there are some situations |
| 246 22 | in which the -- this information |
| 246 23 | can be of use to -- to a |
| 246 24 | physician. |
| 247 1 | And I think in this ongoing |
| 247 2 | discussion, we are continuing |
| 247 3 | the -- the conversation of when |
| 247 4 | and where that might be the case. |
| 247 5 | BY MR. OVERHOLTZ: |
| 247 6 | Q.  So Sue Pagano responds to |
| 247 7 | Dr. Cowell's e-mail.  And she is from |
| 247 8 | J&J.  Did you know her? |
| 247 9 | A.  Yes, I did. |

**248:9  -  249:2  Spiro, Theodore 2016-05-10        0:37**

| 248 9 | Q.  But she says to Warren |
| 248 10 | Cowell and the others on the e-mail |
| 248 11 | saying, "Agree with Warren, reference the |
| 248 12 | monitoring statement. |
| 248 13 | "His point about what |
| 248 14 | physicians would do with the results and |
| 248 15 | the dilemma of no need for monitoring, |
| 248 16 | hence why is this assay important to |
| 248 17 | doctors?  This needs some clarity, as |
| 248 18 | they will leave the poster with |
| 248 19 | questions." |
| 248 20 | Do you see that? |
| 248 21 | A.  Yes, I do. |
| 248 22 | Q.  I mean, this is the |
| 248 23 | question.  If you're going to create a |
| 248 24 | way to measure the drug levels, isn't it |
| 249 1 | the right thing to do to tell physicians |
| 249 2 | what they should do about it? |

**Objections In:** Re: [248:9-249:2] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

**Responses In:** Re: [248:9-249:2] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. TTestimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

**Rulings:** Pending

**249:5  -  250:10 Spiro, Theodore 2016-05-10        1:39**

| 249 5 | THE WITNESS:  The -- at -- |
| 249 6 | at this point in time we're |
| 249 7 | developing the assay -- we're not |
| 249 8 | developing the assay.  We are |
| 249 9 | supporting diagnostic companies |
| 249 10 | that specialize in coagulation |
| 249 11 | testing.  We are supporting some |
| 249 12 | companies in their efforts to |
| 249 13 | develop assays for measurement of |
| 249 14 | rivaroxaban. |
| 249 15 | We -- we agree that there is |
| 249 16 | a need to have an assay for |
| 249 17 | measurement.  We are not |
| 249 18 | developing dose-adapted -- |
| 249 19 | treatment regimens that require |
| 249 20 | dosage adjustments.  But we do |
| 249 21 | feel that as the use of these |

**Objections In:** Re: [249:5-250:10] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

**Responses In:** Re: [249:5-250:10] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of

**Rulings:** Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 249 22 | non-vitamin K oral anticoagulants |
| 249 23 | increases, and in particular with |
| 249 24 | the additional indications under |
| 250 1 | investigation, that the -- the |
| 250 2 | circumstances in which a |
| 250 3 | measurement might be helpful to a |
| 250 4 | physician would increase. |
| 250 5 | I've already mentioned two |
| 250 6 | of the more obvious situations, |
| 250 7 | suicidal attempts, overdoses, and |
| 250 8 | the -- in the setting of a |
| 250 9 | requirement for emergency surgery |
| 250 10 | or -- or invasive procedures. |

Responses In: Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff

250:11 -   250:20 Spiro, Theodore 2016-05-10      0:26

| 250 11 | But we do not have |
| 250 12 | further -- we don't really have |
| 250 13 | further instructions to give to |
| 250 14 | physicians, because, again, our |
| 250 15 | development program is predicated |
| 250 16 | on a treatment regimen that has |
| 250 17 | a -- a larger therapeutic window |
| 250 18 | than was the case for the vitamin |
| 250 19 | K antagonist and does not require |
| 250 20 | a dose-adaptation strategy." |

Objections In: **Re: [250:11-250:20] Pltf Obj** Witness' response is nonresponsive.

Rulings: Pending

253:1 -   253:6 Spiro, Theodore 2016-05-10      0:09

| 253 1 | Q.  Okay.  And Chris Nessel |
| 253 2 | responds -- and did you know Dr. Nessel? |
| 253 3 | A.  Yes, I know Dr. Nessel. |
| 253 4 | Q.  Okay.  He was with J&J, |
| 253 5 | correct? |
| 253 6 | A.  Yes. |

Objections In: **Re: [253:1-253:6] Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

Responses In: Re: [253:1-253:6] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.

Rulings: Pending

253:22 -   255:3 Spiro, Theodore 2016-05-10      0:58

| 253 22 | Q.  Okay.  He says, "Dear Sue. |
| 253 23 | As I review the poster there are at least |
| 253 24 | two issues extant.  The first is to |
| 254 1 | appropriately caution clinicians against |
| 254 2 | monitoring the pharmacological activity |
| 254 3 | of rivaroxaban.  I recommend |
| 254 4 | strengthening the introduction as |
| 254 5 | follows: |
| 254 6 | "Change 'There is no |
| 254 7 | requirement for routine coagulation |
| 254 8 | monitoring,' to, there is no clinical |
| 254 9 | value or utility in routine coagulation |
| 254 10 | monitoring. |
| 254 11 | "The absence of a |
| 254 12 | requirement does not adequately convey |
| 254 13 | the matter.  The trials were performed |
| 254 14 | without any coagulation monitoring, not |
| 254 15 | even if it was desired." |
| 254 16 | Did I read that correctly? |
| 254 17 | A.  Yes, you did. |
| 254 18 | Q.  He says, "Moreover, I |
| 254 19 | disagree that monitoring may be valuable |
| 254 20 | in certain instances." |
| 254 21 | Do you see that? |
| 254 22 | A.  Yes, I do. |
| 254 23 | Q.  He says, "It may be desired, |
| 254 24 | but that is distinctly different from the |

Responses In: Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

255  1  presence of clinical value."
255  2  Do you see that?
255  3  A.  Yes.

255:4  -  255:16 Spiro, Theodore 2016-05-10    0:29

255  4  Q.  He says, "In the absence of
255  5  an antidote or reversal agent, what is
255  6  the clinician supposed to do with the
255  7  result of a monitoring assay?"
255  8  And he gives an example of a
255  9  rivaroxaban level of .35 micrograms per
255 10  milliliter.
255 11  Do you see that?
255 12  A.  Yes.
255 13  Q.  So he's again questioning
255 14  what is a physician supposed to do with a
255 15  result from one of these measuring
255 16  assays, correct?

**Re: [255:4-255:16]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, Relevance-Reversal Agent/Antidote, H, LF, MD, S

Re: [255:4-255:16]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

Pending

255:19  -  255:24 Spiro, Theodore 2016-05-10    0:19

255 19  THE WITNESS: Yes.
255 20  BY MR. OVERHOLTZ:
255 21  Q.  And when you responded to
255 22  Nancy Cook-Bruns, you disagreed with
255 23  Dr. Nessel, correct?
255 24  A.  Yes.

**Re: [255:19-255:24]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, Relevance-Reversal Agent/Antidote, H, LF, MD, S

Re: [255:19-255:24]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

Pending

*Overruled*

04/20/17 18:27

| | Objections In | Responses In | Rulings |

**256:8 - 256:17 Spiro, Theodore 2016-05-10** 0:26

| | | | |
|---|---|---|---|
| 256 8 | Q. You said on the first page | Re: [256:8-256:17] | Re: [256:8-256:17] **Pending** |
| 256 9 | of the e-mail, "Re monitoring, it is | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 256 10 | necessary to have a test in the routine | PT/Dose Adjustment, | for non-hearsay |
| 256 11 | clinical laboratory, ideally for | Concede-Routine | purpose: notice. Also |
| 256 12 | measuring rivaroxaban blood | Monitoring, Relevance- | business records |
| 256 13 | concentrations in unusual clinical | Chameleon, H | exception and |
| 256 14 | situations." | | admission. |
| 256 15 | We went through that before, | | Testimony relevant |
| 256 16 | those examples that you gave, correct? | | and highly probative |
| 256 17 | A. Yes, correct. | | as well as it |

defendants'
interaction and
influence of medical
and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the
importance

**264:1 - 265:3 Spiro, Theodore 2016-05-10** 1:06

| | | | |
|---|---|---|---|
| 264 1 | Q. Let's see what Dr. Nessel | Re: [264:1-265:3] | Re: [264:1-265:3] **Pending** |
| 264 2 | said next. He said -- I wasn't the first | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 264 3 | person to use a conflict. Dr. Nessel | PT/Dose Adjustment, | for non-hearsay |
| 264 4 | says to this group, that you reviewed, | Concede-Routine | purpose: notice. Also |
| 264 5 | "Finally, there is a conflict inherent in | Monitoring, Relevance- | business records |
| 264 6 | the poster. We believe that coagulation | Chameleon, H, AF, AR, | exception and |
| 264 7 | monitoring is not necessary, but go on to | LF, MD | admission. |
| 264 8 | present multiple methods to do so. No | | Testimony relevant |
| 264 9 | brief statement will resolve this. To | | and highly probative |
| 264 10 | the contrary, presenting this information | | as well as it |
| 264 11 | tacitly justifies monitoring via the | | defendants' |
| 264 12 | provision of detailed techniques and | | interaction and |
| 264 13 | results, even to the point of stating | | influence of medical |
| 264 14 | that the anti-Factor Xa assay is less | | and scientific |
| 264 15 | convenient for routine use." | | literature regarding |
| 264 16 | Do you see that? | | measurement of |
| 264 17 | A. Yes, I do. | | drug exposure of |
| 264 18 | Q. It then says, "Perhaps we | | Xarelto. Further, also |
| 264 19 | should define our position on the matter | | relevant to Plaintiff's |
| 264 20 | before presenting this data in a | | failure to warn |
| 264 21 | public/scientific forum," correct? | | claims and claim for |
| 264 22 | A. That's what he says. | | need for |
| 264 23 | Q. Because of Dr. Samama's | | measurement |
| 264 24 | secrecy agreement, Bayer and J&J, in | | including the |
| 265 1 | fact, did have the right to define their | | usefulness of PT to |
| 265 2 | position before letting this information | | assess the |
| 265 3 | get out publicly, correct? | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |
| | | | assessing bleeding |

overruled

**265:6 - 265:14 Spiro, Theodore 2016-05-10** 0:25

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 265 | 6 | THE WITNESS: I -- I don't | Re: [265:6-265:14] | Re: [265:6-265:14] | Pending |
| 265 | 7 | know what -- how to answer that | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 265 | 8 | question. I'd have to look at the | PT/Dose Adjustment, | for non-hearsay | |
| 265 | 9 | poster that was finally displayed | Concede-Routine | purpose: notice. Also | |
| 265 | 10 | at the meeting in order to -- to | Monitoring, Relevance- | business records | |
| 265 | 11 | respond. I don't remember the -- | Chameleon, H, AF, AR, | exception and | |
| 265 | 12 | the -- the follow-up to this -- | LF, MD | admission. | |
| 265 | 13 | this e-mail in terms of | | Testimony relevant | |
| 265 | 14 | modification of the poster. | | and  highly probative | |
| | | | | as well as it | |
| | | | | defendants' | |
| | | | | interaction and | |
| | | | | influence of medical | |
| | | | | and scientific | |
| | | | | literature regarding | |
| | | | | measurement of | |
| | | | | drug exposure of | |
| | | | | Xarelto. Further, also | |
| | | | | relevant to Plaintiff's | |
| | | | | failure to warn | |
| | | | | claims and claim for | |
| | | | | need for | |
| | | | | measurement | |
| | | | | including the | |
| | | | | usefulness of PT to | |
| | | | | assess the | |
| | | | | anticoagulant effect | |
| | | | | of Xarelto, and the | |
| | | | | importance of | |
| 267:21 - | 267:24 | Spiro, Theodore 2016-05-10 | | 0:07 | |
| 267 | 21 | Q.   And so you have had a chance | Re: [267:21-267:24] | Re: [267:21-267:24] | Pending |
| 267 | 22 | to review Exhibit 19, familiarize | Def Obj R, P, Concede- | Pltf Resp Testimony | |
| 267 | 23 | yourself with it a little bit? | PT/Dose Adjustment, | relates to email | |
| 267 | 24 | A.   Yes, I have. | Concede-Routine | between lead of | |
| | | | Monitoring, H, AF, LF, | Bayer's effort on | |
| | | | MD, V | assay use and | |
| | | | | development for | |
| | | | | Xarelto and a | |
| | | | | laboratory genomic | |
| | | | | medicine professor | |
| | | | | he seeks to recruit | |
| | | | | for participation in a | |
| | | | | study to assess | |
| | | | | assays for Xarelto. | |
| | | | | Spiro advises Bayer | |
| | | | | refuses | |
| | | | | compensation as the | |
| | | | | company sold off its | |
| | | | | laboratory business, | |
| | | | | which is relevant and | |
| | | | | highly probative | |
| | | | | Bayer's | |
| | | | | commitment to | |
| | | | | evaluate and | |
| | | | | consider a Xarelto | |
| | | | | assay for use in | |
| | | | | measurement to | |
| | | | | evaluate patient | |
| 268:5 - | 269:9 | Spiro, Theodore 2016-05-10 | | 1:37 | |
| 268 | 5 | Q.   So let's look at -- let's | Re: [268:5-269:9] | Re: [268:5-269:9] | Pending |
| 268 | 6 | turn our attention to that e-mail from | Def Obj R, P, Concede- | Pltf Resp Testimony | |
| 268 | 7 | July 3rd of 2009 at 4:00 p.m. | PT/Dose Adjustment, | relates to email | |
| 268 | 8 | And you e-mail Dr. Eby and | Concede-Routine | between lead of | |
| 268 | 9 | you copy several other people, including | Monitoring, H, AF, LF, | Bayer's effort on | |

41

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 268 10 | Dr. Samama as well as some of the folks | MD, V | assay use and | |
| 268 11 | at Stago, correct? | | development for | |
| 268 12 | A.  Yes. | | Xarelto and a | |
| 268 13 | Q.  Okay.  And Dr. Eby is | | laboratory genomic | |
| 268 14 | Charles Eby, and he was a laboratory | | medicine professor | |
| 268 15 | genomic medicine -- division of the | | he seeks to recruit | |
| 268 16 | laboratory of genomic medicine at | | for participation in a | |
| 268 17 | Washington University School of Medicine | | study to assess | |
| 268 18 | in St. Louis, Missouri, correct? | | assays for Xarelto. | |
| 268 19 | A.  Yes, that's correct. | | Spiro advises Bayer | |
| 268 20 | Q.  Okay.  And do you know how | | refuses | |
| 268 21 | you identified Dr. Eby? | | compensation as the | |
| 268 22 | A.  I don't remember | | company sold off its | |
| 268 23 | specifically how I identified him.  He | | laboratory business, | |
| 268 24 | had -- he had -- he was known in circles | | which is relevant and | |
| 269 1 | of -- in the -- he was known by | | highly probative | |
| 269 2 | individuals like Dr. Samama, perhaps, as | | Bayer's | |
| 269 3 | others to have an interest in coagulation | | commitment to | |
| 269 4 | testing.  And -- and we were looking for | | developing and | |
| 269 5 | participating sites, in particular in | | studying a Xarelto | |
| 269 6 | the -- in North America and in the United | | asay.  Offered for | |
| 269 7 | States to -- to participate to this | | non hearsay purpose | |
| 269 8 | program to have broader applicability of | | - notice.  Also | |
| 269 9 | the assay assessments. | | business record and | |
| | | | admission against | |
| | | | interest.  Document | |
| | | | ~~presented as it~~ | |
| 270:1 - 271:4 | Spiro, Theodore 2016-05-10 | 1:02 | | |
| 270 1 | Q.  That's okay. | | Re: [270:1-271:4] | Re: [270:1-271:4] | Pending |
| 270 2 | The subject of the e-mail is | | Def Obj R, P, Concede- | Pltf Resp Testimony | |
| 270 3 | "Rivaroxaban Xarelto Laboratory | | PT/Dose Adjustment, | relates to email | |
| 270 4 | Monitoring Assay Development Field | | Concede-Routine | between lead of | |
| 270 5 | Trial," correct? | | Monitoring, H, AF, LF, | Bayer's effort on | |
| 270 6 | A.  Correct. | | MD, V | assay use and | |
| 270 7 | Q.  And you say, "Dear Dr. Eby. | | | development for | |
| 270 8 | I'm contacting you on behalf of Professor | | | Xarelto and a | |
| 270 9 | Samama, Laboratory Biomnis, and | | | laboratory genomic | |
| 270 10 | Dr. Martinoli, Diagnostica Stago, to | | | medicine professor | |
| 270 11 | invite you to participate to a program in | | | he seeks to recruit | |
| 270 12 | which we are assessing methods to develop | | | for participation in a | |
| 270 13 | monitoring procedures for novel | | | study to assess | |
| 270 14 | anticoagulants, in specific a direct | | | assays for Xarelto. | |
| 270 15 | Factor Xa inhibitor rivaroxaban," | | | Spiro advises Bayer | |
| 270 16 | correct? | | | refuses | |
| 270 17 | A.  Yes, that is correct. | | | compensation as the | |
| 270 18 | Q.  Okay.  And you ask him to | | | company sold off its | |
| 270 19 | let you know if he was interested in | | | laboratory business, | |
| 270 20 | participating in the program. | | | which is relevant and | |
| 270 21 | Do you see that? | | | highly probative | |
| 270 22 | A.  Yes. | | | Bayer's | |
| 270 23 | Q.  Okay.  Now, below his | | | commitment to | |
| 270 24 | personal information that you pasted in, | | | developing and | |
| 271 1 | you invited him to join for a luncheon | | | studying a Xarelto | |
| 271 2 | during the ISTH in Boston. | | | asay.  Offered for | |
| 271 3 | Do you see that? | | | non hearsay purpose | |
| 271 4 | A.  Yes, I do. | | | - notice.  Also | |
| | | | | business record and | |
| | | | | admission against | |
| | | | | interest.  Document | |
| | | | | ~~...~~ | |
| 271:9 - 272:2 | Spiro, Theodore 2016-05-10 | 0:40 | | |
| 271 9 | Q.  Okay.  So Dr. Eby responded | | Re: [271:9-272:2] | Re: [271:9-272:2] | Pending |
| 271 10 | to you, if you'll flip with me to the | | Def Obj R, P, Concede- | Pltf Resp Testimony | |
| 271 11 | next page, on July 7th of '09.  And says, | | PT/Dose Adjustment, | relates to email | |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 271 12 | "Hello, Dr. Spiro." | Concede-Routine | between lead of | |
| 271 13 | Do you see that? | Monitoring, H, AF, LF, | Bayer's effort on | |
| 271 14 | A.  Yes, I do. | MD, V | assay use and | |
| 271 15 | Q.  He says, "I am very | | development for | |
| 271 16 | interested in this important topic. | | Xarelto and a | |
| 271 17 | There will definitely be situations where | | laboratory genomic | |
| 271 18 | laboratory monitoring of the | | medicine professor | |
| 271 19 | anticoagulant activity of oral direct Xa | | he seeks to recruit | |
| 271 20 | and IIa inhibitors will be necessary." | | for participation in a | |
| 271 21 | Do you see that? | | study to assess | |
| 271 22 | A.  Yes, I do. | | assays for Xarelto. | |
| 271 23 | Q.  That's similar to what you | | Spiro advises Bayer | |
| 271 24 | had said to Dr. Nancy Cook-Bruns related | | refuses | |
| 272  1 | to Chris Nessel's e-mail in the exhibit | | compensation as the | |
| 272  2 | before, correct? | | company sold off its | |
| | | | laboratory business, | |
| | | | which is relevant and | |
| | | | highly probative | |
| | | | Bayer's | |
| | | | commitment to | |
| | | | evaluate and | |
| | | | consider a Xarelto | |
| | | | assay for use in | |
| | | | measurement to | |
| | | | evaluate patient | |
| | | | safety, including a | |
| | | | one-time | |

| 272:5  -  276:3 | Spiro, Theodore 2016-05-10 | 3:53 | | | |
|---|---|---|---|---|---|
| 272  5 | THE WITNESS:  Yeah.  Right. | | Re: [272:5-276:3] | Re: [272:5-276:3]        Pending |
| 272  6 | So, yes, again with the proviso | | Def Obj R, P, Concede- | Pltf Resp Testimony |
| 272  7 | that the laboratory monitoring and | | PT/Dose Adjustment, | relates to email |
| 272  8 | laboratory measurement are -- are | | Concede-Routine | between lead of |
| 272  9 | the interchangeable terms, and our | | Monitoring, H, AF, LF, | Bayer's effort on |
| 272 10 | development of the assays is | | MD, V | assay use and |
| 272 11 | addressing specifically | | | development for |
| 272 12 | measurement of drug | | | Xarelto and a |
| 272 13 | concentrations, but not the issues | | | laboratory genomic |
| 272 14 | relevant to the dose adaptation. | | | medicine professor |
| 272 15 | BY MR. OVERHOLTZ: | | | he seeks to recruit |
| 272 16 | Q.  He says, "I am on the | | | for participation in a |
| 272 17 | faculty of Washington University School | | | study to assess |
| 272 18 | of Medicine, Department of Pathology." | | | assays for Xarelto. |
| 272 19 | That's in St. Louis, | | | Spiro advises Bayer |
| 272 20 | correct? | | | refuses |
| 272 21 | A.  Right, that is in St. Louis. | | | compensation as the |
| 272 22 | Q.  He says, "My department has | | | company sold off its |
| 272 23 | a contract to provide laboratory director | | | laboratory business, |
| 272 24 | services to Barnes Jewish Hospital, which | | | which is relevant and |
| 273  1 | is where all Washington University | | | highly probative |
| 273  2 | faculty practice medicine.  I cannot | | | Bayer's |
| 273  3 | direct laboratory employees to conduct | | | commitment to |
| 273  4 | tests to support a commercial project, no | | | evaluate and |
| 273  5 | matter how modest the time, reagent, and | | | consider a Xarelto |
| 273  6 | equipment requirements without external | | | assay for use in |
| 273  7 | financial support. | | | measurement to |
| 273  8 | "This would require a | | | evaluate patient |
| 273  9 | contract between Washington University | | | safety, including a |
| 273 10 | and Bayer/Stago, legal review, and an | | | one-time |
| 273 11 | overhead charge of approximately | | | measurement to |
| 273 12 | 26 percent," correct? | | | evaluate patients at |
| 273 13 | A.  Yes, that is what it says. | | | |
| 273 14 | Q.  Okay.  And then he wants you | | | |
| 273 15 | to let him know if you would be | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
273 16    interested in pursuing the collaboration,
273 17    right?
273 18    A.   Correct, that is what it
273 19    said.
273 20    Q.   Okay.  And you respond to
273 21    him later that day, and you copy
273 22    Dr. Martinoli and Dr. Samama on July 7th
273 23    at 11:12 a.m.
273 24         Do you see that?
274  1    A.   Yes.
274  2    Q.   You let him know that these
274  3    issues regarding compensation funding by
274  4    Bayer has been -- arisen before, right?
274  5    A.   Yes.
274  6    Q.   You say, "This trial and its
274  7    protocol are a hybrid project.  While
274  8    Bayer is the sponsor in terms of
274  9    financial support, the program falls
274 10    closer to an investigator-initiated
274 11    study, IIS, than to a company-sponsored
274 12    study.  However, as we, Bayer, are more
274 13    involved in this program than is the case
274 14    for the usual IIS, Bayer 'sponsorship' is
274 15    cited."
274 16         Do you see that?
274 17    A.   Yes.
274 18    Q.   Okay.  You then let him know
274 19    that based on the discussions with
274 20    Dr. Samama and Dr. Martinoli at Stago
274 21    that, "We have decided not to offer
274 22    compensation and apply this decision to
274 23    all participating.  The actual logistics
274 24    behind securing additional corporate
275  1    funding for this study and the logistics
275  2    behind negotiating new contracts with 15
275  3    laboratories would engender many months
275  4    of delay in the startup and completion of
275  5    the field trial of calibrators and
275  6    controls platformed in the PT assay as
275  7    described in the protocol."
275  8         Did I read that correctly?
275  9    A.   Yes.  And that answers also
275 10    your question of which -- which assay we
275 11    were talking about in this e-mail string.
275 12    Q.   So this would be talking
275 13    about the PT assay field trial test?
275 14    A.   The prothrombin time assay.
275 15    Q.   Okay.  And the purpose of
275 16    this study is to assess clinically
275 17    practicable tools for measuring
275 18    rivaroxaban blood concentrations.
275 19         Did I read that correctly?
275 20    A.   Yes, you did.
275 21    Q.   "For Bayer, no financial
275 22    incentive exists in the development of
275 23    such tools, as Bayer has no longer a
275 24    clinical laboratory business, sold to
276  1    Siemens two years ago."
276  2         Do you see that?  Siemens.
276  3    A.   Yes.
```

| 276:4   -   276:6 | Spiro, Theodore 2016-05-10 | 0:07 |
|---|---|---|

