## Spiro Designation Exhibits

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff's Response to Defendants' Objection. |
|---|---|---|---|---|---|
| Spiro 06 | 932284 | 12/19/2006 Final Agenda, Attendees from Bayer: Elisabeth Perzborn Theodore Spiro Frank Misselwitz Anthonie Lensing Tiemo Bandel Scott Berkowitz Dagmar Kubitza Volker Laux Wolfgang Muck, Attendees from JnJ: Gary Peters Elliot Barnathan Christopher Nessel Lloyd Haskell | 10/18/2006 | Plaintiffs' Concession - PT/Dose Adjustments, H, P  O 401) 803(6) 602 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 07 | 449266 | Laboratory Methods Advisory Board Meeting Minutes Held 19 December 2006 at the Paris Meridien Étoile Hôtel | 1/18/2007 | H  O 401)(6) 602, 607  803 | Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 09 | 1160715 | Email from Theodore Spiro to Elisabeth Perzborn Fw: Advisory Board on Lab Monitoring in Dec | 11/9/2006 | Plaintiffs' Concession - Routine Monitoring, P  O 401) 607  602 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Reflects Defendants had notice of the ability and need to measure drug exposure in the context of evaluating patient safety. |
| Spiro 10 | 4028448 | Samama MM, Contant G, Spiro TE, Perzborn E, Guinet C, Gourmelin Y, Le Flem L, Rohde G, Martinoli JL, Rivaroxaban Anti-Factor Xa Chromogenic Assay Field Trial Laboratories. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. Thromb Haemost. 2012 Feb,107(2):379-87. doi: 10.1160/TH11-06-0391. Epub 2011 Dec 21. | 12/21/2011 | Plaintiffs' Concession - Routine Monitoring, Relevance-Chameleon, P  O 401) 607  602) | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Reflects Defendants had notice of the ability and need to measure drug exposure in the context of evaluating patient safety. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 11 | 1714978 | Email from James H. Morrissey to Theodore Spiro Re: Abstract for ISTH? | 1/17/2007 | Relevance - Chameleon, P  O 602) 607  401) | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific studyand literature. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Reflects Defendants had notice of the ability and need to measure drug exposure in the context of evaluating patient safety. Plaintiff disputes admissibility of this evidence is conceded. |

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff's Response to Defendants' Objection. |
|---|---|---|---|---|---|
| | | **Spiro Designation Exhibits** | | | |
| Spiro 12 | 417291 | Email 08/17/2007 from Perzborn to Misselwitz et al. | 8/17/2007 | Plaintiffs' Concession - Routine Monitoring, H, P  O 401, 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 13 | 2769890 | Email between Ian Talmage, Marc van Unen, Martina Evertz, Andreas Nauck, Bernhard Schaefer, Stephan-Nicholas Wirtz, Wolf Sittner, Elisabeth Perzborn re Monitorability of Xarelto | 9/16/2007 | Plaintiffs' Concession - Routine Monitoring, H, P  O 401, 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 18 | 1690921 | Email from Theodore Spiro to Nancy Cook et al. Re: A-GEST Review ISTH poster- Coagulation assays | 6/17/2009 | Relevance - Chameleon, Plaintiffs' Concession - Routine Monitoring, H, P  O 401, 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 19 | 1699945 | Email from Jean-Luc Martinoli to Theodore Spiro et al. Rivaroxaban Laboratory Monitoring Assay Development Field Trial: Secrecy Agreement | 8/31/2009 | Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, H, P  O 401, 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 21 | 1701567 | Samama - Effects of Rivaroxaban a Novel Oral Direct Factor Xa Inhibitor on Coagulation Assays | | Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, Relevance-Chameleon, Hearsay - 801/802, P  O 401, 803(6), 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 22 | 1145884 | Email between Yong-Ling Liu, Ted Spiro, Anja Alpers re Dr Samama's ISTH poster | 6/18/2009 | Relevance - Chameleon, H, Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, P  O 401, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |

| | | Spiro Designation Exhibits | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff's Response to Defendants' Objection. |
| Spiro 23 | 1145885 | Samama - Effects of Rivaroxaban a Novel Oral Direct Factor Xa Inhibitor on Coagulation Assays | | Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, Relevance-Chameleon, Hearsay-801/802, P  O 401, 803(6) 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 24 | 1145886 | Samama - Effects of Rivaroxaban a Novel Oral Direct Factor Xa Inhibitor on Coagulation Assays | | Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, Relevance-Chameleon, Hearsay-801/802, P  O 401, not 403, 803(6) | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 28 | 1697814 | Email from Yong-Ling Liu to Ted Spiro et al. | 3/29/2010 | Relevance - Chameleon, Hearsay-801/802, Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, P  O 401, 803, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Not offered for hearsay purpose, rather for notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 30 | 1160578 | Email from Theodore Spiro to Scott Berkowitz | 1/13/2007 | Omnibus MIL No. 1 (Sales/Profits) – Sustained, Plaintiffs' Concession-OD Dosing, Plaintiffs' Concession-Dose too High, H  O 803 401, 607 | Relevant for non-hearsay purpose: notice of confidence issues and internal doubts on Xarelto dosage in relation to safety. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the availability of an assay for use in evaluating patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this evidence is conceded. |
| Spiro 31 | 1288737 | Email from Theodore Spiro to Maria Kubin, Annabelle Shakespeare, and Michael Lees re: Antwort: Re: Stroke Prevention Atrial Fibrillation Outcomes, Literature Search, Pharmaco-epidemiological Study - Sent 2/28/2007 | 2/28/2007 | Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession - PT/Dose Adjustments, H, Plaintiffs' Concession - Failure to Test, Plaintiffs' Concession-Dose Too High, P  O 401, 607, 602 | Testimony relevant and highly probative to conduct, context, and reliability of ROCKET trial, upon which the Afib indication is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Not offered for hearsay purpose, rather for notice of weaknesses of the underlying ROCKET dataset. Also business record exception and party admission. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 34 | 1112931 | Email between Theodore Spiro, Elisabeth Perzborn, Jean Luc Martinoli, M. Samama re PT contract | 3/17/2008 | Plaintiffs' Concession-Failure to Test, Plaintiffs' Concession-Dose Too High, Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, H, P  O 401, 803 607 | Relevant for non-hearsay purpose: notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this evidence is conceded. |

