# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br><br>CAROL PAULEY<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No: 2:16:cv-08694 |

## PLAINTIFF'S MOTION FOR REINSTATEMENT OF CASE

COMES NOW, Plaintiff, CAROL PAULEY, in the above-referenced civil action, and by and through counsel of record hereby files Plaintiff's Motion for Reinstatement of her action.

WHEREFORE, Plaintiff Carol Pauley requests that her claim against Defendants in this action be reinstated in the interest of justice.

Respectfully submitted,

**THE MORRIS LAW FIRM**

By: /s/ James A. Morris
JAMES A. MORRIS, JR.
CA Bar No.: 296852
6310 San Vicente, STE 360
Los Angeles, CA 90048
(323) 302-9488
(323) 931-4990– facsimile
jmorris@jamlawyers.com

ATTORNEYS FOR PLAINTIFF
Dated April 27, 2017

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on April 27, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Shane E. Greenberg