# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| CAROL PAULEY | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | Civil Action No: 2:16:cv-08694 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## **ORDER**

IT IS ORDERED that Plaintiff's Motion for Reinstatement of Case is hereby GRANTED and that Plaintiff's claims against all defendants in *Pauley v. Janssen Research & Development, LLC*, et. al. (2:16-cv-08694) is hereby reinstated.

Signed, this, _____day of _____, 2017.

                                                                                                                      _____

                                                                                                                      Hon. Eldon E. Fallon
                                                                                                                      U.S. District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on April 27, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Shane E. Greenberg