**Exhibits Used in Deposition Designations of Nauman Shah - Submitted for Ruling Along with Transcript of Designation:**

| Depo Exhibit No. | Plaintiffs' Exhibit No. | Document Description | Date | Objection | Plaintiffs' Response to Objection |
|---|---|---|---|---|---|
| Shah 25 (Mismarked as Shah 125) in transcript | 1471269 | Strategic Steering Committee Meeting Executive Summary | 8/15/2009 | Plaintiffs' Concession - OD Dosing; Plaintiffs' Concession - Dose Too High; Plaintiffs' Concession - Routine Monitoring; Plaintiffs' Concession - PT/Dose Adjustments; Prejudice - 403 | Plaintiffs have not conceded any of these topics. Document contains statements and admissions relevant to Plaintiffs' claim that Defendants knew drug should be monitored and that certain patients would respond differently to recommended dose. |
| Shah 54 | 1055561 | Compound Development Team Meeting Minutes | 2/19/2009 | Foundation - No Testimony Witness Saw this Document or Attended the Meeting; Defect Claim; Relevance - Not Relevant Given Dismissal of Design Defect Claim; Relevance - Reversal Agent/Antidote; Prejudice - 403 | Witness was part of the commercial team which had attendees at the meeting topics. Within the scope of his responsibilities and experience as witness has attended other CDT meetings. Witness had testified that was aware of the discussions regarding an antidote and the decision not to pursue one at that time. |
| Shah 56 | 248220 | Email Re Antidote_GDC_19Jan2010.ppt | 1/19/2011 | Relevance - Not Relevant Given Dismissal of Design Defect Claim; Relevance - Reversal Agent/Antidote; Prejudice - 403; No attachment to exhibit | This is the transmittal email for the attachment below. See below for responses. |
| Shah 57 | 248221 | Rivaroxaban Specific Antidote (BAY 1110262) - Working draft for information | 1/19/2011 | Omnibus MIL No. 1 (Sales/profits) - Sustained; Relevance - Market share/Profit; Issue Conceded by Plaintiffs; Dosing Relevance - Not Relevant Given Dismissal of Design Defect Claim; Relevance - Reversal Agent/Antidote; Prejudice - 403 | Document is relevant to plaintiffs' claims regarding the need for an antidote, notice that a percentage of patients would experience life-threatening bleeds, and that commercial interests drove decisions regarding a reversal agent. There is only a single page in the document which contains sales projections. This will not be shown to the jury and can easily be redacted from the document. |
| Shah 60 | 303724 | Compound Development Team Meeting - Recommendation on Pursuing Bayer Developed Rivaroxaban Antidote | 2/15/2011 | Hearsay - meeting Minutes, statements not attributed to any particular individual, not adopted by company; Omnibus MIL No. 1 (Sales/Profits) - Sustained; Relevance - Market Share/Profit; Relevance - Not Relevant Given Dismissal of Design Defect Claim; Relevance - Reversal Agent/Antidote; Prejudice - 403 | Business record exception and contains admissions by party opponent. Document is relevant to plaintiffs' claims regarding the need for an antidote, notice that a percentage of patients would experience life-threatening bleeds, and that commercial interests drove decisions regarding a reversal agent. To the extent the document contains a suggested sales price, that figure can easily be redacted. |
| Shah 62 | 119111 | Email Re Project Boss: Riva Antidote Communication | 12/19/2011 | Omnibus MIL No. 1 (Sales/Profits) - Sustained; Relevance - Market Share/Profit; Relevance - Not Relevant Given Dismissal of Design Defect Claim; Relevance - Reversal Agent/Antidote; Prejudice - 403 | Document is relevant to plaintiffs' claims regarding the need for an antidote and that commercial interests drove decisions regarding a reversal agent. Document contains no sales/profit figures at all. |

1