UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN,<br><br>2:16-cv-06578 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ENTRY OF APPEARANCE

Please take Notice, Emanuella J. Paulos of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., hereby enters her appearance as counsel for Plaintiff, Karen Aiken Fentress. Please serve a copy of all notices, correspondence, motion, orders and the like to the undersigned at the contact information listed below.

Dated: April 27, 2017

                                                  Respectfully submitted,

                                                  By: s/Emanuella J. Paulos_____
                                                  Emanuella J. Paulos (FL Bar 99010)
                                                  Brian H. Barr (FL Bar 493041)
                                                  Neil E. McWilliams Jr. (FL Bar 16174)
                                                  LEVIN, PAPANTONIO, THOMAS,
                                                  MITCHELL, RAFFERTY &
                                                  PROCTOR, P.A.
                                                  316 South Baylen Street, Suite 600
                                                  Pensacola, Florida 32502
                                                  (850) 435-7059
                                                  (850) 435-7020 (Fax)
                                                  bbarr@levinlaw.com
                                                  nmcwilliams@levinlaw.com
                                                  epaulos@levinlaw.com

                                                  *Attorneys for the Plaintiffs*

2

## CERETIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 27 day of April, 2017.

By: s/Emanuella J. Paulos<br>
Emanuella J. Paulos (FL Bar 99010)

2