UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN,<br><br>2:16-cv-06578 | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT

COMES NOW Counsel for Plaintiff, Karen Aiken Fentress, and respectfully move this court to substitute Harry Neal Aiken, Jr., the surviving spouse and successor of Plaintiff Earlene Aiken, as the Personal Representative[1] of The Estate of Earlene Aiken, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and for Leave to file the First Amended Joint Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff, Karen Aiken Fentress, case was filed in a Joint Complaint on May 19, 2016 (*Karen Aiken Fentress, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06578-EEF-MBN [Doc. 1]).

2. On June 3, 2016, a Severance Order was issued for the Joint Complaint *Karen Aiken Fentress, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06578-EEF-MBN [Doc. 6].

3. All active Defendants have been served with process.

---

[1] The petition for administration was filed on February 8, 2017. The Plaintiff is currently awaiting the signed Order by the Judge.

4. On July 11, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

5. On July 20, 2016, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

6. On July 26, 2016, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

7. The probate of Earlene Aiken was opened in the Circuit Court Charlotte County, Florida on February 8, 2017 (Case No. 2017-CP-000117), which proposes Harry Neal Aiken, Jr. as the Personal Representative of Earlene Aiken's Estate. The Probate case was transferred to the Circuit Court Desoto County, Florida (Case No. 2017-CP-000035) on April 25, 2017.

8. Plaintiff thus moves to substitute Harry Neal Aiken, Jr., both individually and as Independent Executor, as Plaintiff in the present action.

9. Additionally, Plaintiff's counsel seeks to amend paragraph 1(a) of the Joint Complaint, as well as the caption of the Joint Complaint to correct the proper Plaintiffs, specifically Harry Neal Aiken, Jr., Personal Representative of the Estate of Earlene Aiken, Deceased and to update the information provided in the Plaintiff's specific allegations to reflect Plaintiff, Harry Neal Aiken, Jr.'s Loss of Consortium claim.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleadingly only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Karen Aiken Fentress, respectfully requests the Court grant Plaintiff's Motion to Substitute Harry Neal Aiken, Jr. as the Personal Representative of The Estate of Earlene Aiken, and to grant leave to file the First Amended Joint Complaint and directing the Clerk of the Court to enter the First Amended Joint Complaint into the record of this matter attached hereto as Exhibit A.

Dated: April 27, 2017

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

4

**CERETIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 27 day of April, 2017.

By: s/Emanuella J. Paulos<br>Emanuella J. Paulos (FL Bar 99010)

4