# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-06578-EEF-MBN<br><br>**ORDER FOR SUBSTITUTION OF THE PROPER PARTY** |

## **ORDER**

**IT IS HEREY ORDERED** that the Motion to Substitute Party and for Leave to File First Amended Joint Complaint filed by Plaintiff, Karen Aiken Fentress, is hereby **GRANTED.** Plaintiff, Karen Aiken Fentress, is substituted by Harry Neal Aiken, Jr., and is hereby granted leave to file the First Amended Joint Complaint tendered with their Motion. The Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

1

2

SIGNED this _____ day of _____, 2017.

                                                                                                  Honorable Judge Eldon E. Fallon
                                                                                                  United States District Court Judge

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 27 day of April, 2017.

By:    s/ *Emanuella J. Paulos*
         Emanuella J. Paulos
         Attorney for Plaintiff