UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2592 |
| | | SECTION L |
| **This Document Relates To:** *Joseph J. Boudreaux, Jr., et al. v. Janssen et al.* *Case No. 2:14-cv-02720* | * * * * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

A bellwether trial in the above-captioned MDL is ongoing in the Eastern District of Louisiana.

Pursuant to Court Order stated April 21, 2017, Dr. Gary Peters is compelled to appear at trial of this matter as a witness in the United States Courthouse for the Eastern District of Pennsylvania, located at James A. Byrne U.S. Courthouse, 601 Market Street Philadelphia, PA, 19106, where he shall attend the trial in this matter by remote transmission.

The date for trial testimony of Dr. Peters shall be Friday, April 28, 2017. The parties shall employ their best efforts to conduct Dr. Peters' examination, including direct, cross, and redirect so as to complete Dr. Peters' testimony no later than 5:00 p.m. on April 28, 2017. However, it may be necessary, in view of the time difference between New Orleans and Philadelphia, to continue with Dr. Peter's testimony past 5:00 p.m. EDT, and it may therefore be necessary to keep the Court open and with the utilities on, including air conditioning, until 7:00 p.m. EDT.

1

Accordingly, **IT IS ORDERED** that the Courtroom used for the testimony of Dr. Gary Peters in the Eastern District of Pennsylvania will remain open and with all necessary utilities, including air conditioning, until 7:00 p.m. on April 28, 2017.

New Orleans, Louisiana, this 27th day of April, 2017.

_____
Eldon E. Fallon
United States District Court Judge