MINUTE ENTRY
FALLON, J.
APRIL 27, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON          Thursday, April 27, 2017, 8:48 am
Case Manager: Dean Oser                    (Continued from April 26, 2017)
Court Reporter: Karen Ibos/Jodi Simcox

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq.,
               and Emily Jeffcott, Esq., for Plaintiffs
               Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
               Richard Sarver, Esq. for Janssen Defendants
               Kevin Newsom, Esq. for Defendants

JURY TRIAL
Plaintiffs' Witnesses Continued:

Video Deposition of Dr. Theodore Spiro was played in lieu of his live testimony
Video Deposition of Nauman Shah was played in lieu of his live testimony
Video Deposition of Patricia Torr was played in lieu of her live testimony

Court adjourned at 2:07pm until Friday, April 28, 2017, at 8:30am

JS10:   3:25