UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION:  L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |
|---|---|

**This documents Relates to:**
*ANNA KOCH HALL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08317*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Patricia Hall, on behalf of the Estate of Anna Koch Hall, is substituted for Plaintiff Anna Koch Hall in the above captioned cause.

New Orleans, Louisiana this 26th day of April, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge