

JURY INSTRUCTION
Plaintiffs' Proposed ~~Request No. 4~~

(Limiting Instruction regarding Marked-up Labeling Document)

In considering this document appearing to reflect that certain language proposed by the Defendant Janssen was not included in the Xarelto label approved by the FDA, you may give it whatever weight or significance you believe it deserves, including none, as is true with all documents admitted into evidence.

I further instruct you, however, that you are not to consider this document as proof that the FDA either refused to approve, or would not have approved, language for the Xarelto label which the Plaintiffs claim was needed to properly instruct Mr. Boudreaux's prescribing doctor about the dangers or safe use of Xarelto.

Authority: Standard Instructions; *Wyeth v. Levine*, 555 U.S. 555 (2009).