UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*John Booth*                                                                                               2:16-cv-07202

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff John Booth.

Dated: April 28, 2017

                                                                       Respectfully submitted,

                                                                       *s/Peyton P. Murphy*
                                                                       PEYTON P. MURPHY (LA 22125)
                                                                       2354 S. Acadian Thruway
                                                                       Baton Rouge, Louisiana 70808
                                                                       Telephone: (225) 928-8800
                                                                       Facsimile: (225) 246-8780
                                                                       Email: peyton@murphylawfirm.com

                                                                       *s/Todd C. Comeaux*
                                                                       TODD C. COMEAUX (LA 23453)
                                                                       4880 Bluebonnet Blvd., Suite A
                                                                       Baton Rouge, Louisiana 70809
                                                                       Telephone: (225) 706-9000
                                                                       Facsimile: (225) 706-9001
                                                                       Email: tc@comeauxlawfirm.com

                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Peyton P. Murphy*
PEYTON P. MURPHY
