UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John Booth*                                                                 *2:16-cv-07202*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Clara Booth, surviving spouse of John Booth, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of John Booth. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on April 28, 2017.

Dated: April 28, 2017

                                                           Respectfully submitted,

                                                           MURPHY LAW FIRM, LLC

                                                           s/*Peyton P. Murphy*
                                                           PEYTON P. MURPHY (LA # 22125)
                                                           2354 S. Acadian Thwy.
                                                           Baton Rouge, LA 70808
                                                           Telephone: (225) 928-8800
                                                           Facsimile: (225) 246-8780
                                                           Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# GEORGIA DEATH CERTIFICATE

State File Number: 2017GA000023131

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | JOHN EMORY BOOTH |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 04/23/2017 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 65 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 07/02/1951 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | GRADY |
| 7c. CITY, TOWN | CAIRO |
| 7d. STREET AND NUMBER | 142 DAISY LANE |
| 7e. ZIP CODE | 39828 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | YES |
| 8a. USUAL OCCUPATION | MASTER MECHANIC |
| 8b. KIND OF INDUSTRY OR BUSINESS | MECHANIC |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | CLARA LOWE |
| 11. FATHER'S FULL NAME (First, Middle, Last) | GORDON BOOTH |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | ROBBIE BROOME |
| 13a. INFORMANT'S NAME (First, Middle, Last) | CLARA L. BOOTH |
| 13b. RELATIONSHIP TO DECEDENT | WIFE |
| 13c. MAILING ADDRESS | 142 DAISY LANE CAIRO GEORGIA 39828 |
| 14. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | ARCHBOLD MEMORIAL HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | THOMASVILLE' |
| 20. COUNTY OF DEATH | THOMAS |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | BROOME CEMETERY BROOME CIRCLE CAIRO GEORGIA 39828 |
| 23. DISPOSITION DATE | 04/26/2017 |
| 24a. EMBALMER'S NAME | JASON L. MCGHIN |
| 24b. EMBALMER LICENSE NO. | 4100 |
| 25. FUNERAL HOME NAME | CLARK FUNERAL HOME CAIRO |
| 25a. FUNERAL HOME ADDRESS | 334 S BROAD ST P O BOX 446 CAIRO GEORGIA 31728 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | JASON L MCGHIN |
| 26b. FUN. DIR. LICENSE NO | 4503 |
| 27. DATE PRONOUNCED DEAD | 04/23/2017 |
| 28. HOUR PRONOUNCED DEAD | 08:38 AM |
| 29a. PRONOUNCER'S NAME | DAVID MEDEROS |
| 29b. LICENSE NUMBER | 073031 |
| 29c. DATE SIGNED | 04/23/2017 |
| 30. TIME OF DEATH | 08:38 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, OI venticular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE | UNKNOWN |
| B. Due to, or as a consequence of | ADVANCED PULMONARY FIBROSIS | UNKNOWN |
| C. Due to, or as a consequence of | BRADYCARDIA | UNKNOWN |
| D. Due to, or as a consequence of | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.): DAVID MEDEROS, DO, 073031

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

| Field | Value |
|---|---|
| 45a. DATE SIGNED | 04/25/2017 |
| 45b. HOUR OF DEATH | 08:38 AM |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: DAVID MEDEROS 100 S MADISON STREET THOMASVILLE GEORGIA 31792

48. REGISTRAR (Signature): /S/ DONNA L. MOORE

49. DATE FILED - REGISTRAR: 04/25/2017

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE