UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John Booth*                                                                                           *2:16-cv-07202*

**ORDER**

      IT IS ORDERED that the Motion for Substitution of Clara Booth, surviving spouse of John Booth, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE