| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Lee Jackson, Esq.<br>MILSTEIN, ADELMAN, et al., LLP<br>10250 Constellation Bl., Ste. 1400<br>Los Angeles, CA 90067<br>**TELEPHONE NO.:** (310) 396-9600<br>ATTORNEY FOR (NAME):    Plaintiffs | |
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF** Los Angeles<br>STREET ADDRESS:   111 N. Hill St., #102<br>CITY AND ZIP CODE:  Los Angeles, CA 90012 | |
| PLAINTIFF:   EDWARD DAVIDSON, et al. | CASE NUMBER:<br>BC 649480 |
| DEFENDANT:  JANSSEN RESEARCH & DEVELOPMENT, LLC., et al. | Ref. No. or File No. |
| PROOF OF SERVICE OF SUMMONS | |

*(Separate Proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT; AND 4TH AMENDED GENERAL ORDER; AND 6TH AMENDED GENERAL ORDER

3.     a. Party served *(specify name of party as shown on documents served)*:

   McKESSON CORPORATION

   b. Person served: other *(specify name and relationship to the party named in item 3a)*:

   ELDAR MORARU, of CSC-Lawyers Inc., registered agents

4.     Address where party was served: 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4/18/17 (2) at *(time)*: 1:10 p.m.

6. The "Notice to Person Served" (on the summons) was completed as follows (CCP 412.30, 415.10, and 474):
   c. on behalf of *(specify)*: McKESSON CORPORATION
         under the following Code of Civil Procedure section: CCP 416.10 (corporation)

7. Person who served papers:
   a. Name:    Jenice Rossner
   b. Address: STAR SERVICES, INC., 10573 W. Pico Blvd., Suite 215, Los Angeles, CA 90064
   c. Telephone number: (310) 475-3626
   d. **The fee** for service was: $
   e. I am:
         (3) registered California process server:
            (i) independent contractor
            (ii) Registration No.:      98-02
            (iii) County:               Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 18, 2017

                                                  (SIGNATURE)