# EXHIBIT A

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  XARELTO (RIVAROXABAN)   MDL No. 2592

      PRODUCTS LIABILITY LITIGATION

 5                                    SECTION L

 6    _____  JUDGE ELDON E. FALLON

 7    THIS DOCUMENT RELATES TO:     MAG. JUDGE NORTH

 8    JOSEPH J. BOUDREAUX, JR.

      AND LORETTA BOUDREAUX

 9

      Case No. 2:14-cv-02720

10

11

12

13      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

14

15                    JUNE 23, 2016

16

17                        - - -

18           Videotaped deposition of JOSEPH J.

      BOUDREAUX, JR., held at The Lambert Firm, 701

19    Magazine Street, New Orleans, Louisiana, commencing

      at 10:01 a.m., on the above date, before Leslie B.

20    Doyle, Certified Court Reporter (#93096), Registered

      Professional Reporter, Certified Realtime Reporter.

21

22                        - - -

23           GOLKOW TECHNOLOGIES, INC.

24        877.370.3377 ph|917.591.5672 fax

25              deps@golkow.com
```

Protected - Subject to Further Protective Review

```
 1   vacations?

 2       A.   When I can, yeah.  Now, I don't consider

 3   that a vacation.  That was just a little weekend

 4   trip.  But as far as a vacation, four- or five-day

 5   vacation or a week's vacation, no, I haven't done

 6   that in a couple of years.

 7       Q.   When was the last long vacation you took?

 8       A.   It would have probably been two

 9   Christmases ago when we went to Memphis for

10   Christmas holidays.  I think it's -- it would be

11   about -- yeah, it's going on about three years since

12   we went for that.

13       Q.   Are you claiming that there's been a

14   negative impact on your sex life as a result of your

15   bleeding event?

16       A.   No.

17       Q.   Has any doctor ever told you that Xarelto

18   caused you any injury?

19       A.   Not that I recall.

20       Q.   When did you first decide that you were

21   going to hire an attorney?

22       A.   I'm not sure about the date, when it was.

23   Maybe a year after I had the problems.  I'm not

24   sure.

25       Q.   What prompted you to call an attorney?
```

Protected - Subject to Further Protective Review

```
 1        A.    I just had seen an ad on TV that they put

 2   out, that if I had had any bleeding from the use of

 3   Xarelto to -- one call.

 4        Q.    Who was the first attorney that you spoke

 5   to when you called?

 6        A.    Mekel.  Well, I don't remember if I spoke

 7   to her or your assistant or whoever first, but she

 8   was the one that took the case.

 9        Q.    Do you remember when that was?

10        A.    I don't know the date right offhand, but

11   probably back in the latter part of the year, I

12   guess, 2014.

13        Q.    2015 or 2014?

14        A.    2014, probably.

15        Q.    Ever hire an attorney before?

16        A.    No.

17        Q.    Why did you decide to bring your lawsuit?

18        A.    For all my pain and suffering and for my

19   medical expenses.  And my family, too.  I mean, it's

20   not just me.

21        Q.    Did insurance cover your medical expenses?

22        A.    They paid for my hospital visits, and I

23   have, like, copays each time, and I have so much I

24   have to pay for different tests and all that they

25   do, but I was covered.
```