# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
-------------------------------
                              )   MDL NO. 2692
IN RE:  XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION )   SECTION "L"
                              )
-------------------------------
```

This Document Relates to:
JOSEPH J. BOUDREAUX v JANSSEN
RESEARCH & DEVELOPMENT, et al
CASE NO. 2:14-CV-02720

  Videotaped deposition of KENNETH WONG, M.D., taken in the offices of Cardiovascular Institute of the South, 102 Twin Oaks Drive, Raceland, Louisiana 70394, on Monday, the 11th day of July, 2016.

APPEARANCES:

  BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
     MILES, P.C.
  (BY:  ANDY D. BIRCHFIELD, JR., ESQ.)
  218 COMMERCE STREET
  POST OFFICE BOX 4160
  MONTGOMERY, ALABAMA  36104-4160

      ATTORNEYS FOR THE PLAINTIFFS

  KAYE SCHOLER, LLP
  (BY:  JULIE B. du PONT, ESQ.)
  250 WEST 55TH STREET
  NEW YORK, NEW YORK  10019-9710

      ATTORNEYS FOR BAYER HEALTHCARE
      PHARMACEUTICALS AND BAYER PHARMA AG

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 145

1  EXAMINATION BY MS. du PONT:
2      Q.   When you prescribe medications, you
3  rely on the prescriber information, the medical
4  literature, your own judgment?
5      A.   Everything, yes.
6      Q.   Have you seen lawyer advertising for
7  Xarelto?
8      A.   Yes.
9      Q.   And have the lawyer ads impacted your
10 practice at all?
11     A.   No.  The impact to my practice is
12 that patients hear those advertising and it
13 takes a lot more to convince them that it's
14 safe, it's relatively safe.
15     Q.   What have some of your patients come
16 in, what are some of their concerns as a result
17 of the advertisement?
18     A.   Well, they see all this:  If you have
19 taken Xarelto before, contact us.
20     Q.   And what do you tell your patients
21 when they come in with those concerns?
22     A.   That it's misleading.  It makes it
23 sound like, you know, it's a terrible drug.  But
24 Coumadin is just as -- you know.  Everything --
25 it's an anticoagulant.  It's going to have an

Page 146

1  increased risk of bleeding, but serves its
2  purpose and protects you from stroke.  That's
3  what I tell them.
4       Q.   Do you counsel your patients not to
5  just stop taking their medications because they
6  are seeing these lawyer ads?
7       A.   That's the worst part.  We have had
8  cases where people stroke out because they saw
9  those commercials and stop taking them.  We have
10 had cases like that.  And you wonder whether
11 there should be a law that goes back and says
12 you can't -- you know, it's negligent
13 advertising sometimes.  You wonder if there is
14 such a thing --
15      Q.   So how many patients in your practice
16 have stopped their medications and had strokes?
17           MR. BIRCHFIELD:
18               Object to form.
19           THE WITNESS:
20               I have heard of a couple of
21      cases.  We have had maybe two cases I have
22      heard so far.
23 EXAMINATION BY MS. du PONT:
24      Q.   Earlier Mr. Birchfield was asking, if
25 there was a simple blood test you could do for