UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants failed to provide to Dr. Kenneth Wong adequate instructions for the safe use of Xarelto?

YES _____     NO _____

- ➢  *If you answered "yes" to this question, please proceed to Question #2.*

- ➢  *If you answered "no" to this question, you now have entered a verdict in favor of Defendants, and Plaintiffs cannot recover.  Please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshall that you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate instructions to Dr. Wong was a proximate cause of Joseph Boudreaux's injuries?

YES _____     NO _____

- ➢  *If you answered "yes" to this question, please proceed to Question #3.*

- ➢  *If you answered "no" to this question, you now have entered a verdict in favor of Defendants, and Plaintiffs cannot recover.  Please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshall that you have reached a verdict.*

**QUESTION #3**

What amount will fairly and adequately compensate Joseph Boudreaux for his injuries?

$_____

> ➢ *Please proceed to Question #4.*

**QUESTION #4**

What amount will fairly and adequately compensate Loretta Boudreaux for her damages due to her husband's injuries?

$_____

> ➢ *Please date and sign this verdict form, and inform the Marshal that a verdict has been reached.*

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2017.

_____
JURY FOREPERSON