# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| LISA FULTZ, Individually and on behalf of ROSETTA L. MCCONNACHIE, Deceased, | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | |
| | Civil Action No.: 17-1537 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. | |
| Defendants. | |

## MOTION FOR VOLUNTARY DISMISSAL

Comes now Plaintiff, Lisa Fultz, Individually and on behalf of Rosetta L. McConnachie, Deceased, by her undersigned counsel, and hereby moves to voluntarily dismiss this cause of action without prejudice against all Defendants, pursuant to Rule 41(a)(1). Defendants have yet to file an answer in response to Plaintiff's Complaint. Each party will bear their own costs.

DATED: May 1, 2017												Respectfully submitted,

*/s/ Robert J. Evola*
Robert J. Evola
Bradley M. Lakin
**SL CHAPMAN LLC**
330 North Fourth Street, Suite 330
St. Louis, MO 63102
Telephone: 314.588.9300
Facsimile: 314-588-9302
roberte@slchapman.com
bradl@slchapman.com