**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON |
| LISA FULTZ, Individually and on behalf of ROSETTA L. McCONNACHIE, Deceased, | ) ) ) ) | MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No.: 17-1537 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's cause of action against all the named Defendants is hereby dismissed without prejudice, and each party to bear its own costs.

Dated this _____ day of _____, 2017

_____
JUDGE