# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Elsie Smith v. Janssen Research & Development LLC, et al*
2:15-cv-00525

## SUGGESTION OF DEATH

Counsel for Plaintiff, Elsie M. Smith, pursuant to Federal Rule of Civil Procedure 25(a), hereby informs this Honorable Court of the death of Plaintiff Elsie M. Smith. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by the Executrix of the Estate of Elsie M. Smith.

Dated: May 1, 2017					Respectfully Submitted,


						/s/Kelly A. Fitzpatrick_____
						Kelly A. Fitzpatrick
						VENTURA LAW
						235 Main Street
						Danbury, CT 06810
						Ph: (203) 800-8000
						Fax: (203) 791-9264
						Kelly@venturalaw.com

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing pleading has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick