MINUTE ENTRY
FALLON, J.
APRIL 28, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON       Friday, April 28, 2017, 8:29 am
Case Manager: Dean Oser                               (Continued from April 27, 2017)
Court Reporter: Karen Ibos/Jodi Simcox

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq., Emily Jeffcott, Esq. and Fred Longer for Plaintiffs
                 Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
                 Richard Sarver, Esq. for Janssen Defendants
                 Kevin Newsom, Esq. for Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witnesses Continued:</u>
Dr. Kenneth Wong – sworn and testified
Dr. Peter Fail – sworn and testified
Dr. Gary Peters – sworn, appeared live via video feed from the U.S. District Court for the Eastern District of Pennsylvania and testified

Plaintiffs rest
Out of the presence of the jury – Defendants' Rule 50 Motion for Judgment as a Matter of Law - after argument, motion was DENIED

Court adjourned at 2:34pm until Monday, May 1, 2017, at 9:00am

JS10:     4:15