UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL NO. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
                                      :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Elsie Smith v. Janssen Research & Development LLC, et al*
2:15-cv-00525

### EX-PARTE MOTION TO SUBSTITUE PARTY PLAINTIFF

Plaintiff, by and through the undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Plaintiff, Elsie Smith by her Attorney-In-Fact Elisa Smith, with Kimberly Smith as Executrix of the Estate of Elsie Smith. In support of this Motion, the Plaintiff states the following:

1. Elsie Smith filed a products liability lawsuit against the defendants on January 30, 2015.

2. Elsie Smith by her Attorney-In-Fact Elisa Smith filed an Amended Complaint against the defendants on September 16, 2015.

3. On January 7, 2017, plaintiff's counsel was notified that Elsie Smith passed away on December 6, 2016. See redacted Certificate of Death attached hereto as Exhibit A.

4. Subsequent to Plaintiff Elsie Smith's death, Kimberly Smith sought and has been appointed as the Executrix of the Estate of Elsie M. Smith. A copy of the Letter of Authority as Executrix of the Estate of Elsie M. Smith, dated April 6, 2017, is attached and incorporated by reference herein as Exhibit B.

5. On May 1, 2017, Plaintiffs undersigned counsel filed a Suggestion of Death pursuant to

Rule 25(a)(1) of the Federal Rules of Civil Procedure.

6. Plaintiff now moves this Honorable Court, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, to enter an Order substituting Kimberly Smith as Executrix of the Estate of Elsie Smith.

7. A proposed Order is attached hereto as Exhibit C.

Dated: May 1, 2017                                    Respectfully Submitted,


/s/Kelly A. Fitzpatrick_____
Kelly A. Fitzpatrick
VENTURA LAW
235 Main Street
Danbury, CT 06810
Ph: (203) 800-8000
Fax: (203) 791-9264
Kelly@venturalaw.com

**CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing pleading has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick