# EXHIBIT

# A



# CERTIFICATION OF VITAL RECORD

## STATE OF MAINE

**Department of Health and Human Services — Certificate of Death**

State File Number: 118-2016-512975

### Decedent

- **1a. First Name:** Elsie
- **1b. Middle Name:** Morse
- **1c. Last Name:** Smith
- **1d. Suffix:** << >>
- **2. Date of Death:** Actual date of death, December 06, 2016
- **3. Sex:** Female
- **4. Social Security Number:** [redacted]
- **5a. Age (yrs) Last Birthday:** 89
- **6. Date of Birth:** [redacted]
- **7. Birthplace:** New Haven, Connecticut
- **8. Was Decedent Ever in U.S. Armed Forces?** No
- **9. Place of Death:** Daughters residence
- **10. Facility Name:** 150 Cross Point Road
- **11. County of Death:** Lincoln
- **12. City or Town of Death:** Edgecomb
- **13. Marital Status at Time of Death:** Widowed
- **14. Surviving Spouse/Partner:**
- **15. Decedent's Usual Occupation:** Registered Nurse
- **16. Kind of Business / Industry:** Healthcare
- **17. Education:** Associate degree
- **18. Ancestry:** American
- **19. Race:** White
- **20. Residence State:** Connecticut
- **21. Residence County:** New Haven
- **22. Residence City or Town:** Hamden
- **23. Residence Street and Number:** 1450 Whitney Avenue
- **24a. Parent First Name:** Donald
- **24b. Middle Name:** Everett
- **24c. Last Name Prior to First Marriage:** Morse
- **24d. Suffix:** Unknown
- **25a. Parent First Name:** Clara
- **25b. Middle Name:** Caroline
- **25c. Last Name Prior to First Marriage:** Austin
- **25d. Suffix:** Unknown

### Informant

- **26. Informant Name:** Kimberly Smith
- **27. Mailing Address:** 150 Cross Point Road Edgecomb, ME 04556

### Disposition

- **28. Method of Disposition:** Cremation
- **29. Date of Disposition:** December 08, 2016
- **30. Was Body Embalmed?** No
- **31a. Place of Disposition:** Oak Grove Crematory
- **31b. Location (City or town, state):** Gardiner, Maine
- **32a. Signature of Funeral Practitioner or Authorized Person:** *Michael J Hall* — Signature Electronically Authenticated
- **32b. Name and Address of Facility or Authorized Person:** Hall Funeral Home - Boothbay, 975 Wiscasset Rd, Boothbay, Maine 04537

### Certifier

- **33a. Signature and Title of Certifier:** To the best of my knowledge, death occurred at the time, date, and place, due to the cause(s) and manner as stated. /S/ Timothy T Goltz Doctor of Medicine
- **33b. Date Signed:** December 06, 2016
- **33c. Name and Address of Certifier:** Timothy T Goltz, 35 Miles Street, Damariscotta, Maine 04543
- **34. Was Body Viewed After Death?** No
- **35. Time of Death:** 03:50 AM Actual time of death
- **36. Manner of Death:** Natural
- **37. Medical Examiner Case Number:**

### Cause of Death

**38. Part I.**

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause of Death | Dementia | 5 years |
| b. Due to (Or as a consequence of): | | |
| c. Due to (Or as a consequence of): | | |
| d. Due to (Or as a consequence of): | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

### Registrar

- **39. Signature of Registrar:** *Kim E. Haggan* — Signature Electronically Authenticated
- **40. Date Filed:** December 08, 2016

---

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE ABSTRACT OR COPY OF A CERTIFICATE OR RECORD WHICH IS IN MY OFFICIAL CUSTODY.

**TOWN OF:** Edgecomb
**DATE ISSUED:** December 16, 2016
**ATTEST:** *Claudia P. Coffin*   *Claudia P. Coffin*
STATE REGISTRAR/MUNICIPAL CLERK

VS-31 R092015
This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE