# EXHIBIT B

| FIDUCIARY'S PROBATE CERTIFICATE PC-450 REV. 7/15 | STATE OF CONNECTICUT COURT OF PROBATE | |
|---|---|---|
| COURT OF PROBATE, Hamden - Bethany Probate Court | DISTRICT NO. PD37 | |
| ESTATE OF/IN THE MATTER OF<br><br>Elsie Morse Smith   (17-00349) | | DATE OF CERTIFICATE<br><br>April 6, 2017 |
| FIDUCIARY'S NAME AND ADDRESS<br><br>Kimberly Smith, 150 Cross Point Road, Edgecomb, ME 04556 | FIDUCIARY'S POSITION OF TRUST<br><br>Executrix | DATE OF APPOINTMENT<br><br>April 6, 2017 |

The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary because the appointment is unrevoked and in full force as of the above date of certificate.

**This certificate is valid for one year from the date of the certificate.**

Other limitation, if any, on the above certificate:

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the above date of certificate.

Debra P. Caseria, Assistant Clerk

Court Seal

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**