# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  MDL NO. 2592
                              :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
_____:  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Elsie Smith v. Janssen Research & Development LLC, et al*
2:15-cv-00525

## ORDER

The court, after considering the Plaintiff's Motion for Substitution of Party as well as any

responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Kimberly Smith as Executrix of the Estate of Elise Smith be

substituted for Elsie Smith by her Attorney-In-Fact Elisa Smith in the above captioned case.

Dated: _____          _____
                                 Hon. Eldon E. Fallon
                                 United States District Court Judge