UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:**

*Wanda Smith v. Janssen Research & Development, LLC, et al 2:16-cv-17765*
--------
*Murphy Howard v. Janssen Research & Development, LLC, et al 2:16-cv-17770*
--------
*Gloria Powell v. Janssen Research & Development, LLC, et al 2:16-cv-17771*

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW, the Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this Honorable Court for an extension of time to satisfy the Amended Plaintiff Fact Sheet Deficiencies. The deadline is currently set for May 1, 2017. Plaintiff requests an additional 60 days with a new deadline of July 1, 2017.

In support of their motion, Plaintiffs submit the attached Memorandum in Support. In short, Plaintiffs' counsel is waiting for Plaintiffs' medical providers to respond to additional outstanding medical record requests.

This is Plaintiffs' First Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet deficiencies.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until

1

July 3, 2017.

Dated: May 1, 2017

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 1st day of May, 2017

/s/ Joel L. DiLorenzo