UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:**

*Wanda Smith v. Janssen Research & Development, LLC, et al 2:16-cv-17765*
--------
*Murphy Howard v. Janssen Research & Development, LLC, et al 2:16-cv-17770*
--------
*Gloria Powell v. Janssen Research & Development, LLC, et al 2:16-cv-17771*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiffs' Motion for Extension of Time to Satisfy their Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed their individual Complaints in the above-captioned cases on December 23, 2016.

2) Plaintiffs timely filed their individual Plaintiff Fact Sheets on March 23, 2016.

3) Defendant notified the Plaintiffs of specific Plaintiff Fact Sheet deficiencies on April 11, 2017 – mainly, certain outstanding medical and/or prescription records.

4) Plaintiffs have ordered, but not received, the additional necessary medical and/or prescription records.

5) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

1

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until July 3, 2017.

Dated: May 1, 2017

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 1st day of May, 2017

/s/ Joel L. DiLorenzo