UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:**

*Wanda Smith v. Janssen Research & Development, LLC, et al 2:16-cv-17765*
--------
*Murphy Howard v. Janssen Research & Development, LLC, et al 2:16-cv-17770*
--------
*Gloria Powell v. Janssen Research & Development, LLC, et al 2:16-cv-17771*

**PLAINTIFFS' NOTICE OF SUBMISSION**

COMES NOW, the Plaintiffs in the above-listed actions, and file this Notice of Submission relating to their Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies which will be submitted to the Court on May 24, 2017 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: May 1, 2017

                                             Respectfully Submitted,

                                             /s/ Joel L. DiLorenzo
                                             Joel L. DiLorenzo
                                             Attorney for Plaintiff

                                             The DiLorenzo Law Firm, LLC
                                             505 20th Street North, Suite 1275
                                             Birmingham, Alabama 35203
                                             Telephone: 205-212-9988
                                             Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing PLAINTIFFS' NOTICE OF SUBMISSION REGARDING THEIR MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This the 1st day of May, 2017

      /s/ Joel L. DiLorenzo