**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

2:15-cv-01864; *Wiener v. Janssen Research & Development LLC, et al.*

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney hereby informs the Honorable Court of the death of Plaintiff, Walter Wiener.

DATED: May 1, 2017

By: /s/ *Adam H. Weintraub*

Adam H. Weintraub, Esq.
Wendy R. Fleishman, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
aweintraub@lchb.com
wfleishman@lchb.com

1345470.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/ *Adam H. Weintraub*
Adam H. Weintraub

1345470.1