**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

2:15-cv-01864; *Wiener v. Janssen Research & Development LLC, et al.*

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Walter Wiener, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 25(a)(1), hereby files this Motion For Substitution of Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Walter Wiener, passed away on January 30, 2016, as reported to the Court in the Notice of Death filed on May 1, 2017.

2. Plaintiff will seek to substitute Marilyn Wiener as the Party Plaintiff due to the death of Walter Wiener. Marilyn Wiener has been appointed as Executrix of the Estate of Walter Wiener by the Torrington Area Probate Court, Torrington, Connecticut.

1345488.1

3.   Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Marilyn Wiener, as Executrix for the deceased, Walter Wiener, as the named party in the place of Walter Wiener.

WHEREFORE, Plaintiff prays that this Motion for Substitution of Parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

DATED:  May 1, 2017                                   By:       /s/ *Adam H. Weintraub*

                                                       Adam H. Weintraub
Wendy R. Fleishman, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:     (212) 355-9500
Facsimile:      (212) 355-9592
aweintraub@lchb.com
wfleishman@lchb.com

1345488.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Adam H. Weintraub*
Adam H. Weintraub

1345488.1