**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

2:15-cv-01864; *Wiener v. Janssen Research & Development LLC, et al.*

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion For Substitution of Parties requesting the substitution of Marilyn Wiener, Executrix for the deceased, Walter Wiener, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion For Substitution of Parties is HEREBY GRANTED, and the Clerk is hereby directed correct the caption to reflect the proper party as "Marilyn Wiener, Executrix for the deceased, Walter Wiener," Plaintiff.

Dated this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
United states District Court Judge

1345484.1