# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*DIEANN TROY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-07825*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

 Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Dieann Troy.

Dated: March 17, 2017     Respectfully submitted,

            /s/ Russell T. Abney_____
            Russell T. Abney, Esq.
            Attorney I.D. No. 000875 (GA)
            FERRER, POIROT & WANSBROUGH
            2100 RiverEdge Pkwy NW, Suite 1025
            Atlanta, GA 30328
            Telephone: 800.521.4492
            Fax: 866.513.0115
            atlanta@lawyerworks.com
            *Attorney for the Plaintiffs*

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: March 17, 2017                      Respectfully submitted,

                                            /s/ Russell T. Abney
                                            Russell T. Abney, Esq.
                                            Attorney I.D. No. 000875 (GA)
                                            FERRER, POIROT & WANSBROUGH
                                            2603 Oak Lawn Avenue Suite 300
                                            Dallas, TX 75219
                                            Telephone: 800.521.4492
                                            Fax: 866.513.0115
                                            rabney@lawyerworks.com
                                            *Attorney for the Plaintiffs*