# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*RICHARD HALLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-11319*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Willene Halley, on behalf of the Estate of Richard Halley, as Plaintiff in the above captioned cause.

1. Richard Halley filed a products liability lawsuit against defendants on May 17, 2016.

2. Plaintiff Richard Halley died on October 3, 2016.

3. Richard Halley's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 17, 2017, attached hereto as "Exhibit A."

5. Willene Halley, as surviving spouse of Richard Halley, is a proper party to substitute for plaintiff-decedent Richard Halley and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a

party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: May 2, 2017                                  Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: May 2, 2017                                                  Respectfully submitted,

                                                                  /s/ Russell T. Abney_____
                                                                  Russell T. Abney, Esq.
                                                                  Attorney I.D. No. 000875 (GA)
                                                                  FERRER, POIROT & WANSBROUGH
                                                                  2100 RiverEdge Pkwy NW, Suite 1025
                                                                  Atlanta, GA 30328
                                                                  Telephone: 800.521.4492
                                                                  Fax: 866.513.0115
                                                                  atlanta@lawyerworks.com
                                                                  *Attorney for the Plaintiffs*