# COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

**1185061**

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

- **Registration Area Number:** 120
- **Certificate Number:** 352
- **Full Name of Decedent:** ALBERT FREDERICK HARPER JR.
- **Sex:** Male
- **Date of Death:** MARCH 8, 2017 (Actual)
- **Date of Birth:** JUNE 4, 1947
- **Age:** 69
- **Was Decedent Ever in U.S. Armed Forces:** No
- **Birthplace:** VIRGINIA
- **Social Security Number:** 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
- **Street Address:** 4307 KETCHAM DRIVE
- **City or Town of Residence:** CHESTERFIELD
- **Inside City or Town Limits:** No
- **County of Decedent's Residence:** CHESTERFIELD COUNTY
- **State of Residence:** VIRGINIA
- **Zip Code:** 23832
- **Race:** White
- **Origin:** Non-Hispanic
- **Education:** High School Diploma
- **Citizen of What Country:** UNITED STATES OF AMERICA
- **Usual or Last Occupation:** MANAGER
- **Kind of Business or Industry:** INDUSTRIAL
- **Marital Status:** Married
- **Name of Spouse:** JUNE B. HARPER
- **Father's Name:** ALBERT F. HARPER SR. (Male)
- **Mother's Name:** HAZEL WHEELER (Female)
- **Informant's Relationship:** SON
- **Name of Informant:** JAKE HARPER
- **Name of Hospital or Institution of Death:** CJW MEDICAL CENTER - JOHNSTON WILLIS DRIVE
- **Death occurred in hospital:** Inpatient
- **City or Town of Death:** RICHMOND
- **Street Address of Place of Death:** 1401 JOHNSTON-WILLIS DRIVE
- **Zip Code:** 23235
- **County of Death:** CHESTERFIELD COUNTY
- **Method of Disposition:** Cremation/Incineration
- **Place of Disposition:** JOSEPH W. BLILEY CO. - CHIPPENHAM CHAPEL
- **Street Address:** 6900 HULL ST. RD.
- **City/County:** RICHMOND
- **State:** VIRGINIA
- **Zip Code:** 23224
- **Signature of Funeral Director:** /S/ NICOLE C BLANCHARD
- **Licensee's No.:** 0502900141
- **Name of Funeral Home:** BLILEY, JOSEPH W. COMPANY, INC
- **Name of Funeral Director:** NICOLE C BLANCHARD
- **Address of Funeral Home:** CHIPPENHAM CHAPEL P O BOX 6267 RICHMOND VIRGINIA 23230
- **Time of Death:** 04:30 PM (Actual)

**PART I. Immediate Cause of Death:**
(A) Extensive Stage lung cancer - small cell

**PART II. Other significant conditions:**
Neutropenic fever. aspiration pneumonia

- **Was Medical Examiner Contacted:** No
- **Autopsy:** No
- **Were Findings Available to Complete Cause of Death:** (blank)
- **Did Tobacco Use Contribute to Death:** Possibly
- **Pregnant:** Not Pregnant Within Past Year
- **Signature of Person Completing the Cause of Death:** Will V
- **Title:** Medical Doctor
- **Date Signed:** 3/14/2017
- **Name of Person Providing Medical Certification:** Will R. Koelzke
- **Address:** 1401 Johnston Willis Dr #100, Richmond, VA 23235
- **Medical License No.:** 0101250498
- **Are You a Designee:** No
- **Signature of Registrar:** Debbie Peters
- **Printed Name of Registrar:** Debbie Peters
- **Date Record Filed:** Mar. 15, 2017

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED: MAR 1 5 2017


Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C