# AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

State of Virginia )
) SS:
County of Chesterfield )
)

I June Bookee Harper being duly sworn according to law, declare that I
*(First, middle, last name)*

reside at 4307 Ketcham Dr. , Chesterfield, Virginia and
*(Street address)* *(City, State)*

that on 4/26/17 , Albert Frederick Harper who made no will, had
*(Date)* *(Name of the Deceased)*

permanent legal residence at 4307 Ketcham Dr Chesterfield, Virginia

I am the (widow) widower, child, father, mother, other and as such am entitled to receive
*(Circle relationship)*

the decedent's estate under the laws of Virginia .
*(Name of U.S. state where decedent last had legal permanent residence)*

## NAMES OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters:

| Name | Date/Place of Birth | Address | Relationship |
|---|---|---|---|
| June Bookee Harper | 1/22/44 Newport News, Va | Chesterfield, Va | Wife |
| Jason F. Harper | 7/14/73 Chesterfield, Va | 1935 Autumn Oaks Lane Powhatan, Va 23139 | Son |

_____

_____

_____

_____

June Booker Harper        4/26/17
(Signature of Affiant)

Subscribed and sworn (or affirmed to) before me by June Booker Harper at 8300 Hull Street Rd, North Chesterfield, Virginia on 26th day of April 2017.



(Signature of Notary Public)

Dionne Y. Robertson
(Name of Notary Public)