UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ALBERT HARPER v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-03374**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **ALBERT HARPER** on behalf of her deceased spouse, **ALBERT HARPER**, for the following reasons:

I.

On August 10, 2015 **ALBERT HARPER** filed a Complaint in the above referenced matter.

II

On March 8, 2017, **ALBERT HARPER** died.

III.

The decedent's spouse, **JUNE HARPER**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **ALBERT HARPER**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 2nd day of May, 2017.

                                                By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Date: _____

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of May, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

              */s/ John Jewell Pace*
              **JOHN JEWELL PACE (#1115)**

              */s/ Samuel C. Ward*
              **SAMUEL C. WARD (#29508)**