UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2592 |
| | | SECTION L |
| **This Document Relates To:** | * | |
| *Joseph J. Boudreaux, Jr., et al.* | * | |
| *v. Janssen et al.* | * | |
| Case No. 2:14-cv-02720 | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Before the Court are Defendants' Motions Strike (R. Docs. 6318, 6319) and Defendants' Motions for Judgment as a Matter of Law (R. Docs. 6345, 6346). For the reasons stated orally in open court, **IT IS ORDERED** that the motions are **DENIED**.

New Orleans, Louisiana, this 1st day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge

1