MINUTE ENTRY
FALLON, J.
MAY 1, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON      Monday, May1, 2017, 9:00am
Case Manager: Dean Oser                        (Continued from April 28, 2017)
Court Reporter: Tana Hess/Cathy Pepper

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq.,
             Emily Jeffcott, Esq. and Fred Longer for Plaintiffs
             Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
             Richard Sarver, Esq. for Janssen Defendants
             Kevin Newsom, Esq. for Defendants

<u>JURY TRIAL</u>

Defendants' Witnesses:
Dr. Colleen Johnson – sworn, offered as an expert in the field of cardiology, cardio electrophysiology, labeling and clinical treatment of A-Fib patients - accepted and testified
Dr. Scott Boniol – sworn, offered as an expert in the field of hematology and oncology – accepted and testified

Court adjourned at 6:01pm until Tuesday, May 2, 2017, at 9:00am

JS10:   6:48