# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*SHIRLEY LOWE v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Civil Action No. 2:16-cv-08517

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Donna Pinedo, on behalf of the Estate of Shirley Lowe, is substituted for Plaintiff Shirley Lowe in the above captioned cause.

Dated: _____    _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge