UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | | |

**JOINT STIPULATION REGARDING MEDICAL RECORDS AND BILLS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph J. Boudreaux, Jr. and Loretta Boudreaux, and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively "Parties") who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

Pursuant to the provisions of LSA-R.S. 13:3714(A), as well as Fed. R. Evid. 803(4), 803(6), 902(8), and 902(11), the medical records and medical bills identified in Plaintiffs' and Defendants' respective Exhibit Lists and Supplemental Exhibit Lists reflect medical treatment and medical bills (including medical bills totaling $118,091.39 ($36,850.10 of medical bills related to GI bleed treatment and $81,241.29 of medical bills related to the subsequent cardiac treatment, including the LARIAT treatment and treatment for pericardial effusion)) of Plaintiff Joseph J. Boudreaux, Jr., and the Parties agree to the authenticity and admissibility of these documents. This agreement extends only to the authenticity and admissibility of the referenced documents.

II.

Except as specified above and in other Joint Stipulations, the Parties reserve all rights and defenses.

Dated: May 2, 2017

Respectfully submitted:

| | |
|---|---|
| By: */s/ Andy D. Birchfield, Jr.*<br>    Andy D. Birchfield, Jr.<br>    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>    218 Commerce Street<br>    Montgomery, AL 36104<br>    Andy.birchfield@beasleyallen.com<br>    1-800-898-2034 (tel)<br>    334 954 7555 (fax)<br><br>*Counsel for Joseph Boudreaux, Jr. and Loretta Boudreaux* | By: */s/ Leonard A. Davis*<br>    Leonard A. Davis<br>    HERMAN, HERMAN & KATZ, LLC<br>    820 O'Keefe Avenue<br>    New Orleans, LA 70113<br>    Telephone: (504) 581-4892<br>    Fax: (504) 561-6024<br>    ldavis @hhklawfirm.com<br><br>By: */s/ Gerald E. Meunier*<br>    GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC<br>    2800 Energy Centre, 1100 Poydras Street<br>    New Orleans, LA 70163-2800<br>    Telephone: (504) 522-2304<br>    Fax: (504) 528-9973<br>    gmeunier@gainsben.com<br><br>*Plaintiffs' Liaison Counsel* |

2

| | |
|---|---|
| By: */s/ Richard E. Sarver*<br>Richard E. Sarver<br>Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>T: 504.589.9733<br>rsarver@barrassousdin.com<br><br>*Attorney for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC* | By: */s/ Beth A. Wilkinson*<br>Beth A. Wilkinson<br>WILKINSON WALSH+ESKOVITZ LLP<br>1900 M Street NW, Suite 800,<br>Washington, DC 20036<br>Direct: (202) 847-4010<br>Fax: (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br><br>/s/ David E. Dukes<br>David E. Dukes<br>Nelson, Mullins, Riley & Scarborough, LLP<br>Meridian, 17th Floor<br>1320 Main Street<br>Columbia, SC 29201<br>T: 803.255.9451<br>F: 803.256.7500<br>david.dukes@nelsonmullins.com<br><br>*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Gerald E. Meunier*
**GERALD E. MEUNIER**