MINUTE ENTRY
FALLON, J.
MAY 2, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON | Tuesday, May 2, 2017, 9:54am |
| Case Manager: Dean Oser | (Continued from May 1, 2017) |
| Court Reporter: Tana Hess | |

Appearances:  Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq., Emily Jeffcott, Esq. and Fred Longer for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Kevin Newsom, Esq. for Defendants

<u>JURY TRIAL</u>

<u>Defendants' Witnesses:</u>
Veronica Theriot – sworn and testified

Defendants rest

Jury was excused for the day to return tomorrow, May 3, 2017 at 9:00am.

Out of the presence of the jury – the parties reserved their rights to urge their post-testimony motions until 8am tomorrow at 8am.

Court adjourned at 10:53am until Wednesday, May 3, 2017 at 8:00 am

JS10:   :59