UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL 2592 |
| | | SECTION L |
| THIS MATTER RELATES TO: | | JUDGE ELDON E. FALLON |
| **Keith Reed vs. Janssen Research and Development, et al (15-6401)** | | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please take Notice, Leonard A. Davis and Danielle T. Hufft of Herman, Herman & Katz, LLC, hereby enters their appearance as counsel for Plaintiff, Keith Reed. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: May w, 2017

By:  /s/ Danielle T. Hufft
Russ M. Herman (La. Bar No.: 6819)
rherman@hhklawfirm.com
Leonard A. Davis (La. Bar No.: 14190)
ldavis@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Danielle T. Hufft (La. Bar No. 32260)
dhufft@hhklawfirm.com
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:  (504) 561-6024

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ Danielle T. Hufft
                                             DANIELLE T. HUFFT