UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| THIS MATTER RELATES TO: | ) | JUDGE ELDON E. FALLON |
| | ) | |
| **Bonnette vs. Janssen Research** | ) | |
| **and Development, et al (16-3622)** | ) | MAG. JUDGE NORTH |
| | ) | |

_____

## NOTICE OF APPEARANCE

Please take Notice, Leonard A. Davis and Danielle T. Hufft of Herman, Herman & Katz, LLC, hereby enters their appearance as counsel for Plaintiff, Leslie Bonnette. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: May 2, 2017

By:     /s/ Danielle T. Hufft_____
        Russ M. Herman (La. Bar No.: 6819)
        rherman@hhklawfirm.com
        Leonard A. Davis (La. Bar No.: 14190)
        ldavis@hhklawfirm.com
        Stephen J. Herman (La. Bar No.: 23129)
        Sherman@hhklawfirm.com
        Danielle T. Hufft (La. Bar No. 32260)
        dhufft@hhklawfirm.com
        HERMAN HERMAN & KATZ, LLC
        820 O'Keefe Ave.
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax:  (504) 561-6024

        *ATTORNEYS FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Danielle T. Hufft
DANIELLE T. HUFFT