IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| Kirby Russell v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14425 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DIMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, Kirby Russell, despite several attempts, will not return telephone calls or return the necessary documents required to pursue his claim.

Counsel has tried contacting Plaintiff by mail and telephone on several occasions. Correspondence was sent to Plaintiff on October 10, 2016, January 3, 2017, and February 1, 2017. Voicemail messages were also left for Plaintiff on November 6, 2016, November 23, 2016, and January 24, 2017. To date, Plaintiff has not contacted us.

Counsel therefore respectfully requests this Honorable Court grant his Motion for Voluntary Dismissal With Prejudice.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
　　Constantine Venizelos (0078596)
　　Ryan J. Cavanaugh (0079996)
　　William D. Mason (0092747)
　　127 Public Square, Suite 2200
　　Cleveland, Ohio 44114
　　(216) 575-0777
　　(216) 575-0799 (Fax)
　　cvenizelos@kelley-ferraro.com
　　rcavanaugh@kelley-ferraro.com
　　wmason@kelley-ferraro.com
　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 3rd day of May, 2017.

　　/s/ Ryan J. Cavanaugh
　　Ryan J. Cavanaugh (0079996)
　　Counsel for Plaintiff