IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| Kirby Russell v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14425 |

## ORDER

This matter came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, with each party to bear their own costs.

_____   _____
DATE                                                              JUDGE ELDON E. FALLON