# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH |
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 2:16-cv-06578-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al. | ) **ORDER FOR SUBSTITUTION OF THE PROPER PARTY** |
| Defendants. | ) |

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and for Leave to File Amended Complaint filed by Plaintiff, Karen Aiken Fentress, is hereby **GRANTED.** Plaintiff, Karen Aiken Fentress, is substituted by Harry Neal Aiken, Jr., and is hereby granted leave to file the First Amended Joint Complaint tendered with their Motion. The Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

New Orleans, Louisiana this 1st day of May, 2017.

_____
United States District Judge