UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*John Booth*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*2:16-cv-07202*

**ORDER**

　　　　IT IS ORDERED that the Motion for Substitution of Clara Booth, surviving spouse of John Booth, as the Plaintiff in this action is HEREBY GRANTED.

　　　　New Orleans, Louisiana, this  1st  day of      May            , 201 7  .

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE