UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Elsie Smith v. Janssen Research & Development LLC, et al*
2:15-cv-00525

## ORDER

The court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Kimberly Smith as Executrix of the Estate of Elise Smith be substituted for Elsie Smith by her Attorney-In-Fact Elisa Smith in the above captioned case.

New Orleans, Louisiana this 1st day of May, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge