MINUTE ENTRY
FALLON, J.
MAY 3, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2592 |
| REF: C.A. 14-2720 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON          Wednesday, May 2, 2017, 8:00 am
Case Manager: Dean Oser                          (Continued from May 2, 2017)
Court Reporter: Cathy Pepper

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Roger Denton Esq.,
               Emily Jeffcott, Esq. and Fred Longer for Plaintiffs
               Beth Wilkinson, Esq., and David Dukes, Esq., for Defendant Bayer Defendants
               Richard Sarver, Esq. for Janssen Defendants
               Kevin Newsom, Esq. for Defendants

## JURY TRIAL
Out of the presence of the jury:
Defendant's Rule 50(a) Motion for Judgment as a Matter of Law – DENIED
Plaintiffs' Rule 50 Motion for Judgment as a Matter of Law – DENIED
Plaintiffs' Motion to Strike or, in the alternative, Motion to Instruct Jury regarding certain exhibits – DENIED

The parties' objections to the jury charges were addressed by the Court.

Jury returns
Closing Arguments began.
Out of the presence of the jury – Defendants' Motion for mistrial – DENIED
Jury returns, closing arguments continued
Jury charged and instructed by Court.
Jury retires for deliberation at 12:18 pm

Jury returned from deliberations at 2:40pm

VERDICT: - See verdict form attached.
The Court orders that the verdict be entered into the record and be made judgment of the Court.
Jury polled; all answer in affirmative.

The Jury is thanked and excused.


JS10:     3:35