UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants failed to provide to Dr. Kenneth Wong adequate instructions for the safe use of Xarelto?

YES _____   NO __✓__

> ➤ *If you answered "yes" to this question, please proceed to Question #2.*
>
> ➤ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate instructions to Dr. Wong was a proximate cause of Joseph Boudreaux's injuries?

YES _____   NO _____

> ➤ *If you answered "yes" to this question, please proceed to Question #3.*
>
> ➤ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #3**

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate **Joseph Boudreaux** for his injuries?

   Physical Pain and Suffering     $_____
   and Mental Anguish

   Medical Expenses     $_____

> ➤ *Please proceed to Question #4.*

**QUESTION #4**

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate **Loretta Boudreaux** for her damages due to her husband's injuries?

   Loss of Consortium     $_____

> ➤ *Please date and sign this verdict form, and inform the Marshal that a verdict has been reached.*

New Orleans, Louisiana, this __3rd__ day of __MAY__, 2017.

                       _____
                       JURY FOREPERSON