UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants failed to provide to Dr. Kenneth Wong adequate instructions for the safe use of Xarelto?

YES _____    NO _____

> ➢ *If you answered "yes" to this question, please proceed to Question #2.*

> ➢ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate instructions to Dr. Wong was a proximate cause of Joseph Boudreaux's injuries?

YES _____    NO _____

> ➢ *If you answered "yes" to this question, please proceed to Question #3.*

> ➢ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #3**

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate **Joseph Boudreaux** for his injuries?

   Physical Pain and Suffering   $_____
   and Mental Anguish


   Medical Expenses   $_____


  ➢ *Please proceed to Question #4.*

**QUESTION #4**

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate **Loretta Boudreaux** for her damages due to her husband's injuries?

   Loss of Consortium   $_____


  ➢ *Please date and sign this verdict form, and inform the Marshal that a verdict has been reached.*

New Orleans, Louisiana, this _____ day of _____, 2017.


             _____
             JURY FOREPERSON