UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 14-2720 – Boudreaux, et al v. Janssen, et al | SECTION: L (5) |

O R D E R

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to The Commerce Restaurant, the sum of $ 109.75, for LUNCH provided for the jury in this matter on May 3, 2017.

New Orleans, Louisiana, this  4th  day of May, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**