THE CAMELLIA GRILL
300 Camp Street
New Orleans, LA 70130
(504) 561-9239

**CASH RECEIPT**

DATE: 5/3/17   # PERSONS: _____

SERVER: Casey   AMOUNT: $109.75

*Thank You*

---

5.3.17            Rm 456

500 Poydras
4th
Toni

```
 2.50  • 2 Chips
10.00  • 4 Fries
10.00 •(1) Chef Salad
10.00 •(1) Grilled Chicken Garden
10.00 •(1) Grilled Chicken Ceasar
 7.00 •(1) Hot Sausage on Bun
48.00 •(4) Shrimp dressed
 7.25 •(1) Burger on Bun
─────
104.75
+5.00 : Delivery Fee
─────
109.75
```