UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| **This Document Relates To:** | * | |
| *Joseph J. Boudreaux, Jr., et al.* | * | |
| *v. Janssen et al.* | * | |
| *Case No. 2:14-cv-02720* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

---

**O R D E R**

---

Before the Court are Defendants' Motion for Judgment as a Matter of Law (R. Doc. 6376), Plaintiffs' Motion for Judgment as a Matter of Law (R. Doc. 6378) and Plaintiffs' Motion to Strike (R. Doc. 6379). For the reasons stated orally in open court, **IT IS ORDERED** that the motions are **DENIED**.

New Orleans, Louisiana, this 4th day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge

1