UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :       MDL No. 2592
                                        :
                                        :       SECTION L
THIS DOCUMENT RELATES TO:               :
THE CASES LISTED BELOW                  :
                                        :       JUDGE ELDON E. FALLON
                                        :
                                        :       MAGISTRATE JUDGE NORTH

## ORDER

On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Betancourt, Teresa | Pro Se – Teresa Betancourt | 2:15-cv-05426 |
| 2. | Cleghorn, Helen | Bernstein Liebhard LLP | 2:16-cv-02959 |
| 3. | Farinas, Arsenio | Pro Se – Arsenio Farinas | 2:15-cv-05 186 |
| 4. | Haggerty, Cindy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:15-cv-06790 |
| 5. | Hall, Charles | Slater, Slater Schulman, LLP | 2:16-cv-09774 |
| 6. | Hartman, William | Slater, Slater Schulman, LLP | 2:16-cv-03522 |
| 7. | Hedtcke, Ronald (duplicate case) | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-06575 |
| 8. | Huelster, Walter | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04840 |
| 9. | Martinez-Hernandez, Tatiana | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05424 |
| 10. | Morale, Aurea | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05191 |
| 11. | Morison, Philip | Slater, Slater Schulman, LLP | 2:16-cv-10912 |
| 12. | Neis, Thomas | Morris Law Firm | 2:16-cv-01675 |
| 13. | Paloma, Gabriel, Jr. | Slater, Slater Schulman, LLP | 2:16-cv-04575 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 14. | Phillips, Glenda | Bernstein Liebhard LLP | 2:16-cv-04490 |
| 15. | Robertson, Violet | Bernstein Liebhard LLP | 2:15-cv-03715 |
| 16. | Rodriguez, Dionicio | Slater, Slater Schulman, LLP | 2:16-cv-10071 |
| 17. | Rose, Samuel | Slater, Slater Schulman, LLP | 2:1 6-cv- 10942 |
| 18. | Russell, Jennifer | Slater, Slater Schulman, LLP | 2:16-cv-10104 |
| 19. | Stevens, Julie | Provost Umphrey Law Firm L.L.P. | 2:16-cv-06052 |
| 20. | Trinidad, Edgardo | Slater, Slater Schulman, LLP | 2:16-cv-07087 |
| 21. | Vest, Terry | Slater, Slater Schulman, LLP | 2:16-cv-09416 |
| 22. | Way, Virginia | Slater, Slater Schulman, LLP | 2:16-cv-10992 |
| 23. | Williams, Cathleen | Slater, Slater Schulman, LLP | 2:16-cv-10998 |
| 24. | Zouain, Jose | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05226 |

New Orleans, Louisiana, on this 2nd day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge