UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Civil Action 15-1561*

## ORDER

It has come to the Court's attention that Plaintiff in the above-mentioned case no longer wishes to pursue his claim against Defendants. While this Court recognizes Plaintiff's request to dismiss without prejudice, pursuant to Pretrial Orders 24, 24A, and 29, dismissal without prejudice is inappropriate. Because Plaintiff no longer wishes to pursue his claim, this Court finds no reason to enter his dismissal without prejudice. Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (R. Doc. 6259) is **DENIED**, and that the above-mentioned case will be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 3rd day of May, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE