**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

2:15-cv-01864; *Wiener v. Janssen Research & Development LLC, et al.*

**PROPOSED ORDER**

      THIS MATTER having come before the Court on Plaintiff's Motion For Substitution of Parties requesting the substitution of Marilyn Wiener, Executrix for the deceased, Walter Wiener, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion For Substitution of Parties is HEREBY GRANTED, and the Clerk is hereby directed correct the caption to reflect the proper party as "Marilyn Wiener, Executrix for the deceased, Walter Wiener," Plaintiff.

New Orleans, Louisiana, this 3rd day of May, 2017

                                                    Honorable Eldon E. Fallon
                                                    United states District Court Judge