UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ALBERT HARPER v. JANSSEN PHARMACEUTICALS, INC., et al**

2:15-cv-03374

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **JUNE HARPER**, on behalf of her deceased spouse, **ALBERT HARPER**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this __4th__ day of __May__, 2017.

_____
Eldon E. Fallon, United States District Court Judge