**THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EDWARD DAVIDSON,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) **Case No:  2:17-cv-03464-EEF-MBN** |
| **vs.** | ) |
| | ) |
| | ) |
| **JANSSEN RESEARCH &** | ) |
| **DEVELOPMENT, LLC, et al.,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| | ) |

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

COMES NOW Edward Davidson, Plaintiff in Case Number :  2:17-cv-03464,

Central District of California, and moves that the Court vacate the Conditional Transfer

Order in this case and to issue an order remanding this case to the United States District

Court, Central District of California.  A memorandum in support of Plaintiff's Motion is

submitted herewith.

Respectfully Submitted,

Dated: May 4, 2017                    By:  _/s/: Jonathan P. Staffeldt

Lee Jackson
Jonathan P. Staffeldt
Attorneys for Plaintiff
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, California 90067
Telephone: (310) 396-9600
Fax: (310) 396-9635