THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD DAVIDSON, ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT, LLC, et al., ) <br> ) <br> Defendants, ) <br> ) <br> ) | Case No: 2:17-cv-03464-EEF-MBN |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Defendant improperly removed this action on March 31, 2017 and before Plaintiff could file the remand motion, this action was transferred to the above captioned multidistrict litigation.

There is no federal subject matter jurisdiction in this case since there is clearly a lack of complete diversity of citizenship between opposing parties.  <u>Plaintiff prepared a Motion To Remand this action back to the Superior Court of California, County of Los Angeles and is attaching it hereto as Exhibit A</u>.  As set forth therein, in order for the Federal Court to exercise jurisdiction upon removal, defendant must establish complete

diversity of citizenship.  28 U.S.C. §§ 1332.  *Zahn v. International Paper Co.*, 414 U.S. 291, 300 (1973); *Snyder v. Harris*, 394 U.S. 332 (1969).  Any instance of common citizenship between opposing parties totally defeats federal diversity jurisdiction. *United Policyholders*, 1999 U.S. Dist. LEXIS 18546, *2 (N.D. Cal. 1999).  Plaintiff Davidson, a California resident, named defendant McKesson Corporation in the Complaint.  McKesson is a California based defendant with its principal place of business in San Francisco, California.  Common citizenship clearly exists between Plaintiff Davidson and defendant McKesson, thus complete diversity cannot be established.   Accordingly, the Federal Court does not have jurisdiction over this case.  Central District cases have recently been remanded when defendants attempted removal on the very same grounds as in this case, and in fact involved the same McKesson defendant.  See, e.g., *Alarcon v. Organon USA, Inc.,* No. CV 13-6337 WL 4763875 (C.D. Cal. 2013).

     Plaintiff hereby requests that the Panel vacate the conditional transfer of the above-entitled action from the United States District Court for the Central District of California, to the MDL Transferee Court assigned by the Judicial Panel of Multidistrict Litigation pursuant to Conditional Transfer Order (CTO-145).

                                             Respectfully Submitted,

Dated: May 4, 2017                 By:   /s/: Jonathan P. Staffeldt

                                             Lee Jackson
                                             Jonathan P. Staffeldt
                                             Attorneys for Plaintiff
                                             MILSTEIN JACKSON
                                             FAIRCHILD & WADE, LLP
                                             10250 Constellation Blvd., Suite 1400

Los Angeles, California 90067
Telephone: (310) 396-9600
Fax: (310) 396-9635