Lee Jackson, SBN 216970
(ljackson@majfw.com)
Jonathan P. Staffeldt, SBN 252326
(jstaffeldt@majfw.com)
**MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP**
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

*Attorneys for Plaintiff, Edward Davidson*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVIDSON<br><br>        Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC., F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; AND BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG; BAYER HEALTHCARE AG; BAYER AG; MCKESSON CORPORATION; AND JOHN DOES 1-100; INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:17-cv-03464-EEF-MBN<br><br>**DECLARATION OF JONATHAN STAFFELDT IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:<br>Time:<br>Courtroom: 5A<br>Honorable Michael W. Fitzgerald |

---

Declaration Of Jonathan Staffeldt In Support Of Plaintiff's Motion To Remand

I, Jonathan P. Staffeldt, declare as follows:

1. I am an associate attorney at Milstein Jackson Fairchild & Wade, LLP, attorneys of record for Plaintiff in the above-entitled action. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Complaint filed in the Superior Court of California, County of Los Angeles.

3. Attached hereto as Exhibit 2 is a true and correct copy of the proof of service, evidencing service of the summons and Complaint upon Defendant McKesson.

I declare under the penalty of perjury of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th Day of April 2017 at Los Angeles, California.

                                              Respectfully,

                                              By: _/s/: Jonathan P. Staffeldt__
                                                      Jonathan P. Staffeldt
                                                      Attorneys for Plaintiff

Declaration Of Jonathan Staffeldt In Support Of Plaintiff's Motion To Remand

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28