THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD DAVIDSON, | ) |
| Plaintiff, | ) Case No: 2:17-cv-03464-EEF-MBN |
| vs. | ) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., | ) |
| Defendants, | ) |

## NOTICE OF SUBMISSION

Comes now, Plaintiff by and through the undersigned counsel, and file this notice of submission of Motion To Vacate Conditional Transfer Order before the Hon. Judge Elden E. Fallon on June 7, 2017 at 9:00 a.m.

Respectfully Submitted,

Dated: May 4, 2017                    By: _/s/: Jonathan P. Staffeldt

Lee Jackson
Jonathan P. Staffeldt
Attorneys for Plaintiff
MILSTEIN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400

Los Angeles, California 90067
Telephone: (310) 396-9600
Fax: (310) 396-9635