**THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EDWARD DAVIDSON,** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) **Case No:  2:17-cv-03464-EEF-MBN** |
| **vs.** | ) |
| | ) |
| | ) |
| **JANSSEN RESEARCH &** | ) |
| **DEVELOPMENT, LLC, et al.,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| | ) |

**ORDER**

      **IT IS ORDERED** that the Motion To Vacate Conditional Transfer Order by the

above listed Plaintiff is hereby **GRANTED**, and that this matter be remanded back to the

United States District Court, Central District of California

      New Orleans, Louisiana, this _____day of_____, 2016.


_____
Hon. Eldon E. Fallon
United States District Judge