UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**RICHARD STANDLER v. JANSSEN PHARMACEUTICALS, INC., et al**

No.  2:16-cv-08783

## SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **RICHARD STANDLER**, and hereby notifies the Court and the parties of the death of Plaintiff, **RICHARD STANDLER**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

**RESPECTFULLY SUBMITTED** this the 5th day of May, 2017.

          JOHN JEWELL PACE, A.P.L.C.

          By: /s/ John Jewell Pace
          John Jewell Pace
          John Jewell Pace, A.P.L.C.
          **(State Bar No. 1115)**
          P.O. Box 14209
          Baton Rouge, LA 707898
          Telephone: (225) 686-3000
          Facsimile: (866) 912-2008
          E-mail:jjp@johnjpacelaw.com

          By: /s/ Samuel C. Ward
          **Samuel "Chuck" Ward**
          Samuel C. Ward, Jr., & Associates
          **(State Bar No. 29508)**
          660 Saint Ferdinand Street
          Baton Rouge, LA 70802
          Telephone: (225) 330-6677
          Facsimile: (225) 330-6680
          Email: samuelcward@aol.com

          Attorneys for Plaintiff,
          *Richard Standler*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 5th day of May, 2017.

JOHN JEWELL PACE, A.P.L.C.

By: /s/ John Jewell Pace
John Jewell Pace

John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward**

Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com

Attorneys for Plaintiff,

*Richard Standler*