# COUNTY OF OAKLAND
## STATE OF MICHIGAN

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3432339

*D000538918*

Standler, Richard K. — NAME OF DECEDENT — For use by physician or institution

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): RICHARD KEVIN STANDLER
2. DATE OF BIRTH: FEBRUARY 6, 1954
3. SEX: MALE
4. DATE OF DEATH: FEBRUARY 17, 2017
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:
6a. AGE - Last Birthday (Years): 63
7a. LOCATION OF DEATH — HOSPITAL OR OTHER INSTITUTION: 457 ALTON AVE. 48341
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: PONTIAC
7c. COUNTY OF DEATH: OAKLAND
8a. CURRENT RESIDENCE - STATE: MICHIGAN
8b. COUNTY: OAKLAND
8c. LOCALITY: [X] CITY OR VILLAGE — PONTIAC
8d. STREET AND NUMBER: 457 ALTON AVE.
8e. ZIP CODE: 48341
9. BIRTHPLACE: DETROIT, MICHIGAN
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: 9TH GRADE
12. RACE: WHITE
13a. ANCESTRY: AMERICAN
13b. HISPANIC ORIGIN: NO
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: NO
15. USUAL OCCUPATION: LABORER
16. KIND OF BUSINESS OR INDUSTRY: LANDSCAPING
17. MARITAL STATUS: DIVORCED
18. NAME OF SURVIVING SPOUSE:

**PARENTS**

19. FATHER'S NAME: EDWARD F. STANDLER
20. MOTHER'S NAME BEFORE FIRST MARRIED: PHYLLIS FRITZINGER

**INFORMANT**

21a. INFORMANT'S NAME: ANGELA GREEN
21b. RELATIONSHIP TO DECEDENT: DAUGHTER
21c. MAILING ADDRESS: 771 S. WINDING WATERFORD, MI 48328

**DISPOSITION**

22. METHOD OF DISPOSITION: CREMATION
23a. PLACE OF DISPOSITION: GREAT LAKES CREMATION
23b. LOCATION: LYON TWP., MI
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: [signature]
25. LICENSE NUMBER: 6588
26. NAME AND ADDRESS OF FUNERAL FACILITY: GENERATIONS FUNERAL & CREMATION SERVICES, 29550 GRAND RIVER, FARMINGTON HILLS, MI 48336

**CERTIFICATION**

27a. CERTIFIER: [X] Certifying Physician
28a. ACTUAL OR PRESUMED TIME OF DEATH: 9:21 AM
28b. PRONOUNCED DEAD ON: 2/17/2017
28c. TIME PRONOUNCED DEAD: 10:10 AM
29. MEDICAL EXAMINER CONTACTED?: Yes
30. PLACE OF DEATH: Home Hospice
31. IF HOSPITAL: —
Signature and Title: [signature]
27b. DATE SIGNED: 2/17/2017
27c. LICENSE NUMBER: 5101018589
32. MEDICAL EXAMINER'S CASE NUMBER: 17-1071
33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: STACEY M. RUFF, D.O., BEAUMONT HOSPICE, 1410 EAST 14 MILE RD., MADISON HEIGHTS, MICHIGAN 48071
35a. REGISTRAR'S SIGNATURE: [signature]
35b. DATE FILED: FEB 22 2017

**CAUSE OF DEATH**

36. PART I.
a. metastatic adenocarcinoma of the esophagus — Approximate Interval Between Onset and Death: months
b.
c.
d.

PART II. OTHER SIGNIFICANT CONDITIONS:

37. DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] No
38. IF FEMALE: —
39. MANNER OF DEATH: NATURAL
40a. WAS AN AUTOPSY PERFORMED?: No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:

**MEDICAL EXAMINER**

41a. DATE OF INJURY:
41b. TIME OF INJURY: M
41c. DESCRIBE HOW INJURY OCCURRED:
41d. INJURY AT WORK:
41e. PLACE OF INJURY:
41f. IF TRANSPORTATION INJURY:
41g. LOCATION: