IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | JUDGE ELDON E. FALLON |
| ) | |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| Gaye Domer v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13531 |
|---|---|

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Voluntary Dismissal With Prejudice before the Honorable Eldon E. Fallon.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 8th day of May, 2017.

                                      /s/ Ryan J. Cavanaugh
                                      Ryan J. Cavanaugh (0079996)
                                      Counsel for Plaintiff