UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Joanne Fahy, Individually, and as Representative of Robert Rapp, deceased Civil Action No.: 2:15-cv-04534-EEF-MBN**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Joanne Fahy, Individually and as Representative of Robert Rapp, deceased's, Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Joanne Fahy, Individually and as Representative of Robert Rapp, deceased's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

Dated: _____    _____
                                                                        Judge

1