UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

BEATRICE McCALL v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:15-CV-07020

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 8th day of May, 2017.

By: _/s/Andre' P. LaPlace_____
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: _/s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**