UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)   : <br> PRODUCTS LIABILITY LITIGATION  : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
BEATRICE McCALL v. JANSSEN
PHARMACEUTICALS, INC., et al

**<u>STATEMENT NOTING A PARTY'S DEATH</u>**

No.  2:15-CV-07020

  In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Yolanda McCall, notes the death during pendency of this action of Plaintiff Beatrice McCall on February 24, 2017.

                By: _/s/Andre' P. LaPlace_____
                Andre' P. LaPlace(#8039)
                *Attorney for the Plaintiff*
                2762 Continental Drive, Ste. 103
                Baton Rouge, Louisiana  70808
                Telephone No. (225)924-6898
                Facsimile No.  (225)924-6877
                alaw@andrelaplace.com

                By: _/s/Rebecca A. Cunard_____
                Rebecca A. Cunard(#20154)
                *Attorney for the Plaintiff*
                Cunard Law Firm
                9214 Interline Avenue
                Baton Rouge, Louisiana  70809
                Telephone No. (225)925-2978
                Facsimile No.  (225)925-8192
                Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2017, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**