# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2017-08332

| Field | Value |
|---|---|
| 1. Deceased Legal Name | Beatrice McCall |
| 2. Date and Time of Death | Feb 24, 2017 1400 |
| 3. Alias Name (If Any) | None Given |
| 4. Date and Time Pronounced Dead | |
| 5. County of Death | Lee |
| 6. City, Town or Location of Death and Zip Code | Auburn, 36830 |
| 7. Place of Death | Compassus Auburn Bethany House |
| 8. Sex | Female |
| 9. Last Name Prior to First Marriage | McCall |
| 10. Served in Armed Forces | No |
| 11. Age | 87 |
| 12. Date of Birth | Sep 11, 1929 |
| 13. Birthplace | Alabama |
| 14. Social Security Number | 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 |
| 15. Marital Status | Widowed |
| 16. Surviving Spouse Name Prior to First Marriage | |
| 17. Residence State | Alabama |
| 18. Residence County | Lee |
| 19. City, Town or Location and Zip Code | Auburn, 36832 |
| 20. Street Address | 1002 Shelton Mill Road |
| 21. Informant Name, Relationship and Address | Yolanda McCall, Daughter, 609 Railroad Ave, Auburn, AL 36832 |
| 22. Father/Parent Name Prior to First Marriage | Richard McCall |
| 23. Mother/Parent Name Prior to First Marriage | Mary Chapel |
| 24. Disposition of Body | Cremation |
| 25. Cemetery or Crematory | Cox Crematory |
| 26. Location | Hamilton, Georgia |
| 27. Date of Disposition | Mar 7, 2017 |
| 28. Funeral Director | Thomas Edward Peterson III |
| 29. License Number | 5250 |
| 30. Date Signed | Mar 9, 2017 |
| 31. Funeral Home Name and Address | Peterson And Williams Funeral Home, P.O. Box 442, Opelika, AL 36803 |

### MEDICAL CERTIFICATION: X Certifying Physician

| Field | Value |
|---|---|
| 33. Name | John Abrams, MD |
| 35. License Number | 21920 |
| 36. Date Signed | Mar 1, 2017 |
| 37. Address of Person Who Completed Cause of Death | 1548 Professional Pkwy, Auburn, Alabama 36830 |
| 38. Registrar | Catherine Molohan Donald |
| 39. Date Filed | Mar 9, 2017 |

### CAUSE OF DEATH

**40. Part I. Diseases, Injuries, or Complications That Caused Death**

| | Cause | Interval |
|---|---|---|
| Immediate Cause | Congestive Heart Failure | Unknown |
| Due to (or as a consequence of) | | |
| Due to (or as a consequence of) | | |
| Due to (or as a consequence of) | | |

**41. Part II. Other Significant Conditions Contributing to Death:**

| Field | Value |
|---|---|
| 42. Manner of Death | Natural Causes |
| 43. Pregnant (if Female) | |
| 44. Autopsy | No |
| 45. Findings Considered | |
| 46. Toxicology | No |
| 47. Findings Considered | |
| 48. Tobacco Use Contributed to Death | Unknown |
| 49. How Injury Occurred | |
| 50. Date and Time of Injury | |
| 51. Injury at Work | |
| 52. If Transportation Injury, Specify | |
| 53. Place of Injury | |
| 54. Location of Injury | |

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama.

March 9, 2017

Catherine Molohan Donald
State Registrar of Vital Statistics