```
276  4    Q.   That was your explanation of
```

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

276   5    why Bayer was not interested in funding
276   6    his laboratory's participation, correct?

276:9  -  277:1  Spiro, Theodore 2016-05-10            0:54

276   9        THE WITNESS: We did not
276  10    have a budget to fund individual
276  11    laboratories for this program.
276  12        The collaboration that was
276  13    in place was between Bayer -- I
276  14    think we were Bayer Schering AG at
276  15    that time -- Diagnostica Stago,
276  16    and Professor Samama, Biomnis.
276  17        We were supporting in
276  18    particular Diagnostica Stago's
276  19    interest in having the rivaroxaban
276  20    measurement assay available as one
276  21    of their tests in order for them
276  22    to stay current with the
276  23    contemporary evolution of
276  24    coagulation treatments being used
277   1    in the clinic.

277:3  -  277:10  Spiro, Theodore 2016-05-10          0:20

277   3    Q.  So what you told Dr. Eby
277   4    was, even though the purpose of the study
277   5    was to assess clinically practicable
277   6    tools for measuring rivaroxaban blood
277   7    concentrations, Bayer didn't have any
277   8    financial incentive to develop such tools
277   9    because they didn't have a laboratory
277  10    business anymore, right?

*Objections In:* Re: [277:3-277:10] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, A, AF, LF, MD, M

*Responses In:* Re: [277:3-277:10] Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient

*Rulings:* Pending

277:14 -  277:20  Spiro, Theodore 2016-05-10          0:13

277  14        THE WITNESS: Oh, yes, we
277  15    didn't have specific incentive,
277  16    ourselves, to further develop
277  17    assays, which we might have done
277  18    if we had maintained our
277  19    laboratory division. But it was
277  20    gone.

*Objections In:* Re: [277:14-277:20] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, A, AF, LF, MD, M

*Responses In:* Re: [277:14-277:20] Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for

*Rulings:* Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's commitment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient | |

**284:17 - 286:7   Spiro, Theodore 2016-05-10                    2:24**

| | | | | |
|---|---|---|---|---|
| 284 17 | MR. OVERHOLTZ:  So | **Re: [284:17-286:7]** | Re: [284:17-286:7]   Pending | |
| 284 18 | Exhibit 21 will be the second | **Def Obj** R, P, Concede- | Pltf Resp Relevant | |
| 284 19 | record there. | PT/Dose Adjustment, | for non-hearsay | |
| 284 20 | BY MR. OVERHOLTZ: | Concede-Routine | purpose: notice. Also | |
| 284 21 | Q.   20 is 1701566, and 21 is | Monitoring, Relevance- | business records | |
| 284 22 |                1701567 | Chameleon, H | exception and | |
| 284 23 | And just so we're clear, | | admission. | |
| 284 24 | this is an extension of the same e-mail | | Testimony relevant | |
| 285 1 | chain that we looked at before regarding | | and  highly probative | |
| 285 2 | Dr. Nessel's e-mail and Nancy Cook-Bruns | | as well as it | |
| 285 3 | asking you to take a look at those -- | | defendants' | |
| 285 4 | those e-mails and to get in touch with | | interaction and | |
| 285 5 | Garreth at Chameleon.  And this is just a | | influence of medical | |
| 285 6 | follow-up e-mail where Garreth Tucker | | and scientific | |
| 285 7 | sends you an e-mail where he attaches the | | literature regarding | |
| 285 8 | latest Word copy of Dr. Samama's IS -- | | measurement of | |
| 285 9 | ISTH poster on the first page. | | drug exposure of | |
| 285 10 | Do you see that? | | Xarelto. Further, also | |
| 285 11 | A.   Yes. | | relevant to Plaintiff's | |
| 285 12 | Q.   Okay.  So in response to | | failure to warn | |
| 285 13 | Nancy Cook-Bruns asking you to get in | | claims and claim for | |
| 285 14 | touch with Garreth at Chameleon regarding | | need for | |
| 285 15 | the poster and to see the Chris Nessel | | measurement | |
| 285 16 | below, he sends you a copy of | | including the | |
| 285 17 | Dr. Samama's latest poster and then | | usefulness of PT to | |
| 285 18 | attaches that to the e-mail. | | assess the | |
| 285 19 | The e-mail is Bates Number | | anticoagulant effect | |
| 285 20 | BHCP 05374715 and then the actual | | of Xarelto, and the | |
| 285 21 | attachment poster is 05374729. | | importance of | |
| 285 22 | And do you see this "effects | | measurements for | |
| 285 23 | of rivaroxaban, a novel, oral, direct | | assessing bleeding | |
| 285 24 | Factor Xa inhibitor, on coagulation | | risk.   Plaintiff | |
| 286 1 | assays" on Exhibit 21? | | | |
| 286 2 | A.   Yes, I do. | | | |
| 286 3 | Q.   And it has, "Draft for | | | |
| 286 4 | GEST."  We talked about that before. | | | |
| 286 5 | That is the publication review committee, | | | |
| 286 6 | correct? | | | |
| 286 7 | A.   Yes. | | | |

**288:17 -   289:12 Spiro, Theodore 2016-05-10                    0:42**

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 288 | 17 | A.  Yes. | Re: [288:17-289:12] | Re: [288:17-289:12]   Pending | |
| 288 | 18 | Q.  First conclusion says, | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 288 | 19 | "Although there is no requirement for | PT/Dose Adjustment, | for non-hearsay | |
| 288 | 20 | routine coagulation monitoring with | Concede-Routine | purpose: notice. Also | |
| 288 | 21 | rivaroxaban, appropriate assays may be | Monitoring, Relevance- | business records | |
| 288 | 22 | useful in certain circumstances." | Chameleon, H | exception and | |
| 288 | 23 | Did I read that correctly? | | admission. | |
| 288 | 24 | A.  Yes, you did. | | Testimony relevant | |
| 289 | 1 | Q.  The third bullet point says, | | and  highly probative | |
| 289 | 2 | "Because of the linear relationship | | as well as it | |
| 289 | 3 | between prothrombin time and rivaroxaban | | defendants' | |
| 289 | 4 | plasma concentrations, prothrombin time | | interaction and | |
| 289 | 5 | measurements can be expressed as | | influence of medical | |
| 289 | 6 | rivaroxaban plasma concentrations in | | and scientific | |
| 289 | 7 | micrograms per milliliter if a | | literature regarding | |
| 289 | 8 | calibration curve has previously been | | measurement of | |
| 289 | 9 | established." | | drug exposure of | |
| 289 | 10 | Did I read that correctly? | | Xarelto. Further, also | |
| 289 | 11 | A.  Yes, you read -- read that | | relevant to Plaintiff's | |
| 289 | 12 | correctly. | | failure to warn | |
| | | | | claims and claim for | |
| | | | | need for | |
| | | | | measurement | |
| | | | | including the | |
| | | | | usefulness of PT to | |
| | | | | assess the | |
| | | | | anticoagulant effect | |
| | | | | of Xarelto, and the | |
| | | | | importance of | |
| | | | | measurements for | |

301:12 - 301:16 Spiro, Theodore 2016-05-10    0:07

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 301 | 12 | Q.  Okay.  Let's look at the | Re: [301:12-301:16] | Re: [301:12-301:16]   Pending | |
| 301 | 13 | last two bullet points in that last | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 301 | 14 | exhibit, and we'll move on. | PT/Dose Adjustment, | for non-hearsay | |
| 301 | 15 | The next conclusion was | Concede-Routine | purpose: notice. Also | |
| 301 | 16 | that -- | Monitoring, Relevance- | business records | |
| | | | Chameleon, H | exception and | |
| | | | | admission. | |
| | | | | Testimony relevant | |
| | | | | and  highly probative | |
| | | | | as well as it | |
| | | | | defendants' | |
| | | | | interaction and | |
| | | | | influence of medical | |
| | | | | and scientific | |
| | | | | literature regarding | |
| | | | | measurement of | |
| | | | | drug exposure of | |
| | | | | Xarelto. Further, also | |
| | | | | relevant to Plaintiff's | |
| | | | | failure to warn | |
| | | | | claims and claim for | |
| | | | | need for | |
| | | | | measurement | |
| | | | | including the | |
| | | | | usefulness of PT to | |
| | | | | assess the | |
| | | | | anticoagulant effect | |
| | | | | of Xarelto, and the | |

301:22 - 302:23 Spiro, Theodore 2016-05-10    0:54

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 301 | 22 | Q.  The last two bullet points, | Re: [301:22-302:23] | Re: [301:22-302:23]   Pending | |
| 301 | 23 | the last one specifically. | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 301 | 24 | Well, the one right above | PT/Dose Adjustment, | for non-hearsay | |

47

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 302 1 | says, "Prothrombin time assay calibrated | Concede-Routine | purpose: notice. Also |
| 302 2 | to rivaroxaban concentrations appears to | Monitoring, Relevance- | business records |
| 302 3 | be a simple and valuable assay for | Chameleon, H | exception and |
| 302 4 | measuring the pharmacodynamic effects of | | admission. |
| 302 5 | rivaroxaban in a standardized manner." | | Testimony relevant |
| 302 6 | Do you see that? | | and  highly probative |
| 302 7 | A.  Yes, I do. | | as well as it |
| 302 8 | Q.   That was the conclusions | | defendants' |
| 302 9 | that were stated in the paper as of June | | interaction and |
| 302 10 | of 2009, correct? | | influence of medical |
| 302 11 | A.  Correct. | | and scientific |
| 302 12 | Q.   And then we talked about | | literature regarding |
| 302 13 | before, the last bullet point says, | | measurement of |
| 302 14 | "Anti-Factor Xa assay calibrated to | | drug exposure of |
| 302 15 | rivaroxaban concentrations is more | | Xarelto. Further, also |
| 302 16 | specific, although less convenient for | | relevant to Plaintiff's |
| 302 17 | routine use in clinical practice." | | failure to warn |
| 302 18 | Do you see that? | | claims and claim for |
| 302 19 | A.  Yes, I do. | | need for |
| 302 20 | Q.   And that has to do with its | | measurement |
| 302 21 | availability? | | including the |
| 302 22 | A.  Yes, it has to do with its | | usefulness of PT to |
| 302 23 | availability. | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |
| | | | assessing bleeding |

| | | | | |
|---|---|---|---|---|
| 303:4  -   304:6 | Spiro, Theodore 2016-05-10 | 1:26 | | |
| 303 4 | Q.   I'm going to show you | | Re: [303:4-304:6] | Re: [303:4-304:6] | Pending |
| 303 5 | Exhibit 22, which is Record Number | | Def Obj R, P, Concede- | Pltf Resp Relevant |
| 303 6 | 1145884.  And that's Bates 02485568. | | PT/Dose Adjustment, | for non-hearsay |
| 303 7 | This is an e-mail from the | | Concede-Routine | purpose: notice. Also |
| 303 8 | next day from Yong-Ling Liu at Chameleon, | | Monitoring, Relevance- | business records |
| 303 9 | the medical writing company we were | | Chameleon, H | exception and |
| 303 10 | talking about, to yourself, Garreth | | | admission. |
| 303 11 | Tucker at Chameleon, as well as also -- | | | Testimony relevant |
| 303 12 | as well as also Anja Alpers at Bayer. | | | and  highly probative |
| 303 13 | Do you see that? | | | as well as it |
| 303 14 | A.  Yes. | | | defendants' |
| 303 15 | Q.   And this is on June 18, | | | interaction and |
| 303 16 | 2009, a day later.  It refers to | | | influence of medical |
| 303 17 | Dr. Samama's ISTH poster. | | | and scientific |
| 303 18 | Do you see that? | | | literature regarding |
| 303 19 | A.  Yes. | | | measurement of |
| 303 20 | Q.   And Yong-Ling Liu thanks | | | drug exposure of |
| 303 21 | yourself and Anja for taking the time to | | | Xarelto. Further, also |
| 303 22 | discuss Dr. Samama's ISTH poster with us | | | relevant to Plaintiff's |
| 303 23 | today.  "As mentioned some concerns were | | | failure to warn |
| 303 24 | raised during the GEST review process | | | claims and claim for |
| 304 1 | regarding the messages around the aims of | | | need for |
| 304 2 | these studies and the conclusions about | | | measurement |
| 304 3 | the potential use of some of these assays | | | including the |
| 304 4 | for measuring pharmacodynamics of | | | usefulness of PT to |
| 304 5 | rivaroxaban." | | | assess the |
| 304 6 | Do you see that? | | | anticoagulant effect |
| | | | | of Xarelto, and the |
| | | | | importance of |
| | | | | measurements for |
| | | | | assessing bleeding |

| | | | | |
|---|---|---|---|---|
| 304:13  -   307:16 | Spiro, Theodore 2016-05-10 | 3:22 | | |
| 304 13 | Q.   Okay.  Now, do you recall | | Re: [304:13-307:16] | Re: [304:13-307:16] | Pending |
| 304 14 | having a call with the folks at Chameleon | | Def Obj R, P, Concede- | Pltf Resp Relevant |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 304 15 | related to some of the concerns that we | PT/Dose Adjustment, | for non-hearsay | |
| 304 16 | had saw raised in the e-mail chain that | Concede-Routine | purpose: notice. Also | |
| 304 17 | you reviewed for Dr. Cook-Bruns, that | Monitoring, Relevance- | business records | |
| 304 18 | those concerns were related to the folks | Chameleon, H | exception and | |
| 304 19 | at Chameleon? | | admission. | |
| 304 20 | A.   I don't have a recollection | | Testimony relevant | |
| 304 21 | of that, but the memorandum that you | | and  highly probative | |
| 304 22 | present indicates that we did have | | as well as it | |
| 304 23 | that -- we did have that discussion. | | defendants' | |
| 304 24 | Q.   Okay.  And we're talking | | interaction and | |
| 305  1 | about Dr. Samama's paper, right? | | influence of medical | |
| 305  2 | A.   Yes.  Dr. Samama's poster. | | and scientific | |
| 305  3 | Q.   And this is the paper that | | literature regarding | |
| 305  4 | he's listed as the lead author on at the | | measurement of | |
| 305  5 | top of the page, right, this poster? | | drug exposure of | |
| 305  6 | A.   Yes. | | Xarelto. Further, also | |
| 305  7 | Q.   And he ended up being the | | relevant to Plaintiff's | |
| 305  8 | lead author in this -- in this published | | failure to warn | |
| 305  9 | paper as well, correct? | | claims and claim for | |
| 305 10 | A.   Yes. | | need for | |
| 305 11 | Q.   The next paragraph says, "In | | measurement | |
| 305 12 | light of the discussion we had yesterday | | including the | |
| 305 13 | with the A-GEST members, we have modified | | usefulness of PT to | |
| 305 14 | the introduction to reflect that although | | assess the | |
| 305 15 | routine coagulation monitoring is not | | anticoagulant effect | |
| 305 16 | required, some assays may be of value in | | of Xarelto, and the | |
| 305 17 | certain rare circumstances.  In addition, | | importance of | |
| 305 18 | it was suggested that a potential utility | | measurements for | |
| 305 19 | of PiCt, Hep test, or PT for the | | assessing bleeding | |
| 305 20 | measurement of rivaroxaban should be | | risk. Plaintiff | |
| 305 21 | deleted from the conclusion.  We have, | | | |
| 305 22 | therefore, modified the conclusion to | | | |
| 305 23 | give a more general statement about the | | | |
| 305 24 | potential of these assays." | | | |
| 306  1 |        Do you see that? | | | |
| 306  2 | A.   Yes, I do. | | | |
| 306  3 | Q.   Okay.  And then the next | | | |
| 306  4 | paragraph says, "In addition, it was | | | |
| 306  5 | agreed that a therapeutic plasma | | | |
| 306  6 | concentration range of rivaroxaban should | | | |
| 306  7 | be given in the objective.  Your input on | | | |
| 306  8 | this would be very much appreciated. | | | |
| 306  9 | Please see the comments in the attached | | | |
| 306 10 | draft poster for detail.  Please also | | | |
| 306 11 | find attached for your reference the | | | |
| 306 12 | accepted abstract." | | | |
| 306 13 |        Do you see -- do you see | | | |
| 306 14 | that? | | | |
| 306 15 | A.   Yes, I do. | | | |
| 306 16 | Q.   If we can mark as the next | | | |
| 306 17 | Exhibit 23. | | | |
| 306 18 |        (Document marked for | | | |
| 306 19 |        identification as Exhibit | | | |
| 306 20 |        Spiro-23.) | | | |
| 306 21 | BY MR. OVERHOLTZ: | | | |
| 306 22 | Q.   This is Record Number | | | |
| 306 23 | 1145885 | | | |
| 306 24 |        (Document marked for | | | |
| 307  1 |        identification as Exhibit | | | |
| 307  2 |        Spiro-24.) | | | |
| 307  3 |        MR. OVERHOLTZ:  And then | | | |
| 307  4 | we'll -- we can also mark as | | | |
| 307  5 | Exhibit 24, 1145886. | | | |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 307 6 | So 23 is Bates 02485571, and | |
| 307 7 | 24 is Bates 02485586. | |
| 307 8 | BY MR. OVERHOLTZ: | |
| 307 9 | Q.   And these are the | |
| 307 10 | attachments of the e-mails from Yong-Ling | |
| 307 11 | Liu, the writer at Chameleon.  And you | |
| 307 12 | see the first is similar to the draft | |
| 307 13 | that we saw before of the poster.  It's | |
| 307 14 | the draft for GEST on the front page. | |
| 307 15 | Do you see that? | |
| 307 16 | A.   Yes, I do. | |

**308:3   -   308:19 Spiro, Theodore 2016-05-10**                    0:51

| | Objections | Responses | Rulings |
|---|---|---|---|
| 308 3  Q.   Okay.  So if you recall, | | Re: [308:3-308:19] | Re: [308:3-308:19]    Pending |
| 308 4  when we looked at 1701567, which I think | | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 308 5  was Exhibit 22, that conclusion -- or | | PT/Dose Adjustment, | for non-hearsay |
| 308 6  actually 21, that conclusion, the first | | Concede-Routine | purpose: notice. Also |
| 308 7  bullet point said, "Although there was no | | Monitoring, Relevance- | business records |
| 308 8  requirement for routine coagulation | | Chameleon, H | exception and |
| 308 9  monitoring with rivaroxaban, appropriate | | | admission. |
| 308 10  assays may be useful in certain | | | Testimony relevant |
| 308 11  circumstances." | | | and  highly probative |
| 308 12  And now if we look at the | | | as well as it |
| 308 13  conclusion in Exhibit 23, as indicated in | | | defendants' |
| 308 14  the e-mail, the conclusion has been | | | interaction and |
| 308 15  changed to say that "the appropriate | | | influence of medical |
| 308 16  assay may be useful in rare | | | and scientific |
| 308 17  circumstances." | | | literature regarding |
| 308 18  Correct? | | | measurement of |
| 308 19  A.   Yes, that is correct. | | | drug exposure of |
| | | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |

**310:8   -   311:1 Spiro, Theodore 2016-05-10**                    0:45

| | Objections | Responses | Rulings |
|---|---|---|---|
| 310 8  Q.   So the third bullet point in | | Re: [310:8-311:1] | Re: [310:8-311:1]    Pending |
| 310 9  Exhibit 21 that had been circulated | | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 310 10  around and comments had been received | | PT/Dose Adjustment, | for non-hearsay |
| 310 11  from people like Christopher Nessel and | | Concede-Routine | purpose: notice. Also |
| 310 12  Warren Cowell, indicated that there was a | | Monitoring, Relevance- | business records |
| 310 13  linear relationship between prothrombin | | Chameleon, H, MD | exception and |
| 310 14  time and Xarelto concentrations.  And | | | admission. |
| 310 15  that those prothrombin time measurements | | | Testimony relevant |
| 310 16  could be expressed as Xarelto plasma | | | and  highly probative |
| 310 17  concentrations. | | | as well as it |
| 310 18  Do you recall that, in Point | | | defendants' |
| 310 19  Number 3 we talked about? | | | interaction and |
| 310 20  A.   Yes. | | | influence of medical |
| 310 21  Q.   Okay.  Now, if we look at | | | and scientific |
| 310 22  the conclusions in Exhibit 23, after the | | | literature regarding |
| 310 23  call with Chameleon, the medical writing | | | measurement of |
| 310 24  company, that -- that paragraph is not | | | drug exposure of |
| 311 1  there anymore, correct? | | | Xarelto. Further, also |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | |

**311:4 - 311:19 Spiro, Theodore 2016-05-10**   0:34

| | | | |
|---|---|---|---|
| 311  4 | THE WITNESS:  Correct, it is | **Re: [311:4-311:19]** | Re: [311:4-311:19]   Pending |
| 311  5 | no longer there. | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 311  6 | BY MR. OVERHOLTZ: | PT/Dose Adjustment, | for non-hearsay |
| 311  7 | Q.   Yeah.  And that's consistent | Concede-Routine | purpose: notice. Also |
| 311  8 | with the e-mail from Yong-Ling Liu that, | Monitoring, Relevance- | business records |
| 311  9 | during the discussion with the A-GEST | Chameleon, H, MD | exception and |
| 311 10 | members, it was suggested that the | | admission. |
| 311 11 | potential utility for PT for the | | Testimony relevant |
| 311 12 | measurement of rivaroxaban should be | | and  highly probative |
| 311 13 | deleted from the conclusion. | | as well as it |
| 311 14 | "We have, therefore, | | defendants' |
| 311 15 | modified the conclusion to give a more | | interaction and |
| 311 16 | general statement about the potential of | | influence of medical |
| 311 17 | these assays." | | and scientific |
| 311 18 | And that's what's been done | | literature regarding |
| 311 19 | in this new draft of the poster, correct? | | measurement of |
| | | | drug exposure of |
| | | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |

**311:22 - 312:20 Spiro, Theodore 2016-05-10**   0:51

| | | | |
|---|---|---|---|
| 311 22 | THE WITNESS:  Yes, that | **Re: [311:22-312:20]** | Re: [311:22-312:20]   Pending |
| 311 23 | appears to be the case. | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 311 24 | BY MR. OVERHOLTZ: | PT/Dose Adjustment, | for non-hearsay |
| 312  1 | Q.   So the conclusion that we | Concede-Routine | purpose: notice. Also |
| 312  2 | saw from Dr. Samama's poster that was | Monitoring, Relevance- | business records |
| 312  3 | circulated around to Chris Nessel and | Chameleon, H, MD | exception and |
| 312  4 | others had a fourth bullet point that | . | admission. |
| 312  5 | says, "Prothrombin time assay calibrated | | Testimony relevant |
| 312  6 | to rivaroxaban concentrations appears to | | and  highly probative |
| 312  7 | be a simple and valuable assay for | | as well as it |
| 312  8 | measuring the pharmacodynamic effects of | | defendants' |
| 312  9 | Xarelto in a standardized manner." | | interaction and |
| 312 10 | Do you see that? | | influence of medical |
| 312 11 | A.   Yes, I do. | | and scientific |
| 312 12 | Q.   Okay.  And then the -- the | | literature regarding |
| 312 13 | bullet point on the -- the new version of | | measurement of |
| 312 14 | the poster after this call with Chameleon | | drug exposure of |
| 312 15 | says, "Further development will" -- "will | | Xarelto. Further, also |
| 312 16 | be required to establish one of these | | relevant to Plaintiff's |
| 312 17 | assays as a simple, reliable, and | | failure to warn |

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

312 18    accurate test for rivaroxaban plasma

312 19    concentration."

312 20      Do you see that?

**Responses In** (right column): claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding

---

**312:23 - 313:5**    Spiro, Theodore 2016-05-10        0:12

312 23      THE WITNESS: Yes, I do see

312 24    that.

313 1    BY MR. OVERHOLTZ:

313 2    Q.   And these were all changes

313 3    that Chameleon made on behalf of the

313 4    discussion that was had with the Bayer

313 5    A-GEST publication committee, correct?

**Objections In:** Re: [312:23-313:5] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD, LF

**Responses In:** Re: [312:23-313:5] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

**Rulings:** Pending

---

**313:8 - 313:9**    Spiro, Theodore 2016-05-10        0:11

313 8      THE WITNESS: Yes, that

313 9    appears to be the case.

**Objections In:** Re: [313:8-313:9] **Def Obj** R, P, Concede-

**Responses In:** Re: [313:8-313:9] Pltf Resp Relevant

**Rulings:** Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD, LF | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

315:13 -   316:6   Spiro, Theodore 2016-05-10                                     0:51

| | | | |
|---|---|---|---|
| 315 13 | Q.  My simple question was, did | Re: [315:13-316:6] | Re: [315:13-316:6]   Pending |
| 315 14 | you provide information or were you able | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 315 15 | to provide information to Yong-Ling Liu | PT/Dose Adjustment, | for non-hearsay |
| 315 16 | related to a therapeutic | Concede-Routine | purpose: notice. Also |
| 315 17 | concentration range that could be given | Monitoring, Relevance- | business records |
| 315 18 | in the objective of Dr. Samama's paper | Chameleon | exception and |
| 315 19 | for ISTH? | | admission. |
| 315 20 | A.  I don't remember if I gave | | Testimony relevant |
| 315 21 | it or not.  Would it have been possible | | and highly probative |
| 315 22 | to give a therapeutic concentration range | | as well as it |
| 315 23 | for the one approved indication?  Yes, it | | defendants' |
| 315 24 | would have been. | | interaction and |
| 316 1 | Q.  Okay.  And you don't believe | | influence of medical |
| 316 2 | the company has ever provided to | | and scientific |
| 316 3 | clinicians a therapeutic plasma | | literature regarding |
| 316 4 | concentration range in any of their | | measurement of |
| 316 5 | labeling or studies for the product, | | drug exposure of |
| 316 6 | correct? | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |

316:9 -   316:15   Spiro, Theodore 2016-05-10                                     0:23

| | | | |
|---|---|---|---|
| 316 9 | THE WITNESS:  In the | Re: [316:9-316:15] | Re: [316:9-316:15]   Pending |
| 316 10 | prescribing information in the | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 316 11 | United States, I do not believe | PT/Dose Adjustment, | for non-hearsay |
| 316 12 | there is a table showing estimated | Concede-Routine | purpose: notice. Also |
| 316 13 | or measured plasma concentrations | Monitoring, Relevance- | business records |
| 316 14 | for the three approved doses | Chameleon | exception and |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

316 15     available to the clinicians.

**316:16 -   316:19 Spiro, Theodore 2016-05-10**    0:21
316 16     In publications in the
316 17     medical literature, we have
316 18     provided that information, and it
316 19     is present in those publications.

Responses In: admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

Rulings: *Overruled*

**341:4 -   341:11 Spiro, Theodore 2016-05-10**    0:15
341 4     Let me show you what we'll
341 5     mark as Exhibit Number 28 -- 28.
341 6     (Document marked for
341 7     identification as Exhibit
341 8     Spiro-28.}
341 9     MR. OVERHOLTZ: Which is
341 10     Record 1697814. BHCP 05264074 is
341 11     the Bates.

Objections In: **Re: [341:4-341:11]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon

Responses In: Re: [341:4-341:11] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

Rulings: Pending

**342:1 -   342:9 Spiro, Theodore 2016-05-10**    0:24
342 1     And it says, "Dear all. Please find
342 2     attached draft manuscript entitled
342 3     'Potential Assays For Measuring the Blood
342 4     Concentration of Rivaroxaban, an Oral
342 5     Direct Factor Xa Inhibitor' for your
342 6     review. Authors Lindhoff-Last, Samama,
342 7     Ortel, Weitz, and Spiro."
342 8     Do you see that,
342 9     next-to-the-last page?

Objections In: **Re: [342:1-342:9]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon

Responses In: Re: [342:1-342:9] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative

Rulings: Pending

04/20/17 18:27

|  | Objections In | Responses In | Rulings |
|---|---|---|---|
|  |  | as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of |  |

342:14 -   344:21 Spiro, Theodore 2016-05-10                1:45

| | | | |
|---|---|---|---|
| 342 14 | THE WITNESS: Yes, I see | **Re: [342:14-344:21]** | Re: [342:14-344:21]   Pending |
| 342 15 | that. | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 342 16 | BY MR. OVERHOLTZ: | PT/Dose Adjustment, | for non-hearsay |
| 342 17 | Q.   Okay.  And this is a | Concede-Routine | purpose: notice. Also |
| 342 18 | publication for which you are familiar. | Monitoring, Relevance- | business records |
| 342 19 | You are a listed co-author, correct? | Chameleon, A, AR, LF, H, | exception and |
| 342 20 | A.   Yes. | S | admission. |
| 342 21 | Q.   This was the author -- this | | Testimony relevant |
| 342 22 | was the publication in which the lead | | and  highly probative |
| 342 23 | author was Dr. Lindhoff-Last, correct? | | as well as it |
| 342 24 | A.   Yes. | | defendants' |
| 343  1 | Q.   Okay.  Now, there was a | | interaction and |
| 343  2 | target journal here. | | influence of medical |
| 343  3 | Do you see that? | | and scientific |
| 343  4 | A.   Yes. | | literature regarding |
| 343  5 | Q.   What's the name of that | | measurement of |
| 343  6 | target journal? | | drug exposure of |
| 343  7 | A.   The name of the journal is | | Xarelto. Further, also |
| 343  8 | Therapeutic Drug Monitoring. | | relevant to Plaintiff's |
| 343  9 | Q.   Okay.  It says, | | failure to warn |
| 343 10 | "Communication objective, laboratory | | claims and claim for |
| 343 11 | tests used to monitor therapy with | | need for |
| 343 12 | vitamin K antagonist, the INR system, | | measurement |
| 343 13 | cannot be used to measure rivaroxaban | | including the |
| 343 14 | blood concentrations or its affect on | | usefulness of PT to |
| 343 15 | coagulation." | | assess the |
| 343 16 | We've talked about that in | | anticoagulant effect |
| 343 17 | the past, correct? | | of Xarelto, and the |
| 343 18 | A.   Yes, we have discussed that. | | importance of |
| 343 19 | Q.   "Assays that directly | | measurements for |
| 343 20 | measure rivaroxaban blood concentrations | | assessing bleeding |
| 343 21 | could be used if blood concentration | | risk. Plaintiff |
| 343 22 | measurement is required in certain | | |
| 343 23 | clinical circumstances, such as in the | | |
| 343 24 | case of overdose or to assess | | |
| 344  1 | compliance." | | |
| 344  2 | Do you see that? | | |
| 344  3 | A.   Yes, I do. | | |