| | | Spiro Designation Exhibits | | | |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiff's Response to Defendants' Objection. |
| Spiro 35 | 411373 | Email 04/28/2008 from Debroye to Perzborn et al. Re: Antwort: Monitoring with rivaroxaban | 4/28/2008 | Plaintiffs' Concession-Failure to Test, Plaintiffs' Concession-Dose Too High, Plaintiffs' Concession-PT/Dose Adjustment, Plaintiffs' Concession-Routine Monitoring, H, P<br><br>O 401, 602, 607 | Relevant for non-hearsay purpose: notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this evidence is conceded. |
| Spiro 36 | 1158771 | Advisory Board Agenda and Presentation | 6/19/2008 | Relevance - RECORD/RECORD 4/DVT/PE, Plaintiffs' Concession - Routine Monitoring, Plaintiffs' Concession-PT/Dose Adjustment, P<br><br>O 401, 803(6), 602 | Highly relevant and probative regarding Bayer's notice on the ability and need to measure drug exposure in the context of evaluating patient safety. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this evidence is conceded. |
| Spiro 39 | 398094 | Email from Bernhard Glombitza to various re: WG: GSM position on Magellan strategy | 2/15/2011 | Relevance-Non-approved indications, MIL No. 2 (Marketing) -- Sustained, H, P<br><br>O 401, 803(6), 602, 607 | Magellan study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice of data implicating patient safety. Also, business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or profitability, nor any specific marketing pieces and thereby does not implicate Defendants' Motions in Limine No. 2 [5933]. Testimony and evidence rather deals substantively with Bayer's notice of bleed risk with Xarelto. |
| Spiro 45 | 5767378 | Xarelto Label - Europe | 7/17/2015 | Relevance-Time, Relevance-Foreign Regulatory, Plaintiffs' Concession-PT/Dose Adjustment, P<br><br>Sustained 401 | Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Further relevant and probative to Bayer's evaluation and knowledge concerning assay use with Xarelto, including Neoplastin PT. |
| Spiro 46 | 5767379 | Xarelto Label - US | 5/1/2015 | Relevance-Time, Relevance-Foreign Regulatory, Plaintiffs' Concession-PT/Dose Adjustment, PK, LF, P<br><br>O 401, 602, 607, 803(6) | Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer's consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient's with a high bleed risk. As a lead player in this effort, along with his training and experience as a medical doctor, Dr. Spiro is more than qualified and carries more than sufficient knowledge to testify on the interpretation and meaning of a clinically high PT result in the context of Xarelto use. He is provided with sufficient detail to evaluate the hypothetical and is able to seek clarification or offer qualification as he felt was appropriate. |
| Spiro 47 | 5767380 | Samama MM, Contant G, Spiro TE, Perzborn E, Le Flem L, Guinet C, Gourmelin Y, Rohde G, Martinoli JL. Laboratory assessment of rivaroxaban: a review. Thromb J. 2013 Jul 3,11(1):11. doi: 10.1186/1477-9560-11-11. | 7/3/2013 | Plaintiffs' Concession-PT/Dose Adjustment, P<br><br>O 401 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific studyand literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes admissibility of this evidence is conceded. |

4

| Spiro Designation Exhibits | | | | | Plaintiff's Response to Defendants' Objection. |
|---|---|---|---|---|---|
| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | |
| Spiro 52 | | Samama MM, Contant G, Spiro TE, Perzborn E, Le Flem L, Guinet C, Gourmelin Y, Rohde G, Martinoli JL. Laboratory assessment of rivaroxaban: a review. Thromb J. 2013 Jul 3,11(1):11. doi: 10.1186/1477-9560-11-11. | 7/3/2013 | Plaintiffs' Concession-PT/Dose Adjustment, P  O  401, 602, 607 | Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk as well as influence over related medical and scientific study and literature. Further, also relevant to Plaintiff's failure to warn claims including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes admissibility of this evidence is conceded. |
| Spiro 53 | 1097767 | Email between Wolfgang Mueck, Scott Berkowitz, Theodore Spiro, Claudia Henn, Martin Homering, Dagmar Kubitza, Jan Stampfuss, Juergen Weber, Martin van Eickels, Ton Lensing, Nancy Cook Bruns, Mariko Kajikawa, Jens Reinhold re Clinical Pharmacology/Clinical Sciences PK/PD analyses Supporting Phase II and Phase III Xarelto Studies | 5/28/2014 | Relevance-Time, Relevance-Foreign Regulatory, Plaintiffs' Concession-Routine Monitoring, Plaintiffs' Concession-PT/Dose Adjustment, P  O 401, 602, 607 | Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Reflects Defendants had notice of the ability and need to measure drug exposure in the context of evaluating patient safety. Plaintiff disputes admissibility of this evidence is conceded. |