| 344  4 | Q.   And this is from Yong-Ling | | |
| 344  5 | Liu, who we've talked about before, | | |
| 344  6 | worked for Chameleon Communications, | | |
| 344  7 | correct? | | |
| 344  8 | A.   Yes, that's correct. | | |

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

344  9    Q.   And she's asking for
344  10   comments, correct?
344  11   A.   Yes, she is requesting
344  12   comments.
344  13   Q.   Do you know why Bayer chose
344  14   to work with Chameleon?
344  15   A.   No, I do not.
344  16   Q.   Okay.  If you'll look with
344  17   me at the last page under Yong-Ling Liu's
344  18   signature block, it says, "Chameleon:
344  19   Where success and opportunity meet."
344  20        Is that why Bayer chose
344  21   them?

**344:24 -   345:9   Spiro, Theodore 2016-05-10**                                      0:13
344  24        THE WITNESS:  I -- I don't
345  1    know if that was the -- I would
345  2    expect that was not the sole
345  3    reason.  They looked for other
345  4    competencies than that in choosing
345  5    a group to support communications
345  6    more than that.
345  7    BY MR. OVERHOLTZ:
345  8    Q.   Is Chameleon a ghostwriting
345  9    company?

Objections In / Responses In columns for 344:24-345:9:

**Re: [344:24-345:9]**
**Def Obj** R, P, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring, Relevance-
Chameleon, A, AR, LF, H,
S

**Re: [344:24-345:9]**
Pltf Resp Relevant
for non-hearsay
purpose: notice. Also
business records
exception and
admission.
Testimony relevant
and  highly probative
as well as it
defendants'
interaction and
influence of medical
and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the
importance of

Rulings: **Pending**

**345:12 -   345:13  Spiro, Theodore 2016-05-10**                                     0:01
345  12        THE WITNESS:  No, they are
345  13   not a ghostwriting company.

**Re: [345:12-345:13]**
**Def Obj** R, P, Concede-

**Re: [345:12-345:13]**
Pltf Resp Relevant

Rulings: **Pending**

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

*(signature: Overruled)*

| 346:5 - 346:11 Spiro, Theodore 2016-05-10 | | 0:15 | | |
|---|---|---|---|---|

| 346 | 5 | Q.  All right.  If you can look | Re: [346:5-346:11] | Re: [346:5-346:11]    Pending |
|---|---|---|---|---|
| 346 | 6 | with me. I want to make sure we're just | Def Obj R, P, Concede- | Pltf Resp Relevant |
| 346 | 7 | clear that you got this e-mail. I guess | PT/Dose Adjustment, | for non-hearsay |
| 346 | 8 | the fourth-to-the-last page, you're | Concede-Routine | purpose: notice. Also |
| 346 | 9 | listed as one of the people that the | Monitoring, Relevance- | business records |
| 346 | 10 | e-mail was sent to, Ted Spiro. | Chameleon, A, AR, LF, H, | exception and |
| 346 | 11 | A.   Right. | S | admission. |

Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

| 346:22 - 347:9 Spiro, Theodore 2016-05-10 | | 0:32 | | |
|---|---|---|---|---|

| 346 | 22 | We see a response on the | Re: [346:22-347:9] | Re: [346:22-347:9]    Pending |
|---|---|---|---|---|
| 346 | 23 | page that ends in Bates 4075. It's a | Def Obj R, P, Concede- | Pltf Resp Relevant |
| 346 | 24 | response from Anja Alpers at Bayer | PT/Dose Adjustment, | for non-hearsay |
| 347 | 1 | Healthcare back to Yong-Ling Liu. You | Concede-Routine | purpose: notice. Also |
| 347 | 2 | are copied on that e-mail as well. | Monitoring, Relevance- | business records |
| 347 | 3 | Do you see that? | Chameleon, A, AR, LF, H, | exception and |
| 347 | 4 | A.   Yes, I do see that. | S | admission. |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

347  5   Q.  Okay.  And who is Anja
347  6   Alpers?
347  7   A.   Anja Alpers is a project
347  8   manager in the global project management
347  9   group.

Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

*[Handwritten rulings notation: Overruled]*

---

**347:14 -   348:14  Spiro, Theodore 2016-05-10**          0:56

347 14   Q.  She was not a doctor, was
347 15   she?
347 16   A.  She is not a medical doctor.
347 17   Q.  Okay.  She says, "Dear
347 18   Yong-Ling Liu.  Please find enclosed
347 19   included in the attached documents some
347 20   additional comments.  In general, we
347 21   should avoid to talk too much about
347 22   'monitoring of rivaroxaban.'"  That's
347 23   what she says in this e-mail back to the
347 24   Chameleon folks, correct?
348  1   A.  Yes, she says that.
348  2   Q.  Okay.  "The underlying
348  3   message that 'no monitoring of
348  4   rivaroxaban is required' needs to be
348  5   kept."
348  6          Do you see that?
348  7   A.  Yes, I do see that.
348  8   Q.  "The lab tests which are
348  9   described could be of assistance in
348 10   specific clinical circumstances, but
348 11   sometimes it reads that they should be
348 12   used to monitor rivaroxaban."
348 13          Do you see that?
348 14   A.  Yes, I see that.

**Re: [347:14-348:14]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S

Re: [347:14-348:14]   **Pending**
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding

---

**359:19 -   361:8  Spiro, Theodore 2016-05-10**          3:05

359 19   Q.  It's Exhibit Number 30.  And
359 20   the Record Number is 1160578, and the
359 21   Bates is BHCP 02677981.
359 22          It's an e-mail chain between
359 23   yourself and Scott Berkowitz at Bayer.
359 24   Earlier in the e-mail chain it includes
360  1   some others in the company, including
360  2   some folks from J&J as well.  I'll give

**Re: [359:19-361:8]**
**Def Obj** R, P,  Relevance-Profit, Concede-OD Dosing, H

Re: [359:19-361:8]   **Pending**
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.  Not offered for (nor

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

360  3  you a second to look at it.
360  4          Have you had a chance to
360  5  take a look at it?
360  6          MR. HOROWITZ:  I think he's
360  7  finishing up.
360  8          THE WITNESS:  Yes, I've
360  9  finished looking at it.
360 10  BY MR. OVERHOLTZ:
360 11  Q.   Okay.  So let's start with
360 12  an e-mail from Scott Berkowitz to Gary
360 13  Peters, Chris Nessel, Bernhard Glombitza,
360 14  and others on -- on the second page of
360 15  January 11, 2007.  Actually -- yeah,
360 16  January 11, 2007, at 1:17.  It says,
360 17  "Dear all."
360 18          Do you see that?
360 19  A.   Yes, I do.
360 20  Q.   And it says, "The news that
360 21  the apixaban program has enrolled its
360 22  first SPAF patient along with the
360 23  availability for review of the transcript
360 24  of BMS investors relations meeting in
361  1  December and comments about apixaban with
361  2  it, has raised some concern within Bayer
361  3  about their position taken and how we
361  4  should respond to the investor and
361  5  medical community if asked for our
361  6  response."
361  7          Do you see that?
361  8  A.   Yes, I see that.

Responses In column (for 360 3–361 8):

implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the availability of an assay for use in evaluating patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the

Rulings column: *Overruled* (handwritten)

---

| 361:16 - 362:18 Spiro, Theodore 2016-05-10 | | 1:00 | | |
|---|---|---|---|---|

361 16  Q.   Berkowitz says, "Upper
361 17  management at Bayer would like a
361 18  medical/clinical function input in
361 19  developing a counter position related to
361 20  the following quotes pulled directly from
361 21  the transcript which I list below."
361 22          Do you see that?
361 23  A.   Yes, I see that.
361 24  Q.   Okay.  "I've attached an
362  1  e-mail from Andreas Nauck" -- we talked
362  2  about him being in marketing, correct?
362  3  A.   Yes.  He is -- he is in our
362  4  marketing group.
362  5  Q.   "I attached an e-mail from
362  6  Andreas Nauck to update everyone on what
362  7  information we have available."
362  8          And if you can turn with me,
362  9  I want to look specifically at the quotes
362 10  that Dr. Berkowitz attaches.
362 11          It says, "Specifically, the
362 12  lower peak-trough ratio achieved with
362 13  twice-daily dosing is more likely to
362 14  minimize waiting while maintaining a
362 15  desirable level of efficacy compared to
362 16  once-daily regimens."
362 17          Do you see that?
362 18  A.   Yes, I see that.

Objections In column (for 361:16-362:18):

Re: [361:16-362:18] **Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, H

Responses In column (for 361:16-362:18):

Re: [361:16-362:18] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded.

Rulings column: Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**364:13 -   365:2** Spiro, Theodore 2016-05-10      0:42

| | | | |
|---|---|---|---|
| 364 13   Q.   So let's now look at your | Re: [364:13-365:2] | Re: [364:13-365:2] | Pending |
| 364 14     response to Scott Berkowitz's e-mail. | **Def Obj** R, P,  Relevance- | Pltf Resp Relevant | |
| 364 15     You say, "Hi Scott.  Well, this is very | Profit, Concede-OD | for non-hearsay | |
| 364 16     interesting information indeed.  First | Dosing, Concede-Dose | purpose:  notice. | |
| 364 17     patient in Afib, AF, chapeau to the BMS | Too High, Concede- | Also business | |
| 364 18     team.  We have an advance apparently in | Failure to Test, H, AR | records exception | |
| 364 19     OS and VTE treatment.  They are ahead in | | and admission.  Not | |
| 364 20     ACS and we are neck and neck in Afib.  I | | offered for (nor | |
| 364 21     would say we are a bit ahead of them." | | implicates) ruling on | |
| 364 22            You are talking about | | Def. Omnibus MIL N. | |
| 364 23     whether or not you're going to reach | | 1 (5955),  regarding | |
| 364 24     approvals by the regulatory authorities | | profitability or | |
| 365  1     at a certain time frame; is that correct? | | market share given | |
| 365  2     A.   That's correct -- that's | | that testimony and | |
| | | document highly | |
| | | probative to | |
| | | development | |
| | | history, defendants' | |
| | | confidence in | |
| | | compound (dosage | |
| | | regimine), and the | |
| | | need for an assay. | |
| | | Plaintiff disputes the | |
| | | admissibility of this | |
| | | evidence is | |
| | | conceded. | |

**365:8 -   365:18** Spiro, Theodore 2016-05-10      0:21

| | | | |
|---|---|---|---|
| 365  8   Q.   The next section you have in | Re: [365:8-365:18] | Re: [365:8-365:18] | Pending |
| 365  9     your e-mail is dose selection. | **Def Obj** R, P,  Relevance- | Pltf Resp Relevant | |
| 365 10        Do you see that? | Profit, Concede-OD | for non-hearsay | |
| 365 11     A.   Yes, I see that. | Dosing, Concede-Dose | purpose:  notice. | |
| 365 12   Q.   You say, "They may be right | Too High, Concede- | Also business | |
| 365 13     that with a BID dose they have better | Failure to Test, H, AR | records exception | |
| 365 14     efficacy with their compound." | | and admission.  Not | |
| 365 15        That's what you told Scott | | offered for (nor | |
| 365 16     Berkowitz in January of 2007, correct? | | implicates) ruling on | |
| 365 17     A.   Yes, that is what I said to | | Def. Omnibus MIL N. | |
| 365 18     Scott Berkowitz. | | 1 (5955),  regarding | |
| | | profitability or | |
| | | market share given | |
| | | that testimony and | |
| | | document highly | |
| | | probative to | |
| | | development | |
| | | history, defendants' | |
| | | confidence in | |
| | | compound (dosage | |
| | | regimine), and the | |
| | | need for an assay. | |
| | | Plaintiff disputes the | |
| | | admissibility of this | |
| | | evidence is | |
| | | conceded. | |

**366:9 -   367:9** Spiro, Theodore 2016-05-10      1:02

| | | | |
|---|---|---|---|
| 366  9   Q.   So you asked the question, | Re: [366:9-367:9] | Re: [366:9-367:9] | Pending |
| 366 10     "Is the 20/15 approach the best one in | **Def Obj** R, P,  Relevance- | Pltf Resp Relevant | |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 366 11  AF?"  Afib.  "I can provide you with all<br>366 12  the reassurance that a strong maybe<br>366 13  allows."<br>366 14          Do you see that?<br>366 15  A.   Yes, I see that.<br>366 16  Q.   "Is a BID 10-milligram" --<br>366 17  BID, twice daily -- "strategy possibly<br>366 18  safer and similar and more effective than<br>366 19  a 20-milligram QD" -- once daily --<br>366 20  "strategy?"<br>366 21          That's the next question you<br>366 22  ask, correct?<br>366 23  A.   Correct.<br>366 24  Q.   If the only confidence you<br>367 1  have that you selected a dose for the<br>367 2  Phase III trial is a strong maybe,<br>367 3  wouldn't it be prudent to perhaps<br>367 4  consider testing a different dosing<br>367 5  regimen in the Phase III trial to<br>367 6  determine whether or not you might be<br>367 7  able to come up with a safer and more<br>367 8  effective dose for the patients that are<br>367 9  going to be treated? | Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | for non-hearsay purpose: notice. Also business records exception and admission.  Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955),  regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | |
| 367:12 -  367:14 Spiro, Theodore 2016-05-10    0:03 | | | |
| 367 12          THE WITNESS:  I guess my<br>367 13  answer would stay the same.<br>367 14  Possibly, but we did not see this | **Re: [367:12-367:14]**<br>**Def Obj** R, P,  Relevance-Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | Re: [367:12-367:14]  Pending<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.  Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955),  regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | |
| 367:15 -  367:19 Spiro, Theodore 2016-05-10    0:07 | | | |
| 367 15          with the low-molecular-weight<br>367 16  heparins when we compared<br>367 17  once-daily and twice-daily<br>367 18  regimens in venous thromboembolism<br>367 19  treatment. | | | |
| 369:1 -  369:10 Spiro, Theodore 2016-05-10    0:29 | | | |
| 369 1  Q.   Okay.  The next thing you<br>369 2  say is, "The future of Bayer Healthcare<br>369 3  AG of course rides on this decision, and | **Re: [369:1-369:10]**<br>**Def Obj** R, P, Relevance-Profit, Relevance- | Re: [369:1-369:10]  Pending<br>Pltf Resp Relevant for non-hearsay | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 369 | 4 | the OS element of this puzzle impacts the |
|---|---|---|
| 369 | 5 | entire game." That's what you said to |
| 369 | 6 | Ted Spiro back in January of 2007, |
| 369 | 7 | correct? |
| 369 | 8 | A.  Yes.  That's what Theodore |
| 369 | 9 | Spiro send to Scott Berkowitz in 2007.  I |
| 369 | 10 | understand what you said. |

Objections In:
RECORD/RECORD 4/DVT/PE, H

Responses In:
purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimen), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded.

Rulings: Overruled

---

**369:15 -   370:5**  Spiro, Theodore 2016-05-10      0:38

| 369 | 15 | Q.   And the OS element, you are |
|---|---|---|
| 369 | 16 | talking about orthopedic? |
| 369 | 17 | A.   Orthopedic surgery. |
| 369 | 18 | Q.   And e-mail was one of the |
| 369 | 19 | main ways that you communicated with |
| 369 | 20 | Dr. Berkowitz back in January of '07.  Do |
| 369 | 21 | you agree? |
| 369 | 22 | A.   Yes.  That would have been |
| 369 | 23 | the primary means of communication. |
| 369 | 24 | Q.   And you would have sent this |
| 370 | 1 | e-mail to him in your regular course of |
| 370 | 2 | business, correct? |
| 370 | 3 | A.   Yes.  He requested the |
| 370 | 4 | response, and I sent him what I thought |
| 370 | 5 | might be of some help to him. |

Objections In:
Re: [369:15-370:5]
**Def Obj** R, P, Relevance-Profit, Relevance-RECORD/RECORD 4/DVT/PE, H

Responses In:
Re: [369:15-370:5]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.  Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded.

Rulings: Pending

---

**388:8   -   389:12** Spiro, Theodore 2016-05-11      1:18

| 388 | 8 | Q.   Yesterday we were talking a |
|---|---|---|
| 388 | 9 | little bit at the end of the day about |
| 388 | 10 | the ROCKET trial.  And ROCKET was the |
| 388 | 11 | Phase III trial for the Afib indication, |
| 388 | 12 | correct? |
| 388 | 13 | A.   Correct. |

Objections In:
Re: [388:8-389:12]
**Def Obj** R, Concede-Failure to Test, Concede-Dose Too High

Responses In:
Re: [388:8-389:12]
Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib

Rulings: Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 388 14  Q.  Okay.  And ROCKET had two | | indicaiton is largely | |
| 388 15  arms.  You had the Xarelto arm, the | | based.  Plaintiff | |
| 388 16  patients taking Xarelto, and then you had | | disputes the | |
| 388 17  the patients who were taking standard of | | admissibility of this | |
| 388 18  care warfarin, vitamin K antagonist | | evidence is | |
| 388 19  therapy, correct? | | conceded. | |
| 388 20  A.  Correct. | | | |
| 388 21  Q.  Okay.  And part of the | | | |
| 388 22  ROCKET trial for the warfarin patients, | | | |
| 388 23  was that their INR was measured so that | | | |
| 388 24  the warfarin dose could be adapted as | | | |
| 389  1  necessary by the investigators in the | | | |
| 389  2  study, correct? | | | |
| 389  3  A.  Yes. | | | |
| 389  4  Q.  Okay.  You're familiar with | | | |
| 389  5  the term of well-controlled INR ranges | | | |
| 389  6  for warfarin therapy, correct? | | | |
| 389  7  A.  Yes. | | | |
| 389  8  Q.  Generally the goal in the | | | |
| 389  9  Afib patients, as Bayer determined, was | | | |
| 389 10  to keep the patients between 2 and 3. | | | |
| 389 11  Does that sound familiar? | | | |
| 389 12  A.  Yes, it does. | | | |

| 390:23 - 391:4 Spiro, Theodore 2016-05-11 | 0:10 | | |
|---|---|---|---|
| 390 23  Q.  Okay.  And that was the | | **Re: [390:23-391:4]** | Re: [390:23-391:4]   Pending |
| 390 24  recommendation that was given to the | | **Def Obj** R, Concede- | Pltf Resp Relevant |
| 391  1  investigators in the ROCKET trial, was | | Failure to Test, Concede- | for conduct, context, |
| 391  2  the range to be -- for the warfarin arm | | Dose Too High | and reliability of |
| 391  3  patients to be kept in a range of 2 to 3 | | | ROCKET trial, upon |
| 391  4  if possible? | | | which the Afib |
| | | | indicaiton is largely |
| | | | based.  Plaintiff |
| | | | disputes the |
| | | | admissibility of this |
| | | | evidence is |
| | | | conceded. |

| 391:7 - 391:9 Spiro, Theodore 2016-05-11 | 0:03 | | |
|---|---|---|---|
| 391  7  THE WITNESS: Yes, that was | | **Re: [391:7-391:9]** | Re: [391:7-391:9]   Pending |
| 391  8  the range that they were to | | **Def Obj** R, Concede- | Pltf Resp Relevant |
| 391  9  maintain. | | Failure to Test, Concede- | for conduct, context, |
| | | Dose Too High | and reliability of |
| | | | ROCKET trial, upon |
| | | | which the Afib |
| | | | indicaiton is largely |
| | | | based.  Plaintiff |
| | | | disputes the |
| | | | admissibility of this |
| | | | evidence is |
| | | | conceded. |

| 392:15 - 392:19 Spiro, Theodore 2016-05-11 | 0:18 | | |
|---|---|---|---|
| 392 15  Q.  Okay.  Did you have an | | **Re: [392:15-392:19]** | Re: [392:15-392:19]   Pending |
| 392 16  understanding of what the typical amount | | **Def Obj** R, P, Concede- | Pltf Resp Relevant |
| 392 17  of time kept within the INR-recommended | | Failure to Test, Concede- | for conduct, context, |
| 392 18  range of 2 to 3 was for clinical trials | | Dose Too High, V, LF | and reliability of |
| 392 19  that were studying oral anticoagulants? | | | ROCKET trial, upon |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | which the Afib indicaiton is largely based.  Plaintiff disputes the admissibility of this evidence is conceded.  Foundation laid considering witness' involvement and experience as testified. | |

**392:22 -   393:10 Spiro, Theodore 2016-05-11**      0:26

| 392 22 | THE WITNESS:  That -- that |
| 392 23 | issue came up -- has come up and |
| 392 24 | been -- been discussed.  The INR |
| 393 1 | range in contemporary trials, I |
| 393 2 | think including ROCKET, has varied |
| 393 3 | from 55 to perhaps 65 percent. |
| 393 4 | BY MR. OVERHOLTZ: |
| 393 5 | Q.   55 was where it was for |
| 393 6 | ROCKET; is that right? |
| 393 7 | A.   As I remember, yes. |
| 393 8 | Q.   Okay.  And there's been some |
| 393 9 | criticism that that was a low number, |
| 393 10 | correct? |

Re: [392:22-393:10]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, V, LF

Re: [392:22-393:10]     Pending
Pltf Resp Relevant
for conduct, context,
and reliability of
ROCKET trial, upon
which the Afib
indicaiton is largely
based.  Plaintiff
disputes the
admissibility of this
evidence is
conceded.
Foundation laid
considering witness'
involvement and
experience as
testified.

**393:16 -   393:24 Spiro, Theodore 2016-05-11**      0:27

| 393 16 | Q.   Okay.  Now, before ROCKET -- |
| 393 17 | before the study actually began, Bayer |
| 393 18 | had an understanding that in patients |
| 393 19 | being treated with warfarin, that there |
| 393 20 | are going to be more, both thrombolic |
| 393 21 | events and bleeding events if the |
| 393 22 | warfarin patients are poorly controlled |
| 393 23 | compared to being well-controlled, |
| 393 24 | correct? |

Re: [393:16-393:24]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, LF, C

Re: [393:16-393:24]     Pending
Pltf Resp Relevant
for conduct, context,
and reliability of
ROCKET trial, upon
which the Afib
indicaiton is largely
based.  Plaintiff
disputes the
admissibility of this
evidence is
conceded.
Foundation laid
considering witness'
involvement and
experience as
testified.

**394:3  -   394:8  Spiro, Theodore 2016-05-11**      0:24

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 394 | 3 | THE WITNESS: Yes, the | Re: [394:3-394:8] | Re: [394:3-394:8]   Pending | |
| 394 | 4 | target INR range of 2 to 3 was | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 394 | 5 | developed in order to find a zone | Failure to Test, Concede- | for conduct, context, | |
| 394 | 6 | in which the risk of stroke versus | Dose Too High, LF, PK | and reliability of | |
| 394 | 7 | the risk of -- of hemorrhage was | | ROCKET trial, upon | |
| 394 | 8 | optimized. | | which the Afib | |
| | | | | indicaiton is largely | |
| | | | | based.  Plaintiff | |
| | | | | disputes the | |
| | | | | admissibility of this | |
| | | | | evidence is | |
| | | | | conceded. | |
| | | | | Foundation laid | |
| | | | | considering witness' | |
| | | | | involvement and | |
| | | | | experience as | |
| | | | | testified. | |

**395:5  -  395:14 Spiro, Theodore 2016-05-11**         **2:26**

| | | | | | |
|---|---|---|---|---|---|
| 395 | 5 | Q.   Let me show you what we'll | Re: [395:5-395:14] | Re: [395:5-395:14]   Pending | |
| 395 | 6 | mark as Exhibit 31, which is Record | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 395 | 7 | Number 1288737, Bates BPAG 03709949. | Failure to Test, Concede- | for conduct, context, | |
| 395 | 8 | The e-mail on the first page | Dose Too High | and reliability of | |
| 395 | 9 | is an e-mail from you, Theodore Spiro, to | | ROCKET trial, upon | |
| 395 | 10 | Maria Kubin at Bayer, as well as you | | which the Afib | |
| 395 | 11 | copied Frank Misselwitz, Harald Kallabis, | | indicaiton is largely | |
| 395 | 12 | and Scott Berkowitz.  And I'll give you a | | based.  Plaintiff | |
| 395 | 13 | chance to take a look at the document. | | disputes the | |
| 395 | 14 | A.   Okay. | | admissibility of this | |
| | | | | evidence is | |
| | | | | conceded. | |
| | | | | Foundation laid | |
| | | | | considering witness' | |
| | | | | involvement and | |
| | | | | experience as | |
| | | | | testified. | |

**397:7  -  397:20 Spiro, Theodore 2016-05-11**         **0:26**

| | | | | | |
|---|---|---|---|---|---|
| 397 | 7 | Q.   Okay.  So Maria Kubin | Re: [397:7-397:20] | Re: [397:7-397:20]   Pending | |
| 397 | 8 | e-mails Andreas Nauck.  He was one of the | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 397 | 9 | marketing people that we've talked about, | Failure to Test, Concede- | for conduct, context, | |
| 397 | 10 | correct? | Dose Too High | and reliability of | |
| 397 | 11 | A.   Yes. | | ROCKET trial, upon | |
| 397 | 12 | Q.   Okay.  Says, "Dear Andreas. | | which the Afib | |
| 397 | 13 | Thank you for this" -- "very much for | | indicaiton is largely | |
| 397 | 14 | this interesting and useful publication. | | based.  Plaintiff | |
| 397 | 15 | It is great data that will further help | | disputes the | |
| 397 | 16 | to build the case of the still quite high | | admissibility of this | |
| 397 | 17 | event rate under less than optimal INR | | evidence is | |
| 397 | 18 | control." | | conceded. | |
| 397 | 19 | Do you see that? | | Foundation laid | |
| 397 | 20 | A.   Yes, I do. | | considering witness' | |
| | | | | involvement and | |
| | | | | experience as | |
| | | | | testified. | |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**407:5 - 407:12 Spiro, Theodore 2016-05-11**  0:30

| 407 | 5 | Q. So at least in February of |
|---|---|---|
| 407 | 6 | 2007, you're providing information to |
| 407 | 7 | Harald Kallabis, one of the project |
| 407 | 8 | managers for Xarelto, that the more the |
| 407 | 9 | warfarin control regimen varies outside |
| 407 | 10 | of the target range of 2 to 3, that |
| 407 | 11 | outcomes for those patients will worsen, |
| 407 | 12 | correct? |

Re: [407:5-407:12]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, LF, M,
MD, PK

Re: [407:5-407:12]
Pltf Resp Relevant
for conduct, context,
and reliability of
ROCKET trial, upon
which the Afib
indicaiton is largely
based. Plaintiff
disputes the
admissibility of this
evidence is
conceded.
Foundation laid
considering witness'
involvement and
experience as
testified. Witness
displays more than
sufficient personal
knowledge of the
subject. No
mischaracterization
of testimony or
document, as both
are presented fairly
and with the
witness' opportunity
to clarify as needed.

Pending

**407:14 - 407:15 Spiro, Theodore 2016-05-11**  0:20

| 407 | 14 | THE WITNESS: Yes, I am |
|---|---|---|
| 407 | 15 | reporting what is stated in the |

Re: [407:14-407:15]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, LF, M,
MD, PK

Re: [407:14-407:15]
Pltf Resp Relevant
for conduct, context,
and reliability of
ROCKET trial, upon
which the Afib
indicaiton is largely
based. Plaintiff
disputes the
admissibility of this
evidence is
conceded.
Foundation laid
considering witness'
involvement and
experience as
testified. Witness
displays more than
sufficient personal
knowledge of the
subject. No
mischaracterization
of testimony or
document, as both
are presented fairly
and with the
witness' opportunity
to clarify as needed.

Pending

**408:19 - 409:1 Spiro, Theodore 2016-05-11**  0:27

| 408 | 19 | Q. So Bayer is aware prior to |
|---|---|---|
| 408 | 20 | ROCKET beginning that J&J has performed |
| 408 | 21 | an analysis of a database that |
| 408 | 22 | demonstrated that patients with poorly |

Re: [408:19-409:1]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, LF, M,

Re: [408:19-409:1]
Pltf Resp Relevant
for conduct, context,
and reliability of

Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 408 23 | controlled time within INR have a much | MD, PK | ROCKET trial, upon which the Afib indicaiton is largely based.  Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified.  Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. | |
| 408 24 | higher event rate than those who are well | | | |
| 409 1 | controlled, correct? | | | |

409:4  -  409:15 Spiro, Theodore 2016-05-11                     0:30

| | | | | |
|---|---|---|---|---|
| 409 4 | THE WITNESS:  That appears | **Re: [409:4-409:15]** | Re: [409:4-409:15] | Pending |
| 409 5 | to be what is written in this | **Def Obj** R, P, Concede- | Pltf Resp Relevant | |
| 409 6 | paragraph prepared by Maria Kubin. | Failure to Test, Concede- | for conduct, context, | |
| 409 7 | BY MR. OVERHOLTZ: | Dose Too High, LF, M, | and reliability of | |
| 409 8 | Q.   So prior -- so let's go | MD, PK | ROCKET trial, upon | |
| 409 9 | back.  So in February of 2007, Bayer and | | which the Afib | |
| 409 10 | J&J both have knowledge that you are | | indicaiton is largely | |
| 409 11 | going to have a higher event rate in | | based.  Plaintiff | |
| 409 12 | warfarin patients who are poorly | | disputes the | |
| 409 13 | controlled with respect to their time | | admissibility of this | |
| 409 14 | within INR range than those patients who | | evidence is | |
| 409 15 | are well controlled, correct? | | conceded. Foundation laid considering witness' involvement and experience as testified.  Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. Testimony relevant | |

409:20 -  409:21 Spiro, Theodore 2016-05-11                     0:03

| | | | | |
|---|---|---|---|---|
| 409 20 | THE WITNESS:  Yes, we have | **Re: [409:20-409:21]** | Re: [409:20-409:21] | Pending |
| 409 21 | that understanding. | **Def Obj** R, P, Concede- | Pltf Resp Relevant | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Failure to Test, Concede-Dose Too High, LF, M, MD, PK | for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based.  Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified.  Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed | |

410:23 -   411:17 Spiro, Theodore 2016-05-11                                          0:46

| | | | |
|---|---|---|---|
| 410 23    Q.   Okay. "My opinion is that | | | |
| 410 24       the issue of the bias toward better | Re: [410:23-411:17] | Re: [410:23-411:17]    Pending | |
| 411  1       outcomes observed in randomized clinical | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 411  2       trials when compared to 'real world | Failure to Test, Concede- | for conduct, context, | |
| 411  3       settings' is dependent on the care | Dose Too High, PK | and reliability of | |
| 411  4       delivery efficiency of the real world | | ROCKET trial, upon | |
| 411  5       setting to which it is compared." | | which the Afib | |
| 411  6          Do you see that? | | indicaiton is largely | |
| 411  7    A.   Yes. | | based.  Plaintiff | |
| 411  8    Q.   You're referring to the fact | | disputes the | |
| 411  9       that there are different -- you refer to | | admissibility of this | |
| 411 10       them as efficiencies with respect to | | evidence is | |
| 411 11       warfarin control, depending upon perhaps | | conceded.  Witness | |
| 411 12       which geographic location you're talking | | displays more than | |
| 411 13       about, which healthcare setting, which | | sufficient personal | |
| 411 14       country, that those real world settings | | knowledge of the | |
| 411 15       differ depending on what healthcare | | subject. Testimony | |
| 411 16       setting you're looking at, right? | | relevant and highly | |
| 411 17    A.   Yes, that is correct. | | probative to | |
| | | defendant | |
| | | involvement in | |
| | | medical literature | |
| | | and scientific study | |
| | | re: Xarelto,  assay | |
| | | development and | |
| | | use as well as | |
| | | evolving company | |
| | | position on the same | |
| | | and is not predicated | |
| | | on a routine | |
| | | monitoring position | |

411:24 -   412:3 Spiro, Theodore 2016-05-11                                          0:06

| | | | |
|---|---|---|---|
| 411 24    Q.   You are aware of geographic | Re: [411:24-412:3] | Re: [411:24-412:3]    Pending | |
| 412  1       differences? | Def Obj R, P, Concede- | Pltf Resp Relevant | |
| 412  2    A.   I am aware of geographic | Failure to Test, Concede- | for conduct, context, | |
| 412  3       differences. | Dose Too High, PK | and reliability of | |
| | | ROCKET trial, upon | |

412:4 -   414:1 Spiro, Theodore 2016-05-11                                          1:38

| | | | |
|---|---|---|---|
| | | which the Afib | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 412 4 | Q. Okay. You mentioned Robert |
| 412 5 | Califf. He was the lead researcher at |
| 412 6 | DCRI, correct? |
| 412 7 | A. Correct. |
| 412 8 | Q. Okay. Who conducted the |
| 412 9 | ROCKET study, correct? |
| 412 10 | A. He was vice chancellor at |
| 412 11 | the university at that time. But he |
| 412 12 | was -- he was involved in the ROCKET |
| 412 13 | study. |
| 412 14 | Q. Okay. |
| 412 15 | A. Other individuals in -- in |
| 412 16 | the Duke Clinical Research Institute |
| 412 17 | probably were more involved in the |
| 412 18 | day-to-day operations. |
| 412 19 | Q. "Robert Califf commented at |
| 412 20 | a" -- "at a recent" -- I assume he might |
| 412 21 | mean conference or meeting -- "that the |
| 412 22 | healthcare delivered to patients living |
| 412 23 | in the immediate vicinity of Duke |
| 412 24 | University Medical Center was extremely |
| 413 1 | limited in both quality and quantity, a |
| 413 2 | widespread problem in the United States, |
| 413 3 | which is one of the reasons that the |
| 413 4 | World Health Organization organization |
| 413 5 | has ranked the United States at a ranking |
| 413 6 | of 25 for overall quality of healthcare |
| 413 7 | provided to its residents." |
| 413 8 | Do you see that? |
| 413 9 | A. Yes, I do. |
| 413 10 | Q. And so you're bringing out |
| 413 11 | the fact that there are geographic |
| 413 12 | differences to health care settings? |
| 413 13 | A. There is disparate -- |
| 413 14 | disparity in delivery of healthcare to |
| 413 15 | citizens and residents of the -- of the |
| 413 16 | United States. It's an ongoing point of |
| 413 17 | discussion with the Affordable Care Act |
| 413 18 | and the controversy that it has in |
| 413 19 | general. |
| 413 20 | Q. If you look with me at your |
| 413 21 | next paragraph. You talk about a Kaiser |
| 413 22 | permanent -- Kaiser-Permanente dataset |
| 413 23 | and having good outcomes. |
| 413 24 | Do you see that? |
| 414 1 | A. Yes, I do. |

Responses In column (top portion):

indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Witness displays more than sufficient personal knowledge of the subject. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the

| | | | |
|---|---|---|---|
| 414:2 - 414:20 Spiro, Theodore 2016-05-11 | 0:51 | | |

| | |
|---|---|
| 414 2 | Q. Okay. Then you also talk |
| 414 3 | about The Netherlands that have -- that |
| 414 4 | manage anticoagulation via centralized |
| 414 5 | and highly trained and organized |
| 414 6 | outpatient anticoagulant clinics, as also |
| 414 7 | delivering good outcomes. |
| 414 8 | Do you see that? |
| 414 9 | A. Yes, I do. |
| 414 10 | Q. Okay. And then if you'll |
| 414 11 | look with me at the last paragraph, you |
| 414 12 | also talk about several other countries, |
| 414 13 | including France and the UK. |
| 414 14 | Do you see that? |
| 414 15 | A. Yes. |
| 414 16 | Q. Okay. And you conclude by |

Objections In (bottom): Re: [414:2-414:20] **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, PK

Rulings (bottom): Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

414 17  saying, "Worse and better outcomes would
414 18  be predicted as such respectively."
414 19      Do you see that?
414 20  A.  Yes.

**448:18 -  448:19** Spiro, Theodore 2016-05-11      0:03

448 18  Q.  Let me show you what we'll
448 19  mark as Exhibit 34.

**Re: [448:18-448:19]**
**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H

Re: [448:18-448:19]   Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

**448:24 -  449:2** Spiro, Theodore 2016-05-11      1:22

448 24  Q.  This is Record 1112931.
449 1      Bates 01883729.
449 2          Okay.  Have you had a chance

**Re: [448:24-449:2]**
**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H

Re: [448:24-449:2]   Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

**449:5 -  449:9** Spiro, Theodore 2016-05-11      0:16

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 449 | 5 | Q.   And this is an e-mail chain | Re: [449:5-449:9] | Re: [449:5-449:9] | Pending |
| 449 | 6 | dealing with the Stago/Professor Samama | **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| 449 | 7 | PT assay study that we talked about | | | |
| 449 | 8 | previously, correct? | | | |
| 449 | 9 | A.   Yes, it appears to be. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 451:13 - | 451:16 | Spiro, Theodore 2016-05-11 | | 0:06 | |
| 451 | 13 | Q.   You're trying to develop the | Re: [451:13-451:16] | Re: [451:13-451:16] | Pending |
| 451 | 14 | calibrator so that you can later do the | **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD | Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| 451 | 15 | field trial? | | | |
| 451 | 16 | A.   Correct. | | | |

| | | | | | |
|---|---|---|---|---|---|
| 451:17 - | 453:8 | Spiro, Theodore 2016-05-11 | | 1:47 | |
| 451 | 17 | Q.   And I want to direct your | Re: [451:17-453:8] | | Pending |
| 451 | 18 | attention.  Let's look at the second | **Def Obj** Non-responsive to Defendants' counter-designation, R, P, Concede-Failure to Test, | | |
| 451 | 19 | e-mail on the first page from Elisabeth | | | |
| 451 | 20 | Perzborn to Martinoli at Stago and | | | |
| 451 | 21 | copying you and Professor Samama. | | | |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 451 | 22 | Do you see that? |
|---|---|---|
| 451 | 23 | A.  Yes. |
| 451 | 24 | Q.  It says, "Dear Dr. Martinoli |
| 452 | 1 | and dear Professor Samama.  I hope we can |
| 452 | 2 | start soon with experiments.  Today I |
| 452 | 3 | forwarded the draft contract to J&J. |
| 452 | 4 | "Regarding the protocol, I |
| 452 | 5 | have some comments, suggestions, |
| 452 | 6 | questions.  I discussed with our PK |
| 452 | 7 | expert, Wolfgang Mueck, the |
| 452 | 8 | concentrations of rivaroxaban to be used. |
| 452 | 9 | Due to the CMAX plasma levels in |
| 452 | 10 | patients, we suggest a spike with |
| 452 | 11 | 250/125/zero nanograms per milliliter, |
| 452 | 12 | approximate CMAX values of 20 and |
| 452 | 13 | 10 milligrams respectively." |
| 452 | 14 | Do you see that? |
| 452 | 15 | A.  Yes, I do. |
| 452 | 16 | Q.  Okay.  And CMAX, we are |
| 452 | 17 | talking about peak plasma levels, that's |
| 452 | 18 | another term, correct? |
| 452 | 19 | A.  Yes, that is correct. |
| 452 | 20 | Q.  Okay.  And Dr. Mueck as |
| 452 | 21 | being expressed by Dr. Perzborn, is |
| 452 | 22 | suggesting that a |
| 452 | 23 | 250-nanogram-per-milliliter spike |
| 452 | 24 | corresponds to what you would see as a |
| 453 | 1 | peak plasma value after a 20-milligram |
| 453 | 2 | dose. |
| 453 | 3 | is that right? |
| 453 | 4 | A.  Yes, that is correct. |
| 453 | 5 | Q.   And then 125 nanograms per |
| 453 | 6 | milliliter being correlated to a |
| 453 | 7 | 10-milligram dose, correct? |
| 453 | 8 | A.   Correct. |

Objections In column (for 451:22–453:8):
Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD

**453:9  -  454:20  Spiro, Theodore  2016-05-11**                                              1:43

| 453 | 9 | Q.   Okay.  Then it says, "With |
|---|---|---|
| 453 | 10 | Neoplastin, a PT prolongation of about '4 |
| 453 | 11 | seconds per 100 nanograms per milliliter |
| 453 | 12 | was observed." |
| 453 | 13 | Do you see that? |
| 453 | 14 | A.  Yes, I see that. |
| 453 | 15 | Q.   Okay.  So a -- based on that |
| 453 | 16 | information, if the plasma concentration |
| 453 | 17 | levels were increased by 400 nanograms |
| 453 | 18 | per milliliter, you'd see about a |
| 453 | 19 | 16-second prolongation of PT with |
| 453 | 20 | Neoplastin; is that right? |
| 453 | 21 | A.  Yes, that's probably |
| 453 | 22 | correct. |
| 453 | 23 | Q.   And the reason why you can |
| 453 | 24 | make that calculation and Dr. Mueck can |
| 454 | 1 | suggest that is because of the linear |
| 454 | 2 | relationships that they had observed in |
| 454 | 3 | the -- in their evaluations of PT and |
| 454 | 4 | plasma concentrations of Xarelto; is that |
| 454 | 5 | right? |
| 454 | 6 | A.  Yes, that would be correct. |
| 454 | 7 | Q.   Okay.  So then you respond |
| 454 | 8 | to Dr. Perzborn's e-mail and say -- and |
| 454 | 9 | you copy Dagmar Kubitza, as well as |
| 454 | 10 | Dr. Martinoli, Samama, and Dr. Mueck. |

Objections In (for 453:9–454:20):
Re: [453:9-454:20]
**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD

Responses In (for 453:9–454:20):
Re: [453:9-454:20]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the

Rulings (for 453:9–454:20):  Pending

04/20/17 18:27

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff |

454 11       And say, "Dear Elisabeth.
454 12 We may want to consider higher and lower
454 13 concentrations to reflect the reasons for
454 14 performance of monitoring."
454 15       Do you see that?
454 16 A. Yes, I do.
454 17 Q. Okay. And so there you are
454 18 recognizing that there's reasons that you
454 19 do monitoring of rivaroxaban levels,
454 20 correct?

**454:22 - 455:2** Spiro, Theodore 2016-05-11    0:06

454 22       THE WITNESS: Yes, we've
454 23 previously discussed those --
454 24 those settings in which we might
455 1 want to monitor or measure the
455 2 concentration of the drug.

**Re: [454:22-455:2]**
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring, H, MD

Re: [454:22-455:2]    Pending
Pltf Resp Relevant
for non-hearsay
purpose: notice. Also
business records
exception and
admission.
Testimony relevant
and highly probative
as well as it
defendants'
interaction and
influence of medical
and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the
importance of
measurements for
assessing bleeding
risk. Plaintiff

**455:4 - 457:16** Spiro, Theodore 2016-05-11    2:35

455 4 Q. Okay. And you give two
455 5 examples here. The first you say,
455 6 "Toxicity due to drug accumulation,"
455 7 correct?
455 8 A. Correct.
455 9 Q. Okay. And then second you
455 10 say, "Ineffectiveness due for" -- "due
455 11 to, for instance, CYP3A4 inducer therapy
455 12 or lack of compliance."
455 13       Do you see that?
455 14 A. Yes, I do.
455 15 Q. Okay. So ineffectiveness
455 16 due to CYP3A4 inducer therapy, that would
455 17 be a drug-drug interaction that was
455 18 somehow blocking the effects of Xarelto;
455 19 is that correct, blocking the absorption
455 20 of Xarelto?
455 21 A. Yes, that is correct.
455 22       Not blocking the absorption,
455 23 but increasing the metabolism.
455 24 Q. Okay. And, therefore,
456 1 resulting in lower plasma exposure --
456 2 plasma-circulating levels of Xarelto?
456 3 A. Yes. And you -- and we
456 4 previously had some discussions about
456 5 that. Of course the accumulation in the
456 6 context of liver failure and -- and
456 7 kidney failure, and then of course the
456 8 drug -- drug-drug interactions by the
456 9 inhibitors and inducers of the said
456 10 pathway.
456 11 Q. Okay. You also mentioned a
456 12 lack of compliance. That's someone who
456 13 doesn't take the medicine, correct?
456 14 A. That's correct.
456 15 Q. And someone who doesn't --
456 16 who misses a pill on a once-daily drug
456 17 could have extremely low levels of
456 18 Xarelto in their plasma, correct?
456 19 A. A patient that -- that
456 20 miss -- forgets to take a medication
456 21 will -- their plasma concentration of
456 22 Xarelto will -- of rivaroxaban, will be
456 23 low, will be zero. And --

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 456 | 24 | Q.   And -- I'm sorry.  Go ahead. |
| 457 | 1 | A.   That was it. |
| 457 | 2 | Q.   Okay.  And that's why you |
| 457 | 3 | are suggesting that we may want to |
| 457 | 4 | consider lower concentrations regarding |
| 457 | 5 | the development of these calibrators, |
| 457 | 6 | because of that situation, correct? |
| 457 | 7 | A.   Yes, that is correct. |
| 457 | 8 | Q.   Okay.  And -- so those were |
| 457 | 9 | the ineffectiveness issues or the -- was |
| 457 | 10 | the CYP3A4 inducer or lack of compliance |
| 457 | 11 | example that you gave.  And the other |
| 457 | 12 | example you gave was toxicity due to drug |
| 457 | 13 | accumulation, correct? |
| 457 | 14 | A.   Yes.  As I said in the |
| 457 | 15 | context of a organ failure syndrome such |
| 457 | 16 | as kidney or liver failure. |

**459:10 -   459:17 Spiro, Theodore 2016-05-11**          0:20

| 459 | 10 | Q.   Okay.  And because of the |
| 459 | 11 | many types of situations in which |
| 459 | 12 | monitoring of rivaroxaban exposure levels |
| 459 | 13 | as measured by plasma concentration might |
| 459 | 14 | be important, that's the reason why you |
| 459 | 15 | were working on these potential assays |
| 459 | 16 | that could be used for monitoring? |
| 459 | 17 | A.   Yes, that is correct. |

Re: [459:10-459:17]
**Def Obj** R, P, Concede-
Failure to Test, Concede-
Dose Too High, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring

Re: [459:10-459:17]    Pending
Pltf Resp Relevant
for non-hearsay
purpose: notice. Also
business records
exception and
admission.
Testimony relevant
and  highly probative
as well as it
defendants'
interaction and
influence of medical
and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the

**459:23 -   459:24 Spiro, Theodore 2016-05-11**          2:36

| 459 | 23 | mark as Exhibit 35, which is Record |
| 459 | 24 | 411373, Bates BPAG 01136560. |

Re: [459:23-459:24]
**Def Obj** R, P, Concede-

Re: [459:23-459:24]    Pending
Pltf Resp Relevant

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

460:6  -   460:18 Spiro, Theodore 2016-05-11                                    0:38

| 460 | 6 | Q. Okay. And this is an e-mail |
|---|---|---|
| 460 | 7 | chain between Corinne Debroye, Elisabeth |
| 460 | 8 | Perzborn, and yourself back in 2008. We |
| 460 | 9 | can start with the first e-mail if we can |
| 460 | 10 | which is an e-mail from Corinne Debroye |
| 460 | 11 | to Elisabeth Perzborn. And the subject |
| 460 | 12 | line is "Monitoring with rivaroxaban." |
| 460 | 13 | Do you see that? |
| 460 | 14 | A. Yes, I do. |
| 460 | 15 | Q. And Corinne Debroye was a |
| 460 | 16 | medical advisor, hematology, with Bayer |
| 460 | 17 | in Belgium, correct? |
| 460 | 18 | A. Yes, she was. |

Re: [460:6-460:18]
Def Obj R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H

Re: [460:6-460:18]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of

462:21 -   463:23 Spiro, Theodore 2016-05-11                                    1:10

| 462 | 21 | Q. Okay. And Corinne Debroye |
|---|---|---|
| 462 | 22 | forwards this e-mail to you, if you can |
| 462 | 23 | look with me on the first page of this |
| 462 | 24 | e-mail that ends in 560, copies Martine |
| 463 | 1 | Debecker and several others. |
| 463 | 2 | And then she -- and then |

Re: [462:21-463:23]
Def Obj R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF

Re: [462:21-463:23]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

463  3    Corinne Debroye -- Elisabeth Perzborn
463  4    forwards this to you, and then Corinne
463  5    Debroye responds.
463  6          Do you see that?
463  7    A.   Yes, I see that.
463  8    Q.   Okay.  So what Elisabeth
463  9    Perzborn says in the e-mail that she
463 10    forwarded to you on April 23rd of 2008 at
463 11    15:46, if you flip with me to the next
463 12    page, says, "Dear Corinne.  Thank you
463 13    very much for letting me know the
463 14    suggestions from Walter Wijns."
463 15          Are you with me?
463 16    A.   Yes.
463 17    Q.   Okay.  "What I learned from
463 18    you and various colleagues from the
463 19    different countries is the demand of
463 20    having the possibility to monitor
463 21    rivaroxaban if required."
463 22          Do you see that?
463 23    A.   Yes, I do.

Responses In: admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding

---

464:16 -   464:22 Spiro, Theodore 2016-05-11        0:22

464 16    Q.   Okay.  And what Elisabeth
464 17    Perzborn is recognizing, based on her
464 18    communication with Corinne Debroye in
464 19    Belgium, is that the colleagues that were
464 20    from different countries were wanting to
464 21    have the possibility to monitor Xarelto,
464 22    correct?

Objections In: **Re: [464:16-464:22]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF

Responses In: Re: [464:16-464:22]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

---

464:24 -   465:10 Spiro, Theodore 2016-05-11        0:28

464 24          THE WITNESS:  They're
465  1    looking for the ability to, I
465  2    think, measure rivaroxaban plasma
465  3    concentrations.  They know that we
465  4    do not have an adjusted dose
465  5    program that would be an adjusted
465  6    dose -- dosing regimen that would
465  7    be amenable to traditional drug

Objections In: **Re: [464:24-465:10]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF

Responses In: Re: [464:24-465:10]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 465 | 8 | monitoring, as the drug was | | and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. No mischaracterization of document, as | |
| 465 | 9 | developed to not require | | | |
| 465 | 10 | monitoring and dosage adaptation. | | | |

**466:4 - 466:19** Spiro, Theodore 2016-05-11    0:33

| 466 | 4 | Q. Okay. So then Corinne |
| 466 | 5 | Debroye responds to Dr. Perzborn and |
| 466 | 6 | copies you on April 28 of 2008, on the |
| 466 | 7 | first page: Do you have that e-mail? |
| 466 | 8 | A. Yes, I do. |
| 466 | 9 | Q. Okay. It says, "Dear |
| 466 | 10 | Elisabeth. Thank you very much for your |
| 466 | 11 | feedback. Meanwhile, I contacted |
| 466 | 12 | Dr. Arnouts from the hemostasis lab from |
| 466 | 13 | the University Hospital Leuven, and he |
| 466 | 14 | agreed that monitoring needs to be |
| 466 | 15 | possible, preferably with the anti-Xa, |
| 466 | 16 | and that calibration should be done with |
| 466 | 17 | Xarelto," correct? |
| 466 | 18 | A. Yes, that is what is written |
| 466 | 19 | here. |

Re: [466:4-466:19]
Def Obj R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H

Re: [466:4-466:19]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

**467:4 - 467:10** Spiro, Theodore 2016-05-11    0:24

| 467 | 4 | Q. Okay. So this advisory |
| 467 | 5 | board that was being held in Brussels in |
| 467 | 6 | June of 2008, the main topic was going to |
| 467 | 7 | be monitoring of rivaroxaban, Xarelto, |
| 467 | 8 | correct? |
| 467 | 9 | A. Yes, it was. As indicated |
| 467 | 10 | here. |

Re: [467:4-467:10]
Def Obj R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H

Re: [467:4-467:10]    Pending
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission.

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

**468:10 - 468:24 Spiro, Theodore 2016-05-11** 2:09

| 468 10 | Q.   I'll show you what we'll |
| 468 11 | mark as Exhibit Number 36, which is |
| 468 12 | Record Number 1158771. |
| 468 13 | And this is Bates BHCP |
| 468 14 | 2644383 |
| 468 15 | And if you look with me on |
| 468 16 | the first page, just so we're clear what |
| 468 17 | you're looking at.  There is -- this file |
| 468 18 | was produced to us as a -- as a |
| 468 19 | PowerPoint file.  The file name was |
| 468 20 | described as "TES Edits Advisory Board 19 |
| 468 21 | June 2008 Agenda and Presentations |
| 468 22 | bis.PowerPoint." |
| 468 23 | Do you see that? |
| 468 24 | A.   Yes. |

Re: [468:10-468:24]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [468:10-468:24]   Pending
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

**469:8 - 469:24 Spiro, Theodore 2016-05-11** 0:36

| 469 8 | Q.   Okay.  And if we look at the |
| 469 9 | screen, it talks about the TES edits |
| 469 10 | advisory board.  The TES, that would be |
| 469 11 | yourself? |
| 469 12 | A.   Correct. |
| 469 13 | Q.   Okay.  And this would |
| 469 14 | reflect that these were your edits to |
| 469 15 | this PowerPoint presentation from the 19 |
| 469 16 | June 2008 advisory board meeting, |
| 469 17 | correct? |

Re: [469:8-469:24]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [469:8-469:24]   Pending
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

469 18    A. Yes, it would.
469 19    Q. And this was the advisory
469 20    board meeting that we looked -- that
469 21    Dr. Corinne Debroye from Bayer in Belgium
469 22    was talking about in the previous exhibit
469 23    that -- that happened on June 19th of
469 24    2008, correct?

470:1 - 470:2 Spiro, Theodore 2016-05-11            0:01
470 1    A. That would appear to be the
470 2    case.

470:3 - 470:6 Spiro, Theodore 2016-05-11            0:09
470 3    Q. Okay. And so if we look at
470 4    the first page of the PowerPoint
470 5    presentation, this is the agenda of the
470 6    advisory board, June 19th.

470:7 - 470:18 Spiro, Theodore 2016-05-11           0:32
470 7    And you see that there is an
470 8    open questions of first advisory board
470 9    section at 19:20 by Dr. Debroye, correct?
470 10    A. Yes, that is correct.
470 11    Q. Okay. And then the next
470 12    section is "Xarelto and Monitoring,"
470 13    correct?
470 14    A. Yes, it is.
470 15    Q. And you are listed as the
470 16    presenter there and described as the
470 17    global clinical leader, correct?
470 18    A. Yes.

**Objections In:** Re: [470:7-470:18] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

**Responses In:** Re: [470:7-470:18] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

**Rulings:** Pending

471:2 - 471:19 Spiro, Theodore 2016-05-11           0:57
471 2    Q. And so then, if we can look
471 3    at Page 20, the section that you
471 4    presented on "Xarelto and Monitoring,
471 5    Current Thoughts." I'm sorry. It's
471 6    Page 22.
471 7    Okay. And this was the
471 8    section of the presentation that you gave
471 9    to the advisory board of key opinion
471 10    leaders in Belgium in 2008, correct?
471 11    A. Yes, that appears to be the
471 12    case.

**Objections In:** Re: [471:2-471:19] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

**Responses In:** Re: [471:2-471:19] Pending Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of

*Top of page (Responses In column, continued from previous):*
drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 471 13    Q.  Okay.  And so then if we go | | Xarelto. Further, also |
| 471 14    look at the next slide.  It's labeled as | | relevant to Plaintiff's |
| 471 15    "Anticoagulation in the Past.  Monitoring | | failure to warn |
| 471 16    Required."  And it shows a Coumadin logo | | claims and claim for |
| 471 17    as well as a heparin bottle and talks | | need for |
| 471 18    about the monitoring that's required for | | measurement |
| 471 19    those anticoagulants, correct?  23? | | including the |
| | | usefulness of PT to |
| | | assess the |
| | | anticoagulant effect |
| | | of Xarelto, and the |
| | | importance of |
| | | measurements for |
| | | assessing bleeding |
| | | risk.Plaintiff disputes |
| | | the admissibility of |
| | | this evidence is |
| | | conceded. |

| 472:7  -  472:12 Spiro, Theodore 2016-05-11 | 0:15 | | |
|---|---|---|---|

| | | |
|---|---|---|
| 472  7    Q.  Okay.  So this was the | Re: [472:7-472:12] | Re: [472:7-472:12]    Pending |
| 472  8    anticoagulation that had been used in the | Def Obj R, P, Concede- | Pltf Resp Testimony |
| 472  9    past and now Xarelto is looking to be | PT/Dose Adjustment, | relevant and  highly |
| 472 10    launched in 2008 to compete in this | Concede-Routine | probative as well as |
| 472 11    marketplace, correct? | Monitoring | it defendants' |
| 472 12    A.  That is correct. | | interaction and |

| 472:13 -  474:2 Spiro, Theodore 2016-05-11 | 1:27 | | |
|---|---|---|---|

| | | |
|---|---|---|
| 472 13    Q.  Okay.  So if we can flip | | influence of medical |
| 472 14    over to Page 25, there is a description | | and scientific |
| 472 15    of the new anticoagulants, correct? | | literature regarding |
| 472 16    A.  Yes, there is. | | measurement of |
| 472 17    Q.  And on the left side you see | | drug exposure of |
| 472 18    rivaroxaban listed at the top, correct? | | Xarelto. Further, also |
| 472 19    A.  Correct. | | relevant to Plaintiff's |
| 472 20    Q.  And the arrow points, the -- | | failure to warn |
| 472 21    the Xa circle, which means rivaroxaban is | | claims and claim for |
| 472 22    one of the Factor Xa inhibitors and the | | need for |
| 472 23    other Factor Xa inhibitors drugs are | | measurement |
| 472 24    listed there, correct? | | including the |
| 473  1    A.  Yes, that is the case. | | usefulness of PT to |
| 473  2    Q.  Okay.  Now, let's flip to | | assess the |
| 473  3    page 26.  And there's a slide that you | | anticoagulant effect |
| 473  4    had in your presentation called | | of Xarelto, and the |
| 473  5    "Monitoring." | | importance of |
| 473  6        Do you see that? | | measurements for |
| 473  7    A.  Yes. | | assessing bleeding |
| 473  8    Q.  And it says, "How to monitor | | risk.Plaintiff disputes |
| 473  9    this plurality of substances." | | the admissibility of |
| 473 10        Do you see that? | | this evidence is |
| 473 11    A.  Yes. | | conceded. |
| 473 12    Q.  Okay.  And you describe | | |
| 473 13    specific anti-Xa or anti-IIa methods in | | |
| 473 14    every lab.  And that refers to the | | |
| 473 15    problem that if you try to have one -- | | |
| 473 16    a -- a test for every single drug, there | | |
| 473 17    would be a lot of tests for a lab to have | | |
| 473 18    to run and keep track of, correct? | | |
| 473 19    A.  Yes, that is one of the | | |
| 473 20    considerations. | | |
| 473 21    Q.  Okay.  And you basically | | |
| 473 22    describe you'd have to have 20 different | | |
| 473 23    sets of calibrators and controls, | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

473 24    correct?
474 1    A.  Some -- some number here.
474 2    It says 20.

474:3  -  474:17 Spiro, Theodore 2016-05-11    0:26

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 474 3   Q.  Okay.  So then you say, "The<br>474 4   good news."<br>474 5     Do you see that?<br>474 6   A.  Yes.<br>474 7   Q.  Okay.  It says, "Good news.<br>474 8   Routine monitoring required only."<br>474 9     And you have a picture of<br>474 10   Coumadin and a picture of heparin,<br>474 11   correct?<br>474 12   A.  Yes.<br>474 13   Q.  Okay.  And then in a yellow<br>474 14   box you say, "All the other substances<br>474 15   require monitoring only in special<br>474 16   situations," correct?<br>474 17   A.  Correct. | Re: [474:3-474:17]<br>Def Obj R, P, Concede-<br>PT/Dose Adjustment,<br>Concede-Routine<br>Monitoring | Re: [474:3-474:17]<br>Pltf Resp Testimony<br>relevant and  highly<br>probative as well as<br>it defendants'<br>interaction and<br>influence of medical<br>and scientific<br>literature regarding<br>measurement of<br>drug exposure of<br>Xarelto. Further, also<br>relevant to Plaintiff's<br>failure to warn<br>claims and claim for<br>need for<br>measurement<br>including the<br>usefulness of PT to<br>assess the<br>anticoagulant effect<br>of Xarelto, and the<br>importance of<br>measurements for<br>assessing bleeding<br>risk.Plaintiff disputes<br>the admissibility of<br>this evidence is<br>conceded. | Pending |

475:5  -  475:9  Spiro, Theodore 2016-05-11    0:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 475 5   Q.  You and I discussed the fact<br>475 6   that it was Bayer's position with respect<br>475 7   to this assay development that there were<br>475 8   special situations that would require<br>475 9   monitoring? | Re: [475:5-475:9]<br>Def Obj R, P, Concede-<br>PT/Dose Adjustment,<br>Concede-Routine<br>Monitoring, LF, M, MD,<br>C | Re: [475:5-475:9]<br>Pltf Resp Testimony<br>relevant and highly<br>probative to<br>defendant<br>involvement in<br>medical literature<br>and scientific study<br>re: Xarelto,  assay<br>development and<br>use as well as<br>evolving company<br>position on the same<br>.Plaintiff disputes the<br>admissibility of this<br>evidence is<br>conceded.<br>Foundation laid<br>considering witness'<br>involvement and<br>experience as<br>testified.  No<br>mischaracterization<br>or compound<br>question - witness<br>free to disagree or<br>clarify reference to<br>earlier testimony. | Pending |

04/20/17 18:27

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

**475:13 -   475:22 Spiro, Theodore 2016-05-11**          0:20

| 475 13 | THE WITNESS:  There are |
| 475 14 | situations in which measurements |
| 475 15 | of the plasma concentration of the |
| 475 16 | drug are -- are important. |
| 475 17 | BY MR. OVERHOLTZ: |
| 475 18 | Q.   You and I certainly |
| 475 19 | discussed that it was your position that |
| 475 20 | there were special situations that made |
| 475 21 | monitoring of Xarelto plasma |
| 475 22 | concentration levels necessary, correct? |

**Re: [475:13-475:22]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, C

**Re: [475:13-475:22]** Pending
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

**475:24 -   476:5 Spiro, Theodore 2016-05-11**          0:07

| 475 24 | THE WITNESS:  Again, |
| 476 1 | measurement because of the |
| 476 2 | confusion between monitoring and |
| 476 3 | dose adaptation and measurement to |
| 476 4 | understand where a patient is at a |
| 476 5 | specific point in time. |

**Re: [475:24-476:5]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, C

**Re: [475:24-476:5]** Pending
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is

**476:7  -   476:13 Spiro, Theodore 2016-05-11**          0:16

| 476 7 | Q.   We saw an e-mail where you |
| 476 8 | disagreed with Chris Nessel at J&J about |
| 476 9 | whether measuring Xarelto plasma |

**Re: [476:7-476:13]**
**Def Obj** R, P, Concede-PT/Dose Adjustment,

**Re: [476:7-476:13]** Pending
Pltf Resp Testimony relevant and  highly

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 476 10 | concentration levels was necessary in | Concede-Routine | probative as well as |
| 476 11 | these special situations. And you | Monitoring, LF, M, MD, | it defendants' |
| 476 12 | indicated that you believed it was | C | interaction and |
| 476 13 | necessary. Do you recall that? | | influence of medical |

influence of medical
and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the
importance of
measurements for
assessing bleeding
risk.Plaintiff disputes
the admissibility of
this evidence is

**476:15 - 479:8** Spiro, Theodore 2016-05-11    **2:11**

| 476 15 | THE WITNESS: I don't recall | **Re: [476:15-479:8]** | Re: [476:15-479:8] | Pending |
| 476 16 | the specific e-mail at this time. | **Def Obj** R, P, Concede- | Pltf Resp Testimony |
| 476 17 | I've seen so many. | PT/Dose Adjustment, | relevant and highly |
| 476 18 | BY MR. OVERHOLTZ: | Concede-Routine | probative as well as |
| 476 19 | Q. You did -- you did hold the | Monitoring, IH, LF, PK, | it defendants' |
| 476 20 | opinion that it was necessary in certain | M, MD | interaction and |
| 476 21 | situations? | | influence of medical |
| 476 22 | A. Yes. And I hold the opinion | | and scientific |
| 476 23 | that it is necessary in certain | | literature regarding |
| 476 24 | situations. | | measurement of |
| 477 1 | Q. So you say, "The good news | | drug exposure of |
| 477 2 | was that routine monitoring was required | | Xarelto. Further, also |
| 477 3 | only in coumadin/heparin and all the | | relevant to Plaintiff's |
| 477 4 | other substances require monitoring only | | failure to warn |
| 477 5 | in special situations." And then you | | claims and claim for |
| 477 6 | present the next slide. If we can look | | need for |
| 477 7 | at Page 27. | | measurement |
| 477 8 | And there, this slide is | | including the |
| 477 9 | labeled "The Bad News," correct? | | usefulness of PT to |
| 477 10 | A. That is correct. | | assess the |
| 477 11 | Q. Okay. And if you look with | | anticoagulant effect |
| 477 12 | me over in the top right corner, your | | of Xarelto, and the |
| 477 13 | presentation said, "There are many | | importance of |
| 477 14 | special situations," correct? | | measurements for |
| 477 15 | A. That is what it is written | | assessing bleeding |
| 477 16 | here, yes. | | risk.Plaintiff disputes |
| 477 17 | Q. And "many" is bolded in dark | | the admissibility of |
| 477 18 | black, correct? | | this evidence is |
| 477 19 | A. Correct. | | conceded. |
| 477 20 | Q. Okay. And we see on the | | Foundation laid |
| 477 21 | left an example of very low weight, | | considering witness' |
| 477 22 | correct? | | involvement and |
| 477 23 | A. Yes. | | |
| 477 24 | Q. Okay. The next example, | | |
| 478 1 | elderly people, do you see that? | | |
| 478 2 | A. Yes. | | |
| 478 3 | Q. Do you agree that elderly | | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

478 4    are a special situation that could
478 5    require monitoring, correct?
478 6    A.  They may require
478 7    measurement, yes.
478 8    Q.  Okay.  We see a pregnant
478 9    woman, correct?
478 10   A.  Yes.
478 11   Q.  Okay.  Critically ill
478 12   patients, and there's a picture of
478 13   someone in a hospital setting, correct?
478 14   A.  Correct.
478 15   Q.  Children is listed.  There's
478 16   a picture of a cute baby looking at the
478 17   camera, right?
478 18   A.  That is correct.
478 19   Q.  Okay.  Obesity, also a
478 20   special situation that you describe,
478 21   correct?
478 22   A.  The large body weight
478 23   patients may require measurements, yes.
478 24   Q.  Okay.  What happens in large
479 1    body weight patients that might require
479 2    monitoring?
479 3    A.  There may be malabsorption
479 4    in some patients who have had surgical
479 5    interventions to attempt weight loss.
479 6         There may be inadequate
479 7    amounts of drug for plasma volumes in
479 8    extreme body weight situations.

---

479:11 -   479:22 Spiro, Theodore 2016-05-11    0:30

479 11        BY MR. OVERHOLTZ:
479 12   Q.  Are there situations in
479 13   which obese patients have accumulation as
479 14   a result of their absorption issues?
479 15   A.  I don't have specific
479 16   information in that regard.  I don't know
479 17   how to answer that question.
479 18   Q.  You haven't seen any
479 19   information that certain obese patients
479 20   may end up accumulating the drug because
479 21   simply They're able to absorb more than
479 22   another Patient?

Objections In:
Re: [479:11-479:22]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, PK, M, MD

Responses In:
Re: [479:11-479:22]
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

Rulings: Pending

---

479:24 -   480:1  Spiro, Theodore 2016-05-11    0:02

479 24        THE WITNESS:  No, I have not
480 1    seen that.

Objections In:
Re: [479:24-480:1]
**Def Obj** R, P, Concede-

Responses In:
Re: [479:24-480:1]
Pltf Resp Testimony

Rulings: Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, PK, M, MD | relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | |

**480:10 - 480:18 Spiro, Theodore 2016-05-11**          0:16

| | | | |
|---|---|---|---|
| 480 10 | Q.  Bleeding under | **Re: [480:10-480:18]** | Re: [480:10-480:18]     Pending |
| 480 11 | anticoagulation in the middle under | **Def Obj** R, P, Concede- | Pltf Resp Testimony |
| 480 12 | elderly people, do you see that one? | PT/Dose Adjustment, | relevant and highly |
| 480 13 | A.  Yes, I do. | Concede-Routine | probative as well as |
| 480 14 | Q.  So that's a special | Monitoring | it defendants' |
| 480 15 | situation you identified that could | | interaction and |
| 480 16 | require monitoring, correct? | | influence of medical |
| 480 17 | A.  Could require measurement of | | and scientific |
| 480 18 | plasma concentrations, yes. | | literature regarding |
| | | | measurement of |
| | | | drug exposure of |
| | | | Xarelto. Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |
| | | | assessing bleeding |
| | | | risk.Plaintiff disputes |
| | | | the admissibility of |
| | | | this evidence is |
| | | | conceded. Witness |

**485:3 - 490:16 Spiro, Theodore 2016-05-11**          5:42

| | | | |
|---|---|---|---|
| 485 3 | Q.  Now, if we could look at | **Re: [485:3-490:16]** | Re: [485:3-490:16]     Pending |
| 485 4 | Page 49.  And this is a slide called | **Def Obj** R, P, Concede- | Pltf Resp Testimony |
| 485 5 | "Prolongation of PT, multiple doses of 5, | PT/Dose Adjustment, | relevant and highly |
| 485 6 | 10, 20, 30 milligrams twice daily for | Concede-Routine | probative as well as |
| 485 7 | five days." | Monitoring, PK | it defendants' |
| 485 8 | Do you see that? | | interaction and |
| 485 9 | A.  Yes, I do. | | influence of medical |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

485 10    Q.   What you see is, for
485 11    example, is that after the dose you see
485 12    the graph shoot up indicating a peak
485 13    bout -- a peak prothrombin time after
485 14    dosing, and then that number comes down
485 15    before the second dose during a one-day
485 16    period on the left side of the graph,
485 17    correct?
485 18    A.   Yes, that is correct.
485 19    Q.   So if we take the
485 20    30-milligram twice-daily dose, the
485 21    highest dose that was tested in this
485 22    Kubitza study from the ClinPharm Journal
485 23    in 2005, at zero hours -- or zero days at
485 24    the beginning, the purple line dot shoots
486  1    up to a relative change of almost two and
486  2    a half, and then comes down closer to one
486  3    before the second dose, because this was
486  4    a twice-daily dose study, correct?
486  5    A.   Yes, that appears to be the
486  6    case.
486  7    Q.   Okay.  And what we see from
486  8    here is that the higher the dose, the
486  9    greater change in prothrombin time during
486 10    this short study related to prolongation
486 11    of PT, correct?
486 12    A.   Yes, that is correct.
486 13    Q.   And that's not surprising.
486 14    Higher doses will result in more
486 15    prolongation of PT, correct?
486 16    A.   Yes, that is correct.
486 17    Q.   Okay.  And the reason why
486 18    higher doses result in a prolongation of
486 19    PT is because higher doses result in
486 20    higher exposures of the drug in plasma
486 21    concentration, correct?
486 22    A.   Well, higher concentrations
486 23    of the drug in the plasma and the impact
486 24    on -- the resulting impact on the
487  1    coagulation test.
487  2    Q.   Okay.  So let's look at
487  3    Slide 50 which is labeled "Correlation of
487  4    PT with PK."
487  5         So this is another one of
487  6    those correlation charts.  And it again
487  7    comes from -- you cite the Kubitza
487  8    article in your presentation, correct?
487  9    A.   Yes.  This is Dr. Kubitza's
487 10    slide.
487 11    Q.   Okay.  And you use this
487 12    slide in your presentation to the Belgium
487 13    advisory board, correct?
487 14    A.   Yes, it appears to be the
487 15    case.
487 16    Q.   Okay.  And so on the bottom
487 17    is, again, plasma concentration of
487 18    Xarelto, right?
487 19    A.   Yes.
487 20    Q.   Okay.  As expressed by
487 21    micrograms per liter, correct?
487 22    A.   Yes, that is correct.
487 23    Q.   Okay.  And then on the left
487 24    is the prothrombin time as expressed in

and scientific
literature regarding
measurement of
drug exposure of
Xarelto. Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect
of Xarelto, and the
importance of
measurements for
assessing bleeding
risk.Plaintiff disputes
the admissibility of
this evidence is
conceded. Witness
displays more than
sufficient personal
knowledge of the

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

488  1   seconds, correct?
488  2   A.   Correct.
488  3   Q.   Okay.  You see it starts at
488  4   around that 12 mark, which I think is a
488  5   normal level that you see.  And as -- as
488  6   the plasma concentration increases
488  7   generally the prothrombin time increases
488  8   as well, correct?
488  9   A.   That is the case within --
488  10  with this reagent system, the Neoplastin
488  11  reagent system likely used in this study.
488  12  Q.   Right.  So then if we look
488  13  over here in the range of plasma
488  14  concentrations between 4 and 500, those
488  15  PT times kind of show around this --
488  16  similar to around the 30-second time
488  17  period, right?
488  18  A.   Yes.
488  19  Q.   And that's -- and that's
488  20  when the concentration's between 400 and
488  21  500 as opposed to at lower concentrations
488  22  such as between 100 and 200, they all
488  23  seem to be generally between 10 and 20,
488  24  correct?
489  1   A.   Yes, that is correct.
489  2   Q.   Okay.  And there's a
489  3   correlation factor given there on the
489  4   right as well, correct?
489  5   A.   Yes, it is.
489  6   Q.   And that .958 correlation
489  7   factor generally reflects that there is a
489  8   strong correlation between prothrombin
489  9   time, PT, and the plasma concentrations
489  10  of Xarelto as demonstrated by Kubitza's
489  11  study that was published in 2005,
489  12  correct?
489  13  A.   Yes, that is correct.
489  14  Q.   Okay.  There is a second
489  15  study on the next page you cited which is
489  16  Study 10847.
489  17      Do you see that?
489  18  A.   Yes, I do.
489  19  Q.   And that's given a notation
489  20  of population of PK 0300, so a PPK.  That
489  21  was a population PK study.  Do you
489  22  recall?
489  23  A.   I don't remember the
489  24  specific study, but that is what is
490  1   stated here on the report.
490  2   Q.   Okay.  And this -- this is
490  3   another study showing the correlation
490  4   between PT and plasma levels of Xarelto,
490  5   correct?
490  6   A.   Yes, this is correct.
490  7   Q.   And PT is expressed in
490  8   seconds on the left, the prothrombin
490  9   time, and then exposure of -- plasma
490  10  concentration is measured by micrograms
490  11  per liter on the bottom, correct?
490  12  A.   Yes, that is correct.
490  13  Q.   Okay.  This is again showing
490  14  the strong correlation between PT and
490  15  Xarelto, correct?

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

490 16      A.   Yes, that is correct.

**494:11 -    495:8**  Spiro, Theodore 2016-05-11                    1:01

| | | |
|---|---|---|
| 494 11 | Q.   Okay.  Let me show you -- | |
| 494 12 | let's look at Slide 67.  And you see | |
| 494 13 | that's two -- two charts, a 10944 and | |
| 494 14 | 10945.  And the presentation titled this | |
| 494 15 | slide, "ODIXa Hip/Knee Trials Rivaroxaban | |
| 494 16 | and PT." | |
| 494 17 |      Do you see that? | |
| 494 18 | A.   Yes, I do. | |
| 494 19 | Q.   And so on the -- on the left | |
| 494 20 | of each of these graphs you have the PT | |
| 494 21 | as expressed in seconds and you have the | |
| 494 22 | plasma concentration of Xarelto as | |
| 494 23 | expressed in micrograms per liter like on | |
| 494 24 | the other charts we saw from Kubitza's | |
| 495  1 | study?  correct? | |
| 495  2 | A.   Yes. | |
| 495  3 | Q.   Okay.  And this -- this is | |
| 495  4 | looking at patients enrolled in those | |
| 495  5 | studies and their PT as compared or | |
| 495  6 | correlated to their plasma concentration | |
| 495  7 | levels, correct? | |
| 495  8 | A.   Yes, that is correct. | |

**Re: [494:11-495:8]**  **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK

Re: [494:11-495:8]
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid

Pending

**495:15 -    496:1**  Spiro, Theodore 2016-05-11                    0:28

| | | |
|---|---|---|
| 495 15 | Q.   Okay.  And generally there's | |
| 495 16 | a -- there's a large number of more | |
| 495 17 | patients following along that line of | |
| 495 18 | increasing exposure resulting in | |
| 495 19 | increasing PT. | |
| 495 20 |      Do you see that? | |
| 495 21 | A.   Yes, I do. | |
| 495 22 | Q.   Okay.  But who -- these -- | |
| 495 23 | these circles at the top that -- that are | |
| 495 24 | not by the line, up at the top in this 30 | |
| 496  1 | to 60, who are those people in the study? | |

**Re: [495:15-496:1]**  **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK

Re: [495:15-496:1]
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

Pending

|  | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**496:3 - 496:16 Spiro, Theodore 2016-05-11** — 0:38

| 496 | 3 | THE WITNESS: The -- I don't |
| 496 | 4 | know who those people were in the |
| 496 | 5 | study. The -- there are various |
| 496 | 6 | explanations that might be |
| 496 | 7 | offered, but they would be simply |
| 496 | 8 | speculation as to what caused the |
| 496 | 9 | prolongation. |
| 496 | 10 | BY MR. OVERHOLTZ: |
| 496 | 11 | Q. Certainly this represents |
| 496 | 12 | that not everybody with an exposure of |
| 496 | 13 | between 200 and 400 micrograms per liter |
| 496 | 14 | plasma concentration of Xarelto is going |
| 496 | 15 | to have the same PT, right? |
| 496 | 16 | MR. HOROWITZ: Form. |

Objections In:
Re: [496:3-496:16]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK

Responses In:
Re: [496:3-496:16] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

Rulings:
Pending


Overruled
611(a) 611(c)

**496:17 - 497:4 Spiro, Theodore 2016-05-11** — 0:33

| 496 | 17 | THE WITNESS: It shows a |
| 496 | 18 | distribution of the prolongation |
| 496 | 19 | of the prothrombin time in seconds |
| 496 | 20 | around the -- the axis of the -- |
| 496 | 21 | of the -- of the line that -- that |
| 496 | 22 | would appear to me to show fairly |
| 496 | 23 | good correlation with -- between |
| 496 | 24 | the prothrombin time as measured |
| 497 | 1 | in seconds and the -- and the |
| 497 | 2 | concentration of rivaroxaban |
| 497 | 3 | measured by a very precise |
| 497 | 4 | analytical method. |

Objections In:
Re: [496:17-497:4]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK

Responses In:
Re: [496:17-497:4] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded.

Rulings:
Pending


Overruled

**497:18 - 497:19 Spiro, Theodore 2016-05-11** — 0:04

| 497 | 18 | Q. So were you worried about |
| 497 | 19 | these patients that had these high PTs -- |

Objections In:
Re: [497:18-497:19]
**Def Obj** R, P, Concede-

Responses In:
Re: [497:18-497:19] Pending
Pltf Resp Testimony

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK | relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | |

497:23 -   498:1   Spiro, Theodore 2016-05-11                                    0:03

| 497 | 23 | Q.  -- than compared to the |
|---|---|---|
| 497 | 24 | other patients who had lower PTs at the |
| 498 | 1 | same concentration level? |

**Re: [497:23-498:1]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK

Re: [497:23-498:1]
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is

**Pending**

498:4  -   498:24  Spiro, Theodore 2016-05-11                                   0:38

| 498 | 4 | THE WITNESS:  The -- one |
|---|---|---|
| 498 | 5 | likely explanation for these |
| 498 | 6 | elevated PTs, particularly the |
| 498 | 7 | ones which are not measured, which |
| 498 | 8 | are the 60s, is that they are |
| 498 | 9 | contaminated samples.  Frequently |
| 498 | 10 | in our clinical trials we do find |
| 498 | 11 | some samples which are drawn |

**Re: [498:4-498:24]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK

Re: [498:4-498:24]
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific

**Pending**

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

498 12    through lines with heparin in
498 13    them. And this is a common
498 14    finding when we do these types of
498 15    studies.
498 16    BY MR. OVERHOLTZ:
498 17    Q.   Do you think it was worth
498 18    investigating each of those patients to
498 19    determine whether or not there were
498 20    potential patients who had various
498 21    reactions related to their PT that were
498 22    different than what you would see to the
498 23    norm with respect to the same exposure
498 24    levels?

literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid

499:3  -  499:18 Spiro, Theodore 2016-05-11                    0:29

499  3        THE WITNESS: I would have
499  4    to defer for these specific
499  5    studies to the individuals who
499  6    conducted these Phase II -- II
499  7    trials. I'm not even sure who
499  8    they -- who they might have been
499  9    in that time frame, such as Frank
499 10    Misselwitz might have been
499 11    involved with these, these
499 12    studies. But they are so -- these
499 13    are highly technical plots and --
499 14    from dose-finding studies --
499 15    BY MR. OVERHOLTZ:
499 16    Q.   But they -- sorry.
499 17    A.   -- patient population
499 18    studies.

**Re: [499:3-499:18]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK

Re: [499:3-499:18]                    **Pending**
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and

508:14 -  509:5 Spiro, Theodore 2016-05-11                    0:42

508 14    Q.   Let me ask you this: If --
508 15    if you believe that a patient's -- a
508 16    single patient's general pharmacological,
508 17    pharmacodynamic response to the drug is
508 18    going to be consistent once they start
508 19    taking Xarelto, you wouldn't need to
508 20    necessarily routinely every day monitor
508 21    that patient's Xarelto levels.
508 22        But wouldn't it be
508 23    reasonable to at least give an initial
508 24    test and maybe some test later down the
509  1    road to make sure that their exposure
509  2    levels with respect to plasma
509  3    concentration or their PT numbers are
509  4    within what you would consider to be the
509  5    expected range of someone on Xarelto?

509:8  -  510:6 Spiro, Theodore 2016-05-11                    1:01

509  8        THE WITNESS: I don't agree
509  9    with that. I think the way we
509 10    developed the compound is
509 11    reasonable. We studied it very

04/20/17 18:27

|  | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

509 12    carefully with pharmacokinetic and
509 13    pharmacodynamic data in Phase II.
509 14      In our Phase III programs,
509 15    we continued to look at least at
509 16    pharmacodynamic data. And based
509 17    on the -- on the aggregate data
509 18    that was presented to regulatory
509 19    agencies, we received approvals
509 20    for these major indications
509 21    after -- after review and response
509 22    to the questions raised by the
509 23    agencies.
509 24      The -- there was -- there is
510 1    no requirement for serial
510 2    monitoring or intermittent testing
510 3    of drug concentrations in these
510 4    patients, and there is no
510 5    scientific rationale at least to
510 6    so do.

**510:8 - 510:15 Spiro, Theodore 2016-05-11**    0:22

510 8    Q. Let me ask you a question
510 9    about Slide 27 on the screen. This is a
510 10    slide where you said the bad news is
510 11    there are many special situations. Does
510 12    the labeling for the product in the
510 13    United States tell doctors that these are
510 14    special situations that require
510 15    monitoring?

**Re: [510:8-510:15]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK

Re: [510:8-510:15]    **Pending**
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is

**510:18 - 511:12 Spiro, Theodore 2016-05-11**    1:02

510 18    THE WITNESS: To the best of
510 19    my recollection, the prescribing
510 20    information in the United States
510 21    does not include a measurement of
510 22    rivaroxaban concentrations, and
510 23    assays for rivaroxaban
510 24    concentration measurement are not
511 1    approved by the Food and Drug
511 2    Administration.
511 3    BY MR. OVERHOLTZ:
511 4    Q. Would you agree that if a
511 5    patient had more than one of these
511 6    special situations ongoing, such as an

**Re: [510:18-511:12]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK

Re: [510:18-511:12]    **Pending**
Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's

04/20/17 18:27

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 511 | 7 | elderly person with a very low weight, |
| 511 | 8 | that could exaggerate their situation |
| 511 | 9 | with respect to their potential increased |
| 511 | 10 | exposures in terms of plasma |
| 511 | 11 | concentration and potentially the |
| 511 | 12 | increased concern for those patients? |

failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid

**511:15 - 512:13 Spiro, Theodore 2016-05-11**    0:56

| 511 | 15 | THE WITNESS:  As we become |
| 511 | 16 | elderly and fall into the category |
| 511 | 17 | of elderly patients, we develop a |
| 511 | 18 | variety of frailties and |
| 511 | 19 | sensitivities to all the |
| 511 | 20 | medications that we take. |
| 511 | 21 | And rivaroxaban is no |
| 511 | 22 | different.  And in treating with a |
| 511 | 23 | patient with an anticoagulant, be |
| 511 | 24 | it warfarin, be it rivaroxaban, be |
| 512 | 1 | it heparin, the specific |
| 512 | 2 | underlying conditions in that |
| 512 | 3 | patient, and as an elderly patient |
| 512 | 4 | we become what we call complex or |
| 512 | 5 | sometimes interesting.  It makes |
| 512 | 6 | our management quite -- more |
| 512 | 7 | challenging than in the case of a |
| 512 | 8 | healthier younger individual. |
| 512 | 9 | BY MR. OVERHOLTZ: |
| 512 | 10 | Q.   There's no recommendation in |
| 512 | 11 | the U.S. label for monitoring rivaroxaban |
| 512 | 12 | plasma concentration levels in elderly |
| 512 | 13 | people, correct? |

**Re: [511:15-512:13]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK, A

Re: [511:15-512:13]    Pending
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness'

**512:16 - 512:20 Spiro, Theodore 2016-05-11**    0:09

| 512 | 16 | THE WITNESS:  There is no -- |
| 512 | 17 | that I remember, there is no |
| 512 | 18 | recommendation for measuring |
| 512 | 19 | rivaroxaban concentrations in |
| 512 | 20 | elderly patients.  We do not have |

**Re: [512:16-512:20]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK, A

Re: [512:16-512:20]    Pending
Pltf Resp Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of

**512:21 - 512:23 Spiro, Theodore 2016-05-11**    0:04

| 512 | 21 | an assay approved in the United |
| 512 | 22 | States as an in vitro diagnostic |
| 512 | 23 | test for this purpose. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | |

**513:1 - 513:12 Spiro, Theodore 2016-05-11**                                    0:26

| | |
|---|---|
| 513  1 | Q.  Is there any recommendation |
| 513  2 | for any dose adaptation in the United |
| 513  3 | States label for elderly patients? |
| 513  4 | A.  There is none -- no |
| 513  5 | recommendation specifically for elderly |
| 513  6 | patients.  Warnings are -- are present in |
| 513  7 | the label for -- in situations of |
| 513  8 | decreased renal function, and elderly |
| 513  9 | patients frequently have decreased renal |
| 513 10 | function, so this has to be taken into |
| 513 11 | consideration when managing these |
| 513 12 | patients. |

Re: [513:1-513:12]
Def Obj R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK

Pending

**514:23 - 515:15 Spiro, Theodore 2016-05-11**                                    0:46

| | |
|---|---|
| 514 23 | BY MR. OVERHOLTZ: |
| 514 24 | Q.  As the global clinical lead |
| 515  1 | for Xarelto, you are familiar with what |
| 515  2 | is contained in the United States |
| 515  3 | packaging prescribing information, |
| 515  4 | correct? |
| 515  5 | A.  Well, I'm not the global |
| 515  6 | clinical lead for -- for rivaroxaban. |
| 515  7 | I'm one of a number of -- of physicians |
| 515  8 | that have worked on this project over the |
| 515  9 | years.  And -- my role has been more |
| 515 10 | focused on ex-U.S. situations than the |
| 515 11 | United States as Janssen Pharmaceuticals |
| 515 12 | is responsible for the -- the -- for the |
| 515 13 | activities for Xarelto in the United |
| 515 14 | States -- or rivaroxaban in the United |
| 515 15 | States. |

**515:16 - 516:22 Spiro, Theodore 2016-05-11**                                    1:14

| | |
|---|---|
| 515 16 | Q.  One of the goals of this |
| 515 17 | monitoring program that you were |
| 515 18 | presenting on -- an assay development |
| 515 19 | that you were presenting to these key |
| 515 20 | opinion leaders in Brussels in 2008 was |
| 515 21 | the use of these assays for therapeutic |
| 515 22 | drug monitoring, correct? |
| 515 23 | MR. HOROWITZ: Well, form. |
| 515 24 | THE WITNESS: We -- we were |
| 516  1 | not looking at these in the -- |

04/20/17 18:27

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

516  2    in -- we were not looking at the
516  3    development of these assays with
516  4    the intention of dose adaptation
516  5    based on achieving targeted plasma
516  6    concentrations.
516  7        We were thinking of -- we
516  8    were working with the development
516  9    of these assays to allow
516  10   measurement of the -- the drug
516  11   in -- in patient plasma in -- as
516  12   you pointed out, these -- these
516  13   special situations of which there
516  14   are a number, a small child, the
516  15   elderly patient.
516  16       The whole premise of the --
516  17   of the development of the drug was
516  18   based on a nonmonitored approach
516  19   and a fixed-dose approach, with
516  20   the caveat that there are
516  21   situations where a patient is ill,
516  22   on a ventilator, or a patient's a

515:24 -  517:1  Spiro, Theodore 2016-05-11          0:57
515  24       THE WITNESS:  We -- we were
516  1    not looking at these in the --
516  2    in -- we were not looking at the
516  3    development of these assays with
516  4    the intention of dose adaptation
516  5    based on achieving targeted plasma
516  6    concentrations.
516  7        We were thinking of -- we
516  8    were working with the development
516  9    of these assays to allow
516  10   measurement of the -- the drug
516  11   in -- in patient plasma in -- as
516  12   you pointed out, these -- these
516  13   special situations of which there
516  14   are a number, a small child, the
516  15   elderly patient.
516  16       The whole premise of the --
516  17   of the development of the drug was
516  18   based on a nonmonitored approach
516  19   and a fixed-dose approach, with
516  20   the caveat that there are
516  21   situations where a patient is ill,
516  22   on a ventilator, or a patient's a
516  23   child and needs other
516  24   considerations in order to
517  1    adequately treat the patient.

518:18 -  519:2  Spiro, Theodore 2016-05-11          0:18
518  18   Q.   Okay.  Now, you mentioned a
518  19   couple minutes ago that there was not an
518  20   approved assay for measuring plasma
518  21   concentration levels of Xarelto in the
518  22   United States.  Do you recall that?
518  23   A.   Yes.
518  24   Q.   PT Neoplastin is a widely
519  1    available assay for measuring PT in the
519  2    United States, correct?

Objections In:
Re: [518:18-519:2]
Def Obj R, P, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring

Responses In:
Re: [518:18-519:2]          Pending
Pltf Resp Evidence of
discussions and
matters involving
monitoring and the
need to measure
drug exposure and
use is crucial, highly
probative evidence

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | |

519:5  -   519:19 Spiro, Theodore 2016-05-11                          0:26

| | | | |
|---|---|---|---|
| 519   5      Neoplastin reagent is marketed by | Re: [519:5-519:19] | Re: [519:5-519:19]      Pending | |
| 519   6      Diagnostica Stago in the United | Def Obj R, P, Concede- | Pltf Resp Evidence of | |
| 519   7      States. | PT/Dose Adjustment, | discussions and | |
| 519   8    BY MR. OVERHOLTZ: | Concede-Routine | matters involving | |
| 519   9      Q.   You agree it's widely | Monitoring | monitoring and the | |
| 519  10      available? | | need to measure | |
| 519  11      A.   I think Innovin is still | | drug exposure and | |
| 519  12      the -- the primary agent used in American | | use is crucial, highly | |
| 519  13      laboratories.  But I think the Neoplastin | | probative evidence | |
| 519  14      reagent may be the second most widely | | relevant to | |
| 519  15      used reagent. | | demonstrating | |
| 519  16      Q.   Okay.  And that is an | | defendants were | |
| 519  17      existing PT assay available on the | | motivated to avoid | |
| 519  18      market, correct? | | any form of | |
| 519  19      A.   Correct. | | monitoring including | |

a one-time
measurement to
evaluate patients at
a high bleeding risk.
Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the
anticoagulant effect

555:17 -   556:16 Spiro, Theodore 2016-05-11                          2:28

| | | | |
|---|---|---|---|
| 555  17      Q.   Let me show you what we'll | Re: [555:17-556:16] | Re: [555:17-556:16]      Pending | |
| 555  18      mark as Exhibit 39, which is Record | Def Obj P, R, Relevance- | Pltf Resp Magellan | |
| 555  19                                                    398094 | Non-approved | study relevant and | |
| 555  20          Before the results were made | indications, Relevance- | highly probative to | |
| 555  21      public at the New Orleans convention of | Marketing, H | notice, bleed risk, | |
| 555  22      the American College of Cardiology, Bayer | | and study conduct | |
| 555  23      and J&J learned of the increased bleeding | | and testimony and | |
| 555  24      events in the MAGELLAN trial, correct? | | evidence even | |
| 556   1      A.   Correct. | | extrapolates to | |
| 556   2      Q.   Okay.  Take a minute to look | | approved | |
| 556   3      at Exhibit 39, which is an e-mail from | | indications. Relevant | |
| 556   4      Bernhard Glombitza to Scott Berkowitz and | | for non-hearsay | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 558 | 16 | we have to interpret its results | |
| 558 | 17 | in light of the characteristics, | |
| 558 | 18 | demographics of the patients | |
| 558 | 19 | included in the trial, those being | |
| 558 | 20 | acutely ill patients with medical | |
| 558 | 21 | illnesses admitted to hospital | |
| 558 | 22 | with -- for treatment of the | |
| 558 | 23 | specific illness in question. | |
| 558 | 24 | Very different from the | |
| 559 | 1 | atrial fibrillation population, an | |
| 559 | 2 | outpatient population, in general | |
| 559 | 3 | with -- well, without acute | |
| 559 | 4 | medical illnesses and being | |
| 559 | 5 | treated for a differently -- a | |
| 559 | 6 | completely different purpose. | |
| 559 | 7 | So, from my perspective in | |
| 559 | 8 | clinical development, we have to | |
| 559 | 9 | separate these two indications. | |
| 559 | 10 | And we have to address | |
| 559 | 11 | individually the results of the | |
| 559 | 12 | respective clinical trials. | |

**559:14 -   559:15 Spiro, Theodore 2016-05-11**   0:03

| | | | | |
|---|---|---|---|---|
| 559 | 14 | Q.  You certainly got the memo, | **Re: [559:14-559:15]** | **Re: [559:14-559:15]**   Pending |
| 559 | 15 | didn't you? | **Def Obj** P, R, Relevance- | Pltf Resp Magellan |

Objections column:
**Re: [559:14-559:15]**
**Def Obj** P, R, Relevance-
Non-approved
indications, Relevance-
Marketing, AR, H

Responses column:
**Re: [559:14-559:15]**   Pending
Pltf Resp Magellan
study relevant and
highly probative to
notice, bleed risk,
and study conduct
and testimony and
evidence even
extrapolates to
approved
indications. Relevant
for non-hearsay
purpose: notice. Also
business records
exception and
admission.
Testimony and
evidence centers on
Defendants'
deliberation on
whether and how to
convey safety
information to
consumers and
prescribers and is
not predicated on
Defendants'
marketing scheme or

**559:17 -   559:18 Spiro, Theodore 2016-05-11**   0:00

| | | | | |
|---|---|---|---|---|
| 559 | 17 | THE WITNESS: I did get the | **Re: [559:17-559:18]** | **Re: [559:17-559:18]**   Pending |
| 559 | 18 | memo. | **Def Obj** P, R, Relevance- | Pltf Resp Magellan |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 556 5 | others including yourself on | | purpose: notice. Also |
| 556 6 | February 15th of 2011, a couple months | | business records |
| 556 7 | before the results were made public in | | exception and |
| 556 8 | New Orleans, a month and a half. | | admission. |
| 556 9 | A.  Yes. | | Testimony and |
| 556 10 | Q.  And so Bernhard Glombitza | | evidence centers on |
| 556 11 | sends to you an e-mail that he received | | Defendants' |
| 556 12 | from Anne-Greth Mortensen on February | | deliberation on |
| 556 13 | 15th of 2011, the subject being, "The GSM | | whether and how to |
| 556 14 | position on MAGELLAN strategy." | | convey safety |
| 556 15 | Do you see that? | | information to |
| 556 16 | A.  Yes. | | consumers and |
| | | | prescribers and is |
| | | | not predicated on |
| | | | Defendants' |
| | | | marketing scheme or |
| | | | profitability, nor any |
| | | | specific marketing |
| | | | pieces and thereby |

**556:24 -    558:5** Spiro, Theodore 2016-05-11                                    1:16

| | | | | |
|---|---|---|---|---|
| 556 24 | Q.  And Anne-Greth Mortensen | **Re: [556:24-558:5]** | Re: [556:24-558:5] | **Pending** |
| 557 1 | worked on the business side for the | **Def Obj** P, R, Relevance- | Pltf Resp Magellan | |
| 557 2 | Bayer, correct? | Non-approved | study relevant and | |
| 557 3 | A.  Yes. | indications, Relevance- | highly probative to | |
| 557 4 | Q.  And she writes, "Hi | Marketing, H | notice, bleed risk, | |
| 557 5 | Bernhard.  I have just summarized GSM's | | and study conduct | |
| 557 6 | perspective on the MAGELLAN strategy." | | and testimony and | |
| 557 7 | Do you see that? | | evidence even | |
| 557 8 | A.  Yes, I see that. | | extrapolates to | |
| 557 9 | Q.  And GSM stood for what? | | approved | |
| 557 10 | A.  Global strategic marketing. | | indications. Relevant | |
| 557 11 | Q.  Firstly, with regard to | | for non-hearsay | |
| 557 12 | interpretation of the result with an | | purpose: notice. Also | |
| 557 13 | emphasis on non-inferiority compared to | | business records | |
| 557 14 | an active standard of care, superiority | | exception and | |
| 557 15 | to a placebo, and a significant access | | admission. | |
| 557 16 | for any definition of bleeding across all | | Testimony and | |
| 557 17 | time points." | | evidence centers on | |
| 557 18 | Do you see that? | | Defendants' | |
| 557 19 | A.  Yes. | | deliberation on | |
| 557 20 | Q.  Okay.  "If this | | whether and how to | |
| 557 21 | interpretation were to gain traction, we | | convey safety | |
| 557 22 | risk the characterization of Xarelto as | | information to | |
| 557 23 | an anticoagulant associated with | | consumers and | |
| 557 24 | excessive bleeding in fragile patients, | | prescribers and is | |
| 558 1 | an interpretation that might be | | not predicated on | |
| 558 2 | extrapolated to patients at risk of | | Defendants' | |
| 558 3 | stroke with atrial fibrillation." | | marketing scheme or | |
| 558 4 | Do you see that? | | profitability, nor any | |
| 558 5 | A.  Yes, I see that. | | specific marketing | |
| | | | pieces and thereby | |

**558:6  -    558:8** Spiro, Theodore 2016-05-11                                    0:09

| | | | |
|---|---|---|---|
| 558 6 | Q.  Okay.  That was the global | | does not implicate |
| 558 7 | strategic marketing perspective on the | | |
| 558 8 | MAGELLAN strategy at the time, correct? | | |

**558:10 -    559:12** Spiro, Theodore 2016-05-11                                    1:03

| | | | |
|---|---|---|---|
| 558 10 | THE WITNESS:  Well, it's an | **Re: [558:10-559:12]** | **Pending** |
| 558 11 | interpretation.  And I disagree | **Pltf Obj** Witness' | |
| 558 12 | with the interpretation.  The | response is | |
| 558 13 | MAGELLAN study is a standalone | nonresponsive. | |
| 558 14 | study and indication.  It's in a | | |
| 558 15 | specific patient population, and | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Non-approved indications, Relevance- Marketing, AR, H | study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or | |

**559:20 - 560:21 Spiro, Theodore 2016-05-11**    0:59

| | | | |
|---|---|---|---|
| 559 20 | Q. Because there was an | **Re: [559:20-560:21]** | Pending |
| 559 21 | alternative interpretation that was part | **Def Obj** P, R, Relevance- | |
| 559 22 | of Bayer's global strategic marketing on | Non-approved | |
| 559 23 | the MAGELLAN strategy. And the second | indications, Relevance- | |
| 559 24 | bullet point says, "The alternative | Marketing, AR, H | |
| 560 1 | interpretation focused on the acute | | |
| 560 2 | ill/medically ill patient. This is a | | |
| 560 3 | population already recognized to be | | |
| 560 4 | complicated in term of characterization | | |
| 560 5 | for both thrombosis and bleeding risk, in | | |
| 560 6 | whom the broader benefit of | | |
| 560 7 | thromboprophylaxis beyond a reduction of | | |
| 560 8 | asymptomatic DVT have not been clearly | | |
| 560 9 | established. | | |
| 560 10 | "In this context, an | | |
| 560 11 | interpretation of MAGELLAN describing a | | |
| 560 12 | failure to detect a clinical benefit for | | |
| 560 13 | routine thromboprophylaxis in acutely ill | | |
| 560 14 | medical patients may be considered more | | |
| 560 15 | valid. A large study like MAGELLAN has | | |
| 560 16 | therefore contributed to a better | | |
| 560 17 | clinical understanding demonstrating in | | |
| 560 18 | the largest population studied to date | | |
| 560 19 | little benefit in this population." | | |
| 560 20 | Did I read that correctly? | | |
| 560 21 | A. You read that correctly. | | |

**562:12 - 562:16 Spiro, Theodore 2016-05-11**    0:06

| | | | |
|---|---|---|---|
| 562 12 | Q. MAGELLAN did not support | **Re: [562:12-562:16]** | Re: [562:12-562:16] Pending |
| 562 13 | approval for use of Xarelto in medically | **Def Obj** P, R, Relevance- | Pltf Resp Magellan |
| 562 14 | ill patients in the United States, | Non-approved | study relevant and |
| 562 15 | correct? | indications | highly probative to |
| 562 16 | A. That's correct. | | notice, bleed risk, |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or | |

**565:10 -   565:12 Spiro, Theodore 2016-05-11**     0:06

565 10      Q.    The MAGELLAN strategy as
565 11      determined by Bayer, was to make sure,
565 12      before anything was said, that you

Re: [565:10-565:12]
**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD,

Re: [565:10-565:12] Pltf Resp Plaintiff withdraws this designation.     Pending

**566:15 -   566:23 Spiro, Theodore 2016-05-11**     0:22

566 15           THE WITNESS:  Bernhard
566 16      Glombitza -- Bernhard Glombitza
566 17      summarized for us the global
566 18      strategic marketing perspective on
566 19      the MAGELLAN study.
566 20           That we disagreed with it
566 21      and pursued the publications as we
566 22      did a different -- a different
566 23      discussion.

Re: [566:15-566:23]
**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD,

Re: [566:15-566:23] Pltf Resp Plaintiff withdraws this designation.     Pending

**567:6  -   567:22 Spiro, Theodore 2016-05-11**     0:41

567 6      Q.   "GSM should, therefore, urge
567 7      that external communication of MAGELLAN
567 8      data is limited until this alternative
567 9      interpretation has been thoroughly
567 10      reviewed and the potential impact on
567 11      broader brand standing and
567 12      differentiation have been considered."
567 13           Correct?
567 14      A.   That is what is written
567 15      here.
567 16      Q.   And next says, "We have
567 17      to" -- "we really have to consider that
567 18      dabigatran will be launching SPAF with no
567 19      medical data, and we are getting close to
567 20      a head-to-head launch in SPAF."
567 21           That's what was said as part
567 22      of this GSM strategy, correct?

Re: [567:6-567:22]
**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD,

Re: [567:6-567:22] Pltf Resp Plaintiff withdraws this designation.     Pending

**567:23 -   568:10 Spiro, Theodore 2016-05-11**     0:31

567 23      A.   That is what it said here.
567 24      But remember, our global development

Re: [567:23-568:10]
Pltf Obj [Note: there is a

Pending

100

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 568 | 1 | strategy was to present the results of |
| 568 | 2 | this trial, and we had three |
| 568 | 3 | presentations at scientific meetings in |
| 568 | 4 | 2011 and to move forward with three |
| 568 | 5 | additional -- with two additional |
| 568 | 6 | publications, subanalyses of the trial, |
| 568 | 7 | and we are indeed continuing to look at |
| 568 | 8 | subgroups in the trial to bring forward |
| 568 | 9 | that information into the -- into the |
| 568 | 10 | clinical domain. |

Objections In: mistake in Plaintiff's affirmative designations. 565:10-566:12 and 566:15-23 should be designated affirmatively. The mistake appears to have been designating 565:12 instead of 566:12.] Plaintiff's withdraw 567:16-22, so to the extent Defendants' designated 567:23-568:10 for completeness, Defendants' designation should similarly be withdrawn. If kept, Plaintiff objects to witness response as non-responsive.

---

**612:14 - 612:19 Spiro, Theodore 2016-05-11**   0:16

| 612 | 14 | Q.   I'm going to hand you what |
| 612 | 15 | we have marked as Spiro Exhibit |
| 612 | 16 | Number 45.  It is a copy of the 2000 |
| 612 | 17 | and -- or the SPC, summary of product |
| 612 | 18 | characteristics, that was in effect |
| 612 | 19 | during July of 2015 for Xarelto. |

Objections In: **Re: [612:14-612:19] Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P

Responses In: Re: [612:14-612:19]   Pending
Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically.  Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect

---

**612:24 - 613:7 Spiro, Theodore 2016-05-11**   0:53

| 612 | 24 | Q.   And, Doctor, please take a |
| 613 | 1 | moment to orient yourself to Exhibit 45. |
| 613 | 2 | A.   Okay.  Yes. |
| 613 | 3 | Q.   And before today, have you |
| 613 | 4 | seen Exhibit 45 or some version of it, |
| 613 | 5 | perhaps one that pre- or postdated |
| 613 | 6 | Exhibit 45? |
| 613 | 7 | A.   Yes, I have. |

Objections In: **Re: [612:24-613:7] Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P

Responses In: Re: [612:24-613:7]   Pending
Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically.  Highly

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | |

**614:15 -    614:19** Spiro, Theodore 2016-05-11    0:13

| 614 | 15 | Q.   What is your understanding |
|---|---|---|
| 614 | 16 | of what the SPC is or its purpose? |
| 614 | 17 | A.   It is the prescribing |
| 614 | 18 | information that is provided to the |
| 614 | 19 | practitioners in the European Union. |

Re: [614:15-614:19]
**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P

Re: [614:15-614:19]    Pending
Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically.  Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

**614:20 -    614:23** Spiro, Theodore 2016-05-11    0:13

| 614 | 20 | Q.   Does it have any -- any role |
|---|---|---|
| 614 | 21 | at all in terms of relationship to the |
| 614 | 22 | prescribing information or -- or product |
| 614 | 23 | label that is used in the United States? |

**615:3  -    615:13** Spiro, Theodore 2016-05-11    0:34

| 615 | 3 | A.   The prescribing information |
|---|---|---|
| 615 | 4 | that is in -- that is made available to |
| 615 | 5 | the practitioners in the United States |
| 615 | 6 | results from the negotiations and |
| 615 | 7 | interactions between the -- the market |
| 615 | 8 | authorization holder in the United States |
| 615 | 9 | and the Federal Food and Drug |
| 615 | 10 | Administration that -- that -- that |
| 615 | 11 | oversees and licenses pharmacological |
| 615 | 12 | products as well as other products and |
| 615 | 13 | foods. |

**617:13 -    618:12** Spiro, Theodore 2016-05-11    1:06

| 617 | 13 | Q.   Doctor, if you could, within |
|---|---|---|
| 617 | 14 | Exhibit 45, please go to Section 5.1, |
| 617 | 15 | which is the pharmacodynamic properties |
| 617 | 16 | section. |
| 617 | 17 | A.   Yes. |
| 617 | 18 | Q.   And do you specifically see |
| 617 | 19 | that subsection there that is called |
| 617 | 20 | "Pharmacodynamic Effects"? |
| 617 | 21 | A.   Yes. |
| 617 | 22 | Q.   It appears that under this |

Re: [617:13-618:12]
**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S,

Re: [617:13-618:12]    Pending
Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically.  Highly probative on the type of information

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 617 23 | section there is some information for the | Defendant could |
| 617 24 | indications that had been approved up | have made available |
| 618 1 | until this time that discloses or states | to consumers and |
| 618 2 | the 5th and 95th percentile -- tiles for | prescribers alike, |
| 618 3 | the Neoplastin PT, in patients taking | including a one-time |
| 618 4 | Xarelto, is that correct, both for DVT | measurement to |
| 618 5 | and PV -- PE prevention and also for | evaluate patients at |
| 618 6 | Afib; is that right? | a high bleeding risk. |
| 618 7 | A.   Yes, it is. | Further, also |
| 618 8 | Q.   Okay.  And from your | relevant to Plaintiff's |
| 618 9 | perspective, what is your belief as to | failure to warn |
| 618 10 | why that information could be helpful to | claims and claim for |
| 618 11 | physicians prescribing Xarelto for | need for |
| 618 12 | patients for either indication? | measurement |
| | | including the |
| | | usefulness of PT to |
| | | assess the |
| | | anticoagulant effect |
| | | of Xarelto, and the |
| | | importance of |
| | | measurements for |

**618:15 -   619:8   Spiro, Theodore 2016-05-11         0:37**

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 618 15 | THE WITNESS:  It provides | **Re: [618:15-619:8]** | Re: [618:15-619:8]      Pending |
| 618 16 | information to them that describes | **Def Obj** Relevance-Time, | Pltf Resp Relevant as |
| 618 17 | the -- the effect of the -- of the | Relevance-Foreign | information |
| 618 18 | drug on the global coagulation | Regulatory, Concede- | Defendants made |
| 618 19 | test that is referred to in the -- | PT/Dose Adjustment, P, | available in other |
| 618 20 | in the section "Pharmacodynamic | AF, LF, O, S, | markets, but |
| 618 21 | Effects."  In other words, the | | withheld |
| 618 22 | prothrombin time is performed | | domestically. |
| 618 23 | using the Neoplastin reagent | | Relevant as |
| 618 24 | system. | | information |
| 619 1 | BY MR. HONNOLD: | | Defendants made |
| 619 2 | Q.   From -- from your view and | | available in other |
| 619 3 | as a -- as a prescribing physician of -- | | markets, but |
| 619 4 | of Xarelto, as you've testified to, that | | withheld |
| 619 5 | what is your view as to how or why the | | domestically.  Highly |
| 619 6 | 5th and 95th percentile information for | | probative on the |
| 619 7 | the Neoplastin PT levels could be helpful | | type of information |
| 619 8 | to a prescribing physician? | | Defendant could |
| | | | have made available |
| | | | to consumers and |
| | | | prescribers alike, |
| | | | including a one-time |
| | | | measurement to |
| | | | evaluate patients at |
| | | | a high bleeding risk. |
| | | | Further, also |
| | | | relevant to Plaintiff's |
| | | | failure to warn |
| | | | claims and claim for |
| | | | need for |

**619:12 -   619:14   Spiro, Theodore 2016-05-11         0:05**

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 619 12 | Q.   Or a treating physician | **Re: [619:12-619:14]** | Re: [619:12-619:14]      Pending |
| 619 13 | who -- who -- who becomes involved in the | **Def Obj** Relevance-Time, | Pltf Resp Relevant as |
| 619 14 | treatment of a patient on Xarelto? | Relevance-Foreign | information |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | |

**619:17 - 620:2    Spiro, Theodore 2016-05-11**    0:21

| 619 17 | THE WITNESS: It's -- I |
| 619 18 | think it's helpful to the |
| 619 19 | physician because it -- it |
| 619 20 | describes for them the type of |
| 619 21 | range of -- of changes in the |
| 619 22 | prothrombin time expressed in |
| 619 23 | seconds that might be observed in |
| 619 24 | patients receiving the -- the |
| 620  1 | 20-milligram or 15-milligram dose |
| 620  2 | of rivaroxaban. |

| | Re: [619:17-620:2] | Re: [619:17-620:2] | Pending |
|---|---|---|---|
| | **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for | |

**620:4 - 621:9    Spiro, Theodore 2016-05-11**    1:18

| 620  4 | Q.   And from your perspective, |
| 620  5 | why is it that that could be helpful |
| 620  6 | information for a prescribing or treating |
| 620  7 | physician to have? |
| 620  8 | A.   From my perspective it could |
| 620  9 | be a helpful -- it could be helpful |
| 620 10 | information in that if the -- the |
| 620 11 | physician drew a prothrombin time for |

| | Re: [620:4-621:9] | | Pending |
|---|---|---|---|
| | **Def Obj** Non-responsive, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | | |

04/20/17 18:27

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

620 12    whatever reason, it would tell them what
620 13    the peak would be in relationship to the
620 14    administration of the study drug.  And if
620 15    he was indeed wanting to use the
620 16    prothrombin time as a global coagulation
620 17    test, for instance, for ascertaining
620 18    whether there was a -- some type of
620 19    coagulopathy that might be occurring in
620 20    the patient as well, then the physician
620 21    would know that they would have to wait
620 22    for the trough period in order to have a
620 23    prothrombin time that they might be able
620 24    to interpret in the context of moving in
621 1     or out a coagulation abnormality that was
621 2     not associated with the study drug.
621 3     Q.    Would you agree that this
621 4     information would also allow the
621 5     prescribing or treating physician to
621 6     understand where their patient stood as
621 7     compared to other patients who had had
621 8     Neoplastin PTs taken under similar
621 9     circumstances?

**621:14 -  621:24 Spiro, Theodore 2016-05-11**                          0:23

621 14          THE WITNESS:  The
621 15    information shows the spread of
621 16    results that are seen with the
621 17    prothrombin time in the clinical
621 18    trials setting and provides
621 19    guidance to the -- to the treating
621 20    physician in regards to that and
621 21    allows some guidance to his -- to
621 22    him in his interpretation of the
621 23    specific measure that he obtains
621 24    from the individual patient.

Re: [621:14-621:24]
**Def Obj** Non-responsive,
Relevance-Time,
Relevance-Foreign
Regulatory, Concede-
PT/Dose Adjustment, P,
AF, LF, O, S,

Pending

**623:12 -  623:18 Spiro, Theodore 2016-05-11**                          0:20

623 12    Q.    What if it's an 82-year old
623 13    woman who weighs 105 pounds, who is 20
623 14    hours after their last dose at trough,
623 15    and has a Neoplastin PT of 26, which
623 16    would put them at the 95th percentile?
623 17    What should the doctor do under that sort
623 18    of circumstance?

Re: [623:12-623:18]
**Def Obj** Relevance-Time,
Relevance-Foreign
Regulatory, Concede-
PT/Dose Adjustment, LF,
IH, O, EX, S,

Re: [623:12-623:18]
Pltf Resp Relevant as
information
Defendants made
available in other
markets, but
withheld

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | |

**623:23 -   623:24** Spiro, Theodore 2016-05-11                    0:04

623 23        Q.   And first let's say the
623 24             patient is not bleeding.

| Re: [623:23-623:24] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [623:23-623:24] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | Pending |

**624:3  -   624:17** Spiro, Theodore 2016-05-11                    0:32

624  3             THE WITNESS:  The individual
624  4             physician would have to make that
624  5             decision.  We cannot, from the
624  6             label, deal with an individual
624  7             patient, and the physician
624  8             themselves has to provide the --
624  9             the decisionmaking that is
624 10             relevant to that individual
624 11             patient, and they are expected to
624 12             have that knowledge and expertise.
624 13        BY MR. HONNOLD:
624 14        Q.   Might that patient that I

| Re: [624:3-624:17] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [624:3-624:17] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were | Pending |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect |
|---|---|---|

**624:20 - 625:15 Spiro, Theodore 2016-05-11**   0:35

| | | | |
|---|---|---|---|
| 624 20     THE WITNESS: Yes, I would | Re: [624:20-625:15] | Re: [624:20-625:15] | Pending |
| 624 21     agree with that, but again, in the | **Def Obj** Relevance-Time, | Pltf Resp Testimony | |
| 624 22     context of is this truly a trough | Relevance-Foreign | relevant and highly | |
| 624 23     value.  If we assume it's truly a | Regulatory, Concede- | probative to | |
| 624 24     trough value and the last dose was | PT/Dose Adjustment, LF, | defendant | |
| 625 1     24 hours before and the patient | IH, O, EX, S, | knowledge and | |
| 625 2     had not taken another dose. | | notice of the need to | |
| 625 3     BY MR. HONNOLD: | | measure Xarelto | |
| 625 4     Q.  Let's assume all those | | drug exposure and | |
| 625 5     things as true, that there is an | | pharmacodynamic | |
| 625 6     affidavit from the patient, in fact, a | | response as well as | |
| 625 7     timed videotaped that shows it, as well | | evolving company | |
| 625 8     as their spouse who is free of any mental | | position on the same | |
| 625 9     defect or dementia and who verifies those | | .Plaintiff disputes the | |
| 625 10     things.  That might be the sort of | | admissibility of this | |
| 625 11     patient that it would be appropriate for | | evidence is | |
| 625 12     them not to take their next dose if, in | | conceded. | |
| 625 13     fact, they are at a 20-hour trough and | | Foundation laid | |
| 625 14     22-hour trough, and they are at 26, | | considering witness' | |
| 625 15     right? | | crucial involvement | |
| | | with Bayer™s | |
| | | consideration of | |
| | | measuring Xarelto | |
| | | drug exposure | |
| | | including as a single | |
| | | measurement to | |
| | | evaluate patient™s | |
| | | with a high bleed | |
| | | risk.   As a lead | |
| | | player in this effort, | |

**625:21 - 626:3 Spiro, Theodore 2016-05-11**   0:10

| | | | |
|---|---|---|---|
| 625 21     THE WITNESS: The physician | Re: [625:21-626:3] | Re: [625:21-626:3] | Pending |
| 625 22     would have to decide. | **Def Obj** Relevance-Time, | Pltf Resp Testimony | |
| 625 23     BY MR. HONNOLD: | Relevance-Foreign | relevant and highly | |
| 625 24     Q.  But as you said before, you | Regulatory, Concede- | probative to | |
| 626 1     would agree that that might be a patient | PT/Dose Adjustment, LF, | defendant | |
| 626 2     who it might be appropriate to not have | IH, O, EX, S, | knowledge and | |
| 626 3     them take their next dose, correct? | | notice of the need to | |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | |

626:6 - 626:7 Spiro, Theodore 2016-05-11   0:02

| 626 | 6 | THE WITNESS: Yes, I would |
| 626 | 7 | agree with that. |

| | Re: [626:6-626:7] Def Obj Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [626:6-626:7] Pending Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | |

627:7 - 627:15 Spiro, Theodore 2016-05-11   0:19

| 627 | 7 | Q.  The information about this |
| 627 | 8 | 5th and 95th percentile Neoplastin PT |
| 627 | 9 | data that is in Exhibit 45, the SPC, has |
| 627 | 10 | that ever appeared in any form of United |
| 627 | 11 | States label for Xarelto for any |
| 627 | 12 | indication? |
| 627 | 13 | A.  I would have to look at that |
| 627 | 14 | label again, the prescribing information. |
| 627 | 15 | Q.  Let's do that. |

| | Re: [627:7-627:15] Def Obj Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [627:7-627:15] Pending Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead

**627:20 - 628:6  Spiro, Theodore 2016-05-11**                                        1:18

| | | | |
|---|---|---|---|
| 627 20 | Q. I'm going to hand you what | Re: [627:20-628:6] | Re: [627:20-628:6]    Pending |
| 627 21 | we have marked as Exhibit 46. I'll | **Def Obj** Relevance-Time, | Pltf Resp Testimony |
| 627 22 | represent to everyone that I think you'll | Relevance-Foreign | relevant and highly |
| 627 23 | agree that based upon the nomenclature | Regulatory, Concede- | probative to |
| 627 24 | and details on Exhibit 46, this is a | PT/Dose Adjustment, LF, | defendant |
| 628 1 | recently revised label that was updated, | IH, O, EX, S, | knowledge and |
| 628 2 | I believe, last week, and would be the | | notice of the need to |
| 628 3 | most current label available. | | measure Xarelto |
| 628 4 | Have you had a chance to | | drug exposure and |
| 628 5 | look over Exhibit 46? | | pharmacodynamic |
| 628 6 | A. Not in its entirety. | | response as well as |

evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead

**629:6 - 629:19  Spiro, Theodore 2016-05-11**                                       0:56

| | | | |
|---|---|---|---|
| 629 6 | Q. Here's the way that we might | Re: [629:6-629:19] | Re: [629:6-629:19]    Pending |
| 629 7 | go about this. In the SPC, it was in the | **Def Obj** Relevance-Time, | Pltf Resp Testimony |
| 629 8 | pharmacodynamic section. And I think | Relevance-Foreign | relevant and highly |
| 629 9 | that's Section 12.2 in the U.S. label. | Regulatory, Concede- | probative to |
| 629 10 | A. Yes. | PT/Dose Adjustment, PK | defendant |
| 629 11 | Q. Do you see it within the | | knowledge and |
| 629 12 | pharmacodynamics section? | | notice of the need to |
| 629 13 | A. Do I see the -- | | measure Xarelto |
| 629 14 | Q. Is the 5th percentile and | | drug exposure and |
| 629 15 | 95th percentile Neoplastin data included | | pharmacodynamic |
| 629 16 | in the pharmacodynamic section as it is | | response as well as |
| 629 17 | included in that section of the SPC, as | | evolving company |
| 629 18 | we discussed previously? | | position on the same |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

629 19     A.   No, it is not.

629:23 -    630:6  Spiro, Theodore 2016-05-11     0:20

629 23     Q.   Do you know anyone that
629 24     works either for Janssen or Bayer that's
630  1     involved in creating or writing the label
630  2     or any of its predecessor -- either this
630  3     label or its predecessors?     .
630  4     A.   I am not directly involved
630  5     with the groups that prepare the labels
630  6     for the specific indications.

Responses In: .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement with assay development and experience as testified.  Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical doctor - Xarelto use with evidence of a

630:7 -    630:14 Spiro, Theodore 2016-05-11     0:16

630  7     Q.   So at least -- in terms of
630  8     how you told me previously that that 5th
630  9     and 95th percentile that's in the SPC
630 10     could be helpful to treating or
630 11     prescribing physicians for the reasons
630 12     that you testified to, at least that
630 13     helpful information is not included in
630 14     the U.S. label, correct?

Objections In: Re: [630:7-630:14] Def Obj Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, A, AF, LF, M, PK

Responses In: Re: [630:7-630:14] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s

Rulings: Pending

630:17 -    630:19 Spiro, Theodore 2016-05-11     0:03

630 17     THE WITNESS:  That
630 18     information is not included in the
630 19     U.S. label.

Objections In: Re: [630:17-630:19] Def Obj Relevance-Time, Relevance-Foreign

Responses In: Re: [630:17-630:19] Pltf Resp Testimony relevant and highly

Rulings: Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Regulatory, Concede-PT/Dose Adjustment, A, AF, LF, M, PK | probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s | |

| 633:4 - 633:17 Spiro, Theodore 2016-05-11 | 0:41 | | |
|---|---|---|---|
| 633 4  Q.  And -- and just for the | | Re: [633:4-633:17] | Re: [633:4-633:17]  Pending |
| 633 5  record, Exhibit 47 is a publication | | Def Obj R, P, Concede- | Pltf Resp Testimony |
| 633 6  entitled, "Laboratory Assessment of | | PT/Dose Adjustment | relevant and  highly |
| 633 7  Rivaroxaban:  A Review," that is dated | | | probative as well as |
| 633 8  2013, authored by Samama and others, | | | it defendants' |
| 633 9  including Dr. Spiro, that appeared in the | | | interaction and |
| 633 10  Thrombosis Journal, again 2013, Volume | | | influence of medical |
| 633 11  11:11. | | | and scientific |
| 633 12    Are you familiar with this | | | literature regarding |
| 633 13  publication generally? | | | measurement of |
| 633 14  A.  Yes, I am. | | | drug exposure of |
| 633 15  Q.  Okay.  You are a named | | | Xarelto. Further, also |
| 633 16  author on it, right? | | | relevant to Plaintiff's |
| 633 17  A.  Yes, I am. | | | failure to warn |
| | | | claims and claim for |
| | | | need for |
| | | | measurement |
| | | | including the |
| | | | usefulness of PT to |
| | | | assess the |
| | | | anticoagulant effect |
| | | | of Xarelto, and the |
| | | | importance of |
| | | | measurements for |
| | | | assessing bleeding |
| | | | risk.Plaintiff disputes |
| | | | the admissibility of |
| | | | this evidence is |
| | | | conceded. |

| 634:16 - 634:21 Spiro, Theodore 2016-05-11 | 0:11 | | |
|---|---|---|---|
| 634 16  Q.  I believe you said yesterday | | Re: [634:16-634:21] | Re: [634:16-634:21]  Pending |
| 634 17  that you -- you or the working group felt | | Def Obj R, P, Concede- | Pltf Resp Testimony |
| 634 18  it was important to get this information | | PT/Dose Adjustment, AF, | relevant and  highly |
| 634 19  out so you sought to get it into the | | LF, PK, M, O, S, V | probative as well as |
| 634 20  medical literature. | | | it defendants' |
| 634 21    Is that true? | | | interaction and |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this | |

**634:23 - 635:8** Spiro, Theodore 2016-05-11          0:20

| | | | |
|---|---|---|---|
| 634  23      THE WITNESS: Yes, we | **Re: [634:23-635:8]** | Re: [634:23-635:8] | Pending |
| 634  24      considered the publication to be a | **Def Obj** R, P, Concede- | Pltf Resp Testimony | |
| 635   1      contribution to the laboratory | PT/Dose Adjustment, AF, | relevant and highly | |
| 635   2      literature and the clinical | LF, PK, M, O, S, V | probative to | |
| 635   3      literature. | | defendant | |
| 635   4    BY MR. HONNOLD: | | involvement in | |
| 635   5    Q.  Okay.  And that included | | medical literature | |
| 635   6      actually getting the -- the peak and | | and scientific study | |
| 635   7      trough data out that had been able to be | | re: Xarelto,  assay | |
| 635   8      ascertained, correct? | | development and | |

use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk.  As a lead

**635:11 - 635:19** Spiro, Theodore 2016-05-11          0:14

| | | | |
|---|---|---|---|
| 635  11      THE WITNESS:  Yes.  Table 2 | **Re: [635:11-635:19]** | Re: [635:11-635:19] | Pending |
| 635  12      is a -- a component of this | **Def Obj** R, P, Concede- | Pltf Resp Testimony | |
| 635  13      publication. | PT/Dose Adjustment, AF, | relevant and highly | |
| 635  14    BY MR. HONNOLD: | LF, PK, M, O, S, V | probative to | |
| 635  15    Q.  And you felt it was | | defendant | |
| 635  16      important to include that information so | | involvement in | |
| 635  17      that physicians would have access to it | | medical literature | |
| 635  18      and become aware of it, correct? | | and scientific study | |
| 635  19    A.  Yes, we did. | | re: Xarelto,  assay | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

development and
use as well as
evolving company
position on the same
.Plaintiff disputes the
admissibility of this
evidence is
conceded.
Foundation laid
considering witness'
crucial involvement
with Bayer™s
consideration of
measuring Xarelto
drug exposure
including as a single
measurement to
evaluate patient™s
with a high bleed
risk  As a lead

---

**636:12 - 636:14 Spiro, Theodore 2016-05-11**     0:08

636  12       Q.   Okay.  Did you ever consider
636  13       taking this information to somewhere like
636  14       the New England Journal, Lancet, or JAMA?

| | |
|---|---|
| Re: [636:12-636:14] | Re: [636:12-636:14]  Pending |
| **Def Obj** R, P, Concede- | Pltf Resp Testimony |
| PT/Dose Adjustment, AF, | relevant and highly |
| LF, PK, M, O, S, V | probative to |
| | defendant |
| | involvement in |
| | medical literature |
| | and scientific study |
| | re: Xarelto,  assay |
| | development and |
| | use as well as |
| | evolving company |
| | position on the same |
| | .Plaintiff disputes the |
| | admissibility of this |
| | evidence is |
| | conceded. |
| | Foundation laid |
| | considering witness' |
| | crucial involvement |
| | with Bayer™s |
| | consideration of |
| | measuring Xarelto |
| | drug exposure |
| | including as a single |
| | measurement to |
| | evaluate patient™s |
| | with a high bleed |

---

**636:18 - 637:13 Spiro, Theodore 2016-05-11**     0:32

636  18              THE WITNESS:  Those are very
636  19       high impact doctor journals, and
636  20       they would not have wanted to
636  21       publish this type of a -- review
636  22       article.  It needed to be
636  23       published in a more specialty
636  24       organ -- related journal such as
637   1       the journal that we chose,
637   2       Thrombosis Journal.  And I think
637   3       this was the appropriate journal
637   4       selection.
637   5       BY MR. HONNOLD:
637   6       Q.   To your knowledge, did any
637   7       of this information get included and

| | |
|---|---|
| Re: [636:18-637:13] | Re: [636:18-637:13]  Pending |
| **Def Obj** R, P, Concede- | Pltf Resp Testimony |
| PT/Dose Adjustment, AF, | relevant and highly |
| LF, PK, M, O, S, V | probative to |
| | defendant |
| | involvement in |
| | medical literature |
| | and scientific study |
| | re: Xarelto,  assay |
| | development and |
| | use as well as |
| | evolving company |
| | position on the same |
| | .Plaintiff disputes the |

04/20/17 18:27

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 637 | 8 | distributed in a "dear healthcare | | admissibility of this | |
| 637 | 9 | provider" letter, anything like that that | | evidence is | |
| 637 | 10 | you knew with some degree of certainty | | conceded. | |
| 637 | 11 | would actually find its ways into the | | Foundation laid | |
| 637 | 12 | hands of prescribing or treating | | considering witness' | |
| 637 | 13 | physicians? | | crucial involvement | |
| | | | | with Bayer™'s | |
| | | | | consideration of | |
| | | | | measuring Xarelto | |
| | | | | drug exposure | |
| | | | | including as a single | |
| | | | | measurement to | |
| | | | | evaluate patient™'s | |
| | | | | with a high bleed | |
| | | | | risk.   As a lead | |
| | | | | player in this effort, | |

**637:16 -   637:19 Spiro, Theodore 2016-05-11**                         0:06

| | | | | | |
|---|---|---|---|---|---|
| 637 | 16 | THE WITNESS:  To the best of | **Re: [637:16-637:19]** | Re: [637:16-637:19] | Pending |
| 637 | 17 | my knowledge, this information was | **Def Obj** R, P, Concede- | Pltf Resp Testimony | |
| 637 | 18 | not in a letter addressed to -- | PT/Dose Adjustment, AF, | relevant and  highly | |
| 637 | 19 | addressed to healthcare providers. | LF, PK, M, O, S, V | probative as well as | |
| | | | | it defendants' | |
| | | | | interaction and | |
| | | | | influence of medical | |
| | | | | and scientific | |
| | | | | literature regarding | |
| | | | | measurement of | |
| | | | | drug exposure of | |
| | | | | Xarelto. Further, also | |
| | | | | relevant to Plaintiff's | |
| | | | | failure to warn | |
| | | | | claims and claim for | |
| | | | | need for | |
| | | | | measurement | |
| | | | | including the | |
| | | | | usefulness of PT to | |
| | | | | assess the | |
| | | | | anticoagulant effect | |
| | | | | of Xarelto, and the | |
| | | | | importance of | |
| | | | | measurements for | |
| | | | | assessing bleeding | |
| | | | | risk.  Plaintiff | |
| | | | | disputes the | |
| | | | | admissibility of this | |

**640:5  -   640:18 Spiro, Theodore 2016-05-11**                         0:43

| | | | | | |
|---|---|---|---|---|---|
| 640 | 5 | Q.   The -- the information -- | **Re: [640:5-640:18]** | Re: [640:5-640:18] | Pending |
| 640 | 6 | the information in Table 2, to your | **Def Obj** R, P, Concede- | Pltf Resp Testimony | |
| 640 | 7 | knowledge, has it ever been in the United | PT/Dose Adjustment, AF, | relevant and highly | |
| 640 | 8 | States patient label? | LF, PK, M, O, S, V | probative to | |
| 640 | 9 | A.   No, it has not been in | | defendant | |
| 640 | 10 | the -- in the prescribing information in | | involvement in | |
| 640 | 11 | the United States or in the patient -- | | medical literature | |
| 640 | 12 | right.  It has not been in the | | and scientific study | |
| 640 | 13 | prescribing information in the United | | re: Xarelto,  assay | |
| 640 | 14 | States. | | development and | |
| 640 | 15 | Q.   Did you ever make some | | use as well as | |
| 640 | 16 | suggestion to anyone at Janssen or Bayer | | evolving company | |
| 640 | 17 | that it -- that it should be included? | | position on the same | |
| 640 | 18 | A.   No, I did not. | | .Plaintiff disputes the | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | admissibility of this evidence is conceded. Foundation laid considering witness' involvement with assay development and experience as testified.  Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical | |

**643:19 - 643:24 Spiro, Theodore 2016-05-11**      0:10

643  19      Q.   Okay.  And to the extent --
643  20      and you -- you legitimately thought it
643  21      would be helpful to the -- the field and
643  22      fund of knowledge available to physicians
643  23      who would be using Xarelto?
643  24      A.   Yes.

**Re: [643:19-643:24]**
**Def Obj** R, P, Concede-
PT/Dose Adjustment

Pending

**644:1 - 644:5 Spiro, Theodore 2016-05-11**      0:11

644  1      Q.   Okay.  And -- and whatever
644  2      those helpful reasons were, to the extent
644  3      a physician might be reviewing the label
644  4      for such information, they would not find
644  5      it in the U.S. label, correct?

**Re: [644:1-644:5]**
**Pltf Obj** Witness'
response is
nonresponsive.
Improper expert opinion-
not a regulatory expert.

Pending

**644:8 - 645:21 Spiro, Theodore 2016-05-11**      1:29

644  8      THE WITNESS:  That is a
644  9      complicated quest -- question,
644  10      although it's stated as a yes/no.
644  11      In the United States, the
644  12      market authorization holder, which
644  13      is -- which is Janssen -- Janssen
644  14      Pharmaceuticals, has to negotiate
644  15      the content of the label with the
644  16      Food and Drug Administration, with
644  17      our -- our regulatory body.
644  18      They have very different
644  19      standards for approval of drugs --
644  20      approval of laboratory tests as --
644  21      as in vitro diagnostic -- to -- to
644  22      be used as in vitro diagnostics,
644  23      that is the case in the European
644  24      Union.
645  1      In the European Union we use
645  2      the European Commission Mark,
645  3      so-called CE Mark, and based on
645  4      that we -- the -- the
645  5      manufacturers are able to have
645  6      these -- these quantitative assays
645  7      for rivaroxaban available to
645  8      practitioners, and we have five
645  9      assays I believe available now in
645  10      the -- the European Union.
645  11      On the other side of the --
645  12      of the -- of the world, in the New
645  13      World, the Food and Drug

**Re: [644:8-645:21]**
**Pltf Obj** Witness'
response is
nonresponsive.
Improper expert opinion-
not a regulatory expert.

Pending

Overruled. This is not expert opinion, but testimony that a person in his capacity in his knowledge of familiarity should not perauly [handwritten annotation]

| | Objections In | Responses In | Rulings |
|---|---|---|---|

645 14  Administration takes a much more
645 15  rigorous approach to approval of
645 16  diagnostic tests.
645 17       And the manufacturers,
645 18  although they have been in
645 19  discussions with the Food and Drug
645 20  Administration, have not been able
645 21  to secure 510(k) approval.

**650:24 - 651:7  Spiro, Theodore 2016-05-11**    0:15

650 24    Q.  You would agree, though,
651  1  that you've engaged in a great deal of
651  2  work in the medical literature to raise
651  3  awareness of prescribing or treating
651  4  physicians that if they want to be using
651  5  an appropriate and a sensitive PT test,
651  6  that they be considering the Neoplastin
651  7  or Neoplastin Plus test, correct?

**Re: [650:24-651:7]**
**Def Obj** R, P, Concede-
PT/Dose Adjustment, AF,
PK, LF, M, Attorney
colloquy/exhibits

Re: [650:24-651:7]
Pltf Resp Evidence of
discussions and
matters involving
monitoring and the
need to measure
drug exposure and
use is crucial, highly
probative evidence
relevant to
demonstrating
defendants were
motivated to avoid
any form of
monitoring including
a one-time
measurement to
evaluate patients at
a high bleeding risk.
Further, also
relevant to Plaintiff's
failure to warn
claims and claim for
need for
measurement
including the
usefulness of PT to
assess the

Pending

**651:10 - 652:6  Spiro, Theodore 2016-05-11**    0:51

651 10       THE WITNESS:  Our evolution
651 11  in this -- in this process moved
651 12  from using any prothrombin time
651 13  platform for measurement of
651 14  rivaroxaban concentrations to
651 15  using a Factor Xa platform plus
651 16  rivaroxaban calibrators and
651 17  controls.
651 18       In extreme situations, if a
651 19  determination of whether there
651 20  might be some anticoagulant effect
651 21  secondary to a direct oral
651 22  anticoagulant on board, a
651 23  prothrombin time might be used.
651 24  But if a quantitative measurement
652  1  was being sought, then one of the
652  2  approved tests, for instance in
652  3  the European Union, using an
652  4  anti-Factor Xa colorimetric method
652  5  would be the preferred method for
652  6  determining plasma concentrations.

**Re: [651:10-652:6]**
**Def Obj** R, P, Concede-
PT/Dose Adjustment, AF,
PK, LF, M, Attorney
colloquy/exhibits

Re: [651:10-652:6]
Pltf Resp Evidence of
discussions and
matters involving
monitoring and the
need to measure
drug exposure and
use is crucial, highly
probative evidence
relevant to
demonstrating
defendants were
motivated to avoid
any form of
monitoring including
a one-time
measurement to
evaluate patients at
a high bleeding risk.
Further, also
relevant to Plaintiff's

Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |

| 652:21 - 653:4 | Spiro, Theodore 2016-05-11 | 0:26 | | | |
|---|---|---|---|---|---|

| 652 | 21 | Q.   As you read Section 12.2, |
| 652 | 22 | Doctor, does it make any suggestion as to |
| 652 | 23 | what PT test to use if a physician wishes |
| 652 | 24 | to get an accurate PT reading on a |
| 653 | 1 | patient taking Xarelto? |
| 653 | 2 | A.   No, I do not see any -- any |
| 653 | 3 | mention of the prothrombin time reagent |
| 653 | 4 | system to be used. |

**Re: [652:21-653:4]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, PK, LF, M, Attorney colloquy/exhibits

Re: [652:21-653:4]   Pending
Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the

| 701:17 - 701:18 | Spiro, Theodore 2016-05-11 | 0:04 | | | |
|---|---|---|---|---|---|

| 701 | 17 | Q.   Have you yourself ever taken |
| 701 | 18 | rivaroxaban? |

**Re: [701:17-701:18]**
**Pltf Obj** 401/402, 403. Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Relevance

Pending

| 701:20 - 702:8 | Spiro, Theodore 2016-05-11 | 0:30 | | | |
|---|---|---|---|---|---|

| 701 | 20 | THE WITNESS: Yes, I have |
| 701 | 21 | taken rivaroxaban. I had a total |
| 701 | 22 | hip replacement procedure two |
| 701 | 23 | years ago, and I -- I used |
| 701 | 24 | rivaroxaban for thromboprophylaxis |
| 702 | 1 | after that procedure. |
| 702 | 2 | BY MR. HOROWITZ: |
| 702 | 3 | Q.   How did it work out for you? |
| 702 | 4 | A.   Excellent. I -- I used the |
| 702 | 5 | drug for 35 days and experienced no -- |
| 702 | 6 | no -- no hemorrhagic complications. And |
| 702 | 7 | I did not experience a thromboembolic |
| 702 | 8 | event. |

**Re: [701:20-702:8]**
**Pltf Obj** 401/402, 403. Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Outside the scope. Relevance

Pending

*Overruled. P's last 6,7,8. P's credibility attacked & this is the response.*

| | Objections In | Responses In | Rulings |
|---|---|---|---|

705:5  -  706:21 Spiro, Theodore 2016-05-11                    1:28

| | | | |
|---|---|---|---|
| 705 5 | Q. With respect to regulatory | Re: [705:5-706:21] | Pending |
| 705 6 | responsibility, I understand you're not | **Pltf Obj** Foundation | |
| 705 7 | in the regulatory arm of the company. | lacking. Outside the | |
| 705 8 | Is that fair? | scope. | |
| 705 9 | A. Yes, that is fair. | | |
| 705 10 | Q. But did you have an | | |
| 705 11 | understanding as to who had primary | | |
| 705 12 | responsibility for which parts of the | | |
| 705 13 | world? | | |
| 705 14 | A. Yes, I did. | | |
| 705 15 | Q. What was your understanding | | |
| 705 16 | or what is your understanding? | | |
| 705 17 | A. As of the -- as of the time | | |
| 705 18 | of the implementation of the agreement, | | |
| 705 19 | the -- the rights to the investigational | | |
| 705 20 | new drug application, the responsibility | | |
| 705 21 | for the new invest -- investigational new | | |
| 705 22 | drug application in the United States was | | |
| 705 23 | transferred to the Johnson & Johnson | | |
| 705 24 | organization. And the regulatory | | |
| 706 1 | responsibility was removed from the Bayer | | |
| 706 2 | organization. | | |
| 706 3 | In the rest of the world, | | |
| 706 4 | Bayer remained responsible for all | | |
| 706 5 | regulatory interactions. | | |
| 706 6 | Q. So it was Janssen U.S. and | | |
| 706 7 | Bayer rest of world? | | |
| 706 8 | A. Correct. | | |
| 706 9 | Q. And with respect to your | | |
| 706 10 | particular focus in response to questions | | |
| 706 11 | by plaintiffs' counsel, I think you said | | |
| 706 12 | you had more of an eye on Europe and the | | |
| 706 13 | rest of the world. | | |
| 706 14 | Is that fair? | | |
| 706 15 | A. Correct. My involvement was | | |
| 706 16 | more ex-United States, other than the | | |
| 706 17 | interactions with the regulatory agency | | |
| 706 18 | for the specific study for which I was | | |
| 706 19 | responsible as. | | |
| 706 20 | Q. And which study was that? | | |
| 706 21 | A. That was the MAGELLAN study. | | |

*[Handwritten: Overruled. Explains by focus point]*

715:5  -  716:20 Spiro, Theodore 2016-05-11                    1:54

| | | | |
|---|---|---|---|
| 715 5 | You were asked many times -- | Re: [715:5-718:3] | Pending |
| 715 6 | several times over the last couple of | **Pltf Obj** P.OBJ: 715:5-20 | |
| 715 7 | days as to whether MAGELLAN was a failed | asked and answered, | |
| 715 8 | study. Do you consider it to be a failed | lacks foundation, | |
| 715 9 | study? | 401/402 and 403. | |
| 715 10 | A. No. The MAGELLAN study was | 715:21-716:18 - | |
| 715 11 | most definitely not a failed study. It | nonresponsive, | |
| 715 12 | was a study which was not indication | inappropriate narrative | |
| 715 13 | enabling, but it provided us with a | response, cumulative, | |
| 715 14 | wealth of information as to a next step | foundation lacking, | |
| 715 15 | in the evaluation of the non-vitamin K | improper expert | |
| 715 16 | oral anticoagulants in a similar patient | testimony. 716:19- | |
| 715 17 | population, but a patient population that | 717:3 - leading, | |
| 715 18 | was further defined by the learnings and | cumulative, asked and | |
| 715 19 | understandings gained from the MAGELLAN | answered, | |
| 715 20 | study results. | nonresponsive, | |
| 715 21 | Q. Did you publish the results | foundation lacking, | |
| 715 22 | of MAGELLAN? | 401/402 and 403. | |

*[Handwritten: Overruled]*

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

Outside the scope.

715 23    A. Yes. We published the
715 24    results of the MAGELLAN study in a
716 1    methods paper that described the protocol
716 2    in a primary study results publication
716 3    that presented the major findings of
716 4    the -- of the MAGELLAN study, both
716 5    efficacy and safety. This was a New
716 6    England Journal of Medicine trial.
716 7        And we completed, as well,
716 8    during the primary cycle of publication
716 9    two manuscripts that were accepted in
716 10    journals, one looking at risk assessment
716 11    in the patients using a biomarker for
716 12    thrombotic risk, and a second looking at
716 13    what are called natriuretic peptides,
716 14    pro-NT-BMP in patients with heart failure
716 15    to determine risk of venous
716 16    thromboembolic events and cardiovascular
716 17    events in quartiles of patients with
716 18    elevation of this biomarker.
716 19    Q. So several publications?
716 20    A. Several publications.

**720:9 - 721:17 Spiro, Theodore 2016-05-11**    1:07

720 9    Q. And so the jury understands,
720 10    you were the global clinical lead for the
720 11    MAGELLAN study?
720 12    A. Correct.
720 13    Q. With respect to ROCKET,
720 14    RECORD, and EINSTEIN, these were other
720 15    global clinical leaders at Bayer who
720 16    dealt with those studies; is that fair?
720 17    A. That is correct.
720 18    Q. And specifically with
720 19    respect to ROCKET, counsel for plaintiffs
720 20    over the past couple days asked you a
720 21    fair number of questions about the ROCKET
720 22    study. Do you recall that?
720 23    A. Yes, I do.
720 24    Q. And you were questioned, for
721 1    example, about the dosing regimens that
721 2    were selected to be tested in the ROCKET
721 3    study. You recall those questions?
721 4    A. Yes, I do.
721 5    Q. And you were asked questions
721 6    about INR readings and warfarin control
721 7    in the ROCKET studies. Do you recall
721 8    that?
721 9    A. Yes, I do.
721 10    Q. Were you personally involved
721 11    in the dose selection for ROCKET?
721 12    A. No, I was not.
721 13    Q. Were you personally involved
721 14    in the decisions with respect to how to
721 15    measure and monitor INR with respect to
721 16    ROCKET?
721 17    A. No, I was not.

Re: [720:9-721:17]
**Pltf Obj** P.OBJ: Leading questions, cumulative, asked and answered.

Pending

**722:22 - 724:6 Spiro, Theodore 2016-05-11**    1:22

722 22    Q. Scott Berkowitz, who was
722 23    Scott Berkowitz?
722 24    A. Scott Berkowitz and I joined
723 1    the Bayer organization at approximately

Re: [722:22-724:6]
**Pltf Obj** P.OBJ: Leading questions, cumulative, asked and answered.

Pending

*[Handwritten margin notes:]* Overruled P's covered Magellan

*[Handwritten margin notes:]* Overruled 611(c) see Morvant v. construction F.2d 676 for rule when a party takes "his witness under cross."

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

723  2   the same time in 2006.  I think in the
723  3   2008 time frame, he was promoted to be
723  4   the head of the thrombosis group, and I
723  5   then reported to Scott.
723  6   Q.   And what was his role with
723  7   respect to ROCKET?
723  8   A.   He was the study-responsible
723  9   physician for the ROCKET program at
723 10   its -- at the time of its inception.  So
723 11   he was assigned by Frank Misselwitz to
723 12   the atrial fibrillation indication, and
723 13   he subsequently recruited another
723 14   physician to support him in the atrial
723 15   fibrillation program.  That individual's
723 16   name was John Paolini.  He is no longer
723 17   with the Bayer organization.
723 18   Q.   And with respect to the
723 19   e-mails we saw that plaintiffs used as
723 20   exhibits to ask you questions about, for
723 21   example, dosing or INR in the ROCKET
723 22   study, would Dr. Berkowitz occasionally
723 23   throw some questions your way to just get
723 24   your views on some of these things?
724  1   A.   Yes, he would.
724  2   Q.   But at the end of the day,
724  3   did you have primary responsibility or
724  4   decisionmaking capacity with respect to
724  5   these issues with ROCKET?
724  6   A.   No, I did not.

727:5  -   727:17 Spiro, Theodore 2016-05-11     0:39
727  5   Q.   And the purpose of the work
727  6   that you were doing to develop this
727  7   assay, what -- what was the purpose?
727  8   A.   The European Medicines
727  9   Agency asked us to collaborate with
727 10   diagnostic companies to assure that there
727 11   was an assay available to measure
727 12   rivaroxaban concentrations.  In
727 13   particular, they wanted to have an assay
727 14   available when the chronic treatment
727 15   indications with the higher dosing
727 16   regimens became available to member
727 17   states.

Re: [727:5-727:17]
Pltf Obj P.OBJ:
Foundation lacking,
hearsay without
exception, and 403

Pending

727:18  -   729:17 Spiro, Theodore 2016-05-11     2:31
727 18   Q.   There was a lot of
727 19   discussion with plaintiffs' counsel about
727 20   use of the word "monitoring" versus
727 21   "measured."  Do you recall that?
727 22   A.   Yes.
727 23   Q.   What -- what you were
727 24   developing, did you consider that to be
728  1   measure or monitor?
728  2   A.   We realized during the
728  3   course of the development that the -- the
728  4   use of the term "monitoring" engendered
728  5   the -- the association of monitoring with
728  6   dosage adaptation.
728  7        And we understood that given
728  8   that our development program in Phase II
728  9   and Phase III to date had been a
728 10   fixed-dose approach, that we needed to be

Re: [727:18-729:17]
Pltf Obj P.OBJ:
Inappropriate colliquy at
727: 18-21 ["There was
a lot of discussion with
plaintiffs' counsel¦"].
Leading, compound,
cumulative.  Asked and
answered.  Foundation
lacking.

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

728 11   clear that we were not developing
728 12   monitoring regimens that required dose
728 13   adjustments but were -- were, rather,
728 14   developing testing systems that allowed
728 15   point estimates, point measurements of
728 16   drug concentration in -- in plasma.
728 17   Q.   What's the -- what are the
728 18   circumstances under which one might want
728 19   to be able to measure how much
728 20   rivaroxaban is in a patient's blood?
728 21   A.   Well, we saw earlier today a
728 22   very interesting slide, which I can
728 23   redirect our attention to.  But
728 24   basically, we are looking at patients
729  1   with -- in -- in very special situations,
729  2   such as the very young patient, pediatric
729  3   indications, patients with impaired renal
729  4   function or worsening renal function
729  5   on-treatment, patients with impaired
729  6   hepatic function or worsening hepatic
729  7   function on-treatment, extremes of -- of
729  8   body weight, emergency settings such as a
729  9   patient that requires a spinal tap for
729 10   assessment of a -- of a spinal cord
729 11   infection, this patient being potentially
729 12   on a -- a non-vitamin K oral
729 13   anticoagulant such as rivaroxaban,
729 14   patients requiring emergency surgery also
729 15   in the setting of their being treated
729 16   otherwise with a non-vitamin K oral
729 17   antagonist such as rivaroxaban.

**730:4 - 730:12 Spiro, Theodore 2016-05-11**   0:18
730  4   Q.   How would you characterize
730  5   these -- these situations?
730  6   A.   I would character --
730  7   characterize these as special situations
730  8   where we need to understand more
730  9   specifically what is occurring in an
730 10   individual patient in order to make
730 11   certain types of decisions as to what to
730 12   do next and when to do it.

Re: [730:4-730:12]
**Pltf Obj** P.OBJ:
Foundation lacking.
Cumulative.

Pending

Overruled

**731:11 - 731:19 Spiro, Theodore 2016-05-11**   0:29
731 11   Q.   And what is Spiro-52.  What
731 12   is -- what is this paper?
731 13   A.   This is a -- a review
731 14   article that Professor Samama authored
731 15   with -- in collaboration with -- with
731 16   colleagues from Bayer Healthcare and --
731 17   and Diagnostica Stago where we did a
731 18   review article on the laboratory
731 19   assessment of rivaroxaban.

Re: [731:11-731:19]
**Def Obj** Non-responsive,
P, Concede-Routine
Monitoring, Concede-
PT/Dose Adjustment

Pending

**732:18 - 733:8 Spiro, Theodore 2016-05-11**   0:49
732 18   Q.   And as a general matter,
732 19   what -- what is addressed within this
732 20   article?
732 21   A.   We provided an overview of
732 22   the assay developments that had taken
732 23   place during the preceding several years,
732 24   probably beginning as early as 2004 and
733  1

Re: [732:18-733:8]
**Def Obj** Non-responsive,
P, Concede-Routine
Monitoring, Concede-
PT/Dose Adjustment

Pending

2005

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 733  2 | We provided some information | |
| 733  3 | of -- concerning pharmacokinetic | |
| 733  4 | parameters associated with rivaroxaban. | |
| 733  5 | We provided information about clinical | |
| 733  6 | situations in which test -- laboratory | |
| 733  7 | testing for rivaroxaban might be | |
| 733  8 | required. | |

| | | | |
|---|---|---|---|
| 733:19 -   738:4   Spiro, Theodore 2016-05-11 | 4:53 | | Pending |
| 733 19    Q.   And did you have many | | Re: [733:19-738:4] | |
| 733 20    different conversations over the last | | Pltf Obj P.OBJ: 733:19- | |
| 733 21    couple of days about the use of PT as a | | 24: argumentative, | |
| 733 22    means to measure plasma concentration in | | 401/402.  734:1-738:4: | |
| 733 23    patients who have taken rivaroxaban? | | hearsay, foundation | |
| 733 24    A.   Yes, we did. | | lacking, asked and | |
| 734  1    Q.   What do you say in the first | | answered, and | |
| 734  2    paragraph with respect to whether or not | | cumulative. | |
| 734  3    prothrombin time is suitable for | | | |
| 734  4    measuring rivaroxaban?  What do you say | | | |
| 734  5    in your published paper? | | | |
| 734  6    A.   We point out that the | | | |
| 734  7    variability and the responses with the | | | |
| 734  8    different thromboplastin reagent clicks, | | | |
| 734  9    results in a too large variation in the | | | |
| 734 10    results when they are expressed in | | | |
| 734 11    seconds for specific patient samples that | | | |
| 734 12    are tested. | | | |
| 734 13    Q.   And what causes that | | | |
| 734 14    variation? | | | |
| 734 15    A.   It's caused by the different | | | |
| 734 16    international sensitivity index of the | | | |
| 734 17    thromboplastin reagents which are used in | | | |
| 734 18    the -- the reagent kits. | | | |
| 734 19    Q.   Is the variability corrected | | | |
| 734 20    by conversion of PT to INR values? | | | |
| 734 21    A.   Using the -- the formula | | | |
| 734 22    that we have established for the -- as -- | | | |
| 734 23    as a anti-vitamin K anticoagulant class | | | |
| 734 24    of agents, in fact, the variation between | | | |
| 735  1    the assays has increased. | | | |
| 735  2    Q.   What -- what is INR used to | | | |
| 735  3    measure? | | | |
| 735  4    A.   The international normalized | | | |
| 735  5    ratio referred to in abbreviation form, | | | |
| 735  6    the INR, is used to standardize the -- | | | |
| 735  7    the -- the assessment of the intensity of | | | |
| 735  8    anticoagulant effect with the vitamin K | | | |
| 735  9    antagonist class of anticoagulants or | | | |
| 735 10    blood thinners. | | | |
| 735 11         One commonly mentioned type | | | |
| 735 12    of drug in the United States is | | | |
| 735 13    particular is warfarin.  But in other | | | |
| 735 14    countries several other types of drugs | | | |
| 735 15    are commonly used. | | | |
| 735 16    Q.   If you go down to the next | | | |
| 735 17    paragraph, about halfway down, there's a | | | |
| 735 18    discussion that involves the Neoplastin | | | |
| 735 19    reagent.  Do you see that? | | | |
| 735 20    A.   Yes. | | | |
| 735 21    Q.   You were asked a lot of | | | |
| 735 22    questions, particularly this afternoon | | | |
| 735 23    about the use of the Neoplastin reagent | | | |
| 735 24    system to measure PT in patients who have | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 736 1 | taken rivaroxaban. |
| 736 2 | Do you recall that? |
| 736 3 | A. Yes, I do. |
| 736 4 | Q. What do you tell readers of |
| 736 5 | your published article with respect to |
| 736 6 | PT, even if it's the Neoplastin reagent? |
| 736 7 | A. Well, the bottom line of the |
| 736 8 | concern about the assay from the |
| 736 9 | laboratician's perspective or the |
| 736 10 | individual that is actually working in |
| 736 11 | the clinical laboratories contained in |
| 736 12 | the last sentence, that it -- so, "The |
| 736 13 | assay lacks precision particularly at low |
| 736 14 | rivaroxaban concentrations and is, |
| 736 15 | therefore, not suitable for measuring |
| 736 16 | rivaroxaban levels and blood samples |
| 736 17 | taken near the time of Ctrough. In |
| 736 18 | addition, specific calibrators," et |
| 736 19 | cetera. |
| 736 20 | Q. Well, go ahead and read |
| 736 21 | that. |
| 736 22 | A. "In addition, specific |
| 736 23 | calibrators for use with the prothrombin |
| 736 24 | time test are not commercially |
| 737 1 | available." |
| 737 2 | Q. I'd like you to turn to the |
| 737 3 | conclusion section of your paper. |
| 737 4 | A. Yes. |
| 737 5 | Q. The first couple of |
| 737 6 | sentences, what do you tell doctors who |
| 737 7 | are reading your article with respect to |
| 737 8 | whether or not routine coagulation |
| 737 9 | monitoring is used for rivaroxaban? |
| 737 10 | A. We tell them that the |
| 737 11 | non-vitamin K oral anticoagulants -- or |
| 737 12 | we refer to them as target specific, |
| 737 13 | meaning they target a specific |
| 737 14 | coagulation factor -- that are used -- |
| 737 15 | are used currently in clinical practice |
| 737 16 | at fixed doses without the need for |
| 737 17 | routine coagulation monitoring. |
| 737 18 | Q. Unlike the DKAH, right? |
| 737 19 | A. Unlike the vitamin K |
| 737 20 | antagonist, correct. |
| 737 21 | Q. And that would include |
| 737 22 | warfarin? |
| 737 23 | A. Yes, that would include |
| 737 24 | warfarin. |
| 738 1 | Q. Rivaroxaban ain't warfarin, |
| 738 2 | is it? |
| 738 3 | A. No, rivaroxaban is not |
| 738 4 | warfarin. |

Re: [737:5-737:18]
Def Obj Incomplete,
Concede-Routine
Monitoring, P

Pending
*overruled*

737:5 - 737:18 Spiro, Theodore 2016-05-11     0:41

| | |
|---|---|
| 737 5 | Q. The first couple of |
| 737 6 | sentences, what do you tell doctors who |
| 737 7 | are reading your article with respect to |
| 737 8 | whether or not routine coagulation |
| 737 9 | monitoring is used for rivaroxaban? |
| 737 10 | A. We tell them that the |
| 737 11 | non-vitamin K oral anticoagulants -- or |
| 737 12 | we refer to them as target specific, |
| 737 13 | meaning they target a specific |

Re: [733:19-738:4]
Pltf Obj P.OBJ: 733:19-
24: argumentative,
401/402. 734:1-738:4:
hearsay, foundation
lacking, asked and
answered, and
cumulative.
Re: [737:5-737:18]

Pending
*overruled*

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

737 14    coagulation factor -- that are used --
737 15    are used currently in clinical practice
737 16    at fixed doses without the need for
737 17    routine coagulation monitoring.
737 18    Q.  Unlike the OKAH, right?

**Def Obj** Incomplete,
Concede-Routine
Monitoring, P

740:9  -  741:20 Spiro, Theodore 2016-05-11                1:46
740  9    Q.  You were asked some
740 10    questions -- you can put aside
740 11    Exhibit 52 -- about the SM -- I call it
740 12    the SMPC.  I think you called it the SPC.
740 13    It's Spiro-45.  Do you recall that?
740 14    A.  Yes.
740 15    Q.  Let's go ahead and put that
740 16    in front of you.
740 17    A.  Yes.  Summary of product
740 18    characteristics.
740 19    Q.  Is this the label that's
740 20    used in the European Union, the EU?
740 21    A.  This is the -- these are the
740 22    prescribing instructions that are used
740 23    for the 20-milligram tablets, yes.
740 24    Q.  You were asked about some of
741  1    the portions of this label.  Take a look
741  2    at Section 4.4, it's on.
741  3    A.  Yes, I have it.
741  4    Q.  Do you see the section
741  5    titled "Hemorrhagic Risk"?
741  6    A.  Yes.
741  7    Q.  Okay.  The very last
741  8    paragraph, what does the prescribing
741  9    information in Europe say with respect to
741 10    the need for routine monitoring?
741 11    A.  Just to read it then,
741 12    "Although treatment with rivaroxaban does
741 13    not require routine monitoring,
741 14    rivaroxaban levels measured with a
741 15    calibrated quantitative anti-Factor Xa
741 16    assay may be useful in exceptional
741 17    situations where knowledge of rivaroxaban
741 18    may help to inform clinical decisions."
741 19    And then we give two examples, overdose
741 20    and emergency surgery.

**Re:** [740:9-741:20]
**Pltf Obj** P.OBJ: Hearsay,
foundation lacking, no
proper question pending
as witness was asked
only to read the text.

Pending

743:12 -  743:22 Spiro, Theodore 2016-05-11                0:26
743 12    Q.  And you were asked a lot of
743 13    questions by plaintiffs' counsel about
743 14    extremes in body weight, high and low,
743 15    even less than 50 kilograms or
743 16    120 kilograms in their questioning.
743 17            Do you recall that?
743 18    A.  Yes, I do.
743 19    Q.  What does the prescribing
743 20    information say with respect to whether
743 21    or not a dose adjustment is necessary in
743 22    those situations?

**Re:** [743:12-743:22]
**Pltf Obj** P.OBJ:
Inappropriate colliquy at
743: 12-13 ["and you
were asked a lot of
questions by plaintiffs'
counsel"].  Asked and
answered, foundation
lacking, cumulative,
hearsay and
mischaracterizes
document.

Pending

744:1  -  744:3 Spiro, Theodore 2016-05-11                0:03
744  1    THE WITNESS:  It says that
744  2    there is no dose adjustment
744  3    necessary.

**Re:** [744:1-744:3]
**Pltf Obj** P.OBJ: Asked
and answered,

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | foundation lacking, cumulative, hearsay and mischaracterizes document. | | |

**744:10 - 744:19 Spiro, Theodore 2016-05-11**  0:17

744 10     Do you recall just being
744 11     asked about the fact that there is some
744 12     information on PT 95th to 5th percentile
744 13     in the summary of product
744 14     characteristics?
744 15     A.  Yes.
744 16     Q.  And you were asked questions
744 17     whether or not that information appeared
744 18     in the U.S. label.  Do you recall that?
744 19     A.  Yes.

**Re: [744:10-744:19]**
**Def Obj** R, non-responsive. Concede- PT/Dose Adjustment, P

Pending

**744:20 - 745:13 Spiro, Theodore 2016-05-11**  0:33

744 20     Q.  Now, I know you are not a
744 21     regulatory expert.  Is that fair?
744 22     A.  Yes.
744 23     Q.  And you've told us that
744 24     you're not focused on the U.S. label,
745 1     correct?
745 2     A.  That is correct.
745 3     Q.  So it's fair to say that you
745 4     don't know the regulatory history with
745 5     respect to what might have been proposed
745 6     to the FDA with respect to PT language?
745 7     A.  No, I do not.
745 8     Q.  And so you wouldn't know
745 9     whether or not there was a proposed label
745 10     and whether or not FDA may have made
745 11     edits or even crossed out language with
745 12     respect to PT?  You wouldn't know about
745 13     that?

**Re: [744:20-745:13]**
**Pltf Obj** P.OBJ: Leading, asked and answered, cumulative, compound question, foundation lacking, vague and ambigious.

Pending

**745:16 - 745:21 Spiro, Theodore 2016-05-11**  0:08

745 16     THE WITNESS:  I would not
745 17     know about that.
745 18     BY MR. HOROWITZ:
745 19     Q.  Okay.  And you wouldn't know
745 20     what rationale, if any, the FDA might
745 21     have had for doing something like that?

**Re: [745:16-745:21]**
**Pltf Obj** P.OBJ:  Leading, asked and answered, cumulative, vague and ambigious, foundation lacking.

Pending

**745:24 - 746:4 Spiro, Theodore 2016-05-11**  0:03

745 24     THE WITNESS:  I would not
746 1     know their rationale.
746 2     BY MR. HOROWITZ:
746 3     Q.  You wouldn't be the person
746 4     to ask that?

**Re: [745:24-746:4]**
**Pltf Obj** P.OBJ:  Leading, asked and answered, cumulative, vague and ambigious, foundation lacking.

Pending

**746:7 - 746:15 Spiro, Theodore 2016-05-11**  0:12

746 7     THE WITNESS:  No, I would
746 8     not be the person to ask that.
746 9     BY MR. HOROWITZ:
746 10     Q.  In the same manner, you
746 11     wouldn't be the person to ask about what
746 12     information about PT should or shouldn't
746 13     go in the U.S. label, because that's
746 14     outside your area?
746 15     A.  That is correct.

**Re: [746:7-746:15]**
**Pltf Obj** P.OBJ:  Leading, asked and answered, cumulative, vague and ambigious, foundation lacking.

Pending

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**747:17 - 748:2 Spiro, Theodore 2016-05-11**   0:22

| | | |
|---|---|---|
| 747 17 | Q.  Dr. Spiro, I have a couple | **Re: [747:17-748:2]** |
| 747 18 | more questions for you.  Counsel for | **Def Obj** R, P, Concede- |
| 747 19 | Bayer asked you some questions regarding | Routine Monitoring, |
| 747 20 | the review article that you were a | Concede-PT/Dose |
| 747 21 | co-author on with Dr. Samama published in | Adjustment |
| 747 22 | the Thrombosis Journal in 2013, the | |
| 747 23 | "Laboratory Assessment of Rivaroxaban:  A | |
| 747 24 | Review." | |
| 748 1 | Do you recall that? | |
| 748 2 | A.  Yes, I do recall that. | |

Pending

**748:11 - 749:10 Spiro, Theodore 2016-05-11**   2:02

| | | |
|---|---|---|
| 748 11 | Q.  Okay.  And he asked you | **Re: [748:11-749:10]** |
| 748 12 | about the statement, "The concentration | **Def Obj** R, P, Concede- |
| 748 13 | of target-specific oral anticoagulants | Routine Monitoring, |
| 748 14 | may potentially need to be measured in | Concede-PT/Dose |
| 748 15 | certain clinical situations"? | Adjustment |
| 748 16 | A.  Yes. | |
| 748 17 | Q.  And then it gives the | |
| 748 18 | examples of urgent surgery, perioperative | |
| 748 19 | management, thromboembolic or bleeding | |
| 748 20 | events, or in cases of suspected | |
| 748 21 | overdose. | |
| 748 22 | Do you recall those | |
| 748 23 | questions? | |
| 748 24 | A.  Yes, I do. | |
| 749 1 | Q.  Okay.  In your review of the | |
| 749 2 | labeling for Xarelto in the United | |
| 749 3 | States, does it make any recommendation | |
| 749 4 | that these groups of patients need to be | |
| 749 5 | measured depending on their clinical | |
| 749 6 | situation? | |
| 749 7 | A.  I would need to look at the | |
| 749 8 | U.S. label quickly again. | |
| 749 9 | Q.  I think it's 46. | |
| 749 10 | A.  I do not find that it does. | |

Pending

**749:24 - 750:4 Spiro, Theodore 2016-05-11**   0:06

| | | |
|---|---|---|
| 749 24 | Q.  Okay.  Now, if I can point | **Re: [749:24-750:4]** |
| 750 1 | your direction to the Page 6 of 7 in your | **Def Obj** R, P, Concede- |
| 750 2 | conclusion section -- in your conclusion | Routine Monitoring, |
| 750 3 | section -- | Concede-PT/Dose |
| 750 4 | A.  Yes. | Adjustment |

Pending

**750:10 - 751:7 Spiro, Theodore 2016-05-11**   0:52

| | | |
|---|---|---|
| 750 10 | Q.  Okay.  And that says, "To | **Re: [750:10-751:7]** |
| 750 11 | conclude, the choice of laboratory tests | **Def Obj** R, P, Concede- |
| 750 12 | for rivaroxaban will depend on the | Routine Monitoring, |
| 750 13 | clinical situation.  If a qualitative | Concede-PT/Dose |
| 750 14 | assessment of the presence of rivaroxaban | Adjustment |
| 750 15 | in the blood is needed, the PT test is | |
| 750 16 | suitable provided that a | |
| 750 17 | rivaroxaban-sensitive reagent is used." | |
| 750 18 | Did I read that correctly? | |
| 750 19 | A.  Yes, you did. | |
| 750 20 | Q.  Okay.  And you agree with | |
| 750 21 | that statement, that a PT test is | |
| 750 22 | suitable if you want to make a | |
| 750 23 | qualitative assessment of the presence of | |
| 750 24 | rivaroxaban in the blood? | |
| 751 1 | A.  Yes. | |

Pending

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

| 751 | 2 | Q.   And PT has been suitable for |
| 751 | 3 | Bayer to use regarding their PK/PD |
| 751 | 4 | measurements in their Phase III study |
| 751 | 5 | programs, correct? |
| 751 | 6 | A.   That was used in the Phase |
| 751 | 7 | III study programs. |

**751:8 - 751:11 Spiro, Theodore 2016-05-11**   0:11

| 751 | 8 | Q.   Right.  And I want to show |
| 751 | 9 | you what we'll mark as Exhibit Number 53. |
| 751 | 10 | (Document marked for |
| 751 | 11 | identification as Exhibit |

Re: [751:8-751:11]
**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Pending

**751:19 - 753:14 Spiro, Theodore 2016-05-11**   2:06

| 751 | 19 | BY MR. OVERHOLTZ: |
| 751 | 20 | Q.   So if you'll look with me on |
| 751 | 21 | the e-mail on the first page, Wolfgang |
| 751 | 22 | Mueck is responding to Scott Berkowitz, |
| 751 | 23 | his e-mail, and copies yourself, correct? |
| 751 | 24 | A.   Yes, he does. |
| 752 | 1 | Q.   Okay.  And this e-mail is |
| 752 | 2 | from May 28, 2014, and it had to do with |
| 752 | 3 | the responses that we talked about |
| 752 | 4 | earlier related to the EMA's request |
| 752 | 5 | regarding PK/PD information and bleeding |
| 752 | 6 | risk, correct? |
| 752 | 7 | A.   Yes. |
| 752 | 8 | Q.   Okay.  And you've indicated |
| 752 | 9 | Dr. Mueck was one of the people |
| 752 | 10 | responsible for pharmacokinetic and |
| 752 | 11 | pharmacological evaluation of Xarelto, |
| 752 | 12 | correct? |
| 752 | 13 | A.   Yes, he was involved in |
| 752 | 14 | that. |
| 752 | 15 | Q.   Okay.  And he says, "Hi, |
| 752 | 16 | Scott.  First of all, let's recall what |
| 752 | 17 | our strategy has been, planned and |
| 752 | 18 | executed for all indications, see |
| 752 | 19 | respective ClinPharm CTD Parts 2.7.2, |
| 752 | 20 | i.e." -- Bullet Point 1 -- "Do a |
| 752 | 21 | comprehensive ClinPharm program to |
| 752 | 22 | profile rivaroxaban to the best we can, |
| 752 | 23 | implement PK/PD components in all Phase |
| 752 | 24 | II dose-finding trials to characterize |
| 753 | 1 | PK/PD in the target population," correct? |
| 753 | 2 | A.   Yes, that is what he wrote. |
| 753 | 3 | Q.   Okay.  And now I want you to |
| 753 | 4 | focus on Bullet Point Number 3.  He says, |
| 753 | 5 | "Based on the established linear |
| 753 | 6 | relationship between rivaroxaban plasma |
| 753 | 7 | concentration and prothrombin PT, carry |
| 753 | 8 | PT measured at peak and trough, in all |
| 753 | 9 | pivotal Phase III programs to use them as |
| 753 | 10 | a PK surrogate for subsequent |
| 753 | 11 | exposure/response, mainly bleeding event |
| 753 | 12 | analyses, all conducted by Biometry/GIA." |
| 753 | 13 | Do you see that? |
| 753 | 14 | A.   Yes, I see that. |

Re: [751:19-753:14]
**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Pending

**753:15 - 753:19 Spiro, Theodore 2016-05-11**   0:12

| | Objections In | Responses In | Rulings |
|---|---|---|---|

753 15  Q.  Okay.  So the use of PT as a
753 16  surrogate for exposure response analysis,
753 17  mainly bleeding events, was acceptable to
753 18  Bayer for their Phase III trial programs
753 19  for Xarelto, correct?

Re: [753:15-753:19]
**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Pending

**753:21 -   753:23 Spiro, Theodore 2016-05-11**  0:15
753 21          THE WITNESS:  It was used
753 22      during the Phase III program in
753 23      the Bayer indication studies.

Re: [753:21-753:23]
**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Pending

**754:1 -   754:19 Spiro, Theodore 2016-05-11**  0:44
754 1   Q.  You recalled being asked
754 2   questions by counsel for Bayer related to
754 3   this back and forth between the term
754 4   "monitor" and "measure."  Do you recall
754 5   that?
754 6   A.  Yes.
754 7   Q.  And you indicated that at
754 8   some point, based on the fact that there
754 9   was a development plan for a drug that
754 10  would be a fixed dose with no dose
754 11  adaptation needed, that what you were
754 12  really talking about when you meant
754 13  monitoring was measuring rivaroxaban
754 14  plasma concentration levels, correct?
754 15  A.  Correct.
754 16  Q.  Okay.  What is the point of
754 17  measuring Xarelto plasma concentration
754 18  levels if you aren't going to do anything
754 19  about it?

Re: [754:1-754:19]
**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment, AR, M

Pending

**754:21 -   755:15 Spiro, Theodore 2016-05-11**  0:42
754 21          THE WITNESS:  Measuring
754 22      Xarelto plasma concentrations
754 23      allows you -- would allow a
754 24      clinician to, as we have
755 1   discussed, know whether a patient
755 2   was taking Xarelto, if it was not
755 3   present.  If there were
755 4   concentrations present would -- to
755 5   make decisions related to
755 6   proceeding with an invasive
755 7   procedure or not proceeding with
755 8   an invasive procedure.
755 9          If high levels were present
755 10      in a specific clinical setting, to
755 11      stopping the medication until
755 12      whatever clinical setting that was
755 13      would resolve.  There could be a
755 14      number of specific actions taken
755 15      other than dose adaptation.

Re: [754:21-755:15]
**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Pending

**756:5 -   756:11 Spiro, Theodore 2016-05-11**  0:15
756 5   Q.  So if a patient doesn't
756 6   absorb the drug, they are not being
756 7   protected from a thromboembolic event,

Re: [756:5-756:11]
**Def Obj** R, P, Concede-Routine Monitoring,

Pending

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

| 756 | 8 | measuring could help you identify those | | Concede-PT/Dose Adjustment | | |
| 756 | 9 | patients so that you could use a | | | | |
| 756 | 10 | different agent if possible? | | | | |
| 756 | 11 | A.   If possible. | | | | |

**757:7  -   757:9** Spiro, Theodore 2016-05-11                    **0:06**

| 757 | 7 | Q.   On rechallenge, if you | Re: [757:7-757:9] | Pending |
| 757 | 8 | identified such patients, then could it | **Def Obj** R, P, | |
| 757 | 9 | help you identify patients that were not | Incomplete, AR, M, | |
| | | | Concede-Routine | |
| | | | Monitoring, Concede- | |
| | | | PT/Dose Adjustment | |

**757:12  -   757:19** Spiro, Theodore 2016-05-11                **0:15**

| 757 | 12 | THE WITNESS:  As I said, | Re: [757:12-757:19] | Pending |
| 757 | 13 | I -- these specific clinical | **Def Obj** R, P, Concede- | |
| 757 | 14 | conditions are already identified. | Routine Monitoring, | |
| 757 | 15 | The use of the rivaroxaban test in | Concede-PT/Dose | |
| 757 | 16 | these patients would confirm the | Adjustment | |
| 757 | 17 | prudent use of the drug or the | | |
| 757 | 18 | nonuse -- use of the drug in a | | |
| 757 | 19 | specific clinical situation. | | |

**757:21  -   758:1** Spiro, Theodore 2016-05-11                   **0:07**

| 757 | 21 | Q.   Okay.  You recall some | Re: [757:21-758:1] | Pending |
| 757 | 22 | questions by counsel for Bayer related to | **Def Obj** P, R, Relevance- | |
| 757 | 23 | MAGELLAN.  And you and I also had a | Non-approved | |
| 757 | 24 | discussion about your work on MAGELLAN. | indications | |
| 758 | 1 | A.   Yes. | | |

**761:10  -   761:13** Spiro, Theodore 2016-05-11                 **0:18**

| 761 | 10 | Q.   Okay.  And so in MAGELLAN, | Re: [761:10-761:13] | Pending |
| 761 | 11 | Xarelto was shown to be noninferior to | **Def Obj** P, R, Relevance- | |
| 761 | 12 | Lovenox at the 10-day mark, correct? | Non-approved | |
| 761 | 13 | A.   That is correct. | indications | |

**761:18  -   762:23** Spiro, Theodore 2016-05-11                 **1:22**

| 761 | 18 | Q.   Okay.  On Day 35, so for the | Re: [761:18-762:23] | Pending |
| 761 | 19 | additional 25 days, the patient has | **Def Obj** P, R, Relevance- | |
| 761 | 20 | either been on Xarelto, 10 milligrams | Non-approved | |
| 761 | 21 | once daily, or they were on placebo for | indications | |
| 761 | 22 | those additional 25 days, correct? | | |
| 761 | 23 | A.   That is correct. | | |
| 761 | 24 | Q.   And by taking placebo, that | | |
| 762 | 1 | meant they were not taking any form of | | |
| 762 | 2 | active medicine, correct? | | |
| 762 | 3 | A.   That is correct. | | |
| 762 | 4 | Q.   So when it said that during | | |
| 762 | 5 | that Day 35 check, that Xarelto had fewer | | |
| 762 | 6 | thromboembolic events than the arm that | | |
| 762 | 7 | took Lovenox plus placebo, that time | | |
| 762 | 8 | period between Day 10 and Day 25, the | | |
| 762 | 9 | patients in the Lovenox arm weren't | | |
| 762 | 10 | taking any medication at all, correct? | | |
| 762 | 11 | A.   Yes, that is correct. | | |
| 762 | 12 | Q.   So Xarelto beat a placebo | | |
| 762 | 13 | pill during that time period, right? | | |
| 762 | 14 | A.   The results of the explained | | |
| 762 | 15 | study weighed against the use of | | |
| 762 | 16 | enoxaparin for extended duration | | |
| 762 | 17 | treatment.  There was no approval for its | | |
| 762 | 18 | use and no recommendation -- no approval | | |
| 762 | 19 | for its use by regulatory authorities. | | |
| 762 | 20 | And no recommendation by -- by guidance | | |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 762 21 committees to extend its duration beyond | | | |
| 762 22 the Label 10 plus or -- the hospital stay | | | |
| 762 23 period, the short-term treatment. | | | |
| | | | |
| **764:23 -   765:6** Spiro, Theodore 2016-05-11     0:18 | **Re: [764:23-765:6]** | | Pending |
| 764 23 Q.   Okay.  And then if we look | **Def Obj** P, R, Relevance- | | |
| 764 24 at the Day 10 to 35 time period, the | Non-approved | | |
| 765 1 patients on rivaroxaban had either a | indications | | |
| 765 2 three times greater risk of bleeding for | | | |
| 765 3 clinically relevant bleeding or a 4.8 | | | |
| 765 4 times greater risk for major bleeding, | | | |
| 765 5 correct? | | | |
| 765 6 A.   Yes, that is correct. | | | |
| | | | |
| **765:19 -   766:13** Spiro, Theodore 2016-05-11     0:28 | **Re: [765:19-766:13]** | | Pending |
| 765 19 Q.   You see this is the | **Def Obj** P, R, Relevance- | | |
| 765 20 acknowledgment slide.  Do you see that? | Non-approved | | |
| 765 21 A.   Yes. | indications | | |
| 765 22 Q.   Okay.  And on the | | | |
| 765 23 acknowledgment slide, the steering | | | |
| 765 24 committee is listed at the top, correct? | | | |
| 766 1 A.   Yes. | | | |
| 766 2 Q.   Okay.  And you were a | | | |
| 766 3 member, in fact, of the steering | | | |
| 766 4 committee of MAGELLAN, correct? | | | |
| 766 5 A.   Yes, I was. | | | |
| 766 6 Q.   Okay.  And then on the -- | | | |
| 766 7 for Bayer, you are the first person | | | |
| 766 8 listed, correct? | | | |
| 766 9 A.   Yes, I am. | | | |
| 766 10 Q.   Okay.  And you are described | | | |
| 766 11 as the global clinical leader, correct? | | | |
| 766 12 A.   I was the study-responsible | | | |
| 766 13 physician, yes, I was. | | | |
| | | | |
| **766:23 -   767:2** Spiro, Theodore 2016-05-11     0:09 | **Re: [766:23-767:2]** | | Pending |
| 766 23 Q.   And you attended Dr. Cohen's | **Def Obj** P, R, Relevance- | | |
| 766 24 presentation of these MAGELLAN results in | Non-approved | | |
| 767 1 New Orleans in 2011 in April, correct? | indications | | |
| 767 2 A.   Yes, I did. | | | |

04/20/17 18:27